# Re: Motion to Intervene, for Abstention, Proof of Funds, Invalidation of Termination Deed, and Notification to U.S. Agencies

From:  ali maz (gapee1357@yahoo.com)

To:  landis@lrclaw.com; mcguire@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com; dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com; vgurvits@bostonlawgroup.com; frank@bostonlawgroup.com; jkasen@kasenlaw.com; gapee1357@yahoo.com

Cc:  david.gerardi@usdoj.gov; benjamin.a.hackman@usdoj.gov; jon.lipshie@usdoj.gov; linda.richenderfer@usdoj.gov; andreagordon@eversheds-sutherland.com; erinbroderick@eversheds-sutherland.com; marksherrill@eversheds-sutherland.com; peterivanick@eversheds-sutherland.com; sarahpaul@eversheds-sutherland.com; philipehrlich@eversheds-sutherland.com; lynnholbert@eversheds-sutherland.com; mharvey@morrisnichols.com; octopus_ftx@teamb.cn; gabesasson@paulhastings.com; krishansen@paulhastings.com; kenpasquale@paulhastings.com; erezgilad@paulhastings.com; lucdespins@paulhastings.com; samanthamartin@paulhastings.com; michele.wan@pulsar.com; jacky.yip@pulsar.com; mtoberman@alacriscapital.com; vs.chernyy@chiron.management; jake.cormack@chiron.xyz; support@hitbtc.com; george.zarya@bequant.io; compliance@hitbtc.com; legal@hitbtc.com; relations@hitbtc.com; support@pro.changelly.com; support@changelly.com

Date:  Friday, January 3, 2025 at 09:19 PM GMT+1

**Dear Counsel,**

**I would like to bring to your attention a minor typo in the Certificate of Service. By this email, I confirm that the motion and exhibits were delivered on January 3, and this is the accurate date.**

**Thank you for your understanding.**

**Best regards,**

On Friday, January 3, 2025 at 09:04:14 PM GMT+1, ali maz <gapee1357@yahoo.com> wrote:

Dear Counsel,

Attached, please find: *"Motion to Intervene, for Abstention, Proof of Funds, Invalidation of Termination Deed, and Notification to U.S. Agencies"* concerning **Blooming Triumph International Limited**.

- **Objection Deadline:** January 17, 2025, at 4:00 p.m. (ET)
- **Hearing Date:** To Be Determined

Should you have any questions or require additional information, please feel free to contact me directly.

Sincerely,

**Seyed Ali Mazlouman**

Pro Se Movant

# Motion to Intervene, for Abstention, Proof of Funds, Invalidation of Termination Deed, and Notification to U.S. Agencies

From: ali maz (gapee1357@yahoo.com)

To:  landis@lrclaw.com; mcguire@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com; dietdericha@sullcrom.com; bromleyj@sullcrom.com; glueckstelnb@sullcrom.com; kranzleya@sullcrom.com; vgurvits@bostonlawgroup.com; frank@bostonlawgroup.com; jkasen@kasenlaw.com; gapee1357@yahoo.com

Cc:  david.gerardi@usdoj.gov; david.gerardi@usdoj.gov; benjamin.a.hackman@usdoj.gov; benjamin.a.hackman@usdoj.gov; jon.lipshie@usdoj.gov; jon.lipshie@usdoj.gov; linda.richenderfer@usdoj.gov; linda.richenderfer@usdoj.gov; andreagordon@eversheds-sutherland.com; andreagordon@eversheds-sutherland.com; erinbroderick@eversheds-sutherland.com; erinbroderick@eversheds-sutherland.com; marksherrill@eversheds-sutherland.com; marksherrill@eversheds-sutherland.com; peterivanick@eversheds-sutherland.com; peterivanick@eversheds-sutherland.com; sarahpaul@eversheds-sutherland.com; sarahpaul@eversheds-sutherland.com; philipehrlich@eversheds-sutherland.com; philipehrlich@eversheds-sutherland.com; lynnholbert@eversheds-sutherland.com; lynnholbert@eversheds-sutherland.com; mharvey@morrisnichols.com; mharvey@morrisnichols.com; octopus_ftx@teamb.cn; octopus_ftx@teamb.cn; gabesasson@paulhastings.com; gabesasson@paulhastings.com; krishansen@paulhastings.com; krishansen@paulhastings.com; kenpasquale@paulhastings.com; kenpasquale@paulhastings.com; erezgilad@paulhastings.com; erezgilad@paulhastings.com; lucdespins@paulhastings.com; lucdespins@paulhastings.com; samanthamartin@paulhastings.com; samanthamartin@paulhastings.com; michele.wan@pulsar.com; michele.wan@pulsar.com; jacky.yip@pulsar.com; jacky.yip@pulsar.com; mtoberman@alacriscapital.com; vs.chernyy@chiron.management; jake.cormack@chiron.xyz; support@hitbtc.com; george.zarya@bequant.io; gapee1357@yahoo.com; compliance@hitbtc.com; legal@hitbtc.com; relations@hitbtc.com; support@pro.changelly.com; support@changelly.com

Date: Friday, January 3, 2025 at 09:04 PM GMT+1

Dear Counsel,

Attached, please find: *"Motion to Intervene, for Abstention, Proof of Funds, Invalidation of Termination Deed, and Notification to U.S. Agencies"* concerning **Blooming Triumph International Limited**.

- **Objection Deadline:** January 17, 2025, at 4:00 p.m. (ET)
- **Hearing Date:** To Be Determined

Should you have any questions or require additional information, please feel free to contact me directly.

Sincerely,
**Seyed Ali Mazlouman**

Pro Se Movant

 Exhibits - Ali Mazlouman.pdf
19.1MB

 MOTION TO INTERVENE.pdf
337.9kB

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

**In re:**

FTX TRADING LTD., et al.,

Debtors.

**Chapter 11**

Case No. 22-11068 (JTD)

(Jointly Administered)

**Obj. Deadline:** Jan 17, 2025 at 4:00 p.m. (ET)

---

# MOTION TO INTERVENE, FOR ABSTENTION, PROOF OF FUNDS, INVALIDATION OF TERMINATION DEED, AND NOTIFICATION TO U.S. AGENCIES

**Movant:**
**Seyed Ali Mazlouman**
No. 17/1, Malak Abad Street 19
Kamal ol Molk Alley 2
Mashhad, Khorasan Razavi
Iran, Postal Code: 9186764867
eMail: gapee1357@yahoo.com
Pro Se Movant

## INTRODUCTION

I, **Seyed Ali Mazlouman**, an Iranian resident and national (Exhibit B), respectfully move to **intervene** in the above-captioned Chapter 11 proceedings pursuant to Bankruptcy Rules 2002, 7024, and 9013, and other applicable law. Specifically, I seek:

1. **Intervention** in this bankruptcy to protect my property interests and the interests of similarly situated individuals, given that my misappropriated assets (and those of other HitBTC customers) appear to have been laundered or otherwise transferred into the Debtors' estate.

2. **Abstention** under **28 U.S.C. § 1334(c)(1)** if this Court deems it lacks jurisdiction or finds these issues are more appropriately resolved in another forum.

3. **Compulsion of proof of funds and accounting** under **11 U.S.C. § 105(a)** to investigate the sources and disposition of certain transferred assets, including those held by **Albus Capital SPC "**Albus", **CrossTower Bermuda Ltd** ("CrossTower") or claimed by **BlockForce Capital Vesper DeFi Growth Fund**[1] ("BlockForce"), **Blooming Triumph International Limited**[2] ("Blooming") and **Bequant Prime Limited** and **Bequant Pro Limited**[3] (together, the "Bequant")

4. **Invalidation** of the termination deed between **Blooming** and **Bequant Prime Limited**, literally not executed via a voided DocuSign envelope, based on lack of authority and potential fraud.

5. **Notification** to U.S. government agencies—including **Office of Foreign Assets Control ("OFAC"), Financial Crimes Enforcement Network ("FinCEN"),** the

---

[1] Case 22-11068- JTD Doc 2998
[2] Case 22-11068-JTD Doc 22779
[3] Case 22-11068-JTD Doc 22779-5 Page 39 of 45

**U.S. Department of Justice ("DOJ")**, and the **Internal Revenue Service ("IRS")**—of potentially criminal transactions, tax-related irregularities, and sanctions violations involving U.S.-based entities such as **CTL CA LLC** ("CTL"), **CrossTower** and **BlockForce**.

This motion follows the attempt on *December 4, 2024* to resolve the matter outside of court (Exhibit M), and is further supported by the *December 11, 2024* **un-objected request** for adjustments duly communicated and delivered to FTX, Blooming attorneys (Exhibit N), and other involved parties, supported by evidence, including exhibits and applicable case law, as detailed below.

---

## BACKGROUND AND FACTUAL ALLEGATIONS

1. **Status as Iranian National and HitBTC Customer**

   I have been a customer of **HitBTC.com** ("HitBTC") since July 6, 2019 (Exhibit C). **HitBTC** provided services to Iranian customers, potentially contravening U.S. sanctions laws (Exhibit D). My digital assets—along with those of other users—were allegedly misappropriated, then transferred to **Bequant** and eventually into the **Debtors'** estate. Some of these funds ended up with **Blooming** and/or **BlockForce**. As a result, **HitBTC** failed to return users' assets through various contrived, unlawful technical excuses. Thus, a portion of these misappropriated assets in the **Debtors'** possession belongs to customers from Iran and other sanctioned countries including me. This summary sheds light

on the overall scheme: HitBTC.com, a pioneer yet notoriously (Exhibit P) **unregulated** cryptocurrency exchange founded in 2013, has no physical headquarters. In its Terms of Service, it claims to be "**HiTech Digital Business Ltd, incorporated in Saint Vincent and the Grenadines**"[4] as per the Financial Services Authority, Saint Vincent and the Grenadines that company never existed on the Planet (Exhibit E). HitBTC operated without a license, offering services to both **U.S. Persons** (Exhibit O) and **Iranians** (Exhibit D). HitBTC barred numerous users from accessing their assets without legitimate reason because such assets were transferred to the Debtors. Through fraudulent conveyances and a *Racketeer Influenced and Corrupt Organization*, it funneled funds into **Bequant**, which was the primary account holder with the Debtors and eventually assigned parts of its claims to **Blooming** and **BlockForce** "Any distributions in respect of Claim 51021 and Claim 81211 should be deducted from Claim 76986…"[5].

2. **Racketeering Enterprise Allegations**

Based on information and belief, **HitBTC, Albus Capital PLC ("Albus"), CTL, Alacris Capital Fund ("Alacris"), CrossTower, Blooming** and **Bequant** collectively engaged in a pattern of fraudulent conduct and document fabrication. See Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479 (1985) explains the standards for actionable RICO patterns under Federal law. I possess both legal and technical evidence that **Bequant, HitBTC, Blooming, CTL,** and **CrossTower** are

---

[4] https://web.archive.org/web/20240403074026/https://hitbtc.com/legal information
[5] Case 22- 11068-JTD Doc 22948 Page 6 of 152

connected as one Enterprise, triggering the **alter ego** doctrine and **RICO** under 18 U.S. Code § 1962. **Thousands of users worldwide** have fallen victim to this scheme. The ill-gotten funds were used to invest in the **Debtors** and are now part of the Bankruptcy Estate. Although **BlockForce** is *not* alleged to be part of that enterprise, it received funds initially derived from **HitBTC** customers, raising issues of potential unjust enrichment and a possible clawback or turnover action.

3. **Fraudulent Assignments and Document Fabrication**

**Albus** allegedly assigned claims (valued at USD 9,946,549.53) to **Bequant**, then to **Blooming**, using questionable DocuSign procedures with unexecuted signatures. A termination deed between **Blooming** and **Bequant** actually was not executed using a voided DocuSign envelope, rendering it invalid for lack of proper authority. Contracts executed without proper authority or authentication are unenforceable. See Meso Scale Diagnostics, LLC v. Roche Diagnostics GmbH, 62 A.3d 62, 81 (Del. Ch. 2013) As a result, The "termination deed" between **Blooming** (successor to Albus) and **Bequant**, executed via DocuSign Envelope ID: B6E788E0-95DC-4C1C-B945-49C804FE8CB9[6], was **voided**, rendering the signatures legally **ineffective**. *A voided DocuSign envelope means all associated signing activities are canceled.* (Exhibit J). likewise invalidated agreements executed without valid authority. Because the envelope status is voided, any resulting "termination deed" is defective and unenforceable. In addition, Mr. **Jake Barry Frederick Cormack ("Jake")**

---

[6] Case No. 22- 11068-JTD, D.I. 22779-2, pp.24 of 28

submitted a declaration under penalty of perjury stating he is a director and executive officer of **Blooming**[7]. Official records from the **BVI Financial Services Commission** contradict this, showing that **Rich Destiny International Limited** ("**Rich Destiny**") is the actual director (Exhibit I). This discrepancy undermines **Blooming**'s credibility in these proceedings. Also The "ASSIGNMENT OF CLAIM" lacks an identifiable name or position for the individual signing on behalf of **Albus** (assignor). Moreover, the signature of **Georgy Zarya**, CEO of **Bequant** (assignee), is simply an image, raising concerns about authenticity. The assignment covers approximately USD 9,946,549.53 as of November 11, 2024[8]. On page 4 of the same document[9] further statements cast doubt on the assignor's authority. The absence of a clear, authorized signatory underscores the questionable nature of the entire assignment.

4. **Specific Claims in Which I Seek to Intervene**

   I specifically move to intervene regarding **Proof of Claim Nos. 76986, 51021, 81211, 80491, 80785, 82678, 81880, 81962, 82293, and 82425**, which are tied to the alleged misappropriated funds laundered through **HitBTC**, to **Bequant**, and/or **Blooming** and/or **BlockForce**.

5. **Potential Sanctions and AML Violations**

   Funds appear to originate from Iranian customers, including me, raising concerns

---

[7] Case No. 22-11068-JTD, D.I. 22779-1, p.1 of 5
[8] Case 22-11068-JTD Doc 22779-2 Page 20 of 28
[9] Case 22-11068-JTD Doc 22779-2 Page 4 of 28

under **31 C.F.R. § 560.212(a)**[10] and **§ 560.212(e)**[11] that respectively prohibiting the transfer of Iranian-origin funds to or through U.S. persons and authorizing blocking of such property. Moreover, the network of cross-border transfers suggests possible violations of U.S. anti-money laundering statutes. In re Am. Int'l Refinery, Inc., 402 B.R. 728 (Bankr. W.D. La. 2008) addresses RICO claims in a bankruptcy context, underscoring the need for close scrutiny of fraudulent or criminal activity within Chapter 11 proceedings. In this regard, **Albus** which is a Segregated Portfolio Company (SPC) registered in the Cayman Islands (Exhibit F) and licensed under the Cayman Islands Monetary Authority (Exhibit G). As a regulated mutual fund, it must submit annual audited financial statements. Based on information and belief, it did not report these large-scale suspicious transactions. Such omissions suggest potential money laundering or other financial misconduct. Also Its current registration status is lapsed, and its Policy Conformity Flag is Non-Conforming as of December 16, 2024 (Exhibit H) further suggesting potential anti-money laundering violations. Overlapping management, shared control, and financial interdependence among **Blooming**, **Bequant**, and **Albus** illustrate alter ego relationships. Refer to Wallace v. Wood, 752 A.2d 1175 (Del. Ch. 1999) veil-piercing criteria in Delaware and In re Regency Holdings (Cayman), Inc., 216 B.R. 371 (Bankr. S.D.N.Y. 1998) applying alter ego doctrine in bankruptcy.

---

[10] Any transfer after the effective date that is in violation of any provision of this part or of any regulation, order, directive, ruling, instruction, or license issued pursuant to this part, and that involves any property or interest in property blocked pursuant to § 560.211, is null and void and shall not be the basis for the assertion or recognition of any interest in or right, remedy, power, or privilege with respect to such property or property interests.

[11] Unless licensed pursuant to this part, any attachment, judgment, decree, lien, execution, garnishment, or other judicial process is null and void with respect to any property and interests in property blocked pursuant to § 560.211.

6. **Tax and Corporate Compliance Issues**

**CTL** a Delaware entity, is reportedly in "Cease Good Standing" status, with outstanding tax obligations[12]. **CrossTower** has or had a principal headquarters in the Jersey City, NJ[13]. These facts suggest potential undisclosed tax liabilities or other regulatory violations. Notification to the **IRS** is warranted to protect public policy interests in ensuring compliance with U.S. tax laws and preventing misuse of corporate shells or disregarded entities.

---

## LEGAL ARGUMENTS

### I. Right to Intervene Under Bankruptcy Rules and Applicable Law

1. **Mandatory or Permissive Intervention**

Bankruptcy Rule 7024 incorporates Federal Rule of Civil Procedure 24, which governs intervention. Whether intervention is mandatory or permissive, I have a direct interest in the misappropriated assets, which are part of the **Debtors'** estate. A denial of intervention would impair my ability to protect my property rights in this proceeding. Courts in this District recognize permissive intervention where the intervenor's claim raises common issues of law or fact with the main action, or where allowing intervention will aid in the efficient resolution of disputes. In re ICL

---

[12] Delaware Division of Corporations, https://icis.corp.delaware.gov/aboutthissite.shtml
[13] https://pitchbook.com/profiles/company/56688-22

Holding Co., 802 F.3d 547 (3d Cir. 2015) describing the liberal approach to intervention in bankruptcy contexts under certain conditions.

## 2. Relevance of RICO Allegations to the Bankruptcy Estate

The alleged RICO violations affect the estate by tainting assets that form the basis of certain claims. Transparency demands that I be allowed to intervene and challenge the legitimacy of these funds, consistent with the purpose of FRBP 3001(c) .

## II. Abstention Under 28 U.S.C. § 1334(c)(1)

### 1. Permissive Abstention Standard

I respectfully request that If the Court determines it lacks jurisdiction or that these matters (particularly the fraudulent transfer and RICO issues) are more suitably litigated in a different forum, **28 U.S.C. § 1334(c)(1)** permits abstention in the interest of justice, pending my legal action against **Blooming** and related entities in a competent forum (such as a New York court).. In re LaRoche Indus., Inc., 312 B.R. 249, 253 (Bankr. D. Del. 2004) describes permissive abstention factors. Should abstention be granted, the Court could refrain from ruling on any objections or claims related to these funds, including **Blooming**'s involvement, until a state or federal court with broader jurisdiction resolves the underlying fraud and ownership issues.

## III. Compulsion of Proof of Funds and Accounting

### 1. Proof of Funds

The irregularities and omissions indicate possible breaches of U.S. sanctions laws, anti-money laundering regulations, and financial reporting requirements.

Given the suspicious nature of these transfers, the voided termination deed, and the fabricated assignments, proof of funds becomes paramount to validate these claims. See D.I. 28225. Also Documents filed here e.g., "Claim 76986 related to the Claimant [Bequant], as a consolidated claim for and on behalf of all its clients and itself."[14] illustrate **Bequant** is not the end user of these funds and fails to show their true source. Under **FRBP 3001(c)(2)(D)**, a claim filed by an agent or trustee must disclose the principal or beneficiary's identity. **In re Chain, 255 B.R. 278 (Bankr. D. Conn. 2000)** disallowed an attorney's claim filed on behalf of unnamed clients. **In re Parrish, 326 B.R. 708 (Bankr. N.D. Ohio 2005)** similarly sustained objections when an assignee lacked sufficient documentation. In addition, FTX main customer account No. 4025503 was unverified, and the email address used at sign-up was *operations@alacriscapital.com*,[15] which does not match Albus or Bequant but matches with **Alacris Capital Fund ("Alacris"). Albus** registered in the Cayman Islands with LEI No. 549300VV0KBVIBVRL179 (Exhibit K) appears to have been the original assignor. This further undermines Blooming's chain of title for millions of dollars in assets. Thus, respectfully, I request a Court order compelling **Albus, Alacris, CrossTower, Blooming**, **Bequant**, and any other relevant entities—including **BlockForce**, as the final assignee or recipient of certain assets—to provide an accounting of the *flow of funds* and consideration and documentary proof establishing the lawful origin of these assets.

---

[14] Case 22- 11068-JTD Doc 22948 Page 6 of 152
[15] Case 22-11068-JTD Doc 22779-2 Page 4 of 28

Such an order is aligned with the statutory requirement for transparent claims. In re Parrish, 326 B.R. 708, 720 (Bankr. N.D. Ohio 2005) court disallowed claims lacking adequate backup or identification of the true owner.

2. **Accounting as an Equitable Remedy**

An accounting—particularly regarding funds transferred to **Blooming**, **Bequant** and/or held by **BlockForce**—is necessary to determine whether assets derived from the RICO enterprise or sanctioned jurisdictions ended up as part of **Blooming**, **Bequant** and/or **BlockForce**'s claims. Delaware courts recognize the equitable remedy of accounting where there is a fiduciary or trust-like duty to return funds. Referring to Guth v. Loft, 5 A.2d 503, 510 (Del. 1939). Although **BlockForce** is *not* alleged to be part of the RICO enterprise, it appears to have received some portion of the tainted assets. A clawback may be necessary if the final adjudication determines that ill-gotten assets were improperly assigned or transferred.

## IV. Invalidation of Termination Deed

The termination deed between **Blooming** and **Bequant** is unenforceable because it was executed through a **voided DocuSign envelope** and lacked valid authority. Citing Meso Scale Diagnostics, LLC v. Roche Diagnostics GmbH, 62 A.3d 62, 81 (Del. Ch. 2013). A contract failing to meet authentic execution standards is void, Ab Initio.

## V. Notification to U.S. Agencies (OFAC, FinCEN, DOJ, IRS)

Pursuant to Bankruptcy Rule 2002(k), I respectfully request the Court to take direct notice of this motion and any and all related proceedings to the following U.S. government agencies:

1. **OFAC**

   Notification is warranted due to potential violations of U.S. sanctions laws, specifically the Iranian Transactions and Sanctions Regulations (31 C.F.R. Part 560), The alleged involvement of Iranian-origin funds implicates the Iranian Transactions and Sanctions Regulations, including 31 C.F.R. § 560.212(a) and 31 C.F.R. § 560.212(e], which prohibits the transfer of Iranian-origin property or interests in property to **Bequant**, **Albus** and later **Blooming**, the current final creditor of the case. Violations may subject parties to blocking actions and civil/criminal penalties.

2. **FinCEN**

   Transactions involving **Albus**, **Bequant**, and **Blooming** may raise concerns about potential money laundering, suspicious financial flows, and the usage of an unregulated cryptocurrency platform that has successively provided services to US Persons (Exhibit O). This matter is under **FinCEN**'s purview, given its role in enforcing the Bank Secrecy Act and Anti-money-laundering regulations.

3. **DOJ**

   Evidence of Fabricated documents, fraudulent transfers, and other RICO-related activities specifically when many U.S. Persons are involved fall within the scope of the **DOJ**, which enforces federal criminal statutes. Public interest requires notifying the **DOJ** of potential cross-border crime.

4. **IRS**

   **CTL**'s "Cease Good Standing" status and potential unreported tax liabilities, along with **CrossTower**'s U.S. presence, raise *tax compliance* concerns. Substantial asset movements without corresponding disclosures could violate the Internal Revenue

Code. Notifying the IRS is crucial to protect public policy interests against tax evasion and ensure lawful corporate operations.

Courts have recognized the importance of involving regulatory agencies when transactions or activities in bankruptcy cases raise public policy or enforcement concerns. Under Bankruptcy Rule 2002(k), this Court has discretion to provide notice to governmental units or agencies when the proceedings may implicate important public policy or regulatory enforcement concerns. See In re Lionel Corp., 722 F.2d 1063, 1070 (2d Cir. 1983) holding transparency and oversight protect the integrity of the bankruptcy process.

I made multiple attempts to contact the attorneys representing Blooming, **starting on December 4, 2024**, in an effort to resolve the matter amicably and outside of court (Exhibit M) Despite my repeated efforts, **I have not received any response, nor has the issue been addressed**. However, I attempted to seek an adjournment (Exhibit N) from counsel for Blooming, the U.S. Trustee, and counsel for the Official Committee of Unsecured Creditors ("Committee") on **December 11, 2024, but received no response in the past days**. I tried to convey my good faith but I left with no option other than pleading to you. I do believe that these motions and reliefs are necessary to address procedural irregularities, investigate fraudulent transfers, and resolve legal disputes tied to fabricated documents (Exhibit J).

## RESERVATION OF RIGHTS

I expressly reserve all rights to supplement, amend, or modify this Motion and any related filings. By filing this Motion, I do not waive any rights, claims, defenses, or arguments, whether procedural or substantive, including but not limited to jurisdiction, venue, sufficiency of service, or the authority of any entity or party. I may seek additional or alternative relief as further facts emerge. Nothing contained herein constitutes an admission or concession; all such rights are preserved.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over certain matters under 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

3. To the extent the Court finds it cannot or should not fully address the issues herein, 28 U.S.C. § 1334(c)(1) authorizes permissive abstention.

4. This is a core proceeding under 28 U.S.C. § 157(b)(2), insofar as it involves the administration of the Debtors' estate, potential property of the estate, and claims allowance processes.

## CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, I respectfully request that this Court:

1. **Grant Intervention** to allow me to assert and protect my property interests in relation to the identified claims (#76986, #51021, #81211, #80491, #80785, #82678, #81880, #81962, #82293, #82425);

2. **Abstain** under **28 U.S.C. § 1334(c)(1)** from adjudicating these disputed claims if the Court deems them more appropriately litigated in another forum;

3. **Compel Proof of Funds and Accounting**, ordering **Blooming**, **Bequant**, **Albus**, **CrossTower** and **BlockForce** to produce verified documentation tracing the source and ultimate beneficiaries of disputed assets, under **11 U.S.C. § 105(a)**;

4. **Invalidate** the termination deed between Blooming and Bequant, given the void DocuSign execution and lack of valid authority;

5. **Notify OFAC, FinCEN, DOJ, and IRS** under **Bankruptcy Rule 2002(k)** of possible sanctions violations, AML offenses, fraud, and tax liabilities connected to these cross-border crypto transactions; and

6. Grant such other and further relief as this Court deems just and proper.

Dated: ___, 2025
Respectfully submitted,

/s/ **Seyed Ali Mazlouman**
**Pro Se Movant**
No. 17/1, Malak Abad Street 19
Kamal ol Molk Alley 2
Mashhad, Khorasan Razavi
Iran, Postal Code: 9186764867
eMail: gapee1357@yahoo.com

*Seyed Ali Mazlouman*

Jan 03 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2024, I delivered a true and correct copy of the foregoing Motion to be served via **electronic mail** on the following parties:

The Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801

And:

Counsel to the Debtors[16], Counsel to Blooming[17], U.S. Trustee[18], Counsel to the Committee[19], Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com ("Ad Hoc Committee")[20], Bequant[21], Counsel to Debtors, The contact Person in the Proofs of Claim[22] Also because the primary account belongs to Alacris, I notified it as well.[23]

Dated: Jan 03, 2025
Respectfully submitted,

*Seyed Ali Mazlouman*

/s/ **Seyed Ali Mazlouman**
**Pro Se Movant**
No. 17/1, Malak Abad Street 19
Kamal ol Molk Alley 2
Mashhad, Khorasan Razavi
Iran, Postal Code: 9186764867 / eMail: gapee1357@yahoo.com

---

[16] Sullivan & Cromwell LLP: Alexa J. Kranzley (kranzleya@sullcrom.com) and Landis Rath & Cobb LLP: 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com ).
[17] KASEN & KASEN, P.C: Jenny R. Kasen,(jkasen@kasenlaw.com) BOSTON LAW GROUP, PC: Valentin D. Gurvits (vgurvits@bostonlawgroup.com) Frank Scardino (frank@bostonlawgroup.com)
[18]
[19]
[20] MORRIS, NICHOLS, ARSHT & TUNNELL LLP: Matthew B. Harvey (mharvey@morrisnichols.com) Jonathan M. Weyand (jweyand@morrisnichols.com) & EVERSHEDS SUTHERLAND (US) LLP: Erin E. Broderick (erinbroderick@eversheds-sutherland.com) Michael A. Rogers (michaelrogers@eversheds-sutherland.com) Nathaniel T. DeLoatch (nathanieldeloatch@eversheds-sutherland.com) Sarah E. Paul (sarahpaul@eversheds-sutherland.com)
[21] leqal@bequant.io, qeorge.zarya@bequant.io and sergiu.frasineanu@bequant.io
[22] jake.cormack@chiron.xyz
[23] operations@alacriscapital.com

**EXHIBIT A**

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

**In re:**
FTX TRADING LTD., et al.,
Debtors.

**Chapter 11**
Case No. 22-11068 (JTD)
(Jointly Administered)

**[Related Docket No. __]**

**ORDER GRANTING MOTION TO INTERVENE, FOR ABSTENTION, PROOF OF FUNDS, INVALIDATION OF TERMINATION DEED, AND NOTIFICATION TO U.S. AGENCIES**

Upon consideration of the *Motion* (the "Motion") of Pro Se Movant, **Seyed Ali Mazlouman** ("Movant"), requesting (i) intervention, (ii) abstention under 28 U.S.C. § 1334(c)(1), (iii) compulsion of proof of funds and accounting under 11 U.S.C. § 105(a), (iv) invalidation of the termination deed between Blooming Triumph International Limited ("Blooming") and Bequant Prime Limited ("Bequant"), and (v) notification to OFAC, FinCEN, the DOJ, and the IRS; and due notice having been given; and the Court having reviewed the Motion and any objections; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. **Intervention** is authorized to allow Movant to protect his asserted interests regarding Proofs of Claim Nos. 76986, 51021, 81211, 80491, 80785, 82678, 81880, 81962, 82293, and 82425.

3. The Court may **abstain** under **28 U.S.C. § 1334(c)(1)** if it deems abstention appropriate, deferring the resolution of certain claims and objections to another forum as justice requires.

4. **Proof of Funds and Accounting**: **Albus**, **Alacris**, **CrossTower**, **Blooming**, **Bequant**, **BlockForce**, and any other relevant entities shall disclose all documentation evidencing the source and chain of title and considerations for disputed assets, consistent with **11 U.S.C. § 105(a)**.

5. **Invalidation of Termination Deed**: The termination deed between Blooming and Bequant is deemed void or unenforceable upon a finding of invalid execution or authority.

6. **Notification to Government Agencies**: The Clerk of Court shall provide notice of this Order, as well as related proceedings, to **OFAC**, **FinCEN**, the **DOJ**, and the **IRS** under **Bankruptcy Rule 2002(k)**, in light of potential sanctions, AML, and tax-related violations.

7. The Court retains jurisdiction to interpret and enforce this Order.

Dated: _____, 2025

Wilmington, Delaware

_____

**The Honorable John T. Dorsey**

United States Bankruptcy Judge

# Exhibit B



# Exhibit C

## Welcome to HitBTC

From:   HitBTC (no-reply@hitbtc.com)

To:      gapee1357@yahoo.com

Date:   Saturday, July 6, 2019 at 09:21 AM GMT+2



The most advanced crypto exchange since 2013

# Thank you for signing up for HitBTC

To complete the sign-up process, please follow the link:

___ _____

_____  _____  _____  _____  _____  _____  _____  _____

_____ __  __

This link will expire in 48 hours.

You may be asked to enter this confirmation code:

Best regards,
HitBTC Team

Support

# Exhibit D

## Successful Login from New IP

From:   HitBTC (no-reply@hitbtc.com)

To:     gapee1357@yahoo.com

Date:   Sunday, July 7, 2019 at 07:56 AM GMT+2



Hello,

This email is to notify you of a successful login to your HitBTC account from an IP
address not previously associated with this account.

**Login details:**

| | |
|---|---|
| Date: | 2019.07.07 05:56 |
| Location: | , Iran |
| Event: | Sign-in |
| Device: | desktop |
| Browser: | Firefox 67.0 |
| Operation system: | Windows 7 |
| IP: | 2.180.3.87 |

If you do not recognize this login, you should <u>terminate all sessions</u>, change password
and delete all <u>API keys</u> immediately. Make sure you have **2FA** enabled on your account.
It can protect your account, even if someone obtains your login and password.

On guard of your security,
HitBTC

**archive.today**    **Saved from** https://www.trustpilot.com/users/5c04c25f5483f4b8a9014855    search    23 Dec 2024 11:59:07 UTC
webpage capture    no other snapshots from this url
**All snapshots** from host www.trustpilot.com

Webpage

share   download .zip   report bug or abuse

🔍 Search for a company or category...      For businesses



# Amirhossein Sohbat

Iran

## Reviews



Review of HitBTC

**Amirhossein Sohbat**

2 reviews   🌐 IR



Dec 3, 2018

**very high withdrawal fees**

very high withdrawal fees , it takes 40xlm for each withdrawal
which i pay 0.1 on my another exchange ...

took 3 days for some coins to be deposited on my account even
the transaction was 900 times confirmed but it wasn't still
deposited .

wont let you to change the fractions , it lets you change in whole
numbers and for small coins you can only change in 100 units
portions , the rest of your coins will be held and useless because
they wont let you withdraw little amounts or change them for you
to some other coin .

market depth window is under the charts window (charts are
super basic) and you cant have both of them in a row to have a
better control of whats happening , instead they have a huge chat

10

screen which is polluting the pages for nothing and decreases my ping latency for nothing .

**Date of experience:** December 03, 2018

👍 Useful    ⤣ Share

**Reply from HitBTC**    Dec 3, 2018

All commissions are needed to ensure that transactions are not stuck in the processing. We constantly review commissions and correct them in accordance with the current requirements of the network.

| Previous | 1 | Next page |



**Choose country**

United States ▾

| About | Community | Businesses |
|---|---|---|
| | | |



**Follow us on**

archive.today    Saved from https://www.trustpilot.com/users/5e04d904361d61fbba07ce9a    search    23 Dec 2024 11:06:50 UTC
webpage capture

All snapshots from host www.trustpilot.com

no other snapshots from this url

| Webpage |

share    download .zip    report bug or abuse

🔍 Search for a company or category…                                    **For businesses**

**MP**    # majid pahlevan
Iran

## Reviews

Review of HitBTC

**MP**    **majid pahlevan**
1 review    📍 IR

⭐    Updated Feb 6, 2021

**Very expensive**

Is very bad for whitdraw fee. Very expensive 😄 😭 😩
But to buy and sell very chip
I dont liked.

**Date of experience:** December 26, 2019

👍 Useful    ⤳ Share                                    ⚑

| Previous | **1** | Next page |

⭐

**Choose country**

United States    ▾

**About**            **Community**            **Businesses**

**archive.today**
webpage capture

Saved from | https://www.trustpilot.com/users/5b3240614de5666d34acf93f | search

no other snapshots from this url

All snapshots from host www.trustpilot.com

23 Dec 2024 13:28:17 UTC

Webpage

share   ⛅download .zip   ☀ report bug or abuse

🔍 Search for a company or category…                                    **For businesses**

**MO**   **morteza**
Iran

## Reviews

Review of HitBTC

**MO**   **morteza**
1 review   📍 IR

⭐   Updated Jun 27, 2018

**i sent some myb 1 month ago but**

[HitBTC] #312935 ---i sent some myb 1 month ago but not
reached. Although I've sent a lot of emails, someone is not
responding
support not answer

**Date of experience:** June 26, 2018

👍 Useful 1     � Share                            🚩

| Previous | **1** | Next page |

⭐

**Choose country**

United States   ▾

**About**              **Community**              **Businesses**

https://archive.ph/ReRPc                                                                    1/2

**archive.today**
webpage capture

Saved from https://www.trustpilot.com/users/5b353a904de5666d341e807b    search    23 Dec 2024 12:51:03 UTC

All snapshots from host www.trustpilot.com
no other snapshots from this url

| Webpage |

share    download .zip    report bug or abuse

🔍 Search for a company or category...                                    **For businesses**

**SG**    # Saeid Ghorbani
Iran

## Reviews

Review of HitBTC

**SG**    **Saeid Ghorbani**
1 review  ⊙ IR

⭐                                                    Jun 28, 2018

### Hitbtc's security level is very low

Hitbtc's security level is very low
I loss about $5000 in may account by hacking while google
2stepe verification was active !
Support team competence very low

I'm trying to summarize the reasons of my dissatisfaction:
despite my efforts to pinpoint the security weakness of the
exchange hitbtc and to provide with strong reasons, hitbt's
colleagues insisted that the reason for hacking my account and
the loss of my money was a security mistake of my own. In fact
because of less competence or even intentionally, they didn't help
me at all to return my money back to me even though I showed up
with obvious reasons like bypassing the google authenticator, the
reason why my account was hacking was a weak spot in the
hitbtc site, not mistakes like scam site visitation or password
exposing.
After checking , I found out that there are some people with
similar problems like me but unfortunately hitbtc's level of
responsibility was very low for these people.
That's why I've all my friends aware of this and I encourage them
to transfer their money from the hitbtc to such exchanges as
binanc, because the crunching of your hitbtc is a high risk factor.
Finally, thanks for creating this path to attract my opinion.

**Date of experience:** June 28, 2018

👍 Useful 2    ⊷ Share                                    ⚐



| Previous | **1** | Next page |



https://archive.ph/XedPX                                    1/3

archive.today
webpage capture

Saved from | https://www.trustpilot.com/users/627ec4396695530012b33432 | search    21 Dec 2024 08:58:55 UTC

no other snapshots from this url

All snapshots from host www.trustpilot.com

Webpage    share  download .zip  report bug or abuse

🔍 Search for a company or category...                    For businesses

**seed**
Iran

## Reviews

Review of HitBTC

**seed**
21 reviews    📍 IR

⭐                                                    Feb 9, 2024

**scam**

If there is a problem with withdrawing Dogecoin, how do you
withdraw the inactivity fee? You are stealing $30 a month in
inactivity fees from my account.
scam
scam
حروم زاده ها
لعنت به شما

**Date of experience:** February 09, 2024

👍 Useful 9    ⤳ Share                                    🚩

Review of HitBTC

**seed**
21 reviews    📍 IR

⭐                                                    Jan 25, 2024

**the impure**

the impure, it is clear that you are expanding your theft.
You don't have any answer to give people, until now what you
said was just a lie.
All the parts are in your hands and you impure manually closed
Dogecoin withdrawal
damn you
damn you
damn you

**Date of experience:** January 25, 2024

👍 Useful    ⤳ Share                                    🚩

Review of HitBTC

15



**seed**
21 reviews    📍 IR

    Jan 19, 2024

**You impure**

You impure, all the people found out how much of a thief you are.
Spit in the face of every dirty person who lives on this planet.
May God curse the impure.
I asked you najis several times that I need my original money
because of my marriage, but you still kept the price low and
blocked my money.
But you continue to steal !!!!!!!!!!
May the curse of God and the whole universe be upon you for
doing this to your fellow man.
One day you will answer all these thefts.
I ask God to bring that day closer.

**Date of experience:** January 19, 2024

👍 Useful    ⤳ Share    🏳

Review of HitBTC



**seed**
21 reviews    📍 IR

    Jan 13, 2024

**People**

People, how much time should we give these impure people? To
release our Dogecoins????
Why is there no one to scandalize the theft of these
impure ????
Shameless whores
I hope your wife, children and loved ones die.
I hope your wife, children and loved ones die.
I hope your wife, children and loved ones die.

