## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, 1 | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: January 14, 2025

*/s/ Thomas Evangelista*
Thomas Evangelista


State of New York
County of New York


Subscribed and sworn (or affirmed) to me on January 14, 2025, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 7296 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC as Transferee of Name on File<br>c/o Diameter Capital Partners LP<br>Attn: Shailini Rao<br>55 Hudson Yards, Suite 29B<br>New York, NY  10001 | 12/6/2024 |
| 27722 | Name on File<br>Address on File<br>Email Address on File | 8 Golden Fish Investments Ltd as Transferee of Name on File<br>Attn: Teresa Ho<br>27 Discovery Bay Road, Neo Horizons Block 2, 25/D<br>Discovery Bay, Hong Kong<br>Email: 8.golden.fish.investments@gmail.com | 12/6/2024 |
| 27723 | Name on File<br>Address on File<br>Email Address on File | 8 Golden Fish Investments Ltd as Transferee of Name on File<br>Attn: Teresa Ho<br>27 Discovery Bay Road, Neo Horizons Block2, 25/D Discovery Bay<br>Hong Kong,  Hong Kong<br>Email: 8.golden.fish.investments@gmail.com | 12/3/2024 |
| 27724 | Name on File<br>Address on File<br>Email Address on File | 8 Golden Fish Investments Ltd as Transferee of Name on File<br>Attn: Teresa Ho<br>27 Discovery Bay Road, Neo Horizons Block2, 25/D Discovery Bay<br>Hong Kong,  Hong Kong<br>Email: 8.golden.fish.investments@gmail.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 27801 | Name on File<br>Address on File<br>Email Address on File | Figure Markets Inc as Transferee of Name on file<br>Attn: Dan Grueter<br>650 California Street, Suite 2700<br>San Francisco, CA 94108 | 12/3/2024 |
| 27832 | Name on File<br>Address on File<br>Email Address on File | Bradford Capital Holdings LP as Transferee of Name on File<br>Attn: Brian L. Brager<br>P.O. Box 4353<br>Clifton, NJ 07012<br>Email:<br>bbrager@bradfordcapitalmgmt.com | 12/3/2024 |
| 27954 | Name on File<br>Address on File<br>Email Address on File | SSW Holding GmbH as Transferee of Name on File<br>Attn: Thorsten Geier, Finance Director<br>Am Knick4<br>Oststeinbek, Germany 22113<br>Email:<br>thorsten.geier@sswgroup.com | 12/6/2024 |
| 27981 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/3/2024 |
| 27982 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 27984 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/3/2024 |
| 28007 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:<br>rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 12/3/2024 |
| 28009 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA  94111<br>Email: mlinn@farcap.com | 12/6/2024 |
| 28014 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/3/2024 |
| 28018 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28022 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue<br>Suite 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/3/2024 |
| 28024 | Name on File<br>Address on File<br>Email Address on File | Phoenix TF LLC as Transferee of Name on File<br>Attn: Phoenix TF, LLC<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email: customerservice@phoenixtf.co.uk | 12/3/2024 |
| 28032 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28034 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28038 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28039 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28043 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited, Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28044 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28058 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue<br>Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/3/2024 |
| 28061 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 12/3/2024 |
| 28068 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY  82001<br>Email: claims@ftxcreditor.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28084 | Name on File Address on File Email Address on File | SIP SPV I LLC as Transferee of Name on File Attn: Ezra Serrur 37 Greenpoint Avenue Ste. 416 / #20 Brooklyn, NY 11222 Email: ezra@serrurco.com | 12/3/2024 |
| 28105 | Name on File Address on File Email Address on File | SP Multi Claims Holdings, LLC as Transferee of Name on File Attn: Operations 2 Greenwich Plaza, Suite 1 Greenwich, CT 06830 Email: 12017192157@tls.ldsprod.com, rbeacher@pryorcashman.com | 12/13/2024 |
| 28106 | Name on File Address on File Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File Attn: Operations 2 Greenwich Plaza Suite 1 Greenwich, CT 06830 Email: rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 12/3/2024 |
| 28109 | Name on File Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File Attn: Operations 2 Greenwich Plaza Suite 1 Greenwich, CT  06830 Email: 12017192157@tls.ldsprod.com, rbeacher@pryorcashman.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28110 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT  06830<br>Email:<br>rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 12/6/2024 |
| 28113 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/3/2024 |
| 28117 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 12/3/2024 |
| 28122 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email:<br>settlements@attestorcapital.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28123 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/3/2024 |
| 28126 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia LLC as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>FTX@kinstreet.com | 12/3/2024 |
| 28215 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/3/2024 |
| 28218 | Name on File<br>Address on File<br>Email Address on File | Phoenix TF LLC as Transferee of Name on File<br>Attn: Jonathan Forsgren<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email:<br>customerservice@phoenixtf.co.uk | 12/3/2024 |
| 28221 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email:<br>settlements@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28222 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 12/3/2024 |
| 28223 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name of File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28224 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28226 | Name on File Address on File Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP,c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London,  W1H 7JW United Kingdom Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28228 | Name on File Address on File Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London,  W1H 7JW United Kingdom Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28229 | Name on File Address on File Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London,  W1H 7JW United Kingdom Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28230 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: christopher.guth@attestorcapital.com | 12/3/2024 |
| 28231 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: christopher.guth@attestorcapital.com | 12/3/2024 |
