# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: January 14, 2025

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 14, 2025, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 14376 | Name on File<br>Address on File<br>Email Address on File | Livello Capital Special Opportunities Master Fund LP<br>Attn: General Counsel c/o Livello Capital Management LP<br>104 W. 40th Street, 19th Floor<br>New York, NY 10018<br>Email: jsalegna@livellocap.com | 12/12/2024 |
| 24206 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 24209 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com, recovery@gmail.com | 12/12/2024 |
| 27909 | *Name not provided by Transferee* | East West Technology Ventures PTE Ltd<br>Attn: Ng Bin Hong<br>71 Robinson Road<br>Floor 15<br>Singapore, 068898 Singapore | 12/6/2024 |
| 28017 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/12/2024 |
| 28020 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC<br>Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 12/6/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28066 | Name on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 12/6/2024 |
| 28112 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 12/6/2024 |
| 28116 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 12/6/2024 |
| 28235 | Name on File<br>Address on File<br>Email Address on File | Bradford Capital Holdings, LP<br>Attn: Brian L. Brager<br>P.O. Box 4353<br>Clifton, NJ 07012<br>Email:<br>bbrager@bradfordcapitalmgmt.com | 12/6/2024 |
| 28441 | Name on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28460 | Name on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/12/2024 |
| 28461 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/6/2024 |
| 28467 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | First Class Mail:<br>12/12/2024<br>Email: 12/6/2024 |
| 28468 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | First Class Mail:<br>12/12/2024<br>Email: 12/6/2024 |
| 28469 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/6/2024 |
| 28470 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/6/2024 |
| 28473 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | First Class Mail:<br>12/12/2024<br>Email: 12/6/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28475 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 12/6/2024 |
| 28508 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | First Class Mail:<br>12/12/2024<br>Email: 12/6/2024 |
| 28612 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/12/2024 |
| 28613 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/12/2024 |
| 28614 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/12/2024 |
| 28615 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/12/2024 |
| 28616 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/12/2024 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28617 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.,<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/12/2024 |
| 28618 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 12/12/2024 |
| 28766 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC<br>Attn: Max Rudenstein<br>c/o Benefit Street Partners, L.L.C<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110<br>Email: m.rudenstein@benefitstreetpartners.com | 12/19/2024 |
| 28771 | Name on File<br>Address on File | Michael Bacina<br>c/o Williams Law<br>P.O. Box 882<br>Grand Cayman, KYI-1103 Cayman Islands | 12/19/2024 |
| 28866 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited<br>Attn: Christopher Guth<br>Attestor Value Master Fund LP, c/o Attestor Limited<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 12/19/2024 |