1/14/25

Dear Sir,

I hope that this letter finds you well.

It has just come to my attention that the status of my account is showing "pending" due to the discrepancy with FTX. Per my application for funds, I wired $22,000 to FTX via West Shire two days prior to them filing bankruptcy. I provided the formal paperwork, including the wire transfer from the bank with the original documents, therefore I am unclear why they are showing that there is a problem. I can only surmise that the funds did not reach the account prior to FTX filing bankruptcy; however, they would not return the wire either. My bank requested that the funds be returned, however, FTX would not respond to their request.

As previously submitted, I have enclosed a copy of the specific wire and the request to return the wire for your consideration. I have been receiving emails from Kroll so I assume that all was well until I was instructed to do some specific requirements on the FTX website. Upon the review of the account I discovered that the balance was incorrect. I questioned them about the balance and they told me to contact Kroll. After further investigation I discovered that another response was needed. I know now that there was a deadline but I was just made aware that there was an issue. I did not receive any communication from Kroll that the account was paused. So, I humbly request if you would please accept this request to the review my petition.

Sincerely

Tyra Powell

*[signature: Tyra Powell]*

County of Durham
State of North Carolina
On this 14 day of January 2025
Tyra Powell
Personally appeared before me and acknowledge that he/she executed the foregoing instrument.
_[signature]_ Notary Public
My Commission Expires 2/3/2027

*[Notary seal: Pamela A. Vereen, Notary Public, Durham County, NC]*

*[Received stamp: 2025 JAN 15 PM 3:55, US Bankruptcy Court, District of Delaware]*



# Wire Transfer Request

*\* indicates a required field*

## WIRE INFORMATION

Outgoing Domestic Wire

| Amount to Be Wired * | $22,000.00 | Fee(s) Charged | $15.00 |
|---|---|---|---|

**Receiving Institution ***
- ID Type:
- Identifier:
- Name:
- City:

**Message To Receiving Institution**

## ORIGINATOR INFORMATION

**Account # To Debit ***
**Name / Address ***
- ID Type:
- Identifier:
- Name:
- Address:
- City:

Voice:
Fax:

## BENEFICIARY INFORMATION

**Account # To Credit ***
**Name / Address ***
- ID Type:
- Identifier:
- Name:
- Address:
- City:

Voice:
Fax:

**Message To Beneficiary**
Originator to Ben:

THIS AGREEMENT AND PAYMENT ORDER is between Coastal Federal Credit Union (the "Credit Union") and the undersigned member. The Credit Union is authorized and directed to make the funds transfer and assess the fee in the amounts set forth above according to the terms and conditions hereof. The Credit Union shall not be responsible for losses by the member or any person, entity, or institution if the receiving financial institution posts or processes this funds transfer based upon the account number rather than the name of the beneficiary, or where an intermediary or beneficiary bank is identified by number, even if they differ. The Credit Union will not be liable to the undersigned member for any incidental, consequential or special damages resulting from this funds transfer failing to be made due to a technical failure beyond the control of the Credit Union, or (ii) due to the undersigned member's late or improper execution of, or failure to execute, this Wire Transfer Request. After the Credit Union has accepted this Wire Transfer Request, no amendment or cancellation will be effective without the agreement of the Credit Union. WIRE TRANSFER REQUESTS MUST BE SIGNED AND COMPLETELY PROCESSED BY 3:00PM EST IN ORDER FOR THE WIRE TO BE SENT THE SAME DAY.

Member Signature: *Tyra Powell*   Date: 11/9/22

### CREDIT UNION USE ONLY

- Entry Batch:
- Entered By:
- Authorized By:
- Payment Method: Account Withdrawal
- WITS Ref Nbr:                  11/09/2022
- Origin Date: 1:44PM   11/09/2022
- Template Name   Default OUT Domestic
- Orig Ref:
- Orig Branch:
- Orig Method:    In-Person

Wire Verified / Transmitted By:                              Time:



# Wire Transfer Request

## TRANSACTION INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Wire Type : | Outgoing Domestic Message | Origin Date : | 2:40PM 11/16/2022 |
| Wire Amount : | $22,000.00  Bank Cust : Yes | WITS Ref Nbr : | Proc Date : 11/16/2022 |
| Wire Fee : | $0.00  Waive : No | Taken By : | Orig Branch : |
| Advice Fee : | $0.00  Waive : No | Entered By : | Wire Room |
| Tran Acct : | | Authorized By : | |
| Fee Acct : | | Concurred By : | |
| Payment Method : | | | |
| Entry Batch : | | Avail Bal : | |
| Template Name : | | Orig Method : | Not Known |
| Online Inquiry : | 2:43PM  11/16/2022 | Posting : | 2:43PM  11/16/2022 |

## ORIGINATOR NAME / ADDRESS

ID Type :
Identifier :
Name:
Address:
City:

Voice :
Fax :

Drv License Nbr :     St :

Alien ID Nbr :

## RECEIVING INSTITUTION NAME / ADDRESS

ID Type :
Identifier :
Name:
City:

## BENEFICIARY NAME / ADDRESS

ID Type :
Identifier :
Name:
Address:
City:

