## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 25685, 25686, 25687, 25688, 25689, 25690, 25691, 25692, 25693, 25694, 25695, 25696, 25697, 25698, 25699, 25700, 25701, 25702, 25703, 25704, 25705, 25706, 25708, 25710, 25711, 25712, 25713, 25714, 25715, 25716, 25717, 25718, 25720, 25721, 25722, 25723, 25724, 25725, 25726, 25727, 25728, 25729, 25730 ,25731, 25732, 25733, 25734, 25735, 25736, 25737, 25738, 25739, 25740, 25741, 25742, 25743, 25744, 25745, 25746, 25747, 25748, 25749 & 25750** |

### OMNIBUS NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DEBTORS' EIGHTY-EIGHTH THROUGH ONE HUNDRED NINETEENTH OMNIBUS OBJECTIONS TO CERTAIN PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that on November 12, 2024, the undersigned counsel for the Debtors and Debtors-in-Possession submitted to Chambers copies of the proofs of claim, along with any attachments, identified on the schedules attached to the proposed order attached as Exhibit A to each of the following omnibus claim objections in accordance with Rule 3007-1(e)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware:

1. Debtors' Eighty-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25685 & 25719, filed on September 25, 2024]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

2. Debtors' Eighty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25686 & 25720, filed on September 25, 2024]

3. Debtors' Ninetieth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25687 & 25721, filed on September 25, 2024]

4. Debtors' Ninety-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25688 & 25722, filed on September 25, 2024]

5. Debtors' Ninety-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25689 & 25723 filed on September 25, 2024]

6. Debtors' Ninety-Third (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25690 & 25724, filed on September 25, 2024]

7. Debtors' Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25691 & 25725, filed on September 25, 2024]

8. Debtors' Ninety-Fifth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25692 & 25726, filed on September 25, 2024]

9. Debtors' Ninety-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25693 & 25727, filed on September 25, 2024]

10. Debtors' Ninety-Seventh (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25694 & 25728, filed on September 25, 2024]

11. Debtors' Ninety-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25695 & 25729, filed on September 25, 2024]

12. Debtors' Ninety-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 25696 & 25730, filed on September 25, 2024]

13. Debtors' One Hundredth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [D.I. 25697 & 25731, filed on September 25, 2024]

14. Debtors' One Hundred First (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25698 & 25732, filed on September 25, 2024]

15. Debtors' One Hundred Second (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25699 & 25733, filed on September 25, 2024]

16. Debtors' One Hundred Third (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25700 & 25734, filed on September 25, 2024]

17. Debtors' One Hundred Fourth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25701 & 25735, filed on September 25, 2024]

18. Debtors' One Hundred Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25702 & 25736, filed on September 25, 2024]

19. Debtors' One Hundred Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25703 & 25737, filed on September 25, 2024]

20. Debtors' One Hundred Seventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25704 & 25738, filed on September 25, 2024]

21. Debtors' One Hundred Eighth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25705 & 25739, filed on September 25, 2024]

22. Debtors' One Hundred Ninth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25706 & 25740, filed on September 25, 2024]

23. Debtors' One Hundred Tenth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25708 & 25741, filed on September 25, 2024]

24. Debtors' One Hundred Eleventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25710 & 25742, filed on September 25, 2024]

25. Debtors' One Hundred Twelfth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25711 & 25743, filed on September 25, 2024]

26. Debtors' One Hundred Thirteenth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25712 & 25744, filed on September 25, 2024]

27. Debtors' One Hundred Fourteenth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25713 & 25745, filed on September 25, 2024]

28. Debtors' One Hundred Fifteenth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 25714 & 25746, filed on September 25, 2024]

29. Debtors' One Hundred Sixteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 25715 & 25747, filed on September 25, 2024]

30. Debtors' One Hundred Seventeenth (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claim (Customer Claims) [D.I. 25716 & 25748, filed on September 25, 2024]

31. Debtors' One Hundred Eighteenth (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 25717 & 25749, filed on September 25, 2024]

32. Debtors' One Hundred Nineteenth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 25718 & 25750, filed on September 25, 2024]

Dated: January 17, 2025
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christian P. Jensen (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       jensenc@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*