**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 27176, 27177, 27178, 27179, 27181, 27182, 27183, 27190, 27191, 27192, 27196, 27197, 27198, 27199, 27200, 27201, 27202, 27203, 27204 & 27205** |

**OMNIBUS NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DEBTORS' ONE HUNDRED TWENTIETH THROUGH ONE HUNDRED TWENTY-NINTH OMNIBUS OBJECTIONS TO CERTAIN PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that on December 2, 2024, the undersigned counsel for the Debtors and Debtors-in-Possession submitted to Chambers copies of the proofs of claim, along with any attachments, identified on the schedules attached to the proposed order attached as Exhibit A to each of the following omnibus claim objections in accordance with Rule 3007-1(e)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware:

1. Debtors' One Hundred Twentieth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 27176 & 27196, filed on October 23, 2024]

2. Debtors' One Hundred Twenty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 27177 & 27197, filed on October 23, 2024]

3. Debtors' One Hundred Twenty-Second (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 27178 & 27198, filed on October 23, 2024]

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4. Debtors' One Hundred Twenty-Third (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 27179 & 27199, filed on October 23, 2024]

5. Debtors' One Hundred Twenty-Fourth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 27181 & 27200, filed on October 23, 2024]

6. Debtors' One Hundred Twenty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 27182 & 27201, filed on October 23, 2024]

7. Debtors' One Hundred Twenty-Sixth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [D.I. 27183 & 27202, filed on October 23, 2024]

8. Debtors' One Hundred Twenty-Seventh (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 27190 & 27203, filed on October 23, 2024]

9. Debtors' One Hundred Twenty-Eighth (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 27191 & 27204, filed on October 23, 2024]

10. Debtors' One Hundred Twenty-Ninth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 27192 & 27205, filed on October 23, 2024]

Dated: January 17, 2025
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christian P. Jensen (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       jensenc@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*