# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 28532, 28533, 28534, 28535,<br>28536, 28537, 28538, 28539, 28544, 28545,<br>28546, 28547, 28548, 28549, 28550, 28551,<br>28552, 28553, 28554 & 28555 |

**OMNIBUS NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DEBTORS' ONE HUNDRED THIRTY-FIRST THROUGH ONE HUNDRED FORTIETH OMNIBUS OBJECTIONS TO CERTAIN PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that on January 9, 2025, the undersigned counsel for the Debtors and Debtors-in-Possession submitted to Chambers copies of the proofs of claim, along with any attachments, identified on the schedules attached to the proposed order attached as Exhibit A to each of the following omnibus claim objections in accordance with Rule 3007-1(e)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware:

1. Debtors' One Hundred Thirty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 28532 & 28546, filed on December 4, 2024]

2. Debtors' One Hundred Thirty-Second (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 28533 & 28547, filed on December 4, 2024]

3. Debtors' One Hundred Thirty-Third (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims) [D.I. 28534 & 28548, filed on December 4, 2024]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4. Debtors' One Hundred Thirty-Fourth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims) [D.I. 28535 & 28549, filed on December 4, 2024]

5. Debtors' One Hundred Thirty-Fifth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims) [D.I. 28536 & 28550, filed on December 4, 2024]

6. Debtors' One Hundred Thirty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 28537 & 28551, filed on December 4, 2024]

7. Debtors' One Hundred Thirty-Seventh (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 28538 & 28552, filed on December 4, 2024]

8. Debtors' One Hundred Thirty-Eighth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer and Non-Customer Claims) [D.I. 28539 & 28553, filed on December 4, 2024]

9. Debtors' One Hundred Thirty-Ninth (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 28544 & 28554, filed on December 4, 2024]

10. Debtors' One Hundred Fortieth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [D.I. 28545 & 28555, filed on December 4, 2024]

| | |
|---|---|
| Dated: January 17, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christian P. Jensenc (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        jensenc@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |