## SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Seventy-Third Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 38096 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24728 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18232 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26696 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93331 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78502 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 39308 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 70758 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 40930* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61584* | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 60788 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 35157 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 45307* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55605* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30956 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30692 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33205 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84505 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 13441 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 67471 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22600 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27365 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 58303 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 45344 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28052 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31133 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55401 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36390 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26065 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 58248 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 58170 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 6567 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 51765 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36769 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94943 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 10398 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22614 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59566 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46718* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26615 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20675 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21708 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 94862 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 16379 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79824 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94354 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 26531 | Name on file | FTX Japan K.K. | Quoine Pte Ltd |
| 73357* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80402 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32783 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59855 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

40930* -Claim is also included as a Surviving Claim in the Debtors' Sixty-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims).
61584* -Claim is also included as a Surviving Claim in the Debtors' Sixty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims).
45307* -Claim is also included as a Surviving Claim in the Debtors' Sixty-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims).
55605* -Claim is also included as a Surviving Claim in the Debtors' Seventy-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims).
46718* -Claim is also included as a Surviving Claim in the Debtors' Sixty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims).
73357* -Claim is also included as a Surviving Claim in the Debtors' Sixty-Eighth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims).

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 68959 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 88332 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61348 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 25524 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30855 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 42725 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30080 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 43352 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26837 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 72325 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31060 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84042 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73449 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84127 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26906 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65829 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32790 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79359 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19089* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24689 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 41055 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94820 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 84575 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91277 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36692* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93784 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31151 | Name on file | West Realm Shires Services Inc. | Quoine Pte Ltd |
| 51086 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32600 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32973 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15934 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 76179 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19467 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 42650 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34718 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15183 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 52856 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 23887 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 48648 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32913 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 43784 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31065 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30768 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33030 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20964 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81780 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94618 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 62135 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62727 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22735 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31175 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29469 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28198 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32980 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 12210 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

19089* Claim is also included as a Surviving Claim in the Debtors' Sixty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
36692* Claim is also included as a Surviving Claim in the Debtors' Sixty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| Claim Number | Name | Asserted Claims | Modified Claim |
| --- | --- | --- | --- |
| | | **Debtor** | **Debtor** |
| 83775 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15106 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 10262 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71597 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 71015 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79151 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30668 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 92842 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14733 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94981 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 78707 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36841* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79148 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78602 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21925 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60090 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 12826 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 77167 | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 81613 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 23311 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 40579 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 25509 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15611 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61163 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 61444 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24235 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28896 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14791 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31299 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 76090 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28260 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33290 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 42818 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 13538 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 43333 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 51074 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87136 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 72103 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71468 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84397 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 16406 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24669 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29430 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30905 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 37474 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15284 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 44163 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 17690 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19224 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 50278 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 7993 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32702 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 52926 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30907 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62786 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |

36841* Claim is also included as a Surviving Claim in the Debtors' Sixty-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 21888 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19037 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 85906 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 91047 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 27545 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34256 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29233 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83698 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84753 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94937 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 83683 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15139 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94454 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 71254 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55124 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 70816 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94934 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 81855 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59720 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 77573 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68845* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 6376 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26434 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94225 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60647 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27949 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20616 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81948 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 86050 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 14895 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11949 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 41031 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94647 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 25511 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22590 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 25483 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65430 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81642 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 76599 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84593 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28037 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94861 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 28090 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11905 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26557 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80401 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 72662 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65918 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26793 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 70474 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94892 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 27047 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 58568 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79173 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24292 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

68845* Claim is also included as a Surviving Claim in the Debtors' Sixty-Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims).

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 83912 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94356 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 65911 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 94963 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 42835 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68664 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80968 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 77281 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81767 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71168 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30953 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38841 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60357 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94939 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 81958 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 69022 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82042 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83167 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33009 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31169 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 9677 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94983 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 58158 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94707 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 84070 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79335* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 57468 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32474 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94539 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 18371 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 16163 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18139 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59885 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33875 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 35389 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32839 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27002 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56076* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94603 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 54148 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 17443 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32997 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26856 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 57756 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21782 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32881 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 49739 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33947 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 10680 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78335 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81683 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 47446 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73689 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93576 | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 29521 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 78449 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79545 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30619 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14477 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28061 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83870 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55422 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 49648 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11382 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73243 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33140 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38930 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34155 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24903 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 49089 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93920 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19506 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55637 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 71445 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 64462 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 47275 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84314 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31790 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81618 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18008 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61619 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68835 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91515 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38937 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 46507 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 39577 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 89659 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55376 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68864 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73212 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61412 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94982 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 88856 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91636 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30419 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28194 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20820 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26080 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26755 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20689 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82643 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84067 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30578 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82896 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21987 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79765 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15420 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29038 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15259 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79517 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

