# SCHEDULE 2

**No Liability Claims**

FTX Trading Ltd. 22-11068 (JTD)
Eighty-Fourth Omnibus Claims Objection
Schedule 2 - No Liability Claims

| Claim Number | Name | Debtor | Asserted Claims Tickers | Ticker Quantity |
|---|---|---|---|---|
| 93332 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: Almost 12000$ - I send Bitcoin Which is Value on that time is 2590$ plus i got 52 Avalanche . i send them to binance.us but both of them lost. because exchange get bank currpt.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94461 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 10000 - Quantities of crypto

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 11595 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88202 | Name on file | West Realm Shires Services Inc. | BTC | 0.000041470000000 |
| | | | ETH | 0.000868160000000 |
| | | | ETHW | 0.000854640000000 |
| | | | SOL | 0.103652680000000 |

Other Activity Asserted: right now Im seeing 3.66 before it was higher - I'm not sure what type of ftx account I have on my phone but this what its showing

Reason: The Claimant filed a customer entitlement claim against an FTX Account ID with no balance. The supporting documentation provided within the proof of claim references a customer code which has a related active scheduled claim. No liability exists on the Debtors books and records on account of the FTX Account ID referenced on the proof of claim form.

| 93594 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 89 sol, 124.9 bat 2 brz,2 doge, 1 tron - solana, tron,bat,brz,dodge

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. The account holdings referenced in the claimant's other activity relates to an account with an active scheduled claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93145 | Name on file | West Realm Shires Services Inc. | BTC | 0.145839180000000 |
| | | | CUSDT | 3.000000000000000 |
| | | | DOGE | 1.000000000000000 |
| | | | ETH | 1.634317730000000 |
| | | | ETHW | 1.633631390000000 |
| | | | [NFT DESCRIPTION NOT PROVIDED] | 1.000000000000000 |
| | | | SOL | 3.361514670000000 |
| | | | TRX | 1.000000000000000 |
| | | | USD | 4,184.330408382877665 |

Other Activity Asserted: I want the value of my crypto - I want my crypto

Reason: The Claimant filed a customer entitlement claim against an FTX Account ID with no balance. The supporting documentation provided within the proof of claim references a customer code which has a related active scheduled claim. No liability exists on the Debtors books and records on account of the FTX Account ID referenced on the proof of claim form.

| 23202 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 20,000 - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 90113 | Name on file | FTX Trading Ltd. | RENFIL | 3,217.368550883887405 |

Other Activity Asserted: 3217.36855 Filecoin tokens - I'm reaching out according to the instructions on the RenBridge website: https://bridge.renproject.io/  I am the owner of 3217.36855 renFil tokens on ethereum wallet ###############, representing 3217.36855 Filecoin tokens held in custody by the Ren Bridge protocol. I acquired these tokens by wrapping Filecoin tokens using the RenBridge.  The current USD value of this claim is $15,443.36 as of Dec 5, 2023. I need to recover my Filecoin tokens which were transferred to FTX when the RenBridge assets were seized.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 61102 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: $8,500,000 - Not sure

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 47216 | Name on file | FTX EU Ltd. | | Undetermined* |

Other Activity Asserted: Keine Ahnung - Web3 blockchain usw

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 35576 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 19292 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 5000 - Ftx owes me money they stole and locked me out of my account

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 11879 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 38913 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 19908 | Name on file | FTX EU Ltd. | DAP | 26.000000000000000 |

Other Activity Asserted: $3,000 - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 34004 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: Buenas, yo estoy reclamando mi cuenta de FTX - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 14927 | Name on file | FTX EU Ltd. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94912 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: Case 22-11068 - Bankruptcy court

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 87822 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: 10,000 - FTX TOOK MY MONEY AND DELETED MY ACCOUNT IT DOESNT EVEN SHOW THE HISTORY ANYMORE I JUDT WANT ME 10,000 that I invested and never seen again it's only fair to pay me my money it's been a long time now

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93296 | Name on file | FTX Trading Ltd. | BNB | 2.648834270000000 |
| | | | BTC | 0.183032500000000 |
| | | | ETH | 0.823065270000000 |
| | | | MATIC | 1.000000000000000 |
| | | | USDT | 3,562.712549610000000 |

Other Activity Asserted: around worth15000 usd I think - I have so many crypito money in ftx

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 91877 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: 1000 - NFT

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 50045 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: medical since 1997 - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | **Asserted Claims** | |
| 90368 | Name on file | FTX Trading Ltd. | APE | 964.007324000000000 |
| | | | ETH | 0.403414100000000 |
| | | | ETHW | 0.385374590000000 |
| | | | USD | 272.223231850000000 |

Other Activity Asserted: USD-272.22323185 ETH-0.4034141 APE-964.007324 - USD 272.22323185 Ethereum 0.4034141 ApeCoin 964.007324

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 95577 | Name on file | FTX Trading Ltd. | BCH | 1,500.000000000000000 |
| | | | BTC | 23,000.000000000000000 |
| | | | DOGE | 1,400.000000000000000 |
| | | | ETH | 700.000000000000000 |
| | | | ETHW | 200.000000000000000 |
| | | | LTC | 0.850000000000000 |
| | | | RSR | 100.000000000000000 |
| | | | TRX | 20,000.000000000000000 |
| | | | USD | 7,050,000.000000000000000 |
| | | | USDC | 10,500,000.000000000000000 |

Other Activity Asserted: Cash transaction/bit - 10500000

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 94568 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 3800 - Tax papers

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 93833 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: less than $10 - Small claims on FTX

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 88022 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: Equivalent to data breach - Equifax data breach

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 91426 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: Unknown bankruptcy - Amazon capital one bank coinbase

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 93196 | Name on file | FTX EU Ltd. | FTT | 6.370000000000000 |

Other Activity Asserted: 6,37 - I have bought FTX Token

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 94767 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: capital $156,414.31 + la ganancia Dl 10,577.30 - en bolsa en acciones

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 39945 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 2,500 - I canmo access my account l with ftx so I cannot put a dollar amount of what I had invested with this company and I don't want to put a incorrect amount. I can estimate a grand total below.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 94252 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 100 Euro - i wire transfered 100 Euro to FTX (##### Deltec FFC Alameda, see attachments) wich allegedly never came trough

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 17605 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 94928 | Name on file | FTX Trading Ltd. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | Other Activity Asserted: nao sei - nao | |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 77565 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: 10000 - (E-NFT) | |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 19826 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: None - None | |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 94437 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: 1 - Yes | |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 53689 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: 76,400 - Bitcoin | |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts