## <u>SCHEDULE 1</u>

**Late Filed Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Seventeenth Omnibus Claims Objection**
**Schedule 1 - Late Filed Claims**

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 95293 | Name on file | West Realm Shires Services Inc. | 6/4/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96180 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96510 | Name on file | FTX Trading Ltd. | 7/29/2024 | TONCOIN | 183.000000000000000 |
| | | | | USD | 1,280.000000000000000 |
| | | | | USDT | 1,280.000000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95887 | Name on file | FTX Trading Ltd. | 7/9/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96195 | Name on file | FTX Trading Ltd. | 7/10/2024 | AAVE | 1.000000000000000 |
| | | | | ADA | 150.000000000000000 |
| | | | | ALGO | 150.000000000000000 |
| | | | | BNB | 0.222249800000000 |
| | | | | BTC | 0.074916330000000 |
| | | | | DOT | 5.000000000000000 |
| | | | | ETH | 1.322900000000000 |
| | | | | INJ | 20.000000000000000 |
| | | | | LINK | 3.000000000000000 |
| | | | | LTC | 1.000000000000000 |
| | | | | RUNE | 5.000000000000000 |
| | | | | THETA | 60.000000000000000 |
| | | | | XRP | 1,392.100000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96411 | Name on file | FTX Trading Ltd. | 7/19/2024 | USD | 50,000.000000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95648 | Name on file | FTX Trading Ltd. | 6/17/2024 | BRZ | 1.000000000000000 |
| | | | | CUSDT | 11.000000000000000 |
| | | | | DOGE | 2.002200000000000 |
| | | | | SHIB | 13,310,000.000000000000000 |
| | | | | SOL | 5.387600000000000 |
| | | | | TRX | 1,788.949000000000000 |
| | | | | USD | 329.660000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95521 | Name on file | FTX Trading Ltd. | 6/25/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95114 | Name on file | FTX Trading Ltd. | 5/21/2024 | 1INCH-PERP | 0.000000000000000 |
| | | | | AAVE-PERP | 0.000000000000000 |
| | | | | ADA-PERP | 0.000000000000000 |
| | | | | ALGO-PERP | 0.000000000000000 |
| | | | | ALICE-PERP | -0.000000000000002 |
| | | | | ALPHA-PERP | 0.000000000000000 |
| | | | | ANC-PERP | 0.000000000000000 |
| | | | | APE-PERP | -0.000000000000014 |
| | | | | AR-PERP | 0.000000000000000 |
| | | | | ATOM-PERP | -0.000000000000014 |
| | | | | AVAX-PERP | 0.000000000000000 |
| | | | | AXS-PERP | -0.000000000000005 |
| | | | | BADGER-PERP | 0.000000000000000 |
| | | | | BAL-PERP | -0.000000000000002 |
| | | | | BAND-PERP | -0.000000000000014 |
| | | | | BAT-PERP | 0.000000000000000 |
| | | | | BCH-PERP | 0.000000000000000 |
| | | | | BNB-PERP | 0.000000000000000 |
| | | | | BOBA-PERP | 0.000000000000000 |
| | | | | BTC-PERP | 0.000000000000000 |
| | | | | C98-PERP | 0.000000000000000 |
| | | | | CELO-PERP | 0.000000000000000 |
| | | | | CHR-PERP | 0.000000000000000 |
| | | | | CHZ-PERP | 0.000000000000000 |
| | | | | COMP-PERP | 0.000000000000000 |
| | | | | CRV-PERP | 0.000000000000000 |
| | | | | DASH-PERP | 0.000000000000000 |
| | | | | DENT-PERP | 0.000000000000000 |
| | | | | DODO-PERP | 0.000000000000042 |
| | | | | DOGE-PERP | 0.000000000000000 |
| | | | | DOT-PERP | 0.000000000000001 |
| | | | | DYDX-PERP | 0.000000000000000 |
| | | | | EGLD-PERP | 0.000000000000000 |
| | | | | ENJ-PERP | 0.000000000000000 |
| | | | | ENS-PERP | 0.000000000000000 |
| | | | | EOS-PERP | 0.000000000000028 |
| | | | | ETC-PERP | 0.000000000000000 |
| | | | | ETH-PERP | 0.000000000000000 |
| | | | | FIL-PERP | 0.000000000000001 |
| | | | | FLM-PERP | -0.000000000000213 |
| | | | | FLOW-PERP | 0.000000000000000 |

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| | | | | FTM-PERP | 0.000000000000000 |
| | | | | FTT | 0.000000003536000 |
| | | | | FTT-PERP | 0.000000000000000 |
| | | | | GALA-PERP | 0.000000000000000 |
| | | | | GMT-PERP | 0.000000000000000 |
| | | | | GRT-PERP | 0.000000000000000 |
| | | | | GST-PERP | 0.000000000000000 |
| | | | | HBAR-PERP | 0.000000000000000 |
| | | | | HNT-PERP | 0.000000000000001 |
| | | | | HOT-PERP | 0.000000000000000 |
| | | | | ICX-PERP | 0.000000000000000 |
| | | | | IOTA-PERP | 0.000000000000000 |
| | | | | KAVA-PERP | 0.000000000000000 |
| | | | | KNC-PERP | -0.000000000000014 |
| | | | | KSHIB-PERP | 0.000000000000000 |
| | | | | KSM-PERP | 0.000000000000000 |
| | | | | LINA-PERP | 0.000000000000000 |
| | | | | LINK-PERP | -0.000000000000059 |
| | | | | LOOKS-PERP | 0.000000000000000 |
| | | | | LRC-PERP | 0.000000000000000 |
| | | | | LTC-PERP | 0.000000000000000 |
| | | | | LUNC-PERP | 0.000000000000001 |
| | | | | MANA-PERP | 0.000000000000000 |
| | | | | MATIC-PERP | 0.000000000000000 |
| | | | | MKR-PERP | 0.000000000000000 |
| | | | | MTL-PERP | -0.000000000000014 |
| | | | | NEAR-PERP | 0.000000000000044 |
| | | | | NEO-PERP | 0.000000000000000 |
| | | | | OMG-PERP | 0.000000000000000 |
| | | | | ONE-PERP | 0.000000000000000 |
| | | | | ONT-PERP | 0.000000000000000 |
| | | | | OP-PERP | 0.000000000000000 |
| | | | | PEOPLE-PERP | 0.000000000000000 |
| | | | | PERP-PERP | 0.000000000000000 |
| | | | | QTUM-PERP | -0.000000000000023 |
| | | | | REEF-PERP | 0.000000000000000 |
| | | | | REN-PERP | 0.000000000000000 |
| | | | | RSR-PERP | 0.000000000000000 |
| | | | | RUNE-PERP | -0.000000000000002 |
| | | | | SAND-PERP | 0.000000000000000 |
| | | | | SC-PERP | 0.000000000000000 |
| | | | | SHIB-PERP | 0.000000000000000 |
| | | | | SKL-PERP | 0.000000000000000 |
| | | | | SNX-PERP | 0.000000000000035 |
| | | | | SOL-PERP | 0.000000000000000 |
| | | | | SPELL-PERP | 0.000000000000000 |
| | | | | SRM-PERP | 0.000000000000000 |
| | | | | STEP-PERP | 0.000000000000000 |
| | | | | STMX-PERP | 0.000000000000000 |
| | | | | STORJ-PERP | -0.000000000000028 |
| | | | | SUSHI-PERP | 0.000000000000000 |
| | | | | SXP-PERP | 0.000000000000028 |
| | | | | THETA-PERP | 0.000000000000011 |
| | | | | TLM-PERP | 0.000000000000000 |
| | | | | TOMO-PERP | -0.000000000000007 |
| | | | | TRX-PERP | 0.000000000000000 |
| | | | | TULIP-PERP | 0.000000000000000 |
| | | | | UNI-PERP | -0.000000000000003 |
| | | | | USD | 0.010088893473685 |
| | | | | USDT | 432.1989106145164700 |
| | | | | VET-PERP | 0.000000000000000 |
| | | | | WAVES-PERP | 0.000000000000000 |
| | | | | XEM-PERP | 0.000000000000000 |
| | | | | XLM-PERP | 0.000000000000000 |
| | | | | XMR-PERP | 0.000000000000000 |
| | | | | XRP-PERP | 0.000000000000000 |
| | | | | XTZ-PERP | -0.000000000000031 |
| | | | | YFII-PERP | 0.000000000000000 |
| | | | | YFI-PERP | 0.000000000000000 |
| | | | | ZEC-PERP | -0.000000000000001 |
| | | | | ZIL-PERP | 0.000000000000000 |
| | | | | ZRX-PERP | 0.000000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96340 | Name on file | FTX Trading Ltd. | 7/14/2024 | USD | 1,000.000000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96183 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95443 | Name on file | FTX Trading Ltd. | 6/19/2024 | KIN | 1.000000000000000 |
| | | | | USD | 500.000000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95716 | Name on file | FTX Trading Ltd. | 7/7/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96300 | Name on file | FTX Trading Ltd. | 7/12/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96357 | Name on file | FTX Trading Ltd. | 7/15/2024 | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| | | | | | |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96378 | Name on file | FTX Trading Ltd. | 7/16/2024 | USDT | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96210 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96299 | Name on file | FTX Trading Ltd. | 7/12/2024 | USD | 1,200.00000000000000 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95840 | Name on file | West Realm Shires Services Inc. | 7/9/2024 | BTC | 0.25000000000000000 |
| | | | | ETH | 0.00000006532303 |
| | | | | USD | 0.00006251446941 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96286 | Name on file | FTX Trading Ltd. | 7/12/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95719 | Name on file | FTX Trading Ltd. | 7/7/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96291 | Name on file | FTX Trading Ltd. | 7/12/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95943 | Name on file | FTX Trading Ltd. | 7/9/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95940 | Name on file | FTX Trading Ltd. | 7/9/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95704 | Name on file | FTX Trading Ltd. | 7/7/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95941 | Name on file | FTX Trading Ltd. | 7/9/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96310 | Name on file | FTX Trading Ltd. | 7/13/2024 | YFII | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95426 | Name on file | FTX Trading Ltd. | 6/17/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96145 | Name on file | West Realm Shires Services Inc. | 7/10/2024 | BAT | 0.00000007724000 |
| | | | | BCH | 0.00000003093557 |
| | | | | BRZ | 0.00000005846412 |
| | | | | BTC | 0.00000181247811 |
| | | | | CUSDT | 0.00000000051146 |
| | | | | DOGE | 0.00000005597758 |
| | | | | ETH | 0.00000012848875 |
| | | | | GRT | 0.00000001979035 |
| | | | | SHIB | 9.00000000000000 |
| | | | | SOL | 0.00000007387687 |
| | | | | SUSHI | 0.00000007071040 |
| | | | | TRX | 1.00000000000000 |
| | | | | USD | 420,690.00000000000000 |
| | | | | USDT | 0.00000008194619 |
| | | | | YFI | 0.00000000100071 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96432 | Name on file | FTX Trading Ltd. | 7/21/2024 | BRZ | |
| | | | | BTC | 40,000.00000000000000 |
| | | | | DOGE | |
| | | | | SHIB | |
| | | | | TRX | |
| | | | | USD | |
| | | | | USDT | |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96308 | Name on file | FTX Trading Ltd. | 7/13/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96230 | Name on file | FTX Trading Ltd. | 7/11/2024 | USD | 100.00000000000000 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96427 | Name on file | FTX Trading Ltd. | 7/20/2024 | AXS-PERP | 36.60000000000000 |
| | | | | CRO-PERP | 0.00000000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| | | | | CUSDT | 0.988400000000000 |
| | | | | FTM-PERP | 0.000000000000000 |
| | | | | LUNA2 | 0.515894337200000 |
| | | | | LUNA2_LOCKED | 1.203753454000000 |
| | | | | LUNC | 112,337.078090000000000 |
| | | | | MATIC-PERP | 0.000000000000000 |
| | | | | MER-PERP | 0.000000000000000 |
| | | | | RSR-PERP | 0.000000000000000 |
| | | | | SKL-PERP | 0.000000000000000 |
| | | | | SXP-PERP | 0.000000000000000 |
| | | | | TRX | 0.723368000000000 |
| | | | | TRX-PERP | 0.000000000000000 |
| | | | | USD | 3,300.000000000000000 |
| | | | | USDT | 3,230.188577576116000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94845 | Name on file | FTX Trading Ltd. | 5/13/2024 | AKRO | 5,528.961826300000000 |
| | | | | BADGER | 6.197272844500000 |
| | | | | BADGER-PERP | |
| | | | | BAND | 3.999262800000000 |
| | | | | CHZ | 2,256.000000000000000 |
| | | | | CREAM | 8.587661233000000 |
| | | | | CRV | 28.237434000000000 |
| | | | | DODO | |
| | | | | ETH | 0.000000006750000 |
| | | | | FTT | 2.074980318079886 |
| | | | | GRT | 132.975488100000000 |
| | | | | LINA | |
| | | | | MTA | |
| | | | | RAY | 17.996682600000000 |
| | | | | REEF | |
| | | | | SNX | |
| | | | | SOL | 1.758580890000000 |
| | | | | TRX | 1,703.936762000000000 |
| | | | | USD | |
| | | | | USDT | |
| | | | | XRP | 2,361.967620000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95842 | Name on file | FTX Trading Ltd. | 7/9/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95752 | Name on file | FTX Trading Ltd. | 7/8/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95832 | Name on file | FTX Trading Ltd. | 7/9/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96318 | Name on file | West Realm Shires Services Inc. | 7/13/2024 | DOGE | Undetermined* |
| | | | | TRX | |
| | | | | USD | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96262 | Name on file | West Realm Shires Services Inc. | 7/11/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96124 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96408 | Name on file | FTX Trading Ltd. | 7/18/2024 | BTC | 0.000600000000000 |
| | | | | ETH | 0.010000000000000 |
| | | | | GRT | 667.000000000000000 |
| | | | | MATIC | 100.000000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96683 | Name on file | West Realm Shires Services Inc. | 8/12/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95988 | Name on file | FTX Trading Ltd. | 7/10/2024 | BTC | |
| | | | | BULL | 60.000000000000000 |
| | | | | DOGE | |
| | | | | ETH | |
| | | | | LTC | |
| | | | | MATIC | |
| | | | | SHIB | |
| | | | | UNI | |
| | | | | USD | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96374 | Name on file | FTX Trading Ltd. | 7/15/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95925 | Name on file | FTX Trading Ltd. | 7/9/2024 | BRZ | |
| | | | | DOGE | |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| | | | | ETH | |
| | | | | ETHW | |
| | | | | MATIC | |
| | | | | SHIB | |
| | | | | USD | 2,600.000000000000000 |
| | | | | USDT | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96039 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95944 | Name on file | West Realm Shires Services Inc. | 7/9/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95291 | Name on file | West Realm Shires Services Inc. | 6/4/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95693 | Name on file | FTX Trading Ltd. | 7/6/2024 | FTM | Undetermined* |
| | | | | RUNE | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96309 | Name on file | FTX Trading Ltd. | 7/13/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96161 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95269 | Name on file | West Realm Shires Services Inc. | 6/2/2024 | BAT | 1.000000000000000 |
| | | | | BRZ | 1.000000000000000 |
| | | | | BTC | 0.019811460000000 |
| | | | | DOGE | 3.000000000000000 |
| | | | | ETH | 0.000012480000000 |
| | | | | ETHW | 1.366550350000000 |
| | | | | MATIC | 714.514308840000000 |
| | | | | SHIB | 10,250,732.704553040000000 |
| | | | | SOL | 4.783870980000000 |
| | | | | TRX | 2.000000000000000 |
| | | | | UNI | 27.477790610000000 |
| | | | | USD | 4,028.190000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95656 | Name on file | FTX Trading Ltd. | 7/3/2024 | 1INCH-PERP | Undetermined* |
| | | | | ADA-PERP | |
| | | | | ALGO-PERP | |
| | | | | ALICE-PERP | |
| | | | | APT-PERP | |
| | | | | ATLAS-PERP | |
| | | | | ATOM-PERP | |
| | | | | AVAX-PERP | |
| | | | | AXS-PERP | |
| | | | | BNB-PERP | |
| | | | | BTC | |
| | | | | BTC-PERP | |
| | | | | CAKE-PERP | |
| | | | | CHR-PERP | |
| | | | | CRV-PERP | |
| | | | | DOGE | |
| | | | | DOT-PERP | |
| | | | | ETC-PERP | |
| | | | | ETH | |
| | | | | ETH-PERP | |
| | | | | FIL-PERP | |
| | | | | FTM | |
| | | | | FTM-PERP | |
| | | | | FTT | |
| | | | | FTT-PERP | |
| | | | | GAL-PERP | |
| | | | | GRT-PERP | |
| | | | | HBAR-PERP | |
| | | | | ICP-PERP | |
| | | | | ICX-PERP | |
| | | | | IOTA-PERP | |
| | | | | KAVA-PERP | |
| | | | | KSHIB-PERP | |
| | | | | LINK-PERP | |
| | | | | LOOKS | |
| | | | | LOOKS-PERP | |
| | | | | LRC-PERP | |
| | | | | LTC-PERP | |
| | | | | LUNA2 | |
| | | | | LUNA2_LOCKED | |
| | | | | LUNC-PERP | |
| | | | | MATIC-PERP | |
| | | | | NEAR-PERP | |
| | | | | ONE-PERP | |
| | | | | OP-PERP | |
| | | | | RAY-PERP | |

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| | | | | REN-PERP | |
| | | | | ROSE-PERP | |
| | | | | RSR | |
| | | | | SAND-PERP | |
| | | | | SOL | |
| | | | | SOL-PERP | |
| | | | | SRM-PERP | |
| | | | | THETA-PERP | |
| | | | | TLM-PERP | |
| | | | | TRX | |
| | | | | USD | |
| | | | | USDT | |
| | | | | VET-PERP | |
| | | | | XMR-PERP | |
| | | | | XRP-PERP | |
| | | | | ZEC-PERP | |
| | | | | ZIL-PERP | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96069 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95731 | Name on file | FTX Trading Ltd. | 7/8/2024 | AKRO | |
| | | | | BAO | |
| | | | | KIN | |
| | | | | TONCOIN | 200.000000000000000 |
| | | | | TRX | |
| | | | | UBXT | |
| | | | | USD | |
| | | | | USDT | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95904 | Name on file | FTX Trading Ltd. | 7/9/2024 | BTC | 8.714000000000000 |
| | | | | CUSDT | |
| | | | | DOGE | |
| | | | | ETH | |
| | | | | ETHW | |
| | | | | SHIB | |
| | | | | USD | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96324 | Name on file | FTX Trading Ltd. | 7/13/2024 | ETHW | |
| | | | | SHIB | |
| | | | | TRX | |
| | | | | USD | 44,600.880000000000000 |
| | | | | USDT | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95972 | Name on file | FTX Trading Ltd. | 7/10/2024 | ETH | Undetermined* |
| | | | | ETHW | |
| | | | | SAND | |
| | | | | XRP | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96404 | Name on file | FTX Trading Ltd. | 7/18/2024 | BTC | 240.000000000000000 |
| | | | | DOGE | |
| | | | | DOGEBULL | 112.000000000000000 |
| | | | | FTT | 100.000000000000000 |
| | | | | USD | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95823 | Name on file | West Realm Shires Services Inc. | 7/9/2024 | POC Other Crypto Assertion: UNKNOWN | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95837 | Name on file | FTX Trading Ltd. | 7/9/2024 | MATIC | |
| | | | | USD | 100.000000000000000 |
| | | | | USDT | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96245 | Name on file | FTX Trading Ltd. | 7/11/2024 | ALGO | Undetermined* |
| | | | | BAT | |
| | | | | DOGE | |
| | | | | ETH | |
| | | | | GRT | |
| | | | | KSHIB | |
| | | | | LTC | |
| | | | | MATIC | |
| | | | | NFT (40470008651020532/THE HILL BY FTX #5366) | |
| | | | | NFT (44888656188422974/THE HILL BY FTX #5213) | |
| | | | | NFT (52111881712892502/THE HILL BY FTX #7635) | |
| | | | | SHIB | |
| | | | | SOL | |
| | | | | TRX | |
| | | | | USD | |
| | | | | USDT | |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96292 | Name on file | FTX Trading Ltd. | 7/12/2024 | BTC | |
| | | | | LINK | |
| | | | | NFT (502474309641752603/ENTRANCE VOUCHER #4103) | |
| | | | | USD | 500.000000000000000 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95812 | Name on file | FTX Trading Ltd. | 7/8/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96304 | Name on file | FTX Trading Ltd. | 7/13/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95939 | Name on file | FTX Trading Ltd. | 7/9/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96329 | Name on file | FTX Trading Ltd. | 7/14/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95319 | Name on file | FTX Trading Ltd. | 6/7/2024 | USD | 5,000.000000000000000 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95750 | Name on file | FTX Trading Ltd. | 7/8/2024 | BTC | 0.100000000000000 |
| | | | | BULL | 0.001000000000000 |
| | | | | DOGE | 0.100000000000000 |
| | | | | DOGEBULL | 0.001000000000000 |
| | | | | ETH | 0.100000000000000 |
| | | | | ETHBULL | 0.001000000000000 |
| | | | | SHIB | 0.100000000000000 |
| | | | | USD | 2,500.000000000000000 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95675 | Name on file | FTX Trading Ltd. | 7/5/2024 | EUR | 3,021.425820000000000 |
| | | | | LUNA2 | 0.004711312108000 |
| | | | | LUNA2_LOCKED | 0.010993061580000 |
| | | | | USD | 2,549.277995400000000 |
| | | | | USTC | 0.666909000000000 |
| | | | | XRP | 0.894800000000000 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96185 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95105 | Name on file | FTX Trading Ltd. | 5/21/2024 | ADA-PERP | 0.000000000000000 |
| | | | | BNB-PERP | 0.000000000000000 |
| | | | | BTC-PERP | 0.000000000000000 |
| | | | | CHZ-PERP | 0.000000000000000 |
| | | | | FTM-PERP | 0.000000000000000 |
| | | | | GALA-PERP | 0.000000000000000 |
| | | | | LOOKS-PERP | 0.000000000000000 |
| | | | | ONE-PERP | 0.000000000000000 |
| | | | | SAND-PERP | 0.000000000000000 |
| | | | | USD | 167.670000000000000 |
| | | | | USDT | 168.074828877991500 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95073 | Name on file | FTX Trading Ltd. | 5/20/2024 | APE-PERP | |
| | | | | ATOM-PERP | |
| | | | | AVAX-PERP | |
| | | | | AXS-PERP | |
| | | | | BNB-PERP | |
| | | | | BTC | |
| | | | | BTC-PERP | |
| | | | | CHZ-PERP | |
| | | | | CRV-PERP | |
| | | | | ETC-PERP | |
| | | | | ETH-PERP | |
| | | | | FTM-PERP | |
| | | | | FTT-PERP | |
| | | | | LEO-PERP | |
| | | | | LINK-PERP | |
| | | | | LOOKS-PERP | |
| | | | | LUNA2-PERP | |
| | | | | LUNC-PERP | |
| | | | | MOB-PERP | |
| | | | | PUNDIX-PERP | |
| | | | | RUNE-PERP | |
| | | | | SHIB-PERP | |
| | | | | SOL-PERP | |
| | | | | SUSHI-PERP | |
| | | | | USD | 4,771.210000000000000 |
| | | | | USDT | |
| | | | | XRP-PERP | |

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | | |
|---|---|---|---|---|---|
| 95621 | Name on file | FTX Trading Ltd. | 6/26/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | | |
|---|---|---|---|---|---|
| 95979 | Name on file | FTX Trading Ltd. | 7/10/2024 | APE-PERP | 0.00000000000000 |
| | | | | AVAX | 13.60000000000000 |
| | | | | BTC | 0.00000000037961 90 |
| | | | | BTC-PERP | 0.00000000000000 |
| | | | | ETHBULL | 0.000000002000000 |
| | | | | ETHW | 0.00000000367472 0 |
| | | | | EUR | 1,500.000000000000000 |
| | | | | FTT | 0.00000005727292 |
| | | | | FTT-PERP | 0.00000000000000 |
| | | | | GMT-PERP | 0.00000000000000 |
| | | | | HNT | 119.00000000000000 |
| | | | | LUNC | 0.00000001000000 |
| | | | | LUNC-PERP | 0.00000000000000 |
| | | | | MINA-PERP | 0.00000000000000 |
| | | | | RAY | 0.000000006000000 |
| | | | | RAY-PERP | 0.00000000000000 |
| | | | | RNDR | 417.10000000000000 |
| | | | | RNDR-PERP | 0.00000000000000 |
| | | | | SOL | 29.74122447166362 4 |
| | | | | SOL-PERP | -0.00000000000001 56 |
| | | | | SRM | 1,015.000007660000000 |
| | | | | SRM_LOCKED | 0.00004147069000000 |
| | | | | SRN-PERP | 0.00000000000000 |
| | | | | USD | 0.010561167699686 |
| | | | | USDT | 0.000000002500000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | | |
|---|---|---|---|---|---|
| 96370 | Name on file | FTX Trading Ltd. | 7/15/2024 | USD | 2,027.780000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | | |
|---|---|---|---|---|---|
| 96351 | Name on file | FTX Trading Ltd. | 7/13/2024 | DOGEBULL | 0.008800010000000 |
| | | | | LINKBULL | 0.663914950000000 |
| | | | | SOL-PERP | 0.00000000000000 |
| | | | | USD | 0.014019761000000 |
| | | | | USDT | 0.012248112000000 |
| | | | | XLMBULL | 0.038087200000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | | |
|---|---|---|---|---|---|
| 95966 | Name on file | West Realm Shires Services Inc. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | | |
|---|---|---|---|---|---|
| 96163 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | | |
|---|---|---|---|---|---|
| 95545 | Name on file | FTX Trading Ltd. | 6/26/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | | |
|---|---|---|---|---|---|
| 96328 | Name on file | FTX Trading Ltd. | 7/13/2024 | CATS | Undetermined* |
| | | | | DOGE | |
| | | | | ETH | |
| | | | | ETHW | |
| | | | | POC Other NFT Assertions: I SOLD A STEPHAN CURRY | |
| | | | | POC Other NFT Assertions: IT'S BEEN OVER 2 YEARS HARD TO REMEMBER | |
| | | | | KSHIB | |
| | | | | NFT (29611432434319611 9/BADDIES #3106) | |
| | | | | NFT (30781298118576584 4/#884419) | |
| | | | | NFT (32030691463535844 2/3D CATPUNK #1668) | |
| | | | | NFT (35531149559346588 8/MOMENTUM #177) | |
| | | | | NFT (36807328013523845 6/ANTI ARTIST #61) | |
| | | | | NFT (37365452780485282 5/APEXDUCKS #2038) | |
| | | | | NFT (37639487318997603 7/BADDIES #2309) | |
| | | | | NFT (38524217570282081 2/APEXDUCKS #4194) | |
| | | | | NFT (40728397845353508 1/#3099) | |
| | | | | NFT (42594990472599490 3/BADDIES #4947) | |
| | | | | NFT (43273974710212752 5/3D CATPUNK #6079) | |
| | | | | NFT (48004367942234239 4/ASTRAL APES #3198) | |
| | | | | NFT (48996593617002387 7/#1489) | |
| | | | | NFT (56130256037430601 6/BADDIES #4863) | |
| | | | | RHINO | |
| | | | | SHIB | |
| | | | | SOL | |
| | | | | USD | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | | |
|---|---|---|---|---|---|
| 96109 | Name on file | FTX Trading Ltd. | 7/10/2024 | BTC | 0.08373434000000 |
| | | | | ETH | 1.45470000000000 |
| | | | | SHIB | |
| | | | | SOL | 11.65490000000000 |
| | | | | USD | 100.00000000000000 |

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95312 | Name on file | FTX Trading Ltd. | 6/6/2024 | BTC | 0.40000000000000 |
| | | | | ETH | 9.00000000000000 |
| | | | | SOL | 125.00000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95890 | Name on file | FTX Trading Ltd. | 7/9/2024 | DOGE | 2.00000000000000 |
| | | | | POC Other NFT Assertions: HALLOWEEN | |
| | | | | NFT (54791346829584035 1/ANTI ARTIST #362) | |
| | | | | NFT (55830575750033314 3/APEXDUCKS HALLOWEEN #2430) | |
| | | | | SHIB | |
| | | | | TRX | |
| | | | | USD | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96136 | Name on file | FTX Trading Ltd. | 7/10/2024 | DOGE | |
| | | | | DOGEBULL | 5,000.00000000000000 |
| | | | | FTT | 6,000.00000000000000 |
| | | | | LUNC | 30,000.00000000000000 |
| | | | | SOL | 4,500.00000000000000 |
| | | | | USD | |
| | | | | USDC | 200.00000000000000 |
| | | | | XRPBULL | 550.00000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96268 | Name on file | FTX Trading Ltd. | 7/11/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95820 | Name on file | FTX Trading Ltd. | 7/9/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95223 | Name on file | West Realm Shires Services Inc. | 5/29/2024 | BTC | 0.01194294680000 |
| | | | | USD | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96388 | Name on file | FTX Trading Ltd. | 7/16/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96455 | Name on file | FTX Trading Ltd. | 7/22/2024 | ADA-PERP | |
| | | | | ALICE | |
| | | | | ALICE-PERP | |
| | | | | BRL | 79.00000000000000 |
| | | | | BTC | 822.00000000000000 |
| | | | | ETC | 176.00000000000000 |
| | | | | ETH | |
| | | | | ETHW | |
| | | | | FTM | |
| | | | | FTT | 63.00000000000000 |
| | | | | LINK | |
| | | | | POLIS | |
| | | | | SOL | 67.00000000000000 |
| | | | | USD | 553.00000000000000 |
| | | | | USDT | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95667 | Name on file | FTX Trading Ltd. | 7/4/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95709 | Name on file | FTX Trading Ltd. | 7/7/2024 | USD | 26,380.00000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96363 | Name on file | FTX Trading Ltd. | 7/15/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96157 | Name on file | West Realm Shires Services Inc. | 7/10/2024 | BTC | 0.00005880975000 |
| | | | | USD | 1,470.55085165213650 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95267 | Name on file | FTX Trading Ltd. | 6/2/2024 | DOGE | Undetermined* |
| | | | | FTT | |
| | | | | SHIB | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95441 | Name on file | FTX Trading Ltd. | 6/18/2024 | 1INCH-PERP | 0.00000000000000 |
| | | | | AAVE-PERP | -0.00000000000071 |
| | | | | ADA-PERP | 0.00000000000000 |
| | | | | APE-PERP | -0.00000000000682 |
| | | | | APT-PERP | 0.00000000000000 |
| | | | | ATOM-PERP | -0.00000000000198 |
| | | | | AVAX-PERP | 0.00000000000170 |

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| | | | | AXS-PERP | -0.000000000000347 |
| | | | | BCH-PERP | 0.00000000000000 |
| | | | | BTC | 0.00000000650000 |
| | | | | BTC-PERP | 0.00000000000000 |
| | | | | CHZ-PERP | 0.00000000000000 |
| | | | | CRV-PERP | 0.00000000000000 |
| | | | | DOGE-PERP | 40,313.00000000000000 |
| | | | | DOT-PERP | -0.00000000000071 |
| | | | | DYDX-PERP | 0.00000000001818 |
| | | | | ETC-PERP | 0.00000000000007 |
| | | | | ETH-PERP | 0.00000000000001 |
| | | | | FTM-PERP | 0.00000000000000 |
| | | | | FTT | 101.00000000000000 |
| | | | | FTT-PERP | -0.00000000000054 |
| | | | | GALA-PERP | 0.00000000000000 |
| | | | | GMT-PERP | 0.00000000000000 |
| | | | | HNT-PERP | -0.00000000000113 |
| | | | | KLUNC-PERP | 0.00000000000000 |
| | | | | LDO-PERP | 0.00000000000000 |
| | | | | LINK-PERP | -0.00000000000142 |
| | | | | LRC-PERP | 0.00000000000000 |
| | | | | LTC | 15.00000000000000 |
| | | | | LTC-PERP | -0.00000000000023 |
| | | | | LUNC-PERP | 0.00000000000000 |
| | | | | MANA-PERP | 0.00000000000000 |
| | | | | MATIC-PERP | 0.00000000000000 |
| | | | | MKR-PERP | 0.00000000000000 |
| | | | | NEAR-PERP | 1,856.30000000000000 |
| | | | | OP-PERP | 0.00000000000000 |
| | | | | PUNDIX-PERP | -0.00000000003637 |
| | | | | QTUM-PERP | 0.00000000000056 |
| | | | | RVN-PERP | 0.00000000000000 |
| | | | | SAND-PERP | 0.00000000000000 |
| | | | | SNX-PERP | -0.0000000000004 |
| | | | | SOL-PERP | 0.00000000000213 |
| | | | | STORJ-PERP | 0.00000000001818 |
| | | | | SUSHI-PERP | 0.00000000000000 |
| | | | | USD | -3,739.018289232560000 |
| | | | | USDT | 0.00370586750000 |
| | | | | VET-PERP | 0.00000000000000 |
| | | | | WAVES-PERP | 0.00000000000000 |
| | | | | XRP | 8,002.36250000000000 |
| | | | | XRP-PERP | 0.00000000000000 |
| | | | | XTZ-PERP | 0.00000000005915 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 96260 | Name on file | FTX Trading Ltd. | 7/11/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96164 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96031 | Name on file | FTX Trading Ltd. | 7/10/2024 | BAO | |
| | | | | FTT | |
| | | | | GBP | 125.00000000000000 |
| | | | | KIN | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96275 | Name on file | FTX Trading Ltd. | 7/12/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96376 | Name on file | FTX Trading Ltd. | 7/16/2024 | BTC-PERP | |
| | | | | SOL-PERP | |
| | | | | USD | |
| | | | | XRP | 2,010.00000000000000 |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96445 | Name on file | FTX Trading Ltd. | 7/22/2024 | BTC | 1,039.00000000000000 |
| | | | | FTT | |
| | | | | KIN | |
| | | | | LINK | 130.00000000000000 |
| | | | | SAND | 1,000,121,021.00000000000000 |
| | | | | SLP | 100.00000000000000 |
| | | | | SPELL | |
| | | | | TRX | 45,000,177.00000000000000 |
| | | | | UNI | 216.00000000000000 |
| | | | | USD | 665.78000000000000 |
| | | | | USDT | |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96264 | Name on file | FTX Trading Ltd. | 7/11/2024 | CUSDT | Undetermined* |
| | | | | DOGE | |
| | | | | GRT | |
| | | | | MATIC | |
| | | | | PAXG | |
| | | | | SHIB | |
| | | | | TRX | |
| | | | | USD | |

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. ||||||
| 96085 | Name on file | FTX Trading Ltd. | 7/10/2024 | FTT | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. ||||||
| 96064 | Name on file | FTX Trading Ltd. | 7/10/2024 | NFT (455783065895307065/GREEN MOON)<br>NFT (460729277896546469/3D MOON)<br>NFT (504139947094869170/CONTEMPORARY #2)<br>POC Other NFT Assertions: ONLY NFT I DONT REMEMBER WHICH ONE<br>USD | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. ||||||
| 95722 | Name on file | FTX EU Ltd. | 7/8/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. ||||||
| 95949 | Name on file | West Realm Shires Services Inc. | 7/9/2024 | AAVE<br>BRZ<br>DOGE<br>SHIB<br>UNI<br>USD<br>USDC | 0.000126400000000<br>1.000000000000000<br>3.000000000000000<br>480.000000000000000<br>286.000000000000000<br>380.000000000000000<br>0.000025000000000 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. ||||||
| 96086 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. ||||||
| 96321 | Name on file | FTX Trading Ltd. | 7/13/2024 | | Undetermined* |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. ||||||
| 96496 | Name on file | FTX EU Ltd. | 7/26/2024 | CEL<br>ETH<br>ETH-PERP<br>ETHW<br>EUR<br>FTT<br>GMT-PERP<br>SHIB<br>SHIB-PERP<br>USD<br>USDT<br>XRP<br>XRP-PERP | 773,308,139.000000000000000<br>4,500,568.000000000000000<br><br>4,476,416.000000000000000<br><br>10,791,329.000000000000000<br><br>223.815270440720000<br><br><br><br>3,605,173,439.000000000000000 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. ||||||
| 95967 | Name on file | FTX Trading Ltd. | 7/10/2024 | BRZ<br>NFT (290343349566555032/DOTB #6296)<br>NFT (291929580919131099/STARATLAS ANNIVERSARY)<br>NFT (303014005715674122/PIXELPUFFINS #5767)<br>NFT (304471508371671445/FIRST 50 #14)<br>NFT (317195237462126810/SOLNINJAS #2357)<br>NFT (319437529029147516/EITBIT APE #4422)<br>NFT (320881878349620798/GOLDEN BONE PASS)<br>NFT (325936094239734883/APEXDUCKS #5757)<br>NFT (326697176396988625/STARATLAS ANNIVERSARY)<br>NFT (328733116518944955/STARATLAS ANNIVERSARY)<br>NFT (330540416319237988/MUNK #2567)<br>NFT (345312498475411935/CHICKENTRIBE #1280)<br>NFT (346122248004229269/CATCHER)<br>NFT (351717625982186325/STARATLAS ANNIVERSARY)<br>NFT (357639124807374409/DOTB #5227)<br>NFT (363102168987158259/ELYSIAN - #2941)<br>NFT (366073114530625575/STARATLAS ANNIVERSARY)<br>NFT (379682137359309233/SIGMA SHARK #6600)<br>NFT (383764045779337910/#5582)<br>NFT (388674076483385700/DOTB #4179)<br>NFT (394657421344463048/SOLBUNNIES #921)<br>NFT (401286473944034299/SOLLAMA)<br>NFT (405735122980713899/STARATLAS ANNIVERSARY)<br>NFT (413225772709625420/STARATLAS ANNIVERSARY)<br>NFT (414067925301226330/SHEEP_2684)<br>NFT (434053885601903168/NIFTY NANAS #5422)<br>NFT (440595839730891957/DOTB #5473)<br>NFT (446728882590948199/SPACE BUMS #2596)<br>NFT (454096247809849221/CYBER FROGS RAMEN)<br>NFT (463882322394602855/KIDDO #7464)<br>NFT (478013789028161110/STARATLAS ANNIVERSARY)<br>NFT (501286402883010040/ELYSIAN - #3940)<br>NFT (516183689227270981/FROG #3202)<br>NFT (534382910668539009/STARATLAS ANNIVERSARY)<br>NFT (545912365675665325/EDUARD, THE ELATED)<br>NFT (567454666483054013/BADDIES #1701)<br>NFT (574153570452813371/SOLANA SQUIRREL #320)<br>NFT (575326131067869047/DARKPUNK #2505)<br>POC Other NFT Assertions: PUNGY PENGUINS<br>SOL<br>TRX | 2.000000000000000 |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. ||||||

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 95945 | Name on file | FTX Trading Ltd. | 7/9/2024 | BTC<br>USDT | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95712 | Name on file | FTX Trading Ltd. | 7/7/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95999 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95964 | Name on file | FTX Trading Ltd. | 7/10/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95880 | Name on file | FTX Trading Ltd. | 7/9/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96258 | Name on file | FTX Trading Ltd. | 7/11/2024 | | Undetermined* |

Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts