## SCHEDULE 1

**Duplicate Portal Claims**

FTX Trading Ltd. 22-11068 (JTD)
One Hundred Eighteenth Omnibus Claims Objection
Schedule 1 - Substantive Duplicate Claims

| | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 95614 | Name on file | FTX EU Ltd. | ATLAS | 2,020.000000000000 | 85876* | Name on file | FTX EU Ltd. | ATLAS | 2,020.000000000000 |
| | | | BCH | 0.008612570000000 | | | | BCH | 0.008612570000000 |
| | | | BTC | 0.000000005729692 | | | | BTC | 0.000000005729692 |
| | | | DAI | 0.000000035732490 | | | | DAI | 0.000000035732490 |
| | | | ETH | 0.098062721480033 | | | | ETH | 0.098062721480033 |
| | | | ETHW | 0.085863142243298 | | | | ETHW | 0.085863142243298 |
| | | | EUR | 0.000000010168656 | | | | EUR | 0.000000010168656 |
| | | | FTT | 25.994772201143903 | | | | FTT | 25.994772201143903 |
| | | | HNT | 0.199860000000000 | | | | HNT | 0.199860000000000 |
| | | | LTC | 0.083400004499212 | | | | LTC | 0.083400004499212 |
| | | | MNGO | 779.812000000000000 | | | | MNGO | 779.812000000000000 |
| | | | RSR | 18,001.110491506883000 | | | | RSR | 18,001.110491506883000 |
| | | | SRM | 9.000000000000000 | | | | SRM | 9.000000000000000 |
| | | | TRX | 0.000000002551060 | | | | TRX | 0.000000002551060 |
| | | | USD | 66.665211874204640 | | | | USD | 66.665211874204640 |
| | | | USDT | 3.178887251765882 | | | | USDT | 3.178887251765882 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95537 | Name on file | FTX Digital Assets LLC | USD | 25,000.000000000000 | 94675* | Name on file | West Realm Shires Services Inc. | AVAX | 609.103800000000000 |
| | | | | | | | | BITCOIN CASH | 0.000000000000000 |
| | | | | | | | | BRZ | 20.000000000000000 |
| | | | | | | | | BTC | 0.000000000000000 |
| | | | | | | | | DOGE | 10,000.000000000000000 |
| | | | | | | | | KSHIB | 0.000000009916483 |
| | | | | | | | | MKR | 96.561150000000000 |
| | | | | | | | | SHIB | 1,593.629000000000000 |
| | | | | | | | | SOL | 24.640000000000000 |
| | | | | | | | | TRX | 30,000,000.242060200000000 |
| | | | | | | | | USD | 100.000000000000000 |
| | | | | | | | | USDT | 371.968500000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fifty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95541 | Name on file | FTX Trading Ltd. | APE | 10,908.000000000000 | 94675* | Name on file | West Realm Shires Services Inc. | AVAX | 609.103800000000000 |
| | | | AVAX | 578.000000000000000 | | | | BITCOIN CASH | 0.000000000000000 |
| | | | BCH | 28.000000000000000 | | | | BRZ | 20.000000000000000 |
| | | | BNB | 3.674000000000000 | | | | BTC | 0.000000000000000 |
| | | | BRZ | 4,218.456000000000000 | | | | DOGE | 10,000.000000000000000 |
| | | | BTC | 12.764000000000000 | | | | KSHIB | 0.000000009916483 |
| | | | BULL | 35.000000000000000 | | | | MKR | 96.561150000000000 |
| | | | DOGE | 159,000.000000000000000 | | | | SHIB | 1,593.629000000000000 |
| | | | DOGEBULL | 4,268.000000000000000 | | | | SOL | 24.640000000000000 |
| | | | FTT | 3,600.000000000000000 | | | | TRX | 30,000,000.242060200000000 |
| | | | MAKER | 965,116.000000000000000 | | | | USD | 100.000000000000000 |
| | | | MATIC | 85,339.000000000000000 | | | | USDT | 371.968500000000000 |
| | | | SHIB | 75,000.000000000000000 | | | | | |
| | | | TRX | 15,000.000000000000000 | | | | | |
| | | | USD | 1,000.000000000000000 | | | | | |
| | | | USDT | 462.000000000000000 | | | | | |
| | | | XRPBULL | 17.540000000000000 | | | | | |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fifty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3225 | Name on file | North Dimension Inc | | | 1298* | Name on file | FTX Trading Ltd. | | |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95463 | Name on file | FTX EU Ltd. | ALICE | 0.000183050000000 | 11433* | Name on file | FTX EU Ltd. | ALICE | 0.000183050000000 |
| | | | AVAX-PERP | 0.000000000000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | AXS-PERP | 0.000000000000000 | | | | AXS-PERP | 0.000000000000000 |
| | | | BAO-PERP | 0.000000000000000 | | | | BAO-PERP | 0.000000000000000 |
| | | | BIT | 0.988401620000000 | | | | BIT | 0.988401620000000 |
| | | | BIT-PERP | 0.000000000000000 | | | | BIT-PERP | 0.000000000000000 |
| | | | BNB-PERP | 0.000000000000000 | | | | BNB-PERP | 0.000000000000000 |
| | | | BSV-PERP | 0.000000000000000 | | | | BSV-PERP | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | CAKE-PERP | 0.000000000000056 | | | | CAKE-PERP | 0.000000000000056 |
| | | | CHR-PERP | 0.000000000000000 | | | | CHR-PERP | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | | | DOT-PERP | 0.000000000000000 |
| | | | EGLD-PERP | 0.000000000000000 | | | | EGLD-PERP | 0.000000000000000 |
| | | | ENS-PERP | 0.000000000000000 | | | | ENS-PERP | 0.000000000000000 |
| | | | ETH | 0.045600000000000 | | | | ETH | 0.045600000000000 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | HUM-PERP | 0.000000000000000 | | | | HUM-PERP | 0.000000000000000 |
| | | | KSM-PERP | 0.000000000000000 | | | | KSM-PERP | 0.000000000000000 |
| | | | LTC | 0.000264285372922 | | | | LTC | 0.000264285372922 |
| | | | RSR-PERP | 0.000000000000000 | | | | RSR-PERP | 0.000000000000000 |
| | | | SAND-PERP | 0.000000000000000 | | | | SAND-PERP | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | TLM-PERP | 0.000000000000000 | | | | TLM-PERP | 0.000000000000000 |
| | | | TRX | 0.000018300000000 | | | | TRX | 0.000018300000000 |
| | | | USD | 6.634323992031989 | | | | USD | 6.634323992031989 |
| | | | USDT | 227.910668392729380 | | | | USDT | 227.910668392729380 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95523 | Name on file | FTX EU Ltd. | ADA-PERP | 0.000000000000000 | 65295* | Name on file | FTX EU Ltd. | ADA-PERP | 0.000000000000000 |
| | | | BNB-PERP | 0.000000000000000 | | | | BNB-PERP | 0.000000000000000 |
| | | | EUR | 1,541.427347900000000 | | | | EUR | 1,541.427347900000000 |
| | | | FIL-PERP | 0.000000000000000 | | | | FIL-PERP | 0.000000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | LUNC-PERP | 0.000000000000000 |
| | | | SRM | 12.997530000000000 | | | | SRM | 12.997530000000000 |
| | | | USD | 0.088362349827938 | | | | USD | 0.088362349827938 |
| | | | USDT | 0.000000005210626 | | | | USDT | 0.000000005210626 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95394 | Name on file | FTX EU Ltd. | FTT | 0.699867000000000 | 94046* | Name on file | FTX EU Ltd. | FTT | 0.699867000000000 |
| | | | LTC | 0.270000000000000 | | | | LTC | 0.270000000000000 |
| | | | USD | 0.020061838000000 | | | | USD | 0.020061838000000 |
| | | | USDT | 2.815690752750000 | | | | USDT | 2.815690752750000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95489 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 | 61483* | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 |
| | | | 2904822849366 73028/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | ALGO-PERP | 0.000000000000000 |
| | | | 3133779890929 93301/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | ALT-PERP | 0.000000000000000 |
| | | | 3172895108183 04976/USDC AIRDROP | 1.000000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | 3202046170331 91578/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BAND-PERP | 0.000000000000227 |
| | | | 3797888727432 72111/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BCH-PERP | -0.000000000000007 |
| | | | 3945254197096 21852/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BNB | 0.000000050000000 |
| | | | 4563262120251 50605/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BNB-PERP | 0.000000000000028 |
| | | | 4872156087551 06726/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BNT-PERP | 0.000000000000000 |
| | | | 5573096143360 26515/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BTC | 0.000000009488500 |
| | | | ALGO-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000001 |
| | | | ALT-PERP | 0.000000000000000 | | | | BTTPRE-PERP | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | | COMP-PERP | 0.000000000000000 |
| | | | BAND-PERP | 0.000000000000227 | | | | CONV | 68,940.344700000000000 |
| | | | BCH-PERP | -0.000000000000007 | | | | CRV-PERP | 0.000000000000000 |
| | | | BNB | 0.000000005000000 | | | | CVX | 0.010000000000000 |
| | | | BNB-PERP | 0.000000000000028 | | | | DENT | 96.685800000000000 |
| | | | BNT-PERP | 0.000000000000000 | | | | DENT-PERP | 0.000000000000000 |
| | | | BTC | 0.000000009488500 | | | | DOGE-PERP | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000001 | | | | DOT-PERP | 0.000000000000114 |
| | | | BTTPRE-PERP | 0.000000000000000 | | | | ETH | 0.000815546824105 |
| | | | COMP-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000011 |
| | | | CONV | 68,940.344700000000000 | | | | ETHW | 8.747247503199790 |
| | | | CRV-PERP | 0.000000000000000 | | | | FIDA | 2,181.770452000000000 |
| | | | CVX | 0.010000000000000 | | | | FTM-PERP | 0.000000000000000 |
| | | | DENT | 96.685800000000000 | | | | FTT | 1,031.083281700000000 |
| | | | DENT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000028 |
| | | | DOGE-PERP | 0.000000000000000 | | | | GENE | 1,000.083641270000000 |
| | | | DOT-PERP | -0.000000000000113 | | | | GRT-PERP | 0.000000000000000 |
| | | | ETH | 0.000815546824104 | | | | INDI | 8,000.000000000000000 |
| | | | ETH-PERP | 0.000000000000010 | | | | LTC | 0.000748000000000 |
| | | | ETHW | 8.747247503199794 | | | | LTC-PERP | 0.000000000000014 |
| | | | FIDA | 2,181.770452000000000 | | | | LUNA2 | 264.267559100000000 |
| | | | FTM-PERP | 0.000000000000000 | | | | LUNA2_LOCKED | 616.624304500000000 |
| | | | FTT | 1,031.083281700000000 | | | | LUNC | 9,677,419.350000000000000 |
| | | | FTT-PERP | 0.000000000000028 | | | | LUNC-PERP | 0.000000000000000 |
| | | | GENE | 1,000.083641270000000 | | | | MAPS | 4,259.313948000000000 |
| | | | GRT-PERP | 0.000000000000000 | | | | MATIC | 0.885596755876280 |
| | | | INDI | 8,000.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | LTC | 0.000748000000000 | | | | MER | 2,410.469824000000000 |
| | | | LTC-PERP | 0.000000000000014 | | | | NEAR-PERP | 0.000000000000000 |
| | | | LUNA2 | 264.267559100000000 | | | | NFT (2904822849366 73028/StarAtlas Anniversary) | 1.000000000000000 |
| | | | LUNA2_LOCKED | 616.624304500000000 | | | | NFT (3133779890929 93301/StarAtlas Anniversary) | 1.000000000000000 |
| | | | LUNC | 9,677,419.350000000000000 | | | | NFT (3172895108183 04976/USDC Airdrop) | 1.000000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | NFT (3202046170331 91578/StarAtlas Anniversary) | 1.000000000000000 |
| | | | MAPS | 4,259.313948000000000 | | | | NFT (3797888727432 72111/StarAtlas Anniversary) | 1.000000000000000 |
| | | | MATIC | 0.885596755876280 | | | | NFT (3945254197096 21852/StarAtlas Anniversary) | 1.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | | | NFT (4563262120251 50605/StarAtlas Anniversary) | 1.000000000000000 |
| | | | MER | 2,410.469824000000000 | | | | NFT (4872156087551 06726/StarAtlas Anniversary) | 1.000000000000000 |
| | | | NEAR-PERP | 0.000000000000000 | | | | NFT (5573096143360 26515/StarAtlas Anniversary) | 1.000000000000000 |
| | | | OMG-PERP | 0.000000000000227 | | | | OMG-PERP | 0.000000000000227 |
| | | | OXY | 1,492.293240000000000 | | | | OXY | 1,492.293240000000000 |
| | | | PEOPLE | 3.000000000000000 | | | | PEOPLE | 3.000000000000000 |
| | | | PRIV-PERP | 0.000000000000000 | | | | PRIV-PERP | 0.000000000000000 |
| | | | RAY | 0.215946000000000 | | | | RAY | 0.215946000000000 |
| | | | RAY-PERP | 0.000000000000000 | | | | RAY-PERP | 0.000000000000000 |
| | | | RUNE | 697.266834155586000 | | | | RUNE | 697.266834155586000 |
| | | | SKL | 18,828.707440000000000 | | | | SKL | 18,828.707440000000000 |
| | | | SNX-PERP | 0.000000000000000 | | | | SNX-PERP | 0.000000000000000 |
| | | | SOL | 120.269103744164010 | | | | SOL | 120.269103744164010 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | SRM | 66.380831520000000 | | | | SRM | 66.380831520000000 |
| | | | SRM_LOCKED | 461.105082050000000 | | | | SRM_LOCKED | 461.105082050000000 |
| | | | STEP | 0.038777720000000 | | | | STEP | 0.038777720000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | TRX | 0.000784000000000 | | | | TRX | 0.000784000000000 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | USD | 24,624.576743942158000 | | | | USD | 24,624.576743942200000 |
| | | | USDT | 60,525.372230000000000 | | | | USDT | 19,525.372317747600000 |
| | | | USTC | 31,117.318180000000000 | | | | USTC | 31,117.318180000000000 |
| | | | USTC-PERP | 0.000000000000000 | | | | USTC-PERP | 0.000000000000000 |
| | | | XRP | 2,190.000000000000000 | | | | XRP | 2,190.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twenty-Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95498 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 | 61483* | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 |
| | | | 2904822849366 73028/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | ALGO-PERP | 0.000000000000000 |
| | | | 3133779890929 93301/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | ALT-PERP | 0.000000000000000 |
| | | | 3172895108183 04976/USDC AIRDROP | 1.000000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | 3202046170331 91578/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BAND-PERP | 0.000000000000227 |
| | | | 3797888727432 72111/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BCH-PERP | -0.000000000000007 |
| | | | 3945254197096 21852/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BNB | 0.000000050000000 |
| | | | 4563262120251 50605/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BNB-PERP | 0.000000000000028 |
| | | | 4872156087551 06726/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BNT-PERP | 0.000000000000000 |
| | | | 5573096143360 26515/STARATLAS ANNIVERSARY | 1.000000000000000 | | | | BTC | 0.000000009488500 |
| | | | ALGO-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000001 |
| | | | ALT-PERP | 0.000000000000000 | | | | BTTPRE-PERP | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | | COMP-PERP | 0.000000000000000 |
| | | | BAND-PERP | 0.000000000000227 | | | | CONV | 68,940.344700000000000 |
| | | | BCH-PERP | -0.000000000000007 | | | | CRV-PERP | 0.000000000000000 |

85876*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
94675*: Surviving Claim is pending modification on the Debtors- Fifty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
1298*: Surviving Claim is pending modification on the Debtors- Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
11433*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
65295*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
94046*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
61483*: Surviving Claim was ordered modified on the Debtors- Twenty-Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

| **Claims to be Disallowed** | | | | | **Surviving Claims** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | BNB | 0.000000005000000 | | | | CVX | 0.010000000000000 |
| | | | BNB-PERP | 0.000000000000028 | | | | DENT | 96.685800000000000 |
| | | | BNT-PERP | 0.000000000000000 | | | | DENT-PERP | 0.000000000000000 |
| | | | BTC | 0.000000009488500 | | | | DOGE-PERP | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | | | DOT-PERP | -0.000000000000114 |
| | | | BTTPRE-PERP | 0.000081546824105 | | | | ETH | 0.000081546824105 |
| | | | COMP-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000011 |
| | | | CONV | 68,940.344700000000000 | | | | ETHW | 8.747247503199790 |
| | | | CRV-PERP | 0.000000000000000 | | | | FIDA | 2,181.770452000000000 |
| | | | CVX | 0.010000000000000 | | | | FTM-PERP | 0.000000000000000 |
| | | | DENT | 96.685800000000000 | | | | FTT | 1,031.083281700000000 |
| | | | DENT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000028 |
| | | | DOGE-PERP | 0.000000000000000 | | | | GENE | 1,000.083641270000000 |
| | | | DOT-PERP | -0.000000000000114 | | | | GRT-PERP | 0.000000000000000 |
| | | | ETH | 0.000081546824104 | | | | INDI | 8,000.000000000000000 |
| | | | ETH-PERP | 0.000000000000010 | | | | LTC | 0.000748000000000 |
| | | | ETHW | 8.747247503199794 | | | | LTC-PERP | 0.000000000000014 |
| | | | FIDA | 2,181.770452000000000 | | | | LUNA2 | 264.267559100000000 |
| | | | FTM-PERP | 0.000000000000000 | | | | LUNA2_LOCKED | 616.624304500000000 |
| | | | FTT | 1,031.083281700000000 | | | | LUNC | 9,677,419.350000000000000 |
| | | | FTT-PERP | 0.000000000000028 | | | | LUNC-PERP | 0.000000000000000 |
| | | | GENE | 1,000.083641270000000 | | | | MAPS | 4,259.313948000000000 |
| | | | GRT-PERP | 0.000000000000000 | | | | MATIC | 0.885596755876280 |
| | | | INDI | 8,000.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | LTC | 0.000748000000000 | | | | MER | 2,410.469824000000000 |
| | | | LTC-PERP | 0.000000000000014 | | | | NEAR-PERP | 0.000000000000000 |
| | | | LUNA2 | 264.267559100000000 | | | | NFT (29048228493667302820/StarAtlas Anniversary) | 1.000000000000000 |
| | | | LUNA2_LOCKED | 616.624304500000000 | | | | NFT (31337798909299330101/StarAtlas Anniversary) | 1.000000000000000 |
| | | | LUNC | 9,677,419.350000000000000 | | | | NFT (31728951081830491761/USDC Airdrop) | 1.000000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | NFT (32020461703319157810/StarAtlas Anniversary) | 1.000000000000000 |
| | | | MAPS | 4,259.313948000000000 | | | | NFT (37978887274327211111/StarAtlas Anniversary) | 1.000000000000000 |
| | | | MATIC | 0.885596755876280 | | | | NFT (39452541970962185233/StarAtlas Anniversary) | 1.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | | | NFT (45632621202515060500/StarAtlas Anniversary) | 1.000000000000000 |
| | | | MER | 2,410.469824000000000 | | | | NFT (48721560875510672600/StarAtlas Anniversary) | 1.000000000000000 |
| | | | NEAR-PERP | 0.000000000000000 | | | | NFT (55730961433602651500/StarAtlas Anniversary) | 1.000000000000000 |
| | | | OMG-PERP | 0.000000000000227 | | | | OMG-PERP | 0.000000000000227 |
| | | | OXY | 1,492.293240000000000 | | | | OXY | 1,492.293240000000000 |
| | | | PEOPLE | 3.000000000000000 | | | | PEOPLE | 3.000000000000000 |
| | | | PRIV-PERP | 0.000000000000000 | | | | PRIV-PERP | 0.000000000000000 |
| | | | RAY | 0.215946000000000 | | | | RAY | 0.215946000000000 |
| | | | RAY-PERP | 0.000000000000000 | | | | RAY-PERP | 0.000000000000000 |
| | | | RUNE | 697.266834155586000 | | | | RUNE | 697.266834155586000 |
| | | | SKL | 18,828.707440000000000 | | | | SKL | 18,828.707440000000000 |
| | | | SNX-PERP | 0.000000000000000 | | | | SNX-PERP | 0.000000000000000 |
| | | | SOL | 120.269103744164010 | | | | SOL | 120.269103744164000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | SRM | 66.380831520000000 | | | | SRM | 66.380831520000000 |
| | | | SRM_LOCKED | 461.105082050000000 | | | | SRM_LOCKED | 461.105082050000000 |
| | | | STEP | 0.038777720000000 | | | | STEP | 0.038777720000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | TRX | 0.000784000000000 | | | | TRX | 0.000784000000000 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | USD | 24,624.576743942158000 | | | | USD | 24,624.576743942200000 |
| | | | USDT | 60,525.032210000000000 | | | | USDT | 19,525.372217747600000 |
| | | | USTC | 31,117.318180000000000 | | | | USTC | 31,117.318180000000000 |
| | | | USTC-PERP | 0.000000000000000 | | | | USTC-PERP | 0.000000000000000 |
| | | | XRP | 2,190.000000000000000 | | | | XRP | 2,190.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twenty-Seventh Substantive Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 95543 | Name on file | FTX Trading Ltd. | | Undetermined* | 5615* | Name on file | FTX US Services, Inc. | USD | 100.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| 89664 | Name on file | FTX Trading Ltd. | ALT-PERP | 0.000000000000032 | 46220* | Name on file | FTX Trading Ltd. | ALT-PERP | 0.000000000000032 |
| | | | ASD | 0.000000005000000 | | | | ASD | 0.000000005000000 |
| | | | ATOM | 5,795.032278534000000 | | | | ATOM | 298,241.930000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | AVAX | 0.000000001643058 | | | | AVAX | 0.000000001643058 |
| | | | AVAX-PERP | 0.000000000000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | BCH-PERP | 0.000000000000000 | | | | BCH-PERP | 0.000000000000000 |
| | | | BTC | 0.000060008250000 | | | | BTC | 0.000060008250000 |
| | | | BTC-MOVE-20210827 | -0.000000000000015 | | | | BTC-MOVE-20210827 | -0.000000000000015 |
| | | | BTC-MOVE-20210828 | 0.000000000000028 | | | | BTC-MOVE-20210828 | 0.000000000000028 |
| | | | BTC-MOVE-20210829 | 0.000000000000000 | | | | BTC-MOVE-20210829 | 0.000000000000000 |
| | | | BTC-MOVE-20210901 | 0.000000000000000 | | | | BTC-MOVE-20210901 | 0.000000000000000 |
| | | | BTC-MOVE-20210909 | 0.000000000000003 | | | | BTC-MOVE-20210909 | 0.000000000000003 |
| | | | BTC-MOVE-20210910 | 0.000000000000001 | | | | BTC-MOVE-20210910 | 0.000000000000001 |
| | | | BTC-PERP | 0.000000000000001 | | | | BTC-PERP | 0.000000000000001 |
| | | | ETC-PERP | 0.000000000000000 | | | | ETC-PERP | 0.000000000000000 |
| | | | ETH | 0.000000005000000 | | | | ETH | 254,766.150000000000000 |
| | | | ETH-PERP | -0.000000000000092 | | | | ETH-PERP | -0.000000000000092 |
| | | | ETHW | 0.000000005000000 | | | | ETHW | 3,184.110000000000000 |
| | | | FTT | 0.000000013164551 | | | | FTT | 1,080.830000000000000 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | LUNA2 | 142.074450715000000 | | | | LUNA2 | 366.480000000000000 |
| | | | LUNA2_LOCKED | 331.507051659000000 | | | | LUNA2_LOCKED | 331.507051659000000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | LUNC-PERP | 0.000000000000000 |
| | | | MATIC | 22,838.445495000000000 | | | | MATIC | 199,674.900000000000000 |
| | | | MID-PERP | 0.000000000000024 | | | | MID-PERP | 0.000000000000024 |
| | | | SAND | 70,687.705008090000000 | | | | SAND | 67,018.800000000000000 |
| | | | SAND-PERP | 0.000000000000000 | | | | SAND-PERP | 0.000000000000000 |
| | | | SHIT-PERP | 0.000000000000000 | | | | SHIT-PERP | 0.000000000000000 |
| | | | TRX | 0.000001000000000 | | | | STARS | 28,953.760700000000000 |
| | | | USD | 1,270,812.000000000000000 | | | | TRX | 0.000001000000000 |
| | | | USDT | 0.014494326071243 | | | | USD | 359,541.625475050240000 |
| | | | USTC-PERP | 0.000000000000000 | | | | USDT | 445,504.320000000000000 |
| | | | | | | | | | USTC-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was adjourned on the Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 95529 | Name on file | FTX EU Ltd. | ATOM | 10.000000000000000 | 64183* | Name on file | FTX EU Ltd. | ADA-PERP | 0.000000000000000 |
| | | | BTC | 2.040304301561950 | | | | ATOM | 10.000000000000000 |
| | | | ETH | 1.649000060000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | FTT | 4.773460060000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | USD | 19.005915023292516 | | | | BTC | 2.040304301561950 |
| | | | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | | | ETH | 1.649000060000000 |
| | | | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | | EUR | 9.000136188390027 |
| | | | | | | | | | FTT | 4.773460060000000 |
| | | | | | | | | | IOTA-PERP | 0.000000000000000 |
| | | | | | | | | | LRC-PERP | 0.000000000000000 |
| | | | | | | | | | LTC-PERP | 0.000000000000000 |
| | | | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | | | MATIC-PERP | 0.000000000000000 |
| | | | | | | | | | SHIB-PERP | 0.000000000000000 |
| | | | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | | | USD | 19.005915023292516 |
| | | | | | | | | | XRP-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| 95730 | Name on file | FTX Trading Ltd. | BNB | 0.000137750000000 | 91255* | Name on file | FTX EU Ltd. | BNB | 0.000137750000000 |
| | | | BTC | 0.049700006718880 | | | | BTC | 0.049700006718880 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | CRO | 4,250.000000000000000 | | | | CRO | 4,250.000000000000000 |
| | | | DOGE | 1,447.000000000000000 | | | | DOGE | 1,447.000000000000000 |
| | | | ETH | 0.683616672597253 | | | | ETH | 0.683616672597253 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | ETHW | 1.000042710664248 | | | | ETHW | 1.000042710664248 |
| | | | EUR | 0.416114462074562 | | | | EUR | 0.416114462074562 |
| | | | FTT | 0.082429720000000 | | | | FTT | 0.082429720000000 |
| | | | GALA | 1,770.000000000000000 | | | | GALA | 1,770.000000000000000 |
| | | | LINK | 59.500000000000000 | | | | LINK | 59.500000000000000 |
| | | | LTC | 9.130000000000000 | | | | LTC | 9.130000000000000 |
| | | | LUNA2 | 14.932691700000000 | | | | LUNA2 | 14.932691700000000 |
| | | | LUNA2_LOCKED | 34.842947290000000 | | | | LUNA2_LOCKED | 34.842947290000000 |
| | | | LUNC | 227,033.303191782560000 | | | | LUNC | 227,033.303191782560000 |
| | | | MANA | 10.000000000000000 | | | | MANA | 10.000000000000000 |
| | | | NEAR | 240.500000000000000 | | | | NEAR | 240.500000000000000 |
| | | | RAY | 2.385341990000000 | | | | RAY | 2.385341990000000 |
| | | | SAND | 18.000000000000000 | | | | SAND | 18.000000000000000 |
| | | | SAND-PERP | 0.000000000000000 | | | | SAND-PERP | 0.000000000000000 |
| | | | SOL | 20.055399462462886 | | | | SOL | 2,954.000000000000000 |
| | | | TRX | 0.000777000000000 | | | | TRX | 0.000777000000000 |
| | | | USD | 5.111178429667838 | | | | USD | 5.111178429667838 |
| | | | USDT | 0.693067791017955 | | | | USDT | 0.693067791017955 |
| | | | USTC | 1,966.206391274079800 | | | | USTC | 1,966.206391274079800 |
| | | | VET-PERP | 0.000000000000000 | | | | VET-PERP | 0.000000000000000 |
| | | | WRX | 151.000000000000000 | | | | WRX | 151.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Forty-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 71114 | Name on file | FTX EU Ltd. | BTC | 0.020000000000000 | 47504* | Name on file | FTX EU Ltd. | | Undetermined* |
| | | | MATIC | 500.000000000000000 | | | | | |
| | | | MOB | 4.500000000000000 | | | | | |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Forty-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 95395 | Name on file | FTX EU Ltd. | ADA-PERP | 374.000000000000000 | 16602* | Name on file | FTX EU Ltd. | ADA-PERP | 374.000000000000000 |
| | | | ALICE-PERP | 0.000000000000000 | | | | ALICE-PERP | 0.000000000000000 |
| | | | AUDIO-PERP | 300.000000000000000 | | | | AUDIO-PERP | 300.000000000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | AXS-PERP | 3.000000000000000 | | | | AXS-PERP | 3.000000000000000 |
| | | | BTC-PERP | -0.040500000000000 | | | | BTC-PERP | -0.040500000000000 |
| | | | CQT | 200.000000000000000 | | | | CQT | 200.000000000000000 |
| | | | CRO-PERP | 0.000000000000000 | | | | CRO-PERP | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | | | DOT-PERP | 0.000000000000000 |
| | | | FTM-PERP | 0.000000000000000 | | | | FTM-PERP | 0.000000000000000 |
| | | | GALA-PERP | 3,000.000000000000000 | | | | GALA-PERP | 3,000.000000000000000 |
| | | | IMX | 49.990000000000000 | | | | IMX | 49.990000000000000 |
| | | | MANA-PERP | 0.000000000000000 | | | | MANA-PERP | 0.000000000000000 |
| | | | MATIC-PERP | 200.000000000000000 | | | | MATIC-PERP | 200.000000000000000 |
| | | | ONE-PERP | 0.000000000000000 | | | | ONE-PERP | 0.000000000000000 |
| | | | SAND-PERP | 0.000000000000000 | | | | SAND-PERP | 0.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | | | SHIB-PERP | 0.000000000000000 |
| | | | SOL | 0.000000010000000 | | | | SOL | 0.000000010000000 |
| | | | USD | 913.052660423961000 | | | | USD | 913.052660423961000 |
| | | | ZRX-PERP | 0.000000000000000 | | | | ZRX-PERP | 500.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| 95527 | Name on file | FTX EU Ltd. | BTC | 0.037512409975605 | 58665* | Name on file | FTX EU Ltd. | BTC | 0.037512409975605 |
| | | | ETH | 0.001001200000000 | | | | ETH | 0.001001200000000 |
| | | | EUR | 0.004994685113449 | | | | EUR | 0.004994685113449 |
| | | | LUNA2_LOCKED | 0.000000165550808 | | | | LUNA2_LOCKED | 0.000000165550808 |
| | | | USD | 0.639647870311809 | | | | USD | 0.639647870311809 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| 95533 | Name on file | FTX EU Ltd. | ADA-PERP | 0.000000000000000 | 44972* | Name on file | FTX EU Ltd. | ADA-PERP | 0.000000000000000 |
| | | | APE-PERP | 0.000000000000000 | | | | APE-PERP | 0.000000000000000 |
| | | | ATLAS-PERP | 0.000000000000000 | | | | ATLAS-PERP | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | AUDIO-PERP | 0.000000000000000 | | | | AUDIO-PERP | 0.000000000000000 |
| | | | BNB-PERP | -0.000000000000001 | | | | BNB-PERP | -0.000000000000001 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | CHZ-PERP | 0.000000000000000 | | | | CHZ-PERP | 0.000000000000000 |

---

5615*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
46220*: Surviving Claim was adjourned on the Debtors- Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
64183*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
91255*: Surviving Claim is pending modification on the Debtors- Forty-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
47504*: Surviving Claim is pending modification on the Debtors- Forty-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
16602*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
58665*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
44972*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | COMP-PERP | 0.000000000000000 | | | | COMP-PERP | 0.000000000000000 |
| | | | DOT-PERP | -0.000000000000021 | | | | DOT-PERP | -0.000000000000021 |
| | | | EGLD-PERP | -0.000000000000003 | | | | EGLD-PERP | -0.000000000000003 |
| | | | EOS-PERP | 0.000000000000170 | | | | EOS-PERP | 0.000000000000170 |
| | | | ETH-PERP | -0.000000000000003 | | | | ETH-PERP | -0.000000000000003 |
| | | | FLOW-PERP | 0.000000000000000 | | | | FLOW-PERP | 0.000000000000000 |
| | | | FTM-PERP | 0.000000000000000 | | | | FTM-PERP | 0.000000000000000 |
| | | | FTT | 0.047969920000000 | | | | FTT | 0.047969920000000 |
| | | | FTT-PERP | -0.000000000000005 | | | | FTT-PERP | -0.000000000000005 |
| | | | GALA-PERP | 0.000000000000000 | | | | GALA-PERP | 0.000000000000000 |
| | | | GRT-PERP | 0.000000000000000 | | | | GRT-PERP | 0.000000000000000 |
| | | | HBAR-PERP | 0.000000000000000 | | | | HBAR-PERP | 0.000000000000000 |
| | | | IOTA-PERP | 0.000000000000000 | | | | IOTA-PERP | 0.000000000000000 |
| | | | LRC-PERP | 0.000000000000000 | | | | LRC-PERP | 0.000000000000000 |
| | | | LTC-PERP | 0.000000000000000 | | | | LTC-PERP | 0.000000000000000 |
| | | | LUNC-PERP | 0.000000000000028 | | | | LUNC-PERP | 0.000000000000028 |
| | | | MANA-PERP | 0.000000000000000 | | | | MANA-PERP | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | MTL-PERP | 0.000000000000000 | | | | MTL-PERP | 0.000000000000000 |
| | | | NEAR-PERP | 0.000000000000000 | | | | NEAR-PERP | 0.000000000000000 |
| | | | OMG-PERP | -0.000000000000000 | | | | OMG-PERP | -0.000000000000000 |
| | | | RUNE-PERP | -0.000000000000042 | | | | RUNE-PERP | -0.000000000000042 |
| | | | SAND-PERP | 0.000000000000000 | | | | SAND-PERP | 0.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | | | SHIB-PERP | 0.000000000000000 |
| | | | SLP-PERP | 0.000000000000000 | | | | SLP-PERP | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | TRX | 0.000064000000000 | | | | TRX | 0.000064000000000 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | USD | 410.124027922064500 | | | | USD | 410.124027922064500 |
| | | | USDT | 1,999.926300000000000 | | | | USDT | 1,999.926300000000000 |
| | | | VET-PERP | 0.000000000000000 | | | | VET-PERP | 0.000000000000000 |
| | | | XEM-PERP | 0.000000000000000 | | | | XEM-PERP | 0.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims). | | | | | | | | | |
| 95829 | Name on file | FTX EU Ltd. | ATLAS | 81,762.343300000000000 | 25269* | Name on file | FTX EU Ltd. | ATLAS | 81,762.343300000000000 |
| | | | FTT | 0.079559970000000 | | | | FTT | 0.079559970000000 |
| | | | POLIS | 1,049.300595000000000 | | | | POLIS | 1,049.300595000000000 |
| | | | USD | 0.374602671813125 | | | | USD | 0.374602671813125 |
| | | | USDT | 0.008000008242937 | | | | USDT | 0.008000008242937 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims). | | | | | | | | | |
| 96140 | Name on file | FTX EU Ltd. | ATLAS | 540,937.221974130000000 | 7527* | Name on file | FTX Trading Ltd. | ATLAS | 540,937.221974130000000 |
| | | | AVAX-PERP | 0.000000000000056 | | | | AVAX-PERP | 0.000000000000057 |
| | | | BTC | 0.000000000929916 | | | | BTC | 0.000000000929916 |
| | | | BTC-PERP | 1.376800000000000 | | | | BTC-PERP | 1.376800000000000 |
| | | | CRV-PERP | 0.000000000000000 | | | | CRV-PERP | 0.000000000000000 |
| | | | ETH | 17.807171880000000 | | | | ETH | 17.807171880000000 |
| | | | ETH-PERP | 0.000000000000003 | | | | ETH-PERP | 0.000000000000004 |
| | | | ETHW | 15.820171880000000 | | | | ETHW | 15.820171880000000 |
| | | | EUR | 0.000000142000799 | | | | EUR | 0.000000142000800 |
| | | | FTT | 364.797891770000000 | | | | FTT | 364.797891770000000 |
| | | | GENE | 475.600000000000000 | | | | GENE | 475.600000000000000 |
| | | | LINK | 0.045740510000000 | | | | LINK | 0.045740510000000 |
| | | | LUNC-PERP | 0.000000000000007 | | | | LUNC-PERP | 0.000000000000007 |
| | | | MAGIC | 10,439.000000000000000 | | | | MAGIC | 10,439.000000000000000 |
| | | | RAY | 501.410958400000000 | | | | RAY | 501.410958400000000 |
| | | | ROSE-PERP | 3,301.000000000000000 | | | | ROSE-PERP | 3,301.000000000000000 |
| | | | RUNE | 1,864.102012250000000 | | | | RUNE | 1,864.102012250000000 |
| | | | SNX | 0.044644898316361 | | | | SNX | 0.044644898316361 |
| | | | SOL | 0.007925570000000 | | | | SOL | 0.007925570000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | SRM | 9.100701720000000 | | | | SRM | 9.100701720000000 |
| | | | SRM_LOCKED | 46.611177930000000 | | | | SRM_LOCKED | 46.611177930000000 |
| | | | STX-PERP | 0.000000000000000 | | | | STX-PERP | 0.000000000000000 |
| | | | USD | 41,128.880000000000000 | | | | USD | -41,128.887283369000000 |
| | | | USDT | 0.003897159046801 | | | | USDT | 0.003897159046802 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twenty-Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims). | | | | | | | | | |
| 87362 | Name on file | FTX EU Ltd. | EUR | 3,143.550000000000000 | 77941* | Name on file | FTX EU Ltd. | EUR | 3,143.550000000000000 |
| | | | XRP | 3,543.000000000000000 | | | | XRP | 3,543.000000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims). | | | | | | | | | |
| 95574 | Name on file | FTX EU Ltd. | BNB | 0.041031560000000 | 23352* | Name on file | FTX EU Ltd. | BNB | 0.041031560000000 |
| | | | BTC | 0.006469960000000 | | | | BTC | 0.006469960000000 |
| | | | FTT | 17.375040870000000 | | | | FTT | 17.375040870000000 |
| | | | USDT | 0.000001235249565 | | | | USDT | 0.000001235249565 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims). | | | | | | | | | |
| 95640 | Name on file | West Realm Shires Services Inc. | AKRO | 1.000000000000000 | 42121* | Name on file | FTX EU Ltd. | AKRO | 1.000000000000000 |
| | | | BAO | 4.000000000000000 | | | | BAO | 4.000000000000000 |
| | | | BAT | 1.002190910000000 | | | | BAT | 1.002190910000000 |
| | | | CHZ | 1.000000000000000 | | | | CHZ | 1.000000000000000 |
| | | | CRO | 116.110602580000000 | | | | CRO | 116.110602580000000 |
| | | | DENT | 1.000000000000000 | | | | DENT | 1.000000000000000 |
| | | | ETH | 4.112693890000000 | | | | ETH | 4.112693890000000 |
| | | | ETHW | 4.112280716673081 | | | | ETHW | 4.112280716673081 |
| | | | EUR | 0.000000012534513 | | | | EUR | 0.000000012534513 |
| | | | GALA | 1,711.586102590000000 | | | | GALA | 1,711.586102590000000 |
| | | | KIN | 3.000000000000000 | | | | KIN | 3.000000000000000 |
| | | | MATH | 1.000000000000000 | | | | MATH | 1.000000000000000 |
| | | | MATIC | 0.000541020000000 | | | | MATIC | 0.000541020000000 |
| | | | RSR | 1.000000000000000 | | | | RSR | 1.000000000000000 |
| | | | SAND | 235.664689810000000 | | | | SAND | 235.664689810000000 |
| | | | SECO | 0.000007890000000 | | | | SECO | 0.000007890000000 |
| | | | TRX | 2.000000000000000 | | | | TRX | 2.000000000000000 |
| | | | UBXT | 1.000000000000000 | | | | UBXT | 1.000000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims). | | | | | | | | | |
| 95600 | Name on file | West Realm Shires Services Inc. | AKRO | 1.000000000000000 | 42121* | Name on file | FTX EU Ltd. | AKRO | 1.000000000000000 |
| | | | BAO | 4.000000000000000 | | | | BAO | 4.000000000000000 |
| | | | BAT | 1.002190910000000 | | | | BAT | 1.002190910000000 |
| | | | CHZ | 1.000000000000000 | | | | CHZ | 1.000000000000000 |
| | | | CRO | 116.110602580000000 | | | | CRO | 116.110602580000000 |
| | | | DENT | 1.000000000000000 | | | | DENT | 1.000000000000000 |
| | | | ETH | 4.112693890000000 | | | | ETH | 4.112693890000000 |
| | | | ETHW | 4.112280716673081 | | | | ETHW | 4.112280716673081 |
| | | | EUR | 0.000000012534513 | | | | EUR | 0.000000012534513 |
| | | | GALA | 1,711.586102590000000 | | | | GALA | 1,711.586102590000000 |
| | | | KIN | 3.000000000000000 | | | | KIN | 3.000000000000000 |
| | | | MATH | 1.000000000000000 | | | | MATH | 1.000000000000000 |
| | | | MATIC | 0.000541020000000 | | | | MATIC | 0.000541020000000 |
| | | | RSR | 1.000000000000000 | | | | RSR | 1.000000000000000 |
| | | | SAND | 235.664689810000000 | | | | SAND | 235.664689810000000 |
| | | | SECO | 0.000007890000000 | | | | SECO | 0.000007890000000 |
| | | | TRX | 2.000000000000000 | | | | TRX | 2.000000000000000 |
| | | | UBXT | 1.000000000000000 | | | | UBXT | 1.000000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims). | | | | | | | | | |
| 93796 | Name on file | FTX Trading Ltd. | BNB | 0.195482093653994 | 36306* | Name on file | FTX Trading Ltd. | BNB | 0.195482093653994 |
| | | | BTC | 0.000000001800000 | | | | BTC | 0.000000001800000 |
| | | | ETH | 0.000000008979951 | | | | ETH | 0.000000008979951 |
| | | | FTT | 18.967959576000000 | | | | FTT | 18.967959576000000 |
| | | | TONCOIN | 124.859353120000000 | | | | TONCOIN | 124.859353120000000 |
| | | | TONCOIN-PERP | 0.000000000000000 | | | | TONCOIN-PERP | 0.000000000000000 |
| | | | USD | 0.000000000000000 | | | | USD | 0.002143998169222 |
| | | | USDT | 48.116472424167064 | | | | USDT | 48.116472424167100 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims). | | | | | | | | | |

25269*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
7527*: Surviving Claim was ordered modified on the Debtors- Twenty-Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
77941*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
23352*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
36306*: Surviving Claim was ordered modified on the Debtors- Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
42121*: Surviving Claim is pending modification on the Debtors- Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)