## <u>SCHEDULE 2</u>

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Nineteenth Omnibus Claims Objection**
**Schedule 2 - No Liability Claims**

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 94335 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 10026.4667821900000000 - Just the one that earns interest on Stablecoins

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 65624 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 3500 - 3500

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 57450 | Name on file | FTX EU Ltd. | EUR | 0.000000009908550 |
| | | | SPY | 21.664000000000000 |
| | | | USD | -158.327896280000000 |
| | | | USDT | 0.008598730000000 |

Other Activity Asserted: 11221.952 dollars according to main_balances.csv - The main_balances.csv from FTX says "SPY","SPY","21.664","21.21119987","11221.952""

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 24807 | Name on file | West Realm Shires Services Inc. | POC Other NFT Assertions: FTX OFF THE GRID MIAMI | 1.000000000000000 |
| | | | USD | |
| | | | USDC | 0.000000350000000 |

Other Activity Asserted: About $800 - I uncovered a scheme in FTX that caused its users not to be able to get rich and make money! Warren Buffett said by doing this, you can beat the market and mske money like him. I personally should had been making lots of money on FTX in crypto currency, but didn't because (1) they aren't on the live platform which their's is behind in their numbers, and then (2) FTX.us caused the public to place wagers against them using their bank. And this is without even being enrolled in their margin trading. I saw several opportunities to pull out my money as soon as the crypto prices began to rise on more occasions then once. And here's the thing; everyime I had been doing it on FTX, FTX forced me to bet against them using their own money. Their websites stated, "we have the right to cause you to borrow from our banks! Therefore I never actually had been betting my own money, but theirs. And I kept having to pour more money into my account to cover the losses caused by their rigging of their system. Their bank never let us know it was their money we were using when placing wagers and puts and the such. They just kept letting us bid against them using their own money! They caused me to loose money. I had invested money into their system, buying more when the prices fell and I went to sell crypto as the prices rose. They rigged it to always use the banks money, rather then our own. They made so when users bought crypto, the user would most likely wager the banks money so we'd owe their bank, rather then them owing us. I began seeing the numbers and started taking many screenshots to show the numbers. FTX also made me become subscribed to Margin Trading from the very beginning, denying me the ability on my own in their web application to enroll in it, but unable to unsubscribe from it, because I wasnt subscribed to it! Their website even stated after digging deep, "you bet against the bank using borrowed money when your subscribed to margin trading". Another article read they automatically subscribe you to it. They seemed to lock me into margin trading while I was denied even being able to subscribe to it in the first place (go figure!). They thereby forced its users to bet against them using their own bank account, and generally never the users. FTX.us caused me to place wagers against their bank. Everytime I thought I was being smart

skimming winnings off the top of crypto currency rising prices, I was wrong! I'd then transfer them into a safe place which was supposed to be an 'off the market savings account' of their's on the website, then the purchasing of new tokens &amp; coins would take place mostly on their app. But you still had to transfer only to the website account. What was happening was, I had been borrowing money from them the entire time, rather than it using my own money in my accounts. It went like this: I saw several opportunities to pull out my money as soon as the prices began to rise on more occasions then once. Warren Buffett has told people to do something quite similar. Everyime I had been doing it on FTX, FTX forced me to bid against them using their own money from their own accounts and then I'd have to pay them back. Their website stated, "we have the right to cause you to borrow from our banks". Therefore, in them doing this I never actually had been betting my own money but theirs, and I kept having to pour more money in to the purchasing of the same cryptos to be able to cover the losses that the bank never let us know it was their money we were using. When the prices fell I'd buy more. And when their market prices gained money I'd sell the crypto then deposit it into the offline account of theirs. But they rigged it to always use the banks money rather then my own, so I'd turn around having to owe FTX covered costs, rather then FTX owing us after Icashed out. I began seeing the numbers and the tiny note at the bottom appear saying I just borrowed against the bank to cover the purchase, then started taking many screenshots. FTX also made me become subscribed to their Margin Trading that they denied me being able to subscribe to in the first place. And then of course, when trying to unsubscribe from the margin trading it'd deny me doing so, as I wasnt subscribed to it. It locked me into margin trading while I was denied being able to subscribe to it in the first place! This behavior of theirs forced me (and probably many others) to have to bet against their bank, to make even more money which seemed to lead them into bankruptcy in the long run. A video on what they were doing can be found in these places https://youtu.be/BJOh74zRQxw - https://youtu.be/XgFZpfRkeSk, and also at https://youtu.be/9v_KuIVrvyA . I ended up probably putting $800 into FTX, and then the account ending with an amount of -$186.05, and a total earned (of only) $0.13644309!

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 93689 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 153,000 - Yes

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | Asserted Claims |
| --- | --- | --- | --- | --- |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| --- | --- | --- | --- | --- |
| 94348 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 10026.4667821900000000 - Yes on USDT Stablecoins

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 67562 | Name on file | FTX Trading Ltd. | BTC | Undetermined* |
| | | | USDT | |

Other Activity Asserted: $148638.6900 with gurmeet account name. - I have done online chat with online FTXau8 customer care team last year several time to un frozen my account and let me withdraw my money but all the time they denied it and I have proofs for all the online chat with FTXau8 customer care and FTXau8 is not working anymore in Australia since last year as Australian government has shut it down in Australia and can't login into my FTXau8 account. Please help me as I have lost all my family savings into FTXau8 and want to recover it back please. As

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95697 | Name on file | Quoine Pte Ltd | | Undetermined* |

Other Activity Asserted: ########

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93855 | Name on file | West Realm Shires Services Inc. | BTC | 0.020000000000000 |
| | | | ETH | 0.750000000000000 |
| | | | LTC | 12.750000000000000 |
| | | | USDT | 1,000.000000000000000 |

Other Activity Asserted: 5000 - 5000 dollars worth

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95520 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: $212,033.00 - I mean No, I did not understand question

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 10530 | Name on file | FTX EU Ltd. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94785 | Name on file | Quoine Pte Ltd | | Undetermined* |

Other Activity Asserted: 1.7 (USD ) 2.5 (BTC) 5.907425450 (ETH) - Quoine Pte Ltd

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93561 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: 1000 - Crypto

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93559 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: 1500 - Crypto

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 25853 | Name on file | FTX EU Ltd. | BNB | 10.000000000000000 |
| | | | DAI | 1,000.000000000000000 |
| | | | ETH | 10.000000000000000 |
| | | | USDC | 3,433.000000000000000 |
| | | | USDT | 20,518.000000000000000 |

Other Activity Asserted: 10 eth - The crypto disappeared from my account

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94333 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: ########

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95830 | Name on file | FTX Trading Ltd. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | | Asserted Claims |
|---|---|---|---|---|

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | Other Activity Asserted: 300000 - Btc | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 38604 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: None - None | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93935 | Name on file | West Realm Shires Services Inc. | | Undetermined* |
| | | | Other Activity Asserted: no - no | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 91597 | Name on file | FTX EU Ltd. | USD | 500.000000000000000 |
| | | | Other Activity Asserted: 500$ - Artwork posted | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 44756 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: 459,950 - Trade | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 50004 | Name on file | FTX EU Ltd. | BNB | Undetermined* |
| | | | Other Activity Asserted: None - None | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93978 | Name on file | FTX Trading Ltd. | MASK | 527.000000000000000 |
| | | | SOL | 254.000000000000000 |
| | | | TRY | 165.323000000000000 |
| | | | USD | 5,085.000000000000000 |
| | | | Other Activity Asserted: 50.000$ - I did my invest by BtcTurk in Turkey and the ftx issue started. | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 87706 | Name on file | FTX Trading Ltd. | | |
| | | | BTC | 6.131854800000000 |
| | | | USD | 108,988.000000000000000 |
| | | | Other Activity Asserted: 108988 - My crypto was on the ftx us website. | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 90626 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: About 7.5 million usdt. - I had an account with someone else on November 11, 2022 via internal transfer on the account | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95817 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: 10000 - 10000 | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 11424 | Name on file | FTX Trading Ltd. | ADABULL | Undetermined* |
| | | | BTC | |
| | | | BULL | |
| | | | DOGEBULL | |
| | | | ETHBULL | |
| | | | FTT | |
| | | | SHIB | |
| | | | USDT | |
| | | | XRP | |
| | | | XRPBULL | |
| | | | Other Activity Asserted: 400000-500000 - My whole account disappeared | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 90330 | Name on file | FTX EU Ltd. | FTT | |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | |
| --- | --- | --- | --- | --- |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| --- | --- | --- | --- | --- |
| | | | USD | 250.000000000000000 |
| | | | Other Activity Asserted: 100.000.000 - Stalkhorse | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94193 | Name on file | West Realm Shires Services Inc. | ETH | |
| | | | ETHW | |
| | | | USD | |
| | | | USDC | 50,000.000000000000000 |
| | | | USDT | |
| | | | Other Activity Asserted: Unsure - Crypto on FTX.com | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88690 | Name on file | FTX EU Ltd. | USD | 325,068.000000000000000 |
| | | | Other Activity Asserted: $325,068 - Irs taxes 12153 due process of collection from the IRS and NCDOR Bankruptcy and asset forfeiture of mortgaged bank accounts. | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88267 | Name on file | West Realm Shires Services Inc. | | Undetermined* |
| | | | Other Activity Asserted: 400,000 LINK - Locked up CHAINLINK balance in a yielding account. Transferred COINBASE CHAINLINK balances to FTX ACCOUNT! | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95589 | Name on file | West Realm Shires Services Inc. | USDC | 10,000.000000000000000 |
| | | | Other Activity Asserted: 10,000 USDC - On January 11, 2024, 10,000 USDC was sent to our FTX US exchange account address: ######## Here is the txn hash: ######## | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 92367 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: Not less than $2 million - Employee annual and semi-annual bonus based on services performed and course of conduct; specific services include the onboarding of revenue generating accounts (including Hudson River Trading and Jane Street, among others), which did billions in volume per day on FTX International (and hundreds of millions per day on FTX US), which taking a conservative value for the average fee rate charged by FTX means HRT alone brought in tens of millions in revenue per day; relevant documents are in the Debtors' possession including employment contract and performance and payment history | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95547 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: approximately 1477,72 USD. - Unclaimed Asset Withdrawal and Estimated Value | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 83042 | Name on file | West Realm Shires Services Inc. | USD | 7,253.600000000000000 |
| | | | Other Activity Asserted: 7,283.60 - Wired money to my account on October 12. IMAD ######## | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94957 | Name on file | West Realm Shires Services Inc. | | Undetermined* |
| | | | Other Activity Asserted: $5,000 - Disputed card transactions | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93574 | Name on file | West Realm Shires Services Inc. | SHIB | 318,000,000.000000000000000 |
| | | | Other Activity Asserted: I don't exact amoony - I have 318000000 Shiba Inu and 2 solana nft that are a good amount of solana | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94509 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: 29,288.04 - X-claim | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 92946 | Name on file | West Realm Shires Services Inc. | | Undetermined* |
| | | | Other Activity Asserted: 4500 - USD balance | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | | |
|---|---|---|---|---|
| | | | **Asserted Claims** | |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 90327 | Name on file | West Realm Shires Services Inc. | CUSDT | 3.000000000000000 |
| | | | DOGE | 1.000000000000000 |
| | | | ETH | 0.901602410000000 |
| | | | ETHW | 0.901223830000000 |
| | | | USD | 0.000018861089987 |

Other Activity Asserted: SHIB (1.00),TRX (2.00), USDT (1.04421893) - Additional crypto not listed (not enough open slots in previous form)

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 91055 | Name on file | FTX Trading Ltd. | ETHBULL | 44.280000000000000 |
| | | | MATIC | 813,656.000000000000000 |
| | | | XRPBULL | 1,320,000.000000000000000 |

Other Activity Asserted: ######## - Your Unique Customer Code

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 90998 | Name on file | FTX Trading Ltd. | LINKBULL | 186,000.000000000000000 |
| | | | MATICBULL | 813,656.000000000000000 |
| | | | VETBULL | 1,620,000.000000000000000 |
| | | | POC Other Fiat Assertions: XRPBULL -  COINS | 1,320,000.000000000000000 |

Other Activity Asserted: I have my Unique Customer Code is ######## and also in have my coin list. - ########

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 91677 | Name on file | FTX Trading Ltd. | DOT | 8,929.000000000000000 |
| | | | SOL | 7.255200000000000 |

Other Activity Asserted: 5,89 dot e 7 sol - è stato fatto un prelievo di crypto il 7 novembre, tali cripto sono uscite dal conto ftx ma mai arrivate su okx

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 81467 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: ######## - Ftx used oanda. Inc

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 94909 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 150,000 - I have trading and marketing

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 87297 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: im not sure I can send the paperwork to you - some of the info I don't have and for for over time but I do have paper work

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 38510 | Name on file | FTX Trading Ltd. | ETH | 0.254672430000000 |
| | | | SHIB | 34,000,000.000000000000000 |

Other Activity Asserted: 34000000 - Shiba Inu

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 95813 | Name on file | FTX Trading Ltd. | USD | 12,000.000000000000000 |
| | | | USDT | 12,000.000000000000000 |

Other Activity Asserted: 0 - 0

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 95814 | Name on file | FTX Trading Ltd. | USD | 12,000.000000000000000 |
| | | | USDT | 12,000.000000000000000 |

Other Activity Asserted: 12000 - invest with my family

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 92771 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: WASSIE 9470 | 1.000000000000000 |

Other Activity Asserted: 1 NFT - I have deposited Wassie 9470 on the FTX NFT wallet ########

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 89986 | Name on file | West Realm Shires Services Inc. | GRT | 298,575.389391190000000 |
| | | | SOL | |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | |
|---|---|---|---|---|

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | USD | |

Other Activity Asserted: 29999.55 - Deposits that were deducted from my bank account but were pending during the filing for bankruptcy

Reason: The Claimant did not provide proper documentation to support the asserted other activity asserted. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 82472 | Name on file | FTX Trading Ltd. | ETH | 5.887800000000000 |
| | | | SOL | 0.000005000000000 |

Other Activity Asserted: 5.8878 ETH - On  November 11, 2022 22:51:23 +UTC we deposited ETH into our account address, these funds were never credited and do not show up within the account. The funds were transferred to an FTX owned account (########) and then transferred to FTX cold storage.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96650 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: 1 - FTT

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 55865 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: 1,999,998.81 USD - Vereeni Investments Limited is the stockholder of Eight Hundred Seventy-Five Thousand Two Hundred Seventy-Three (875,273) fully paid and non-assessable shares of Series A Preferred Stock, par value $ 0.00000001, of West Realm Shires Services Inc.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 11883 | Name on file | FTX EU Ltd. | USD | 500.000000000000000 |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 49345 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 25375 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88529 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: $100.000.000 - Filling and suit

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94180 | Name on file | FTX Trading Ltd. | BTC | 0.350000000000000 |

Other Activity Asserted: $25.00 - Bought through cash app when Bitcoin was introduced to the app. Wouldn't allow me to recover BTC was at 500

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95268 | Name on file | FTX Trading Ltd. | USD | 52,000.000000000000000 |

Other Activity Asserted: 25. Which should be 2.5 coin - Amending

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94719 | Name on file | FTX Trading Ltd. | ATOM | 60.000000000000000 |

Other Activity Asserted: Coin base over 9,000 traded between ftx - I cant tell they deleted my account

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95335 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: 2475 US - I brought several scions Nft learning Currency exchange and I was locked out of my account I filed a claim and never could get back.into the account it kept saying idenity issues

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88078 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: unsure - account associated with ########, ftx acct ######## schedule id ########

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | |
|---|---|---|---|---|---|
| Claim Number | Name | Debtor | | Tickers | Ticker Quantity |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.