**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING LEAVE TO AMEND
PROOF OF CLAIM NO. 87144 TO CORRECT CLAIMANT'S NAME AND ADDRESS**

Upon the Motion (the "**Motion**") of Mr. Hyung Cheol Lim ("**Lim**"), his wholly owned entities, Aimed, Inc. ("**Aimed**") and Blocore Pte., Ltd. ("**Blocore**"), Mr. Ji Woong Choi ("**Choi**") and his wholly-owned entity, Mosaic Co. Ltd. ("**Mosiac**" and together with Lim, Aimed, Blocore, and Choi, collectively, the "**Principals**") [Dkt. No. ___] for entry of an order granting the Principals leave to amend Proof of Claim No. 87144 (the "**Proof of Claim**") to correct the claimant's name and address; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that no other or further notice is necessary; and objections (if any) to the relief requested in the Motion having been withdrawn, resolved or overruled on the merits; and upon the record of the hearing and all of the proceedings had before this Court; and this Court having

found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Principals are authorized to amend the Proof of Claim, and to sign such amended Proof of Claim, to substitute (i) each of their names for the name of Junho Bang as the Proof of Claim creditor, (ii) Venable LLP's contact information for Junho Bang's contact information in the Proof of Claim for notice purposes, and (iii) an address designated by the Principals for Junho Bang's address for payment purposes.

3. Kroll Restructuring Administration (the "Claims Agent") is hereby directed to, upon entry of this Order, substitute (i) Hyung Cheol Lim, Aimed, Inc., Blocore Pte. Ltd., Ji Woong Choi, and Mosaic Co. Ltd. for Junho Bang as the "creditor" on the Proof of Claim, (ii) Venable LLP, 151 West. 42nd St., 49th Floor, New York, NY 10036, Attn: Jeffrey S. Sabin, Esq. (JSSabin@Venable.com) for Junho Bang as the contact information for notices, and (iii) an address designated by the Principals for Junho Bang's address for payment purposes.

4. The Debtors, the Plan Administrator, the Distribution Agent or such other entity as is authorized by the Plan Administrator to manage and conduct the Debtors' KYC approval process are directed to promptly upon entry of this order, but in no event later than February 27, 2025, provide to the Principals access to the FTX customer claims portal so that the Principals may timely commence the KYC approval process with respect to the claim evidenced by the Proof of Claim.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors, the Plan Administrator, and the Distribution Agent (or such other entity as is authorized by the Plan Administrator) are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the interpretation or implementation of this Order.

Dated: February ___, 2025
Wilmington, Delaware

_____
The Honorable John T. Dorsey
Chief Bankruptcy Judge