**EXHIBIT E**

November 8, 2022

방준호님                                                                 Reply

The transfer of 70% of assets from FTX has been completed. It seems
that withdrawals are not smooth yet. 70% of the assets in FTX were
safely transferred to other exchanges yesterday, so you can rest
assured.

In the current situation where SBF is not providing a clear
explanation, people's imagination is growing and various suspicions
are growing.

One of the things that people are currently suspecting is that the
lender of Alameda's debt was FTX's customer funds, and Alameda's
collateral assets were inflated with FTT, SOL, SRM, etc., and the
damage caused by Alameda's liquidation and bankruptcy is
transferred to FTX's deposit funds.
There is also a suspicion that Alameda was a burrower who
accounted for a significant portion of the total lending as to who is
actually providing the FTX USD lending interest.

방   We will continue to update the situation.                    오후 10:23