**EXHIBIT G**



## CERTIFICATE OF TRANSLATION

I, Myoung Sun Lim, am fluent in the Korean and English languages. I have been a court certified interpreter for 20 years and, in accordance with Rule 604 of the Federal Rules of Evidence, am competent to translate documents from Korean into English. I hereby certify that the attached translation of the document identified below was translated by me from Korean into English, and is, to the best of my knowledge and belief, a true and accurate translation.

**Reference: Korean - 2023-06-23 Statement of Facts (EN-KR_Notarial Certificated)-2**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  
Court Interpreter Signature

___Myoung Sun Lim_____  
Court Interpreter Name - Printed

___01/10/2025_____  
Date

**Linguist Employer:** Independent Contractor / Hired by TransPerfect Translations, Inc.  
**Employer Address:** 1250 Broadway, 7th Floor, New York, NY 10001  
**Phone Number:** 1-212-689-5555

TransPerfect Translations Ltd. is a professional translation agency and international communications firm located at 1250 Broadway, 7th Floor, New York, NY 10001. I, Jacqueline Yorke, am a project manager employed by TransPerfect who oversaw the translation process and hereby certify the included document has been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best of my professional knowledge and belief, a true and accurate translation.

_____  
TransPerfect PM Signature

Jacqueline Yorke  
_____  
TransPerfect PM Name - Printed

Sworn to before me this  
10th day of January 2025

_____  
Signature, Notary Public

WENDY POON  
Notary Public - State of New York  
No. 01PO0000184  
Qualified in Queens County  
My Commission Expires February 02, 20 27

Stamp, Notary Public

# Fact confirmation Statement

Confirmer: Bang Junho

Resident Registration Number: 940626-118822

Address: 651, Samsung-ro, Gangnam-gu, Seoul, Royal County 3rd, Apt. 2404 (Samseong-dong, Raemian La Classi)

Phone no.: 010-3179-0434

The above confirmer, based on the investment delegation agreement concluded around June 2022, December 5 2022 and the verbal agreement around April 2023, has been entrusted with the investment decisions for BTC 1,999.46, ETH 480.1077, USDC 1,372,000, and KRW 8,000,000,000 from CEO Choi Ji-Woong and Mosaic Co., Ltd. The confirmer would like to confirm the following facts:

- Details-

1. The above agreement is an investment delegation agreement for investment assets, and the scope of the delegation to the confirmer is limited to investment decisions. Therefore, the ownership of the assets mentioned above remains with CEO Choi Ji-Woong and Mosaic Co., Ltd.

2. According to the above agreement, CEO Choi Ji-Woong and Mosaic Co., Ltd. may request the payment of the investment principal and returns at any time, and the confirmer must comply with such requests.

3. The entrusted assets of CEO Choi Ji-Woong and Mosaic Co., Ltd. are currently entrusted along with other clients' assets in the FTX Trading Ltd. accounts under the confirmer's name (Customer Code: 00170608, 03698313), and are currently filed in the United States Delaware Federal Bankruptcy Court. This is as per the attached filing details.

4. The confirmer is in the process of initiating the sale procedure for the withdrawal claim of all the entrusted assets in the FTX Trading Ltd. account under the confirmer's name, in accordance with the investment asset return request from CEO Choi Ji-Woong and Mosaic Co., Ltd. This corresponds to entrusted trading. Therefore, according to the distribution ratio specified in Clause 7 of this fact confirmation statement, payments will be made to CEO Choi Ji-Woong and Mosaic Co., Ltd. Furthermore, the confirmer has the obligation to provide pre- and post-sale documentation for the third-party sale to the above entrusting parties.

5. Even if the sale procedure is canceled or delayed, the ownership of the entrusted assets from CEO Choi Ji-Woong and Mosaic Co., Ltd. remains with them, and the confirmer has the obligation to return the entrusted assets. Thus, in case the sale procedure is canceled or delayed, the confirmer will execute the transfer of the withdrawal right and the transfer procedure to the United States Federal Bankruptcy Court and FTX Trading Ltd.

6. Before the transfer of the withdrawal right, if the assets entrusted to FTX Trading Ltd. become eligible for withdrawal, the confirmer will immediately proceed with the return procedure for the entrusted assets to CEO Choi Ji-Woong, Mosaic Co., Ltd., and other entrusting parties.

7. The confirmer has reviewed the trends and current status of the entrusted assets of CEO Choi Ji-Woong, Mosaic Co., Ltd., and other entrusting parties in detail. Based on the current best knowledge and understanding, the confirmer believes that the assets entrusted to Haru Invest have already been sufficiently returned. Therefore, the remaining assets entrusted to the FTX Trading Ltd. account under the confirmer's name should be allocated to the remaining entrusting parties. The assets will be distributed based on the entrusted ratio, and the distribution ratio will be provided to CEO Choi Ji-Woong and Mosaic Co., Ltd. with documentation by June 28, 2023. This date may be extended by mutual agreement of the parties.

Date: June 23, 2023

Confirmer's Signature: Bang Junho[signature] [seal]

Attachment: Copy of the front and back of ID card, Filing details with U.S. Delaware Federal Bankruptcy Court

[partial stamp affixed]