**EXHIBIT H**

# TRANSPERFECT

## CERTIFICATE OF TRANSLATION

I, Myoung Sun Lim, am fluent in the Korean and English languages. I have been a court certified interpreter for 20 years and, in accordance with Rule 604 of the Federal Rules of Evidence, am competent to translate documents from Korean into English. I hereby certify that the attached translation of the document identified below was translated by me from Korean into English, and is, to the best of my knowledge and belief, a true and accurate translation.

Reference: **Korean - 2023-09-26 Confirmation of Facts (EN-KR Notarial Certificated)-2**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| _____ | ___Myoung Sun Lim_____ |
| Court Interpreter Signature | Court Interpreter Name - Printed |
| | |
| ___01/10/2025_____ | Certificate No.: 301030 |
| Date | |

Linguist Employer: Independent Contractor / Hired by TransPerfect Translations, Inc.
Employer Address: 1250 Broadway, 7th Floor, New York, NY 10001
Phone Number: 1-212-689-5555

TransPerfect Translations Ltd. is a professional translation agency and international communications firm located at 1250 Broadway, 7th Floor, New York, NY 10001. I, Jacqueline Yorke, am a project manager employed by TransPerfect who oversaw the translation process and hereby certify the included document has been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best of my professional knowledge and belief, a true and accurate translation.

| | |
|---|---|
| _____ | Jacqueline Yorke |
| TransPerfect PM Signature | _____ |
| | TransPerfect PM Name - Printed |

Sworn to before me this
10th day of January 2025

_____
Signature, Notary Public

> **WENDY POON**
> Notary Public - State of New York
> No. 01PO0000184
> Qualified in Queens County
> My Commission Expires February 02, 20 27

Stamp, Notary Public

## Fact Confirmation Statement

Recipients:

1. Choi Ji-woong

   102, Daum 7th Shinehill, 15, Donggwang-ro 30-gil, Seocho-gu, Seoul


2. Mosaic Co. Ltd. (214-86-62972)

   8, Bangbae-ro 27-gil, 4th Floor, Seocho-gu, Seoul


Confirmer:

Bang Junho

Resident Number: 940626-1188229

Address: 2404, 106-dong, 651, Samsung-ro, Gangnam-gu, Seoul (Samseong-dong, Raemian Laclass)

Phone No.: 010-3179-0434   [partial seals affixed twice]


The above confirmer, along with the fact confirmation statement dated June 23, 2023, would like to confirm the following facts.


- Detail -


1. The confirmer has been engaged in the business of managing entrusted virtual assets for clients in collaboration with Song Joon, operating a virtual asset entrusted investment business. The confirmer and Song Joon have invested entrusted assets to generate profits, and have received a portion of the profits as compensation fees. In this process, the confirmer was responsible for the actual investment and management of virtual assets. Therefore, clients entrusted their virtual assets for investment under the discretionary investment agreement by directly transferring or transferring the assets to the confirmer and Song Joon's electronic wallets.


2. In around June 2022, the confirmer entered into an discretionary investment agreement with Choi Ji-woong and Mosaic Co.

Ltd. under the name of the business partner, Song Joon. The actual parties to the discretionary investment agreement were Song Joon and the confirmer. The agreement was concluded as a result of the confirmer and Song Joon advising Choi Ji-woong and Mosaic Co. Ltd. on virtual asset investment, and because the confirmer managed all the investments made under the name of the confirmer and Song Joon, Choi Ji-woong and Mosaic Co. Ltd. trusted the past performance of virtual asset investment profits and results, which were settled by the confirmer around May 2022, and entered into the agreement. At the time of the agreement, the opposing parties, Choi Ji-woong and Mosaic Co. Ltd., were aware that the confirmer was the actual counterparty. At the time of the agreement's conclusion, the counterparties, Choi Ji-woong and Mosaic Co. Ltd., were aware that the confirmer was the actual contracting party, and the contract was directly concluded between the confirmer and Song Joon, and Choi Ji-woong and Mosaic Co. Ltd. After the conclusion of the agreement, as stated in Provision 1, the confirmer received the discretionary investment assets of the aforementioned parties into a cryptocurrency exchange account under the confirmer's name and managed them. The discretionary investment agreement concluded on December 5, 2022, was concluded under the same relationship as well, directly between Song Joon and the confirmer with Choi Ji-woong and Mosaic Co. Ltd., with the confirmer being the actual manager.           [stamp] [signature]

3. The account under the confirmer's name at FTX.com (Customer Code: 00170608, 03698313) was used by the confirmer for the discretionary investment asset management after receiving virtual assets from Choi Ji-woong, Mosaic Co. Ltd., Haru Investment, Im Hyung-cheol, and others for investment purposes. Currently, the discretionary investment assets of Choi Ji-woong and Mosaic Co. Ltd., as mentioned in Provision 1 and 2, were transferred to the confirmer's virtual asset exchange account and were traded until they were frozen after FTX.com filed for bankruptcy on November 11, 2022.

4. The confirmer will carry out the return procedure for the remaining discretionary investment assets by transferring the entire Customer Code 03698313 account (approximately USD 59.2 million worth) and part of the Customer Code 00170608 account (approximately 28.81% of the account value at the time of FTX.com's account freeze, about USD 30.6 million) to Choi Ji-woong, Mosaic Co. Ltd., and Im Hyungcheol. The remaining discretionary investment assets will be returned in accordance with the principles established by law.

6F, 606, Gangnam-daero, Gangnam-gu, Seoul, South Korea
(Nonhyeon-dong, Samju Building)

[Annex Form No. 33]　　　　　　　　　　Notary Public Law Office Shinsa　　　　　　　　　　(Tel) 02) 512-5656-7
(Fax) 512-0056

Registration 2023  1995

# Notarial Certificate

210 mm X 297 mm

Preservation paper (1 type) 70 g/m²

September 26, 2023 [signature]

The above confirmer, Bang Junho [print name] [signature] [partial stamp affixed]

Address: 2404, 106-dong, 651, Samsung-ro, Gangnam-gu, Seoul (Samseong-dong, Raemian Laclass)

Resident Registration Number: 940626-1188229

Attachments: Copy of ID card and passport

[stamp] [illegible] [signature]

...

## EXHIBIT H

## BANG DRIVER'S LICENSE

# EXHIBIT H

# BANG PASSPORT

6F, 606, Gangnam-daero, Gangnam-gu, Seoul, South Korea
(Nonhyeon-dong, Samju Building)
[Annex Form No. 35]

**Notary Public Legal Company**

(Tel) 02) 512-5656-7
(Fax) 512-0056

| Registration 2023 No. 1995 |
|---|
| <h2 align="center">Notarial Certificate</h2> |
| I hereby certify that the confirmer, Junho Bang described in the Fact Confirmation Statement------------------------ |
| ---------------------------------------------------------------------------------------------------------------------- |
| ---------------------------------------------------------------------------------------------------------------------- |
| ---------------------------------------------------------------------------------------------------------------------- |
| ---------------------------------------------------------------------------------------------------------------------- |
| The above-mentioned person signed on the notarized private document in the present of this notary public. |
| This Notary Public verified --------------------------------------Driver's License------------------------------------- |
| That the person holds and acknowledged that it is true and correct. --------------------------------------------------- |
| ---------------------------------------------------------------------------------------------------------------------- [stamp:] [illegible] |
| ---------------------------------------------------------------------------------------------------------------------- |
| ---------------------------------------------------------------------------------------------------------------------- |
| This office certifies on September 26, 2023. |

| | |
|---|---|
| Notary Public Name | **Notary Public and Law office Shinsa** |
| Affiliation | Seoul Central District Prosecutor's Office |
| Address Indication | 6F, 606, Gangnam-daero (Samju Building, Nonhyeon-dong), Gangnam-gu, Seoul, South Korea |
| Notary Attorney | [signature]                    [stamp:] [illegible] |

210 mm X 297 mm  Preservation paper (1 species) 70 g/m²
[Form No. 45]