**EXHIBIT E**

November 8, 2022

방준호님

The transfer of 70% of assets from FTX has been completed. It seems that withdrawals are not smooth yet. 70% of the assets in FTX were safely transferred to other exchanges yesterday, so you can rest assured.

In the current situation where SBF is not providing a clear explanation, people's imagination is growing and various suspicions are growing.

One of the things that people are currently suspecting is that the lender of Alameda's debt was FTX's customer funds, and Alameda's collateral assets were inflated with FTT, SOL, SRM, etc., and the damage caused by Alameda's liquidation and bankruptcy is transferred to FTX's deposit funds.
There is also a suspicion that Alameda was a burrower who accounted for a significant portion of the total lending as to who is actually providing the FTX USD lending interest.

We will continue to update the situation.