**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

      I, Daniel A. O'Brien, hereby certify that on the 21st day of January 2025, a true and correct copy of the foregoing *Declaration Professor Soogeun Oh in Support of Motion for Leave to Amend Proof of Claim No. 87144* was served on the parties below in the manner(s) indicated and all ECF participants in this case were served electronically through the Court's ECF noticing system.

                                                                          */s/ Daniel A. O'Brien*
                                                                          Daniel A. O'Brien (No. 4897)

**Via First Class U.S. Mail**

Adam G. Landis
Kimberly A. Brown
Landis Rath & Cobb LLP
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Andrew G. Dietderich
James L. Bromley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

Joshua Dorchak
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Benjamin A. Hackman
Linda Richenderfer
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Brian Pfeiffer
Chris Shore
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352

Matthew B. Harvey
Jonathan M. Weyand
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801

Matthew B. Lunn
Robert F. Poppiti, Jr.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

**Via First-Class Package International Service (USPS)**

Sangtaek Ryu
19 Sinbanpo-ro 15-gil
Apt. #109-802
Seocho-gu, Seoul, 06503
South Korea

Wang Min Lee
Trustee for Haru Invest.
7-16, 19F, Donghoon Tower
317, Teheran-ro
Gangnam-gu, Seoul 06151
Republic of Korea

Dong Hyung Jeon
Trustee for Delio
5F, Daeyoung Building

6 Banpo-daero 30-gil
Seocho-gu, Seoul 06647
Republic of Korea

Junho Bang (940626-1188229) (Case No. Seoul High Court 2024No2467)
Head of the Seoul Detention Center
Gunpo Post Office
PO Box 20
Gunpo-si, Gyeonggi-do, 15829
Republic of Korea

Junho Bang (940626-1188229) (Case No. Seoul High Court 2024No2467)
Head of the Seoul Detention Center
Seoul Detention Center
143, Anyangpangyo-ro
Uiwang-si, Gyeonggi-do 16001
Republic of Korea

DooMin Kim
Wirye Fore Xi 7606-1702,
95, Wirye-daero 6-gil,
Hanam-si, Gyeonggi-do 13009
Republic of Korea

Lemma Technologies
Via Espana
Delta Bank Building, 6th Floor, Suite 640 D
Panama City PA-8
Panama

Christopher Guth
Svalbard Holdings, Limited
c/o Attestor Holdings, Ltd.
7 Seymour Street
London W1H 7JW
United Kingdom

**Via Electronic Mail**

Wang Min LEE
Trustee for Haru Invest.
 wmlee@draju.com

Dong Hyun JEONG
Trustee for Delio
dhjeong2012@gmail.com

DooMin Kim
doominkim@gmail.com

Sangtaek Ryu
yohan8688@gmail.com

Minsung CHAE
Counsel to Junho Bang
msc@jlck.co.kr

Joshua Dorchak
Morgan Lewis & Bockius LLP
Counsel to Svalbard Holdings Limited
Joshua.dorchak@morganlewis.com

Andrew Dietderich
Sullivan & Cromwell
Counsel to Debtors
dietdericha@sullcrom.com

Matthew R. Pierce
Landis Rath & Cobb
Counsel to Debtors
pierce@lrclaw.com