## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 29351, 29352 & ___** |

## ORDER AUTHORIZING THE FTX RECOVERY TRUST TO FILE CERTAIN INFORMATION CONTAINED IN THE INVESTMENT SERVICES AGREEMENT TRANSACTION REPORT UNDER SEAL

Upon the motion (the "Motion")[2] of the FTX Recovery Trust[3] for entry of an order

(this "Order") authorizing the FTX Recovery Trust to file under seal certain Confidential

Information contained in the Transaction Report; and this Court having jurisdiction to consider the

Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from

the United States District Court for the District of Delaware, dated February 29, 2012; and this Court

being able to issue a final order consistent with Article III of the United States Constitution; and

venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and

this Court having found that proper and adequate notice of the Motion and the relief requested

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

[3]    The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404].

therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that

no other or further notice is necessary; and objections (if any) to relief on the Motion having been

withdrawn, resolved or overruled on the merits; and upon the record of the Motion; and this Court

having found and determined that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The FTX Recovery Trust is authorized to file the Confidential Information

contained in the Transaction Report under seal.

3.      Absent further order of the Court or as agreed to in writing by the FTX

Recovery Trust, the Confidential Information contained in the Transaction Report shall remain

under seal and not be made available to anyone except for the Court and the U.S. Trustee.

4.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

5.      The FTX Recovery Trust is authorized and empowered to execute and

deliver such documents, and to take and perform all actions necessary to implement and effectuate

the relief granted in this Order.

6.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the interpretation or implementation of this Order.

Dated: _____, 2025
         Wilmington, Delaware

_____
The Honorable John T. Dorsey
Chief United States Bankruptcy Judge