# FTX Late Claim Filing Objection
## Case 22-11068-JTD Doc 29174

RECEIVED
2025 JAN 22 AM 9:19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 13, 2025
Noah Krueger
514 Mesa Oaks
Leander Texas 78641
(773)954-3004
Email: stickystripz8@gmail.com
FTX account ID 26073418    CLAIM # 97402

Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon counsel to the Debtors, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Christian P. Jensen (jensenc@sullcrom.com) and David M. Rosenthal (rosenthald@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Matthew R. Pierce (pierce@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com)

I hope this letter finds you well. I am writing to respectfully request consideration for compensation despite my late filing of a claim. While I understand and deeply respect the policies regarding deadlines, I believe my circumstances warrant your compassionate review.

On November 10, 2022, I received a life-altering cancer diagnosis. The very next day, on November 11, 2022, FTX collapsed, adding another layer of overwhelming stress and uncertainty to an already difficult time. During this period, I was undergoing intensive medical treatment and facing the physical and emotional toll of battling cancer.

As you can imagine, this was an extraordinarily challenging period in my life. My days were consumed by medical appointments, treatments, and managing the impact of this diagnosis. The combination of my health crisis and the unexpected collapse of FTX left me unable to process or address other responsibilities, including filing my claim within the prescribed timeframe.

I assure you that the delay in filing was not due to negligence or lack of intent but rather the overwhelming nature of my circumstances. Now that I am in a more stable position, I am doing everything I can to address matters that were unavoidably delayed during that period.

I kindly ask for your understanding and compassion in reviewing my case. Allowing my claim to proceed would make an enormous difference to me as I continue to rebuild my life and manage the lasting effects of my illness.

Thank you for taking the time to consider my request. I am happy to provide any additional documentation, including medical records and supporting evidence related to the collapse of FTX. I truly appreciate your understanding and consideration.

Sincerely,
Noah Krueger

~~P.S. Although I have received proof of claim filing (included in packet) I never received a claim number~~