# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

    I, Daniel A. O'Brien, hereby certify that on 22nd day of January, 2025, a true and correct copy of the foregoing *Verified Statement of Venable LLP Pursuant to Federal Rule of Bankruptcy 2019* was served on all ECF Participants via the CM/ECF system.

    */s/ Daniel A. O'Brien*
    Daniel A. O'Brien (No. 4897)