## **EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### ORDER GRANTING THE FTX RECOVERY TRUST'S OMNIBUS MOTION TO SUBSTITUTE PLAINTIFFS IN ADVERSARY PROCEEDINGS

Upon the motion (the "Motion")[2] of the Consolidated Wind Down Trust (the "FTX Recovery Trust"), for entry of an order (this "Order") pursuant to Federal Rule of Civil Procedure 25, made applicable by Federal Rule of Bankruptcy Procedure 7025, substituting the FTX Recovery Trust as the plaintiff for any Debtor in the adversary proceedings listed in Exhibit 1 (the "Adversary Proceedings"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not defined herein shall have the meaning attributed to them in the Motion.

that no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and this Court having found and determined that the relief set forth in this Order is in the best interests of the FTX Recovery Trust; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. The FTX Recovery Trust is substituted as plaintiff for all Debtors in the Adversary Proceedings listed in Exhibit 1 attached hereto.

3. The form of *Notice of Substitution of Plaintiff* attached hereto as Exhibit 2 is approved and counsel to the FTX Recovery Trust is authorized to file the *Notice of Substitution of Plaintiff* in each of the Adversary Proceedings, modified as appropriate.

4. Upon the filing of the *Notice of Substitution of Plaintiff*, the Clerk of Court respectfully is requested to amend the caption in each of the Adversary Proceedings to identify the FTX Recovery Trust as plaintiff replacing all Debtors.

5. For the avoidance of doubt, nothing in this Order shall affect the validity of the service of documents in any Adversary Proceeding with the original caption and parties.

Dated: _____  
      Wilmington, Delaware

_____  
The Honorable John T. Dorsey  
Chief United States Bankruptcy Judge

# EXHIBIT 1

# EXHIBIT 1

## Adversary Proceedings

|  | Case Name | Adv. Pro. No. |
|---|---|---|
| 1. | *Alameda Research Ltd., et al.* v. *Rocket Internet Capital Partners II SCS, et al.* | 23-50379 |
| 2. | *Alameda Research Ltd. et al.* v. *Giles et al.* | 23-50380 |
| 3. | *Alameda Research Ltd et al.* v. *Kives et al.* | 23-50411 |
| 4. | *Alameda Research Ltd. et al.* v. *Daniel Friedberg* | 23-50419 |
| 5. | *Alameda Research Ltd. et al.* v. *Platform Life Sciences Inc., et al.* | 23-50444 |
| 6. | *Alameda Research Ltd. et al.* v. *Samuel Bankman-Fried, et al.* | 23-50448 |
| 7. | *FTX Trading Ltd. et al.* v. *LayerZero Labs Ltd. et al* | 23-50492 |
| 8. | *Alameda Research LLC, et al.* v. *Allan Joseph Bankman and Barbara Fried* | 23-50584 |
| 9. | *Alameda Research Ltd.* v. *Mek Global Limited et al.* | 24-50181 |
| 10. | *Alameda Research Ltd.* v. *Gate Technology Incorporated, et al.* | 24-50184 |
| 11. | *FTX Trading Ltd., et al.* v. *Genesis Block Ltd., et al.* | 24-50185 |
| 12. | *FTX Trading Ltd., et al.* v. *Ryan Salame* | 24-50186 |
| 13. | *Alameda Research Ltd.* v. *Dunamu Inc.* | 24-50187 |
| 14. | *Alameda Research Ltd.* v. *Foris DAX MT Ltd., et al.* | 24-50188 |
| 15. | *FTX Trading Ltd., et al.* v. *American Action Network, Inc.* | 24-50189 |
| 16. | *FTX Trading Ltd., et al.* v. *American Prosperity Alliance* | 24-50190 |
| 17. | *FTX Trading Ltd. et al.* v. *American Values Coalition, Inc.* | 24-50191 |
| 18. | *FTX Trading Ltd., et al.* v. *Common Sense Leadership Fund, Inc.* | 24-50192 |
| 19. | *FTX Trading Ltd., et al.* v. *Congressional Leadership Fund* | 24-50193 |
| 20. | *FTX Trading Ltd., et al.* v. *Fair Democracy* | 24-50194 |
| 21. | *FTX Trading Ltd., et al.* v. *FWD.us* | 24-50195 |
| 22. | *FTX Trading Ltd., et al.* v. *Heartland Resurgence Action* | 24-50196 |
| 23. | *Clifton Bay Investments LLC, et al.* v. *Farmington State Corporation, et al.* | 24-50197 |
| 24. | *FTX Trading Ltd., et al.* v. *Nawaaz Mohammad Meerun* | 24-50198 |
| 25. | *FTX Trading Ltd., et al.* v. *New York Solidarity Network* | 24-50199 |
| 26. | *FTX Trading Ltd., et al.* v. *One Nation, Inc.* | 24-50200 |
| 27. | *FTX Trading Ltd., et al.* v. *Prosperity Alliance, Inc.* | 24-50201 |
| 28. | *FTX Trading Ltd., et al.* v. *Senate Leadership Fund* | 24-50202 |
| 29. | *FTX Trading Ltd., et al.* v. *Voto Latino Inc.* | 24-50203 |
| 30. | *FTX Trading Ltd., et al.* v. *Working America* | 24-50204 |
| 31. | *FTX Trading Ltd., et al.* v. *SkyBridge Capital II, LLC, et* | 24-50209 |

2

|     | **Case Name** | **Adv. Pro. No.** |
| --- | --- | --- |
|     | *al.* |     |
| 32. | *West Realm Shires, Inc.* v. *Matthew Ness, et al.* | 24-50210 |
| 33. | *FTX Trading Ltd., et al.* v. *SecureBio, Inc.* | 24-50211 |
| 34. | *FTX Trading Ltd., et al.* v. *The Goodly Institute* | 24-50212 |
| 35. | *FTX Trading Ltd., et al.* v. *Spartz Philanthropies, et al.* | 24-50213 |
| 36. | *FTX Trading Ltd., et al.* v. *Manifold Markets, Inc.* | 24-50214 |
| 37. | *Alameda Research Ltd., et al.* v. *Silver Miller Law* | 24-50215 |
| 38. | *Alameda Research Ltd., et al.* v. *Neil Patel, et al.* | 24-50216 |
| 39. | *FTX Trading Ltd., et al.* v. *On Ten Productions Limited* | 24-50217 |
| 40. | *Alameda Research Ltd.* v. *MEXC Global Ltd.* | 24-50218 |
| 41. | *FTX Trading Ltd., et al.* v. *Huobi Global Ltd., et al.* | 24-50219 |
| 42. | *FTX Trading Ltd.* v. *Deng Jun, et al.* | 24-50220 |
| 43. | *Alameda Research Ltd.* v. *Aleksandr Sasha Ivanov, et al.* | 24-50221 |
| 44. | *FTX Trading Ltd. et al.* v. *Binance Holdings Limited, et al.* | 24-50222 |
| 45. | *Macluarin Investments Ltd.* v. *Workplay Ventures LLC and OL Ventures LLC* | 24-50300 |

**EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors.<br><br>---<br><br>FTX RECOVERY TRUST<br><br>    Plaintiff,<br><br>- against -<br><br>[DEFENDANT(S)],<br><br>    Defendant. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adv. Pro. No. [●] (JTD) |

### NOTICE OF SUBSTITUTION OF PLAINTIFF

**PLEASE TAKE NOTICE** that on October 8, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404] (the "Plan"), which became effective on January 3, 2025 [D.I. 29127] (the "Effective Date").[2]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not defined herein shall have the meaning attributed to them in the Plan.

2

**PLEASE TAKE FURTHER NOTICE** that the Plan and Confirmation Order provide that, on the Effective Date, all of the Debtors' interests in the Adversary Proceedings were transferred to the FTX Recovery Trust.

**PLEASE TAKE FURTHER NOTICE** that on [DATE], the Court entered the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. ●] (the "Substitution Order") authorizing the FTX Recovery Trust to substitute in as Plaintiff for all Debtors and requesting that the Clerk of the Court amend the case caption in the above-captioned adversary proceeding (the "Adversary Proceeding") to identify the FTX Recovery Trust as Plaintiff replacing all Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Substitution Order, the FTX Recovery Trust is now a Plaintiff in the Adversary Proceeding, replacing any Debtor, and the case-caption of the Adversary Proceeding shall be amended as indicated above in this notice.

| | |
|---|---|
| Dated: _____, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/* _____<br>Adam G. Landis (No. 3407)<br>Richard S. Cobb (No. 3157)<br>Matthew B. McGuire (No. 4366)<br>Howard W. Robertson, IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       cobb@lrclaw.com<br>       mcguire@lrclaw.com<br>       robertson@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Stephanie G. Wheeler (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Christopher J. Dunne (admitted *pro hac vice*)<br>Jacob M. Croke (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: wheelers@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       decampj@sullcrom.com<br>       dunnec@sullcrom.com<br>       crokej@sullcrom.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Sascha N. Rand (admitted *pro hac vice*)<br>Isaac Nesser (admitted *pro hac vice*)<br>51 Madison Ave, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>E-mail: sascharand@quinnemanuel.com<br>       isaacnesser@quinnemanuel.com |

William Burck
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
E-mail: williamburck@quinnemanuel.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Colin West (admitted *pro hac vice*)
Ashley R. Chase (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
E-mail: cshore@whitecase.com
       brian.pfeiffer@whitecase.com
       cwest@whitecase.com
       ashley.chase@whitecase.com
       brett.bakemeyer@whitecase.com

*Counsel to the FTX Recovery Trust*