# SCHEDULE 1

## Contracts

| Counterparty | Counterparty Address | Contract | Debtor | Cure Amount |
|---|---|---|---|---|
| 6th Man Ventures Fund IIC, LLC | 179 Ludlow Street, Apt. #4<br>New York, New York 10002 | Subscription Agreement dated April 27, 2022 | FTX Ventures Ltd. | $0.00 |
| 80 Acres Urban Agriculture, Inc. | 1209 Orange St, Wilmington, DE 19801 | Series B-1 Preferred Stock Purchase Agreement dated March 2022 | FTX Ventures Ltd. | $0.00 |
| Aaron Gertler | 3535 LEBON DRIVE, #4214 San Diego, California, United States 92122 | Proprietary Information and Inventions Agreement dated March 3, 2018 | Alameda Research LLC | $0.00 |
| Aleph.IM SAS | 242 Boulevard Voltaire – 75011 Paris – France | Agreement for Sale and Purchase of ALEPH tokens dated July 24, 2020 | Alameda Research Ltd. | $0.00 |
| Amazon Web Services, Inc. | 410 Terry Avenue North<br>Seattle, WA 98109-5210 | AWS Private Pricing Addendum dated November 18, 2020 | Alameda Research Ltd. | $6,046,896.12 |
| BRINC Drones, Inc. | 5040 W. Post Road, Suite 150<br>Las Vegas, NV 89118 | Series B Preferred Stock Purchase Agreement dated December 16, 2021 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| BTC Africa, S.A. | 50 Val Fleuri Luxembourg L-1526 | Promissory Note dated December 30, 2021 | Alameda Research Ltd. | $0.00 |
| BTC Africa, S.A. | 50 Val Fleuri Luxembourg L-1526 | Promissory Note dated March 14, 2022 | Alameda Research Ltd. | $0.00 |
| BTC Africa, S.A. | 50 Val Fleuri Luxembourg L-1526 | Promissory Note dated August 29, 2022 | Alameda Research Ltd. | $0.00 |
| Clover Inc. | 3/F Qwomar Trading Complex Blackburne Rd<br>Port Purcell Road Town VIRGIN ISLANDS, BRITISH VG1110 | Simple Agreement for Future Equity dated March 25, 2021 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| Clover Inc. | 3/F Qwomar Trading Complex Blackburne Rd<br>Port Purcell Road Town VIRGIN ISLANDS, BRITISH VG1110 | Warrant to Purchase Tokens dated March 25, 2021 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| DriveWealth Holdings, Inc. | 97 Main Street Chatham, NJ 07928 | Series D Preferred Stock Purchase Agreement dated August 17, 2021 | Clifton Bay Investments LLC | $0.00 |

| **Counterparty** | **Counterparty Address** | **Contract** | **Debtor** | **Cure Amount** |
|---|---|---|---|---|
| DriveWealth Holdings, Inc. | 97 Main Street Chatham, NJ 07928 | Side Letter Agreement dated August 17, 2021 | Clifton Bay Investments LLC | $0.00 |
| Ethos Investments XII LLC | 251 Little Falls Drive, Suite 400, Wilmington, DE 19808 | Ethos Investments XII LLC Limited Liability Company Agreement dated January 8, 2021 | Maclaurin Investments Ltd. | $0.00 |
| Euler XYZ Limited | Kemp House,160 City Road, London EC1V 2NX, United Kingdom | Warrant to Purchase Ordinary Shares dated June 2, 2022 | FTX Ventures Ltd. | $0.00 |
| Euler XYZ Limited | Kemp House, 160 City Road, London EC1V 2NX, United Kingdom | Euler OpCo Ltd. Token Purchase Agreement dated June 2, 2022 | FTX Ventures Ltd. | $0.00 |
| Folkvang, SRL | Michael Laurens van Rossum Email: mike@mikevanrossum.nl  With copy to:  Experience Legal PC, 600 California Street, 11th Floor San Francisco, CA  94110 Attn: Ryan David Williams | Loan and Security Agreement dated June 5, 2020 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| Folkvang, SRL | Oceania Business Plaza, Tower 1000, 21st Floor, Isaac Hanono Missri Street, Punta Pacifica, Panama City, Republic of Panama | Folkvang Master Loan Agreement dated October 4, 2022 | Maclaurin Investments Ltd. | $0.00 |
| Folkvang, SRL | Dresdner Tower, Piso 11 Calle 50 y Calle 55 Este Obarrio, Ciudad de Panamá, República de Panamá | Ordinary Share Purchase Agreement dated June 5, 2020 | Alameda Research Ltd. | $0.00 |
| Folkvang, SRL | Michael Laurens van Rossum Email: mike@mikevanrossum.nl  With copy to:  Experience Legal PC, 600 California Street, 11th Floor San Francisco, CA  94110 | Loan and Security Agreement dated January 25, 2021 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |

| Counterparty | Counterparty Address | Contract | Debtor | Cure Amount |
|---|---|---|---|---|
| JUSTWONTDIE LTD | Attn: Ryan David Williams<br>Vitrum Building St Johns Innovation Park, Cowley Road, Cambridge, United Kingdom, CB4 0DS | Warrant to Purchase Tokens dated June 14, 2022 | FTX Ventures Ltd. | $0.00 |
| JUSTWONTDIE LTD | Vitrum Building St Johns Innovation Park, Cowley Road, Cambridge, United Kingdom, CB4 0DS | Subscription and Shareholders' Agreement dated May 16, 2022 | FTX Ventures Ltd. | $0.00 |
| Layer-2 Development Corp. | Fl. 4, Banco Popular Building, Road Town, Tortola VG1110, British Virgin Islands | Fuel Token Strategic Partner Agreement dated March 21, 2022 | FTX Ventures Ltd. | $0.00 |
| Messari Holding Inc. | 228 Park Ave S PMB 52631<br>New York, NY 10003-1502 | Series A Preferred Stock Purchase Agreement dated July 20, 2021 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| Messari Holding Inc. | 228 Park Ave S PMB 52631<br>New York, NY 10003-1502 | Series B Preferred Stock Purchase Agreement dated August 25, 2022 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| Noom Limited | 103 SOUTH CHURCH STREET P.O BOX 10240 4TH FLOOR, HARBOUR PLACE George Town, Grand Cayman Cayman Islands KYI-1002 | NOOM Units Subscription Offering dated July 1, 2020 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| Ohana Labs Ltd. | Craigmuir Chambers, Road Town, Tortola VG 1110, British Virgin Islands | Simple Agreement for Future Tokens dated October 8, 2020 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| OTC Service AG | Boglerenstrasse 2a, 8700 Küsnacht, Switzerland | Loan Agreement dated February 24, 2022 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| OTC Service AG | Boglerenstrasse 2a, 8700 Küsnacht, Switzerland | Share Purchase Agreement, undated | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| Playup Limited | 48 Epsom Road, Zetland NSW 2107 Australia | Playup Limited Convertible Note dated September 21, 2021 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| Point Up Inc. | 650 California St., 30th Floor<br>San Francisco, CA 94018 | Simple Agreement for Future Equity dated February 1, 2022 | Alameda Research Ventures LLC | $0.00 |
| Pyth Data Foundation | Grabenstrasse 25<br>Baar<br>Zug | Contribution Agreement dated March 1, 2021 | Maclaurin Investments Ltd. f/k/a | $0.00 |

| Counterparty | Counterparty Address | Contract | Debtor | Cure Amount |
|---|---|---|---|---|
| | 6340<br>Switzerland | | Alameda Ventures Ltd. | |
| Pyth Data Foundation | Grabenstrasse 25<br>Baar<br>Zug<br>6340<br>Switzerland | Amendment to Restricted Token Purchase Agreement dated June 29, 2022 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| Pyth Data Foundation | Grabenstrasse 25<br>Baar<br>Zug<br>6340<br>Switzerland | Amendment to Restricted Token Purchase Agreement dated June 29, 2022 | Cottonwood Grove Ltd. | $0.00 |
| Pyth Data Foundation | Grabenstrasse 25<br>Baar<br>Zug<br>6340<br>Switzerland | Amendment to Restricted Token Purchase Agreement dated February 15, 2021 | Cottonwood Grove Ltd. | $0.00 |
| Pyth Data Foundation | Grabenstrasse 25<br>Baar<br>Zug<br>6340<br>Switzerland | Letter Agreement dated February 12, 2021 | Cottonwood Grove Ltd.; Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| Pyth Data Foundation | Grabenstrasse 25<br>Baar<br>Zug<br>6340<br>Switzerland | Restricted Token Purchase Agreement dated February 12, 2021 | Cottonwood Grove Ltd. | $0.00 |
| Pyth Data Foundation | Grabenstrasse 25<br>Baar<br>Zug<br>6340<br>Switzerland | Restricted Token Purchase Agreement dated February 12, 2021 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |
| Rok Capital Offshore Fund, Ltd. | c/o NAV Fund Services (Cayman) Ltd. 5th Floor Harbour Place PO Box 30464 Grand Cayman KY1-1202 Cayman Islands | Subscription Agreement dated April 14, 2022 | Maclaurin Investments Ltd. f/k/a Alameda Ventures Ltd. | $0.00 |