**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al.,<br><br>                Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF
NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

DCP Master Investments XV LLC, by its undersigned counsel, hereby withdraws the following Notice of Transfer of Claim Other Than for Security, which was filed incorrectly:

Docket Number 21214 (filed July 23, 2024)

Dated: January 28, 2025

                                                      **MORGAN, LEWIS & BOCKIUS LLP**

                                                      By: */s/ Jody C. Barillare*
                                                      Jody C. Barillare (Bar No. 5107)
                                                      1201 N. Market Street, Suite 2201
                                                      Wilmington, DE 19801
                                                      Telephone: (302) 574-3000
                                                      Facsimile: (302) 574-3001
                                                      jody.barillare@morganlewis.com

                                                      *Attorneys for DCP Master Investments XV LLC*