**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) |
|  | ) Chapter 11 |
| Debtors. | ) |
|  | ) Case No. 22-11068 (JTD) |
|  | ) (Jointly Administered) |
|  | ) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| DCP Master Investments XIV LLC | [REDACTED] |

| Name and Address where notices to transferee should be sent: | Last known address: |
|---|---|
| DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email:  skim@diametercap.com | [REDACTED] |

**Unique Customer Code: 00209241**

**\*\* PORTION OF CLAIM TRANSFERRED:  100%\*\***

| Schedule No. | Creditor | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. **7637390** | [REDACTED] | As stated in Debtors' schedules | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:  January 22, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

## Exhibit A – Coin Details

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE
AUTOMATICALLY REDIRECTED.



## Creditor Information - Schedule # 7637390

**Creditor**

Name on File

Address on File

**Debtor Name**

FTX Trading Ltd.

**Date Filed**

n/a

**Claim Number**

n/a

**Schedule Number**

7637390

**Confirmation ID**

n/a

# Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# Claim Additional Info

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE
AUTOMATICALLY REDIRECTED.

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | 1INCH | ASSERTED | 0.0000000046373728 | 0.0000000046373728 |
| CRYPTO | AAPL | ASSERTED | 0.0000000082415695 | 0.0000000082415695 |
| CRYPTO | AAPL-20201225 | ASSERTED | -0.0000000000000004 | -0.0000000000000004 |
| CRYPTO | AAVE | ASSERTED | 0.00006278562612 | 0.00006278562612 |
| CRYPTO | AAVE-20210625 | ASSERTED | -0.0000000000000007 | -0.0000000000000007 |
| CRYPTO | AAVE-PERP | ASSERTED | 0.0000000000045461 | 0.0000000000045461 |
| CRYPTO | ACB | ASSERTED | 0.0000000029108736 | 0.0000000029108736 |
| CRYPTO | ADABULL | ASSERTED | 0.000000009 | 0.000000009 |
| CRYPTO | ALCX-PERP | ASSERTED | 0.0000000000000004 | 0.0000000000000004 |
| CRYPTO | ALPHA | ASSERTED | 0.0000000078776559 | 0.0000000078776559 |
| CRYPTO | ALT-PERP | ASSERTED | 0.0000000000000001 | 0.0000000000000001 |
| CRYPTO | AMD-20210625 | ASSERTED | -0.0000000000000004 | -0.0000000000000004 |
| CRYPTO | AMPL | ASSERTED | 0.000000001599684 | 0.000000001599684 |
| CRYPTO | AMZN | ASSERTED | 0.00000007 | 0.00000007 |
| CRYPTO | AMZNPRE | ASSERTED | 0.0000000032572936 | 0.0000000032572936 |
| CRYPTO | ANC | ASSERTED | 0.158995 | 0.158995 |
| CRYPTO | ARKK | ASSERTED | 0.0000000018648235 | 0.0000000018648235 |
| CRYPTO | ASD-PERP | ASSERTED | -0.0000000001201439 | -0.0000000001201439 |
| CRYPTO | ATOM-PERP | ASSERTED | -0.0000000000000284 | -0.0000000000000284 |
| CRYPTO | AVAX | ASSERTED | 0.0000000099185934 | 0.0000000099185934 |
| CRYPTO | AVAX-0624 | ASSERTED | -0.0000000000000213 | -0.0000000000000213 |
| CRYPTO | AVAX-PERP | ASSERTED | -0.0000000000002376 | -0.0000000000002376 |
| CRYPTO | AXS-PERP | ASSERTED | -0.00000000000108 | -0.00000000000108 |

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BAL-PERP | ASSERTED | 0.0000000000000977 | 0.0000000000000977 |
| CRYPTO | BAND-PERP | ASSERTED | -0.0000000000000142 | -0.0000000000000142 |
| CRYPTO | BCH | ASSERTED | 0.0000000078215108 | 0.0000000078215108 |
| CRYPTO | BCH-20210326 | ASSERTED | 0.0000000000000355 | 0.0000000000000355 |
| CRYPTO | BCH-20210924 | ASSERTED | -0.0000000000002274 | -0.0000000000002274 |
| CRYPTO | BCH-PERP | ASSERTED | 0.000000000000129 | 0.000000000000129 |
| CRYPTO | BILI | ASSERTED | 0.0000000096919464 | 0.0000000096919464 |
| CRYPTO | BNB | ASSERTED | 0.0000000202490967 | 0.0000000202490967 |
| CRYPTO | BNB-20210625 | ASSERTED | 0.0000000000002274 | 0.0000000000002274 |
| CRYPTO | BNB-20210924 | ASSERTED | -0.0000000000001137 | -0.0000000000001137 |
| CRYPTO | BNB-PERP | ASSERTED | 0.0000000000002966 | 0.0000000000002966 |
| CRYPTO | BSV-20210326 | ASSERTED | 0.0000000000000142 | 0.0000000000000142 |
| CRYPTO | BTC | ASSERTED | 0.0000000841598977 | 0.0000000841598977 |
| CRYPTO | BTC-0624 | ASSERTED | -0.0000000000000002 | -0.0000000000000002 |
| CRYPTO | BTC-20200925 | ASSERTED | -0 | -0 |
| CRYPTO | BTC-20201225 | ASSERTED | -0.0000000000000012 | -0.0000000000000012 |
| CRYPTO | BTC-20210326 | ASSERTED | 0.0000000000000022 | 0.0000000000000022 |
| CRYPTO | BTC-20210625 | ASSERTED | -0.0000000000000016 | -0.0000000000000016 |
| CRYPTO | BTC-20210924 | ASSERTED | 0.0000000000000103 | 0.0000000000000103 |
| CRYPTO | BTC-20211231 | ASSERTED | -0.0000000000000026 | -0.0000000000000026 |
| CRYPTO | BTC-MOVE-20201017 | ASSERTED | -0.0000000000000001 | -0.0000000000000001 |
| CRYPTO | BTC-MOVE-20201024 | ASSERTED | -0.0000000000000002 | -0.0000000000000002 |
| CRYPTO | BTC-MOVE-20201110 | ASSERTED | 0 | 0 |
| CRYPTO | BTC-MOVE-20201205 | ASSERTED | 0.0000000000000001 | 0.0000000000000001 |
| CRYPTO | BTC-MOVE-2020Q3 | ASSERTED | 0.0000000000000002 | 0.0000000000000002 |

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC-MOVE-2020Q4 | ASSERTED | -0.0000000000000001 | -0.0000000000000001 |
| CRYPTO | BTC-PERP | ASSERTED | -0.0000000000000748 | -0.0000000000000748 |
| CRYPTO | BTMX-20210326 | ASSERTED | -0.000000000003638 | -0.000000000003638 |
| CRYPTO | BULL | ASSERTED | 0.00000001475 | 0.00000001475 |
| CRYPTO | BVOL | ASSERTED | 0.00000000725 | 0.00000000725 |
| CRYPTO | CAKE-PERP | ASSERTED | 0.0000000000007667 | 0.0000000000007667 |
| CRYPTO | COMP | ASSERTED | 0.0000000215 | 0.0000000215 |
| CRYPTO | COMP-20210625 | ASSERTED | 0.0000000000000003 | 0.0000000000000003 |
| CRYPTO | COMP-PERP | ASSERTED | -0.0000000000031584 | -0.0000000000031584 |
| CRYPTO | CUSDT | ASSERTED | 0.0000000081673966 | 0.0000000081673966 |
| CRYPTO | DASH-PERP | ASSERTED | 0.0000000000000001 | 0.0000000000000001 |
| CRYPTO | DEFI-20210625 | ASSERTED | -0.0000000000000018 | -0.0000000000000018 |
| CRYPTO | DEFI-PERP | ASSERTED | 0.000000000000085 | 0.000000000000085 |
| CRYPTO | DOGE | ASSERTED | 0.0000000235556594 | 0.0000000235556594 |
| CRYPTO | DOT-20210326 | ASSERTED | 0.0000000000007248 | 0.0000000000007248 |
| CRYPTO | DOT-20210625 | ASSERTED | -0.0000000000000568 | -0.0000000000000568 |
| CRYPTO | DOT-20210924 | ASSERTED | -0.0000000000002274 | -0.0000000000002274 |
| CRYPTO | DOT-PERP | ASSERTED | 0.0000000000063736 | 0.0000000000063736 |
| CRYPTO | DRGN-20210625 | ASSERTED | 0.0000000000000142 | 0.0000000000000142 |
| CRYPTO | DRGN-PERP | ASSERTED | -0.0000000000000047 | -0.0000000000000047 |
| CRYPTO | EOS-PERP | ASSERTED | 0.000000000009436 | 0.000000000009436 |
| CRYPTO | ETC-PERP | ASSERTED | 0.000000000003638 | 0.000000000003638 |
| CRYPTO | ETH | ASSERTED | 0.0000000864323736 | 0.0000000864323736 |
| CRYPTO | ETH-20201225 | ASSERTED | 0.0000000000000044 | 0.0000000000000044 |
| CRYPTO | ETH-20210326 | ASSERTED | -0.0000000000000524 | -0.0000000000000524 |

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | ETH-20210625 | ASSERTED | 0.0000000000001453 | 0.0000000000001453 |
| CRYPTO | ETH-20210924 | ASSERTED | 0.0000000000001152 | 0.0000000000001152 |
| CRYPTO | ETH-20211231 | ASSERTED | -0.0000000000001098 | -0.0000000000001098 |
| CRYPTO | ETHBULL | ASSERTED | 0.0000000066 | 0.0000000066 |
| CRYPTO | ETHE-20210326 | ASSERTED | 0.0000000000000568 | 0.0000000000000568 |
| CRYPTO | ETH-PERP | ASSERTED | -0.0000000000007469 | -0.0000000000007469 |
| CRYPTO | ETHW | ASSERTED | 0.0000000159478667 | 0.0000000159478667 |
| CRYPTO | EXCH-20210625 | ASSERTED | -0.0000000000000009 | -0.0000000000000009 |
| CRYPTO | EXCH-PERP | ASSERTED | 0.0000000000000049 | 0.0000000000000049 |
| CRYPTO | FB-20201225 | ASSERTED | 0 | 0 |
| CRYPTO | FB-20210625 | ASSERTED | -0.0000000000000006 | -0.0000000000000006 |
| CRYPTO | FIL-PERP | ASSERTED | -0.0000000000018177 | -0.0000000000018177 |
| CRYPTO | FTM | ASSERTED | 0.00000000821004 | 0.00000000821004 |
| CRYPTO | FTT | ASSERTED | 0.0254594488664796 | 0.0254594488664796 |
| CRYPTO | FTT-PERP | ASSERTED | 0.000000000001819 | 0.000000000001819 |
| CRYPTO | GBTC | ASSERTED | 0.0000000084928607 | 0.0000000084928607 |
| CRYPTO | GBTC-20210326 | ASSERTED | 0.0000000000000049 | 0.0000000000000049 |
| CRYPTO | GOOGL | ASSERTED | 0.00000017 | 0.00000017 |
| CRYPTO | GOOGLPRE | ASSERTED | -0.000000001528507 | -0.000000001528507 |
| CRYPTO | GRT | ASSERTED | 0.0000000006051994 | 0.0000000006051994 |
| CRYPTO | HEDGE | ASSERTED | 0.000000009 | 0.000000009 |
| CRYPTO | HNT-PERP | ASSERTED | -0.0000000000000014 | -0.0000000000000014 |
| CRYPTO | HT-PERP | ASSERTED | -0.0000000000004974 | -0.0000000000004974 |
| CRYPTO | IBVOL | ASSERTED | 0.00000000625 | 0.00000000625 |
| CRYPTO | ICP-PERP | ASSERTED | -0.0000000000000782 | -0.0000000000000782 |

| Type | Name | Group | Original Quantity | Current Quantity |
|------|------|-------|-------------------|------------------|
| CRYPTO | KAVA-PERP | ASSERTED | -0.000000000001819 | -0.000000000001819 |
| CRYPTO | KNC-PERP | ASSERTED | 0.0000000000000089 | 0.0000000000000089 |
| CRYPTO | LEO | ASSERTED | 0.0000000027393536 | 0.0000000027393536 |
| CRYPTO | LINK | ASSERTED | 0.00000000067805 | 0.00000000067805 |
| CRYPTO | LINK-20201225 | ASSERTED | -0.00000000000054 | -0.00000000000054 |
| CRYPTO | LINK-20210326 | ASSERTED | 0.000000000005457 | 0.000000000005457 |
| CRYPTO | LINK-20210625 | ASSERTED | 0.0000000000000142 | 0.0000000000000142 |
| CRYPTO | LINK-20210924 | ASSERTED | -0.000000000001819 | -0.000000000001819 |
| CRYPTO | LINK-PERP | ASSERTED | 0.0000000000029051 | 0.0000000000029051 |
| CRYPTO | LTC | ASSERTED | 0.0000000149451031 | 0.0000000149451031 |
| CRYPTO | LTC-PERP | ASSERTED | 0.0000000000001439 | 0.0000000000001439 |
| CRYPTO | LUNA2 | ASSERTED | 0.006795579124 | 0.006795579124 |
| CRYPTO | LUNA2_LOCKED | ASSERTED | 0.01585635129 | 0.01585635129 |
| CRYPTO | LUNC-PERP | ASSERTED | 0.0000000000007383 | 0.0000000000007383 |
| CRYPTO | MATIC | ASSERTED | 0.0000000282162509 | 0.0000000282162509 |
| CRYPTO | MID-PERP | ASSERTED | 0.0000000000000002 | 0.0000000000000002 |
| CRYPTO | MKR | ASSERTED | 0.0000000143917 | 0.0000000143917 |
| CRYPTO | MKR-PERP | ASSERTED | 0.000000000000001 | 0.000000000000001 |
| CRYPTO | MOB | ASSERTED | 0.00000001 | 0.00000001 |
| CRYPTO | NEAR-PERP | ASSERTED | 0.0000000000000462 | 0.0000000000000462 |
| CRYPTO | OKB | ASSERTED | 0.0000000177633095 | 0.0000000177633095 |
| CRYPTO | OKB-20210326 | ASSERTED | -0.0000000000009095 | -0.0000000000009095 |
| CRYPTO | OKB-PERP | ASSERTED | 0.0000000000009326 | 0.0000000000009326 |
| CRYPTO | OXY-PERP | ASSERTED | 0.0000000000009095 | 0.0000000000009095 |
| CRYPTO | PAXG | ASSERTED | 0.0000000065 | 0.0000000065 |

| Type | Name | Group | Original Quantity | Current Quantity |
|------|------|-------|-------------------|------------------|
| CRYPTO | PAXG-PERP | ASSERTED | -0.0000000000000078 | -0.0000000000000078 |
| CRYPTO | PFE | ASSERTED | 0.0000000038608793 | 0.0000000038608793 |
| CRYPTO | PRIV-PERP | ASSERTED | 0.0000000000000002 | 0.0000000000000002 |
| CRYPTO | PYPL | ASSERTED | 0.000000005290725 | 0.000000005290725 |
| CRYPTO | RUNE | ASSERTED | 0.0000000068192813 | 0.0000000068192813 |
| CRYPTO | RUNE-PERP | ASSERTED | -0.0000000000018179 | -0.0000000000018179 |
| CRYPTO | SHIT-20210625 | ASSERTED | -0.0000000000000031 | -0.0000000000000031 |
| CRYPTO | SHIT-PERP | ASSERTED | -0.0000000000000316 | -0.0000000000000316 |
| CRYPTO | SNX-PERP | ASSERTED | -0.0000000000004601 | -0.0000000000004601 |
| CRYPTO | SOL | ASSERTED | 0.1000000247754607 | 0.1000000247754607 |
| CRYPTO | SOL-PERP | ASSERTED | 0.0000000000000284 | 0.0000000000000284 |
| CRYPTO | SPY | ASSERTED | 0.0000000091412441 | 0.0000000091412441 |
| CRYPTO | SQ | ASSERTED | 0.0000000044199084 | 0.0000000044199084 |
| CRYPTO | SRM | ASSERTED | 102263.87470136 | 102263.87470136 |
| CRYPTO | SRM_LOCKED | ASSERTED | 598875.17838458 | 598875.17838458 |
| CRYPTO | STEP-PERP | ASSERTED | 0.0000000000004832 | 0.0000000000004832 |
| CRYPTO | SXP | ASSERTED | 0.0000000071721525 | 0.0000000071721525 |
| CRYPTO | SXP-PERP | ASSERTED | 0.000000000016513 | 0.000000000016513 |
| CRYPTO | TOMO | ASSERTED | 0.0000000081747122 | 0.0000000081747122 |
| CRYPTO | TRX | ASSERTED | 0.0000010093006224 | 0.0000010093006224 |
| CRYPTO | TSLA | ASSERTED | 0.00000003 | 0.00000003 |
| CRYPTO | TSLA-20201225 | ASSERTED | -0.0000000000000012 | -0.0000000000000012 |
| CRYPTO | TSLAPRE | ASSERTED | -0.000000000195117 | -0.000000000195117 |
| CRYPTO | UBER | ASSERTED | 0.0000000042688682 | 0.0000000042688682 |
| CRYPTO | UNI | ASSERTED | 0.00000000918462 | 0.00000000918462 |

| Type | Name | Group | Original Quantity | Current Quantity |
|------|------|-------|-------------------|------------------|
| CRYPTO | UNI-PERP | ASSERTED | -0.0000000000041019 | -0.0000000000041019 |
| CRYPTO | UNISWAP-20210625 | ASSERTED | 0.0000000000000003 | 0.0000000000000003 |
| CRYPTO | UNISWAP-PERP | ASSERTED | 0.0000000000000001 | 0.0000000000000001 |
| CRYPTO | USDT | ASSERTED | 0.0045637419872074 | 0.0045637419872074 |
| CRYPTO | USO | ASSERTED | 0.0000000040068793 | 0.0000000040068793 |
| CRYPTO | USTC | ASSERTED | 0.9619470784833439 | 0.9619470784833439 |
| CRYPTO | WBTC | ASSERTED | 0.0000000075 | 0.0000000075 |
| CRYPTO | XAUT | ASSERTED | 0.00000001 | 0.00000001 |
| CRYPTO | XAUT-PERP | ASSERTED | 0.0000000000000033 | 0.0000000000000033 |
| CRYPTO | XRPBULL | ASSERTED | 0.000000005 | 0.000000005 |
| CRYPTO | XTZ-20201225 | ASSERTED | -0.0000000000000568 | -0.0000000000000568 |
| CRYPTO | XTZ-20210326 | ASSERTED | 0.0000000000127329 | 0.0000000000127329 |
| CRYPTO | XTZ-PERP | ASSERTED | 0.0000000000002274 | 0.0000000000002274 |
| CRYPTO | YFI | ASSERTED | 0.00000001 | 0.00000001 |
| CRYPTO | YFI-PERP | ASSERTED | 0.0000000000000046 | 0.0000000000000046 |
| CRYPTO | ZEC-PERP | ASSERTED | 0.0000000000000018 | 0.0000000000000018 |
| CRYPTO | ZM | ASSERTED | 0.0000000059237645 | 0.0000000059237645 |
| FIAT | AUD | ASSERTED | 0.0000000055 | 0.0000000055 |
| FIAT | EUR | ASSERTED | 0.0000000058935233 | 0.0000000058935233 |
| FIAT | USD | ASSERTED | 1854.684043381882 | 1854.684043381882 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the

THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES ("SCHEDULES") AND STATEMENTS OF FINANCIAL AFFAIRS ("STATEMENTS") ARE AUTOMATICALLY REDIRECTED

Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") are filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."