UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

CHEROKEE ACQUISITION

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Elliotwave Limited, assignee of Name (Redacted)** | **Ceratosaurus Investors, LLC** |
| Name and Current Address of Transferor:<br>**Elliotwave Limited, assignee of Name (Redacted)**<br>**Attn: Maria Christodoulidou**<br>**Email: maria.christodoulidou@nordicfinance.eu**<br>**22 Stasikratous Street, Suite 102-104**<br>**1065 Nicosia, Cyprus** | Name and Address where notices and payments to transferee should be sent:<br>**Ceratosaurus Investors, LLC**<br>**Attn: Michael Linn**<br>**Email: mlinn@farcap.com**<br>**One Maritime Plaza, Suite 2100**<br>**San Francisco, CA 94111** |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 51079 | Elliotwave, assignee of Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Schedule No. 6847268 | Elliotwave, assignee of Name (Redacted) | as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-COBWT-041287263 | Elliotwave, assignee of Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00907320 | Elliotwave, assignee of Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: January 28, 2025
Transferee/Transferee's Agent

# Creditor Data Details - Claim # 51079

**Creditor**
Elliotwave Limited as Transferee of Name on File
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/12/2023

**Claim Number**
51079

**Schedule Number**
6847268

**Confirmation ID**
3265-70-COBWT-041287263

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Transfer History

| Date Filed | Transfer Document | Transferor | Transferee |
|---|---|---|---|
| 09/26/2024 | Transfer/Assignment of Claim. Fee Amount $56 Transfer Agreement 3001 (e) 2 Transferor: Unique Customer Code:00907320(Redacted); Transferor: Claim No. 3265-70-; To Elliotwave Limited. Filed by FTX Trading Ltd. | Name on File | Name on File |

| | | |
|---|---|---|
| 00907320 | ADA-PERP[0], ALCX-PERP[0], ALICE-PERP[0], APE-PERP[0], APT-PERP[-5038], ATLAS-PERP[-25205730], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[-1820.2], BCH[49.88], BNB[0.10369094], BNB-PERP[285.5], BRZ[2759.60180539], BTC[0.23019625], BTC-PERP[4.31920000], CAKE-PERP[0], CELO-PERP[0], CEL-PERP[0], CRV-PERP[0], DOGE[1], DOGE-PERP[0], DYDX-PERP[0], ETH[21.58334170], ETH-PERP[86.57400000], ETHW[0.00034170], ETHW-PERP[-20402.7], FIDA-PERP[-347795], FIL-PERP[-31269.8], FTM-PERP[0], FTT[1045.00000352], GALA-PERP[0], GMT-PERP[-8147], GMX[352.0533178], GST-PERP[0], IMX-PERP[-32370], JASMY-PERP[0], KIN-PERP[0], LDO-PERP[-5522], LOOKS-PERP[-624316], LUNA2[0.00170023], LUNA2_LOCKED[0.00396722], LUNA2-PERP[-12745.9], LUNC[0.00568195], LUNC-PERP[0.00000008], MAPS-PERP[-245006], MATIC[0.98560425], MATIC-PERP[0], MER-PERP[0], MINA-PERP[0], MNGO-PERP[-125050], OXY-PERP[-957280.4], PAXG[59.37159860], PEOPLE-PERP[0], POLIS-PERP[-47717.70000000], RAY-PERP[0], RON-PERP[0], RSR-PERP[0], SAND-PERP[0], SHIB-PERP[0], SOL[.00290783], SOL-PERP[2224.59], SPELL-PERP[0], SRM[152.74174008], SRM_LOCKED[778.99825962], SRM-PERP[-102543], STG-PERP[0], STMX-PERP[0], SUSHI-PERP[-28471], TLM-PERP[-738899], TRX[.000501], TRX-PERP[0], UNI-PERP[0], USD[1610216.94], USDT[116023.34241800], USDT-PERP[0], USTC[0.24067313], USTC-PERP[0], WAVES-PERP[0], XAUT[.00459708], XRP-PERP[1580809] | USD[100000.00], USDT[47641.79278] |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.