UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.,*

Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**PAXTIBI LLP**

Name and Address where notices and payments to transferee should be sent:
**PAXTIBI LLP**
**Attn: Federico Natali**
**Email: paxtibi.xyz@gmail.com**
**27 Old Gloucester Street**
**London, United Kingdom, WC1N 3AX**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 32905 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Digital Markets Ltd. (In Official Liquidation) | Bahamas Supreme Court Claim No. 2022/COM/com/00060 |
| Confirmation ID No. 3265-70-SEGDZ-560472936 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Digital Markets Ltd. (In Official Liquidation) | Bahamas Supreme Court Claim No. 2022/COM/com/00060 |
| Customer Code No. 00155560 | Name (Redacted) | as described on Schedule F (attached) | FTX Digital Markets Ltd. (In Official Liquidation) | Bahamas Supreme Court Claim No. 2022/COM/com/00060 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Federico Natali*
    Federico Natali (Jan 28, 2025 19:41 GMT+1)
Transferee/Transferee's Agent

Date: January  28 , 2025

# Creditor Data Details - Claim # 32905

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 32905 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 08/01/2023 | n/a |
| | | **Confirmation ID** |
| | | 3265-70-SEGDZ-560472936 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 5360.0119677 | 5360.0119677 |
| CRYPTO | Aave (AAVE) | ASSERTED | 24.83 | 24.83 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 38.42052 | 38.42052 |
| CRYPTO | Bitcoin (BTC) | ASSERTED | 1.44149204 | 1.44149204 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 0.5961312 | 0.5961312 |
| CRYPTO | Ethereum (ETH) | ASSERTED | 4.83189713 | 4.83189713 |
| CRYPTO | EthereumPoW (ETHW) | ASSERTED | 6.0338576 | 6.0338576 |
| CRYPTO | FTX Token (FTT) | ASSERTED | 6.8 | 6.8 |
| CRYPTO | TRON (TRX) | ASSERTED | 0.000872 | 0.000872 |
| FIAT | US Dollar(USD) USD/USD = 1.00000 | ASSERTED | 106954.19 | 106954.19 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the

| | | |
|---|---|---|
| 00155560 | 1INCH[5360.0119677], AAVE[24.83], BAL[38.42052], BTC[1.44149204], BTC-0325[0], BTC-0331[1], BTC-0624[0], BTC-0930[0], BTC-1230[-2], BTC-20210924[0], BTC-PERP[5], CQT[.5861312], DOGE-PERP[-175000], DOT[9.8], ETH[4.83189713], ETH-0331[0], ETH-0930[0], ETH-1230[0], ETH-PERP[0], ETHW[6.03385760], FTT[6.8], FTT-PERP[12500], MATIC-PERP[0], SOL-PERP[-1000], TRX[.0008722], TRX-PERP[-10000], TSLA[.9998575], USD[106954.19], USDT[0] | |
| 00155562 | ETH[.000036631, ETH-PERP[0], ETHW[.000036631], USD[0.00] | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.