## SCHEDULE 1

**Overstated and/or Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Fifty-Third Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims | | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| | | Debtor | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |
| 71121 | Name on file | FTX Trading Ltd. | ETH | | | FTX Trading Ltd. | 0.666870150000000 |
| | | | ETHW | | | | 0.666870150000000 |
| | | | HXRO | | | | 12,079,830.917599990000000 |
| | | | MATIC | | | | 190.000000000000000 |
| | | | RNDR | | | | 0.012916450000000 |
| | | | USD | | Undetermined* | | 397,123.363784220000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 84650 | Name on file | FTX Trading Ltd. | AAVE-PERP | | FTX Trading Ltd. | 0.000000000000540 |
| | | | AVAX-PERP | | | -0.000000000009094 |
| | | | BTC | | | 0.009998068556997 |
| | | | BTC-PERP | | | -0.000000000000028 |
| | | | COMP | | | 0.000000009500000 |
| | | | DAI | | | 100.000000000000000 |
| | | | ETH | | | 0.200000005000000 |
| | | | ETH-PERP | | | 0.000000000002227 |
| | | | FTT | | | 0.000000010225502 |
| | | | GRT | | | 0.223350000000000 |
| | | | LUNA2 | | | 18.728007590000000 |
| | | | LUNA2_LOCKED | | | 43.698684390000000 |
| | | | LUNC | | | 0.009446000000000 |
| | | | SOL-20211231 | | | 0.000000000000454 |
| | | | SOL-PERP | | | 0.000000000007275 |
| | | | USD | | Undetermined* | | 14,339,657.878324530000000 |
| | | | USTC | | | 2,651.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 56734* | Name on file | FTX Trading Ltd. | ALEPH | 15,570.067850000000000 | FTX Trading Ltd. | 15,570.067850000000000 |
| | | | ATLAS | 50,995.950000000000000 | | 50,995.950000000000000 |
| | | | ATOM | 1,038.537078000000000 | | 1,038.537078000000000 |
| | | | AVAX | | | 4,233.007843462596000 |
| | | | BNB | | | 499.599571810867640 |
| | | | BTC | | | 7.121306324916240 |
| | | | BTC-PERP | -0.000000000000037 | | -0.000000000000037 |
| | | | DOT | 4,501.569282201809000 | | 4,501.569282201809000 |
| | | | ETH | | | 1,399.990624727984000 |
| | | | ETH-PERP | 0.000000000000085 | | 0.000000000000085 |
| | | | ETHW | 1,397.803188922961200 | | 1,397.803188922961200 |
| | | | FTM | 6,952.000000000000000 | | 6,952.000000000000000 |
| | | | FTT | 2,237.293296152374800 | | 2,237.293296152374800 |
| | | | GRT | 49,696.282800000000000 | | 49,696.282800000000000 |
| | | | HNT | 2,764.042248250000000 | | 2,764.042248250000000 |
| | | | LINK | 6,324.042775670000000 | | 6,324.042775670000000 |
| | | | MANA | 735.517055060000000 | | 735.517055060000000 |
| | | | MATIC | | | 44,395.356376106436000 |
| | | | MOB | 0.872650000000000 | | 0.872650000000000 |
| | | | RNDR | 4,241.400000000000000 | | 4,241.400000000000000 |
| | | | RUNE | 12,894.987954500000000 | | 12,894.987954500000000 |
| | | | SAND | 97.344950000000000 | | 97.344950000000000 |
| | | | SOL | | | 8,878.200385365540000 |
| | | | SRM | 91.761200410000000 | | 91.761200410000000 |
| | | | SRM_LOCKED | 691.238799590000000 | | 691.238799590000000 |
| | | | STG | 29,351.117812500000000 | | 29,351.117812500000000 |
| | | | SUSHI | 3,049.713125000000000 | | 3,049.713125000000000 |
| | | | UNI | 1,659.748800000000000 | | 1,659.748800000000000 |
| | | | USD | -1,087,929.027824536000000 | | -1,087,929.027824536000000 |
| | | | USDT | 5,500.000000009621000 | | 5,500.000000009621000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

56734*: Claim is also included as a Surviving Claim in the Debtors' Fifty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts