## SCHEDULE 2

**Overstated and/or Unliquidated Claims**

Schedule 2
Allowed Asserted Claims

| Claim Number | Name | Debtor | Asserted Claims Amount |
|---|---|---|---|
| 1410 | Hain Capital Investors Master Fund Ltd as Transferee of SHZ Aviation LLC | Alameda Research Ltd | $ 740,000.00 |