UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
2025 JAN 28  AM 10: 17

In re:
FTX TRADING LTD., et al.,         Chapter 11
                Case No. 22-11068 (JTD)
Debtors.         (Jointly Administered)

RESPONSE TO DEBTORS' ONE HUNDRED FORTY-NINTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN LATE FILED CLAIMS (CUSTOMER CLAIMS)

Christian John McGalloway
N5704 Grandview Road
Fond du Lac, WI 54937
920-251-4638
cmcgalloway@gmail.com

Claim Number: 98117

To the Honorable John T. Dorsey, Chief United States Bankruptcy Court Judge:

I, Christian John McGalloway, hereby submit this response to the Debtors' One Hundred Forty-Ninth Omnibus Objection to Certain Late Filed Claims (the "Objection") regarding my claim number 98117 in the amount of USD 39,764.97815106.

BACKGROUND

1. I am a customer of FTX Trading Ltd. with legitimate holdings on the platform at the time of bankruptcy.

2. My claim represents actual assets held on the FTX platform, specifically USD 39,764.97815106.

REASON FOR LATE FILING

3. During the claims process, I experienced significant confusion and concern due to receiving numerous fraudulent communications purporting to be from FTX or related entities.

4. I received multiple spam emails that appeared to be related to the FTX bankruptcy claims process. Some of these fraudulent communications requested personal information that could have compromised my security.

5. Due to the sophisticated nature of these scam attempts, I had difficulty distinguishing between legitimate communications from Kroll/FTX and fraudulent ones. This created a genuine

fear of responding to the wrong communications and potentially compromising my personal and financial information.

6. This situation caused me to be extremely cautious in responding to any communications related to the FTX bankruptcy, which unfortunately contributed to my delayed filing.

REQUEST FOR RELIEF

7. I respectfully request that the Court allow my claim despite its late filing. The delay was not due to negligence but rather to legitimate concerns about cybersecurity and fraud in a complex bankruptcy case involving digital assets.

8. Allowing my claim would serve the interests of justice without prejudicing other creditors, as my claim represents actual assets held on the FTX platform.

CONCLUSION

For the reasons stated above, I respectfully request that the Court deny the Objection with respect to my claim and allow it to proceed.

Dated: 1/21/2025

Respectfully submitted,

*[signature]*

Christian J. McGalloway

CERTIFICATE OF SERVICE

I hereby certify that on [Date], a true and correct copy of the foregoing Response was served upon:

Sullivan & Cromwell LLP
Attn: Christian P. Jensen and David M. Rosenthal
125 Broad Street
New York, NY 10004
Email: jensenc@sullcrom.com, rosenthald@sullcrom.com

Landis Rath & Cobb LLP
Attn: Matthew R. Pierce and Kimberly A. Brown
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Email: pierce@lrclaw.com, brown@lrclaw.com

_____
Christian J. McGalloway