# SCHEDULE 1

**Superseded Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Thirty-Eighth Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| | | **Claims to be Disallowed** | | | | | **Surviving Claims** | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 50445 | Name on file | FTX Trading Ltd. | | | 89904 | Name on file | FTX Trading Ltd. | | |
| | | | 1INCH-PERP | 0.000000000000000 | | | | 1INCH-PERP | 0.000000000000000 |
| | | | AAVE-PERP | 0.000000000000113 | | | | AAVE-PERP | 0.000000000000113 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 | | | | ALGO-PERP | 0.000000000000000 |
| | | | APT-PERP | 0.000000000000000 | | | | APT-PERP | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | AXS-PERP | -2,000.000000000000000 | | | | AXS-PERP | -2,000.000000000000000 |
| | | | BAL-20200925 | 0.000000000000000 | | | | BAL-20200925 | 0.000000000000000 |
| | | | BCH-PERP | 0.000000000000000 | | | | BCH-PERP | 0.000000000000000 |
| | | | BOBA | 0.029600000000000 | | | | BOBA | 0.029600000000000 |
| | | | BSV-PERP | 0.000000000000000 | | | | BSV-PERP | 0.000000000000000 |
| | | | BTC-20200925 | 0.000000000000000 | | | | BTC-20200925 | 0.000000000000000 |
| | | | BTC-PERP | -0.000000000000035 | | | | BTC-PERP | -0.000000000000035 |
| | | | COMP-20200626 | 0.000000000000000 | | | | COMP-20200626 | 0.000000000000000 |
| | | | COMP-20200925 | 0.000000000000000 | | | | COMP-20200925 | 0.000000000000000 |
| | | | COMP-PERP | 0.000000000000000 | | | | COMP-PERP | 0.000000000000000 |
| | | | CREAM-PERP | 0.000000000000454 | | | | CREAM-PERP | 0.000000000000454 |
| | | | DEFI-20200925 | 0.000000000000000 | | | | DEFI-20200925 | 0.000000000000000 |
| | | | DEFI-PERP | 0.000000000000000 | | | | DEFI-PERP | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | DOT-PERP | -11,000.000000000000000 | | | | DOT-PERP | -11,000.000000000000000 |
| | | | DYDX-PERP | -0.000000000000454 | | | | DYDX-PERP | -0.000000000000454 |
| | | | EOS-PERP | 0.000000000000000 | | | | EOS-PERP | 0.000000000000000 |
| | | | ETC-PERP | 0.000000000000000 | | | | ETC-PERP | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | ETHW | 0.000237840000000 | | | | ETHW | 0.000237840000000 |
| | | | FTT | 1,000.000100000000000 | | | | FTT | 1,000.000100000000000 |
| | | | FTT-PERP | -2,000.000000000000000 | | | | FTT-PERP | -2,000.000000000000000 |
| | | | GMT-PERP | 0.000000000000000 | | | | GMT-PERP | 0.000000000000000 |
| | | | HT-PERP | -0.000000000004206 | | | | HT-PERP | -0.000000000004206 |
| | | | KNC-PERP | 0.000000000000000 | | | | KNC-PERP | 0.000000000000000 |
| | | | LEND-PERP | 0.000000000000000 | | | | LEND-PERP | 0.000000000000000 |
| | | | LINK-PERP | 0.000000000000000 | | | | LINK-PERP | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | MTA-PERP | 0.000000000000000 | | | | MTA-PERP | 0.000000000000000 |
| | | | OMG | 0.129600000000000 | | | | OMG | 0.129600000000000 |
| | | | OMG-20211231 | 0.000000000000000 | | | | OMG-20211231 | 0.000000000000000 |
| | | | OP-PERP | 0.000000000000000 | | | | OP-PERP | 0.000000000000000 |
| | | | PEOPLE-PERP | 0.000000000000000 | | | | PEOPLE-PERP | 0.000000000000000 |
| | | | POLIS | 0.007200000000000 | | | | POLIS | 0.007200000000000 |
| | | | RUNE-PERP | -0.000000000010913 | | | | RUNE-PERP | -0.000000000010913 |
| | | | SAND-PERP | 0.000000000000000 | | | | SAND-PERP | 0.000000000000000 |
| | | | SKL-PERP | 0.000000000000000 | | | | SKL-PERP | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | SRM | 41.888428200000000 | | | | SRM | 41.888428200000000 |
| | | | SRM_LOCKED | 330.831571800000000 | | | | SRM_LOCKED | 330.831571800000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000000 | | | | THETA-PERP | 0.000000000000000 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | UNI-PERP | 0.000000000000000 | | | | UNI-PERP | 0.000000000000000 |
| | | | USD | 4,513,170.506996885000000 | | | | USD | 4,513,170.506996885000000 |
| | | | WAVES-PERP | 0.000000000000000 | | | | WAVES-PERP | 0.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |
| | | | XTZ-PERP | 0.000000000000000 | | | | XTZ-PERP | 0.000000000000000 |
| | | | YFI-PERP | 0.000000000000000 | | | | YFI-PERP | 0.000000000000000 |
| | | | ZIL-PERP | 0.000000000000000 | | | | ZIL-PERP | 0.000000000000000 |
| 29744 | Name on file | FTX Trading Ltd. | | | 66291* | Name on file | FTX Trading Ltd. | | |
| | | | BNB | 8,487.905793900000000 | | | | 1INCH | 0.168315850000000 |
| | | | ETH | 31.008091270000000 | | | | ALEPH | 0.426810000000000 |
| | | | USD | 14,774,936.870000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | USDT | 4.060000000000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | | | | | | BAL-20201225 | 0.000000000000000 |
| | | | | | | | | BAL-20210326 | 0.000000000000000 |
| | | | | | | | | BAT | 0.416480000000000 |
| | | | | | | | | BIDEN | 0.000000000000000 |
| | | | | | | | | BNB | 8,487.905793900000000 |
| | | | | | | | | BNB-20200925 | 0.000000000000000 |
| | | | | | | | | BNB-PERP | 0.000000000000000 |
| | | | | | | | | BNT | 0.009117000000000 |
| | | | | | | | | BTC | 0.000125439536663 |
| | | | | | | | | BTC-20201225 | 0.000000000000000 |
| | | | | | | | | BTC-20210625 | -0.000000000000003 |
| | | | | | | | | BTC-PERP | -0.000000000000014 |
| | | | | | | | | COMP | 0.000065273000000 |
| | | | | | | | | COPE | 0.055005000000000 |
| | | | | | | | | DEFI-PERP | 0.000000000000000 |
| | | | | | | | | DOGE | 0.727825000000000 |
| | | | | | | | | ETH | 31.008091275000000 |
| | | | | | | | | ETH-20210625 | -0.000000000000113 |
| | | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | ETHW | 31.008541900000000 |
| | | | | | | | | FTT | 150.024916155531000 |
| | | | | | | | | LEO-PERP | 0.000000000000000 |
| | | | | | | | | LINK-20200925 | 0.000000000000000 |
| | | | | | | | | MTA-PERP | 0.000000000000000 |
| | | | | | | | | OXY | 0.067460000000000 |
| | | | | | | | | PERP | 0.000000010000000 |
| | | | | | | | | RAY | 0.653665000000000 |
| | | | | | | | | RAY-PERP | 0.000000000000000 |
| | | | | | | | | ROOK | 0.000984367500000 |
| | | | | | | | | ROOK-PERP | 0.000000000000000 |
| | | | | | | | | RUNE | 0.021244000000000 |
| | | | | | | | | RUNE-20201225 | 0.000000000000000 |
| | | | | | | | | RUNE-PERP | 0.000000000000000 |
| | | | | | | | | SNX-PERP | 0.000000000000000 |
| | | | | | | | | SOL | 0.015956639351818 |
| | | | | | | | | SOL-20210326 | 0.000000000000000 |
| | | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | | SRM | 1,516.391089950000000 |
| | | | | | | | | SRM_LOCKED | 11,483.656521040000000 |
| | | | | | | | | SUSHI-20200925 | 0.000000000000000 |
| | | | | | | | | SUSHI-20210326 | 0.000000000000000 |
| | | | | | | | | SUSHI-PERP | 0.000000000000000 |
| | | | | | | | | TRUMP | 0.000000000000000 |
| | | | | | | | | UNI-20200925 | 0.000000000000000 |
| | | | | | | | | USD | 14,774,936.870041200000000 |
| | | | | | | | | USDT | 4.057985052641700 |
| | | | | | | | | WAVES-PERP | 0.000000000000000 |
| | | | | | | | | YFI | 0.000000000000000 |
| | | | | | | | | YFI-PERP | 0.000000000000003 |

66291*: Surviving Claim was ordered modified on the Debtors' Forty-Second (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [DI #25494] - Ordered modified tickers / quantities are not reflected herein

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 1599 | Name on file | FTX Trading Ltd. | | | 85316 | Name on file | FTX Trading Ltd. | | |
| | | | USD | $19,770,211.88 | | | | | Undetermined* |

"Undetermined": Indicates claim contains unliquidated and/or undetermined amounts