# SCHEDULE 1

**Overstated and/or Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Forty-Sixth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims | | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| | | Debtor | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |
| 1171 | Name on file | FTX Trading Ltd. | BRZ | | | FTX Trading Ltd. | 0.000000001620435 |
| | | | BTC | | | | 43.795816105885980 |
| | | | BTC-0930 | | | | 0.000000000000000 |
| | | | ETH | | | | 67.023746162600000 |
| | | | FTT | | | | 0.000000368934557 |
| | | | SOL | | | | 0.000000009904777 |
| | | | TRX | | | | 102.000000000000000 |
| | | | USD | | Undetermined* | | 1,270.653444522413800 |
| | | | USDT | | | | 0.000000018364303 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 89641 | Name on file | FTX Trading Ltd. | | | | FTX Trading Ltd. | |
| | | | ADABULL | | 351.324876200000000 | | 351.324876200000000 |
| | | | ALGOBULL | | 2,009,638.000000000000000 | | 2,009,638.000000000000000 |
| | | | ALTBULL | | 101.119396000000000 | | 101.119396000000000 |
| | | | ASDBULL | | 481,772.333171750000000 | | 481,772.333171750000000 |
| | | | ATOMBULL | | 2,006,009.660400000000000 | | 2,006,009.660400000000000 |
| | | | BALBULL | | 104,450.910526960000000 | | 104,450.910526960000000 |
| | | | BAL-PERP | | -0.000000000000006 | | -0.000000000000006 |
| | | | BCHBULL | | 1,003,569.112000000000000 | | 1,003,569.112000000000000 |
| | | | BCH-PERP | | 0.000000000000000 | | 0.000000000000000 |
| | | | BNBBULL | | 3.055487330000000 | | 3.055487330000000 |
| | | | BSVBULL | | 4,749,330.000000000000000 | | 4,749,330.000000000000000 |
| | | | BTC-PERP | | 0.000000000000000 | | 0.000000000000000 |
| | | | BULL | | 0.481903600000000 | | 0.481903600000000 |
| | | | COMPBULL | | 3,011,828.521936000000000 | | 3,011,828.521936000000000 |
| | | | DEFIBULL | | 4,529.044506000000000 | | 4,529.044506000000000 |
| | | | DOGEBULL | | 2,880.874164480000000 | | 2,880.874164480000000 |
| | | | EOSBULL | | 2,611,243.075000008000000 | | 2,611,243.075000008000000 |
| | | | ETCBULL | | 34,062.803932370000000 | | 34,062.803932370000000 |
| | | | ETHBULL | | 25.002192650000000 | | 25.002192650000000 |
| | | | EXCHBULL | | 0.000091966000000 | | 0.000091966000000 |
| | | | FLM-PERP | | -0.000000000000454 | | -0.000000000000454 |
| | | | FTT-PERP | | -0.000000000000056 | | -0.000000000000056 |
| | | | GRTBULL | | 10,008,279.314978550000000 | | 10,008,279.314978550000000 |
| | | | HTBULL | | 200.557100000000000 | | 200.557100000000000 |
| | | | KNCBULL | | 101,262.483400000000000 | | 101,262.483400000000000 |
| | | | LINKBULL | | 121,166.759600000000000 | | 121,166.759600000000000 |
| | | | LTCBULL | | 200,359.929000000000000 | | 200,359.929000000000000 |
| | | | LUNC-PERP | | -0.000000000000016 | | -0.000000000000016 |
| | | | MATICBEAR2021 | | 0.989800000000000 | | 0.989800000000000 |
| | | | MATICBULL | | 219,701.083357040000000 | | 219,701.083357040000000 |
| | | | MKRBULL | | 276.877998500000000 | | 276.877998500000000 |
| | | | MTL-PERP | | 0.000000000000545 | | 0.000000000000545 |
| | | | SNX-PERP | | 0.000000000000362 | | 0.000000000000362 |
| | | | SUSHIBULL | | 709,858.000000000000000 | | 709,858.000000000000000 |
| | | | SXPBULL | | 103,352,473.631253240000000 | | 103,352,473.631253240000000 |
| | | | THETABULL | | 100,487.350281020000000 | | 100,487.350281020000000 |
| | | | THETA-PERP | | -0.000000000000181 | | -0.000000000000181 |
| | | | TOMOBULL | | 58,994.200000000000000 | | 58,994.200000000000000 |
| | | | TRX | | 0.000086000000000 | | 0.000086000000000 |
| | | | TRXBULL | | 0.090000000000000 | | 0.090000000000000 |
| | | | UNISWAPBULL | | 2,220.406222524000000 | | 2,220.406222524000000 |
| | | | USD | | 1,000,000.000000000000000 | | 0.000000020187442 |
| | | | USDT | | -0.000000007518232 | | -0.000000007518232 |
| | | | VETBULL | | 83,388.319000000000000 | | 83,388.319000000000000 |
| | | | XLMBULL | | 1,824.426556230000000 | | 1,824.426556230000000 |
| | | | XRPBULL | | 1,021,902.473547262000000 | | 1,021,902.473547262000000 |
| | | | XTZBULL | | 602,976.223140000000000 | | 602,976.223140000000000 |
| | | | ZECBULL | | 20,608.471060770000000 | | 20,608.471060770000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 2172 | Name on file | FTX Trading Ltd. | BTC | | | FTX Trading Ltd. | 32.744075840000000 |
| | | | ETH | | | | 212.777056970000000 |
| | | | ETHW | | | | 212.126409370000000 |
| | | | EUR | | | | 3.219649658000000 |
| | | | TRX | | | | 0.011668000000000 |
| | | | USD | | Undetermined* | | 1.046320570000000 |
| | | | USDT | | | | 28,120.055356233000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 71118 | Name on file | FTX Trading Ltd. | APE | | | FTX Trading Ltd. | 200.000000000000000 |
| | | | ETH | | | | 0.600430000000000 |
| | | | ETHW | | | | 0.900430000000000 |
| | | | TONCOIN | | | | 370,589.918161000000000 |
| | | | USD | | Undetermined* | | 38.082080612466430 |
| | | | USDT | | | | 0.063873810143265 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 1006 | Name on file | FTX Trading Ltd. | AAVE | | | FTX Trading Ltd. | 15.103783690000000 |
| | | | APE | | | | 288.030664340000000 |
| | | | AXS | | | | 183.967932900000000 |
| | | | BAT | | | | 1,163.999999550000000 |
| | | | BCH | | | | 35.694604010000000 |
| | | | BTC | | | | 2.023036400000000 |
| | | | BTC-PERP | | | | -1.000000000000000 |
| | | | CHZ | | | | 9,060.000000090000000 |
| | | | ENJ | | | | 2,146.000000350000000 |
| | | | ETH | | | | 7.923995030000000 |
| | | | ETH-PERP | | | | -6.000000000000000 |
| | | | ETHW | | | | 1.860904250000000 |
| | | | FTT | | | | 35.097625000000000 |
| | | | GALA | | | | 32,920.000000250000000 |
| | | | KNC | | | | 3,641.572567360000000 |
| | | | LINK | | | | 190.322180550000000 |
| | | | LOOKS | | | | 5,609.999999510000000 |
| | | | MANA | | | | 1,436.999999570000000 |
| | | | MATIC | | | | 2,093.015180060000000 |
| | | | MKR | | | | 1.566867730000000 |
| | | | SAND | | | | 902.792384190000000 |
| | | | SHIB | | | | 127,712,707.059926000000000 |
| | | | SLP | | | | 150,309.000000000000000 |
| | | | UNI | | | | 173.715999010000000 |
| | | | USD | | 379,454.970000000000000 | | 522,937.237855585600000 |
| | | | USDT | | | | 43,724.249200000000000 |
| | | | XRP | | | | 9,618.989254834445474 |
| | | | XRP-PERP | | | | -10,000.000000000000000 |
| | | | YGG | | | | 4,318.596764420000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claims Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | | | |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 2735 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | BTC | | | 0.059420730000000 |
| | | | MATIC | | | 15.100894890000000 |
| | | | TRX | | | 0.000028000000000 |
| | | | USD | Undetermined* | | 1,072.062767497064000 |
| | | | USDT | | | 1,533,209.603928583400000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 90886 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | BTC | 14,913,087,600,000.000000000000000 | | 0.001491308760000 |
| | | | DOGE | 0.521357250000000 | | 0.521357250000000 |
| | | | TONCOIN | 990.515460000000000 | | 990.515460000000000 |
| | | | USD | 313,592,310,704,070.000000000000000 | | 0.031359231070407 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 85356 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | AAVE | | | 4.940520750000000 |
| | | | AAVE-PERP | | | 0.000000000005321 |
| | | | AGLD-PERP | | | -0.000000000070940 |
| | | | ALICE-PERP | | | 0.000000000019099 |
| | | | APE-PERP | | | -0.000000000014551 |
| | | | AR-PERP | | | -0.000000000004426 |
| | | | ATOM-PERP | | | 0.000000000072873 |
| | | | AUDIO | | | 0.292925000000000 |
| | | | AUDIO-PERP | | | 0.099999999815167 |
| | | | AVAX-PERP | | | 0.000000000035498 |
| | | | AXS-PERP | | | -0.000000000015006 |
| | | | BAL-PERP | | | 0.000000000003353 |
| | | | BAND-PERP | | | -0.000000000063209 |
| | | | BCH | | | 0.000000005000000 |
| | | | BCH-PERP | | | -0.000000000002311 |
| | | | BTC | | | 187.930396581000000 |
| | | | BTC-PERP | | | -0.000000000000226 |
| | | | COMP | | | 0.000000002500000 |
| | | | COMP-PERP | | | 0.000100000000131 |
| | | | CRO | | | 0.750000000000000 |
| | | | DOT-PERP | | | 0.000000000014551 |
| | | | DYDX-PERP | | | 0.099999999971714 |
| | | | EGLD-PERP | | | 0.000000000002756 |
| | | | ENS-PERP | | | 0.009999999990213 |
| | | | EOS-PERP | | | 0.000000000004092 |
| | | | ETC-PERP | | | -0.000000000025806 |
| | | | ETH | | | 0.391366330000000 |
| | | | ETH-PERP | | | 0.000000000002714 |
| | | | EUR | | | 1,997.179150000000000 |
| | | | FIL-PERP | | | -0.000000000003797 |
| | | | FLOW-PERP | | | -0.000000000036379 |
| | | | FTT | | | 10.000000000000000 |
| | | | FXS-PERP | | | 0.100000000075966 |
| | | | GAL-PERP | | | 0.000000000005030 |
| | | | HNT-PERP | | | 0.000000000055251 |
| | | | ICP-PERP | | | -0.000000000000909 |
| | | | IMX-PERP | | | -1.000000000000000 |
| | | | KAVA-PERP | | | 0.099999999988881 |
| | | | KNC-PERP | | | 0.099999999985811 |
| | | | KSM-PERP | | | -0.000000000004092 |
| | | | LINK | | | 0.347031500000000 |
| | | | LINK-PERP | | | 0.000000000029160 |
| | | | LTC-PERP | | | -0.000000000003637 |
| | | | LUNA2 | | | 123,911.430667099000000 |
| | | | LUNA2_LOCKED | | | 289,126.671623230000000 |
| | | | LUNA2-PERP | | | 0.000000000009094 |
| | | | LUNC | | | 123,001.000000000000000 |
| | | | LUNC-PERP | | | -0.000000000011254 |
| | | | MKR-PERP | | | 0.000000000000158 |
| | | | NEAR-PERP | | | 0.000000000090949 |
| | | | OMG-PERP | | | -0.000000000001932 |
| | | | PAXG-PERP | | | 0.000000000000000 |
| | | | PERP-PERP | | | 0.000000000305590 |
| | | | QTUM-PERP | | | -0.000000000011254 |
| | | | RAY | | | 0.099999000000000 |
| | | | RUNE-PERP | | | -0.000000000135287 |
| | | | SNX-PERP | | | 0.000000000017507 |
| | | | SOL-PERP | | | 0.000000000016370 |
| | | | STORJ-PERP | | | 0.094399999979259 |
| | | | THETA-PERP | | | -0.000000000010004 |
| | | | USD | Undetermined* | | 14,755,516.918801800000000 |
| | | | USDT | | | 379.059962644740000 |
| | | | WBTC | | | 0.004493260000000 |
| | | | XTZ-PERP | | | -0.000000000127556 |
| | | | YFI | | | 0.000000005000000 |
| | | | YFI-PERP | | | 0.000000000000004 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 78119 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | AVAX | | | 0.000000010000000 |
| | | | BTC | 200.000000000000000 | | 0.000000000000000 |
| | | | ETH | 10.000000000000000 | | 0.000000007460498 |
| | | | IMX | 50.000000000000000 | | 0.000000001272800 |
| | | | LRC | | | 0.000000005762300 |
| | | | MATIC | | | 0.000000002652862 |
| | | | SAND | | | 0.291351440000000 |
| | | | USD | | | 0.000000011878602 |
| | | | USDT | | | 0.000000005725339 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 2534 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | KIN | | | 2.000000000000000 |
| | | | USD | 203,630.000000000000000 | | 0.000000002753803 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 62650 | Name on file | FTX Trading Ltd. | | | West Realm Shires Services Inc. | |
| | | | BTC | 10,000.000000000000000 | | 0.000000007386765 |
| | | | CUSDT | | | 1.000000000000000 |
| | | | ETH | 1,000.000000000000000 | | 0.000000000000000 |
| | | | SHIB | | | 1.000000000000000 |
| | | | USD | | | 0.027994592636145 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 1074 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | AVAX | | | 0.057548750000000 |
| | | | BTC | | | 8.508002490000000 |
| | | | CRO | | | 0.572500000000000 |
| | | | DOT | | | 0.019082000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | ETH | | | | 0.000001460000000 |
| | | | ETHW | | | | 0.000001460000000 |
| | | | FTT | | | | 0.014485000000000 |
| | | | MANA | | | | 0.484350000000000 |
| | | | SAND | | | | 0.932922500000000 |
| | | | USD | 341,178.000000000000000 | | | 100.534024607745000 |
| | | | USDT | | | | 292,912.066131300000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 321 | Name on file | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | 0.000000000701340 |
| | | | ETH | 56.956944310000000 | | 109.533567120000000 |
| | | | ETHW | | | 109.533567120000000 |
| | | | USD | 180,000.000000000000000 | | 21.388366580572200 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 84132 | Name on file | West Realm Shires Services Inc. | BTC | 95.000000000000000 | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | ETH | 451.995519707500000 | | 0.000000007500000 |
| | | | USD | 0.000000006253257 | | 0.000000006253257 |
| | | | USDC | 28,176.309170000000000 | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 706 | Name on file | FTX Trading Ltd. | AAVE | | FTX Trading Ltd. | 0.000000679152333 |
| | | | ALPHA | | | 0.000000912390758 |
| | | | ATOM | | | 0.000000538461538 |
| | | | AVAX | | | 0.200000225891677 |
| | | | BTC | | | 0.000101633499490 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | CEL | | | 0.017500159871888 |
| | | | COMP | | | 0.000001199911628 |
| | | | CRV | | | 0.000009900990099 |
| | | | ETH | | | 0.000550005574100 |
| | | | ETH-PERP | | | -0.000000000000028 |
| | | | ETHW | | | 0.000589923074320 |
| | | | FTM | | | 0.387009888225001 |
| | | | FTT | | | 41.695154839057300 |
| | | | GLMR | | | 0.000054157631990 |
| | | | HBAR | | | 0.663797780000000 |
| | | | HNT | | | 0.006205985915493 |
| | | | LUNA2 | | | 1.643531942000000 |
| | | | LUNA2_LOCKED | | | 3.834907864000000 |
| | | | LUNC | | | 0.000000010224059 |
| | | | MKR | | | 0.0000095312222971 |
| | | | PAXG | | | 0.000000395784415 |
| | | | REN | | | 0.0000000989807350 |
| | | | RUNE | | | 0.004386107987357 |
| | | | SNX | | | 0.091913953908513 |
| | | | SOL | | | 0.009999984001963 |
| | | | SUSHI | | | 0.417801091596894 |
| | | | SYN | | | 60.000000000000000 |
| | | | TRUMPFEBWIN | | | 33,490.085200000000000 |
| | | | TRX | | | 0.000011000000000 |
| | | | UNI | | | 0.000000587090942 |
| | | | USD | 208,610.000000000000000 | | 206,537.138652455873000 |
| | | | USDT | | | 738.173219065421000 |
| | | | USTC | | | 2,304.219890000000000 |
| | | | YFI | | | 0.000000900045101 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.