# SCHEDULE 2

**Overstated and/or Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Forty-Sixth Omnibus Claims Objection**
**Schedule 2 - Modified Claims**

| Claim Number | Name | Debtor | Tickers | Asserted Claims Ticker Quantity | Debtor | Modified Claims Ticker Quantity |
|---|---|---|---|---|---|---|
| 57061 | Name on file | West Realm Shires Services Inc. | DOGE | 21,010,000,000.000000000000000 | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | ETH | 0.000441850000000 | | 0.000441850000000 |
| | | | ETHW | 0.000441850000000 | | 0.000441850000000 |
| | | | LOL | 999,999,999,999.000000000000000 | | 0.000000000000000 |
| | | | POLY | 500,000,000.000000000000000 | | 0.000000000000000 |
| | | | SHIB | 1.000000000000000 | | 1.000000000000000 |
| | | | SOL | 10,000,000.000000000000000 | | 0.000000000000000 |
| | | | USD | 1.205080635322416 | | 1.205080635322416 |
| | | | Other Activity Asserted: 197,000,000,000,000,000 - Portfolio | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 93715 | Name on file | FTX Trading Ltd. | DOGEBULL | 564.527200000000000 | FTX Trading Ltd. | 564.527200000000000 |
| | | | USD | 1,300,000.000000000000000 | | 0.199337571200000 |
| | | | USDT | 1,300,000.000000000000000 | | 0.009866007943321 |
| | | | Other Activity Asserted: 1300000 $ - I crashed when FTX went bust. My family collapsed, I had to separate from my wife, my children were left without a father. I was mentally crushed and shocked. Many hours of therapy and work with a psychologist. I demand that those responsible be punished to the fullest extent of the law and that they pay me compensation in the amount of $1,300,000 million. Although even this amount will not bring my family back. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of alleged compensation for millions of dollars in the claimant's other activity. The claimant's customer account had a maximum account value of $253.19 on 6/11/22. The modified tickers and quantities above reflect the claimant's account holdings as of the petition date. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 18954 | Name on file | FTX Trading Ltd. | ALGO | 1,351.006755000000000 | FTX Trading Ltd. | 1,351.006755000000000 |
| | | | AMPL | 0.000405534804170 | | 0.000405534804170 |
| | | | BTC-PERP | 4.000000000000000 | | 4.000000000000000 |
| | | | BUSD | 59,000.000000000000000 | | 0.000000000000000 |
| | | | CLV-PERP | 0.000000000043655 | | 0.000000000043655 |
| | | | DENT-PERP | 69,501,500.000000000000000 | | 69,501,500.000000000000000 |
| | | | DODO-PERP | 0.000000000232830 | | 0.000000000232830 |
| | | | EDEN | 0.003225810000000 | | 0.003225810000000 |
| | | | EDEN-PERP | -1,134,795.400000000000000 | | -1,134,795.400000000000000 |
| | | | ETH-PERP | 0.000000000000017 | | 0.000000000000017 |
| | | | EUR | 14,252.118500000000000 | | 12,000.118500000000000 |
| | | | FLM-PERP | 0.000000000116415 | | 0.000000000116415 |
| | | | FLOW-PERP | -0.000000000007275 | | -0.000000000007275 |
| | | | FTT | 41,212.272232500000000 | | 31,212.272232500000000 |
| | | | FTT-PERP | -51,600.000000000000000 | | -51,600.000000000000000 |
| | | | IOTA-PERP | 100,717.000000000000000 | | 100,717.000000000000000 |
| | | | LINA-PERP | -15,412,660.000000000000000 | | -15,412,660.000000000000000 |
| | | | LUNC-PERP | 1,482,729,000.000000000000000 | | 1,482,729,000.000000000000000 |
| | | | RUNE-PERP | 60,000.000000000000000 | | 60,000.000000000000000 |
| | | | RVN-PERP | 550,000.000000000000000 | | 550,000.000000000000000 |
| | | | SOL | 0.009045430000000 | | 0.009045430000000 |
| | | | SOL-PERP | -6,033.320000000000000 | | -6,033.320000000000000 |
| | | | SOS-PERP | 7,703,200,000.000000000000000 | | 7,703,200,000.000000000000000 |
| | | | SPELL | 3.286045610000000 | | 3.286045610000000 |
| | | | SPELL-PERP | 26,113,400.000000000000000 | | 26,113,400.000000000000000 |
| | | | STG-PERP | 192,980.000000000000000 | | 192,980.000000000000000 |
| | | | SXP-PERP | 157,556.017600000000000 | | 157,556.017600000000000 |
| | | | TONCOIN | 0.017342000000000 | | 0.017342000000000 |
| | | | TRX | 0.000025000000000 | | 0.000025000000000 |
| | | | USD | 942,527.343643134700000 | | 942,527.343643134700000 |
| | | | USDC | 359,000.000000000000000 | | 0.000000000000000 |
| | | | USDT | 518,001.057417200000000 | | 259,001.057417200000000 |
| | | | Other Activity Asserted: USDT-259000, USDC-359000, BUSD-59000, FTT-10000 - Requested but unfulfilled withdrawal requests add to the claim amount | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. All unfulfilled withdrawal amounts are included in the modified tickers and quantities above. USDC and BUSD pending withdrawals are included in the claimant's modified USD value. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.