## SCHEDULE 2

**Overstated and/or Partially Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Forty-Ninth Omnibus Claims Objection**
**Schedule 2 - Modified Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| 39717 | Name on file | FTX EU Ltd. | BTC | 0.058494618690370 | FTX Trading Ltd. | 0.058494618690370 |
| | | | EUR | 1,981.420133916000000 | | 1,981.420133916000000 |
| | | | FTT | 32.993901000000000 | | 32.993901000000000 |
| | | | USD | 600.855721970465900 | | 600.855721970465900 |
| | | | USDT | | | 1,235.619830183013600 |

Other Activity Asserted: I want recover what i deposited - Good morning, As the FTX site has been blocked, I have not been able to access my accounts since November 11, 2022. Since then, the BTC has only fallen and the cryptocurrency also, in particular the FTT, which I have never been able to sell because of the blocking the FTX site. I deposited 7000 euros on FTX and I have always traded to make money. I would like to recover what I deposited (7000 euros) because I have not been able to make a transaction since November 11, 2022.         0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 78242 | Name on file | FTX EU Ltd. | AGLD-PERP | | FTX Trading Ltd. | -0.000000000000113 |
| | | | ALCX-PERP | | | 0.000000000000003 |
| | | | AR-PERP | | | 0.000000000000000 |
| | | | ASD-PERP | | | -0.000000000003637 |
| | | | BCH | | | 0.001945743600000 |
| | | | BOBA-PERP | | | 0.000000000000056 |
| | | | BTC | | | 0.000025412533753 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | CEL | | | 1.032892000000000 |
| | | | CEL-PERP | | | 0.000000000000114 |
| | | | CREAM-PERP | | | 0.000000000000000 |
| | | | DOGE | | | 3.823580800000000 |
| | | | EDEN-PERP | | | -0.000000000000454 |
| | | | EOSBEAR | | | 2,140,000.000000000000000 |
| | | | EOS-PERP | | | 0.000000000000170 |
| | | | ETH | | | 0.000000009800000 |
| | | | EUR | 8,958.000000000000000 | | 8.205099139300541 |
| | | | FLM-PERP | | | -0.000000000000909 |
| | | | FTT | | | 0.197955790000000 |
| | | | GST-PERP | | | -0.000000000000937 |
| | | | KNC-PERP | | | 0.000000000000007 |
| | | | LINK | | | 0.096469800000000 |
| | | | LTC | | | 0.009929700000000 |
| | | | LUNA2-PERP | | | 0.000000000000007 |
| | | | MEDIA-PERP | | | 0.000000000000008 |
| | | | MOB-PERP | | | 0.000000000000028 |
| | | | NEAR-PERP | | | 0.000000000000014 |
| | | | OMG-PERP | | | -0.000000000000001 |
| | | | OXY-PERP | | | -0.000000000000170 |
| | | | POLIS-PERP | | | -0.000000000000092 |
| | | | SNY | | | 23.000000000000000 |
| | | | SOL | | | 0.009532600000000 |
| | | | STEP-PERP | | | 0.000000000000085 |
| | | | SUSHI | | | 0.435780000000000 |
| | | | SXP | | | 0.355519100000000 |
| | | | TRX | | | 2.117100000000000 |
| | | | TULIP-PERP | | | 0.000000000000007 |
| | | | USD | | | -5.607307162705473 |
| | | | USDT | | | 0.002105470000000 |
| | | | XAUT-PERP | | | 0.000000000000000 |
| | | | XRP | | | 0.966316800000000 |

Other Activity Asserted: derzeit unbekannt. - derzeit unbekannt.        0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 91930 | Name on file | FTX EU Ltd. | ATLAS | 26,650.000000000000000 | FTX Trading Ltd. | 26,650.000000000000000 |
| | | | BNB | 0.010000000000000 | | 0.010000000000000 |
| | | | BTC | 0.609903057500000 | | 0.609903057500000 |
| | | | EMB | 108,755.827000000000000 | | 108,755.827000000000000 |
| | | | ETH | 6.649496790000000 | | 6.649496790000000 |
| | | | ETHW | 0.000096790000000 | | 0.000096790000000 |
| | | | FTM | 12,557.052575000000000 | | 0.000000000000000 |
| | | | FTT | 550.998286233656400 | | 550.998286233656400 |
| | | | POLIS | 530.000000000000000 | | 530.000000000000000 |
| | | | ROOK | 47.267877900000000 | | 47.267877900000000 |
| | | | RUNE | 691.000000000000000 | | 0.000000000000000 |
| | | | SRM | 17.325030520000000 | | 17.325030520000000 |
| | | | SRM_LOCKED | 158.020209080000000 | | 158.020209080000000 |
| | | | USD | 35.605936899370000 | | 35.605936899370000 |

Other Activity Asserted: 29011.89 $ (RUNE BTC ETH FTM) - I have claims concerning the balance still available on my account at the time FTX collapsed as well as withdrawals I made prior to the collapse that did not get off the platform in time.        0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Completed withdrawals of the listed tokens were realized transactions by the blockchain. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 92801 | Name on file | FTX EU Ltd. | ATOM-PERP | -0.000000000000056 | FTX Trading Ltd. | -0.000000000000056 |
| | | | AXS-PERP | -0.000000000000071 | | -0.000000000000071 |
| | | | BTC | 0.430000000000000 | | 0.000000004623400 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH-PERP | -0.000000000000002 | | -0.000000000000002 |
| | | | EUR | 2,188.090499940000000 | | 2,188.090499940000000 |
| | | | FTT | 0.000000008901595 | | 0.000000008901595 |
| | | | LTC | 0.000000008014333 | | 0.000000008014333 |
| | | | LUNA2 | 0.166814598400000 | | 0.166814598400000 |
| | | | LUNA2_LOCKED | 0.389234062800000 | | 0.389234062800000 |
| | | | NEAR-PERP | -0.000000000000056 | | -0.000000000000056 |
| | | | RAY | 0.000000008600000 | | 0.000000008600000 |
| | | | RUNE | 0.000000001462400 | | 0.000000001462400 |
| | | | USD | 0.000000033783575 | | 0.000000033783575 |
| | | | USDT | 5.697356164600017 | | 5.697356164600017 |

Other Activity Asserted: please see claim - FTX Account ********, Scheduled ID ****************        0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. This claim is currently matched to the main account ID and ftx unique ID mentioned in the claimant's other activity. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 78056 | Name on file | FTX EU Ltd. | BNB | | FTX Trading Ltd. | 0.009000000000000 |
| | | | BTC | | | 0.031254331166540 |
| | | | USD | Undetermined* | | 3,925.936336017966000 |

Other Activity Asserted: 3600 - I have no claim, for anything else but my friend help set me up on this so I'm not too sure what it is I am selecting. All I know is I was lending bitcoin and earning interest in Dollars.         0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 78148 | Name on file | FTX EU Ltd. | BTC-PERP | 0.222600000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | ETH-PERP | 1.138000000000000 | | 0.000000000000000 |
| | | | EUR | 150.379481050000000 | | 0.000000000000000 |
| | | | USD | 1.482334940000474 | | 1.482334940000474 |

Other Activity Asserted: 0.2226 BTC and 1.138 ETH and 150.4 EUR - My FTX withdrawal and sell orders on my BTC and ETH spot positions on the days before FTX withdrawal closes have been denied. These are listed within the fills of the FTX account. My requests to sell my crypto currencies (0.2226 BTC and 1.138 ETH) have not been realised. These amounts were neither listed among the deposits here, not within the FIAT balance. Therefore I would like to request to have a look a the not fulfilled transaction by FTX on th 27th October 2021 and later within my account. Also my cash out request from 150.4 EUR to my bank accunt has not been fulfilled.         0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. The listed BTC and ETH transactions were realized transactions on the blockchain. The modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 54884 | Name on file | FTX EU Ltd. | ATOM-PERP | | FTX Trading Ltd. | 0.000000000000056 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claims Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | ETH | | | 1.938931080000000 |
| | | | ETH-PERP | | | 0.000000000000005 |
| | | | FTT | | | 0.003903120000000 |
| | | | FTT-PERP | | | 0.000000000000007 |
| | | | MATIC | | | 228.958780000000000 |
| | | | UNI-PERP | | | -0.000000000000113 |
| | | | USD | Undetermined* | | 0.636296553478435 |
| | | | USDT | | | 1,877.395167159178500 |
| | | | Other Activity Asserted: approximately 4.000$ - On November 11th, 2022 I placed transfer orders for all crypto holdings to binance. They were no longer listed on FTX but they did not arrive on bince | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials, their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. All unfulfilled withdrawal amounts are included in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 26442 | Name on file | FTX EU Ltd. | BTC | 0.159600000000000 | FTX Trading Ltd. | 0.159600005780000 |
| | | | BTC-PERP | | | 0.285100000000000 |
| | | | FTT | 55.880455610000000 | | 55.880455612410470 |
| | | | USD | -4,936.820000000000000 | | -4,936.817319889414000 |
| | | | Other Activity Asserted: BTC-PERPLong0.2851 BTC - BTC-PERPLongfutures position | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials, their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The BTC-PERP holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 44245 | Name on file | FTX EU Ltd. | ETH-PERP | | FTX Trading Ltd. | 0.000000000000005 |
| | | | EUR | | | 0.000000003676824 |
| | | | TRX | | | 0.000083000000000 |
| | | | USD | | | 0.000000047490291 |
| | | | USDT | 5,114.075621750000000 | | 9,268.930741751035000 |
| | | | Other Activity Asserted: In my wallet are 9k euro - Ftx pro | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts