# SCHEDULE 1

**Overstated and/or Unliquidated Claims**

FTX Trading Ltd. 22-11068 (JTD)
Fifty-Ninth Omnibus Claims Objection
Schedule 1 - Modified Claims

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 23001 | Name on file | FTX Trading Ltd. | BUSD | | FTX Trading Ltd. | 0.177970090000000 |
| | | | LUNA2 | 98,337.000000000000000 | | 0.000000000000000 |
| | | | LUNC | 6,423,892,338.000000000000000 | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 17491 which asserts the FTX EU Ltd. customer entitlement. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 40936 | Name on file | FTX Trading Ltd. | AKRO | 9.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | ALGO | 1,504.187815995709134 | | 1,504.187815990000000 |
| | | | ATOM | 30.530585808326302 | | 30.529835190000000 |
| | | | AVAX | 24.846206586420060 | | 24.846024600000000 |
| | | | BAO | 49.000000000000000 | | 0.000000000000000 |
| | | | BTC | 0.527361038110725 | | 0.527361030000000 |
| | | | CHZ | 888.499558017558250 | | 888.493050270000000 |
| | | | DOT | 81.700174880000000 | | 81.699576470000000 |
| | | | ETHW | 2.164513880000000 | | 0.000000000000000 |
| | | | EUR | 19,107.577228036974840 | | 0.000000000000000 |
| | | | FTT | 46.251256270000000 | | 0.000000000000000 |
| | | | MATIC | 1,268.962052387617092 | | 1,268.962052380000000 |
| | | | NEAR | 97.569351563710630 | | 97.568636920000000 |
| | | | SHIB | 5,491,568,474,582,920.000000000000000 | | 5,491,528.252032540000000 |
| | | | SOL | 60.355876053645780 | | 60.355876050000000 |
| | | | TRX | 10.000000000000000 | | 10.000000000000000 |
| | | | USD | 25.000000000000000 | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 40994 which asserts the FTX EU Ltd. customer entitlement. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 60252 | Name on file | FTX Trading Ltd. | ETH | 1.542460380000000 | FTX Trading Ltd. | 0.771230190000000 |
| | | | ETHW | 0.021100100000000 | | 0.000000000000000 |
| | | | EUR | 137,957.543877635400000 | | 0.000000000000000 |
| | | | FTT | 50.086502180000000 | | 0.000000000000000 |
| | | | SOL | 0.002975760000000 | | 0.000000000000000 |
| | | | STETH | 0.000006606555589 | | 0.000000000000000 |
| | | | TRX | 20.000000000000000 | | 0.000000000000000 |
| | | | USD | 769.707727065020000 | | 0.000000000000000 |
| | | | USDC | 34,000.000000000000000 | | 17,000.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 60172 which asserts the FTX EU Ltd. customer entitlement. The pending withdrawal amounts shown in the claimant's supporting documentation are included in their FTX EU account balance. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified

| 55618 | Name on file | FTX EU Ltd. | APT | 72,495.000000000000000 | FTX Trading Ltd. | 724.953319820000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 42994 which asserts the FTX EU Ltd. customer entitlement. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 94013 | Name on file | FTX Trading Ltd. | EUR | 140,661.403879686000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | USDT | 20.000000000000000 | | 20.000000000000000 |

| Claim Number | Name | Debtor | Asserted Claims | | Modified Claim | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 91086 which asserts the FTX EU Ltd. customer entitlement. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. | | | | |
| 70398 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | BTC | 9.434000000000000 | | 4.717000000000000 |
| | | | ETH | 206.500000000000000 | | 103.250000000000000 |
| | | | LTC | 4,240.000000000000000 | | 2,120.000000000000000 |
| | | | USDT | 429,842.000000000000000 | | 214,900.000000000000000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 49146 which asserts the FTX EU Ltd. customer entitlement. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. |
| 77304 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | BTC | 1.000000000000000 | | 0.500037090000000 |
| | | | EUR | 324,908.195651472000000 | | 0.000000000000000 |
| | | | USDT | 189,622.581712261800000 | | 0.000000000000000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 77446 which asserts the FTX EU Ltd. customer entitlement. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim. |
| 52226 | Name on file | FTX Trading Ltd. | GMX | 14,311.000000000000000 | FTX Trading Ltd. | 14,311.261586760000000 |
| | | | SWEAT | 9,552,626.000000000000000 | | 3,947,356.814900000000000 |
| | | | USD | 251,610.000000000000000 | | 0.000000000000000 |
| | | | USDC | 56,915.000000000000000 | | 308,524.664635180000000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 52230 which asserts the FTX EU Ltd. customer entitlement. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. |
| 80328 | Name on file | FTX Trading Ltd. | BUSD | 77,798.000000000000000 | FTX Trading Ltd. | 38,899.000000000000000 |
| | | | EUR | 95,881.676131646300000 | | 0.000000000000000 |
| | | | MATIC | 10,246.000000000000000 | | 5,123.000000000000000 |
| | | | USDC | 155,998.000000000000000 | | 77,999.000000000000000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 70147 which asserts the FTX EU Ltd. customer entitlement. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. |
| 88580 | Name on file | FTX Trading Ltd. | BAND | 9.282339100000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | BNB | 153.000247620000000 | | 76.500123810000000 |
| | | | BTC | 1.399200000000000 | | 0.000000000000000 |
| | | | CEL | 77,568.804000000000000 | | 7,568.000000000000000 |
| | | | ETH | 44,873.600000000000000 | | 0.600000000000000 |
| | | | GALFAN | 476,864.000000000000000 | | 0.000000000000000 |
| | | | NEAR | 1.692924100000000 | | 0.000000000000000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 67197 which asserts the FTX EU Ltd. customer entitlement. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. |
| 64591 | Name on file | FTX Trading Ltd. | AAPL | 269,416,947.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | AMZN | 2.000000000000000 | | 0.000000000000000 |
| | | | BNTX | 2.000000000000000 | | 0.000000000000000 |
| | | | BTC | 0.414257040000000 | | 0.207128520000000 |

| | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The claim should be modified to the claimant's FTX Trading Ltd. customer entitlement. Furthermore, the claimant holds a separate filed claim number 41757 which asserts the FTX EU Ltd. customer entitlement. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. | | | | | | |