## SCHEDULE 1

**Overstated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Sixtieth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | **Asserted Claims** | | **Modified Claim** | |
| 60107 | Name on file | FTX Trading Ltd. | AAVE | 41.648173660000000 | FTX Trading Ltd. | 20.824086830000000 |
| | | | ATOM | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | BTC | 0.415056240000000 | FTX Trading Ltd. | 0.207528120000000 |
| | | | ETH | 2.500034680000000 | FTX Trading Ltd. | 1.250017340000000 |
| | | | ETHW | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | FTT | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | GBP | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | STETH | 509.059391190000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | USD | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | USDT | 1,018.118782380000000 | FTX Trading Ltd. | 509.059391190000000 |
| | | | AAVE | | FTX EU Ltd. | 0.000190170000000 |
| | | | ATOM | | FTX EU Ltd. | 0.001890940000000 |
| | | | BTC | | FTX EU Ltd. | 0.000000000000000 |
| | | | ETH | | FTX EU Ltd. | 0.000000000000000 |
| | | | ETHW | | FTX EU Ltd. | 0.000954720000000 |
| | | | FTT | | FTX EU Ltd. | 25.495155000000000 |
| | | | GBP | | FTX EU Ltd. | 0.301848880000000 |
| | | | STETH | | FTX EU Ltd. | 1.350640897722690 |
| | | | USD | | FTX EU Ltd. | 5,944.372093129060000 |
| | | | USDT | | FTX EU Ltd. | 4,887.917497500690000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 46756 | Name on file | FTX EU Ltd. | ALGO | | FTX Trading Ltd. | 24,011.892869120000000 |
| | | | AVAX | 109,114.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | BTC | 212.000000000000000 | FTX Trading Ltd. | 2.119173640000000 |
| | | | DOGE | | FTX Trading Ltd. | 57,284.679350450000000 |
| | | | DOT | | FTX Trading Ltd. | 2,835.402760320000000 |
| | | | ETH | 3,148.000000000000000 | FTX Trading Ltd. | 31.478034350000000 |
| | | | MATIC | 2,155,603.000000000000000 | FTX Trading Ltd. | 21,556.026583160000000 |
| | | | TRX | | FTX Trading Ltd. | 38.000000000000000 |
| | | | USD | 0.200000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | ALGO | | FTX EU Ltd. | 0.000000004196160 |
| | | | AVAX | | FTX EU Ltd. | 1,091.136012871970000 |
| | | | BTC | | FTX EU Ltd. | 0.000000001354188 |
| | | | DOGE | | FTX EU Ltd. | 0.000000007007224 |
| | | | DOT | | FTX EU Ltd. | 0.000000005262964 |
| | | | ETH | | FTX EU Ltd. | 0.000000004973980 |
| | | | ETHW | | FTX EU Ltd. | 9.032705984638540 |
| | | | EUR | | FTX EU Ltd. | 349.436237123316000 |
| | | | FTM | | FTX EU Ltd. | 34,345.902013202000000 |
| | | | MATIC | | FTX EU Ltd. | 0.000000006540392 |
| | | | SOL | | FTX EU Ltd. | 581.602058470000000 |
| | | | STORJ | | FTX EU Ltd. | 16,511.000000000000000 |
| | | | USD | | FTX EU Ltd. | 0.203965600000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 71917 | Name on file | FTX Trading Ltd. | ATOM | 29.970000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | BTC | 6.070600000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | DOGE | 3,993.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | DOT | 569.975000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | TRX | 6.000000000000000 | FTX Trading Ltd. | 3.000000000000000 |
| | | | USDC | 11.173472520000000 | FTX Trading Ltd. | 5.586736260000000 |
| | | | ATOM | | FTX EU Ltd. | 29.965000000000000 |
| | | | BTC | | FTX EU Ltd. | 6.070600001265700 |
| | | | BTC-PERP | | FTX EU Ltd. | 0.000000000000005 |
| | | | BTT | | FTX EU Ltd. | 10,000,000.000000000000000 |
| | | | DOGE | | FTX EU Ltd. | 3,993.000000000000000 |
| | | | DOT | | FTX EU Ltd. | 569.975000000000000 |
| | | | FTT | | FTX EU Ltd. | 25.000000150000000 |
| | | | TRX | | FTX EU Ltd. | 0.000777000000000 |
| | | | USDC | | FTX EU Ltd. | 0.000000023879209 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 44409 | Name on file | FTX EU Ltd. | DOGE | 923,567.204447830000000 | FTX EU Ltd. | 4.613653930000000 |
| | | | ETH | 4.600805470000000 | FTX EU Ltd. | 0.000000000000000 |
| | | | ETHW | 4.599526620000000 | FTX EU Ltd. | 0.000022980000000 |
| | | | EUR | 36,920.320000000000000 | FTX EU Ltd. | 36,920.315749658200000 |
| | | | LTC | 20.364258100000000 | FTX EU Ltd. | 0.000000000000000 |
| | | | XRP | 8,106.834045280000000 | FTX EU Ltd. | 0.000000000000000 |
| | | | DOGE | | FTX Trading Ltd. | 923,567.204447830000000 |
| | | | ETH | | FTX Trading Ltd. | 4.600805470000000 |
| | | | ETHW | | FTX Trading Ltd. | 4.599526620000000 |
| | | | EUR | | FTX Trading Ltd. | 0.000000000000000 |
| | | | LTC | | FTX Trading Ltd. | 20.364258100000000 |
| | | | XRP | | FTX Trading Ltd. | 8,106.834045280000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 31738 | Name on file | FTX Trading Ltd. | BTC | 5,458,318.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | CRO | 14,750,812.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | FTM | 33,021,733.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | NEAR | 3,404,385.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claim** |
| | | | SOL | 207,165.000000000000 | FTX Trading Ltd. | 0.000000000000 |
| | | | THE SANDBOX (SAND) | 4,804,449.000000000000 | FTX Trading Ltd. | 0.000000000000 |
| | | | USDT | | FTX Trading Ltd. | 204.000876110000 |
| | | | AKRO | | FTX EU Ltd. | 5.000000000000 |
| | | | ALPHA | | FTX EU Ltd. | 1.000000000000 |
| | | | BAO | | FTX EU Ltd. | 17.000000000000 |
| | | | BAT | | FTX EU Ltd. | 2.000000000000 |
| | | | BTC | | FTX EU Ltd. | 0.054583180000 |
| | | | CRO | | FTX EU Ltd. | 14,750.811713770000 |
| | | | DENT | | FTX EU Ltd. | 1.000000000000 |
| | | | EUR | | FTX EU Ltd. | 0.012491184224419 |
| | | | FIDA | | FTX EU Ltd. | 1.000000000000 |
| | | | FTM | | FTX EU Ltd. | 3,302.173261080000 |
| | | | KIN | | FTX EU Ltd. | 6.000000000000 |
| | | | NEAR | | FTX EU Ltd. | 340.438536920000 |
| | | | RSR | | FTX EU Ltd. | 1.000000000000 |
| | | | SAND | | FTX EU Ltd. | 480.444905670000 |
| | | | SOL | | FTX EU Ltd. | 20.716494650000 |
| | | | TRX | | FTX EU Ltd. | 6.000000000000 |
| | | | UBXT | | FTX EU Ltd. | 3.000000000000 |
| | | | USDT | | FTX EU Ltd. | 0.000000000107294 |
| | | | Other Activity Asserted: 3.939,41 - I have done the previous the "FTX EU withdrawal request" with the expired date 1st May 2023 | | | 0.000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 54694 | Name on file | FTX Trading Ltd. | ALGO | 42.065909822482900 | FTX EU Ltd. | 0.000000000000 |
| | | | ATOM | 994.257797587996000 | FTX EU Ltd. | 1.700000000000 |
| | | | AVAX | | FTX EU Ltd. | 0.000000003525150 |
| | | | BTC | 140.571956216014000 | FTX EU Ltd. | 0.000000000000 |
| | | | DOT | 435.740593723974000 | FTX EU Ltd. | 0.000000000000 |
| | | | ETH | 273.630420054878000 | FTX EU Ltd. | 0.130000000000 |
| | | | FTT | | FTX EU Ltd. | 0.000749647554914 |
| | | | HNT | | FTX EU Ltd. | 756.200000000000 |
| | | | MATIC | 78.951241808525100 | FTX EU Ltd. | 0.000000000000 |
| | | | NEAR | 370.358384548110000 | FTX EU Ltd. | 0.000000000000 |
| | | | SLND | | FTX EU Ltd. | 1,572.000000000000 |
| | | | SOL | 2,141.035983288290000 | FTX EU Ltd. | 4.470000004082320 |
| | | | USDT | | FTX EU Ltd. | 230.414496148447000 |
| | | | ALGO | | FTX Trading Ltd. | 136.352319000000000 |
| | | | ATOM | | FTX Trading Ltd. | 86.184370000000000 |
| | | | BTC | | FTX Trading Ltd. | 0.008039410000 |
| | | | DOT | | FTX Trading Ltd. | 71.100000000000 |
| | | | ETH | | FTX Trading Ltd. | 0.205000000000 |
| | | | MATIC | | FTX Trading Ltd. | 90.654010320000000 |
| | | | NEAR | | FTX Trading Ltd. | 165.515566370000000 |
| | | | SOL | | FTX Trading Ltd. | 116.890000040000000 |
| | | | Other Activity Asserted: Several thousand dollars - Fiat in orders (paused when FTX.eu went down) | | | 0.000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.