# SCHEDULE 1

**Overstated and/or Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Eighty-Second Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | Asserted Claims | | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| 93660 | Name on file | FTX Trading Ltd. | CUSDT | | | West Realm Shires Services Inc. | 4,682.702735280000000 |
| | | | USD | 103.000000000000000 | | | 0.000000000103020 |
| | | | USDT | 103.000000000000000 | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 93692 | Name on file | FTX Trading Ltd. | GRT | | | West Realm Shires Services Inc. | 31.119104330000000 |
| | | | MATIC | | | | 62.294273900000000 |
| | | | USD | 100.000000000000000 | | | 0.348094480000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 93489 | Name on file | FTX Trading Ltd. | ALGO | | | West Realm Shires Services Inc. | 349.066540380000000 |
| | | | DOGE | | | | 2.000000000000000 |
| | | | KSHIB | | | | 1,268.787207420000000 |
| | | | MATIC | | | | 137.140885450000000 |
| | | | SHIB | | | | 13,888,800.081724440000000 |
| | | | SOL | | | | 9.866644541490572 |
| | | | TRX | | | | 175.546768260000000 |
| | | | USD | 2,000.000000000000000 | | | 0.059139902590844 |
| | | | YFI | | | | 0.004454950000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 33534 | Name on file | FTX Trading Ltd. | BTC | | | Quoine Pte Ltd | 0.000063890000000 |
| | | | SOL | 117.404483750000000 | | | 0.000000000000000 |
| | | | USD | 2.070000000000000 | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 57497 | Name on file | West Realm Shires Services Inc. | BNB | | | FTX Trading Ltd. | 0.570445282185690 |
| | | | USD | 0.000000013528530 | | | 0.000000013528530 |
| | | | USDT | 0.000000004064446 | | | 0.000000004064446 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 27747 | Name on file | FTX Trading Ltd. | FTT | 0.097138390000000 | | Quoine Pte Ltd | 0.000000000000000 |
| | | | USDC | | | | 0.124873700000000 |
| | | | USDT | 738.552512520000000 | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 82171 | Name on file | FTX Trading Ltd. | ETH | 3.000000000000000 | | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | NFT (327930493906500944/NIGHT LIGHT #632) | | | | 1.000000000000000 |
| | | | USD | 5,000.000000000000000 | | | 1.010000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 33914 | Name on file | FTX Trading Ltd. | ETH | | | West Realm Shires Services Inc. | 0.001564990000000 |
| | | | ETHW | | | | 0.001551310000000 |
| | | | NFT (407866778783863248/ENTRANCE VOUCHER #1159) | | | | 1.000000000000000 |
| | | | SHIB | | | | 1.000000000000000 |
| | | | SOL | | | | 0.265341270000000 |
| | | | USD | Undetermined* | | | 0.068666786202216 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 94166 | Name on file | FTX Trading Ltd. | AVAX | | | West Realm Shires Services Inc. | 2.570088010000000 |
| | | | BTC | | | | 0.008079300000000 |
| | | | DOGE | | | | 1,655.102088600000000 |
| | | | ETH | | | | 0.042410060000000 |
| | | | ETHW | | | | 0.041883370000000 |
| | | | LTC | | | | 0.507623680000000 |
| | | | SHIB | | | | 9.000000000000000 |
| | | | SOL | | | | 1.570400550000000 |
| | | | USD | 900.000000000000000 | | | 28.769894944492723 |
| | | | USDT | | | | 0.000000000539504 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 44058 | Name on file | FTX Trading Ltd. | BTC | 0.190327490000000 | | Quoine Pte Ltd | 0.000000000000000 |
| | | | ETH | | | | 0.000130000000000 |
| | | | SOL | 22.490129280000000 | | | 0.000000000000000 |
| | | | SPHTX | | | | 0.000028000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 28031 | Name on file | FTX Trading Ltd. | BTC | 0.105061650000000 | | West Realm Shires Services Inc. | 0.105061650000000 |
| | | | DOGE | 1.000000000000000 | | | 1.000000000000000 |
| | | | ETH | 1.750924460000000 | | | 1.750924460000000 |
| | | | ETHW | 1.505680440000000 | | | 1.505680440000000 |
| | | | GRT | | | | 0.000000008527517 |
| | | | NFT (389207814616651036/MAGICEDEN VAULTS) | | | | 1.000000000000000 |
| | | | NFT (392723067468383088/APEXDUCKS #3012) | | | | 1.000000000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claim** |
| | | | NFT (402043565580846538/EITBIT APE #2461) | | | 1.000000000000000 |
| | | | NFT (420328881471212793/IMOLA TICKET STUB #1578) | | | 1.000000000000000 |
| | | | NFT (424180528870312466/CRYPTO AVATAR ART #25) | | | 1.000000000000000 |
| | | | NFT (534571177634271991/FANCY FRENCHIES #5879) | | | 1.000000000000000 |
| | | | NFT (560472869188685612/MADTROOPER #3403) | | | 1.000000000000000 |
| | | | SHIB | 1.000000000000000 | | 1.000000000000000 |
| | | | SOL | | | 0.000000003879843 |
| | | | USD | | | 0.002884879437438 |
| | | | USDT | | | 1.001306710000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 93496 | Name on file | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | 0.000049620000000 |
| | | | USD | | | 0.009050244331039 |
| | | | USDT | 546.000000000000000 | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 93745 | Name on file | FTX Trading Ltd. | SHIB | | West Realm Shires Services Inc. | 978,279.922234000000000 |
| | | | USD | 100.000000000000000 | | 0.006532980000140 |
| | | | USDT | | | 0.000000005767112 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 29762 | Name on file | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | 0.005509860000000 |
| | | | DOGE | | | 1.000000000000000 |
| | | | ETH | | | 0.073235390000000 |
| | | | ETHW | | | 0.073235390000000 |
| | | | LTC | | | 2.056291370000000 |
| | | | NFT (369575162924398703/FTX - OFF THE GRID MIAMI #5424) | | | 1.000000000000000 |
| | | | SHIB | | | 9,891,200.834817010000000 |
| | | | TRX | | | 2,412.771669040000000 |
| | | | USD | Undetermined* | | 0.000080480709878 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 94255 | Name on file | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | 0.017689267102126 |
| | | | DOGE | | | 291.136647455720000 |
| | | | ETH | | | 0.014641680000000 |
| | | | SHIB | | | 464,899.390348400000000 |
| | | | SOL | | | 1.296776130000000 |
| | | | USD | 1,000.000000000000000 | | 354.000004105445600 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 12093 | Name on file | FTX Trading Ltd. | AAVE | 0.000000000100000 | West Realm Shires Services Inc. | 0.000000000100000 |
| | | | ETH | 1.401442584976031 | | 1.401442584976031 |
| | | | ETHW | 0.000000009463494 | | 0.000000009463494 |
| | | | LINK | 0.000000002861595 | | 0.000000002861595 |
| | | | LTC | 23.086397650000000 | | 23.086397650000000 |
| | | | MKR | 1.340884060000000 | | 1.340884060000000 |
| | | | SOL | 0.000000000787256 | | 0.000000000787256 |
| | | | USD | 5,000.000000311233737 | | 0.000000311233737 |
| | | | USDT | 0.000001536384366 | | 0.000001536384366 |
| | | | YFI | 0.000000005816034 | | 0.000000005816034 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 30966 | Name on file | FTX Trading Ltd. | DOGE | | West Realm Shires Services Inc. | 79.698332421563400 |
| | | | ETH | | | 1.359530796350225 |
| | | | ETHW | | | 0.000000006350225 |
| | | | GRT | | | 0.000000007321898 |
| | | | NFT (479694134685860689/AUSTRALIA TICKET STUB #198) | | | 1.000000000000000 |
| | | | SOL | | | 13.358093855246000 |
| | | | USD | Undetermined* | | 0.000003326144590 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts