## **SCHEDULE 2**

**Overstated and/or Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Eighty-Second Omnibus Claims Objection**
**Schedule 2 - Modified Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | **Asserted Claims** | | **Modified Claim** | |
| 53628 | Name on file | FTX Trading Ltd. | USD | 5,000,100.000000000000000 | FTX Trading Ltd. | 5,000,100.000000000000000 |
| | | | Other Activity Asserted: Fiat USD899,649.02 - I have an account in FTX Blockfolio with customer ID###### and the holder is ####### with email address ######, same as this FTX.com account. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that no liability exists on account of the other activity asserted. The liability asserted in the claimant's other activity is reflected in filed claim 53607. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 78357 | Name on file | FTX Trading Ltd. | BTC | 0.354853690000000 | FTX Trading Ltd. | 0.354853690000000 |
| | | | BTC-PERP | -0.000000000000007 | | -0.000000000000007 |
| | | | ETH | 0.000517050000000 | | 0.000517050000000 |
| | | | ETHW | 0.079517050000000 | | 0.079517050000000 |
| | | | FTT | 0.000610620000000 | | 0.000610620000000 |
| | | | LINK-PERP | -0.000000000000454 | | -0.000000000000454 |
| | | | SOL | 51.222052930000000 | | 51.222052930000000 |
| | | | SRM | 8,057.328836410000000 | | 8,057.328836410000000 |
| | | | SRM_LOCKED | 411,651.113836410000000 | | 411,651.113836410000000 |
| | | | USD | 2,760,106.567679109500000 | | 2,760,106.567679109500000 |
| | | | Other Activity Asserted: 1 NFT - I own one NFT ID 291222296035270200 on FTX.US | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that no liability exists on account of the other activity asserted. The liability asserted in the claimant's other activity is reflected in filed claim 78421. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.