# **SCHEDULE 1**

**Overstated and/or Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Eighty-Fifth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | **Asserted Claims** | | **Modified Claim** | |
| 83458 | Name on file | FTX Trading Ltd. | POC Other NFT Assertions: I ALSO HAD CRYPTO AND POTENTIAL FIAT, BUT DON'T REMEMBER. | 0.000000000000000 | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | POC Other NFT Assertions: THERE ARE MANY. I DON'T REMEMBER. | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | | | 0.000020163242198 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 27657 | Name on file | FTX Trading Ltd. | BTC | 0.016483370000000 | West Realm Shires Services Inc. | 0.016483370000000 |
| | | | DOGE | 73.860000000000000 | | 73.862845640000000 |
| | | | ETH | 0.128077650000000 | | 0.128077650000000 |
| | | | ETHW | 0.276600000000000 | | 0.276682920000000 |
| | | | NFT (357957876683546843/BARCELONA TICKET STUB #61) | | | 1.000000000000000 |
| | | | NFT (418045632448156012/SAUDI ARABIA TICKET STUB #1882) | | | 1.000000000000000 |
| | | | NFT (432183441433228878/RICHELLE #27) | | | 1.000000000000000 |
| | | | NFT (485601901420027014/3D CATPUNK #3086) | | | 1.000000000000000 |
| | | | SHIB | | | 7.000000000000000 |
| | | | SOL | 0.062400000000000 | | 0.062413450000000 |
| | | | SUSHI | 13.450000000000000 | | 13.454520130000000 |
| | | | TRX | | | 256.806693090000000 |
| | | | UNI | 10.240000000000000 | | 10.249837880000000 |
| | | | USD | 4,833.970000000000000 | | 4,833.967863271335000 |
| | | | USDT | | | 0.000000006004933 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.