# UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re FTX Trading Ltd., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Michael Bacina | Piper Alderman |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Michael Bacina
c/o Williams Law
P.O. Box 882
Grand Cayman KYI-1103
Cayman Islands

Court Claim # (if known): 3409
Amount of Claim: $248,941.09
Date Claim Filed: 06/30/2023

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *[signature]*
Transferee/Transferee's Agent
Michael Bacina

Date: 29 January 2025

(*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.)

#13546454v1\032255\0001