

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

PROOF OF CLAIM NO.: 3409

For value received, the adequacy and sufficiency of which are hereby acknowledged, S.M. Adams & Ors trading as Piper Alderman ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Michael Bacina ("Assignee") one hundred percent (100%) of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims Registry in the Bankruptcy Case (as defined below) as Claim No. 3409 and filed on 30 June 2023, that was asserted against FTX Trading Ltd (the "Debtor"), a debtor in the Chapter 11 case captioned In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 9 day of August 2024.

For and on behalf of S.M. Adams & Ors trading as Piper Alderman ABN 42 843 327 183 by its Authorised Representative:

Signature of Tony Britten-Jones,
Managing Partner

Signature of Chris McLean, witness,
Level 23, Governor Macquarie Tower, One Farrer Place,
Sydney NSW 2000