

Notice of Assignment

**TO**: FTX Trading Ltd.

10-11 Mandolin Place
Friars Hill Road
St. John's Antigua and Barbuda AG-04

Attention: John J. Ray III

Email: inquiry@ftx.com

**COPY**: United States Trustee

Office of The United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

Attention: Joseph McMahon, Assistant United States Trustee (Region 3)

**Assignment of claims in FTX bankruptcy proceedings**

We refer to the claims of S.M Adams & Ors trading as Piper Alderman (ABN 42 843 327 183) (**Assignor**) in the bankruptcy proceedings of FTX Trading Ltd (Company Number 17180) (**FTX Trading**) and other FTX companies in the United States Bankruptcy Court for the District of Delaware (Case No. 22-11068), assigned claim no. 3409.

The Assignor gives you notice that the Assignor has assigned all of its right, title and interest in any allegation, debt, cause of action, liability, claim, proceeding, suit or demand of any nature howsoever arising and whether present or future, fixed or unascertained, actual or contingent or otherwise whether at law, in equity, under statute or otherwise against FTX Trading and any of the other FTX companies which filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (Case No. 22-11068) or is subject to other bankruptcy or similar proceedings (**Claims**) to Michael Bacina (**Assignee**) under a Deed of Assignment dated 9 August 2024 between, among others, the Assignor and the Assignee.

The Assignor gives you notice that you must pay all amounts that are owing under the Claims to the Assignee.

This notice is governed by the laws of the State of New South Wales in the Commonwealth of Australia, is irrevocable and may not be amended, terminated or withdrawn without the prior written consent of the Assignee.

Dated 9 August 2024

For and on behalf of S.M. Adams & Ors trading as Piper Alderman
ABN 42 843 327 183 by its Authorised Representative:

Signature of Tony Britten-Jones,
Managing Partner