# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 19, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on Seyed Mazlouman (ADRID: 27650859), whose email has been redacted in the interest of privacy:

- Objection of the FTX Recovery Trust to Seyed Ali Mazlouman's Motion to Intervene, for Abstention, Proof of Funds, Invalidation of Termination Deed, and Notification of U.S. Agencies [Docket No. 29233]

Dated: January 29, 2025

                                              */s/ Nelson Crespin*
                                              Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 29, 2025, by Nelson Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

SRF 85384