UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

Case Number: 22-11068          BK ● AP ○

If AP, related BK case number:

District Court Case Number: 24-cv-01175 TLA

Item(s) Transmitted:

| | | |
|---|---|---|
| Sealed Document* | Docket #: 23160 | Date Entered: 8/16/2024 |
| | Docket #: | Date Entered: |
| | Docket #: | Date Entered: |

**Notes:**
*Sealed document will be delivered to District Court.

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 1/31/2025          by: /s/ Kimberly Ross
                                **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   24-60