# SCHEDULE 2

**Overstated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Sixteenth Omnibus Claims Objection**
**Schedule 2 - Modified Claims**

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| 77983 | Name on file | FTX Trading Ltd. | BTC | 0.000196350000000 | | FTX Trading Ltd. | 0.000196350000000 |
| | | | TRX | 11.997720000000000 | | | 11.997720000000000 |
| | | | Other Activity Asserted: 1375.77 EUR - FTX EU Ltd | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 74991 | Name on file | FTX Trading Ltd. | BTC | 0.001500000000000 | | FTX Trading Ltd. | 0.001500000000000 |
|---|---|---|---|---|---|---|---|
| | | | Other Activity Asserted: around 115.39 EUR - I have already filed a different claim against FTX EU | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 53812 | Name on file | FTX Trading Ltd. | BTC | 0.061786610000000 | | FTX Trading Ltd. | 0.061786610000000 |
|---|---|---|---|---|---|---|---|
| | | | Other Activity Asserted: 0.00280 BTC - BTC on FTX EU | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 51014 | Name on file | FTX Trading Ltd. | FTM | 2,741.451600000000 | | FTX Trading Ltd. | 2,741.451600000000 |
|---|---|---|---|---|---|---|---|
| | | | USD | 0.426004900000000 | | | 0.000000000000000 |
| | | | Other Activity Asserted: 2741.4516 (FTM token) - Withdrawal commissioned but not carried out of krypto token (FTM) by 8th November 2022 | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 42937 | Name on file | FTX Trading Ltd. | BTC | 0.014776110000000 | | FTX Trading Ltd. | 0.014776110000000 |
|---|---|---|---|---|---|---|---|
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 45462 | Name on file | FTX EU Ltd. | BTC | 0.162425340000000 | | FTX Trading Ltd. | 0.162425340000000 |
|---|---|---|---|---|---|---|---|
| | | | BUSD | | | | 0.000000000000000 |
| | | | DOT | | | | 0.000000000000000 |
| | | | ETH | 1.782752850000000 | | | 0.000000000000000 |
| | | | ETHW | | | | 0.000000000000000 |
| | | | FTT | 64.797079970000000 | | | 0.000000000000000 |
| | | | I DON'T UNDERSTAND ALL THIS, THERE IS SO MUCH MONEY MISSING. THE FRAUD MUST HAVE STARTED BEFORE RAY | | | | 0.000000000000000 |
| | | | TSLA | 1.725933720000000 | | | 0.000000000000000 |
| | | | US DOLLAR (USD) | | | | 0.000000000000000 |
| | | | USDT | 6,000.000000000000 | | | 0.000000000000000 |
| | | | Other Activity Asserted: over 20.000 - I can not give all my data, it should be much more money, it was before the break together of FTX over 20,000 but then the courses were even better. | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. No liability exists on account of the other activity asserted. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 68451 | Name on file | FTX Trading Ltd. | BTC | 0.698400000000000 | | FTX Trading Ltd. | 0.349200000000000 |
|---|---|---|---|---|---|---|---|
| | | | Other Activity Asserted: 0,0001821 - Scheduled ID ######## | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 96090* | Name on file | FTX Trading Ltd. | BTC | 0.001450180000000 | | FTX Trading Ltd. | 0.001450180000000 |
|---|---|---|---|---|---|---|---|
| | | | ETH | 1.260679430000000 | | | 1.260679430000000 |
| | | | Other Activity Asserted: 3 020,00 EUR - I had 1,26067943 ETH and 0,00145018 BTC and 3 020,00 EUR on my ftx.eu account | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 53126 | Name on file | FTX EU Ltd. | BTC | 0.035679520000000 | | FTX Trading Ltd. | 0.035679520000000 |
|---|---|---|---|---|---|---|---|
| | | | NFT (4376820563618129 43/FTX CRYPTO CUP 2022 KEY #14918) | 1.000000000000000 | | | 1.000000000000000 |
| | | | Other Activity Asserted: 0.03567952 BTC - I'm not sure if I had been considered as an ftx.eu customer or a Ftx.com customer as I had tried to withdraw my balance just a few moments before FTX stopped it. | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 40827 | Name on file | FTX Trading Ltd. | BTC | 0.125000000000000 | | FTX Trading Ltd. | 0.125000000000000 |
|---|---|---|---|---|---|---|---|
| | | | ETH | 0.750000000000000 | | | 0.750000000000000 |

---

96090*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Third (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 52311 | Name on file | FTX Trading Ltd. | BTC | 0.002500000000000 | | FTX Trading Ltd. | 0.002500000000000 |
| | | | USDC | 25.000000000000000 | | | 25.000000000000000 |
| | | | Other Activity Asserted: 192.53 EUR - FTX EU | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 94884 | Name on file | FTX Trading Ltd. | FTT | 100.000000000000000 | | FTX Trading Ltd. | 100.000000000000000 |
| | | | UNI | 691,349.587515590000000 | | | 691,349.587515590000000 |
| | | | USDT | 816,899.270000000000000 | | | 816,899.270000000000000 |
| | | | Other Activity Asserted: 2,728,853.13 - We have a claim against FTX EU Ltd. as well | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The liability asserted in the claimant's other activity is reflected in filed claim 89736. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 83817 | Name on file | FTX Trading Ltd. | BUSD | 2,775.994383840000000 | | FTX Trading Ltd. | 1,387.997191920000000 |
| | | | Other Activity Asserted: 23.05 - Claim via FTX EU Ltd., ID FTX EU ######## | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The liability asserted in the claimant's other activity is reflected in filed claim 82432. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 91807 | Name on file | FTX Trading Ltd. | ATOM | 0.700000000000000 | | FTX Trading Ltd. | 0.700000000000000 |
| | | | BTC | 0.034093180000000 | | | 0.034093180000000 |
| | | | ETH | 0.007000000000000 | | | 0.007000000000000 |
| | | | EUR | 485.552841070000000 | | | 0.000000000000000 |
| | | | USD | 0.795071550000000 | | | 0.795071550000000 |
| | | | Other Activity Asserted: Same amount as this one. - I have another claim for FTX EU that was submitted on the 27/09/2023 (ID: ########). However they told me that there was an error and that I have to submit it again. | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 45235 | Name on file | FTX Trading Ltd. | NFT (299628030345521778/FTX CRYPTO CUP 2022 KEY #14871) | 1.000000000000000 | | FTX Trading Ltd. | 1.000000000000000 |
| | | | NFT (484968997523097050/FTX AU - WE ARE HERE! #2061) | 1.000000000000000 | | | 1.000000000000000 |
| | | | NFT (517798472655941698/FTX AU - WE ARE HERE! #2082) | 1.000000000000000 | | | 1.000000000000000 |
| | | | USDC | 2,901.999183480000000 | | | 2,901.999183480000000 |
| | | | Other Activity Asserted: 2.034,32euro - Ftx EU ex blockfolio I have euro | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 43335 | Name on file | FTX EU Ltd. | BUSD | 510.000000000000000 | | FTX Trading Ltd. | 510.000000000000000 |
| | | | USDC | 427.950000000000000 | | | 427.954284800000000 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. No liability exists on account of the other activity asserted. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 67512 | Name on file | FTX EU Ltd. | BTC | 0.820242000000000 | | FTX Trading Ltd. | 0.410121000000000 |
| | | | Other Activity Asserted: 1.0055 ETH - Only the bitcoin I tried to withdraw appear with this claim, I had cryptos left over in the FTX account. I realize I may be making a double claim, if so, please only count the 0.41 BTC. Thank you! | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 63771 | Name on file | FTX EU Ltd. | ATLAS | 6,884.665194040000000 | | FTX Trading Ltd. | 0.000000000000000 |
| | | | BNB | 1.028468980000000 | | | 0.514234490000000 |
| | | | DOT | 20.343354360000000 | | | 10.171677180000000 |
| | | | EUR | 151.000000000000000 | | | 0.000000000000000 |
| | | | MANA | 75.859204820000000 | | | 37.929602410000000 |
| | | | SHIB | 5,278,743.053257640000000 | | | 2,639,371.526628820000000 |
| | | | SOL | 8.956972560000000 | | | 4.478486280000000 |
| | | | Other Activity Asserted: 151€ FIAT + €19,43 ATLAS + CRYPTO LISTED BEFORE - I HAD €151.00 AND 6,884.66519404 ATLAS THAT DOS NOT SHOW UP IN THE LIST | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 41239 | Name on file | FTX Trading Ltd. | NFT (298021290696174397/MONZA TICKET STUB #20) | 1.000000000000000 | | FTX Trading Ltd. | 1.000000000000000 |
| | | | NFT (307527669107385694/AUSTIN TICKET STUB #13) | 1.000000000000000 | | | 1.000000000000000 |
| | | | NFT (368313399284183851/JAPAN TICKET STUB #1281) | 1.000000000000000 | | | 1.000000000000000 |

| | | | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | NFT (420909812589775154/MEXICO TICKET STUB #211) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (428204104638720355/SINGAPORE TICKET STUB #436) | 1.000000000000000 | | 1.000000000000000 |
| | | | Other Activity Asserted: None - I was contacted by EU portal claim for ETH and ETHW crypto | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 80594 | Name on file | FTX Trading Ltd. | BTC | 0.020000000000000 | FTX Trading Ltd. | 0.010000000000000 |
| | | | ETH | 0.020000000000000 | | 0.010000000000000 |
| | | | USDC | 0.200000000000000 | | 0.100000000000000 |
| | | | Other Activity Asserted: around 8700€ - I am only filling for the pending crypto withdrawals. However, FTX EU Ltd. has not transferred any funds back to me yet. Thus, the account balances except for the pending withdrawals are due with FTX EU Ltd. The claim has been filed separately with FTX EU Ltd earlier this year. For details, please see filing with FTX EU Ltd. that was already submitted via FTX EU. This procedure is in accordance with the email from the FTX EU Ltd. support from 15th of July stating "If all of your customer claims against FTX EU Ltd have already been submitted pursuant to the FTX EU Reconciliation Process, directly with FTX EU LTD, then you do not have to take any further actions with respect to these claims at this time, UNLESS, you have a Pending Crypto Currency Withdrawal. Please see below important notice." | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 30996 | Name on file | FTX Trading Ltd. | BTC | 0.290000000000000 | FTX Trading Ltd. | 0.234987340000000 |
| | | | XRP | | | 16.241560860000000 |
| | | | Other Activity Asserted: 3990€ was 0.29 or 0.3 BTC and 0,3 FTT circa - I actually swapped 3990 euros into Bitcoin and sent it to Bitvavo. The money was therefore on the way to bitvavo and no longer visible on ftx. But it has not arrived at Bitvavo | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 54005 | Name on file | FTX Trading Ltd. | BTC | 0.070091750000000 | FTX Trading Ltd. | 0.070091750000000 |
| | | | ETH | 1.692694150000000 | | 1.692694150000000 |
| | | | MATIC | 502.991834660000000 | | 502.991834660000000 |
| | | | USDT | 9,155.608102840000000 | | 9,155.608102840000000 |
| | | | Other Activity Asserted: 1.246,45 EUR - FTX EU - EUR amount that was not withdrawn on the Exchange | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 95404* | Name on file | FTX Trading Ltd. | APT | 4.011359430000000 | FTX Trading Ltd. | 4.011359430000000 |
| | | | BTC | 0.000370200000000 | | 0.000370200000000 |
| | | | USDT | 988.831893680000000 | | 988.831893680000000 |
| | | | Other Activity Asserted: 1000 - 1000 | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 40428 | Name on file | FTX EU Ltd. | USDT | 803.557700000000000 | FTX Trading Ltd. | 803.557719680000000 |
| | | | Other Activity Asserted: None - None | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. No liability exists on account of the other activity asserted. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 38024 | Name on file | FTX EU Ltd. | AVAX | 0.000153900000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | BNB | 0.000000661075774 | | 0.000000000000000 |
| | | | BTC | 0.000000197240950 | | 0.000000000000000 |
| | | | DOGE | 0.003113580000000 | | 0.000000000000000 |
| | | | DOT | 0.000019020000000 | | 0.000000000000000 |
| | | | ETH | 0.000000170711216 | | 0.000000000000000 |
| | | | ETHW | 0.000000000711216 | | 0.000000000000000 |
| | | | EUR | 0.000000000711216 | | 0.000000000000000 |
| | | | MANA | 0.000227330000000 | | 0.000000000000000 |
| | | | SAND | 0.002202640000000 | | 0.000000000000000 |
| | | | SOL | 0.000005350000000 | | 0.000000000000000 |
| | | | USD | 0.000000008662632 | | 0.000000000000000 |
| | | | USDC | 199.878053930000000 | | 199.878053930000000 |
| | | | XRP | 0.000599500000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: None - 200 usd on blockfolio | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. No liability exists on account of the other activity asserted. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 35294 | Name on file | FTX EU Ltd. | NFT (426584463900677473/THE HILL BY FTX #44900) | 1.000000000000000 | FTX Trading Ltd. | 1.000000000000000 |
| | | | SOL | 2.000000000000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: 2 sol and 2 nft value - None | | | 0.000000000000000 |

95404*: Claim is also included as a Surviving Claim in the Debtors' Ninetieth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 91126* | Name on file | FTX Trading Ltd. | BNB | 2.347121940000000 | | FTX Trading Ltd. | 2.347121940000000 |
| | | | USDC | 4,421.490562670000000 | | | 4,421.490562670000000 |
| | | | Other Activity Asserted: 181.462093714144 USDC - FTX EU Ltd | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The liability asserted in the claimant's other activity is reflected in filed claim 91124. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 55734 | Name on file | FTX Trading Ltd. | ALGO | 2,099.180000000000000 | | FTX Trading Ltd. | 2,099.180000000000000 |
| | | | Other Activity Asserted: about € 45.000,00 - i am a customer of FTX EU Ltd. (f/k/a ########) | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The liability asserted in the claimant's other activity is reflected in filed claim 55721. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 48150 | Name on file | FTX Trading Ltd. | BTC | 0.053793990000000 | | FTX Trading Ltd. | 0.053793990000000 |
| | | | Other Activity Asserted: on FTX EU i have 2.60 euros and 0,05099031 ETH - I did a previous claim with FTX EU, then customer support told me that "Claims for pending crypto withdrawals are to be made to FTX Trading" so i am doing this new one for my pending bitcoin | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 46449 | Name on file | FTX Trading Ltd. | HBB | 240.550674260000000 | | FTX Trading Ltd. | 240.550674260000000 |
| | | | NFT (387910983876278912/THE HILL BY FTX #45084) | 1.000000000000000 | | | 1.000000000000000 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 52466 | Name on file | FTX EU Ltd. | BTC | 0.125000000000000 | | FTX Trading Ltd. | 0.125000000000000 |
| | | | DOT | 39.499981000000000 | | | 39.499981000000000 |
| | | | ETH | 1.000000000000000 | | | 1.000000000000000 |
| | | | ETHW | 1.000000000000000 | | | 1.000000000000000 |
| | | | EUR | 1,728.950000000000000 | | | 0.000000000000000 |
| | | | US DOLLAR (USD) | 25.000000000000000 | | | 0.000000000000000 |
| | | | Other Activity Asserted: 5258,23€ or my account balances before closing. - I am a customer of FTX EU LTD. With a registration to 22.08.22. FTX EU LTD informed me that all crypto currencies were exchanged on 11.11.22 in Fiat currency and a payment would be possible only in Fiat. According to the provided conversion tables I have a claim of 5258,23€ to FTX EU LTD. or my account balances before closing. | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 61431 | Name on file | FTX Trading Ltd. | SUN | 400,000.000000000000000 | | FTX Trading Ltd. | 18,852.186322280000000 |
| | | | Other Activity Asserted: no - no | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 44714 | Name on file | FTX Trading Ltd. | LINK | 310.830116600000000 | | FTX Trading Ltd. | 310.830116600000000 |
| | | | NFT (511466746130985664/THE HILL BY FTX #45180) | 1.000000000000000 | | | 1.000000000000000 |
| | | | Other Activity Asserted: 80 FTT - Yes on ftx eu, because i'm a french citizen, this claim is about a whidrawal request who is blocked in pending since the end of ftx | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 54136 | Name on file | FTX Trading Ltd. | EUR | 0.000000009960000 | | FTX Trading Ltd. | 0.000000000000000 |
| | | | USD | 0.000000004623884 | | | 0.000000000000000 |
| | | | USDC | 726.495543090000000 | | | 726.495543090000000 |
| | | | Other Activity Asserted: 726.49554309 USDC - I tried to make a withdrawal to another crypto address. Until today I have not received it. | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 43454 | Name on file | FTX Trading Ltd. | BTC | 0.039404560000000 | | FTX Trading Ltd. | 0.039404560000000 |
| | | | ETH | 1.021314510000000 | | | 1.021314510000000 |
| | | | Other Activity Asserted: BTC[0.0394045605888199],ETH[1.0213145173505764 - ftx earn eu ex blockfolio | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 52483* | Name on file | FTX Trading Ltd. | BTC | 0.033880360000000 | | FTX Trading Ltd. | 0.033880360000000 |
| | | | Other Activity Asserted: 0.44160891 ETH, 0.44142354 WETH, 92.39817119 FTM - I had already submitted a claim against FTX EU | | | | 0.000000000000000 |

91126*: Claim is also included as a Surviving Claim in the Debtors' Ninety-Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
52483*: Claim is also included as a Surviving Claim in the Debtors' Ninetieth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | reason row | | | | |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 63987 | Name on file | FTX Trading Ltd. | BTC | 0.042938800000000 | FTX Trading Ltd. | 0.021469400000000 |
| | | | ETH | 0.178600550000000 | | 0.000000000000000 |
| | | | MATIC | 29.347014270000000 | | 0.000000000000000 |
| | | | SOL | 1.976781810000000 | | 0.000000000000000 |
| | | | XRP | 59.321265400000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: Around same amount as this one + 196.64210172DOGE - FTX EU LTD | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 63987 | Name on file | FTX Trading Ltd. | BTC | 0.042938800000000 | FTX Trading Ltd. | 0.021469400000000 |
|---|---|---|---|---|---|---|
| | | | ETH | 0.178600550000000 | | 0.000000000000000 |
| | | | MATIC | 29.347014270000000 | | 0.000000000000000 |
| | | | SOL | 1.976781810000000 | | 0.000000000000000 |
| | | | XRP | 59.321265400000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: Around same amount as this one + 196.64210172DOGE - FTX EU LTD | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 51532 | Name on file | FTX Trading Ltd. | BNB | 0.002178089525000 | FTX Trading Ltd. | 0.000000000000000 |
|---|---|---|---|---|---|---|
| | | | BTC | 0.039992800000000 | | 0.039992800000000 |
| | | | BUSD | 4,711.179275970000000 | | 4,711.179275970000000 |
| | | | PAXG | 0.500000000000000 | | 0.500000000000000 |
| | | | Other Activity Asserted: Same amount as listed here. - As I was a customer of FTX EU Ltd, I submitted a claim via the FTX EU portal in March 2023. As 99% of my assets are pending withdrawals, I now have to submit the climas against FTX Trading Ltd. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 51330 | Name on file | FTX Trading Ltd. | ETH | 0.009358750000000 | FTX Trading Ltd. | 0.009358750000000 |
|---|---|---|---|---|---|---|
| | | | NFT (458816671235929459/THE HILL BY FTX #46766) | 1.000000000000000 | | 1.000000000000000 |
| | | | Other Activity Asserted: 1000€ and cryptocurrency - FTX EU | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 43310 | Name on file | FTX EU Ltd. | ALGO | 48,315.335000000000000 | FTX Trading Ltd. | 48,315.335000000000000 |
|---|---|---|---|---|---|---|
| | | | BTC | 0.000000006716030 | | 0.000000000000000 |
| | | | ETH | 2.707458400000000 | | 0.000000000000000 |
| | | | EUR | 2.244000018891530 | | 0.000000000000000 |
| | | | USDT | 3.416946340000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: ALGO 48,315.335 - Another claim for balances that were part of pending withdrawals as stated in the guidance provided by the group leading this case. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 49392 | Name on file | FTX Trading Ltd. | BTC | 0.300000000000000 | FTX Trading Ltd. | 0.300000000000000 |
|---|---|---|---|---|---|---|
| | | | LTC | 14.999900000000000 | | 14.999900000000000 |
| | | | Other Activity Asserted: LTC[25.0],LTC-PERP[21.5],EUR[255.54],USD[-1362.09] - additional Crypto and Fiat on FTX EU | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 95598 | Name on file | FTX Trading Ltd. | ETH | 1.088347450000000 | FTX Trading Ltd. | 1.088347450000000 |
|---|---|---|---|---|---|---|
| | | | Other Activity Asserted: 2000 - 2.21107E+14 | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. No liability exists on account of the other activity asserted. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 57066 | Name on file | FTX Trading Ltd. | BTC | 2.269945840000000 | FTX Trading Ltd. | 1.134972920000000 |
|---|---|---|---|---|---|---|
| | | | ETH | 5.087046580000000 | | 2.543523290000000 |
| | | | Other Activity Asserted: All the cryptos listed in above description - FTT 1, SOL 5.555, LUNC 36,518,ETHW 1, AVAX 0.1, MATIC 1, LUNA2_LOCKED 0.4, LUNA2 0.17 cryptos are in the claim besides the 1.135 BITCOIN and 2.55 Ethereum claim which I am claiming here as well. I am claiming 1.13497292 BITCOIN and 2.54438782 Ehereum here as because they were stuck at withdrawl stage when FTX exchange was closed. Its very confusing where to file which claim. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The liability asserted in the claimant's other activity is reflected in filed claim 54135. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.

| 40674 | Name on file | FTX Trading Ltd. | BTC | 0.002464000000000 | FTX Trading Ltd. | 0.002464000000000 |
|---|---|---|---|---|---|---|
| | | | ETHW | 3.491556850000000 | | 3.491556850000000 |
| | | | TRX | 39.992400000000000 | | 39.992400000000000 |
| | | | USDT | 5.483648520000000 | | 5.483648520000000 |
| | | | Other Activity Asserted: 105,34€ / 0,41639 BTC / 3,36988 ETH / 3,49156 ETHW - FTX balances | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on that review, the claimant was scheduled at the Debtor FTX EU Ltd. for its customer entitlements and FTX Trading Ltd. for any pending cryptocurrency withdrawals as of the petition date. The Debtors submit that the customer asserted cryptocurrency quantities and fiat which does not match the pending cryptocurrency withdrawals and/or NFTs which were pending withdrawal and scheduled at the Debtor FTX Trading Ltd. The claim should be modified to the claimant's pending cryptocurrency withdrawals at FTX Trading Ltd. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtor FTX Trading Ltd. seeks to modify the asserted claim to match their books and records.