# SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Sixth Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Debtor** |
| 96285 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 108 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 880 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96506 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83643 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96380 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96281 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96791 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95132 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1701 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21830 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 88853 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 516 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34180 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32154 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 52804 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1889 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1591 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 44198 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 1023 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96568* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 1770 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 40813 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 30802 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15340 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1338 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 45170 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 82726 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96714 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1486 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96453 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79822 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96542 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96480 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 170 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96621 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38037 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 84617 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21965 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38405 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 112 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46529 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 2153 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30975 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38143 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 2245 | Name on file | Alameda Research LLC | West Realm Shires Services Inc. |
| 15534 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21909 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96437 | Name on file | FTX Hong Kong Ltd | FTX Trading Ltd. |
| 2265 | Name on file | FTX US Services, Inc. | West Realm Shires Services Inc. |
| 1172 | Name on file | Blockfolio, Inc. | FTX Trading Ltd. |
| 96725 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 1488 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 684 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65361 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46248 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |

96568*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Twenty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 51057 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95602 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 32629 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 445 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38252 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96464 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 53783 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83440 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15309 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 25002 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 5716 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22482 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 90206 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94948 | Name on file | Quoine Pte Ltd | FTX Trading Ltd. |
| 96567* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2824 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96619 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 85299 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 17408 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96429 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2220 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1912 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

96567*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Twenty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)