## SCHEDULE 2

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Sixth Omnibus Claims Objection**
**Schedule 2 - Incorrect Debtor Claims**

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 96018 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24588 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20315 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27568 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30387 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34341 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24712 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83951 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93769 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38135 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96231 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27878 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 70170 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94359 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83700 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 9837 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14687 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83053 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30738 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84029 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95265 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 81712 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71919 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18570 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26867 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 58084 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 12870 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82392 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94706 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96036 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 20500 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68983 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 19598 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36834 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65638 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80601 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |