## SCHEDULE 3

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Sixth Omnibus Claims Objection**
**Schedule 3 - Incorrect Debtor Claims**

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 42193* | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 52209 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 83924 | Name on file | FTX EU Ltd. | FTX EU Ltd. |
| 91354 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Sixth Omnibus Claims Objection**

42193*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Twenty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)