**Exhibit C**

**Wincent's Account Balances**

| **Petition Claim** | The Petition Claim was calculated based on the official confirmed balances and open positions (for both accounts) as of 11/11/2022 15:00 UTC, which were reconciled to our internal balances and positions data as of the same time.<br><br>These are priced based on the official Motion of Debtors pricing. The total value is $30,838,648.57 |
|---|---|
| **Post-Petition Claim** | The Post-Petition Claim was calculated based on the internal balances and positions data (for both accounts) as of 12/11/2022 3:28. This was the last timestamp as of which we were able to obtain API data from FTX.<br><br>All trading was halted after this time. For comparison, we also priced these balances and positions based on the official Motion of Debtors pricing. The prices have of course changed over the course of the 12 hours. The total value is $33,701,933.35 |
| **Post-Petition Claim vs. Petition Claim** | The difference between Post-Petition Claim vs. Petition Claim is +$2,863,284.78 |

As of November 11, 2022, 15:00 UTC

| Account | Item | Amount | FTX Motion Pricing | FTX Motion Value |
|---|---|---:|---:|---:|
| 1300267 Account | AAVE | 0.00 | 63.92 | 0.00 |
| 1300267 Account | ADA-1230 | 897,146.00 | 0.38 | 337,506.33 |
| 1300267 Account | APE | 76,804.14 | 3.18 | 243,897.11 |
| 1300267 Account | APE-PERP | -20,977.40 | 3.14 | -65,900.50 |
| 1300267 Account | APT-PERP | 12,453.00 | 4.57 | 56,910.21 |
| 1300267 Account | ATOM | 0.00 | 11.60 | 0.00 |
| 1300267 Account | AVAX-PERP | 11,768.50 | 12.74 | 149,954.23 |
| 1300267 Account | AXS-PERP | -88,934.00 | 6.89 | -612,933.13 |
| 1300267 Account | BAL-PERP | -484.54 | 5.10 | -2,468.73 |
| 1300267 Account | BAND | 2,999.60 | 0.00 | 0.00 |
| 1300267 Account | BAND-PERP | 198,048.80 | 2.03 | 401,761.80 |
| 1300267 Account | BCH | 0.01 | 102.21 | 1.02 |
| 1300267 Account | BCH-1230 | 5,749.23 | 103.56 | 595,390.26 |
| 1300267 Account | BCH-PERP | -13,774.87 | 104.58 | -1,440,530.74 |
| 1300267 Account | BNB | 1.62 | 286.52 | 464.16 |
| 1300267 Account | BNB-1230 | 251.40 | 344.00 | 86,481.60 |
| 1300267 Account | BNB-PERP | -686.30 | 375.63 | -257,791.44 |
| 1300267 Account | BOBA | 0.03 | 0.17 | 0.00 |
| 1300267 Account | BTC | 198.99 | 16,871.63 | 3,357,285.65 |
| 1300267 Account | BTC-1230 | -140.79 | 17,458.00 | -2,457,911.82 |
| 1300267 Account | BTC-PERP | -326.22 | 17,108.00 | -5,580,971.76 |
| 1300267 Account | BUSD | 0.00 | 1.00 | 0.00 |
| 1300267 Account | CEL | 0.15 | 0.62 | 0.09 |
| 1300267 Account | CHZ-PERP | 3,889,150.00 | 0.19 | 728,243.34 |
| 1300267 Account | COIN | 0.01 | 30.00 | 0.30 |
| 1300267 Account | DOGE | 1,544,704.56 | 0.08 | 127,982.33 |
| 1300267 Account | DOGE-1230 | -1,607,315.00 | 0.10 | -164,781.93 |
| 1300267 Account | DOGE-PERP | 1,152,068.00 | 0.07 | 85,655.33 |
| 1300267 Account | DOT | 49,806.97 | 5.67 | 282,434.37 |
| 1300267 Account | DOT-1230 | 44,906.40 | 5.21 | 233,962.34 |
| 1300267 Account | DOT-PERP | 29,738.80 | 4.93 | 146,552.81 |
| 1300267 Account | DYDX | 0.00 | 1.99 | 0.00 |
| 1300267 Account | ENS | 773.56 | 12.23 | 9,456.97 |
| 1300267 Account | ENS-PERP | 20,167.29 | 11.15 | 224,764.45 |
| 1300267 Account | EOS-1230 | 288,154.60 | 0.87 | 251,775.08 |
| 1300267 Account | EOS-PERP | 198,278.30 | 0.87 | 172,055.99 |
| 1300267 Account | ETH | 2.06 | 1,258.84 | 2,593.21 |

| | | | | |
|---|---|---|---:|---:|---:|
| 1300267 | Account | ETH-1230 | 334.61 | 1,220.00 | 408,224.20 |
| 1300267 | Account | ETH-PERP | 447.21 | 1,223.25 | 547,049.63 |
| 1300267 | Account | ETHW | 0.00 | 4.15 | 0.00 |
| 1300267 | Account | EUR | 0.24 | 1.02 | 0.25 |
| 1300267 | Account | FIL-1230 | -2,342.00 | 4.52 | -10,585.84 |
| 1300267 | Account | FIL-PERP | -229,740.70 | 4.89 | -1,122,839.54 |
| 1300267 | Account | FTM | 2,466,131.49 | 0.19 | 472,939.41 |
| 1300267 | Account | FTM-PERP | 1,121,552.00 | 0.19 | 212,309.79 |
| 1300267 | Account | FTT | 462,540.64 | 0.00 | 0.00 |
| 1300267 | Account | FTT-PERP | -747,387.30 | 1.98 | -1,477,584.69 |
| 1300267 | Account | GAL-PERP | 45,278.80 | 1.11 | 50,463.22 |
| 1300267 | Account | GALA | 4.91 | 0.03 | 0.15 |
| 1300267 | Account | GALA-PERP | -40,870.00 | 0.03 | -1,168.88 |
| 1300267 | Account | GME | 0.05 | 21.77 | 1.09 |
| 1300267 | Account | GMT-PERP | 4,612.00 | 0.37 | 1,705.08 |
| 1300267 | Account | ICP-PERP | -93.46 | 3.98 | -371.97 |
| 1300267 | Account | KLUNC-PERP | -2,013,351.00 | 0.19 | -374,483.29 |
| 1300267 | Account | KSHIB | 3,391,696.71 | 0.01 | 33,069.04 |
| 1300267 | Account | KSHIB-PERP | -103,766,862.00 | 0.01 | -1,183,461.06 |
| 1300267 | Account | LINK | 0.50 | 6.79 | 3.40 |
| 1300267 | Account | LTC | 4,920.35 | 60.61 | 298,225.37 |
| 1300267 | Account | LUNA2 | 0.03 | 1.68 | 0.05 |
| 1300267 | Account | LUNA2_LOCKED | 44,617.36 | 0.84 | 37,678.29 |
| 1300267 | Account | LUNA2-PERP | 35,656.60 | 1.68 | 59,742.63 |
| 1300267 | Account | LUNC | 6,565.00 | 0.00 | 1.01 |
| 1300267 | Account | LUNC-PERP | 11,202,031,000.00 | 0.00 | 1,906,585.68 |
| 1300267 | Account | MANA-PERP | -33,076.00 | 0.52 | -17,298.75 |
| 1300267 | Account | MASK | 0.25 | 3.30 | 0.83 |
| 1300267 | Account | MASK-PERP | 25,476.00 | 3.29 | 83,758.72 |
| 1300267 | Account | MATIC | 818,072.26 | 1.03 | 839,777.76 |
| 1300267 | Account | MATIC-PERP | -37,375.00 | 1.03 | -38,668.18 |
| 1300267 | Account | MOB | 0.00 | 0.62 | 0.00 |
| 1300267 | Account | NEAR | 156,086.35 | 2.12 | 330,278.72 |
| 1300267 | Account | NEAR-PERP | 152,421.40 | 1.88 | 286,247.39 |
| 1300267 | Account | OMG | 0.05 | 1.23 | 0.06 |
| 1300267 | Account | OP-PERP | 5,911.00 | 0.92 | 5,424.82 |
| 1300267 | Account | PEOPLE-PERP | -7,150,650.00 | 0.05 | -357,317.98 |
| 1300267 | Account | SAND | 10,072.00 | 0.62 | 6,263.19 |
| 1300267 | Account | SHIB | 912,573,000.00 | 0.00 | 8,943.22 |
| 1300267 | Account | SHIB-PERP | 94,434,200,000.00 | 0.00 | 868,794.64 |
| 1300267 | Account | SNX-PERP | 14,291.00 | 1.85 | 26,374.04 |

| | | | | |
|---|---|---:|---:|---:|
| 1300267 Account | SOL | 0.11 | 16.25 | 1.79 |
| 1300267 Account | SOL-1230 | -69,755.21 | 24.42 | -1,703,247.84 |
| 1300267 Account | SOL-PERP | -63,799.03 | 16.30 | -1,039,753.32 |
| 1300267 Account | SRM | 182.52 | 0.16 | 28.32 |
| 1300267 Account | SRM_LOCKED | 2,299.51 | 0.10 | 240.39 |
| 1300267 Account | STORJ-PERP | -9,488.08 | 0.31 | -2,920.54 |
| 1300267 Account | TRX | 50.00 | 0.06 | 2.78 |
| 1300267 Account | TRX-1230 | 1,817,315.00 | 0.07 | 131,737.16 |
| 1300267 Account | TRX-PERP | -5,088,666.00 | 0.06 | -299,709.71 |
| 1300267 Account | UNI | 0.00 | 5.76 | 0.00 |
| 1300267 Account | USD (FTX Portal) | 30,853,507.38 | 1.00 | 30,853,507.38 |
| 1300267 Account | USD (FTX Email) | 24,566,507.24 | | |
| 1300267 Account | USDT | 86,867.37 | 1.00 | 86,658.11 |
| 1300267 Account | USDT-PERP | 187,940.00 | 1.00 | 187,921.21 |
| 1300267 Account | USTC | 0.42 | 0.02 | 0.01 |
| 1300267 Account | WAVES-PERP | 125,447.00 | 2.11 | 264,254.11 |
| 1300267 Account | XRP | 10.00 | 0.38 | 3.76 |
| 1300267 Account | XRP-1230 | -1,102,919.00 | 0.40 | -435,956.31 |
| 1300267 Account | XRP-PERP | 9,806,648.00 | 0.37 | 3,609,336.80 |
| 1300267 Account | YFI-PERP | -8.10 | 6,345.00 | -51,394.50 |
| 1300267 Account | ZIL-PERP | 12,247,210.00 | 0.02 | 265,397.04 |
| **1300267 Account** | **TOTAL** | | | **30,678,027.06** |

As of November 11, 2022, 15:28 UTC

| Account | Item | Amount | FTX Motion Pricing | FTX Motion Value |
|---|---|---:|---:|---:|
| 1300267 Account | AAVE | 1,000.00 | 63.92 | 63,920.62 |
| 1300267 Account | ADA-1230 | 897,146.00 | 0.38 | 337,506.33 |
| 1300267 Account | APE | 84,920.14 | 3.18 | 269,670.05 |
| 1300267 Account | APE-PERP | -20,977.40 | 3.14 | -65,900.50 |
| 1300267 Account | APT-PERP | 18,172.00 | 4.57 | 83,046.04 |
| 1300267 Account | ATOM | 39,457.44 | 11.60 | 457,673.23 |
| 1300267 Account | ATOM-PERP | -14,316.61 | 11.62 | -166,394.80 |
| 1300267 Account | AVAX-PERP | 11,768.50 | 12.74 | 149,954.23 |
| 1300267 Account | AXS-PERP | -88,934.00 | 6.89 | -612,933.13 |
| 1300267 Account | BAND | 3,362.53 | 0.00 | 0.00 |
| 1300267 Account | BAND-PERP | 198,048.80 | 2.03 | 401,761.80 |
| 1300267 Account | BCH | 0.01 | 102.21 | 1.02 |
| 1300267 Account | BCH-1230 | 5,749.23 | 103.56 | 595,390.05 |
| 1300267 Account | BCH-PERP | -13,774.87 | 104.58 | -1,440,530.84 |
| 1300267 Account | BNB | 0.88 | 286.52 | 252.14 |
| 1300267 Account | BNB-1230 | 251.40 | 344.00 | 86,481.60 |
| 1300267 Account | BNB-PERP | -54.00 | 375.63 | -20,283.75 |
| 1300267 Account | BOBA | 0.03 | 0.17 | 0.00 |
| 1300267 Account | BTC | 19.90 | 16,871.63 | 335,745.44 |
| 1300267 Account | BTC-1230 | -140.79 | 17,458.00 | -2,457,903.09 |
| 1300267 Account | BTC-PERP | -214.71 | 17,108.00 | -3,673,310.00 |
| 1300267 Account | BUSD | 314,950.00 | 1.00 | 314,942.44 |
| 1300267 Account | CEL | 0.03 | 0.62 | 0.02 |
| 1300267 Account | CHZ-PERP | 3,889,150.00 | 0.19 | 728,243.34 |
| 1300267 Account | COIN | 0.01 | 30.00 | 0.30 |
| 1300267 Account | DOGE | 1,544,704.56 | 0.08 | 127,982.33 |
| 1300267 Account | DOGE-1230 | -1,607,315.00 | 0.10 | -164,781.93 |
| 1300267 Account | DOGE-PERP | 1,152,068.00 | 0.07 | 85,655.33 |
| 1300267 Account | DOT | 55,650.07 | 5.67 | 315,568.13 |
| 1300267 Account | DOT-1230 | 44,906.40 | 5.21 | 233,962.34 |
| 1300267 Account | DOT-PERP | 29,738.80 | 4.93 | 146,552.81 |
| 1300267 Account | DYDX | 50,004.00 | 1.99 | 99,356.86 |
| 1300267 Account | ENS | 773.56 | 12.23 | 9,456.97 |
| 1300267 Account | ENS-PERP | 21,167.29 | 11.15 | 235,909.45 |
| 1300267 Account | EOS-1230 | 288,154.60 | 0.87 | 251,775.08 |
| 1300267 Account | EOS-PERP | 198,278.30 | 0.87 | 172,055.99 |
| 1300267 Account | ETH | 1.06 | 1,258.84 | 1,334.37 |

| | | | | |
|---|---|---:|---:|---:|
| 1300267 Account | ETH-1230 | 328.23 | 1,220.00 | 400,440.60 |
| 1300267 Account | ETH-PERP | 3,985.63 | 1,223.25 | 4,875,425.57 |
| 1300267 Account | ETHW | 0.00 | 4.15 | 0.00 |
| 1300267 Account | EUR | 0.00 | 1.02 | 0.00 |
| 1300267 Account | FIL-1230 | -2,342.00 | 4.52 | -10,585.84 |
| 1300267 Account | FIL-PERP | -346,552.20 | 4.89 | -1,693,746.53 |
| 1300267 Account | FTM | 2,366,420.49 | 0.19 | 453,817.45 |
| 1300267 Account | FTM-PERP | 608,923.00 | 0.19 | 115,269.12 |
| 1300267 Account | FTT | 609,561.12 | 0.00 | 0.00 |
| 1300267 Account | FTT-PERP | -704,091.70 | 1.98 | -1,391,989.29 |
| 1300267 Account | GAL-PERP | 45,278.80 | 1.11 | 50,463.22 |
| 1300267 Account | GALA | 4.91 | 0.03 | 0.15 |
| 1300267 Account | GALA-PERP | -40,870.00 | 0.03 | -1,168.88 |
| 1300267 Account | GME | 0.05 | 21.77 | 1.09 |
| 1300267 Account | GMT-PERP | 4,612.00 | 0.37 | 1,705.08 |
| 1300267 Account | KLUNC-PERP | -1,889,901.00 | 0.19 | -351,521.59 |
| 1300267 Account | KSHIB | 2,597,576.71 | 0.01 | 25,326.37 |
| 1300267 Account | KSHIB-PERP | -103,110,745.00 | 0.01 | -1,175,978.05 |
| 1300267 Account | LINK | 2,811.25 | 6.79 | 19,097.52 |
| 1300267 Account | LTC | 5,971.12 | 60.61 | 361,913.17 |
| 1300267 Account | LUNA2 | 0.03 | 1.68 | 0.05 |
| 1300267 Account | LUNA2_LOCKED | 44,617.41 | 0.84 | 37,678.33 |
| 1300267 Account | LUNA2-PERP | 35,656.60 | 1.68 | 59,742.63 |
| 1300267 Account | LUNC | 6,565.00 | 0.00 | 1.01 |
| 1300267 Account | LUNC-PERP | 11,202,215,000.00 | 0.00 | 1,906,616.99 |
| 1300267 Account | MANA-PERP | -33,076.00 | 0.52 | -17,298.75 |
| 1300267 Account | MASK | 0.25 | 3.30 | 0.83 |
| 1300267 Account | MASK-PERP | 25,476.00 | 3.29 | 83,758.72 |
| 1300267 Account | MATIC | 1,521,688.27 | 1.03 | 1,562,062.46 |
| 1300267 Account | MATIC-PERP | -37,375.00 | 1.03 | -38,668.18 |
| 1300267 Account | MOB | 0.00 | 0.62 | 0.00 |
| 1300267 Account | NEAR | 167,264.59 | 2.12 | 353,931.87 |
| 1300267 Account | NEAR-PERP | 152,421.40 | 1.88 | 286,247.39 |
| 1300267 Account | OMG | 0.05 | 1.23 | 0.06 |
| 1300267 Account | OP-PERP | 5,911.00 | 0.92 | 5,424.82 |
| 1300267 Account | PEOPLE-PERP | -23,401,960.00 | 0.05 | -1,169,395.94 |
| 1300267 Account | SAND | 24,053.05 | 0.62 | 14,957.18 |
| 1300267 Account | SHIB | 3,185,528,512.00 | 0.00 | 31,218.18 |
| 1300267 Account | SHIB-PERP | 94,524,200,000.00 | 0.00 | 869,622.64 |
| 1300267 Account | SNX-PERP | 14,291.00 | 1.85 | 26,374.04 |
| 1300267 Account | SOL | 0.10 | 16.25 | 1.62 |

| Account | Item | Amount | | |
|---|---|---|---|---|
| 1300267 Account | SOL-1230 | -69,755.21 | 24.42 | -1,703,247.84 |
| 1300267 Account | SOL-PERP | -8,627.05 | 16.30 | -140,597.81 |
| 1300267 Account | SRM | 184.00 | 0.16 | 28.55 |
| 1300267 Account | SRM_LOCKED | 2,298.00 | 0.10 | 240.24 |
| 1300267 Account | STORJ-PERP | -9,488.08 | 0.31 | -2,920.54 |
| 1300267 Account | TRX | 50.00 | 0.06 | 2.78 |
| 1300267 Account | UNI | 10,001.00 | 5.76 | 57,589.20 |
| 1300267 Account | USD (FTX Portal-estimated) | 29,299,272.06 | 1.00 | 29,299,272.06 |
| 1300267 Account | USD (Internal Data) | 28,527,748.45 | | |
| 1300267 Account | USDT | 86,867.12 | 1.00 | 86,657.86 |
| 1300267 Account | USDT-PERP | 187,940.00 | 1.00 | 187,921.21 |
| 1300267 Account | USTC | 0.42 | 0.02 | 0.01 |
| 1300267 Account | WAVES-PERP | 125,447.00 | 2.11 | 264,254.11 |
| 1300267 Account | XRP | 10.00 | 0.38 | 3.76 |
| 1300267 Account | XRP-1230 | -1,102,920.00 | 0.40 | -435,956.70 |
| 1300267 Account | XRP-PERP | 8,304,939.00 | 0.37 | 3,056,632.80 |
| 1300267 Account | ZIL-PERP | 12,247,210.00 | 0.02 | 265,397.04 |
| **1300267 Account** | **TOTAL** | | | **33,528,182.12** |

| Account | Item | Amount | FTX Motion Pricing | FTX Motion Value |
|---|---|---|---|---|
| 35832639 Account | BCH | 0.00 | 102.21 | 0.00 |
| 35832639 Account | BTC | 0.00 | 16,871.63 | 1.01 |
| 35832639 Account | BTC-PERP | -0.64 | 17,108.00 | -10,957.67 |
| 35832639 Account | DOGE | 0.00 | 0.08 | 0.00 |
| 35832639 Account | ETH | 0.01 | 1,258.84 | 7.55 |
| 35832639 Account | ETHW | 0.00 | 4.15 | 0.00 |
| 35832639 Account | FTT | 25.10 | 0.00 | 0.00 |
| 35832639 Account | LINK | 0.00 | 6.79 | 0.00 |
| 35832639 Account | LTC | 0.00 | 60.61 | 0.00 |
| 35832639 Account | NFT (319446779658356654) | 0.00 | | 0.00 |
| 35832639 Account | NFT (328026862306084288) | 0.00 | | 0.00 |
| 35832639 Account | NFT (432033340627999841) | 0.00 | | 0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 35832639 Account | SOL-1230 | -3,385.63 | 24.42 | -82,668.62 |
| 35832639 Account | TRX | 0.00 | 0.06 | 0.00 |
| 35832639 Account | USD (FTX Portal-estimated) | 267,365.50 | 1.00 | 267,365.50 |
| 35832640 Account | USD (Internal Data) | 173,739.21 | | |
| 35832639 Account | USDT | 1.20 | 1.00 | 1.20 |
| 35832639 Account | XRP | 6.00 | 0.38 | 2.26 |
| **35832639 Account** | **TOTAL** | | | **173,751.23** |