**CERTIFICATE OF SERVICE**

I, Austin T. Park, do hereby certify that I am not less than 18 years of age and that service of the foregoing was caused to be made on February 3, 2025, via CM/ECF upon those parties registered to receive such electronic notifications and in the manner indicated upon the parties identified below.

Dated: February 3, 2025                                         */s/ Austin T. Park*
                                                                 Austin T. Park (No. 7247)

***VIA ELECTRONIC MAIL***

**LANDIS RATH & COBB LLP**
Adam G. Landis
Matthew B. McGuire
Kimberly A. Brown
Matthew R. Pierce
Wilmington, Delaware 19801
landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

***VIA FIRST CLASS MAIL***

**OWL HILL ADVISORY, LLC**
John Ray
365 Fifth Avenue South, Suite 365
Naples, Florida 34102