# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 16, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Aranha, Paul Francis, (ADRID: 18965731), C/ O Jane Kim, Keller Benvenutti Kim LLP, 425 Market St, Ste 2500, San Francisco, CA, 94105-2478:

- Motion of Debtors for Entry of an Order Establishing the Amount of the Disputed Claims Reserve [Docket No. 28102]

- Declaration of Steven P. Coverick in Support of the Motion of Debtors for Entry for an Order Establishing the Amount of the Disputed Claims Reserve [Docket No. 28103]

- Order Sustaining Debtors' Thirty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 28680]

- Order Sustaining Debtors' Thirty-Fifth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [Docket No. 28681]

- Order Sustaining Debtors' Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 28682]

- Order Sustaining Debtors' Forty-Third (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 28683]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Order Sustaining Debtors' Forty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 28684]

- Order Sustaining Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [Docket No. 28685]

- Order Sustaining Debtors' Fifty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 28686]

- Order Sustaining Debtors' Fifty-Fifth (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claims (Customer Claims) [Docket No. 28687]

- Order Sustaining Debtors' Fifty-Seventh (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer and Non-Customer Claims) [Docket No. 28688]

- Order Establishing the Amount of the Disputed Claims Reserve [Docket No. 28689]

- Order Sustaining Debtors' Forty-Seventh (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [Docket No. 28690]

- Amended Notice of Agenda for Hearing Scheduled for December 12, 2024 at 1:00 P.M. (ET), before The Honorable John T. Dorsey at The United States Bankruptcy Court for The District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 [Docket No. 28700]

On January 16, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Keller Benvenutti Kim LLP, (ADRID: 22209104), Attn: Jane Kim, Esq., 425 Market Street, Ste 2500, San Francisco, CA, 4105-2478:

- Statement of the Debtors Regarding Filing of Recognition Application in Singapore with Respect to Quoine Pte Ltd [Docket No. 28640]

On January 16, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Keller Benvenutti Kim LLP, (ADRID: 22209102), Attn: Jane Kim, Esq., 425 Market Street, Ste 2500, San Francisco, CA, 94105-2478:

- Amended Notice of Agenda for Hearing Scheduled for December 17, 2024 at 9:00 a.m. (ET), before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 [Docket No. 28848]

Dated: January 28, 2025

                                                  */s/ Paul Pullo*
                                                  Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 28, 2025, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028