# **<u>EXHIBIT B</u>**

{1368.003-W0078804.}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 27190 & 27203 |

**ORDER SUSTAINING DEBTORS' ONE HUNDRED TWENTY-SEVENTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY PROOFS OF CLAIM (CUSTOMER CLAIMS)**

Upon the one hundred twenty-seventh omnibus objection (the "Objection")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") sustaining the Objection and disallowing and expunging in their entirety the No Liability Claims set forth in Schedule 1 and Schedule 2 attached hereto, and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Objection in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]  Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Objection.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Objection and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and responses (if any) to the Objection having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Objection and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief set forth in this Order is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

        IT IS HEREBY ORDERED THAT:

    1.      The Objection is SUSTAINED as set forth herein.

    2.      Each No Liability Claim set forth in Schedule 1 and Schedule 2 attached hereto is disallowed and expunged in its entirety.

    3.      This Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object to or defend on any basis are expressly reserved with respect to any No Liability Claim referenced or identified in the Objection that is not listed on Schedule 1 and Schedule 2 attached hereto.

4. Should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' right to object on any other grounds that the Debtors discover are preserved.

5. To the extent a response is filed regarding any No Liability Claim, each such No Liability Claim, and the Objection as it pertains to such No Liability Claim, will constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each No Liability Claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

6. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

7. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors may have to enforce rights of setoff against the claimants.

8. Nothing in the Objection or this Order, nor any actions or payments made by the Debtors pursuant to this Order, shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other

applicable non-bankruptcy law; (b) a waiver of the Debtors' or any other party-in-interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

9. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

10. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Objection or the implementation of this Order.

Dated: _____
Wilmington, Delaware

_____
The Honorable John T. Dorsey
Chief United States Bankruptcy Judge

# SCHEDULE 1

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Seventh Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 96129 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94080 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94151 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95505 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 7153 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95248 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 47636 | Name on file | FTX Trading Ltd. | CHF | |
| | | | FTM | 185.000000000000000 |
| | | | MXN | 1,000.000000000000000 |
| | | | STEP | 150.000000000000000 |
| | | | USD | 1,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94965 | Name on file | West Realm Shires Services Inc. | USD | 208,807.320000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 80684 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95507 | Name on file | West Realm Shires Services Inc. | POC Other Crypto Assertions: TBD | 10,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 90514 | Name on file | FTX Trading Ltd. | ARS | 50.000000000000000 |
| | | | AUD | 150.000000000000000 |
| | | | BRL | 50.000000000000000 |
| | | | CAD | 125.000000000000000 |
| | | | CHF | 500.000000000000000 |
| | | | EUR | 500.000000000000000 |
| | | | GBP | 750.000000000000000 |
| | | | GHS | 25.000000000000000 |
| | | | HKD | 30.000000000000000 |
| | | | JPY | 50.000000000000000 |
| | | | MXN | 50.000000000000000 |
| | | | SGD | 100.000000000000000 |
| | | | TRY | 50.000000000000000 |
| | | | USD | 1,000.000000000000000 |
| | | | VND | 25.000000000000000 |
| | | | XOF | 20.000000000000000 |
| | | | ZAR | 50.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 10705 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 90527 | Name on file | FTX Trading Ltd. | AKRO | 1.000000000000000 |
| | | | POC Other Ticker Assertions: BOBA NETWORK | 9.821200000000000 |
| | | | SOL | 0.938447900000000 |
| | | | POC Other Ticker Assertions: STAR ATLAS ATLAS | 1,027.613300000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 30991 | Name on file | West Realm Shires Services Inc. | BTC | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 89222 | Name on file | FTX Trading Ltd. | ATLAS | 2,324.175500000000000 |
|  |  |  | BNB | 1.061000000000000 |
|  |  |  | CRO | 901.540100000000000 |
|  |  |  | ETH | 0.116798700000000 |
|  |  |  | GALA | 876.377000000000000 |
|  |  |  | MANA | 7.087000000000000 |
|  |  |  | TRX | 426.406400000000000 |
|  |  |  | XRP | 255.151200000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| ~~1353~~ | ~~Name on file~~ | ~~FTX Trading Ltd.~~ | ~~USD~~ | ~~4,000.000000000000000~~ |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| ~~48383~~ | ~~Name on file~~ | ~~West Realm Shires Services Inc.~~ | ~~USD~~ | ~~4,000.000000000000000~~ |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 69569 | Name on file | FTX Trading Ltd. |  | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 83094 | Name on file | FTX Trading Ltd. | USD | 7,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 95224 | Name on file | West Realm Shires Services Inc. |  | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 92122 | Name on file | FTX Trading Ltd. | BTC | 0.000006007347895 |
|  |  |  | FTT | 0.083333333330000 |
|  |  |  | LTC | 0.000000005787443 |
|  |  |  | USD | 222.658749000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 92132 | Name on file | FTX Trading Ltd. | BCH | 0.005211109999578 |
|  |  |  | USD | 95.005448090622400 |
|  |  |  | USDT | 15.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 96851 | Name on file | FTX Trading Ltd. |  | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 34872 | Name on file | FTX EU Ltd. |  | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 91490 | Name on file | West Realm Shires Services Inc. |  | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 90063 | Name on file | FTX Trading Ltd. | BNB | 1.000000000000000 |
|  |  |  | BTC |  |
|  |  |  | DOGEBULL |  |
|  |  |  | DOT | 50.000000000000000 |
|  |  |  | FTT | 3.000000000000000 |
|  |  |  | LINK | 1.000000000000000 |
|  |  |  | SAND |  |
|  |  |  | SHIB |  |
|  |  |  | SOL | 100.000000000000000 |
|  |  |  | POC Other Ticker Assertions: TOKENS | 4.000000000000000 |
|  |  |  | TONCOIN |  |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 92639 | Name on file | FTX Trading Ltd. | BTC | 0.375317230000000 |
|  |  |  | SOL | 10.553800000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 34193 | Name on file | FTX EU Ltd. |  | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 95392 | Name on file | FTX Trading Ltd. |  | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | **Asserted Claims** | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95838 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 91394 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96830 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94601 | Name on file | FTX EU Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96706 | Name on file | FTX Trading Ltd. | BCH<br>DOGE<br>FTT<br>LTC<br>SOL<br>SRM<br>POC Other Ticker Assertions: STABLECOIN<br>USDC<br>USDT | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 14667 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94996 | Name on file | West Realm Shires Services Inc. | POC Other Ticker Assertions: 303 ETH-DEPOSITED FROM MAIN ACCOUNT (########, ########) TO GREEN LEAF SUB ACCOUNT<br>POC Other Ticker Assertions: $496,920-SALE OF ETH IN GREEN LEAF SUB ACCOUNT | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. The liability asserted in the claimant's other ticker assertions is reflected in filed claim 44144.

| ~~71920~~ | ~~Name on file~~ | ~~FTX Trading Ltd.~~ | ~~USD~~ | ~~18,282.550000000000000~~ |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 24648 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 19189 | Name on file | FTX Trading Ltd. | AAVE<br>ADA<br>AVAX<br>BAT<br>BTC<br>CEL<br>DOT<br>ETH<br>LINK<br>LUNC<br>MANA<br>MATIC<br>XRP | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 15548 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 73348 | Name on file | FTX Trading Ltd. | BULL<br>ETHBULL | 2.183206270000000<br>1,013.320368580000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93928 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

## Asserted Claims

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 89183 | Name on file | FTX Trading Ltd. | FTT | 1,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 14558 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records.

| | | | | |
|---|---|---|---|---|
| 96835 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 14598 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 10408 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 14488 | Name on file | West Realm Shires Services Inc. | USD | 600.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 39280 | Name on file | FTX Trading Ltd. | BTC-PERP | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | GRT | 130.000000000000000 |
| | | | LINA | 1,360.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 |
| | | | SHIB | 1,100,000.000000000000000 |
| | | | SLP | 1,000.000000000000000 |
| | | | USD | 0.152908861885878 |
| | | | USDT | 0.000000004232282 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records.

| | | | | |
|---|---|---|---|---|
| 34424 | Name on file | FTX Trading Ltd. | JPY | 1,193,300.000000000000000 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records.

| | | | | |
|---|---|---|---|---|
| 15692 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 94519 | Name on file | FTX Trading Ltd. | GMT | 15.000000000000000 |
| | | | POC Other Ticker Assertions: GREEN SATOSHI TOKEN GST | 524.000000000000000 |
| | | | USDT | 50.000000000000000 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Turkey Teknoloji ve Ticaret Anonim Sirketi. No liability exists on the Debtors' books and records.

| | | | | |
|---|---|---|---|---|
| 95390 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 95643 | Name on file | Quoine Pte Ltd | USD | 25,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 14884 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 89174 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 3894 | Name on file | FTX Trading Ltd. | USD | 947.290000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 26934 | Name on file | West Realm Shires Services Inc. | USD | 10,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 91826 | Name on file | FTX EU Ltd. | BTC | 0.089812650000000 |
| | | | ETH | 0.117634122000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | |
|---|---|---|---|---|---|
| Claim Number | Name | Debtor | | Tickers | Ticker Quantity |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 91827 | Name on file | FTX EU Ltd. | BTC | 0.089812650000000 |
| | | | ETH | 0.117634122000000 |
| | | | EUR | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 80082 | Name on file | West Realm Shires Services Inc. | USD | 25,000.000000000000000 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records.

| 45314 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 90656 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 91603 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94966 | Name on file | Alameda Research LLC | USD | 40,087.500000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95011 | Name on file | Alameda Research Holdings Inc. | USD | 40,087.500000000000000 |

Reason: ~~The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.~~

| ~~97167~~ | ~~Name on file~~ | ~~FTX EU Ltd.~~ | ~~USD~~ | ~~40,000,000,000,000,000.000000000000000~~ |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96132 | Name on file | West Realm Shires Services Inc. | USD | 500.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95594 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96789 | Name on file | FTX EU Ltd. | BTC | 6,904,629.000000000000000 |
| | | | LTC | 21,099.000000000000000 |
| | | | POC Other Ticker Assertions: POWER LEDGER | 2,118,879.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 4149 | Name on file | FTX Europe AG | BTC | 0.084399413000000 |
| | | | BUSD | 564.930497600000000 |
| | | | FTM | 0.084200000000000 |
| | | | FTT | 256.500000000000000 |
| | | | LUNA2 | 23.000000000000000 |
| | | | LUNA2_LOCKED | 54.448292090000000 |
| | | | LUNC | 2,540,000.000000000000000 |
| | | | SOL | 0.000337719000000 |
| | | | USD | 1,060.160000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 938 | Name on file | FTX Trading Ltd. | BTC | 0.013817100000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 62143 | Name on file | FTX Trading Ltd. | COIN | 40.704357589740000 |
| | | | LEO | 627.152279559830970 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 87563 | Name on file | Quoine Pte Ltd | | |
| | | | USD | 2,325.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 22237 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 16000 | Name on file | FTX Trading Ltd. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 52489 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 58394 | Name on file | West Realm Shires Services Inc. | USD | 8,433.060000000000000 |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 50952 | Name on file | FTX Europe AG | USD | 17,043.650000000000000 |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 88376 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 88235 | Name on file | West Realm Shires Services Inc. | USD | 25,000.000000000000000 |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 27039 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 90598 | Name on file | West Realm Shires Services Inc. | DOGE | 48,639.814261600000000 |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 95749 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 48692 | Name on file | FTX Trading Ltd. | BCH | 10.197000000000000 |
| | | | BCH-PERP | -10.197000000000000 |
| | | | BTC | 1.088419435958850 |
| | | | BTC-0331 | 0.000000000000000 |
| | | | BTC-PERP | -1.023600000000000 |
| | | | DOT-1230 | 0.000000000000000 |
| | | | ETH | 0.000057350000000 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | FTT | 100.012325660000000 |
| | | | FTT-PERP | -41.900000000000100 |
| | | | JPY | 0.588125468452693 |
| | | | SOL-1230 | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 |
| | | | SRM | 0.010000000000000 |
| | | | USD | 24,262.657141148500000 |
| | | | USDT | 0.010000000000000 |
| | | | XRP | 2.000000000000000 |
| | | | Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records. | |
| 61582 | Name on file | FTX Trading Ltd. | BCH | 10.197000000000000 |
| | | | BCH-PERP | -10.197000000000000 |
| | | | BTC | 1.088419435958852 |
| | | | BTC-0331 | 0.000000000000000 |
| | | | BTC-PERP | -1.023600000000000 |
| | | | DOT-1230 | 0.000000000000000 |
| | | | ETH | 0.000057350000000 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | FTT | 100.012325660000000 |
| | | | FTT-PERP | -41.900000000000100 |
| | | | JPY | 0.588125468452692 |
| | | | SOL-1230 | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 |
| | | | SRM | 0.010000000000000 |
| | | | USD | 24,262.657141148502000 |
| | | | USDT | 0.010000000000000 |
| | | | XRP | 2.000000000000000 |
| | | | Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records. | |
| 68969 | Name on file | FTX Trading Ltd. | USD | 20,000.000000000000000 |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 86168 | Name on file | FTX Trading Ltd. | BNB | Undetermined* |
| | | | DOGE | |
| | | | ETHW | |
| | | | SRM | |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | TRX | |
| | | | USDC | |
| | | | USDT | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96186 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 86343 | Name on file | FTX Trading Ltd. | USD | 41.923409270250000 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records.

| 93172 | Name on file | FTX EU Ltd. | EUR | 55.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 90544 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96169 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88799 | Name on file | West Realm Shires Services Inc. | AVAX | 2.000000000000000 |
| | | | MATIC | 619.277700000000000 |
| | | | SOL | 119.924600000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 21060 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 14881 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93702 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

## **SCHEDULE 2**

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Seventh Omnibus Claims Objection**
**Schedule 2 - No Liability Claims**

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 96854 | Name on file | FTX Trading Ltd. | APE | 700.000000000000000 |
| | | | BCH | 1,000.000000000000000 |
| | | | BNB | 80.000000000000000 |
| | | | BTC | 300.000000000000000 |
| | | | CEL | 500.000000000000000 |
| | | | CRO | 500.000000000000000 |
| | | | DOGE | |
| | | | ETH | 300.000000000000000 |
| | | | FTT | 5,000.000000000000000 |
| | | | TRY | 100.000000000000000 |
| | | | USD | 200.000000000000000 |
| | | | USDC | 2,500.000000000000000 |
| | | | XOF | 7.000000000000000 |

Other Activity Asserted: 5000 - Cash

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 40072 | Name on file | FTX Trading Ltd. | USD | 30.000000000000000 |

Other Activity Asserted: 30 USD - FEE VOUCHER ADJUSTMENT

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the $30 USD asserted in the other activity section of the proof of claim form. The $30 USD was a voucher provided to offset trading fees, however the claimant didn't trade on this account. The $30 vouchers were removed from the customer entitlements in the Debtors' schedule amendments filed June 27, 2023. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 15213 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 15834 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 3000$ - I Play NFT And Exchange Dollars

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88156 | Name on file | West Realm Shires Services Inc. | USDC | 1,000.000000000000000 |

Other Activity Asserted: &gt;$1000 - Undisclosed amount

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94728 | Name on file | FTX Trading Ltd. | USD | 5,357.720000000000000 |
| | | | USDT | 9,997.280300000000000 |

Other Activity Asserted: 15355.0003 - Dear System Administrator:  I kindly ask you to review my account again, and provide me with an explanation for the assigned amount. If possible, I'd appreciate a detailed breakdown of the calculations used to arrive at the current claim amount.  I originally had a lot of assets on the platform (including Bitcoin (BTC), Metaplex Token (MPLX), Manchester City FC Fan Token (CITY)...etc. on the list above), plus the negative amount has not been automatically corrected by the system (risk preparation gold), and there are additional stored-value USDT assets on the account. My sub-account "########" was liquidated by the system on November 9, 2022, but the platform system did not display the correct balance, causing my balance to be negative. According to the FTX user terms, the risk fund should automatically replenish the balance to a positive number. I opened a work order on the FTX platform, but I haven't received a reply yet, causing my balance to be incorrect.  According to the FTX platform terms:  〖 When an account is approaching automatic liquidation, it will be liquidated at the liquidation price, and the liquidity supply mechanism will take over the position. The remaining margin portion is transferred to the risk reserve.  If the account is liquidated, the risk reserve will allocate funds to bring the account balance back to zero. 〗  However, at that time, the clearing system did not operate normally, because spot and futures were almost suspended at that time, and the asset price on the website showed a significant difference from that of external coinbase/binance, which proved that the system did not operate normally.  On the day "November 8, 2022", I did deposit a total of 9,997.2803 USDT through on-chain stored value, but it was not shown on the account. Currently only USDT 1.38 is shown on the account. In addition, in November 2022, I opened a work order on FTX. The content is that the clearing system cannot display my sub-account balance correctly!  According to the user terms of the FTX website, the clearing system guarantees that users' rights will not be affected by delays in the clearing system, and that the risk reserve will allocate funds to restore the account balance to zero by the risk guarantee mechanism (system mechanism). However, the system did not take action at that time, my rights and interests were damaged, and the negative balance affected my subsequent operations, but I have not received a reply from FTX! Thank you so much.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 89991 | Name on file | FTX Trading Ltd. | EUR | 800.000000000000000 |

Other Activity Asserted: 800€ - I don't have anymore access to all details of my crypto portfolio and my earns, but I want to get back at least my first wire transfer amount

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 22260 | Name on file | FTX Trading Ltd. | USD | 0.000000000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | Other Activity Asserted: 30,00USD - FEE VOUCHER ADJUSTMENT | |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the $30 USD asserted in the other activity section of the proof of claim form.  The $30 USD was a voucher provided to offset trading fees, however the claimant didn't trade on this account. The $30 vouchers were removed from the customer entitlements in the Debtors' schedule amendments filed June 27, 2023. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 74908 | Name on file | FTX Trading Ltd. | USD | 0.000000000000000 |
| | | | Other Activity Asserted: 20$ - Signup trading bonus | |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the $20 USD asserted in the other activity section of the proof of claim form.  The trading fee voucher was provided to offset trading fees, however the claimant didn't trade on this account. The vouchers were removed from the customer entitlements in the Debtors' schedule amendments filed June 27, 2023. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 88637 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: 0 - I made an inquiry by changing my email | |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 96669 | Name on file | West Realm Shires Services Inc. | | Undetermined* |
| | | | Other Activity Asserted: Total claim 5643.78 - Staked ETH, shibu inu, and maker dao | |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 47710 | Name on file | Quoine Pte Ltd | JPY | 280,510.259510000000000 |
| | | | Other Activity Asserted: None - None | |
| | | | Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records. No liability exists on account of the other activity asserted. | |
| 38874 | Name on file | FTX Trading Ltd. | BTC | 1.084117830000000 |
| | | | Other Activity Asserted: More than 21 thousand USDT - I'm confused about the question no 7 , someone directed to trade me ,so I don't know more about crypto currency's type, but I had FTX account balance more then 21 thousand USDT at 11 th November 2022 | |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 14988 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | Other Activity Asserted: nao me recordo perdi com criptomoedas $60.000,00 - Não me recordo onde investi meu dinheiro, apenas criei uma conta na FTX.COM e comprei criptomoedas , quando soube da noticia da falencia | |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 76808 | Name on file | FTX Trading Ltd. | USD | 0.000000000000000 |
| | | | Other Activity Asserted: 20 - There is FEE VOUCHER ADJUSTMENT in Balance Adjustments - what is it? | |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the $20 USD asserted in the other activity section of the proof of claim form.  The trading fee voucher was provided to offset trading fees, however the claimant didn't trade on this account. The vouchers were removed from the customer entitlements in the Debtors' schedule amendments filed June 27, 2023. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 78543 | Name on file | West Realm Shires Services Inc. | USD | 7,283.600000000000000 |
| | | | Other Activity Asserted: 7,283.60 - wire transfer to my account was never deposited IMAD ######## | |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 54341 | Name on file | FTX Trading Ltd. | USD | 30.000000000000000 |
| | | | Other Activity Asserted: 30 - IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. | |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the $30 USD asserted in the other activity section of the proof of claim form.  The $30 USD was a voucher provided to offset trading fees, however the claimant didn't trade on this account. The $30 vouchers were removed from the customer entitlements in the Debtors' schedule amendments filed June 27, 2023. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 95881 | Name on file | West Realm Shires Services Inc. | | Undetermined* |
| | | | Other Activity Asserted: $50,000 - I had a balance of $50,000 USD with FTX US. On November 8, 2022, I attempted to withdraw 2 separate wires of $25,000 each. The app still shows the two wires in my withdraw history but the funds never landed at my bank. | |
| | | | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | |
| 29945 | Name on file | FTX Trading Ltd. | BCH | 0.000000001933779 |
| | | | | BTC | 0.000000087998340 |
| | | | | XF | 0.000000004144445 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | **Asserted Claims** | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |

Other Activity Asserted: ? - ######## claim

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88796 | Name on file | West Realm Shires Services Inc. | MATIC | 309.607700000000000 |
| | | | SOL | 59.962300000000000 |

Other Activity Asserted: 59.9623 SOL and 309.6077 MATIC / 1.4714 AVAX - I had solana and matic crypto on FTX.US could not transfer to coinbase.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96278 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: 20000 - I was a customer of these platforms

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96546 | Name on file | FTX Trading Ltd. | BTC | 14,657.000000000000000 |
| | | | CEL | 3,200.000000000000000 |
| | | | ETH | 6,500.000000000000000 |
| | | | SUSHI | 665.000000000000000 |
| | | | USD | 750.000000000000000 |
| | | | USDC | 320.000000000000000 |
| | | | USDT | 54.000000000000000 |

Other Activity Asserted: 14000 - I believe I lost at minimum somewhere along the lines of at least $14,000

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 78797 | Name on file | FTX Trading Ltd. | SOBTC | 0.214890000000000 |

Other Activity Asserted: 0.214893 BTC = 5821$ at the time of writing. - I transferred BTC from FTX to my Solana wallet. But I didn't receive BTC, I received "(Sollet) BTC", which is issued and pegged by FTX to allow BTC to interact with the Solana blockchain. When the FTX saga happened, (Sollet) BTC lost all value and it was impossible for me to sell it anymore. Today instead of my 0.21489 (Sollet) BTC being valued 5821.02$. It is worth 286$ at the time of writing this. My claim is to be reimbursed for the (Sollet) BTC that I have in my 3rd party (phantom) wallet.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 78869 | Name on file | FTX Trading Ltd. | BTC | 0.214893000000000 |

Other Activity Asserted: 5812$ - I transferred BTC from FTX to my Solana wallet. But I didn't receive BTC, I received "(Sollet) BTC", which is issued and pegged by FTX to allow BTC to interact with the Solana blockchain. When the FTX saga happened, (Sollet) BTC lost all value and it was impossible for me to sell it anymore. Today instead of my 0.21489 (Sollet) BTC being valued 5821.02$. It is worth 286$ at the time of writing this. My claim is to be reimbursed for the (Sollet) BTC that I have in my 3rd party (phantom) wallet.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts