# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Core Service List attached hereto as **Exhibit A**:

- Order (A) Authorizing the Debtors to Enter into a Settlement Agreement with Caroline Ellison, (B) Approving the Settlement Agreement and (C) Granting Related Relief [Docket No. 27184]

On January 3, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Core Service List attached hereto as **Exhibit B**:

- Order Sustaining Debtors' Sixty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [Docket No. 27944]

- Amended Notice of Agenda for Hearing Scheduled for November 20, 2024 at 2:00 p.m. (ET), Before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District Of Delaware, Located at 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 [Docket No. 28060]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On January 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Aranha, Paul Francis, (ADRID: 18965731), C/ O Jane Kim, Keller Benvenutti Kim LLP, 425 Market St, Ste 2500, San Francisco, CA 94105-2478:

- Order (A) Authorizing the FTX Debtors' Entry Into, and Performance Under, the Global Settlement Agreement with the MDL Plaintiffs and MDL Counsel; (B) Approving the Global Settlement Agreement; and (C) Granting Related Relief [Docket No. 26866]

On January 6, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Aranha, Paul Francis, (ADRID: 18965731), C/ O Jane Kim, Keller Benvenutti Kim LLP, 425 Market St, Ste 2500, San Francisco, CA 94105-2478:

- Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Stipulation of Settlement with the Silicon Valley Community Foundation, (B) Approving the Stipulation of Settlement, and (C) Granting Related Relief [Docket No. 27461]

- Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into, and Perform Under, the Stipulation of Settlement with Evolve, (B) Approving the Stipulation of Settlement, and (C) Granting Related Relief [Docket No. 27462]

On January 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Core Service List Attached here to as **Exhibit C**:

- Interim Order Dismissing Chapter 11 Case of Digital Custody Inc. [Docket No. 27473]

Dated: January 22, 2025

                                                                                                               */s/ Paul Pullo*
                                                                                                               Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 22, 2025, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 84822, 84838, 84839, 84868 & 84942

**Exhibit A**

Exhibit A
Supplemental Core Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 13082020 | Boba Foundation (fka OMG Foundation) | c/o Keller Benvenutti Kim LLP | 425 Market ST Ste 2500 | | | San Francisco | CA | 94105-2478 |
| 18182523 | MCDERMOTT WILL & EMERY LLP ON BEHALF OF MULTICOIN CAPITAL | 1000 N WEST ST | STE 1400 | | | WILMINGTON | DE | 19801-1054 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Page 1 of 1

**Exhibit B**

Exhibit B
Supplemental Core Service List
Served via First Class Mail

| AddressID | Name | Address 1 | Address 2 | Address 3 | Address 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 18965731 | Aranha, Paul Francis | C/ O Jane Kim | Keller Benvenutti Kim LLP | 425 Market St | Ste 2500 | San Francisco | CA | 94105-2478 |
| 15544950 | Plan Administrator as manager of Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC | Mcdermott Will & Emery LLP | Attn: Maris J. Kandestin | 1000 N West Street, Ste 1400 | | Wilmington | DE | 19801-1054 |

**<u>Exhibit C</u>**

Exhibit C
Supplemental Core Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 18965731 | Aranha, Paul Francis | C/ O Jane Kim | Keller Benvenutti K | 425 Market St | Ste 2500 | San Francisco | CA | 94105-2478 |
| 18182523 | MCDERMOTT WILL & EMERY LLP ON BEHALF OF MULTICOIN CAPITAL | 1000 N WEST ST | STE 1400 | | | WILMINGTON | DE | 19801-1054 |