**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., et al., | ) | Case No. 22-11068 (JTD) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 19, 2025 at 4:00 p.m.** |
| | ) | **Hearing Date: April 17, 2025 at 10:00 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 5, 2025 Astteria (HK) Limited ("Astteria"), filed its *Motion for Authorization to File Under Seal Portions of the Request of Astteria (HK) Limited for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Exhibit A through E Thereto* (the "Motion to Seal") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion to Seal, if any, must be filed on or before **February 19, 2025 at 4:00 p.m.** ("Response Deadline") with the United States Bankruptcy Court for the District of Delaware, Clerk's Office, 824 North Market Street, Third Floor, Wilmington, Delaware 19081 and served on the undersigned counsel to the Liquidating Trustee so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, will be scheduled before the Honorable John T. Dorsey at the Bankruptcy Court, 5th Floor, Courtroom 5, **on April 17, 2025 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN**

**ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Date:  February 5, 2025<br>Wilmington, DE | **SULLIVAN · HAZELTINE · ALLINSON** LLC<br><br> */s/ William A. Hazeltine*<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Fax: (302) 428-8195<br>Email: whazeltine@sha-llc.com<br><br>*Attorneys for Astteria (HK) Limited* |