## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 5th day of February 2025, a copy of the foregoing *Motion for Authorization to File Under Seal Portions of the Request of Astteria (HK) Limited for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Exhibit A through E Thereto* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel for the Reorganized Debtors"*

| | |
|---|---|
| Adam G. Landis, Esq. | Andrew G. Dietderich, Esq. |
| Matthew B. McGuire, Esq. | James L. Bromley, Esq. |
| Kimberly A. Brown, Esq. | Brian D. Glueckstein, Esq. |
| Matthew R. Pierce, Esq. | Alexa J. Kranzley, Esq. |
| **LANDIS RATH & COBB LLP** | **SULLIVAN & CROMWELL LLP** |
| 919 Market Street, Suite 1800 | 125 Broad Street |
| Wilmington, Delaware 19801 | New York, NY 10004 |
| landis@lrclaw.com | dietdericha@sullcrom.com |
| mcguire@lrclaw.com | bromleyj@sullcrom.com |
| brown@lrclaw.com | gluecksteinb@sullcrom.com |
| pierce@lrclaw.com | kranzleya@sullcrom.com |

February 5, 2025                                          */s/ William A. Hazeltine*
Date                                                            William A. Hazeltine