# E<span/>xhibit A

**Transaction Details** < >   Buy ⌄  Play ⌄  Gaming ⌄

Sponsored: **MetaWin:** $700k+ in Prizes, Instant Withdrawals & MAX Payouts on all Games! **Play Now.**

Overview    Internal Txns    Logs (1)    State

⓵ Transaction Hash:

⓵ Status:    ✓ Success

⓵ Block:

✓    Block Confirmations

⓵ Timestamp:

🕒 775 days ago (Dec-09-2022 10:51:47 AM UTC)

⚡ Transaction Action:

▸ Transfer 90,000 ($90,000.00) Ⓢ USDC To

⓵ Sponsored:

INCUBATED BY CoinMarketCap
&
LED BY animoca BRANDS
DON'T MISS OUT

⓵ From:

⓵ Interacted With (To):

📄    (Circle: USDC Token)

⓵ ERC-20 Tokens Transferred:

All Transfers    Net Transfers

▸ From    To    For