# E<span>xhibit</span> B

Token USDC (USDC) 

Sponsored:  XYRO - AI Gamified Trading, TGE on Jan 23rd, 10.00 UTC **Do Not Miss Out!**

ERC-20   # Circle   # Stablecoin                    🌐 circle.com/en/usdc

## Overview

MAX TOTAL SUPPLY
33,756,722,660.400697 USDC

HOLDERS

## Market

PRICE
$1.00 @ 0.000306 ETH

ONCHAIN MARKET CAP
$33,756,722,660.40

CIRCULATING SUPPLY MARKET CAP
$51,188,411,121.00

## Other Info

TOKEN CONTRACT (WITH 6 DECIMALS)



👤 FILTERED BY TOKEN HOLDER

🏷️ Liquid 9

BALANCE
0 USDC