# Exhibit C

Transaction Details  &lt;  &gt;

Buy ⌄    Play ⌄    Gaming ⌄

Sponsored: Rexas Finance: More Than 30M Raised, 32K+ Holders, Biggest Presale Project of 2025. **Join Now!**

Overview    Internal Txns    Logs (1)    State

ⓘ **Transaction Hash:**

ⓘ **Status:**  ● Success

ⓘ **Block:**
✓

ⓘ **Timestamp:**
🕒 715 days ago (Feb-07-2023 03:37:47 AM UTC)

⚡ **Transaction Action:**
▸ Transfer 90,000 ($90,000.00) ⓢ USDC To Liquid 9

ⓘ **Sponsored:**

LEADING CRYPTO GAMES — EARN BTC WHILE YOU GAME! — PLAY NOW

ⓘ **From:**

ⓘ **Interacted With (To):**
(Circle: USDC Token) ✓

ⓘ **ERC-20 Tokens Transferred:**

All Transfers    Net Transfers