# **E**XHIBIT **E**

**3**

ASTTERIA (HK) LIMITED
crypto@astteria.com
ID: 1152674

### Deposits History | USDC

| ID | Type | Amount | Status | Created (YY/MM/DD) | Hash |
|---|---|---|---|---|---|
| | Funding | 58,000 USDC | Succeeded | 22/11/01 14:05:11 | |
| | Funding | 43,650 USDC | Succeeded | 22/10/26 22:41:30 | |
| | Funding | 100 USDC | Succeeded | 22/10/26 21:54:47 | |
| | Funding | 49,999.2 USDC | Succeeded | 22/08/30 17:10:55 | |
| | Funding | 59,712.2 USDC | Succeeded | 22/08/28 18:12:23 | |
| | Funding | 169,999 USDC | Succeeded | 22/08/15 19:18:17 | |
| | Funding | 55,700 USDC | Succeeded | 22/07/30 14:22:47 | |
| | Funding | 384,999 USDC | Succeeded | 22/07/17 12:49:12 | |
| | Funding | 246,962 USDC | Succeeded | 22/07/04 08:31:52 | |
| | Funding | 344,399 USDC | Succeeded | 22/06/29 07:59:38 | |
| | Funding | 99 USDC | Succeeded | 22/06/23 13:54:14 | |
| | Funding | 92,400 USDC | Succeeded | 22/06/20 19:35:47 | |
| | Funding | 39,951 USDC | Succeeded | 22/06/16 23:11:47 | |
| | Funding | 107,000 USDC | Succeeded | 22/06/15 16:40:16 | |
| | Funding | 461,450 USDC | Succeeded | 22/06/15 15:09:52 | |
| | Funding | 170,000 USDC | Succeeded | 22/06/15 15:02:34 | |
| | Funding | 10 USDC | Succeeded | | |