# Exhibit F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FTX TRADING LTD., et al., | : | Case No. 22-11068 (JTD) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |

**ORDER GRANTING REQUEST OF ASTTERIA (HK) LIMITED FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

**AND NOW**, this _____ day of _____, 2025, having considered the Request of Astteria (HK) Limited ("Astteria") for Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Request"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that the Court has authority to enter a final order in this matter in accordance with Article III of the United States Constitution; and this Court having found that notice of the Request and opportunity for a hearing on the Request were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Request; and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Request and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor it is hereby:

**ORDERED** that the Request is granted; and it is further

**ORDERED** that Astteria shall have an allowed administrative expense claim pursuant to 11 U.S.C. §§ 503(b)(1)(A) the amount of 90,000 USDC (or the USD equivalent thereof) (the "Allowed Administrative Expense Claim Amount"); and it is further

2

**ORDERED** that the Debtors shall pay to Astteria the Allowed Administrative Expense Claim Amount within fourteen (14) days of the entry of this Order; and it is further

**ORDERED** that this Court this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.