# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et.al.*[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION TO WITHDRAW AS COUNSEL AND TO REQUEST TO TERMINATE NOTICE DELIVERY IN BANKRUPTCY CASE

COMES NOW, the undersigned, Felicia Brownell, Esquire, attorney at law, hereby moves to withdraw as counsel of record for Yumou Wei ("Wei"), who resides at K25-01 Yutianxia Sanqi Tianzhu Shunyi District, Beijing China, in the above-captioned bankruptcy case and requests that the court terminate all future notices and filings from being sent to undersigned counsel regarding this matter, effective immediately. In support thereof, the undersigned avers as follows:

1. Counsel has completed contractual obligations and closed out legal representation for Wei in this matter.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

2. Counsel is no longer authorized to receive or act on any notices or communications related to this bankruptcy case.

3. Wei is receiving notices related to this matter at his email address Richard.y.wei@gmail.com.

WHEREFORE, the undersigned counsel, respectfully requests that the court grant the following relief:

1. Withdraw Felicia Brownell, Esquire, as counsel of record for Yumou Wei in this bankruptcy proceeding.

2. Direct the court clerk and third-party administrators to cease sending all future notices and filings related to this matter to this counsel and firm.

3. Provide any additional relief deemed appropriate by the Court.

    Respectfully submitted,

BROWNELL LAW GROUP LLC

Dated: February 6, 2025    BY:    /s/ *Felicia Brownell*
Felicia Brownell, Esq. (DE ID #6644)
252 Mariners Way
Bear, Delaware 19701
(215) 901-6325 (direct)
FBrownell@BrownellLawGroup.com
*Attorney for Claimant, Yumou Wei*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et.al.*[2] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## **ORDER**

AND NOW, this _____ day of February 2025, the Court having reviewed Felicia Brownell Esquire's motion to withdraw as counsel of record for Yumou Wei ("Wei"), and to terminate all future notices and filings from being sent to undersigned counsel regarding this matter, and any responses thereto,

It is the Order of the Court that Felicia Brownell, Esquire's Motion to Withdraw as Counsel of Record and to Terminate Notice Delivery in this matter has been **GRANTED**.

**IT IS SO ORDERED.**

_____

**J.**

---

[2] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

3