To
Andrew G.Dietderich, Adam G Landis, Matthew B.McGuire,James L.Bromley,

LANDIS RATH &COBBLLP,SULLIVAN&CROMWELL LLP,United States Bankruptcy Court for the District

Delaware,824,North Market Street, 3rd Floor, Wilmington, DE 19801-3024, USA

CC- The FTX Trading Limited Processing centre ,c/o kroll Restructuring Administration LLC,850,Third Avenue, Suite 412,Brooklyn,NY11232, USA    USA Phone888-482-0049

Ref- CONFIRMATION ID 3265-1-JNVJK-013350121 FTX proof of interest form 2024-07-11T17:01:14.245Z

Sub- Claim for distribution for case 22-11068 JTD,   Regarding FTX DM Global settlement Plan, regards Hon US Bankruptcy Court for the District of Delaware Docket No-29127- Dated 01-10-2025

Customer #840613, certified not for commercial purpose and for support as like insurance for the Gov approved project for its value

Dear Sir, Greetings from Darters India Resort private Limited. We Wish a happy new year and hope you are fine. Thanks for FTX Trading Ltd Processing centre's email to read it on today 2025-01-12. I claim for distribution FTX DM claim under 2.1.113 General unsecured claim ,other equity claim and plan asset by FTX DM , Global settlement plan.I solicit vote on the plan I vote on one plan and as corporate I approve the plan.I am ready to have paid adhoc committee expenses. This is my General administrative claim on effective date or the date on which such claim is allowed.As per expense allocation, expense related to FTX DM shall be allocated solely to the Doctom Customer priority asset (8.B) of Hon Court order and 5.3 FTX DM Global settlement plan. the Plan Administrator will be empowered to, among other things, (i) file, withdraw or litigate to judgment objections to Claims,

As per unicoin INC 10K filed on 2024-04-02 FTX Token their linked in wallet to list their ...in fourth quarter of 2022 droveFTX 449165(TOKEN) from $3781,000,$739028 $3041972.. This is SEC Database. In digital marketing (FTXDM), which is a customer priority asset.I have attached the document of claim for distribution as per rule.The FTX449165 Tokenis contains other than MAPS,OXY,SRM,BOBA, because the resource is UNICOIN Type form filled by me communicated value in FTX DM, submitted already to Hon Court proceedings.. So requesting fund distribution.

For fund distribution request to Distribution Agent-

My Bank account information- CANARA BANK (INDIA) Pondicherry.

Account Holder- DARTERS INDIA RESORT PRIVATE LIMITED of which Rabindranath Dikshit Is Managing Director-    PAN- ACYPD4189K SWIFT CODE-CNRBINBBPON

Account #0927201003669  Company Address- Hatasisua, Po Narapada, Via- chaudwar, Dist – Cuttack, Odisha India Pin- 754025

Therefore I request to kindly do the needful for hearing case early distribution by plan administrator, please,as per rule. Yours sincerely

14/01/2025

Rabindranath Dikshit,MD Darters India Resort Private Limited.C/O Manisha Ray, Deepsikha Apartment, GF1, No3, 2nd Cross, Appauv Nagar, Valakulam,Pondicherry-605001, India

rabindra@yahoo.com
5956

To
Andrew G.Dietderich, Adam G Landis, Matthew B.McGuire,James L.Bromley,

LANDIS RATH &COBBLLP,SULLIVAN&CROMWELL LLP,United States  Bankruptcy Court
for  the  District

Delaware,824,North Market Street, 3rd Floor, Wilmington, DE 19801-3024, USA

CC- The FTX Trading Limited Processing centre ,c/o kroll Restructuring Administration LLC,850,Third
Avenue, Suite 412,Brooklyn,NY11232, USA        USA Phone888-482-0049

Ref- CONFIRMATION ID 3265-1-JNVJK-013350121 FTX proof of interest form 2024-07-
11T17:01:14.245Z

Sub- Claim for distribution for case 22-11068 JTD,   Regarding FTX DM Global settlement Plan,
regards Hon US Bankruptcy Court for the District of Delaware Docket No-29127-
Dated 01-10-2025

Customer #840613, certified not for commercial purpose and for support as like insurance for the Gov
approved project for its value

Dear Sir, Greetings from Darters India Resort private Limited. We Wish a happy new year and hope
you are fine. Thanks for FTX Trading Ltd Processing centre's  email to read it on today 2025-01-12.  I
claim for distribution FTX DM claim under 2.1.113 General unsecured claim  ,other equity claim and
plan asset by  FTX DM , Global settlement plan.I solicit vote on the plan I vote on one plan and as
corporate I approve the plan.I am ready to have paid adhoc committee expenses. This is my General
administrative claim on effective date  or the date  on which such claim is allowed.As per expense
allocation, expense related  to FTX DM shall be allocated  solely to the Doctom Customer priority
asset (8.B) of Hon Court order and 5.3 FTX DM Global settlement plan. the plan Administrator will be
empowered to, among other things, (i) file, withdraw or litigate to judgment objections to Claims,

As per unicoin INC 10K filed  on 2024-04-02 FTX Token in their linked in wallet to list their …in fourth
quarter of 2022 droveFTX 449165(TOKEN) from $3781,000,$739028 $3041972.. This is SEC
Database. In digital marketing (FTXDM), which is a customer priority asset.I have attached the
document of claim for distribution as per rule.The FTX449165 Tokenis  contains other than
MAPS,OXY,SRM,BOBA, because the resource is UNICOIN Type form filled by me  communicated
value in FTX DM, submitted already to Hon Court proceedings.. So requesting fund distribution.

For fund distribution request to Distribution Agent-

My Bank account information- CANARA BANK (INDIA) Pondicherry.

Account Holder- DARTERS INDIA RESORT PRIVATE LIMITED of which Rabindranath Dikshit Is
Managing Director-       PAN- ACYPD4189K SWIFT CODE-CNRBINBBPON

Account #0927201003669   Company Address- Hatasisua, Po Narapada, Via- chaudwar, Dist –
Cuttack, Odisha India Pin- 754025

Therefore I request to kindly do the  needful for hearing case early distribution  by plan administrator,
please,as per rule. Yours sincerely

2025/01/14

 Rabindranath Dikshit,MD Darters India Resort Private Limited.C/O Manisha Ray, Deepsikha
Apartment, GF1, No3, 2nd Cross, Appauv Nagar, Valakulam,Pondicherry-605001, India

Redact –

1. Letter to LANDIS RATH & COBB LLP
2. Letter to Sullivan & Cromwell LLP
3. Govt Project Approval Order
4. Unicoin typeform for DM
5. FTX Token 449165 – 2 Page
6. Proof for interest from FTX 6 Page,
7. Cervocare Logo for Stroke intervention
   APP in Android mobile



# DISTRICT INDUSTRIES CENTRE: BHADRAK

AT-KAUNSH(BADADANDA), PO-BHADRAK, PIN-756100
Phone No. 06784-240472, Fax No. 06784-240472, Email – dicbhadrak@nic.in

Letter No.  1460 Dated 23-09.2022

To,

Dr Rabindranath Dixit, Managing Director
M/S: Darters India Resort Private Limited.
At-Hatasisua, PO- Narapada, Choudwar, Dist-Cuttack

Sub: Approval of your proposal under Go- Swift Bearing Reference /Proposal
No.2020032503, Dated-17.02.2022.

Sir,

The District Level Single Window Clearance Authority (DLSWCA), in its
meeting held on 09.09.2022 has considered the proposal of M/S: DARTERS INDIA
RESORT PVT LTD to set up a Human health and social work project, At:-
Badasamukabhedi under Chandabali Tahasil in the district of Bhadrak with an
investment of Rs.3350.00 Lac and approved in principle the proposal. The issue of
this approval letter does not bestow any legal right. The enterprise is required to
seek requisite clearance / licence / permit required under statutory obligation
stipulated under the laws of central Government / state government / UT
administrations / court orders as the case may be from time to time.

Yours faithfully,

General Manager
DIC, Bhadrak

Yahoo/Inbox



**Typeform Notifications**

**www.typeform.com**

**From:**notifications@typeform.com

Unsubscribe

**To:**rabindra5956@yahoo.com

Thu, Oct 10 at 8:27 PM

Your typeform Unicoin [UH] Founders - Stage 1 Application has a new response:

**Founder's Name**
Rabindranath Dikshit

**Company Country of Residence**
India

**Contact @e-mail address**
rabindra5956@yahoo.com

**Startup Name**
Darters India Resort Pvt Ltd

**Startup Founded at:**
07/13/2017

**Startup Website URL**
https://www.zaubacorp.com/company/DARTERS-INDIA-RESORT-PRIVATE-LIMITED/U55209OR2017PTC027335

**Startup Pitch video**
https://www.facebook.com/rabindranath.dikshit.7

**Startup Pitch Deck**
cervo_care_app_Ravindrane.pptx

Click here to review full report
https://admin.typeform.com/form/bfUubA3H/results#insights

Thank you!
sp904e6p9ds6w4zbsp90x1zo2cua5d2t

Unicoin Inc. Form 10-K Annual Report Filed 2024-04-02
SECDatabase
http://pdf.secdatabase.com

PDF
2 अप्रैल 2024 — ... **FTX  token** in their linked wallet to list their ...  in the fourth quarter of 2022 drove ... **449,165**. $3,781,000 $. 739,028 $3,041972.,

Unicoin Inc. Form 10-K Annual Report Filed 2024-04-02

SECDatabase

http://pdf.secdatabase.com

PDF

2 अप्रैल 2024 — ... **FTX token** in their linked wallet to list their ...  in the fourth quarter of 2022 drove ... **449,165**. $3,781,000 $. 739,028 $3,041972.,

# FTX Proof of Interest Form

## Instructions

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

## Debtor Selection

**Fill in this information to identify the case (Select only one Debtor per interest form):**

- ◉ FTX Trading Ltd. (Case No. 22-11068)
- ○ Alameda Research LLC (Case No. 22-11066)
- ○ Alameda Research Yankari Ltd (Case No. 22-11108)
- ○ Blockfolio, Inc. (Case No. 22-11110)
- ○ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)
- ○ Clifton Bay Investments LLC (Case No. 22-11070)
- ○ Deck Technologies Holdings LLC (Case No. 22-11138)
- ○ FTX Zuma Ltd (Case No. 22-11124)
- ○ Hilltop Technology Services LLC (Case No. 22-11176)
- ○ Paper Bird Inc (Case No. 22-11089)
- ○ West Realm Shires Inc. (Case No. 22-11183)

## Part 1

### 1. Name of holder of the Equity Security Interest

The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder":

Is the current Interest Holder an Individual?

- ○ No
- ◉ Yes

First Name

| Rabindranath |

Middle Name

| |

Last Name

| Dikshit |

**Name and address where notices should be sent:**

Name:

| Rabindranath Dikshit |

Address 1 (Street address, "Care of:", or "Attention To:"):

| DeepShikha Apartment,GF 1, cross1,2 |

Address 2:

| Appauv Nagar |

Address 3:

| Opposite Singhaniyan Koil |

FTX Proof of Interest Form

Address 4:

Pondicherry

City:

Pondicherry

State or Province (use 2-letter abbreviation if US or Canada):

Pondicherry

Zip Code | Postal Code:

605001

**Is the address outside of the US?**

○ No
● Yes

Country (if outside of the US):

India

Contact phone:

+918280848092

Contact email:

rabindra5956@yahoo.com

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Account or other number by which Interest Holder identifies Debtor:

FTX 840613

Check here if this Proof of Interest:
○ Replaces a previously filed Proof of Interest
○ Amends a previously filed Proof of Interest

**2. Date Equity Security Interest was acquired:**

☐

**3. Total Amount Paid for Equity Interest:**

5000000 $ rabindra5956_xbvtfo, notified in coinmarket cap portfolio in BTC,interestrate 4%

**4. Certificate number(s):**

verification code 3677590  Coin base Verification Code) for IP asset cost 5 M USD ,The Asset is  shown in blockchain for 5M USD , CALCULATION-4x2.33x5000000/100 =4,66000 $ interest until now =Rs,3,8943,620 simple  interest

**5. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:

. The Asset IP Link- Transaction.was on 18.3.2022 thru the Credit Card of Rabindranath Dikshit ,Transaction was made  That  asset can be seen on the link- coinmarcket  cap -Radiant capital -RDNT META CRM and on My page, drop down to the last line link.

## Supporting Documentation

Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS.

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

⦿ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| | |
|---|---|
| 🗎 rabin (2).pdf | 135 KB |

**Attachment Filename**

rabin (2).pdf

FTX Proof of Interest Form

## Electronic Signature

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

Executed on date (Calculated in UTC)

07/11/2024

Signature

I certify that I have completed my Proof of Interest form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

First Name/Middle Name/Last Name:

Rabindranath Dikshit

Title/Company:

Dr

Address 1:

Deepshikha Apartment C/o Manisha Ray

Address 2:

GF1 Cross1-2 Appauv Nagar

City:

Pondicherry

State or Province (use 2-letter abbreviation if US or Canada):

Pondicherry

Zip Code | Postal Code:

605001

FTX Proof of Interest Form

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

India

Contact phone:

+918280848092

Contact email:

rabindra5956@yahoo.com



FTX Proof of Interest Form

## Confirmation of Submission

### Your Form has been successfully submitted...

DOCUMENT ID

93c7ea4250234e9b1d1db8961a6799db3bcea296

Submitted Date Time

2024-07-11T17:01:14.245Z

Status

Submitted

CONFIRMATION ID

3265-1-JNVJK-013350121

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your interest filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

