UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

(Court Level and Jurisdiction)

RECEIVED
2025 FEB -5  PM 12: 34
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Debtors' One Hundred Forty-Ninth<br><br>Plaintiff<br><br>-vs-<br><br>FTX Trading Ltd. and Kroll LLC<br><br>Defendants | 22-11068<br>(Case I.D. Number) |

**AFFIDAVIT**

I, Ross Mahler, of Missouri City, in Fort Bend County, Texas, MAKE OATH AND SAY THAT:

1. Title of the Objection [Debtors' One Hundred Forty-Ninth (Non-substantiative) Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims)]
   Name of Claimant [Ross Mahler]
   Claim Number [08035934]
   Description for the amount of the claim [BTC 0.177287980] [USD $2,991.22]
   Claimant Address [9911 Hunters Run Dr Missouri City, TX 77459]
   Claimant Telephone Number [281-794-3903]
   Claimant Email [rmahler_00@yahoo.com]

2. Factual basis and supporting legal argument [I, Ross Mahler did not knowingly receive the notification email from FTX Trading Ltd or Kroll LLC about the FTX Distribution until after the Deadline to File Claims. I only became aware of the FTX Distribution after reading an online article about it. I then searched through my emails to attempt to find anything official from FTX Trading LTD or Kroll LLC. There were many scam and phishing emails I had received, so it was

very difficult and time consuming to determine which emails were official with safe links and which were harmful scams.

I submitted my Proof of Claims for the Know Your Customer process on the FTX Customer Portal as soon as I identified the authentic email from them on October 29, 2024:

Electronic Proof of Claim_3265-70-PCCJY-547370061.

After I submitted all of the documentation requested on the FTX Customer Portal, I contacted Kroll LLC to understand the process and why my claim submission was considered late. At that time, they informed me that the deadline to submit claim information had already passed on September 29, 2023.

I never had a legitimate opportunity to submit my claims by the deadline based on the lack of receiving the official notification in time.

STATE OF DELAWARE

COUNTY OF FORT BEND

SUBSCRIBED AND SWORN TO BEFORE
ME, on the _____ day of
_____, _____

Signature
_____ (Seal)
NOTARY PUBLIC
My Commission expires:
_____

_____
(Signature)

Ross Mahler

©2002-2025 LawDepot.com®