# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

**FTX Trading Ltd., et al.,**
**Debtors.**

Chapter 11
Case No. 22-11068 (JTD)
(Jointly Administered)

Hearing Date: February 27, 2025, at 10:00 A.M. (ET)
Objection Deadline: February 20, 2025, at 4:00 P.M. (ET)

## SUPPLEMENTAL LETTER REQUESTING COURT CONSIDERATION OF WRITTEN RESPONSE

**Honorable Judge John T. Dorsey**
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 5th Floor
Wilmington, DE 19801

**Date:** January 24, 2025

**To the Honorable Court:**

## 1. Request for Consideration of Written Response

I, **Ching-Lieh Li** (Unique Customer Code: 04686800) ("Claimant"), respectfully submit this supplemental letter in connection with my **Response to the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)** (the "Objection") filed on January 8, 2025.

Due to my current residence in **Taiwan (R.O.C.)**, I am unable to personally attend the scheduled hearing on **February 27, 2025**, in the United States Bankruptcy Court for the District of Delaware. Additionally, I have not retained U.S. legal counsel to represent me in this matter.

Despite my inability to appear in person, I respectfully request that this Court **fully consider my written Response** and ensure that my claim is fairly reviewed in these proceedings. My Response outlines the **procedural complexities and miscommunications** that prevented my claim from being adjudicated in the Bahamas liquidation process, which directly impacts the determination of whether my claim is truly "superseded."

## 2. Confirmation of Submission and Service

I confirm that I have **duly served copies** of my Response to the relevant parties, including:

- **The United States Bankruptcy Court for the District of Delaware** (via courier delivery)
- **Debtors' Counsel – Landis Rath & Cobb LLP and Sullivan & Cromwell LLP**

I will also follow up with the Debtors' counsel to confirm receipt and request acknowledgment of my Response.

## 3.  Assurance of Good Faith and Compliance

My submission is made in **good faith** and in full compliance with the applicable procedural requirements. I respectfully urge the Court to consider my Response on its merits and not to disallow my claim **solely due to my inability to attend the hearing in person**.

## 4.  Conclusion and Request for Relief

Given the circumstances, I respectfully request that the Court:

1. **Acknowledge and fully consider my Response** in these proceedings, despite my inability to attend the hearing in person.

2. **Ensure that my claim is not expunged or disallowed without a proper substantive review**, as my claim was never adjudicated in the Bahamas.

3. **Preserve my rights to seek allowance and distribution** in these Chapter 11 proceedings before making any final determination.

I sincerely appreciate the Court's time and attention to this matter.


Dated: January 30, 2025

**Respectfully submitted,**

**Ching-Lieh Li** (Unique Customer Code: 04686800)

**Signature:** _Ching - Lieh Li_ 02/02/25

**Address:** 9F., No. 30, Ln. 69, Beixin Rd., Tamsui Dist.,
New Taipei City, 251, Taiwan (R.O.C.)

**Phone Number:** 0952734175

**Email:** chingliehli1001@gms.tku.edu.tw

2

 Gmail

**Li Ching-Lieh <chingliehli3@gmail.com>**

# FTX Digital Markets Ltd in Liquidation

**BRS Queries** <uk_salesforce_autoforward_prod@pwc.com>                                 2025年1月25日
                                                                                          凌晨2:57

收件者: "chingliehli3@gmail.com" <chingliehli3@gmail.com>

*Thank you for your query titled "Query Regarding Bahamas Portal Access After Election---Regarding Bahamas Process Claim Status".*
*This has been allocated a reference number of 00771598*

Dear customer,

Thank you for your email.

We refer to your previous email indicating your wish to have your FTX.com claim administered, reconciled, valued, adjudicated, resolved, and satisfied in the liquidation of FTX Digital Markets Ltd. ("the Bahamas Process").
Please note that, by virtue of an Order of the Supreme Court of the Bahamas (https://www.pwc.com/bs/en/services/business-restructuring-ftx-digital-markets/assets/order-sanction-of-the-first-amended-gsa-dated-16th-august-2024.pdf), the deadline for submitting Proof of Debt forms and electing to participate in the Bahamas Process was 4:00pm Prevailing Eastern Time on 16 August 2024. **We therefore regret to inform you that your claim can no longer be accepted into the Bahamas Process.**
Please note you <u>may</u> still have a claim scheduled in the US Process. We recommend you log into claims.ftx.com (using your FTX login credentials) to view the status and any further actions you might need to undertake in order to receive a distribution.

*Please do not reply to this email - this case will be closed and any subsequent queries should be sent as a new email to*
*gbl_fdm_customers@pwc.com.*

Kind regards,

On behalf of the Joint Official Liquidators of FTX Digital Markets Ltd

This email is being sent to you on behalf of the Joint Official Liquidators ("JOLs") of FTX Digital Markets Ltd. (In Official Liquidation) ("FTX Digital")(the "Company") who are officers of The Supreme Court of The Bahamas (the "Court") and who are tasked with the duty of safeguarding the business, property and affairs of the Company. The JOLs act as agents of FTX Digital, without personal liability, and any request contained within this correspondence is being made solely as it pertains to the Company and in enabling furtherance of the duties conferred on the JOLs by the Court.

Further details are available on the PwC website: https://www.pwc.com/bs/en/services/business-restructuring-ftx-digital-markets.html
The JOLs may act as controllers of personal data as defined by UK data protection law depending upon the specific processing activities undertaken. PricewaterhouseCoopers LLP may act as a processor on the instructions of the JOLs. Personal data will be kept secure and processed only for matters relating to the JOLs' appointment. Further details are available in the privacy statement on the PwC.co.uk website or by contacting the JOLs.

--------------- Original Message ---------------
**From:** Li Ching-Lieh [chingliehli3@gmail.com]

**Sent:** 23/01/2025, 18:09
**To:** gbl_fdm_creditors@pwc.com
**Subject:** Query Regarding Bahamas Portal Access After Election---Regarding Bahamas
Process Claim Status

**Dear Sir/Madam,**

I am writing to inquire about the status of my claim in the **Bahamas Process** of the **FTX Digital Markets Ltd. liquidation**. I recently found that I am no longer able to access the **FTX Digital Markets Claim Portal**, which appears to be due to my failure to complete the required election process before the deadline (**16 August 2024**).

I would like to confirm whether my previously submitted **Proof of Debt** has indeed been deemed **incomplete** and, as a result, has **not been reconciled or adjudicated** in the Bahamas Process.

Could you kindly verify the status of my claim and confirm whether there are any possible options or steps I can take at this stage to rectify this situation?

I appreciate your assistance and look forward to your response.

**Best regards,**
Ching-Lieh Li
**Contact Email:** chingliehli3@gmail.com
**My FTX Account** ID:chingliehli1001@gms.tku.edu.tw

To unsubscribe from this group and stop receiving emails from it, send an email to
gbl_fdm_creditors+unsubscribe@pwc.com.

ref:!00D4J0GX6J.!500Sr0HcvwM:ref

Attachment1: Proof 1 of Unadjudicated and Unsettled Claim



FTX Digital Markets Ltd: Claim Portal

Home    Sign Out

# Notice

Dear User,

You are no longer able to access the FTX Digital Markets Claim Portal. This is likely due to you not having met all the requirements to elect into the Bahamas Process, or there may be other outstanding issues with your Bahamas Process claim.

If you believe that you have met all requirements to elect into the Bahamas Process, please email us at gbl_fdm_creditors@pwc.com with the subject line 'Query Regarding Bahamas Portal Access After Election'.

Please note that even if you did not elect into the Bahamas Process, you still may have a claim scheduled in the US Process. We recommend you log into claims.ftx.com (using your FTX login credentials) to view the status and any further actions you might need to undertake in order to receive a distribution.

Attachment 2 : Proof 2 of Unadjudicated and Unsettled Claim

claims.ftx.com/tax-compliance



**Tax Compliance**

Complete/Submit IRS Form W-9 or appropriate IRS Form W-8.
Please refer to the Tax FAQs here: **Tax Requirements - FTX** for additional information.

◎ In Process

Generate Tax Form

STEP 1  Initiate Account Owner Authentication

STEP 2  Verify Identity of the Original FTX Account Owner

STEP 3  KYC

STEP 4  View Account Balances

STEP 5  View Your Proof of Claim Status

STEP 6  Voting

STEP 7  Distributions - Tax Requirements
Complete/Submit IRS Form W-9 or appropriate IRS Form W-8s

STEP 8  Distributions-Select Provider

Privacy    FAQ    Support    User Guide    文 English ~    My Account ~

Account ID 104963224
Unique Customer Code
4686800
Email chingliehli1001@gm
s.tku.edu.tw
Platform FTX_COM

Settings
Logout

Attachment3: Creditor's Existing Assets Displayed on the Website

# DECLARATION OF CLAIMANT WAIVING FURTHER RELIEF IN BAHAMAS PROCESS

I, **Ching-Lieh Li** (Unique Customer Code: 04686800), hereby declare and state as follows:

1. I acknowledge the existence of the liquidation proceeding of FTX Digital Markets Ltd. (in Official Liquidation) (the "Bahamas Process").

2. I hereby **waive and renounce any and all rights, claims, remedies, distributions, or other relief** to which I may be entitled under or through the Bahamas Process, including but not limited to any pending or future adjudication, reconciliation, or payment.

3. I confirm that my sole intention is to pursue and seek appropriate relief, distribution, or resolution **exclusively** through the U.S. bankruptcy proceedings before the United States Bankruptcy Court for the District of Delaware (Case No. 22-11068 (JTD)).

4. I make this waiver and declaration voluntarily, with the intent of clarifying that I am relinquishing any claims in the Bahamas Process while preserving my right to proceed under the U.S. bankruptcy proceedings.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

**Date:** _01/30/25_

**Signature:** _Ching-Lieh Li_

**Print Name:** Ching-Lieh Li (Unique Customer Code: 04686800)

1