Case 22-11068-JTD Certificate of Service to "Doc 29166 Filed 01/08/25"    Page 1 of 2

RECEIVED
2025 FEB -5  AM 11:39
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al.,

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

Hearing Date: February 27, 2025, at 10:00 A.M. (ET)
Objection Deadline: February 20, 2025, at 4:00 P.M. (ET)

# CERTIFICATE OF SERVICE

I, **Ching-Lieh Li**, hereby certify as follows:

1. On **February 3, 2025**, I placed a true and correct copy of the following documents:

   - *Response to Notice of Objection Regarding Certain Superseded Claims* (the "Response"); and
   - This *Certificate of Service*

   into a FedEx envelope for courier delivery to the following recipients at the addresses listed below:

   (a) United States Bankruptcy Court
   824 North Market Street, 3rd Floor
   Wilmington, Delaware 19801
   USA

   (b) Landis Rath & Cobb LLP
   Attn: Kimberly A. Brown, Adam G. Landis, Matthew R. Pierce
   919 Market Street, Suite 1800
   Wilmington, Delaware 19801
   USA

   (c) Sullivan & Cromwell LLP
   Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Christian P. Jensen
   125 Broad Street
   New York, NY 10004
   USA

2. As of the date of signing this Certificate, the above documents have been securely enclosed in the FedEx envelope and are prepared for immediate dispatch on **February 3, 2025**. Delivery is expected within a few days after dispatch, and confirmation of receipt will be available via the FedEx tracking system.

1

Case 22-11068-JTD Certificate of Service to "Doc 29166 Filed 01/08/25"    Page 2 of 2

3. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: **February 3, 2025**
New Taipei City, Taiwan

**Respectfully submitted,**

**Ching-Lieh Li** (Unique Customer Code: 04686800)

**Signature:** *Ching-Lieh Li* 02/03/25

**Address:** 9F., No. 30, Ln. 69, Beixin Rd., Tamsui Dist., New Taipei City, 251, Taiwan (R.O.C.)
**Phone Number:** 0952734175
**Email:** chingliehli1001@gms.tku.edu.tw