**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) )  (Jointly Administered) |

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                          Name of Transferor

Hudson Bay Claim Fund LLC                    Oaktree London Liquid Value Opportunities Fund
                                                                        (VOF), L.P.
Name and Address where notices to transferee         Last known address:
should be sent:

Hudson Bay Claim Fund LLC                    1301 Avenue of the Americas, 34th Floor
c/o Hudson Bay Capital Management LP          New York, NY 10019
28 Havemeyer Place, 2nd Floor                 Attn: Colin McLafferty
Greenwich, CT 06830                           Email: cmclafferty@oaktreecapital.com
Attn: Matthew Weinstein and Chad Flick
Email:   mweinstein@hudsonbaycapitalcom
         cflick@hudsonbaycapital.com          Unique Customer Code: 00167756

**\*\*PORTION OF CLAIM TRANSFERRED: 25% OF TOTAL CLAIM\*\***
(equal to approximately 33.33% of the Transferor's portion)

| Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 47728 Schedule Number 7455347 | [REDACTED] | As stated in POC **\*\*25 percent of total claim\*\*** | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*Matt Weinstein*_____          Date:_ February 4,  2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18
U.S.C. §§ 152 & 3571