**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline:** |
|  | ) | **March 3, 2025 at 4:00 p.m. (ET)[2]** |
|  | ) |  |
|  | ) | **Hearing Date:** |
|  | ) | **April 17, 2025 at 10:00 a.m. (ET)** |

**SUMMARY OF FINAL FEE APPLICATION OF**
**PAUL HASTINGS LLP, AS LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 20, 2022**
**THROUGH OCTOBER 8, 2024**

| | |
|---|---|
| Name of Applicant: | Paul Hastings LLP ("Paul Hastings") |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors ("Committee") |
| Date of Retention: | Order entered February 7, 2023, effective as of December 20, 2022 [Docket No. 635] |
| Period for Which Final Compensation and Expense Reimbursement Are Sought: | December 20, 2022 through and including October 8, 2024 (the "Application Period") |
| Compensation Sought as Actual, Reasonable, and Necessary: | $46,561,850.00 |
| Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $1,757,739.38 |

This is a:    ___ monthly ___ interim X final application.

---

[1]  The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "Fee Examiner Order").

## INTERIM FEE APPLICATION HISTORY

| Interim Fee Period and Docket Nos. | Total Fees Requested | Total Expenses Requested | Order Docket No. | Fees Allowed and Paid | Expenses Allowed and Paid | Unpaid Fees | Unpaid Expenses |
|---|---|---|---|---|---|---|---|
| 12/20/22 – 01/31/23 1106,1107 | $5,523,908.75 | $37,421.01 | 1794 | $5,426,927.31 | $36,263.29 | $0.00 | $0.00 |
| 02/01/23 – 4/30/23 1649,1650 | $8,857,029.00 | $90,996.65 | 2506 | $8,823,048.31 | $90,096.15 | $0.00 | $0.00 |
| 05/01/23 – 7/31/23 2524, 2525 | $9,072,604.00 | $228,674.42 | 4622 | $9,011,997.04 | $228,522.83 | $0.00 | $0.00 |
| 08/01/23 – 10/31/23 4814, 4816 | $9,565,274.25 | $298,738.59 | 17787 | $9,240,274.25 | $298,738.59 | $0.00 | $0.00 |
| 11/01/23 – 1/31/24 9463, 9465 | $5,950,867.25 | $206,325.25 | 24013 | $5,496,987.45 | $206,220.15 | $0.00 | $0.00 |
| 02/01/24 – 4/30/24 17623, 17624 | $3,869,053.75 | $325,468.21 | 24510 | $3,424,053.75 | $325,468.21 | $0.00 | $0.00 |
| 05/01/24 – 7/31/24 24709, 24712 | $2,697,554.25 | $303,171.30 | 28742 | $2,625,374.51 | $303,171.30 | $0.00 | $0.00 |
| 08/01/24 – 10/08/24 28830, 28832 | $1,025,558.75 | $266,943.95 | N/A | Allowed: N/A Paid: $820,447.00 | Allowed: N/A Paid: $266,943.95 | $205,111.75 | $0.00 |
| **TOTAL:** | **$46,561,850.00** | **$1,757,739.38** | | **Allowed: $44,048,662.62 Paid: $44,869,109.62** | **Allowed: $1,488,480.52 Paid: $1,755,424.4** | **$205,111.75** | **$0.00** |

## COMPENSATION BY INDIVIDUAL FOR THE APPLICATION PERIOD

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| **PARTNER** | | | | | | |
| Arai, Toshiyuki | 1985, Mergers & Acquisitions | $15,390.00 | 9.00 | $1,710.00 | $1,710.00 | N/A |

---

[1]     Effective February 14, 2023, August 8, 2023, and January 1, 2024, with Committee approval, Paul Hastings implemented hourly rate adjustments in the Chapter 11 Cases in accordance with the Retention Order [Docket No. 635], the Retention Application [Docket No. 518], the Voorhees Declaration [Docket No. 518], and the Gilad Declaration [Docket No. 518].

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Aria, Toshiyuki | 1999, Fintech and Payments Group | $1,480.00 | 0.80 | $1,850.00 | $1,710.00 | 1 |
| Bell, Katherine | 2001, Finance | $18,360.00 | 10.80 | $1,700.00 | N/A | N/A |
| Charfoos, Aaron | 2002, Complex Litigation & Arbitration | $1,815.00 | 1.10 | $1,650.00 | N/A | N/A |
| Daniel, Chris | 1999, Fintech & Payments Group | $173,240.50 | 109.30 | $1,585.00 | $1,585 | N/A |
| Daniel, Chris | 1999, Fintech & Payments Group | $201,960.00 | 118.80 | $1,700.00 | $1,585 | 1 |
| Daniel, Chris | 1999, Fintech & Payments Group | $154,875.00 | 88.50 | $1,750.00 | $1,585 | 2 |
| Daniel, Chris | 1999, Fintech & Payments Group | $17,955.00 | 9.50 | $1,890.00 | $1,585 | 3 |
| de Waal, Allard | 1991, Tax | $6,600.00 | 4.00 | $1,650.00 | N/A | N/A |
| Despins, Luc | 1986, Financial Restructuring | $131,502.00 | 70.70 | $1,860.00 | $1,860.00 | N/A |
| Despins, Luc | 1986, Financial Restructuring | $15,800.00 | 8.00 | $1,975.00 | $1,860.00 | 1 |
| Gilad, Erez | 2001, Financial Restructuring | $650,798.50 | 375.10 | $1,735.00 | $1,735.00 | N/A |
| Gilad, Erez | 2001, Financial Restructuring | $4,337.50 | 5.00 | $867.50 | $867.50 | N/A |
| Gilad, Erez | 2001, Financial Restructuring | $1,655,250.00 | 882.80 | $1,875.00 | $1,735.00 | 1 |
| Gilad, Erez | 2001, Financial Restructuring | $1,165,527.00 | 603.90 | $1,930.00 | $1,735.00 | 2 |
| Gilad, Erez | 2001, Financial Restructuring | $5,790.00 | 6.00 | $965.00 | $867.50 | 2 |
| Gilad, Erez | 2001, Financial Restructuring | $919,170.00 | 437.70 | $2,100.00 | $1,735.00 | 3 |
| Grogan, James | 2000, Financial Restructuring | $5,270.00 | 3.10 | $1,700.00 | N/A | N/A |
| Hansen, Kris | 1996, Financial Restructuring | $671,832.00 | 347.20 | $1,935.00 | $1,935.00 | N/A |
| Hansen, Kris (travel, bill at ½ rate) | 1996, Financial Restructuring | $8,223.75 | 8.50 | $967.50 | $967.50 | N/A |
| Hansen, Kris | 1996, Financial Restructuring | $1,475,117.50 | 710.90 | $2,075.00 | $1,935.00 | 1 |
| Hansen, Kris | 1996, Financial Restructuring | $933,635.50 | 437.30 | $2,135.00 | $1,935.00 | 2 |
| Hansen, Kris (travel, bill at ½ rate) | 1996, Financial Restructuring | $4,803.75 | 4.50 | $1,067.50 | $967.50 | 2 |
| Hansen, Kris | 1996, Financial Restructuring | $687,010.00 | 298.70 | $2,300.00 | $1,935.00 | 3 |
| Hansen, Kris (travel, bill at ½ rate) | 1996, Financial Restructuring | $4,600.00 | 4.00 | $1,150.00 | $967.50 | 3 |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In Last Interim Application | In First Interim Application | |
| Hearth, David | 1987, Investment Funds and Private Capital | $8,953.50 | 4.70 | $1,905.00 | N/A | N/A |
| Kelly, Brian | 2001, Financial Restructuring | $171,536.00 | 113.60 | $1,510.00 | $1,510.00 | N/A |
| Kelly, Brian | 2001, Financial Restructuring | $845,162.50 | 520.10 | $1,625.00 | $1,510.00 | 1 |
| Kelly, Brian | 2001, Financial Restructuring | $429,637.50 | 256.50 | $1,675.00 | $1,510.00 | 2 |
| Kelly, Brian | 2001, Financial Restructuring | $382,964.50 | 208.70 | $1,835.00 | $1,510.00 | 3 |
| Madell, Jaime | 2012, Structured Credit | $43,520.00 | 25.60 | $1,700.00 | N/A | N/A |
| Madell, Jaime | 2012, Structured Credit | $111,650.00 | 63.80 | $1,750.00 | N/A | 1 |
| Madell, Jaime | 2012, Structured Credit | $22,302.00 | 11.80 | $1,890.00 | N/A | 2 |
| Meier, Peter | 1995, Complex Litigation & Arbitration | $11,900.00 | 6.80 | $1,750.00 | N/A | N/A |
| Merola, Frank | 1988, Financial Restructuring | $450,926.50 | 259.90 | $1,735.00 | $1,735.00 | N/A |
| Merola, Frank | 1988, Financial Restructuring | $1,050,750.00 | 560.40 | $1,875.00 | $1,735.00 | 1 |
| Merola, Frank | 1988, Financial Restructuring | $530,750.00 | 275.00 | $1,930.00 | $1,735.00 | 2 |
| Merola, Frank | 1988, Financial Restructuring | $385,560.00 | 183.60 | $2,100.00 | $1,735.00 | 3 |
| Morgan, Nicolas | 1993, Investigation & White Collar Defense | $4,375.00 | 2.50 | $1,750.00 | N/A | N/A |
| Murphy, Matt | 1999, Financial Restructuring | $159,412.50 | 97.50 | $1,635.00 | $1,635.00 | N/A |
| Murphy, Matt | 1999, Financial Restructuring | $129,500.00 | 74.00 | $1,750.00 | $1,635.00 | 1 |
| Opich, Joseph | 1988, Tax | $1,580.00 | 0.80 | $1,975.00 | N/A | N/A |
| Pasquale, Ken | 1990, Financial Restructuring | $849,803.00 | 489.80 | $1,735.00 | $1,735.00 | N/A |
| Pasquale, Ken | 1990, Financial Restructuring | $2,386,125.00 | 1,272.60 | $1,875.00 | $1,735.00 | 1 |
| Pasquale, Ken (Travel, bill at ½ rate) | 1990, Financial Restructuring | $3,562.50 | 3.80 | $937.50 | $867.50 | 1 |
| Pasquale, Ken | 1990, Financial Restructuring | $1,830,991.00 | 948.70 | $1,930.00 | $1,735.00 | 2 |
| Pasquale, Ken (Travel, bill at ½ rate) | 1990, Financial Restructuring | $8,202.50 | 8.50 | $965.00 | $867.50 | 2 |
| Pasquale, Ken | 1990, Financial Restructuring | $2,880,360.00 | 1371.60 | $2,100.00 | $1,735.00 | 3 |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In Last Interim Application | In First Interim Application | |
| Pasquale, Ken (Travel, bill at ½ rate) | 1990, Financial Restructuring | $15,225.00 | 14.50 | $1,050.00 | $867.50 | 3 |
| Perrotto, Sal | 2014, Financial Restructuring | $1,625.00 | 1.00 | $1,625.00 | N/A | N/A |
| Rimon, Laurel | 1993, Investigation & White Collar Defense | $24,393.00 | 17.30 | $1,410.00 | $1,410.00 | N/A |
| Rimon, Laurel | 1993, Investigation & White Collar Defense | $3,965.00 | 2.60 | $1,525.00 | $1,410.00 | 1 |
| Sasson, Gabe | 2010, Financial Restructuring | $565,495.00 | 374.50 | $1,510.00 | $1,510.00 | N/A |
| Sasson, Gabe (travel, bill at ½ rate) | 2010, Financial Restructuring | $2,491.50 | 3.30 | $755.00 | $755.00 | N/A |
| Sasson, Gabe | 2010, Financial Restructuring | $1,291,875.00 | 795.00 | $1,625.00 | $1,510.00 | 1 |
| Sasson, Gabe | 2010, Financial Restructuring | $702,495.00 | 419.40 | $1,675.00 | $1,510.00 | 2 |
| Sasson, Gabe (travel, bill at ½ rate) | 2010, Financial Restructuring | $2,512.50 | 3.00 | $837.50 | $755.00 | 2 |
| Sasson, Gabe | 2010, Financial Restructuring | $572,153.00 | 311.80 | $1,835.00 | $1,510.00 | 3 |
| Sasson, Gabe (travel, bill at ½ rate) | 2010, Financial Restructuring | $2,752.50 | 3.00 | $917.50 | $755.00 | 3 |
| Sibbitt, Eric | 1997, Fintech and Payments Group | $140,154.00 | 99.40 | $1,410.00 | $1,410.00 | N/A |
| Sibbitt, Eric | 1997, Fintech and Payments Group | $400,830.00 | 258.60 | $1,550.00 | $1,410.00 | 1 |
| Sibbitt, Eric | 1997, Fintech and Payments Group | $466,218.50 | 292.30 | $1,595.00 | $1,410.00 | 2 |
| Sibbitt, Eric | 1997, Fintech and Payments Group | $29,910.50 | 16.30 | $1,835.00 | $1,410.00 | 3 |
| Song, Jane | 2000- General Corporate | $14,175.00 | 8.10 | $1,750.00 | N/A | N/A |
| Spafford, Michael | 1984, Investigation & White Collar Defense | $2,625.00 | 1.40 | $1,875.00 | N/A | N/A |
| Spafford, Michael | 1984, Investigation & White Collar Defense | $13,317.00 | 6.90 | $1,930.00 | N/A | 1 |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Srivastava, Arun | 1991, Fintech and Payments Group | $16,896.00 | 9.60 | $1,760.00 | $1,760.00 | N/A |
| Srivastava, Arun | 1991, Fintech and Payments Group | $88,160.00 | 46.40 | $1,900.00 | $1,760.00 | 1 |
| Tsao, Leo | 1999, Investigation & White Collar Defense | $30,879.00 | 21.90 | $1,410.00 | $1,410.00 | N/A |
| Tsao, Leo | 1999, Investigation & White Collar Defense | $85,095.00 | 55.80 | $1,525.00 | $1,410.00 | 1 |
| Tsao, Leo | 1999, Investigation & White Collar Defense | $83,524.00 | 53.20 | $1,570.00 | $1,410.00 | 2 |
| Tsao, Leo | 1999, Investigation & White Collar Defense | $11,005.00 | 6.20 | $1,775.00 | $1,410.00 | 3 |
| Zuppone, Michael | 1989, Securities & Capital Markets | $109,532.50 | 56.90 | $1,925.00 | N/A | N/A |
| Zuppone, Michael | 1989, Securities & Capital Markets | $82,576.00 | 41.60 | $1,985.00 | N/A | 1 |
| Zuppone, Michael | 1989, Securities & Capital Markets | $5,117.50 | 2.30 | $2,225.00 | N/A | 2 |
| Zwickel, Arthur | 1993, Investment Funds and Private Capital | $14,060.00 | 7.60 | $1,850.00 | N/A | N/A |
| Zwickel, Arthur | 1993, Investment Funds and Private Capital | $23,050.50 | 12.10 | $1,905.00 | N/A | 1 |
| **Partner Total** | | **$26,431,975.00** | **14,257.50** | | | |
| **OF COUNSEL** | | | | | | |
| Cabral, Jason | 2008, Fintech and Payments Group | $8,758.00 | 5.80 | $1,510.00 | $1,510.00 | N/A |
| Greenbacker, Lauren-Kelly D. | 2014, Fintech & Payments Group | $107,677.50 | 87.90 | $1,225.00 | $1,225.00 | N/A |
| Greenbacker, Lauren-Kelly D. | 2014, Fintech & Payments Group | $56,760.00 | 43.00 | $1,320.00 | $1,225.00 | 1 |
| Greenbacker, Lauren-Kelly D. | 2014, Fintech & Payments Group | $117,705.00 | 82.60 | $1,425.00 | $1,225.00 | 2 |
| Greenbacker, Lauren-Kelly D. | 2014, Fintech & Payments Group | $322,224.00 | 219.20 | $1,470.00 | $1,225.00 | 3 |
| Greenbacker, Lauren-Kelly D. | 2014, Fintech & Payments Group | $27,030.00 | 17.00 | $1,590.00 | $1,225.00 | 4 |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Griffin, Meagan | 2013, Fintech and Payments Group | $125,583.00 | 102.10 | $1,230.00 | $1,230.00 | N/A |
| Griffin, Meagan | 2013, Fintech and Payments Group | $71,016.00 | 53.80 | $1,320.00 | $1,230.00 | 1 |
| Griffin, Meagan | 2013, Fintech and Payments Group | $124,830.00 | 87.60 | $1,425.00 | $1,230.00 | 2 |
| Griffin, Meagan | 2013, Fintech and Payments Group | $145,530.00 | 99.00 | $1,470.00 | $1,230.00 | 3 |
| Griffin, Meagan | 2013, Fintech and Payments Group | $795.00 | 0.50 | $1,590.00 | $1,230.00 | 4 |
| Holden, Diane | 2009, Fintech and Payments Group | $62,916.00 | 42.80 | $1,470.00 | N/A | N/A |
| Johnston, Randall | 2014, General Corporate | $1,824.00 | 1.20 | $1,520.00 | N/A | N/A |
| Kaplan, Lawrence | 1987, Fintech and Payments Group | $11,900.00 | 7.00 | $1,700.00 | N/A | N/A |
| Kaplan, Lawrence | 1987, Fintech and Payments Group | $7,700.00 | 4.40 | $1,750.00 | N/A | 1 |
| Levine, Eric | 2007, Mergers & Acquisitions | $56,050.00 | 38.00 | $1,475.00 | $1,525.00 | N/A |
| Levine, Eric | 2007, Mergers & Acquisitions | $58,712.50 | 38.50 | $1,525.00 | $1,525.00 | N/A |
| Lowenthal, Jeffrey | 1984, Financial Restructuring | $874.00 | 0.40 | $2,185.00 | N/A | N/A |
| Martin, Samantha | 2008, Financial Restructuring | $530,442.00 | 357.20 | $1,485.00 | $1,485.00 | N/A |
| Martin, Samantha | 2008, Financial Restructuring | $371,200.00 | 232.00 | $1,600.00 | $1,485.00 | 1 |
| May, Jacqueline | 1988, Investment Funds and Private Capital | $3,060.00 | 1.80 | $1,700.00 | N/A | N/A |
| Merchant, Heena | 2012, Fintech and Payments Group | $26,076.00 | 21.20 | $1,230.00 | $1,230.00 | N/A |
| Merchant, Heena | 2012, Fintech and Payments Group | $6,864.00 | 5.20 | $1,320.00 | $1,230.00 | 1 |
| Merchant, Heena | 2012, Fintech and Payments Group | $17,670.00 | 12.40 | $1,425.00 | $1,230.00 | 2 |
| Moffatt, Nina | 2009, Fintech and Payments Group | $10,972.50 | 7.70 | $1,425.00 | N/A | N/A |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Moffatt, Nina | 2009, Fintech and Payments Group | $6,762.00 | 4.60 | $1,470.00 | N/A | 1 |
| Sasson, Isaac | 2016, Financial Restructuring | $388,680.00 | 323.90 | $1,200.00 | $1,200.00 | N/A |
| Sasson, Isaac | 2016, Financial Restructuring | $1,211,310.00 | 939.00 | $1,290.00 | $1,200.00 | 1 |
| Sasson, Isaac (travel, bill at ½ rate) | 2016, Financial Restructuring | $1,612.50 | 2.50 | $645.00 | $600.00 | 1 |
| Sasson, Isaac | 2016, Financial Restructuring | $555,408.00 | 417.60 | $1,330.00 | $1,200.00 | 2 |
| Sasson, Isaac (travel, bill at ½ rate) | 2016, Financial Restructuring | $2,660.00 | 4.00 | $665.00 | $600.00 | 2 |
| Sasson, Isaac | 2016, Financial Restructuring | $568,044.00 | 407.20 | $1,395.00 | $1,200.00 | 3 |
| Sasson, Isaac (travel, bill at ½ rate) | 2016, Financial Restructuring | $14,996.25 | 21.50 | $697.50 | $600.00 | 3 |
| Sasson, Isaac | 2016, Financial Restructuring | $68,200.00 | 44.00 | $1,550.00 | $1,200.00 | 4 |
| Silber, Gary | 2011, Tax | $7,897.00 | 5.30 | $1,490.00 | $1,490.00 | N/A |
| Silber, Gary | 2011, Tax | $150,720.00 | 94.20 | $1,600.00 | $1,490.00 | 1 |
| Silber, Gary | 2011, Tax | $85,800.00 | 52.00 | $1,650.00 | $1,490.00 | 2 |
| Silber, Gary | 2011, Tax | $124,320.00 | 67.20 | $1,850.00 | $1,490.00 | 3 |
| Stevenson, Braddock | 2008, Investigation & White Collar Defense | $2,670.00 | 2.00 | $1,335.00 | $1,335.00 | N/A |
| Stevenson, Braddock | 2008, Investigation & White Collar Defense | $1,450.00 | 1.00 | $1,450.00 | $1,335.00 | 1 |
| Stevenson, Braddock | 2008, Investigation & White Collar Defense | $33,039.50 | 22.10 | $1,495.00 | $1,335.00 | 2 |
| Stevenson, Braddock | 2008, Investigation & White Collar Defense | $4,929.00 | 3.10 | $1,590.00 | $1,335.00 | 3 |
| Traxler, Katherine A. | 1990, Financial Restructuring | $25,484.00 | 27.70 | $920.00 | $920.00 | N/A |
| Traxler, Katherine A. | 1990, Financial Restructuring | $29,212.50 | 28.50 | $1,025.00 | $920.00 | 1 |
| Traxler, Katherine A. | 1990, Financial Restructuring | $13,398.50 | 12.70 | $1,055.00 | $920.00 | 2 |
| Traxler, Katherine A. | 1990, Financial Restructuring | $17,584.00 | 15.70 | $1,120.00 | $920.00 | 3 |
| | **Of Counsel Total** | **$5,588,346.75** | **4,064.10** | | | |
| **OTHER ATTORNEY** | | | | | | |
| Endo, Katsumi | 2022, Mergers & Acquisitions | $7,535.00 | 13.70 | $550.00 | N/A | N/A |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Sepinuck, Stephen | 1987, Finance | $7,234.50 | 5.30 | $1,365.00 | N/A | N/A |
| Turanchik, Stephen | 1996, Tax | $2,232.00 | 1.80 | $1,240.00 | N/A | N/A |
| **Other Attorney Total:** | | $17,001.50 | 20.80 | | | |
| **ASSOCIATE** | | | | | | |
| Ahluwalia, Sainaya | 1999, Financial Restructuring | $4,242.00 | 8.40 | $505.00 | $505.00 | N/A |
| Anderson, Chris | 2003, Fintech and Payments Group | $4,480.00 | 4.00 | $1,120.00 | $1,120.00 | N/A |
| Anderson, Chris | 2003, Fintech and Payments Group | $32,110.00 | 26.00 | $1,235.00 | $1,120.00 | 1 |
| Anderson, Chris | 2003, Fintech and Payments Group | $159,893.00 | 125.90 | $1,270.00 | $1,120.00 | 2 |
| Ankenman, Dan | 2023, Fintech and Payments Group | $5,040.00 | 6.30 | $800.00 | N/A | N/A |
| Ashuraey, Sam | 2017, Financial Restructuring | $197,548.00 | 170.30 | $1,160.00 | $1,160.00 | N/A |
| Ashuraey, Sam | 2017, Financial Restructuring | $76,581.00 | 60.30 | $1,270.00 | $1,160.00 | 1 |
| Balassiano, Diana | 2012, Securities & Capital Markets | $18,271.00 | 15.10 | $1,210.00 | N/A | N/A |
| Burkov, Konstantin | 2013, Fintech and Payments Group | $6,664.00 | 4.90 | $1,360.00 | N/A | N/A |
| Burns, Elena | 2019, Private Equity | $24,831.00 | 26.70 | $930.00 | $930.00 | N/A |
| Burns, Elena | 2019, Private Equity | $69,975.00 | 62.20 | $1,125.00 | $930.00 | 1 |
| Burns, Elena | 2019, Private Equity | $2,320.00 | 2.00 | $1,160.00 | $930.00 | 2 |
| Catalano, Kristin | 2021, Financial Restructuring | $39,292.50 | 50.70 | $775.00 | $775.00 | N/A |
| Catalano, Kristin | 2021, Financial Restructuring | $203,862.00 | 222.80 | $915.00 | $775.00 | 1 |
| Catalano, Kristin | 2021, Financial Restructuring | $74,918.00 | 79.70 | $940.00 | $775.00 | 2 |
| Catalano, Kristin | 2021, Financial Restructuring | $10,933.50 | 11.10 | $985.00 | $775.00 | N/A |
| Catalano, Kristin | 2021, Financial Restructuring | $144,096.00 | 121.60 | $1,185.00 | $775.00 | 3 |
| Chou, Maggie | 2019, Private Equity | $348.00 | 0.30 | $1,160.00 | N/A | N/A |
| Connor, Clair | 2021, Investigation & White Collar Defense | $470.00 | 0.50 | $940.00 | N/A | N/A |
| Daly, Crispin | Financial Restructuring | $37,884.00 | 30.80 | $1,230.00 | $1,230.00 | N/A |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Daly, Crispin | Financial Restructuring | $47,256.00 | 35.80 | $1,320.00 | $1,230.00 | 1 |
| Diaz, Caroline | 2021, Financial Restructuring | $183,675.00 | 197.50 | $930.00 | $930.00 | N/A |
| Diaz, Caroline | 2021, Financial Restructuring | $340,200.00 | 302.40 | $1,125.00 | $930.00 | 1 |
| Diaz, Caroline | 2021, Financial Restructuring | $1,276.00 | 1.10 | $1,160.00 | $930.00 | 2 |
| Duffy, Logan | 2022, Mergers & Acquisitions | $555,322.50 | 649.50 | $855.00 | N/A | N/A |
| Dunn, Austin | 2022, Private Equity | $58,225.50 | 68.10 | $855.00 | N/A | N/A |
| Fedler, Kayla | 2022, Fintech and Payments Group | $25,217.00 | 33.40 | $755.00 | $755.00 | N/A |
| Fedler, Kayla | 2022, Fintech and Payments Group | $54,634.50 | 63.90 | $855.00 | $755.00 | 1 |
| Fedler, Kayla | 2022, Fintech and Payments Group | $3,841.50 | 3.90 | $985.00 | $755.00 | 2 |
| Fisher, Michael | 2020, Complex Litigation & Arbitration | $84,165.00 | 90.50 | $930.00 | $930.00 | N/A |
| Fisher, Michael | 2020, Complex Litigation & Arbitration | $29,137.50 | 25.90 | $1,125.00 | $930.00 | 1 |
| Friedrick, Matthew | 2019, Financial Restructuring | $12,214.00 | 12.40 | $985.00 | N/A | N/A |
| Gaviria, Natasha | 2021, Life Sciences and Healthcare | $83,265.00 | 91.00 | $915.00 | N/A | N/A |
| Gaviria, Natasha | 2021, Life Sciences and Healthcare | $146,358.00 | 155.70 | $940.00 | N/A | 1 |
| Gaviria, Natasha | 2021, Life Sciences and Healthcare | $2,962.50 | 2.50 | $1,185.00 | N/A | 2 |
| Glogowski, Angelika | 2021, Financial Restructuring | $4,038.50 | 4.10 | $985.00 | N/A | N/A |
| Gomez-Abreu, Adam | 2022, Life Sciences and Healthcare | $61,560.00 | 72.00 | $855.00 | N/A | |
| Grewal, Rav | 2021, Securities & Capital Markets | $34,678.50 | 37.90 | $915.00 | N/A | N/A |
| Grewal, Rav | 2021, Securities & Capital Markets | $21,338.00 | 22.70 | $940.00 | N/A | 1 |
| Iaffaldano, Jack | 2020, Financial Restructuring | $146,289.00 | 157.30 | $930.00 | $930.00 | N/A |
| Iaffaldano, Jack | 2020, Financial Restructuring | $12,509.50 | 12.70 | $985.00 | $930.00 | N/A |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Iaffaldano, Jack | 2020, Financial Restructuring | $532,350.00 | 473.20 | $1,125.00 | $930.00 | 1 |
| Iaffaldano, Jack | 2020, Financial Restructuring | $815,828.00 | 703.30 | $1,160.00 | $930.00 | 2 |
| Iaffaldano, Jack | 2020, Financial Restructuring | $801,346.00 | 618.80 | $1,295.00 | $930.00 | 3 |
| Jackson, Chala | 2022, Complex Litigation & Arbitration | $71,563.50 | 83.70 | $855.00 | N/A | N/A |
| John, Nina | 2022, Securities & Capital Markets | $431,518.50 | 504.70 | $855.00 | N/A | N/A |
| Khoury, Gabriel | 2021, Fintech and Payments Group | $11,082.50 | 14.30 | $775.00 | $775.00 | N/A |
| Khoury, Gabriel | 2021, Fintech and Payments Group | $181,810.50 | 198.70 | $915.00 | $775.00 | 1 |
| Khoury, Gabriel | 2021, Fintech and Payments Group | $510,890.00 | 543.50 | $940.00 | $775.00 | 2 |
| Koch, Leonie | 2023, Financial Restructuring | $242,355.00 | 321.00 | $755.00 | $755.00 | N/A |
| Koch, Leonie | 2023, Financial Restructuring | $1,517,967.00 | 1,775.40 | $855.000 | $755.00 | 1 |
| Koch, Leonie (travel, bill at ½ rate) | 2023, Financial Restructuring | $2,907.00 | 6.80 | $492.50 | $377.50 | 1 |
| Koch, Leonie | 2023, Financial Restructuring | $762,685.50 | 774.30 | $985.00 | $755.00 | 2 |
| Koch, Leonie (travel, bill at ½ rate) | 2023, Financial Restructuring | $9,997.75 | 20.30 | $492.50 | $377.50 | 2 |
| Krystek, Bethany | 2019, Securities & Capital Markets | $605.00 | 0.50 | $1,210.00 | N/A | N/A |
| Kuri, Peter | 2023, Fintech and Payments Group | $5,440.00 | 6.80 | $800.00 | N/A | N/A |
| Lersch, Kelly | 2018, Fintech and Payments Group | $470.00 | 0.40 | $1,175.00 | N/A | N/A |
| Lersch, Kelly | 2018, Fintech and Payments Group | $484.00 | 0.40 | $1,210.00 | N/A | 1 |
| Levine, Bob | 2014, Financial Restructuring | $430,860.00 | 334.00 | $1,290.00 | N/A | N/A |
| Levine, Bob | 2014, Financial Restructuring | $275,177.00 | 206.90 | $1,330.00 | N/A | 1 |
| Loecher, Sarah | 2022, Fintech and Payments Group | $21,527.00 | 20.60 | $1,045.00 | N/A | N/A |
| Maksud, Muaaz | 2021, Mergers & Acquisitions | $63,958.50 | 69.90 | $915.00 | N/A | N/A |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Maksud, Muaaz | 2021, Mergers & Acquisitions | $54,238.00 | 57.70 | $940.00 | N/A | 1 |
| Maksud, Muaaz | 2021, Mergers & Acquisitions | $11,020.50 | 9.30 | $1,185.00 | N/A | 2 |
| McMillan, Jillian | 2019, Financial Restructuring | $86,187.50 | 87.50 | $985.00 | N/A | N/A |
| McMillan, Jillian | 2019, Financial Restructuring | $27,225.00 | 24.20 | $1,125.00 | N/A | N/A |
| McMillan, Jillian | 2019, Financial Restructuring | $138,388.00 | 119.30 | $1,160.00 | N/A | 1 |
| Michels, John | 2018, Complex Litigation & Arbitration | $1,997.50 | 1.70 | $1,175.00 | N/A | N/A |
| Miliotes, Lanie | 2023, Financial Restructuring | $46,206.00 | 61.20 | $755.00 | $755.00 | N/A |
| Miliotes, Lanie | 2023, Financial Restructuring | $433,057.50 | 506.50 | $855.00 | $755.00 | 1 |
| Miliotes, Lanie | 2023, Financial Restructuring | $80,277.50 | 81.50 | $985.00 | $755.00 | 2 |
| Nizamian, Andrew | 2017, Fintech and Payments Group | $80,304.00 | 71.70 | $1,120.00 | $1,120.00 | N/A |
| Nizamian, Andrew | 2017, Fintech and Payments Group | $222,423.50 | 180.10 | $1,235.00 | $1,120.00 | 1 |
| Nizamian, Andrew | 2017, Fintech and Payments Group | $504,444.00 | 397.20 | $1,270.00 | $1,120.00 | 2 |
| Oakley, Erik | 2022, Securities & Capital Markets | $252,994.50 | 295.90 | $855.00 | N/A | N/A |
| Oakley, Erik | 2022, Securities & Capital Markets | $7,190.50 | 7.30 | $985.00 | N/A | 1 |
| Panchal, Bhavesh | 2017, Fintech and Payments Group | $1,815.00 | 1.50 | $1,210.00 | N/A | N/A |
| Quattrocchi, Sarah | 2020, Fintech and Payments Group | $49,569.00 | 53.30 | $930.00 | $930.00 | N/A |
| Quattrocchi, Sarah | 2020, Fintech and Payments Group | $89,100.00 | 79.20 | $1,125.00 | $930.00 | 1 |
| Quattrocchi, Sarah | 2020, Fintech and Payments Group | $124,700.00 | 107.50 | $1,160.00 | $930.00 | 2 |
| Rubin, Lisa | 2017, Fintech and Payments Group | $3,136.00 | 2.80 | $1,120.00 | $1,120.00 | N/! |
| Rubin, Lisa | 2017, Fintech and Payments Group | $864.50 | 0.70 | $1,235.00 | $1,120.00 | 1 |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Rubin, Lisa | 2017, Fintech and Payments Group | $44,831.00 | 35.30 | $1,270.00 | $1,120.00 | 2 |
| Sadler, Tess | 2019, Financial Restructuring | $105,875.00 | 87.50 | $1,210.00 | N/A | N/A |
| Sadler, Tess | 2019, Financial Restructuring | $129,265.50 | 94.70 | $1,365.00 | N/A | 1 |
| Seelig, Ben | 2020, Investigation & White Collar Defense | $76,725.00 | 82.50 | $930.00 | $930.00 | N/A |
| Seelig, Ben | 2020, Investigation & White Collar Defense | $43,987.50 | 39.10 | $1,125.00 | $930.00 | 1 |
| Shen, Yiren | 2018, Securities & Capital Markets | $19,975.00 | 17.00 | $1,175.00 | N/A | N/A |
| Shen, Yiren | 2018, Securities & Capital Markets | $605.00 | 0.50 | $1,210.00 | N/A | 1 |
| Silvers, Zach | 2021, Fintech and Payments Group | $8,342.50 | 7.10 | $1,175.00 | N/A | N/A |
| Simpson, Louise | 2022, Financial Restructuring | $53,288.50 | 54.10 | $985.00 | N/A | N/A |
| Steed, Jeremy | 2013, Investigation & White Collar Defense | $5,280.00 | 4.00 | $1,320.00 | N/A | N/A |
| Steed, Jeremy | 2013, Investigation & White Collar Defense | $98,464.00 | 72.40 | $1,360.00 | N/A | 1 |
| Steed, Jeremy | 2013, Investigation & White Collar Defense | $5,580.00 | 4.00 | $1,395.00 | N/A | 2 |
| Sutton, Ezra | 2021, Financial Restructuring | $55,652.50 | 56.50 | $985.00 | N/A | N/A |
| Thrasher, Karin | 2021, Fintech and Payments Group | $51,770.00 | 66.80 | $775.00 | $775.00 | N/A |
| Thrasher, Karin | 2021, Fintech and Payments Group | $36,051.00 | 39.40 | $915.00 | $775.00 | 1 |
| Tully, Courtney | 2019, Private Equity | $12,807.50 | 10.90 | $1,175.00 | N/A | N/A |
| Wong, Nicole | 2023, Tax | $83,106.00 | 97.20 | $855.00 | N/A | N/A |
| Wong, Nicole | 2023, Tax | $35,263.00 | 35.80 | $985.00 | N/A | 1 |
| Wormley, David | 2021, Fintech and Payments Group | $6,412.50 | 7.50 | $855.00 | N/A | N/A |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Xu, Christine | 2022, Financial Restructuring | $69,595.00 | 89.80 | $775.00 | $775.00 | N/A |
| Xu, Christine | 2022, Financial Restructuring | $364,261.50 | 398.10 | $915.00 | $775.00 | 1 |
| Xu, Christine | 2022, Financial Restructuring | $220,148.00 | 234.20 | $940.00 | $775.00 | 2 |
| Xu, Christine | 2022, Financial Restructuring | $32,232.00 | 27.20 | $1,185.00 | $775.00 | 3 |
| Yu, Annie | 2024, Financial Restructuring | $8,560.00 | 10.70 | $800.00 | N/A | N/A |
| Yu, Annie | 2024, Financial Restructuring | $21,328.50 | 24.10 | $885.00 | N/A | 1 |
| **Associate Total** | | **$13,517,290.25** | **13,489.90** | | | |
| **PARAPROFESSIONAL** | | | | | | |
| Austin, Javii | Practice Innovation | $3,400.00 | 8.50 | $400.00 | N/A | N/A |
| Chang, Irene | Practice Innovation | $2,920.00 | 7.30 | $400.00 | N/A | N/A |
| Ecklund, Amy | Technical Operations Senior Analyst | $1,890.00 | 4.50 | $420.00 | N/A | N/A |
| Ecklund, Amy | Technical Operations Senior Analyst | $396.00 | 0.90 | $440.00 | N/A | 1 |
| Elliott, Elizabeth | Practice Innovation | $1,920.00 | 4.80 | $400.00 | N/A | N/A |
| Funao, Miho | Practice Innovation | $799.00 | 3.40 | $235.00 | N/A | N/A |
| Halbig, Uwe | Tax | $1,514.50 | 1.30 | $1,165.00 | N/A | N/A |
| Laskowski, Mat | Financial Restructuring | $86,674.50 | 168.30 | $515.00 | $515.00 | N/A |
| Laskowski, Mat | Financial Restructuring | $448,956.00 | 831.40 | $540.00 | $515.00 | 1 |
| Laskowski, Mat | Financial Restructuring | $279,336.00 | 494.40 | $565.00 | $515.00 | 2 |
| Liu, Kelly | Practice Innovation | $1,120.00 | 2.80 | $400.00 | N/A | N/A |
| Liu, Kelly | Practice Innovation | $756.00 | 1.80 | $420.00 | N/A | 1 |
| Lopez, Mayra | Technical Operations Senior Analyst | $390.50 | 1.10 | $355.00 | N/A | N/A |
| Lopez, Mayra | Technical Operations Senior Analyst | $10,875.00 | 29.00 | $375.00 | N/A | 1 |
| Lopez, Mayra | Technical Operations Senior Analyst | $632.00 | 1.60 | $395.00 | N/A | 2 |
| Magzamen, Michael | Financial Restructuring | $36,771.00 | 71.40 | $515.00 | $515.00 | N/A |
| Magzamen, Michael | Financial Restructuring | $73,386.00 | 135.90 | $540.00 | $515.00 | 1 |
| Magzamen, Michael | Financial Restructuring | $12,260.50 | 21.70 | $565.00 | $515.00 | 2 |

| Name, Position | Year of First Admission, Department | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In Last Interim Application | In First Interim Application | |
| Mohamed, David | Financial Restructuring | $17,098.00 | 33.20 | $515.00 | $515.00 | N/A |
| Mohamed, David | Financial Restructuring | $14,580.00 | 27.00 | $540.00 | $515.00 | 1 |
| Mohamed, David | Financial Restructuring | $3,729.00 | 6.60 | $565.00 | $515.00 | 2 |
| Nunez, Amanda | Complex Litigation & Arbitration | $1,864.50 | 3.30 | $565.00 | N/A | N/A |
| O'Dea, Heather | Practice Innovation | $288.00 | 0.80 | $360.00 | N/A | N/A |
| O'Dea, Heather | Practice Innovation | $5,280.00 | 13.20 | $400.00 | N/A | 1 |
| Reid, Alex | Practice Innovation | $400.00 | 1.00 | $400.00 | N/A | N/A |
| **Paraprofessional Total:** | | **$1,007,236.50** | **1,875.20** | | | |
| **TOTAL:** | | **$46,561,850.00** | **33,707.50** | | | |
| **BLENDED HOURLY RATE:** | | | | | | **$1,381** |

## COMPENSATION BY PROJECT CATEGORY FOR THE APPLICATION PERIOD

| | U.S. Trustee Task Code and Project Category | Hours Billed | Amount Billed |
|---|---|---|---|
| B110 | Case Administration | 1,497.40 | $1,329,804.50 |
| B111 | Schedules and Statements of Financial Affairs | 26.70 | $33,922.00 |
| B112 | General Creditor Inquiries | 202.90 | $330,538.00 |
| B113 | Case Analysis/Pleadings Review | 722.40 | $922,509.00 |
| B115 | Meetings and Communications with Debtors | 1,867.60 | $3,110,297.50 |
| B120 | Asset Analysis and Recovery | 2,296.70 | $3,090,176.00 |
| B125 | Intellectual Property | 2.50 | $3,417.00 |
| B130 | Asset Disposition | 3,143.70 | $4,822,131.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 493.40 | $605,708.50 |
| B150 | Meetings and Communications with Creditors | 3,728.80 | $6,053,404.00 |
| B155 | Court Hearings | 779.70 | $1,065,210.00 |
| B160 | Retention/Employment Matters (Paul Hastings) | 419.20 | $549,833.50 |
| B162 | Fee/Compensation Matters (Paul Hastings) | 700.00 | $764,495.00 |
| B165 | Retention/Employment Matters (Other Professionals) | 391.10 | $574,276.00 |
| B166 | Fee/Compensation Matters (Other Professionals) | 193.70 | $193,455.00 |
| B175 | Bahamian PropCo Analysis | 208.50 | $316,192.00 |
| B180 | Avoidance Action Analysis | 696.20 | $928,491.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 10.90 | $12,826.50 |
| B186 | K5 Discovery | 290.20 | $303,172.50 |
| B188 | Examiner Matters | 92.30 | $144,707.00 |
| B189 | Monitoring or Participating in Related Cryptocurrency Bankruptcy | 219.10 | $227,686.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1,520.60 | $1,990,408.00 |
| B191 | General Litigation | 1,877.80 | $2,393,107.50 |
| B195 | Non-Working Travel (billed ½ rate) | 119.20 | $94,675.00 |
| B210 | Business Operations | 237.50 | $301,076.00 |
| B211 | Financial Reports (Monthly Operating Reports) | 8.20 | $13,650.00 |
| B215 | Regulatory Matters | 2,837.90 | $4,076,914.50 |
| B220 | Employee Benefits/Pensions | 37.90 | $50,715.00 |
| B230 | Financing/Cash Collections | 20.60 | $30,043.50 |
| B240 | Tax Issues | 244.70 | $336,928.00 |
| B261 | Investigations | 3,722.90 | $4,068,729.00 |

| | | | |
|---|---|---:|---:|
| B310 | Claims Administration and Objection | 921.70 | $1,424,285.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 4,175.50 | $6,399,065.00 |
| **TOTAL:** | | **33,707.50** | **$46,561,850.00** |

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**

| Category | Amount |
|---|---|
| Airfare | $280.30 |
| Computer Search | $67,040.48 |
| Court Reporting Services | $5,217.91 |
| Local-Mileage | $306.46 |
| Lodging | $3,955.22 |
| Messenger | $139.29 |
| Outside Professional Services | $1,622,730.29 |
| Postage/Express Mail | $34.45 |
| In-house Black & White Reproduction Charges (19,259 copies at $0.08 per page) | $1,540.72 |
| In-house Color Reproduction Charges (65,604 copies at $0.50 per page) | $32,802.00 |
| Meals | $1,830.22 |
| Taxi/Ground Transportation | $19,791.29 |
| UPS/Courier Service | $770.44 |
| Vendor Expense | $1,300.31 |
| **TOTAL:** | **$1,757,739.38** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline:** |
| | ) | **March 3, 2025 at 4:00 p.m. (ET)**[2] |
| | ) | |
| | ) | **Hearing Date:** |
| | ) | **April 17, 2025 at 10:00 a.m. (ET)** |

**FINAL FEE APPLICATION OF PAUL HASTINGS LLP, AS LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 20, 2022 THROUGH OCTOBER 8, 2024**

Pursuant to sections 105(a), 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 435] (the "Interim Compensation Order"), and Section 3.4.1 of the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [Docket No. 26029] (the "Plan"), Paul Hastings LLP ("Paul Hastings"), lead counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11

---

[1]  The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "Fee Examiner Order").

cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this final fee application (this "Application") for final allowance and payment of the sums of $46,561,850.00 as compensation and $1,757,739.38 for reimbursement of expenses, for a total of $48,319,589.38, incurred by Paul Hastings for professional services rendered during the period from December 20, 2022 through and including October 8, 2024 (the "Application Period") for or on behalf of the Committee in connection with the Chapter 11 Cases. In support of this Application, Paul Hastings respectfully states as follows:

## JURISDICTION, VENUE, AND BASIS FOR RELIEF

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Pursuant to Local Rule 9013-1(f), Paul Hastings consents to entry of a final judgment or order with respect to this Application if it is determined that the Court would lack Article III jurisdiction to enter such final order or judgment absent consent of the parties.

2.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

## BACKGROUND

4.      On November 11, 2022 and November 14, 2022, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code with this Court.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, no trustee has been appointed in the Chapter 11 Cases.

5.      On July 3, 2024, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") filed the *Fifth Amended Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 19221].[3]

6.      On December 20, 2022, the Committee selected Paul Hastings to serve as its lead counsel in connection with the Debtors' Chapter 11 Cases.

7.      On February 7, 2023, the Court entered the Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Lead Counsel to the Official Committee of Unsecured Creditors, effective as of December 20, 2022 [Docket No. 635] (the "Retention Order"), authorizing the retention and employment of Paul Hastings as lead counsel to the Committee, effective as of December 20, 2022.  The Retention Order authorizes Paul Hastings to be compensated for its services at its regular hourly rates in effect from time to time, as such rates may be increased periodically, and reimbursed for any costs and expenses incurred in connection with its representation of the Committee in connection with the Chapter 11 Cases, as set forth therein.

8.      On March 8, 2023, the Court entered the Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses [Docket No. 834].  The Court appointed Katherine Stadler as the Fee Examiner in the Chapter 11 Cases.

9.      On October 8, 2024 (the "Confirmation Date"), the Court entered the Findings of Fact, Conclusions of Law and Order Confirming Second Amended Joint Chapter 11 Plan of

---

[3]      The notice amended the initial *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 231] issued by the U.S. Trustee on December 15, 2022, to reflect the addition and correction of contact information for certain of the members of the Committee, and to reflect the resignations of Acaena Amoros Romero, Coincident Capital International, Ltd., GGC International Ltd., Octopus Information, Ltd., Wintermute Asia PTE. Ltd., and Zachary Bruch from the Committee.

Reorganization of FTX Trading Ltd. and its Debtor Affiliates [Docket No. 26404] (the "Confirmation Order"), whereby the Court confirmed the Plan. Under section 2.1.162 of the Plan, the fee and expense claims of estate professionals, including Paul Hastings as Committee counsel, extend through the Confirmation Date. On January 3, 2025, the effective date of the Plan occurred.

## RELIEF REQUESTED

10.    By this Application, Paul Hastings seeks (a) final allowance of compensation as an administrative expense claim against each of the Debtors' estates for fees and expenses in the aggregate amount of $48,319,589.38 and (b) payment in the amount of $205,111.75, representing the unpaid amount of fees and expenses as of the date of this Application, in connection with Paul Hastings' services during the Application Period for or on behalf of the Committee.

11.    Except as permitted under the Interim Compensation Order, during the Application Period, Paul Hastings received no payment or any promise of payment from any source for services rendered or to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Paul Hastings and any other person, other than the attorneys and employees of Paul Hastings, for the sharing of compensation to be received for services rendered in the Chapter 11 Cases.

12.    Paul Hastings maintains computerized records of the time spent by all Paul Hastings' attorneys and paraprofessionals in connection with its representation of the Committee. Detailed statements of the services performed by Paul Hastings during the Application Period were submitted with the firm's filed monthly fee applications (collectively, the "Monthly Fee Statements"), which are incorporated herein by reference. *See* Docket Nos. 765, 1085, 1300, 1550, 1618, 1898, 2254, 2498, 3411, 4122, 4652, 6656, 7728, 9061, 10885, 12846, 16355, 20320, 22161, 24030, 26746, 27320, and 28283.  Additionally, in accordance with the Interim Compensation

Order, Paul Hastings submitted interim fee applications (collectively, the "Interim Fee Applications"), which are incorporated herein by reference. *See* Docket Nos. 1106, 1107, 1649, 1650, 2524, 2525, 4814, 4816, 9463, 9465, 17623, 17624, 24709, 24712, 28830 and 28832. All payments of fees and reimbursement of expenses to Paul Hastings in the Chapter 11 Cases were in accordance with the Interim Compensation Order, additional Court orders, and discussions and agreement with the Fee Examiner.

13.     In coordination with the Court-approved fee examiner appointed in the Chapter 11 Cases, Paul Hastings developed a coding protocol for certain time entries so as to preserve the confidentiality of certain services being performed by Paul Hastings attorneys, such as (among other things) the investigation of potential litigation targets, analysis of various venture portfolio investments, and communications with or regarding potential bidders in connection with ongoing asset sale processes. As part of this protocol, Paul Hastings developed a series of four-digit codes that correspond to a specific party or asset in one or more of the aforementioned categories and a decoded list was provided to the Fee Examiner.

## SUMMARY OF SERVICES RENDERED

14.     Paul Hastings has worked diligently in these complex Chapter 11 Cases to advance the interests of the Committee for the benefit of general unsecured creditors. The services rendered by Paul Hastings during the Application Period are grouped into the project categories set forth in the Monthly Fee Statements. The attorneys and paralegals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are identified in the Monthly Fee Statements.

15.     The professional services set forth in the Monthly Fee Statements (a) were necessary and appropriate to the administration of the Chapter 11 Cases, (b) were in the best

interests of the Committee, the Debtors' estates, and their creditors and stakeholders, and (c) were provided without unnecessary duplication of effort or expense.  Compensation for the services as requested is commensurate with the complexity, importance, and nature of the problems, issues, and tasks involved.

16.     Paul Hastings has been involved in a meaningful way in the Chapter 11 Cases and has fulfilled its duties in representing the Committee.  Paul Hastings submits that in view of its integral role in the Chapter 11 Cases, its request for final compensation and final reimbursement of expenses is reasonable and warranted.

## EXPENSE REIMBURSEMENT

17.     A detailed statement of the actual and necessary costs and expenses incurred by Paul Hastings during the Application Period in the aggregate amount of $1,757,739.38 in the performance of services rendered to the Committee is attached hereto as Exhibit A.  The expenses are categorized according to the nature of the charges incurred, including, among other things, telephone and facsimile charges, mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, transportation costs, expenses for "working meals," computerized research, and other research costs.

18.     Pursuant to Local Rule 2016-2, Paul Hastings represents that (a) its rate for copying charges is $0.08 per page for black and white copies and $0.50 per page for color copies, (b) its rate for outgoing facsimile transmissions is $0.25 per page (excluding related long distance transmission charges) with no charge for incoming facsimile transmissions, and (c) computer-assisted legal research is charged at rates not more than the actual cost.

## REASONABLE AND NECESSARY SERVICES

19.     Under section 330 of the Bankruptcy Code, the Court may award to a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services" rendered by the professional, plus "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A), (B).

20.     In determining the amount of "reasonable compensation" to be awarded to the professional, section 330 of the Bankruptcy Code further provides that the Court shall consider the nature, the extent, and the value of the services, taking into account all the relevant factors, including—

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Paul Hastings respectfully submits that the amounts requested in this Application are fair and reasonable.

(A)   ***Time Spent on Services:*** Paul Hastings billed a total of $46,561,850.00 in fees and 33,707.50 hours for professional and paraprofessional services rendered during the Application Period.  As evidenced by this Application, Paul Hastings' professionals and paraprofessionals worked diligently and efficiently without unnecessary duplication of efforts throughout the Application Period. Whenever possible, Paul Hastings sought to minimize the costs of Paul Hastings' services to the Committee by utilizing talented junior attorneys and paraprofessionals to handle the more routine aspects of the assignments.  The services were performed in an effective and efficient manner commensurate with the complexity, exigency, and importance of the issues involved.

In addition, Paul Hastings' representation of the Committee required it to balance the need to provide quality services with the need to act quickly and represent the Committee in an effective, efficient, and timely manner.  Paul Hastings submits that the hours spent were reasonable given the size and complexity of the chapter 11 cases, the significant, and often urgent, legal and business issues raised, and the numerous pleadings filed in the Chapter 11 Cases.

As noted above, the Committee retained Young Conaway Stargatt & Taylor, LLP ("Young Conaway") as co-counsel.  Young Conaway performed many services for the Committee in a cost-effective manner.  Paul Hastings, Young Conaway, and the Committee's financial advisors have coordinated each firm's respective responsibilities in connection with the representation of the Committee to avoid duplication of effort and advise the Committee in an efficient manner.

(B)   ***Rates Charged for Such Services:*** The fees charged by Paul Hastings in the Chapter 11 Cases are billed in accordance with Paul Hastings' existing billing rates and procedures in effect during the Application Period.

(C)   ***Services Performed Were Necessary to Administration of, or Beneficial to, the Chapter 11 Cases:*** The services rendered by Paul Hastings during the Chapter 11 Cases were instrumental in facilitating a global settlement with the Debtors, their secured lenders, and other interested parties, which obviated the need for complex and protracted litigation.

(D)   ***Services Performed Within Reasonable Amount of Time Commensurate with the Complexity, Importance and Nature of Tasks:*** Paul Hastings tasked knowledgeable attorneys to research, analyze, and advise the Committee on difficult and complex issues implicated by the Chapter 11 Cases during the Application Period. Most notably, Paul Hastings, together with the Committee and their other advisors, investigated complex issues in connection with, among others, the Debtors' DIP financing, use of cash collateral, the nature, scope and perfection of the secured lenders' liens, the valuation of the Debtors' assets, the investigation of estate claims and causes

of action, the analysis of various claims asserted against the Debtors' estates, and the formulation and prosecution of the Debtors' chapter 11 plan and disclosure statement.

(E) ***Requisite Skill and Experience:*** Paul Hastings is consistently recognized as a top tier law firm in the field of creditors' rights, business reorganizations, and liquidations under chapter 11. Paul Hastings professionals have actively represented debtors, creditors, and official committees in a number of the nation's largest chapter 11 cases. Paul Hastings' extensive experience enables it to perform the services described herein competently and expeditiously. In addition to its expertise in the area of corporate reorganization, due to the nature and complexity of the issues presented during the Chapter 11 Cases, Paul Hastings was required to call upon the expertise of its attorneys in other practice areas, including litigation, corporate, regulatory matters, tax and real estate. Paul Hastings believes that its recognized expertise in the areas of financial restructuring and corporate reorganization, its ability to draw from highly experienced professionals in other areas of Paul Hastings' practice, and its creative and commercial approach to the resolution of issues has contributed to the effective administration of the Chapter 11 Cases and benefited the Debtors, their estates and their unsecured creditors. Additionally, Paul Hastings' strong working relationship with the legal and financial advisors to other parties-in-interest enabled Paul Hastings to work with such advisors towards a swift, consensual resolution of some of the salient issues in the Chapter 11 Cases.

(F) ***Compensation is Reasonable Based on Customary Comparable Rates Charged:*** The rates Paul Hastings charged for the services rendered by its professionals and paraprofessionals in the Chapter 11 Cases are comparable to the rates Paul Hastings charges for professional and paraprofessional services rendered in comparable non-bankruptcy related matters. Moreover, when Paul Hastings' restructuring professionals and paraprofessionals work on non-bankruptcy matters, the firm generally charges their standard rate. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market. In addition, the firm's customary hourly rates and rate structure reflect that restructuring and related matters typically involve great complexity, numerous tasks requiring a high level of expertise, and severe time pressures, as was the case here.

## APPLICATION'S COMPLIANCE WITH U.S. TRUSTEE GUIDELINES

22.     This Application was prepared in accordance with Appendix B of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "U.S. Trustee

9

Guidelines").[4]  Attached hereto as <u>Exhibit B</u> is a Summary of the Application required by the U.S. Trustee Guidelines.  In its Interim Fee Applications, Paul Hastings provided detailed responses to the information requests under the U.S. Trustee Guidelines related to the firm's services during the Application Period, which are incorporated herein by reference.

## COMPLIANCE AND WAIVER

23.    To the best of Paul Hastings' knowledge, this Application complies with Local Rule 2016-2 and the Interim Compensation Order.  To the extent that this Application does not comply in all respects with the requirements of Local Rule 2016-2, Paul Hastings believes that such deviations are not material and respectfully requests that any such requirements be waived.

## RESERVATION OF RIGHTS

24.    To the extent that time or disbursement charges for services rendered or disbursements incurred on behalf of the Committee during the Application Period were not input, processed, or posted before the preparation of, or included in, this Application, or Paul Hastings has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Application Period on behalf of the Committee, Paul Hastings reserves the right to request compensation for such services and reimbursement of such expenses in a supplemental or future application.

25.    In addition, Paul Hastings does not waive, and expressly reserves, its right to respond to any objections regarding this Application and the amounts sought for Paul Hastings' services performed for or on behalf of the Committee in connection with the Chapter 11 Cases.

---

[4]    The Committee and Paul Hastings reserve all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for compensation in the Chapter 11 Cases.

## NOTICE AND NO PRIOR REQUEST

26.    Notice of this Application has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee, (b) the Debtors, (c) the Committee, (d) the Fee Examiner, and (e) all parties required to be given notice in the Interim Compensation Order.  Paul Hastings submits that no other or further notice is necessary.

27.    No prior request for the final relief sought in this Application for fees and expenses incurred during the Application Period has been made to this or any other Court.

**WHEREFORE,** Paul Hastings respectfully requests entry of an order (i) granting final allowance and a final administrative claim for compensation for professional services rendered to the Committee during the Application Period and reimbursement of expenses incurred in connection therewith in the amount of $46,561,850.00 and $1,757,739.38, respectively, (ii) authorizing and directing the Debtors' payment of the difference between the allowed fees and expenses and the amounts previously paid by the Debtors pursuant to the Interim Compensation Order, (iii) allowing that such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to Paul Hastings' right to seek further compensation for the full value of services performed and expenses incurred, and (iv) providing such other and further relief as is just and proper.

*[Remainder of Page Intentionally Left Blank]*

Dated:  February 10, 2025
        New York, New York

PAUL HASTINGS LLP

*/s/ Erez E. Gilad*
Kristopher M. Hansen*
Erez E. Gilad*
Gabriel E. Sasson*
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
       erezgilad@paulhastings.com
       gabesasson@paulhastings.com


*Admitted pro hac vice*

*Counsel to the Official Committee
of Unsecured Creditors*

## <u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2</u>

I, Erez E. Gilad, hereby certify as follows:

1.      I am a partner in the applicant firm, Paul Hastings LLP, and have been admitted to the bar of the State of New York since 2001.

2.      I have personally performed many of the legal services rendered by Paul Hastings, as lead counsel for the Committee, and I am generally familiar with all other work performed on behalf of the Committee by the lawyers and paraprofessionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and respectfully submit that the Application complies with such requirements.

Dated: February 10, 2025
       New York, New York

                                            */s/ Erez E. Gilad*
                                            Erez E. Gilad