# EXHIBIT A

## Expense Summary for the Application Period

| Category | Amount |
|---|---:|
| Airfare | $280.30 |
| Computer Search | $67,040.48 |
| Court Reporting Services | $5,217.91 |
| Local-Mileage | $306.46 |
| Lodging | $3,655.22 |
| Messenger | $139.29 |
| Outside Professional Services | $1,622,730.29 |
| Postage/Express Mail | $34.45 |
| In-house Black & White Reproduction Charges (19,259 copies at $0.08 per page) | $1,540.72 |
| In-house Color Reproduction Charges (65,604 copies at $0.50 per page) | $32,802.00 |
| Meals | $1,830.22 |
| Taxi/Ground Transportation | $19,791.29 |
| UPS/Courier Service | $770.44 |
| Vendor Expense | $1,300.31 |
| **TOTAL:** | **$1,757,739.38** |

## **EXHIBIT B**

## **Summary of Application**

| Name of Applicant | Paul Hastings LLP |
|---|---|
| Name of Client | Official Committee of Unsecured Creditors |
| Period covered by this Application | December 20, 2022 through and including October 8, 2024 (the "Application Period") |
| Total compensation sought for the Application Period | $46,561,850.00 |
| Total expenses sought for the Application Period | $1,757,739.38 |
| Petition Date | November 11, 2022 and November 14, 2022 |
| Retention Date | December 20, 2022 |
| Date of order approving employment | February 7, 2023 [Docket No. 635] |
| Total compensation approved by interim order to date | $44,048,662.62 |
| Total expenses approved by interim order to date | $1,757,739.38 |
| Total allowed compensation paid to date pursuant to interim order | $44,048,662.62 |
| Total allowed expenses paid to date pursuant to interim order | $1,757,739.38 |
| Blended rate in the Application Period for all attorneys | $1,431 |
| Blended rate in the Application Period for all timekeepers | $1,381 |
| Compensation sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $820,447.00 |
| Expenses sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $266,943.95 |
| Number of professionals included for the Application Period | 100 |
| If applicable, number of professionals for the Application Period not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 36 |

| Are any rates higher than those approved or disclosed at retention? | Yes.[1]  Effective February 14, 2023, August 8, 2023, and January 1, 2024, with Committee approval, Paul Hastings implemented hourly rate adjustments in the Chapter 11 Cases in accordance with the Retention Order [Docket No. 635], the Retention Application [Docket No. 518], the Voorhees Declaration [Docket No. 518], and the Gilad Declaration [Docket No. 518]. The rate adjustments reflect not only Paul Hastings' across-the-board increases in its rate scale, but also step increases due to advancing seniority.  Thus, only a portion of the fees in the Application Period are attributable to changes in the firm's rate scale since the date of retention. |
|---|---|

---

[1]     As is customary, every year Paul Hastings reviews its rate structure and, when appropriate, adjusts its hourly rates based upon (i) the advancing seniority of its professionals and paraprofessionals, (ii) the current market for legal services, (iii) the rates charged for comparable non-bankruptcy services, and (iv) the firm's analysis of the hourly rates being charged by professionals in other law firms.