**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,* [1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing: April 17, 2025 at 10:00 am (ET)<br>) Obj. Deadline: March 3, 2025 at 4:00 pm (ET) |

**FINAL FEE APPLICATION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 22, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered February 15, 2023, effective as of December 22, 2022 [Docket No. 730] |
| Period for which compensation and reimbursement are sought: | December 22, 2022, through October 8, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | $40,428,439.52[2] |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $354,030.93[2] |
| Blended rate in this application for all timekeepers: | $972.35 |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Net amount of compensation and expense reimbursement after Fee Examiner reductions, assuming no reductions in Eighth Interim Fee Period compensation and expense reimbursement since the eighth interim fee order has not yet been filed. Gross compensation and expense reimbursement before Fee Examiner reductions are $41,311,646.45 and $357,019.88, respectively.

32852859.1

1

.

| SUMMARY OF PRIOR INTERIM FEE APPLICATIONS: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Fees and Expenses Requested | | Fee Examiner Reductions | | Fees and Expenses Approved[3] | | Date and Docket No. of Fee Order | |
| Date [Docket No.] | Interim Fee Period ("IFP") Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses | Date | Docket No. |
| 3/17/23 [1110] | *First IFP* 11/11/22 to 1/31/23 | $2,010,425.80 | $0.00 | $ 91,170.99 | $0.00 | $1,919,254.81 | $0.00 | 6/28/23 | 1794 |
| 6/15/23 [1653] | *Second IFP* 2/1/23 to 4/30/23 | $8,188,298.40 | $8,403.77 | $ 163,069.83 | $ 543.77 | $8,025,228.57 | $7,860.00 | 9/13/23 | 2506 |
| 9/15/23 [2527] | *Third IFP* 5/1/23 to 7/31/23 | $7,204,581.00 | $295,682.39 | $ 170,777.99 | $ 192.10 | $7,033,803.01 | $295,490.29 | 12/12/23 | 4622 |
| 12/15/23 [4821] | *Fourth IFP* 8/1/23 to 10/31/23 | $6,578,362.00 | $16,550.77 | $ 21,681.05 | $ 2,253.08 | $6,556,680.95 | $14,297.69 | 3/19/24 | 9706 |
| 3/15/24 [9473] | *Fifth IFP* 11/1/23 to 1/31/24 | $6,205,426.00 | $8,057.91 | $ 345,221.60 | $0.00 | $5,860,204.40 | $8,057.91 | 6/17/24 | 17787 |
| 6/14/24 [17626] | *Sixth IFP* 2/1/24 to 4/30/24 | $6,144,925.25 | $9,484.04 | $ 40,339.20 | $0.00 | $6,104,586.05 | $9,484.04 | 9/11/24 | 24510 |
| 9/13/24 [24715] | *Seventh IFP* 5/1/24 to 7/31/24 | $3,540,856.50 | $4,205.00 | $ 50,946.27 | $0.00 | $3,489,910.23 | $4,205.00 | 12/12/24 | 28742 |
| 12/16/24 [28833] | *Eighth IFP* 8/1/24 to 10/8/24 | $1,438,771.50 | $14,636.00 | N/A | N/A | N/A | N/A | N/A | N/A |
| Total fees and expenses requested and approved to date: | | $41,311,646.45 | $357,019.88 | $ 883,206.93 | $ 2,988.95 | $40,428,439.52 | $354,030.93 | N/A | N/A |

---

[3] Net amount of compensation and expense reimbursement after Fee Examiner reductions.

32852859.1

2

**FINAL COMPENSATION BY TIMEKEEPER**

| Professional | Position | Specialty | Billing Rate [4] | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Chesley, Rachel | Sr Managing Dir | Communications | $ 1,084 | 48.6 | $ 52,663.00 |
| Thalassinos, Angelo | Managing Dir | Communications | 875 | 84.1 | 73,587.50 |
| Baldo, Diana | Director | Communications | 535 | 266.9 | 142,696.00 |
| Jasser, Riley | Sr Consultant | Communications | 448 | 135.8 | 60,881.00 |
| Narayan, Neha | Consultant | Communications | 400 | 29.8 | 11,920.00 |
| McNew, Steven | Sr Managing Dir | Cryptocurrency | 1,200 | 399.5 | 479,400.00 |
| Carter, Michael | Sr Managing Dir | Cryptocurrency | 1,200 | 165.0 | 198,000.00 |
| de Brignac, Jessica | Managing Dir | Cryptocurrency | 910 | 806.0 | 733,460.00 |
| Sheridan, Jeremy | Managing Dir | Cryptocurrency | 910 | 36.5 | 33,215.00 |
| Mehta, Ajay | Director | Cryptocurrency | 809 | 77.8 | 62,940.20 |
| Leonaitis, Isabelle | Sr Consultant | Cryptocurrency | 595 | 534.5 | 318,027.50 |
| Vazquez Ortiz, Fredrix | Sr Consultant | Cryptocurrency | 595 | 140.7 | 83,716.50 |
| Spencer, Emma | Sr Consultant | Cryptocurrency | 595 | 19.2 | 11,424.00 |
| Kamran, Kainat | Consultant | Cryptocurrency | 440 | 294.8 | 129,712.00 |
| Renner, Todd | Sr Managing Dir | Cybersecurity | 1,045 | 35.1 | 36,679.50 |
| Pluhar, Christopher | Senior Director | Cybersecurity | 855 | 55.7 | 47,623.50 |
| Maddox, Matthew | Director | Cybersecurity | 785 | 3.3 | 2,590.50 |
| Burke, Erin | Director | Cybersecurity | 785 | 134.0 | 105,190.00 |
| Werlau, Paige | Sr Consultant | Cybersecurity | 695 | 5.4 | 3,753.00 |
| Van den Heuvel, Alexandra | Consultant | Cybersecurity | 530 | 7.0 | 3,710.00 |
| Goldfischer, Jacob | Consultant | Cybersecurity | 530 | 15.4 | 8,162.00 |
| Dack, Carter | Consultant | Cybersecurity | 475 | 141.5 | 67,212.50 |
| Rivera JR, Marco | Consultant | Cybersecurity | 475 | 30.1 | 14,297.50 |
| O'Malley, Colin | Consultant | Cybersecurity | 435 | 6.0 | 2,607.00 |
| Busen, Michael | Sr Managing Dir | Data & Analytics | 1,334 | 129.7 | 172,990.00 |
| Sheehan, Drew | Sr Managing Dir | Data & Analytics | 1,325 | 3.7 | 4,902.50 |
| Vural, Ozgur | Managing Dir | Data & Analytics | 1,055 | 58.0 | 61,190.00 |
| Garofalo, Michael | Senior Director | Data & Analytics | 936 | 286.1 | 267,671.50 |
| Kelly, Anthony | Director | Data & Analytics | 835 | 27.4 | 22,879.00 |
| Jordan, Mason | Sr Consultant | Data & Analytics | 651 | 696.1 | 453,452.00 |
| Steinwurtzel, Grace | Sr Consultant | Data & Analytics | 635 | 3.5 | 2,222.50 |
| Kimche, Livia | Consultant | Data & Analytics | 485 | 433.6 | 210,176.00 |
| Risler, Franck | Sr Managing Dir | Derivatives | 1,784 | 2,143.6 | 3,824,938.50 |
| Rousskikh, Valeri | Managing Dir | Derivatives | 1,332 | 2,238.0 | 2,980,554.50 |
| Watson, Ching | Managing Dir | Derivatives | 1,313 | 604.1 | 793,279.00 |
| Diodato, Michael | Managing Dir | Derivatives | 1,272 | 2,499.8 | 3,179,778.50 |
| Kubali, Volkan | Managing Dir | Derivatives | 1,251 | 1,759.7 | 2,202,160.50 |
| You, Can | Senior Director | Derivatives | 1,192 | 1,415.8 | 1,686,969.50 |
| Majkowski, Stephanie | Senior Director | Derivatives | 1,165 | 1,979.3 | 2,306,821.50 |
| Guo, Xueying | Director | Derivatives | 1,103 | 1,975.8 | 2,180,002.00 |
| Langer, Cameron | Director | Derivatives | 1,016 | 2,234.6 | 2,271,414.00 |
| To, Vinh | Sr Consultant | Derivatives | 730 | 136.6 | 99,718.00 |
| DeVito, Kathryn | Sr Managing Dir | Digital & Insights | 1,075 | 6.0 | 6,450.00 |
| Mehan, Zachary | Managing Dir | Digital & Insights | 875 | 18.3 | 16,012.50 |
| Izen, Alex | Senior Director | Digital & Insights | 660 | 42.7 | 28,195.00 |
| Gardner, Lindsay | Consultant | Digital & Insights | 400 | 6.8 | 2,720.00 |

---

[4] Due to promotions and rate increases made in the ordinary course of FTI's business, certain professionals' billable rates increased during the Application Period. The rates above are each professional's blended rate for the Application Period.

## FINAL COMPENSATION BY TIMEKEEPER (CONTINUED)

| Professional | Position | Specialty | Billing Rate [5] | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Greenblatt, Matthew | Sr Managing Dir | Forensic Accounting | 1,325 | 173.7 | 230,217.50 |
| Mulkeen, Tara | Sr Managing Dir | Forensic Accounting | 1,325 | 10.1 | 13,382.50 |
| Baer, Laura | Senior Director | Forensic Accounting | 976 | 321.3 | 313,682.50 |
| Dougherty, Andrew | Director | Forensic Accounting | 925 | 96.9 | 89,632.50 |
| Steven, Kira | Director | Forensic Accounting | 852 | 1,312.3 | 1,117,761.00 |
| Fiorillo, Julianna | Director | Forensic Accounting | 841 | 402.0 | 337,997.50 |
| Lensing, Jacob | Director | Forensic Accounting | 825 | 98.4 | 81,180.00 |
| Anastasiou, Anastis | Director | Forensic Accounting | 785 | 537.3 | 421,780.50 |
| Famiglietti, Tyler | Sr Consultant | Forensic Accounting | 700 | 595.4 | 416,510.50 |
| Turano, Lauren | Consultant | Forensic Accounting | 636 | 223.4 | 142,049.00 |
| Marsella, Jenna | Sr Consultant | Forensic Accounting | 626 | 730.1 | 457,028.50 |
| Reid, Matthew | Consultant | Forensic Accounting | 476 | 914.6 | 435,219.00 |
| Stillman, Beulah | Consultant | Forensic Accounting | 475 | 579.3 | 275,167.50 |
| Shaik, Ismail | Sr Consultant | Forensic Accounting | 475 | 434.8 | 206,530.00 |
| Rothschild, Elijah | Consultant | Forensic Accounting | 475 | 680.2 | 323,095.00 |
| Kwong, Nelson | Sr Consultant | Forensic Accounting | 325 | 18.8 | 6,110.00 |
| Williams, David | Sr Managing Dir | Investigative Services | 1,125 | 9.4 | 10,575.00 |
| Kahouaty, Suren | Managing Dir | Investigative Services | 1,025 | 71.4 | 73,185.00 |
| Ravi, Rahul | Managing Dir | Investigative Services | 985 | 11.3 | 11,130.50 |
| Charles, Sarah | Senior Director | Investigative Services | 935 | 84.1 | 78,633.50 |
| Butterfield, Linda | Senior Director | Investigative Services | 925 | 8.5 | 7,862.50 |
| Harsha, Adam | Director | Investigative Services | 845 | 4.5 | 3,802.50 |
| Kwok, Kristine | Director | Investigative Services | 580 | 5.0 | 2,900.00 |
| Vellios, Christopher | Sr Consultant | Investigative Services | 627 | 49.3 | 30,930.50 |
| Belser, Noah | Consultant | Investigative Services | 530 | 41.9 | 22,207.00 |
| Silverstein, Orly | Consultant | Investigative Services | 530 | 1.7 | 901.00 |
| Salm, Andrew | Consultant | Investigative Services | 475 | 83.9 | 39,852.50 |
| Drobnyk, Joshua | Managing Dir | Public Affairs | 875 | 0.5 | 437.50 |
| Scialabba, Meredith | Senior Director | Public Affairs | 750 | 29.9 | 22,425.00 |
| Sayers, Caroline | Sr Consultant | Public Affairs | 525 | 44.4 | 23,310.00 |
| Tantleff, Alan | Senior Managing Dir | Real Estate | 1,250 | 36.5 | 45,625.00 |
| Walden, Michael | Senior Director | Real Estate | 800 | 76.6 | 61,280.00 |
| Kang, Nicholas | Consultant | Real Estate | 395 | 50.0 | 19,750.00 |
| Simms, Steven | Sr Managing Dir | Restructuring | 1,495 | 717.2 | 1,072,214.00 |
| Diaz, Matthew | Sr Managing Dir | Restructuring | 1,364 | 1,286.8 | 1,755,150.50 |
| Joffe, Steven | Sr Managing Dir | Restructuring | 1,359 | 80.1 | 108,823.50 |
| Cordasco, Michael | Sr Managing Dir | Restructuring | 1,325 | 213.5 | 282,887.50 |
| Ng, William | Sr Managing Dir | Restructuring | 1,125 | 81.1 | 91,237.50 |
| Eisler, Marshall | Managing Dir | Restructuring | 1,055 | 19.3 | 20,361.50 |
| Jones III, Gilbert | Managing Dir | Restructuring | 1,025 | 3.5 | 3,587.50 |
| Bromberg, Brian | Managing Dir | Restructuring | 1,021 | 2,861.2 | 2,922,447.00 |
| Gray, Michael | Director | Restructuring | 742 | 1,745.0 | 1,295,425.00 |
| Dawson, Maxwell | Sr Consultant | Restructuring | 651 | 2,112.0 | 1,375,769.00 |
| Sveen, Andrew | Sr Consultant | Restructuring | 537 | 1,772.7 | 951,968.00 |
| Baltaytis, Jacob | Consultant | Restructuring | 530 | 129.9 | 68,847.00 |
| Hellmund-Mora, Marili | Manager | Restructuring | 325 | 18.5 | 6,012.50 |
| Balcom, James | Sr Managing Dir | Risk Management | 1,325 | 45.7 | 60,552.50 |
| Feldman, Paul | Senior Director | Risk Management | 955 | 274.2 | 261,861.00 |
| Pajazetovic, Mustafa | Director | Risk Management | 885 | 307.9 | 272,491.50 |
| **Subtotal** | | | | **41,578.0** | **$ 41,329,751.70** |
| Less: 50% Non-Working Travel Time | | | | | (18,105.25) |
| **GRAND TOTAL (Gross)** | | | | **41,578.0** | **$ 41,311,646.45** |
| Less: Fee Examiner Reductions | | | | | (883,206.93) |
| **GRAND TOTAL (Net of Fee Examiner Reductions)** | | | | **41,578.0** | **$ 40,428,439.52** |

---

[5] Due to promotions and rate increases made in the ordinary course of FTI's business, certain professionals' billable rates increased during the Application Period. The rates above are each professional's blended rate for the Application Period.

## FINAL COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 192.8 | $ 207,974.50 |
| 2 | Cash & Liquidity Analysis | 1,828.5 | 1,452,388.50 |
| 5 | Real Estate Issues | 157.5 | 121,962.00 |
| 6 | Asset Sales | 30.5 | 33,844.50 |
| 9 | Analysis of Employee Comp Programs | 140.7 | 130,626.50 |
| 10 | Analysis of Tax Issues | 141.1 | 164,905.50 |
| 11 | Prepare for and Attend Court Hearings | 36.9 | 42,702.50 |
| 12 | Analysis of SOFAs & SOALs | 154.9 | 127,664.00 |
| 13 | Analysis of Other Miscellaneous Motions | 545.6 | 585,043.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 4,565.1 | 5,058,520.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 4,789.6 | 4,761,473.00 |
| 18 | Potential Avoidance Actions & Litigation | 10,901.6 | 8,198,852.50 |
| 19 | Case Management | 70.9 | 62,487.50 |
| 20 | General Meetings with Debtor & Debtors' Professionals | 32.3 | 40,641.50 |
| 21 | General Meetings with UCC and UCC Counsel | 663.0 | 936,233.50 |
| 22 | Meetings with Other Parties | 2.6 | 2,788.00 |
| 23 | Firm Retention | 81.8 | 85,949.00 |
| 24 | Preparation of Fee Application | 1,298.5 | 808,002.00 |
| 25 | Travel Time | 32.4 | 36,210.50 |
| 26 | Cryptocurrency/Digital Assets Issues | 13,446.1 | 16,193,299.90 |
| 27 | Communications Planning & Execution | 714.5 | 445,361.00 |
| 28 | Cybersecurity Issues and Analysis | 467.1 | 326,382.10 |
| 29 | Exchange Restart | 1,275.7 | 1,494,288.20 |
| 30 | Investigative Examiner Matters | 8.3 | 12,152.00 |
| | **Subtotal** | **41,578.0** | **$ 41,329,751.70** |
| | Less: 50% Non-Working Travel Time | | (18,105.25) |
| | **GRAND TOTAL (Gross)** | **41,578.0** | **$ 41,311,646.45** |
| | Less: Fee Examiner Reductions | | (883,206.93) |
| | **GRAND TOTAL (Net of Fee Examiner Reductions)** | **41,578.0** | **$ 40,428,439.52** |

## FINAL SUMMARY OF EXPENSES

| Expense Type | Amount |
|---|---:|
| Electronic Subscriptions | $ 55,473.90 |
| Legal Expenses | 290,971.90 |
| Lodging | 3,023.43 |
| Research | 496.43 |
| Transportation | 1,773.83 |
| Travel Expenses | 3,309.87 |
| Working Meals | 1,970.52 |
| **GRAND TOTAL (Gross)** | **$ 357,019.88** |
| Less: Fee Examiner Reductions | (2,988.95) |
| **GRAND TOTAL (Net of Fee Examiner Reductions)** | **$ 354,030.93** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,* [1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: April 17, 2025 at 10:00 am (ET)<br>) Obj. Deadline: March 3, 2025 at 4:00 pm (ET) |

**FINAL FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 22, 2022 THROUGH OCTOBER 8, 2024**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order") [D.I. 435], the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 cases, hereby submits this Final Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

32852859.1

1

Compensation for Services Rendered and Reimbursement of Expenses for the Period December 22, 2022 to October 8, 2024 (the "Application Period").

## BACKGROUND

1.  On November 11 and November 14, 2022 [2] (separately or collectively, the "Petition Date"), the Debtors commenced these chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

2.  On December 20, 2022, the U.S. Trustee filed an *Amended Notice of Appointment of Committee of Unsecured Creditors* [D.I. 261] appointing the Committee.

3.  On February 15, 2023, the Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [D.I. 730] (the "Retention Order").

## RELIEF REQUESTED

4.  FTI submits this Fee Application pursuant to the Bankruptcy Rules, the Administrative Order, and the Retention Order. By this Fee Application, FTI seeks (i) final allowance of compensation for actual and necessary professional services rendered in the amount of $40,428,439.52 for the Application Period and (ii) reimbursement of $354,030.93 for actual and necessary expenses incurred, in accordance with the terms of the Administrative Order. FTI reserves the right to request payment from the post-confirmation Debtors for any additional fees and expenses incurred in connection with the preparation of this Fee Application, to the extent such fees and expenses are not already included in this Fee Application.

---

[2] November 11, 2022 is the Petition Date for all Debtors, except for Debtor West Realm Shires Inc.

## SUMMARY OF FEES

5.	The total number of hours expended by FTI professionals and paraprofessionals in performing services for the Committee during the Application Period was 41,578.0 hours. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at the hourly rates that were effective as of the time such services were provided, plus reimbursement of necessary out of pocket expenses. FTI has summarized these services in its first through eighth interim fee applications.

## ACTUAL AND NECESSARY EXPENSES

6.	FTI also incurred actual and necessary out-of-pocket expenses in the amount of $354,030.93.

## CONCLUSION

WHEREFORE, FTI respectfully requests allowance of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $40,428,439.52 and actual and necessary expenses incurred in the amount of $354,030.93 pursuant to the Administrative Order, and such other and further relief that the Court deems just and proper.

Dated: February 10, 2025          FTI CONSULTING, INC.

By: */s/ Matthew Diaz*
Matthew Diaz
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone: 212-499-3611
E-mail: matt.diaz@fticonsulting.com

Financial Advisors to the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*

## VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-2(g) AND 28 U.S.C. § 1746

I, Matthew Diaz, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.  I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2.  I have read the foregoing statement of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

3.  To that end, the following is provided in response to the request for additional information set forth in 28 U.S.C. § 1746:

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

Response: The fees sought in the Application are billed at rates that are the same (or less than) the rates customarily used by FTI when preparing statements of fees under its normal billing procedures; however, FTI agreed to adjustments in amounts of fees and expenses billed as a result of the Fee Examiner process.

**Question:** If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Response: Not applicable.

**Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

Response: No.

**Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would be not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

Response: No.

**Question:** Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Response: Yes; reviewing time records to redact privileged and confidential information was part of the Fee Examiner process.

**Question:** If the fee application includes any rate increases since retention: (i) Did the client review and approve those rate increases in advance? (ii) Did the client agree when retaining FTI to accept all future rate increases? If not, did FTI inform the client that they need not agree to modified rates or terms in order to have you continue the representation, consisted with ABA Formal Ethics Opinion 11- 458?

Response: Pursuant to the three *Supplemental Declarations of FTI Consulting, Inc. In Connection with the Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors of FTX Trading LTD., et al.* [D.I. 1132; D.I. 3028; D.I. 25233], FTI adjusted its standard billing rates as of April 1, 2023, October 19, 2023, and October 1, 2024, respectively. The Committee received notice of, and approved, the hourly rate increases.

4.   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: February 10, 2025                    FTI CONSULTING, INC.

By: */s/ Matthew Diaz*
    Matthew Diaz
    1166 Ave of the Americas, 15th Floor
    New York, NY 10036
    Telephone: 212-499-3611
    E-mail: matt.diaz@fticonsulting.com

    Financial Advisors to the Official
    Committee of Unsecured Creditors of FTX
    Trading Ltd., *et al.*