## Exhibit A

Proposed Order

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**FTX TRADING LTD., et al.**<br><br>Debtor. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## ORDER GRANTING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF LUKA BARTUSEK

Upon consideration of the Request For Allowance And Payment Of Administrative Expense Claim Of Lukas Bartusek (the "Administrative Expense Request") seeking allowance of a 2000 SOLANA ("SOL") administrative expense claim pursuant to 11 U.S.C. §503 (b)(1)(A), all as more fully described in the Administrative Expense Request; and the Court having jurisdiction to consider the Administrative Expense Request and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Administrative Expense Request and the requested relief being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Administrative Expense Request having been served, and it appearing that no other or further notice need be provided; and the Court having reviewed the Administrative Expense Request and determined that the legal and factual bases set forth therein establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Administrative Expense Claim is GRANTED.

2. Lukas Bartusek shall have an allowed administrative expense under Bankruptcy Code section 503(b)(a)(1)(A) in the amount of 2000 SOL (the "Allowed Lukas Bartusek Administrative Claim").

3. The Debtors shall pay the Allowed Lukas Bartusek Administrative Claim within seven (7) business days of the entry of this Order.

4. This Order shall be binding upon, (i) any liquidating trustee, plan administrator, distribution agent and/or any other person appointed pursuant to any chapter 11 plan confirmed in these cases; (ii) any chapter 11 trustee appointed in these cases; and/or (iii) any chapter 7 trustee appointed or elected in these cases.

5. This Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.