**EXHIBIT B**

**Administrative Request Order**



LukAss741 <lukass741@gmail.com>

**[BTSE] SOL (SOLANA) Withdrawal Request Completed [Ref: 2023102200002854]**
1 message

**BTSE** <no-reply@btse.com>
To: lukass741@gmail.com

22 October 2023 at 19:21

View in browser

# [BTSE] SOL (SOLANA) Withdrawal Request Completed [Ref: 2023102200002854]

Dear customer,

Your SOL (SOLANA) withdrawal request has been completed.

**Date:** 2023-10-22 22:21:04 UTC

**Amount:** 2000.01 SOL

**Fee:** 0.01 SOL

**Net Amount:** 2000 SOL

**Address:** HH1yjLREzpwbxF1TJTysqw9XP6H47kdmQHZDD5sqiEXj

**Txid:** JcHJjDLiqFeX8KXBuSnLHmyeGmA4cEfTE6rNFeaAjp4hjH2y8jtp1Yd9EeVqau5o93ndjcq3u8F8pyNkrGJ4D45

The withdrawal is being processed, and will be fulfilled within 12-24 hours.

For more information, please log in to BTSE, and go to Wallets > Transaction History.

If you didn't initiate this attempt, please contact customer support immediately.

Best Regards,
BTSE Team

BTSE | Your Favorite Crypto Exchange









Contact Us | Privacy Policy