## EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**FTX TRADING LTD, et al.**<br><br>Debtor. | Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Objection Deadline:<br><br>Hearing Date: |

## DECLARATION OF LUKAS BARTUSEK IN SUPPORT OF THE REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

I, Lukas Bartusek, declare as follows:

1. I am 31 years old, and currently reside at Norodni Obrany 3, Prague, Czechia.

2. I am the depositor of the 2,000 Solana ("SOL"), and I am authorized to make this Declaration. If called to testify, I could and would competently testify to the facts set forth herein based on my personal knowledge of those facts, events and transactions.

3. This declaration is filed in support of the *Request for Allowance and Payment of Administrative Expense Claim of Lukas Bartusek* (the "Administrative Expense Request") filed by Lukas Bartusek with respect to certain amounts due and owing, but unpaid, with respect to the deposit made by Lukas Bartusek to FTX Trading LTD ("FTX") (FTX and the other above-captioned debtors and debtors-in-possession, collectively, hereinafter referred to as the "Debtors").

### The Administrative Expense Claim

4. Based on information and belief, from and after the Petition Date, the Debtor knowingly accepted the inadvertent deposit of 2,000 SOL from the depositor in the ordinary course of business.

5.  Upon making the request to transfer the 2000 SOL from my FTX account, I was informed that I would need to seek a Court order from this Court to allow the withdrawal to occur.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5. 2. 2025 day of February 2025 at Pinamar, Argentina