# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| **FTX TRADING LTD, et al.** | (Jointly Administered) |
| Debtor**.** | Objection Deadline: **April 3, 2025, at 4:00 p.m. (ET)** |
| | Hearing Date: **April 17, 2025 at 10:00 a.m.** |

## NOTICE OF MOTION FOR REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF LUKAS BARTUSEK

**PLEASE TAKE NOTICE** that on February 10, 2025, Lukas Bartusek ("Mr. Bartusek") filed the *Motion For Request For Allowance And Payment Of Administrative Expense Claim Of Lukas Bartusek* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court on or before April 3, 2025, at 4:00 p.m. (ET) (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to Mr. Bartusek.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held, if necessary, on April 17, 2025 at 10:00 a.m. (EST) before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE PROCEDURES ABOVE WILL BE CONSIDERED BY THE COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

        Respectfully submitted,

        **JACK SHRUM, P.A.**

        */s/ "J" Jackson Shrum* (#4757)
        CITIZENS BANK CENTER
        919 N. Market Street, Suite 1410
        Wilmington, DE 19801
        Ph: 302-543-7551
        Fax: 302-543-6386
        Direct: 609-367-2430
        E-mail: jshrum@jshrumlaw.com
        *Attorney for Lukas Bartusek*

Dated: February 10, 2025