IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **FTX TRADING LTD, et al.** <br><br> Debtor**.** | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Jack Shrum, certify that the Request for *Allowance and Payment Of Administrative Expense Claim* Of Lukas Bartusek was served on February 10, 2025 by CM/ECF, upon the parties who have registered for CM/ECF service of notices and pleadings in this case.

    Respectfully Submitted,
    **JACK SHRUM, P.A.**

    */s/ Jack Shrum*_____
    "J" Jackson Shrum (DE #4757)
    919 N. Market Street, Suite 1410
    Wilmington, DE 19801
    Phone: (302) 543-7551
    Fax: (302) 543-6386
    Email: Jshrum@jshrumlaw.com
    *Attorney for Lukas Bartusek*