RECEIVED
2025 FEB 10 AM 10: 34

Raviv Jackier
5911 Brookfield Cir W
Fort Lauderdale FL 33312
rjackier1@gmail.com
347-804-8510
January 27th, 2025

**Clerk of the United States Bankruptcy Court**
**District of Delaware**
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Attn: Christian P. Jensen, Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Email: jensenc@sullcrom.com

Attn: David M. Rosenthal, Sullivan & Cromwell LLP
Email: rosenthald@sullcrom.com

Attn: Adam G. Landis, Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Email: landis@lrclaw.com

Attn: Kimberly A. Brown, Landis Rath & Cobb LLP
Email: brown@lrclaw.com

Re: In re: FTX Trading Ltd., et al., Case No. 22-11068 (JTD)

**Response to Objection to Claim**

To Whom It May Concern:

I am writing to formally object to the determination regarding my claim against FTX Trading Ltd. ("Debtors") as outlined in their objection to my filed claim. **My claim, 49532, pertains to a withdrawal initiated on Friday, November 11th, 2022, for $49,622.69 that was processed by FTX but never received by my bank.** Please find below the details and supporting evidence as required:

### a. Caption:

- Court: United States Bankruptcy Court for the District of Delaware
- Debtors: FTX Trading Ltd., West Realm Shires Services Inc, et al.
- Lead Case Number: 22-11068 (JTD)
- Title of Objection: Objection to Overstated and/or Unliquidated Claims

### b. Claimant Information:

- Name: Raviv Jackier
- Claim Number: 49532
- Description: This claim pertains to a withdrawal request initiated on Friday, November 11th 2022, for $49,622.69 that was marked as processed by FTX but never deposited into my bank account.

### c. Factual Basis and Legal Argument:

1. **On Friday, November 11th 2022, I initiated a withdrawal from my FTX account in the amount of $49,622.69. FTX confirmed via email that the withdrawal was approved and processed.** Copies of these confirmation emails are included as evidence.
2. Despite this, my bank account did not receive the funds. I have provided proof that this JP Morgan Chase bank account ending in ▇ had been linked to my FTX account, along with my bank statement for the account ending in ▇ for the period in question, which shows no deposits matching the withdrawal amount or date.
3. **Under applicable bankruptcy law, a claimant is entitled to enforce a claim for funds that were authorized for withdrawal but never received. The burden is on the Debtors to prove the funds were actually transferred. Since the payment was not completed, the claim should be honored as an obligation of the estate.**

### d. Documentation and Evidence:

- Copies of email confirmations from FTX regarding the approved and processed withdrawal.
- A copy of my bank statement covering the relevant period, demonstrating that the withdrawal was not received.
- Email confirmations from FTX and Stripe that the Chase bank account ending in ▇ was linked to my FTX account.

### e. Contact Information:

- Name: Raviv Jackier
- Address: 5911 Brookfield Cir W., Fort Lauderdale FL 33312
- Phone: 347-804-8510
- Email: rjackier1@gmail.com

I am available to communicate with counsel for the Debtors to resolve this matter. Please feel free to reach out if additional information or documentation is required. I look forward to your response and resolution of this matter.

Thank you for your attention to this claim.

**CERTIFICATE OF SERVICE** I hereby certify that a copy of this Response to Objection has been served via email on the following counsel for the Debtors:

- Christian P. Jensen, Sullivan & Cromwell LLP (jensenc@sullcrom.com)
- David M. Rosenthal, Sullivan & Cromwell LLP (rosenth@dsullcrom.com)
- Adam G. Landis, Landis Rath & Cobb LLP (landis@lrclaw.com)
- Kimberly A. Brown, Landis Rath & Cobb LLP (brown@lrclaw.com)

Sincerely,

Raviv Jackier

Reason: The Debtors have conducted a review of the Proof of Claim asserted by Debtor and accompanying materials and/or their books and records. Based on its review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 49532 | Name on file | West Realm Shires Services Inc. | BTC | 0.000066700000000 | West Realm Shires Services Inc. | 0.000066700000000 |
| | | | USD | 49,624.690000000000000 | | 2.004004300000000 |

 Gmail

Raviv Jackier <rjackier1@gmail.com>

**FTX US withdrawal request**
1 message

**FTX US** <support@ftx.us>  
To: rjackier1@gmail.com

Fri, Nov 11, 2022 at 6:36 AM

Hello Raviv Jackier,

We have received a request to withdraw 49622.69 USD from your FTX US account.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within one business day. FTX US is not responsible for delays or fees resulting from your bank or intermediary banks it uses. You can find more information at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

 Gmail

Raviv Jackier <rjackier1@gmail.com>

**FTX US fiat withdrawal sent**
1 message

**FTX US** <support@ftx.us>  
To: rjackier1@gmail.com

Fri, Nov 11, 2022 at 6:37 AM

Hello Raviv Jackier,

Your fiat withdrawal of 49622.69 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account.

 Gmail                                                                                          Raviv Jackier <rjackier1@gmail.com>

**Your ach payment method has been approved**

FTX US <support@ftx.us>                                                                                    Tue, Nov 8, 2022 at 7:03 PM
To: rjackier1@gmail.com

Your ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ NA ach payment method has been approved. You can now use it to make deposits. If you have any questions, please contact customer support.

 Gmail                                                                                           Raviv Jackier <rjackier1@gmail.com>

**Confirmation of direct debit authorization for FTX US**

**Stripe** <support@stripe.com>                                                                      Tue, Nov 8, 2022 at 7:03 PM
Reply-To: FTX US <support@ftx.us>
To: rjackier1@gmail.com

**stripe**

**AGREEMENT DATE**
November 9, 2022

**ACCOUNT HOLDER NAME**
RAVIV MAURICE JACKIER

**FINANCIAL INSTITUTION**
[redacted]

**ROUTING NUMBER**
[redacted]

**ACCOUNT NUMBER**
[redacted]

Thank you for signing up for direct debits from FTX US. You have authorized FTX US, and, if applicable, its affiliated entities to debit the bank account specified above for any amount owed for charges arising from your use of FTX US's services and/or purchase of products from FTX US, pursuant to FTX US's website and terms, until this authorization is revoked.

You have authorized FTX US, and, if applicable, its affiliated entities to debit your bank account periodically if and when you use FTX US's services or purchase more than one of FTX US's products periodically pursuant to FTX US's terms. Payments that fall outside of the periodic

debits authorized above will only be debited after your authorization is obtained.

You may amend or cancel this authorization at any time by providing notice to FTX US with 30 (thirty) days' notice.

**View these terms on stripe.com**

Stripe, 354 Oyster Point Blvd, South San Francisco, CA 94080



November 09, 2022 through December 08, 2022

Primary Account: ▮

## CHASE PREMIER PLUS CHECKING

RAVIV M JACKIER                         Account Number: ▮

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | ▮ |
| Deposits and Additions | |
| Checks Paid | |
| ATM & Debit Card Withdrawals | |
| Electronic Withdrawals | |
| **Ending Balance** | |
| | |
| Annual Percentage Yield Earned This Period | |
| Interest Paid This Period | |
| Interest Paid Year-to-Date | |

Your account ending in ▮ is linked to this account for overdraft protection.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/14 | ▮ | |
| 11/14 | ▮ | |
| 11/16 | ▮ | |
| 11/18 | ▮ | |
| 12/01 | ▮ | |
| 12/08 | ▮ | |
| **Total Deposits and Additions** | | ▮ |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| ▮ | | 12/01 | ▮ |
| **Total Checks Paid** | | | |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

### ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| ▮ | | |
| **Total ATM & Debit Card Withdrawals** | | ▮ |