IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### ORDER GRANTING THE FTX RECOVERY TRUST'S OMNIBUS MOTION TO SUBSTITUTE PLAINTIFFS IN ADVERSARY PROCEEDINGS

Upon the motion (the "Motion")[2] of the Consolidated Wind Down Trust (the "FTX Recovery Trust"), for entry of an order (this "Order") pursuant to Federal Rule of Civil Procedure 25, made applicable by Federal Rule of Bankruptcy Procedure 7025, substituting the FTX Recovery Trust as the plaintiff for any Debtor in the adversary proceedings listed in Exhibit 1 (the "Adversary Proceedings"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not defined herein shall have the meaning attributed to them in the Motion.

that no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and this Court having found and determined that the relief set forth in this Order is in the best interests of the FTX Recovery Trust; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. The FTX Recovery Trust is substituted as plaintiff for all Debtors in the Adversary Proceedings listed in Exhibit 1 attached hereto.

3. The form of *Notice of Substitution of Plaintiff* attached hereto as Exhibit 2 is approved and counsel to the FTX Recovery Trust is authorized to file the *Notice of Substitution of Plaintiff* in each of the Adversary Proceedings, modified as appropriate.

4. Upon the filing of the *Notice of Substitution of Plaintiff*, the Clerk of Court respectfully is requested to amend the caption in each of the Adversary Proceedings to identify the FTX Recovery Trust as plaintiff replacing all Debtors.

5. For the avoidance of doubt, nothing in this Order shall affect the validity of the service of documents in any Adversary Proceeding with the original caption and parties.

Dated: February 11th, 2025  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE