**EXHIBIT 1**

# EXHIBIT 1

## Adversary Proceedings

|     | Case Name | Adv. Pro. No. |
|-----|-----------|---------------|
| 1.  | *Alameda Research Ltd., et al.* v. *Rocket Internet Capital Partners II SCS, et al.* | 23-50379 |
| 2.  | *Alameda Research Ltd. et al.* v. *Giles et al.* | 23-50380 |
| 3.  | *Alameda Research Ltd et al.* v. *Kives et al.* | 23-50411 |
| 4.  | *Alameda Research Ltd. et al.* v. *Daniel Friedberg* | 23-50419 |
| 5.  | *Alameda Research Ltd. et al.* v. *Platform Life Sciences Inc., et al.* | 23-50444 |
| 6.  | *Alameda Research Ltd. et al.* v. *Samuel Bankman-Fried, et al.* | 23-50448 |
| 7.  | *FTX Trading Ltd. et al.* v. *LayerZero Labs Ltd. et al* | 23-50492 |
| 8.  | *Alameda Research LLC, et al.* v. *Allan Joseph Bankman and Barbara Fried* | 23-50584 |
| 9.  | *Alameda Research Ltd.* v. *Mek Global Limited et al.* | 24-50181 |
| 10. | *Alameda Research Ltd.* v. *Gate Technology Incorporated, et al.* | 24-50184 |
| 11. | *FTX Trading Ltd., et al.* v. *Genesis Block Ltd., et al.* | 24-50185 |
| 12. | *FTX Trading Ltd., et al.* v. *Ryan Salame* | 24-50186 |
| 13. | *Alameda Research Ltd.* v. *Dunamu Inc.* | 24-50187 |
| 14. | *Alameda Research Ltd.* v. *Foris DAX MT Ltd., et al.* | 24-50188 |
| 15. | *FTX Trading Ltd., et al.* v. *American Action Network, Inc.* | 24-50189 |
| 16. | *FTX Trading Ltd., et al.* v. *American Prosperity Alliance* | 24-50190 |
| 17. | *FTX Trading Ltd. et al.* v. *American Values Coalition, Inc.* | 24-50191 |
| 18. | *FTX Trading Ltd., et al.* v. *Common Sense Leadership Fund, Inc.* | 24-50192 |
| 19. | *FTX Trading Ltd., et al.* v. *Congressional Leadership Fund* | 24-50193 |
| 20. | *FTX Trading Ltd., et al.* v. *Fair Democracy* | 24-50194 |
| 21. | *FTX Trading Ltd., et al.* v. *FWD.us* | 24-50195 |
| 22. | *FTX Trading Ltd., et al.* v. *Heartland Resurgence Action* | 24-50196 |
| 23. | *Clifton Bay Investments LLC, et al.* v. *Farmington State Corporation, et al.* | 24-50197 |
| 24. | *FTX Trading Ltd., et al.* v. *Nawaaz Mohammad Meerun* | 24-50198 |
| 25. | *FTX Trading Ltd., et al.* v. *New York Solidarity Network* | 24-50199 |
| 26. | *FTX Trading Ltd., et al.* v. *One Nation, Inc.* | 24-50200 |
| 27. | *FTX Trading Ltd., et al.* v. *Prosperity Alliance, Inc.* | 24-50201 |
| 28. | *FTX Trading Ltd., et al.* v. *Senate Leadership Fund* | 24-50202 |
| 29. | *FTX Trading Ltd., et al.* v. *Voto Latino Inc.* | 24-50203 |
| 30. | *FTX Trading Ltd., et al.* v. *Working America* | 24-50204 |
| 31. | *FTX Trading Ltd., et al.* v. *SkyBridge Capital II, LLC, et* | 24-50209 |

2

|     | Case Name | Adv. Pro. No. |
| --- | --- | --- |
|     | *al.* |     |
| 32. | *West Realm Shires, Inc.* v. *Matthew Ness, et al.* | 24-50210 |
| 33. | *FTX Trading Ltd., et al.* v. *SecureBio, Inc.* | 24-50211 |
| 34. | *FTX Trading Ltd., et al.* v. *The Goodly Institute* | 24-50212 |
| 35. | *FTX Trading Ltd., et al.* v. *Spartz Philanthropies, et al.* | 24-50213 |
| 36. | *FTX Trading Ltd., et al.* v. *Manifold Markets, Inc.* | 24-50214 |
| 37. | *Alameda Research Ltd., et al.* v. *Silver Miller Law* | 24-50215 |
| 38. | *Alameda Research Ltd., et al.* v. *Neil Patel, et al.* | 24-50216 |
| 39. | *FTX Trading Ltd., et al.* v. *On Ten Productions Limited* | 24-50217 |
| 40. | *Alameda Research Ltd.* v. *MEXC Global Ltd.* | 24-50218 |
| 41. | *FTX Trading Ltd., et al.* v. *Huobi Global Ltd., et al.* | 24-50219 |
| 42. | *FTX Trading Ltd.* v. *Deng Jun, et al.* | 24-50220 |
| 43. | *Alameda Research Ltd.* v. *Aleksandr Sasha Ivanov, et al.* | 24-50221 |
| 44. | *FTX Trading Ltd. et al.* v. *Binance Holdings Limited, et al.* | 24-50222 |
| 45. | *Macluarin Investments Ltd.* v. *Workplay Ventures LLC and OL Ventures LLC* | 24-50300 |