# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: FTX TRADING LTD., *et al.*, <br><br> Debtors. | Chapter 11 <br> Bankruptcy No. 22-11068-JTD <br> (Jointly Administered) |
| KIHYUK NAM, *et al.*, <br><br> Appellants, <br><br> v. <br><br> FTX TRADING LTD., *et al.*, <br><br> Appellees. | Civ. No. 1:24-cv-01175-TLA <br> Civ. No. 1:24-cv-01176-TLA <br> Civ. No. 1:24-cv-01178-TLA <br> Civ. No. 1:24-cv-01180-TLA |

## STIPULATION TO
## VOLUNTARILY DISMISS APPEAL

Appellants LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC (collectively, the "LayerZero Appellants") and FTX Trading Ltd. *et al*. (collectively, the "Appellees," and together with the LayerZero Appellants, the "Parties"), in the above-captioned cases, by and through their undersigned counsel, hereby stipulate to voluntarily dismiss the appeal, Civ. No. 1:24-cv-01180-TLA, with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a).  Each party will bear their own costs and fees.

12015165v.2

<div style="column-count:2">

**POTTER ANDERSON & CORROON LLP**

*/s/ Sameen Rizvi*
M. Blake Cleary (No. 3614)
R. Stephen McNeill (No. 5210)
Sameen Rizvi (No. 6902)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: bcleary@potteranderson.com
          rmcneill@potteranderson.com
          srizvi@potteranderson.com

-and-

Brian S. Rosen, Esq.
Dylan J. Marker, Esq.
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: brosen@proskauer.com
          dmarker@proskauer.com

-and-

Jordan E. Sazant (DE Bar No. 6515)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Email: jsazant@proskauer.com

-and-

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
Telephone: 302-467-4400
Email: landis@lrclaw.com
          jbrown@rlf.com
          pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
          bromleyj@sullcrom.com
          gluecksteinb@sullcrom.com
          kranzleya@sullcrom.com

*Counsel to the Appellees*

</div>

William D. Dalsen, Esq.
Genesis Sanchez Tavarez, Esq.
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110-2600
Telephone: (617) 526-9600
Email: wdalsen@proskauer.com
         gsancheztavarez@proskauer.com

*Counsel to the LayerZero Appellants*

# CERTIFICATE OF SERVICE

I, Sameen Rizvi, do hereby certify that on February 6, 2025, a copy of the foregoing *Stipulation to Voluntarily Dismiss Appeal* was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which provides electronic notice to all parties and was served on the party listed below by electronic mail and First Class Mail:

>	*/s/ Sameen Rizvi*
>	Sameen Rizvi (No. 6902)

Kihyuk Nam
107 Hacdoji-ro, Building 2, 2404
Yeonsu-gu, Incheon, 21997
South Korea
Email:  kihyuknam@hanyang.ac.kr

12038143