## SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Fortieth Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| | Asserted Claims | | Modified Claim |
|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Debtor** |
| 93687 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 1462 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94771 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 259 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96880 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 5620 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 224* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68917 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96740 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 1558 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 10160 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 72715 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96813 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97082* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 4056 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2542 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 43644* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95135 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 5573 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32449 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

224*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Thirty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
97082*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Thirty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
43644*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Thirty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)