IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., *et al.* | ) Case No. 22-11068 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**CONFUSION CAPITAL, INC.**

Name and Address where notices to transferee should be sent:

Confusion Capital, Inc. c/o Nevin Freeman
450 Sinclair St.
Reno, NV 89501

Phone: (503) 952 - 6184
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above): N/A

Name of Transferor
**[Name Redacted]**

Last known address of transferor:

**[Redacted]**

Confirmation ID# 3265-70-GNYDH-793482344
Schedule #: 5985502
Customer Code #: 06780419
Amount of Claim: $101,526.55 (est.)
Date Claim Filed: N/A

Phone: **[Redacted]**
Last Four Digits of FTX Acct #: 4292

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Nevin Freeman                         Date: January 20, 2025
     Transferee/Transferee's Agent

Local Form 138

321603393.2

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Identity of Transferor

Transferee has in its possession evidence of transfer of the claim signed by the Transferor (a Claim Purchase Agreement).

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed evidence of transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed evidence of transfer (Claim Purchase Agreement) to the Bankruptcy Court, the Debtors, and appropriate professionals.