Case 22-11068-JTD    Doc 29575    Filed 02/12/25    Page 1 of 10

p.1 of 9

RECEIVED

2025 FEB 12  AM 10: 48

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Jan 31/2025
=============

Intent  :   Response to Debtor Objection  Case 22-11068-JTD Doc 29166 Filed 01/08/25

Case    :   Case 22-11068-JTD Doc 29166 Filed 01/08/25

Serve To:
(A)The Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801,

The counsel to the Debtors,
(1) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Christian P. Jensen (jensenc@sullcrom.com) and David M. Rosenthal (rosenthald@sullcrom.com)

(2) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Matthew R. Pierce (pierce@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com)


Debtor :    FTX Trading Ltd. and its affiliated debtors and debtors-in-possession

Claim numbers:     Surviving 97876/disallowed 97748(due to wrong FTX info provided on ETHW)

Claimant name:     Gonia Chan     *(signature)*   Jan 31/2025

Claimant address:  9 Emmanuel Dr., Richmond Hill, Ontario, Canada.  L4B 1Y5

Claimant email:    b.guest1@yahoo.com

Claimant home no.: 1(905)771-1128 (in Canada)

Description:       Response on Debtors' determinations of the superseded claims

Supporting Documents for Surviving claim (97876) "Undetermined quantity":
            a)FTX screen prints to substantiate Proof of Claim.
            b)Original Proof of Claim with quantity stated on form maybe too small to read.

Proof of innocent on duplication of Claims (97748)
            a)FTX Noticing's email with wrong info on ETHW leading to duplication of claim.

Claim amount:      Account contribution of $3,400 USD.

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Forty-First Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 97748 | Chan, Gonia | FTX Trading Ltd. | | Undetermined* | 97876 | Chan, Gonia | FTX Trading Ltd. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**PROOF OF INTEREST**

Fill in this information to identify the case (Select only one Debtor per claim form):

- ☑ FTX Trading Ltd. (Case No. 22-11068)
- ☐ Alameda Research LLC (Case No. 22-11066)
- ☐ Alameda Research Yankari Ltd (Case No. 22-11108)
- ☐ Blockfolio, Inc. (Case No. 22-11110)
- ☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)
- ☐ Clifton Bay Investments LLC (Case No. 22-11070)
- ☐ Deck Technologies Holdings LLC (Case No. 22-11138)
- ☐ FTX Zuma Ltd (Case No. 22-11124)
- ☐ Hilltop Technology Services LLC (Case No. 22-11176)
- ☐ Paper Bird Inc (Case No. 22-11089)
- ☐ West Realm Shires Inc. (Case No. 22-11183)

**1. Name of holder of the Equity Security Interest** (The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):

Gonia Chan

Name and address where notices should be sent:
Gonia Chan
9 Emmanuel Dr.,
Richmond Hill
Ontario, Canada
L4B 1Y5

Telephone Number (905) 771-1128

Email Address B.guest1@yahoo.com

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

Account or other number by which Interest Holder identifies Debtor:

Customer Code is ▮▮▮▮▮
Account opened May 9/2021
Login name: gonia.chan

Check here if this Proof of Interest:
☐ Replaces a previously filed Proof of Interest   Dated:
☐ Amends a previously filed Proof of Interest   Dated:

**2. Date Equity Security Interest was acquired:**
Between May9/2021 to Aug 31/2022
DOGE[704.5311750000000000]
ETH[0.3439346400000000]
ETHW[0.3439346400000000]
MATIC[289.9272000000000000]
SHIB[799848.0000000000000000]
SOL[3.4993350000000000]
TRX[2708.9773250000000000]
USD[42.3468625000000000]
XRP[350.9669500000000000]

**3. Total Amount Paid for Equity Interest:**

3,400.00 (USD

**4. Certificate number(s):**

**5. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**6. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.

**7. Signature:**

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

DATE: Jun 01/2023

SIGN and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

Gonia Chan

**THIS SPACE FOR COURT USE ONLY**

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Case 22-11068-JTD    Doc 29575    Filed 02/12/25    Page 4 of 10

(p. 4 of 9)

## FTX – Your Scheduled Claim Information and Unique Customer Code

From: FTX Noticing (ftx@noticing.ra.kroll.com)

To: b.guest1@yahoo.com

Date: Tuesday, March 28, 2023 at 10:02 PM EDT

*FTX INFORMED HOLDINGS.*

*P.T.O*

**YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.**

**YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF**

# Deposits

Show time in UTC    Make a deposit

| Time | Coin | Amount | Status | Additional info |
|---|---|---|---|---|
| 2021-08-26, 9:43:12 a.m. | USD | | | |
| 2021-05-20, 10:54:03 a.m. | USD | | | |
| 2021-05-19, 10:04:36 a.m. | USD | | | |
| 2021-05-15, 11:52:14 a.m. | USD | | | |
| 2021-05-15, 11:46:58 a.m. | USD | | | |
| 2021-05-15, 11:44:58 a.m. | USD | | | |
| 2021-05-11, 9:20:25 p.m. | USD | | | |

Rows per page: 10     1-7/7

$3400

View All Account Balances   Manage Saved Addresses   Margin Borrow   NFTs   Missing Deposit Help

Subaccount: Main Account +

| BALANCES | DEPOSITS | WITHDRAWALS | POSITIONS | FILLS | CONVERSIONS |

## Deposits

| Time | Coin | Amount | Status |
|---|---|---|---|
| 2021-08-26, 9:43:12 a.m. | USD | 2,000.0100000000 USD | Complete (Credit card deposit) |
| 2021-05-20, 10:54:03 a.m. | USD | 500.0100000000 USD | Complete (Credit card deposit) |
| 2021-05-19, 10:04:36 a.m. | USD | 500.0100000000 USD | Complete (Credit card deposit) |
| 2021-05-15, 11:52:14 a.m. | USD | 100.0000000000 USD | Complete (Credit card deposit) |
| 2021-05-15, 11:46:58 a.m. | USD | 101.0000000000 USD | Complete (Credit card deposit) |
| 2021-05-15, 11:44:58 a.m. | USD | 100.0000000000 USD | Complete (Credit card deposit) |
| 2021-05-11, 9:20:25 p.m. | USD | 100.0000000000 USD | Complete (Credit card deposit) |

Rows per

Trades

| Time | Market | Side | Order type | Size | Price | Fee |
|---|---|---|---|---|---|---|
| 2021-07-21, 12:53:20 p.m. | MATIC/USD | Buy | Market | 80.00000000 | 0.92081700 | 0.053200 MATIC |
| 2021-05-24, 4:25:12 p.m. | TRX/USD | Buy | Limit | 1,069.00000000 | 0.07546000 | 0.710885 TRX |
| 2021-05-24, 4:21:21 p.m. | DOGE/USD | Buy | Limit | 405.00000000 | 0.35444950 | 0.269325 DOGE |
| 2021-05-22, 1:19:41 a.m. | XRP/USD | Buy | Limit | 116.00000000 | 0.86447500 | -0.011600 XRP |
| 2021-05-21, 10:39:47 a.m. | MATIC/USD | Buy | Limit | 70.00000000 | 1.50000000 | -0.007000 MATIC |
| 2021-05-20, 10:22:29 a.m. | XRP/USD | Buy | Limit | 185.00000000 | 1.22565000 | 0.035150 XRP |
| 2021-05-20, 10:08:47 a.m. | MATIC/USD | Buy | Limit | 80.00000000 | 2.09292500 | 0.015200 MATIC |
| 2021-05-19, 11:21:09 a.m. | DOGE/USD | Buy | Limit | 300.00000000 | 0.38802400 | 0.199500 DOGE |
| 2021-05-19, 12:53:52 a.m. | MATIC/USD | Buy | Limit | 60.00000000 | 1.85652400 | 0.011400 MATIC |
| 2021-05-18, 2:37:15 p.m. | XRP/USD | Buy | Limit | 46.00000000 | 1.54420000 | 0.008740 XRP |
| 2021-05-18, 2:37:15 p.m. | XRP/USD | Buy | Limit | 4.00000000 | 1.54420000 | 0.000760 XRP |
| 2021-05-17, 12:01:37 a.m. | TRX/USD | Buy | Limit | 900.00000000 | 0.11000000 | 0.171000 TRX |
| 2021-05-15, 11:21:44 p.m. | TRX/USD | Buy | Limit | 741.00000000 | 0.12700000 | 0.140790 TRX |

Rows per page: 15  1-13/13

## Balances

☑ Hide zero balances

| Coin | Balance | Available Balance | USD Value | | | |
|---|---|---|---|---|---|---|
| USD (USD) | 42.34686250 | 42.34686250 | US$42.35 | DEPOSIT | WITHDRAW | |
| Ethereum (ETH) | 0.34393464 | 0.34393464 | US$1,106.47 | DEPOSIT | WITHDRAW | |
| Matic (MATIC) | 289.92720000 | 289.92720000 | US$578.50 | DEPOSIT | WITHDRAW | |
| Solana (SOL) | 3.49933500 | 3.49933500 | US$388.14 | DEPOSIT | WITHDRAW | CONVE |
| XRP (XRP) | 350.96695000 | 350.96695000 | US$304.15 | DEPOSIT | WITHDRAW | CO |
| TRON (TRX) | 2,708.97732500 | 2,708.97732500 | US$192.07 | DEPOSIT | WITHDRAW | CO |
| Dogecoin (DOGE) | 704.53117500 | 704.53117500 | US$109.61 | DEPOSIT | WITHDRAW | CO |
| Shiba Inu (SHIB) | 799,848.00000000 | 799,848.00000000 | US$25.71 | DEPOSIT | WITHDRAW | |
| Other fiat (ILS, PHP, RUB, etc.) | | | | CONVERT AND DEPOSIT | | |

Rows per page: 100     1-9 / 9

no Withdrawals.

# Wallet

Total Net USD Value ≈ US$3,243.84

View All Account Balances    Manage Saved Addresses    Margin Borrows    NFTs    Manage Deposit Holds

Subaccount:    Main Account    +

**BALANCES**    **DEPOSITS**    **WITHDRAWALS**    **POSITIONS**    **FILLS**    **CONVERSIONS**

Withdrawals

🔍     [icons]     ☐ Show time in UTC    **MAKE A WITHDRAWAL**

Coin    Amount    Destination    Status

No matching records found

Rows per page: 10 ▼    0-0/0

About Us    FTF    Leaderboard    Volume Monitor    Help    Fees    API    Blog    FTX US    Telegram    Twitter    WeChat    Our communities    Support

Case 22-11068-JTD Doc 29575 Filed 02/12/25 Page 10 of 10





9 Emmanuel Dr.
Richmond Hill
Ontario, Canada
L4B 1Y5

Office of the Clerk of United States Bankruptcy Court for the District of Delaware

824 Market Street
3rd Floor, Wilmington
Delaware
19801

