## EXHIBIT A

**Summary of Billing By Professional for the Application Period**

## SUMMARY OF BILLING BY PROFESSIONAL
### MARCH 20, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024

| TIMEKEEPER | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Robert J. Cleary | Of Counsel | 1980 | 1982 | $2,235.00 | 522.7 | $1,168,234.50 |
| Robert J. Cleary | Of Counsel | 1980 | 1982 | $1,117.50[1] | 4.3 | $4,805.25 |
| **Of Counsel Total** | | | | | **527** | **$1,173,039.75** |
| Peter Harvey | Partner | 1982 | 1984 | $2,080.00 | 13.5 | $28,080.00 |
| Daniel A. Lowenthal | Partner | 1987 | 1988 | $1,900.00 | 464.2 | $881,980.00 |
| Daniel A. Lowenthal | Partner | 1987 | 1988 | $950.00[1] | 2.7 | $2,565.00 |
| H. Gregory Baker | Partner | 2004 | 2005 | $1,680.00 | 92.8 | $155,904.00 |
| Lauren S. Potter | Partner | 2009 | 2010 | $1,640.00 | 360.9 | $591,876.00 |
| Jason Vitullo | Partner | 2009 | 2010 | $1,640.00 | 322.8 | $529,064.00 |
| Andrew P. Beame | Partner | 1996 | 1997 | $1,640.00 | 0.8 | $1,312.00 |
| **Partner Total** | | | | | **1257.7** | **$2,191,109.00** |
| Alvin Li | Associate | 2016 | 2017 | $1,340.00 | 233.4 | $312,756.00 |
| Kimberly Black | Associate | 2017 | 2018 | $1,310.00 | 413.3 | $541,423.00 |
| Kimberly Black | Associate | 2017 | 2018 | $655.00[1] | 1 | $655.00 |
| Ian Eppler | Associate | 2019 | 2019 | $1,230.00 | 289.4 | $355,962.00 |
| William Hayes | Associate | 2020 | 2021 | $1,150.00 | 206.4 | $237,360.00 |
| Johanna-Sophie Dikkers | Associate | 2020 | 2021 | $1,150.00 | 359.8 | $413,770.00 |
| Lauren Doxey | Associate | 2021 | In process | $1,045.00 | 216.5 | $226,242.50 |
| **Associate Total** | | | | | **1719.80** | **$2,088,168.50** |
| David Erroll | Practice Area Associate | 2001 | 2003 | $840.00 | 398.3 | $334,572.00 |

---

[1] 50% rate appears where time is charged for non-working travel.

| TIMEKEEPER | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| David Erroll | Practice Area Associate | 2001 | 2003 | $420.00[1] | 1 | $420.00 |
| **Practice Area Associate Total** | | | | | **399.3** | **$334,992.00** |
| Joyce Addae | Paralegal | N/A | N/A | $640.00 | 12 | $7,680.00 |
| Kurt Maitland | Paralegal | N/A | N/A | $625.00 | 67.1 | $41,937.50 |
| Sean O'Shea | Paralegal | N/A | N/A | $625.00 | 30.2 | $18,875.00 |
| Maritza Garcia | Paralegal | N/A | N/A | $590.00 | 380.6 | $231,162.00 |
| Michael R. Dauenheimer | Paralegal | N/A | N/A | $515.00 | 34.3 | $17,664.50 |
| Rachel Holliday | Project Assistant | N/A | N/A | $230.00 | 51.1 | $11,753.00 |
| Kimberly Pereyra-Monero | Project Assistant | N/A | N/A | $230.00 | 29.8 | $6,854.00 |
| Geovanna Pineda-Vega | Project Assistant | N/A | N/A | $230.00 | 14.6 | $3,358.00 |
| Ianna Ramdhany-Correa | Project Assistant | N/A | N/A | $230.00 | 22.5 | $5,175.00 |
| Shelley Waldron | Electronic Discovery | N/A | N/A | $785.00 | 3 | $2,355.00 |
| Eduard Pinkhasov | Electronic Discovery | N/A | N/A | $515.00 | 0.4 | $206.00 |
| Kit Levine-Flandrup | Electronic Discovery | N/A | N/A | $645.00 | 3.6 | $2,322.00 |
| Stephanie Weng | Electronic Discovery | N/A | N/A | $505.00 | 9.1 | $4,595.50 |
| Juan Alvarez | Electronic Discovery | N/A | N/A | $440.00 | 6.5 | $2,860.00 |
| Roman Kosman-Rimskiy | Electronic Discovery | N/A | N/A | $440.00 | 8.1 | $3,564.00 |

| TIMEKEEPER | TITLE | YEAR OF LAW SCHOOL GRADUATION | YEAR OF ADMISSION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Samson Tilahun | Electronic Discovery | N/A | N/A | $440.00 | 6.2 | $2,728.00 |
| Oleg Gorelik | Electronic Discovery | N/A | N/A | $505.00 | 0.5 | $252.50 |
| **Non Legal Personnel Total** | | | | | **690.8** | **$363,342.00** |
| **SUB TOTAL** | | | | | **4,594.60** | **$6,150,651.25** |
| **LESS 10% DISCOUNT** | | | | | | **($615,065.13)** |
| **LESS FEE EXAMINER ADJUSTMENTS[2]** | | | | | | **($8,763.00)** |
| **GRAND TOTAL** | | | | | | **$5,526,823.13** |

**Blended Hourly Rate: $1,203.29[3]**

---

[2] Reflects adjustments agreed to with the Fee Examiner for the second and third Interim Fee Applications.
[3] Calculated after application of the 10% discount discussed herein.