**EXHIBIT B**

**Summary of Compensation by Project Category for the Application Period**

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## MARCH 20, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024

| PROJECT CATEGORY | HOURS | FEE AMOUNT |
|---|---|---|
| Examiner Time | 522.7 | $1,168,234.50 |
| Court Hearings | 10.5 | $17,625.00 |
| Report Preparation and Drafting | 1715 | $2,013,639.00 |
| Document Requests and Formal Discovery | 36.3 | $48,040.00 |
| Non-Working Travel | 9 | $8,445.25 |
| General Case Administration | 538.3 | $665,816.00 |
| Examiner Investigation Work | 1232.2 | $1,560,182.00 |
| Communications with Parties in Interest | 311.7 | $478,004.50 |
| Billing and Fee Applications | 214.8 | $184,586.00 |
| Retention Work | 4.1 | $6,079.00 |
| **TOTAL** | | **$6,150,651.25** |
| **LESS 10% DISCOUNT** | | **($615,065.13)** |
| **LESS FEE EXAMINER ADJUSTMENT[1]** | | **($8,763.00)** |
| **TOTAL AMOUNT DUE** | | **$5,526,823.13** |

---

[1] Reflects adjustments agreed to with the Fee Examiner for the second and third Interim Fee Applications.