# EXHIBIT C

**Expense Summary for the Application Period**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**
**MARCH 20, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| EXPENSE CATEGORY | SERVICE PROVIDER, IF APPLICABLE | AMOUNT |
|---|---|---|
| Travel and Expenses | N/A | $339.25 |
| Local Travel and Fares | N/A | $783.30 |
| Meals - Overtime | N/A | $425.01 |
| Conference Room Dining | N/A | $682.22 |
| Reproduction – Copies ($0.10 per standard page; $0.25 per page for color copies) | N/A | $338.90 |
| Online Research | N/A | $857.35 |
| Filing Fees / Index Fees | N/A | $125.00 |
| Litigation Support Vendor | Deloitte | $33,592.19 |
| **TOTAL** | | **$37,143.22** |