## **<u>EXHIBIT E</u>**

**Budget and Staffing Plan for the Application Period**

**STAFFING PLAN FOR PATTERSON BELKNAP
WEBB & TYLER LLP, COUNSEL TO THE EXAMINER, FOR
THE PERIOD MARCH 20, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| TIMEKEEPER CATEGORY | NUMBER | RANGE OF RATES (FIRMWIDE) |
|---|---|---|
| Partners | 6 | $1,440 to $2,115 |
| Of Counsel | 1 | $1,345 to $2,310 |
| Counsel | 0 | $1,415 to $1,545 |
| Associates | 6 | $795 to $1,410 |
| Staff Attorneys | 0 | $650 to $855 |
| Practice Area Attorney | 1 | $710 to $1,175 |
| Trial Specialist | 0 | $640 |
| Paralegals | 5 | $370 to $650 |
| Project Assistant | 4 | $230 |
| Practice Support / Electronic Discovery | 8 | $440 to $785 |

**BUDGET FOR PATTERSON BELKNAP
WEBB & TYLER LLP, COUNSEL TO THE EXAMINER, FOR THE
PERIOD MARCH 20, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Examiner Time | 525 | $1,173,375.00 | 522.7 | $1,168,234.50 |
| Court Hearings | 10 | $17,00 | 10.5 | $17,625.00 |
| Report Preparation and Drafting | 1700 | $2,000,000 | 1715 | $2,013,639.00 |
| Document Requests and Formal Discovery | 40 | $50,000 | 36.3 | $48,040.00 |
| Non-Working Travel[1] | 10 | $10,000 | 9 | $8,445.25 |
| General Case Administration | 525 | $650,000 | 538.3 | $665,816.00 |
| Examiner Investigation Work | 1250 | $1,750,000 | 1232.2 | $1,560,182.00 |
| Communications with Parties in Interest | 300 | $475,000 | 311.7 | $478,004.50 |
| Billing and Fee Applications | 200 | $180,000 | 214.8 | $184,586.00 |
| Retention Work | 4 | $6,000.00 | 4.1 | $6,079.00 |
| **SUB TOTAL** | **4,560** | **$6,288,375.00** | **4,590.6** | **$6,150,065.25** |
| **LESS 10% DISCOUNT** | **N/A** | **($628,837)** | **N/A** | **($615,065.13)** |
| **LESS FEE EXAMINER ADJUSTMENT[2]** | **N/A** | **N/A** | | **($8,763.00)** |
| **GRAND TOTAL** | **4560** | **$5,659,537.50** | **N/A** | **$5,526,823.13** |

---

[1] 50% rate is used when time is charged for non-working travel.

[2] Reflects adjustments agreed to with the Fee Examiner for the second and third Interim Fee Applications.