**EXHIBIT B**

**Summary of Compensation by Project Category for the Application Period**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**MARCH 20, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Project Category (Task Code) | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (07) | 25.30 | $12,584.50 |
| Employment and Fee Applications (11) | 65.30 | $40,642.50 |
| Investigations (23) | 87.00 | $59,573.50 |
|  | **177.60** | **$112,800.50**[1] |

---

[1] Ashby previously agreed with the Fee Examiner to reduce its total requested fees by $2,500.00 (from the original total of $112,800.50 to final total of $110,300.50).

{02090523;v1 }