**EXHIBIT C**

**Expense Summary for the Application Period**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**
**MARCH 20, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| EXPENSE CATEGORY | SERVICE PROVIDER, IF APPLICABLE | AMOUNT |
|---|---|---|
| Filing Fees | N/A | $100.00 |
| Document Duplication and mailout | Reliable | $44.26 |
| Document Duplication and mailout | Parcels | $548.54 |
| Pacer Service Fees | Pacer | $102.10 |
| Photocopies | N/A | $241.30 |
| Postage | N/A | $183.06 |
| **TOTAL** | | **$1,219.30** |