**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Objections Due: March 6, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: April 17, 2025 at 10:00 a.m. (ET)** |

**NOTICE OF FINAL FEE APPLICATION**

TO:     (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) counsel to the Official Committee of Unsecured Creditors; (d) the Fee Examiner; and (e) all other parties required to be given notice pursuant to the Interim Compensation Order.

On the date hereof, Ashby & Geddes, P.A. ("Ashby") filed with the United States Bankruptcy Court for the District of Delaware the *Final Fee Application of Ashby & Geddes, P.A., as Delaware Counsel to the Examiner for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 20, 2024 through and including October 8, 2024* (the "Final Fee Application").

Objections ("Objection"), if any, to the Final Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, ECF No. 435 (the "Interim Compensation Order"). Objections must be served upon the following parties so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on March 6, 2025:**

    (i) counsel to the Debtors, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{02090523;v1 }

(brown@lrclaw.com); (ii) counsel to the Committee, (a) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kris Hansen (krishansen@paulhastings.com), Erez Gilad (erezgilad@paulhastings.com) and Gabriel Sasson (gabesasson@paulhastings.com) and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert F. Poppiti, Jr. (rpoppiti@ycst.com); (iii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Linda Richenderfer (linda.richenderfer@usdoj.gov); (iv) the Fee Examiner and her counsel, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, Wisconsin 53701, Attn: Katherine Stadler and Mark Hancock (FTXFeeExaminer@gklaw.com), and (v) the Examiner and his counsel, (a) Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036, Attn: Robert J. Cleary (rcleary@pbwt.com), Daniel A. Lowenthal (dalowenthal@pbwt.com) and Kimberly A. Black (kblack@pbwt.com) and (b) Ashby & Geddes, P.A. 500 Delaware Avenue, 8th Floor Wilmington, DE 19801, Attn: Michael DeBaecke (mdebaecke@ashbygeddes.com).

A HEARING ON THE FINAL FEE APPLICATION HAS BEEN SCHEDULED FOR **APRIL 17, 2025, AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FINAL FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: February 14, 2025 | Respectfully submitted,<br><br>**ASHBY & GEDDES, P.A.**<br><br>By:   */s/ Michael D. DeBaecke*<br><br>Michael D. DeBaecke (Bar No. 3186)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 654-1888<br>Email: mdebaecke@ashbygeddes.com<br><br>*-and-*<br><br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br><br>Daniel A. Lowenthal (admitted *pro hac vice*)<br>Kimberly A. Black (admitted *pro hac vice*)<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>Email: dalowenthal@pbwt.com<br>Email: kblack@pbwt.com<br><br>*Counsel to Robert J. Cleary in his capacity as Examiner appointed in the Chapter 11 Cases* |