# Exhibit E



**CORPORATE &
TRUST SERVICES**
CARIBBEAN LIMITED

Lower Sir Sydney Walling Highway
P. O. Box 990, St. John's, Antigua W.I.
Telephone: (268) 460-5860/1   Fax: (268) 562-1810

Directors:

Arthur G. B. Thomas LL.B. Hons. (U.W.I.) L.E.C., LLM, (Int'l Tax'n), J.P.
Internet: thomasa@candw.ag   www.thomasjohn.com
Mobile: (268) 764-0592

Kelvin John LL.B. Hons. (U.W.I.) LLM, L.E.C. EMBA
Internet: johnk@candw.ag   www.thomasjohn.com
Mobile: (268) 464-1185

17th June, 2024

Mr. John J. Ray III
Receiver
FTX Trading Ltd.

Dear Mr. Ray,

**Re:    FTX Trading Ltd.**

Please find attached an Order of the Seoul Central District Court, served on our office today at 11:20 am by the High Court of Justice in Antigua & Barbuda.

Kindly confirm receipt by email to a.thomas@thomasjohnlawyers.com.

Sincerely,

Arthur G.B. Thomas
Attorney-at-Law

[제41호서식]    공증<br>인가 **법무법인 대종**    서울 종로구 새문안로 5길 13.<br>303호(당주동,변호사회관)<br>[Tel.736-6604]

Registered No. 2024 – 933

# NOTARIAL  CERTIFICATE

**DAE  JONG  LEGAL  CORPORATION**

#303, 13, Saemunan-ro 5-gil, Jongno-gu,<br>Seoul, Korea



210mm×297mm(보존용지(1종) 70g/m²)

*[Translation]*

# Seoul Central District Court
## Single-Judge Panel 54-1
## Decision

Case          2024*KaDan*801368 Provisional Seizure of Receivable

Creditor      Haru United Pte., Ltd.

              17-02, 20 Collyer Quay, Singapore

              Representative: Director Hyungsoo Lee

              Legal counsel: Attorney-at-law Tae-Hyoung Kwon

              Legal counsel: Attorney-at-law Ji Woong Jang

              Legal counsel: Attorney-at-law Young-Joon Kim

              Legal counsel: Attorney-at-law Sanghan Kwon

Debtor        Junho Bang (940626-1188229)

              #2404, 106-dong, 651, Samseong-ro (Samseong-dong, Ramian La Classy),

              Gangnam-gu, Seoul

Third-Party   FTX Trading Ltd.

Debtor        10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda

              Representative: John J. Ray III

---

* You can check the authenticity of this document on the Court of Korea's app using the barcode on the top left. You can also verify whether this document has been forged or falsified by searching for the issuance number marked at the bottom left of this document on the e-filing website or using the menu for searching issued documents (issuance numbers) on the case search computer installed at the public service center of each court.

*[Translation]*

## Order

The receivable held by the Debtor against the Third-Party Debtor as described in the Attachment shall be provisionally seized.

The Third-Party Debtor shall not pay for the receivable to the Debtor.

The Debtor shall deposit the following claim amount with the Court and may file an application for stay order or revocation of the provisional seizure.

Description of the claimed receivable: Part of the damages claim

Claim amount: KRW 148,380,000,000

## Reasons

The Creditor's Application for Provisional Seizure of Receivable has merit. Therefore, upon receipt of the deposit guarantee insurance policy (Seoul Guarantee Insurance Company Policy No. 100-000-202400971785), the Court hereby renders its decision as stated in the Order.

March 21, 2024

Judge Seong-Gon Kim (*seal affixed*)

1. This Provisional Seizure Decision has been rendered based on the evidentiary documents submitted by the Creditor.

2. If the Debtor has an objection to this Decision, the Debtor may file an objection to, or an application for revocation of, the provisional seizure with this Court.

* You can check the authenticity of this document on the Court of Korea's app using the barcode on the top left. You can also verify whether this document has been forged or falsified by searching for the issuance number marked at the bottom left of this document on the e-filing website or using the menu for searching issued documents (issuance numbers) on the case search computer installed at the public service center of each court.

2024-0262000746-5FABB                                                    2/4

*[Translation]*

**[Attachment]**

## Description of the Receivable to be Provisionally Seized

**Claim amount: KRW 148,380,000,000**

Right to claim return of money, right to claim payment following settlement of transactions, and right to claim refund which are held by the Debtor ((1) Email address: jhbaang@gmail.com; Unique Customer Code: 03698313; and (2) Email address: melon1919@naver.com; Unique Customer Code: 00170608) against the Third-Party Debtor. End.



* You can check the authenticity of this document on the Court of Korea's app using the barcode on the top left. You can also verify whether this document has been forged or falsified by searching for the issuance number marked at the bottom left of this document on the e-filing website or using the menu for searching issued documents (issuance numbers) on the case search computer installed at the public service center of each court.

2024-0262000746-5FABB                                                                                    3/4

*[Translation]*

# This is an authentic copy.

March 21, 2024

Seoul Central District Court

Court Clerk Gwang-Jae Lee



* You can check the authenticity of this document on the Court of Korea's app using the barcode on the top left. You can also verify whether this document has been forged or falsified by searching for the issuance number marked at the bottom left of this document on the e-filing website or using the menu for searching issued documents (issuance numbers) on the case search computer installed at the public service center of each court.





www.scourt.go.kr

# 서 울 중 앙 지 방 법 원

## 제 5 4 - 1 단 독

## 결          정

| | | |
|---|---|---|
| 사      건 | 2024카단801368  채권가압류 |

채  권  자      하루 유나이티드 피티이 엘티디(Haru United Pte., Ltd.)

싱가포르 콰이 콜이어 20, 17-02(17-02, 20 Collyer Quay, Singapore)

대표자 이사(Director) 이형수(Hyungsoo Lee)

소송대리인 변호사 권태형

소송대리인 변호사 장지웅

소송대리인 변호사 김영준

소송대리인 변호사 권상한

채  무  자      방준호(940626-1188229)

서울 강남구 삼성로 651, 106동 2404호(삼성동, 래미안 라클래시)

제 3 채 무 자      에프티엑스 트레이딩 엘티디(FTX Trading Ltd.)

앤티가바부다 세인트 존스 프라이스 힐 로드 만돌린 플레이스 10-11(10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda)

---

※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.

2024-0262000746-5FABB                    1 / 4                                                    1 / 4

  

대표자 존 제이 레이 3세(John J. Ray III)

## 주        문

채무자의 제3채무자에 대한 별지 기재 채권을 가압류한다.

제3채무자는 채무자에게 위 채권에 관한 지급을 하여서는 아니 된다.

채무자는 다음 청구금액을 공탁하고 집행정지 또는 그 취소를 신청할 수 있다.

청구채권의 내용        손해배상채권 중 일부금

청구금액        금   148,380,000,000 원

## 이        유

이 사건 채권가압류 신청은 이유 있으므로 담보로 공탁보증보험증권(서울보증보험주식

회사 증권번호 제100-000-202400971785호)을 제출받고 주문과 같이 결정한다.

2024. 3. 21.

판사        김성곤        

※ 1. 이 가압류 결정은 채권자가 제출한 소명자료를 기초로 판단한 것입니다.
   2. 채무자는 이 결정에 불복이 있을 경우 가압류이의나 취소신청을 이 법원에 제기할 수 있습니다.



  

**[별지]**

# 가압류할 채권의 표시

**청구금액: 금 148,380,000,000원**

채무자(① 이메일 주소 jhbaang@gmail.com, Unique Customer Code 03698313 ② 이메일 주소 melon1919@naver.com, Unique Customer Code 00170608)가 제3채무자에 대하여 가지는 금전반환청구권, 거래정산에 따른 지급청구권, 환불청구권. [끝]



※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위·변조 여부를 확인하실 수 있습니다.

  

# 정본입니다.

2024.03.21

서울중앙지방법원

법원주사  이광재 



※ 문서 좌측 상단의 바코드로 대한민국법원 앱에서 진위확인을 하실 수 있습니다. 또한 전자소송홈페이지 및 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급문서(번호)조회 메뉴에서 문서 좌측 하단의 발급번호를 이용하여 위,변조 여부를 확인하실 수 있습니다.



[제41호서식]  공중인가 **법무법인 대종**  서울 종로구 새문안로 5길 13.
303호(당주동,변호사회관)
[Tel.736-6604]

Registered No. 2024 – 932

# NOTARIAL  CERTIFICATE



## DAE  JONG  LEGAL  CORPORATION

#303, 13, Saemunan-ro 5-gil, Jongno-gu,
Seoul, Korea

210mm×297mm(보존용지(1종) 70g/㎡)

[제45호서식]　공증인가 **법무법인 대종**

서울 종로구 새문안로 5길 13.
303호(당주동,변호사회관)
[Tel.736-6604]

| | |
|---|---|
| 위 번역문은 원문과 상위 없음을<br>서약합니다.<br><br>　　　2024. 3. 27.<br><br>서약인 김예솔  | I swear that the attached translation<br>is true to the original<br><br>　　　Mar. 27, 2024<br><br>Signature Yesol Kim |

등부　2024 년　제 933 호

### 인　증

위 김예솔 은
본 공증인의 면전에서 위 번역문이
원문과 상위 없음을 확인하고 서명
날인하였다.


2024 년 3 월 27 일
이 사무소에서 위 인증한다.


공증인가 **법무법인 대종**

소속 서울중앙지방검찰청
주소 서울특별시 종로구 새문안로 5길 13, 303호
(당주동,변호사회관)


공증담당변호사 김 영철

Registerd No.  2024 - 933

### NOTARIAL CERTIFICATE

Yesol Kim

　　　　　　　　　　**personally**
appeared before me, confirmed that
the attached translation is true to the
original and subscribed his (her) name.


This is hereby attested on
this 27th day of Mar, 2024 at this office.


### DAE JONG LEGAL CORPORATION

Belong to Seoul Central District Prosecutors'
Office
#303, 13, Saemunan-ro 5-gil, Jongno-gu,
Seoul, Korea

Lawyer in charge

**KIM YOUNG CHEOL**

본 사무소는 법률 제15150호에 의거하여
2020년 02월 07일 법무부 장관으로부터
공증인 업무를 행할 것을 인가 받았다.

This office has been authorized by the
Minister of Justice, the Republic of Korea, to
act as Notary Public since February, 7. 2020.
under Law No. 15150

210mm×297mm(보존용지(1종) 70g/m²)

*[Translation]*

# Seoul Central District Court
## Single-Judge Panel 54-1
## Request for Statement and Order to Submit Information

| | |
|---|---|
| Case | 2024*KaDan*801368 Provisional Seizure of Receivable |
| Creditor | Haru United Pte., Ltd. |
| Debtor | Junho Bang |
| Third-Party Debtor | FTX Trading Ltd. |

1. As the Creditor has filed a Motion to Request Statement pursuant to Articles 237 and 291 of the Civil Execution Act, the Court requests that the Third-Party Debtor provide a statement in response to the "Matters to be Stated (details of transaction information to be submitted)" in the table below.

2. If the Third-Party Debtor is a financial institution, the Court requests that the Third-Party Debtor submit financial transaction information as set forth in the table below pursuant to Articles 237 and 291 of the Civil Execution Act and Article 4(1) of the Act on Real Name Financial Transactions and Confidentiality.

**Below**

| | | | |
|---|---|---|---|
| Details of Request | Personal Information of Title Holder | Name | Junho Bang |
| | | Resident Registration No. | 940626-1188229 |
| | Legal Basis | Articles 237 and 291 of the Civil Execution Act and Article 4(1) of the Act on Real Name Financial Transactions and Confidentiality | |
| | Purpose of Use | To continue the proceedings of the above case | |
| | Matters to be Stated (details of transaction information to be submitted) | 1. Whether the Third-Party Debtor acknowledges the existence of the receivable and if so, the limit of the receivable<br>2. Whether the Third-Party Debtor intends to pay for the receivable and if so, the limit of such payment<br>3. Whether any other person has claimed the receivable and if so, the type of such claim<br>4. Whether the receivable has ever been subject to (provisional) seizure by another creditor and if so, the type of such claim | |
| Deferment of Notification | Period of Deferment | | |
| | Reason for Deferment | | |
| Notes | | 1. The Third-Party Debtor must provide a statement on the requested information (including transaction information) in writing within one (1) week from the date of receipt of the (Provisional) Seizure Order. | |

*[Translation]*

|  | 2. The "Deferment of Notification" section only applies to the order to submit financial transaction information where the third-party debtor is a financial institution. |
|--|--|

March 21, 2024
Judge Seong-Gon Kim (*seal affixed*)



*[Translation]*

# Third-Party Debtor Statement

| Case | 2024*KaDan*801368    Provisional Seizure of Receivable |
|------|------|
| Creditor | Haru United Pte., Ltd. |
| Debtor | Junho Bang |
| Third-Party Debtor | FTX Trading Ltd. |

| Category | Yes | No |
|----------|-----|-----|
| Claim for notification cost | | |
| Comprehensive account | | |
| Business Registration No. | | |

The Third-Party Debtor hereby states the following facts in connection with the Provisional Seizure Order of the above case. With respect to the following statement, the Third-Party Debtor is well aware that it has an obligation to compensate the Creditor of the provisional seizure for any damages incurred due to the Third-Party Debtor's false statement, whether by willful misconduct or negligence.

[Month] [Day], [Year]

Third-Party Debtor _____ (seal or signature)

Following

1. Regarding whether the Third-Party Debtor acknowledges the receivable

A. Do you acknowledge that the receivable subject to the provisional seizure (the receivable held by the Debtor against the Third-Party Debtor) exists?
    ☐ Yes                    ☐ No

B. [If you answered Yes] What is the amount of the receivable that you acknowledge?

    KRW _____ (principal)
    KRW _____ (interest and liquidated damages accrued on the above principal from [Month] [Day], [Year] to [Month] [Day], [Year])
    Total: KRW _____

C. Please explain any other matters to be noted.

2. Regarding whether the Third-Party Debtor intends to pay for the receivable

A. Do you intend to pay for the receivable (here, the intent to pay does not refer to the intent to pay to the Creditor of the seizure, but instead, the intent to pay to the original Debtor in the absence of the provisional seizure)
    ☐ Yes                    ☐ No

B. [If you answered Yes] To what extent do you intend to pay?

*[Translation]*

KRW _____ (principal)
KRW _____ (interest and liquidated damages accrued on the above principal from [Month] [Day], [Year] to [Month] [Day], [Year])
Total: KRW _____

C. Please explain any other matters to be noted.

3. Regarding whether any other person has claimed the receivable

A. Have you ever received a claim for the receivable from another person?
   ☐ Yes                  ☐ No

B. [If you answered Yes]

(1) If there is any rightholder who holds a higher priority claim on the receivable than the Creditor who placed it under provisional seizure, please specify the name and address of the rightholder and the details of the claim.
(For example, if there is a pledgee who holds a higher priority claim on the receivable than the Creditor who placed it under provisional seizure, please specify the details.)

(2) If there is any person who claims to have taken over the receivable, please specify the name and address of the claimant, and the details of the claim.

(3) If you have received any other claim for the above receivable, please specify the name and address of the claimant, and the details of the claim.

4. Whether the receivable has ever been subject to (provisional) seizure by another creditor

A. Prior to this provisional seizure, was there any instance where the Third-Party Debtor was subject to (provisional) seizure of the receivable by another creditor?
   ☐ Yes                  ☐ No

B. [If you answered Yes] If there was such an instance, what was the type of the claim?
(For example, if there was any seizure or provisional seizure by another creditor, injunctive relief under the Consolidated Insolvency Act, or foreclosure for delinquent taxes under the National Tax Collection Act, please indicate (i) the type of the claim, (ii) the type of the seizure, provisional seizure, etc., (iii) the name and address of the creditor of the seizure, (iv) the court or administrative authority that issued the seizure order, etc., and (v) the date and case number of the seizure, etc.)

Notes

* If this form is insufficient, please attach separate documents, and if there is more than one debtor, please prepare the statement separately for each debtor.

*[Translation]*

\* If the Third-Party Debtor neglects its duty to make a statement, the Court may examine the Third-Party Debtor by designating a separate hearing date pursuant to Article 237(3) of the Civil Execution Act.

\* If the affiant claims the cost of notifying the title holder (Debtor) of the provision of information pursuant to Articles 4-2(1) and 4-2(4) of the Act on Real Name Financial Transactions and Confidentiality in fulfilling its duty to make a statement as the Third-Party Debtor, it must mark the checkbox above (<u>and specify the business registration number</u>). Otherwise, the cost may not be paid.



개인정보유출주의 등록문화재 2024-03-21 09:35:58 5쪽 등록일시 2024년 9월 28일 13:43

# 서 울 중 앙 지 방 법 원

## 제 5 4 - 1 단 독

## 진 술 최 고 및 제 출 명 령

사        건        2024카단801368   채권가압류

채  권  자        하루 유나이티드 피티이 엘티디(Haru United Pte., Ltd.)

채  무  자        방준호

제 3 채 무 자        에프티엑스 트레이딩 엘티디(FTX Trading Ltd.)

1. 채권자로부터 미사집행법 제237조 및 제291조의 규정에 의한 진술최고신청이 있으므로 제3채무
자는 아래 표 중 '지술할 사항(제출할 거래정보내용)'을 진술하시기 바랍니다.
2. 제3채무자가 금융기관인 경우에는 민사집행법 제237조와 제291조 및 금융실명거래 및 비밀보장
에 관한 법률 제4조 제1항에 따라, 아래 표와 같이 금융거래정보제출을 요구합니다.

아        래

| 요구<br>내용 | 명의인의<br>이적사항 | 성        명 | 방준호 |
| | | 주민등록번호 | (940626-1188229) |
| | 법적 근거 | 민사집행법 제237조 및 제291조, 금융실명거래 및 비밀보장에 관한 법률<br>제4조 제1항 | |
| | 사용목적 | 위 사건의 절차 진행을 위하여 | |
| | 지술할<br>사항(제출할<br>거래정보<br>내용) | 1. 채권을 인정하는지의 여부 및 인정한다면 그 한도<br>2. 채권에 대하여 지급의사가 있는지 여부 및 의사가 있다면 그 한도<br>3. 채권에 대하여 다른 사람으로부터 청구가 있는지의 여부 및 청구가 있<br>    다면 그 종류<br>4. 다른 채권자에게 채권을 (가)압류 당한 사실이 있는지 여부 및 그 사실<br>    이 있다면 그 청구의 종류 | |
| 통보<br>유예 | 유예기간 | | |
| | 유예사유 | | |
| 특이사항 | | 1. 제3채무자는 (가)압류명령의 송달을 받은 날로부터 1주 이내에 서면으<br>    로 요구하는 거래정보 등을 진술하기 바랍니다.<br>2. 통보유예란은 제3채무자가 금융기관인 금융거래정보 제출명령의 경우<br>    에만 해당합니다. | |

2024. 3. 21.



판사     김성곤 





# 제3채무자 진술서

| 사      건 | 2024카단801368    채권가압류 |
|---|---|

| 구분 | 예 | 아니요 |
|---|---|---|
| 통보비용청구 | | |
| 포괄계좌유무 | | |
| 사업자등록번호 | | |

| 채  권  자 | 하루  유나이티드  피티이  엘티디(Haru United Pte., Ltd.) |
|---|---|

| 채  무  자 | 방준호 |
|---|---|

| 제 3 채 무 자 | 에프티엑스  트레이딩  엘티디(FTX  Trading Ltd.) |
|---|---|

제3채무자는 위 사건의 가압류명령과 관련하여 다음 사실을 진술합니다. 다음의 진술과 관련하여 고의 또는 과실로 허위의 진술을 함으로 말미암아 가압류채권자에게 손해가 발생한 때에는 그 손해를 배상할 의무가 있음을 잘 알고 있습니다.

<div align="center">

20    .    .    .

제3채무자 _____(날인 또는 서명)

◇ 다  음 ◇

</div>

1. 채권을 인정하는지의 여부와 관련하여
가. 가압류된 채권(채무자의 제3채무자에 대한 채권)을 인정하고 있습니까?

   □ 예    □ 아니오

나. ['예'라고 대답한 경우:] 인정하는 채무액은 얼마입니까?
 금    원(원금)
 금    원(위 금원에 대한    .    .    .부터    .    .    .까지의 이자 및
     지연손해금)
 합계 금    원





다. 기타 참고 사항이 있으면 기재하여 주시기 바랍니다.

## 2. 채권에 대하여 지급할 의사가 있는지의 여부와 관련하여
가. 채권에 대하여 지급할 의사가 있습니까?
   (여기서 말하는 지급의사는 압류채권자에 대한 것을 말하는 것이 아니고 가압류가
   없을 경우 원래의 채무자에 대한 지급의사를 의미함)

   ☐ 예                    ☐ 아니오

나. ["예'라고 대답한 경우] 어느 범위에서 지급할 의사가 있습니까?
   금              원(원금)
   금              원(위 금원에 대한     .   .부터      .   .  .까지의 이자 및
                  지연손해금)
   합계 금              원

다. 기타 참고사항이 있으면 기재하여 주시기 바랍니다.


## 3. 채권에 대하여 다른 사람으로부터 청구가 있었는지의 여부와 관련하여
가. 채권에 대하여 다른 사람으로부터 청구를 받은 사실이 있습니까?

   ☐ 예                    ☐ 아니오

나. ["예'라고 대답한 경우]
   ① 채권에 대하여 가압류한 채권자보다 우선하는 권리자가 있다면, 그 권리자의 성명,
      주소 및 청구의 내용을 기재하시기 바랍니다.
   (예를 들어, 가압류한 채권자보다 우선하는 채권질권자 등이 있는 경우 그 내용을
      기재함)


   ② 채권을 양수하였다고 주장하는 사람이 있다면, 그 청구를 한 사람의 성명, 주소 및
      청구의 내용을 기재하시기 바랍니다.


   ③ 기타 위 채권에 대하여 청구를 받은 사실이 있으면, 그 청구를 한 사람의 성명,





주소 및 청구의 내용을 기재하시기 바랍니다.

**4. 다른 채권자에게 채권을 (가)압류당한 사실이 있는지의 여부와 관련하여**

가. 제3채무자는 이 가압류 이전에 다른 채권자에게 채권을 (가)압류당한 사실이
　　있습니까?

　　　　□ 예　　　　　　　□ 아니오

나. ["예'라고 대답한 경우] (가)압류당한 사실이 있다면 그 청구의 종류는 무엇입니까?

　　(예를 들어, 다른 채권자에 의한 압류 외에 가압류, 통합도산법상의 보전처분, 국세징수법에 의한
체납처분 등이 있는 때에도 이를 기재하고, 그 압류나 가압류 등의 종류와 압류채권자의 이름, 주소
외에 압류 등을 발령한 법원 내지 행정관청, 압류 등의 날짜 및 사건번호 등을 기재함)

◇ 유의사항 ◇

※ 이 양식이 부족한 경우에는 별지를 첨부하시고, 채무자가 여럿인 경우에는 각 채무자별로 작성하시기
　바랍니다.

※ 제3채무자가 진술의무를 게을리 하는 때에는 법원은 민사집행법 제 237조 제3항에 따라 별도의
　심문기일를 정하여 심문하는 경우가 있습니다.

※ 진술인이 제3채무자의 진술의무를 이행하여 금융실명거래 및 비밀보장에 관한 법률 제4조의2 제1항 및
　제4항에 따라 그 제공사실을 명의인(채무자)에게 통보하기 위한 비용을 청구하는 경우 상단 체크박스에
　표시(사업자등록번호 기재 포함)하여야 하며, 그렇지 않은 경우 비용지급이 되지 않을 수 있습니다.



[제45호서식]

### 공증 인가 **법무법인 대종**

서울 종로구 새문안로 5길 13.
303호(당주동,변호사회관)
[Tel.736-6604]

---

위 번역문은 원문과 상위 없음을
서약합니다.

2024. 3. 27.

서약인  김예솔



I swear that the attached translation
is true to the original

Mar.  27,  2024

Signature  Yesol Kim.

---

등부   2024 년   제 932 호

### 인     증

위  김예솔 은
본 공증인의 면전에서 위 번역문이
원문과 상위 없음을 확인하고 서명
날인하였다.

2024 년 3 월 27 일
이 사무소에서 위 인증한다.

Registerd No.  2024 - 932

## NOTARIAL  CERTIFICATE

Yesol Kim

                                personally
appeared before me, confirmed that
the attached translation is true to the
original and subscribed his (her) name.

This is hereby attested on
this 27th day of Mar, 2024 at this office.

---

### 공증 인가 **법무법인 대종**

소속 서울중앙지방검찰청
주소 서울특별시 종로구 새문안로 5길 13, 303호
(당주동,변호사회관)


공증담당변호사  김 영 철

## DAE JONG LEGAL CORPORATION

Belong to Seoul Central District Prosecutors'
Office
#303, 13, Saemunan-ro 5-gil, Jongno-gu,
Seoul, Korea

Lawyer in charge

KIM YOUNG CHEOL

본 사무소는 법률 제15150호에 의거하여
2020년 02월 07일 법무부 장관으로부터
공증인 업무를 행할 것을 인가 받았다.

This office has been authorized by the
Minister of Justice, the Republic of Korea, to
act as Notary Public since February, 7. 2020.
under Law No. 15150

210mm×297mm(보존용지(1종) 70g/m²)

484

## REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### 재판상 및 재판외 문서의 해외송달 요청서

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,
signed at The Hague, the 15th of November 1965

1965년 11월 15일 헤이그에서 서명된
민사또는상사의재판상및재판외문서의해외송달에관한협약

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| 신청인 표시 및 주소 | 수신당국 주소 |
| Seoul Central District Court | Registrar Supreme Court |
| 157 Seocho Jungang Road, | High Street |
| Seocho-gu, Seoul, | Parliament Drive |
| Korea | St John's |
| | Antigua |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with
article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, *i.e.,*
아래 신청인은 다음의 문서 2부를 송부하며, 위의 협약 제5조에 따라 수신인에게 문서 1부의 신속한 송달을 요청하는 바입니다.

(identity and address)      FTX Trading Ltd.
(수신인 표시 및 주소)      10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda

√ *a)* in accordance with the provisions of sub-paragraph *(a)* of the first paragraph of article 5 of the Convention*
협약 제5조 제1단 제1호의 규정에 따름*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the
annexes* - with a certificate as provided on the reverse side.
아래 문서 1부 및 첨부서류*를 뒷면의 증명서와 함께 신청인에게 반환하거나 반환되게 하여 주시기 바랍니다.

*List of documents*
문서목록

(1) Questionnaire (for Third Party) Following Request for Document Production Order

Done at (장소) Seoul Central District Court
the (일자) April. 15, 2024.
Signature and/or stamp
서명 또는 날인



판사 이 승 원

* Delete if inappropriate.

* 적절하지 아니한 경우에는 삭제합니다.

A2640

# CERTIFICATE
# 증 명 서

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.**
아래 당국은 협약 제6조에 따라 다음 사항을 확인하는 바입니다.

☐ **1. that the document has been served***
문서가 다음과 같이 송달됨*

| | |
|---|---|
| **- the (date)** (일자) : | _____ |
| **- at (place, street, number)** (장소) : | _____ |

| **- in one of the following methods authorised by Article 5 :** <br> 제5조가 규정하는 다음의 방식에 의함 | |
|---|---|
| ☐ | **a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention***<br>협약 제5조 제1단 제1호의 규정에 따름* |
| ☐ | **b) in accordance with the following particular method*** :<br>다음의 특정방식에 의함 (제5조 제1단 제2호)* _____ |
| ☐ | **c) by delivery to the addressee, if he accepts it voluntarily***<br>수신인이 이를 임의로 수령하는 경우, 수신인에게 교부함 (제5조 제2단)* |

**The documents referred to in the request have been delivered to :**
요청서에 언급된 문서는 다음의 사람에게 교부됨 :

| | |
|---|---|
| **Identity and description of person :**<br>(교부받은 자의 표시) | _____ |
| **Relationship to the addressee (family, business or other) :**<br>수신인과의 관계 (가족, 고용관계 및 기타) : | _____ |

☐ **2. that the document has not been served, by reason of the following facts*** :
문서는 다음의 사유로 인하여 송달되지 못함*

| |
|---|
| |

☐ **In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
협약 제12조 제2단에 따라 신청인은 첨부된 진술서에 기재된 비용을 지불 또는 상환하여야 함*

*Annexes*
첨부서류

| | |
|---|---|
| **Documents returned :**<br>반환 문서 | _____ |
| **In appropriate cases, documents establishing the service :**<br>적절한 경우, 송달을 증명하는 문서 | _____ |

* If appropriate.

| | |
|---|---|
| **Done at** (장소) _____<br><br><br>**the** (일자) | **Signature and/or stamp**<br>서명 또는 날인 |

# SUMMARY OF THE DOCUMENT TO BE SERVED
## 문 서 의 요 지

_____

Convention on the Service Abroad of Judicial and Extrajudicial Documents in   Civil or Commercial Matters,
signed at The hague, the 15th of November 1965
1965년 11월 15일 헤이그에서 서명된
민사또는상사의재판상및재판외문서의해외송달에관한협약
(article 5, fourth paragraph)
(제5조 제4단)

Name and address of the requesting authority :
요청당국의 명칭 및 주소
_____Seoul Central District Court_____
_____157 Seocho Jungang Road, Seocho-gu, Seoul, Korea_____

Particulars of the parties* :
당사자의 표시*
_____The Plaintiff:   Haru United Ptd. Ltd._____
_____The Respondent : B&S Holdings Co. Ltd., Junho Bang, Joon Song, Seunghyun Kim_____

## JUDICIAL DOCUMENT**
### 재 판 상 문 서**

Nature and purpose of the document :
문서의 성질 및 목적
_____(1) Questionnaire (for Third Party) Following Request for Document Production Order_____

Nature and purpose of the proceedings and, where appropriate, the amount in dispute :
소송의 성질 및 목적, 그리고 적절한 경우 그 가액
_____Seoul Central District Court 2023Gahap74398 Claim for Damages_____

~~Date and place for entering appearance~~** :
출정일시 및 장소**
_____

~~Court which has given judgment~~** :
판결을 선고한 법원**
_____

~~Date of judgment~~** :
판결선고일**
_____

~~Time-limits stated in the document~~** :
문서상의 기한**
_____Within 14 days from the date of receipt of service_____

## ~~EXTRAJUDICIAL DOCUMENT~~**
### 재 판 외 문 서**

Nature and purpose of the document :
문서의 성질 및 목적
_____

Time-limits stated in the document** :
문서상의 기한**
_____

* If appropriate, identity and address of the person interested in the transmission of the document.
* 적절한 경우에는, 문서전달에 이해관계가 있는 자의 표시 및 주소를 기재합니다.
** Delete if inappropriate.
** 적절하지 아니한 경우에는 삭제합니다.

# 서울중앙지방법원

## 문서제출명령신청에 따른 심문서(제3자)

[담당재판부 : 제17민사부(합의) ]

사　　　건　　　2023가합74398　　　손해배상(기)

원　　　고　　　Haru United Pte., Ltd.

피　　　고　　　주식회사 비앤드에스홀딩스 외 3명

문서소지인　　　FTX Trading Ltd.

　　위 사건에 관하여 별지와 같이 문서제출명령신청서가 제출됨에 따라, 이 심문서에 의하여 민사소송법 제347조 제3항에 규정된 심문절차를 진행하고자 합니다.

　　별지 문서제출명령신청서에 기재된 문서의 소지 여부, 문서제출 거부 사유의 존부 및 범위 등에 관한 의견을 제출하여 주시기 바랍니다(아래 의견서에 기재하거나, 별도 서면으로 제출할 수 있습니다).

[제출기한 : 송달받은 날부터 14일 이내]

2024. 3. 19.

재판장　　　판사　　　이　승　원　　　

---

※ 문의사항 연락처 : 서울중앙지법　제17민사부(합의)　법원주사　정윤겸

　전화 : 02-530-1747 (동관11층 합의1과)

　팩스 :　　e-mail :

　주소 : 서울 서초구 서초중앙로 157

1. 문서의 소지

☐ 문서를 모두 소지하고 있다.　☐ 일부 문서만 소지하고 있다.

☐ 문서가 존재하지 아니한다.

2. 문서제출 거부 사유

☐ 공무원 또는 공무원이었던 사람이 그 직무와 관련하여 보관하거나 가지고 있는 문서

☐ 문서소지자나 근친자에 대하여 형사소추·치욕이 될 증언거부사유가 적혀 있는 문서

☐ 직무상 비밀이 적혀 있고 비밀유지 의무가 면제되지 아니한 문서

☐ 오로지 문서를 가진 사람이 이용하기 위한 문서(일기, 사적 편지 등)

☐ 해당사항 없음

3. 임의제출 의사

☐ 신청된 문서를 임의로 서증으로 제출하겠다.

☐ 임의로 제출할 의사가 없다.

4. 기타 의견

작성자 ○ ○ ○ (날인 또는 서명)

20 . . .

○ ○ 법원 귀중

서울중앙지법 2023가합74398 손해배상(기) 2023.10.23 제출 원본과 상위 없음

# 문 서 제 출 명 령   신 청 서

사     건     2023가합74398 손해배상(기)        [담당재판부:제17민사부(합의)]

원     고     Haru United Pte., Ltd.

피     고     주식회사 비앤드에스홀딩스 외 3명

위 사건에 관하여 원고의 소송대리인은 주장사실을 입증하기 위하여 다음과 같이 문서
제출명령을 신청합니다.

## 문서의 표시

가상자산 거래소 FTX.com(운영회사 FTX Trading Ltd.), Binance(운영회사 Nest Services
Ltd.), Bitmex(운영회사 HDR Global Trading Ltd.), BYBIT(운영회사 Bybit Fintech Ltd.),
OKX(운영회사 Aux Cayes FinTech Co. Ltd.)에서 아래 피고들의 2022. 3. 29.부터 현재까
지의 입금, 출금, 매수, 매도를 포함한 가상자산 거래내역(거래일시, 가상자산, 체결가격,
거래수량, 거래대금을 포함한 일체의 자료)

가. 주식회사 비앤드에스홀딩스(법인등록번호 110111-6859932)
나. 방준호(국적: 대한민국, 생년월일: 1994. 6. 26., 주민등록번호: 940626-1188229)
휴대전화번호: 010-3179-0434
이메일: jhbang@meistertrading.kr, apooapooar@gmail.com, jhbang@meistertech.ai,
jh.bang@blockcrafters.com, jhbang@aventusinvest.com, jhbaang@gmail.com,
melon1919@naver.com
다. 송준(국적: 대한민국, 생년월일: 1996. 11. 8., 주민등록번호: 961108-1565919)
라. 김승현(국적: 대한민국, 생년월일: 1996. 1. 5., 주민등록번호: 960105-1213739)

서울중앙지법 2023가합74398 손해배상(기) 2023.10.23 제출 원본과 상위 없음

## 문서의 취지

원고가 피고 회사와 이 사건 투자운용계약을 체결한 2022. 3. 29. 현재까지 피고들 명의로 가상자산 거래소에서의 입금, 출금, 가상자산간의 매수, 매도 등 거래를 수행한 내역

## 문서를 가진 사람

첨부 문서를 가진 사람과 같습니다.

## 증명할 사실

원고는 주위적으로 피고 방준호의 불법행위에 기한 피고들의 손해배상책임을, 예비적으로 피고 회사의 투자금 및 이익금 반환 의무 불이행에 기한 피고들의 손해배상책임을 구하고 있습니다. 원고는 피고 방준호가 이 사건 투자운용계약의 내용과 달리 시장중립적 이지 않은 위험한 투기적 투자를 감행하였다는 점을 전제로 하고 있는바, 피고 방준호가 원고의 직원에게 그와 같은 사실을 인정한 바 있기는 하나, 원고로서는 객관적으로 피고들이 원고의 투자금을 어떻게 운용하였는지 확인하기 어려운 상황이었습니다(피고 방준호는 원고에게 송부한 주간 운용보고서에서도 허위로 운용을 인정한 바 있습니다), 이에 원고는 피고들이 가상자산거래소에서 거래한 내역을 기초로 피고 방준호의 불법행위 등을 입증하고자 합니다.

참고로 대부분의 가상자산거래소는 법인 명의의 회원가입이 불가능하거나 거래에 많은 제약이 따르기 때문에 많은 가상자산운용업자들이 직원들 명의의 거래소 계정을 사용해 거래를 수행하고 있습니다. 따라서 피고 회사가 원고의 투자금을 어떻게 운용하였는지 를 확인하기 위해서는 피고 회사 외에도 피고 회사의 주요 직원들인 피고 방준호, 송준호, 김승현 명의의 거래내역을 확인할 필요가 있습니다.

서울중앙지법 2023가합74398 손해배상(기) 2023.10.23 제출 원본과 상위 없음

## 문서제출의무의 원인

① 해당유형

□ 당사자가 소송에서 인용한 문서(인용문서)

□ 신청자가 문서를 가지고 있는 사람에게 그것을 넘겨달라고 하거나 보겠다고 요구할 수 있는 사법상의 권리를 가지고 있음(인도,열람문서)

□ 문서가 신청자의 이익을 위하여 작성되었음(이익문서)

□ 문서가 신청자와 문서를 가지고 있는 사람사이의 법률관계에 관하여 작성된것임(법률관계문서)

☑ 그밖에 제출이 필요한 문서( 사유 : 위 각 문서는 민사소송법 제344조 제2항 각 호에서 정한 예외사유에 해당하지 않으므로 문서의 소지자들은 이를 제출할 의무가 있습니다. )

## 첨 부 서 류

1.    문서를 가진 사람

2023.10.23

원고 소송대리인

변호사 권태형

서울중앙지방법원  귀중

서울중앙지법 2023가합74398 손해배상(기) 2023.10.23 제출 원본과 상위 없음

**문서를 가진 사람**

가. FTX Trading Ltd.(현재 미국 델라웨어주 법원에서 파산절차 진행 중)

　　주된 영업소: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda

나. Nest Services Ltd.

　　주소: House of Francis, Room 303 Ile Du Port, Mahe, Seychelles

다. HDR Global Trading Ltd.

　　주소: Global Gateway 8, Rue de la Perle, Providence Mahé, Seychelles

라. Bybit Fintech Ltd.

　　주소: House of Francis, Room 303 Ile Du Port, Mahe, Seychelles

마. Aux Cayes FinTech Co. Ltd.

　　주소: 202, 2nd Floor, Eden Plaza, Eden Island, Victoria, Mahe, Seychelles

**KIM & CHANG**
김·장 법률사무소

**Seoul Central District Court**

**Questionnaire (for Third Party) Following Request for
Document Production Order**

[Responsible Court: 17th Civil Panel (Settlement)]

| | |
|---|---|
| Case | 2023 *GaHap* 74398 Claim for Damages (*Gi*) |
| Plaintiff | Haru United Pte., Ltd. |
| Defendants | B&S Holdings Co. Ltd. and Three Others |
| Document Holder | FTX Trading Ltd. |

As a request for document production order regarding the above-captioned case has been submitted as attached hereto, we intend to proceed with the hearing procedures set forth in Article 347(3) of the Civil Procedure Act, based on the completed questionnaire.

Please submit your opinion on whether you possess the documents described in the request for document production order attached hereto, and any grounds, scope, etc. for refusing to submit the documents, if any (you may submit it by filling out the following form or by a separate written document).
[Deadline for submission: Within 14 days from the date of receipt of service]

March 19, 2024

Presiding Judge Seung-Won Lee (*seal affixed*)

---

※ Contact: Yoon-Gyeom Jeong, Court Clerk of the 17th (Settlement) Civil Division of the Seoul Central District Court
Telephone: 02-530-1747 (Settlement Division 1 of East Building 11th Floor)
Fax: e-mail:
Address: 157, Seochojungang-ro, Seocho-gu, Seoul

1.   Possession of documents
     ☐    All documents    ☐    Part of documents
     ☐    No documents
2.   Grounds for refusal to submit documents
     ☐    Documents kept or held by a person who is or was a public official in connection
          with his/her duties
     ☐    Documents stating the grounds for refusal of testimony that may be subject to
          criminal prosecution or disgrace to the document holder or his/her near relative
     ☐    Documents containing business secrets and not exempt from confidentiality
          obligations
     ☐    Documents (e.g., diaries and private letters) for use only by the document holder
     ☐    Not applicable
3.   Intention of voluntary submission
     ☐    I will voluntarily submit the requested documents as evidentiary documents.
     ☐    I have no intention to voluntarily submit the documents.
4.   Other comments

                    Prepared by [ ○ ○ ○] (*seal or signature affixed*)
                              [*] [*], [20*]
                                To [*] Court

2023*GaHap*74398 Claim for Damages (*Gi*) This is a true copy of the documents submitted on October 13, 2023.

Case 22-11068-JTD    Doc 29583-5    Filed 02/14/25    Page 36 of 39

**Request for Document Production Order**

| Case | 2023*GaHap*74398 Claim for Damages (*Gi*) | [Responsible Court: 17th Civil Panel (Settlement)] |
|---|---|---|
| Plaintiff | Haru United Pte., Ltd. | |
| Defendants | B&S Holdings Co. Ltd. and Three Others | |

With regard to the above-captioned case, the counsel for the Plaintiff hereby requests a document production order to prove the argued facts as follows:

**Description of Documents**

Details of transactions of virtual assets, including deposits, withdrawals, buying and selling activities by the following Defendants on the virtual assets exchanges, including FTX.com (operated by FTX Trading Ltd.), Binance (operated by Nest Services Ltd.), Bitmex (operated by HDR Global Trading Ltd.), BYBIT (operated by Bybit Fintech Ltd.), and OKX (operated by Aux Cayes FinTech Co. Ltd.) from March 29, 2022 to date (any and all materials including the date and time of transaction, virtual assets, execution price, transaction volume and transaction price)

A. B&S Holdings Co. Ltd. (Corporation Registration No. 110111-6859932)

B. Junho Bang (Nationality: Republic of Korea, Date of Birth: June 26, 1994, Resident Registration No: 940626-1188229)
Cell phone: 010-3179-0434
E-mail: jhbang@meistertrading.kr, apooapooar@gmail.com, jhbang@meistertech.ai, jh.bang@blockcrafters.com, jhbang@aventusinvest.com, jhbaang@gmail.com, melon1919@naver.com
C. Joon, Song (Nationality: Republic of Korea, Date of Birth: November 8, 1996, Resident Registration No: 961108-1565919)
D. Seung-Hyun Kim (Nationality: Republic of Korea, Date of Birth: January 5, 1996, Resident Registration No: 960105-1213739)

## Purport of Document

Details of the transactions, including deposits, withdrawals, buying and selling of virtual assets, that the Plaintiff has conducted on virtual asset exchanges in the name of the Defendants, up to March 29, 2022 when the Plaintiff entered into the investment management agreement at issue with Defendant Company.

## Document Holders

The holders of the documents attached hereto

## Facts to be Proved

The Plaintiff seeks to hold the Defendants liable primarily for the damage caused by the Defendant Junho Bang's torts, and secondly for the damage caused by Defendant Company's failure to fulfill its obligation to return the investment amount and gains. The Plaintiff assumes that Defendant Junho Bang made risky speculative investments that were not market-neutral, contrary to the terms and conditions of the investment management agreement at issue.

Although Defendant Junho Bang admitted such fact to the Plaintiff's employees, it was difficult for the Plaintiff to objectively confirm how the Defendants managed the Plaintiff's investment amount (Defendant Junho Bang admitted that the weekly management report sent to the Plaintiff was false as well). In this regard, the Plaintiff seeks to prove the torts committed by Defendant Junho Bang based on the details of the transactions that the Defendants conducted on virtual asset exchanges.

For your information, a large number of virtual asset managers use the exchange accounts in their employees' names to conduct transactions because they are not able to sign up for most of virtual asset exchanges in their corporate name, or there are many restrictions on transactions. Therefore, in order to confirm how Defendant Company managed the Plaintiff's investment amount, it is critically necessary to check the transaction details under the names of not only Defendant Company but also its key employees, Defendant Junho Bang, Defendant Joon, Song and Defendant Seung-Hyun Kim.

## Grounds for Obligation to Submit Documents

(1) Type

☐ Documents cited by a party in the lawsuit (documents for citation)

☐ The applicant has judicial right to request handover or inspection of the documents from the holder of the documents (documents for delivery and inspection).

☐ The documents were prepared for the benefit of the applicant (favorable documents).

☐ The documents were prepared in relation to the legal relationship between the applicant and the document holder (legal documents).

☐ Any other documents required to be submitted (Reason: Since each of the above documents does not fall under the exceptions set forth in each Item of Article 344(2) of the Civil Procedure Act, the holders of the documents are obligated to submit them.)

## Attachment

1.    List of Document Holders

October 23, 2023

Counsel for Plaintiff
Attorney-at-law Tae-Hyoung Kwon

**To the Seoul Central District Court**

**List of Document Holders**

A. FTX Trading Ltd. (currently under bankruptcy proceedings in the court in Delaware, U.S.)
Principal Office: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda

B. Nest Services Ltd.
Address: House of Francis, Room 303 Ile Du Port, Mahe, Seycheles

C. HDR Global Trading Ltd.
Address: Global Gateway 8, Rue de la Perle, Providence Mahé, Seycheles

D. Bybit Fintech Ltd.
Address: House of Francis, Room 303 Ile Du Port, Mahe, Seycheles

E. Aux Cayes FinTech Co. Ltd.
Address: 202, 2nd Floor, Eden Plaza, Eden Island, Victoria, Mahe, Seycheles