**Mashood Alam**
4821 Lankershim Blvd, F1036
North Hollywood, CA 91601
mashoodalam2@hotmail.com
+1(626)686-8622
02/10/2025

RECEIVED
2025 FEB 14  AM 9:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Clerk of the Court**
**United States Bankruptcy Court**
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re: **Objection to Transfer of Claim No. 6098**

**In re: FTX Trading Ltd., et al.**

Case No. **22-11068 (JTD)** (Jointly Administered)

Dear Clerk of the Court,

I, **Mashood Alam**, the original claimant of **Claim No. 6098**, respectfully submit this written objection to the proposed transfer of my claim to **Morgan & Morgan, P.A.** as outlined in the **Notice of Transfer of Claim Other Than for Security** filed in the above-referenced bankruptcy case.

I object to this transfer for the following reasons:

1. **Lack of Authorization:** I have not entered into any agreement to transfer, sell, or assign my claim to Morgan & Morgan, P.A.
2. **Potential Fraud or Mistake:** The purported transfer may have been filed erroneously or without my knowledge or consent.
3. **Protection of My Interests:** If this transfer is permitted, it may improperly deprive me of my rightful claim and any distributions that may be awarded under the bankruptcy proceedings.

Pursuant to **Local Form 138A**, I formally request that the Court **reject the transfer** of my claim unless Morgan & Morgan, P.A. can provide clear and convincing evidence that a valid and enforceable agreement exists between us. I further request that the Court require proof of my explicit consent before any transfer is finalized.

I kindly ask the Court to provide confirmation of the receipt of this objection and notify me of any required hearings or further actions necessary to protect my rights.

Thank you for your time and consideration. Please do not hesitate to contact me at **+1(626)686-8622** or <u>mashoodalam2@hotmail.com</u> should further information be required.

Sincerely,

Mashood Alam

*[signature]*

02/10/2025

**Side Note To The Clerk**
**United States Bankruptcy Court**
**District of Delaware**

Your Honor,

I recently received a document from a law firm with which I had previously filled out an online application. However, at no point did I enter into any formal agreement or sign a contract with them. I have never spoken with anyone from this firm, and despite their continued emails, they have never responded to my inquiries—either by email or phone.

Now, I have unexpectedly received a court document indicating that this firm is attempting to take over my claim. They are requesting that I sign a transfer of claim, effectively giving them full rights over my case. I want to make it absolutely clear that I do not wish to sign this document, nor do I want to transfer any rights over my claim to any party other than myself.

Furthermore, I am concerned about the legitimacy of this firm's actions. Given that I never engaged their services, I do not trust their intentions. It has come to my attention that if I do not formally object within 21 days, the court may automatically substitute them as the claimant. I strongly oppose this and formally object to the document in question.

I kindly request that the court acknowledge my objection and prevent any unauthorized transfer of my claim.

Sincerely,

**Mashood Alam**
Phone: +1 (626) 686-8622
Email: mashoodalam2@hotmail.com
Address: 4821 Lankershim Blvd, F1036
North Hollywood, CA 91601

**unitibank@**

*This is the document I received from them*

www.unitibank.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: FTX Trading LTD., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 22-11068 |
| Debtor. | ) | |
| | ) | |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6098 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ day of February 2025.

Name of Alleged Transferor:

Mashood Alam

Name of Transferee:

Morgan & Morgan, P.A.

Address of Alleged Transferor:

Address of Transferee:

20 North Orange Avenue
Suite 1600
Orlando, Florida
32801

By: _____

By: /s/Amir Isaiah
    Morgan & Morgan
    Amir Isaiah

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:                                                CLERK OF COURT

_____                              _____

842388-WILSR01A - MSW                                Local Form 138A

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the District of Delaware

Mashood Alam for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Morgan & Morgan, P.A., 100% of all Seller's right, title, and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled: In re: FTX Trading Ltd., et al., and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully (i) in Claim No 6098.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer,

IN WITNESS WHERE OF, date as of the ____ day of February, 2025

SELLER:

By: _____

Name:   Mashood Alam

Buyer:

By: /s/ Amir Isaiah

Attorney for Morgan & Morgan P.A.

Name: Amir Isaiah

Title: Attorney

2

## Certificate Of Completion

Envelope Id: 0D964798-DC0A-402A-8404-F6F0447A481D                                 Status: Delivered
Subject: Complete with Docusign: Notice of Transfer - Alam.docx
Source Envelope:
Document Pages: 2                       Signatures: 0                              Envelope Originator:
Certificate Pages: 1                    Initials: 0                                Paityn Nelson
AutoNav: Enabled                                                                   20 North Orange Avenue
EnvelopeId Stamping: Enabled                                                       Suite 1600
Time Zone: (UTC-05:00) Eastern Time (US & Canada)                                  Orlando, FL 32801
                                                                                   paitynnelson@forthepeople.com
                                                                                   IP Address: 165.225.223.3

## Record Tracking

Status: Original                        Holder: Paityn Nelson                      Location: DocuSign
         2/6/2025 11:02:06 AM                    paitynnelson@forthepeople.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Mashood Alam<br>mashoodalam2@hotmail.com<br>Security Level: Email, Account Authentication (None) | | Sent: 2/6/2025 11:06:46 AM<br>Viewed: 2/7/2025 5:18:47 AM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/6/2025 11:06:46 AM |
| Certified Delivered | Security Checked | 2/7/2025 5:18:47 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

PRIORITY MAIL EXPRESS

PS10001000006
PS100010000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

FLAT RATE ENVELOPE
RATE ■ ANY WEIGHT
USPS.COM/PICKUP

Schedule free Package Pickup, scan the QR code.

FOR DOMESTIC AND INTERNATIONAL USE

PRIORITY MAIL EXPRESS 1-DAY

- Guarantee
- Guarantee
- USPS Tracking
- Insurance
- Pick up available
- Signature included

* Money back guarantee, see destinations.
† Money Back Guarantee

WHEN USED INTERNATIONALLY

US POSTAGE AND FEES PAID
PRIORITY MAIL EXPRESS
Feb 10 2025
Mailed from ZIP 90038
PME
ZONE 8 FLAT-RATE ENV
19720729
Commercial

C012  0007

Alam, Mashood
Mashood Alam
4821 LANKERSHIM BLVD # F1036
N HOLLYWOOD CA 91601-4538

NO SUNDAY OR HOLIDAY DELIVERY
WAIVER OF SIGNATURE REQUESTED

SHIP TO:
US Bankruptcy Court District Of DE
ATTN: Clerk of the court
824 N MARKET ST # 3
WILMINGTON DE 19801-3024

USPS TRACKING #
9470 1118 9956 0929 7803 86

UNITED STATES POSTAL SERVICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.