## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 26404 & 28640 |

### STATEMENT OF THE FTX RECOVERY TRUST[2] REGARDING RECOGNITION OF CHAPTER 11 CASE OF QUOINE PTE LTD IN SINGAPORE

On December 9, 2024, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Statement of the Debtors Regarding Filing of Recognition Application in Singapore with Respect to Quoine Pte Ltd* [D.I. 28640] (the "Recognition Application Statement").[3]

Following the Recognition Application Statement, on February 12, 2025, the SICC granted orders, among other things, (a) recognising, in Singapore, the Chapter 11 Case of Quoine as a foreign main proceeding, and (b) recognising and giving full force and effect, in Singapore, to, among other things, the Confirmation Order, the Digital Assets Estimation Order, the Claims Bar Date, the Plan, and the Revised Notice Procedures (the "Recognition Order").

Creditors of Quoine should take notice that, given the grant of the Recognition Order, pursuant to the Plan, Quoine is a Consolidated Debtor and any claims filed against Quoine will be satisfied solely through distributions from the FTX Recovery Trust in accordance with the Plan.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established through the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1] (the "Plan"), which became effective on January 3, 2025 [D.I. 29127].

[3] Unless otherwise defined, any capitalised terms used in this statement shall have the meanings ascribed to them in the Recognition Application Statement.

{1368.003-W0080027.}

**If you are a creditor of Quoine and would like to receive paper copies of any filings made by the Debtors or the FTX Recovery Trust with the SICC in connection with the Singapore Recognition Application and any orders entered by the SICC in connection with the Singapore Recognition Application, including the Recognition Order, please send a request by e-mail to FTXquestions@kroll.com with a reference to "Request for Paper Notices Re: Singapore Recognition Proceedings" in the subject line.**

**Copies of the Plan, the Confirmation Order and all other documents filed in the Chapter 11 Cases may be obtained (i) for a nominal fee from the U.S. Bankruptcy Court's electronic docket for the Chapter 11 Cases at https://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or (ii) free of charge by accessing https://restructuring.ra.kroll.com/FTX.**

<table>
<tr><td>Dated: February 17, 2025<br>Wilmington, Delaware</td><td>**LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christian P. Jensen (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       jensenc@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust*</td></tr>
</table>