**JUNHO BANG**
**Republic of Korea**

2025 FEB 14 AM 10: 35

February 13, 2025

Chief Judge John T. Dorsey
United States Bankruptcy Court for the District of Delaware
824 N. Market St., 5th Floor
Wilmington, DE 19801

Re:   In re FTX Trading Ltd., *et seq.*, Chapter 11 Case Nos. 22-11068 (JTD) *et seq.*

Dear Chief Judge Dorsey:

My name is Junho Bang, and I am a Korean citizen and sole shareholder and President of Lemma Technologies. I have filed four Customer Entitlement Claims in the FTX chapter 11 bankruptcy cases, two of which, Proof of Claim numbers 87144 and 96401 (the "Claims"), were filed by me, as myself or the authorized representative of Lemma Technologies, Inc., on behalf of Hyung Cheol Lim, Aimed, Inc., Blocore Pte., Ltd., Ji Woong Choi, and Mosaic Co., Ltd. (the "IA Parties"), each of whom are parties with me to certain Discretionary Investment Agreements.

The IA Parties have filed the *Motion of Hyung Cheol Lim, Aimed, Inc., Blocore Pte., Ltd., Ji Woong Choi, and Mosaic Co., Ltd. For Leave to Amend Proof of Claim No. 87144* [ECF No. 29345] (the "Motion") in the FTX cases, seeking leave to amend Proof of Claim 87144 (and, if necessary, the Proof of Claim amendment number 96401) (together, the "Proofs of Claim") to permit them to substitute (i) each of the IA Parties for me or my wholly-owned company, Lemma Technologies, Inc., as the original creditors of the Claim; (ii) their counsel, Venable LLP, for me or Lemma Technologies, Inc. for notification purposes, and (iii) an address designated by the IA Parties for me or Lemma Technologies, Inc. for payment purposes.

After consultation with my counsel regarding my rights under the Discretionary Investment Agreements, the Proofs of Claim, the Claims and the IA Parties' Motion, I hereby consent to the relief requested in the Motion so as to correctly make the IA Parties the holders of the Claims under the Proofs of Claim as of the Petition Date.

Respectfully,

_____            _____
Junho Bang                                                  Junho Bang
                                                                      Authorized Signatory
                                                                      LEMMA TECHNOLOGIES, INC.