# Objection letter to "the Debtors' One Hundred Forty-Ninth (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims)"

**For Attention of:**

**Office of the Clerk of the United States Bankruptcy Court for the District of Delaware**, 824 North Market Street, 3rd Floor, Wilmington, Delaware, 19801

SENT BY TRACKED DELIVERY TO THE ABOVE ADDRESS AND EMAILED TO THE BELOW RECIPIENTS:

Sullivan & Cromwell LLP, Christian P. Jensen (jensenc@sullcrom.com) and David M. Rosenthal (rosenthald@sullcrom.com) and Landis Rath  landis@lrclaw.com  Matthew R. Pierce (pierce@lrclaw.com) Kimberly A. Brown (brown@lrclaw.com) , Andrew G. Dietderichdiet (deitdericha@sullcrom.com) , James L. Bromley  bromleyj@sullcrom.com

**To whom it may concern,**

**Name of court:** United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801

**Name of Debtor:  FTX Trading Ltd**

**Lead case number:  22-11068  (JTD)** "the Debtors' One Hundred Forty-Ninth (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims)

**Claimant name:  Nasir Mahmood**

**Claim number:  97523**

**RESPONSE TO the Debtors' One Hundred Forty-Ninth (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims)**

I write further to a recent correspondence received from Kroll on 21 January 2025.

I am writing to express my concern regarding the objection to my claim due to the late filing of my claim. Unfortunately, I did not see the communications about the claims process on time because the relevant emails were diverted to my junk folder, which I do not regularly check. This situation was entirely out of my control, and I was unaware of the deadline until it was too late. I did not receive any other form of communication that could have alerted me of this issue.

I thereafter with instructions from FTX support team once I explained the situation was permitted to file my claim via FTX portal in the normal way and completed all the relevant steps for this claim to be processed. FTX advised by way of return that the claim had successfully been lodged and would be processed accordingly. I was then provided with the compensation amount via the portal and the dates for the distribution of funds to be notified in due course. I was requested to then select whom to route the re-imbursement through and I selected Kraken.

I followed all the instructions in a timely manner and was given the impression that it is all processed and now awaiting distribution of the funds. The FTX portal contains all of the relevant details in respect of this together with the amounts of Crypto held at the time of the bankruptcy.

I proved my claim which is not in dispute but rather the late filing of it. I have lost almost all of my money due to this fraud and was receiving a fraction of what my investment would be worth today.

I find it unacceptable that my claim is not being heard or processed due to an issue that was not within my responsibility. I respectfully request that you reconsider the objections lodged to my claim, given the above circumstances.

I trust you will review the circumstances surrounding my claim and allow it to be paid accordingly. I appreciate your understanding and look forward to your prompt resolution of this matter by dismissing any objection lodged by FTX.

Thank you for your attention.

Kind regards,

Nasir Mahmood

Address – 30 Farm Crescent, Slough, SL2 5TH
Mobile- 00447572553813
Email- nas@knightsbridgefl.co.uk

