## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) ( |
| Debtors. | Jointly Administered) |
| | Ref. Nos. 20030, 29058 & 29576 |

### ORDER APPROVING STIPULATION AND GRANTING MOTION TO ASSUME

Upon the *Stipulation with Respect to the Debtors' Motion for Entry of an Order Authorizing Assumption of Certain Agreements with Tai Mo Shan Limited* (the "Stipulation")[2] entered into between the FTX Recovery Trust and Tai Mo Shan Limited, attached hereto as **Exhibit 1**, and this Court having jurisdiction to consider approval of the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that sufficient notice of the Stipulation has been given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The Motion is GRANTED and the Agreement is hereby assumed effective as of the date of the entry of this Order, subject to the terms of the Stipulation.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation as applicable.

-2-

3. Claim Nos. 5475, 94967, and 95768 are expunged upon Tai Mo Shan's receipt of the Cure Amount and SRM Delivery.

4. The failure to specifically include or reference any particular term or provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such term or provision.

5. Notwithstanding rule 6004(h) of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Stipulation are immediately effective and enforceable upon the entry of the proposed Order.

6. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Stipulation or the implementation of this Order.

**Dated: February 18th, 2025**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE