# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:                                                                          **Chapter 11**

**FTX Trading Ltd., et al.,**                              **Case No. 22-11068 (JTD)**
**Debtors.**                                                   **(Jointly Administered)**

**Hearing Date: February 27, 2025, at 10:00 A.M. (ET)**
**Objection Deadline: February 20, 2025, at 4:00 P.M. (ET)**

## RESPONSE TO NOTICE OF OBJECTION REGARDING CERTAIN SUPERSEDED CLAIMS

TO THE HONORABLE COURT:

I, **Yu-Ling Hsia** (Unique Customer Code: ███████ (the "Claimant"), respectfully submit this response (the "Response") to the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) (the "Objection"), and state as follows:

## 1. Background

**1.1.**

Claimant has not submitted any claim in the liquidation proceeding of FTX Digital Markets Ltd. (in Official Liquidation) (the "Bahamas Process"). Claimant solely intended to seek relief through the U.S. bankruptcy proceedings.

**1.2.**

On or around February 6, 2025, Claimant received a notice indicating that certain customer claims might be expunged as "superseded claims." However, the notice did not provide specific details explaining why Claimant's single U.S. claim would be deemed duplicative.

**1.3.**

Claimant has since contacted the Joint Official Liquidators of FTX Digital Markets Ltd. for written confirmation and received confirmation that no claim was filed or recognized in the Bahamas Process under Claimant's information. Consequently, there has been no adjudication, allowance, or distribution for Claimant's account in the Bahamas.(See Attachment Email)

1

## 2.  Relation to the Instant Objection

### 2.1.

On January 8, 2025, FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors") filed the Objection, identifying certain Superseded Claims (Customer Claims). Claimant is concerned that her valid U.S. claim could be mistakenly treated as a duplicate claim when, in fact, no claim exists in the Bahamas to cause duplication.

### 2.2.

"Superseded Claims" generally refer to earlier-filed or otherwise duplicate claims that are replaced by amended or subsequent proofs of claim. Claimant affirms that no such second claim exists in the Bahamas Process.

### 2.3.

Accordingly, there is no risk of double recovery. Claimant's claim has never been allowed or paid under any other jurisdiction. Thus, any classification of this claim as a "superseded claim" would be unfounded.

## 3.  Position of Claimant

### 3.1.

Claimant confirms that no portion of the claim has been satisfied or allowed in the Bahamas Process or any other proceeding besides the U.S. bankruptcy.

### 3.2.

Claimant only seeks to have the claim administered under these U.S. Chapter 11 proceedings to ensure fair treatment and due process.

### 3.3.

Claimant respectfully requests that the Debtors not treat this claim as "superseded" or duplicative, as no parallel claim exists in any other jurisdiction.

## 4.  Request for Relief

Wherefore, based on the foregoing, Claimant respectfully requests that this Court:

1. Permit Claimant's claim to remain on the U.S. claims register (or allow further factual inquiry and review), rather than disallowing or expunging it as a "Superseded Claim";

2. Acknowledge that Claimant has not completed or pursued any claim in the Bahamas Process, thus no duplication exists;

3. Exclude this claim from any determination in the Objection that it is "superseded" or otherwise duplicative; and

4. Preserve Claimant's right to seek allowance and distribution in these Chapter 11 proceedings in the District of Delaware.

## 5. Declaration Waiving Further Relief in the Bahamas Process

I, **Yu-Ling Hsia** (Unique Customer Code: ███████), hereby declare and state as follows:

1. I acknowledge the existence of the liquidation proceeding of FTX Digital Markets Ltd. (in Official Liquidation) (the "Bahamas Process").

2. I hereby **waive and renounce any and all rights, claims, remedies, distributions, or other relief** to which I may be entitled under or through the Bahamas Process, including but not limited to any pending or future adjudication, reconciliation, or payment.

3. I confirm that my sole intention is to pursue and seek appropriate relief, distribution, or resolution **exclusively** through the U.S. bankruptcy proceedings before the United States Bankruptcy Court for the District of Delaware (Case No. 22-11068 (JTD)).

4. I make this waiver and declaration voluntarily, with the intent of clarifying that I am relinquishing any claims in the Bahamas Process while preserving my right to proceed under the U.S. bankruptcy proceedings.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

## 6. Conclusion

Claimant recognizes the Debtors' legitimate interest in preventing duplicative claims. Nonetheless, the record is clear that no claim has ever been filed or allowed in the Bahamas Process. Therefore, there is no overlap or double payment concern.

**Furthermore, Claimant asserts that this claim has never been fully adjudicated or distributed in any jurisdiction. The Debtors have provided no evidence that this claim was ever resolved elsewhere, so the burden falls upon the Debtors to prove otherwise.**

**Claimant respectfully requests that this Court consider this written Response in full, despite Claimant's inability to attend the hearing in person. Claimant requests that the Court review this claim during future distributions and proceedings, ensuring fair treatment within the U.S. bankruptcy process. Claimant appreciates the Court's time and consideration of this matter. Additionally, Claimant submits that any challenge to this Response by the Debtors should be supported by actual evidence demonstrating that the claim has been adjudicated or resolved in another jurisdiction. Claimant reserves the**

right to provide further documentation if requested by the Court or the Debtors, and respectfully requests leave to file supplemental pleadings or evidence should further issues arise.

Wherefore, Claimant respectfully prays that this Court overrule the Objection as it pertains to Claimant's claim, or grant such other and further relief as the Court deems just and proper.

Dated: February 14, 2025

**Respectfully submitted,**
**Yu-Ling Hsia** (Unique Customer Code: ███████ )

**Signature:** _Yu-Ling Hsia_ 02/14/25

**Certification:** I, the undersigned, hereby certify that I am the Claimant in this matter and that I am the person authorized to reconcile, settle, or otherwise resolve the claim with the Debtors.

**Address:** 9F., No. 30, Ln. 69, Beixin Rd., Tamsui Dist., New Taipei City, 251, Taiwan (R.O.C.)
**Phone Number:** 0983734175
**Email:** yl7519@gmail.tw

 Gmail

yl7519 <yl7519@gmail.com>

# FTX Digital Markets Ltd in Liquidation - Case

1 封郵件

**BRS Queries** <uk_salesforce_autoforward_prod@pwc.com>              2025年2月11日
                                                                      凌晨1:42
收件者: "yl7519@gmail.com" <yl7519@gmail.com>

*Thank you for your query titled "Request for Confirmation of Claim List Status". This has been allocated a reference number of 00781779*

Dear Customer,

Thank you for your email.

We refer to your previous email, we can confirm you do not have a claim in the Bahamas Process.

Please note that, by virtue of an Order of the Supreme Court of the Bahamas (https://www.pwc.com/bs/en/services/business-restructuring-ftx-digital-markets/assets/order-sanction-of-the-first-amended-gsa-dated-16th-august-2024.pdf), the deadline for submitting Proof of Debt forms and electing to participate in the Bahamas Process was 4:00pm Prevailing Eastern Time on 16 August 2024. We therefore regret to inform you that your claim can no longer be accepted into the Bahamas Process.

Please note you <u>may</u> still have a claim scheduled in the US Process. We recommend you log into claims.ftx.com (using your FTX login credentials) to view the status and any further actions you might need to undertake in order to receive a distribution.

*Please do not reply to this email - this case will be closed and any subsequent queries should be sent as a new email to gbl_fdm_customers@pwc.com*

Kind regards,

Alicia

On behalf of the Joint Official Liquidators of FTX Digital Markets Ltd

*This email is being sent to you on behalf of the Joint Official Liquidators ("JOLs") of FTX Digital Markets Ltd. (In Official Liquidation) ("FTX Digital")(the "Company") who are officers of The Supreme Court of The Bahamas (the "Court") and who are tasked with the duty of safeguarding the business, property and affairs of the Company. The JOLs act as agents of FTX Digital, without personal liability, and any request contained within this correspondence is being made solely as it pertains to the Company and in enabling furtherance of the duties conferred on the JOLs by the Court.*

*Further details are available on the PwC website: https://www.pwc.com/bs/en/services/business-restructuring-ftx-digital-markets.html*

*The JOLs may act as controllers of personal data as defined by UK data protection law depending upon the specific processing activities undertaken. PricewaterhouseCoopers LLP may act as a processor on the instructions of the JOLs. Personal data will be kept secure and processed only for matters relating to the JOLs' appointment. Further details are available in the privacy statement on the PwC website or by contacting the JOLs.*

------------- Original Message -------------
**From:** hsia [yl7519@gmail.com]
**Sent:** 08/02/2025, 01:13
**To:** gbl_fdm_creditors@pwc.com
**Subject:** Request for Confirmation of Claim List Status

Dear Sir/Madam,

I am writing in connection with the FTX Trading Ltd. bankruptcy proceedings (Case No. 22-11068-JTD) pending in the United States Bankruptcy Court for the District of Delaware.

Recently, I received a notice from the Court indicating that certain customer claims have been designated as "superseded claims" (i.e., duplicate claims). However, I confirm that I have submitted only a single claim for my customer account, and there is no duplicate claim.(Please see the attached)

Therefore, I would like to request your confirmation that my name (Unique Customer Code ██████ is not included in the Bahamas process claim list. I have filed my claim solely in the American process claim list, and I want to ensure that my claim is accurately represented and not erroneously included in the Bahamas process.

Please confirm that I have not submitted a claim as part of the Bahamas process. If you require any additional information or documentation to verify my claim status, please do not hesitate to contact me via this email.

Thank you for your prompt attention to this matter.

Sincerely,

Yu-Ling Hsia

My FTX login ID:yl7519@gmail.com

My Unique Customer Code is: ██████

To unsubscribe from this group and stop receiving emails from it, send an email to gbl_fdm_creditors+unsubscribe@pwc.com.



Yu-Ling Hsia
9F., No. 30, Ln. 69, Beixin Rd.,
Tamsui Dist., New Taipei City, 251
Taiwan (R.O.C.)



United States Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
USA