

**Claimant**
Claimant Name: Douglass Lorenzen
Claimant Case Number (Via Kroll Website): 87111
Date: February 13, 2025
Mailing Address: 1887 Whitney Mesa Dr PMB 6161, Henderson, NV 89014
Phone Number: 949-584-3390
Email Address: LorenzenDoug@gmail.com

2025 FEB 20   AM 10: 01

**Case Information**
Debtor: FTX TRADING LTD
Court: UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Case: 22-11068-JTD - Doc 27182
Title: DEBTORS' ONE HUNDRED TWENTY-FIFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND/OR UNLIQUIDATED PROOFS OF CLAIM (CUSTOMER CLAIMS)

**To**
Office of the Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor, Wilmington, Delaware 19801

*CC: Sullivan & Cromwell LLP Attn: Christian P. Jensen (jensenc@sullcrom.com) and David M. Rosenthal (rosenthald@sullcrom.com) and (b)*
*Landis Rath & Cobb LLP Attn: Matthew R. Pierce (pierce@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com)*

To the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware,

My name is Douglass Lorenzen and I am a claimant in the case listed above. I am responding to the objection that I am not due $9,998.00 of USD funds that I had on deposit with FTX.

I submitted a request to withdraw $9,998 from FTX on November 9th, 2022. (See attached Exhibit A which is the email confirmation of this request).

I believe this request was made approximately two days prior to FTX filing for bankruptcy, and as a result of this timing, even though my request was received by FTX, the USD was never actually sent to my account or cleared my bank account. You can confirm from internal banking records on your side that the money was never actually sent to me.

I ask that your objection for the amount of $9,998.00 is removed and I am paid the USD that is due to me.

Thank you,
Douglass Lorenzen

EXHIBIT A

 Gmail                                       Doug Lorenzen <lorenzendoug@gmail.com>

**FTX US fiat withdrawal sent**

FTX US <support@ftx.us>                                          Wed, Nov 9, 2022 at 1:23 PM
To: lorenzendoug@gmail.com

Hello Douglass Lorenzen,

Your fiat withdrawal of 9998.00 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account.

Office of the Clerk of the
United States Bankruptcy Court for the
District of Delaware

824 Market Street, 3rd floor
Wilmington, DE 19801

9589 0710 5270 2461 0855 55