# UNITED STATES BANKRUPTCY COURT
# IN THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al,

        Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly administered)

/

# RESPONSE TO DEBTORS' ONE HUNDRED FORTY-NINTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN LATE FILED PROOFS OF CLAIMS (CUSTOMER CLAIMS) BY CLAIMANT CLAIM #98234

NGO, Juliette Faith Beng Choo, Claimant of Claim #98234 (Ngo), hereby responds and files this objection (the "Objection") to the Debtor's Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims) (Docket #29174).

## 1. Grounds for objection

Ngo's claim balances are listed in the Amended Customer Schedules (Schedule #6842304) as not disputed, not contingent, not liquidated. Ngo's Claim #98234 shows balances not greater than/as per the Amended Customer Schedules (Schedule #6842304). Hence, as defined in Section 2.1.8 of the Second Amended Joint Chapter 11 Plan [Docket ID 26404, Exhibit A], Ngo's claim is Allowed.

Excerpt from Section 2.1.8(c) of the Second Amended Joint Chapter 11 Plan [Docket ID 26404, Exhibit A]:

"2.1.8 "Allowed" means, with respect to any Claim or Interest, that the amount, priority and/or classification of such Claim or Interest has been:

(c) listed in the Schedules as not disputed, not contingent not unliquidated with respect to amount, secured status, or priority and (i) no Proof of Claim in an amount <u>greater</u> than the amount set forth in the Schedules has been filed."

Since Ngo's claim is listed on the Schedules and not scheduled as "disputed", "contingent" or "unliquidated" and Ngo agrees with the amount, quantity and types listed, Ngo will be deemed to hold a valid allowed claim for the scheduled amount of the claim without having to file a separate proof of claim.

**2. Supporting documentation**

**SCHEDULED CLAIM(S) in support of Ngo's claim (Customer ID 02219815)**

**(i) Excerpt from Amended Schedule (Doc 6301 Filed 01/23/24 Page 14 of 216)**

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] |
|---|---|---|
| 02219815 | | ALICE[105.47082044], ATLAS[179363.85205746], AUDIO[.61986866], AURY[.456039939], AVAX[.00044832], BAO[7], BNB[10.901959], BTC[.17638829], CHR[5379.9138704], CHZ[9.27745769], CQT[.81], DYDX[.04465024], ENJ[1051.61182332], ETH[1.66527583], ETHW[1.06481991], FTM[2.1873512], FTT[232.2039918], GRT[1.80998605], KIN[5], LRC[60.61713937], LUNA2[0.00255438], LUNA2_LOCKED[0.00596023], LUNC[556.22261812], MANA[2216.5385126], MNGO[7.05788154], RAY[5821.05897063], RNDR[38.24856566], RUNE[.00248038], SAND[.58259345], SNX[.00049342], SOL[5.5461554], SRM[.79249921], STMX[6.2], SUSHI[106.92461876], USD[0.00], XRP[115.37944828] |

**(ii) Excerpt from Kroll Website (https://restructuring.ra.kroll.com/FTX/Home-ClaimInfo):**



### Creditor Information - Schedule # 6842304

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
6842304
**Confirmation ID**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

(iii) Excerpt from the Debtor's Customer Claims Portal (Claims.ftx.com/wallet) **(Customer ID 02219815)**:



*THEREFORE,* NGO, Juliette Faith Beng Choo, respectfully requests that the Court deny the Debtor's objection to Ngo's claim as stated above, and request the Debtor admit and allow Ngo's claim as per Schedule No. 6842304 (Customer ID: 02219815) for the amount of US$12,611.37 as scheduled in the Amended Customer Schedules (Doc 6301 Filed 01/23/24 Page 14 of 216)

Dated:  February 20, 2025


/s/NGO, Juliette Faith Beng Choo
2 Kovan Rise, #07-07
Singapore 544734
0065 8169 6372
rocher789@gmail.com

c/o 444 Alaska Ave
Suite #CBZ322
Torrance, CA90503
USA


/s/NGO, Juliette Faith Beng Choo
NGO, Juliette Faith Beng Choo
Customer ID 02219815,
Schedule #6842304,
Claim #98234

# UNITED STATES BANKRUPTCY COURT IN THE
# DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al,

    Debtors.

Chapter 11
Case No. 22-11068 (JTD)

(Jointly administered)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date she served a copy of the attached Response to Objection to claim upon the following parties via email on February 20, 2025 to:

Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004
Attn: Christian P. Jensen (jensenc@sullcrom.com) and David M. Rosenthal (rosenthald@sullcrom.com)

Landis Roth & Cobb LLP, 919 Market St., Ste. 1800, Wilmington, Del. 19801
Attn: Matthew R. Pierce (pierce@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com)

And by the Court's electronic filing service on February 20, 2025.

/s/NGO, Juliette Faith Beng Choo
2 Kovan Rise, #07-07
Singapore 544734
0065 8169 6372
rocher789@gmail.com

c/o 444 Alaska Ave
Suite #CBZ322
Torrance, CA90503
USA