**Exhibit A**

**Summary of Hours and Fees by Individual for the Application Period**

**Summary of Hours and Fees by Individual for the Application Period**
**MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Lowery,Kristie L | Billable [2] | National Partner/Principal | 14.00 | $ 1,040.00 | $ 14,560.00 |
| Lowery,Kristie L | Billable | National Partner/Principal | 100.60 | 990.00 | 99,594.00 |
| Lowery,Kristie L | Travel | National Partner/Principal | 43.40 | 495.00 | 21,483.00 |
| McComber,Donna | Billable [2] | National Partner/Principal | 21.20 | 1,040.00 | 22,048.00 |
| McComber,Donna | Billable | National Partner/Principal | 45.80 | 990.00 | 45,342.00 |
| Rumford,Neil | Billable | National Partner/Principal | 3.90 | 926.54 | 3,613.50 |
| Rumford,Neil | Billable [2] | National Partner/Principal | 0.70 | 866.00 | 606.20 |
| Simpson,Kirsten | Billable | National Partner/Principal | 5.20 | 990.00 | 5,148.00 |
| Stevens,Matthew Aaron | Billable | National Partner/Principal | 5.70 | 990.00 | 5,643.00 |
| Bailey,Doug | Billable [2] | Partner/Principal | 37.50 | 866.00 | 32,475.00 |
| Bailey,Doug | Billable | Partner/Principal | 149.00 | 825.00 | 122,925.00 |
| Beck,Kenneth | Billable [2] | Partner/Principal | 1.00 | 866.00 | 866.00 |
| Beck,Kenneth | Billable | Partner/Principal | 0.80 | 825.00 | 660.00 |
| Blank,Jacob | Billable | Partner/Principal | 0.40 | 825.00 | 330.00 |
| Buduguntae,Shashanka R | Billable | Partner/Principal | 0.40 | 825.00 | 330.00 |
| Burns,Jack M | Billable | Partner/Principal | 0.50 | 825.00 | 412.50 |
| Cavusoglu,Coskun | Billable | Partner/Principal | 8.60 | 825.00 | 7,095.00 |
| Cho,Shuck | Billable | Partner/Principal | 2.40 | 825.00 | 1,980.00 |
| Delff,Björn | Billable | Partner/Principal | 9.40 | 825.00 | 7,755.00 |
| Dossche,Gino | Billable | Partner/Principal | 3.60 | 825.00 | 2,970.00 |
| Erdem,Ersin | Billable | Partner/Principal | 10.80 | 825.00 | 8,910.00 |
| Farrar,Anne | Billable | Partner/Principal | 13.80 | 825.00 | 11,385.00 |
| Ferris,Tara | Billable [2] | Partner/Principal | 0.40 | 866.00 | 346.40 |
| Ferris,Tara | Billable | Partner/Principal | 13.80 | 825.00 | 11,385.00 |
| Gall,Phillip J | Billable | Partner/Principal | 0.50 | 825.00 | 412.50 |
| Guetschow,Rene | Billable | Partner/Principal | 1.00 | 825.00 | 825.00 |
| Harvey,Elizabeth R. | Billable | Partner/Principal | 0.90 | 825.00 | 742.50 |
| Jain,Nikhil | Billable [2] | Partner/Principal | 38.70 | 866.00 | 33,514.20 |
| Jain,Nikhil | Billable | Partner/Principal | 10.00 | 825.00 | 8,250.00 |
| Knoeller,Thomas J. | Billable | Partner/Principal | 38.70 | 805.61 | 31,177.00 |
| Knoeller,Thomas J. | Billable [2] | Partner/Principal | 0.90 | 430.00 | 387.00 |
| LaGarde,Stephen | Billable [2] | Partner/Principal | 1.60 | 866.00 | 1,385.60 |
| LaGarde,Stephen | Billable | Partner/Principal | 1.00 | 825.00 | 825.00 |
| Leston,Juan | Billable [2] | Partner/Principal | 1.50 | 866.00 | 1,299.00 |
| Leston,Juan | Billable | Partner/Principal | 6.60 | 825.00 | 5,445.00 |
| Liassides,Petros | Billable | Partner/Principal | 15.20 | 825.00 | 12,540.00 |
| Lovelace,Lauren | Billable [2] | Partner/Principal | 6.60 | 866.00 | 5,715.60 |
| Lovelace,Lauren | Billable | Partner/Principal | 67.30 | 825.00 | 55,522.50 |
| Milner,Martin | Billable [2] | Partner/Principal | 1.70 | 866.00 | 1,472.20 |
| Nakagami,Jun | Billable [2] | Partner/Principal | 6.50 | 866.00 | 5,629.00 |
| Nakagami,Jun | Billable | Partner/Principal | 3.90 | 825.00 | 3,217.50 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Nasir,Tariq | Billable | Partner/Principal | 2.50 | 825.00 | 2,062.50 |
| Osmers,Maren | Billable [2] | Partner/Principal | 0.50 | 866.00 | 433.00 |
| Osmers,Maren | Billable | Partner/Principal | 2.40 | 825.00 | 1,980.00 |
| Raptopoulos,Philippos | Billable | Partner/Principal | 5.70 | 825.00 | 4,702.50 |
| Richards,Briana A. | Billable | Partner/Principal | 0.80 | 987.50 | 790.00 |
| Sethi,Navin | Billable [2] | Partner/Principal | 2.00 | 866.00 | 1,732.00 |
| Sethi,Navin | Billable | Partner/Principal | 12.00 | 825.00 | 9,900.00 |
| Shea JR,Thomas M | Billable [2] | Partner/Principal | 41.70 | 866.00 | 36,112.20 |
| Shea JR,Thomas M | Billable | Partner/Principal | 218.90 | 825.00 | 180,592.50 |
| Shea JR,Thomas M | Travel | Partner/Principal | 5.50 | 412.50 | 2,268.75 |
| Shnaider,Jeremy | Billable | Partner/Principal | 0.50 | 825.00 | 412.50 |
| Socratous,Christoforos | Billable | Partner/Principal | 0.50 | 825.00 | 412.50 |
| Taylor,John Marcus | Billable | Partner/Principal | 1.50 | 825.00 | 1,237.50 |
| Tse,Andy | Billable | Partner/Principal | 0.70 | 825.00 | 577.50 |
| Walker,Rachael Leigh Braswell | Billable [2] | Partner/Principal | 2.50 | 866.00 | 2,165.00 |
| Walker,Rachael Leigh Braswell | Billable | Partner/Principal | 24.90 | 825.00 | 20,542.50 |
| Weiler,Sam P | Billable | Partner/Principal | 0.50 | 825.00 | 412.50 |
| Borts,Michael | Billable [2] | Managing Director | 2.10 | 814.00 | 1,709.40 |
| Borts,Michael | Billable | Managing Director | 29.70 | 775.00 | 23,017.50 |
| Bost,Anne | Billable [2] | Managing Director | 12.30 | 814.00 | 10,012.20 |
| Bost,Anne | Billable | Managing Director | 93.25 | 775.00 | 72,268.75 |
| Charbonneau,Claudine | Billable | Managing Director | 0.50 | 775.00 | 387.50 |
| DeVincenzo,Jennie | Billable [2] | Managing Director | 14.70 | 814.00 | 11,965.80 |
| DeVincenzo,Jennie | Billable | Managing Director | 82.40 | 775.00 | 63,860.00 |
| DeVincenzo,Jennie | Travel | Managing Director | 17.80 | 387.50 | 6,897.50 |
| Dubroff,Andy | Billable | Managing Director | 27.40 | 775.00 | 21,235.00 |
| Dudrear,David | Billable [2] | Managing Director | 0.40 | 814.00 | 325.60 |
| Flagg,Nancy A. | Billable [2] | Managing Director | 3.80 | 814.00 | 3,093.20 |
| Flagg,Nancy A. | Billable | Managing Director | 58.20 | 775.00 | 45,105.00 |
| Fletcher,Jason R | Billable | Managing Director | 3.00 | 775.00 | 2,325.00 |
| Fultz,Richard Donald | Billable [2] | Managing Director | 1.00 | 814.00 | 814.00 |
| Gartin,Randell J. | Billable | Managing Director | 1.50 | 775.00 | 1,162.50 |
| Koch,Markus | Billable | Managing Director | 1.50 | 775.00 | 1,162.50 |
| Kooiker,Darcy | Billable [2] | Managing Director | 1.00 | 814.00 | 814.00 |
| Kooiker,Darcy | Billable | Managing Director | 2.80 | 775.00 | 2,170.00 |
| Momah,Sandra | Billable | Managing Director | 4.40 | 775.00 | 3,410.00 |
| Moncrieff,Robert | Billable | Managing Director | 1.60 | 775.00 | 1,240.00 |
| Nolan,Bill | Billable | Managing Director | 0.50 | 775.00 | 387.50 |
| Phillips,La-Tanya | Billable | Managing Director | 13.00 | 775.00 | 10,075.00 |
| Ritz,Amy Felice | Billable | Managing Director | 7.80 | 775.00 | 6,045.00 |
| Sargent,Amy Johannah | Billable | Managing Director | 1.00 | 775.00 | 775.00 |
| Schmutter,David | Billable | Managing Director | 1.50 | 775.00 | 1,162.50 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Soderman,Kathy | Billable | Managing Director | 2.80 | 775.00 | 2,170.00 |
| Adegun,Adeyemi | Billable | Senior Manager | 15.00 | 650.00 | 9,750.00 |
| Berman,Jake | Billable [2] | Senior Manager | 7.10 | 683.00 | 4,849.30 |
| Berman,Jake | Billable | Senior Manager | 105.30 | 650.00 | 68,445.00 |
| Bowden,Jamie | Billable | Senior Manager | 0.50 | 650.00 | 325.00 |
| Bruns,Alexander | Billable | Senior Manager | 19.80 | 650.00 | 12,870.00 |
| Bugden,Nick R | Billable | Senior Manager | 0.60 | 900.00 | 540.00 |
| Chambron,Claire | Billable | Senior Manager | 0.20 | 650.00 | 130.00 |
| Coffey,Mandy V. | Billable | Senior Manager | 0.30 | 650.00 | 195.00 |
| Cohen,Sam | Billable | Senior Manager | 2.30 | 650.00 | 1,495.00 |
| Collado,Adriana | Billable | Senior Manager | 11.80 | 650.00 | 7,670.00 |
| Devona Bahadur,Michele | Billable | Senior Manager | 19.00 | 650.00 | 12,350.00 |
| Dunne,Robert | Billable | Senior Manager | 0.60 | 650.00 | 390.00 |
| Espley-Ault,Olivia | Billable | Senior Manager | 32.00 | 650.00 | 20,800.00 |
| Gatt,Katie | Billable [2] | Senior Manager | 0.40 | 683.00 | 273.20 |
| Gatt,Katie | Billable | Senior Manager | 8.40 | 650.00 | 5,460.00 |
| Goto,Keisuke | Billable [2] | Senior Manager | 5.50 | 683.00 | 3,756.50 |
| Goto,Keisuke | Billable | Senior Manager | 12.90 | 650.00 | 8,385.00 |
| Gundu,Kaivalya | Billable | Senior Manager | 6.20 | 650.00 | 4,030.00 |
| Gursoy,Damla | Billable | Senior Manager | 19.50 | 650.00 | 12,675.00 |
| Haas,Zach | Billable [2] | Senior Manager | 12.70 | 683.00 | 8,674.10 |
| Haas,Zach | Billable | Senior Manager | 53.80 | 650.00 | 34,970.00 |
| Hamano,Taisuke | Billable [2] | Senior Manager | 1.50 | 683.00 | 1,024.50 |
| Hamano,Taisuke | Billable | Senior Manager | 8.00 | 650.00 | 5,200.00 |
| Healy,John | Billable [2] | Senior Manager | 6.90 | 683.00 | 4,712.70 |
| Healy,John | Billable | Senior Manager | 58.00 | 650.00 | 37,700.00 |
| Hernandez,Nancy I. | Billable [2] | Senior Manager | 5.60 | 683.00 | 3,824.80 |
| Hernandez,Nancy I. | Billable | Senior Manager | 61.70 | 650.00 | 40,105.00 |
| Howard,Rebecca M. | Billable | Senior Manager | 2.30 | 650.00 | 1,495.00 |
| Jayanthi,Lakshmi | Billable [2] | Senior Manager | 3.60 | 683.00 | 2,458.80 |
| Jayanthi,Lakshmi | Billable | Senior Manager | 6.70 | 650.00 | 4,355.00 |
| Jimenez,Joseph Robert | Billable [2] | Senior Manager | 4.30 | 683.00 | 2,936.90 |
| Jimenez,Joseph Robert | Billable | Senior Manager | 28.00 | 650.00 | 18,200.00 |
| Kedia,Nupur | Billable | Senior Manager | 0.40 | 650.00 | 260.00 |
| Khubani,Arpita | Billable | Senior Manager | 0.50 | 650.00 | 325.00 |
| Knüwer,Stephanie | Billable | Senior Manager | 11.30 | 650.00 | 7,345.00 |
| Krug,Judith | Billable [2] | Senior Manager | 0.90 | 683.00 | 614.70 |
| Krug,Judith | Billable | Senior Manager | 11.80 | 650.00 | 7,670.00 |
| Li,Peng | Billable | Senior Manager | 0.90 | 650.00 | 585.00 |
| Madhok,Kishan | Billable | Senior Manager | 1.50 | 650.00 | 975.00 |
| Matsuo,Eiko | Billable [2] | Senior Manager | 4.50 | 683.00 | 3,073.50 |
| Matsuo,Eiko | Billable | Senior Manager | 5.90 | 650.00 | 3,835.00 |
| Mayer-Dempsey,Chris Kosch | Billable | Senior Manager | 0.50 | 650.00 | 325.00 |
| Minchev,Georgi | Billable [2] | Senior Manager | 22.80 | 683.00 | 15,572.40 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Minchev,Georgi | Billable | Senior Manager | 5.50 | 650.00 | 3,575.00 |
| Mosdzin,Dennis | Billable [2] | Senior Manager | 11.50 | 683.00 | 7,854.50 |
| Mosdzin,Dennis | Billable | Senior Manager | 13.30 | 650.00 | 8,645.00 |
| Musano,Matthew Albert | Billable [2] | Senior Manager | 7.30 | 683.00 | 4,985.90 |
| Musano,Matthew Albert | Billable | Senior Manager | 78.00 | 650.00 | 50,700.00 |
| Myers,Rayth T. | Billable [2] | Senior Manager | 13.00 | 683.00 | 8,879.00 |
| Myers,Rayth T. | Billable | Senior Manager | 6.40 | 650.00 | 4,160.00 |
| Nguyen,Ly Vu-Uyen | Billable | Senior Manager | 0.20 | 650.00 | 130.00 |
| Nichol,T.J. | Billable | Senior Manager | 0.40 | 650.00 | 260.00 |
| Papachristodoulou,Elpida | Billable [2] | Senior Manager | 0.60 | 683.00 | 409.80 |
| Papachristodoulou,Elpida | Billable | Senior Manager | 14.20 | 650.00 | 9,230.00 |
| Pawa,Kunal | Billable | Senior Manager | 1.20 | 650.00 | 780.00 |
| Rios Collado,Adriana | Billable [2] | Senior Manager | 0.50 | 683.00 | 341.50 |
| Rule,Martin Daniel | Billable | Senior Manager | 2.10 | 650.00 | 1,365.00 |
| Schwarzwälder,Christian | Billable | Senior Manager | 9.70 | 650.00 | 6,305.00 |
| Tong,Chia-Hui | Billable [2] | Senior Manager | 34.70 | 683.00 | 23,700.10 |
| Tong,Chia-Hui | Billable | Senior Manager | 253.30 | 650.00 | 164,645.00 |
| Wong,Charlotte | Billable | Senior Manager | 1.10 | 650.00 | 715.00 |
| Wong,Wendy | Billable [2] | Senior Manager | 0.50 | 683.00 | 341.50 |
| Wong,Wendy | Billable | Senior Manager | 3.10 | 650.00 | 2,015.00 |
| Yang,Rachel Sim | Billable [2] | Senior Manager | 1.30 | 683.00 | 887.90 |
| Yang,Rachel Sim | Billable | Senior Manager | 70.70 | 650.00 | 45,955.00 |
| Barnet,Scott | Billable | Manager | 8.70 | 525.00 | 4,567.50 |
| Billings,Phoebe | Billable [2] | Manager | 37.80 | 415.00 | 15,687.00 |
| Billings,Phoebe | Billable | Manager | 26.40 | 408.79 | 10,792.00 |
| Bouza,Victor | Billable [2] | Manager | 0.30 | 551.00 | 165.30 |
| Bouza,Victor | Billable | Manager | 33.40 | 525.00 | 17,535.00 |
| Cahalane,Shawn M. | Billable [2] | Manager | 16.80 | 525.00 | 8,820.00 |
| Cahalane,Shawn M. | Billable | Manager | 209.60 | 525.00 | 110,040.00 |
| Carreras,Stephen | Billable [2] | Manager | 3.50 | 551.00 | 1,928.50 |
| Carreras,Stephen | Billable | Manager | 17.00 | 525.00 | 8,925.00 |
| Choi,Jieun | Billable [2] | Manager | 4.10 | 551.00 | 2,259.10 |
| Choi,Jieun | Billable | Manager | 12.10 | 525.00 | 6,352.50 |
| Craven,Simone | Billable | Manager | 0.70 | 525.00 | 367.50 |
| Davis,Kathleen F. | Billable | Manager | 17.40 | 525.00 | 9,135.00 |
| Dulceak,Crystal | Billable | Manager | 28.60 | 525.00 | 15,015.00 |
| Fitzgerald,Kevin | Billable | Manager | 0.40 | 525.00 | 210.00 |
| Fitzmaurice,Sean | Billable | Manager | 2.40 | 525.00 | 1,260.00 |
| Gil Diez de Leon,Marta | Billable [2] | Manager | 5.40 | 551.00 | 2,975.40 |
| Gil Diez de Leon,Marta | Billable | Manager | 55.60 | 525.00 | 29,190.00 |
| Gorman,Doug A | Billable [2] | Manager | 73.00 | 551.00 | 40,223.00 |
| Gorman,Doug A | Billable | Manager | 0.80 | 525.00 | 420.00 |
| Hammon,David Lane | Billable [2] | Manager | 80.30 | 551.00 | 44,245.30 |
| Hammon,David Lane | Billable | Manager | 330.30 | 525.00 | 173,407.50 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Hammon,David Lane | Travel | Manager | 5.00 | 275.50 | 1,377.50 |
| Jena,Deepak | Billable [2] | Manager | 2.70 | 551.00 | 1,487.70 |
| Jena,Deepak | Billable | Manager | 19.80 | 525.00 | 10,395.00 |
| Katsnelson,David | Billable [2] | Manager | 19.90 | 551.00 | 10,964.90 |
| Katsnelson,David | Billable | Manager | 54.00 | 525.00 | 28,350.00 |
| Lee,Jay | Billable | Manager | 6.00 | 525.00 | 3,150.00 |
| Lindsey,Krista | Billable | Manager | 3.70 | 525.00 | 1,942.50 |
| Mak,Shirley | Billable [2] | Manager | 0.30 | 683.00 | 204.90 |
| Mak,Shirley | Billable | Manager | 3.60 | 545.83 | 1,965.00 |
| McPhail,Ashley | Billable [2] | Manager | 0.20 | 551.00 | 110.20 |
| McPhail,Ashley | Billable | Manager | 3.80 | 525.00 | 1,995.00 |
| McPhee,Tiffany | Billable [2] | Manager | 0.50 | 551.00 | 275.50 |
| McPhee,Tiffany | Billable | Manager | 7.20 | 525.00 | 3,780.00 |
| Mistler,Brian M | Billable [2] | Manager | 31.60 | 551.00 | 17,411.60 |
| Mistler,Brian M | Billable | Manager | 282.90 | 525.00 | 148,522.50 |
| Mistler,Brian M | Travel | Manager | 18.20 | 268.93 | 4,894.50 |
| Nunna,Ramesh kumar | Billable [2] | Manager | 6.00 | 551.00 | 3,306.00 |
| Nunna,Ramesh kumar | Billable | Manager | 28.00 | 525.00 | 14,700.00 |
| Oyebefun,Adekunbi | Billable | Manager | 15.00 | 525.00 | 7,875.00 |
| Richardson,Audrey Sarah | Billable [2] | Manager | 7.40 | 551.00 | 4,077.40 |
| Richardson,Audrey Sarah | Billable | Manager | 40.00 | 525.00 | 21,000.00 |
| Santoro,David | Billable | Manager | 5.70 | 525.00 | 2,992.50 |
| Srivastava,Nikita Asutosh | Billable [2] | Manager | 8.50 | 551.00 | 4,683.50 |
| Srivastava,Nikita Asutosh | Billable | Manager | 27.20 | 525.00 | 14,280.00 |
| Staromiejska,Kinga | Billable [2] | Manager | 7.90 | 551.00 | 4,352.90 |
| Staromiejska,Kinga | Billable | Manager | 103.50 | 525.00 | 54,337.50 |
| Tripathi,Tanmaya | Billable [2] | Manager | 5.20 | 551.00 | 2,865.20 |
| Tsikkouris,Anastasios | Billable | Manager | 16.70 | 525.00 | 8,767.50 |
| Tyllirou,Christiana | Billable [2] | Manager | 1.20 | 551.00 | 661.20 |
| Tyllirou,Christiana | Billable | Manager | 2.50 | 525.00 | 1,312.50 |
| Wrenn,Kaitlin Doyle | Billable [2] | Manager | 29.60 | 551.00 | 16,309.60 |
| Wrenn,Kaitlin Doyle | Billable | Manager | 206.90 | 525.00 | 108,622.50 |
| Wrenn,Kaitlin Doyle | Travel | Manager | 30.40 | 262.50 | 7,980.00 |
| Zheng,Eva | Billable [2] | Manager | 0.90 | 551.00 | 495.90 |
| Zheng,Eva | Billable | Manager | 49.80 | 525.00 | 26,145.00 |
| Ancona,Christopher | Billable [2] | Senior | 21.50 | 415.00 | 8,922.50 |
| Ancona,Christopher | Billable | Senior | 311.80 | 395.00 | 123,161.00 |
| Billings,Elizabeth A. | Billable | Senior | 1.10 | 395.00 | 434.50 |
| Borchers,Fabian | Billable | Senior | 14.40 | 395.00 | 5,688.00 |
| Bote,Justin | Billable [2] | Senior | 11.00 | 415.00 | 4,565.00 |
| Bote,Justin | Billable | Senior | 44.00 | 395.00 | 17,380.00 |
| Brzozowski,John Charles | Billable [2] | Senior | 1.10 | 415.00 | 456.50 |
| Camargos,Lorraine Silva | Billable [2] | Senior | 3.10 | 415.00 | 1,286.50 |
| Carver,Cody R. | Billable [2] | Senior | 4.60 | 415.00 | 1,909.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Carver,Cody R. | Billable | Senior | 30.20 | 395.00 | 11,929.00 |
| Chachan,Aparajita | Billable [2] | Senior | 0.50 | 415.00 | 207.50 |
| Chachan,Aparajita | Billable | Senior | 0.40 | 395.00 | 158.00 |
| Di Stefano,Giulia | Billable [2] | Senior | 62.10 | 415.00 | 25,771.50 |
| Di Stefano,Giulia | Billable | Senior | 92.30 | 395.00 | 36,458.50 |
| Drayer,Lauren | Billable | Senior | 4.60 | 395.00 | 1,817.00 |
| Dugar,Surbhi | Billable [2] | Senior | 0.30 | 415.00 | 124.50 |
| Figueroa,Carolina S | Billable [2] | Senior | 57.10 | 415.00 | 23,696.50 |
| Garcia,Casey | Billable [2] | Senior | 0.40 | 415.00 | 166.00 |
| Gibson,Mitch | Billable [2] | Senior | 43.80 | 415.00 | 18,177.00 |
| Hall,Emily Melissa | Billable [2] | Senior | 14.90 | 415.00 | 6,183.50 |
| Hall,Emily Melissa | Billable | Senior | 133.70 | 395.00 | 52,811.50 |
| Hawkins,Cassie Nicole | Billable [2] | Senior | 0.50 | 415.00 | 207.50 |
| Hawkins,Cassie Nicole | Billable | Senior | 25.30 | 395.00 | 9,993.50 |
| Hayashi,Rina | Billable [2] | Senior | 3.00 | 415.00 | 1,245.00 |
| Hayashi,Rina | Billable | Senior | 18.00 | 395.00 | 7,110.00 |
| Huang,Ricki | Billable [2] | Senior | 31.70 | 415.00 | 13,155.50 |
| Huang,Ricki | Billable | Senior | 17.90 | 395.00 | 7,070.50 |
| Huang,Ricki | Travel | Senior | 5.00 | 207.50 | 1,037.50 |
| Huang,Ricky | Billable | Senior | 9.30 | 395.00 | 3,673.50 |
| Hung,Mo | Billable [2] | Senior | 4.80 | 415.00 | 1,992.00 |
| Hung,Mo | Billable | Senior | 20.00 | 395.00 | 7,900.00 |
| John Mathew,Abel | Billable [2] | Senior | 4.40 | 415.00 | 1,826.00 |
| John Mathew,Abel | Billable | Senior | 15.70 | 395.00 | 6,201.50 |
| Katelas,Andreas | Billable [2] | Senior | 3.10 | 415.00 | 1,286.50 |
| Katelas,Andreas | Billable | Senior | 153.30 | 395.00 | 60,553.50 |
| Li,Chunyang | Billable | Senior | 12.60 | 395.00 | 4,977.00 |
| MacLean,Corrie | Billable [2] | Senior | 28.00 | 415.00 | 11,620.00 |
| MacLean,Corrie | Billable | Senior | 164.60 | 395.00 | 65,017.00 |
| Marie,Hameed | Billable [2] | Senior | 24.00 | 415.00 | 9,960.00 |
| Marie,Hameed | Billable | Senior | 20.60 | 395.00 | 8,137.00 |
| Marlow,Joe | Billable [2] | Senior | 1.50 | 415.00 | 622.50 |
| Marlow,Joe | Billable | Senior | 38.00 | 395.00 | 15,010.00 |
| Masaku,Taiwo | Billable | Senior | 25.40 | 395.00 | 10,033.00 |
| Molnar,Evgeniya | Billable | Senior | 46.60 | 395.00 | 18,407.00 |
| Ott,Daniel | Billable [2] | Senior | 2.20 | 415.00 | 913.00 |
| Ott,Daniel | Billable | Senior | 6.00 | 395.00 | 2,370.00 |
| Perez,Ellen Joy | Billable [2] | Senior | 0.40 | 415.00 | 166.00 |
| Perez,Ellen Joy | Billable | Senior | 31.10 | 395.00 | 12,284.50 |
| Rahming,Brinique | Billable | Senior | 5.20 | 395.00 | 2,054.00 |
| Reddy,Pranav | Billable [2] | Senior | 1.70 | 415.00 | 705.50 |
| Rodriguez,Lenny | Billable | Senior | 0.20 | 395.00 | 79.00 |
| Rüegg,Christoph | Billable | Senior | 3.40 | 395.00 | 1,343.00 |
| Sangster,Mark | Billable [2] | Senior | 2.20 | 415.00 | 913.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Sangster,Mark | Billable | Senior | 14.70 | 395.00 | 5,806.50 |
| Schernbacher, Maximilian | Billable | Senior | 0.30 | 395.00 | 118.50 |
| Shabanaj,Vlora | Billable | Senior | 15.50 | 414.29 | 6,421.50 |
| Short,Victoria | Billable | Senior | 125.60 | 395.00 | 49,612.00 |
| Skarou,Tonia | Billable | Senior | 18.10 | 395.00 | 7,149.50 |
| Sun,Yuchen | Billable [2] | Senior | 4.70 | 415.00 | 1,950.50 |
| Sun,Yuchen | Billable | Senior | 31.70 | 395.00 | 12,521.50 |
| Themistou,Victoria | Billable | Senior | 13.20 | 395.00 | 5,214.00 |
| Wagner,Kaspar | Billable | Senior | 11.70 | 395.00 | 4,621.50 |
| Wesolowski,Jennifer L | Billable | Senior | 2.90 | 395.00 | 1,145.50 |
| Yildiz,Elif | Billable | Senior | 9.40 | 408.83 | 3,843.00 |
| Yuan,Peiyi | Billable [2] | Senior | 1.50 | 415.00 | 622.50 |
| Yuan,Peiyi | Billable | Senior | 33.20 | 395.00 | 13,114.00 |
| Zhu,Philip | Billable [2] | Senior | 2.00 | 415.00 | 830.00 |
| Zhu,Philip | Billable | Senior | 9.40 | 395.00 | 3,713.00 |
| Akpan,Dorcas | Billable | Staff | 40.40 | 225.00 | 9,090.00 |
| Allen,Jenefier Michelle | Billable | Staff | 0.80 | 225.00 | 180.00 |
| Brittany Coakley,Breshante | Billable | Staff | 10.90 | 225.00 | 2,452.50 |
| Castillo,Irvin Giovanni | Billable [2] | Staff | 4.80 | 236.00 | 1,132.80 |
| Castillo,Irvin Giovanni | Billable | Staff | 7.00 | 225.00 | 1,575.00 |
| Choudary,Hira | Billable [2] | Staff | 7.60 | 236.00 | 1,793.60 |
| Choudary,Hira | Billable | Staff | 154.05 | 225.00 | 34,661.25 |
| Cigarruista,Ana | Billable | Staff | 0.40 | 225.00 | 90.00 |
| Demirkol,Kenan | Billable | Staff | 16.20 | 225.00 | 3,645.00 |
| Eikenes,Ryan | Billable [2] | Staff | 1.90 | 236.00 | 448.40 |
| Fitzgerald,Kaitlin Rose | Billable [2] | Staff | 5.60 | 236.00 | 1,321.60 |
| Fitzgerald,Kaitlin Rose | Billable | Staff | 36.50 | 225.00 | 8,212.50 |
| Gabison,Salome | Billable [2] | Staff | 1.90 | 236.00 | 448.40 |
| Geisler,Arthur | Billable [2] | Staff | 3.50 | 236.00 | 826.00 |
| Geisler,Arthur | Billable | Staff | 32.00 | 225.00 | 7,200.00 |
| Glattstein,Arielle | Billable [2] | Staff | 11.00 | 236.00 | 2,596.00 |
| Glattstein,Arielle | Billable | Staff | 28.00 | 225.00 | 6,300.00 |
| Hall,Olivia | Billable [2] | Staff | 21.60 | 236.00 | 5,097.60 |
| Hall,Olivia | Billable | Staff | 9.90 | 225.00 | 2,227.50 |
| Huang,Fei Yu | Billable [2] | Staff | 9.10 | 236.00 | 2,147.60 |
| Huang,Fei Yu | Billable | Staff | 9.60 | 225.00 | 2,160.00 |
| Huang,Vanesa | Billable | Staff | 17.50 | 225.00 | 3,937.50 |
| Huang,Yuan | Billable [2] | Staff | 12.00 | 236.00 | 2,832.00 |
| Huang,Yuan | Billable | Staff | 15.50 | 225.00 | 3,487.50 |
| Jelonek,Theresa Grace | Billable [2] | Staff | 0.40 | 236.00 | 94.40 |
| Jelonek,Theresa Grace | Billable | Staff | 25.00 | 225.00 | 5,625.00 |
| Johnson,Derrick Joseph | Billable [2] | Staff | 0.90 | 236.00 | 212.40 |
| Johnson,Derrick Joseph | Billable | Staff | 31.10 | 225.00 | 6,997.50 |
| Karan,Anna Suncheuri | Billable [2] | Staff | 72.50 | 236.00 | 17,110.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Karan,Anna Suncheuri | Billable | Staff | 78.60 | 225.00 | 17,685.00 |
| Kawahara,Riku | Billable [2] | Staff | 5.00 | 236.00 | 1,180.00 |
| Kawahara,Riku | Billable | Staff | 35.50 | 225.00 | 7,987.50 |
| Lubic,Jake | Billable | Staff | 1.30 | 225.00 | 292.50 |
| Neziroski,David | Billable | Associate | 86.90 | 365.00 | 31,718.50 |
| Nguyen,Thinh | Billable [2] | Staff | 11.50 | 236.00 | 2,714.00 |
| Nguyen,Thinh | Billable | Staff | 11.20 | 225.00 | 2,520.00 |
| Onwupelu,Shekinah | Billable | Staff | 40.00 | 225.00 | 9,000.00 |
| Ortiz,Daniella | Billable [2] | Staff | 2.00 | 236.00 | 472.00 |
| Ortiz,Daniella | Billable | Staff | 10.40 | 225.00 | 2,340.00 |
| Pierce,Brandon | Billable [2] | Staff | 1.00 | 236.00 | 236.00 |
| Pierce,Brandon | Billable | Staff | 24.00 | 225.00 | 5,400.00 |
| Pulliam,Michelle | Billable | Staff | 0.60 | 225.00 | 135.00 |
| Sivakumar,Chandilya | Billable [2] | Staff | 27.30 | 236.00 | 6,442.80 |
| Sivakumar,Chandilya | Billable | Staff | 13.50 | 225.00 | 3,037.50 |
| Stillman,Will | Billable | Staff | 1.50 | 225.00 | 337.50 |
| Thomas,Sajani | Billable [2] | Staff | 35.40 | 236.00 | 8,354.40 |
| Thomas,Sajani | Billable | Staff | 22.60 | 225.00 | 5,085.00 |
| Tovar Hernandez,Maria F. | Billable | Staff | 3.00 | 225.00 | 675.00 |
| Turner,Austin Scott | Billable [2] | Staff | 2.40 | 236.00 | 566.40 |
| Turner,Austin Scott | Billable | Staff | 13.30 | 225.00 | 2,992.50 |
| Vasic,Dajana | Billable [2] | Staff | 1.00 | 236.00 | 236.00 |
| Vasic,Dajana | Billable | Staff | 12.50 | 225.00 | 2,812.50 |
| Velpuri,Cury | Billable | Staff | 30.70 | 225.00 | 6,907.50 |
| Wisniewski-Pena,Fernando | Billable [2] | Staff | 5.00 | 236.00 | 1,180.00 |
| Wisniewski-Pena,Fernando | Billable | Staff | 7.70 | 225.00 | 1,732.50 |
| Wong,Maddie | Billable [2] | Staff | 24.00 | 236.00 | 5,664.00 |
| Wong,Maddie | Billable | Staff | 60.70 | 225.00 | 13,657.50 |
| Zhang,Shannon | Billable [2] | Staff | 6.10 | 236.00 | 1,439.60 |
| Zhang,Shannon | Billable | Staff | 33.90 | 225.00 | 7,627.50 |
| Zhuo,Melody | Billable [2] | Staff | 75.50 | 236.00 | 17,818.00 |
| Zhuo,Melody | Billable | Staff | 134.30 | 225.00 | 30,217.50 |
| Scott,James | Billable | Client Serving Contractor JS | 273.60 | 600.00 | 164,160.00 |
| Scott,James | Travel | Client Serving Contractor JS | 34.10 | 300.00 | 10,230.00 |
| Bieganski,Walter | Billable [2] | Client Serving Contractor WB | 63.50 | 200.00 | 12,700.00 |
| **Total Fees Due** | | | **8,180.80** | | **$4,193,071.55** |

[1] Travel fees are billed out at 50% bill rate

[2] During the period of July 1, 2023 through July 20, 2023, EY was under the original retention and declaration filed with the courts. These hours represent the original rate card. Subsequently, EY filed an amended declaration which included a new rate card effective as of July 21, 2023.