## Exhibit B

**Summary of Hours and Fees by Matter Category**

## Summary of Hours and Fees by Matter Category
### MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023

| Project Category | Hours | Fees |
|---|---:|---:|
| ACR Bookkeeping/ACR Statutory Reporting | 89.00 | $ 43,203.90 |
| Fee/Employment Applications | 376.80 | 179,993.00 |
| Information Reporting | 125.50 | 48,955.30 |
| IRS Audit Matters | 327.80 | 202,016.20 |
| Liquidation Activities | 0.60 | 540.00 |
| Meetings with Management | 144.60 | 91,155.50 |
| Meetings with Other Advisors | 70.75 | 47,014.75 |
| Non US Tax | 1,586.15 | 789,070.35 |
| Non-Working Travel (billed at 50% of rates) | 159.40 | 56,168.75 |
| Payroll Tax | 713.90 | 409,302.80 |
| Project Management Office Transition | 625.80 | 314,938.20 |
| Tax Advisory | 430.40 | 211,646.60 |
| Technology | 175.50 | 93,119.40 |
| Transfer Pricing | 919.70 | 468,459.90 |
| US Income Tax | 1,031.50 | 573,314.60 |
| US International Tax | 566.90 | 277,550.90 |
| US State and Local Tax | 710.70 | 322,953.70 |
| Value Added Tax | 125.80 | 63,667.70 |
| **Total** | **8,180.80** | **$4,193,071.55** |