## Exhibit C

**Summary of Expenses**

**Summary of Expenses**
**MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

| Expense Category | Expense Amount |
|---|---|
| Airfare | $9,374.44 |
| Ground Transportation | 3,228.81 |
| Lodging | 7,167.86 |
| Meals | 2,847.44 |
| Miscellaneous - WIFI | 91.95 |
| IT Data Hosting Cost | 4,853.14 |
| Value Added Tax - Cyprus | 125.63 |
| Value Added Tax - Turkey | 5,814.60 |
| Value Added Tax - Panama | 548.91 |
| **Total** | **$34,052.78** |