**Exhibit A**

**Summary of Hours and Fees by Individual for the Application Period**

**Summary of Hours and Fees by Individual for the Application Period**
<u>**AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023**</u>

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|------|------|------|-------|-------------|-----------------------|
| Lowery,Kristie L | Billable | National Partner/Principal | 134.20 | $ 1,040.00 | $ 139,568.00 |
| Lowery,Kristie L | Travel [1] | National Partner/Principal | 7.60 | 520.00 | 3,952.00 |
| McComber,Donna | Billable | National Partner/Principal | 53.90 | 1,040.00 | 56,056.00 |
| Stevens,Matthew Aaron | Billable | National Partner/Principal | 1.80 | 1,040.00 | 1,872.00 |
| Bailey,Doug | Billable | Partner/Principal | 239.20 | 866.00 | 207,147.20 |
| Bastienne,Oliver | Billable | Partner/Principal | 5.00 | 866.00 | 4,330.00 |
| Buduguntae,Shashanka R | Billable | Partner/Principal | 2.80 | 866.00 | 2,424.80 |
| Cavusoglu,Coskun | Billable | Partner/Principal | 9.70 | 866.00 | 8,400.20 |
| Cho,Shuck | Billable | Partner/Principal | 0.50 | 866.00 | 433.00 |
| Delff,Björn | Billable | Partner/Principal | 8.10 | 866.00 | 7,014.60 |
| Dossche,Gino | Billable | Partner/Principal | 4.10 | 866.00 | 3,550.60 |
| Eken,Baris | Billable | Partner/Principal | 0.80 | 866.00 | 692.80 |
| Erdem,Ersin | Billable | Partner/Principal | 19.60 | 866.00 | 16,973.60 |
| Farrar,Anne | Billable | Partner/Principal | 1.30 | 866.00 | 1,125.80 |
| Ferris,Tara | Billable | Partner/Principal | 5.00 | 866.00 | 4,330.00 |
| Haniford,Lori | Billable | Partner/Principal | 0.60 | 866.00 | 519.60 |
| Johnson,Mike | Billable | Partner/Principal | 0.90 | 866.00 | 779.40 |
| Jones,Alison | Billable | Partner/Principal | 0.50 | 866.00 | 433.00 |
| Karner,Regina | Billable | Partner/Principal | 0.30 | 866.00 | 259.80 |
| LaGarde,Stephen | Billable | Partner/Principal | 3.60 | 866.00 | 3,117.60 |
| Leston,Juan | Billable | Partner/Principal | 17.50 | 866.00 | 15,155.00 |
| Liasis,George | Billable | Partner/Principal | 1.40 | 866.00 | 1,212.40 |
| Liassides,Petros | Billable | Partner/Principal | 4.90 | 866.00 | 4,243.40 |
| Lovelace,Lauren | Billable | Partner/Principal | 72.20 | 866.00 | 62,525.20 |
| Nakagami,Jun | Billable | Partner/Principal | 3.50 | 866.00 | 3,031.00 |
| Osmers,Maren | Billable | Partner/Principal | 4.40 | 866.00 | 3,810.40 |
| Pouchard,Alex | Billable | Partner/Principal | 0.30 | 866.00 | 259.80 |
| Richards,Briana A. | Billable | Partner/Principal | 0.40 | 866.00 | 346.40 |
| Rumford,Neil | Billable | Partner/Principal | 5.80 | 866.00 | 5,022.80 |
| Shea JR,Thomas M | Billable | Partner/Principal | 179.20 | 866.00 | 155,187.20 |
| Socratous,Christoforos | Billable | Partner/Principal | 0.90 | 866.00 | 779.40 |
| Stratton,PJ | Billable | Partner/Principal | 5.50 | 866.00 | 4,763.00 |
| Suto,Ichiro | Billable | Partner/Principal | 1.90 | 866.00 | 1,645.40 |
| Walker,Rachael Leigh Braswell | Billable | Partner/Principal | 37.20 | 866.00 | 32,215.20 |
| Wielobob,Kirsten | Billable | Partner/Principal | 3.70 | 866.00 | 3,204.20 |
| Borts,Michael | Billable | Managing Director | 95.80 | 814.00 | 77,981.20 |
| Bost,Anne | Billable | Managing Director | 195.70 | 814.00 | 159,299.80 |
| Bowden,Jamie | Billable | Managing Director | 0.50 | 814.00 | 407.00 |
| DeVincenzo,Jennie | Billable | Managing Director | 90.60 | 814.00 | 73,748.40 |
| Dilorio,John | Billable | Managing Director | 1.10 | 814.00 | 895.40 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Dudrear,David | Billable | Managing Director | 1.60 | 814.00 | 1,302.40 |
| Flagg,Nancy A. | Billable | Managing Director | 30.30 | 814.00 | 24,664.20 |
| Gartin,Randell J. | Billable | Managing Director | 0.50 | 814.00 | 407.00 |
| Jackel,Jonathan | Billable | Managing Director | 1.00 | 814.00 | 814.00 |
| Momah,Sandra | Billable | Managing Director | 4.00 | 814.00 | 3,256.00 |
| Ritz,Amy Felice | Billable | Managing Director | 3.70 | 814.00 | 3,011.80 |
| Sargent,Amy Johannah | Billable | Managing Director | 1.00 | 814.00 | 814.00 |
| Soderman,Kathy | Billable | Managing Director | 2.60 | 814.00 | 2,116.40 |
| Adegun,Adeyemi | Billable | Senior Manager | 15.00 | 683.00 | 10,245.00 |
| Akman,Erdem | Billable | Senior Manager | 0.80 | 683.00 | 546.40 |
| Bennett,Lauren | Billable | Senior Manager | 0.50 | 683.00 | 341.50 |
| Berkness,Christopher | Billable | Senior Manager | 0.60 | 683.00 | 409.80 |
| Berman,Jake | Billable | Senior Manager | 102.10 | 683.00 | 69,734.30 |
| Bruns,Alexander | Billable | Senior Manager | 5.90 | 683.00 | 4,029.70 |
| Cummings,Amanda | Billable | Senior Manager | 26.60 | 683.00 | 18,167.80 |
| Devona Bahadur,Michele | Billable | Senior Manager | 9.20 | 683.00 | 6,283.60 |
| Espley-Ault,Olivia | Billable | Senior Manager | 12.60 | 683.00 | 8,605.80 |
| Faerber,Anna | Billable | Senior Manager | 18.50 | 683.00 | 12,635.50 |
| Gatt,Katie | Billable | Senior Manager | 23.50 | 683.00 | 16,050.50 |
| Gil Diez de Leon,Marta | Billable | Senior Manager | 49.80 | 683.00 | 34,013.40 |
| Goto,Keisuke | Billable | Senior Manager | 18.70 | 683.00 | 12,772.10 |
| Gursoy,Damla | Billable | Senior Manager | 2.40 | 683.00 | 1,639.20 |
| Haas,Zach | Billable | Senior Manager | 35.00 | 683.00 | 23,905.00 |
| Hamano,Taisuke | Billable | Senior Manager | 0.60 | 683.00 | 409.80 |
| Healy,John | Billable | Senior Manager | 53.20 | 683.00 | 36,335.60 |
| Healy,John | Travel [1] | Senior Manager | 6.30 | 341.50 | 2,151.45 |
| Hernandez,Nancy I. | Billable | Senior Manager | 57.40 | 683.00 | 39,204.20 |
| Howard,Rebecca M. | Billable | Senior Manager | 1.20 | 683.00 | 819.60 |
| Jayanthi,Lakshmi | Billable | Senior Manager | 15.10 | 683.00 | 10,313.30 |
| Jimenez,Joseph Robert | Billable | Senior Manager | 17.10 | 683.00 | 11,679.30 |
| Katsnelson,David | Billable | Senior Manager | 57.50 | 683.00 | 39,272.50 |
| Kedia,Nupur | Billable | Senior Manager | 7.50 | 683.00 | 5,122.50 |
| Knüwer,Stephanie | Billable | Senior Manager | 23.60 | 683.00 | 16,118.80 |
| Krug,Judith | Billable | Senior Manager | 3.80 | 683.00 | 2,595.40 |
| Lipman,Mitch | Billable | Senior Manager | 0.40 | 683.00 | 273.20 |
| Matsuo,Eiko | Billable | Senior Manager | 6.30 | 683.00 | 4,302.90 |
| Mosdzin,Dennis | Billable | Senior Manager | 76.40 | 683.00 | 52,181.20 |
| Musano,Matthew Albert | Billable | Senior Manager | 114.80 | 683.00 | 78,408.40 |
| Nunez,Paloma | Billable | Senior Manager | 2.70 | 683.00 | 1,844.10 |
| Owsley,John Christopher | Billable | Senior Manager | 0.50 | 683.00 | 341.50 |
| Papachristodoulou,Elpida | Billable | Senior Manager | 10.00 | 683.00 | 6,830.00 |
| Pawa,Kunal | Billable | Senior Manager | 43.60 | 683.00 | 29,778.80 |
| Porto,Michael | Billable | Senior Manager | 145.60 | 683.00 | 99,444.80 |
| Raulli,Lindsay Elizabeth | Billable | Senior Manager | 1.00 | 683.00 | 683.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Rule,Martin Daniel | Billable | Senior Manager | 2.80 | 683.00 | 1,912.40 |
| Schwarzwälder,Christian | Billable | Senior Manager | 8.70 | 683.00 | 5,942.10 |
| Staromiejska,Kinga | Billable | Senior Manager | 34.90 | 683.00 | 23,836.70 |
| Taniguchi,Keisuke | Billable | Senior Manager | 6.00 | 683.00 | 4,098.00 |
| Tong,Chia-Hui | Billable | Senior Manager | 176.10 | 683.00 | 120,276.30 |
| Wong,Charlotte | Billable | Senior Manager | 1.10 | 683.00 | 751.30 |
| Wrenn,Kaitlin Doyle | Billable | Senior Manager | 308.90 | 683.00 | 210,978.70 |
| Wrenn,Kaitlin Doyle | Travel [1] | Senior Manager | 7.60 | 341.50 | 2,595.40 |
| Yang,Rachel Sim | Billable | Senior Manager | 111.70 | 683.00 | 76,291.10 |
| Billings,Phoebe | Billable | Manager | 70.20 | 551.00 | 38,680.20 |
| Bouza,Victor | Billable | Manager | 46.80 | 551.00 | 25,786.80 |
| Cahalane,Shawn M. | Billable | Manager | 20.70 | 525.00 | 10,867.50 |
| Carreras,Stephen | Billable | Manager | 5.90 | 551.00 | 3,250.90 |
| Chang-Waye,Amanda | Billable | Manager | 5.60 | 551.00 | 3,085.60 |
| Choi,Jieun | Billable | Manager | 2.40 | 551.00 | 1,322.40 |
| Craven,Simone | Billable | Manager | 6.40 | 551.00 | 3,526.40 |
| Davis,Kathleen F. | Billable | Manager | 1.50 | 551.00 | 826.50 |
| Dugasse,Annie | Billable | Manager | 14.30 | 551.00 | 7,879.30 |
| Dulceak,Crystal | Billable | Manager | 9.20 | 551.00 | 5,069.20 |
| Gorman,Doug A | Billable | Manager | 434.70 | 551.00 | 239,519.70 |
| Hammon,David Lane | Billable | Manager | 264.80 | 551.00 | 145,904.80 |
| Hammon,David Lane | Travel [1] | Manager | 13.80 | 275.50 | 3,801.90 |
| Hung,Mo | Billable | Manager | 27.10 | 551.00 | 14,932.10 |
| Jena,Deepak | Billable | Manager | 29.40 | 551.00 | 16,199.40 |
| Katelas,Andreas | Billable | Manager | 41.40 | 551.00 | 22,811.40 |
| Kurschat,Tim | Billable | Manager | 3.00 | 551.00 | 1,653.00 |
| McEvoy,Brendon | Billable | Manager | 1.50 | 551.00 | 826.50 |
| McPhee,Tiffany | Billable | Manager | 6.90 | 551.00 | 3,800.25 |
| Mistler,Brian M | Billable | Manager | 158.00 | 551.00 | 87,058.00 |
| Nunna,Ramesh kumar | Billable | Manager | 21.00 | 551.00 | 11,571.00 |
| Oyebefun,Adekunbi | Billable | Manager | 15.00 | 551.00 | 8,265.00 |
| Richardson,Audrey Sarah | Billable | Manager | 2.50 | 551.00 | 1,377.50 |
| Schernbacher,Maximilian | Billable | Manager | 0.50 | 551.00 | 275.50 |
| Shabanaj,Vlora | Billable | Manager | 28.90 | 551.00 | 15,923.90 |
| Shah,Nasreen | Billable | Manager | 14.60 | 551.00 | 8,044.60 |
| Short,Victoria | Billable | Manager | 170.70 | 551.00 | 94,055.70 |
| Srivastava,Nikita Asutosh | Billable | Manager | 75.90 | 551.00 | 41,820.90 |
| Tsikkouris,Anastasios | Billable | Manager | 18.00 | 551.00 | 9,918.00 |
| Tyllirou,Christiana | Billable | Manager | 2.90 | 551.00 | 1,597.90 |
| Varma,Bharath | Billable | Manager | 4.00 | 551.00 | 2,204.00 |
| Zheng,Eva | Billable | Manager | 205.80 | 551.00 | 113,395.80 |
| Ancona,Christopher | Billable | Senior | 215.20 | 415.00 | 89,308.00 |
| Asim,Malik Umer | Billable | Senior | 6.90 | 415.00 | 2,863.50 |
| Borchers,Fabian | Billable | Senior | 1.70 | 415.00 | 705.50 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Bote,Justin | Billable | Senior | 28.00 | 415.00 | 11,620.00 |
| Brzozowski,John Charles | Billable | Senior | 37.90 | 415.00 | 15,728.50 |
| Camargos,Lorraine Silva | Billable | Senior | 7.40 | 415.00 | 3,071.00 |
| Carver,Cody R. | Billable | Senior | 48.00 | 415.00 | 19,920.00 |
| Cassandra Gonzalez-Canal | Billable | Senior | 62.50 | 415.00 | 25,937.50 |
| Chachan,Aparajita | Billable | Senior | 20.30 | 415.00 | 8,424.50 |
| Di Stefano,Giulia | Billable | Senior | 197.30 | 415.00 | 81,879.50 |
| Dillard,Adam | Billable | Senior | 105.90 | 415.00 | 43,948.50 |
| Figueroa,Carolina S | Billable | Senior | 76.70 | 415.00 | 31,830.50 |
| Fitzgerald,Kaitlin Rose | Billable | Senior | 83.60 | 415.00 | 34,694.00 |
| French,Jake | Billable | Senior | 104.30 | 415.00 | 43,284.50 |
| Garcia,Casey | Billable | Senior | 77.50 | 415.00 | 32,162.50 |
| Gibson,Mitch | Billable | Senior | 40.40 | 415.00 | 16,766.00 |
| Glattstein,Arielle | Billable | Senior | 51.80 | 415.00 | 21,497.00 |
| Hall,Emily Melissa | Billable | Senior | 261.00 | 415.00 | 108,315.00 |
| Haq,Shafay | Billable | Senior | 161.80 | 415.00 | 67,147.00 |
| Hayashi,Rina | Billable | Senior | 10.80 | 415.00 | 4,482.00 |
| He,Ileana | Billable | Senior | 1.40 | 415.00 | 581.00 |
| Houareau,Tina | Billable | Senior | 5.60 | 415.00 | 2,324.00 |
| Huang,Fei Yu | Billable | Senior | 59.30 | 415.00 | 24,609.50 |
| Huang,Ricki | Billable | Senior | 223.40 | 415.00 | 92,711.00 |
| Huang,Vanesa | Billable | Senior | 1.90 | 415.00 | 788.50 |
| John Mathew,Abel | Billable | Senior | 22.20 | 415.00 | 9,213.00 |
| Katikireddi,Teja Sreenivas | Billable | Senior | 80.10 | 415.00 | 33,241.50 |
| MacLean,Corrie | Billable | Senior | 161.50 | 415.00 | 67,022.50 |
| Marie,Hameed | Billable | Senior | 8.50 | 415.00 | 3,527.50 |
| Marlow,Joe | Billable | Senior | 23.40 | 415.00 | 9,711.00 |
| Masaku,Taiwo | Billable | Senior | 45.00 | 415.00 | 18,675.00 |
| Matthews,Rebecca | Billable | Senior | 55.70 | 415.00 | 23,115.50 |
| Molnar,Evgeniya | Billable | Senior | 182.80 | 415.00 | 75,862.00 |
| Ott,Daniel | Billable | Senior | 9.00 | 415.00 | 3,735.00 |
| Perez,Ellen Joy | Billable | Senior | 25.30 | 415.00 | 10,499.50 |
| Reddy,Pranav | Billable | Senior | 2.80 | 415.00 | 1,162.00 |
| Sangster,Mark | Billable | Senior | 6.30 | 415.00 | 2,614.50 |
| Skarou,Tonia | Billable | Senior | 12.40 | 415.00 | 5,146.00 |
| Stocker, Gabe | Billable | Senior | 1.00 | 415.00 | 415.00 |
| Sun,Yuchen | Billable | Senior | 20.40 | 415.00 | 8,466.00 |
| Themistou,Victoria | Billable | Senior | 8.10 | 415.00 | 3,361.50 |
| Wesolowski,Jennifer L | Billable | Senior | 7.30 | 415.00 | 3,029.50 |
| Zhu,Philip | Billable | Senior | 1.00 | 415.00 | 415.00 |
| Agar,Oguzkaan | Billable | Staff | 25.20 | 236.00 | 5,947.20 |
| Akpan,Dorcas | Billable | Staff | 66.00 | 236.00 | 15,576.00 |
| Allen,Jenefier Michelle | Billable | Staff | 10.50 | 236.00 | 2,478.00 |
| Benavides,Adam | Billable | Staff | 2.30 | 236.00 | 542.80 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|------|------|------|-------|-------------|----------------------|
| Bhardwaj,Kunal | Billable | Staff | 5.60 | 236.00 | 1,321.60 |
| Braun,Avi | Billable | Staff | 87.50 | 236.00 | 20,650.00 |
| Castillo,Irvin Giovanni | Billable | Staff | 12.30 | 236.00 | 2,902.80 |
| Choudary,Hira | Billable | Staff | 54.20 | 236.00 | 12,791.20 |
| Du,Zhiyun | Billable | Staff | 26.00 | 236.00 | 6,136.00 |
| Eikenes,Ryan | Billable | Staff | 151.00 | 236.00 | 35,636.00 |
| Frapolly,Brody | Billable | Staff | 1.00 | 236.00 | 236.00 |
| Gabison,Salome | Billable | Staff | 74.10 | 236.00 | 17,487.60 |
| Geisler,Arthur | Billable | Staff | 60.10 | 236.00 | 14,183.60 |
| Hall,Olivia | Billable | Staff | 16.40 | 236.00 | 3,870.40 |
| Hebel,Pia | Billable | Staff | 32.00 | 236.00 | 7,552.00 |
| Hernandez,Dylan | Billable | Staff | 2.90 | 236.00 | 684.40 |
| Huang,Yuan | Billable | Staff | 70.60 | 236.00 | 16,661.60 |
| Jelonek,Theresa Grace | Billable | Staff | 7.10 | 236.00 | 1,675.60 |
| Karan,Anna Suncheuri | Billable | Staff | 106.60 | 236.00 | 25,157.60 |
| Kawahara,Riku | Billable | Staff | 16.30 | 236.00 | 3,846.80 |
| LaRue,Corey | Billable | Staff | 0.50 | 236.00 | 118.00 |
| Li,Eric | Billable | Staff | 21.10 | 236.00 | 4,979.60 |
| Marshall,Sydney | Billable | Staff | 8.90 | 236.00 | 2,100.40 |
| Neziroski,David | Billable | Staff | 56.80 | 365.00 | 20,732.00 |
| Nguyen,Thinh | Billable | Staff | 233.40 | 236.00 | 55,082.40 |
| Noda,Sachiho | Billable | Staff | 18.70 | 236.00 | 4,413.20 |
| Odermatt,Jasmin | Billable | Staff | 1.30 | 236.00 | 306.80 |
| Ortiz,Daniella | Billable | Staff | 70.40 | 236.00 | 16,614.40 |
| Pastrikou,Eleni | Billable | Staff | 15.00 | 236.00 | 3,540.00 |
| Pierce,Brandon | Billable | Staff | 38.20 | 236.00 | 9,015.20 |
| Ryan,Andersen | Billable | Staff | 21.50 | 236.00 | 5,074.00 |
| Sarte,Angel Lyne | Billable | Staff | 2.00 | 236.00 | 472.00 |
| Thomas,Sajani | Billable | Staff | 25.10 | 236.00 | 5,923.60 |
| Vasic,Dajana | Billable | Staff | 7.60 | 236.00 | 1,793.60 |
| Wisniewski-Pena,Fernando | Billable | Staff | 8.80 | 236.00 | 2,076.80 |
| Wong,Maddie | Billable | Staff | 92.00 | 236.00 | 21,712.00 |
| Wu,Justin | Billable | Staff | 3.50 | 236.00 | 826.00 |
| Zhang,Shannon | Billable | Staff | 143.40 | 236.00 | 33,842.40 |
| Zhang,Yuwan | Billable | Staff | 33.90 | 236.00 | 8,000.40 |
| Zhuo,Melody | Billable | Staff | 199.20 | 236.00 | 47,011.20 |
| Scott,James | Billable | Client Serving Contractor JS | 156.50 | 600.00 | 93,900.00 |
| Scott,James | Travel [1] | Client Serving Contractor JS | 12.40 | 300.00 | 3,720.00 |
| Bieganski,Walter | Billable | Client Serving Contractor WB | 73.50 | 200.00 | 14,700.00 |
| Knoeller,Thomas J. | Billable | Client Serving Contractor TJK | 11.80 | 430.00 | 5,074.00 |
|  |  |  |  |  |  |
| **Total Fees Due** |  |  | **9,260.30** |  | **$4,774,698.20** |

[1] Travel fees are billed out at 50% bill rate