# Exhibit B

## Summary of Hours and Fees by Matter Category

**Summary of Hours and Fees by Matter Category**
**AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023**

| Project Category | Hours | Fees |
|---|---:|---:|
| ACR Bookkeeping/ACR Statutory Reporting | 862.80 | $ 398,395.20 |
| Fee/Employment Applications | 98.50 | 43,548.30 |
| Information Reporting | 115.10 | 79,158.60 |
| IRS Audit Matters | 129.20 | 79,531.70 |
| Non US Tax | 1,125.40 | 530,284.85 |
| Non-Working Travel (billed at 50% of rates) | 47.70 | 16,220.75 |
| Payroll Tax | 979.40 | 646,457.40 |
| Project Management Office Transition | 422.20 | 210,335.50 |
| Tax Advisory | 353.20 | 184,192.40 |
| Technology | 1,058.70 | 551,812.00 |
| Transfer Pricing | 935.80 | 516,791.10 |
| US Income Tax | 1,100.50 | 574,430.70 |
| US International Tax | 693.30 | 350,421.90 |
| US State and Local Tax | 1,226.70 | 530,898.90 |
| Value Added Tax | 111.80 | 62,218.90 |
| **Total** | **9,260.30** | **$ 4,774,698.20** |