**<u>Exhibit C</u>**

**Summary of Expenses**

**Summary of Expenses**
**AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023**

| Expense Category | Expense Amount |
|---|---:|
| Airfare | $ 4,140.45 |
| Ground Transportation | 1,479.09 |
| Lodging | 11,755.97 |
| Meals | 2,694.02 |
| Miscellaneous - WIFI | 8.00 |
| IT Data Hosting Cost | 27,017.00 |
| Value Added Tax - Cyprus | 2,636.64 |
| Value Added Tax - Turkey | 3,970.40 |
| **Total** | **$ 53,701.57** |