**Exhibit A**

**Summary of Hours and Fees by Individual for the Application Period**

**Summary of Hours and Fees by Individual for the Application Period**
<u>**NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024**</u>

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Lowery,Kristie L | Billable | National Partner/Principal | 129.40 | $ 1,040.00 | $ 134,576.00 |
| McComber,Donna | Billable | National Partner/Principal | 29.80 | 1,040.00 | 30,992.00 |
| Simpson,Kirsten | Billable | National Partner/Principal | 0.20 | 1,040.00 | 208.00 |
| Stevens,Matthew Aaron | Billable | National Partner/Principal | 6.00 | 1,040.00 | 6,240.00 |
| Agarwal,Sachin | Billable | Partner/Principal | 3.20 | 866.00 | 2,771.20 |
| Bailey,Doug | Billable | Partner/Principal | 197.30 | 866.00 | 170,861.80 |
| Bastienne,Oliver | Billable | Partner/Principal | 1.10 | 866.00 | 952.60 |
| Beattie,Steve | Billable | Partner/Principal | 1.80 | 866.00 | 1,558.80 |
| Buduguntae,Shashanka R | Billable | Partner/Principal | 4.80 | 866.00 | 4,156.80 |
| Cavusoglu,Coskun | Billable | Partner/Principal | 2.60 | 866.00 | 2,251.60 |
| Cho,Shuck | Billable | Partner/Principal | 1.30 | 866.00 | 1,125.80 |
| Chung,Jee Young | Billable | Partner/Principal | 0.50 | 866.00 | 433.00 |
| Delff,Björn | Billable | Partner/Principal | 5.20 | 866.00 | 4,503.20 |
| Erdem,Ersin | Billable | Partner/Principal | 16.80 | 866.00 | 14,548.80 |
| Ferris,Tara | Billable | Partner/Principal | 32.00 | 866.00 | 27,712.00 |
| Guetschow,Rene | Billable | Partner/Principal | 1.00 | 866.00 | 866.00 |
| GV,Krishna | Billable | Partner/Principal | 0.60 | 866.00 | 519.60 |
| Holt,Lee | Billable | Partner/Principal | 0.50 | 866.00 | 433.00 |
| Johnson,Mike | Billable | Partner/Principal | 0.70 | 866.00 | 606.20 |
| Karner,Regina | Billable | Partner/Principal | 0.20 | 866.00 | 173.20 |
| LaGarde,Stephen | Billable | Partner/Principal | 3.90 | 866.00 | 3,377.40 |
| Lee,Mark | Billable | Partner/Principal | 1.10 | 866.00 | 952.60 |
| Leston,Juan | Billable | Partner/Principal | 16.50 | 866.00 | 14,289.00 |
| Liasis,George | Billable | Partner/Principal | 2.90 | 866.00 | 2,511.40 |
| Liassides,Petros | Billable | Partner/Principal | 3.40 | 866.00 | 2,944.40 |
| Lovelace,Lauren | Billable | Partner/Principal | 32.50 | 866.00 | 28,145.00 |
| Nakagami,Jun | Billable | Partner/Principal | 1.10 | 866.00 | 952.60 |
| Nasir,Tariq | Billable | Partner/Principal | 3.90 | 866.00 | 3,377.40 |
| Osmers,Maren | Billable | Partner/Principal | 2.80 | 866.00 | 2,424.80 |
| Rumford,Neil | Billable | Partner/Principal | 8.30 | 866.00 | 7,187.80 |
| Shea JR,Thomas M | Billable | Partner/Principal | 230.50 | 866.00 | 199,613.00 |
| Shenoy,Adithya | Billable | Partner/Principal | 1.20 | 866.00 | 1,039.20 |
| Shnaider,Jeremy | Billable | Partner/Principal | 0.80 | 866.00 | 692.80 |
| Socratous,Christoforos | Billable | Partner/Principal | 7.90 | 866.00 | 6,841.40 |
| Stratton,PJ | Billable | Partner/Principal | 9.50 | 866.00 | 8,227.00 |
| Walker,Rachael Leigh Braswell | Billable | Partner/Principal | 0.50 | 866.00 | 433.00 |
| Wielobob,Kirsten | Billable | Partner/Principal | 14.40 | 866.00 | 12,470.40 |
| Acharya,Prashant | Billable | Managing Director | 3.80 | 814.00 | 3,093.20 |
| Borts,Michael | Billable | Managing Director | 47.00 | 814.00 | 38,258.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---:|---:|---:|
| Bost,Anne | Billable | Managing Director | 71.30 | 814.00 | 58,038.20 |
| DeVincenzo,Jennie | Billable | Managing Director | 73.60 | 814.00 | 59,910.40 |
| Dubroff,Andy | Billable | Managing Director | 3.50 | 814.00 | 2,849.00 |
| Dudrear,David | Billable | Managing Director | 0.40 | 814.00 | 325.60 |
| Flagg,Nancy A. | Billable | Managing Director | 3.80 | 814.00 | 3,093.20 |
| Fletcher,Jason R | Billable | Managing Director | 3.70 | 814.00 | 3,011.80 |
| Koch,Markus | Billable | Managing Director | 1.00 | 814.00 | 814.00 |
| Kooiker,Darcy | Billable | Managing Director | 1.30 | 814.00 | 1,058.20 |
| Momah,Sandra | Billable | Managing Director | 11.00 | 814.00 | 8,954.00 |
| Sawyer,Douglas | Billable | Managing Director | 4.00 | 814.00 | 3,256.00 |
| Soderman,Kathy | Billable | Managing Director | 0.60 | 814.00 | 488.40 |
| Thomas,Ian | Billable | Managing Director | 0.50 | 814.00 | 407.00 |
| Adegun,Adeyemi | Billable | Senior Manager | 22.00 | 683.00 | 15,026.00 |
| Berman,Jake | Billable | Senior Manager | 60.40 | 683.00 | 41,253.20 |
| Berrette,Sandrine | Billable | Senior Manager | 1.00 | 683.00 | 683.00 |
| Bruns,Alexander | Billable | Senior Manager | 4.50 | 683.00 | 3,073.50 |
| Cline,Belinda | Billable | Senior Manager | 1.00 | 683.00 | 683.00 |
| Cummings,Amanda | Billable | Senior Manager | 0.50 | 683.00 | 341.50 |
| Devona Bahadur,Michele | Billable | Senior Manager | 7.10 | 683.00 | 4,849.30 |
| Espley-Ault,Olivia | Billable | Senior Manager | 4.80 | 683.00 | 3,278.40 |
| Faerber,Anna | Billable | Senior Manager | 1.10 | 683.00 | 751.30 |
| Gatt,Katie | Billable | Senior Manager | 17.20 | 683.00 | 11,747.60 |
| Gil Diez de Leon,Marta | Billable | Senior Manager | 25.80 | 683.00 | 17,621.40 |
| Gordon,Kameron | Billable | Senior Manager | 1.80 | 683.00 | 1,229.40 |
| Goto,Keisuke | Billable | Senior Manager | 9.60 | 683.00 | 6,556.80 |
| Gursoy,Damla | Billable | Senior Manager | 2.10 | 683.00 | 1,434.30 |
| Haas,Zach | Billable | Senior Manager | 12.20 | 683.00 | 8,332.60 |
| Healy,John | Billable | Senior Manager | 35.10 | 683.00 | 23,973.30 |
| Hernandez,Nancy I. | Billable | Senior Manager | 30.00 | 683.00 | 20,490.00 |
| Jayanthi,Lakshmi | Billable | Senior Manager | 63.50 | 683.00 | 43,370.50 |
| Kallinicou,Korina | Billable | Staff | 1.40 | 236.00 | 330.40 |
| Katsnelson,David | Billable | Senior Manager | 31.30 | 683.00 | 21,377.90 |
| Khurana,Ruchi | Billable | Senior Manager | 0.80 | 683.00 | 546.40 |
| Knüwer,Stephanie | Billable | Senior Manager | 3.80 | 683.00 | 2,595.40 |
| Krug,Judith | Billable | Senior Manager | 4.00 | 683.00 | 2,732.00 |
| Lee,Geon Haeng | Billable | Senior Manager | 1.50 | 683.00 | 1,024.50 |
| Lunia,Suraj | Billable | Senior Manager | 9.70 | 683.00 | 6,625.10 |
| Madrasi,Hussain | Billable | Senior Manager | 5.80 | 683.00 | 3,961.40 |
| Mak,Shirley | Billable | Senior Manager | 1.00 | 683.00 | 683.00 |
| Matsuo,Eiko | Billable | Senior Manager | 1.20 | 683.00 | 819.60 |
| McGee,Liz | Billable | Senior Manager | 60.00 | 683.00 | 40,980.00 |
| Mosdzin,Dennis | Billable | Senior Manager | 31.80 | 683.00 | 21,719.40 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Musano,Matthew Albert | Billable | Senior Manager | 24.70 | 683.00 | 16,870.10 |
| Nayak,Manasa | Billable | Senior Manager | 4.80 | 683.00 | 3,278.40 |
| Neziroski,David | Billable | Associate | 60.20 | 365.00 | 21,973.00 |
| Papachristodoulou,Elpida | Billable | Senior Manager | 12.30 | 683.00 | 8,400.90 |
| Pawa,Kunal | Billable | Senior Manager | 38.10 | 683.00 | 26,022.30 |
| Porto,Michael | Billable | Senior Manager | 287.20 | 683.00 | 196,157.60 |
| Rios Collado,Adriana | Billable | Senior Manager | 1.80 | 683.00 | 1,229.40 |
| Schug,Elaine | Billable | Senior Manager | 1.50 | 683.00 | 1,024.50 |
| Schwarzwälder,Christian | Billable | Senior Manager | 8.10 | 683.00 | 5,532.30 |
| Staromiejska,Kinga | Billable | Senior Manager | 6.40 | 683.00 | 4,371.20 |
| Taniguchi,Keisuke | Billable | Senior Manager | 14.40 | 683.00 | 9,835.20 |
| Tong,Chia-Hui | Billable | Senior Manager | 66.60 | 683.00 | 45,487.80 |
| Wrenn,Kaitlin Doyle | Billable | Senior Manager | 207.60 | 683.00 | 141,790.80 |
| Yang,Rachel Sim | Billable | Senior Manager | 51.50 | 683.00 | 35,174.50 |
| Barnet,Scott | Billable | Manager | 1.00 | 551.00 | 551.00 |
| Billings,Phoebe | Billable | Manager | 17.80 | 551.00 | 9,807.80 |
| Bouza,Victor | Billable | Manager | 39.80 | 551.00 | 21,929.80 |
| Carreras,Stephen | Billable | Manager | 3.50 | 551.00 | 1,928.50 |
| Davis,Kathleen F. | Billable | Manager | 0.60 | 551.00 | 330.60 |
| Dugasse,Annie | Billable | Manager | 1.10 | 551.00 | 606.10 |
| Dulceak,Crystal | Billable | Manager | 11.50 | 551.00 | 6,336.50 |
| Gorman,Doug A | Billable | Manager | 464.90 | 551.00 | 256,159.90 |
| Hammon,David Lane | Billable | Manager | 270.10 | 551.00 | 148,825.10 |
| Idris,Halima | Billable | Manager | 0.50 | 551.00 | 275.50 |
| Jena,Deepak | Billable | Manager | 96.50 | 551.00 | 53,171.50 |
| Jung,Yu-Seon | Billable | Manager | 3.30 | 551.00 | 1,818.30 |
| Katelas,Andreas | Billable | Manager | 80.80 | 551.00 | 44,520.80 |
| Langer,Dominik | Billable | Manager | 4.00 | 551.00 | 2,204.00 |
| Lekan-Salami,Adekunbi | Billable | Manager | 21.00 | 551.00 | 11,571.00 |
| McEvoy,Brendon | Billable | Manager | 1.50 | 551.00 | 826.50 |
| McPhee,Tiffany | Billable | Manager | 2.20 | 551.00 | 1,212.20 |
| Mehta,Saurabh | Billable | Manager | 5.00 | 551.00 | 2,755.00 |
| Mistler,Brian M | Billable | Manager | 327.30 | 551.00 | 180,342.30 |
| Nunna,Ramesh kumar | Billable | Manager | 10.80 | 551.00 | 5,950.80 |
| Ossanlou,Nina Shehrezade | Billable | Manager | 70.90 | 551.00 | 39,065.90 |
| Richardson,Audrey Sarah | Billable | Manager | 52.30 | 551.00 | 28,817.30 |
| Santoro,David | Billable | Manager | 9.00 | 551.00 | 4,959.00 |
| Shabanaj,Vlora | Billable | Manager | 16.70 | 551.00 | 9,201.70 |
| Shah,Nasreen | Billable | Manager | 1.40 | 551.00 | 771.40 |
| Short,Victoria | Billable | Manager | 65.10 | 551.00 | 35,870.10 |
| Srivastava,Nikita Asutosh | Billable | Manager | 59.60 | 551.00 | 32,839.60 |
| Tripathy,Anannya | Billable | Manager | 5.00 | 551.00 | 2,755.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Tsikkouris,Anastasios | Billable | Manager | 12.90 | 551.00 | 7,107.90 |
| Tyllirou,Christiana | Billable | Manager | 40.70 | 551.00 | 22,425.70 |
| Varma,Bharath | Billable | Manager | 4.80 | 551.00 | 2,644.80 |
| Wagner,Kaspar | Billable | Manager | 14.20 | 551.00 | 7,824.20 |
| Xiao,Bonnie | Billable | Manager | 10.10 | 551.00 | 5,565.10 |
| Zheng,Eva | Billable | Manager | 73.70 | 551.00 | 40,608.70 |
| Agarwal,Akhil | Billable | Senior | 20.60 | 415.00 | 8,549.00 |
| Ancona,Christopher | Billable | Senior | 207.60 | 415.00 | 86,154.00 |
| Asim,Malik Umer | Billable | Senior | 7.00 | 415.00 | 2,905.00 |
| Bote,Justin | Billable | Senior | 5.50 | 415.00 | 2,282.50 |
| Brittany Coakley,Breshante | Billable | Senior | 1.30 | 415.00 | 539.50 |
| Camargos,Lorraine Silva | Billable | Senior | 17.30 | 415.00 | 7,179.50 |
| Carver,Cody R. | Billable | Senior | 5.70 | 415.00 | 2,365.50 |
| Cassandra Gonzalez-Canal | Billable | Senior | 22.00 | 415.00 | 9,130.00 |
| Chachan,Aparajita | Billable | Senior | 25.80 | 415.00 | 10,707.00 |
| Chyan,Megan | Billable | Senior | 5.30 | 415.00 | 2,199.50 |
| Cigarruista,Ana | Billable | Senior | 1.80 | 415.00 | 747.00 |
| Di Stefano,Giulia | Billable | Senior | 45.80 | 415.00 | 19,007.00 |
| Dillard,Adam | Billable | Senior | 271.20 | 415.00 | 112,548.00 |
| Figueroa,Carolina S | Billable | Senior | 10.00 | 415.00 | 4,150.00 |
| French,Jake | Billable | Senior | 159.80 | 415.00 | 66,317.00 |
| Goyal,Rahul | Billable | Senior | 7.10 | 415.00 | 2,946.50 |
| Hall,Emily Melissa | Billable | Senior | 92.30 | 415.00 | 38,304.50 |
| Haq,Shafay | Billable | Senior | 285.80 | 415.00 | 118,607.00 |
| Hayashi,Rina | Billable | Senior | 7.60 | 415.00 | 3,154.00 |
| Houareau,Tina | Billable | Senior | 1.10 | 415.00 | 456.50 |
| Huang,Ricki | Billable | Senior | 154.90 | 415.00 | 64,283.50 |
| Huang,Vanesa | Billable | Senior | 11.90 | 415.00 | 4,938.50 |
| Inker,Brian | Billable | Senior | 44.20 | 415.00 | 18,343.00 |
| John Mathew,Abel | Billable | Senior | 30.90 | 415.00 | 12,823.50 |
| Katikireddi,Teja Sreenivas | Billable | Senior | 220.40 | 415.00 | 91,466.00 |
| MacLean,Corrie | Billable | Senior | 205.50 | 415.00 | 85,282.50 |
| Madineni,Manohara | Billable | Senior | 2.00 | 415.00 | 830.00 |
| Malik,Mohammed Abdul | Billable | Senior | 148.70 | 415.00 | 61,710.50 |
| Marlow,Joe | Billable | Senior | 8.60 | 415.00 | 3,569.00 |
| Masaku,Taiwo | Billable | Senior | 30.00 | 415.00 | 12,450.00 |
| Matthews,Rebecca | Billable | Senior | 94.30 | 415.00 | 39,134.50 |
| Molnar,Evgeniya | Billable | Senior | 23.90 | 415.00 | 9,918.50 |
| O'Reilly,Logan | Billable | Senior | 24.10 | 415.00 | 10,001.50 |
| Ott,Daniel | Billable | Senior | 4.40 | 415.00 | 1,826.00 |
| Perez,Ellen Joy | Billable | Senior | 13.30 | 415.00 | 5,519.50 |
| Prabhu,Nilesh | Billable | Senior | 11.10 | 415.00 | 4,606.50 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Sangster,Mark | Billable | Senior | 2.20 | 415.00 | 913.00 |
| Skarou,Tonia | Billable | Senior | 0.60 | 415.00 | 249.00 |
| Sun,Yuchen | Billable | Senior | 3.50 | 415.00 | 1,452.50 |
| Themistou,Victoria | Billable | Senior | 2.10 | 415.00 | 871.50 |
| Wilson,Kat | Billable | Senior | 4.80 | 415.00 | 1,992.00 |
| Agar,Oguzkaan | Billable | Staff | 11.30 | 236.00 | 2,666.80 |
| Akpan,Dorcas | Billable | Staff | 44.00 | 236.00 | 10,384.00 |
| Allen,Jenefier Michelle | Billable | Staff | 4.00 | 236.00 | 944.00 |
| Angeli,Ioannis | Billable | Staff | 11.00 | 236.00 | 2,596.00 |
| Arbiv,Jordan | Billable | Staff | 0.60 | 236.00 | 141.60 |
| Ballay,Niklas | Billable | Staff | 5.70 | 236.00 | 1,345.20 |
| Banker,Hayley | Billable | Staff | 1.00 | 236.00 | 236.00 |
| Basra,Anisha | Billable | Staff | 0.20 | 236.00 | 47.20 |
| Bhardwaj,Kunal | Billable | Staff | 5.90 | 236.00 | 1,392.40 |
| Braun,Avi | Billable | Staff | 4.90 | 236.00 | 1,156.40 |
| Bruno,Hannah | Billable | Staff | 18.20 | 236.00 | 4,295.20 |
| Charalambous,Chrysanthos | Billable | Staff | 11.40 | 236.00 | 2,690.40 |
| Choudary,Hira | Billable | Staff | 89.60 | 236.00 | 21,145.60 |
| Eichenstein,Sam | Billable | Staff | 2.10 | 236.00 | 495.60 |
| Eikenes,Ryan | Billable | Staff | 25.00 | 236.00 | 5,900.00 |
| Feliciano,Christopher | Billable | Staff | 8.50 | 236.00 | 2,006.00 |
| Frapolly,Brody | Billable | Staff | 54.00 | 236.00 | 12,744.00 |
| Fujimori,Yui | Billable | Staff | 6.00 | 236.00 | 1,416.00 |
| Geisler,Arthur | Billable | Staff | 66.20 | 236.00 | 15,623.20 |
| Huang,Yuan | Billable | Staff | 9.20 | 236.00 | 2,171.20 |
| Jelonek,Theresa Grace | Billable | Staff | 1.00 | 236.00 | 236.00 |
| Karan,Anna Suncheuri | Billable | Staff | 58.80 | 236.00 | 13,876.80 |
| Kawahara,Riku | Billable | Staff | 5.20 | 236.00 | 1,227.20 |
| LaRue,Corey | Billable | Staff | 2.40 | 236.00 | 566.40 |
| Li,Eric | Billable | Staff | 20.90 | 236.00 | 4,932.40 |
| Louie,Alexis P | Billable | Staff | 10.00 | 236.00 | 2,360.00 |
| Marshall,Sydney | Billable | Staff | 3.10 | 236.00 | 731.60 |
| Nguyen,Thinh | Billable | Staff | 97.10 | 236.00 | 22,915.60 |
| Noda,Sachiho | Billable | Staff | 20.10 | 236.00 | 4,743.60 |
| Pastrikou,Eleni | Billable | Staff | 8.10 | 236.00 | 1,911.60 |
| Sarte,Angel Lyne | Billable | Staff | 2.50 | 236.00 | 590.00 |
| Thomas,Sajani | Billable | Staff | 0.40 | 236.00 | 94.40 |
| Tokuda,Keisuke | Billable | Staff | 1.00 | 236.00 | 236.00 |
| Vasic,Dajana | Billable | Staff | 17.40 | 236.00 | 4,106.40 |
| Wu,Justin | Billable | Staff | 3.90 | 236.00 | 920.40 |
| Zhang,Yuwan | Billable | Staff | 5.00 | 236.00 | 1,180.00 |
| Zhuo,Melody | Billable | Staff | 28.70 | 236.00 | 6,773.20 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Scott,James | Billable | Client Serving Contractor JS | 94.40 | 600.00 | 56,640.00 |
| Bieganski,Walter | Billable | Client Serving Contractor WB | 19.30 | 200.00 | 3,860.00 |
| Knoeller,Thomas J. | Billable | Client Serving Contractor TJK | 4.70 | 430.00 | 2,021.00 |
| Lowery,Kristie L | Billable | National Partner/Principal | 129.40 | 1,040.00 | 134,576.00 |
|  |  |  |  |  |  |
| **Total Fees Due** |  |  | **7,063.30** |  | **$ 3,851,096.00** |