**Exhibit B**

**Summary of Hours and Fees by Matter Category**

## Summary of Hours and Fees by Matter Category
### NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024

| Project Category | Hours | Fees |
|---|---:|---:|
| ACR Bookkeeping/ACR Statutory Reporting | 506.30 | $ 241,758.60 |
| Fee/Employment Applications | 60.20 | 21,973.00 |
| Information Reporting | 136.10 | 84,926.70 |
| IRS Audit Matters | 383.10 | 211,621.50 |
| Non US Tax | 1,039.80 | 526,637.40 |
| Payroll Tax | 540.00 | 404,484.70 |
| Project Management Office Transition | 363.10 | 152,309.30 |
| Tax Advisory | 2.00 | 1,457.50 |
| Technology | 1,888.70 | 943,621.20 |
| Transfer Pricing | 381.40 | 208,284.50 |
| US Income Tax | 601.30 | 407,923.40 |
| US International Tax | 717.80 | 442,256.70 |
| US State and Local Tax | 360.20 | 162,619.20 |
| Value Added Tax | 83.30 | 41,219.30 |
| **Total** | **7,063.30** | **$ 3,851,093.00** |