<u>**Exhibit C**</u>

**Summary of Expenses**

**Summary of Expenses**
**NOVEMBER 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2024**

| Expense Category | Expense Amount |
|---|---|
| Airfare | $ 2,088.47 |
| Ground Transportation | 677.32 |
| Lodging | 2,883.33 |
| Meals | 458.84 |
| IT Data Hosting Cost | 218,554.39 |
| Miscellaneous - WIFI | 24.00 |
| Value Added Tax - Cyprus | 7,753.30 |
| Value Added Tax - Turkey | 3,196.62 |
| Value Added Tax - Panama | 138.35 |
| **Total** | **$ 235,774.62** |