**Exhibit A**

**Summary of Hours and Fees by Individual for the Application Period**

Case 22-11068-JTD    Doc 29613-2    Filed 02/20/25    Page 1 of 6

**Summary of Hours and Fees by Individual for the Application Period**
**FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024**

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Lowery,Kristie L | Billable | National Partner/Principal | 68.80 | $ 1,040.00 | $ 71,552.00 |
| McComber,Donna | Billable | National Partner/Principal | 9.80 | 1,040.00 | 10,192.00 |
| Stevens,Matthew Aaron | Billable | National Partner/Principal | 1.90 | 1,040.00 | 1,976.00 |
| Bailey,Doug | Billable | Partner/Principal | 297.70 | 866.00 | 257,808.20 |
| Bastienne,Oliver | Billable | Partner/Principal | 11.30 | 866.00 | 9,785.80 |
| Bierma,Christa | Billable | Partner/Principal | 5.50 | 866.00 | 4,763.00 |
| Buduguntae,Shashanka R | Billable | Partner/Principal | 4.50 | 866.00 | 3,897.00 |
| Cavusoglu,Coskun | Billable | Partner/Principal | 2.70 | 866.00 | 2,338.20 |
| Cho,Shuck | Billable | Partner/Principal | 4.60 | 866.00 | 3,983.60 |
| Christensen,Bryon | Billable | Partner/Principal | 2.00 | 866.00 | 1,732.00 |
| Delff,Björn | Billable | Partner/Principal | 1.00 | 866.00 | 866.00 |
| Ferris,Tara | Billable | Partner/Principal | 1.10 | 866.00 | 952.60 |
| LaGarde,Stephen | Billable | Partner/Principal | 1.00 | 866.00 | 866.00 |
| Leston,Juan | Billable | Partner/Principal | 27.90 | 866.00 | 24,161.40 |
| Liasis,George | Billable | Partner/Principal | 2.50 | 866.00 | 2,165.00 |
| Liassides,Petros | Billable | Partner/Principal | 1.60 | 866.00 | 1,385.60 |
| Lovelace,Lauren | Billable | Partner/Principal | 44.70 | 866.00 | 38,710.20 |
| Nakagami,Jun | Billable | Partner/Principal | 3.20 | 866.00 | 2,771.20 |
| Nakayama,Yasunari | Billable | Partner/Principal | 12.60 | 866.00 | 10,911.60 |
| Nasir,Tariq | Billable | Partner/Principal | 1.10 | 866.00 | 952.60 |
| Osmers,Maren | Billable | Partner/Principal | 1.40 | 866.00 | 1,212.40 |
| Rumford,Neil | Billable | Partner/Principal | 3.80 | 866.00 | 3,290.80 |
| Shea JR,Thomas M | Billable | Partner/Principal | 173.50 | 866.00 | 150,251.00 |
| Socratous,Christoforos | Billable | Partner/Principal | 4.30 | 866.00 | 3,723.80 |
| Stratton,PJ | Billable | Partner/Principal | 0.60 | 866.00 | 519.60 |
| Suto,Ichiro | Billable | Partner/Principal | 6.10 | 866.00 | 5,282.60 |
| Walker,Rachael Leigh Braswell | Billable | Partner/Principal | 0.50 | 866.00 | 433.00 |
| Wielobob,Kirsten | Billable | Partner/Principal | 6.90 | 866.00 | 5,975.40 |
| Acharya,Prashant | Billable | Managing Director | 1.10 | 814.00 | 895.40 |
| Borts,Michael | Billable | Managing Director | 18.60 | 814.00 | 15,140.40 |
| Bost,Anne | Billable | Managing Director | 112.50 | 814.00 | 91,575.00 |
| DeVincenzo,Jennie | Billable | Managing Director | 39.50 | 814.00 | 32,153.00 |
| Dubroff,Andy | Billable | Managing Director | 17.10 | 814.00 | 13,919.40 |
| Fletcher,Jason R | Billable | Managing Director | 4.00 | 814.00 | 3,256.00 |
| Koch,Markus | Billable | Managing Director | 17.50 | 814.00 | 14,245.00 |
| Kooiker,Darcy | Billable | Managing Director | 0.50 | 814.00 | 407.00 |
| Momah,Sandra | Billable | Managing Director | 15.00 | 814.00 | 12,210.00 |
| Poloner,Seth | Billable | Managing Director | 13.10 | 814.00 | 10,663.40 |
| Ritz,Amy Felice | Billable | Managing Director | 0.40 | 814.00 | 325.60 |
| Soderman,Kathy | Billable | Managing Director | 0.40 | 814.00 | 325.60 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---:|---:|---:|
| Watkins,Michael | Billable | Managing Director | 2.90 | 814.00 | 2,360.60 |
| Adegun,Adeyemi | Billable | Senior Manager | 15.00 | 683.00 | 10,245.00 |
| Andriani,Margherita | Billable | Senior Manager | 6.70 | 683.00 | 4,576.10 |
| Babikian,Mher | Billable | Senior Manager | 3.80 | 683.00 | 2,595.40 |
| Berman,Jake | Billable | Senior Manager | 81.30 | 683.00 | 55,527.90 |
| Collado,Adriana | Billable | Senior Manager | 6.50 | 683.00 | 4,439.50 |
| Devona Bahadur,Michele | Billable | Senior Manager | 2.90 | 683.00 | 1,980.70 |
| Engelbrecht,Kevin | Billable | Senior Manager | 4.60 | 683.00 | 3,141.80 |
| Espley-Ault,Olivia | Billable | Senior Manager | 11.50 | 683.00 | 7,854.50 |
| Faerber,Anna | Billable | Senior Manager | 25.30 | 683.00 | 17,279.90 |
| Gatt,Katie | Billable | Senior Manager | 6.20 | 683.00 | 4,234.60 |
| Gil Diez de Leon,Marta | Billable | Senior Manager | 35.50 | 683.00 | 24,246.50 |
| Gordon,Kameron | Billable | Senior Manager | 1.90 | 683.00 | 1,297.70 |
| Goto,Keisuke | Billable | Senior Manager | 21.60 | 683.00 | 14,752.80 |
| Haas,Zach | Billable | Senior Manager | 2.50 | 683.00 | 1,707.50 |
| Hernandez,Nancy I. | Billable | Senior Manager | 15.70 | 683.00 | 10,723.10 |
| Jayanthi,Lakshmi | Billable | Senior Manager | 63.20 | 683.00 | 43,165.60 |
| Katsnelson,David | Billable | Senior Manager | 26.80 | 683.00 | 18,304.40 |
| Kyriakides,Stavros | Billable | Senior Manager | 45.70 | 683.00 | 31,213.10 |
| Lunia,Suraj | Billable | Senior Manager | 2.00 | 683.00 | 1,366.00 |
| Madrasi,Hussain | Billable | Senior Manager | 15.40 | 683.00 | 10,518.20 |
| Matsuo,Eiko | Billable | Senior Manager | 3.20 | 683.00 | 2,185.60 |
| McGee,Liz | Billable | Senior Manager | 82.60 | 683.00 | 56,415.80 |
| Mosdzin,Dennis | Billable | Senior Manager | 12.80 | 683.00 | 8,742.40 |
| Musano,Matthew Albert | Billable | Senior Manager | 30.90 | 683.00 | 21,104.70 |
| Papachristodoulou,Elpida | Billable | Senior Manager | 8.00 | 683.00 | 5,464.00 |
| Pawa,Kunal | Billable | Senior Manager | 9.80 | 683.00 | 6,693.40 |
| Porto,Michael | Billable | Senior Manager | 308.00 | 683.00 | 210,364.00 |
| Sauser,Amanda | Billable | Senior Manager | 2.70 | 683.00 | 1,844.10 |
| Schug,Elaine | Billable | Senior Manager | 1.60 | 683.00 | 1,092.80 |
| Schwarzwälder,Christian | Billable | Senior Manager | 39.80 | 683.00 | 27,183.40 |
| Suzuki,Jason | Billable | Senior Manager | 11.50 | 683.00 | 7,854.50 |
| Taniguchi,Keisuke | Billable | Senior Manager | 67.30 | 683.00 | 45,965.90 |
| Tong,Chia-Hui | Billable | Senior Manager | 156.40 | 683.00 | 106,821.20 |
| Wilson,Kamme | Billable | Senior Manager | 1.50 | 683.00 | 1,024.50 |
| Wrenn,Kaitlin Doyle | Billable | Senior Manager | 136.80 | 683.00 | 93,434.40 |
| Yang,Rachel Sim | Billable | Senior Manager | 24.70 | 683.00 | 16,870.10 |
| Billings,Phoebe | Billable | Manager | 18.40 | 551.00 | 10,138.40 |
| Bouza,Victor | Billable | Manager | 32.70 | 551.00 | 18,017.70 |
| Carreras,Stephen | Billable | Manager | 4.00 | 551.00 | 2,204.00 |
| Chang-Waye,Amanda | Billable | Manager | 22.00 | 551.00 | 12,122.00 |
| Cushner,Sam | Billable | Manager | 9.40 | 551.00 | 5,179.40 |
| Dugasse,Annie | Billable | Manager | 33.40 | 551.00 | 18,403.40 |
| Dulceak,Crystal | Billable | Manager | 27.50 | 551.00 | 15,152.50 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Gorman,Doug A | Billable | Manager | 331.60 | 551.00 | 182,711.60 |
| Hammon,David Lane | Billable | Manager | 283.60 | 551.00 | 156,263.60 |
| Jung,Yu-Seon | Billable | Manager | 13.20 | 551.00 | 7,273.20 |
| Katelas,Andreas | Billable | Manager | 45.10 | 551.00 | 24,850.10 |
| Lekan-Salami,Adekunbi | Billable | Manager | 20.00 | 551.00 | 11,020.00 |
| McPhee,Tiffany | Billable | Manager | 10.80 | 551.00 | 5,950.80 |
| Mehta,Saurabh | Billable | Manager | 2.40 | 551.00 | 1,322.40 |
| Mistler,Brian M | Billable | Manager | 322.00 | 551.00 | 177,422.00 |
| Mizutani,Rie | Billable | Manager | 15.00 | 551.00 | 8,265.00 |
| Ossanlou,Nina Shehrezade | Billable | Manager | 147.50 | 551.00 | 81,272.50 |
| Oyetunde,Oyebode | Billable | Manager | 30.40 | 551.00 | 16,750.40 |
| Richardson,Audrey Sarah | Billable | Manager | 19.30 | 551.00 | 10,634.30 |
| Short,Victoria | Billable | Manager | 52.90 | 551.00 | 29,147.90 |
| Srivastava,Nikita Asutosh | Billable | Manager | 86.50 | 551.00 | 47,661.50 |
| Tsikkouris,Anastasios | Billable | Manager | 4.80 | 551.00 | 2,644.80 |
| Tunca,Tom | Billable | Manager | 2.00 | 551.00 | 1,102.00 |
| Tyllirou,Christiana | Billable | Manager | 17.30 | 551.00 | 9,532.30 |
| Varma,Bharath | Billable | Manager | 0.40 | 551.00 | 220.40 |
| Wagner,Kaspar | Billable | Manager | 110.30 | 551.00 | 60,775.30 |
| Xiao,Bonnie | Billable | Manager | 2.30 | 551.00 | 1,267.30 |
| Zhao,Christina | Billable | Manager | 5.30 | 551.00 | 2,920.30 |
| Zheng,Eva | Billable | Manager | 24.30 | 551.00 | 13,389.30 |
| Agarwal,Akhil | Billable | Senior | 4.90 | 415.00 | 2,033.50 |
| Ancona,Christopher | Billable | Senior | 201.30 | 415.00 | 83,539.50 |
| Asim,Malik Umer | Billable | Senior | 30.20 | 415.00 | 12,533.00 |
| Bote,Justin | Billable | Senior | 17.10 | 415.00 | 7,096.50 |
| Brittany Coakley,Breshante | Billable | Senior | 1.00 | 415.00 | 415.00 |
| Chachan,Aparajita | Billable | Senior | 53.30 | 415.00 | 22,119.50 |
| Chyan,Megan | Billable | Senior | 0.50 | 415.00 | 207.50 |
| Di Stefano,Giulia | Billable | Senior | 60.40 | 415.00 | 25,066.00 |
| Dillard,Adam | Billable | Senior | 21.70 | 415.00 | 9,005.50 |
| Dugasse,Tara | Billable | Senior | 5.60 | 415.00 | 2,324.00 |
| Figueroa,Carolina S | Billable | Senior | 54.60 | 415.00 | 22,659.00 |
| Fitzgerald,Kaitlin Rose | Billable | Senior | 1.00 | 415.00 | 415.00 |
| French,Jake | Billable | Senior | 5.80 | 415.00 | 2,407.00 |
| Garcia,Casey | Billable | Senior | 3.50 | 415.00 | 1,452.50 |
| Glattstein,Arielle | Billable | Senior | 1.20 | 415.00 | 498.00 |
| Hall,Emily Melissa | Billable | Senior | 212.70 | 415.00 | 88,270.50 |
| Haq,Shafay | Billable | Senior | 50.40 | 415.00 | 20,916.00 |
| Hardie,Cam | Billable | Senior | 5.40 | 415.00 | 2,241.00 |
| Hayashi,Rina | Billable | Senior | 16.70 | 415.00 | 6,930.50 |
| He,Ileana | Billable | Senior | 0.60 | 415.00 | 249.00 |
| Houareau,Tina | Billable | Senior | 15.40 | 415.00 | 6,391.00 |
| Huang,Ricki | Billable | Senior | 178.70 | 415.00 | 74,160.50 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Huang,Vanesa | Billable | Senior | 77.50 | 415.00 | 32,162.50 |
| Inker,Brian | Billable | Senior | 26.30 | 415.00 | 10,914.50 |
| Jagannatha,Gopi Yadav | Billable | Senior | 0.90 | 415.00 | 373.50 |
| Katikireddi,Teja Sreenivas | Billable | Senior | 108.50 | 415.00 | 45,027.50 |
| Liu,Ke | Billable | Senior | 0.60 | 415.00 | 249.00 |
| MacLean,Corrie | Billable | Senior | 245.90 | 415.00 | 102,048.50 |
| Mallwitz,Katharina | Billable | Senior | 9.40 | 415.00 | 3,901.00 |
| Marlow,Joe | Billable | Senior | 11.90 | 415.00 | 4,938.50 |
| Masaku,Taiwo | Billable | Senior | 20.40 | 415.00 | 8,466.00 |
| Matthews,Rebecca | Billable | Senior | 0.50 | 415.00 | 207.50 |
| Michael,Yiannis | Billable | Senior | 18.00 | 415.00 | 7,470.00 |
| Molnar,Evgeniya | Billable | Senior | 22.50 | 415.00 | 9,337.50 |
| Onwupelu,Shekinah | Billable | Senior | 20.00 | 415.00 | 8,300.00 |
| O'Reilly,Logan | Billable | Senior | 71.00 | 415.00 | 29,465.00 |
| Ott,Daniel | Billable | Senior | 2.30 | 415.00 | 954.50 |
| Perez,Ellen Joy | Billable | Senior | 32.70 | 415.00 | 13,570.50 |
| Sahota,Veer | Billable | Senior | 5.20 | 415.00 | 2,158.00 |
| Sakaguchi,Masato | Billable | Senior | 43.10 | 415.00 | 17,886.50 |
| Sangster,Mark | Billable | Senior | 5.70 | 415.00 | 2,365.50 |
| Skarou,Tonia | Billable | Senior | 5.10 | 415.00 | 2,116.50 |
| Sun,Yuchen | Billable | Senior | 3.50 | 415.00 | 1,452.50 |
| Tupper,Kyle | Billable | Senior | 2.70 | 415.00 | 1,120.50 |
| Wilson,Kat | Billable | Senior | 1.00 | 415.00 | 415.00 |
| Yang,Ella | Billable | Senior | 0.50 | 415.00 | 207.50 |
| Yeom,Sunny | Billable | Senior | 95.50 | 415.00 | 39,632.50 |
| Zhu,Philip | Billable | Senior | 5.60 | 415.00 | 2,324.00 |
| Akpan,Dorcas | Billable | Staff | 20.00 | 236.00 | 4,720.00 |
| Allen,Jenefier Michelle | Billable | Staff | 4.70 | 236.00 | 1,109.20 |
| Andriani,Melanie | Billable | Staff | 0.30 | 236.00 | 70.80 |
| Angeli,Ioannis | Billable | Staff | 11.70 | 236.00 | 2,761.20 |
| Bhardwaj,Kunal | Billable | Staff | 4.50 | 236.00 | 1,062.00 |
| Braun,Avi | Billable | Staff | 10.50 | 236.00 | 2,478.00 |
| Bruno,Hannah | Billable | Staff | 22.50 | 236.00 | 5,310.00 |
| Charalambous,Chrysanthos | Billable | Staff | 11.60 | 236.00 | 2,737.60 |
| Choque,Steven | Billable | Staff | 1.50 | 236.00 | 354.00 |
| Choudary,Hira | Billable | Staff | 81.20 | 236.00 | 19,163.20 |
| Eikenes,Ryan | Billable | Staff | 33.10 | 236.00 | 7,811.60 |
| Feliciano,Christopher | Billable | Staff | 8.40 | 236.00 | 1,982.40 |
| Frapolly,Brody | Billable | Staff | 54.10 | 236.00 | 12,767.60 |
| Fujimori,Yui | Billable | Staff | 62.10 | 236.00 | 14,655.60 |
| Gabison,Salome | Billable | Staff | 1.00 | 236.00 | 236.00 |
| Geisler,Arthur | Billable | Staff | 86.40 | 236.00 | 20,390.40 |
| Huang,Yuan | Billable | Staff | 1.00 | 236.00 | 236.00 |
| Ijuin,Ayane | Billable | Staff | 17.90 | 236.00 | 4,224.40 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Karan,Anna Suncheuri | Billable | Staff | 48.90 | 236.00 | 11,540.40 |
| LaRue,Corey | Billable | Staff | 0.20 | 236.00 | 47.20 |
| Li,Eric | Billable | Staff | 3.20 | 236.00 | 755.20 |
| Louie,Alexis P | Billable | Staff | 75.40 | 236.00 | 17,794.40 |
| Marshall,Sydney | Billable | Staff | 27.40 | 236.00 | 6,466.40 |
| Mok,Wan Ling | Billable | Staff | 0.30 | 236.00 | 70.80 |
| Neziroski,David | Billable | Associate | 159.00 | 365.00 | 58,035.00 |
| Nguyen,Thinh | Billable | Staff | 56.50 | 236.00 | 13,334.00 |
| Noda,Sachiho | Billable | Staff | 29.90 | 236.00 | 7,056.40 |
| Ortiz,Daniella | Billable | Staff | 6.40 | 236.00 | 1,510.40 |
| Pastrikou,Eleni | Billable | Staff | 7.40 | 236.00 | 1,746.40 |
| Ramkalawan,Rachel | Billable | Staff | 4.50 | 236.00 | 1,062.00 |
| Sarte,Angel Lyne | Billable | Staff | 5.70 | 236.00 | 1,345.20 |
| Schmid,Oliver | Billable | Staff | 18.90 | 236.00 | 4,460.40 |
| Son,Seungwoo | Billable | Staff | 5.40 | 236.00 | 1,274.40 |
| Tokuda,Keisuke | Billable | Staff | 75.40 | 236.00 | 17,794.40 |
| Vasic,Dajana | Billable | Staff | 42.10 | 236.00 | 9,935.60 |
| Zhang,Yuwan | Billable | Staff | 0.80 | 236.00 | 188.80 |
| Zhuo,Melody | Billable | Staff | 214.40 | 236.00 | 50,598.40 |
| Scott,James | Billable | Client Serving Contractor JS | 88.60 | 600.00 | 53,160.00 |
| Bieganski,Walter | Billable | Client Serving Contractor WB | 11.50 | 200.00 | 2,300.00 |
| Knoeller,Thomas J. | Billable | Client Serving Contractor TJK | 3.40 | 430.00 | 1,462.00 |
| | | | | | |
| **Total Fees Due** | | | **7,027.40** | | **$ 3,737,782.80** |