## Exhibit B

**Summary of Hours and Fees by Matter Category**

**Summary of Hours and Fees by Matter Category**
**FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024**

| Project Category | Hours | Fees |
|---|---|---|
| ACR Bookkeeping/ACR Statutory Reporting | 701.30 | $ 351,307.90 |
| Fee/Employment Applications | 163.10 | 60,068.80 |
| Information Reporting | 49.70 | 28,026.50 |
| IRS Audit Matters | 229.00 | 133,272.50 |
| Non US Tax | 1,509.30 | 740,804.20 |
| Payroll Tax | 350.10 | 246,452.30 |
| Project Management Office Transition | 435.30 | 207,923.10 |
| Technology | 921.10 | 511,658.40 |
| Transfer Pricing | 498.10 | 262,828.00 |
| US Income Tax | 735.30 | 443,569.50 |
| US International Tax | 784.70 | 476,588.80 |
| US State and Local Tax | 547.30 | 225,281.60 |
| Value Added Tax | 103.10 | 50,001.20 |
| **Total** | **7,027.40** | **$ 3,737,782.80** |