## **Exhibit C**

**Summary of Expenses**

**Summary of Expenses**
**FEBRUARY 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024**

| Expense Category | Expense Amount |
|---|---|
| IT Data Hosting Cost | $ 189,321.00 |
| Value Added Tax - Cyprus | 11,143.44 |
| Value Added Tax - Panama | 310.77 |
| **Total** | **$ 200,775.21** |