**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors | ) (Joint Administration) |
| | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY MARTIN B. WHITE AS
ATTORNEY FOR INTERESTED PARTY
COMMODITY FUTURES TRADING COMMISSION**

PLEASE TAKE NOTICE THAT the undersigned attorney is WITHDRAWING his appearance on behalf of the Commodity Futures Trading Commission, an agency of the United States government. The undersigned is withdrawing his appearance because he expects to retire from the agency in the near future. The client agency has approved this withdrawal. It continues to be represented by several other attorneys employed by the agency who have entered appearances in this case, including Alex Case and Conor Barry Daly.

                                            Respectfully submitted,

                                            /s/ Martin B. White
                                            Martin B. White
                                            Senior Assistant General Counsel
                                            Commodity Futures Trading Commission
                                            1155 21st Street NW
                                            Washington, DC, 20581
                                            (202) 993-1390
                                            mwhite@cftc.gov

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the debtors and the last four digits of their tax identification numbers is not provided herein. A complete list can be obtained on the website of the claims and noticing agent at https://cases.ra.kroll.com/FTX.

## CERTIFICATE OF SERVICE

On February 25, 2025, I caused a copy of the foregoing to be served electronically by the Court's ECF system on persons who have entered an appearance in this proceeding.

/s/ Martin B. White