Recipients:
United States Bankruptcy Court
824 north market street 3" floor ,Wilmington ,Delaware 19801

Attention:
Sullivan&cromwell LLP,
125 broad street,new york, NY 10004
Attention:
Alexa J. Kranzley
(kranzleya@sullcrom.com)

and

Landis Rath & Cobb LLP,
919 market street,
Suite 1800,
Wilmington ,delaware 19801
Attention:
Adam G. Landis (landis@lrclaw.com)
Kimberly A. Brown (brown@lrclaw.com)

---

Subject: Response to Omnibus Objection regarding Proof of Claim No. 3265-70-GPYUJ-459344211

Honorable Court
kroll restructuring administration
Sullivan&Cromwell LLP
LandisRath&Cobb LLP

As a creditor, I hereby submit my formal response to the Omnibus Objection raised against my Proof of Claim No. 3265-70-GPYUJ-459344211,
corresponding to Claim Number 49221
in the matter of bankruptcy FTX Trading Ltd.,et al. " debtors
Chapter 11 ,case no. 22-11068 (JTD)
Ref. No. 23953

---

Background

1. My Proof of Claim was duly submitted through the portal managed by Kroll Restructuring Administration LLC, as confirmed by the attached documentation dated September 7, 2023. This remains my valid and correct claim.

2. Subsequently, I filed two additional Proofs of Claim (IDs 3265-70-LWDVG-898565398 on December 21, 2024, and 3265-70-XVRPP-550362047 on December 23, 2024). However, I confirm that the claim from September 7, 2023, remains my primary and official claim.

3. My balance with FTX at the time of the platform's closure was:

Bitcoin: 1.031 BTC (in withdrawal status but never withdrawan)

Other cryptocurrencies: totaling approximately € 2000,of these various the amounts reported may be slightly different(i include screenshoots)
These figures pertain to my FTX Account No. ▓▓▓▓ and Customer Code: ▓▓▓▓ evidenced by the attached documentation. However, the Debtor's records erroneously show a balance of "zero."

4. The objection I received is referred to as the Omnibus Objection, with a response deadline set for October 14, 2024. Due to my residence in Italy, I received the notification late, which prevented me from responding within the specified timeframe. I trust this will not affect the validity of this response.

---

Arguments

1. Discrepancy in the Debtor's Records
My financial position with FTX was clearly positive, as evidenced by:

Attached screenshots of my FTX wallet balance.

Confirmation of the submission of Proof of Claim No. 3265-70-GPYUJ-459344211.
Despite this, the Debtor's records erroneously show a balance of "zero."

2. Failed Withdrawal Attempt
Prior to the closure of FTX, I attempted to withdraw some of my funds (0,0001 btc +1,0311 btc+0,00034 btc) without success, confirming that they remained in my account at the time.

3. Right to Compensation
Under U.S. bankruptcy law, all funds held in customer accounts at the time operations ceased must be included in the bankruptcy estate.

---

Request

In light of the foregoing, I respectfully request that the Court,kroll restructuring administration or whoeveris responsible:

1. Reassess my principal claim ( ███████████████ Claim Number 49221).

2. Include my position in the list of approved creditors with updated values

3. unlock point 5 in my ftx account to be able to start withdrawals that are blocked

4. Point 4 is updated in the ftx portal or in the list of debtors/creditors

Attachments:

Confirmation of Proof of Claim No. 3265-70-GPYUJ-459344211.

Screenshots of my FTX wallet balance.

Supporting documentation for the additional Proofs of Claim.

I remain available to provide further details or supplementary documentation.

Sincerely,
Christian Corlatti

Contact:
email viking40@hotmail.it
phone italy +39-3896771560
adress via brembo 19 Cremona 26100 Italy
















