| |
|---|
| **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE** <br> <u>Date</u>: 02/19/2025 <br> Chapter 11 <br><br> <u>Case</u>: 22-11068 6 JTD <br> <u>Debtors</u>: FTX TRADING LTD., *et al.* |
| **Response to Debtor's 148th Omnibus Objection to Certain No Liabilities Proofs of Claims** (D.I. 29173) <br> Claim # 96788 *(following previous claim(s))* <br><br> ███████████████████████████████ |
| *Served to:* |
| (a) Via post: <br> **Office of the Clerk of the United States Bankruptcy Court for the District of Delaware** <br> *824 Market Street, 3rd Floor,* <br> *Wilmington, Delaware 19801* <br><br> (b) via email: <br> **Sullivan & Cromwell LLP** <br> Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Christian P. Jensen <br> (*dietdericha@sullcrom.com, bromleyj@sullcrom.com, gluecksteinb@sullcrom.com, jensenc@sullcrom.com*) <br> **Landis Rath & Cobb LLP** <br> Attn: Adam G. Landis, Kimberly A. Brown, Matthew R. Pierce <br> (*landis@lrclaw.com, brown@lrclaw.com, pierce@lrclaw.com*) |

FILED 2025 FEB 25 AM 11:29 US BANKRUPTCY CLERK DISTRICT OF DELAWARE

To whom it may concern,

I respectfully request that claim 96788 listed in the Objection be removed from the proposed Schedule so as to allow for sufficient time for my Customer Entitlement reconciliation without further delaying the court process.

I am in the process of providing additional details to the Debtors' teams so they can identify and trace details in their books and records of the underlying assets, relevant account(s) and corresponding Customer Entitlement

Appreciative of the time and efforts from the Debtors teams and how complex the exercise of reviewing and analysing deficient books and records is, I understand engaging with claimants individually when required to uncover their records generates time delays that should not affect other claimants nor the court due process.

As filed, claim 96788 could not include sufficient details for its reconciliation to be progressed hence appears as mere placeholder to some extent. It can be removed from the Objection schedule to allow for sufficient time for proper identification, KYC and reconciliation to be completed.

Sincerely



**PRIORITY MAIL**
U.S. POSTAGE PAID
C2M
eVS

**USPS PRIORITY MAIL®**

832076X1X1XPRI
CLICK2MAIL
Aziza Ben Asker
PO Box 100729
Arlington, VA 22210-3729

Office of the Clerk US Bankruptcy Court
for the District of Delaware
824 N Market St FL 3
Wilmington, DE 19801

**USPS TRACKING # eVS**



9205 5901 5266 1900 2160 3203 61