# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Curio Financial Technology Inc.</u><br>Name of Transferee | <u>Celestial Technology LLC</u><br>Name of Transferor |
| Name and Address where notices to<br>Transferee should be sent: | Last known address: |
| 2370 Market Street<br>STE 103, Box 453<br>San Francisco, CA 94114 | 5830 E. 2nd Street<br>STE 8<br>Casper, WY 82609 |
| Phone: (901) 484-4697<br>Last Four Digits of Acct. #: [*N/A*] | Court Claim # (if known): 85306[1]<br>Amount of Claim: $700,000.00 (USDC)<br>Date Claim Filed: September 29, 2023 |
| Name and Address where transferee payments<br>Should be sent (if different from above): [*N/A*] | Phone: (413) 834-3090<br>Last Four Digits of Acct. #: [*N/A*] |

[SIGNATURE APPEARS ON THE FOLLOWING PAGE.]

---

[1] Curio Financial Technology Inc. ("<u>Curio</u>"), as transferee, filed the Proof of Claim (Claim No. 85306) since the Assignment Agreement between the parties was entered on December 31, 2022. Please see the *Response in Opposition to Debtor's Eighty-Fourth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims)* filed by Curio on October 11, 2024 for more information on this transfer [D.I. 26608].

2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:__2025-02-26_____
Bryan Keltner
CEO, Curio Financial Technology Inc.
*Transferee*

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.