**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**Case No. 22-11068 (JTD)**
**In re: FTX TRADING LTD., et al., Debtors.**

FILED

2025 FEB 25 AM 11: 49

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## MOTION TO ALLOW LATE OBJECTION
## TO THE ONE HUNDRED SIXTH (SUBSTANTIVE) OMNIBUS OBJECTION

### 1. Introduction

I, Vincenzo Bernardi, the claimant for Claim No. 45123, respectfully submit this motion requesting the Court to accept my late objection to the Debtors' One Hundred Sixth (Substantive) Omnibus Objection. The reason for this request is that I did not receive timely notification of the modification to my claim due to an email filtering issue[1], which caused the notice to be inadvertently marked as spam. This resulted in a significant delay in my ability to respond.

As soon as I became aware of this issue, I contacted Kroll for clarification and I am now formally submitting this motion.

### 2. Basis for the Objection

- **FTX erroneously reduced my claim by €5,000 based on a wire transfer that was never received.**
  - On November 8, 2022, FTX stated that it had processed a €5,000 withdrawal from my FTX account to my personal bank account. The withdrawal transaction, as documented in the provided screenshots (Exhibit A), shows the last four digits of my account number, confirming that the funds were intended to be deposited into my specific bank account. However, my bank statement (Exhibit C)[2] proves that this amount was never credited.

---

[1] Email from Kroll Restructuring Administration, Subject: "Debtors' One Hundred Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)" Hearing Scheduled for November 20, 2024 at 2:00 p.m. (ET). Objections due by November 11, 2024 at 4:00 p.m. (ET) [Docket No. 25703] received on October 11, 2024.

[2] This document confirms that no deposit of €5,000 was received between November 8, 2022, and the following weeks, despite the withdrawal being marked as completed on FTX.

- ○ Despite the transaction being marked as "Completed" on FTX on November 7, 2022, at 11:44 AM, and the system-generated withdrawal confirmation emails from FTX (Exhibit B)[3], the funds never reached my account. This highlights a discrepancy between FTX's records and my actual bank transactions, emphasizing the need for FTX to provide verifiable proof of the alleged successful deposit.

## 3. Request to the Court

I respectfully request that the Court:

- Accept this late objection due to the unforeseen notification failure.
- **Reverse the modification of my claim and reinstate the original amount**, of the **€5,000 that was never credited**, based on the provided documentation, which clearly demonstrates that the funds were intended for my bank account, as shown in the withdrawal screenshots, and that no such deposit appears in my bank statements.
- Require FTX to provide verifiable proof (such as a SWIFT transaction reference or internal banking records) confirming that the alleged wire transfer was successfully deposited into my bank account.

## 4. Conclusion

Given that my claim was incorrectly modified due to an unverified transaction, and that my delay in responding was caused by factors beyond my control, I respectfully ask the Court to accept this motion and restore my original claim.

**Date:** February 7, 2025
**mail:** vinciberlr@gmail.com
**Phone:** +39 3208669120

**Signature:** Vincenzo Bernardi

---

[3] Email confirmation from FTX stating that the withdrawal would be credited within 3-5 business days.

**Exhibits:**

- **Exhibit A:** Screenshot of the FTX withdrawal (€5,000) marked as "Completed" on November 7, 2022, but never credited.
- **Exhibit B:** Email confirmations from FTX regarding the withdrawal, including:
  - November 7, 2022, 11:44 AM – Acknowledgment of the withdrawal request.
  - November 8, 2022, 1:49 PM – Confirmation email stating that the €5,000 wire transfer has been processed and would arrive within 3-5 business days.
- **Exhibit C:** Official bank statement confirming that the €5,000 withdrawal was never deposited into my account.
- **Exhibit D:** FTX transaction history showing all EUR deposits made from my bank account to FTX, confirming the funding of my FTX account.

Exhibit "A"

## FTX APP SCREENSHOT



Exhibit "B"

**Da: FTX Cryptocurrency Derivatives Exchange** support@ftx.com
**Oggetto:** FTX richiesta di prelievo
**Data:** 7 novembre 2022 11:44
**A:** vinciberlr@gmail.com

Ciao Vincenzo Bernardi,

**Abbiamo ricevuto una richiesta di prelievo di 5000.00 EUR dal tuo conto FTX.**

**Se non sei stato tu a fare questa richiesta, ti preghiamo di cambiare la tua password e di contattare immediatamente l'assistenza clienti.**
**I prelievi vengono elaborati entro un giorno lavorativo. FTX non è responsabile di ritardi ocommissioni derivanti dalla banca o dalle banche intermediarie utilizzate. Per ulteriori informazioni, consultare**
**https://help.ftx.com/hc/en-us/articles/360043023772-Depositing-Withdrawing-Fiat-.**

**Da: FTX Cryptocurrency Derivatives Exchange** support@ftx.com
**Oggetto:** FTX prelievo di fiat inviato
**Data:** 8 novembre 2022 13:49
**A:** vinciberlr@gmail.com

Ciao Vincenzo Bernardi,

**Il tuo prelievo di 5000.00 EUR è stato elaborato. Il bonifico arriverà sul tuo conto bancario entro tre/cinque giorni lavorativi.**



# Estratto conto in EUR

Generato in data 7 feb 2025



**VINCENZO BERNARDI**



IBAN
BIC 

Cascina
Toscana

## Riepilogo del saldo

| Prodotto | Saldo iniziale | Denaro in uscita | Denaro in entrata | Saldo di chiusura |
| --- | --- | --- | --- | --- |
| Conto (conto corrente) | | | | |
| Salvadanai personali e di gruppo | | | | |
| Totale | | | | |

Il saldo sul tuo estratto conto potrebbe differire dal saldo mostrato nell'app. Il saldo dell'estratto conto riflette solo le transazioni completate, mentre l'app mostra il saldo disponibile, che tiene conto delle transazioni in sospeso

## Transazioni del conto dal giorno 29 settembre 2022 al giorno 31 dicembre 2022

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
| --- | --- | --- | --- | --- |
| 29 set 2022 | | | | |
| 29 set 2022 | | | | |
| 30 set 2022 | | | | |
| 30 set 2022 | | | | |
| 30 set 2022 | | | | |
| 1 ott 2022 | | | | |
| 2 ott 2022 | | | | |
| 2 ott 2022 | | | | |
| 3 ott 2022 | | | | |
| 3 ott 2022 | | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR

# Estratto conto in EUR

Generato in data 7 feb 2025

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|------|-------------|------------------|-------------------|-------|
| 4 ott 2022 | | | | |
| 5 ott 2022 | | | | |
| 6 ott 2022 | | | | |
| 7 ott 2022 | | | | |
| 7 ott 2022 | | | | |
| 8 ott 2022 | | | | |
| 8 ott 2022 | | | | |
| 9 ott 2022 | | | | |
| 10 ott 2022 | | | | |
| 10 ott 2022 | | | | |
| 11 ott 2022 | | | | |
| 11 ott 2022 | | | | |
| 11 ott 2022 | | | | |
| 11 ott 2022 | | | | |
| 12 ott 2022 | | | | |
| 13 ott 2022 | | | | |
| 14 ott 2022 | | | | |
| 14 ott 2022 | | | | |
| 14 ott 2022 | | | | |
| 15 ott 2022 | | | | |
| 16 ott 2022 | | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR



# Estratto conto in EUR

Generato in data 7 feb 2025

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|------|-------------|------------------|-------------------|-------|
| 16 ott 2022 | | | | |
| 17 ott 2022 | | | | |
| 17 ott 2022 | | | | |
| 17 ott 2022 | | | | |
| 18 ott 2022 | | | | |
| 18 ott 2022 | | | | |
| 18 ott 2022 | | | | |
| 19 ott 2022 | | | | |
| 19 ott 2022 | | | | |
| 20 ott 2022 | | | | |
| 20 ott 2022 | | | | |
| 20 ott 2022 | | | | |
| 20 ott 2022 | | | | |
| 20 ott 2022 | | | | |
| 21 ott 2022 | | | | |
| 21 ott 2022 | | | | |
| 21 ott 2022 | | | | |
| 22 ott 2022 | | | | |
| 22 ott 2022 | | | | |
| 22 ott 2022 | | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR

# Estratto conto in EUR

Generato in data 7 feb 2025

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|------|-------------|------------------|-------------------|-------|
| 23 ott 2022 | | | | |
| 23 ott 2022 | | | | |
| 24 ott 2022 | | | | |
| 24 ott 2022 | | | | |
| 25 ott 2022 | | | | |
| 26 ott 2022 | | | | |
| 27 ott 2022 | | | | |
| 27 ott 2022 | | | | |
| 28 ott 2022 | | | | |
| 28 ott 2022 | | | | |
| 28 ott 2022 | | | | |
| 29 ott 2022 | | | | |
| 29 ott 2022 | | | | |
| 29 ott 2022 | | | | |
| 30 ott 2022 | | | | |
| 31 ott 2022 | | | | |
| 31 ott 2022 | | | | |
| 1 nov 2022 | | | | |
| 1 nov 2022 | | | | |
| 1 nov 2022 | | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR



# Estratto conto in EUR

Generato in data 7 feb 2025

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|------|-------------|------------------|-------------------|-------|
| 2 nov 2022 | | | | |
| 3 nov 2022 | | | | |
| 3 nov 2022 | | | | |
| 4 nov 2022 | | | | |
| 5 nov 2022 | | | | |
| 6 nov 2022 | | | | |
| 7 nov 2022 | | | | |
| 7 nov 2022 | | | | |
| 8 nov 2022 | | | | |
| 9 nov 2022 | | | | |
| 9 nov 2022 | | | | |
| 10 nov 2022 | | | | |
| 11 nov 2022 | | | | |
| 12 nov 2022 | | | | |
| 13 nov 2022 | | | | |
| 13 nov 2022 | | | | |
| 14 nov 2022 | | | | |
| 15 nov 2022 | | | | |
| 15 nov 2022 | | | | |
| 16 nov 2022 | | | | |
| 17 nov 2022 | | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608

Ottieni assistenza direttamente nell'app
Scansiona codice QR

Revolut Bank UAB è un istituto di credito con licenza nella Repubblica di Lituania, numero di società 304580905 e codice di autorizzazione LB002119, con sede legale presso Konstitucijos ave. 21B, LT-08130 Vilnius, Repubblica di Lituania. Siamo autorizzati e regolamentati dalla Banca di Lituania e dalla Banca centrale europea. I depositi sono protetti dal sistema di garanzia dei depositi lituano, con eventuali eccezioni. Consulta il nostro documento relativo alle informazioni sulla garanzia dei depositi qui. Per avere ulteriori informazioni sulla garanzia dei depositi fornita dall'ente pubblico Deposit and Investment Insurance (Viešoji įstaiga "Indėlių ir investicijų draudimas"), visita il sito www.iidraudimas.lt. In caso di domande, contattaci tramite la chat all'interno dell'app Revolut.



# Estratto conto in EUR

Generato in data 7 feb 2025

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|------|-------------|------------------|-------------------|-------|
| 18 nov 2022 | | | | |
| 18 nov 2022 | | | | |
| 19 nov 2022 | | | | |
| 20 nov 2022 | | | | |
| 20 nov 2022 | | | | |
| 21 nov 2022 | | | | |
| 21 nov 2022 | | | | |
| 22 nov 2022 | | | | |
| 22 nov 2022 | | | | |
| 22 nov 2022 | | | | |
| 23 nov 2022 | | | | |
| 24 nov 2022 | | | | |
| 24 nov 2022 | | | | |
| 24 nov 2022 | | | | |
| 25 nov 2022 | | | | |
| 25 nov 2022 | | | | |
| 25 nov 2022 | | | | |
| 26 nov 2022 | | | | |
| 27 nov 2022 | | | | |
| 27 nov 2022 | | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR

# Estratto conto in EUR

Generato in data 7 feb 2025

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|------|-------------|------------------|-------------------|-------|
| 27 nov 2022 | | | | |
| 28 nov 2022 | | | | |
| 28 nov 2022 | | | | |
| 28 nov 2022 | | | | |
| 29 nov 2022 | | | | |
| 29 nov 2022 | | | | |
| 29 nov 2022 | | | | |
| 29 nov 2022 | | | | |
| 30 nov 2022 | | | | |
| 30 nov 2022 | | | | |
| 30 nov 2022 | | | | |
| 1 dic 2022 | | | | |
| 1 dic 2022 | | | | |
| 2 dic 2022 | | | | |
| 2 dic 2022 | | | | |
| 2 dic 2022 | | | | |
| 3 dic 2022 | | | | |
| 3 dic 2022 | | | | |
| 3 dic 2022 | | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608

Ottieni assistenza direttamente nell'app
Scansiona codice QR

Revolut Bank UAB è un istituto di credito con licenza nella Repubblica di Lituania, numero di società 304580905 e codice di autorizzazione LB002119, con sede legale presso Konstitucijos ave. 21B, LT-08130 Vilnius, Repubblica di Lituania. Siamo autorizzati e regolamentati dalla Banca di Lituania e dalla Banca centrale europea. I depositi sono protetti dal sistema di garanzia dei depositi lituano, con eventuali eccezioni. Consulta il nostro documento relativo alle informazioni sulla garanzia dei depositi qui. Per avere ulteriori informazioni sulla garanzia dei depositi fornita dall'ente pubblico Deposit and Investment Insurance (Viešoji įstaiga "Indėlių ir investicijų draudimas"), visita il sito www.iidraudimas.lt. In caso di domande, contattaci tramite la chat all'interno dell'app Revolut.



# Estratto conto in EUR

Generato in data 7 feb 2025

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|------|-------------|------------------|-------------------|-------|
| 4 dic 2022 | | | | |
| 5 dic 2022 | | | | |
| 5 dic 2022 | | | | |
| 6 dic 2022 | | | | |
| 7 dic 2022 | | | | |
| 8 dic 2022 | | | | |
| 9 dic 2022 | | | | |
| 9 dic 2022 | | | | |
| 10 dic 2022 | | | | |
| 11 dic 2022 | | | | |
| 11 dic 2022 | | | | |
| 11 dic 2022 | | | | |
| 12 dic 2022 | | | | |
| 13 dic 2022 | | | | |
| 13 dic 2022 | | | | |
| 13 dic 2022 | | | | |
| 14 dic 2022 | | | | |
| 15 dic 2022 | | | | |
| 16 dic 2022 | | | | |
| 17 dic 2022 | | | | |
| 18 dic 2022 | | | | |



Segnala carta come smarrita o rubata
+370 5 214 3508
Ottieni assistenza direttamente nell'app
Scansiona codice QR

Revolut Bank UAB è un istituto di credito con licenza nella Repubblica di Lituania, numero di società 304580906 e codice di autorizzazione LB002119, con sede legale presso Konstitucijos ave. 21B, LT-08130 Vilnius, Repubblica di Lituania. Siamo autorizzati e regolamentati dalla Banca di Lituania e dalla Banca centrale europea. I depositi sono protetti dal sistema di garanzia dei depositi lituano, con eventuali eccezioni. Consulta il nostro documento relativo alle informazioni sulla garanzia dei depositi qui. Per avere ulteriori informazioni sulla garanzia dei depositi fornita dall'ente pubblico Deposit and Investment Insurance (Viešoji įstaiga "Indėlių ir investicijų draudimas"), visita il sito www.iidraudimas.lt. In caso di domande, contattaci tramite la chat all'interno dell'app Revolut.



# Estratto conto in EUR

Generato in data 7 feb 2025

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|------|-------------|------------------|-------------------|-------|
| 19 dic 2022 | | | | |
| 19 dic 2022 | | | | |
| 19 dic 2022 | | | | |
| 20 dic 2022 | | | | |
| 20 dic 2022 | | | | |
| 21 dic 2022 | | | | |
| 21 dic 2022 | | | | |
| 21 dic 2022 | | | | |
| 21 dic 2022 | | | | |
| 22 dic 2022 | | | | |
| 22 dic 2022 | | | | |
| 23 dic 2022 | | | | |
| 24 dic 2022 | | | | |
| 25 dic 2022 | | | | |
| 26 dic 2022 | | | | |
| 27 dic 2022 | | | | |
| 28 dic 2022 | | | | |
| 29 dic 2022 | | | | |
| 30 dic 2022 | | | | |
| 31 dic 2022 | | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608

Ottieni assistenza direttamente nell'app
Scansiona codice QR

Revolut Bank UAB è un istituto di credito con licenza nella Repubblica di Lituania, numero di società 304580906 e
codice di autorizzazione LB002119, con sede legale presso Konstitucijos ave. 21B, LT-08130 Vilnius, Repubblica di
Lituania. Siamo autorizzati e regolamentati dalla Banca di Lituania e dalla Banca centrale europea. I depositi sono
protetti dal sistema di garanzia dei depositi lituano, con eventuali eccezioni. Consulta il nostro documento relativo
alle informazioni sulla garanzia dei depositi qui. Per avere ulteriori informazioni sulla garanzia dei depositi fornita
dall'ente pubblico Deposit and Investment Insurance (Viešoji įstaiga "Indėlių ir investicijų draudimas"), visita il sito
www.iidraudimas.lt. In caso di domande, contattaci tramite la chat all'interno dell'app Revolut.



# Estratto conto in EUR

Generato in data 7 feb 2025

## Reverted from 29 settembre 2022 to 31 dicembre 2022

| Data d'inizio | Descrizione | Denaro in uscita | Denaro in entrata |
|---|---|---|---|
| 2 dic 2022 | | | |

## Transazioni Salvadanai personali e di gruppo da 29 settembre 2022 a 31 dicembre 2022

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|---|---|---|---|---|
| 2 ott 2022 | | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608

Ottieni assistenza direttamente nell'app
Scansiona codice QR

Revolut Bank UAB è un istituto di credito con licenza nella Repubblica di Lituania, numero di società 304580906 e codice di autorizzazione LB002119, con sede legale presso Konstitucijos ave. 21B, LT-08130 Vilnius, Repubblica di Lituania. Siamo autorizzati e regolamentati dalla Banca di Lituania e dalla Banca centrale europea. I depositi sono protetti dal sistema di garanzia dei depositi lituano, con eventuali eccezioni. Consulta il nostro documento relativo alle informazioni sulla garanzia dei depositi qui. Per avere ulteriori informazioni sulla garanzia dei depositi fornita dall'ente pubblico Deposit and Investment Insurance (Viešoji įstaiga "Indėlių ir investicijų draudimas"), visita il sito www.iidraudimas.lt. In caso di domande, contattaci tramite la chat all'interno dell'app Revolut.



# Estratto conto in EUR

Generato in data 4 feb 2025

Vincenzo Bernardi





IBAN
BIC

## Transazione

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|------|-------------|------------------|-------------------|-------|
| 11 giu 2022 | To FTX Trading Ltd | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608

Ottieni assistenza direttamente nell'app
Scansiona codice QR

Revolut Bank UAB è un istituto di credito con licenza nella Repubblica di Lituania, numero di società 304580906 e codice di autorizzazione LB002119, con sede legale presso Konstitucijos ave. 21B, LT-08130 Vilnius, Repubblica di Lituania. Siamo autorizzati e regolamentati dalla Banca di Lituania e dalla Banca centrale europea. I depositi sono protetti dal sistema di garanzia dei depositi lituano, con eventuali eccezioni. Consulta il nostro documento relativo alle informazioni sulla garanzia dei depositi qui. Per avere ulteriori informazioni sulla garanzia dei depositi fornita dall'ente pubblico Deposit and Investment Insurance (Viešoji įstaiga "Indėlių ir investicijų draudimas"), visita il sito www.iidraudimas.lt. In caso di domande, contattaci tramite la chat all'interno dell'app Revolut.



VINCENZO BERNARDI

IBAN
BIC

# Conferma dell'operazione

Generato in data 4 feb 2025

| | |
|---|---|
| Valuta di addebito | 2022-06-13 |
| Data dell'operazione | 2022-06-13 |
| Data disponibile | 2022-06-13 |
| Stato | |
| Tipo | |

## Dettagli dell'operazione



Importo
Costo
Causale
Riferimento della transazione

## Coordinate del beneficiario

| | |
|---|---|
| Nome | FTX Trading Ltd |
| Numero di conto | |
| BIC | |



Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR

# Revolut

## Conferma dell'operazione

Generato in data 4 feb 2025



IBAN
BIC

| | |
|---|---|
| Valuta di addebito | 2022-08-01 |
| Data dell'operazione | 2022-07-30 |
| Data disponibile | 2022-08-01 |
| Stato | |
| Tipo | |

## Dettagli dell'operazione



Importo
Costo
Causale
Causale end-to-end
ID transazione SEPA

## Coordinate del beneficiario



| | |
|---|---|
| Nome | FTX Digital Markets Ltd. |
| Indirizzo | |
| Numero di conto | |
| BIC | |

Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR

Pagina 1 di 1



# Estratto conto in EUR

Generato in data 4 feb 2025

Vincenzo Bernardi



IBAN 
BIC

## Transazione

| Data | Descrizione | Denaro in uscita | Denaro in entrata | Saldo |
|------|-------------|------------------|-------------------|-------|
| 19 set 2022 | To FTX Digital Markets Ltd. | | | |

Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR



# Conferma dell'operazione

Generato in data 4 feb 2025



IBAN
BIC

| | |
|---|---|
| Valuta di addebito | 2022-09-21 |
| Data dell'operazione | 2022-09-21 |
| Data disponibile | 2022-09-21 |
| Stato | |
| Tipo | |

## Dettagli dell'operazione



Importo

Costo

Causale

Causale end-to-end

ID transazione SEPA

## Coordinate del beneficiario

Nome                    FTX Digital Markets Ltd.

Indirizzo

Numero di conto

BIC

Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR



# Conferma dell'operazione

Generato in data 4 feb 2025

| | |
|---|---|
| Valuta di addebito | 2022-09-30 |
| Data dell'operazione | 2022-09-30 |
| Data disponibile | 2022-09-30 |
| Stato | |
| Tipo | |

IBAN
BIC

## Dettagli dell'operazione

Importo

Costo

Causale

Causale end-to-end

ID transazione SEPA



## Coordinate del beneficiario

Nome                 FTX Digital Markets Ltd.

Indirizzo

Numero di conto

BIC



Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR

Pagina 1 di 1



IBAN
BIC

# Conferma dell'operazione

Generato in data 4 feb 2025

| | |
|---|---|
| Valuta di addebito | 2022-10-17 |
| Data dell'operazione | 2022-10-15 |
| Data disponibile | 2022-10-17 |
| Stato | |
| Tipo | |

## Dettagli dell'operazione

Importo
Costo
Causale
Causale end-to-end
ID transazione SEPA



## Coordinate del beneficiario

| Nome | FTX Digital Markets Ltd. |
|---|---|
| Indirizzo | |
| Numero di conto | |
| BIC | |



Segnala carta come smarrita o rubata
+370 5 214 3608
Ottieni assistenza direttamente nell'app
Scansiona codice QR

© 2025 Revolut Bank UAB
Pagina 1 di 1

**To: United States Bankruptcy Court for the District of Delaware**
**824 North Market Street,**
**5th FloorWilmington, DE 19801**
**USA**

**Subject: Submission of Documentation**

The undersigned,

**Full Name:** Vincenzo Bernardi



**Currently residing at:**

- **Address:** St. Bruno Genovesi, 23/2
- **City:** Cascina
- **Province/State:** PI, Italy
- **Postal Code:** 56021
- **Tax Identification Number**
- **Email:** vinciberlr@gmail.com

**In reference to the case:**

United States Bankruptcy Court for the District of Delaware, **Case No. 22-11068 (JTD)**, related to the **FTX Trading Ltd. bankruptcy proceedings**, and specifically my **Objection to the Reduction of Claim No. 45123**.

**Submitted Documentation:**

1. **Objection_FTX_106thOmnibus_Claim_n_45123.pdf**
   *(Formal objection document submitted to the court regarding the reduction of my claim.)*
2. **Exhibit_A.pdf**
   *(Screenshot from FTX showing that the FIAT amount withdrawal was marked as 'Completed' on November 7, 2022.)*
3. **Exhibit_B.pdf**
   *(Email confirmation from FTX stating that the withdrawal would be credited within 3-5 business days.)*
4. **Exhibit_C.pdf**
   *(Official bank statement proving that the FIAT amount was never credited to my account.)*
5. **Exhibit_D.pdf**
   *(Complete transaction history from FTX showing previous withdrawals and deposits.)*

Cascina**, 08/02/2025**

King Regards

**Vincenzo Bernardi**

**posta**online

VINCENZO BERNARDI
VIA BRUNO GENOVESI 23
56021 CASCINA  PI
ITALIA

0001
P_SERV
A505886220000010001 01 MI05
25151146   MSA28633000002
DCOXX0023 1      24        m

R

RB 2288 1321 2 IT

U.S. BANKRUPTCY COURT, DISTRICT OF DELAWARE
ATTN: CLERK'S OFFICE - FTX BANKRUPTCY
824 NORTH MARKET STREET, 5TH FLOOR
19801 WILMINGTON, DE
STATI UNITI D'AMERICA

Data di accettazione: 08/02/2025