| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 01721610 | Contingent | BTC[0], ETH[0], ETHBULL[0], EUR[0.00], FTT[.5], HNT[131.76519105], LUNA2[10.91988272], LUNA2_LOCKED[25.47972634], PAXG[0], USD[0.00], USTC[1545.76217741] | | |
| 01721612 | | FTT[.098119], SOL[.00000001], USD[1196.63] | | |
| 01721617 | | ALGOBULL[11367701.8], ALTBEAR[18000], BALBEAR[199966], BEARSHIT[41000], BNBBEAR[19996000], BSVBEAR[120000], BSVBULL[1146928.2], BTC[.00001737], DRGNBEAR[59988], EOSBULL[112986.54], ETHBEAR[21000000], KNCBEAR[5000], LINKBEAR[39992000], MKRBEAR[3200], OKBBEAR[600000], SUSHIBEAR[40000000], SUSHIBULL[401548.84], SXPBEAR[13000000], THETABEAR[18000000], TOMOBULL[111569.822], TRX[.000003], USD[0.00], USDT[0], VETBEAR[250000] | | |
| 01721619 | | BTC-PERP[0], ETH-PERP[0], LUNC-PERP[0], RUNE-PERP[0], TRX[0], USD[0.00], XRP[.00000001] | | |
| 01721620 | | APE-PERP[0], ATOM-PERP[0], BTC-PERP[0], CHZ-PERP[0], CRV-PERP[0], DOGE-PERP[0], EOS-PERP[0], ETH-PERP[0], FTT-PERP[0], MANA-PERP[0], NEAR[.01444], OP-PERP[0], RSR-PERP[0], SOL-PERP[0], USD[-6181.69], USDT[8943.37856038], XLM-PERP[0] | | |
| 01721621 | | BNB[39.61261654], BTC[0.08574435], ETH[1.92650055], ETHW[1.92578439], EUR[0.00], FTT[0.01612504], USD[909.78] | Yes | |
| 01721624 | Contingent | SRM[1.67838916], SRM_LOCKED[13.32161084], USD[0.00], USDT[0] | | |
| 01721625 | Contingent | AKRO[4], BAO[3], BTC[.05818106], DENT[1], LUNA2[0.00000359], LUNA2_LOCKED[0.00000838], LUNC[.782604], TRX[1], UBXT[2], USD[0.00], USDT[0.00014467] | | |
| 01721626 | | FTT[0.04589762], USD[0.14], USDT[0] | | |
| 01721628 | Contingent | APE-PERP[0], ATLAS[9.196452], AVAX-PERP[0], BTC-PERP[0], CHZ-PERP[0], COMP[0.00000760], DOT-PERP[0], ETH[0], FTT-PERP[0], GRT-PERP[0], GT[.08761504], LUNA2[1.69568359], LUNA2_LOCKED[3.95659505], NEAR-PERP[0], RUNE-PERP[0], SOL[0], SOL-PERP[0], USD[-0.34], USDT[0.36968330], USTC[240.03220848], XMR-PERP[0], XRP-PERP[0] | | |
| 01721631 | | ADA-PERP[0], ALGO-PERP[0], APE-PERP[0], ATOM-PERP[0], BTC-PERP[0], C98-PERP[0], CVC-PERP[0], DOGE-PERP[0], ENJ-PERP[0], ETH-PERP[0], LTC-20210924[0], LUNC-PERP[0], RAY-PERP[0], RSR-PERP[0], SAND-PERP[0], SHIB-PERP[0], SOL-PERP[0], SXP-20210924[0], STEP-PERP[0], TOMO-PERP[0], USD[1.49], XLM-PERP[0], XRP-PERP[0] | | |
| 01721632 | | ETH[0.58443619], ETHW[0.58443619], FTT[.06683722], MER[2076], PRISM[12750], USD[2.66], USDT[3.76080455] | | |
| 01721636 | Contingent | APT[164.76865955], BTC[0.00001290], BTC-PERP[0], ETC-PERP[0], ETH[1.00009519], ETH-PERP[0], ETHW[.00009519], FTM[1], FTT[25.09446795], FTT-PERP[0], GMT-PERP[0], GST-PERP[0], JPY[334.00], MANA[.0053], RAY[0], RON-PERP[0], SOL-PERP[0], SRM[10.65440708], SRM_LOCKED[91.637877], SWEAT[11.726], TRX[1000], USD[204292.03] | | |
| 01721640 | Contingent | ANC[10.138387], AUDIO[29.99126], BTC[0.00479908], COPE[63.98784], ETH[.05298993], ETHW[.05298993], FTT[.499905], LINK[5.898879], LTC[.74742216], LUNA2_LOCKED[24.93010474], LUNC[11.35], RAY[13.63861701], SOL[3.4989703], SPELL[99.297], SRM[10.17732365], SRM_LOCKED[.15317867], SUSHI[4.99905], USD[0.00] | | |
| 01721641 | | USD[0.03], USDT[0.07998239] | | |
| 01721643 | Contingent | ADA-PERP[0], ALGO-PERP[0], ATLAS-PERP[0], BTC-PERP[0], ETH-PERP[0], FTT[29.9943], FTT-PERP[0], LRC[.943], LRC-PERP[0], LUNA2[0.00045923], LUNA2_LOCKED[0.00107155], LUNC[100], LUNC-PERP[0], SAND-PERP[0], SHIB-PERP[0], SLP-PERP[0], SOL-PERP[0], USD[-0.30], XRP-PERP[0] | | |
| 01721644 | Contingent, Disputed | ADA-PERP[0], AVAX-PERP[0], BAND-PERP[0], BAT-PERP[0], BNB[0], BTC[0], BTC-PERP[0], CRO-PERP[0], CVC-PERP[0], DENT-PERP[0], DYDX-PERP[0], ETH-PERP[0], FTT-PERP[0], ICP-PERP[0], MNGO-PERP[0], NEO-PERP[0], OKB-PERP[0], OMG-PERP[0], RAMP-PERP[0], SECO-PERP[0], SLP-PERP[0], SOL-PERP[0], SRM-PERP[0], SRN-PERP[0], TOMO-PERP[0], TRX-PERP[0], TULIP-PERP[0], UNISWAP-PERP[0], USD[0.00], XRP-PERP[0], ZRX-PERP[0] | | |
| 01721649 | | AVAX[10.9916184], BNB[3.01155065], BTC[.14409615], ETH[4.12449216], MATIC[260.54515083] | Yes | |
| 01721651 | | EUR[9.21], USD[0.00] | Yes | |
| 01721652 | | 0 | | |
| 01721659 | | AAVE[0.00026887], AKRO[5], ALPHA[1.01523805], AUD[0.02], BAO[4], BOBA[.31937792], DENT[3], FIDA[1.02999229], IMX[.00833232], KIN[2], MANA[.00161554], MATH[1], RAY[0.00056589], RSR[1], SAND[.00444984], SXP[1.03582603], TOMO[1.05614239], TRX[1], UBXT[3], USD[0.00], YFI[.00000053] | Yes | |
| 01721663 | | ATLAS[1070], BTC[.0096], ETH[.18498326], ETHW[.18498326], POLIS[36.7973], SOL[1.06195054], TRX[.000002], USD[1.75], USDT[0.00000002] | | |
| 01721664 | | AKRO[1], BAO[1], BAT[1], CHZ[1], DENT[1], DOGE[75620.53837818], ETH[.00000001], ETHW[0], EUR[0.00], RSR[1], SECO[1.00015521], SOL[.00000001], UBXT[1], USD[55.24], USDT[65829.49284983] | Yes | |
| 01721667 | | 1INCH-PERP[0], ADA-PERP[0], ALGO-PERP[0], APE-PERP[0], ASD-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BNB-PERP[0], BTC[.00005242], BTC-PERP[0], BTTPRE-PERP[0], C98-PERP[0], CAKE-PERP[0], CELO-PERP[0], CHR-PERP[0], CHZ-PERP[0], CRO-PERP[0], CRV-PERP[0], DODO-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETH-PERP[0], FIL-PERP[0], FTM-PERP[0], FTT[.05985647], FTT-PERP[0], GRT-PERP[0], ICP-PERP[0], IOTA-PERP[0], KSHIB-PERP[0], KSM- | | |