**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 28775** |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY FEE STATEMENT OF EVERSHEDS SUTHERLAND (US) LLP, AS LEAD COUNSEL FOR THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES FOR THE PERIOD FROM AUGUST 1, 2024, THROUGH AND INCLUDING OCTOBER 8, 2024**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") and Eversheds Sutherland (US) LLP ("Eversheds") have received no answer, objection or other responsive pleading to the *Sixth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from August 1, 2024 Through and Including October 8, 2024* [D.I. 28775] (the "Monthly Fee Statement"), filed on December 13, 2024.

The undersigned further certifies that Morris Nichols and Eversheds have caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon.  Pursuant to the Monthly Fee Statement,

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. A complete list of the debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.ra.kroll.com/FTX.

objections to the Monthly Fee Statement were to be filed and served no later than January 2, 2025, at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (D.I. 435) entered on January 9, 2023, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Monthly Fee Statement upon the filing of this Certificate of No Objection without any further court order.  The below chart details the amounts requested in the Monthly Fee Statement and the amount the Debtors are authorized to pay.

| (1) Total Fees Requested[2] | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtor is Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $774,134.20 | $2,076.93 | $619,307.36 | $621,384.29 |

WHEREFORE, Eversheds respectfully requests that the Monthly Fee Statement be approved.

*[Signature Page Follows]*

---

[2]    Eversheds has voluntarily reduced its total fees requested from the original amount in the Monthly Fee Statement based on an agreement with the U.S. Trustee and Fee Examiner.

Date: Wilmington, Delaware
February 27, 2025

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Matthew B. Harvey (No. 5186)
Jonathan M. Weyand (No. 6959)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
mharvey@morrisnichols.com
jweyand@morrisnichols.com

**EVERSHEDS SUTHERLAND (US) LLP**
Erin E. Broderick
Michael A. Rogers
227 West Monroe Street, Suite 6000
Chicago, Illinois 60606
Telephone: (312) 724-9006
Facsimile: (312) 724-9322
erinbroderick@eversheds-sutherland.com
michaelrogers@eversheds-sutherland.com

Nathaniel T. DeLoatch
999 Peachtree St. NE
Atlanta, GA 30309
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
nathanieldeloatch@eversheds-sutherland.com

Sarah E. Paul
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
sarahpaul@eversheds-sutherland.com

*Counsel to the Ad Hoc Committee of Non-US
Customers of FTX.com*