IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Paxtibi LLP
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
Email: paxtibi.xyz@gmail.com

Name of Transferor

[name and address on file]

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 71863 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Kroll Schedule 6760590 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code 00268041 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Signed by:
*Federico Natali*
D5041B50C4DD4BD...

Role: Transferee/Transferee's Agent
Name: Federico Natali

### Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

## Creditor Data Details - Claim # 71863

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/27/2023

**Claim Number**
71863
**Schedule Number**
6760590
**Confirmation ID**
3265-70-TBCVX-363800280

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AAVE | ASSERTED | 0.0000000025 | 0.0000000025 |
| CRYPTO | BNB | ASSERTED | 0.000000003 | 0.000000003 |
| CRYPTO | BNB-PERP | ASSERTED | -0.000000000001819 | -0.000000000001819 |
| CRYPTO | BTC | ASSERTED | 0.0000000130755262 | 0.0000000130755262 |
| CRYPTO | ETH | ASSERTED | 0.000000008 | 0.000000008 |
| CRYPTO | ETH-PERP | ASSERTED | -0.00000000000002274 | -0.00000000000002274 |
| CRYPTO | FTT | ASSERTED | 0.2890775009310633 | 0.2890775009310633 |
| CRYPTO | LINK-PERP | ASSERTED | -0.0000000000000568 | -0.0000000000000568 |
| CRYPTO | NVDA | ASSERTED | 0.00000002 | 0.00000002 |
| CRYPTO | NVDA_PRE | ASSERTED | -0.000000005 | -0.000000005 |
| CRYPTO | SOL-PERP | ASSERTED | 0.0000000000000426 | 0.0000000000000426 |
| CRYPTO | SRM | ASSERTED | 5.98731764 | 5.98731764 |
| CRYPTO | SRM_LOCKED | ASSERTED | 87.93239648 | 87.93239648 |
| CRYPTO | TSLA | ASSERTED | 0.00000002 | 0.00000002 |
| CRYPTO | TSLAPRE | ASSERTED | -0.000000005 | -0.000000005 |
| CRYPTO | USDT | ASSERTED | 52396.57608765435 | 52396.57608765435 |
| CRYPTO | XTZ-PERP | ASSERTED | -0.0000000000002274 | -0.0000000000002274 |
| CRYPTO | YFI | ASSERTED | 0.000000006 | 0.000000006 |
| FIAT | USD | ASSERTED | 37.013821746382085 | 37.013821746382085 |