**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*., [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Humas Ali, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served via email on 56,320 Customers on January 8, 2025 and first class mail on 2,341 Customers on January 10, 2025 whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- FTX Trading Ltd - Initial Pre-Distribution Requirement Request, attached hereto as **Exhibit A** (the "***Initial Pre-Distribution Notice***")

On February 18, 2025, at my direction and under my supervision, employees of Kroll caused the Initial Pre-Distribution Notice to be served via first class mail on 639 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: February 27, 2025

/s/ *Humas Ali*
Humas Ali

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 27, 2025, by Humas Ali, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 85097 & 86136

**Exhibit A**



**Subject:  FTX Trading Ltd - Initial Pre-Distribution Requirement Request**

Dear Customer,

You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

Our records indicate that you have not provided certain tax information that is required in order for Distributions to be made. Tax information is part of the Pre-Distribution Requirements per the Plan. Please use Step 7 on the FTX Customer Portal to provide the requisite tax information on a completed, applicable IRS Form W-9 or IRS Form W-8.  No distribution will be made to you unless and until this information is provided.

**This message will serve as the Initial Request for Pre-Distribution Requirements.** If the request for Pre-Distribution Requirement has not been satisfied within 30 days, a second request will be made. If you fail to comply with the second request for Pre-Distribution Requirements within 60 days after the request is made, you **shall be deemed to have forfeited your right to receive Distributions.**

For more information, see below for Section 7.14 of the Plan and please visit the FTX FAQs on Tax Requirements.

Please disregard this request if you have already completed Step 7 in the FTX Customer Portal.


Section 7.14 of the Plan - Tax Identification, KYC and OFAC Certifications

Any Holder entitled to receive any Distribution under the Plan shall, upon request, deliver to the Distribution Agent or such other Entity designated by the Plan Administrator: (a) a completed IRS Form W-9 or appropriate IRS Form W-8, as applicable; (b) a true and accurate certification that the Holder is not a Person or Entity with whom it is illegal for a U.S. person to do business under Office of Foreign Assets Control sanctions regulations and/or the list of Specially Designated Nationals and Blocked Persons; and (c) know your customer information of the Holder of such Claim, which (i) for individuals, may include, among other things, full name including any alias, date of birth, address and proof of address, identification and identification-related documents, nationality, phone number, email address, occupation, bank account information or wallet address, social security number (for U.S. citizens) and facial liveness and (ii) for institutional Holders, may include, among other things, company name, registration information, tax identification number, principal business address and phone number, business email address, information on the nature of the business and principal business activity, entity size, source of wealth/source of funds, annual revenue/profit, authorized signer, identity of ultimate beneficial owners, identity of directors and/or members of management, bank account information or wallet address and, for any ultimate beneficial owners, directors or members of management, similar

identification information and records as are collected for individual Holders who are natural Persons (collectively, the "Pre-Distribution Requirements"). If a request for Pre-Distribution Requirements has not been satisfied within 30 days thereafter, a second request shall be sent to such Holder. If the Holder fails to comply with the Pre-Distribution Requirements before the date that is 60 days after a second request is made, such Holder shall be deemed to have forfeited its right to receive Distributions, and shall be forever barred and enjoined from asserting any right to Distributions made prior to the Plan Administrator receiving its executed Pre-Distribution Requirements. Any Distributions that are forfeited pursuant to this provision shall revest in the Wind Down Entities as Plan Assets. For all purposes related to this Section 7.14, the Plan Administrator and the Distribution Agent are entitled to conclusively rely on the delivery of the notice to the last known address and last known email address on file with the Claims Agent without obligation to verify such address and any such requests delivered to such address shall be deemed to be received.