**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | Case No. 22-11068 (JTD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL AND**
**REQUEST FOR REMOVAL FROM ELETRONIC AND MAILING LISTS**

PLEASE TAKE NOTICE that Sidney P. Levinson of Debevoise & Plimpton LLP is no longer counsel to Paradigm Operations LP in the above captioned matter. As a result, Sidney Levinson hereby withdraws his appearance on behalf of Paradigm Operations LP and hereby respectfully requests to be removed from the Court's CM/ECF electronic notification service list and all other service lists in the above-captioned matter.

Dated: February 27, 2025

/s/ *Sidney P. Levinson*
Sidney P. Levinson (admitted *pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, New York 10001
Telephone:   (212) 909-6000
Facsimile:    (212) 909-6839
E-mail:         slevinson@debevoise.com

*Counsel for Paradigm Operations LP*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principle place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.