IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) <br> ) <br> ) Related to Docket Nos. 1632, 1683, 1693, and 2235 <br> ) <br> ) |

**ORDER GRANTING DO KWON'S MOTION TO ENFORCE
ORDER GRANTING MOTION OF PYTH DATA
ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY (ECF 1693)**

Upon consideration of the motion of Do Kwon seeking entry of an order enforcing this Court's Order granting Pyth Data Association's ("PDA") motion for relief from the automatic stay; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having explicitly "retain[ed] jurisdiction with respect to all matters arising from or related to the implementation" of its Order permitting the PDA reminting plan, ECF 1693 ¶ 6; *see Travelers Indem. Co. v. Bailey*, 557 U.S. 137, 151 (2009); and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Kwon's motion is GRANTED as set forth herein.

2. PDA shall comply with this Court's June 23, 2023 Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay, ECF 1693, and apply "reasonable and customary customer identification" procedures to Kwon. Those procedures could take the form of either:

- Respecting Kwon's power of attorney and applying the Synaps live face verification procedures to his wife, wife, Lee Daeun; or

- Providing Kwon an alternative to the live face verification procedure, such as providing other forms of identification (e.g., driver's license or passport).

3. Following completion of the customer identification process, PDA must transfer 500,000,000 New PYTH tokens to the wind down trust established for Terraform Labs Pte. Ltd.'s bankruptcy case (*In re: Terraform Labs Pte. Ltd.*, No. 24-10070 (BLS) (Bankr. D. Del.)) (the "Terraform Wind Down Trust") within 14 calendar days, *see* Final Judgment Against Defendants Terraform Labs Pte Ltd. and Do Hyeong Kwon, *SEC v. Terraform Labs Pte Ltd.*, No. 23 Civ. 1346 (S.D.N.Y. June 12, 2024), ECF 273.

4. After completing the transfer of the tokens, PDA shall file a declaration with the Court, explaining the approach taken and confirming that it has fully transferred the tokens to the Terraform Wind Down Trust.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.