## CERTIFICATE OF SERVICE

I, Michael Busenkell, hereby certify that on February 27, 2025 a copy of the *Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay* was served on the parties on the attached service list in the manner indicated.

Dated: February 27, 2025                                GELLERT SEITZ BUSENKELL & BROWN, LLC

/s/ *Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel: (302) 425-5812
mbusenkell@gsbblaw.com

Sean Hecker*
David Patton*
Michael Ferrara*
John C. Quinn*
Matthew Craig*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York, 10118
Tel: (212) 763-0883
shecker@heckerfink.com
dpatton@heckerfink.com
mferrara@heckerfink.com
jquinn@heckerfink.com
mcraig@heckerfink.com

Katherine Epstein*
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (212) 763-0883
kepstein@heckerfink.com

*Counsel for Movant Do Kwon*

* *pro hac vice* pending

**SERVICE LIST**

*VIA ECF AND EMAIL*

Andrew G. Dietderich (*pro hac vice*)
Brian D. Glueckstein (*pro hac vice*)
James L. Bromley (*pro hac vice*)
Christopher J. Dunne (*pro hac vice*)
Alexa J. Kranzley (*pro hac vice*)
Benjamin S. Beller (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
bromleyj@sullcrom.com
dunnec@sullcrom.com
kranzleya@sullcrom.com
bellerb@sullcrom.com

Jacob M. Croke (*pro hac vice*)
SULLIVAN & CROMWELL LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
crokej@sullcrom.com

Douglas Schneller
RIMON, P.C.
245 Park Avenue, 39th Floor
New York, NY 10167
douglas.schneller@rimonlaw.com

Sascha Rand (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
sascharand@quinnemanuel.com

Anthony P Alden (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
anthonyalden@quinnemanuel.com

Matthew R. Schieck (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701
matthewscheck@quinnemanuel.com

Kimberly A. Brown
Matthew R. Pierce
Matthew B. McGuire
Adam G. Landis
LANDIS RATH & COBB LLP
919 N. Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
brown@lrclaw.com
pierce@lrclaw.com
mcguire@lrclaw.com
landis@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*

Benjamin A. Hackman
Jonathan Lipshie
Joseph James McMahon, Jr.
Linda Richenderfer
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
jon.lipshie@usdoj.gov
joseph.mcmahon@usdoj.gov
Linda.Richenderfer@usdoj.gov

David Gerardi
OFFICE OF THE UNITED STATES TRUSTEE
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102
David.Gerardi@usdoj.gov

*U.S. Trustee*

2

Luc A. Despins
Caroline Diaz
Erez Gilad
Kristopher M. Hansen
John F. Iaffaldano
Leonie C. Koch
Samantha Martin
Kenneth Pasquale
Gabriel Sasson
Isaac Sasson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
lucdespins@paulhastings.com
carolinediaz@paulhastings.com
erezgilad@paulhastings.com
krishansen@paulhastings.com
jackiaffaldano@paulhastings.com
leoniekoch@paulhastings.com
samanthamartin@paulhastings.com
kenpasquale@paulhastings.com
gabesasson@paulhastings.com
isaacsasson@paulhastings.com

Frank A. Merola
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
frankmerola@paulhastings.com

Kenneth H. Eckstein
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com

Jared W Kochenash
Matthew Barry Lunn
Robert F. Poppiti, Jr.
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
1000 N. King Street
Wilmington, DE 19801
jkochenash@ycst.com
mlunn@ycst.com
rpoppiti@ycst.com

*Counsel for Official Committee of Unsecured Creditors*

Aaron R. Cahn
CARTER LEDYARD & MILBURN LLP
28 Liberty Street, 41st Floor
New York, New York 10005
bankruptcy@clm.com

*Counsel for Pi-Crypto Ltd., Pi 1.0 LP and Cohen K Investments, Ltd.*

Mark Minuti
Monique B. DiSabatino
SAUL EWING LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com
monique.disabatino@saul.com

Peter A. Siddiqui (*pro hac vice*)
Ethan D. Trotz (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
peter.siddiqui@katten.com
ethan.trotz@katten.com

*Counsel for Pyth Data Association*

<u>*VIA ECF*</u>

Jacquelyn H. Choi
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
jacquelyn.choi@rimonlaw.com

Frederick Chang
RIMON, P.C.
506 2nd Ave., Suite 1400
Seattle, WA 98104
frederick.chang@rimonlaw.com

*Counsel for Creditor Bastion Worldwide Limited*

Shawn M. Christianson, Esq.
BUCHALTER, A PROFESSIONAL CORPORATION
425 Market Street, Suite 2900
San Francisco, California 94105-3493
schristianson@buchalter.com

Amish R. Doshi, Esq.
DOSHI LEGAL GROUP, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
amish@doshilegal.com

*Counsel for Oracle America, Inc.*

<u>*VIA FIRST CLASS MAIL*</u>

Laura L. McCloud
TN Dept of Financial Institutions
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

*Counsel for TN Dept of Financial Institutions*

<u>*VIA FIRST CLASS MAIL AND EMAIL*</u>

Internal Revenue Service
Centralized Insolvency Operation
2970 Mar
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

*Internal Revenue Service*

United States of America Attorney General
Attn: Bankruptcy Dept
U.S. Dept. of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

U.S. Department of Justice
Attn: Ward W. Benson
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
ward.w.benson@usdoj.gov

U.S. Department of Justice
Attn: Seth B. Shapiro
Civil Division
1100 L Street, NW, Room 7208
Washington, DC 20005
seth.shapiro@usdoj.gov

*U.S. Department of Justice*

4

U.S. Attorney for the District of Delaware
Attn: David C. Weiss, C/O Ellen Slights
1007 Orange St., Ste. 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

*U.S. Attorney's Office, District of Delaware*

| | |
|---|---|
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov | Securities & Exchange Commission, NY Office<br>Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission,<br>Philadelphia Office<br>Attn: Bankruptcy Dept.<br>One Penn Center<br>1617 JFK Blvd., Ste. 520<br>Philadelphia, PA 19103<br>secbankruptcy@sec.gov | |

*Securities & Exchange Commission*