## CERTIFICATE OF SERVICE

I, Michael Busenkell, hereby certify that on February 27, 2025 a copy of the *Declaration of David Patton in Support of Do Kwon's Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay* was served on the parties on the attached service list in the manner indicated.

Dated: February 27, 2025

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel: (302) 425-5812
mbusenkell@gsbblaw.com

Sean Hecker*
David Patton*
Michael Ferrara*
John C. Quinn*
Matthew Craig*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York, 10118
Tel: (212) 763-0883
shecker@heckerfink.com
dpatton@heckerfink.com
mferrara@heckerfink.com
jquinn@heckerfink.com
mcraig@heckerfink.com

Katherine Epstein*
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (212) 763-0883
kepstein@heckerfink.com

*Counsel for Movant Do Kwon*

* *pro hac vice* pending

1

## SERVICE LIST

### *VIA ECF AND EMAIL*

| | |
|---|---|
| Andrew G. Dietderich (*pro hac vice*) | Sascha Rand (*pro hac vice*) |
| Brian D. Glueckstein (*pro hac vice*) | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| James L. Bromley (*pro hac vice*) | 51 Madison Avenue, 22nd Floor |
| Christopher J. Dunne (*pro hac vice*) | New York, NY 10010 |
| Alexa J. Kranzley (*pro hac vice*) | sascharand@quinnemanuel.com |
| Benjamin S. Beller (*pro hac vice*) | |
| SULLIVAN & CROMWELL LLP | Anthony P Alden (*pro hac vice*) |
| 125 Broad Street | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| New York, NY 10004 | 865 S Figueroa St., 10th Floor |
| dietdericha@sullcrom.com | Los Angeles, CA 90017 |
| gluecksteinb@sullcrom.com | anthonyalden@quinnemanuel.com |
| bromleyj@sullcrom.com | |
| dunnec@sullcrom.com | Matthew R. Schieck (*pro hac vice*) |
| kranzleya@sullcrom.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| bellerb@sullcrom.com | 300 West 6th Street, Suite 2010 |
| | Austin, TX 78701 |
| Jacob M. Croke (*pro hac vice*) | matthewscheck@quinnemanuel.com |
| SULLIVAN & CROMWELL LLP | |
| 919 Market Street, Suite 1800 | Kimberly A. Brown |
| Wilmington, DE 19801 | Matthew R. Pierce |
| crokej@sullcrom.com | Matthew B. McGuire |
| | Adam G. Landis |
| Douglas Schneller | LANDIS RATH & COBB LLP |
| RIMON, P.C. | 919 N. Market Street, Suite 1800 |
| 245 Park Avenue, 39th Floor | PO Box 2087 |
| New York, NY 10167 | Wilmington, DE 19899 |
| douglas.schneller@rimonlaw.com | brown@lrclaw.com |
| | pierce@lrclaw.com |
| | mcguire@lrclaw.com |
| | landis@lrclaw.com |

*Counsel for the Debtors and Debtors-in-Possession*

Benjamin A. Hackman
Jonathan Lipshie
Joseph James McMahon, Jr.
Linda Richenderfer
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
jon.lipshie@usdoj.gov
joseph.mcmahon@usdoj.gov
Linda.Richenderfer@usdoj.gov

Luc A. Despins
Caroline Diaz
Erez Gilad
Kristopher M. Hansen
John F. Iaffaldano
Leonie C. Koch
Samantha Martin
Kenneth Pasquale
Gabriel Sasson
Isaac Sasson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
lucdespins@paulhastings.com
carolinediaz@paulhastings.com
erezgilad@paulhastings.com
krishansen@paulhastings.com
jackiaffaldano@paulhastings.com
leoniekoch@paulhastings.com
samanthamartin@paulhastings.com
kenpasquale@paulhastings.com
gabesasson@paulhastings.com
isaacsasson@paulhastings.com

David Gerardi
OFFICE OF THE UNITED STATES TRUSTEE
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102
David.Gerardi@usdoj.gov

*U.S. Trustee*

Frank A. Merola
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
frankmerola@paulhastings.com

Kenneth H. Eckstein
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com

Jared W Kochenash
Matthew Barry Lunn
Robert F. Poppiti, Jr.
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
1000 N. King Street
Wilmington, DE 19801
jkochenash@ycst.com
mlunn@ycst.com
rpoppiti@ycst.com

*Counsel for Official Committee of Unsecured Creditors*

Aaron R. Cahn
CARTER LEDYARD & MILBURN LLP
28 Liberty Street, 41st Floor
New York, New York 10005
bankruptcy@clm.com

*Counsel for Pi-Crypto Ltd., Pi 1.0 LP and Cohen K Investments, Ltd.*

3

| | |
|---|---|
| Mark Minuti | Peter A. Siddiqui (*pro hac vice*) |
| Monique B. DiSabatino | Ethan D. Trotz (*pro hac vice*) |
| SAUL EWING LLP | KATTEN MUCHIN ROSENMAN LLP |
| 1201 N. Market Street, Suite 2300 | 525 W. Monroe Street |
| P.O. Box 1266 | Chicago, IL 60661 |
| Wilmington, DE 19899 | peter.siddiqui@katten.com |
| mark.minuti@saul.com | ethan.trotz@katten.com |
| monique.disabatino@saul.com | |

*Counsel for Pyth Data Association*

### VIA ECF

| | |
|---|---|
| Jacquelyn H. Choi | Frederick Chang |
| RIMON, P.C. | RIMON, P.C. |
| 2029 Century Park East, Suite 400N | 506 2nd Ave., Suite 1400 |
| Los Angeles, CA 90067 | Seattle, WA 98104 |
| jacquelyn.choi@rimonlaw.com | frederick.chang@rimonlaw.com |

*Counsel for Creditor Bastion Worldwide Limited*

| | |
|---|---|
| Shawn M. Christianson, Esq. | Amish R. Doshi, Esq. |
| BUCHALTER, A PROFESSIONAL CORPORATION | DOSHI LEGAL GROUP, P.C. |
| 425 Market Street, Suite 2900 | 1979 Marcus Avenue, Suite 210E |
| San Francisco, California 94105-3493 | Lake Success, NY 11042 |
| schristianson@buchalter.com | amish@doshilegal.com |

*Counsel for Oracle America, Inc.*

### VIA FIRST CLASS MAIL

Laura L. McCloud
TN Dept of Financial Institutions
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

*Counsel for TN Dept of Financial Institutions*

### VIA FIRST CLASS MAIL AND EMAIL

| | |
|---|---|
| Internal Revenue Service | Internal Revenue Service |
| Centralized Insolvency Operation | Centralized Insolvency Operation |
| 2970 Mar | P.O. Box 7346 |
| Mail Stop 5-Q30.133 | Philadelphia, PA 19101-7346 |
| Philadelphia, PA 19104-5016 | |

*Internal Revenue Service*

United States of America Attorney General
Attn: Bankruptcy Dept
U.S. Dept. of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

U.S. Department of Justice
Attn: Ward W. Benson
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
ward.w.benson@usdoj.gov

U.S. Department of Justice
Attn: Seth B. Shapiro
Civil Division
1100 L Street, NW, Room 7208
Washington, DC 20005
seth.shapiro@usdoj.gov

*U.S. Department of Justice*

U.S. Attorney for the District of Delaware
Attn: David C. Weiss, C/O Ellen Slights
1007 Orange St., Ste. 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

*U.S. Attorney's Office, District of Delaware*

Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549
secbankruptcy@sec.gov

Securities & Exchange Commission,
Philadelphia Office
Attn: Bankruptcy Dept.
One Penn Center
1617 JFK Blvd., Ste. 520
Philadelphia, PA 19103
secbankruptcy@sec.gov

Securities & Exchange Commission, NY Office
Attn: Bankruptcy Dept.
Brookfield Place
200 Vesey Street, Ste. 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov

*Securities & Exchange Commission*