UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  
Chapter 11

Case No. 22-11068 (JTD)

Debtor: FTX TRADING LTD., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Matthew J. Craig to represent Do Kwon in this action.

Dated: February 28, 2025

/s/ Michael Busenkell
Michael Busenkell (DE 3933)
Firm Name: Gellert Seitz Busenkell & Brown, LLC
Address: 1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5812
Email: mbusenkell@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: February 28, 2025

Firm Name: Hecker Fink LLP
Address: 350 Fifth Avenue, 63rd Floor
New York, NY 10118
Phone: (212) 763-0883
Email: mcraig@heckerfink.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105