To: The Honorable John T. Dorsey  
Presiding Judge,  
FTX Trading LTD verses Debtors  
Case No. 22-11068 (JTD)  
Ref Nos. 28225 & 29350  

From: Stephen O Gifford  
1391 Martin Rd  
Hood River, Or. 97031  

Ref: Case 22-11068-JTD   Doc 29464   Filed 02/03/2025 SRF 85850  

February 20, 2025



Your honor, I object to the exclusion of claimants who are not able to substantiate their claims.

I invested about $40.000.00, part of which was a loan of $35,000.00 into FTX trading. Along with some friends, my investment grew to $140,189.00. I was in the process of making a withdrawal to pay off my loan when FTX declared their bankruptcy. I had the previous month drawn out $1000.00 to make a loan payment.

About three months after the bankruptcy declaration, I lost access to my account. I was checking on the status of the bankruptcy, and my account on a regular basis, when all of a sudden, my password stopped working. I could no longer check on my account, or the status of the bankruptcy.

Later, I received a notification from Kroll, and have received and continued to receive notices from Kroll both by email and by USPS of all actions ongoing with the bankruptcy. My problem being, is that they can't find my account information. It is very strange that they have my email address and my mailing address, but, they can't find my account information. As an 80 year old retiree, I may be a small investor, but I also can't afford to just lose my $40,000.00 or the investment growth.

I have three screen shots, taken from my phone, that I have forwarded to Kroll, showing my account, and FTX's/Kroll's reply when I tried to withdraw funds when FTX first declared bankruptcy, and I will include these screen shots with my petition to not have my claim excluded, but actually considered in this bankruptcy proceeding.

Again, it is interesting that they can't find my account information, but, have both my email address and my home address to mail me notices and information. How can you have one but not the other unless the account information has been deleted.

Sincerely

Stephen O Gifford

*Stephen O Gifford*

CC: Kroll Restructuring Administration



| | |
|---|---|
| From | Stephen Gifford • sogifford12@gmail.com |
| To | FTX Info • FTXInfo@ra.kroll.com |
| Date | Sep 21, 2023, 11:21 AM |

View security details

Last year, 2022, I created an FTX account, funded with personal and borrowed money.

After FTX declared bankruptcy, I was able to access my account until a couple of months ago.

Now my account says unable to login do to invalid login or password.

Same login and password that I used for months.

Are they trying to block me from filing a claim?

Stephen Gifford
1 503 901 1458 pacific time
Sogifford12@gmail.com

Hide quoted text

On Thu, Sep 21, 2023, 11:03 AM FTX Info





