# **EXHIBIT B**

{1368.003-W0080219.}

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Lowery,Kristie L | National Partner/Principal | 6/18/2024 | Ground Transportation | Parking in Charlotte, NC for 3 days from 6/18/2024 to 6/21/2024 for for FTX client meeting with Kathryn Schultea (FTX) on open employment tax bankruptcy related items and annual Tax Summit. | 128.00 |
| Bailey,Doug | Partner/Principal | 6/4/2024 | Airfare | Airfare-American airlines-Round trip-6/4/2024-6/6/2024-Charlotte, NC to New York, NY, for In person client meetings to discuss current client engagements. | 828.01 |
| Bailey,Doug | Partner/Principal | 6/4/2024 | Lodging | Hotel - Courtyard By Marriott in New York, NY from 6/4/2024 to 6/6/2024 for 2 nights for client meetings to discuss current client engagements. | 1,050.00 |
| Bailey,Doug | Partner/Principal | 6/4/2024 | Ground Transportation | Parking in Charlotte, NC for 2 days from 6/4/2024 to 6/6/2024 for client meetings to discuss engagements. | 145.00 |
| Bailey,Doug | Partner/Principal | 6/4/2024 | Ground Transportation | Taxi on 6/4/2024 from Airport to EY 1MW Office in New York, NY for In person client meeting to discuss International Tax Issues. | 244.08 |
| Bailey,Doug | Partner/Principal | 6/6/2024 | Ground Transportation | Taxi on 6/6/2024 from NYC Hotel to LGA Airport in New York, NY for In person client meetings to discuss International Tax Issues. | 167.06 |
| Tax Analyzer for Digital Assets | | 6/1/2024 | Technology Support | Digital Asset supplementary data for calculation of FTX entity 2024 capital gains / losses | 12,000.00 |
| IT Data Cost | | 6/30/2024 | IT Data | IT Data Hosting Cost covering the period June 1-30, 2024 | 63,455.00 |
| Cyprus | | 6/30/2024 | VAT | Value Added Tax - Cyprus for June 2024 | 401.15 |
| | | | | | |
| **Total** | | | | | **$ 78,418.30** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**