# **EXHIBIT B**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Shea JR,Thomas M | Partner/Principal | 7/8/2024 | Airfare | Airfare-United-Round trip-7/8/2024-7/10/2024-Newark, NJ to Charlotte, NC, for In person meeting to work through digital asset gain/loss calculations for post-bankruptcy activity | 418.82 |
| Shea JR,Thomas M | Partner/Principal | 7/8/2024 | Meals | Out of town Dinner in Charlotte on 7/8/2024 for self and D.Gorman (EY),  for In person dinner with EY team member to debrief on meeting attended in person that day. | 100.00 |
| Shea JR,Thomas M | Partner/Principal | 7/8/2024 | Lodging | Hotel - Charlotte City Center Marriott in Charlotte, NC from 7/8/2024 to 7/10/2024 for 2 nights for Hotel stay while attending in person meetings in Charlotte for FTX | 450.00 |
| Shea JR,Thomas M | Partner/Principal | 7/8/2024 | Ground Transportation | Taxi on 7/8/2024 from airport to hotel in Charlotte , NC for in-person meetings to walk through digital asset gain/loss calculations for post-bankruptcy activity | 46.35 |
| Shea JR,Thomas M | Partner/Principal | 7/10/2024 | Meals | Out of town Breakfast in Charlotte on 7/10/2024 for self for for in person meetings with engagement team to discuss digital asset gain/loss calculation for post-bankruptcy activity | 25.00 |
| Shea JR,Thomas M | Partner/Principal | 7/10/2024 | Ground Transportation | Taxi on 7/10/2024 from hotel to airport in Charlotte , NC for travel home after in person meetings with engagement team to discuss post-bankruptcy activity | 34.91 |
| Berman,Jake | Senior Manager | 7/8/2024 | Airfare | Airfare-American Airlines-Round trip-7/8/2024-7/10/2024-New York, NY to Charlotte, NC, for  in-person meetings to discuss digital tax asset calculation | 453.23 |
| Berman,Jake | Senior Manager | 7/8/2024 | Meals | Out of town Dinner in New York on 7/8/2024 for self for Dinner on Travel Day at Airport for flight to Charlotte for in-person meetings to discuss digital asset calculations | 48.26 |
| Berman,Jake | Senior Manager | 7/8/2024 | Lodging | Hotel - Marriott Hotel in Charlotte, NC from 7/8/2024 to 7/10/2024 for 2 nights for For in-person meetings to discuss digital tax asset calculation. | 480.08 |
| Berman,Jake | Senior Manager | 7/8/2024 | Ground Transportation | Taxi on 7/8/2024 from Charlotte Airport to Mariott Hotel in Charlotte , NC for For in-person meetings to discuss digital tax asset calculation. | 36.35 |
| Berman,Jake | Senior Manager | 7/8/2024 | Ground Transportation | Taxi on 7/8/2024 from Westbury, NY to LaGuardia Airpot in Queens , NY for For in-person meetings to discuss digital tax asset calculation. | 87.53 |
| Berman,Jake | Senior Manager | 7/10/2024 | Ground Transportation | Taxi on 7/10/2024 from EY Charlotte Office to Charlotte Airport in Charlotte , NC for For in-person meetings to discuss digital tax asset calculation. | 26.57 |
| Berman,Jake | Senior Manager | 7/10/2024 | Ground Transportation | Taxi on 7/10/2024 from LGA Airport to Home in Westbury , NY for For in-person meetings to discuss digital tax asset calculation. | 114.05 |
| Berman,Jake | Senior Manager | 7/15/2024 | Meals | Over time Dinner in NY on 7/15/2024 for self for OT Meal after working late on Q3 tax estimate workpapers. | 20.00 |
| Berman,Jake | Senior Manager | 7/17/2024 | Meals | Over time Dinner in New York on 7/17/2024 for self for OT Meal -working late on digital tax asset calculation | 20.00 |
| Berman,Jake | Senior Manager | 7/23/2024 | Meals | Over time Dinner in New York on 7/23/2024 for self for  working late on digital tax asset calculation | 20.00 |
| Berman,Jake | Senior Manager | 7/30/2024 | Meals | Over time Dinner in NY on 7/30/2024 for self for OT Meal - working late on tax return workpaper review | 20.00 |
| Mistler,Brian M | Senior Manager | 7/8/2024 | Airfare | Airfare-American Airlines-Round trip-7/8/2024-7/10/2024-Phoenix, AZ to Charlotte, NC, for in-person digital asset work sessions for 2023 returns | 908.60 |
| Mistler,Brian M | Senior Manager | 7/8/2024 | Meals | Out of town Lunch in Dallas on 7/8/2024 for self for in-person digital asset working sessions for tax returns. | 20.86 |
| Mistler,Brian M | Senior Manager | 7/8/2024 | Lodging | Hotel - Doubletree Charlotte City Center in Charlotte, NC from 7/8/2024 to 7/10/2024 for 2 nights for Digital asset tax working sessions for upcoming tax return deadlines. | 446.01 |
| Mistler,Brian M | Senior Manager | 7/8/2024 | Ground Transportation | Parking in Phoenix, AZ for 2 days from 7/8/2024 to 7/10/2024 for Digital asset tax working sessions in Charlotte to prepare for 2023 taxes. | 42.00 |
| Mistler,Brian M | Senior Manager | 7/8/2024 | Ground Transportation | Taxi on 7/8/2024 from Airport to Hotel in Charlotte , NC for Digital asset tax working sessions in Charlotte to prepare for 2023 taxes. | 34.94 |
| Mistler,Brian M | Senior Manager | 7/9/2024 | Meals | Out of town Breakfast in Charlotte on 7/9/2024 for self for Digital asset tax working sessions for upcoming tax return deadlines. | 18.12 |
| Mistler,Brian M | Senior Manager | 7/10/2024 | Meals | Out of town Breakfast in Charlotte on 7/10/2024 for self for during in-person team meetings for tax working sessions. | 20.00 |
| Mistler,Brian M | Senior Manager | 7/10/2024 | Meals | Out of town Lunch in Charlotte on 7/10/2024 for self and M.Porto (EY), D.Gorman (EY), T.Shea (EY),  for Out of town working lunch | 102.11 |
| Mistler,Brian M | Senior Manager | 7/10/2024 | Ground Transportation | Taxi on 7/10/2024 from Office to Airport in Charlotte , NC for Digital asset tax working sessions in Charlotte to prepare for 2023 taxes. | 34.21 |
| Mistler,Brian M | Senior Manager | 7/22/2024 | Airfare | Airfare-United Airlines-Round trip-7/22/2024-7/26/2024-Phoenix, AZ to Newark, NJ, for 2023 tax return work sessions to prepare tax filings for tax deadlines. | 585.23 |
| Mistler,Brian M | Senior Manager | 7/22/2024 | Airfare | AirFare-United Airlines-Round trip-7/22/2024-7/26/2024-Phoenix, AZ to Newark, NJ, for Roundtrip airfare to New York for meetings and working sessions to prepare 2023 tax return filings. | 4.00 |
| Mistler,Brian M | Senior Manager | 7/22/2024 | Meals | Out of town Dinner in New York on 7/22/2024 for self for 2023 tax return work sessions to prepare tax filings for tax deadlines. | 23.20 |
| Mistler,Brian M | Senior Manager | 7/22/2024 | Meals | Out of town Lunch in Newark on 7/22/2024 for self for 2023 tax return work sessions to prepare tax filings for tax deadlines. | 11.40 |
| Mistler,Brian M | Senior Manager | 7/22/2024 | Lodging | Hotel - Motto Hilton New York Chelsea in New York, NY from 7/22/2024 to 7/26/2024 for 4 nights for in-person working sessions with engagement team to prepare 2023 tax returns in advance of filing deadlines. | 1,508.06 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Mistler,Brian M | Senior Manager | 7/22/2024 | Ground Transportation | Taxi in Newark, NJ on 7/22/2024 from Airport to Hotel in New York , NY for Taxi from airport while traveling to New York for 2023 tax return work sessions. | 70.64 |
| Mistler,Brian M | Senior Manager | 7/23/2024 | Meals | Out of town Dinner in New York on 7/23/2024 for self for 2023 tax return work sessions to prepare tax filings for tax deadlines. | 20.53 |
| Mistler,Brian M | Senior Manager | 7/24/2024 | Meals | Out of town Lunch in New York on 7/24/2024 for self for 2023 tax return work sessions to prepare tax filings for tax deadlines. | 12.51 |
| Mistler,Brian M | Senior Manager | 7/25/2024 | Meals | Out of town Dinner in New York on 7/25/2024 for self for 2023 tax return work sessions to prepare 2023 tax returns in advance of filing deadlines. | 33.75 |
| Mistler,Brian M | Senior Manager | 7/26/2024 | Airfare | AirFare-United Airlines-One way-7/26/2024-7/26/2024-Newark, NJ to Phoenix, AZ, for Flight change (change of return date due to Friday meetings) on roundtrip airfare from Phoenix, AZ to Newark, NJ for meetings to prepare tax returns in advance of filing deadlines. | 23.76 |
| Mistler,Brian M | Senior Manager | 7/26/2024 | Meals | Out of town Lunch in New York on 7/26/2024 for self for 2023 tax return work sessions to prepare tax filings for tax deadlines. | 19.87 |
| Mistler,Brian M | Senior Manager | 7/26/2024 | Ground Transportation | Taxi on 7/26/2024 from Hotel to Airport in Newark , NJ for 2023 tax return work sessions to prepare tax filings for tax deadlines. | 107.31 |
| Gorman,Doug | Manager | 7/8/2024 | Airfare | Airfare-American-Round trip-7/8/2024-7/10/2024-Phoenix, AZ to Charlotte, NC, for Expense during client workshops to discuss FTX entity crypto tax calculation - airfare | 1,299.95 |
| Gorman,Doug | Manager | 7/8/2024 | Meals | Out of town Lunch in Charlotte on 7/8/2024 for self for client workshops to discuss FTX entity crypto tax calculation | 19.00 |
| Gorman,Doug | Manager | 7/8/2024 | Meals | Out of town Lunch in Charlotte on 7/8/2024 for self for in-person meetings with engagement team to discuss FTX entity crypto tax calculation | 28.00 |
| Gorman,Doug | Manager | 7/8/2024 | Lodging | Hotel - Charlotte Marriott in Charlotte, NC from 7/8/2024 to 7/10/2024 for 2 nights for Expense during client workshops to discuss FTX entity crypto tax calculation - hotel | 553.20 |
| Gorman,Doug | Manager | 7/8/2024 | Ground Transportation | Taxi on 7/8/2024 from Airport to Hotel in Charlotte , NC for client workshops to discuss FTX entity crypto tax calculation | 55.63 |
| Gorman,Doug | Manager | 7/8/2024 | Ground Transportation | Taxi on 7/8/2024 from Home to Airport in Phoenix , AZ for Expense during client workshops to discuss FTX entity crypto tax calculation - taxi | 70.09 |
| Gorman,Doug | Manager | 7/9/2024 | Meals | Out of town Dinner in Charlotte on 7/9/2024 for self for client workshops to discuss FTX entity crypto tax calculation | 29.25 |
| Gorman,Doug | Manager | 7/9/2024 | Meals | Out of town Lunch in Charlotte on 7/9/2024 for self for client workshops to discuss FTX entity crypto tax calculation | 18.33 |
| Gorman,Doug | Manager | 7/9/2024 | Meals | Out of town Lunch in Charlotte on 7/9/2024 for self for Meal expense | 30.26 |
| Gorman,Doug | Manager | 7/10/2024 | Meals | Out of town Dinner in Phoenix on 7/10/2024 for self for Expense during client workshops to discuss FTX entity crypto tax calculation - meal | 20.62 |
| Gorman,Doug | Manager | 7/10/2024 | Meals | Out of town Dinner in Phoenix on 7/10/2024 for self for For client workshops to discuss FTX entity crypto tax calculation | 38.58 |
| Gorman,Doug | Manager | 7/10/2024 | Meals | Out of town Lunch in Charlotte on 7/10/2024 for self for Expense during client workshops to discuss FTX entity crypto tax calculation - meal | 24.86 |
| Gorman,Doug | Manager | 7/10/2024 | Ground Transportation | Taxi on 7/10/2024 from Airport to Home in Phoenix , AZ for Expense during client workshops to discuss FTX entity crypto tax calculation - taxi | 45.90 |
| Gorman,Doug | Manager | 7/10/2024 | Ground Transportation | Taxi on 7/10/2024 from Office to Airport in Charlotte , NC for Expense during client workshops to discuss FTX entity crypto tax calculation - taxi | 78.23 |
| Gorman,Doug | Manager | 7/16/2024 | Meals | Over time Dinner in Phoenix on 7/16/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 20.00 |
| Gorman,Doug | Manager | 7/22/2024 | Meals | Over time Dinner in Phoenix on 7/22/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 20.00 |
| Gorman,Doug | Manager | 7/24/2024 | Meals | Over time Dinner in Phoenix on 7/24/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 16.13 |
| Gorman,Doug | Manager | 7/25/2024 | Meals | Over time Dinner in Phoenix on 7/25/2024 for self for overtime incurred for calculation of FTX entity crypto tax | 17.37 |
| Gorman,Doug | Manager | 7/29/2024 | Meals | Over time Dinner in Phoenix on 7/29/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 20.00 |
| Gorman,Doug | Manager | 7/30/2024 | Meals | Over time Dinner in Phoenix on 7/30/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 28.68 |
| Gorman,Doug | Manager | 7/31/2024 | Meals | Over time Dinner in Phoenix on 7/31/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 20.00 |
| Huang,Ricki | Senior | 7/22/2024 | Meals | Out of town Lunch in NEW YORK on 7/22/2024 for self and J.Berman (EY), A.Karan (EY), J.Mensah (EY), C.Feliciano (EY), B.Mistler (EY),  for for in-person meetings with engagement team to discuss tax calculations | 89.22 |
| Huang,Ricki | Senior | 7/22/2024 | Lodging | Hotel - AC Hotel in New York, NY from 7/22/2024 to 7/26/2024 for 4 nights for for client meetings and working sessions. | 1,381.84 |
| Huang,Ricki | Senior | 7/22/2024 | Ground Transportation | Parking in Jersey City, NJ for 10 days from 7/22/2024 to 8/1/2024 for for in person meetings | 68.10 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Huang,Ricki | Senior | 7/22/2024 | Ground Transportation | Taxi on 7/22/2024 from Train Station Parking to Office in new york , NY for in person meetings for client work | 43.74 |
| Huang,Ricki | Senior | 7/23/2024 | Meals | Out of town Dinner in NEW YORK on 7/23/2024 for self for for in-person meetings with engagement team to discuss tax calculations | 67.25 |
| Huang,Ricki | Senior | 7/24/2024 | Meals | Out of town Breakfast in NEW YORK on 7/24/2024 for self and M.Zhuo (EY),  for for in-person meetings with engagement team to discuss tax calculations | 12.52 |
| Huang,Ricki | Senior | 7/24/2024 | Meals | Out of town Lunch in new york on 7/24/2024 for self and A.Karan (EY), B.Mistler (EY), J.Berman (EY), J.Mensah (EY), C.Feliciano (EY),  for for in-person team meetings | 107.72 |
| Huang,Ricki | Senior | 7/24/2024 | Meals | Out of town Lunch in NEW YRK on 7/24/2024 for self and A.Karan (EY),  for for in-person meetings with engagement team to discuss tax calculations | 13.01 |
| Huang,Ricki | Senior | 7/25/2024 | Meals | Out of town Breakfast in NEW YORK on 7/25/2024 for self for for in-person meetings with engagement team to discuss tax calculations | 6.70 |
| Huang,Ricki | Senior | 7/25/2024 | Meals | Out of town Dinner in NEW YORK on 7/25/2024 for self and A.Karan (EY), C.Feliciano (EY),  for for in-person meetings with engagement team to discuss tax calculations | 45.76 |
| Huang,Ricki | Senior | 7/25/2024 | Meals | Out of town Dinner in new york on 7/25/2024 for self for for in-person meetings with engagement team to discuss tax calculations | 70.00 |
| Huang,Ricki | Senior | 7/26/2024 | Meals | Out of town Lunch in New York on 7/26/2024 for self and T.Shea (EY), A.Karan (EY), C.Feliciano (EY),  for for in-person meetings with engagement team to discuss tax calculations | 105.60 |
| Huang,Ricki | Senior | 7/26/2024 | Lodging | Hotel - Moxy in Brooklyn, NY from 7/26/2024 to 7/27/2024 for 1 nights for for client meetings and working sessions. | 359.22 |
| Huang,Ricki | Senior | 7/30/2024 | Meals | Out of town Dinner in BOSTON on 7/30/2024 for self for for in-person meetings with engagement team to discuss tax calculations | 9.36 |
| Tax Analyzer for Digital Assets | | 7/31/2024 | Technology Support | Tax Analyzer for Digital Assets (TADA): calculation of FTX entity 2024 capital gains / losses | 4,707.24 |
| IT Data Cost | | 7/31/2024 | IT Data | IT Data Hosting Cost covering the period July 1-31, 2024 | 86,134.00 |
| Cyprus | | 7/31/2024 | VAT | Value Added Tax - Cyprus for July 2024 | 317.70 |
| | | | | | |
| **Total** | | | | | **$ 102,441.32** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**