# EXHIBIT B

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Berman,Jake | Senior Manager | 8/1/2024 | Meals | Over time Dinner in NY on 8/1/2024 for self for OT Meal working late on tax return workpaper review - limited to $30 | 20.00 |
| Gorman,Doug | Manager | 8/1/2024 | Meals | Over time Dinner in Phoenix on 8/1/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 20.00 |
| Gorman,Doug | Manager | 8/2/2024 | Meals | Over time Dinner in Phoenix on 8/2/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 20.00 |
| Huang,Ricki | Senior | 8/2/2024 | Airfare | Airfare-AMTRAK-Round trip-8/2/2024-8/9/2024-BOSTON, MA to NEW YORK, NY, for Amtrak - Round trip - 08/01/24 – 08/09/24 – Boston MA to New York, NY, to meet with Team to work on Tax Calculations | 4.00 |
| Huang,Ricki | Senior | 8/2/2024 | Meals | Out of town Breakfast in NEW YORK on 8/2/2024 for self for for in-person meetings with engagement team to discuss tax calculations | 10.29 |
| Huang,Ricki | Senior | 8/2/2024 | Ground Transportation | Airfare-AMTRAK-Round trip-8/2/2024-8/9/2024-BOSTON, MA to NEW YORK, NY, for to meet with Team to work on Tax Calculations | 244.20 |
| Huang,Ricki | Senior | 8/4/2024 | Lodging | Hotel - SpringHill Suites in New York, NY from 8/4/2024 to 8/9/2024 for 5 nights for for client meetings and working sessions. | 1,488.19 |
| Mensah,Josephine | Staff | 8/4/2024 | Ground Transportation | Rental Car in New York City, NY for 1 day from 8/4/2024 to 8/4/2024 for Mileage for the return trip after travel to EY's New York City Office for in-person team meetings to discuss the federal compliance, returns preparations leading up the August 15 filing deadline. | 154.77 |
| Mistler,Brian M | Senior Manager | 8/5/2024 | Airfare | Airfare-United Airlines-One way-8/5/2024-8/5/2024-Denver, CO to Newark, NY, for for in-person meetings and work sessions with engagement team to finalize 2023 tax returns and technical issues in advance of filing deadlines. | 232.16 |
| Mistler,Brian M | Senior Manager | 8/5/2024 | Meals | Out of town Dinner in New York on 8/5/2024 for self for Dinner out of town while traveling to New York to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 17.30 |
| Mistler,Brian M | Senior Manager | 8/5/2024 | Meals | Out of town Lunch in Denver on 8/5/2024 for self for Lunch out of town while traveling to New York to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 17.42 |
| Mistler,Brian M | Senior Manager | 8/5/2024 | Lodging | Hotel - Hilton Martinique New York in New York, NY from 8/5/2024 to 8/9/2024 for 4 nights for Meetings and meetings and work sessions to finalize 2023 tax returns and technical issues in advance of filing deadlines. | 1,478.20 |
| Mistler,Brian M | Senior Manager | 8/5/2024 | Ground Transportation | Taxi on 8/5/2024 from Airport to Hotel in New York , NY for travel while in New York to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 67.93 |
| Gorman,Doug | Manager | 8/5/2024 | Meals | Over time Dinner in Phoenix on 8/5/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 20.00 |
| Mistler,Brian M | Senior Manager | 8/6/2024 | Meals | Out of town Dinner in New York on 8/6/2024 for self for while traveling to New York to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 21.05 |
| Berman,Jake | Senior Manager | 8/7/2024 | Meals | Over time Dinner in New York on 8/7/2024 for self for OT Work - limited to $30 per EY policy | 20.00 |
| Mistler,Brian M | Senior Manager | 8/7/2024 | Meals | Out of town Dinner in New York on 8/7/2024 for self for Out of town dinner while traveling to New York to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 26.59 |
| Mistler,Brian M | Senior Manager | 8/7/2024 | Meals | Out of town Lunch in New York on 8/7/2024 for self and A.Karan, C.Tong, C.Feliciano, J.Berman, R.Huang for Working lunch while in to New York to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 123.45 |
| Gorman,Doug | Manager | 8/7/2024 | Meals | Over time Dinner in Phoenix on 8/7/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 24.67 |
| Mistler,Brian M | Senior Manager | 8/8/2024 | Meals | Out of town Breakfast in New York on 8/8/2024 for self for Meetings and work sessions to finalize 2023 tax returns and technical issues in advance of filing deadlines. | 21.93 |
| Mistler,Brian M | Senior Manager | 8/8/2024 | Meals | Out of town Dinner in New York on 8/8/2024 for self for in-person meetings with engagement team to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 41.37 |
| Gorman,Doug | Manager | 8/8/2024 | Meals | Over time Dinner in Phoenix on 8/8/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 10.70 |
| Yeom,Sunny | Senior | 8/8/2024 | Meals | Over time Dinner in Irvine on 8/8/2024 for self for working late on tax technology workstream using Databricks and Power BI to meet the deliverable deadline. | 20.00 |
| Mistler,Brian M | Senior Manager | 8/9/2024 | Airfare | Airfare-United Airlines-One way-8/9/2024-8/9/2024-New York, NY to Phoenix, AZ, for Meetings and work sessions to finalize 2023 tax returns and technical issues in advance of filing deadlines. | 251.75 |
| Mistler,Brian M | Senior Manager | 8/9/2024 | Meals | Out of town Breakfast in New York on 8/9/2024 for self for Out of town breakfast while traveling to New York to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 17.35 |
| Mistler,Brian M | Senior Manager | 8/9/2024 | Meals | Out of town Lunch in New York on 8/9/2024 for self for Out of town lunch while traveling to New York to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 21.49 |

| Name | Title | Date | Category | Description | Amount |
|---|---|---|---|---|---|
| Mistler,Brian M | Senior Manager | 8/9/2024 | Ground Transportation | Taxi on 8/9/2024 from Airport to Home in Phoneix , AZ for in-person meetings with engagement team to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 23.99 |
| Mistler,Brian M | Senior Manager | 8/9/2024 | Ground Transportation | Taxi on 8/9/2024 from Office to Airport in New York , NY for Meetings to finalize 2023 tax returns and tax technical issues in advance of filing deadline. | 71.95 |
| Gorman,Doug | Manager | 8/9/2024 | Meals | Over time Dinner in Phoenix on 8/9/2024 for self for Meal charged during overtime incurred for calculation of FTX entity crypto tax | 20.00 |
| Huang,Ricki | Senior | 8/9/2024 | Meals | Out of town Lunch in NEW YORK on 8/9/2024 for self and C.Feliciano (EY), J.Berman (EY), J.Mensah (EY), for for in-person meetings with engagement team to discuss tax calculations | 97.92 |
| Huang,Ricki | Senior | 8/9/2024 | Ground Transportation | Taxi on 8/9/2024 from Back Bay to Home in boston , MA for in person meeting in NYC  for tax calculations | 20.99 |
| Berman,Jake | Senior Manager | 8/12/2024 | Meals | Over time Dinner in New York on 8/12/2024 for self for OT Meal - limited to $30 - charged day after on receipt | 20.00 |
| Huang,Ricki | Senior | 8/13/2024 | Ground Transportation | Taxi on 8/13/2024 from office to Home in boston , MA for for in person meetings for tax calculations | 21.87 |
| Berman,Jake | Senior Manager | 8/14/2024 | Meals | Over time Dinner in New York on 8/14/2024 for self for OT Meal - limited to $30 | 20.00 |
| He,Ileana | Senior | 8/14/2024 | Meals | Over time Dinner in Elmhurst on 8/14/2024 for self for Overtime meal | 18.00 |
| Liu,Ke | Senior | 8/14/2024 | Meals | Over time Dinner in HARRISON on 8/14/2024 for self for Over time dinner in New Jersey working on efiling XML for paper bird and Alameda - on 8/14/24 - self (Ke Liu) | 18.57 |
| Huang,Ricki | Senior | 8/20/2024 | Meals | Over time Dinner in Boston on 8/20/2024 for self for  for in person team meetings discuss tax calculation | 20.00 |
| Bailey,Doug | Partner/Principal | 8/25/2024 | Airfare | Airfare-American Airlines-Round trip-8/25/2024-8/29/2024-Charlotte, NC to New York, NY, for In person client meetings to discuss engagements. | 538.80 |
| Bailey,Doug | Partner/Principal | 8/25/2024 | Lodging | Hotel - Courtyard By Marriott in New York, NY from 8/25/2024 to 8/29/2024 for 4 nights for In person client meetings to discuss current engagements. | 1,157.82 |
| Bailey,Doug | Partner/Principal | 8/25/2024 | Ground Transportation | Parking in Charlotte, NC for 4 days from 8/25/2024 to 8/29/2024 for In person client meetings to discuss current engagements. | 180.00 |
| Bailey,Doug | Partner/Principal | 8/25/2024 | Ground Transportation | Taxi on 8/25/2024 from LGA Airport to NY Hotel in New York , NY for In person client meetings to discuss engagements. | 141.20 |
| Massengill,Clint | Managing Director | 8/26/2024 | Lodging | Hotel - Fairfield Inn in New York City, NY from 8/26/2024 to 8/27/2024 for 1 nights for In-person meeting with advisors from several firms to discuss technical tax issues. | 314.02 |
| Massengill,Clint | Managing Director | 8/26/2024 | Ground Transportation | Train on 8/26/2024 from EY Office to home in Hudson  , NY for Return home from in-person meeting with advisors from several firms to discuss technical tax issues. | 63.00 |
| Massengill,Clint | Managing Director | 8/26/2024 | Ground Transportation | Train on 8/26/2024 from home to EY Office in New York City , NY for In person meeting with advisors from multiple firms to discuss technical tax issues. | 63.00 |
| Massengill,Clint | Managing Director | 8/26/2024 | Ground Transportation | Train on 8/26/2024 from Home to EY's Manhattan Office in New York , NY for Travel to in-person meeting involving multiple advisors | 4.00 |
| Hammon,David Lane | Senior Manager | 8/27/2024 | Airfare | Airfare-United Airlines-Round trip-8/27/2024-8/29/2024-Cleveland, OH to Newark, NJ, for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 185.52 |
| Hammon,David Lane | Senior Manager | 8/27/2024 | Meals | Out of town Dinner in Cleveland on 8/27/2024 for self for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 5.49 |
| Hammon,David Lane | Senior Manager | 8/27/2024 | Meals | Out of town Dinner in New York on 8/27/2024 for self for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 45.19 |
| Hammon,David Lane | Senior Manager | 8/27/2024 | Lodging | Hotel - Motto by Hilton in New York , NY from 8/27/2024 to 8/29/2024 for 2 nights for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 617.45 |
| Hammon,David Lane | Senior Manager | 8/27/2024 | Ground Transportation | Taxi on 8/27/2024 from Airport to Hotel in New York , NY for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 72.06 |
| Hammon,David Lane | Senior Manager | 8/27/2024 | Ground Transportation | Taxi on 8/27/2024 from Apartment to Airport in Cleveland , OH for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 33.78 |
| Hammon,David Lane | Senior Manager | 8/27/2024 | Ground Transportation | Taxi on 8/27/2024 from Apartmet to Airport in Cleveland , OH for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 5.06 |
| Hammon,David Lane | Senior Manager | 8/28/2024 | Meals | Out of town Breakfast in New York on 8/28/2024 for self for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 11.53 |
| Hammon,David Lane | Senior Manager | 8/28/2024 | Meals | Out of town Lunch in New York on 8/28/2024 for self for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 22.05 |
| Hammon,David Lane | Senior Manager | 8/28/2024 | Ground Transportation | Taxi on 8/28/2024 from Dinner to Hotel in New York , NY for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 41.09 |
| Hammon,David Lane | Senior Manager | 8/28/2024 | Ground Transportation | Taxi on 8/28/2024 from Hotel to Dinner in New York , NY for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 43.63 |
| Hammon,David Lane | Senior Manager | 8/28/2024 | Ground Transportation | Taxi on 8/28/2024 from Hotel to Office in New York , NY for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 16.88 |
| Gorman,Doug | Manager | 8/28/2024 | Meals | Out of town Breakfast in Seattle on 8/28/2024 for self for Meal during travel for in-personal meetings with engagement team to discuss FTX entity crypto tax compliance | 14.50 |
| Gorman,Doug | Manager | 8/28/2024 | Meals | Out of town Dinner in New York on 8/28/2024 for self for Meal for in-personal meetings with engagement team to discuss FTX entity crypto tax compliance | 40.94 |

| Name | Title | Date | Category | Description | Amount |
|---|---|---|---|---|---|
| Gorman,Doug | Manager | 8/28/2024 | Meals | Out of town Lunch in New York on 8/28/2024 for self for Meal for in-personal meetings with engagement team to discuss FTX entity crypto tax compliance | 15.00 |
| Gorman,Doug | Manager | 8/28/2024 | Lodging | Hotel - Renaissance in New York, NY from 8/28/2024 to 8/29/2024 for 1 nights for Hotel during travel for in-person meetings with engagement team to discuss FTX entity crypto tax compliance | 313.07 |
| Gorman,Doug | Manager | 8/28/2024 | Ground Transportation | Taxi on 8/28/2024 from Dinner to Hotel in New York , NY for Taxi during travel for in-person meetings with engagement team to discuss FTX entity crypto tax compliance | 53.07 |
| Gorman,Doug | Manager | 8/28/2024 | Ground Transportation | Taxi on 8/28/2024 from Office to Airport in Newark , NJ for Taxi during travel for in-person meetings with engagement team to discuss FTX entity crypto tax compliance | 155.37 |
| Huang,Ricki | Senior | 8/28/2024 | Ground Transportation | Parking in NEW YORK, NY for 1 day from 8/28/2024 to 8/28/2024 for Parking in New York, NY for in person meetings to discuss tax calculation | 40.00 |
| Huang,Ricki | Senior | 8/28/2024 | Ground Transportation | Taxi on 8/28/2024 from 1MW to 86th ST Event Location in NEW YORK , NY for to meet with client for in person meetings | 31.91 |
| Bailey,Doug | Partner/Principal | 8/29/2024 | Ground Transportation | Taxi on 8/29/2024 from NY Hotel to LGA Airport in New York , NY for In person client meetings to discuss current engagements. | 160.32 |
| Hammon,David Lane | Senior Manager | 8/29/2024 | Meals | Out of town Breakfast in New York on 8/29/2024 for self for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 10.16 |
| Hammon,David Lane | Senior Manager | 8/29/2024 | Meals | Out of town Dinner in Newark on 8/29/2024 for self for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 50.00 |
| Hammon,David Lane | Senior Manager | 8/29/2024 | Meals | Out of town Lunch in Newark on 8/29/2024 for self for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 31.78 |
| Hammon,David Lane | Senior Manager | 8/29/2024 | Ground Transportation | Taxi on 8/29/2024 from Airport to Apartment in Cleveland , OH for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 33.28 |
| Hammon,David Lane | Senior Manager | 8/29/2024 | Ground Transportation | Taxi on 8/29/2024 from Hotel to Office in New York , NY for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 14.68 |
| Hammon,David Lane | Senior Manager | 8/29/2024 | Ground Transportation | Taxi on 8/29/2024 from Office to Airport in Newark , NJ for In-person meetings with engagement leadership to discuss compliance of the FTX foreign entities. | 123.86 |
| Gorman,Doug | Manager | 8/29/2024 | Airfare | Airfare-American-One way-8/29/2024-8/29/2024-Newark, NJ to Phoenix, AZ, for Flight for in-person meetings with engagement team to discuss FTX entity crypto tax compliance | 783.69 |
| Gorman,Doug | Manager | 8/29/2024 | Meals | Out of town Dinner in New York on 8/29/2024 for self for Meal during travel for in-person meetings with engagement team to discuss FTX entity crypto tax compliance | 56.15 |
| Gorman,Doug | Manager | 8/29/2024 | Meals | Out of town Lunch in New York on 8/29/2024 for self for Meal during travel for in-person meetings with engagement team to discuss FTX entity crypto tax compliance | 56.84 |
| Gorman,Doug | Manager | 8/29/2024 | Ground Transportation | Taxi on 8/29/2024 from Airport to Home in Phoenix , AZ for Taxi during travel for in-person meetings with engagement team to discuss FTX entity crypto tax compliance | 15.70 |
| Gorman,Doug | Manager | 8/29/2024 | Ground Transportation | Taxi on 8/29/2024 from Hotel to Airport in Newark , NJ for Taxi during travel for in-person meetings with engagement team to discuss FTX entity crypto tax compliance | 169.88 |
| Tax Analyzer for Digital Assets | | 8/31/2024 | Technology Support | Tax Analyzer for Digital Assets (TADA): calculation of FTX entity 2024 capital gains / losses | 4,009.61 |
| IT Data Cost | | 8/31/2024 | IT Data | IT Data Hosting Cost covering the period July 1-31, 2024 | 75,484.00 |
| Cyprus | | 8/31/2024 | VAT | Value Added Tax - Cyprus for July 2024 | 295.75 |
| **Total** | | | | | **$ 90,269.23** |

The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.