# **EXHIBIT B**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Tax Analyzer for Digital Assets | | 9/30/2024 | Technology Support | Tax Analyzer for Digital Assets (TADA): calculation of FTX entity 2024 capital gains / losses | 3,887.73 |
| IT Data Cost | | 9/30/2024 | IT Data | IT Data Hosting Cost covering the period July 1-31, 2024 | 31,815.00 |
| Cyprus | | 9/30/2024 | VAT | Value Added Tax - Cyprus for July 2024 | 399.34 |
| **Total** | | | | | **$ 36,102.07** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**