# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF THOMAS M. SHEA

I, Thomas M. Shea, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1. I am a Partner/Principal with Ernst & Young LLP ("EY LLP"), and I am duly authorized to make this certification on behalf of EY LLP. EY LLP was retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"). This certification is made in support of the *Twenty Second Monthly Fee Statement* of *Ernst & Young LLP as Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024* (the "Monthly Fee Statement") and in compliance with rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Rule").

2. I have read the Application, and I certify that the Application substantially complies with the Rule.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0080223.}

*/s/ Thomas M. Shea*
Thomas M. Shea
Partner/Principal
Ernst & Young LLP

{1368.003-W0080223.}                    2