<u>**Exhibit A**</u>

**Summary of Hours and Fees by Individual for the Application Period**

**Summary of Hours and Fees by Individual for the Application Period**
**MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Lowery,Kristie L | Billable | National Partner/Principal | 90.60 | $ 1,040.00 | $ 94,224.00 |
| Lowery,Kristie L | Travel[1] | National Partner/Principal | 10.60 | 520.00 | 5,512.00 |
| McComber,Donna | Billable | National Partner/Principal | 30.80 | 1,040.00 | 32,032.00 |
| Simpson,Kirsten | Billable | National Partner/Principal | 0.60 | 1,040.00 | 624.00 |
| Stevens,Matthew Aaron | Billable | National Partner/Principal | 0.40 | 1,040.00 | 416.00 |
| Bailey,Doug | Billable | Partner/Principal | 277.70 | 866.00 | 240,488.20 |
| Bastienne,Oliver | Billable | Partner/Principal | 16.20 | 866.00 | 14,029.20 |
| Buduguntae,Shashanka | Billable | Partner/Principal | 15.10 | 866.00 | 13,076.60 |
| Byron,Tara | Billable | Partner/Principal | 0.60 | 866.00 | 519.60 |
| Cavusoglu,Coskun | Billable | Partner/Principal | 6.70 | 866.00 | 5,802.20 |
| Cho,Shuck | Billable | Partner/Principal | 2.50 | 866.00 | 2,165.00 |
| Delff,Björn | Billable | Partner/Principal | 1.30 | 866.00 | 1,125.80 |
| Farrar,Anne | Billable | Partner/Principal | 0.30 | 866.00 | 259.80 |
| Ferris,Tara | Billable | Partner/Principal | 30.80 | 866.00 | 26,672.80 |
| GV,Krishna | Billable | Partner/Principal | 1.10 | 866.00 | 952.60 |
| Haraguchi,Taichi | Billable | Partner/Principal | 0.60 | 866.00 | 519.60 |
| Herman,Andrew | Billable | Partner/Principal | 4.60 | 866.00 | 3,983.60 |
| Leston,Juan | Billable | Partner/Principal | 26.50 | 866.00 | 22,949.00 |
| Liasis,George | Billable | Partner/Principal | 3.20 | 866.00 | 2,771.20 |
| Liassides,Petros | Billable | Partner/Principal | 5.50 | 866.00 | 4,763.00 |
| Lovelace,Lauren | Billable | Partner/Principal | 103.50 | 866.00 | 89,631.00 |
| Nakagami,Jun | Billable | Partner/Principal | 3.00 | 866.00 | 2,598.00 |
| Nasir,Tariq | Billable | Partner/Principal | 1.40 | 866.00 | 1,212.40 |
| Osmers,Maren | Billable | Partner/Principal | 0.80 | 866.00 | 692.80 |
| Rumford,Neil | Billable | Partner/Principal | 4.20 | 866.00 | 3,637.20 |
| Schiller,Breen | Billable | Partner/Principal | 0.60 | 866.00 | 519.60 |
| Shea JR,Thomas M | Billable | Partner/Principal | 135.00 | 866.00 | 116,910.00 |
| Shenoy,Adithya | Billable | Partner/Principal | 1.10 | 866.00 | 952.60 |
| Socratous,Christoforos | Billable | Partner/Principal | 3.50 | 866.00 | 3,031.00 |
| Srinivasan,Showri | Billable | Partner/Principal | 1.50 | 866.00 | 1,299.00 |
| Susko,Scott | Billable | Partner/Principal | 0.60 | 866.00 | 519.60 |
| Suto,Ichiro | Billable | Partner/Principal | 2.30 | 866.00 | 1,991.80 |
| Violaris,Stavros | Billable | Partner/Principal | 1.00 | 866.00 | 866.00 |
| Walker,Rachael Leigh Braswell | Billable | Partner/Principal | 9.80 | 866.00 | 8,486.80 |
| Wielobob,Kirsten | Billable | Partner/Principal | 5.50 | 866.00 | 4,763.00 |
| Acharya,Prashant | Billable | Managing Director | 1.40 | 814.00 | 1,139.60 |
| Belteau,Jon | Billable | Managing Director | 0.60 | 814.00 | 488.40 |
| Borts,Michael | Billable | Managing Director | 6.70 | 814.00 | 5,453.80 |
| Bost,Anne | Billable | Managing Director | 198.60 | 814.00 | 161,660.40 |
| Bowden,Jamie | Billable | Managing Director | 0.50 | 814.00 | 407.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|------|------|------|-------|-------------|------------------------|
| DeVincenzo,Jennie | Billable | Managing Director | 28.90 | 814.00 | 23,524.60 |
| Dubroff,Andy | Billable | Managing Director | 41.60 | 814.00 | 33,862.40 |
| Dudrear,David | Billable | Managing Director | 2.20 | 814.00 | 1,790.80 |
| Harrindranauth,Yud | Billable | Managing Director | 0.50 | 814.00 | 407.00 |
| Koch,Markus | Billable | Managing Director | 11.80 | 814.00 | 9,605.20 |
| Massengill,Clint | Billable | Managing Director | 28.40 | 814.00 | 23,117.60 |
| Momah,Sandra | Billable | Managing Director | 0.30 | 814.00 | 244.20 |
| Poloner,Seth | Billable | Managing Director | 49.70 | 814.00 | 40,455.80 |
| Roberti,Scott | Billable | Managing Director | 0.60 | 814.00 | 488.40 |
| Sargent,Amy Johannah | Billable | Managing Director | 2.70 | 814.00 | 2,197.80 |
| Thomas,Ian | Billable | Managing Director | 0.30 | 814.00 | 244.20 |
| Watkins,Michael | Billable | Managing Director | 12.80 | 814.00 | 10,419.20 |
| Andriani,Margherita | Billable | Senior Manager | 12.10 | 683.00 | 8,264.30 |
| Babikian,Mher | Billable | Senior Manager | 3.50 | 683.00 | 2,390.50 |
| Berman,Jake | Billable | Senior Manager | 204.10 | 683.00 | 139,400.30 |
| Berman,Jake | Travel[1] | Senior Manager | 5.50 | 341.50 | 1,878.25 |
| Bruns,Alexander | Billable | Senior Manager | 2.40 | 683.00 | 1,639.20 |
| Capasso,Nick | Billable | Senior Manager | 1.00 | 683.00 | 683.00 |
| Collado,Adriana | Billable | Senior Manager | 1.50 | 683.00 | 1,024.50 |
| Culmer-Curry,Erica | Billable | Senior Manager | 13.30 | 683.00 | 9,083.90 |
| Devona Bahadur,Michele | Billable | Senior Manager | 7.30 | 683.00 | 4,985.90 |
| Engelbrecht, Kevin | Billable | Senior Manager | 8.50 | 683.00 | 5,805.50 |
| Engelbrecht,Kevin | Billable | Senior Manager | 4.20 | 683.00 | 2,868.60 |
| Espley-Ault,Olivia | Billable | Senior Manager | 24.90 | 683.00 | 17,006.70 |
| Faerber,Anna | Billable | Senior Manager | 14.60 | 683.00 | 9,971.80 |
| Gatt,Katie | Billable | Senior Manager | 4.10 | 683.00 | 2,800.30 |
| Gil Diez de Leon,Marta | Billable | Senior Manager | 7.30 | 683.00 | 4,985.90 |
| Goto,Keisuke | Billable | Senior Manager | 30.80 | 683.00 | 21,036.40 |
| Haas,Zach | Billable | Senior Manager | 7.30 | 683.00 | 4,985.90 |
| Hernandez,Nancy I. | Billable | Senior Manager | 7.00 | 683.00 | 4,781.00 |
| Hines,Chip | Billable | Senior Manager | 1.00 | 683.00 | 683.00 |
| Jayanthi,Lakshmi | Billable | Senior Manager | 63.30 | 683.00 | 43,233.90 |
| Katsnelson,David | Billable | Senior Manager | 54.00 | 683.00 | 36,882.00 |
| Kawamura,Yoshinobu | Billable | Senior Manager | 0.90 | 683.00 | 614.70 |
| KYRIAKIDES,STAVROS | Billable | Senior Manager | 13.20 | 683.00 | 9,015.60 |
| Lunia,Suraj | Billable | Senior Manager | 3.30 | 683.00 | 2,253.90 |
| Madrasi,Hussain | Billable | Senior Manager | 24.30 | 683.00 | 16,596.90 |
| Matsuo,Eiko | Billable | Senior Manager | 4.00 | 683.00 | 2,732.00 |
| McGee,Liz | Billable | Senior Manager | 35.90 | 683.00 | 24,519.70 |
| Messing,Daniel | Billable | Senior Manager | 2.10 | 683.00 | 1,434.30 |
| Morgan,Jess | Billable | Senior Manager | 0.60 | 683.00 | 409.80 |
| Musano,Matthew Albert | Billable | Senior Manager | 40.50 | 683.00 | 27,661.50 |
| Nayak,Manasa | Billable | Senior Manager | 8.50 | 683.00 | 5,805.50 |
| Nguyen,Huong | Billable | Senior Manager | 3.70 | 683.00 | 2,527.10 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| O'Connell,Dillon | Billable | Senior Manager | 6.50 | 683.00 | 4,439.50 |
| Papachristodoulou,Elpida | Billable | Senior Manager | 5.20 | 683.00 | 3,551.60 |
| Pavlou,Pantelis | Billable | Senior Manager | 3.90 | 683.00 | 2,663.70 |
| Pfaff,Arthur | Billable | Senior Manager | 4.60 | 683.00 | 3,141.80 |
| Porto,Michael | Billable | Senior Manager | 192.40 | 683.00 | 131,409.20 |
| Schug,Elaine | Billable | Senior Manager | 3.00 | 683.00 | 2,049.00 |
| Schwarzwälder,Christian | Billable | Senior Manager | 73.90 | 683.00 | 50,473.70 |
| Suzuki,Jason | Billable | Senior Manager | 223.10 | 683.00 | 152,377.30 |
| Taniguchi,Keisuke | Billable | Senior Manager | 47.90 | 683.00 | 32,715.70 |
| Tong,Chia-Hui | Billable | Senior Manager | 114.00 | 683.00 | 77,862.00 |
| Wainwright,Luke | Billable | Senior Manager | 4.70 | 683.00 | 3,210.10 |
| Wrenn,Kaitlin Doyle | Billable | Senior Manager | 97.70 | 683.00 | 66,729.10 |
| Wrenn,Kaitlin Doyle | Travel[1] | Senior Manager | 10.60 | 341.50 | 3,619.90 |
| Yang,Rachel Sim | Billable | Senior Manager | 125.80 | 683.00 | 85,921.40 |
| Argyrou,Christina | Billable | Manager | 8.70 | 551.00 | 4,793.70 |
| Billings,Phoebe | Billable | Manager | 60.50 | 551.00 | 33,335.50 |
| Bouza,Victor | Billable | Manager | 37.50 | 551.00 | 20,662.50 |
| Carreras,Stephen | Billable | Manager | 4.00 | 551.00 | 2,204.00 |
| Chang-Waye,Amanda | Billable | Manager | 21.10 | 551.00 | 11,626.10 |
| Cushner,Sam | Billable | Manager | 154.80 | 551.00 | 85,294.80 |
| Davis,Christine | Billable | Manager | 67.70 | 551.00 | 37,302.70 |
| Davis,Kathleen F. | Billable | Manager | 0.50 | 551.00 | 275.50 |
| Dugasse,Annie | Billable | Manager | 13.20 | 551.00 | 7,273.20 |
| Dulceak,Crystal | Billable | Manager | 2.00 | 551.00 | 1,102.00 |
| Gorman,Doug | Billable | Manager | 363.00 | 551.00 | 200,013.00 |
| Hammon,David Lane | Billable | Manager | 287.50 | 551.00 | 158,412.50 |
| Hammon,David Lane | Travel[1] | Manager | 4.40 | 275.50 | 1,212.20 |
| Jung,Yu-Seon | Billable | Manager | 6.50 | 551.00 | 3,581.50 |
| Kalavanas,Demetris | Billable | Manager | 0.30 | 551.00 | 165.30 |
| Katelas,Andreas | Billable | Manager | 30.20 | 551.00 | 16,640.20 |
| Masaku,Taiwo | Billable | Manager | 0.30 | 551.00 | 165.30 |
| McPhee,Tiffany | Billable | Manager | 15.20 | 551.00 | 8,375.20 |
| Mehta,Saurabh | Billable | Manager | 0.30 | 551.00 | 165.30 |
| Mistler,Brian M | Billable | Manager | 260.70 | 551.00 | 143,645.70 |
| Mizutani,Rie | Billable | Manager | 240.50 | 551.00 | 132,515.50 |
| Narisawa,Shiho | Billable | Manager | 0.90 | 551.00 | 495.90 |
| Ossanlou,Nina Shehrezade | Billable | Manager | 149.00 | 551.00 | 82,099.00 |
| Oyetunde,Oyebode | Billable | Manager | 75.20 | 551.00 | 41,435.20 |
| Richardson,Audrey Sarah | Billable | Manager | 15.80 | 551.00 | 8,705.80 |
| Sakaguchi,Kengo | Billable | Manager | 3.30 | 551.00 | 1,818.30 |
| Shabanaj,Vlora | Billable | Manager | 4.60 | 551.00 | 2,534.60 |
| Shapiro,Andrew | Billable | Manager | 8.70 | 551.00 | 4,793.70 |
| Short,Victoria | Billable | Manager | 34.10 | 551.00 | 18,789.10 |
| Srivastava,Nikita Asutosh | Billable | Manager | 0.30 | 551.00 | 165.30 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Tsikkouris,Anastasios | Billable | Manager | 11.30 | 551.00 | 6,226.30 |
| Varma,Bharath | Billable | Manager | 29.00 | 551.00 | 15,979.00 |
| Wagner,Kaspar | Billable | Manager | 41.90 | 551.00 | 23,086.90 |
| Wilson,Kat | Billable | Manager | 5.20 | 551.00 | 2,865.20 |
| Zheng,Eva | Billable | Manager | 14.30 | 551.00 | 7,879.30 |
| Agarwal,Akhil | Billable | Senior | 5.70 | 415.00 | 2,365.50 |
| Ancona,Christopher | Billable | Senior | 291.90 | 415.00 | 121,138.50 |
| Asim,Malik Umer | Billable | Senior | 23.00 | 415.00 | 9,545.00 |
| B,Bharath | Billable | Senior | 2.50 | 415.00 | 1,037.50 |
| Bartow,Andrea Monica | Billable | Senior | 9.40 | 415.00 | 3,901.00 |
| Bote,Justin | Billable | Senior | 26.10 | 415.00 | 10,831.50 |
| Chachan,Aparajita | Billable | Senior | 14.30 | 415.00 | 5,934.50 |
| Di Stefano,Giulia | Billable | Senior | 184.50 | 415.00 | 76,567.50 |
| Dugasse, Tara | Billable | Senior | 9.00 | 415.00 | 3,735.00 |
| Dugasse,Tara | Billable | Senior | 4.20 | 415.00 | 1,743.00 |
| Figueroa,Carolina S | Billable | Senior | 32.10 | 415.00 | 13,321.50 |
| Fitzgerald,Kaitlin Rose | Billable | Senior | 5.50 | 415.00 | 2,282.50 |
| Gibson,Mitch | Billable | Senior | 4.90 | 415.00 | 2,033.50 |
| Goyal,Rahul | Billable | Senior | 11.10 | 415.00 | 4,606.50 |
| Hall,Emily Melissa | Billable | Senior | 139.80 | 415.00 | 58,017.00 |
| Hardie,Cam | Billable | Senior | 3.90 | 415.00 | 1,618.50 |
| Hayashi,Rina | Billable | Senior | 33.00 | 415.00 | 13,695.00 |
| He,Ileana | Billable | Senior | 52.80 | 415.00 | 21,912.00 |
| Houareau,Tina | Billable | Senior | 25.70 | 415.00 | 10,665.50 |
| Huang,Ricki | Billable | Senior | 132.80 | 415.00 | 55,112.00 |
| Huang,Vanesa | Billable | Senior | 22.20 | 415.00 | 9,213.00 |
| Inker,Brian | Billable | Senior | 78.90 | 415.00 | 32,743.50 |
| Lammey,Caitlin | Billable | Senior | 101.90 | 415.00 | 42,288.50 |
| Lee,Joohye | Billable | Senior | 3.40 | 415.00 | 1,411.00 |
| Liu,Ke | Billable | Senior | 74.00 | 415.00 | 30,710.00 |
| MacLean,Corrie | Billable | Senior | 214.40 | 415.00 | 88,976.00 |
| Mallwitz,Katharina | Billable | Senior | 35.00 | 415.00 | 14,525.00 |
| Marlow,Joe | Billable | Senior | 0.50 | 415.00 | 207.50 |
| Michael,Yiannis | Billable | Senior | 0.60 | 415.00 | 249.00 |
| Molnar,Evgeniya | Billable | Senior | 16.20 | 415.00 | 6,723.00 |
| Onwupelu,Shekinah | Billable | Senior | 0.30 | 415.00 | 124.50 |
| O'Reilly,Logan | Billable | Senior | 68.00 | 415.00 | 28,220.00 |
| Perez,Ellen Joy | Billable | Senior | 34.50 | 415.00 | 14,317.50 |
| Prabhu,Nilesh | Billable | Senior | 14.90 | 415.00 | 6,183.50 |
| S. Figueroa,Carolina | Billable | Senior | 95.60 | 415.00 | 39,674.00 |
| Sahota,Veer | Billable | Senior | 0.40 | 415.00 | 166.00 |
| Sakaguchi,Masato | Billable | Senior | 548.90 | 415.00 | 227,793.50 |
| Sangster,Mark | Billable | Senior | 22.00 | 415.00 | 9,130.00 |
| Silva Camargos,Lorraine | Billable | Senior | 31.80 | 415.00 | 13,197.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|------|------|------|------:|------------:|----------------------:|
| Skordi,Chara | Billable | Senior | 17.60 | 415.00 | 7,304.00 |
| Sreenivas Katikireddi,Teja | Billable | Senior | 169.50 | 415.00 | 70,342.50 |
| Sun,Yuchen | Billable | Senior | 3.00 | 415.00 | 1,245.00 |
| Tokuda,Keisuke | Billable | Senior | 12.00 | 415.00 | 4,980.00 |
| Yang,Ming | Billable | Senior | 79.50 | 415.00 | 32,992.50 |
| Yeom,Sunny | Billable | Senior | 355.30 | 415.00 | 147,449.50 |
| Yu,Fei | Billable | Senior | 25.00 | 415.00 | 10,375.00 |
| Zhu,Philip | Billable | Senior | 48.50 | 415.00 | 20,127.50 |
| Agar,Oguzkaan | Billable | Staff | 8.80 | 236.00 | 2,076.80 |
| Allen,Jenefier Michelle | Billable | Staff | 3.00 | 236.00 | 708.00 |
| Angeli,Ioannis | Billable | Staff | 1.90 | 236.00 | 448.40 |
| Ashihara,Kae | Billable | Staff | 388.20 | 236.00 | 91,615.20 |
| Ballay,Niklas | Billable | Staff | 17.20 | 236.00 | 4,059.20 |
| Bhardwaj,Kunal | Billable | Staff | 3.20 | 236.00 | 755.20 |
| Booth,Katie | Billable | Staff | 3.40 | 236.00 | 802.40 |
| Braun,Avi | Billable | Staff | 112.60 | 236.00 | 26,573.60 |
| Bruno,Hannah | Billable | Staff | 10.10 | 236.00 | 2,383.60 |
| Charalambous,Chrysanthos | Billable | Staff | 5.30 | 236.00 | 1,250.80 |
| Chen,Zhu En | Billable | Staff | 28.10 | 236.00 | 6,631.60 |
| Chopra,Navya | Billable | Staff | 20.80 | 236.00 | 4,908.80 |
| Choque,Steven | Billable | Staff | 14.80 | 236.00 | 3,492.80 |
| Choudary,Hira | Billable | Staff | 103.80 | 236.00 | 24,496.80 |
| Dichter,Chuck | Billable | Staff | 2.00 | 236.00 | 472.00 |
| Eikenes,Ryan | Billable | Staff | 2.50 | 236.00 | 590.00 |
| Feliciano,Christopher | Billable | Staff | 100.90 | 236.00 | 23,812.40 |
| Frapolly,Brody | Billable | Staff | 49.60 | 236.00 | 11,705.60 |
| Gabison,Salomé | Billable | Staff | 0.50 | 236.00 | 118.00 |
| Geisler,Arthur | Billable | Staff | 151.80 | 236.00 | 35,824.80 |
| Ijuin,Ayane | Billable | Staff | 41.20 | 236.00 | 9,723.20 |
| Karan,Anna Suncheuri | Billable | Staff | 88.30 | 236.00 | 20,838.80 |
| Li,Eric | Billable | Staff | 2.00 | 236.00 | 472.00 |
| Louie,Alexis P | Billable | Staff | 9.80 | 236.00 | 2,312.80 |
| Mensah,Josephine | Billable | Staff | 313.50 | 236.00 | 73,986.00 |
| Mok,Wan Ling | Billable | Staff | 83.40 | 236.00 | 19,682.40 |
| Neziroski,David | Billable | Associate | 103.40 | 365.00 | 37,741.00 |
| Nguyen,Thinh | Billable | Staff | 50.70 | 236.00 | 11,965.20 |
| Noda,Sachiho | Billable | Staff | 11.20 | 236.00 | 2,643.20 |
| Ortiz,Daniella | Billable | Staff | 101.10 | 236.00 | 23,859.60 |
| Pastrikou,Eleni | Billable | Staff | 0.40 | 236.00 | 94.40 |
| Ramakalawan, Rachel | Billable | Staff | 8.50 | 236.00 | 2,006.00 |
| Ramkalawan, Rachel | Billable | Staff | 4.20 | 236.00 | 991.20 |
| Sarte,Angel Lyne | Billable | Staff | 7.00 | 236.00 | 1,652.00 |
| Savage,Benjamin | Billable | Staff | 4.00 | 236.00 | 944.00 |
| Schmid,Oliver | Billable | Staff | 2.20 | 236.00 | 519.20 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|------|------|------|-------|-------------|----------------------|
| Vasic,Dajana | Billable | Staff | 44.30 | 236.00 | 10,454.80 |
| Zhuo,Melody | Billable | Staff | 374.10 | 236.00 | 88,287.60 |
| Scott,James | Billable | Client Serving Contractor JS | 112.60 | 600.00 | 67,560.00 |
| Scott,James | Travel[1] | Client Serving Contractor JS | 1.40 | 300.00 | 420.00 |
| Bieganski,Walter | Billable | Client Serving Contractor WB | 41.10 | 200.00 | 8,220.00 |
| | | | | | |
| **Total Fees Due** | | | **10,206.60** | | **$ 5,057,095.45** |

[1] Travel fees are billed out at 50% bill rate