# Exhibit B

**Summary of Hours and Fees by Matter Category**

{1368.003-W0080235.}

## Summary of Hours and Fees by Matter Category
### MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024

| Project Category | Hours | Fees |
|---|---:|---:|
| ACR Bookkeeping/ACR Statutory Reporting | 1,807.20 | $ 744,997.80 |
| Fee/Employment Applications | 134.40 | 51,258.40 |
| Information Reporting | 101.40 | 77,208.10 |
| IRS Audit Matters | 41.70 | 28,578.80 |
| Non US Tax | 1,450.70 | 801,335.60 |
| Non-Working Travel (billed at 50% of rates) | 32.50 | 12,642.35 |
| Payroll Tax | 328.90 | 240,018.70 |
| Project Management Office Transition | 477.30 | 212,364.60 |
| Tax Advisory | 164.80 | 122,393.90 |
| Technology | 1,081.50 | 550,387.50 |
| Transfer Pricing | 1,012.20 | 532,432.40 |
| US Income Tax | 1,189.60 | 631,849.50 |
| US International Tax | 2,024.50 | 889,276.90 |
| US State and Local Tax | 317.60 | 141,369.20 |
| Value Added Tax | 42.30 | 20,981.70 |
| **Total** | **10,206.60** | **$ 5,097,095.45** |

{1368.003-W0080235.}