## Exhibit C
**Summary of Expenses**

**Summary of Expenses**
**MAY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024**

| Expense Category | Expense Amount |
|---|---:|
| Airfare | $ 8,098.91 |
| Ground Transportation | 3,477.03 |
| IT Data | 222,818.00 |
| Lodging | 15,587.07 |
| Meals | 1,853.58 |
| Technology Support | 16,707.24 |
| VAT | 1,273.86 |
| **Total** | **$ 269,815.69** |