**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 18, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Affected Claimants Service List attached hereto as <u>**Exhibit A**</u>:

- Order Approving Stipulation and Granting Motion to Assume [Docket No. 29594]

On February 18, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on North Field Technology Ltd, bboss@cozen.com:

- Initial Scheduling Order [Docket No. 29595]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: February 25, 2025

_/s/ Alain B. Francoeur_
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 25, 2025, by Alain B. Francoeur, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

_/s/ PAUL PULLO_
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 86153

**Exhibit A**

Exhibit A
Affected Claimants Service List
Served via Email

| AddressID | Name | Email |
|---|---|---|
| 13062355 | Tai Mo Shan Limited | documents@jumpcrypto.com; ops@jumpcrypto.com |
| 13048154 | Tai Mo Shan Limited | peter.siddiqui@katten.com |