# Exhibit A

## Summary of Hours and Fees by Individual for the Application Period

**Summary of Hours and Fees by Individual for the Application Period**
<u>**AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**</u>

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Lowery,Kristie L | Billable | National Partner/Principal | 56.40 | $ 1,040.00 | $ 58,656.00 |
| McComber,Donna | Billable | National Partner/Principal | 16.80 | 1,040.00 | 17,472.00 |
| Stevens,Matthew Aaron | Billable | National Partner/Principal | 5.80 | 1,040.00 | 6,032.00 |
| Bailey,Doug | Billable | Partner/Principal | 230.50 | 866.00 | 199,613.00 |
| Bastienne,Oliver | Billable | Partner/Principal | 5.20 | 866.00 | 4,503.20 |
| Buduguntae,Shashanka | Billable | Partner/Principal | 8.80 | 866.00 | 7,620.80 |
| Byron,Tara | Billable | Partner/Principal | 1.00 | 866.00 | 866.00 |
| Cho,Shuck | Billable | Partner/Principal | 0.70 | 866.00 | 606.20 |
| Farrar,Anne | Billable | Partner/Principal | 0.10 | 866.00 | 86.60 |
| Ferris,Tara | Billable | Partner/Principal | 1.40 | 866.00 | 1,212.40 |
| Herman,Andrew | Billable | Partner/Principal | 1.00 | 866.00 | 866.00 |
| LaGarde,Stephen | Billable | Partner/Principal | 2.40 | 866.00 | 2,078.40 |
| Leston,Juan | Billable | Partner/Principal | 6.50 | 866.00 | 5,629.00 |
| Liasis,George | Billable | Partner/Principal | 0.60 | 866.00 | 519.60 |
| Liassides,Petros | Billable | Partner/Principal | 3.70 | 866.00 | 3,204.20 |
| Lovelace,Lauren | Billable | Partner/Principal | 57.50 | 866.00 | 49,795.00 |
| Mehta,Amish | Billable | Partner/Principal | 7.40 | 866.00 | 6,408.40 |
| Nakagami,Jun | Billable | Partner/Principal | 1.20 | 866.00 | 1,039.20 |
| Nasir,Tariq | Billable | Partner/Principal | 0.50 | 866.00 | 433.00 |
| Oni,Temitope | Billable | Partner/Principal | 5.00 | 866.00 | 4,330.00 |
| Rumford,Neil | Billable | Partner/Principal | 1.50 | 866.00 | 1,299.00 |
| Shea JR,Thomas M | Billable | Partner/Principal | 72.30 | 866.00 | 62,611.80 |
| Shenoy,Adithya | Billable | Partner/Principal | 0.50 | 866.00 | 433.00 |
| Socratous,Christoforos | Billable | Partner/Principal | 5.50 | 866.00 | 4,763.00 |
| Walker,Rachael Leigh Braswell | Billable | Partner/Principal | 7.00 | 866.00 | 6,062.00 |
| Acharya,Prashant | Billable | Managing Director | 0.90 | 814.00 | 732.60 |
| Borts,Michael | Billable | Managing Director | 4.50 | 814.00 | 3,663.00 |
| Bost,Anne | Billable | Managing Director | 101.70 | 814.00 | 82,783.80 |
| Bowden,Jamie | Billable | Managing Director | 0.40 | 814.00 | 325.60 |
| DeVincenzo,Jennie | Billable | Managing Director | 27.10 | 814.00 | 22,059.40 |
| Dubroff,Andy | Billable | Managing Director | 41.70 | 814.00 | 33,943.80 |
| Harris,Erik | Billable | Managing Director | 0.50 | 814.00 | 407.00 |
| Holcomb,Gary | Billable | Managing Director | 0.40 | 814.00 | 325.60 |
| Koch,Markus | Billable | Managing Director | 5.00 | 814.00 | 4,070.00 |
| Massengill,Clint | Billable | Managing Director | 30.30 | 814.00 | 24,664.20 |
| Mitchell,Traci | Billable | Managing Director | 1.30 | 814.00 | 1,058.20 |
| Nolan,Bill | Billable | Managing Director | 1.40 | 814.00 | 1,139.60 |
| Poloner,Seth | Billable | Managing Director | 38.30 | 814.00 | 31,176.20 |
| Sargent,Amy Johannah | Billable | Managing Director | 4.10 | 814.00 | 3,337.40 |
| Schmutter,David | Billable | Managing Director | 3.00 | 814.00 | 2,442.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Watkins,Michael | Billable | Managing Director | 16.70 | 814.00 | 13,593.80 |
| Ashkar,Tayer | Billable | Senior Manager | 21.50 | 683.00 | 14,684.50 |
| Berkness,Christopher | Billable | Senior Manager | 1.00 | 683.00 | 683.00 |
| Berman,Jake | Billable | Senior Manager | 157.10 | 683.00 | 107,299.30 |
| Culmer-Curry,Erica | Billable | Senior Manager | 5.90 | 683.00 | 4,029.70 |
| Devona Bahadur,Michele | Billable | Senior Manager | 2.00 | 683.00 | 1,366.00 |
| Dunne,Robert | Billable | Senior Manager | 0.20 | 683.00 | 136.60 |
| Edwards,Jessica | Billable | Senior Manager | 19.30 | 683.00 | 13,181.90 |
| Erobu,Chinwe | Billable | Senior Manager | 7.50 | 683.00 | 5,122.50 |
| Espley-Ault,Olivia | Billable | Senior Manager | 3.10 | 683.00 | 2,117.30 |
| Faerber,Anna | Billable | Senior Manager | 6.20 | 683.00 | 4,234.60 |
| Gatt,Katie | Billable | Senior Manager | 0.90 | 683.00 | 614.70 |
| Gil Diez de Leon,Marta | Billable | Senior Manager | 1.30 | 683.00 | 887.90 |
| Goto,Keisuke | Billable | Senior Manager | 3.00 | 683.00 | 2,049.00 |
| Haas,Zach | Billable | Senior Manager | 3.10 | 683.00 | 2,117.30 |
| Hammon,David Lane | Billable[2] | Senior Manager | 145.50 | 683.00 | 99,376.50 |
| Hammon,David Lane | Travel[1] | Senior Manager | 13.00 | 341.50 | 4,439.50 |
| He,Alva | Billable | Senior Manager | 1.50 | 683.00 | 1,024.50 |
| Hines,Chip | Billable | Senior Manager | 0.50 | 683.00 | 341.50 |
| Jayanthi,Lakshmi | Billable | Senior Manager | 8.00 | 683.00 | 5,464.00 |
| Katsnelson,David | Billable | Senior Manager | 20.50 | 683.00 | 14,001.50 |
| Kyriakides,Stavros | Billable | Senior Manager | 20.10 | 683.00 | 13,728.30 |
| Lunia,Suraj | Billable | Senior Manager | 1.70 | 683.00 | 1,161.10 |
| Madrasi,Hussain | Billable | Senior Manager | 21.90 | 683.00 | 14,957.70 |
| McGee,Liz | Billable | Senior Manager | 9.80 | 683.00 | 6,693.40 |
| Mistler,Brian M | Billable[2] | Senior Manager | 81.60 | 683.00 | 55,732.80 |
| Musano,Matthew Albert | Billable | Senior Manager | 96.30 | 683.00 | 65,772.90 |
| Nayak,Manasa | Billable | Senior Manager | 0.50 | 683.00 | 341.50 |
| Nguyen,Huong | Billable | Senior Manager | 5.00 | 683.00 | 3,415.00 |
| O'Connell,Dillon | Billable | Senior Manager | 1.50 | 683.00 | 1,024.50 |
| Olurinola,Mosunmola | Billable | Senior Manager | 17.50 | 683.00 | 11,952.50 |
| Papachristodoulou,Elpida | Billable | Senior Manager | 3.80 | 683.00 | 2,595.40 |
| Pawa,Kunal | Billable | Senior Manager | 11.90 | 683.00 | 8,127.70 |
| Pfaff,Arthur | Billable | Senior Manager | 11.30 | 683.00 | 7,717.90 |
| Porto,Michael | Billable | Senior Manager | 69.90 | 683.00 | 47,741.70 |
| Schug,Elaine | Billable | Senior Manager | 0.60 | 683.00 | 409.80 |
| Schwarzwälder,Christian | Billable | Senior Manager | 20.80 | 683.00 | 14,206.40 |
| Suzuki,Jason | Billable | Senior Manager | 163.30 | 683.00 | 111,533.90 |
| T,Venkateswarlu | Billable | Senior Manager | 12.50 | 683.00 | 8,537.50 |
| Taniguchi,Keisuke | Billable | Senior Manager | 11.90 | 683.00 | 8,127.70 |
| Tong,Chia-Hui | Billable | Senior Manager | 99.00 | 683.00 | 67,617.00 |
| Waldman,Scott | Billable | Senior Manager | 0.50 | 683.00 | 341.50 |
| Wrenn,Kaitlin Doyle | Billable | Senior Manager | 78.00 | 683.00 | 53,274.00 |
| Yang,Rachel Sim | Billable | Senior Manager | 125.80 | 683.00 | 85,921.40 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Ancona,Christopher | Billable[2] | Manager | 119.60 | 551.00 | 65,899.60 |
| Billings,Phoebe | Billable | Manager | 48.00 | 551.00 | 26,448.00 |
| Bouza,Victor | Billable | Manager | 22.70 | 551.00 | 12,507.70 |
| Butler,Kelsie | Billable | Manager | 10.80 | 551.00 | 5,950.80 |
| Carreras,Stephen | Billable | Manager | 2.00 | 551.00 | 1,102.00 |
| Chang-Waye,Amanda | Billable | Manager | 11.80 | 551.00 | 6,501.80 |
| Chawla,Pooja | Billable | Manager | 1.30 | 551.00 | 716.30 |
| Cushner,Sam | Billable | Manager | 88.40 | 551.00 | 48,708.40 |
| Davis,Christine | Billable | Manager | 39.40 | 551.00 | 21,709.40 |
| Davis,Kathleen F. | Billable | Manager | 0.20 | 551.00 | 110.20 |
| Dugasse,Annie | Billable | Manager | 6.20 | 551.00 | 3,416.20 |
| Dulceak,Crystal | Billable | Manager | 1.00 | 551.00 | 551.00 |
| French,Jake | Billable | Manager | 26.00 | 551.00 | 14,326.00 |
| Gorman,Doug | Billable | Manager | 276.00 | 551.00 | 152,076.00 |
| Hall,Emily Melissa | Billable[2] | Manager | 251.20 | 551.00 | 138,411.20 |
| Katelas,Andreas | Billable | Manager | 44.30 | 551.00 | 24,409.30 |
| Marlow,Joe | Billable[2] | Manager | 2.80 | 551.00 | 1,542.80 |
| McPhee,Tiffany | Billable | Manager | 11.60 | 551.00 | 6,391.60 |
| Mehta,Saurabh | Billable | Manager | 0.50 | 551.00 | 275.50 |
| Mizutani,Rie | Billable | Manager | 53.50 | 551.00 | 29,478.50 |
| Ossanlou,Nina Shehrezade | Billable | Manager | 131.30 | 551.00 | 72,346.30 |
| Oyetunde,Oyebode | Billable | Manager | 46.60 | 551.00 | 25,676.60 |
| Richardson,Audrey Sarah | Billable | Manager | 0.40 | 551.00 | 220.40 |
| Sakaguchi,Kengo | Billable | Manager | 3.20 | 551.00 | 1,763.20 |
| Shapiro,Andrew | Billable | Manager | 0.80 | 551.00 | 440.80 |
| Short,Victoria | Billable | Manager | 1.00 | 551.00 | 551.00 |
| Sun,Yuchen | Billable[2] | Manager | 1.70 | 551.00 | 936.70 |
| Tsikkouris,Anastasios | Billable | Manager | 5.60 | 551.00 | 3,085.60 |
| Van Scoyk,Aeron | Billable | Manager | 43.90 | 551.00 | 24,188.90 |
| Wilson,Kat | Billable | Manager | 1.10 | 551.00 | 606.10 |
| Zheng,Eva | Billable | Manager | 104.10 | 551.00 | 57,359.10 |
| Agarwal,Akhil | Billable | Senior | 2.90 | 415.00 | 1,203.50 |
| Aithal,Adithya | Billable | Senior | 2.20 | 415.00 | 913.00 |
| Asim,Malik Umer | Billable | Senior | 22.10 | 415.00 | 9,171.50 |
| B,Bharath | Billable | Senior | 20.30 | 415.00 | 8,424.50 |
| Beauchamp,Drew | Billable | Senior | 8.40 | 415.00 | 3,486.00 |
| Chachan,Aparajita | Billable | Senior | 5.90 | 415.00 | 2,448.50 |
| Choudary,Hira | Billable[2] | Senior | 75.80 | 415.00 | 31,457.00 |
| Cockerham,McKenzie | Billable | Senior | 3.60 | 415.00 | 1,494.00 |
| Di Stefano,Giulia | Billable | Senior | 64.70 | 415.00 | 26,850.50 |
| Dugasse, Tara | Billable | Senior | 5.20 | 415.00 | 2,158.00 |
| Fitzgerald,Kaitlin Rose | Billable | Senior | 2.20 | 415.00 | 913.00 |
| Frapolly,Brody | Billable[2] | Senior | 32.30 | 415.00 | 13,404.50 |
| Garcia,Casey | Billable | Senior | 22.40 | 415.00 | 9,296.00 |

{1368.003-W0080236.} 3

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Gibson,Mitch | Billable | Senior | 5.50 | 415.00 | 2,282.50 |
| Goyal,Rahul | Billable | Senior | 0.50 | 415.00 | 207.50 |
| He,Ileana | Billable | Senior | 38.20 | 415.00 | 15,853.00 |
| Houareau,Tina | Billable | Senior | 14.40 | 415.00 | 5,976.00 |
| Huang,Ricki | Billable | Senior | 151.10 | 415.00 | 62,706.50 |
| Huang,Vanesa | Billable | Senior | 3.70 | 415.00 | 1,535.50 |
| Inker,Brian | Billable | Senior | 16.30 | 415.00 | 6,764.50 |
| Karan,Anna Suncheuri | Billable[2] | Senior | 48.50 | 415.00 | 20,127.50 |
| Konoiko,Nicholas | Billable | Senior | 15.40 | 415.00 | 6,391.00 |
| Lammey,Caitlin | Billable | Senior | 46.60 | 415.00 | 19,339.00 |
| Liu,Ke | Billable | Senior | 34.00 | 415.00 | 14,110.00 |
| MacLean,Corrie | Billable | Senior | 169.80 | 415.00 | 70,467.00 |
| Michael,Yiannis | Billable | Senior | 6.40 | 415.00 | 2,656.00 |
| Molnar,Evgeniya | Billable | Senior | 45.40 | 415.00 | 18,841.00 |
| Murray,Sarah | Billable | Senior | 0.20 | 415.00 | 83.00 |
| Neziroski,David | Billable[2] | Consultant | 88.70 | 445.00 | 39,471.50 |
| O'Reilly,Logan | Billable | Senior | 13.80 | 415.00 | 5,727.00 |
| Ortiz,Daniella | Billable[2] | Senior | 16.00 | 415.00 | 6,640.00 |
| Pastrikou,Eleni | Billable[2] | Senior | 3.00 | 415.00 | 1,245.00 |
| Perales,Stephanie | Billable | Senior | 16.60 | 415.00 | 6,889.00 |
| Perez,Ellen Joy | Billable | Senior | 26.00 | 415.00 | 10,790.00 |
| R,Mukesh | Billable | Senior | 23.50 | 415.00 | 9,752.50 |
| S. Figueroa,Carolina | Billable | Senior | 108.00 | 415.00 | 44,820.00 |
| Sakaguchi,Masato | Billable | Senior | 260.50 | 415.00 | 108,107.50 |
| Sangster,Mark | Billable | Senior | 3.40 | 415.00 | 1,411.00 |
| Sanni-Akanni,Muibat | Billable | Senior | 33.60 | 415.00 | 13,944.00 |
| Skarou,Tonia | Billable | Senior | 0.90 | 415.00 | 373.50 |
| Sreenivas Katikireddi,Teja | Billable | Senior | 10.00 | 415.00 | 4,150.00 |
| Themistou,Victoria | Billable | Senior | 0.80 | 415.00 | 332.00 |
| Tokuda,Keisuke | Billable | Senior | 4.50 | 415.00 | 1,867.50 |
| Wickramasinghe,Madhanga | Billable | Senior | 31.10 | 415.00 | 12,906.50 |
| Yang,Ella | Billable | Senior | 11.10 | 415.00 | 4,606.50 |
| Yang,Ming | Billable | Senior | 10.50 | 415.00 | 4,357.50 |
| Yeom,Sunny | Billable | Senior | 70.90 | 415.00 | 29,423.50 |
| Zandstra,Thomas | Billable | Senior | 9.80 | 415.00 | 4,067.00 |
| Zhu,Philip | Billable | Senior | 20.40 | 415.00 | 8,466.00 |
| Zhuo,Melody | Billable[2] | Senior | 248.00 | 415.00 | 102,920.00 |
| Allen,Jenefier Michelle | Billable | Staff | 4.20 | 236.00 | 991.20 |
| Ashihara,Kae | Billable | Staff | 8.10 | 236.00 | 1,911.60 |
| Balassiano,Sarah | Billable | Staff | 13.20 | 236.00 | 3,115.20 |
| Braun,Avi | Billable | Staff | 50.90 | 236.00 | 12,012.40 |
| Bruno,Hannah | Billable | Staff | 9.30 | 236.00 | 2,194.80 |
| Charalambous,Chrysanthos | Billable | Staff | 6.60 | 236.00 | 1,557.60 |
| Chen,Zhu En | Billable | Staff | 79.50 | 236.00 | 18,762.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Choque,Steven | Billable | Staff | 109.20 | 236.00 | 25,771.20 |
| Dichter,Chuck | Billable | Staff | 12.80 | 236.00 | 3,020.80 |
| Feliciano,Christopher | Billable | Staff | 54.30 | 236.00 | 12,814.80 |
| Gabison,Salomé | Billable | Staff | 8.70 | 236.00 | 2,053.20 |
| Gebreselassie,Abraham | Billable | Staff | 0.30 | 236.00 | 70.80 |
| Geisler,Arthur | Billable | Staff | 70.00 | 236.00 | 16,520.00 |
| Keiper,Brian | Billable | Staff | 3.00 | 236.00 | 708.00 |
| Louie,Alexis P | Billable | Staff | 3.70 | 236.00 | 873.20 |
| Mensah,Josephine | Billable | Staff | 138.10 | 236.00 | 32,591.60 |
| Mok,Wan Ling | Billable | Staff | 57.40 | 236.00 | 13,546.40 |
| Mould Parga,Joaquin | Billable | Staff | 3.30 | 236.00 | 778.80 |
| Sarte,Angel Lyne | Billable | Staff | 2.00 | 236.00 | 472.00 |
| Steiner,Jan | Billable | Staff | 23.50 | 236.00 | 5,546.00 |
| Thiyagalingam,Mehelan | Billable | Staff | 1.50 | 236.00 | 354.00 |
| Vasic,Dajana | Billable | Staff | 24.50 | 236.00 | 5,782.00 |
| Scott,James | Billable | Client Serving Contractor JS | 62.40 | 600.00 | 37,440.00 |
| Bieganski,Walter | Billable | Client Serving Contractor WB | 60.10 | 200.00 | 12,020.00 |
| | | | | | |
| **Total Fees Due** | | | **6,101.60** | | **$ 3,285,407.50** |

[1] Travel fees are billed out at 50% bill rate
[2] Reflect EY promotions

{1368.003-W0080236.}            5