## Exhibit B

**Summary of Hours and Fees by Matter Category**

**Summary of Hours and Fees by Matter Category**
**AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Project Category | Hours | Fees |
|---|---|---|
| ACR Bookkeeping/ACR Statutory Reporting | 544.30 | $ 244,277.90 |
| Fee/Employment Applications | 114.80 | 54,189.60 |
| Information Reporting | 51.40 | 38,687.70 |
| Non US Tax | 923.90 | 520,713.60 |
| Payroll Tax | 179.80 | 146,183.70 |
| Project Management Office Transition | 261.20 | 147,020.30 |
| Tax Advisory | 305.20 | 247,981.40 |
| Technology | 426.80 | 233,391.20 |
| Transfer Pricing | 511.10 | 286,271.00 |
| US Income Tax | 782.10 | 430,434.50 |
| US International Tax | 1,168.30 | 516,445.20 |
| US State and Local Tax | 763.80 | 390,901.50 |
| Value Added Tax | 46.10 | 17,777.00 |
| **Total** | **6,101.60** | **$ 3,285.407.50** |