## Exhibit C

**Summary of Expenses**

**Summary of Expenses**
**AUGUST 1, 2024 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Expense Category | Expense Amount |
|---|---:|
| Airfare | $ 1,995.92 |
| Ground Transportation | 2,067.47 |
| IT Data | 107,299.00 |
| Lodging | 5,368.75 |
| Meals | 1,047.73 |
| Technology Support | 7,897.34 |
| VAT | 695.09 |
| **Total** | **$ 126,371.30** |