# EXHIBIT B

# ENTWISTLE & CAPPUCCI

500 W 2nd Street

Austin, TX 78701

March 3, 2025

| | | |
|---|---|---|
| Prebill# | 105 | |
| Invoice# | 0 | AJE |
| Our file# | 03217 | 0001 |
| Billing Through | 12/31/2024 | |

FTX

## BILLING RATE SUMMARY

| Name | Rate | Hours | Amount |
|---|---|---|---|

## EXPENSES

| Description | Amount | |
|---|---|---|
| Copy/Scan/PDF Charges | $174.26 | |
| Press Releases | $8,630.00 | |
| FedEx/Messenger Services | $461.89 | |
| Miscellanous expenses | $3,129.78 | |
| Research Expenses | $23,697.64 | |
| Telephone/video-conference | $600.00 | |
| **TOTAL EXPENSES** | | **$36,693.57** |
| **TOTAL OF NEW CHARGES FOR THIS INVOICE** | | **$36,693.57** |
| **TOTAL BALANCE DUE** | | **$36,693.57** |
| Remaining PPD Balance | $0.00 | |
| Remaining Trust Balance | $0.00 | |

03217     FTX                                    Invoice#   0              Page  2

**Fees**

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|

**Expenses**

| Date | Description | | Amount |
|------|-------------|---|--------|
| ELEC | 11/15/2022 | $1,630.00 | |
| Business Wire, Inc. Invoice # 3217.1 | | | |
| ELEC | 11/17/2022 | $1,400.00 | |
| Business Wire, Inc. Invoice # 2100249962 | | | |
| RES | 11/17/2022 | $57.26 | |
| REDDIT INC Invoice # RESEARCH | | | |
| RES | 11/18/2022 | $94.95 | |
| REDDIT INC Invoice # RESEARCH | | | |
| RES | 11/19/2022 | $98.57 | |
| REDDIT INC Invoice # RESEARCH | | | |
| RES | 11/20/2022 | $133.99 | |
| REDDIT INC Invoice # RESEARCH | | | |
| RES | 11/21/2022 | $92.43 | |
| REDDIT INC Invoice # RESEARCH | | | |
| RES | 12/01/2022 | $224.81 | |
| THOMSON REUTERS Invoice # 847488195 | | | |
| RES | 12/01/2022 | $31.04 | |
| THOMSON REUTERS Invoice # 847488195 | | | |
| RES | 12/01/2022 | $1,181.22 | |
| THOMSON REUTERS Invoice # 847488195 | | | |
| RES | 12/05/2022 | $402.84 | |
| Bloomberg Finance L.P. Invoice # 6888383438 | | | |
| RES | 12/31/2022 | $590.65 | |
| Bloomberg Finance L.P. Invoice # 6888390168 | | | |
| RES | 12/31/2022 | $6,023.83 | |
| RES | 12/31/2022 | $66.80 | |
| RES | 12/31/2022 | $108.27 | |
| TELE | 01/26/2023 | $600.00 | |
| RES | 02/01/2023 | $1,040.63 | |
| THOMSON REUTERS Invoice # 0847818456 | | | |
| RES | 02/06/2023 | $544.38 | |
| Bloomberg Finance L.P. Invoice # 6888393775 | | | |
| RES | 03/01/2023 | $277.10 | |
| THOMSON REUTERS Invoice # 847971520 | | | |
| RES | 03/01/2023 | $102.55 | |
| THOMSON REUTERS Invoice # 847971520 | | | |
| RES | 03/31/2023 | $1,949.00 | |
| Pacer Service Center Invoice # 1ST QTR 2023 | | | |
| RES | 03/31/2023 | $45.40 | |

| | | |
|---|---|---|
| Pacer Service Center Invoice # 1ST QTR 2023 | | |
| RES | 03/31/2023 | $9.70 |
| Pacer Service Center Invoice # 1ST QTR 2023 | | |
| RES | 03/31/2023 | $6.30 |
| Pacer Service Center Invoice # 1ST QTR 2023 | | |
| RES | 04/01/2023 | $352.67 |
| THOMSON REUTERS Invoice # 848130003 | | |
| RES | 05/01/2023 | $277.39 |
| THOMSON REUTERS Invoice # 848292025 | | |
| RES | 05/08/2023 | $54.40 |
| Bloomberg Finance L.P. Invoice # 6888404069 | | |
| RES | 05/31/2023 | $20.00 |
| RES | 06/06/2023 | $2,714.82 |
| RES | 06/30/2023 | $67.50 |
| RES | 07/07/2023 | $741.76 |
| RES | 07/31/2023 | $77.50 |
| MISC | 08/31/2023 | $120.00 |
| Bloomberg Finance L.P. Invoice # 6888407813 | | |
| ELEC | 09/11/2023 | $1,400.00 |
| Business Wire, Inc. Invoice # 2310083463 | | |
| ELEC | 09/22/2023 | $1,170.00 |
| Business Wire, Inc. Invoice # 2310086993 | | |
| RES | 10/04/2023 | $761.70 |
| Pacer Service Center Invoice # 5462938-Q32023 | | |
| RES | 10/16/2023 | $130.65 |
| Bloomberg Finance L.P. Invoice # 6888424121 | | |
| RES | 10/16/2023 | $2.72 |
| Bloomberg Finance L.P. Invoice # 6888424121 | | |
| ELEC | 10/17/2023 | $2,090.00 |
| Business Wire, Inc. Invoice # 2310095085 | | |
| MISC | 10/17/2023 | $152.41 |
| American Express Invoice # October 2023 | | |
| MISC | 10/17/2023 | $1,223.47 |
| American Express Invoice # October 2023 | | |
| MISC | 10/17/2023 | $1,633.90 |
| American Express Invoice # October 2023 | | |
| RES | 11/06/2023 | $120.00 |
| Bloomberg Finance L.P. Invoice # 6888426239 | | |
| RES | 12/01/2023 | $6.81 |
| RES | 12/01/2023 | $883.22 |
| RES | 01/25/2024 | $47.50 |
| Bloomberg Finance L.P. Invoice # 6888435616 | | |
| RES | 02/06/2024 | $178.20 |
| THOMSON REUTERS Invoice # 849711927 | | |
| RES | 02/06/2024 | $171.01 |

THOMSON REUTERS Invoice # 849711927
RES          02/06/2024              $370.34
THOMSON REUTERS Invoice # 849711927
RES          03/05/2024              $35.00
Bloomberg Finance L.P. Invoice # 6888440907
RES          03/05/2024              -$35.00
Bloomberg Finance L.P. Invoice # 6888440907
RES          04/04/2024              $9.70
Pacer Service Center Invoice # 5462938-Q12024
RES          04/04/2024              $137.50
Pacer Service Center Invoice # 5462938-Q12024
RES          04/04/2024              $10.00
Pacer Service Center Invoice # 5462938-Q12024
RES          04/04/2024              $8.50
Pacer Service Center Invoice # 5462938-Q12024
RES          04/04/2024              $17.50
Pacer Service Center Invoice # 5462938-Q12024
RES          04/08/2024              $72.50
Bloomberg Finance L.P. Invoice # 6888444404
RES          06/01/2024              $129.77
THOMSON REUTERS Invoice # 850311225
RES          06/01/2024              $112.63
THOMSON REUTERS Invoice # 850311225
RES          06/10/2024              $35.00
Bloomberg Finance L.P. Invoice # 6888450156
RES          06/10/2024              $17.50
Bloomberg Finance L.P. Invoice # 6888450156
RES          07/01/2024              $18.98
THOMSON REUTERS Invoice # 850450872
RES          07/01/2024              $75.67
THOMSON REUTERS Invoice # 850450872
RES          07/08/2024              $87.50
Bloomberg Finance L.P. Invoice # 6888453116
RES          07/08/2024              $116.70
Pacer Service Center Invoice # 5462938-Q22024
RES          08/01/2024              $56.48
THOMSON REUTERS Invoice # 850626713
RES          09/01/2024              $295.00
Bloomberg Finance L.P. Invoice # 1400024421
RES          09/01/2024              $74.48
THOMSON REUTERS Invoice # 850741053
RES          09/01/2024              $1,585.46
THOMSON REUTERS Invoice # 850741053
RES          09/09/2024              $72.50
Bloomberg Finance L.P. Invoice # 6888459710

03217    FTX                                           Invoice#   0              Page   5

| | | | |
|---|---|---|---|
| ELEC | 10/07/2024 | $940.00 | |
| Business Wire, Inc. Invoice # 2410083777 | | | |
| RES | 10/07/2024 | $0.80 | |
| Pacer Service Center Invoice # 5462938-Q32024 | | | |
| RES | 10/07/2024 | $42.90 | |
| Pacer Service Center Invoice # 5462938-Q32024 | | | |
| RES | 10/07/2024 | $19.30 | |
| Pacer Service Center Invoice # 5462938-Q32024 | | | |
| RES | 11/01/2024 | $192.50 | |
| Bloomberg Finance L.P. Invoice # 6888466973 | | | |
| RES | 11/01/2024 | $86.60 | |
| THOMSON REUTERS Invoice # 851043856 | | | |
| RES | 12/01/2024 | $92.18 | |
| RES | 12/09/2024 | $37.50 | |
| Bloomberg Finance L.P. Invoice # 6888469742 | | | |
| COPY | 12/31/2024 | $174.26 | |
| FEDX | 12/31/2024 | $461.89 | |
| FFEE | 12/31/2024 | $0.00 | |
| RES | 12/31/2024 | $70.20 | |
| RES | 12/31/2024 | $162.38 | |

|  |  | $36,693.57 |
|---|---|---|
| 0.00 | | $0.00 |