## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Andrew J. Entwistle, hereby certify as follows:

1. I am a partner in the applicant firm, Entwistle & Cappucci LLP, and have been admitted to the bar of the State of New York since 1982.

2. I have personally performed many of the legal services rendered by Entwistle & Cappucci LLP, as counsel for the Adversary Class Action Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar, and I supervised all other work by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and respectfully submit that the application complies with such requirements.

Dated: March 3, 2025
Austin, Texas

/s/ Andrew J. Entwistle
**ENTWISTLE & CAPPUCCI LLP**
Andrew J. Entwistle (*pro hac vice*)
500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Tel: (512) 710-5960
aentwistle@entwistle-law.com

*Counsel for Adversary Class Action Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar*