**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Related to D.I. 256** |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL AND**
**REQUEST FOR REMOVAL FROM ELECTRONIC AND MAILING LISTS**

PLEASE TAKE NOTICE that Evelyn J. Meltzer of Troutman Pepper Locke LLP[2] is no longer counsel to Paradigm Operations LP in the above captioned matter. As a result, Evelyn J. Meltzer hereby withdraws her appearance on behalf of Paradigm Operations LP and hereby respectfully requests to be removed from the Court's CM/ECF electronic notification service list and all other service lists in the above-captioned matter.

Dated:  March 3, 2025
            Wilmington, Delaware

**TROUTMAN PEPPER LOCKE LLP**

 */s/ Evelyn J. Meltzer*
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware  19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
E-mail:  Evelyn.Meltzer@troutman.com

*Counsel for Paradigm Operations LP*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Troutman Pepper Hamilton Sanders LLP merged with Locke Lord LLP, to become Troutman Pepper Locke LLP, effective January 1, 2025.

308954947v1

## **CERTIFICATE OF SERVICE**

I, Evelyn J. Meltzer, hereby certify that on the 3rd day of March, 2025, I caused the foregoing to be served electronically on all ECF participants registered in these cases, on the date of filing through the Court's ECF system, at their respective email addresses registered with the Court.

*/s/ Evelyn J. Meltzer*
Evelyn J. Meltzer (DE No. 4581)

308954947v1