## Exhibit B
**Summary of Hours and Fees by Matter Category**

**Summary of Hours and Fees by Matter Category**
**NOVEMBER 28, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Project Category | Hours | Fees |
|---|---:|---:|
| ACR Bookkeeping/ACR Statutory Reporting | 4,510.90 | $ 2,023,941.30 |
| Chapter 11 Process and Case Management | 15.40 | 13,926.00 |
| Fee/Employment Applications | 1,271.60 | 562,996.60 |
| Information Reporting | 1,143.80 | 669,910.40 |
| Information Reporting & Withholding | 24.60 | 18,087.50 |
| IRS Audit Matters | 1,192.20 | 707,689.10 |
| Liquidation Activities | 606.40 | 432,233.00 |
| Meetings with Management | 345.70 | 222,948.50 |
| Meetings with Other Advisors | 142.85 | 93,732.25 |
| Non US Tax | 9,327.85 | 4,734,619.00 |
| Non-Working Travel (billed at 50% of rates) | 541.50 | 190,266.10 |
| Payroll Tax | 4,301.70 | 2,782,420.10 |
| Project Management Office Transition | 3,739.20 | 1,901,537.00 |
| Tax Advisory | 2,182.80 | 1,421,468.30 |
| Technology | 5,889.70 | 3,058,495.20 |
| Transfer Pricing | 4,907.10 | 2,646,584.90 |
| US Income Tax | 6,811.20 | 3,969,614.20 |
| US International Tax | 6,467.40 | 3,243,052.90 |
| US State and Local Tax | 5,405.90 | 2,455,669.60 |
| Value Added Tax | 637.80 | 328,459.30 |
| **Total** | **59,465.60** | **$ 31,477,651.25** |

{1368.003-W0080264.2}