## Exhibit C
**Summary of Expenses**

**Summary of Expenses**
**NOVEMBER 28, 2022 THROUGH AND INCLUDING OCTOBER 8, 2024**

| Expense Category | Expense Amount |
|---|---:|
| Airfare | $ 42,661.96 |
| Ground Transportation | 19,865.55 |
| IT Data Hosting Cost | 769,862.53 |
| Legal Fees | 28,555.00 |
| Lodging | 66,339.55 |
| Meals | 14,856.50 |
| Miscellaneous - WIFI | 261.91 |
| Technology Support | 24,604.58 |
| Value Added Tax - Cyprus | 27,776.17 |
| Value Added Tax - Panama | 998.03 |
| Value Added Tax - Turkey | 13,699.64 |
| **Total** | **$ 1,009,481.42** |