UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.,*

            Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

     A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **LayerZero Labs Ltd.** | **Ceratosaurus Investors, LLC** |
| Name and Current Address of Transferor:<br>**LayerZero Labs Ltd.**<br>**Attn: Brian S. Rosen**<br>**Eleven Times Square**<br>**New York, NY 10036** | Name and Address where notices and payments to transferee should be sent:<br>**Ceratosaurus Investors, LLC**<br>**Attn: Michael Linn**<br>**Email: mlinn@farcap.com**<br>**One Maritime Plaza, Suite 2100**<br>**San Francisco, CA 94111** |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 85231 (amends Claim No. 5236) | LayerZero Labs Ltd. | Set by Stipulation | Maclaurin Investments Ltd. | 22-11087 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Linn*
    Michael Linn (Mar 3, 2025 10:35 PST)
Transferee/Transferee's Agent

Date: March 3, 2025



📄 Proof of Claim PDF

# Creditor Data Details – Claim # 85231

**Creditor**
LayerZero Labs Ltd.
Brian S. Rosen
Eleven Times Square
New York, NY 10036

**Debtor Name**
Maclaurin Investments Ltd.

**Date Filed**
09/29/2023

**Claim Number**
85231

**Schedule Number**
n/a

**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | Unliquidated | U | $0.00 | Set by Stipulation |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.