# EXHIBIT A

## Final Application Summary

## Cover Sheet of Fee Application (UST Guidelines Exh. E)

| **Final Application Summary** | |
|---|---|
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | Ad Hoc Committee of Non-Us Customers of FTX.Com |
| Time period covered by Interim Application | May 1, 2023, through October 8, 2024 |
| Total compensation sought during Application Period (after accounting for voluntary reductions) | $2,251,603.54 |
| Total expenses sought during Application Period (after accounting for voluntary reductions) | $29,437.36 |
| Petition Date | November 11 and 14, 2023 |
| Date of Order approving Counsel Reimbursement Agreement | November 15, 2023 |
| Total allowed compensation paid to date | $2,194,239.84 |
| Total allowed expenses paid to date | $29,437.36 |
| Total compensation approved by interim order to date | $1,964,785.04 |
| Total expenses approved by interim order to date | $22,414.36 |
| Blended rate in the Final Application for all partners | $1,143.38 |
| Blended rate in the Final Application for all attorneys | $870.31 |
| Blended rate in the Final Application for all timekeepers | $858.11 |

| | |
|---|---|
| Compensation sought in the Final Application already paid pursuant to a monthly compensation certificate but not yet allowed on an interim basis | $229,454.80 |
| Expenses sought in the Final Application already paid pursuant to a monthly compensation certificate but not yet allowed on an interim basis | $7,023.00 |
| Number of professionals included in the Final Application | 21 |
| If applicable, number of professionals in the Final Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 14 |
| Are any rates higher than those approved or disclosed at retention | Morris Nichols implemented a firm-wide annual rate increase effective January 1, 2024 covering fees incurred during the Application Period. This rate increase is consistent with the Engagement Letter, which provides that the rates included therein are adjusted from time to time and specifically at the beginning of each year. |