**EXHIBIT B**

**Staffing Plan**

**Application Period Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 1 | 6 | $1,095 | $1,143.38 |
| Associate | 2 | 7 | $578 | $625.75 |
| Other Professionals | 2 | 6 | $375 | $381.52 |