# EXHIBIT C

**Budget**

**Application Period Budget**

| Project Category | Estimated Hours | Estimated Fees | Hours Billed | Amount Billed |
|---|---|---|---|---|
| B110 Case Administration | 38 | $36,500.00 | 3.2 | 1,758.00 |
| B112 General Creditor Inquiries | 6 | $4,500.00 | 4.5 | 3,996.50 |
| B113 Case Analysis/Pleading Review | 140 | $117,500.00 | 180.2 | 160,334.00 |
| B120 Asset Analysis and Recovery | 4 | $3,500.00 | | |
| B140 Relief from Stay and Adequate Protection | 52 | $39,500.00 | 1.9 | 2,371.00 |
| B150 Meetings of and Communications with External Stakeholders | 102 | $79,500.00 | 4 | 4,216.50 |
| B155 Court Hearings | 180 | $150,000.00 | 147.7 | 134,076.00 |
| B160 Fee/Employment Applications | 81 | $79,500.00 | 280.7 | 182,014.50 |
| B170 Fee/Employment Objections | 40 | $30,000.00 | | |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 80 | $61,250.00 | 45.5 | 32,726.50 |
| B191 General Litigation | 205 | $160,000.00 | 31.2 | 29,510.50 |
| B195 Non-Working Travel | 6 | $4,500.00 | 24.4 | 12,494.25 |
| B260 Corporate Governance and Board Matters | 1300 | $981,250.00 | 33.4 | 28,374.00 |
| B270 AHC Member Communications & Meetings | 250 | $212,500.00 | 201.1 | 173,309.00 |
| B310 KYC Process and Claims Administration | 150 | $120,000.00 | 24.4 | 26,305.50 |
| B320 Plan and Disclosure Statement (Including Business Plan) | 531 | $529,500.00 | 1,527.5 | 1,376,763.00 |
| B330 Fee Reimbursement Motion | 6 | $4,500.00 | 51.9 | 41,763.50 |
| B410 General Case Strategy | 110 | $87,500.00 | 53.8 | 43,754.00 |
| BK450 Section 1104 Examiner Related Issues | 15 | $15,000.00 | 8.5 | 9,322.00 |
| **Total** | **3,296** | **$2,716,500.00** | **2,623.9** | **$2,263,088.75** |