# EXHIBIT A

**Summary of Fees by Individual for the Application Period**
**(May 1, 2023, through and including October 8, 2024)**

| Name | Title | Practice Group; Date of First Admission | Hours Billed | Amount Billed |
|---|---|---|---|---|
| Broderick, Erin E. | Partner | Litigation, 2008 | 2,845.40 | 3,108,404.00 |
| Buchanan, Randy | Partner | Tax, 1989 | 3.80 | 5,719.00 |
| Ivanick, Peter A. | Partner | Insurance Transactions & Products, 1983 | 43.50 | 73,950.00 |
| Kodaman, Meltem | Partner | Capital Markets & Investments, 2002 | 1.00 | 1,140.00 |
| Paul, Sarah | Partner | Litigation, 2004 | 345.00 | 402,519.00 |
| Raines, Hunter | Partner | Corporate, 2015 | 0.90 | 787.50 |
| Setliffe, Caroline | Partner | Tax, 1999 | 7.50 | 9,487.50 |
| Wender, David A. | Partner | Finance, 2003 | 82.70 | 90,970.00 |
|  | **Partner Total** |  | **3,329.80** | **3,692,977.00** |
| Christian, Edward | Senior Counsel | Finance, 1995 | 61.20 | 70,992.00 |
| Kimble, Jennifer B. | Senior Counsel | Finance, 2005 | 206.20 | 195,890.00 |
|  | **Senior Counsel Total** |  | **267.40** | **266,882.00** |
| Badio, Maritza | Counsel | Finance, 2017 | 172.10 | 157,471.50 |
|  | **Counsel Total** |  | **172.10** | **157,471.50** |
| Hardaway, Lamine C. | Senior Attorney | Energy, 2008 | 2.00 | 1,300.00 |
| Polansky, Andrew J. | Senior Attorney | Litigation, 2018 | 243.50 | 189,930.00 |
|  | **Senior Attorney Total** |  | **245.50** | **191,230.00** |
| Monzon Woc, Ana Rocio | Senior Associate | Litigation, 2018 | 167.10 | 113,440.50 |
| Oliveira, Amanda | Senior Associate | Litigation, 2019 | 2.10 | 1,291.50 |
|  | **Senior Associate Total** |  | **169.20** | **114,732.00** |
| DeLoatch, Nathaniel T. | Associate | Finance, 2019 | 671.00 | 502,003.50 |
| Howard, Jazmen | Associate | Corporate, 2020 | 18.40 | 12,410.00 |
| Lindsey, Zack W. | Associate | Litigation, 2020 | 4.40 | 2,552.00 |
| Rodgers, Jessica | Associate | Litigation, 2020 | 29.30 | 19,924.00 |
| Rogers, Michael A. | Associate | Litigation, 2022 | 1,851.20 | 1,354,264.00 |
| Sowers, Dane N. | Associate | Litigation, 2021 | 2.30 | 1,276.50 |
| Spring, Thomas A. | Associate | Litigation, 2021 | 44.50 | 28,925.00 |
| Tomasello, Reid L. | Associate | Tax, 2020 | 7.50 | 6,262.50 |
|  | **Associate Total** |  | **2,628.60** | **1,927,617.50** |
| Hirsch, Devorah | Paralegal | Litigation | 469.00 | 129,218.00 |
| Keenan, Shawne | Paralegal | Finance | 6.00 | 3,090.00 |
| Wright, Charlene | Paralegal | Capital Markets & Investments | 2.30 | 1,012.00 |
|  | **Paralegal Total** |  | **477.30** | **133,320.00** |
| Wells, Antoinette | Library Bus Prof | Administrative | 0.50 | 175.00 |
|  | **Library Bus Prof Total** |  | **0.50** | **175.00** |
|  | **Grand Total** |  | **7,290.40** | **$6,484,405.00**[1] |

---

[1] Such amounts do not reflect voluntary reductions agreed upon by Eversheds Sutherland, the U.S. Trustee, and the Fee Examiner.