# EXHIBIT B

## Summary of Compensation by Project Category

| U.S. Trustee Task Code and Project Category | Hours Billed | Amount Billed |
|---|---|---|
| B110 Case Administration | 107.20 | 62,889.50 |
| B112 General Creditor Inquiries | 392.30 | 261,578.00 |
| B113 Case Analysis/Pleading Review | 697.80 | 672,760.00 |
| B120 Asset Analysis and Recovery | 6.90 | 2,237.00 |
| B140 Relief From Stay and Adequate Protection | 21.20 | 19,412.00 |
| B150 Meetings of and Communications with Creditors | 55.70 | 45,689.50 |
| B155 Court Hearings | 80.40 | 78,426.50 |
| B160 Fee/Employment Applications | 252.30 | 230,131.00 |
| B170 Fee/Employment Objections | 0.50 | 567.50 |
| B190 Other Contested Matters (excluding assumption /rejection motions) | 294.10 | 233,691.00 |
| B191 General Litigation | 1.40 | 1,353.00 |
| B195 Non-Working Travel | 50.90 | 49,195.00 |
| B260 Corporate Governance and Board Matters | 370.00 | 263,244.00 |
| B270 AHC Member Communications & Meetings | 1,155.90 | 1,042,541.00 |
| B310 KYC Process and Claims Administration | 623.50 | 540,195.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 2,674.50 | 2,529,450.00 |
| B330 Fee Reimbursement Motion | 241.60 | 219,941.00 |
| B410 General Case Strategy | 249.10 | 214,137.00 |
| B450 Case Examiner | 15.10 | 16,966.50 |
| | **7,290.40** | **$ 6,484,405.00**[1] |

---

[1] Such amounts do not reflect voluntary reductions agreed upon by Eversheds Sutherland, the U.S. Trustee, and the Fee Examiner.