## **EXHIBIT C**

**Expense Summary for the Application Period**

**Total:** $36,726.67