**EXHIBIT D**

**Eversheds Sutherland's Customary and Comparable Compensation Disclosures**

| Timekeeper Rank | FTX - Ad Hoc Committee* | | Firm-wide** | |
| --- | --- | --- | --- | --- |
| | May 1, 2023 Through October 8, 2024 | | Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from May 2023 Through October 2024 | |
| | Blended Hourly Rate | % Total Hours | Blended Hourly Rate | % Total Hours |
| Partners [1] | $1,101 | 49% | $945 | 44% |
| Associates [2] | $744 | 44% | $627 | 51% |
| Non-Lawyers [3] | $280 | 7% | $393 | 5% |
| **All Timekeepers** | **$889** | | **$756** | |

[1] Includes Of Counsel, Senior Counsel.
[2] Includes Special Counsel, Counsel, Senior Attorney, Staff Attorney, Contract Attorney.
[3] Excludes all non-comparable "non-lawyer" timekeepers.

\* Includes write-offs.
\*\* Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs.