# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 29782** |

## NOTICE OF WITHDRAWAL OF
## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE THAT** Lorenzo Corsetti, by and through his undersigned counsel, hereby provides notice of his withdrawal of the *Transfer of Claim Other Than for Security* [Docket No. 29782] filed on February 28, 2025 with the United States Bankruptcy Court for the District of Delaware.

Dated: March 5, 2025

**MORRIS JAMES LLP**

*/s/ Siena B. Cerra*
Tara C. Pakrouh (DE Bar No. 6192)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: tpkrouh@morrisjames.com
          scerra@morrisjames.com

*Counsel to Lorenzo Corsetti*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

17211508/1