# <u>EXHIBIT 1</u>

**FTX Trading Ltd. 22-11068 (JTD)**
**Notice of Full Satisfaction**

| | | | Asserted Claims | | |
|---|---|---|---|---|---|
| Schedule / Claim Number | Name | | Debtor | Tickers | Ticker Quantity |
| 5710647 | Name on File | | FTX Trading Ltd. | AUD | 5,000.00 |
| Reason: Claim has been fully satisfied via payment of $5,000 AUD dated 5/29/2024 | | | | | |
| 5946433 | Name on File | | FTX Trading Ltd. | AUD | 1,000.00 |
| Reason: Claim has been fully satisfied via payment of $1,000 AUD dated 5/29/2024 | | | | | |
| 5363060 | Name on File | | FTX Trading Ltd. | AUD | 2800.00 |
| Reason: Claim has been fully satisfied via payment of $2,800 AUD dated 5/29/2024 | | | | | |
| 52589 | Name on file | | FTX Trading Ltd. | AUD | 3,557.62 |
| Reason: Claim has been partially satisfied via payment of $3,557.62 AUD dated May 29th, 2024 | | | | | |
| 6024015 | Name on File | | FTX Trading Ltd. | AUD | 20,000.00 |
| Reason: Claim has been fully satisfied via payment of $20,000 AUD dated 5/29/2024 | | | | | |
| 22922 | Name on file | | FTX Trading Ltd. | AUD | 1,987.86 |
| Reason: Claim has been partially satisfied via payment of $1,987.86 AUD dated May 29th, 2024 | | | | | |
| 83012 | Name on file | | FTX Trading Ltd. | AUD | 4,111.00 |
| Reason: Claim has been partially satisfied via payment of $4,111.10 AUD dated May 29th, 2024 | | | | | |
| 5996463 | Name on File | | FTX Trading Ltd. | AUD | 1,000.00 |
| Reason: Claim has been fully satisfied via payment of $1,000 AUD dated 5/29/2024 | | | | | |
| 5578524 | Name on File | | FTX Trading Ltd. | AUD | 10,000.00 |
| Reason: Claim has been fully satisfied via payment of $10,000 AUD dated 5/29/2024 | | | | | |
| 6598110 | Name on File | | FTX Trading Ltd. | AUD | 77,929.39 |
| Reason: Claim has been fully satisfied via payment of $77,929.39 AUD dated 5/29/2024 | | | | | |
| 6216521 | Name on File | | FTX Trading Ltd. | AUD | 10,000.00 |
| Reason: Claim has been fully satisfied via payment of $10,000 AUD dated 5/29/2024 | | | | | |
| 5435696 | Name on File | | FTX Trading Ltd. | AUD | 1,000.00 |
| Reason: Claim has been fully satisfied via payment of $1,000 AUD dated 5/29/2024 | | | | | |
| 5681642 | Name on File | | FTX Trading Ltd. | AUD | 5,010.00 |
| Reason: Claim has been fully satisfied via payment of $5,010 AUD dated 5/29/2024 | | | | | |
| 5570941 | Name on File | | FTX Trading Ltd. | AUD | 80.00 |
| Reason: Claim has been fully satisfied via payment of $80 AUD dated 5/29/2024 | | | | | |
| 67050 | Name on file | | FTX Trading Ltd. | AUD | 11,092.99 |
| Reason: Claim has been partially satisfied via payment of $11,092.99 AUD dated May 29th, 2024 | | | | | |
| 5886753 | Name on File | | FTX Trading Ltd. | AUD | 300.00 |
| Reason: Claim has been fully satisfied via payment of $300 AUD dated 5/29/2024 | | | | | |
| 6532520 | Name on File | | FTX Trading Ltd. | AUD | 5,032.61 |
| Reason: Claim has been fully satisfied via payment of $5,032.61 AUD dated 5/29/2024 | | | | | |
| 5422424 | Name on File | | FTX Trading Ltd. | AUD | 5,030.00 |
| Reason: Claim has been fully satisfied via payment of $5,030 AUD dated 5/29/2024 | | | | | |
| 6699297 | Name on file | | FTX Trading Ltd. | AUD | 569.19 |

| Schedule / Claim Number | Name | Asserted Claims | | |
| --- | --- | --- | --- | --- |
| | | Debtor | Tickers | Ticker Quantity |
| Reason: Claim has been partially satisfied via payment of $569.19 AUD dated May 29th, 2024 | | | | |
| 6629990 | Name on file | FTX Trading Ltd. | AUD | 37,885.66 |
| Reason: Claim has been partially satisfied via payment of $37,885.66 AUD dated May 29th, 2024 | | | | |
| 6692325 | Name on file | FTX Trading Ltd. | AUD | 15,506.72 |
| Reason: Claim has been partially satisfied via payment of $15,506.72 AUD dated May 29th, 2024 | | | | |
| 30182 | Name on file | FTX Trading Ltd. | AUD | 28,354.71 |
| Reason: Claim has been partially satisfied via payment of $28,354.71 AUD dated May 29th, 2024 | | | | |
| 92925* | Name on File | FTX Trading Ltd. | AUD | 1,000.00 |
| Reason: Claim has been fully satisfied via payment of $1,000 AUD dated 5/29/2024 | | | | |
| 5796499 | Name on File | FTX Trading Ltd. | AUD | 10,000.00 |
| Reason: Claim has been fully satisfied via payment of $10,000 AUD dated 5/29/2024 | | | | |
| 32968 | Name on file | FTX Trading Ltd. | AUD | 33,804.48 |
| Reason: Claim has been partially satisfied via payment of $33,804.48 AUD dated May 29th, 2024 | | | | |
| 31537 | Name on file | FTX Trading Ltd. | AUD | 1,636.23 |
| Reason: Claim has been partially satisfied via payment of $1,636.23 AUD dated May 29th, 2024 | | | | |
| 6633352 | Name on File | FTX Trading Ltd. | AUD | 3,099.98 |
| Reason: Claim has been fully satisfied via payment of $3,099.98 AUD dated 5/29/2024 | | | | |
| 19657 | Name on file | FTX Trading Ltd. | AUD | 14,981.24 |
| Reason: Claim has been partially satisfied via payment of $14,981.24 AUD dated May 29th, 2024 | | | | |
| 6393915 | Name on File | FTX Trading Ltd. | AUD | 40,000.00 |
| Reason: Claim has been fully satisfied via payment of $40,000 AUD dated 5/29/2024 | | | | |
| 5868415 | Name on File | FTX Trading Ltd. | AUD | 10,000.00 |
| Reason: Claim has been fully satisfied via payment of $10,000 AUD dated 5/29/2024 | | | | |
| 6482558 | Name on File | FTX Trading Ltd. | AUD | 306.90 |
| Reason: Claim has been fully satisfied via payment of $306.90 AUD dated 5/29/2024 | | | | |
| 84489 | Name on file | FTX Trading Ltd. | AUD | 16,320.00 |
| Reason: Claim has been partially satisfied via payment of $16,320.00 AUD dated May 29th, 2024 | | | | |
| 6671470 | Name on File | FTX Trading Ltd. | AUD | 200.18 |
| Reason: Claim has been fully satisfied via payment of $200.18 AUD dated 5/29/2024 | | | | |
| 31384 | Name on file | FTX Trading Ltd. | AUD | 11,235.22 |
| Reason: Claim has been partially satisfied via payment of $11,235.22 AUD dated May 29th, 2024 | | | | |

92925*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Eleventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)