IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 15, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Objection of the FTX Recovery Trust to the Motion of Hyung Cheol Lim, Aimed, Inc., Blocore Pte., Ltd., Ji Woong Choi, and Mosaic Co. Ltd. For an Order, Pursuant to Rules 3001 and 3020(D) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 105(A) and 1142(B), for Leave to Amend Proof of Claim No. 87144 to Correct Claimant's Name and Address [Docket No. 29582]

- Declaration of Brian D. Glueckstein in Support of Objection of the FTX Recovery Trust to the Motion of Hyung Cheol Lim, Aimed, Inc., Blocore Pte., Ltd., Ji Woong Choi, and Mosaic Co. Ltd. For an Order, Pursuant to Rules 3001 and 3020(D) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 105(A) and 1142(B), for Leave to Amend Proof of Claim No. 87144 to Correct Claimant's Name and Address [Docket No. 29583]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 5, 2025

                                                */s/ Engels Medina*
                                                Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 5, 2025, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Case 22-11068-JTD    Doc 29877    Filed 03/05/25    Page 3 of 4

## Exhibit A
Notice Parties Service List
Served via email

| DESCRIPTION | NOTICE NAME | EMAIL |
|---|---|---|
| VENABLE LLP | Attn: Daniel A. O'Brien | daobrien@venable.com |
| VENABLE LLP | Attn: Jeffrey S. Sabin, Carol A. Weiner | jssabin@venable.com; cweinerlevy@venable.com |