**Date of experience:** January 13, 2024

👍 Useful    ⤳ Share    🏳

Review of HitBTC



**seed**
21 reviews    📍 IR

    Jan 6, 2024

**Fraudsters-scam**

Fraudsters
You are so dirty
God damn all the employees of this fraudulent company who do
not release our money.
After all, the moon does not stay behind the clouds and you will
be disgraced one day.
I have not seen anything more impure than you in this world.
One day you will repay these thefts and frauds.
the impure

**Date of experience:** January 06, 2024

👍 Useful 1    ⌁ Share                                        ⚑

Review of HitBTC

 **seed**
21 reviews    📍 IR

⭐                                          Dec 29, 2023

**I will break your back. Fraudulent exchange**

This time has passed and it has been proven to everyone that
there is no answer for us!?
You are impure beings living on this planet.
I will carry your reputation everywhere.
You have blocked our money for 3 years and are stealing from us
bit by bit due to inactivity.
I will break your back
Thieves
Thieves

**Date of experience:** December 29, 2023

👍 Useful 2    ⌁ Share                                        ⚑

Review of HitBTC

 **seed**
21 reviews    📍 IR

⭐                                          Dec 8, 2023

**You lying frauds**

Reply from HitBTC
20 hours ago
Hello. Please keep in mind that when you trade on HitBTC, you
don't purchase assets directly from the exchange, but from other
traders who put up their assets for sale — the maker-taker model.
The prices are suggested by the sellers, not by the exchange.
The fee is applied as per our Terms of use (clause 18.4). To keep
your account active, you can initiate any type of transaction with
any coin available on the platform, not necessarily DOGE
withdrawals. You can make a deposit or trade other assets.
My answer: You lying frauds
You raise and lower the price manually.
Just a few days ago, you raised the price to $7000 and lowered it
again
You raise and lower the price manually.
Just a few days ago you raised the price to $7,000 and lowered it
again.
I publish his photo so that people will be aware of your theft and
dirty work.
Do you scammers know anything other than this lie? (The
exchange does not determine the price).
Know that there is no fool who wants to sell his currency cheaply
in your exchange! It's you who are stupid and manipulate the
price clumsily.
O people, judge!!
Why should site traders who sold their Dogecoin worth $3,000 for
a very long time sell it for $7,000 in a few days!!??
And what's even more interesting is that it looks like they made a
loss selling it at a high price and now they're selling it again for
$3000!!?????
Let's see if you can say this nonsense in front of the judge!!??

**Date of experience:** December 08, 2023

👍 Useful    ⤳ Share    ⤴

Review of  HitBTC

**seed**
21 reviews    📍 IR

⭐                                                Dec 6, 2023

**Trustpilot Please please do not delete this review**

If the Trustpilot support team has fairness and humanity in front of them, they will not delete this message so that you fraudsters can see it.
Your Trustpilot Team Help Us We're human and we're the same species, we need your help!
My Dogecoin value has reached $23,800 but it still shows $3,400 on this scammer's website.
These thieves take $20-30 from my account every month for inactivity.
I don't want to sell my Dogecoin on this cheap scam site.
I want to transfer all my Dogecoin to my wallet.
They again stole 223 doge equal to $22 from my account due to inactivity fee
God damn you dirty thieves
Spit on the nature of the dirty people of this world
I pray to God that you see the death of your wife and children with your own eyes, dirty Hitbtc team
Hitbtc scam exchange.
You are impure beings living on this holy planet of God
God curse you and your families who gave birth to you.
The world is destroyed by dirty and unclean people like you.
It's a shame to use the dog's name for you, that animal is much better than you. Very
God's curse on you
God's curse on you
God's curse on you
God's curse on you
God's curse on you
God's curse on you

**Date of experience:** December 06, 2023

👍 Useful    ⤳ Share    ⤴

↩ **Reply from HitBTC**                          Dec 7, 2023

Hello. Please keep in mind that when you trade on HitBTC, you don't purchase assets directly from the exchange, but from other traders who put up their assets for sale — the maker-taker model. The prices are suggested by the sellers, not by the exchange.
The fee is applied as per our Terms of use (clause 18.4). To keep your account active, you can initiate any type of transaction with any coin available on the platform, not necessarily DOGE withdrawals. You can make a deposit or trade other assets.

Review of  HitBTC

**seed**
21 reviews    📍 IR

12/23/24, 10:36 PM

Nov 27, 2023

**shameless scammers**

Reply from HitBTC
4 hours ago
Hello. Please keep in mind that when you trade on HitBTC, you
don't purchase assets directly from the exchange, but from other
traders who put up their assets for sale — the maker-taker model.
The prices are suggested by the sellers, not by the exchange.
My answer:
Does hitbtc know anything else to say other than this
answer????!!!!
How long are you going to lie???⁇!!!!!
Do you think your theft will always be hidden behind a cloud???!!
What sane person would suddenly drop the price of Dogecoin
from $7,000 to $3,500? And it sells!ⁱ
For what person or business did you enable Dogecoin withdrawal
for a short period of time???Why????
You must answer!???!
You shameless scammers
You shameless scammers
You shameless scammers
You shameless scammers

**Date of experience:** November 27, 2023

👍 Useful       ⌁ Share                                                    🚩

Review of HitBTC

seed
21 reviews    📍 IR



Nov 26, 2023

**Important news**

Hi guys, note that hitbtc can't reply to my message
Because he lied so much that he can no longer answer people
My Friends, note that this fake exchange has strangely increased
the price of Dogecoin in the last two months, while the price of
Dogecoin has been almost constant in other exchanges for some
time. Of course, this is until 05/11/2023. But now that I am writing
this message, they reduced the price of Dogecoin again.
In addition, during this shameless act of theirs, I saw Dogecoin
withdrawal activated twice and tried to withdraw, but it didn't
work! But it was clear that they had activated several hours of
harvesting for their own purposes.
I have documents related to this matter.
Why when I enter my dogecoin amount right now on
coinmarketcap site it's worth $18000 but on this scam site it's
$3600!
My dogecoin is currently originally $18,600 but on this site it
shows $3,600. This aside!
My Dogecoin went from $14,000 to $16,450 from 10/18/2023 to
11/5/2023.
Why did my Dogecoin go from $3,500 to $7,000 on this site in the
time I said!???? Why????
When the price has fluctuated a bit everywhere. Why has 3500
dollars grown???
Why now my Dogecoin on this site went from $7000 to $3600?

**Date of experience:** November 26, 2023

👍 Useful       ⌁ Share                                                    🚩

19

↪ **Reply from HitBTC**      Nov 27, 2023

Hello. Please keep in mind that when you trade on HitBTC, you
don't purchase assets directly from the exchange, but from other
traders who put up their assets for sale — the maker-taker
model. The prices are suggested by the sellers, not by the
exchange.

Review of HitBTC



**seed**
21 reviews   ◎ IR

★                     Nov 21, 2023

**And again, the answer is a lie**

(Reply from HitBTC
A day ago
Hello. Sometimes technical maintenance requires additional effort
and time. In this case, we need a while longer to complete the
work on the DOGE wallet. While withdrawals are closed during
maintenance, trading functionality is available at that moment.)
(My answer:
And again, the answer is a lie
You are the dirty people living on this planet
Finally, one day you will answer for this theft
(Hey guys, have you ever wondered why Dogecoin withdrawals
and some currencies are closed for three years??????)
(But it's deposit and transfer is completely open!?)
(Why deposit and transfer do not need maintenance????)
It is known that they only take money from people.
But they don't give them any money back
People who write positive feedback about this scam exchange on
this site are their friends and acquaintances.
People who have lost never write this feedback
I desperately request the Trustpilot admins and team not to delete
this review and judge properly. The only thing that remains of man
in this world is good and godly deeds.

**Date of experience:** November 21, 2023

👍 Useful    ⤳ Share                       ⚐

Review of HitBTC



**seed**
21 reviews   ◎ IR

★                     Nov 17, 2023

**I will answer you here**

(Reply from HitBTC
12 minutes ago
Hello! Please let me know your ticket number. I'll see what I can
do to bridge the gap in communication.)
(My answer)
I will answer you here
How many times do they say?
I once said my ticket number, which has been out of date for a
long time
My ticket is 1573750
We have worked hard for our money

Give us our money
You have a duty to be responsible for people's money
Return all the people's money

**Date of experience:** November 17, 2023

👍 Useful      ⤴ Share                                              🏳

↩ **Reply from HitBTC**                               Nov 20, 2023

Hello. Sometimes technical maintenance requires additional
effort and time. In this case, we need a while longer to complete
the work on the DOGE wallet. While withdrawals are closed
during maintenance, trading functionality is available at that
moment.

Review of HitBTC



**seed**
21 reviews     📍 IR

⭐                                              Nov 14, 2023

**Hey guys be aware-scam**

Hey guys be aware-scam
Hey guys be aware, I sent a message to Hitbtc on
Oct 30, 2023, but I haven't received a reply yet.
O people, be aware that this is how these fraudsters work, they
take your information so that they don't answer you anymore
These scammers have also blocked me on Twitter
They delay us with their lies to take all our money under the
excuse of inactivity
Shame on Hitbtc
scam scam

**Date of experience:** November 15, 2023

👍 Useful      ⤴ Share                                              🏳

↩ **Reply from HitBTC**                               Nov 17, 2023

Hello! Please let me know your ticket number. I'll see what I can
do to bridge the gap in communication.

Review of HitBTC



**seed**
21 reviews     📍 IR

⭐                                              Nov 6, 2023

**Hey guys be aware-scam**

Hey guys be aware, I sent a message to hitbtc on
Oct 30, 2023, but I haven't received a reply yet.
According to their claim they told me to contact the support team
but they didn't answer me.
O people, these thieves are eating our money bit by bit.
They do this to pretend that they want to help you, but they are
not helping at all, they are just lying.
They have been using the excuse of maintenance for two years,
but it is all a lie
Give us our money back

(Reply from HitBTC
Oct 30, 2023
Hi there. Please note that social media mods are not part of the support team and, therefore, are not familiar with their internal guidelines for resolving customer-related cases. Please continue your communication directly with the support team in your ticket thread.)
scam
scam
scam

**Date of experience:** November 06, 2023

👍 Useful          ⌣ Share                                    ⚐

Review of HitBTC



 **seed**
21 reviews    ⊙ IR

⭐                                              Oct 28, 2023

**solve my problem**

(Reply from HitBTC
2 days ago
Hello! I'm sorry to hear that your experience left you with such an impression. Please let me know your ticket number, I'll see what I can do to help.)
My answer at 10/29/2023 : My ticket is 1573750 so solve the problem
But don't give me these false answers anymore
solve my problem
Solve all people's problems
Return all the people's money
You must be committed

**Date of experience:** October 29, 2023

👍 Useful          ⌣ Share                                    ⚐

↳ **Reply from HitBTC**                          Oct 30, 2023

   Hi there. Please note that social media mods are not part of the support team and, therefore, are not familiar with their internal guidelines for resolving customer-related cases. Please continue your communication directly with the support team in your ticket thread.

Review of HitBTC



 **seed**
21 reviews    ⊙ IR

⭐                                              Oct 17, 2023

**Thieves-dirty team**

They are thieves and they want to rob us bit by bit of our money. People who are victims of this scam, spread the word wherever you can to shame these scammers.
These fraudsters have been blocking our money for two years.
Shame on Hitbtc
Shame on Hitbtc
Shame on Hitbtc

Shame on Hitbtc
Shame on Hitbtc
Shame on Hitbtc

**Date of experience:** October 17, 2023

👍 Useful 1      ⚆ Share                                    ⚐

↳ **Reply from HitBTC**                          Oct 26, 2023

Hello! I'm sorry to hear that your experience left you with such an impression. Please let me know your ticket number, I'll see what I can do to help.

Review of HitBTC

 **seed**
21 reviews    ⦿ IR

⭐                                                  Sep 26, 2023

**Again their lie answer**

Again their lie answer
(Hello. The fee is applied as per our Terms of use (clause 18.4). To keep your account active, you can initiate any type of transaction with any other asset available on the platform.)
You are a scammer because you lowered the price of Dogecoin People, stop investing in these stocks. These are very dirty and fraudulent people.
people, my Dogecoin amount in all other exchanges is $14,518, but my Dogecoin amount in this exchange shows $3,197 and they have blocked my Dogecoin withdrawal for two years.
They are scammers, don't put money in this exchange

**Date of experience:** September 26, 2023

👍 Useful 2      ⚆ Share                                    ⚐

↳ **Reply from HitBTC**                          Oct 2, 2023

Hello. Please keep in mind that when you trade on HitBTC, you don't purchase assets directly from the exchange, but from other traders who put up their assets for sale — the maker-taker model. The prices are suggested by the sellers, not by the exchange.

Review of HitBTC

 **seed**
21 reviews    ⦿ IR

⭐                                                  Sep 20, 2023

**scam_scam_scam**

This is their false answer
(Reply from HitBTC
Sep 13, 2023
Hello. The fee is applied as per our Terms of use (clause 18.4). To keep your account active, you can initiate any type of transaction with any available coin. You can deposit or trade multiple assets available in the platform, not just DOGE.)
They don't want to understand
Why can't you understand that the price of Dogecoin is low on

your site?
I don't want to sell my Dogecoin cheap
I don't want to exchange any money on your site
I just want to take my money to my wallet

**Date of experience:** September 20, 2023

👍 Useful     ⌁ Share                                                    ⚐

↳ **Reply from HitBTC**                          Sep 21, 2023

Hello. The fee is applied as per our Terms of use (clause 18.4). To
keep your account active, you can initiate any type of transaction
with any other asset available on the platform.

Review of HitBTC


**seed**
21 reviews     📍 IR

⭐                                                    Sep 9, 2023

**Lies and fraud**

Every time I send an email, this is their answer.
This is not my answer!!!!*****
(Hello. The fee is applied as per our Terms of use (clause 18.4).
HitBTC is not the only platform to implement the inactivity fee
policy. To keep your account active, you can initiate any type of
transaction, not just withdrawals. You can make a deposit or trade
assets.)
I don't want to exchange my money in your site Because the
amount of Dogecoin on your site has a small value, which is of
course your own pricing and is a scam.
While the price of Dogecoin in many other exchanges is not like
this and is much higher than your price.
I don't want to sell or exchange my Dogecoin at low value on your
site.
I want to take Dogecoin to my wallet.
You have closed my Dogecoin withdrawal for two years**********
You have to return my money
(They have withdrawn money from my account again due to
inactivity On this date 2023-09-08)

**Date of experience:** September 09, 2023

👍 Useful     ⌁ Share                                                    ⚐

Review of HitBTC


**seed**
21 reviews     📍 IR

⭐                                                    Sep 4, 2023

**Lies and fraud**

Every time I send an email, this is their answer.
This is not my answer!!!!*****
(Hello. The fee is applied as per our Terms of use (clause 18.4).
HitBTC is not the only platform to implement the inactivity fee
policy. To keep your account active, you can initiate any type of
transaction, not just withdrawals. You can make a deposit or trade
assets.)
I don't want to exchange my money in your site Because the

amount of Dogecoin on your site has a small value, which is of course your own pricing and is a scam.

While the price of Dogecoin in many other exchanges is not like this and is much higher than your price.

I don't want to sell or exchange my Dogecoin at low value on your site.

I want to take Dogecoin to my wallet.

You have closed my Dogecoin withdrawal for two years‼‼‼‼‼‼

You have to return my money

**Date of experience:** September 04, 2023

👍 Useful    ⌧ Share                                                    ⚑

↵   **Reply from HitBTC**                                   Sep 13, 2023

Hello. The fee is applied as per our Terms of use (clause 18.4). To keep your account active, you can initiate any type of transaction with any available coin. You can deposit or trade multiple assets available in the platform, not just DOGE.

| Previous | 1 | 2 | Next page |
|---|---|---|---|



**Choose country**

United States                                    ▾

**About**                    **Community**                    **Businesses**

What we do                  Trust Center                  Plans & Pricing

Jobs                        Help Center                   For Startups

Contact                     Log in                        Transparency

Blog                        Sign up                       Data Integrity

Press                                                     Product Reviews



**Follow us on**

https://archive.ph/yQoz5

archive.today
webpage capture

**Saved from** https://www.reddit.com/r/hitbtc/comments/n1w1fz/dear_hitbtcplease/?rdt=39    search    23 Dec 2024 08:51:32 UTC

no other snapshots from this url

**All snapshots** from host www.reddit.com

| Webpage |

share    ⬇ download .zip    ☀ report bug or abuse

## Dear hitbtc.please....    self.hitbtc

submitted 3 years ago by Ahmad_ab1982

Hello dear hitbtc. I'm stuck in kyc. It was mentioned in the description that we can send the original photo or pdf document of the place of residence. I am a technology teacher in Tehran / Iran. I always advise my students to have hitbtc and ease of working with it. I'm done, but now I'm stuck and really annoyed. I have been very careful in sending documents. Because I want to work in hitbtc. But now .... I do not know what to answer. Please, as always, users understand

This is a really annoying issue for hitbtc, one of the oldest and best digital currency trading platforms. In the authentication phase, we have to send documents from the same topic several times (such as address verification) and they still make a new request. I know these strictures are for the security of customer accounts. But it makes people who are really in business for hitbtc think about transferring their capital, and this is very worrying. However, I want authentication to be done sooner rather than later. I can start my business in hitbtc with Hial easier. If the time and assistance in kyc is more and faster, I will definitely have hitbtc as the main exchange as always because it is very easy to use and supports a lot of coins. Please confirm my kyc details as soon as possible. Regards

3 comments   share   save   hide   report

## all 3 comments

sorted by:   best ▼

[–] **Hitbtc_Team**   [score hidden] 3 years ago · stickied comment
Hello! Thanks for reaching out to us. Please let me know your ticket number, I'll see what I can do to help.

permalink   embed   save   report   **reply**

> [–] **Ahmad_ab1982**   • 1 point 3 years ago
> Hello dear hitbtc. Thank you for your understanding. Recently my problem was solved thanks to you. Thank you for your attention. Today was a good day for me. I was confirmed and started my trading on hitbtc again.
>
> permalink   save   parent   report   **reply**

search    Sub

this post was submitted on 30 Apr 2021
**2 points** (100% upvoted)

https://redd.it/n1w1fz

### Subreddit Info

*4 currently online*
This subreddit is under maintenance. 24/05/2019 15:12:32 IST+0530 (India Standard Time)

a community for 7 years

MODERATORS

discussions in r/hitbtc    x

1 · 3 comments
@PanneKopp

archive.today
webpage capture

Saved from   https://www.trustpilot.com/users/608a7f81a73476001bcb039e     search     23 Dec 2024 07:11:07 UTC

no other snapshots from this url

**All snapshots** from host www.trustpilot.com

| Webpage |

share    download .zip    report bug or abuse

🔍  Search for a company or category…                                     **For businesses**

**HS**     ## Hassan Saeedi
Iran

## Reviews

Review of HitBTC

**HS**     **Hassan Saeedi**
1 review    ◉ IR

⭐                                                         Apr 29, 2021

**HitBtc is biggest scammer**

This HitBtc exchange, one of the biggest international scammers
in Chile
They stole 20,000 USD from me and then they are blocking my
account via 2FA code.
Stay away from scammers

**Date of experience:** April 29, 2021

👍 Useful **2**    ⤳ Share                                          ⚑

| Previous | 1 | Next page |

⭐

## Choose country

United States                      ▾

**About**              **Community**              **Businesses**

# Exhibit E



+1(784) 456-2577    info@svgfsa.com

**FINANCIAL SERVICES AUTHORITY**
St Vincent & The Grenadines

ABOUT US ▾    IFS ▾    DOMESTIC NON-BANK ▾    LICENSED FINANCIAL INSTITUTIONS ▾    NEWS    STATISTICS    INTERNA

CONTACT US

## WARNING NOTICE – HiTech Digital Business Ltd

March 20, 2024

The St. Vincent and the Grenadines Financial Services Authority ("the Authority") hereby informs the public that an entity named **HiTech Digital Business Ltd** is **NOT** registered in St. Vincent and the Grenadines.

Any reliance on the legitimacy of this company, as portrayed on their website: Banking and Legal Information / HitBTC, (shown in the screenshot provided below), is fraudulent.

It is important for you to note that the Authority **does NOT issue Bitcoin/Crypto licenses in this jurisdiction**. Additionally, the Financial Services Authority neither regulates nor license Business Companies (BCs) nor Limited Liability Companies (LLCs) involved in Bitcoin/Crypto, Forex Trading or Brokerage. The extent of supervision goes no further than to ensure that BCs comply with their obligations under the Business Companies (Amendment and Consolidation) Act, Chapter 149 of the Revised Laws of Saint Vincent and the Grenadines 2009, and that LLCs comply with their obligations under the Limited Liability Companies Act, Chapter 151 of the Revised Laws of Saint Vincent and the Grenadines 2009. Notwithstanding this, **BCs and LLCs engaged in forex trading/brokerage MUST obtain the necessary authority or license from the jurisdiction where their clients are located.**

Any documents presented by **HiTech Digital Business Ltd**, claiming incorporation, registration, formation, licensing, or affiliation with the Authority, are **false** and **forged**. The Authority strongly cautions against engaging in any business transactions with this entity, as individuals may become vulnerable to fraudulent activities.



# Exhibit F



**General Registry**
C A Y M A N   I S L A N D S

### Director Details

Welcome Intetrus | Logout

Entity Name: **ALBUS CAPITAL SPC**

**Director Name**

Mark Toberman

Back to Entity Search        📠 View Receipt

## Search Credit

**E-Services Username**
intetrus@gmail.com

**Credit Balance**
You currently have no search credit.

Add Credit

View Transaction History

## Help

Corporate records and registers are not available for public inspection.

This report does not confirm the entity is in good standing.

Terms & Conditions

# Exhibit G

 (https://www.cima.ky/)

Home (https://www.cima.ky/) › Search Entities          ✉ Email     📞 Call (tel:+1 (345) 949-7089)

Search here for entities that are currently licensed or registered by the Cayman Islands Monetary Authority.

**How To Search**

In the text box, type the full name, or part of the name, of the entity you wish to find. Choose the appropriate sector from the drop-down box, or choose "All" to search for the entity in all sectors. Click "Submit" or hit the Enter/Return key on your keyboard.

Albus Capital

All

I'm not a robot

reCAPTCHA
Privacy - Terms

SUBMIT          RESET

| Reference Number | Name | Type | Status Effective Date | Status |
|---|---|---|---|---|
| 1805005 | Albus Capital SPC | Mutual Fund - Limited Investor | 19-Aug-2020 | ACT |

# Exhibit H

LEI Search

# Albus Capital SPC

 ℹ️

*as of 2024-12-16 11:30:00+03:30*

Cayman Islands

## LEI Code 5493002HESLIP51R1W30 ℹ️

(Primary) Legal Name

Albus Capital SPC

Registered At

(Cayman Islands Monetary Authority)
(Cayman Islands Monetary Authority)
Cayman Islands
RA000087

Registered As

1805005

Jurisdiction Of Formation

KY

General Category

FUND

Entity Legal Form

segregated portfolio company (en)
MP7S

Entity Status

ACTIVE

Entity created at

2019-07-17 02:30:00+04:30

S&P Global Company ID



## Addresses ❶

Legal

Centennial Towers, Suite 205C, 2454 West Bay Road

KY1-1303

George Town

KY | Cayman Islands

Headquarters

Centennial Towers, Suite 205C, 2454 West Bay Road

KY1-1303

George Town

KY | Cayman Islands

## Registration details ❶

Registration Date

2020-04-18 02:00:00+04:30

Last Update

2023-08-03 21:22:01+03:30

Status

⬤ LAPSED

Next Renewal

2022-06-04 11:49:00+04:30

LEI Issuer

Bundesanzeiger Verlag GmbH (Bundesanzeiger Verlag)

39120001KULK7200U106

Corroboration Level

FULLY_CORROBORATED

Data Validated At

(Cayman Islands Monetary Authority)
(Cayman Islands Monetary Authority)
Cayman Islands
RA000087

Data Validated As

1805005

## Fund Relationships ⓘ

## Branch Relationships ⓘ

## Parents ⓘ

**Parents**

🔗 **Published Relationship** ⓘ
🔗 **Lapsed Relationship** ⓘ
🔗 **Reporting Exception** ⓘ

NON_CONSOLIDATING 🔗 (Direct Parent Exception reported) ⓘ

NON_CONSOLIDATING  🔗  (Ultimate Parent Exception reported) ⓘ

## Children ⓘ

### Direct children (0)

🔗 **Published Relationship** ⓘ
🔗 **Lapsed Relationship** ⓘ

No direct child data available for Albus Capital SPC

### Ultimate children (0)

🔗 **Published Relationship** ⓘ
🔗 **Lapsed Relationship** ⓘ

No ultimate child data available for Albus Capital SPC

# Exhibit I

**BVI FINANCIAL SERVICES COMMISSION**                    **LIST OF DIRECTORS**

| | | | |
|---|---|---|---|
| Company No. | : | 2069838 | |
| Company Name | : | BLOOMING TRIUMPH INTERNATIONAL LIMITED | |
| Foreign Character Name | : | 盛凱國際有限公司 | |

Filing Date  :  20/10/2021

CORPORATE DIRECTORS

| S/No. | Company Name | Director Type |
|---|---|---|
| 1 | RICH DESTINY INTERNATIONAL LIMITED<br>**Foreign Character Name:**<br>豐運國際有限公司 | Director |



Date   :   05/12/2024

# Exhibit J

 **Gmail**

## DocuSign Support Case: 14609644 "Validation" [ ref:!00D300bS4.!5008Z02P1J9N:ref ]

**Docusign Global Support** <customersupport@help.docusign.com>                    Fri, Dec 6, 2024 at 5:18 PM
To:

 **docusign**

**Case Number:** 14609644

Hello ,

We checked this Evelope ID: B6E788E0-95DC-4C1C-B945-49C804FE8CB9, and the status is already voided. A voided envelope refers to an envelope that has been canceled or invalidated. When an envelope is voided, all outstanding signing activities associated with that envelope are canceled. This means that any recipients who have not yet signed or viewed the envelope will no longer be able to do so.

I've attempted to verify this in our system as well, however the signing date is not displayed.

If the issue has already been addressed with the information we've provided, please reply CLOSE. Should you need further assistance, kindly reply to this email case, and we will be more than happy to assist you further.

Kind regards,

Aaron Kristofer | **Core Support Expert**
docusign.com

Login to the Support Center to review the status of your case or request a call.
If you no longer need assistance, click the Close Case button.

-------------- Original Message --------------
**From:**
**Sent:** 12/6/2024 6:37 AM
**To:** customersupport@help.docusign.com
**Subject:** Re: DocuSign Support Case: 14609644 "Validation" [ ref:!00D300bS4.!5008Z02P1J9N:ref ]

Hello,

Thank you for your response.

We only have the document that contains the following **DocuSign Envelope ID: B6E788E0–95DC–4C1C–B945–49C804FE8CB9**. We would like to verify whether it was accurately signed and determine the exact signing date, as our goal is to validate this document.

There are no additional attachments or documents available for verification. Could you please guide us on how we can proceed with this?

Thank you for your assistance.

Best regards,

[Quoted text hidden]

# Exhibit K

# Alacris Capital

 ⓘ

*as of 2024-12-23 11:30:00+03:30*

Cayman Islands

## LEI Code 549300VV0KBVIBVRL179 ⓘ

**(Primary) Legal Name**

Alacris Capital

**Registered At**

(Cayman Islands Monetary Authority)
(Cayman Islands Monetary Authority)
Cayman Islands
RA000087

**Registered As**

1578430

**Jurisdiction Of Formation**

KY

**General Category**

FUND

**Entity Legal Form**

FUND

**Entity Status**

 ACTIVE

**Entity created at**

2020-03-31 02:30:00+04:30

S&P Global Company ID

661829995

## Addresses ⓘ

### Legal

Centennial Towers, Suite 205C, 2454 West Bay Road

KY1-1303

George Town

KY | Cayman Islands

### Headquarters

Centennial Towers, Suite 205C, 2454 West Bay Road

KY1-1303

George Town

KY | Cayman Islands

## Registration details ⓘ

### Registration Date

2020-03-31 20:01:00+04:30

### Last Update

2023-11-15 23:13:23+03:30

### Status

● LAPSED

### Next Renewal

2022-06-04 11:49:00+04:30

**LEI Issuer**

Bundesanzeiger Verlag GmbH (Bundesanzeiger Verlag)

39120001KULK7200U106

**Corroboration Level**

FULLY_CORROBORATED

**Data Validated At**

(Cayman Islands Monetary Authority)
(Cayman Islands Monetary Authority)
Cayman Islands
RA000087

**Data Validated As**

1578430

## Fund Relationships ⓘ

## Branch Relationships ⓘ

## Parents ⓘ

Parents

🔗 Published Relationship ⓘ
🔗 Lapsed Relationship ⓘ
🔗 Reporting Exception ⓘ

NATURAL_PERSONS  🔗  (Direct Parent Exception reported) ⓘ
NATURAL_PERSONS  🔗  (Ultimate Parent Exception reported) ⓘ

**Direct children (0)**

◌ **Published Relationship** ⓘ
𝒪 **Lapsed Relationship** ⓘ

No direct child data available for Alacris Capital

**Ultimate children (0)**

◌ **Published Relationship** ⓘ
𝒪 **Lapsed Relationship** ⓘ

No ultimate child data available for Alacris Capital

https://search.gleif.org/#/record/549300VV0KBVIBVRL179                                                      4/4

# Exhibit L



# O F A C
Office of Foreign Assets Control

## License Application

## Application Information

| | | | |
|---|---|---|---|
| **Application Type:** | Transactional | **Category:** | Transactional |
| **Application Reason:** | New Application | **Subcategory:** | Legal Services |
| **Program(s):** | Iranian Transactions and Sanctions Regulations | **Previous Case ID:** | |

**Description of Subject Matter:**

I, Seyed Ali Mazlouman, am an Iranian resident and national.I have been a customer of HitBTC.com since Saturday, July 6, 2019. HitBTC with no license provided services to US, Iran and other sanctioned jurisdictions. I have evidence that digital assets belonging to HitBTC customers from sanctioned countries, including Iran, have been unlawfully transferred to Bequant Prime Limited and Bequant Pro Limited (together, the "Bequant") and subsequently to FTX Trading Ltd. and its affiliated debtors and debtors-in- possession (collectively, the "Debtors") and eventually BLOCKFORCE CAPITAL VESPER DEFI GROWTH FUND and CTL CA LLC (which are US Based-Entities).

Blooming Triumph International Limited and Bequant as a group members of a Racketeering Enterprise have claim over those assets in FTX Bankruptcy Case. As a result HitBTC doesn't return Iranian assets by many non-sense illegal technical pardons and has misused in the FTX Platform.Thus, a portion of the misappropriated assets held by Debtors belongs to customers from Iran or other sanctioned countries, including myself.

By this application, Sincerely I request a license to retain counsel from the USA to defend my right in US Courts and get back my digital assets.

## Contact Information

### Applicant

| | | | |
|---|---|---|---|
| **Contact Category:** | Person | | |
| **Salutation:** | Mr. | | |
| **First Name:** | Seyed | **Middle Name:** Ali | **Last Name:** Mazlouman |
| **Address:** | **Line1:** No. 17/1, Malak Abad Street 19 | | |
| | **Line2:** Kamal ol Molk Alley 2 | | |
| | **Line3:** | | |
| | **City:** Mashhad | **State:** | Khorasan Razavi |
| | **Zip:** 9186764867 | **Country:** | Iran |
| **Email Address:** | | | |
| **Phone:** | **Office:** | | |
| | **Mobile:** | | |
| | **Fax:** | | |
| **Principal Place of Business:** | | | |
| **Place where Business is Incorporated:** | | | |

### Correspondent

| | | | |
|---|---|---|---|
| **Contact Category:** | Person | | |
| **Salutation:** | Mr. | | |
| **First Name:** | Farshid | **Middle Name:** | **Last Name:** Milanian |
| **Address:** | **Line1:** No 4, 2nd Floor, SookhBakhsh Bld. | | |
| | **Line2:** Bank Melli Alley, Sayeban St, | | |
| | **Line3:** | | |
| | **City:** Bandar-e Anzali | **State:** | Guilan |
| | **Zip:** 4314613499 | **Country:** | Iran |
| **Email Address:** | milanian@gmail.com | | |
| **Phone:** | **Office:** | | |
| | **Mobile:** 90-5521566906 | | |
| | **Fax:** | | |

**Principal Place of Business:**
**Place where Business is Incorporated:**

## Attachments

| Name | Document Type |
|---|---|
| Seyed Ali Mazlouman Passport | Supplemental Information |
| Sample Iran IP | Supplemental Information |
| Application Summary | License Request |

## Certification

**Signature:** Farshid Milanian          **Date:** 12/23/2024
**Email Address:** milanian@gmail.com

# Exhibit M

## A Formal Request for Immediate Refund of My Digital Assets

From: ali maz (gapee1357@yahoo.com)

To: jkasen@kasenlaw.com; vgurvits@bostonlawgroup.com; frank@bostonlawgroup.com; vs.chernyy@chiron.management; jake.cormack@chiron.xyz; mtoberman@alacriscapital.com; george.zarya@bequant.io

Date: Wednesday, December 4, 2024 at 06:50 PM GMT+1

**SEYEDALI MAZLOUMAN**

**No. 17/1, Malak Abad Street 19**

**Kamal ol Molk Alley 2**

**Mashhad, Khorasan Razavi**

**Iran**

**Postal Code: 9186764867**

**Attn:** Mr. Jake Cormack, Mr. George Zarya, and Mr. Mark Toberman

**The Respectful Counsels for Blooming Triumph International Limited**

I, Seyed Ali Mazlouman, a resident of Iran, have been using the HitBTC platform from Iran since 2019 (Account ID: 5573A154, email: gapee1357@yahoo.com). It has been approximately six years that HitBTC has refused to return my assets, including DOGE: 3,861.006, BRG: 1,598, SLP: 570, and USDT: 16.964, despite numerous requests, effectively stealing them. As a result, I, along with other similarly affected users, have suffered significant financial losses and emotional distress. I have evidence showing that our misappropriated digital assets are tied up in the FTX bankruptcy case and were eventually transferred to Blooming Triumph International Ltd.

By this email, I am formally requesting the immediate refund of my assets held by your client. It is evident that HitBTC and associated entities have misused users' assets without authorization, profiting from these funds while disregarding users' rights.

Upon consulting a U.S. attorney, I was advised to contact you to seek a resolution in good faith before escalating the matter further. Therefore, I kindly request that you speak with your client and respond within the **next 48 hours** with a proposal for a potential settlement. Failing to resolve this matter amicably would leave me with no choice but to pursue Pro Se legal action in the esteemed U.S. judicial system to recover my stolen property and seek compensation for the financial and emotional damages incurred.

Furthermore, I will seek assistance and intervention from the U.S. Trustee, the Committee of Unsecured Creditors, and the Ad-hoc Committee of Non-U.S. Customers in the FTX bankruptcy case, along with their respective legal counsels, to achieve the best possible outcome. This issue does not affect me alone; it represents a global scandal involving other affected users as well.

If you wish to resolve this matter within the specified timeframe (**48 hours**), please respond to this email. I will provide my wallet details to facilitate the transfer of the original asset set. The current approximate value of my assets is [$1,585], which must be transferred to my designated wallet without further delay.

Yours sincerely,

Seyed Ali Mazlouman

# Re: A Formal Request for Immediate Refund of My Digital Assets

From:  ali maz (gapee1357@yahoo.com)

To:    jkasen@kasenlaw.com; vgurvits@bostonlawgroup.com; frank@bostonlawgroup.com;
       vs.chernyy@chiron.management; jake.cormack@chiron.xyz; mtoberman@alacriscapital.com;
       george.zarya@bequant.io

Date:  Saturday, December 7, 2024 at 02:26 PM GMT+1

**Dear Sirs,**

**Despite my efforts to resolve this matter amicably outside of court, no refund has been issued. Therefore, we will proceed with legal action in U.S. court to recover the outstanding account balance and associated damages.**

**Additionally, I will be filing a "Notice of Errata" against the attorneys involved in this case due to false statements made by their client. The attorneys have failed to exercise basic due diligence. A 21-day deadline will be provided to address and rectify these errors; if they remain unresolved, I will file a motion for sanctions. A separate filing regarding this matter will be submitted in the coming days.**

**For instance, several agreements submitted in this case are fraudulent, invalid, or void. Some were signed by individuals without the proper authority to execute such agreements but were presented as references for the transfer of assets. Soem part of these assets include those belonging to users from sanctioned countries, thereby violating OFAC rules, BSA regulations, and FinCEN guidelines. Furthermore, the declaration submitted by Jake contains entirely false information. I will submit all relevant evidence to the honorable court in the coming days.**

**This matter is now considered closed.**

**Best regards,**

On Saturday, December 7, 2024 at 11:27:24 AM GMT+1, ali maz <gapee1357@yahoo.com> wrote:

On Wednesday, December 4, 2024 at 09:20:49 PM GMT+3:30, ali maz <gapee1357@yahoo.com> wrote:

**\*\*SEYEDALI MAZLOUMAN\*\***

**No. 17/1, Malak Abad Street 19**

**Kamal ol Molk Alley 2**

**Mashhad, Khorasan Razavi**

**Iran**

**Postal Code: 9186764867**

**Attn:** Mr. Jake Cormack, Mr. George Zarya, and Mr. Mark Toberman

**The Respectful Counsels for Blooming Triumph International Limited**

I, Seyed Ali Mazlouman, a resident of Iran, have been using the HitBTC platform from Iran since 2019 (Account ID: 5573A154, email: gapee1357@yahoo.com). It has been approximately six years that HitBTC has refused to return my assets, including DOGE: 3,861.006, BRG: 1,598, SLP: 570, and USDT: 16.964, despite numerous requests, effectively stealing them. As a result, I, along with other similarly affected users, have suffered significant financial losses and emotional distress. I have evidence showing that our misappropriated digital assets are tied up in the FTX bankruptcy case and were eventually transferred to Blooming Triumph International Ltd.

By this email, I am formally requesting the immediate refund of my assets held by your client. It is evident that HitBTC and associated entities have misused users' assets without authorization, profiting from these funds while disregarding users' rights.

Upon consulting a U.S. attorney, I was advised to contact you to seek a resolution in good faith before escalating the matter further. Therefore, I kindly request that you speak with your client and respond within the **next 48 hours** with a proposal for a potential settlement. Failing to resolve this matter amicably would leave me with no choice but to pursue Pro Se legal action in the esteemed U.S. judicial system to recover my stolen property and seek compensation for the financial and emotional damages incurred.

Furthermore, I will seek assistance and intervention from the U.S. Trustee, the Committee of Unsecured Creditors, and the Ad-hoc Committee of Non-U.S. Customers in the FTX bankruptcy case, along with their respective legal counsels, to achieve the best possible outcome. This issue does not affect me alone; it represents a global scandal involving other affected users as well.

If you wish to resolve this matter within the specified timeframe (**48 hours**), please respond to this email. I will provide my wallet details to facilitate the transfer of the original asset set. The current approximate value of my assets is [$1,585], which must be transferred to my designated wallet without further delay.

Yours sincerely,

Seyed Ali Mazlouman

**Dear Sirs,**

**Despite my efforts to resolve this matter amicably outside of court, no refund has been issued. Therefore, we will proceed with legal action in U.S. court to recover the outstanding account balance and associated damages.**

**Additionally, I will be filing a "Notice of Errata" against the attorneys involved in this case due to false statements**

made by their client. The attorneys have failed to exercise basic due diligence. A 21-day deadline will be provided to address and rectify these errors; if they remain unresolved, I will file a motion for sanctions. A separate filing regarding this matter will be submitted in the coming days.

For instance, several agreements submitted in this case are fraudulent, invalid, or void. Some were signed by individuals without the proper authority to execute such agreements but were presented as references for the transfer of assets. Soem part of these assets include those belonging to users from sanctioned countries, thereby violating OFAC rules, BSA regulations, and FinCEN guidelines. Furthermore, the declaration submitted by Jake contains entirely false information. I will submit all relevant evidence to the honorable court in the coming days.

**This matter is now considered closed.**

**Best regards,**


2038659 LOd 000R(1).pdf
47.3kB


photo_2024-12-07 14.24.50.jpeg
104.6kB

# Exhibit N

## Request for Adjournment of Omnibus Hearing for Blooming Triumph International Limited

From: ali maz (gapee1357@yahoo.com)

To: landis@lrclaw.com; mcguire@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com; dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com; vgurvits@bostonlawgroup.com; frank@bostonlawgroup.com; jkasen@kasenlaw.com

Cc: david.gerardi@usdoj.gov; benjamin.a.hackman@usdoj.gov; jon.lipshie@usdoj.gov; linda.richenderfer@usdoj.gov; andreagordon@eversheds-sutherland.com; erinbroderick@eversheds-sutherland.com; marksherrill@eversheds-sutherland.com; peterivanick@eversheds-sutherland.com; sarahpaul@eversheds-sutherland.com; philipehrlich@eversheds-sutherland.com; lynnholbert@eversheds-sutherland.com; mharvey@morrisnichols.com; octopus_ftx@teamb.cn; gabesasson@paulhastings.com; krishansen@paulhastings.com; kenpasquale@paulhastings.com; erezgilad@paulhastings.com; lucdespins@paulhastings.com; samanthamartin@paulhastings.com; michele.wan@pulsar.com; jacky.yip@pulsar.com

Bcc: mtoberman@alacriscapital.com; vs.chernyy@chiron.management; george.zarya@bequant.io; jake.cormack@chiron.xyz

Date: Wednesday, December 11, 2024 at 12:37 PM GMT+1

**Dear Counsel for Blooming Triumph International Limited, FTX Trading Ltd., and Its Affiliates,**

I hope this email finds you well.

I, Seyed Ali Mazlouman, a *resident of Iran*, hereby address this correspondence concerning my interest and asset claim currently associated with me, which was unlawfully transferred to "**Blooming Triumph International Limited.**" Following this transfer, I made **multiple attempts to contact the attorneys representing Blooming Triumph International Limited**, starting on December 4, 2024, in an effort to resolve the matter amicably and outside of court. Despite my repeated efforts, I have **not received any response, nor has the issue been addressed.**

As evidence of my communication attempts and the details of this matter, I have attached supporting documents to this email. These evidences further substantiate the ongoing **lack of response and the necessity for legal action.**

Given the circumstances and the involvement of **numerous other Iranian residents in this claim**, I find it necessary to retain legal counsel to adequately represent my interests. As a resident of Iran, I will also need to **obtain an OFAC license** to proceed. **Accordingly, I request the adjournment of the omnibus hearing for "Blooming Triumph International Limited," currently scheduled for January 23, 2025, to a later date. This extension is**

essential to allow sufficient time to gather additional evidence, secure legal representation, and intervene effectively in this claim.

**I kindly request that you confirm your acceptance or objection to this request by December 13, 2024, at 4:00 PM (Delaware time)**. If no response is received by this deadline, I will proceed to file motions for adjournment and to **shorten the notice period to three days from the time of service by email**.

*All responses and notices should be directed to this email address. For record-keeping purposes, I have copied the Office of the United States Trustee and COMMITTEE OF UNSECURED CREDITORS on this email.*

Thank you for your attention to this matter.

Best regards,
**Seyed Ali Mazlouman**
No. 17/1, Malak Abad Street 19
Kamal ol Molk Alley 2
Mashhad, Khorasan Razavi
**Iran**
Postal Code: 9186764867

 A Formal Request for Immediate Refund of My Digital Assets - HT 01.pdf
46kB

 A Formal Request for Immediate Refund of My Digital Assets -HT 02.pdf
54.4kB

 Yahoo Mail -:0 Welcome to HitBTC.pdf
66.8kB

 Account_Summary_Jul_06_19_Nov_19_24 (1).pdf
81.3kB

# Exhibit O

archive.today    Saved from https://www.trustpilot.com/users/6745f1031283241b710d36c4    search    24 Dec 2024 09:19:03 UTC
webpage capture
no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage

share    download .zip    report bug or abuse

Search for a company or category…    **For businesses**

## Roger Vidal

United States

## Reviews

Review of HitBTC

**Roger Vidal**
1 review    ◎ US

Nov 26, 2024

### Shut down hitbtc

They should be shut down as they stole everyone's doge which
I've been emailing them for over 4 years without no solution and
they keep saying the wallet is down for maintenance. They are a
scam and they know it. They will get what's coming to them.

**Date of experience:** November 26, 2024

👍 Useful **2**    ⚄ Share

| Previous | 1 | Next page |

**Choose country**

United States    ▾

| About | Community | Businesses |
|-------|-----------|------------|

archive.today    **Saved from** https://www.trustpilot.com/users/5f3ac341e8320816f5f7b06f    search    23 Dec 2024 10:32:44 UTC
webpage capture    no other snapshots from this url
**All snapshots** from host www.trustpilot.com

Webpage    share    download .zip    report bug or abuse

🔍 Search for a company or category...                     For businesses

**AP**    # aankit pokhrel
United States

## Reviews

Review of HitBTC

**AP**    **aankit pokhrel**
1 review    ◎ US

Aug 17, 2020

### bad Customer support

My father and I liked their website, but problems arose when he
had to get a new phone and lost access to his account. both my
father and I contacted them about getting rid of 2FA at least 3
times, and all times they did nothing about it.

**Date of experience:** August 17, 2020

👍 Useful **2**    ⚡ Share                                    🏳

↳ **Reply from HitBTC**                     Aug 18, 2020

Dear Trader,

I am sorry to hear about your experience.

It is really odd to discover that you did not get a reply from us.
Could you please share your ticket number, so I could check
what is going on?

Thank you and have a good day!

| Previous | 1 | Next page |

https://archive.ph/nwvAo                                                    1/3

archive.today
webpage capture

**Saved from** https://www.trustpilot.com/users/60a501be150c7d0019670f46    search    23 Dec 2024 19:47:14 UTC
no other snapshots from this url
**All snapshots** from host www.trustpilot.com

Webpage    share    download .zip    report bug or abuse

⭐    🔍 Search for a company or category...    **For businesses**

**AT**    # Adam T
United States

## Reviews

Review of HitBTC

**AT**    **Adam T**
1 review    📍 US

⭐    May 19, 2021

### It's a scam exchange

It's a scam exchange. It's easy to deposit but it's literally impossible to withdraw. Don't use it. Legal action is on the way for them.

**Date of experience:** May 19, 2021

👍 Useful **3**    ✕ Share    🏳

| Previous | 1 | Next page |

⭐

**Choose country**

United States    ▼

| About | Community | Businesses |
|---|---|---|

 **Al Miller**
United States

## Reviews

Review of <u>Swagbucks</u>

 **Al Miller**
2 reviews ◎ US

★★★★★ ✓ Verified    Oct 26, 2022

**SwagBucks is cool**

SwagBucks is cool, man. It used to be cooler, but it's still cool, dig it?

**Date of experience:** October 20, 2022

👍 Useful  ◦⑤ Share     ⚐

Review of <u>HitBTC</u>

 **Al Miller**
2 reviews ◎ US

■■       Apr 22, 2019

**After three years, seems shady now.**

They did not block the hacker who stole DCN from Cryptopia, so DCN suffered greatly. They charge huge withdrawal fees. HitBTC will delist coins without emails or proper notification. I stay because to withdraw my main coin would cost too much.

I hope they get better.

**Date of experience:** April 22, 2019

👍 Useful 1  ◦⑤ Share     ⚐

  ↰ **Reply from HitBTC**    Apr 26, 2019

   Thanks for your feedback. We have every desire to improve your customer experience. Which coins have you been operating with?
   Have you already contacted our Suppor Team?

| Previous | 1 | Next page |
|---|---|---|

 ★

https://archive.ph/UZHbp      2/3

archive.today    Saved from https://www.trustpilot.com/users/5b34d9264de5666d34b5a08d    search    23 Dec 2024 13:06:10 UTC
webpage capture                                                  no other snapshots from this url
                        All snapshots  from host www.trustpilot.com

| Webpage |

share    ⬇ download .zip    ☀ report bug or abuse

🔍  Search for a company or category…                                    **For businesses**

**AL**    **Ali**
United States

## Reviews

Review of HitBTC

**AL**    **Ali**
1 review    ◎ US

⭐                                                    Updated Jun 28, 2018

**Hitbtc dont give me and my wife igneses**

Hitbtc dont give me and my wife igneses coming from Airdrop of
NXT at 28/12/2017
I will never trust Hitbtc a couple of times.

All stock exchanges have delivered their Ignis on time.But hitbtc I
and many of my friends did not give Igns. they are constantly
giving up with stupid answers.
ı sent my historical document but "their engineers"they say, still
insist on not understanding.
engineers can not see the problem in such a clear and open
system.my advice to you.You should fire your engineers
immediately.......

**Date of experience:** June 28, 2018

👍 Useful 2      ⭓ Share                                    ⚑

| Previous | **1** | Next page |

⭐

**Choose country**

United States                                              ▾

**About**              **Community**              **Businesses**

**archive.today**
webpage capture

Saved from | https://www.trustpilot.com/users/5b2e9c774de5666d34e918f6 | search
All snapshots from host www.trustpilot.com
no other snapshots from this url

23 Dec 2024 14:32:24 UTC

Webpage

share    download_zip    report bug or abuse

🔍 Search for a company or category…    Categories    Blog    Log in    **For businesses**

**AT**    # Amantay Tulinaliev

United States

## Reviews

Review of HitBTC

**AT**    **Amantay Tulinaliev**
1 review    ◎ US

⭐    Updated Sep 11, 2018

**Takes about a week just to get a reply...**

Takes about a week just to get a reply to a message. I am trying to
withdraw my ethereum for over a 2 month now. Do not use this
exchange! Their KYC process alone takes about a month. Already
lost about 1200$ because of them.

Support #308515

Update 9/11/2018
Still going over back and forth with their "security team" who
demand to prove I am the owner of the wallets. 3 Month past my
first review and they still think I am someone who is trying to steal
information. This is how they get your money folks. Worst
customer service!

**Date of experience:** June 23, 2018

👍 Useful    ⭕ Share    🏳

↳ **Reply from HitBTC**    Aug 9, 2018

Amantay Tulinaliev, would you provide your support request
number?

Previous | **1** | Next page

⭐

**Choose country**

archive.today    Saved from https://www.trustpilot.com/users/58f569410000ff000a8e17e3    search    23 Dec 2024 15:32:14 UTC
webpage capture
All snapshots from host www.trustpilot.com    no other snapshots from this url

Webpage    share  ⌄ download_zip    ⚫ report bug or abuse

🔍  Search for a company or category…                                    **For businesses**

**AN**    ## AndreasS
United States

### Reviews

Review of Skullcandy (US)

**AN**    **AndreasS**
7 reviews    ⊙ US

★    Oct 1, 2019

**I bought the Skullcandy Crusher...**

I bought the Skullcandy Crusher Wireless.

After 6 months, the cable was not working anymore.

After 1 year, the bluetooth is bugging like hell. I can't use it anymore.

Very expensive product for 1 year of lifetime.

I tried to contact skullcandy 3 times, but I never got any answer.

Now I am here. And I see bad reviews and they deserve it. They don't care at all about their customers.

Please enjoy for me if you decide to buy their products. But you'll be disappointed for sure.

**Date of experience:** October 01, 2019

👍 Useful    ⤴ Share    ⚑

Review of Ryanair

**AN**    **AndreasS**
7 reviews    ⊙ US

★    Aug 11, 2019

**Une arnaque totale**

Une arnaque totale. Si je pouvais mettre 0 étoiles, je les aurais mises.

La pire compagnie aérienne du monde. On a payé en ligne lors de la réservation un supplément pour ajouter un bagage de 10kg avec nous. Tout est fait sur le e-billet pour vous faire croire que vous pouvez l'emporter avec vous en cabine.

Arrivé devant le guichet d'embarquement, il faut payer un supplément de 25€ pour le mettre en soute, car il fallait le déposer en soute en amont en réalité. Alors que tout est fait pour vous faire croire l'inverse. Du vol.

TOUT mais absolument TOUT est payant. Bientot, aller aux toilettes dans l'avion sera payant (je ne rigole pas, ils en discutent chez eux...)

Y'a rien à attendre de cette compagnie qui est la pire.

**Date of experience:** August 11, 2019

👍 Useful 1    ⌁ Share    ⚐

Review of [Motherland](#)

**AN** **AndreasS**
7 reviews    ◉ US

★★★★★                                   Mar 8, 2019

**Smooth experience**

Smooth experience. Received in 5 days.
I bought a dress for my girlfriend, she loved it!

**Date of experience:** March 08, 2019

👍 Useful    ⌁ Share    ⚐

Review of [HitBTC](#)

**AN** **AndreasS**
7 reviews    ◉ US

★                                        Nov 15, 2017

**This bitcoin exchange is a scam**

This bitcoin exchange is a scam. They take money with a lot of fees, then they don't answer when you need something. It has been a month and I'm still waiting.
You should never use them. Except if you like to get robbed.

**Date of experience:** November 15, 2017

👍 Useful    ⌁ Share    ⚐

↳ **Reply from HitBTC**                  Mar 28, 2018

AndreasS, we apologize for the inconvenience! All November support tickets were resolved. Please let us know if there's anything else we can help you with.

Review of [Theblockchainnetwork](#)

**AN** **AndreasS**
7 reviews    ◉ US

★★★★★                                   Updated Apr 19, 2017

**Efficient**

69

23/12/2024, 21:04

Technology used by Moneytis to transfer money. The cheapest way I found to send money abroad, very efficient!

**Date of experience:** April 19, 2017

👍 Useful 1     ⌁ Share

Review of <u>Nike</u>

**AN**  **AndreasS**
7 reviews    ⊙ US

⭐                                                    Apr 18, 2017

**I bought very expensive running shoes …**

I bought very expensive running shoes (180€). They hurt my feet each time I run at least 5km. They don't want to change them. Nothing to add. Adidas, I come to you.

**Date of experience:** April 18, 2017

👍 Useful    ⌁ Share

Review of <u>Freeletics</u>

**AN**  **AndreasS**
7 reviews    ⊙ US

⭐⭐⭐⭐⭐                                          Apr 18, 2017

**Freeletics is an awesome way to keep …**

Freeletics is an awesome way to keep healthy on a daily basis.

**Date of experience:** April 18, 2017

👍 Useful    ⌁ Share

| Previous | 1 | Next page |



**Choose country**

United States  ▾

**About**               **Community**               **Businesses**

https://archive.ph/EvwLD                                3/4

archive.today    Saved from    https://www.trustpilot.com/users/5a60a9b00000ff000b02a5ec    search    23 Dec 2024 15:19:06 UTC
webpage capture    no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage    share    download .zip    report bug or abuse

Search for a company or category...    For businesses

## AM   Angus Mickler
United States

## Reviews

Review of HitBTC

AM   **Angus Mickler**
1 review    ⊙ US

⭐    Jan 18, 2018

### If you use this exchange, you will lose your money!!!!!!!

I have tried on several occasions to do a coin withdrawal from HitBTC exchange. As of 01/18/2018 I have not received my confirmation email to activate my withdrawal. It also seems virtually impossible to reach their support team for assistance. I will be seeking legal advice for options in recovering said tokens!

**Date of experience:** January 18, 2018

👍 Useful 1    ⭕ Share

↩ Reply from HitBTC    Mar 28, 2018

Angus, apologies for the inconvenience! All support tickets from January were resolved. If you haven't got an update on yours for some reason, please share your ticket ID(s) here: our support team will get back to you.

| Previous | 1 | Next page |

⭐

**Choose country**

United States    ▼

**About**    **Community**    **Businesses**

https://archive.ph/bFgsL    1/2

archive.today
webpage capture

**Saved from** https://www.trustpilot.com/users/5b2f95524de5666d34988b19   search    23 Dec 2024 14:15:10 UTC

**All snapshots** **from host** www.trustpilot.com

no other snapshots from this url

| Webpage |

share   download .zip   report bug or abuse

🔍 Search for a company or category...      **For businesses**

Looks like you're in Canada. Go to the Canadian Trustpilot site      ✕

**AN**

# Anna
United States

## Reviews

Review of HitBTC

**AN**   **Anna**
1 review   📍 US

⭐

Jun 24, 2018

**scam**

this company has blocked my account! Ticket #290389 I lost all the money! do not mess with them! I will delete feedback only if HitBTC unlocks my account

**Date of experience:** June 24, 2018

👍 Useful 1   ⌁ Share      🚩

| Previous | **1** | Next page |

⭐

**Choose country**

United States ▾

**About**      **Community**      **Businesses**

72

**archive.today**
webpage capture

Saved from | https://www.trustpilot.com/users/5b2cfdd54de5666d34820b62 | search

All snapshots from host www.trustpilot.com

no other snapshots from this url

23 Dec 2024 14:54:36 UTC

Webpage

share    download .zip    report bug or abuse

🔍 Search for a company or category…                                    **For businesses**

**Looks like you're in Canada.** Go to the Canadian Trustpilot site                    ✕

**AP**    **Apisit**
United States

## Reviews

Review of HitBTC

**AP**    **Apisit**
1 review  ⊙ US

★                                                    Jun 22, 2018

**Beware!!! - HITBTC may hold your fund for no reason**

Beware - Hold your fund for no reason, and no response for
weeks after submitting all the requested information.

**Date of experience:** June 22, 2018

👍 Useful **3**    ⌘ Share                              ⚑

↳  **Reply from HitBTC**                          Aug 9, 2018

Apisit, was your issue resolved? If not, please share your support
ticket number. Thanks in advance!

Previous | **1** | Next page

★

**Choose country**

United States                            ▾

**About**              **Community**              **Businesses**

https://archive.ph/vCE1q                                              1/2

archive.today
webpage capture

Saved from   https://www.trustpilot.com/users/5fdc02b335d0c2001a93ad49        search        23 Dec 2024 10:20:17 UTC
                                                        no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage                                                                    share   download .zip   report bug or abuse

Search for a company or category...                                    **For businesses**

## AS   **Asaf Sadok**
United States

## Reviews

Review of ConnecTen Internet

**AS**   **Asaf Sadok**
2 reviews   ⊙ US

★★★★★                                                      Sep 1, 2024

**Finally good service**

I don't love having to get in touch with them to switch my carriers
but I will admit it's a painless process and I can't wait for the
application to come out or I'm able to do it myself

**Date of experience:** August 01, 2024

👍 Useful      ⤙ Share                                        ⚑

↳  **Reply from ConnecTen Internet**          Sep 3, 2024

Thanks for the great review! We're glad to hear ConnecTen is
working well for you.

Review of HitBTC

**AS**   **Asaf Sadok**
2 reviews   ⊙ US

★                                                          Jan 4, 2021

**Hitbtc Ticket # 609612**

Hitbtc Ticket # 609612
Tried reaching out to support, legal, and relations at Hitbtc.
NOTHING JUST SILENCE!!

Absolutely a crap show. I have not used Hitbtc since the last
bitcoin gold rush. I was not able to login they emailed me what
needs to be done. I sent in a selfie with my driver's license in front
of my monitor showing a code they emailed me. I still have no
access I do have money in the account they refuse to answer any
of my emails I was in touch with Miguel Castillo from support. At
this point, they have my money and will not give me access or
answer my email for 4 weeks. I even tried to reach out to their
Twitter account. THEY STEAL MONEY and IGNORE YOU DO NOT
USE THEM SCAMMMM!!!!

Date of experience: January 04, 2021

👍 Useful      ⌁ Share                                              ⚐

↩ **Reply from HitBTC**                                Jan 13, 2021

Dear Asaf.

With due respect, I can see that our support team is in contact
with you, but you refuse to provide the needed information. Our
security measures are in place only to protect our traders. I am
sorry that we cannot reply as fast as always, but it is only
because we are receiving a large number of tickets.

Have a good day.

| Previous | **1** | Next page |
|----------|-------|-----------|



**Choose country**

United States                                ▾

**About**                    **Community**               **Businesses**



**Follow us on**

archive.today   Saved from   https://www.trustpilot.com/users/5b3777d14de5666d34167242   search   23 Dec 2024 12:41:46 UTC
webpage capture                                          no other snapshots from this url
All snapshots  from host www.trustpilot.com

Webpage                                                                        share    download .zip    report bug or abuse

Search for a company or category...                                          For businesses

## AS     asdasd
United States

## Reviews

Review of HitBTC

**AS     asdasd**
1 review    ⦿ US

★ ★                                                     Jun 30, 2018

**They don't even try to be better..**

No comment.....................................

**Date of experience:** June 30, 2018

👍 Useful 1       ⚹ Share                                        🚩

↪ **Reply from HitBTC**                              Aug 2, 2018

asdasd, sorry that you have such an impression! If there is any
question we can assist you with, we'd be glad to! Please give us
more details.

| Previous | 1 | Next page |

## Choose country

United States                    ▼

**About**              **Community**              **Businesses**

https://archive.ph/fKVUh                                                                1/2

archive.today    Saved from  https://www.trustpilot.com/users/657809372aada100121232bf    search    23 Dec 2024 17:56:17 UTC
webpage capture
                 All snapshots  from host www.trustpilot.com        no other snapshots from this url

Webpage                                                                          share    download .zip    report bug or abuse

Search for a company or category...                                    **For businesses**

## Ashkan Zahabi
United States

## Reviews

Review of HitBTC

**Ashkan Zahabi**
1 review    ◎ US

Updated Dec 24, 2023

### Please help me about hitbtc

Please help me ... 2 years ago i do bought 500$ xmc and 250$
dollar iq cach coin on hitbtc . Transfered those to wallet now cant
withraw them both and cant transfer xmc back to spot .... for 2
year my money stock there and support team respond to me that
they are on maintanace and doesnt know when it finish.....after
sending several times message from me to them support team
about xmc and iq cash , they do turned off iq cash trades on
hitbtc exchange....what should i do ...please help me😥 .....for 3
year you say we need more time for maintanace .....when it finish
?? 3 year???...i am not alive much that wait more for your
maintance finish after long time

**Date of experience:** December 12, 2023

👍 Useful 3    ◁ Share                                    🏳

↳  **Reply from HitBTC**                          Dec 18, 2023

Hi there.
We understand how frustrating it must be to not be able to
withdraw your IQ for such a long time.

Sometimes technical maintenance requires additional effort and
time. I am sorry to admit that in this case, we need a while longer
to complete the work on the IQ wallet.

Meanwhile, you are welcome to explore some of the other
markets available at HitBTC. We support more than 500 coins
and tokens.

| Previous | 1 | Next page |

77

archive.today
webpage capture

Saved from  https://www.trustpilot.com/users/5b2d0f7b4de5666d3493eda1        search        23 Dec 2024 14:51:47 UTC
All snapshots  from host www.trustpilot.com
                              no other snapshots from this url

Webpage

share    download .zip    report bug or abuse

🔍 Search for a company or category…                                        **For businesses**

## AU    **austin**
United States

## Reviews

Review of HitBTC

**AU**    **austin**
        1 review    ⊚ US

⭐                                                        Jun 22, 2018

**You guys gave me a back up code that…**

You guys gave me a back up code that doesnt even work. I have
lost thousands of dollars in the market as my account is locked
and it is your fault. If you are reading this PLEASE dont use this
horrible exchange. Seriously dont. Leave right now. They are a
complete joke. It took them 5 days to even reply to one email.

**Date of experience:** June 22, 2018

👍 Useful 3        ✂ Share                                        ⚑

| Previous | **1** | Next page |

⭐

**Choose country**

United States        ▾

**About**                **Community**                **Businesses**

archive.today    Saved from  https://www.trustpilot.com/users/5a823a63f675864e56014d68         search        23 Dec 2024 15:07:41 UTC
webpage capture                                                    no other snapshots from this url
                         All snapshots from host www.trustpilot.com

| Webpage |                                                          share   download .zip   report bug or abuse

Search for a company or category...                                    For businesses



# Bernard Camp
United States

## Reviews

Review of banreservas.com



**Bernard Camp**
5 reviews    ⦿ US

                                          Dec 10, 2024

### Recibí un servicio como para ratas en...

Recibí un servicio como para ratas en la sucursal de piedra Blanca de Haina. Terriblemente pésimo. Más de 4 horas en la fila de servicios

**Date of experience:** December 10, 2024

👍 Useful    ⦿⦿ Share                                        ⚐

Review of Paypal



**Bernard Camp**
5 reviews    ⦿ US

                                          Oct 23, 2022

### PayPal is a very unethical organization.

I was so naïve when I opened an account with PayPal. I surrendered bank account and debit cards access to them. Now I want to close the account and they want me to provide more personal info so they can close it. That is a plain fraud. I don't owe them anything. They insist that I must provide them more financial info to be able to close. I will not provide extra information. I don't trust PayPal with my information or money. I will go to the bank and close the bank account. PayPal is a very unethical organization.

**Date of experience:** October 17, 2022

👍 Useful    ⦿⦿ Share                                        ⚐

Review of Ria Money Transfer



**Bernard Camp**
5 reviews    ⦿ US

79



Jul 11, 2020

**Horrible service**

This is the PIN 12815539650
Ria Money Transfer I am doing well thank you. Today is July 11.
When we send money we expect the receiver to have the money
sent within 24 hours. 5 days that my money is lost in your system.
It is ridiculous and you don't care. Why don't you get on the
phone and solve the problem? You capacity to offer this service
obviously failed. you are not handling my case properly. No one to
talk. Horrible customer support. Is this a scam? How a company
like this is allowed to operate in any country? Do I have to contact
usa dot gov/state-consumer

**Date of experience:** July 11, 2020

👍 Useful    ⤳ Share        ⚐

Review of Ria Money Transfer

**Bernard Camp**
5 reviews   ◉ US

★★★★★   ✔ Invited       Updated Apr 29, 2020

**5 starts. I never had an issue with delivery**

5 starts. I never had an issue. Fast and secure . Un servicio rapido
y seguro

**Date of experience:** April 29, 2020

👍 Useful    ⤳ Share        ⚐

Review of HitBTC

**Bernard Camp**
5 reviews   ◉ US

           Feb 13, 2018

**Do not send your token to HitBTC**

Do not send your token to HitBTC
They change police for deposit whenever they want.
"The deposit fees will be deducted from the amount of the
incoming transaction. The fee amount for every token is shown
below the deposit address. Please be advised that if your deposit
is lower or equals the fee, the whole amount will be used for the
commission and will not be refunded."
Respectfully,
HitBTC

**Date of experience:** February 13, 2018

👍 Useful    ⤳ Share        ⚐

↰ **Reply from HitBTC**        Mar 21, 2018

Bernard, we introduced deposit fees on HitBTC in December
2017 upon announcing the coming changes to our users. See our
blog article, please: https://blog.hitbtc.com/introducing-deposit-
fees-for-bitcoin/

This measure was introduced in order to provide greater stability
on our exchange. It would help facilitate processing of incoming
transactions and maintain the liquidity and security of Bitcoin,

archive.today     Saved from  https://www.trustpilot.com/users/5b6b81294de5666d3491b171     search      23 Dec 2024 12:07:16 UTC
webpage capture              no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage                                                                                          share   download_zip    report bug or abuse

Search for a company or category…                          For businesses

**BG**   **bgg**
United States

# Reviews

Review of HitBTC

**BG**   **bgg**
1 review    US

⭐                                                                    Aug 8, 2018

**Account has been locked for several…**

Account has been locked for several months and lost significant
value due to inability to move funds. Provided information
requested in first set of e-mails and have made additional
requests with no response. Terrible!

**Date of experience:** August 08, 2018

👍 Useful **3**      Share                                                    🚩

↩ **Reply from HitBTC**                                    Aug 9, 2018

Please share your support ticket number, bgg. Thanks in
advance!

| Previous | 1 | Next page |

**Choose country**

United States                        ▾

**About**              **Community**              **Businesses**

https://archive.ph/jn0io                                                    1/2

**archive.today**
webpage capture

Saved from | https://www.trustpilot.com/users/5ef94048c4d968c51548fc52 | search | 23 Dec 2024 10:59:24 UTC

no other snapshots from this url

**All snapshots** from host www.trustpilot.com

| Webpage |

share    download .zip    report bug or abuse

Search for a company or category…                                    **For businesses**

## BB    **Big Brain Toy**
United States

### Reviews

Review of HitBTC

**BB**    **Big Brain Toy**
1 review    ⊙ US

⭐    Jun 29, 2020

### HitBTC KYC scam

HitBTC blocked my withdrawal and asking for KYC which I provided multiple times. First the passport selfie didn't have correct date. So I fixed it and then they didn't requested the proof of my address, guess what, it was not good for them again. so I went to notary and had it officially notarize. Please help me to retrieve my 20,000 CEL back and also remove HitBTC from your main website page. Thank you for reading and hope you can help me! I have all the proof for TrustPilot backing every word I said.

**Date of experience:** June 29, 2020

👍 Useful 1    ⤳ Share                                    🚩

↳    **Reply from HitBTC**    Jun 29, 2020

Hi.

I am sorry to hear about your experience with us.
Could you please share your ticket number with me, so I would be able to check your case?

Have a good day.

| Previous | 1 | Next page |

**Choose country**

https://archive.ph/fjiKC                                    1/2

archive.today
webpage capture

Saved from | https://www.trustpilot.com/users/64d5347418fff200122b0b82 | search

All snapshots from host www.trustpilot.com

no other snapshots from this url

23 Dec 2024 19:32:45 UTC

Webpage

share   download .zip   report bug or abuse

🔍 Search for a company or category…                    **For businesses**

**BR**   # Brabim
United States

## Reviews

Review of HitBTC

**BR**   **Brabim**
1 review   📍 US

⭐                                                    Aug 10, 2023

### It's a scam

It's a scam. I had this for years, they took all my coins for being
inactive and are now charging a $ 20-a-month fee for inactivity.
ARE YOU KIDDING?

STAY AWAY FROM THIS PLATFORM. I HOPE SOMEONE SUES
THE ASS OUTTA THESE SCAMMERS!

**Date of experience:** August 10, 2023

👍 Useful **2**   ⤳ Share                              🏳

        ↰ **Reply from HitBTC**                        Aug 14, 2023

        Hello. You can find information about fees for inactive accounts
        in our Terms of use (clause 18.4).
        Please note that HitBTC is not the only platform to implement the
        inactivity fee policy. This is a standard practice that exists in
        other exchanges as well.

        | Previous | 1 | Next page |

⭐

**Choose country**

United States                           ▼

**About**              **Community**           **Businesses**

archive.today   Saved from https://www.trustpilot.com/users/5b34fae74de5666d34d9ce17   search   23 Dec 2024 13:00:49 UTC
webpage capture                                    no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage                                            share  download .zip  report bug or abuse

Search for a company or category…                                    For businesses

## BM  Brad McLaughlin
United States

## Reviews

Review of HitBTC

**BM  Brad McLaughlin**
1 review   ◎ US

Jun 28, 2018

### You're aiding in Bitcoiin B2G coins…

You're aiding in Bitcoiin B2G coins scam of allowing only the
founders and insiders to cash out their coins while the rest of us
are unable to deposit or trade our coins. Your platform won't last
and it's only a matter of time before your shut down. No one
trusts you and your trading platform will never grow until you
begin to do honest business.

**Date of experience:** June 28, 2018

👍 Useful 1   ⤳ Share

| Previous | 1 | Next page |

**Choose country**

United States ▾

**About**   **Community**   **Businesses**

archive.today     Saved from   https://www.trustpilot.com/users/5b36446d4de5666d340f5295     search          23 Dec 2024 12:45:25 UTC
webpage capture                                                          no other snapshots from this url
                  All snapshots  from host www.trustpilot.com

Webpage                                                                          share  download_zip  report bug or abuse

⭐        🔍  Search for a company or category...                                                    **For businesses**

Looks like you're in Canada. Go to the Canadian Trustpilot site                                               ✕

**BR**   **Brandon**
         United States

## Reviews

Review of HitBTC

**BR**   **Brandon**
         1 review  📍 US

⭐                                                       Jun 29, 2018

**My account was hacked multiple times**

My account was hacked multiple times. Luckily I didn't have
enough money for them to steal (transfer to another account or
exchange). I'll never use HitBTC ever again.

**Date of experience:** June 29, 2018

👍 Useful 1   �ر"Share                                    🏳

        | Previous | **1** | Next page |

⭐

**Choose country**

United States                              ▼

**About**              **Community**           **Businesses**

archive.today    Saved from  https://www.trustpilot.com/users/60f41f4c4269e300110e4a5e    search    23 Dec 2024 15:21:13 UTC
webpage capture                                                      no other snapshots from this url
         All snapshots  from host www.trustpilot.com

 Webpage                                                                    share    download .zip    report bug or abuse

🔍  Search for a company or category…                                    **For businesses**

**BN**    # Brandon Nguyen
          United States


## Reviews

Review of HitBTC


**BN**    **Brandon Nguyen**
          1 review  ⌖ US

⭐                                                          Jul 18, 2021

### HitBTC 2FA Permanent Lock Out

HitBTC will never give you access to your own account. They will
ignore your trouble tickets. If they do respond, they will pretend to
help you, asking for more and more personal information, then
stop responding to you once you've given them everything that
they've asked for. I've been trying to get access to my account for
months. Do not use HitBTC. You will never see your money again.

**Date of experience:** July 18, 2021

👍 Useful **3**    ✂ Share                                          ⚐

         ↯  **Reply from HitBTC**                        Jul 23, 2021

            Hello! From what I see in your ticket, your issue has been
            resolved. Please let me know if you require any further
            assistance.


         | Previous | **1** | Next page |


⭐

**Choose country**

     United States                              ▾

**About**              **Community**              **Businesses**

archive.today
webpage capture

Saved from   https://www.trustpilot.com/users/60511043cf1c9d001b261744          search          23 Dec 2024 07:46:26 UTC
                                                    no other snapshots from this url

All snapshots  from host www.trustpilot.com

Webpage

share   ⬇download .zip   💡report bug or abuse

⭐          🔍 Search for a company or category…                              **For businesses**

**BF**   # Brian Fladebo
         United States

## Reviews

Review of HitBTC

**BF**   **Brian Fladebo**
         1 review   ⊙ US

⭐                                                Updated Jun 6, 2021

### UNLOCK 2FA! New Update 6/6

UPDATE 6/6/21
Now that I have actually gained full access to my account I have
tried mutIple times to withdraw my funds so I can literally move
what I have to a different exchange that is not so horrible. They
have 655/776 Withdrawls open but for my crypto much like others
in the troll box it has been down for months... What a joke of a
company! Everyone please do not use this exchange for anything
and move your account if you can!!!
Update 4/1 they found my account by the one transaction I
thought it could be. So they again needed another picture to
unlock my account. I also was told not to wear my hat which was
on backwards in the photo... Just laughable at this point! Can't
wait to get into this account and move what I have in this account
to a better exchange. The only problem is the other reviews
saying how hard that is now as well... Stay tuned!

Update 3/24 required yet another photo with me and my support
ticket. Info on when I have logged in, created my account, and
what other exchanges I have used in conjunction with this one...
This is CRAZY. Then pushback again in another email to send any
all transactions I have made between my 4 different exchange
accounts. I only gave them my best guess on it. Honestly think my
accounts lost at this point and they don't have any idea who their
customers are or were hacked...

Update 3/19 they contacted me to send in a higher quality image
and hashes from previous transactions. I have given them
everything but blood and urine at this point to unlock my account
and it's still not completed. The image I sent in was almost 2mb
on a 12mp camera along with my Drivers license front and back! I
also sent in my auth code from
When I signed up because they never sent me any hashes for my
purchases Still they won't unlock it. Just CRAZY!!!

685533, 665414, 665443, 560878, 495242 are all the tickets I
have submitted to get my 2FA unlocked since 1/6/2020. I have
provided more then enough info to get this unlocked. I get a reply
after reply is this still an issue? YES this is still an issue because

nothing has been done to verify me and unlock... C'mon! Security is important but you cannot tell me based on your 200K tickets since I first submitted that you and your CA cert didn't break MFA for everyone and now you are trying to recover from it. It's obvious when you are getting 400+ tickets a day...

5 tickets over 15 months to unlock a MFA service you obviously broke is not excessive if you cannot unlock my account after everything I have provided! C'mon

I have gotten an actual reply here faster than anyone else responding. Review my active ticket and unlock the account it's not that hard. Miguel Castillo or Julia Berger still there? They at least responded at first...

**Date of experience:** March 16, 2021

👍 Useful 1     ⌇ Share                                          ⚑

↘ **Reply from HitBTC**                                   Mar 17, 2021

Dear Brian.

I am sorry we could not reply to you earlier, this is due to the number of tickets we are receiving lately. Please note that creating multiple tickets only pushes your initial request to the bottom of the queue.

Have a good day.

| Previous | 1 | Next page |
| --- | --- | --- |



**Choose country**

United States                    ▾

**About**                 **Community**              **Businesses**



https://archive.ph/vK3BA                                                    2/3

archive.today
webpage capture

Saved from  https://www.trustpilot.com/users/61eaee701666870012955dff     search     23 Dec 2024 16:23:49 UTC

All snapshots  from host www.trustpilot.com          no other snapshots from this url

Webpage                                                    share    download .zip    report bug or abuse



🔍 Search for a company or category...                                                    For businesses

## Bruce Vinikas

United States

## Reviews

Review of HitBTC

**Bruce Vinikas**
2 reviews    📍 US

⭐⭐    ✅ Verified                                   Updated Mar 20, 2024

### AVOID revised

AVOID - BUYER BEWARE ... I had my email hacked and the criminals set up a fraud account here. After numerous tries, appeals, emails and requests to correct the problem HitBTC did not even bother to respond, much less correct the problem. Perhaps THEY are part of the criminal fraud? NOT TRUSTWORTHY - AVOID
> > > NOTE: My updated Revised Review <<<
On the 5th email in 2 weeks - - and ONLY after posting this public 1 Star scathing review -- they finally (on Day 10) corrected the problem. Should it have taken ALL THAT to correct a FRAUDULENT ACCOUNT? NO! They are sloppy and negligent or would have tended to a FRAUD ALERT immediately. I upgraded them from 1 to 2 stars bc they finally did something but that still means Buyer Beware. Proceed at your own risk and if you ever have problems with them, well, Good Luck. I just told you how helpful their customer service is.

**Date of experience:** March 11, 2024

👍 Useful **2**        ⌁ Share                                        🚩

↳ **Reply from HitBTC**                          Mar 20, 2024

Hey there. Sorry to hear that your experience left you with such an impression. Please report your issue by submitting a ticket here https://support.hitbtc.com/en/support/tickets/new or by sending an email to support@hitbtc.com. The Support Team will look into this.

Review of Storyworth

**Bruce Vinikas**
2 reviews    📍 US

⭐⭐⭐⭐⭐    ✅ Verified                                   Nov 30, 2023

89

**I can forget about this and come back 3 yrs later to print one and its still there waiting for me...**

I can fort about this and come back 3 years later to pri t one

**Date of experience:** November 15, 2023

👍 Useful    ⤳ Share                                    ⚑

| Previous | 1 | Next page |
|----------|---|-----------|



**Choose country**

United States                              ▾

| About | Community | Businesses |
|-------|-----------|------------|



archive.today
webpage capture

Saved from https://www.trustpilot.com/users/60a310a93ae3360019dfa540    search        23 Dec 2024 20:43:27 UTC
All snapshots from host www.trustpilot.com    no other snapshots from this url

Webpage                                                                                    share    download .zip    report bug or abuse

Search for a company or category…                                    For businesses

Looks like you're in Canada. Go to the Canadian Trustpilot site                        ✕

# BD    bryan diaz
United States

## Reviews

Review of HitBTC

**BD**    **bryan diaz**
1 review    ⌖ US

⭐                                                May 18, 2021

**locked up my doge coins for months…**

locked up my doge coins for months still haven't gotten them
back

**Date of experience:** May 18, 2021

👍 Useful 5    ⤳ Share                                    ⚑

| Previous | 1 | Next page |
| --- | --- | --- |

⭐

**Choose country**

United States ▾

| About | Community | Businesses |
| --- | --- | --- |

archive.today   Saved from https://www.trustpilot.com/users/5a4ce0b10000ff000afa1930   search   23 Dec 2024 15:04:02 UTC
webpage capture                                                no other snapshots from this url
All snapshots from host www.trustpilot.com

**Webpage**                                                    share  ⌄ download .zip  ⚡ report bug or abuse

🔍 Search for a company or category...                                    **For businesses**

Looks like you're in Canada. Go to the Canadian Trustpilot site                         ✕

**NONE**  **Can**
United States

## Reviews

Review of HSN

**NONE**  **Can**
6 reviews  ◎ US

⭐                                                      Dec 8, 2024

**Don't ever leave your email**

Don't ever leave your email. There is no way to unsubscribe from
their tons of marketing emails.

**Date of experience:** December 01, 2024

👍 Useful    ⌁ Share                                        🚩

Review of Merchant One

**NONE**  **Can**
6 reviews  ◎ US

Jan 8, 2024

**Shady Practices**

This company has been an incredibly frustrating experience to
deal with. Initially, I decided to switch from Square, which charged
2.6% per sale, to Merchant One, which advertised rates of 0.29%
to 1.55%. However, this proved to be misleading, as I consistently
faced charges exceeding 3% for each sale, with monthly average
fees surpassing 3.5%. Despite their reassuring words, the reality
did not align with their advertised rates.

During my three-month trial, I limited transactions to the cards
offering the lowest rates, yet this had little impact. When I decided
to terminate my account, I encountered further issues. They
claimed to have not received the terminal back from me,
complicating the cancellation process. What made matters worse
was their abrupt termination of my access to the Swipesimple
account without any prior notice. This move left me unable to
retrieve vital transaction details needed for my monthly sales tax
return.

Attempting to resolve these issues proved to be an arduous task.

Their customer service is notoriously difficult to reach over the phone, and when I did manage to connect with a representative, the assistance provided was lacking. In fact, a representative hung up on me during one of our conversations.

In summary, my experience with this company has been overwhelmingly negative. Their misleading pricing structure, unhelpful customer service, and questionable business practices have left me deeply dissatisfied. I strongly advise against using their services, as they appear to be taking advantage of numerous small businesses. A hard pass is warranted in this case.

Update: The second attempt with customer service today and Kira solved my problem. She deserves a solid 5-Star but the company is still shady with their processing fees.

**Date of experience:** January 06, 2024

👍 Useful     ⌔ Share                                         ⚐

Review of <u>CrossCountry Mortgage</u>

**NONE**     **Can**
6 reviews     ◎ US

★★★★     Updated Jan 8, 2024

### Discovered them through my realtor and...

Discovered them through my realtor and initially intended to collaborate with Faramarz Moeen-Ziai. However, his assistant, Harly Cotaco, ended up handling my case, at least for the initial days. Unfortunately, the experience turned out to be quite frustrating. They tend to prolong the process by repeatedly requesting additional documents, only to eventually become unresponsive, regardless of how persistent your attempts to contact them through calls, texts, or voicemails. It's a regrettable investment of time, and the added drawback of a credit inquiry seems entirely unwarranted. I would strongly recommend seeking out a more reliable company and avoiding any association with them.

Update: Faramarz called me right after this review and followed up with my application. He looks like a great guy but his team apparently needs some guidance.

**Date of experience:** December 11, 2023

👍 Useful **1**     ⌔ Share                                         ⚐

Review of <u>Sur La Table</u>

**NONE**     **Can**
6 reviews     ◎ US

★★★★     Updated Jul 15, 2023

### Buyers Beware

The first class I booked was canceled with no explanation just a day or two before the scheduled date. The company refunded my money, but I was disappointed that they didn't even offer an apology.

I decided to give the company another chance and booked a

second class. Unfortunately, I had to skip this class due to a
family emergency. When I contacted the company to request a
refund or reschedule, they refused.

I am very disappointed with the company's customer service.
They have a policy that is unfair to customers and they are not
willing to make exceptions even in extenuating circumstances. I
would not recommend this company to anyone.

Update: They refunded me fully.

Date of experience: June 12, 2023

Useful      Share

**Reply from Sur La Table**                    Updated Jul 14, 2023

We appreciate you bringing this to our attention. Please reply
back to the TrustPilot request for additional so we can review
further.

Thank you for the additional information- please see your email

Review of HitBTC

NONE  **Can**
      6 reviews    US

May 11, 2018

**my berry token deposit is lost and they...**

my berry token deposit is lost and they dont offer proper support
for over a month and now they dont get back my messages too.
just stay away from this scammers.

Date of experience: May 11, 2018

Useful      Share

**Reply from HitBTC**                         Aug 9, 2018

Can, please share your support ticket number. Thanks!

Review of Whinkel

NONE  **Can**
      6 reviews    US

Verified                                  Jan 3, 2018

**Stay Away!**

Bought 4 pieces of antminer L3+ back in october, yet they haven't
delivered. It is imposible to reach them and even you could they
are pretty good liars. Contacted to the safeshops.be then they
agreed to send my money back a week ago and still my balance is
zero. Just stay away from this company.

Date of experience: January 03, 2018

Useful 5      Share

**Reply from Whinkel**                        Feb 21, 2018

Sad to hear that it went this way. I asume that it is solved right now. My appoligies that there was a problem with our comunication to you.

Kind regards, Whinkel

| Previous | 1 | Next page |
|----------|---|-----------|



**Choose country**

United States ▾

| **About** | **Community** | **Businesses** |
|-----------|---------------|----------------|
| | | |



**Follow us on**

© 2024 Trustpilot, Inc. All rights reserved.



archive.today
webpage capture

Saved from https://www.trustpilot.com/users/6040b4fe8a767c001987f80f    search    23 Dec 2024 07:53:21 UTC

no other snapshots from this url

All snapshots from host www.trustpilot.com

Webpage    share   ⌄ download .zip   ⚲ report bug or abuse

🔍 Search for a company or category…                    For businesses

**CA**   **Carl anderson**
United States

## Reviews

Review of Travelouts

**CA**   **Carl anderson**
2 reviews   ◉ US

★★★★★                                    Jul 15, 2024

### Great customer service

Great customer service

**Date of experience:** June 14, 2024

👍 Useful    ⌁ Share                                    ⚑

Review of HitBTC

**CA**   **Carl anderson**
2 reviews   ◉ US

★                                    Mar 4, 2021

### Ticket 664695 scam extchange

I have been using hit btc since years last month they asked me to verify myself I said it's ok verification is a normal thing then they asked me for my wallet screenshot where I send the money from I provided the same then they Asked me to check with the extchange weather the transaction are legit or not I contacted them to provide them they said transaction are ok on there side then again they asked me to contact them and ask them that if sources of my funds are legit or not I mean they are trying to block my money this is what it seems

**Date of experience:** March 04, 2021

👍 Useful 2    ⌁ Share                                    ⚑

https://archive.ph/gPiUq                                    1/3

**Reply from HitBTC**                                        Mar 4, 2021

Dear Trader,

Certain laws and regulations oblige us to follow specific
procedures. We are doing our best to process it as fast as
possible. I am sorry our service did not stand to your
expectations.

Have a good day.

| Previous | 1 | Next page |



**Choose country**

United States    ▾

| About | Community | Businesses |
|---|---|---|



**Follow us on**

**CM**    **carmelo malawi**

United States

## Reviews

Review of HitBTC

**CM**    **carmelo malawi**
1 review    ◎ US

★                                                        Updated Feb 28, 2021

**HitBTC a scam?**

Ticket ID 703781.
I deposited 0.036BTC to buy some coins. I can't trade or even
withdraw the BTC. They said I needed to complete KYC. I did that
about 10 days ago but there is no response. I can't withdraw or
trade with my BTC and no one wants to help.
My BTC has been stuck for a long time. I can't withdraw or reach
anyone. I can't believe we have a scam exchange that gets away
with this. Am going to every social media platform and any sites I
can get to to bring awareness of such scums of the earth. This
kind of behavior needs to stop. It is a bad for the crypto industry
to have scam exchanges like this.
I call upon all to bring as much awareness as we can so that no
one else deposit their money on scam exchanges like this. If we
do nothing, governments will have justification to bring in laws
and regulations into the crypto field. By standing up against
scammers like HitBtc, we protect the integrity of the crypto
industry.

**Date of experience:** February 2021

🖒 Useful 3      ⚆ Share                                              ⚑



↩ **Reply from HitBTC**                                    Mar 1, 2021

Dear Trader,

I can see that our support team is in contact with you since your
first contact 7 days ago. As you know the crypto market is highly
popular right now, so we are receiving a significant number of
tickets lately. Unfortunately, we need more time to reply to every
request we receive.

Have a good day.



| Previous | 1 | Next page |



archive.today    **Saved from**  https://www.trustpilot.com/users/6047b2cfd80c1f0019ccf740          search          23 Dec 2024 07:49:58 UTC
webpage capture                                                    no other snapshots from this url
**All snapshots**  **from host** www.trustpilot.com

Webpage                                                                    share  ⌄ download .zip     ⦿ report bug or abuse

🔍  Search for a company or category…                                    **For businesses**

CH   **Crypto Hustler**
United States

## Reviews

Review of HitBTC

CH   **Crypto Hustler**
1 review   ⦿ US

★                                             Updated Mar 11, 2021

### I can no longer remove funds

I just heard back from support and this is basically what they told
me. Since I haven't used my account in a while and I suddenly put
funds into it they froze it as a protection?!?!

Sounds more like Im being punished for returning as a customer!!

I am completely locked out, I cant trade or withdraw. not only
have they locked me out of my funds but I can't even capture my
gains....just watch my portfolio go up and down

**Date of experience:** March 09, 2021

👍 Useful 2      ⦉ Share                                            ⚐

| Previous | 1 | Next page |

★

**Choose country**

United States                                   ⌄

**About**                    **Community**                    **Businesses**

**archive.today** Saved from https://www.trustpilot.com/users/5a6a2c3b0000ff000b05eac2     23 Dec 2024 15:11:39 UTC
webpage capture                                                          no other snapshots from this url
All snapshots from host www.trustpilot.com

| Webpage |

share   ⌄ download .zip   ☼ report bug or abuse

🔍 Search for a company or category...                               **For businesses**

**CR**   # Cryptobabe
United States

## Reviews

Review of HitBTC

**CR**   **Cryptobabe**
1 review   ◎ US

⭐                                                          Jan 25, 2018

### I bought pre

I bought pre, which I thought was presearch, but turns out it was
some coin called premine. This exchange deceived many people
and promised to refund the btc as presearch tokens but has yet to
do so. They offer no assistance, no support. I never get answers
from this exchange. It's a HUGE SCAM. STAY AWAY

**Date of experience:** January 25, 2018

👍 Useful     ⋘ Share                                              ⚑

↰  **Reply from HitBTC**                                    Mar 21, 2018

Cryptobabe, we informed our users about ceasing trading with
Premine and assigning the PRE ticker to Presearch via different
channels, including our blog: https://blog.hitbtc.com/premine-
market-update-ceasing-trading-and-delisting-the-token/#more-
3083.

Please note that while we're doing our part by providing our
users with the up-to-date information regarding our services, only
the users themselves are responsible for doing their due
diligence and double checking everything prior to moving their
funds. Crypto markets are highly volatile, and staying in touch
with the latest updates is the key for successful investments.

| Previous | **1** | Next page |

⭐

**Choose country**

https://archive.ph/TwzR5                                                    1/2

archive.today
webpage capture

Saved from    https://www.trustpilot.com/users/553455080000ff0001b96e2d        search        23 Dec 2024 14:36:35 UTC

no other snapshots from this url

All snapshots from host www.trustpilot.com

Webpage                                                                    share    download .zip    report bug or abuse

🔍 Search for a company or category…                                            **For businesses**

**CU**    # Customer
United States

## Reviews

Review of HitBTC

**CU**    **Customer**
2 reviews    ⊙ US

⭐                                                                    Jun 23. 2018

### Literally THE WORST exchange I've ever dealt with

HitBTC has been holding my Siacoin for 3 months now without
allowing me to withdraw it. They are scummy and have done
nothing to help after multiple support tickets. DO NOT USE THIS
EXCHANGE! Use any other exchange...

**Date of experience:** June 23, 2018

👍 Useful **1**    ⌁ Share                                                    ⚑

Review of Rail Europe

**CU**    **Customer**
2 reviews    ⊙ US

⭐⭐⭐⭐⭐  Ⓜ Merged   ✓ Verified                        Apr 20, 2015

### The best way to buy rail tickets for Europe

After being frustrated trying to use the RailEurope site and some
of the individual train operator sites Loco2 was a life saving find. I
would definitely recommend it for anyone looking to book rail in
advance for their trip to Europe.

**Date of experience:** April 20, 2015

👍 Useful    ⌁ Share                                                    ⚑

| Previous | **1** | Next page |

archive.today    Saved from https://www.trustpilot.com/users/5a5c11c60000ff000b00f91c    search    23 Dec 2024 15:23:32 UTC
webpage capture
All snapshots from host www.trustpilot.com    no other snapshots from this url

Webpage    share    download .zip    report bug or abuse

Q  Search for a company or category…    For businesses

## DV  D Vo
United States

## Reviews

Review of HitBTC

**D Vo**
DV  1 review   ◎ US

⭐                                                                   Jan 15, 2018

### Stay away from this exchange

Stay away from this exchange, seriously. If you want to see how
bad it is, just look around in their forum. They constantly have
problems with withdrawals, deposits, and transfers, and their
customer support is, for all purposes, non-existent. Whatever
they're doing, it looks very shady, especially this "transfer" thing
between main account and trading account. After my withdrawal
had been stuck in "pending" for 5 days, I said enough. As soon as
I could I converted all my money to a coin that could be
withdrawn and got all my money out. Their nice UI, low fee, and
good trading options are just not worth the fear and uncertainty,
that any day now if something bad happens, then your money will
be gone for good because you can't withdraw it.

**Date of experience:** January 15, 2018

👍 Useful **2**    ⤳ Share                                             🏳

↩ **Reply from HitBTC**                                Mar 28, 2018

D Vo, sorry to leave such an impression! If you ever consider
giving another chance to trading with HitBTC, we'd be glad to
have you back.

| Previous | 1 | Next page |

**Choose country**

102

archive.today
webpage capture

Saved from  https://www.trustpilot.com/users/5a53bd880000ff000afc9cca        search        23 Dec 2024 15:28:22 UTC
                                                              no other snapshots from this url
All snapshots  from host www.trustpilot.com

Webpage                                                                          share   ⬇ download .zip   ☀ report bug or abuse

🔍   Search for a company or category…                                    **For businesses**

**DO**   # D.J. Osmond

United States

## Reviews

Review of HitBTC

**DO**   **D.J. Osmond**
        1 review   ⦿ US

⭐   Jan 8, 2018

### There is no problem with sending coins …

There is no problem with sending coins to HitBTC, but you cant
withdraw your coins. Some are losing their coins. I've been trying
to work with their support but haven't gotten anything more than
an automated response by email. STAY AWAY FROM THIS
EXCHANGE!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

**Date of experience:** January 08, 2018

👍 Useful 2      ⤳ Share                                              ⚑

↳  **Reply from HitBTC**                              Mar 28, 2018

D.J. Osmond, apologies for the inconvenience! All support tickets
from January were resolved. If you haven't got an update on
yours for some reason, please share your ticket ID(s) here: our
support team will get back to you.

| Previous | 1 | Next page |

⭐

### Choose country

United States                          ▾

**About**                 **Community**                 **Businesses**

**archive.today**    Saved from https://www.trustpilot.com/users/5a6207630000ff000b032624    search    23 Dec 2024 15:16:34 UTC
webpage capture                                          no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage                                                                    share    download .zip    report bug or abuse

🔍 Search for a company or category…                                    **For businesses**

**DB**    **David Brendan**
United States

## Reviews

Review of HitBTC

**DB**    **David Brendan**
1 review    ⊙ US

⭐                                                    Jan 19, 2018

**I cannot stress more to my fellow …**

I cannot stress more to my fellow traders, this is the worst
exchange I have ever dealt with. Complete and utter chaos and no
support. Withdrawals are shockingly slow and deposits can take
up to 18 days. This site needs to be shut down.

**Date of experience:** January 19, 2018

👍 Useful 1    ⤳ Share                                            ⚑

↝    **Reply from HitBTC**                          Mar 21, 2018

David, sorry to hear that! Did you contact our support team? All
support tickets from January were resolved. If you haven't got an
update on yours for some reason, please share your ticket ID(s):
our support team will get back to you with the latest information
on your case.

Previous    | 1 |    Next page

⭐

**Choose country**

United States                          ▾

https://archive.ph/3buzA                                                    1/2

archive.today      Saved from https://www.trustpilot.com/users/5b2f74f94de5666d34804046      search      23 Dec 2024 14:18:59 UTC
webpage capture      All snapshots  from host www.trustpilot.com      no other snapshots from this url

Webpage      share   download .zip   report bug or abuse

**DB**   **Donald Burroughs**
United States

## Reviews

Review of HitBTC

**DB**   **Donald Burroughs**
1 review   ⊙ US

⭐                                                             Jun 24, 2018

**Since 6/19/2018 I have been hacked 2...**

Since 6/19/2018 I have been hacked 2 times
6/19/2018 they stole $1463
6/23/2018 they stole all usdt except for $9.0
I've made 3 reports
#320455
#321054
#322611
I have changed my password for HITBTC and Gmail
The second time there are no report history
You have a serious problem
Someone inside the exchange is STEALING!
Don Burroughs

**Date of experience:** June 24, 2018

👍 Useful   ⭕ Share                                           ⚑

| Previous | 1 | Next page |

⭐

**Choose country**

United States   ▼

**About**            **Community**            **Businesses**

https://archive.ph/EBwgD                                         1/2

archive.today    Saved from https://www.trustpilot.com/users/5b2d88844de5666d3404df5d    search    23 Dec 2024 13:10:17 UTC
webpage capture                                                            no other snapshots from this url
All snapshots  from host www.trustpilot.com

Webpage                                                                    share    download .zip    report bug or abuse

Q  Search for a company or category...                                    **For businesses**

**EC**  **Eddie Crypto**
United States

## Reviews

Review of HitBTC

**EC**  **Eddie Crypto**
3 reviews    US

★                                                                          Jun 28, 2018

**hitBTC is the worst exchange as it does...**

hitBTC is the worst exchange as it does not allow traders to
withdraw funds and does not provide customer service.

**Date of experience:** June 28, 2018

👍 Useful **2**    ⌁ Share                                                 ⚑

    ↳  **Reply from HitBTC**                                               Aug 7, 2018

       Dear Eddie, would you please share your support ticket number?
       Thanks in advance!

Review of HitBTC

**EC**  **Eddie Crypto**
3 reviews    US

★                                                                          Jun 27, 2018

**hitBTC does not support at all.**

**Date of experience:** June 27, 2018

👍 Useful **2**    ⌁ Share                                                 ⚑

Review of HitBTC

**EC**  **Eddie Crypto**
3 reviews    US

★                                                                          Jun 22, 2018

**hitBTC's service is horrible.**

hitBTC's service is horrible. I am never able to withdraw funds,
because I never receive a confirmatory e-mail. I receive e-mails

promptly confirming when I log onto the site, so there is no problem with my e-mail provider. Customer service reps don't help, they just say the problem is with my e-mail provider. I do NOT trust this site AT ALL!!! Avoid it at all costs!

**Date of experience:** June 22, 2018

👍 Useful 3      ⤴ Share                                            ⚑

| Previous | **1** | Next page |



**Choose country**

United States ▾

| **About** | **Community** | **Businesses** |
|-----------|---------------|----------------|



**Follow us on**

archive.today    Saved from https://www.trustpilot.com/users/5f069381866c46dad43c091b    search    23 Dec 2024 10:37:03 UTC
webpage capture                                                      no other snapshots from this url
All snapshots  from host www.trustpilot.com

Webpage                                                              share   download_.zip   report bug or abuse

🔍  Search for a company or category...                                    **For businesses**

EC    **ELEVATE Crypto**
United States

## Reviews

Review of HitBTC

EC    **ELEVATE Crypto**
       1 review   ◎ US

⭐                                                            Jul 9, 2020

**HitBTC scammers exchange froze my...**

HitBTC scammers exchange froze my withdrawal and then they
asked for the paperwork for KYC. I submitted everything then they
said the date was not correct on a selfie with my passport. I
resubmitted with correct date then they asked for verification of
my residence. I submitted, but they said it has to be in Latin
letters. So I went to notary to officially get it notarized and
translate it. My notary translated my local passport with my
residence address stamp. I submitted it to HitBTC and guess
what; they said it was not good.. they never answer emails and
only send automated messages that my KYC is not good. Once I
tried to withdraw $6-7k it got frozen.

**Date of experience:** July 09, 2020

👍 Useful    ⤺ Share                                           🏳

Previous    **1**    Next page

⭐

## Choose country

United States                          ▾

**About**              **Community**              **Businesses**

archive.today
webpage capture

Saved from https://www.trustpilot.com/users/5b31cc014de5666d344c04c0     search     23 Dec 2024 13:36:08 UTC

All snapshots from host www.trustpilot.com

no other snapshots from this url

Webpage

share   download .zip   report bug or abuse

🔍 Search for a company or category…                              **For businesses**

**ES**   **Erik Scales**
United States

## Reviews

Review of HitBTC

**ES**   **Erik Scales**
1 review   ⊙ US

⭐                                                    Jun 26, 2018

**As I see others have also complained…**

As I see others have also complained about the 2FA reset.. I too
went through all the hoops.. With out them doing anything but
stealing my funds and send me back this link to this review site.
But no one contacts me just an email to put in a review.

**Date of experience:** June 26, 2018

👍 Useful **1**   ⤳ Share                                      🏳

⤶ **Reply from HitBTC**                                 Aug 7, 2018

Erik, please provide your support request number. Thanks in
advance!

| Previous | 1 | Next page |

⭐

**Choose country**

United States                                    ▾

**About**              **Community**              **Businesses**

archive.today    Saved from [https://www.trustpilot.com/users/60068f5026d07d001969e084]    search    23 Dec 2024 10:17:09 UTC
webpage capture                                                      no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage                                                          share  ⌃ download .zip   🐞 report bug or abuse

🔍 Search for a company or category...                                    **For businesses**

# euromo
United States

## Reviews

Review of HitBTC

**euromo**
1 review   📍 US

★                                                    Jan 19, 2021

### Ticket#638596 I have been trying to get...

Ticket#638596 I have been trying to get my account open for two weeks now. Backup code did not work. Followed the advice of hitbtc support and filled out the form where it generates and submits a ticket number. I provided all the documents and information requested by e-mail. Then they stopped emailing me back and I'm still waiting for 2fa to be deactivated. Worried what they did with my private information. After reading so many reviews of other people experiencing the same issue, I can assume I'm not alone. If anyone has found a way to get our money back please let me know. Legal action needs to be taken against this company.

**Date of experience:** January 19, 2021

👍 Useful     ⤳ Share                                      ⚑

↪ **Reply from HitBTC**                                   Jan 19, 2021

Dear Trader.

If you read that many reviews, you could see the reason why replying to the tickets takes more time than usual. Our team is working around the clock to reply to each and every customer.

Thank you for your understanding.

| Previous | **1** | Next page |
|----------|-------|-----------|



archive.today     Saved from  https://www.trustpilot.com/users/5b2e09c54de5666d3463fdaf     search        23 Dec 2024 14:45:18 UTC
webpage capture      All snapshots  from host www.trustpilot.com     no other snapshots from this url

Webpage                                                                                             share  ⌾ download .zip   ⚙ report bug or abuse

⭐        🔍  Search for a company or category…                              For businesses

**ED**    **ewe d**
          United States

## Reviews

Review of HitBTC

**ED**    **ewe d**
          1 review    ⊚ US

⭐                                                                Jun 23, 2018

**IT is not a good platform**

I know hitbtc platform because of the MTC coin, but registered
account in 2 days, I was hacked，the MTC have been malicious
cheap trading, account lost, because I don't how many money, I
feel ill; Therefore, I need help from the platform, because I have
set a strict account password, but you have been avoiding the
responsibility, thinking that it has nothing to do with the platform.
But I want to say in the same network environment, account of the
other platforms is very safe, never to be hacked, but your platform
was hacked, you hurt my heart completely, I couldn't use hitbtc
trading platform, now I am afraid of stolen money again; What is
more unacceptable to me is that you have no intention to
compensate the user or compensate the user with actual actions.
I hope you are responsible to the users and give me some
compensation. Please consider it. Thank you.

**Date of experience:** June 23, 2018

👍 Useful    ⤳ Share                                              ⚑

Previous    1    Next page

⭐

**Choose country**

United States                                          ▾

**About**              **Community**            **Businesses**

archive.today    Saved from  https://www.trustpilot.com/users/595f35520000ff000aac7b1b    search     23 Dec 2024 15:38:42 UTC
webpage capture                                                      no other snapshots from this url
                          All snapshots  from host www.trustpilot.com

Webpage                                                              share   download .zip    report bug or abuse

★   🔍 Search for a company or category...                          **For businesses**

**GM**    # G. Martin
          United States


## Reviews

Review of HitBTC

**GM**    **G. Martin**
          1 review   ◎ US

★                                                        Jul 7, 2017

### What customer support?

Why even claim to offer customer support? There is no customer
support!
I made a token deposit into hitBTC that was never credited to my
account. Over a two week period I sent numerous emails, opened
several support tickets with complete documentation and
irrefutable evidence of the transaction and always got the same
response...NOTHING!

**Date of experience:** July 07, 2017

👍 Useful    ⌯ Share                                        ⚑

        ↰ **Reply from HitBTC**                          Mar 28, 2018

        G.Martin, we apologize for the inconvenience! Was our support
        team able to assist you? Please confirm that your issue was
        resolved and let us know if there's anything else we can help you
        with.


        Previous    1    Next page


★

**Choose country**


United States                          ▾

**archive.today**
webpage capture

Saved from https://www.trustpilot.com/users/593861be0000ff000aa11c83    search    23 Dec 2024 14:49:19 UTC

All snapshots from host www.trustpilot.com    no other snapshots from this url

Webpage    share   download .zip   report bug or abuse

Q Search for a company or category...    For businesses

**GR**    **GREGG**
United States

## Reviews

Review of portabl

**GR**    **GREGG**
7 reviews   ⊙ US

★    Apr 14, 2022

### New name, same scam

New name, same scam... I bought the unit when it was the slidenjoy and they still havent shipped it 6 years later after paying in full. This is a scam, there are other companies that make this type f device now and this company only takes money with no products.

**Date of experience:** April 14, 2022

👍 Useful 3    ⤳ Share    ⚐

⤶ **Reply from portabl**    Apr 15, 2022

Hello Gregg,

I am Laurent Wéry, the CEO of Portabl.

I am sorry for the frustration and would like to apologize on behalf of the entire team if your experience was not what you expected. That is the last thing we want at Portabl. No, our company is not a scam. Our product is real and so is our customer base https://www.portabl.com/reviews, please note that we are a small company and do not have the manpower or budget of a multi national, which makes us more vulnerable to the unexpected (i.e. a pandemic or a worldwide shortage of components), however we work hard every day to negotiate for more raw material, produce and deliver our product while managing old and new customers, rest assured that if you have placed an order with our company, we will deliver what is owed. You can find all the legal information on our website www.portabl.com. If you have any questions, I invite you to contact our dedicated support team to check the status of your order with more precision.
They will also be happy to answer all your requests, feel free to drop them a line on [hello@portabl.com] (mailto:hello@portabl.com) at any time and mention your order number. (mentioning your order/contribution information).

Again sorry for the experience, please know that we are doing everything we can everyday.
Thank you again for your trust, we hope this will be forgotten upon receipt of your Slide.

113

Best regards,

Laurent

Review of Slidenjoy

**GR**    **GREGG**
7 reviews    ⊚ US

★                                                    Apr 14, 2022

**5 years and still never shipped the...**

5 years and still never shipped the product... they just keep taking
more money from people and never deliver. At this point I would
call is a scam

**Date of experience:** April 14, 2022

👍 Useful **4**        ⤳ Share                                    ⚐

Review of Authorize.Net

**GR**    **GREGG**
7 reviews    ⊚ US

★                                                    Feb 4, 2022

**Beware is using ACH**

After a few years of using Authorize.net without notice or warning,
they disabled our eCheck feature and still allowed clients to pay
via ACH. They accepted the payment from our clients and then
froze our funds for what they said would be 90 days after the last
transaction via ACH. You would think it would be 90 days per
transaction but they kept pushing the date to 90 days from the
latest transaction. They claimed they sent an email to notify us
that we can no longer take ACH and we can only use credit cards.
No such email was received and they didn't disable the feature
until we called to question why our funds haven't been sent. If you
are going to use them to accept payments, keep a close eye on
your funds as they will try to hold them without notice and
features may or may not work depending on how they feel. And to
top it off they will NOT give the reason that they took away ACH.
We have been in business for over 17 years with a spotless record
with D&B and have only once in those 17 years had a chargeback.
Avoid this company if you like transparency!

**Date of experience:** February 04, 2022

👍 Useful **3**        ⤳ Share                                    ⚐

Review of Alignable

**GR**    **GREGG**
7 reviews    ⊚ US

★★★★★  ✔ Invited                                  Jul 23, 2020

**Great site for businesses to connect...**

Great site for businesses to connect with B2B services

**Date of experience:** July 23, 2020

Useful  Share

Review of CompSource Inc.

**GR**  **GREGG**
7 reviews  ◎ US

★                                        Aug 5, 2019

**This was a joke of an operation**

This was a joke of an operation. Ordered 4 devices from them that
their web site claimed to have in stock. Turned out they only had
one in stock, and the one they did have was used and missing
parts. I ordered 4 brand new units and only received 1 used and
no communications before they canceled the order for the other 3.
I would never use them again for anything. A complete waste of a
month of time

**Date of experience:** August 05, 2019

Useful **2**   Share

↳  **Reply from CompSource Inc.**              Aug 5, 2019

The item was shipped from the manufacture, that is why we
asked for a picture to prove to them that it was either used or not
packaged properly. Once you provided that we credited and
provided a pickup label. As far as the other 3 units we had
communicated that they were coming from the manufacture, and
we were having a hard time getting a solid ETA. We only canceled
after you had threatened to do a fraud complaint and charge
back if we couldn't provide an answer for the ETA by the end of
that day. We tried as hard as we could but the manufacture was
unable to give the date so we cancelled. As we would not be able
to faithfully provide the product by the date you requested. You
also said you would have the client refuse the 3 units if they
shipped. So we are pretty sure we followed your directions.

Review of HitBTC

**GR**  **GREGG**
7 reviews  ◎ US

★                                        Jun 22, 2018

**Sad excuse for an exchange**

They have had the $SC wallet off line for over 3 months locking
people out of their funds costing users (like myself) thousands of
dollars. Their only reply is that "it will be fixed soon"... I guess they
are unclear on what the word "soon" means. Support is a joke
and they just keep adding more coins/tokens instead of fixing
problems with what they already offer. If you invest at HitBTC be
ready to be locked out of your funds for long periods of time with
no answers from their support dept. My guess is they lock the
wallets when the coin is up... then sell all of the users coins and
buy them back at a lower price before unlocking the wallets. This
way they get to keep the profit the users could have made. Invest
at you own risk at HitBTC

**Date of experience:** June 22, 2018

Useful **2**   Share


**GR** **GREGG**
7 reviews    ◉ US

★★★★★                                    Jun 7, 2017

### Always have the UniFi equipment we sell …

Always have the UniFi equipment we sell in stock and a great
company to deal with.

**Date of experience:** June 07, 2017

👍 Useful    ⤳ Share                                    ⚑

| Previous | 1 | Next page |



**Choose country**

United States    ▾

| **About** | **Community** | **Businesses** |
|---|---|---|



**Follow us on**

archive.today    Saved from https://www.trustpilot.com/users/60201679daea450019546c70    search    23 Dec 2024 10:10:48 UTC
webpage capture                                                        no other snapshots from this url
    All snapshots from host www.trustpilot.com

| Webpage |                                                    share  ⌂ download .zip  🐞 report bug or abuse

---

☆         🔍  Search for a company or category…                    For businesses

**GM**    # Guillermo Mata
          United States

## Reviews

Review of Bankrate

**GM**    **Guillermo Mata**
          2 reviews    ◉ US

★★★★★                                    May 1. 2021

### Managed to find a great broker/lender…

Managed to find a great broker/lender company for my new home.
Super happy! THANK YOU BANKRATE!

**Date of experience:** May 01, 2021

👍 Useful    ☡ Share                                    ⚐

         ✎  **Reply from Bankrate**                    May 4. 2021

            Thank you for the 5-star review, Guillermo! We're happy to hear
            you were able to find a lender for your new home, and we look
            forward to being here for the next step in your financial journey.
            Thank you for being a valued Bankrate user!

Review of HitBTC

**GM**    **Guillermo Mata**
          2 reviews    ◉ US

★                                        Feb 7. 2021

### I will personallly travel to Chile and…

I will personallly travel to Chile and file legal actions.

I have your location.

Av Vitacura 2969, Las Condes, Región Metropolitana, Chile

If by monday we don't get unlocked I will proceed with my lawyer
and file a lawsuit.

This is pure greed, unprofessional and flat out wrong.

Coming up with 2FA lies isn't honest business and prolonging that
process is only criminal.

archive.today    Saved from    https://www.trustpilot.com/users/5b35143a4de5666d34f5c57e    search    23 Dec 2024 12:54:16 UTC
webpage capture
All snapshots from host www.trustpilot.com    no other snapshots from this url

Webpage    share    download .zip    report bug or abuse

Search for a company or category...                                    For businesses

**HS**    **H S**
United States

## Reviews

Review of HitBTC

**HS**    **H S**
1 review    US

⭐                                                    Jun 28, 2018

### HitBTC sucks

HitBTC sucks. The trading platform works OK but they keep having wallet issues and you can't pull your coins out for sometimes MONTHS at a time. I have been trying to get my Siacoin off the exchange since MARCH and support just says they are performing "maintenance" on it and that it will be resolved but it never happens. This is not the first coin to have wallet issues for long periods of time and everyone I know that has used HitBTC at one time are another was screwed over when trying to access coins at a much higher value only to have the wallet magically free up when the market for the coins was down drastically.

**Date of experience:** June 28, 2018

👍 Useful 2    ⌁ Share                                    ⚑

Previous    1    Next page

⭐

## Choose country

United States    ▾

**About**    **Community**    **Businesses**

**archive.today**
webpage capture

Saved from https://www.trustpilot.com/users/60109e7ecb0fe10019b8abce

search

no other snapshots from this url

All snapshots from host www.trustpilot.com

23 Dec 2024 09:07:05 UTC

Webpage

share    download .zip    report bug or abuse

Search for a company or category…                                   **For businesses**

## HN hackeris noobis
United States

## Reviews

Review of HitBTC

HN **hackeris noobis**
1 review    US

★                                                      Updated Mar 2, 2021

### Hitbtcs Infection is a lack of honesty

I gave all necessary info for the recovery process, and no help. They asked what wallet I used, what date i started my account. which are not apart or the recovery process. Just circle talk for months. I had an account with them for two years. I submit a ticket in November last year, and support flat out ignored me. I actually had to make a twitter account to get ahold of them. which in my opinion is very unprofessional. Not only did have to make a twitter to even get an answer, i had to make a big stink on social media to even get any kind of response . There was also a change of terms of service that i wasn't notified about. basically saying that they no longer operate in my country and have there right to liquidate my funds for breaching there terms of service. Do yourself a favor and don't feed this greedy exchange. They will keep you from your funds.

**Date of experience:** February 17, 2021

👍 Useful    ⤳ Share                                                                      ⚐

Previous    **1**    Next page

★

**Choose country**

United States                                        ▾

**About**                    **Community**              119 **Businesses**

archive.today    Saved from   https://www.trustpilot.com/users/608e0d40f1418b001a6b2838    search    23 Dec 2024 11:30:34 UTC
webpage capture
                  All snapshots  from host www.trustpilot.com
                                         no other snapshots from this url

Webpage                                                                       share   ⌄download .zip   ☀ report bug or abuse

🔍  Search for a company or category…                              For businesses

**HS**    # hayaat sayied
          United States

## Reviews

Review of Raise

**HS**    **hayaat sayied**
          2 reviews   ◎ US

⭐                                                      Apr 10, 2023

### This company is the worse

This company is the worse, I bought cards to save money but
when I went to go use them they had nothing in them and you
can't even call them to speak to anyone because there is no
phone number. That should have been a red flag from the
beginning then when you email them good luck getting a
response the moment you say your card has no money in it. Scam
company

**Date of experience:** February 28, 2023

👍 Useful    ⤙ Share                                        ⚐

Review of HitBTC

**HS**    **hayaat sayied**
          2 reviews   ◎ US

⭐                                                      May 9, 2021

### SCAM COMPANY stay away if dont want to…

SCAM COMPANY stay away if dont want to lose your money. You
can deposit but can't withdraw your money SCAM SCAM SCAM

**Date of experience:** May 09, 2021

👍 Useful 5    ⤙ Share                                      ⚐

| Previous | **1** | Next page |
|----------|-------|-----------|

archive.today    Saved from    https://www.trustpilot.com/users/5f4f0495feddbc31f4e18f1b    search    23 Dec 2024 10:29:31 UTC
webpage capture    no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage    share    download .zip    report bug or abuse

🔍 Search for a company or category…                                      **For businesses**

**HI**    # hitbtcscam
United States

## Reviews

Review of HitBTC

**HI**    **hitbtcscam**
1 review    ⦿ US

⭐    Sep 2, 2020

### Perfect SCAM

Perfect SCAM, now KYC also blocked for uploading documents.
When you try to resolve issues it will show 'you have no internet
connection'

Their site will load perfectly but KYC is blocked with fraudulent
message that no internet !

Everyone fight hard to get back your Hard earned money

**Date of experience:** September 02, 2020

👍 Useful    ⊷ Share    🏳

| Previous | 1 | Next page |

⭐

## Choose country

United States    ▾

**About**    **Community**    **Businesses**

https://archive.ph/MSSou    1/2

archive.today    Saved from   https://www.trustpilot.com/users/62989b21d8e8f1001158dcf9    search    23 Dec 2024 20:08:59 UTC
webpage capture                                                          no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage                                                                          share   download .zip    report bug or abuse

Q   Search for a company or category...                                      For businesses

**HE**   **Hussam Elshayeb**
United States

## Reviews

Review of HitBTC

**HE**   **Hussam Elshayeb**
1 review   ◎ US

★                                                          Jun 2, 2022

**SCAAAAAAM STAY AWAY**

SCAAAAAAM STAY AWAY , THEY DECUTED 210 $ FROM ME
FROM TOTAL CAPITAL OF 1000 $ WITH OUT ANY REASON ,
STAY AWAY

**Date of experience:** June 02, 2022

👍 Useful 1      ⟨ Share                                          ⚑

↪   **Reply from HitBTC**                              Jun 6, 2022

Hello. The resolution of your issue took a little longer than we
expected. We have flagged your request as a high priority.

Previous    **1**    Next page

★

**Choose country**

United States                    ▾

**About**              **Community**              **Businesses**

archive.today    Saved from https://www.reddit.com/r/hitbtc/comments/mgql2o/i_am_a_us_citizen_all_i_w    search    23 Dec 2024 16:14:06 UTC
webpage capture                                                                                  no other snapshots from this url
                 All snapshots  from host www.reddit.com

Webpage                                                                                   share   ⌄download .zip   ☀ report bug or abuse

8

## I am a US citizen- all I want is to withdrawal  self.hitbtc
submitted 3 years ago by OnyxNewBlack

I submitted tickets 574713 and 762638.

I am a US citizen and did not know that HitBTC does not accept
US citizens when I bought coins 3 years ago. This should have
been made clear BEFORE i deposited into your system or at the
time the policy was changed.

I have been trying to withdrawal my coins for 10 months but all I
get is that there is "Temporary Maintenance" on the coin I have.

When I submitted my KYC this week I received an email that
said:

"Dear User,

We regret to inform you that we do not provide our services to US
citizens and customers whose primary country of residence is the
US. This is due to the regulatory framework for digital asset
trading in the US.

Deposits to your account are not operational. Withdrawals, if
applicable, are operational within next 14 business days.

In case you would like to trade crypto with a trading services
provider operating in your region, we suggest contacting one of
the eligible operators, such as Coinbase (coinbase.com), Gemini
(gemini.com), or CrossTower (crosstower.com).

HitBTC is not affiliated with any of the aforementioned companies
and does not take any responsibility for the quality of the services
received.

If you are not a US Citizen or resident and believe this to be an
error, please click herefor our Support Center.

Regards

HitBTC Team"

I logged on today and i STILL can not withdrawal. All I want is my
money back. I will take the original deposit currency, the bought
currency, USD or in a stable USD backed currency. Please tell me
what I need to do in order to get this accomplished.

**22 comments**  share  save  hide  report

all 22 comments
sorted by: best ▼

[–] JokerKnowsYouBest · 3 points 3 years ago
This company is a big time scammer in regards to US customers. They prey on
American customers to deposit then not allow them to withdraw. I work with a law
firm that is putting a case together in regards to exactly this. If they have no
intention of allowing US customers to withdraw, then they should have more
deterrents in place to stop deposits by them. They know the abandoned
cryptocurrencies mean big bucks for them, so unfortunately they will never allow
you to withdraw. Your best bet is to make a friend in another country that is
allowed to make withdrawals with them, and transfer your account to them to do

search                    Sut

this post was submitted on 30 Mar 2021

**8 points** (91% upvoted)

https://redd.it/mgql2o

### Subreddit Info
*9 currently online*
This subreddit is under maintenance. 24/05/2019
15:12:32 IST+0530 (India Standard Time)

a community for 7 years

MODERATORS

discussions in r/hitbtc                   x

0

https://youtu.be/ErvgV4P6Fzc?
si=e94816dKLgvrZY1a

123

it. Of course, you have to absolutely trust this person, so I wouldn't do it unless it's someone you know extremely well and who wouldn't scam you.

permalink  embed  save  report  reply

[–] **juanpaulzip** • **1 point** 1 day ago

Any update on this legal case? Would definitely join a class action here. I have over 7k stuck on this exchange.

permalink  embed  save  parent  report  **reply**

[–] **Hitbtc_Team** • **0 points** 3 years ago

Hello. Please note that the fact that the US is a restricted jurisdiction is public information and can be found in our Terms of use that every trader must read accept before starting to use our platform (clause 2.2.g https://hitbtc.com/terms-of-use).

permalink  embed  save  parent  report  **reply**

[–] **JokerKnowsYouBest** • **1 point** 3 years ago

Whatever you say, buddy. Just because you bury this information in legal clauses that no one reads, it doesn't mean you can keep a US customer's crypto currency by saying oops oh well! You are using this as a scapegoat to think you can "legally" hold on to US customers funds and not return them. Boy, your company is in for a big "legal" surprise soon.

permalink  embed  save  parent  report  **reply**

[–] **Ok_Lingonberry_7087** • **1 point** 8 months ago

Hello they got me too big time , let me know if u get anywhere , email me Roccot1969@gmail.com  Thanks

permalink  embed  save  parent  report  **reply**

[–] **Hitbtc_Team** • **0 points** 3 years ago

We have no intention of keeping our customers money. US traders can withdraw their funds before closing their accounts.

permalink  embed  save  parent  report  **reply**

[–] **dreamsofeden777** • **1 point** 3 years ago

Thanks, im in the same boat as this gentleman. I have some coins as well in my HITBTC account. My Ticket#1395834 was just sent to me and it says resolved but I still can't withdraw my tokens. Thanks!

permalink  embed  save  parent  report  **reply**

[–] **Hitbtc_Team** • **1 point** 3 years ago

Hello! Our Compliance team has received your request. We are now carefully checking all the provided information & documents. This step is vital, and it can take some time. Usually, the review of the provided information takes several business days, depending on the current workload. Our Compliance Department will be in touch with you as soon as they complete the process.

permalink  embed  save  parent  report  **reply**

[–] **-Myrlin-** • **1 point** 3 years ago*

I am also in the same boat. I have funds sitting in BTC, that I have added a whitelist address to, and just need to transfer/withdraw the funds out of Hitbtc, and into the wallet. At this point there needs to be an option to withdraw funds for those accounts that have been allowed to deposit funds. You cannot accept funds, then deny the withdrawal of said funds. Also the issue of "it can take some time" is absolute bull****... I would like to join the lawsuit, and also add interest onto the funds being withdrawn, since there is no option to do so at this time.

I have submitted Ticket ID 1401793.

permalink  embed  save  parent  report  **reply**

[–] **Hitbtc_Team**    [score hidden] 3 years ago · stickied comment

Hello. The Support Team has replied to you in your ticket thread. Please check their email and the suggested alternatives.

permalink  embed  save  report  **reply**

[–] **OnyxNewBlack** • **2 points** 3 years ago

Your Support Team told me to be patient and wait until withdrawals on XTZ are allowed. I've been waiting for **3 years** BUT NOW YOU HAVE ONLY GIVEN ME 14 DAYS to get my money out before you seize it. I've written back to the ticket and have heard nothing back. The clock is counting down until you steal my money for good. You can't just take money and decide 3 years later to not give it back. You can give my currency back as Bitcoin, Ethereum, USD or any stable coin. Please tell me how to get my my money out of XTZ in your platform before you seize my money in 10 days.

permalink embed save parent report **reply**

[–] **Hitbtc_Team** • **1 point** 3 years ago

Hello! Some operations with XTZ are temporarily offline for maintenance. We apologize for any inconvenience this may cause. We'll let you know when this coin is available. Despite the 14-day withdrawal limit, you'll still be able to withdraw your XTZ when the maintenance is done.

permalink embed save parent report **reply**

[–] **OnyxNewBlack** • **1 point** 3 years ago

XTZ operations have been offline for over 10 months! You are accepting deposits of XTZ so you HAVE XTZ. Will you send me mine if I give you my wallet address? Will you let me trade it? Will you send me BTC or ETH? There should be NO reason I have to be stuck without my money for this long. There are plenty of ways for you to give me my money. I will give you public keys, whatever you need.

permalink embed save parent report **reply**

[–] **Hitbtc_Team** • **1 point** 3 years ago

Hello! Thanks for reaching out to us. Some operations with XTZ (including deposits) are temporarily offline for maintenance. Stay tuned to our system monitor page to see when they go back online https://hitbtc.com/system-monitor.

permalink embed save parent report **reply**

[–] **OnyxNewBlack** • **1 point** 3 years ago

Through my ticket 574713, your team has said "no worries, we always take such circumstances ((past my 14 days)) into consideration. if the maintenance is over after the deadline that was set for your account, we will surely help you withdraw your funds."

If you have XTZ, you should simply be able to send it to me. Do you not have XTZ? Are you running a scam in your XTZ trading? Under what circumstances does it take more than ten months for your software to be updated so that you can send crypto on a blockchain? This is the most basic part of cryptocurrency.

I have been very patient, but this has become absurd. Either send me my XTZ or an equivalent amount in BTC, ETH, USD, USDC or USDT, or I am going to escalate this matter to the authorities. I'd hate to do that, but you have been giving me the run around for too long.

permalink embed save parent report **reply**

[–] **Hitbtc_Team** • **1 point** 3 years ago

Hello. You will be able to withdraw your XTZ as soon as the maintenance is over.

permalink embed save parent report **reply**

[–] **Munaviwala** • **1 point** 3 years ago

Hey.. can u tell me that did u get ur funds back from hitbtc.. because I m facing the same problem and I m a US citizen so I want to knw wht happen with ur funds.. please reply asap.. thank u

permalink embed save parent report **reply**

[–] **PopInternational7687** • **1 point** 2 years ago

u/Hitbtc_Team

I also am a US customer requesting withdrawl. Ticket # 1419479.

Please assist.

125

permalink  embed  save  report  **reply**

[–] **darkerego** • **1 point** 1 year ago

Did anyone in this boat actually ever get their money?

permalink  embed  save  report  **reply**

[–] **PhoenixRising811** • **1 point** 1 year ago

I doubt it. At the height of dogecoin, I would have been able to get $7k from my account. My account is prolly only worth $2k now and I gave up awhile ago. I had no idea hitbtc wasn't open to Americans when I had originally deposited. Luckily I had only deposited a few hundred dollars and so I mostly lost opportunity cost of pulling out dogecoin when it was high...

permalink  embed  save  parent  report  **reply**

| about | help | apps & tools | <3 |
|---|---|---|---|
| blog | site rules | Reddit for iPhone | **reddit** |
| about | Reddit help | Reddit for | **premium** |
| advertising | center | Android | |
| careers | reddiquette | mobile website | |
| | mod guidelines | | |
| | contact us | | |

Use of this site constitutes acceptance of our User Agreement and Privacy Policy © 2024 reddit inc. All rights reserved.
REDDIT and the ALIEN logo are registered trademarks of reddit inc.

**archive.today**    Saved from https://www.trustpilot.com/users/5b32762f4de5666d34dce2a2    search    23 Dec 2024 13:23:29 UTC
webpage capture                                                    no other snapshots from this url
                         All snapshots from host www.trustpilot.com

Webpage                                                            share    download .zip    report bug or abuse

🔍 Search for a company or category...                                        **For businesses**

## JA    James
United States

## Reviews

Review of National Parts Depot

JA    **James**
      2 reviews    📍 US

★★★★★  ✅ Verified                              Updated Mar 19, 2022

**Rick Rocks!**

Rick is quick to address issues and is honest with his words and
generous with his actions. It's always a pleasure to deal with him.
Thanks

**Date of experience:** March 19, 2022

👍 Useful    ⌁ Share                                                    ▭

Review of HitBTC

JA    **James**
      2 reviews    📍 US

★                                              Jun 26, 2018

**No support from support**

They just give me the runaround and don't answer emails. You
can't talk to anyone. I need their help and they don't want to help.
It seems like they are doing it on purpose. They suck.

**Date of experience:** June 26, 2018

👍 Useful 2    ⌁ Share                                                  ▭

        ↝  **Reply from HitBTC**                        Aug 7, 2018

           James, send us your support ticket number, please. Thank you!

              | Previous | **1** | Next page |

archive.today   **Saved from** https://www.trustpilot.com/users/5b61adca4de5666d343f2072   search    23 Dec 2024 12:11:57 UTC
webpage capture    **All snapshots** from host www.trustpilot.com    no other snapshots from this url

Webpage      share   download .zip   report bug or abuse

🔍 Search for a company or category…      **For businesses**

## JS   James Schneider

United States

## Reviews

Review of HitBTC

**JS**   **James Schneider**
1 review   ◎ US

⭐      Updated Aug 3, 2018

### HitBTC is a scam

HitBTC, is locking users out of their accounts. They take you ID
and only information you would have like recent transaction
hashes. They have locked many users out of their accounts. They
keep your money then sell your ID information on the web.

HitBTC responds to these negative reviews, but they still do not
let you back into your account. They lock you out of your account
and keep the money then sell your ID information on the web

**Date of experience:** August 01, 2018

👍 Useful 4    ⌁ Share      ⚑

↩ **Reply from HitBTC**      Aug 3, 2018

James, we are sorry to hear that.
On the contrary, through our verification procedures, we strive to
ensure the security of our customers' accounts. We are
maintaining a healthy trading environment; privacy of your data
and security of your trading are our core priorities.
Please share your support ticket number here. Thank you very
much in advance!

Previous    **1**    Next page

**Choose country**

archive.today
webpage capture

**Saved from** https://www.trustpilot.com/users/5b3bbd8d4de5666d3436ce31    search

no other snapshots from this url

**All snapshots** from host www.trustpilot.com

23 Dec 2024 12:35:09 UTC

Webpage

share    download .zip    report bug or abuse

Search for a company or category…                                    **For businesses**

# James Scott

United States

## Reviews

Review of HitBTC

**James Scott**
1 review    US

Jul 3, 2018

### I being waiting on someone to respond…

I being waiting on someone to respond with a answer as why my order wasnt filled!!

**Date of experience:** July 03, 2018

Useful 1    Share

**Reply from HitBTC**    Aug 3, 2018

What's your support ticket number, James? We'd be glad to look into your case.

| Previous | 1 | Next page |

## Choose country

United States

| About | Community | Businesses |
|-------|-----------|------------|

archive.today    Saved from https://www.trustpilot.com/users/61647f54b1e3050012e8870f    search    23 Dec 2024 15:58:47 UTC
webpage capture                                          no other snapshots from this url
                   All snapshots from host www.trustpilot.com

| Webpage |

share    download .zip    report bug or abuse

⭐

🔍 Search for a company or category…                                    **For businesses**

**JC**    # Jason Christmas

United States

## Reviews

Review of HitBTC

**JC**    **Jason Christmas**
         1 review  ⊙ US

★    Oct 11, 2021

### Cant give negative stars so I give it...

Cant give negative stars so I give it one. For the past six months
DOGE is not able to be withdrawn. When asked the tech support
team states it is a technical issue. I have a suspicion they don't
have enough DOGE to cover HitBTC's deposits. If you realize this
all started happening on the most recent run up and HitBTC
probably lost their shirts because they basically sold most of the
DOGE coming in prior to the run up. Now that DOGE is actually
worth a good deal more and want to withdraw, they have to shut
down withdrawals due to HitBTC not having enough to cover the
outflows.

**Date of experience:** October 11, 2021

👍 Useful 4    ⊶ Share                                    ⚑

↩ **Reply from HitBTC**    Oct 14, 2021

Hello. Sometimes technical maintenance requires additional
effort and time. In this case, we need a while longer to complete
the work on the DOGE wallet. While withdrawals are closed
during maintenance, trading functionality is available at that
moment.

| Previous | **1** | Next page |

⭐

**Choose country**

130

https://archive.ph/vZDRv                                    1/2

**JA**    **Jay**

United States

## Reviews

Review of HitBTC

**JA**    **Jay**

1 review    US

⭐    Updated Oct 15, 2019

### Do not trade with HitBTC

Do not trade with HitBTC. I repeat, DO NOT trade with HitBTC. They are scammers. I was actively trading with their platform when all over a sudden they locked my account due to a false security risk. They have been withholding my funds hostage every since (several months now). They say they have these mechanisms in place "to keep me safe." How in the world are you keeping me safe by holding my funds hostage?! They will use any excuse to keep your funds frozen for their own gain.

Don't be fooled by their support team that watches and responds to these reviews like a hawk. They pretend to respond accordingly only to do nothing on their end. Their support team is unhelpful and flat out fraudulent. Beware, you have been WARNED.

P.S. I am ready to peruse legal action if others would like to organize as well.

**Date of experience:** October 14, 2019

👍 Useful    ⚡ Share    ⚐

↳    **Reply from HitBTC**    Oct 15, 2019

Hi Jay. First of all, I am sorry that we did not stand to your expectations. We are working hard to make our product as safe as possible while providing a fast and easy to use service. We take all feedback seriously and I encourage you to share your ticket number with me, and I will make sure that the information you provided will reach people in charge. We are open to any communication, cause we want to be transparent with our customers. I will be waiting for your reply and I wish you a pleasant day!

| Previous | 1 | Next page |



**Choose country**

The Wayback Machine - https://web.archive.org/web/20241223162808/https://www.trustpil...

       Q              **For businesses**

# JR

## Jay-R Ramos

United States

## Reviews

Review of HitBTC

**JR**  **Jay-R Ramos**
2 reviews   ◎ US

★                                             Mar 10, 2024

### Big Warning! HitBTC is a Company Engaged in Theft and Deception

Just like many others sharing their experiences with HitBTC, I've been struggling since 2017 to regain access to my account. Even using my backup code doesn't work – it keeps showing errors. It's frustrating that despite all this time passing, they haven't fixed their website problems. It doesn't make sense why they're still dealing with complaints instead of just updating their technology.

Honestly, it feels like a huge scam.

My ticket numbers are #1604051, #1604266, and #456751.

These people are nothing but thieves, and it's alarming to see a company still operating, taking advantage of people who trusted them. I've also heard from colleagues at Harvard and MIT advising to steer clear of this exchange. They've all faced the same problems.

I would seriously recommend filing a report to the FBI IC3 team and the European Cybercrime Centre - EC3 - Europol.

**Date of experience:** March 04, 2024

👍 Useful **9**   ⌁ Share                                                  ⚑

↪ **Reply from HitBTC**                                          Mar 13, 2024

Hello. The support team has replied to you and provided you with instructions. Please check your inbox and proceed accordingly.

Review of ExploreTrip

JR  **Jay-R Ramos**
    2 reviews    ⊙ US

★★★★★                                                          Aug 27, 2019

✓ Invited

## Great pricing

Great pricing! Thank you :)

**Date of experience:** August 26, 2019

👍 Useful    ⌁ Share                                              ⚑

| Previous | Next page |
|----------|-----------|



**Choose country**

United States                    ▾

**About**                        **Community**

About us                         Trust in reviews

Jobs                             Help Center

Contact                          Log in

Blog                             Sign up

How Trustpilot works

133

https://web.archive.org/web/20241223162808/https://www.trustpilot.com/users/5d6461036d3f3bb7fdab05db

**archive.today**
webpage capture

Saved from | https://www.trustpilot.com/users/5b30deee4de5666d3493c80f | search

no other snapshots from this url

23 Dec 2024 13:19:35 UTC

All snapshots from host www.trustpilot.com

Webpage

share    download .zip    report bug or abuse

Search for a company or category...                    For businesses

## JD    jd
United States

## Reviews

Review of Leathercult

JD   **jd**
5 reviews   US

★★★★                                      Jan 9, 2024

**Happy with purchase**

Jacket was well made and leather supple...The buttons were not
sewn on very well, but overall happy with the jacket

**Date of experience:** January 08, 2024

👍 Useful   ✔ Share                                        ⚑

Review of The GLD Shop

JD   **jd**
5 reviews   US

★★★★★  ✔ Verified                          Mar 2, 2022

**looks good**

looks good to me...swag

**Date of experience:** March 02, 2022

👍 Useful   ✔ Share                                        ⚑

Review of Digitex Futures

JD   **jd**
5 reviews   US

★★★★                                      May 9, 2020

**Digitex...The Sleeping Giant you Wished you saw Coming!**

Digitex is a "first of it's kind" type of endevour...In the crypto
space ,and in a dominant niche such as the futures trading
market, Digitex has successfully carved out its own identity by
offering ZERO fee trading...what's that mean to the everyday
trader? That means for the first time, you wont be starting out a
trade already trying to play catch-up (assuming you're good

enough to be on the right side of any one particular trade lol). You're immediately not in debt to the house, and in fact, the house engine isn't even working against. It's actually programmed to lose money and break even! What this means is that strategies such as scalp trading, which is common in other martkets, for the first time, is made possible in Crypto (the most volatile types of assets in the world), leaving way to persue strategies and quick trades that were NOT possible before! Thus, if DGTX isn't part of your everyday trading regime, you're already behind the power curve and playing catch-up in my opinion. 4 out of 5 stars easily. Not 5 yet because it's just getting it's legs. Once liquidity comes, this exchange is easily one of the top options in crypto...(an soon to be commodities as well, as they'll be adding plenty of other trading options other than crypto)

**Date of experience:** May 09, 2020

👍 Useful        ⌁ Share        ⚑

Review of HitBTC

**JD**   **jd**
          5 reviews   ◎ US

⭐                                                        Jun 28, 2018

### if i could give no stars

if i could give no stars, i would...I've been trying to withdraw my funds "currency operations not available" error keeps coming up and locking me out for 3 days at a clip. then i write a support ticket and get 100s of emails asking to write a review on this site...support has not even replied to my ticket, going on weeks now. If i ever get my funds back, i'll disable my account and never trade on Hitbtc again...HIGHLY recommend not even creating an account with this exchange, horrible exchange for this day and age...pure cash grab clearly

**Date of experience:** June 28, 2018

👍 Useful 1        ⌁ Share        ⚑

    ↳  **Reply from HitBTC**                           Aug 7, 2018

          jd, please provide your support ticket number, thanks!

Review of HitBTC

**JD**   **jd**
          5 reviews   ◎ US

⭐                                                        Jun 25, 2018

### Currency operations "Not...

Currency operations "Not Availlable"....My funds can't be withdrawn. I pray it gets fixed so i can never use this exchange again...Shitbtc is the worst exchange i've ever used and i hope it closes so nobody else has to deal with this

**Date of experience:** June 25, 2018

👍 Useful        ⌁ Share        ⚑

[ 135 ]

**archive.today**   Saved from   https://www.trustpilot.com/users/5b4a6b134de5666d3465a71b   [search]   23 Dec 2024 12:17:24 UTC
webpage capture                                                                 no other snapshots from this url
**All snapshots** from host www.trustpilot.com

| Webpage |                                                        share  ⬇ download_zip   ☀ report bug or abuse

⭐        🔍 Search for a company or category...                              **For businesses**

## Jeffrey Mundy
United States

## Reviews

Review of HitBTC

**Jeffrey Mundy**
1 review   ◎ US

⭐

### Lost a transaction trying to convert to...

Lost a transaction trying to convert to the wrong currency. It's
been 2 months and still have not received my money back. Tried
emailing Hitbtc several times with no response since the initial
response over 2 months ago.

Support request #304266

When should I expect this update?

**Date of experience:** July 14, 2018

👍 Useful 1      ⌘ Share                                          ⚑

↩  **Reply from HitBTC**                                  Aug 27, 2018

Dear Jeffrey, we have managed to recover your BTC deposit, and
it has been successfully credited to your account.

| Previous | 1 | Next page |

⭐

**Choose country**

United States                                ▼

**About**          **Community**          **Businesses**
                                              136

archive.today    Saved from https://www.trustpilot.com/users/5a2b9d5f0000ff000aee8a46    search    23 Dec 2024 15:34:22 UTC
webpage capture                                    no other snapshots from this url
All snapshots from host www.trustpilot.com

| Webpage |

share    download .zip    report bug or abuse

🔍 Search for a company or category…                    **For businesses**

Looks like you're in Canada. Go to the Canadian Trustpilot site    ✕

**JB**    # Jerome Basilio

United States

## Reviews

Review of HitBTC

**JB**    **Jerome Basilio**
1 review    📍 US

⭐    Dec 9, 2017

### My alt coin is stuck in withdrawal …

My alt coin is stuck in withdrawal process. There is no support
from email or their team. They will steal your hard earn money.
Run away as fast as you can.

**Date of experience:** December 09, 2017

👍 Useful    ⌁ Share    🏳

↳ **Reply from HitBTC**    Mar 28, 2018

Jerome, we apologize for the inconvenience! All December
support tickets were resolved, your withdrawal should have been
successfully completed. Let us know if there's anything else we
can help you with.

| Previous | 1 | Next page |

⭐

**Choose country**

United States    ▾

**About**    **Community**    **Businesses**

archive.today    Saved from https://www.trustpilot.com/users/5b3dd0cf4de5666d34fde946    search    23 Dec 2024 12:30:59 UTC
webpage capture
                 All snapshots  from host www.trustpilot.com         no other snapshots from this url

Webpage                                                                    share  download .zip   report bug or abuse

Search for a company or category…                                    For businesses

## jianlong
JI
United States

## Reviews

Review of HitBTC

JI  **jianlong**
    1 review  ◎ US

★                                                    Jul 5, 2018

### rubbish exchange ,I send WRC from OKEX…

rubbish exchange ,I send WRC from OKEX to Hitbtc ,more 24
weeks ago ,I still not recevied the tokens

**Date of experience:** July 05, 2018

👍 Useful 1    ⌁ Share                                        ⚐

↩ **Reply from HitBTC**                          Aug 3, 2018

    jianlong, have you submitted a support request on your issue?
    Would you please share its number? Thanks in advance!

| Previous | 1 | Next page |

**Choose country**

United States                      ▾

**About**                **Community**              **Businesses**

https://archive.ph/v3P9A                                                        1/2

**archive.today**
webpage capture

Saved from  https://www.trustpilot.com/users/5b397a074de5666d34555775    search    23 Dec 2024 12:09:37 UTC

**All snapshots** from host www.trustpilot.com

no other snapshots from this url

share    download .zip    report bug or abuse

| Webpage |

🔍 Search for a company or category…                          **For businesses**

## JO  Joe
United States

## Reviews

Review of HitBTC

**JO**    **Joe**
       2 reviews    📍 US

⭐    Aug 2, 2018

### Thieves!!

Thieves, Liars, Criminals, Scam Artist, Evil Exchange. If you use it, you will lose it! If they haven't stolen your money yet, don't worry, they will.

**Date of experience:** August 02, 2018

👍 Useful **3**    ⌘ Share                    🚩

    ↳ **Reply from HitBTC**    Aug 10, 2018
       Dear Joe, your issue has been successfully resolved. Thank you very much for your cooperation!

Review of HitBTC

**JO**    **Joe**
       2 reviews    📍 US

⭐    Jul 2, 2018

### Do not use HitBTC for any reason - Scam Site!!

Do not use HitBTC for any reason. They got my btc and will not release it. They keep asking for id like driver license, bank statements, photos, etc, but they still don't release your coins. They also keep closing your tickets without any comments. This is such a scam site I'm surprised they haven't been shut down. It's been 3 days so far, but I've lost thousands of dollars in opportunities up to this point. Bottom line, run, don't walk, run as fast as you can away from HitBTC!!

**Date of experience:** July 02, 2018

👍 Useful **3**    ⌘ Share                    🚩

    ↳ **Reply from HitBTC**    Aug 10, 2018

139

archive.today    **Saved from** https://www.trustpilot.com/users/5c378c635c842ddcb7f84684    search    23 Dec 2024 11:46:39 UTC
webpage capture
**All snapshots** from host www.trustpilot.com    no other snapshots from this url

Webpage    share    download .zip    report bug or abuse

Search for a company or category…    For businesses

JC    **John Citak**
United States

## Reviews

Review of HitBTC

JC    **John Citak**
1 review    ◎ US

⭐    Updated Jan 10, 2019

**Scammy Exchange**

Do not use this exchange if you want to be able to transfer or trade your tokens freely. They lock tokens for months without any reason. I cant trade or transfer my $ICX tokens for 4 months now. The only thing I can do is watch the price go down and there is nothing I can do about it. The only response you ll get is that they are working on it.

**Date of experience:** January 10, 2019

👍 Useful    ⤨ Share    🏳

↳    **Reply from HitBTC**    Jan 14, 2019

Sometimes software requires technical maintenance, and we are doing our best to finish it as soon as possible.
We perfectly understand your concern though apologise for the inconvenience you may be experiencing. We appreciate your patience.

Previous    1    Next page

⭐

**Choose country**

United States    ▾

**About**    **Community**    14**Businesses**

archive.today     Saved from https://www.trustpilot.com/users/5b345c214de5666d3447d7ea     search     23 Dec 2024 13:17:12 UTC
webpage capture                                                          no other snapshots from this url
                     All snapshots from host www.trustpilot.com

Webpage                                                                   share   download .zip   report bug or abuse

Search for a company or category…                                    For businesses

## JC     John Corbin
United States

## Reviews

Review of HitBTC

JC     **John Corbin**
       1 review  ⊙ US

⭐                                                          Jun 28, 2018

### I am not allowed to withdraw my funds…

I am not allowed to withdraw my funds and have been using this
exchange for so long.... I have sent all of m documents now
please allow me to withdraw my funds or im going to have to tae
legal action

**Date of experience:** June 28, 2018

👍 Useful **2**     ⤳ Share                                      ⚑

↪ **Reply from HitBTC**                                    Aug 7, 2018

Dear John, have you submitted a support ticket? Please share its
number and we'll check the case for you. Thanks in advance!

| Previous | 1 | Next page |
|----------|---|-----------|

**Choose country**

United States                              ▾

**About**          **Community**          **Businesses**

23/12/2024, 18:28                 John Gaither | 1 Review

archive.today    Saved from  https://www.trustpilot.com/users/5b350c414de5666d34ed3658         search         23 Dec 2024 12:56:29 UTC
webpage capture                                                    no other snapshots from this url
            All snapshots  from host www.trustpilot.com

Webpage                                                                    share   download .zip   report bug or abuse

🔍 Search for a company or category...                                           For businesses

**JG**   # John Gaither
         United States

## Reviews

Review of HitBTC

**JG**   **John Gaither**
         1 review   ◎ US

★★   Updated Jun 29, 2018

### I lose those free tokens, after investing so much here. i will leave.

would be higher, but for the first time ,I have to move a token,
instead of a coin, and what, let me withdraw my dam Banca
already, not all just some, what the hell????? PLEASE FIX, THIS
PROBLEM, IT IS MY MONEY, WHAT WHITE LIST, NO TOKENS
THAT ARE WHITE LIST. YOU ARE NOT LETTING ME MOVE MY
TOKENS, MINE. TO A VALID ADDRESS, PERIOD, MINE. ALL
SECURITY TURNED ON , AND USING IT, AND YOU WILL NOT
LET ME USE MY TOKENS. BULL. NOW IT'S TO LATE TO GET
THEM WITHDREW TO GET MY FREE COINS AT FCOIN JULY
2ND. THANKS FOR RUINING IT.

**Date of experience:** June 28, 2018

👍 Useful 1    ⌁ Share                                                    ⚑

         ↪ **Reply from HitBTC**                          Aug 7, 2018

         Dear John, kindly provide your support ticket number. Thanks in
         advance!

              Previous   | 1 |   Next page

★

**Choose country**

                                  142

https://archive.ph/wwsWO                                             1/2

archive.today
webpage capture

Saved from | https://www.trustpilot.com/users/5b5e0d194de5666d3449322d | search

23 Dec 2024 12:14:12 UTC

no other snapshots from this url

All snapshots  from host www.trustpilot.com

Webpage

share   download .zip   report bug or abuse

Search for a company or category...

**For businesses**

## JB **Jones B.**

United States

## Reviews

Review of Minipix

JB **Jones B.**
4 reviews   ◎ US

⭐

Jul 30, 2024

### This is a complete fraud

This is a complete fraud. Do not buy!!!!

**Date of experience:** July 30, 2024

👍 Useful   ⌯⟨ Share                    ⚑

Review of Exodus

JB **Jones B.**
4 reviews   ◎ US

✔ Verified                    Jan 15, 2023

### Exodus charges outrages transaction...

Exodus charges outrages transaction fees for crypto exchanges.
Exodus engineers are in over their head with the staking of
Cardano.

**Date of experience:** January 15, 2023

👍 Useful   ⌯⟨ Share                    ⚑

↪ **Reply from Exodus**          Updated Jul 29, 2024

Edit: Hi there,
If there's anything we can do to earn those extra two stars and
make your experience even better, please let us know. We're here
to help!
We've worked hard over the past two years to bring swap fees
down. We'd love to see if there is something we can do to
improve this experience. Feel free to email details to
support[@]exodus.com. We love having us with us. 🙏 -VF

We hear you, Jones. When interchanging assets, the cost of the
spread can vary depending on factors like liquidity and market
conditions. Volatile markets can mean higher spreads being
charged. I get how frustrating that can be, so we try our best to
make sure the spread is transparent before you make the trade.

143

We'll keep working with our third-party exchange API providers to minimize these costs and keep your swaps moving smoothly. - KV

Review of Exodus



**Jones B.**
4 reviews  ◉ US

  ⊘ Verified        Dec 22, 2021

### Exodus has been great for years and...

Exodus has been great for years and continues to do so. I did have a question about the FTC exchange. I tried trading some small amounts of various coins and it would not let me.

**Date of experience:** December 22, 2021

👍 Useful    ⌇ Share        ⚑

    ↳ **Reply from Exodus**        Dec 23, 2021

    Hi there. Thanks for sharing your review. It's great to know you're enjoying your Exodus wallet. Feel free to email details about your FTX exchange to support[@]exodus.com. Our support team is standing by and ready to help. Thanks for being with us. ⚞⚟ -MW

Review of HitBTC



**Jones B.**
4 reviews  ◉ US

        Updated Aug 3, 2018

### I lost my phone and my 2fa...

I lost my phone and my 2fa authenticator so I could not log into HitBTC. I contacted the site and sent them my photo ID with the email associated with the account along with recent transaction hashes that only I would have access to. They have locked me out of my account. They are keeping my hard earned money and selling my ID information on the web.

HitBTC Keeps responding to this review. Yet after all of the information I have given them I am still locked out of my account. Why would I give them anymore information?

**Date of experience:** July 29, 2018

👍 Useful 1    ⌇ Share        ⚑

    ↳ **Reply from HitBTC**        Aug 3. 2018

    Dear Jones, thank you for the documents sent. No personal information of users can be ever disclosed by HitBTC. On the contrary, privacy of your data and security of your trading operations have always been our core priorities.
    We'd appreciate if you could refer to your support request number here. Thanks in advance!

| Previous | 1 | Next Page |
|----------|---|-----------|
|          | 144 |         |

**archive.today**
webpage capture

Saved from | https://www.trustpilot.com/users/60a734de78118d0019bd3d30 | search

23 Dec 2024 16:20:04 UTC

no other snapshots from this url

All snapshots from host www.trustpilot.com

Webpage

share    download .zip    report bug or abuse

Search for a company or category...                                        For businesses

## JR   Joshva raj
United States

## Reviews

Review of HitBTC

JR   **Joshva raj**
1 review    ⊙ US

★                                                                    May 21, 2021

**It is not worth to invest in hitbtc…**

It is not worth to invest in hitbtc site.

After deposit forget your money. If you are trying to withdraw it will be always offline.

I am having account from them from 2018 but I won't resolve any of issues. Alway reply will be they will fix issue but you have to wait for decades or life to resolve those.

Not worth place and worst customer support.

**Date of experience:** May 21, 2021

👍 Useful 4       ⌁ Share

⚐

Previous | **1** | Next page

★

**Choose country**

United States ▼

**About**            **Community**            **Businesses**

https://archive.ph/FHJXl                                                        1/2



**archive.today**
webpage capture

Saved from | https://www.trustpilot.com/users/622da8b6017be6001299ec16 | search | 23 Dec 2024 20:16:37 UTC
no other snapshots from this url

**All snapshots** from host www.trustpilot.com

| Webpage |

share    download .zip    report bug or abuse



🔍 Search for a company or category...                    **For businesses**

## Julie A
United States    ☑ VERIFIED USER

## Reviews



Review of HitBTC

 **Julie A**
5 reviews    ◉ US

⭐    Mar 15, 2024

### HitBTC stole from me like many others victims

After publishing here and 6 months of fights to get back my
access, I finally got my access back and discovered that I have
been charged of an insane amount of inactivity fees like many
others victims. and never as every other victim have been notified
of any activity fees by email or others mean. this company is a
scam. CEO has been arrested by the FBI

The Total of fees they stole from me is worth about 1000$
I am asking you to Give me back my stolen money or I will keep
posting everywhere there is also a telegram group where all
victims are working on legal actions agains HitBTC
I am attaching here the transaction and details

2024-02-07 17:12:54 be525e25-af85-4d7e-a3d7-3585a07581ec
Inactivity fee 1.158176182506 NMR
2024-01-04 09:40:54 250a1724-cbc5-4066-ba20-3f63191268a1
Inactivity fee 1.590091415376 NMR
2023-12-06 11:56:17 b0ab4b4d-43e1-4b0b-97a9-9ea8e58bf911
Inactivity fee 1.259401910361 NMR
2023-11-09 16:34:21 0dd0e856-5927-4fef-8a97-9b6edd00511c
Inactivity fee 1.392162439128 NMR
2023-10-10 15:24:41 f2f1fbcd-d45e-4f01-b071-a29b0806592e
Inactivity fee 1.649512873129 NMR
2023-09-08 16:45:32 f96d9d7e-5375-44fe-99d9-25355acad132
Inactivity fee 1.404163731855 NMR
2023-08-03 20:52:46 f0135d3b-7338-4bf4-85c8-e8049c7620a2
Inactivity fee 0.159635716648 NMR
2023-08-03 20:50:21 db6f7b6b-27b7-49f1-ba1f-eacc18d05534
Inactivity fee 0.19517027 LTC
2023-07-03 14:46:10 fd642ae8-644d-4225-ae0a-0b93912fa233
Inactivity fee 0.18139466 LTC
2023-06-02 17:10:16 d8253aef-288d-4cae-907c-b65ebfb5659b
Inactivity fee 0.10797501 LTC
2023-05-09 11:14:30 809674a1-2f1f-4b32-8225-03f8be88e7a7
Inactivity fee 0.00001203 BTC
2023-05-09 11:10:23 65cbf2c3-412b-4959-b651-4138d246b285
Inactivity fee 0.11873296 LTC
2023-04-07 08:40:53 e337b115-672f-4065-9f70-b60f86a2264e

24/12/2024, 01:51

Inactivity fee 0.11060849 LTC
2023-03-22 10:37:23 ca6005d1-8164-43eb-95db-f47592ba6f04
Inactivity fee 0.11780592 LTC
2023-02-14 12:04:54 d7f4092c-3316-489c-99b2-628bdcc73dea
Inactivity fee 0.10731269 LTC
2023-01-11 16:45:36 84a2a6f7-907a-4784-b443-a41ddd7c8c82
Inactivity fee 0.00057946 BTC
2022-12-29 09:28:25 b6d63eb2-4f6f-4e21-a002-a2b97269149d
Inactivity fee 0.00060039 BTC
2022-12-27 13:23:48 899d6f6e-991d-41ea-adfb-ad271385dcf3
Inactivity fee 0.00059288 BTC
2022-12-14 15:07:47 c11fa8ee-6368-44e5-9bc1-c1c7b46379c1
Inactivity fee 0.00058 BTC
2022-11-07 11:17:37 6aa53fa5-9269-4b95-a120-a15fb99893ef
Inactivity fee 0.00049 BTC
2022-10-14 19:29:51 9942ebff-0aaa-44dc-8484-785d272e4047
Inactivity fee 0.0005 BTC
2022-09-12 10:23:28 2379e522-4b3b-4ea1-889a-d6e7fb791864
Inactivity fee 0.0005 BTC
2022-08-06 10:09:47 e7116107-f616-4f3d-b138-9cdf32119a75
Inactivity fee 0.00043 BTC
2022-07-12 13:19:14 818b3bd4-2b97-4f2e-858d-9d823eba897a
Inactivity fee 0.00049 BTC
2022-06-11 12:27:13 fb00040f-b982-40ad-9437-30d8f55c32bb
Inactivity fee 0.00031 BTC
2022-05-16 14:45:41 73d63ab5-83c5-4198-b398-db20afa79ad9
Inactivity fee 0.00025 BTC
2022-04-12 10:58:12 4a40b765-10b6-4b55-ab24-68728b44ad96
Inactivity fee 0.00022 BTC
2022-02-11 08:06:52 e46fa260-b65b-4733-bc5b-acadf835ebc0
Inactivity fee 0.00023 BTC
2022-01-10 11:15:22 7a0fb038-1d72-41cd-8559-88b38ba05e04
Inactivity fee 0.0002 BTC
2021-12-10 10:15:17 bf4eb49b-0cf5-4ad9-a899-93683ba37a2a
Inactivity fee 0.00008 BTC
2021-10-10 15:18:20 608baf16-4b9b-49d4-b529-fd0ba5976bab
Inactivity fee 0.00011 BTC
2021-08-04 17:14:04 f4a6c0fa-d732-49cb-85fe-cf323e16768a
Inactivity fee 0.00013232 BTC

**Date of experience:** March 14, 2024

👍 Useful 1      ⌁ Share                                              🏳

↰   **Reply from HitBTC**                              Mar 20, 2024

Hello. You can find information about fees for inactive accounts
in our Terms of use (clause 18.4).
Please note that HitBTC is not the only platform to implement the
inactivity fee policy. This is a standard practice that exists in
other exchanges as well.

Review of HitBTC

 **Julie A**
5 reviews   ◉ US

                              Feb 28, 2024

**HitBTC is a scam**

HitBTC is a scam
I have been trying to recover my disabled account for months by
providing all the necessary documentation first they asked me
A photo of your identity document: either a photo of your passport
(main double-page spread), or your national ID card (both front

and back sides), or your driver's license (both front and back sides);

A photo of you holding an identity document and a paper note that should contain handwritten "for HitBTC", your email address, and the current date.

A couple of SCREENSHOTS of the transaction hashes of deposits that you made to your HitBTC account (please show us on the screenshot what service you used to make deposits to this HitBTC account, making sure the details of those deposit transactions (hashes/addresses) are also visible. If you obtained these funds on another crypto trading platform, please provide us with full-display screenshots of your withdrawal history on that platform so that the transaction history of the funds would be clearly traced).

A high-quality photograph of an original paper-based version or an original electronic PDF version (the one you get straight from your provider/bank/authority) of any of the following documents addressed to your name and residential address and issued no longer than 3 months ago:

Excerpt from a household register;

Bank statement of your current account;

Council tax bill or tax return;

Utility company bills (electricity/water/gas);

Internet/landline phone/cable TV bill.

which I all provided

Then they asked me (was not in the initial message)

We would also need the following information regarding this HitBTC account:
- currencies you have deposited and their estimated amounts;
- trading pairs (if any);
- orders you've made and active orders (if any);
- currencies and their estimated balances (if any).

I provided the currencies I have deposited and their estimated amount and they still refuses to give me back access to my account

By researching online I found out they are doing this with everyone and do not want to give back the money
The FBI is investigating with them and can help

HitBTC has no right to withhold assets that belong to us especially for such a lengthy period of time. The requirement that I provide further information or documentation is unreasonable and unacceptable in light of the information and documentation already provided. Had HitBTC considered that such information or documentation was required from me then it should have required this before allowing me to set up the Account, deposit funds and trade for the Assets that are now held in the Account.

The detention of my Assets is unlawful and should cease immediatelly

**Date of experience:** February 28, 2024

👍 Useful **6**    ⤴ Share                                      ⚐

https://archive.ph/bH9MT

↪ **Reply from HitBTC**                          Mar 5, 2024

Hello! From what I see in your ticket, your issue has been
resolved. Please let me know if you require any further
assistance.

Review of <u>French bee</u>

 **Julie A**
5 reviews    ◎ US

★                                              Jul 17, 2023

**French be is a scam, 2400 $ lost overbooked flight and
steal your money !**

I arrived in advance to take my flight Los angeles Paris, June 18th
there was about 20 People before me and they closed the counter
in front of us, telling us it was too late to check in it was 1hour 50
before the flight !! they checked us as 'No Show' we immediately
call the customer service to see if they can let us in or change or
flight, we were told us that it wasn't possible as we were checked
as 'no show', ! till then still fighting to get my 2400$ back ... I had
to take another flight the day after with a serious and respectful
company Air Tahiti, will never book again French bee and will keep
fighting to get my money stolen back

**Date of experience:** June 18, 2023

👍 Useful **1**    ⚙ Share                                    ⚐

Review of <u>ColisExpat</u>

 **Julie A**
5 reviews    ◎ US

★           ✔ Verified                         Dec 2, 2022

**220 euros pour combiner et envoyer 7...**

220 euros pour combiner et envoyer 7 colis
C'est outrageux... j'ai essayé de trouver une solution avec le
service client qui ne m'a pas aidée jé ne conseille pas je vais me
diriger vers un autre service

**Date of experience:** November 10, 2022

👍 Useful **1**    ⚙ Share                                    ⚐

https://archive.ph/bH9MT



✍ **Reply from ColisExpat**                                    Dec 15, 2022

Bonjour,

Nos tarifs sont librement accessibles sur notre site:
https://www.colisexpat.com/fr/tarifs/
Nous invitons nos clients a toujours les consulter avant de passer
vos commandes.

Dans le cas d'un envoi groupé, ce sont les dimensions du carton
de regroupement qui fixent le tarif.
Plus l'expédition est volumineuse plus les frais augmentent. De
plus, les dimensions estimées dépendent de la taille, mais
également de la forme de chaque colis mis à l'intérieur.

Nous vous conseillons de faire une demande de
reconditionnement lors de votre prochaine réexpédition.

Review of Ataraxia Formations



**Julie A**
5 reviews    📍 US

★★★★                                           Updated Apr 13, 2022

**remboursement reçu après avoir posté ici**

Finalement j'ai été remboursée après avoir posté sur ce groupe, !
merci

**Date of experience:** April 04, 2022

👍 Useful     ⤳ Share                                          🏳

✍ **Reply from Ataraxia Formations**           Updated Apr 9, 2022

Bonjour Madame Arondel,

Merci pour votre message,

Je suis navrée d'apprendre que vous pensez que nous sommes
un scam,

Il semblerait qu'il y ait eu un quiproquo,

Je vous ai contacté par mail afin de l'éclaircir et de le résoudre au
plus vite,

En espérant avoir répondu à vos attentes,

Bien à vous,

| Previous | 1 | Next page |



**Choose country**

archive.today   Saved from  https://www.trustpilot.com/users/4f6a6b4d0000640001165515   search   23 Dec 2024 18:11:32 UTC
webpage capture                                      no other snapshots from this url
All snapshots  from host www.trustpilot.com

| Webpage |

share   ⬇ download .zip   🐞 report bug or abuse

🔍  Search for a company or category...                                    For businesses

**JU**   **Justin**
        United States

## Reviews

Review of HitBTC

**JU**   **Justin**
        2 reviews   ⊙ US

★                                            Updated Feb 13, 2024

**Word to the Wise: Do Not Use HitBTC**

Word to the Wise: DO NOT USE HitBTC!!!
Over 1.5 years ago, I had assets in a DAG wallet with them that
went down for maintenance. I've contacted them multiple times to
which they continued to say "be patient" and now they have
begun charging 'inactivity fees' for assets that I legitimately
cannot move. However, they have no issue extracting the DAG in
my wallet for themselves to cover those fees, and continue to hide
behind their Terms of Service that were updated AFTER this
problem began and I was locked out of my wallet. Should go
without saying that Terms of Service, go both ways, and the
organization must actually be capable of providing the service in
to bid their customers to it.
I should have listened when everyone told me it was a s--t
exchange. Thankfully, I never entrusted them with any substantial
amounts.
Edit in response: Nobody in their right mind would add more
money to an exchange as a ransom to keep their other funds
locked up for maintenance from being stolen. Hide behind your
fine print and edited ToS as much as you'd like, but you cannot
provide a service and refuse to work with your customers, even in
advance of problems. HitBTC is a predatory exchange, and I hope
the cost of dealing with my review is more than what you've stolen
so far and continue to steal from right in front of me.

**Date of experience:** February 11, 2024

👍 Useful 7    ⤳ Share                                        🏳

        ⤳ **Reply from HitBTC**                        Feb 13, 2024

           Hello. The fee is applied as per our Terms of use (clause 18.4). To
           keep your account active, you can initiate any type of transaction
           with any coin available on the platform, not necessarily DAG
           withdrawals. You can make a deposit or trade assets.

Review of SupplementWarehouse.com

**JU**  **Justin**
2 reviews    ◎ US

★★★★★                                              Mar 22, 2012

### AWESOME PRICES & OUTSTANDING VARIETY

This is the second time I've ordered from SupplementWarehouse.
The price match thingy is a cool idea, but it didn't work the first
time I used it due to the fine print. This time (3 months later) I had
a hard time using it due to the fact that I couldn't find any other
sites that had lower prices!!! I used to use another site because
they give a gift and maybe a free sample with purchase, but that
site is a joke compared to SW.

**Date of experience:** March 22, 2012

👍 Useful      ⌘ Share                                              ⚑

| Previous | 1 | Next page |
|---|---|---|



**Choose country**

United States                                     ▼

**About**                    **Community**                    **Businesses**

**Follow us on**

https://archive.ph/HiHse



**Kelly Long**

United States

---

## Reviews

Review of Mavis Discount Tire

**Kelly Long**
2 reviews   ⊙ US

★★★★★   ✔ Verified        Oct 17, 2019

**Quick in and out**

Quick in and out, great work, good price. Repeat customer.

**Date of experience:** October 17, 2019

👍 Useful    ⤵ Share         ⚐

---

Review of HitBTC



**Kelly Long**
2 reviews   ⊙ US

★                       Nov 25, 2018

**I sent some crypto to HITBTC that I'd...**

I sent some crypto to HITBTC that I'd received over the past several months. When I decided to transfer them to another exchange I use for tracking purposes, the fees were OUTRAGEOUS! Are you kidding me? Flat fee? It costs more to send them than the value of the currency! I'd avoid this exchange like the plague. What a scam. Sad thing is, you're not made aware of these fees until after the fact. I HATE this exchange and what they do to it's customers. They need to be shut down!

**Date of experience:** November 25, 2018

👍 Useful    ⤵ Share         ⚐

     ↰ **Reply from HitBTC**         Nov 26, 2018

     All commissions are needed to ensure that transactions are not stuck in the processing. We constantly review commissions and correct them in accordance with the current requirements of the network.

---

| Previous | **1** | Next page |
|---|---|---|

https://archive.ph/7HivH



archive.today    Saved from https://www.trustpilot.com/users/60b6c2752930150019238Of2    23 Dec 2024 17:27:24 UTC
webpage capture                          no other snapshots from this url
All snapshots from host www.trustpilot.com

share    download .zip    report bug or abuse

**Webpage**

Search for a company or category…                    **For businesses**

TP    **L**
United States

## Reviews

Review of HitBTC

TP    **L**
1 review    US

Jun 1, 2021

**I have been locked out of my account…**

I have been locked out of my account for over 6 months.
Customer service keeps asking me for the same information over
and over again. Moral of the story is currently I'm still locked out
of my account and they are still asking me for the same
information still.

**Date of experience:** June 01, 2021

Useful 2    Share

Previous    1    Next page

⭐

**Choose country**

United States

**About**          **Community**          **Businesses**

**archive.today**    **Saved from**  https://www.trustpilot.com/users/5b35feba4de5666d34bf5980    search      23 Dec 2024 12:47:41 UTC
webpage capture                                                      no other snapshots from this url
                    **All snapshots  from host** www.trustpilot.com

| Webpage |                                                                      share   download .zip   report bug or abuse

🔍  Search for a company or category…                                                       **For businesses**

**LB**      **Lord Bilo**
          United States

## Reviews

Review of HitBTC

**LB**    **Lord Bilo**
          1 review    ⊙ US

⭐                                                                    Jun 29, 2018

**Is there a minus 5-star rating**

Is there a minus 5-star rating? So that I can wipe out some stars
from previous reviews probably made by hitbtc bots. To start off
hitbtc is a complete fraud of a website. I once mistakenly sent
some erc-tokens to a different erc-token to my hitbtc account.
Guess what? They never returned my coins despite so many
tickets raised. They have the WORST support in the history of
crypto exchanges.

Despite all this I recently deposited a relatively small amount to
my hitbtc ether wallet. Guess what? It's been frozen and I cant
use it. I use many crypto exchanges and even the most mediocre
ones are still better than HITBTC.

AVOID HITBTC LIKE THE PLAUGUE OR LIKE EBOLA... YEAH...
EBOLA.

**Date of experience:** June 29, 2018

👍 Useful 3      ⌁ Share                                                        ⚐

↪  **Reply from HitBTC**                                          Aug 3, 2018

    Lord Bilo, kindly share your support ticket number. Thanks in
    advance!

| Previous | 1 | Next page |



## Loren Bartlett

United States

## Reviews

Review of  HitBTC

**Loren Bartlett**
1 review   US

★                     Updated Feb 17, 2021

### This place is run by a bunch of Dummies

This place is run by a bunch of Dummies. I left some bitcoin in
there 3 years ago. I recently came back and had to upload a pic of
me and my ID. They approved me but I am still being blocked
from trading after enabling 2fa as they required. I have been trying
for over a month to trade and am still blocked. If I ever get my
bitcoin back I am gone from this crap hole!

Ticket ID 686282

Update: Thank you for finally resolving my issue. At least now I
know you are not a bunch of crooks, but the wait time for your
customer service is atrocious!

**Date of experience:** February 12, 2021

👍 Useful **1**    ⌁ Share

↪ **Reply from HitBTC**          Updated Feb 18, 2021

Dear Loren,
Thank you for updating your review and providing the ticket
number.
I have escalated your request - your KYC application is still under
review, that is why trading is unavailable for now. But our
Compliance department will get to your application as soon as
possible.
Please accept my apologies for the delays.
Have a good day!

Update: I'm glad that your issue got resolved. Again, we are very
sorry about the delays due to the unexpected increase in the
number of requests. Happy trading!



| Previous | 1 | Next page |



https://archive.ph/PYm7W

**ML**    **Marie-Nicole Lapeyrade**
United States

## Reviews

Review of HitBTC

**ML**    **Marie-Nicole Lapeyrade**
2 reviews    US

⭐                                                Nov 2, 2019

**I am at my wits end with their support…**

I am at my wits end with their support service. They stonewall me
at every turn. They unilaterally closed my ticket and now refuse to
communicate with me. Stay away !!

**Date of experience:** November 02, 2019

👍 Useful    ⤳ Share                                                🏳

⤳ **Reply from HitBTC**                            Nov 5, 2019

Hi Marie. I am sorry that you have such an opinion about our
company. I have found your correspondence with our support
team and would like to let you know that the ticket is not closed,
it is in pending status and waiting for your reply. Please let me
know if everything is clear in our reply and please tell me if you
need any help.
Thank you for your time and have a great day!

Review of COBINHOOD

**ML**    **Marie-Nicole Lapeyrade**
2 reviews    US

⭐                                          Updated Nov 2, 2019

**They are terrible!! Stay away!!**

They are terrible!!! I was not able to withdraw BTC. I filed a ticket
and now my BTC is gone. This exchange is crooked; stay away! !!
You have been forewarned....

**Date of experience:** November 02, 2019

👍 Useful    ⤳ Share                                                🏳

| Previous | 1 | Next page |
|----------|---|-----------|



https://archive.ph/6UwIS                                                2/3

Q  Search for a company or category...                        For businesses

**MA**    ## Matt
United States

## Reviews

Review of Blacklane

**MA**  **Matt**
        2 reviews    ⊙ US

★                                                    Jan 23, 2023

**Bait and switch on the rates**

Bait and switch on the rates. Poor customer service. Stay away.

**Date of experience:** January 22, 2023

👍 Useful    ⌁ Share                                        ⚑

↩ **Reply from Blacklane**                        Jan 24, 2023

Hello,
Thank you for contacting us and I am sorry to hear about your
recent experience with Blacklane. I would like to inform you that
we have responded to your review on the other platform.
Chris

Review of HitBTC

**MA**  **Matt**
        2 reviews    ⊙ US

★                                                Updated Mar 3, 2021

**It has been 3 months trying to unlock...**

It has been 3 months trying to unlock my 2FA at hitbtc. It is
starting to feel like I am being intentionally kept out. Takes weeks
for a follow up email and every time they want something
different. I've been as patient as anyone could be, I've given them
everything.

Hitbtc, If you're listening, please assist me. This is ridiculous and
it is really hurting your reputation!!

It has now been 4 days since I received an email saying removal
was in progress and 2 days since the reply from hitbtc on here
and my account still has 2FA enabled and is preventing me from
logging in.

**Date of experience:** February 26, 2021



👍 Useful **1**     ⌁ Share                                                        ⚑

↪ **Reply from HitBTC**                                      Mar 1, 2021

Dear Trader.

Thank you for providing your ticket number. I can see that our
support team sent you a message 2 days ago confirming that
your 2FA will be removed. If you still have any questions please
contact us.

Have a good day.

| Previous | **1** | Next page |
| --- | --- | --- |



**Choose country**

United States ▾

| About | Community | Businesses |
| --- | --- | --- |



**Follow us on**

https://archive.ph/oYeli

**archive.today**
webpage capture

**Saved from** https://www.trustpilot.com/users/6095b971a8fc63001b7047d0    search

no other snapshots from this url

**All snapshots** from host www.trustpilot.com

23 Dec 2024 11:23:57 UTC

Webpage                                                                    share    download .zip    report bug or abuse

🔍 Search for a company or category…                                         **For businesses**

## MQ  MEZ QUEEN
United States

## Reviews

Review of HitBTC

**MQ**  **MEZ QUEEN**
1 review  ◎ US

⭐                                                            May 7, 2021

### Can't withdraw DOGECOIN

Can't withdraw DOGECOIN just like everyone else on this forum. I
have over $10k. I have sent several emails. My last email was to
their legal department yesterday. Waiting for a reply. I had no
problem withdrawing my other coins, ONLY DOGE!!! Why is that
HitBTC???

**Date of experience:** May 07, 2021

👍 Useful 7    ⚆ Share                                          ⚐

| Previous | **1** | Next page |

⭐

**Choose country**

United States                                      ▾

**About**              **Community**           **Businesses**

archive.today     Saved from   https://www.trustpilot.com/users/6098b180bab7a70019f8299b          search        23 Dec 2024 11:44:09 UTC
webpage capture                                                           no other snapshots from this url
                  All snapshots  from host www.trustpilot.com

Webpage                                                                           share   download .zip   report bug or abuse

🔍  Search for a company or category...                                    For businesses

**MD**   **Michael Duarte**
United States

## Reviews

Review of HitBTC

**MD**   **Michael Duarte**
         1 review   ◎ US

⭐                                                      May 10, 2021

**Since November 21**

Since November 21, 2020 I have been trying to unlock my 2FA
(which is a simple tasks). They asked for 10 days and never got
response. I didn't it again they made me do the steps all over
Again and then they started telling me the picture of my is wasn't
right and etc. I have all my emails documented for the perfect
time. Do not think about joining this company they do a better job
on their Twitter platform they were quick to block people who said
they were a scam.

**Date of experience:** May 10, 2021

👍 Useful 5      ⤳ Share                                    ⚐

| Previous | **1** | Next page |

**Choose country**

United States                          ▾

**About**              **Community**              **Businesses**

archive.today    **Saved from**  https://www.trustpilot.com/users/5b3479664de5666d34597ccc    search    23 Dec 2024 13:12:28 UTC
webpage capture                                                                                no other snapshots from this url
**All snapshots** from host www.trustpilot.com

| Webpage |

share    download .zip    report bug or abuse

Q  Search for a company or category...                                    **For businesses**

## MG  **Michael Goss**
United States

## Reviews

Review of HitBTC

**MG**  **Michael Goss**
1 review  ◎ US

★                                                              Jun 28, 2018

### Won't let me withdraw ETH

Trying to withdraw ETH for a week now. First it was not getting the
withdrawal confirmation email. I get all hit btc emails to my inbox
but withdrawal confirmation emails go to junk folder. Once I found
the email it asks you to click on the link and take you back to sites
login page. Then it won't let you log in even with the correct login
information. Seems to me they don't want you to withdraw your
money from the exchange. Horrible exchange.

**Date of experience:** June 28, 2018

👍 Useful 2    ⤳ Share                                              ⚐

↳  Reply from HitBTC                                        Aug 7, 2018

Dear Michael, are you still experiencing this issue? Please submit
a support ticket (https://support.hitbtc.com/hc/en-us) or provide
its number here. Thanks in advance!

| Previous | 1 | Next page |

**Choose country**

United States                                          ▼

**About**              **Community**              **Businesses**
                                                   162

archive.today    Saved from https://www.trustpilot.com/users/5b5a0e8a4de5666d34814cd0          search          23 Dec 2024 11:52:01 UTC
webpage capture                                                          no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage                                                                    share  download .zip  report bug or abuse





Search for a company or category…                    For businesses

## Mike Sadlak
United States

## Reviews

Review of Vanillavisa

 **Mike Sadlak**
14 reviews   US

May 4, 2023

### A complete scam

A complete scam. I bought a card directly from Dollar General and still have the receipt. My wife called when we were allowed to see the $55 on it before the timer went away for it to be usable and as soon as the timer was gone, so was any access to the card. My wife was told that the card was used by someone else. When I told them how impossible that was, the excuses started and then a case number and fax number (yes, a fax number in 2023, are they insane?) were given. Then my wife was told the card was frozen for fraud, which is stupid because, up to that point it was used zero times and about an hour before that said it had the $55 on it. This is a scam that the U.S. Government is already going after Mastercard for and now Visa will be involved because I am filing a report with the federal government. the Case Number given was 5900 5834 and the email the items requested for a refund were sent from jennifersadlak at yahoo.com to chdocuments at incomm.com, which is where we were told to send them because who even has a fax in 2023 or ever did? I want my money given back somehow because they are going to be reported to the U.S. banking regulators.

If they ever respond: I have reported this to the FTC with the case number of 159603600 if they'd like to talk about this, but I'm guessing the FTC shuts them down after the massive amount of scam reviews on a financial institution in the U.S.

**Date of experience:** May 01, 2023

👍 Useful 1      Share

Review of Meijer

 **Mike Sadlak**
14 reviews   US

Feb 27, 2023

### The CEO is an awful monster

This is a copy of the email I sent to the CEO of Meijer, Rick Keyes today.

to rick.keyes (Meijer CEO)

I've watched and heard enough of store #48's harassment of a single transgenedered individual. While I was working, I heard almost every single cashier bash this employee, mainly the employees Eva, Jessica and Samantha (Sam). I tried about one month ago to shop in there and went through Eva's line only for me, my wife and several customers behind me to hear things like 'I don't know why he can't make up his mind.' I already know everything about this between being employed there, being friends with people that still work there and being a customer there. You do know that what's going on here are hate crimes, I know you do and you've tried to sweep this under the rug. I will give this one week and them I'm reporting this to the federal government as discrimination and hate crimes. I had better not hear one more hateful thing from this company because my time there made me aware of a lot of violations that might just get Meijer shut down permanently and people put behind bars. Something had better be done about Eva within a week because I will be asking people and if not, I'm directly reporting her to the federal government. No more games with this company, I have 0 reasons to protect Meijer's bottom line anymore, you scumbag.

**Date of experience:** February 27, 2023

👍 Useful **1**    ⌁ Share        ⚐

Review of Best Buy



**Mike Sadlak**
14 reviews   ⊙ US

          Feb 24, 2023

**After 10 business days and**

After 10 business days and, employee's falsely advertising things work that don't, being told by customer service that they couldn't give me a number or email to corporate at all that I found on google and having to be threatened to be sued for them violating their own policies, I finally got my refund. These people are untrustworthy.

**Date of experience:** February 16, 2023

👍 Useful **1**    ⌁ Share        ⚐

Review of Cint



**Mike Sadlak**
14 reviews   ⊙ US

          Dec 13, 2022

**These people have more than one…**

These people have more than one Trustpilot review set and on their other one, they're blaming me for their fraud. Telling me that I was told not to do surveys at more than one site, which is slander unless they present any evidence that happened at all. They won't though because they're also not in compliance with U.S. laws, which can get them blocked from U.S. servers. People need to

164

report them to the companies in their surveys and to survey
companies that run surveys through them because these people
are calling us the scammers and liars. I've pressed a few
companies to look in to their support tickets for the past 3-4 years
and how they resolve them because I bet they aren't even
following U.S. compliance laws. This company needs a major
investigation and we can all make that happen if we keep
reporting them to companies. It's time for these people to die off
so a company that doesn't scam every single user, blame them for
broken systems and lie about them can take these surveys.

**Date of experience:** December 13, 2022

👍 Useful **3**    ⌁ Share                                                    ⚑

Review of 

 **Mike Sadlak**
14 reviews    ◎ US

⭐                                              Updated Dec 28, 2022

### Report them for fraud to the companies...

Report them for fraud to the companies in their surveys. They are
owned by Lucid Holdings LLC and so are 99% of the 'companies'
not paying. Samplicious is from Lucid Holdings LLC, so is Your
Surveys, so is Cint router. Allof them pay a little over half of the
time and when they do, some of those get reversed later with 0
explanation. I've told them that they owe me over $200 from 3
years of taking surveys and getting 'kicked out' after completing a
survey and they have made no attempt to correct this. I have
started reporting them for fraud to the companies they run
surveys for and I will continue until these companies do take
down Lucid Holdings LLC for fraud or they have no surveys left to
run.

Final Edit: They've been reported to the FTC and now on the site
that I accessed their wall they are asking for verification that I've
already been through, I hope they aren't working with Cint on this
fraud because that would look horrible if they stopped my
account because of that. The problem is that this just happened
right after I showed Cint directly that I reported them for fraud and
sent Trustpilot evidence of the fraud and broken surveys with links
to the surveys themselves and plenty of broken pages. Good luck
to Cint on this investigation, they really need it. I have contacted
them in several dozen attempts to get them to make any of it
right. They keep saying they want contact but all I want is the
promised incentives for those surveys done. Just doing basic
math and assuming everyone doesn't have as bad of an
experience that I have, they most likely owe people at least half a
million in incentives not paid while blaming people for broken
surveys and incorrectly linked surveys. This company thought that
I'm just some guy and couldn't possibly cause their downfall for
scamming a large portion of their users. Now the FTC is involved
because of this. They keep lying in public. They have claimed that
I have made false accounts that they have 0 proof of (I have sent a
screenshot of how this is broken on their end and routes through
their router, through other routers and back to a fresh Your-
Surveys page with a quality score of a fresh 100). I've sent plenty
to Trustpilot and if this company isn't willing to make things right,
I'm going to be putting them up on imgur and going to every place
this company is even mentioned and linking to these pictures.
This company has tried everything in a scammer's book to stop
the truth about the scam. They have slandered me, denied what
I'm saying, told me to contact them (which I did several times) and

apparently now told other companies that I've done something wrong. If they keep this up, the FTC will take all of about 5 minutes to hand over the evidence to the Swiss police to seize their assets and stop this fraud from wasting everyone's time. They have been reported to about 50 or so companies, surveys are being pulled left and right from their survey pool and this company still will not even admit that they have done something wrong or even attempt to make anything right, which is why they need to be investigated and ultimately shut down.

Date of experience: December 07, 2022

👍 Useful **1**    ⤳ Share                                    ⚐

↩    **Reply from Cint**                    Updated Dec 29, 2022

Mike,

Thank you kindly for the review, however if you want any type of help with your account issues then contacting the support team will be most helpful.

Review of Samplicio



**Mike Sadlak**
14 reviews    ⊙ US

⭐                                                     Dec 7, 2022

**Report them for fraud to the companies...**

Report them for fraud to the companies in their surveys. They are owned by Lucid Holdings LLC and so are 99% of the 'companies' not paying. Samplicious is from Lucid Holdings LLC, so is Your Surveys, so is Cint router. Allof them pay a little over half of the time and when they do, some of those get reversed later with 0 explanation. I've told them that they owe me over $200 from 3 years of taking surveys and getting 'kicked out' after completing a survey and they have made no attempt to correct this. I have started reporting them for fraud to the companies they run surveys for and I will continue until these companies do take down Lucid Holdings LLC for fraud or they have no surveys left to run.

Date of experience: December 07, 2022

👍 Useful **2**    ⤳ Share                                    ⚐

Review of Bitlabs



**Mike Sadlak**
14 reviews    ⊙ US

⭐⭐                                                    Nov 28, 2022

**They do pay on and off and today has...**

They do pay on and off and today has been off. They are turning in to Your-Surveys/Cint quickly and I'm already reporting them for fraud to companies in the surveys they run. You should all do the same and the ones not paying people will go away for good and the real survey companies will get those surveys.

Date of experience: November 28, 2022

https://archive.ph/CIbff

Useful **4**          Share

Review of Your Surveys



**Mike Sadlak**
14 reviews     US

★          Nov 27, 2022

**Report them to companies in their surveys...**

Report these people to companies for fraud. I have been and will
keep doing so. I've reported them to Microsoft for fraud with their
name, Google, Wix, GoDaddy, Squarespace and Shopify also. I
need more people to report this company to the companies in
their surveys so that this can be investigated and this company
can be taken down. Look at the amount of fraud in just these
TrustPilot reviews. Someone else needs to step up and help me
end this fraud.

**Date of experience:** November 27, 2022

Useful **2**          Share

Review of eGifter



**Mike Sadlak**
14 reviews     US

★★★★★  ✔ Verified          Nov 17, 2019

**I've had a couple of minor hiccups...**

I've had a couple of minor hiccups using some of their crypto
payment methods, but this has long since been fixed and they
have regular deals on random cards.

**Date of experience:** November 17, 2019

Useful          Share

Review of Your Surveys



**Mike Sadlak**
14 reviews     US

★          Nov 15, 2019

**They have rejected several surveys I've...**

They have rejected several surveys I've completed. Some have
taken 40 minutes+ to complete and after reporting them to the FBI
for fraud, they blocked me. I'm pretty sure that's against all sorts
of laws.

**Date of experience:** November 15, 2019

Useful          Share

Review of OffGamers



**Mike Sadlak**
14 reviews     US

167

★★★★★                                                    Sep 20, 2019

**This site worked first time and was...**

This site worked first time and was almost instant.

Date of experience: September 20, 2019

👍 Useful     ⤳ Share                                              ⚑

Review of HitBTC



**Mike Sadlak**
14 reviews   ⊙ US

★                                                          Nov 29, 2018

**Don't put money on this exchange**

Don't put money on this exchange. If you put money here, you will
lose it. Hong Kong police are looking in to them right now for
exactly that. I've lost over $2000 because they refuse to let me in
my account with every bit of information you could possibly
provide and sent from the email I used to sign up. These people
will end up in prison when this is all said and done because there
are several thousand people who have filed complaints with the
Hong Kong police.

Date of experience: November 29, 2018

👍 Useful     ⤳ Share                                              ⚑

     ⤳  **Reply from HitBTC**                              Dec 3, 2018

        Have you already contacted our support team regarding
        described issue? Please update us with the number of your ticket
        or contact us here: support.hitbtc.com.

Review of HitBTC



**Mike Sadlak**
14 reviews   ⊙ US

★                                                          Aug 13, 2018

**Every good review of this site is...**

Every good review of this site is wrong. There are several hundred
unsatisfied people who are locked from their accounts. I myself
have reported them to the FTC for trade fraud. I have every bit of
information for my account and sent it to them from my email,
even my lock out codes and my previous auth link code. Their
response was to use the horribly broken support tickets on their
site. Impossible since capchas don't work right on that page and
why would I need to do that anyways? I sent every bit of info to
the same support that the ticket goes to anyways. The only
reason they would do this is because they already know they
aren't letting someone access their own money. NEVER USE THIS
SITE! if you want a good, small exchange that uses more
confirmations on gpu coins to make sure they're secure, go with
TradeSatoshi instead. It may have some small problems, but the
team is fast to fix them and I've never been locked out of
anything.

Date of experience: August 13, 2018

Review of SimpleSwap



**Mike Sadlak**
14 reviews ⊙ US

Updated Aug 21, 2018

## Problem solved

My problem was fixed.

**Date of experience:** July 26, 2018

👍 Useful    ⤨ Share                                    ⚑

⤷ **Reply from SimpleSwap**                    Jul 28, 2018

Hi Mike,

We are very sorry about your situation. When we found out the problem with your exchange we could not contact you on Facebook anymore because you apparently added us to the blacklist.

Your exchange has been completed successfully. If you need details about your swap, please, contact us by support@simpleswap.io.

We are always glad to help our customers and are working on the quick support. If you have any questions, please, contact us by support@simpleswap.io.

Once again we apologize for the inconvenience.

| Previous | 1 | Next page |
|----------|---|-----------|



**Choose country**

United States                    ▼

| **About** | **Community** | **Businesses** |
|-----------|---------------|----------------|

https://archive.ph/Clbff                                    7/8

archive.today     Saved from  https://www.trustpilot.com/users/60af2ed40e5e3700191302ca      search          23 Dec 2024 16:01:18 UTC
webpage capture                                                      no other snapshots from this url
                    All snapshots  from host www.trustpilot.com

Webpage                                                                              share    download .zip    report bug or abuse

🔍 Search for a company or category...                                    **For businesses**



# Mikon Kostis

United States

## Reviews

Review of Skroutz

 **Mikon Kostis**
4 reviews   📍 US

                                          Nov 2, 2024

### My experience with subscription...

My experience with subscription management was disappointing
and concerning. There is no option to disable automatic renewal
or cancel the subscription through the app, which is unacceptable
and illegal. When I attempted to delete my credit card, the system
displayed a false error, preventing its removal.

Customer support is nearly impossible to reach. When I try to
contact customer care, the app redirects me back to FAQ pages,
and there is no contact email anywhere on the site. I have been
forced to inform my bank of unauthorized charges and reserve all
legal rights. Unless issues with transparency and communication
are resolved, I cannot recommend this app to anyone."

**Date of experience:** November 02, 2024

👍 Useful     ⤳ Share                                              🏳

Review of Splitit

 **Mikon Kostis**
4 reviews   📍 US

★★★★★  ✔ Verified                          Feb 10, 2024

### Super easy and straight forward with 0%...

Super easy and straight forward with 0% interest rate. Strongly
recommend.

**Date of experience:** February 06, 2024

👍 Useful     ⤳ Share                                              🏳

Review of Element Vape



**Mikon Kostis**
4 reviews    ◉ US

★★★★★   ✔ Verified                              Feb 20, 2023

**Great service and everything delivered...**

Great service and everything delivered on time and even earlier. I
wish they had free shipping for orders above $30 so I can
purchase e-lequids more regularly.

Date of experience: February 20, 2023

👍 Useful        ✴ Share                                        ⚑

Review of HitBTC



**Mikon Kostis**
4 reviews    ◉ US

★                                      Updated May 27, 2021

**Worst exchange ever!**

Worst exchange ever!! Stay away! Customers cannot withdraw for
more than a month their doge and other picked crypto coins.
Rediculous high flat fees that they change whenever they want.
HitBtC are huge Scammers! They made millions by ripping of their
customers. I hope one day they end up in prison.

Date of experience: May 27, 2021

👍 Useful 3      ✴ Share                                        ⚑

| Previous | 1 | Next page |



**Choose country**

United States                        ▾

**About**              **Community**              **Businesses**

171

https://archive.ph/2349l

archive.today
webpage capture

Saved from https://www.trustpilot.com/users/609282f6f1418b001a6da71b

search

no other snapshots from this url

23 Dec 2024 11:21:15 UTC

All snapshots from host www.trustpilot.com

Webpage

share    download .zip    report bug or abuse

## MM  Mohamed Mbaye

United States

Search for a company or category…    For businesses

## Reviews

Review of HitBTC

**MM**  **Mohamed Mbaye**
1 review    ⊙ US

★                                                                      May 5, 2021

### I've deposited my dogecoins but hitbtc…

I've deposited my dogecoins but hitbtc won't let me withdraw or trade. As uS resident I can't trade but I can deposit with no problem. It seems like they sold the customers coins and are waiting for the price to drop before they allow us to withdraw. It's unfair. Bad Bad.

**Date of experience:** May 05, 2021

👍 Useful 3    ⤳ Share

| Previous | 1 | Next page |

**Choose country**

United States                                    ▾

| About | Community | Businesses |
|-------|-----------|------------|

https://archive.ph/N45Ac

archive.today    **Saved from**   https://www.trustpilot.com/users/5b2fcacd4de5666d34c24558    search    23 Dec 2024 14:12:26 UTC
webpage capture                                                        no other snapshots from this url
                   **All snapshots** from host www.trustpilot.com

| Webpage |

share   download .zip   report bug or abuse

**MB**    # Mr B
United States

## Reviews

Review of HitBTC

**MB**    **Mr B**
          1 review   ◎ US

★                                           Jun 24, 2018

### This exchange is a joke

This exchange is a joke. Every time I try to use it, and withdraw
my funds, they get stuck, and the support does nothing. Earlier
this year I got KICK tokens stuck in withdrawal for nearly two
months. Now my HTML has been stuck for two weeks - with same
useless email response that "it will be fixed soon". Now my coins
aren't staking. Not only do I not have my funds, but I'm now losing
my daily staking income because they cant figure out how to send
a funds withdrawal. I regret - daily - ever pointing my computer to
this incompetent excuse for a trading platform.

**Date of experience:** June 24, 2018

👍 Useful    ⌁ Share                                        ⚐

↩ **Reply from HitBTC**                         Aug 8, 2018

   Mr B, have you submitted a support request on your issue? If so,
   please share its number. Thanks in advance!

| Previous | 1 | Next page |

★

**Choose country**

United States                     ▾

173



**Oliver Johnson**

United States

## Reviews

Review of iPostal1



**Oliver Johnson**
2 reviews    ⊙ US

★★★★★                                    Dec 12, 2023

**iPostal1 has been PERFECT**

**Date of experience:** December 12, 2023

👍 Useful    ⤳ Share                                    ⚑

Review of HitBTC



**Oliver Johnson**
2 reviews    ⊙ US

★                          ✔ Verified                Oct 24, 2023

**Worst Exchange on Planet Earth SCAM SCAM SCAM**

Absolutely AWFUL. I reported them - They are the WORST
cryptocurrency exchange ever. They just scam and take your
funds. What happens is they advertise you dont need to KYC if
you withdrawal less than 1BTC. So here's what they do - this
really isn't a genius at work here. They make up some phony
reason why they can't allow you to withdrawal your funds and
make you send in all these personal documents. You do
everything they want, send in your drivers license, selfie holding
some piece of paper, cell phone number, blood sample, proof of
residency, all of it. Then shortly after you do all that, they want
more and more, then they want some Skype teleconference call,
its just nonsense. Even if you go through ALL the hoops, they just
steal your funds. They never release anything and just sell off your
funds and tell it for themselves.

TOTAL SCAM OPERATION AND WILL BE SHUT DOWN.

**Date of experience:** October 24, 2023

👍 Useful 5    ⤳ Share                                    ⚑



archive.today
webpage capture

Saved from https://www.trustpilot.com/users/5c1215fbe950e3d519a997a1     search     23 Dec 2024 11:49:47 UTC
no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage                                                                share   download .zip   report bug or abuse



🔍 Search for a company or category…                                    **For businesses**

# **omid delan**
United States

## Reviews

Review of HitBTC

  **omid delan**
1 review  ⊚ US

                                          Dec 13, 2018

### I don't know why now more than 50 coins…

I don't know why now more than 50 coins have problems and
can't deposit or withdrawal? ???!! And now long time Technical
team is currently investigating the issue !?????!!!!! Until when???!!
Hown long? ???!!!
USDT CAN DEPOSIT BUT can't Withdrawal????!! I don't
understand why can deposit but can't withdrawal???!!
Nobody in HitBTC exchange can't answer when this problem
finish???!!!

**Date of experience:** December 13, 2018

👍 Useful     ⭇ Share                                          ⚑

↳  **Reply from HitBTC**                                      Dec 13, 2018

Sometimes software requires technical maintenance, and we are
doing our best to finish it as soon as possible.
You are also free to check transactions availability at System
Health page at https://hitbtc.com/system-health.

| Previous | 1 | Next page |



https://archive.ph/qNHfD                                                      1/2

archive.today      Saved from  https://www.trustpilot.com/users/618a005ec9e8db00124e570b      search      23 Dec 2024 19:37:11 UTC
webpage capture                                                          no other snapshots from this url
All snapshots  from host  www.trustpilot.com

Webpage                                                                            share   download .zip   report bug or abuse

🔍 Search for a company or category…                                        **For businesses**

## PM    **Pavel Makarov**
United States

## Reviews

Review of HitBTC

**PM**   **Pavel Makarov**
         1 review   ◉ US

⭐                                                        Nov 9, 2021

### doge withdrawal maintenance already 8 months

simply hold our coins as a hostages! you cannot withdraw them.
they offer to sell them, but price like 25-30% compared to any
other market

**Date of experience: November 09, 2021**

👍 Useful **2**     ⌘ Share                                          🚩

↳  **Reply from HitBTC**                          Nov 11, 2021

Hello. Sometimes technical maintenance requires additional
effort and time. In this case, we need a while longer to complete
the work on the DOGE wallet. While withdrawals are closed
during maintenance, trading functionality is available at that
moment.
Please keep in mind that when you trade on HitBTC, you don't
purchase assets directly from the exchange but from other
traders who are put up their assets for sale — the maker-taker
model. The prices are suggested by the sellers, not by the
exchange.

| Previous | 1 | Next page |

archive.today    **Saved from**  https://www.trustpilot.com/users/5b2febf94de5666d34ddeca1    search    23 Dec 2024 14:10:15 UTC
webpage capture    **All snapshots**  from host www.trustpilot.com
no other snapshots from this url

| Webpage |

share    download .zip    report bug or abuse

---

Q  Search for a company or category...    For businesses

**RS**    # Ray Steding
United States

## Reviews

Review of HitBTC

**RS**    **Ray Steding**
1 review    ⊙ US

★    Jun 24, 2018

### The problem is that there is a two...

The problem is that there is a two delay or more on getting your
money/coins out of hitbtc because of the whitelist. Nobody will
put up with holding a clients money. So, I don't think the company
will survive with a policy that restricts clients withdrawal of funds.
Until the whitelist issue of restricting client funds is resolved I'll
not keep any funds on HitBTC.

**Date of experience:** June 24, 2018

👍 Useful 1    ⤳ Share    ⚑

↳    **Reply from HitBTC**    Aug 8, 2018

Ray, what's your support request number, please?

| Previous | 1 | Next page |

★

**Choose country**

United States    ▾

**About**    **Community**    **Businesses**

archive.today     Saved from  https://www.trustpilot.com/users/67337552bad89b74861f8c30     search     23 Dec 2024 15:04:52 UTC
webpage capture
All snapshots  from host www.trustpilot.com     no other snapshots from this url

Webpage                                                                                          share   download .zip   report bug or abuse

Search for a company or category…                                    For businesses

# Robert Mills

United States

## Reviews

Review of HitBTC

**Robert Mills**
1 review     US

Nov 12, 2024

### HITBTC HAS my funds for 4yrs and i have…

HITBTC HAS my funds for 4yrs and i have done all verification
needed and they still held my funds, since 2020-2024, the amount
of 0.51 btc is still with them and they dont want to release the
funds.

I need help with this

**Date of experience:** November 12, 2024

Useful 2     Share

| Previous | 1 | Next page |

**Choose country**

United States

| About | Community | Businesses |
|-------|-----------|------------|

**archive.today**
webpage capture

Saved from | https://www.trustpilot.com/users/608f81fd41abe3001a321a85 | search

23 Dec 2024 08:45:57 UTC

no other snapshots from this url

All snapshots from host www.trustpilot.com

| Webpage |

share   download .zip   report bug or abuse

Search for a company or category...

**For businesses**

**RL**

# Ronella Lutchman
United States

## Reviews

Review of HitBTC

**RL**   **Ronella Lutchman**
1 review   ⊙ US

May 3, 2021

### This company is a scam!!!

This company is a scam!!!! Do not transfer your money into any of their wallets. I have been trying for about a month now to unlock my account. Ticket number 803811 and they have not responded to any of my emails! They are holding my funds hostage. I am currently contacting the SEC and FBI fraud department. There is a class action currently in works against this company! Do not invest with them. You will regret it!!!!!

**Date of experience:** May 03, 2021

👍 Useful 7    ⌁ Share         ⚐

| Previous | 1 | Next page |

**Choose country**

United States      ▾

archive.today **Saved from** https://www.trustpilot.com/users/5a2ed4780000ff000aef8b70    search    23 Dec 2024 15:30:16 UTC

webpage capture    no other snapshots from this url

**All snapshots** **from host** www.trustpilot.com

Webpage    share    download .zip    report bug or abuse

🔍 Search for a company or category...    For businesses

## S. Wilson
United States

## Reviews

Review of HitBTC

**S. Wilson**
1 review    ⊙ US

⭐    Dec 11, 2017

### They literally stole 10150 Nem from me.

They literally stole 10150 Nem from me.

HitBTC is a scam operation. And I think it's closing soon. They are
stealing a lot of deposits and lying about withdraws. They stole
10150 Nem from me. I'd post a link but they aren't allowed here.

**Date of experience:** December 11, 2017

👍 Useful    ⌯ Share    ⚐

↪ **Reply from HitBTC**    Mar 28, 2018

S. Wilson, sorry to hear you've got such an impression! Your
NEM deposit became available on the very day you left your
review: unfortunately, there can be delays due to network issues,
and we can't expedite the process on our side. Let us know if
there's anything else we can help you with.

| Previous | 1 | Next page |

⭐

## Choose country

United States    ▾

**About**    **Community**    **Businesses**
180

**archive.today**
webpage capture

Saved from https://www.trustpilot.com/users/60622aa82d361e0019c7bdae          search          23 Dec 2024 07:41:30 UTC
no other snapshots from this url

All snapshots  from host www.trustpilot.com

Webpage

share   download .zip   report bug or abuse

Q  Search for a company or category...                                                For businesses

## SR    sadia rasheed
United States

## Reviews

Review of HitBTC

SR    **sadia rasheed**
1 review   ⊙ US

Updated Mar 30, 2021

### Beware they take your funds and wont...

Beware they take your funds and won't let you trade or withdraw.
your funds will be stuck. I have deposited my funds without any
verification and I couldn't trade now or withdraw my funds. I have
submitted KYC verification and waited for more than a week.
contacted through Reddit and then support process my ticket and
ask for additional documents i needed. I submitted my documents
again but the whole process is taking so long. If they mention on
their website that don't deposit until your account is KYC verified,
I wouldn't deposit my funds.

**Date of experience:** March 29, 2021

👍 Useful 2      ⤢ Share                                                      🏳

↩ **Reply from HitBTC**                                    Mar 30, 2021

Dear Trader.

Could you please clarify what made you think so? I can see that
one of our support agents is in contact with you, explaining what
actions should be done.

| Previous | 1 | Next page |
|----------|---|-----------|

⭐

**Choose country**

https://archive.ph/HZ18E                                                              1/2

archive.today
webpage capture

Saved from   https://www.trustpilot.com/users/60eb2d051e1d840013023216    search    23 Dec 2024 17:00:45 UTC
no other snapshots from this url
All snapshots from host www.trustpilot.com

Webpage

share   download .zip   report bug or abuse

🔍 Search for a company or category…

For businesses

**ST**

# Sam T
United States

## Reviews

Review of HitBTC

**ST**   **Sam T**
1 review   📍 US

⭐          Jul 11, 2021

### PEOPLE BE AWARE !

PEOPLE BE AWARE !

HitBTC is a THIEF. They have held Everyone's Coins hostage (Dogecoins in my case) and while you can deposit and buy coins, you can not withdraw them. They claim it's under maintenance… My HitBTC account has been saying that for the last 3 MONTHS… Scam Artists. STAY AWAY AT ALL COSTS. Plenty of reputable platforms out there.

**Date of experience:** July 11, 2021

👍 Useful 5    🔀 Share          🏳

| Previous | **1** | Next page |
|----------|-------|-----------|

⭐

**Choose country**

United States    ▼

**About**        **Community**        **Businesses**

https://archive.ph/8F8vZ        1/2

archive.today
webpage capture

Saved from   https://www.trustpilot.com/users/61594ec7d7c3ac00128f2bdb        search        23 Dec 2024 18:10:37 UTC

no other snapshots from this url

All snapshots   from host   www.trustpilot.com

Webpage

share    download .zip    report bug or abuse

Search for a company or category…                               For businesses

## SM   Sanjeev Munjal
United States

## Reviews

Review of HitBTC

**SM**   **Sanjeev Munjal**
1 review   ◎ US

Updated Oct 16, 2021

### I have too many funds stuck at hitbtc. Please review Ticket#641463 and Ticket#640012

I have too many funds stuck at hitbtc. Despite multiple requests to release they keep telling that i will be able to withdraw later. However it has been about 5-6 months of chasing and then gave up. Too much money stuck at Hitbtc

**Date of experience:** October 03, 2021

👍 Useful 1    ⌁ Share

↳ **Reply from HitBTC**                          Oct 5, 2021

Hello! Thanks for reaching out to us. Please let me know your ticket number, I'll see what I can do to help.

| Previous | 1 | Next page |

## Choose country

United States          ▼

**About**              **Community**          **Businesses**

About us             Trust in reviews       Trustpilot Business

archive.today  **Saved from**  https://www.trustpilot.com/users/60b30a5c2a6599001abe55cc  [search]  23 Dec 2024 16:40:13 UTC
webpage capture
**All snapshots** **from host** www.trustpilot.com     no other snapshots from this url

| Webpage |

share   ⌂ download .zip   ☀ report bug or abuse

★      🔍  Search for a company or category…                                    **For businesses**

Looks like you're in Canada. Go to the Canadian Trustpilot site                                    ✕

SM   **Shaggy Miller**
United States

## Reviews

Review of HitBTC

SM   **Shaggy Miller**
1 review   📍 US

★                                                              May 30, 2021

**So I have had my account since 2017 I…**

So I have had my account since 2017 I bought coins and left it on
the exchange. Now they are saying I'm outside service area with
14 days to withdrawal and my doge coin is and has been off line
for months. They are no longer responding to tickets and I will be
filling a formal complaint and a petition to close hit btc for fraud.

**Date of experience:** May 30, 2021

👍 Useful 1     ⌣ Share                                              ⚑

| Previous | 1 | Next page |

★

**Choose country**

United States                                    ▾

| **About** | **Community** | **Businesses** |

https://archive.ph/oiDK9                                                              1/2

archive.today
webpage capture

Saved from    https://www.trustpilot.com/users/5fdbdbe35e482f001a982c86    search    23 Dec 2024 10:22:32 UTC

All snapshots from host www.trustpilot.com    no other snapshots from this url

| Webpage |

share    ⬇ download .zip    🔦 report bug or abuse

⭐    🔍 Search for a company or category...                                        **For businesses**

SS    **Shawn S**
United States

## Reviews

Review of HitBTC

SS    **Shawn S**
       1 review    ⊙ US

⭐    ● Verified                    Updated Dec 25, 2020

**HitBTC Scams US Customers**

Update to HitBTC's reply:
Clearly this is some sort of automated response to try to pin the
blame on me. I opened about 20 tickets because they stopped
responding to prior tickets. Never once did they email me to ask
about my ticket number. Not only are they incompetent, but
apparently they are liars too.

UPDATE:

HitBTC has confirmed that they have stolen my money with this
response on 12/23:

Dear User,

We regret to inform you that we do not provide our services to US
citizens and customers whose primary country of residence is the
US. This is due to the regulatory framework for digital asset
trading in the US.

Deposits to your account are not operational. Withdrawals, if
applicable, are operational within next 14 business days.

In case you would like to trade crypto with a trading services
provider operating in your region, we suggest contacting one of
the eligible operators, such as Coinbase (coinbase.com), Gemini
(gemini.com), or CrossTower (crosstower.com).

HitBTC is not affiliated with any of the aforementioned companies
and does not take any responsibility for the quality of the services
received.

If you are not a US Citizen or resident and believe this to be an
error, please click here for our Support Center.

Regards
HitBTC Team

HitBTC has the most incompetent group of customer service

representatives that I've ever come across at any digital finance company. Back in November of 2020 I lost my authenticator token and could not log in, so customer service asked me for pictures of the front and back of my ID, a selfie next to the email from them, as well as two hashes of transactions that I completed. I provided all of this. Fast forward to late December, and THEY STILL HAVE NOT GRANTED ME ACCESS TO MY ACCOUNT. Imagine this happening to a bank account of yours. Imagine any other situation where customer service takes WEEKS to respond to your inquiries and keeps you from accessing your funds. It is completely unacceptable. At this point I am left to assume the worst: that HitBTC is quite possibly a fraudulent operation and that they have no intention of granting me access to my account. AVOID THIS PLATFORM AT ALL COSTS!

**Date of experience:** December 17, 2020

👍 Useful 2     ⌁ Share                                        ⚑

↰ **Reply from HitBTC**                    Updated Dec 25, 2020

Dear Trader.

I am truly sorry that our service did not stand to your expectations. Currently, we are receiving a large number of messages due to the hype around the cryptocurrency. We are working around the clock to respond to everyone as soon as possible, but unfortunately, this is not always possible.
We have requested a ticket number from you so we could fast-track your request, but unfortunately, we did not receive it from your side.

Have a good day.

| Previous | **1** | Next page |



**Choose country**

United States                              ▾

**About**              **Community**              **Businesses**

https://archive.ph/KGP2z                                                                2/3

**archive.today**
webpage capture

Saved from | https://www.trustpilot.com/users/5b3261bb4de5666d34cb2904 | search
All snapshots from host www.trustpilot.com

no other snapshots from this url

23 Dec 2024 13:25:59 UTC

Webpage

share    download .zip    report bug or abuse

Search for a company or category...

**For businesses**

ST

# Stanimir
United States

## Reviews

Review of HitBTC

ST  **Stanimir**
1 review   ⊚ US

★                                                         Jun 26, 2018

### These guys are joking with me

These guys are joking with me. Awful support. I sold my old phone
and forgot to transfer my 2FA on the new one, so I submitted my
request. These guys from the support are just f*****ing with me...
I`ve sent them 25 verification pictures, documents, hashes,
everything they wanted and now I am waiting for up to 72hours.
Now, we are after the 120th hour and still waiting for resolution.
Noone answers me, I can`t access my account for more than 3
weeks now, because of their cretinous support. Never use that
platform, if you got in trouble, they won`t help you.

**Date of experience:** June 26, 2018

👍 Useful 1      ⌔ Share

↘ **Reply from HitBTC**                               Aug 7, 2018

Stanimir, would you provide your support ticket number?

Previous | **1** | Next page

★

**Choose country**

United States      ▾

**About**              **Community**              **Businesses**
187

**archive.today**
webpage capture

**Saved from** https://www.trustpilot.com/users/6022d6585092f6001afdcf2f

search

no other snapshots from this url

**All snapshots** from host www.trustpilot.com

23 Dec 2024 10:07:57 UTC

Webpage

share    download .zip    report bug or abuse

🔍 Search for a company or category...                    For businesses

Looks like you're in Canada. Go to the Canadian Trustpilot site                    ✕

**SL**    **Steve Lord**
United States

## Reviews

Review of splinterlands.com

**SL**    **Steve Lord**
2 reviews    ⊙ US

★                                    Jun 18, 2024

### Went from play to earn to play to pay

Went from play to earn to play to pay. All old cards have tanked in
value, and you can't use them anymore without giving more
money to the company that keeps wasting what money they have.
This game has become a joke and a scam. Wondering when the
rugpull will happen.

**Date of experience:** June 14, 2024

👍 Useful    ⊗ Share                    ⚑

Review of HitBTC

**SL**    **Steve Lord**
2 reviews    ⊙ US

★                                    Feb 9, 2021

### Read the 1 star reviews here

Read the 1 star reviews here, pretty much sums up this scammy
exchange

**Date of experience:** February 09, 2021

👍 Useful    ⊗ Share                    ⚑

Previous    1    Next page

https://archive.ph/n6xNR

**TP**   **Thien Phuc Trinh Truong**

United States

## Reviews

Review of HitBTC 

**TP**   **Thien Phuc Trinh Truong**
1 review    US

⭐                                                Jan 10, 2018

**Dear**

Dear,

I lost my 2FA authenticator, I've provied all requested information
in the ticket including:
- transaction history
- Pictures

This is a really worst support service ever than what I have seen
before. It's seem that I will loss my money in HitBTC. I have
created another account to sign in to post in the forum. I wonder
what are you doing now?? This is an exchange service, they must
run it 24hours/ day. It's almost 13 days pass with a bot's replied
within 48 hours. HitBTC wrote on the website that they will
remove 2FA after 24hours or at least 48 hours??

Can anybody advise me what should I do now?
- How do I escalate the ticket?
- Hotline contact number?
- Where should I contact for help outside HitBTC ?

Regards,

**Date of experience:** January 10, 2018

👍 Useful **3**      ⪦ Share                                          🏳

↩ **Reply from HitBTC**                        Mar 28, 2018

Thien Phuc Trinh Truong, we apologize for the inconvenience! All
support tickets from January were resolved. If you haven't got an
update on yours for some reason, please share your ticket ID(s)
here: our support team will get back to you.

| Previous | 1 | Next issue |
|---|---|---|



archive.today    Saved from https://www.trustpilot.com/users/6391107aeb4fc90012b8b2d8    search    23 Dec 2024 16:21:14 UTC
webpage capture                                                        no other snapshots from this url
All snapshots  from host www.trustpilot.com

Webpage                                                                        share  ⬇ download .zip  ☀ report bug or abuse

⭐                    🔍 Search for a company or category...                        For businesses

**TV**    **Thomas Vu**
United States

## Reviews

Review of HitBTC

**TV**    **Thomas Vu**
1 review  📍 US

⭐                                                                    Dec 8, 2022

**I have been trying to do a withdrawal...**

I have been trying to do a withdrawal and everytime, I am given
some fee to pay. They refuse to deduct the fees from my balance
stating that during withdrawal period, my balance is immovable. I
am only withdrawing a few coins and have a decent balance. Very
annoying as I have agree to making these payments but when it
comes towithdrawal, there's some sort of fee that can't be
deducted from my balance.

**Date of experience:** December 07, 2022

👍 Useful 5      ⥰ Share                                              🏳

↳ **Reply from HitBTC**                                     Dec 8, 2022

Hello! Thanks for reaching out to us. Please report this issue by
submitting a ticket here
https://support.hitbtc.com/en/support/tickets/new or by sending
an email to support@hitbtc.com. The Support Team will look into
this and will help.

| Previous | 1 | Next page |
|----------|---|-----------|

**archive.today**
webpage capture

Saved from  https://www.trustpilot.com/users/615dca18a7b8bf0012b732ae                search          23 Dec 2024 20:17:15 UTC

**All snapshots**  from host www.trustpilot.com          no other snapshots from this url

| Webpage |                                                        share   ⬇download .zip   🐞report bug or abuse

🔍 Search for a company or category…                              **For businesses**



# Timothy H Phan
United States

## Reviews

Review of HitBTC


**Timothy H Phan**
4 reviews  📍 US

⭐                                                    Mar 28, 2022

### I can't withdraw some of my coins "due...

I can't withdraw some of my coins "due to maintenance" for
nearly a year. Scam exchange.

**Date of experience:** March 28, 2022

👍 Useful 1      ❄Share                              🚩

↩ **Reply from HitBTC**                          Mar 30, 2022

Hello. Sometimes technical maintenance requires additional
effort and time. In this case, we need a while longer to complete
the work on the DOGE wallet. While withdrawals are closed
during maintenance, trading functionality is available at that
moment.

Review of Hitbtc


**Timothy H Phan**
4 reviews  📍 US

⭐                                                    Mar 28, 2022

### Will not allow end users to withdraw...

Will not allow end users to withdraw account. Constantly pointing
to technical issues. It's been over a year

**Date of experience:** March 28, 2022

👍 Useful 1      ❄Share                              🚩

Review of HitBTC


**Timothy H Phan**
4 reviews  📍 US

https://archive.ph/7eMFL                                                                    1/4

★

Oct 25, 2021

**Provided two poor reviews**

Provided two poor reviews.

1) poor customer service (they can't even apologize and admit that they failed)
2) DOGE coin withdrawal issues since May.

HitBTC decided to flag my reviews. They do not respond adequately with an update as to when DOGE coin withdrawals will be avaiable. They do not provide alternative solutions or due compensation for loss. Nope.. They do nothing and just try to blame it on poor tech.... sure.. Since May....

This company is not be trusted with your resources/funds.

**Date of experience:** October 25, 2021

👍 Useful **2**    ⤳ Share                                                    🏳

⤷    **Reply from HitBTC**                          Oct 26, 2021

Hello. Sometimes technical maintenance requires additional effort and time. In this case, we need a while longer to complete the work on the DOGE wallet. While withdrawals are closed during maintenance, trading functionality is available at that moment.

Review of HitBTC

 **Timothy H Phan**
4 reviews    📍 US

★

Oct 6, 2021

**Can't pull out DOGE because of...**

Can't pull out DOGE because of "technical issues" for the past six months. Trading not allowed because I'm a US Citizen. Okay.. Let me withdraw.. won't let me and their only excuse is... there is a technical issue. Technical issue for six months???? How are you in business? This is where you figure out a way to compensate for this.

**Date of experience:** October 06, 2021

👍 Useful **1**    ⤳ Share                                                    🏳

⤷    **Reply from HitBTC**                          Oct 10, 2021

Hello. Sometimes technical maintenance requires additional effort and time. In this case, we need a while longer to complete the work on DOGE wallet.
We'll let you know when this coin is available. Despite the 14-day withdrawal limit, you'll still be able to withdraw your DOGE when the maintenance is done.

| Previous | 1 | Next page |
|----------|---|-----------|

archive.today    Saved from  https://www.trustpilot.com/users/59225f170000ff000a9ae2da      search      23 Dec 2024 15:40:59 UTC
webpage capture                                              no other snapshots from this url

All snapshots from host www.trustpilot.com

| Webpage |

share   download .zip   report bug or abuse

Q  Search for a company or category...                                    For businesses

## TR   **Tristan**
United States

## Reviews

Review of HitBTC

TR   **Tristan**
1 review   ◎ US

★                                                                  May 22, 2017

### Scam.

Scam.

I tried to withdraw my Monero, over 10,000 worth, and the
Monero were never sent to the specified wallet. I tried repeatedly
to get in touch with support but no one replied. So I'm out of over
10,000 dollars now. Do not use this exchange, ever.

**Date of experience:** May 22, 2017

👍 Useful **1**    ⌁ Share                                                🏳

↩  **Reply from HitBTC**                                    Mar 28, 2018

Tristan, sorry for the inconvenience! Was our support team able
to assist you? Please confirm that your issue was resolved and
let us know if there's anything else we can help you with.

| Previous | 1 | Next page |

★

## Choose country

United States                                          ▾

**About**              **Community**              **Businesses**

archive.today
webpage capture

Saved from | https://www.trustpilot.com/users/5ea1b009949c723eae544ea2 | search

23 Dec 2024 07:19:07 UTC

no other snapshots from this url

All snapshots from host www.trustpilot.com

share    ⌄ download .zip    ☀ report bug or abuse

| Webpage |

☆

🔍 Search for a company or category...

**For businesses**

**Looks like you're in Canada.** Go to the Canadian Trustpilot site    ✕

**RH**

# reshad hashemi

United States

## Reviews

Review of HitBTC

**RH    reshad hashemi**
3 reviews    ⊙ US

⭐    ✅ Verified    Updated May 22, 2022

**WORST**

26 apr 2021:
The exchange is NOT bad in term of number of coins and pair but
the support is awful. you should wait long time to answer the
tickets. if you join their telegram and ask about what happened
the banned you!!
they play with your withdrawals and whenever they want they
don't let you withdraw your money and coins!
IF YOU CAN AVOID THEM!

UPDATE!

21 sep 2021:
after 5 month nothing happened! DOGE withdrawal still blocked
by HITBTC and the price is 1/3 of other exchanges! BUT some
people can withdraw their coins so you can see the profits they
booked for themselves!!

The support is better than the past and answer the tickets faster.

(I will update and change my review IF they change something!)

22 may 2022:
13 month passed still nothing happend to doge withdrawals!! still
under maintenance!

**Date of experience:** April 26, 2021

👍 Useful **4**    ⤝ Share    🏳

Review of RoboForex

**RH    reshad hashemi**
3 reviews    ⊙ US

194



### AWFUL Withdrawal system

I'm waiting for almost 2week to withdraw(#11086846) my deposit,
after first week and 3 tickets(#1049208, #1050097, #1052483) no
body answer the tickets. just some robots to answer me that I
SHOULD WAIT!! they can't answer some tickets ASAP how
should we trust them to pay our funds? I'm totally regret to invest
my money in their system. NEVER use this site again even if they
withdraw my money that now I'm not so sure.
** FOR YOUR INFORMATION
This site is not for your further study!! IF you want further study go
to your site and check the tickets that assigned with my account,
maybe you can find my name in your site. trustpilot.com is the site
to rate your business and as you can see your business rate is
AWFUL as it rates 2.8!! the ticket number and withdraw number
are added for your further study!!

**Date of experience:** March 13, 2021

👍 Useful **1**      ⌥ Share                                    ⚑

↳ **Reply from RoboForex**                    Updated Jul 27, 2023

Dear reshad hashemi, Kindly note that detailed reply has been
given in ticket 1052483.

Sincerely,
RoboForex

Review of <u>Changelly</u>

**RH**   **reshad hashemi**
       3 reviews   ◉ US

★★★★                   Updated Mar 13, 2021

### BEST

the best exchange i worked with

**Date of experience:** April 23, 2020

👍 Useful   ⌥ Share                                    ⚑

↳ **Reply from Changelly**                    Apr 24, 2020

Thank you for your feedback! Keep using Changelly!

| Previous | **1** | Next page |
|----------|-------|-----------|

★

**Choose country**

195

archive.today    Saved from    https://www.trustpilot.com/users/674ee5b818cb2566b5be5d10    search    24 Dec 2024 09:10:30 UTC
webpage capture                                                                    no other snapshots from this url
All snapshots  from host www.trustpilot.com

Webpage                                                                    share    download .zip    report bug or abuse

🔍 Search for a company or category…                                        **For businesses**

# Velimir Mijović

United States

## Reviews

Review of HitBTC

**Velimir Mijović**
1 review    ◎ US

⭐                                                                    Dec 3, 2024

### Fraudsters!!!

Fraudsters!!!
Without any prior notice, since 2021 they started charging an
"inactivity fee". With the fee, they stole 75% of the portfolio. Most
of the tokens are locked due to technical problems. You can't
trade the tokens, you can't withdraw them, you can't do anything.
And they charge a fee every month until the balance drops to 0.
Recommendation: AVOID!!!
Run away from this exchange immediately, no matter what.

**Date of experience:** December 03, 2024

👍 Useful 3        Share                                                    🏳

| Previous | 1 | Next page |

**Choose country**

United States                    ▾

**About**                **Community**                **Businesses**

https://archive.ph/BvwCe                                                                    1/2

archive.today
webpage capture

Saved from https://www.trustpilot.com/users/60763d54348d93001ad4a36d

search

no other snapshots from this url

All snapshots from host www.trustpilot.com

23 Dec 2024 17:36:40 UTC

Webpage

share    download .zip    report bug or abuse

Search for a company or category…                                    For businesses

**VL**    # Victor Losas jr
United States

## Reviews

Review of HitBTC

**VL**    **Victor Losas jr**
2 reviews    ◎ US

⭐    May 24, 2021

**Ticket 751828# I have written several...**

Ticket 751828# I have written several times in the last 3 months and they've written back requesting proof which I've provided already including initial deposit etc plus other proofs. Just wanted to access my account!

**Date of experience:** May 24, 2021

👍 Useful    ⌑ Share    🏳

↪ **Reply from HitBTC**    Jul 15, 2021

Hello. The support team has replied to you on May 9th and provided you with instructions. Please check your inbox and proceed accordingly.

Review of HitBTC

**VL**    **Victor Losas jr**
2 reviews    ◎ US

⭐    Apr 14, 2021

**I have emailed and followed the...**

I have emailed and followed the instructions to regain access to my account as my iPhone got displaced and don't have my recovery back up although I have my user ID and password. Three times I've written and nothing.

**Date of experience:** April 14, 2021

👍 Useful 1    ⌑ Share    🏳

↪ **Reply from HitBTC**    Apr 18, 2021

Dear Trader.

archive.today
webpage capture

Saved from https://www.trustpilot.com/users/61fd9333e2c7c200126953c1

search

no other snapshots from this url

23 Dec 2024 17:05:00 UTC

All snapshots  from host www.trustpilot.com

Webpage

share    download .zip    report bug or abuse

🔍 Search for a company or category...                                                For businesses

**VE**    # Victoria El
United States

## Reviews

Review of HitBTC

**VE**    **Victoria El**
3 reviews    📍 US

⭐                                                    Updated Feb 24, 2022

### This is RIDICULOUS!! HITBTC NOT DOING THERE JOB!

This is RIDICULOUS! HITBTC Needs to HIRE MORE EMPLOYEES
OR GET MUCH BETTER HELP! Supervisors Or whoever in charge
NEED TO BE SURE Workers Don't Let Tickets and ISSUES GO
UNSOLVED FOR LOOONG PERIODS OF TIME!!! WHEN I GO TO
WORK I HAVE TO DO MY JOB BECAUSE I KNOW THE VALUE OF
A HAPPY CUSTOMER SECURES JOB SECURITY! I Provided ALL
THE INFORMATION ASKED WHEN ITS COMES TO THE 2FA
REMOVAL AND HitBTC still HAVENT RESPONDED . HitBTC Is
VERY BAD ABOUT RESPONDING TO MOST OF IT
TRADERS/CUSTOMERS. I ALWAYS HAVE A VERY DIFFICULT
TIME DEALING WITH CUSTOMER SUPPORT WHEN IT COMES
TO HELPING ME WITH AN ISSUE AND I DOUBT IF ANYTHING
CHANGES! FUTURE TRADERS PLEASE BE AWARE OF WHATS
BEING SAID HERE.
THIS WHOLE MATTER IS A BIG HEADACHE!
PLEASE REMOVE THE 2FA TICKET
1420078 OR 1417036! I HAVE BEEN WAITING FOR HELP
AWHILE. I HAVE HAD THIS ACCOUNT FOR YEARS!!!! HELP!!
PLEASE DO NOT BE THIS DIFFICULT ANYMORE THANKS!

**Date of experience:** February 24, 2022

👍 Useful **2**    ⤳ Share                                              🏳

↩ **Reply from HitBTC**                                    Mar 1, 2022

Hello! From what I see in your ticket, your issue has been
resolved. Please let me know if you require any further
assistance.

Review of HitBTC

**VE**    **Victoria El**
3 reviews    📍 US

⭐                                                    Feb 13, 2022

### ONCE AGAIN HITBTC NOT RESPONDING AND AVOIDING THE PROBLEMS

Once again I'm dealing with very poor communication skills from HITBTC! I had to email them from a different email account just to get a response. I have serious issue with my withdrawal concerning 2FA. I can't find my yubikey that I setup but I have a 2nd yubikey but the 2fa system won't let me set it up. This is the tickets (1417036 1418448)associated with my issue I CANT GET A RESPONSE FROM HITBTC!!! Their communication is Horrible!! I had to send this message TWICE!! Still NO RESPONSE :
Hello I would like to withdraw my funds but I have a few questions can the 2Fa be removed without suspending my account for 96hrs and can I withdraw without 2Fa because I lost my yubikey and having A hard time setting up the new. I did read Yubikey Instructions but still not successful.
Please RESPOND and MAKE MY WITHDRAWAL PROCESS AS EASY AS POSSIBLE THIS WHOLE SITUATION AS BEEN GOING ON WAY WAY WAY TOO LONG!

**Date of experience:** February 13, 2022

👍 Useful     ☍ Share                                          ⚐

↳  **Reply from HitBTC**                          Feb 14, 2022

Hello! The support team has replied. Please check your inbox.

Review of HitBTC

VE   **Victoria El**
     3 reviews   ⊙ US

⭐                                                    Feb 4, 2022

### IGNORED/DISREGARDED!

This is the WORST Most HORRIBLE crypto exchange Platform form I've ever experienced! I joined the Platform over 4 1/2 years ago. Recently I deposited some BTC onto the HitBTC. In the past I was always able to withdraw and deposit without ANY PROBLEMS!! Recently I was not able to withdraw my BTC so I emailed the Platform and I also setup a 2FA thinking if I do that it would help but it didn't!!!! So I end up having to prove the account was mine by taking pictures with a message the emailed me. I also had to show Hash numbers and screen shots of the wallet I sent the btc from (which is Verry privated since it my cold storage!) I also proved all transactions on the account from this moment all the way back more than 4years ago!!!!! They emailed me saying they will get back with me in 2days but almost a week pass by and I didn't hear anything so I emailed them they told me to be patient and they would get back to me. So another week goes by and I email them but now HitBTC will not even respond to me. I feel they are really IGNORING ME!!!(NOT RESPONDING INTENTIONALLY)!!! They who I am based on information I provided in KYC (SO I AM NOT JUST SOME UNKNOWN PERSON) My experience lately has been nothing short of Completely AWFUL. My Ticket#1411362 2FA REMOVAL still remains on solved . Being a BIG PLATFORM IS NO EXCUSE FOR THIS KIND OF BAD CUSTOMER SERVICE! ANOTHER PLATFORMS ARE JUST AS LARGE AND I DONT RECIEVE THIS TREATMENT! If I knew the experience would this way I would have TWICE before joining. I FEEL AS IF MY TRUST HAVE BEEN BETRAYED!! Those that are NEW to crypto Be CAREFUL!! I don't anybody to experience this.

199



archive.today
webpage capture

Saved from https://www.trustpilot.com/users/609887b0bab7a70019f820bd    [search]

All snapshots from host www.trustpilot.com

no other snapshots from this url

23 Dec 2024 20:04:36 UTC

share    download .zip    report bug or abuse

Webpage

🔍 Search for a company or category…                                    For businesses

**WA**    **Wagdi**
United States

## Reviews

Review of HitBTC

**WA**    **Wagdi**
2 reviews    ⊙ US

⭐                                              Updated May 22, 2021

### I lost my 2FA And I've been for over…

I lost my 2FA And I've been for over six months tried to contact
anyone and nobody answer they are miserable no communication
nobody answer any email I sent I don't recommend it to anybody
they are scam

**Date of experience:** May 22, 2021

👍 Useful **2**    ⤳ Share

Review of HitBTC

**WA**    **Wagdi**
2 reviews    ⊙ US

⭐                                                  May 10, 2021

### They refused to replay on any of email…

They refused to replay on any of email and my Account is locked
and losing money every day I don't recommend it to anyone they
screw me over

**Date of experience:** May 10, 2021

👍 Useful **5**    ⤳ Share

[ Previous | **1** | Next page ]

200

archive.today
webpage capture

Saved from https://www.trustpilot.com/users/5b3506434de5666d34e6a56d

search

23 Dec 2024 12:58:39 UTC

no other snapshots from this url

All snapshots from host www.trustpilot.com

Webpage

share    download .zip    report bug or abuse

Search for a company or category…                    For businesses

## WF  Walt Fern

United States

## Reviews

Review of HitBTC

**WF  Walt Fern**
1 review    US

Jun 28, 2018

### For some f....g reason my G.A is not...

For some f....g reason my G.A is not working with my account, reached out to support, still haven't resolver this issue.

**Date of experience:** June 28, 2018

Useful 2     Share

**Reply from HitBTC**                    Aug 7, 2018

What's your support ticket number, Walt?

Previous    **1**    Next page

⭐

**Choose country**

United States    ▾

| About | Community | Businesses |
|---|---|---|

https://archive.ph/3TDi0    1/2

archive.today
webpage capture

**Saved from** https://www.trustpilot.com/users/5b2d7c364de5666d34fb00a9   search

All snapshots from host www.trustpilot.com
no other snapshots from this url

23 Dec 2024 14:47:20 UTC

| Webpage |

share   download .zip   report bug or abuse

Search for a company or category…

For businesses

## WA Waqas
United States

## Reviews

Review of HitBTC

**WA Waqas**
1 review   ◎ US

★       Jun 22, 2018

**Unhelpful with removing 2FA**

Unhelpful with removing 2FA. Sent picture of me with message
and ID, and they are still insisting on providing hashes as every
transaction has exchange name with it. Keep my money if you
want to play that game. ROBBERS!!!

**Date of experience:** June 22, 2018

👍 Useful **3**    ⃔ Share             ⚐

↳ **Reply from HitBTC**       Aug 27, 2018

Dear Waqas, we are pleased to inform you that 2-factor
authentication is removed from your HitBTC account.

| Previous | **1** | Next page |

## Choose country

United States ▾

**About**          **Community**          **Businesses**

https://archive.ph/VTc2A                                             1/2

# Exhibit P



NTerminal
Digital Asset Data and Analysis

# CRYPTO MARKET MANIPULATION

EXAMPLE NTERMINAL INVESTIGATION USING SPLUNK

INCA DIGITAL

Reliable and accurate data is crucial for understanding any market. While financial signals and metrics associated with an asset modify the decision making of traders, regulators, and financial institutions, crypto finance data still lack credibility. Volumes are widely assumed to be inflated or outright fabricated, project fundamentals (such as the identity of the founders, location of operation, affiliated organizations, or claims made in the white paper) are often difficult to obtain or verify, public sources of knowledge (such as news outlets and public data providers) commonly contradict one-another, and social media platforms are filled with scammers and bots.

Muddling through the noise to find signals requires more than time series analysis on Excel spreadsheets. Market participants need a tool that combines and analyzes disparate data sets real-time. This case example investigation combines disparate data and various methodologies of statistical analysis to highlight the capabilities of NTerminal on Splunk. Further analysis and statistical testing should be done before acting on any implications or conclusions from these results.

It is widely accepted that there are inflated trading volumes reported within the crypto-financial space (Bitwise Presentation, BitMEX Research). Looking at the popular website CoinMarketCap (CMC), one will see 24h trading volumes for top assets that are larger than their entire reported market capitalizations. Many of the trading venues that this volume is supposedly coming from have suspiciously low community engagement (such as website visits, social media presence, or media mentions) and publicly available information.

**Clearly the self-reported nature of CMC-type data sites do not lend to an accurate representation of true crypto-market behavior.** Projects and exchanges benefit in equal parts from exaggerated or fabricated trading activity, which acts as free advertising (whether or not they are even remotely involved in the circulating of the inflated data).

| # | Name | Market Cap | Price | · Volume (24h) | Circulating Supply | Change (24h) | Price Graph (7d) |
|---|------|-----------|-------|----------------|-------------------|--------------|------------------|
| 144 | XMax | $19,039,206 | $0.001062 | $215,721,186 | 17,931,338,586 XMX * | 1.79% | ... |
| 146 | Lambda | $18,723,219 | $0.026886 | $45,010,055 | 696,125,410 LAMB * | -0.14% | ... |
| 102 | Grin | $33,086,987 | $1.04 | $27,649,147 | 31,842,660 GRIN | -2.07% | ... |
| 106 | Beam | $31,654,975 | $0.592087 | $24,421,614 | 53,463,360 BEAM | 2.04% | ... |
| 105 | TomoChain | $31,815,145 | $0.458049 | $26,274,139 | 69,458,000 TOMO | 0.45% | ... |

**Jan 20, 2020** | screenshot from CoinMarketCap

Without even considering the number of scam projects, malicious wallet software, lending platforms, fake exchanges, or phishing schemes, **the crypto-financial environment is fraught with misinformation and misaligned incentives**. Common industry practices like exchange-listing fees for assets or the existence of zero-fee trading accounts, coupled with a lightly regulated market, create an environment ripe for manipulation. Many well-funded projects have been suspected of paying groups to actively pump trading volumes of their asset on public exchanges through wash trading. This CoinDesk interview with Alexey Andryunin, co-founder of Gotbit, who was hired to inflate trade volumes, clearly demonstrates the systemic issues in crypto with data fabrication.

A few case examples of anomalous market activity are below. By combining data types using NTerminal data in Splunk Enterprise, **we can identify abnormal market patterns and investigate relationships between various entities in the digital asset ecosystem.**

WWW.NTERMINAL.COM

In cryptography, the **root of many problems come from random number generators**. Their implementations **are often pseudorandom** and do not properly guarantee the level of security required by the protocol. Cryptography isn't the only industry that implements imperfect random number generators. Wash trading schemes employ various techniques of obfuscating their activity, including the use of pseudorandom sizes and timings for posting bids/asks. By observing a few prominent crypto exchanges' reported trade volumes, we can look for statistically abnormal patterns. I will start by looking at the recent sizes of trades for BTC on some of the "top" exchanges (by internet presence and reported volume).



**20 Jan 2020; -7d** | BTC Trade Size Distributions

The differences in trade distributions can be explained by a variety of factors including exchange policies (such as maker/taker fees and platform trading tiers), different user demographics, fiat or stablecoin options available, trading API availability, and deposit + withdrawal fees/incentives. While the above factors suggest that trading activity should not be identical across market venues, analyzing trade data via multiple methodologies can certainly direct our attention to abnormalities worthy of further investigation.

WWW.NTERMINAL.COM

From the selected exchanges, CoinBene and HitBTC have visibly distinct patterns from the other market venues. I chose HitBTC as an example to look for further statistical discrepancies; the purpose of this article is not to specifically point a finger at HitBTC. I hope to simply demonstrate how we can go from recognizing strange financial data to conducting deeper analysis with Nterminal.



**20 Jan 2020  |**  Leading Digit Ask Size Change Frequencies by Exchange



**20 Jan 2020  |**  Leading Digit Bid Size Change Frequencies by Exchange

The ACFE published an article for how to discern naturally occurring statistical deviations from fraud. Benford's Law is an **observation of numerical data sets that states that leading significant digits do not occur in an even distribution** (~11% for leading digits 1-9). By plotting bids and asks against Benford's Law, we see that HitBTC has many more leading 3's than the other platforms report. The ACFE guide for the First Digit Test states that "fraud examiners are concerned with the over-usage of digits, because fraudsters, when inventing numbers, tend to overuse certain digit patterns. The digits that occur fewer times than Benford Law predicted (1, 5, 7, 8, and 9) result primarily from the over usage of 3."

WWW.NTERMINAL.COM

There are additional anomalous patterns with altcoin trading on HitBTC, in the following search we compare privacy coins. Not all altcoins seem to be traded in the same manner on HitBTC. Some are apparently traded in small chunks under $1, while others are traded more frequently in large sums.



**20 Jan 2020; -30d** | HitBTC Trade Size Distribution

Looking at financial data alone can only be so effective, however. And while these deviations on HitBTC might be reason enough to look more closely at the exchange, there are many potential explanations that would not implicate the exchange itself in any wrong-doing. Many times, exchanges might not be conducting any wash trading themselves, but instead might knowingly or unknowingly facilitate wash trading on their platform through low/no fee accounts.

We can leverage **more than just market data analytics** on NTerminal. Using NTerminal's natural language processing (NLP) module, **we can put together a broader narrative**. First, we will query events from crypto media outlets for mentions of HitBTC over the past 9 months. Here notice a correlation between HitBTC mentions and Cointelegraph.



**20 Jan 2020; -9mon** | HitBTC Mentions by Media Outlet

Looking at mentions of other exchanges, however, we do not see the same volume of mentions coming from CoinTelegraph. Compared to Coinbase, for example, HitBTC seems to get much more centralized press.



**20 Jan 2020; -9mon** | Coinbase Mentions by Media Outlet

Next we will look closer at the data surrounding CoinTelegraph to better understand why there might be such a large amount of content surrounding HitBTC from them. Simply looking at the number of mentions of various coins, we found abnormal spikes of chatter about Monero on Cointelegraph by looking into the ratio of Monero to Bitcoin mentions compared to other media outlets.

WWW.NTERMINAL.COM



There is also an interesting correlation between references used by CoinTelegraph journalists and a lesser-known entity, coin360.com, a crypto market data provider. An analysis of their website, press releases, and reading common crypto blog sites show that they may be associated with Monero, Changelly, MinerGate, ByteCoin, Freewallet, and HitBTC. This also seems to be corroborated by their former journalist, Ian DeMartino.



Outgoing Links from Cointelegraph (-6mon)                    Mentions of coin360 (-6mon)

After looking up if any other resources are referencing coin360.com, we can see a two-way connection between CoinTelegraph and coin360.

In this article, we use NTerminal as an investigative tool to correlate and analyze data across the digital asset ecosystem. We use financial data reported by exchanges to identify anomalous distributions, and then investigate entity relationships using natural language data. We started by simply monitoring recent trading activity for any unique patterns. **By following additional surrounding anomalies from HitBTC on NTerminal, we noticed strange connections to otherwise seemingly distinct organizations.** This example investigation is by no means comprehensive, but may provide sufficient grounds to look closer at this exchange's activity and their associated organizations. There may well be large and coordinated manipulation efforts that have yet to be discovered - tools like NTerminal and Splunk allow analysts to find patterns to help them identify such efforts.

# SOURCES

Association of Certified Fraud Examiners. "Using Benford's Law To Detect Fraud." ACFE, www.acfe.com/uploadedFiles/Shared_Content/Products/Self-Study_CPE/UsingBenfordsLaw_2018_final_extract.pdf.

BitMEX. (2018, November 12). Detailed Report Into The Cryptocurrency Exchange Industry (From CryptoCompare). BitMEX Blog | The official blog of BitMEX, the Bitcoin Mercantile Exchange. https://blog.bitmex.com/crypto-currency-exchange-review-from-cryptocompare/

Bitwise Asset Management. "Presentation to the U.S. Securities and Exchange Commission." SEC.gov, 19 Mar. 2019, www.sec.gov/comments/sr-nysearca-2019-01/srnysearca201901-5164833-183434.pdf.

Cong, Lin and Li, Xi and Tang, Ke and Yang, Yang, Crypto Wash Trading (December 30, 2019). Available at SSRN: https://ssrn.com/abstract=3530220 or http://dx.doi.org/10.2139/ssrn.3530220

Nigrini, Mark J. Benford's Law: Applications for forensic accounting, auditing, and fraud detection. Vol. 586. John Wiley & Sons, 2012.

Who owns and runs Cointelegraph? MadBitcoins Live with Ian DeMartino https://www.reddit.com/r/Monero/comments/3g1x60/who_owns_and_runs_cointelegraph_madbitcoins_live/



**"punkt"**

Austria

## Reviews

Review of HitBTC

 **"punkt"**
1 review    ⊚ AT

Updated Aug 11, 2021

**eigentlich 0 STERNE**

Ticket#693631

eigentlich 0 STERNE
warte seit 5MONATEN darauf meinen 2FA zu reseten weil das
handy verloren ging.. heute die lächerliche email von denen, sie
bräuchten den genauen zeitpunkt der kontoeröffnung um den
zeitraum eingrenzen zu können.. nach 5MONATEN.. finger weg
von dieser seite..

it took them 5months to reply an ticked to reset my 2FA.. now i
received an email, they need the exact time where the account
were createt to find it easier..
scammers would have better service than this one..

to your answer: longer than expectet? what kind of servive is this?
are u shure u are a legal with your things u do? 5 f+cking months?
i gave u the exact time when the account wos createt! i sent u the
f+cking email ive got from u when i registret!!! and all u can do is
to reply on trustpilot? not even an respond on my email? thats the
worst experince ever!

**Date of experience:** August 09, 2021

👍 Useful    ⌁ Share

↰ **Reply from HitBTC**    Aug 11, 2021

Hello. I'm sorry that it's taking longer than you expected to
resolve your issue. Please note that we are not asking for extra
details just to make things more difficult. We have an established
procedure for such cases and these steps are vital for the
security of your funds and account.



archive.today
webpage capture

Saved from | https://www.reddit.com/r/hitbtc/comments/7krvmf/does_anyone_here_live_in | search
no other snapshots from this url

23 Dec 2024 13:51:28 UTC

All snapshots from host www.reddit.com

Webpage

share   download .zip   report bug or abuse

3

## Does anyone here live in London (and give hitbtc a visit)??

self.hitbtc

submitted 7 years ago * by duncan_stroud

hitbtc is registered at the address: Registered office address changed from Hit Techs Limited Kemp House, 152 City Road London EC1V 2NX Great Britain to *Hit Techs Limited Kemp House, 152 City Road London EC1V 2NX* on 6 February 2017

If anyone lives in London, or knows someone who does, maybe they could visit the official new address of HTBTC. It's right in downtown London.
(https://beta.companieshouse.gov.uk/company/09414265/filing-history)

https://www.google.com/maps/place/152+City+Rd,+London+EC1V+2NX,+UK/@51.5244522,-0.1120099,13.5z/data=!4m13!1m7!3m6!1s0x48761ca671abfbcb:0x4771a895639a4d43!2s152+City+Rd,+London+EC1V+2NX,+UK!3b1!8m2!3d51.5272348!4d-0.0889618!3m4!1s0x48761ca671abfbcb:0x4771a895639a4d43!8m2!3d51.5272348!4d-0.0889618

There's a good chance it is empty, but that would make it all the more clear that they are a scam. If not empty, it would be worth asking a few questions, no?

**3 comments** share save hide report

## all 3 comments

sorted by: best ▼

[–] **juhasztails** • **2 points** 7 years ago

Their address is fake.

The UK limited has been removed earlier this Year from registration.

They are operating without any legal entity. Have no registration adress.

Their domain name is anonymized by whoisguard in Panama.

HitBTC is a scam, and about to exit.

permalink embed save report **reply**

[–] **twisterrss** • **1 point** 7 years ago

I have a bad feeling about hitbtc

permalink embed save report **reply**

search                              Sub

this post was submitted on 19 Dec 2017

**3 points** (81% upvoted)

https://redd.it/7krvmf

## Subreddit Info

*4 currently online*

This subreddit is under maintenance. 24/05/2019 15:12:32 IST+0530 (India Standard Time)

a community for 7 years

## MODERATORS

discussions in r/hitbtc       x

0



https://youtu.be/ErvgV4P6Fzc?si=e94816dKLgvrZY1a

archive.today
webpage capture

Saved from   https://x.com/wolfbram/status/953580892932464640

search

no other snapshots from this url

All snapshots  from host x.com

23 Dec 2024 13:57:50 UTC

Webpage

share   ⬇ download .zip   ⚐ report bug or abuse

𝕏

←   **Post**

⚙

**Bram Wolf**
@wolfbram

☑  •••

You can expect legal action against HITBTC, Owner of ULLUS Corporation Andrey Savchenko, Owner of Hit Techs Limited George Basiladze and Owner of Hit Solutions Limited Chen Xiaoqin if you keep REFUSING to HELP ME ACCESS MY ACCOUNT AGAIN! TICKET #169651

10:52 AM · Jan 17, 2018

💬 3        ⇄ 2        ♡ 4        🔖        ↑

**New to X?**

Sign up now to get your own personalized timeline!

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Terms of Service   Privacy Policy
Cookie Policy   Accessibility   Ads info
More •••   © 2024 X Corp.

archive.today    Saved from https://bitcointalk.org/index.php?topic=5311147.0    [search]    23 Dec 2024 14:39:07 UTC
webpage capture    no other snapshots from this url
All snapshots from host bitcointalk.org

| Webpage |

share    ⬇ download .zip    ⚙ report bug or abuse

December 23, 2024, 02:39:09 PM  ▭

Welcome, **Guest**. Please login or register.

**News:** Latest Bitcoin Core release: 28.0 [Torrent]                    ⌕   [                    ]  [Search]

Bitcoin Forum > Economy > Trading Discussion > Scam Accusations > **Reporting HiTBTC and Bequant to authorities for their scams and frauds**

« previous topic next topic »

Pages: [1]                                                                print

**muenze** (OP)     ◇    **Reporting HiTBTC and Bequant to authorities for their scams and frauds**                    #1
Full Member              January 21, 2021, 04:21:35 AM
🌕 🌗 🌗                    Merited by The Sceptical Chymist (4), DireWolfM14 (1), TheBeardedBaby (1)

Activity: 224            **Got withdraws locked by hitbtc, after some further research the parent company also owns Bequant**
Merit: 157
                         **https://bequant.io/**
🔏
                         **Additional Notes:**

                         There is ten thousands if not more reports of Fraud by Hitbtc,
                         for example here:

                         https://www.trustpilot.com/review/hitbtc.com

                         The HITBTC Scam works like this:

                         They lock people out of their 2FA _OR_ lock an account when a user attempts a withdrawl. This withdrawl then gets
                         cancelled and the user cannot do a new withdrawi.

                         Knowing a certain percentage wont comply with the often ridiculous demands. Also by not replying to people for weeks
                         they wear people out. So whenever HITBTC needs Liquidity they will just lock more people and so they gain more profit
                         since they know a certain percentage of users will just let it go. Plus they can delay it endlessly by always making new
                         demands and not replying for months as in some cases.

                         HITBTC and Bequant have refused to give information what happens to locked funds.

                         This smells like the perfect example for organized, planned, intentional crime. Or just to keep their liquidity afloat, which
                         would also be a crime.

                         Its time we end this HITBTC chapter once and for all by reporting them to FBI, Hong Kong Police, Coinmarketcap, Malta
                         Authorities, Hong Kong Authorities and make Bequant responsible too.

                         ***

                         https://support.coinmarketcap.com/hc/en-us/requests/new

                         Pick COMPLAINT

                         Tell them what hapenned to you with Hitbtc.

                         You can also email them to ask them to write a guest blog post about
                         HITBTC: social@coinmarketcap.com

                         Also you can email the CEO of Binance since Coinmarketcap
                         was bought by Binance: cz@binance.com (Sir Changpeng Zhao)

                         ***

                         https://www.mfsa.mt/firms/enforcement/report-a-breach/

                         Report fraud that happened to you from this company:
                         Bequant, 5 Triq Spinola San Giljan STJ, 3012, Malta

                         ***

                         https://iaid.gov.mt/en/Pages/Report-Fraud.aspx

                         Report fraud that happened to you from this company:
                         Bequant, 5 Triq Spinola San Giljan STJ, 3012, Malta

                         ***

Report fraud that happened to you related to this company:
Hit Solution Limited
Unit 19, 7/F., One Midtown No.11 Hoi Shing Road,
Tsuen Wan, New Territories, Hong Kong

***

Seychelles Police Force:
info@police.gov.sc
Financial Authority:
complaints@fsaseychelles.sc (this email and likely also the others require a formal email)

HITBTC related company to report of what happened to you:
Hit Tech Solutions Development Ltd.
Suite 15, Oliaji Trade Centre, Francis Rachel Street,
Victoria, Mahe, Seychelles

***

(spanish) https://www.sernac.cl/portal/617/w3-article-55154.html

HITBTC/HIT Solution, Av Vitacura 2969,
Las Condes,
Región Metropolitana, Chile

**********

I have also written to Bequant and Hitbtc CEOs/Press contacts to address this ongoing issue
with locked withdrawls and locked 2FAs. So they have a chance to finally address it and fix it
for everyone.

It was amazing to be part of Bitcointalk a little while. Thankyou. https://bitcointalk.org/index.php?topic=5316241.0

---

**numanoid**
Legendary
🏅🏅🏅🏅🏅

Activity: 1890
Merit: 1148

🔹 **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**    #2
January 21, 2021, 05:59:04 AM

I've seen hitbtc main account on here also received few negative trust from DT member, and most of people also aware
to not save or deposit on hitbtc since it has lot of problem unresolved. Better to avoid them and with that, no more
trading volume on that exchange again

---

**zanezane**
Full Member
🏅🏅🏅

Activity: 868
Merit: 150



★Bitvest.io★ Play Plinko or
Invest!

🔹 **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**    #3
January 21, 2021, 08:15:51 AM

> Quote from: numanoid on January 21, 2021, 05:59:04 AM
> I've seen hitbtc main account on here also received few negative trust from DT member, and most of people also aware to not save or
> deposit on hitbtc since it has lot of problem unresolved. Better to avoid them and with that, no more trading volume on that exchange
> again

If the account has already received a negative trust, how come they are still operating with all the possible reference to
this website. OP is pretty serious about taking down this website which is a good initiative for others to follow, most
scam reports here are only for raising awareness but this is another level and a far better option to thwart this
scammers.

| | ★★★★★ | | | | | |
|---|---|---|---|---|---|---|
| PLINKO | SLOTS | ROULETTE | BIT SPIN ║ VEST ║ PLAY or INVEST ║ | Rainbot | Happy Hours | Faucet |
| | ★★★★★ | | | | | |

---

**muenze** (OP)
Full Member
🏅🏅🏅

Activity: 224
Merit: 157

🔹 **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**    #4
January 22, 2021, 10:06:17 AM

I dont even hate HitBTC but this practice they are using is inacceptable.

Would there be an interest in having a website where you can submit complaints
about HitBTC to the authorities directly?

I know the Malta Authorities and the Hong Kong Police in particular take fraud
complaints very seriously.

It was amazing to be part of Bitcointalk a little while. Thankyou. https://bitcointalk.org/index.php?topic=5316241.0

---

**Husires**
Legendary
🏅🏅🏅🏅🏅

Activity: 1596
Merit: 1288

🔹 **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**    #5
January 22, 2021, 01:03:40 PM

HITBTC list a lot of fraudulent currencies and earn them false prices so that the user tries to deposit and withdraw from
them, and when he begins to make profits, problems occur that may end in banning the user and stealing his money.
People still use it out of greed but it's a scam platform.

Keep reporting it to Marketcap sites to remove it.

---

**The Sceptical Chymist**
Legendary
🏅🏅🏅🏅🏅

Activity: 3556

🔹 **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**    #6
January 22, 2021, 01:25:33 PM

I rolled the dice (so to speak) recently and tried to buy some Curecoin on HiTBTC, never having used them before--and I
knew about their awful reputation before I made a deposit, but I thought I'd give it a shot.

Merit: 7011

FOXPUP'S MERIT

CYCLING CLUB

Top Crypto Casino

What happened was exactly as OP described.  They took your deposit just fine and allowed you to trade....and then hit me with the KYC requirements when I went to withdraw my coins.  Granted, I didn't read their ToS but Jesus, if there's any kind of KYC required on an exchange, that exchange needs to let you know up front and in big bold letters that it's a requirement.  Anything less than that is just being dishonest, especially given that most people won't go through with a KYC requirement--and as OP stated, HitBTC no doubt knows this and is using it to their advantage.

I'm not sure I'll complain, though I really should.

**≡≡≡ BC.GAME** | __..CASINO_  __SPORTS__  _RACING__  | 200% ON BE Code: B

**sujonali1819**
Legendary

Activity: 2464
Merit: 1189

BLACK JACK .FUN

Need Campaign Manager?
PM on telegram
@sujonali1819

**Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
January 22, 2021, 02:25:49 PM                                                     #7

Quote from: The Pharmacist on January 22, 2021, 01:25:33 PM

if there's any kind of KYC required on an exchange, that exchange needs to let you know up front and in big bold letters that it's a requirement.

This things I also don't like and I think it's not fair. All the platform always should inform about kyc when user want to make a deposit. But they does not do that. And yeah always user should read the terms but it also a responsibility of an exchange to let user know/ care about user's fund and privacy.

And all the behavior from HITBTC make them as SHITBTC. 😊

* I had also some fund their but did not try to visit when they ask to do kyc. lol

**lagbtc**
Newbie

Activity: 8
Merit: 2

BLACK JACK.FUN  ·  ≡ _CRYPTO CASINO_ & _SPORTS BETTING_ | Create Account | Deposit | Play & GET $50 FROM ME | Contact

**Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
January 23, 2021, 08:14:55 AM                                                     #8

Hello,
my ticket 603788.
I will tell you about my bad experience with HITBTC where I have loosed all my money when they had locked my account with no reason.
First I have bought an amount of ethereum from a seller that I know, he sent me the amount in my account in HITBTC, I have received the amount, I have exchanged it to bitcoin In HITBTC, next thing I see is that my account is blocked I can't do any transaction with my account.
I have contacted the support to solve the issue, they asked me to give them my identity and my picture, I sent to them a picture of me holding my passport, they asked me to give them prove of address, I sent to them a picture of that proof, next thing they ask is the payment of the amount received in ethereum; I sent to them screenshots of my PayPal account with the transactions done to pay the seller of ethereum.
After that they demand me to give them the seller identity, I have asked him to give to me because that's important, he accepted and he sent to me his document identity, I sent to them all documents needed, after that they demanded to give them a paper from a notary to prove that the operation was done in a legal way, I have gone to a notary with the seller, we provided to him all documents and proofs demanded so he can give us a paper to prove that the operation was done in a legal way.
I sent to HITBTC the document signed by the notary, next thing they ask me to give them the authorization to practice to prove that the notary was authorized by the state, i have sent to HITBTC the authorization.
Next thing after that they asked me about the original source of the amount received, I have told them that it was received in many transaction that the seller has given me screenshots of, I sent all this information to HITBTC support, they said that's alright, everything is good; one last step before unlocking your account is a skype video call, I sent to them my skype account, we've fixed a date to the video call, I received the call, I have responded to all theirs questions, I have showed my passport and my face was clear, at the end of the skype video call they told me that they will contact me soon.
The next message I receive from them is that they will not unlock my account and there is no solution to get my account back.
This is my story with HITBTC platform, they took all my money.

**muenze (OP)**
Full Member

Activity: 224
Merit: 157

**Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
January 25, 2021, 01:06:55 PM                                                     #9
*Merited by The Sceptical Chymist (4)*

Its unjust enrichment. Hitbtc cant just hold your funds, they need to return them. The issue is very few people will actually report them to the authorities. Its also very hard to find who actually to report since Hitbtc is hiding their company structure like most money launderers do. Thats why we need to report them to every authority they have an office in.

Only this community can solve this issue with concentrated effort. And involve Bequant also because thats where they make the big money with the stolen Hitbtc funds.

All people so far that seem to be related to the scam at Ullus Corporation, Hit Tech Limited and others to help launder the stolen customer funds:

ANDREY SAVCHENKO
George Basiladze ((also Cryptopay.me UK Founder with Dmitry Gunyashov and Wesley Rashid, 12 Hammersmith Grove, Hammersmith, London W6 7AP, UK))
Chen Xiaoqin

Alma Paulauskaité
ANGEL LORENZO
JESUS ARNAEZ
JORGE JAEN
STEPHANIE MENA

Post any other information you find!

217

The address of Hitbtc is also featured in OFFSHORE LEAKS here:

Hit Tech Solutions Development Ltd.
Data Protection Office
Suite 15, Oliaji Trade Centre, Francis Rachel Street,
Victoria, Mahe, Seychelles

https://offshoreleaks.icij.org/nodes/286294

Related to this company

All About Offshore (Seychelles) Limited
PO Box 1004, Suite 15,Oliaji Trade Centre, Victoria, Mahé, Seychelles
Main Number +248 432 26 22    Additional Numbers Additional   Fax +248 432 26 67
Website www.aabol.sc

It was amazing to be part of Bitcointalk for a little while. Thankyou. https://bitcointalk.org/index.php?topic=5316241.0

**fawkesnymous**
Jr. Member

Activity: 108
Merit: 1

the revolution must be tokenized

ⓘ **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
January 26, 2021, 02:29:27 AM                                                    #10

HITBTC! Ticket #620430
My friend CANT WITHDRAWAL money from that F exchange from 2019!!!
Let my friend to withdrawal his LEGAL funds! He sent to ya all proofs, IDs and bank info! STOP YOUR FRAUD!
Guys DONT TRADE ON HITBTC!!!

**muenze (OP)**
Full Member

Activity: 224
Merit: 157

**Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
January 26, 2021, 05:44:41 PM                                                    #11

One guy told me he got his 10 BTC back with help of this thread so thats awesome 😊

I am not sure if he wants to post or not I hope he does.

I am right now compiling a better list of where to report Hitbtc. Some of the owners are in the UK so that willl be very
easy to file complaints of unjust enrichment against them.

It was amazing to be part of Bitcointalk for a little while. Thankyou. https://bitcointalk.org/index.php?topic=5316241.0

**SteveDennis**
Newbie

Activity: 4
Merit: 0

**Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
January 28, 2021, 04:59:26 AM                                                    #12

Attention all HITBTC US costumers who are trying to withdraw their funds to transfer them to US based exchange and
being bloacked by HITBTC.

File a claim with the SEC   https://www.sec.gov/page/sec-regional-offices    They are  already investigating.

Contact the FBI
https://www.fbi.gov/contact-us/legal-attache-offices
https://www.fbi.gov/
Also the FBI takes claims from international victims. You can contact any US embassy in the world and ask to file a
complain with the FBI
Every US embassy has an FBI office.
Any company that are blacklisted by the US government will be restricted worldwide

**SteveDennis**
Newbie

Activity: 4
Merit: 0

**Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
January 28, 2021, 05:24:37 AM                                                    #13

https://cryptobriefing.com/hitbtc-insolvent-scams-users-cybercrime/
HitBTC an Insolvent Scam Operation, Claims Cybercrime Investigator | Crypto Briefing

Blocking accounts is how they are stealing money read the article

**SteveDennis**
Newbie

Activity: 4
Merit: 0

**Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
January 28, 2021, 06:01:38 AM                                                    #14

https://www.weusecoins.com/hitbtc-selective-scamming/

**ice18**
Hero Member

Activity: 2492
Merit: 542

**Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
January 28, 2021, 07:41:30 AM                                                    #15

Thats really unfortunate why not bring this case to proper authorities..
The past week I remember that I used this exchange few years ago to exchange my tokens and when I login I still have
a btc worth approximately $40+ I did not waste any moment as I always read about this kind of accusations to them I
decided to immediately exchange it to eos and withdraw to my Binance account good thing the transaction went smooth
maybe its just a small amount I might experience also like OP if I withdraw huge amount..better to stay away on this
exchange as much as possible.



.DoP                      .....AIRDROP.....

**JelenaFDB**
Newbie

Activity: 19
Merit: 0

◇ **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
   January 28, 2021, 11:01:46 AM                                                    #16

Hi all, my name is Jel and I'd like to get a bit of your help: I'm trying to reach to victims of crypto related frauds in order to help them to get free legal and crypto-forensic help. I'm working on a project that can help and looking for a ways how to reach people. I'd appreciate any of your ideas.

**muenze (OP)**
Full Member

Activity: 224
Merit: 157

◇ **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
   February 01, 2021, 06:36:51 PM                                                   #17

Reported Hitbtc to Seychelles financial authority and seychelles tourism board. I dont see how they like Hitbtc bringing a bad image to Seychelles 😊 Lets see when Hitbtc PO Box in Seychelles gets shut down 😊

It was amazing to be part of Bitcointalk for a little while. Thankyou. https://bitcointalk.org/index.php?topic=5316241.0

**lagbtc**
Newbie

Activity: 8
Merit: 2

◇ **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
   February 04, 2021, 06:03:33 PM                                                   #18

Hello,
my ticket 603788.
I will tell you about my bad experience with HITBTC where I have loosed all my money when they had locked my account with no reason.
First I have bought an amount of ethereum from a seller that I know, he sent me the amount in my account in HITBTC, I have received the amount, I have exchanged it to bitcoin In HITBTC, next thing I see is that my account is blocked I can't do any transaction with my account.
I have contacted the support to solve the issue, they asked me to give them my identity and my picture, I sent to them a picture of me holding my passport, they asked me to give them prove of address, I sent to them a picture of that proof, next thing they ask is the payment of the amount received in ethereum; I sent to them screenshots of my PayPal account with the transactions done to pay the seller of ethereum.
After that they demand me to give them the seller identity, I have asked him to give to me because that's important, he accepted and he sent to me his document identity, I sent to them all documents needed, after that they demanded to give them a paper from a notary to prove that the operation was done in a legal way, I have gone to a notary with the seller, we provided to him all documents and proofs demanded so he can give us a paper to prove that the operation was done in a legal way.
I sent to HITBTC the document signed by the notary, next thing they ask me to give them the authorization to practice to prove that the notary was authorized by the state, i have sent to HITBTC the authorization.
Next thing after that they asked me about the original source of the amount received, I have told them that it was received in many transaction that the seller has given me screenshots of, I sent all this information to HITBTC support, they said that's alright, everything is good; one last step before unlocking your account is a skype video call, I sent to them my skype account, we've fixed a date to the video call, I received the call, I have responded to all theirs questions, I have showed my passport and my face was clear, at the end of the skype video call they told me that they will contact me soon.
The next message I receive from them is that they will not unlock my account and there is no solution to get my account back.
This is my story with HITBTC platform, they took all my money.

**lagbtc**
Newbie

Activity: 8
Merit: 2

◇ **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
   February 05, 2021, 02:35:56 PM                                                   #19

Hello,
my ticket 603788.
I will tell you about my bad experience with HITBTC where I have loosed all my money when they had locked my account with no reason.
First I have bought an amount of ethereum from a seller that I know, he sent me the amount in my account in HITBTC, I have received the amount, I have exchanged it to bitcoin In HITBTC, next thing I see is that my account is blocked I can't do any transaction with my account.
I have contacted the support to solve the issue, they asked me to give them my identity and my picture, I sent to them a picture of me holding my passport, they asked me to give them prove of address, I sent to them a picture of that proof, next thing they ask is the payment of the amount received in ethereum; I sent to them screenshots of my PayPal account with the transactions done to pay the seller of ethereum.
After that they demand me to give them the seller identity, I have asked him to give to me because that's important, he accepted and he sent to me his document identity, I sent to them all documents needed, after that they demanded to give them a paper from a notary to prove that the operation was done in a legal way, I have gone to a notary with the seller, we provided to him all documents and proofs demanded so he can give us a paper to prove that the operation was done in a legal way.
I sent to HITBTC the document signed by the notary, next thing they ask me to give them the authorization to practice to prove that the notary was authorized by the state, i have sent to HITBTC the authorization.
Next thing after that they asked me about the original source of the amount received, I have told them that it was received in many transaction that the seller has given me screenshots of, I sent all this information to HITBTC support, they said that's alright, everything is good; one last step before unlocking your account is a skype video call, I sent to them my skype account, we've fixed a date to the video call, I received the call, I have responded to all theirs questions, I have showed my passport and my face was clear, at the end of the skype video call they told me that they will contact me soon.
The next message I receive from them is that they will not unlock my account and there is no solution to get my account back.
This is my story with HITBTC platform, they took all my money.

**MrWhiteBites**
Hero Member

◇ **Re: Reporting HiTBTC and Bequant to authorities for their scams and frauds**
   April 05, 2021, 11:35:02 AM                                                      #20
   *Merited by The Sceptical Chymist (4)*

Activity: 770
Merit: 511



Im the One who Knocks.

**Excellent Thread Thank you.**

This needs said.  **WARNING - DO NOT SEND ANY ID TO HITBTC**

They will use our id to sell to criminals to steal your identity.  These criminals can then, with your ID open bank accounts, apply for passports all kinds of things.  HitBTC also ask for Phone number (NO Exchange does this) They do this to them try and Sim swap/hack you and take every last penny from you.

they are currently holding nearly 1 BTC worth of $ETH token of mine.  The usual story, account get blocked and now they ask for KYC.

EVERYWHERE absolutely everywhere people are posting about how they get the "run around" KYC is NEVER verified and they just get trolled along for months on end.

Its time to bring this, THE WORLDS BIGGEST SCAM to its knees, FBI found and shut down Silk Road, surely they can shut down a .com exchange.

Coinmarketcap can clearly not be trusted, for keeping HitBTC scam exchange listed.

EVERYONE HERE. Please provide email to all companies so we can add to our own email when we file complaints.

there is no way i am going to let them get away with my money.

**REPORT HERE ALSO:**  https://www.ic3.gov/Home/FileComplaint  FBI internet complaint form. (dont worry you dont have to give real name and address on this form, maybe later if they get back to you)   it takes 5 mins to fill in.

If you don't know who I am, then maybe your best course would be to tread lightly

Pages: [**1**]

print

« previous topic next topic »

Bitcoin Forum > Economy > Trading Discussion > Scam Accusations > **Reporting HitBTC and Bequant to authorities for their scams and frauds**

Jump to:  [ ===> Scam Accusations            ▼ ]  [ go ]

12/24/24, 1:17 PM    bye on X: "@behpmush @freewalletorg Remember this nice letter you sent with your fake ass creator on it in 2017? That was …

Case 22-11068-JTD    Doc 29209    Filed 01/09/25    Page 240 of 243

archive.today
webpage capture

Saved from    https://x.com/birdie1223458/status/1394962318476423169?s=61    search    23 Dec 2024 14:42:48 UTC

no other snapshots from this url

All snapshots  from host x.com

Webpage

share    download .zip    report bug or abuse

X    ←    **Post**

New to X?

Sign up now to get your own personalized
timeline!

**bye**
@birdie1223458

Remember this nice letter you sent with your fake ass creator on it in
2017? That was from one of my wallets you stole. The other email Is from
the other wallet and address you took. @bequant_group @Hitbtc
@freewalletorg  how much money do you really owe me freewallet?

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of
Service and Privacy Policy, including Cookie
Use.

Something went wrong. Try reloading.

Terms of Service · Privacy Policy
Cookie Policy · Accessibility · Ads info
More ···    © 2024 X Corp.

https://archive.ph/65wyX    1/2

archive.today
webpage capture

Saved from   https://x.com/pete3lite0/status/1392955334826807301?s=61        search

no other snapshots from this url

All snapshots  from host x.com

23 Dec 2024 14:46:49 UTC

Webpage

share    ⌄ download .zip    ☀ report bug or abuse

X

←   **Post**

⚙

**pete**
@pete3lite0

Of course it is. This, @hitbtc and @bequant all connected (Russian criminals). they work through closed doors with @freewalletorg , an even more obvious scam... @gdmitry , @wasiafuse, and others to be named later. Piece by piece their criminal scheme will be dismantled.

9:30 PM · May 13, 2021

💬 1           ⇄           ♡           🔖 1           ⬆

**New to X?**

Sign up now to get your own personalized timeline!

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Terms of Service   Privacy Policy
Cookie Policy   Accessibility   Ads info
More ···   © 2024 X Corp.

https://archive.ph/OAzXJ

archive.today
webpage capture

Saved from https://x.com/O80925253/status/945761377058160640

search

23 Dec 2024 14:55:32 UTC

no other snapshots from this url

All snapshots  from host x.com

Webpage

share    download .zip    report bug or abuse

X          ←    **Post**

⚙        O
          @O80925253

U have to know that HITBTC and cointelegraph are run by the same
cybercrime crooks from st Petersburg, same guys behind bytecoin,
changelly, minergate and various other scams.

9:00 PM · Dec 26, 2017

💬              ⟲              ♡              🔖              ⬆

**New to X?**

Sign up now to get your own personalized
timeline!

 Sign up with Apple

**Create account**

By signing up, you agree to the **Terms of
Service** and **Privacy Policy**, including **Cookie
Use**.

Something went wrong. Try reloading.

Terms of Service   Privacy Policy
Cookie Policy   Accessibility   Ads info
More ···    © 2024 X Corp.

223

C RT 747
1 10:30
4448 01.09
FZ

ORIGIN ID:LVKA (510) 320-4255
RISHAB PANDIT

2859 SANDERLING DR

FREMONT, CA 94555
UNITED STATES US

SHIP DATE: 07JAN25
ACTWGT: 4.30 LB
CAD: 6571968/ROSA2570

**TO DELAWARE BANKRUPTCY COURT**

**824 N MARKET ST**
**5TH FLOOR, COURTROOM 5**
**WILMINGTON DE 19801**

(802) 633-3109          REF:
INV:
PO:                     DEPT:



**FedEx**
Express

**E**

REL#
3785346

TRK# 7712 5084 4448
0201

**THU – 09 JAN 12:00P**
**MORNING 2DAY**

**TE ZWIA**          19801
DE–US    PHL




**Office**

FedEx Office #5154
2101 Camino Ramon San Ramon, CA 94583
USA5154@FEDEX.COM
tel (925) 277-1478

Order quality checked by
2641538 on 01/06/25 at 03:14 PM


2 0 1 0 2 9 5 8 7 2 4 6 9 0 4 2

_EXO_

**Rishab Pandit**
**(510) 320-4255**
rishpan12@gmail.com

**B1**

**PIECES 1 of 1**