| 28232 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: christopher.guth@attestorcapital.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 28233 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28234 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28237 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28238 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28239 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28240 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28241 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28242 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28270 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: settlements@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28271 | Name on File<br>Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: settlements@attestorcapital.com | 12/6/2024 |
| 28272 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 12/12/2024 |
| 28278 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/3/2024 |
| 28279 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/3/2024 |
| 28280 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: : Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28282 | Name on File<br>Address on File<br>Email Address on File | Federico Natali as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/3/2024 |
| 28290 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/6/2024 |
| 28292 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia LLC as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>FTX@kingstreet.com | 12/6/2024 |
| 28295 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/6/2024 |
| 28298 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28299 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28300 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28301 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|------------|------------|-----------------|
| 28302 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28303 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28304 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE  19801<br>Email: paxtibi.xyz@gmail.com | 12/6/2024 |
| 28305 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28306 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28307 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE  19801<br>Email: paxtibi.xyz@gmail.com | 12/6/2024 |
| 28308 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28309 | Name on File Address on File Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London,  W1H 7JW United Kingdom Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28312 | Name on File Address on File Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London, United Kingdom W1H 7JW Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28313 | Name on File Address on File Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London,  W1H 7JW United Kingdom Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28314 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: christopher.guth@attestorcapital.com | 12/6/2024 |
| 28315 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28316 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28317 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28318 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/3/2024 |
| 28319 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28320 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28321 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28322 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28323 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28324 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28325 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28326 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28327 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28328 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28329 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28330 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28331 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28332 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28333 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28334 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies, c/o Attestor Limited<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 28335 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London, United Kingdom W1H 7JW Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28336 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London,  W1H 7JW United Kingdom Email: Christopher.Guth@attestorcapital.com | 12/12/2024 |
| 28337 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London, United Kingdom W1H 7JW Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28338 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/12/2024 |
| 28339 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28340 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28341 | Name on File Address on File Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London, United Kingdom W1H 7JW Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28342 | Name on File Address on File Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London, United Kingdom W1H 7JW Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28343 | Name on File Address on File Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited Attn: Steve Gillies 7 Seymour Street London, United Kingdom W1H 7JW Email: christopher.guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28344 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: christopher.guth@attestorcapital.com | 12/6/2024 |
| 28345 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28346 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28347 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28348 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: christopher.guth@attestorcapital.com | 12/6/2024 |
| 28349 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/12/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28350 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28351 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28352 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28353 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28354 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, United Kingdom W1H 7JW<br>Email: Christopher.Guth@attestorcapital.com | 12/6/2024 |
| 28408 | Name on File<br>Address on File<br>Email Address on File | Phoenix TF LLC as Transferee of Name on File<br>Attn: Jonathan Forsgren<br>418 Broadway Ste R<br>Albany, NY 12207<br>Email: customerservice@phoenixtf.co.uk | 12/12/2024 |
| 28412 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT  06830<br>Email: 12017192157@tls.ldsprod.com, rbeacher@pryorcashman.com | 12/6/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28416 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC as Transferee of Name on File<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 12/13/2024 |
| 28419 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA  94111<br>Email: MLinn@FarallonCapital.com | 12/6/2024 |
| 28423 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street, Suite 4920<br>New York, NY 10019<br>Email: j.farnham@benefitstreetpartners.com | 12/13/2024 |
| 28436 | Name on File<br>Address on File<br>Email Address on File | Holland Street Capital Limited as Transferee of Name on File<br>Attn: Rodolfo Fracassi<br>Niddry Lodge, 51 Holland Street<br>London,  W8 7JB United Kingdom<br>Email: fracassirm@protonmail.com | 12/12/2024 |
| 28437 | Name on File<br>Address on File<br>Email Address on File | Holland Street Capital Limited as Transferee of Name on File<br>Attn: Rodolfo Fracassi<br>Niddry Lodge, 51 Holland Street<br>London,  W8 7JB United Kingdom<br>Email: fracassirm@protonmail.com | 12/12/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28440 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28442 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28447 | Name on File<br>Address on File<br>Email Address on File | Figure Markets Inc as Transferee of Name on File<br>Attn: Dan Grueter<br>650 California Street<br>Suite 2700<br>San Francisco, CA 94108 | 12/12/2024 |
| 28451 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 12/12/2024 |
| 28453 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund LP as Transferee of Name on File<br>Attn: James Pagnam and Legal<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90010<br>Email: Legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 12/12/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28457 | Name on File<br>Address on File<br>Email Address on File | Oaktree London Liquid Value Opportunities Fund (VOF) LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 6th Ave., 34th Floor<br>New York, NY 10019<br>Email: CMcLafferty@oaktreecapital.com | 12/12/2024 |
| 28459 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28462 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28463 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28464 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28465 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28466 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28471 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28472 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28474 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28476 | Name on File<br>Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28495 | Name on File<br>Address on File<br>Email Address on File | Bradford Capital Holding LP as Transferee of Name on File<br>Attn: Brian L. Brager<br>P.O. Box 4353<br>Clifton, NJ 07012<br>Email: bbrager@bradfordcapitalmgmt.com | 12/12/2024 |
| 28497 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue<br>Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/12/2024 |
| 28499 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue Suite 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/12/2024 |
| 28502 | Name on File<br>Address on File<br>Email Address on File | Circle Internet Holdings Inc as Transferee of Name on File<br>Attn: Jeremy Allaire<br>99 High Street<br>Suite 1701<br>Boston, MA 02110 | 12/13/2024 |
| 28510 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street<br>Suite 4920<br>New York, NY 10019<br>Email: j.farnham@benefitstreetpartners.com | 12/12/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28511 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street, Suite 4920<br>New York, NY 10019<br>Email:<br>j.farnham@benefitstreetpartners.com | 12/12/2024 |
| 28514 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:<br>rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 12/12/2024 |
| 28516 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:<br>rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 12/12/2024 |
| 28518 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 12/12/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28520 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>c/o Benefit Street Partners, L.L.C<br>Attn: Max Rudenstein<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110<br>Email: m.rudenstein@benefitstreetpartners.com | 12/12/2024 |
| 28522 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund LP as Transferee of Name on File<br>Attn: James Pagnam<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90067<br>Email: Legal@canyonpartners.com,<br>Jpagnam@canyonpartners.com | 12/13/2024 |
| 28540 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 12/12/2024 |
| 28542 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/13/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28572 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 12/12/2024 |
| 28574 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue Suite 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/12/2024 |
| 28578 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue Suite 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/12/2024 |
| 28591 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia LLC as Tansferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>ftx@kingstreet.com | 12/12/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28597 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/12/2024 |
| 28598 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/12/2024 |
| 28599 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/12/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28626 | Name on File<br>Address on File<br>Email Address on File | Hain Capital Investors Master Fund LTD as Transferee of Name on File<br>Attn: Keenan Austin<br>The Meadows Office Complex<br>301 Route 17 North<br>Rutherford, NJ 07070<br>Email: kaustin@haincapital.com | 12/12/2024 |
| 28628 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC as Transferee of Name on File<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 12/12/2024 |
| 28630 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/13/2024 |
| 28633 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>27 Old Gloucester Street<br>London,  WC1N 3AX United Kingdom<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28635 | Name on File<br>Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>27 Old Gloucester Street<br>London,  WC1N 3AX United Kingdom<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28637 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>27 Old Gloucester Street<br>London, WC1N 3AX United Kingdom<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28647 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue<br>Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/13/2024 |
| 28650 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/13/2024 |
| 28667 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management LL.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 12/13/2024 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28676 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC as Transferee of Name on File<br>c/o Hudson Bay Capital Management LP<br>Attn: Matthew Weinstein and Chad Flick<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: mweinstein@hudsonbaycapital.com, cflick@hudsonbaycapital.com | 12/13/2024 |