Voice :
Fax :

Commercial

## WIRE INFORMATION

Bus Func/Type :
Initial Ref Nbr :
IMAD Key :
Originator to Ben :
Bank to Bank :    2ND REQUEST                              OUR MEMBER IS REQUESTING FUNDS TO BE RECALLED AND SENT BACK TO COASTAL AS SHE CANNOT GET A RESPONSE IF FUNDS HAVE BEEN RECEIVED WIRE SENT ON 11-9-22 PLEASE RESPOND

Local Instr Code :
Sender Ref Nbr :
OMAD Key :



**Wire Transfer Request**

**TRANSACTION INFORMATION**

| | | | | |
|---|---|---|---|---|
| Wire Type : | Outgoing Domestic Message | | Origin Date : | 2:40PM 11/16/2022  Proc Date : 11/16/2022 |
| Wire Amount : | $22,000.00  Bank Cust : Yes | | WITS Ref Nbr : | ▇▇▇  Orig Branch : ▇▇▇ |

| | | | |
|---|---|---|---|
| Member Signature | _____ | Date | _____ |
| Taken By | _____ | Date | _____ |
| Verified By: | ▇▇▇▇▇▇▇▇▇▇ | Date | 11/16/2022  3:33PM |
| Callback To | _____  Fax To | _____ | |
| Password / PIN # | _____ | Date | _____ |
| Supervisor Approved | _____ | Date | _____ |

THIS AGREEMENT AND PAYMENT ORDER is between Coastal Federal Credit Union (the "Credit Union") and the undersigned member. The Credit Union is authorized and directed to make the funds transfer and assess the fee in the amounts set forth above according to the terms and conditions hereof. The Credit Union shall not be responsible for losses by the member or any person, entity, or institution if the receiving financial institution posts or processes this funds transfer based upon the account number rather than the name of the beneficiary, or where an intermediary or beneficiary bank is identified by number, even if they differ. The Credit Union will not be liable to the undersigned member for any incidental, consequential or special damages resulting from this funds transfer failing to be made due to a technical failure beyond the control of the Credit Union, or (ii) due to the undersigned member's late or improper execution of, or failure to execute, this Wire Transfer Request. After the Credit Union has accepted this Wire Transfer Request, no amendment or cancellation will be effective without the agreement of the Credit Union. WIRE TRANSFER REQUESTS MUST BE SIGNED AND COMPLETELY PROCESSED BY 3:00PM EST IN ORDER FOR THE WIRE TO BE SENT THE SAME DAY.



# Wire Transfer Request

**TRANSACTION INFORMATION**

| | | | |
|---|---|---|---|
| Wire Type : | Outgoing Domestic Message | Origin Date : 2:40PM 11/16/2022 | Proc Date : 11/16/2022 |
| Wire Amount : | $22,000.00   Bank Cust : Yes | WITS Ref Nbr : ▮ | Orig Branch : ▮ |

"You" and "your" means the customer (account holder) who is requesting a wire transfer on Page 1 of this document. In consideration of American Bank (the "Bank") undertaking to wire transfer funds on your behalf and at your direction, you agree to abide by and be bound by the following terms and conditions:

1) The Bank's obligation to you is limited to the transfer of funds to the beneficiary account at the beneficiary bank which you set forth on the wire transfer document. YOU ARE SOLELY RESPONSIBLE FOR THE ACCURACY OF THE ACCOUNT NUMBERS AND THE ROUTING NUMBERS FOR THE BENEFICIARY BANK. You understand and acknowledge that the Bank does not verify that the account number is in fact the beneficiary's account, nor that the beneficiary bank's routing number is correct.

2) You understand and acknowledge that the Bank DOES NOT provide any written notice or advice of the wire transfer of funds to the beneficiary, or to the beneficiary bank, or to you, except for your periodic account statement. You are solely responsible to make whatever inquires to the beneficiary and/or the beneficiary bank as may be reasonably necessary or advisable, in order to ascertain whether the transfer took place as you intended.

3) You do not have the right to cancel, amend or stop this wire transfer payment order once it has been given to the Bank for processing. You should therefore be absolutely certain that you intend to transfer the funds in accordance with the instructions you give on this document. However, in the event that you do request the Bank to cancel, amend or stop this wire transfer payment order, after it has been given to the Bank for processing, the Bank will use reasonable efforts to accommodate the request.

4) If you determine after the wire transfer has taken place that the funds were not received as you intended, whether in amount, or intended beneficiary bank or account, or any other discrepancy, then without regard to the reason why that circumstance has occurred (including fault misdelivery or non-delivery on the part of the Bank) you shall be obligated to immediately notify the Bank. The Bank will use reasonable effo to ascertain the cause of the circumstance, and will use reasonable efforts to correct the problem if it is possible to do so.

5) You have 15 days after receipt of your periodic statement or written confirmation of payment order on which the wire transfer appears, or should appear, to notify the Bank of any error or discrepancy between your records and the Bank's records. Otherwise, all of the terms of your account agreement set forth in a document titled "All About Your Deposit Account" (hereinafter "Account Agreement"),