|  | | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 94680 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 94717 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 69163 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94674 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 27513 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94614 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 94481 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 19509 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68340 | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 80679 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62622 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94584 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 80356 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 42832 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27945 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 89478 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 50886 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31295 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 86145 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73285 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 92850 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32530 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 34327 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21663 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26839 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 6605 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11281 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30107 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 45728 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62906 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24531 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94658 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95038 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 21897 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 35616 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 44644 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34047 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 72040 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34330 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91874 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95009 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 11395 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94847 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 31260 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94389 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 94910 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11912 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 42811* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59901 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21089 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21117 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91305 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26534 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94961 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 31086 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 29567 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62534 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24037 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94857 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 30519 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 35248 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87145 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 50355 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94093 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33965 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84848 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59367 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71055 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31259 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 67947 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26984 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32468 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31105 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94403 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65792 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 47544 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20547 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26023 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29364 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32797 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11753 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19321 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60266 | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 60389 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29397 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29010 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29630 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27638 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29259 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80665 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84308 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 45025 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94420 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 33172 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14891 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94384 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 76054* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79509 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 5659 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91295 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73439 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29593 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62597 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30499 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 77647 | Name on file | FTX Japan K.K. | Quoine Pte Ltd |
| 58193 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22122 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 26682 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26775 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 17608 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 30707 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30651 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 86160 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26706 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 52897 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34095 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 85964 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 60566 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59919 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 57213 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 35208 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80343 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81739 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36827 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46863 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 90699 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94816 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 94663 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 49845 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 7907 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19301 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33094 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61271 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94544 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65224* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36933 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91339 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 57224 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94416 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 93776 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 63384 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62968 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14424 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62900 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34759 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79606 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 12726 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29257 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31287 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34016 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 42747 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61470 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 70066 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94471 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 33050 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14846 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 43229 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18328 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 58305 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28178 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 49526 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 52079 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 10342 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 90556 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27736 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 52379 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94705 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 15230 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94886 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34222 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94532 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 55959* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 48145 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15999 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32173 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 89386 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18882 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94997 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94908 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 34855 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26768 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80724 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 69536 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94558 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36697 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 25505 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93524 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28227 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29237 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60232 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 37418 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82213 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 51023 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 12079 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 57601 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62595 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93245 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83277 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55267 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 76458 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94371 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 44573 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46715 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62521 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 44197 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94733 | Name on file | Quoine Pte Ltd | FTX Trading Ltd. |
| 19579 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61069 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 19607 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56089 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 69026 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79180 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94691 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 19568 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84037 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81807 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55092 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56073 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21766 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 47995 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 95341 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 29134 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78160 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 45330 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 25634 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82994 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31041 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30360 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91589 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 43267 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31420 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31142 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82036 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31253 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 90495 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94907 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 30533 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11995 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38940 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 92727 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78580 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55480 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33073 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91530 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 35149 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84032 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 63289 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14725 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78761 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 57718 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11984 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28303 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18426 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36353 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 58132 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 52360 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20929 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60444 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94616 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 28011 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 90474 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22244 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29285 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 73066 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19680 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94231 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14748 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 76595 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31205 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 63274 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55230 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 72148* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81645 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82419 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26384 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

72148* Claim is also included as a Surviving Claim in the Debtors' Sixty-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 48334 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 89465 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 66748 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 14613* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 89601 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 86012 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60979 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 58232 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26885 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 66452 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80909 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27075 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22606 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29400 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 53363 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 13356 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94402 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 19473 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65797 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73656 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 40523 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94774 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 29701 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30611 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19313 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46514 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 23361 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28789 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27011 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60954 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15986 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79080 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94751 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 94889 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 44302 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 8063 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 27916 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29435 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 12159* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94817 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32781 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14845 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94739 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95081 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 34422 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65231 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34347 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 7179 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94425 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 15435 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24076 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31914 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27538 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94565 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28207 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 15349 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 49788 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 13203 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31212 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34385 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 69851* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68721 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29739 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56165 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 49230 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 47693 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56247 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65950 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 39594 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 17248 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32693 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61654 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 82011 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 38049 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 7980 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 17441 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94361 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 91670 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30674 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 9945 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 47100* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 53673 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94781 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 94902 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |