# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING, LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 4th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/04/2025 | 29856 | Final Application for Compensation // Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the period May 1, 2023 to October 8, 2024. Filed by Morris, Nichols, Arsht & Tunnell LLP. Hearing scheduled for 4/17/2025 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 3/25/2025. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C) (Weyand, Jonathan) (Entered: 03/04/2025) |

Furthermore, on March 4th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the method indicated on the service list attached hereto as Exhibit B:

| | | |
|---|---|---|
| 03/04/2025 | 29856-1 | Notice of Final Application for Compensation // Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the period May 1, 2023 to October 8, 2024. Filed by Morris, Nichols, Arsht & Tunnell LLP. Hearing scheduled for 4/17/2025 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 3/25/2025. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C) (Weyand, Jonathan) (Entered: 03/04/2025) |

Dated: March 5th, 2024

/s/ *Laurie Heggan*
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**Served via Electronic Mail**
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St., 16th Floor
Wilmington, Delaware
Attn: Matthew B. Harvey (mharvey@morrisnichols.com)
and Jonathan M. Weyand (jweyand@morrisnichols.com)

**Served via Electronic Mail**
Eversheds Sutherland (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036,
Attn: Sarah Paul (SarahPaul@eversheds-sutherland.us)
Erin Broderick (erinbroderick@eversheds-sutherland.com)

**Served via Electronic Mail**
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn: Andrew G. Dietderich (dietderich@sullcrom.com)
James L. Bromley (bromleyj@sullcrom.com)
Brian D. Glueckstein (gluecksteinb@sullcrom.com)
Christian P. Jensen (jensenc@sullcrom.com)
Alexa J. Kranzley (kranzleya@sullcrom.com)

**Served via Electronic Mail**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Attn: Adam G. Landis (landis@lrclaw.com)
Kimberly A. Brown (brown@lrclaw.com)

**Served via Electronic Mail**
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Kris Hansen (krishansen@paulhastings.com)
Erez Gilad (erezgilad@paulhastings.com)
Gabriel Sasson (gabesasson@paulhastings.com)

**Served via Electronic Mail**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn: Matthew B. Lunn (mlunn@ycst.com)
Robert F. Poppiti, Jr. (rpoppiti@ycst.com)

**Served via Electronic Mail**
U.S. Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov)
Jonathan Lipshie (jon.lipshie@usdoj.gov)

**Served via Electronic Mail**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Attn: Mark Hancock (mhancock@gklaw.com)

**Served via 1st Class Mail**
OWL HILL ADVISORY, LLC
John Ray
365 Fifth Avenue South, Suite 365
Naples, Florida 34102

# EXHIBIT B

| Served via Electronic Mail<br>A. M. SACCULLO LEGAL, LLC<br>ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE<br>27 CRIMSON KING DRIVE<br>BEAR DE 19701<br>AMS@SACCULLOLEGAL.COM<br>MEG@SACCULLOLEGAL.COM | Served via Electronic Mail<br>ASHBY & GEDDES, P.A.<br>ATTN: MICHAEL D. DEBAECKE<br>500 DELAWARE AVENUE<br>8TH FLOOR<br>WILMINGTON DE 19899-1150<br>MDEBAECKE@ASHBYGEDDES.COM |
|---|---|
| Served via Electronic Mail<br>ASHBY & GEDDES, P.A.<br>ATTN: RICARDO PALACIO, GREGORY A. TAYLOR<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON DE 19899<br>RPALACIO@ASHBYGEDDES.COM<br>GTAYLOR@ASHBYGEDDES.COM | Served via Electronic Mail<br>BALLARD SPAHR LLP<br>ATTN: JAMES V. MASELLA, III<br>1675 BROADWAY<br>19TH FLOOR<br>NEW YORK NY 10019-5820<br>MASELLAJ@BALLARDSPAHR.COM |
| Served via Electronic Mail<br>BALLARD SPAHR LLP<br>ATTN: NICHOLAS J. BRANNICK<br>919 N. MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801-3034<br>BRANNICKN@BALLARDSPAHR.COM | Served via 1st Class Mail<br>BECKET & LEE LLP<br>ATTN: SHRADDHA BHARATIA<br>P.O. BOX 3001<br>MALVERN PA 19355-0701 |
| Served via Electronic Mail<br>BIELLI & KLAUDER, LLC<br>ATTN: DAVID M. KLAUDER<br>1204 N. KING STREET<br>WILMINGTON DE 19801<br>DKLAUDER@BK-LEGAL.COM | Served via Electronic Mail<br>BLANK ROME LLP<br>ATTN: JOSEF W. MINTZ<br>1201 MARKET STREET<br>SUITE 800<br>WILMINGTON DE 19801<br>JOSEF.MINTZ@BLANKROME.COM |
| Served via Electronic Mail<br>BLANK ROME LLP<br>ATTN: RICK ANTONOFF<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>RICK.ANTONOFF@BLANKROME.COM | Served via Electronic Mail<br>BOERSCH & ILLOVSKY LLP<br>ATTN: SHARON FRASE<br>1611 TELEGRAPH AVE.,<br>SUITE 806<br>OAKLAND CA 94612<br>SHARON@BOERSCH-ILLOVSKY.COM |
| Served via Electronic Mail<br>BROWN RUDNICK LLP<br>ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL WINOGRAD, ALEXANDER F. KASNETZ<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>KAULET@BROWNRUDNICK.COM<br>JJONAS@BROWNRUDNICK.COM<br>MWINOGRAD@BROWNRUDNICK.COM<br>AKASNETZ@BROWNRUDNICK.COM | Served via Electronic Mail<br>BROWN RUDNICK LLP<br>ATTN: TRISTAN G. AXELROD, SHARI I. DWOSKIN, MATTHEW A. SAWYER<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111<br>TAXELROD@BROWNRUDNICK.COM<br>SDWOSKIN@BROWNRUDNICK.COM<br>MSAWYER@BROWNRUDNICK.COM |
| Served via Electronic Mail<br>BROWNELL LAW GROUP LLC<br>ATTN: FELICIA BROWNELL<br>252 MARINERS WAY<br>BEAR DE 19701<br>FBROWNELL@BROWNELLLAWGROUP.COM | Served via Electronic Mail<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM |

| | |
|---|---|
| **Served via Electronic Mail**<br>BUTLER SNOW LLP<br>ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER<br>CRESCENT CENTER, SUITE 500<br>6075 POPLAR AVENUE, P.O. BOX 171443<br>MEMPHIS TN 38187<br>JEB.BAILEY@BUTLERSNOW.COM<br>CAM.HILLYER@BUTLERSNOW.COM | **Served via Electronic Mail**<br>BUTLER SNOW LLP<br>ATTN: MARTIN SOSLAND<br>2911 TURTLE CREEK BLVD., SUITE 1400<br>DALLAS TX 75219<br>MARTIN.SOSLAND@BUTLERSNOW.COM |
| **Served via Electronic Mail**<br>CARR MALONEY P.C.<br>ATTN: J. PETER GLAWS, IV, ESQ.<br>2000 PENNSYLVANIA AVE, NW<br>STE. 8001<br>WASHINGTON DC 20006<br>PETER.GLAWS@CARRMALONEY.COM | **Served via Electronic Mail**<br>CARTER LEDYARD & MILBURN LLP<br>ATTN: AARON R. CAHN<br>28 LIBERTY STREET<br>41ST FLOOR<br>NEW YORK NY 10005<br>BANKRUPTCY@CLM.COM |
| **Served via Electronic Mail**<br>CHAMBERLAINS LAW FIRM<br>ATTN: STIPE VULETA, LACHLAN MCBRIDE, SEBASTIAN BRODOWSKI, SAM KEYS-ASGILL<br>LEVEL 12 59 GOULBURN STREET<br>SYDNEY, NSW  2002<br>AUSTRALIA<br>STIPE.VULETA@CHAMBERLAINS.COM.AU<br>LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU<br>SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU<br>SAM.KEYSASGILL@CHAMBERLAINS.COM.AU | **Served via Electronic Mail**<br>CLARK HILL PLC<br>ATTN: KAREN M. GRIVNER<br>824 N. MARKET STREET<br>SUITE 710<br>WILMINGTON DE 19801<br>KGRIVNER@CLARKHILL.COM |
| **Served via Electronic Mail**<br>CLARK HILL PLC<br>ATTN: KEVIN H. MORSE<br>130 E. RANDOLPH STREET<br>SUITE 3900<br>CHICAGO IL 60601<br>KMORSE@CLARKHILL.COM | **Served via Electronic Mail**<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: JANE VANLARE, BRANDON M. HAMMER<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006<br>JVANLARE@CGSH.COM<br>BHAMMER@CGSH.COM |
| **Served via Electronic Mail**<br>COINCIDENT CAPITAL INTERNATIONAL, LTD<br>C/O SUNIL SHAH<br>1805 N. CARSON CITY ST.,<br>SUITE X-108<br>CARSON CITY NV 89701<br>FTXCC@COINCIDENTCAPITAL.COM | **Served via Electronic Mail**<br>COLE SCHOTZ P.C.<br>ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ.<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801<br>NPERNICK@COLESCHOTZ.COM<br>AROTH-MOORE@COLESCHOTZ.COM |
| **Served via Electronic Mail**<br>COMMODITY FUTURES TRADING COMMISSION<br>ATTN: MARTIN B. WHITE<br>SENIOR ASSISTANT GENERAL COUNSEL<br>1155 21ST STREET NW<br>WASHINGTON DC 20581<br>MWHITE@CFTC.GOV | **Served via Electronic Mail**<br>COOLEY LLP<br>ATTN: AUDREY MOTT-SMITH<br>3 EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO CA 94111<br>AMOTTSMITH@COOLEY.COM |
| **Served via Electronic Mail**<br>COOLEY LLP<br>ATTN: CULLEN D. SPECKHART<br>1299 PENNSYLVANIA AVENUE NW<br>SUITE 700<br>WASHINGTON DC 20004<br>CSPECKHART@COOLEY.COM | **Served via Electronic Mail**<br>COOLEY LLP<br>ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE PIGNATELLI, ERICA J. RICHARDS<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>MKLEIN@COOLEY.COM<br>AHWU@COOLEY.COM<br>CPIGNATELLI@COOLEY.COM<br>ERICHARDS@COOLEY.COM |

| | |
|---|---|
| **Served via Electronic Mail**<br>COOLEY LLP<br>ATTN: PHILIP M. BOWMAN, ESQ.<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>PBOWMAN@COOLEY.COM | **Served via Electronic Mail**<br>COUSINS LAW LLC<br>ESQ., SCOTT D. JONES, ESQ.<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE, SUITE 301<br>WILMINGTON DE 19801<br>SCOTT.JONES@COUSINS-LAW.COM |
| **Served via Electronic Mail**<br>COZEN O'CONNOR<br>ATTN: FREDERICK SCHMIDT<br>3WTC, 175 GREENWICH STREET<br>55TH FLOOR<br>NEW YORK NY 10007<br>ESCHMIDT@COZEN.COM | **Served via Electronic Mail**<br>COZEN O'CONNOR<br>ATTN: THOMAS J. FRANCELLA<br>1201 N. MARKET STREET, SUITE 1001<br>WILMINGTON DE 19801<br>TFRANCELLA@COZEN.COM |
| **Served via Electronic Mail**<br>CROSS & SIMON LLC<br>ATTN: KEVIN S. MANN<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON DE 19801<br>KMANN@CROSSLAW.COM | **Served via Electronic Mail**<br>CROSS & SIMON, LLC<br>ATTN: CHRISTOPHER P. SIMON<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON DE 19801<br>CSIMON@CROSSLAW.COM |
| **Served via Electronic Mail**<br>CROWELL & MORING LLP<br>ATTN: FREDERICK HYMAN<br>590 MADISON AVE<br>NEW YORK NY 10022<br>FHYMAN@CROWELL.COM | **Served via Electronic Mail**<br>DEBEVOISE & PLIMPTON LLP<br>ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ.<br>66 HUDSON BOULEVARD<br>NEW YORK NY 10001<br>NLABOVITZ@DEBEVOISE.COM<br>EWORENKLEIN@DEBEVOISE.COM<br>MCGODBE@DEBEVOISE.COM |
| **Served via Electronic Mail**<br>DEBEVOISE & PLIMPTON LLP<br>ATTN: SIDNEY P. LEVINSON, JASMINE BALL<br>66 HUDSON BOULEBARD<br>NEW YORK NY 10001<br>SLEVINSON@DEBEVOISE.COM<br>JBALL@DEBEVOISE.COM | **Served via Electronic Mail**<br>DELAWARE DIVISION OF REVENUE<br>ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US |
| **Served via Electronic Mail**<br>DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | **Served via Electronic Mail**<br>DELAWARE STATE TREASURY<br>ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904<br>STATETREASURER@STATE.DE.US |
| **Served via Electronic Mail**<br>DILWORTH PAXSON LLP<br>ATTN: PETER C. HUGHES, ESQ.<br>800 N KING STREET<br>SUITE 202<br>WILMINGTON DE 19801<br>PHUGES@DILWORTHLAW.COM | **Served via Electronic Mail**<br>DLA PIPER LLP<br>ATTN: AARON S. APPLEBAUM<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801<br>AARON.APPLEBAUM@US.DLAPIPER.COM |

| | |
|---|---|
| **Served via Electronic Mail**<br>DLA PIPER LLP (US)<br>ATTN: AARON S. APPLEBAUM<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801<br>AARON.APPLEBAUM@US.DLAPIPER.COM | **Served via Electronic Mail**<br>DLA PIPER LLP (US)<br>ATTN: DENNIS C. O'DONNELL<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020<br>DENNIS.ODONNELL@DLAPIPER.COM |
| **Served via Electronic Mail**<br>DLA PIPER LLP (US)<br>ATTN: JEFFREY TOROSIAN<br>444 W. LAKE STREET<br>SUITE 900<br>CHICAGO IL 60606<br>JEFFREY.TOROSIAN@DLAPIPER.COM | **Served via Electronic Mail**<br>DOSHI LEGAL GROUP, P.C.<br>ATTN: AMISH R. DOSHI<br>1979 MARCUS AVENUE, SUITE 210E<br>LAKE SUCCESS NY 11042<br>AMISH@DOSHILEGAL.COM |
| **Served via Electronic Mail**<br>EMMET, MARVIN & MARTIN, LLP<br>ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ.<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK NY 10271<br>JSWARTZ@EMMETMARVIN.COM<br>TPITTA@EMMETMARVIN.COM | **Served via 1st Class Mail**<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 |
| **Served via Electronic Mail**<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | **Served via Electronic Mail**<br>EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: ANDREA L. GORDON<br>700 SIXTH STREET NW, SUITE 700<br>WASHINGTON DC 20001<br>ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM |
| **Served via Electronic Mail**<br>EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: ERIN E. BRODERICK<br>227 WEST MONROE STREET, SUITE 6000<br>CHICAGO IL 60606<br>ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM | **Served via Electronic Mail**<br>EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: MARK D. SHERRILL<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON TX 77002<br>MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM |
| **Served via Electronic Mail**<br>EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT<br>THE GRACE BUILDING, 40TH FLOOR<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>PETERIVANICK@EVERSHEDS-SUTHERLAND.COM<br>SARAHPAUL@EVERSHEDS-SUTHERLAND.COM<br>PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM<br>LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM | **Served via Electronic Mail**<br>FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL<br>321 NORTH CLARK STREET, SUITE 3000<br>CHICAGO IL 60654<br>MSMALL@FOLEY.COM |
| **Served via Electronic Mail**<br>FOLEY & LARDNER LLP<br>ATTN: SAMANTHA RUPPENTHAL<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>SRUPPENTHAL@FOLEY.COM | **Served via 1st Class Mail**<br>FTX TRADING LTD.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>10-11 MANDOLIN PLACE<br>FRIARS HILL ROAD<br>ST. JOHN'S AG-04<br>ANTIGUA AND BARBUDA |

**Served via Electronic Mail**
GEBHARDT & SMITH LLP
ATTN: DAVID V. FONTANA
1000 N. WEST STREET
SUITE 1200
WILMINGTON DE 19081
DFONT@GEBSMITH.COM

**Served via Electronic Mail**
GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN: MICHAEL BUSENKELL
1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

**Served via Electronic Mail**
GIBBONS P.C.
ATTN: CHRISTOPHER VICECONTE, ESQ.
300 DELAWARE AVENUE
SUITE 1015
WILMINGTON DE 19801-1671
CVICECONTE@GIBBONSLAW.COM

**Served via Electronic Mail**
GIBBONS P.C.
ATTN: ROBERT K. MALONE, ESQ., BRETT S. THEISEN, ESQ.
KYLE P. MCEVILLY, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
RMALONE@GIBBONSLAW.COM
BTHEISEN@GIBBONSLAW.COM
KMCEVILLY@GIBBONSLAW.COM

**Served via Electronic Mail**
GOETZ FITZPATRICK LLP
ATTN: SCOTT D. SIMON, ESQ.
ONE PENN PLAZA
SUITE 3100
NEW YORK NY 10119
SSIMON@GOETZFITZ.COM

**Served via Electronic Mail**
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
ATTN: BRIAN DAVIDOFF
2049 CENTURY PARK EAST
STE 2600
LOS ANGELES CA 90067-4590
BDAVIDOFF@GREENBERGGLUSKER.COM

**Served via Electronic Mail**
HAYNES AND BOONE, LLP
ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II
2323 VICTORY AVENUE
SUITE 700
DALLAS TX 75219
RICK.ANIGIAN@HAYNESBOONE.COM
CHARLIE.JONES@HAYNESBOONE.COM

**Served via Electronic Mail**
HAYNES AND BOONE, LLP
ATTN: RICHARD KANOWITZ
30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK NY 10112
RICHARD.KANOWITZ@HAYNESBOONE.COM

**Served via Electronic Mail**
HOGAN LOVELLS US LLP
ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA JUMPER
390 MADISON AVENUE
NEW YORK NY 10017
DENNIS.TRACEY@HOGANLOVELLS.COM
DENNIS.TRACEY@HOGANLOVELLS.COM
MAYA.JUMPER@HOGANLOVELLS.COM

**Served via Electronic Mail**
HOLLAND & KNIGHT LLP
ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI
31 W. 52ND STREET
NEW YORK NY 10019
WARREN.GLUCK@HKLAW.COM
MARIE.LARSEN@HKLAW.COM
DAVID.WIRT@HKLAW.COM
JESSICA.MAGEE@HKLAW.COM
SHARDUL.DESAI@HKLAW.COM

**Served via Electronic Mail**
HUGH SMITH ESQUIRE
LEVEL 8 224 BUNDA STREET
CANBERRA CITY, ACT 2601
AUSTRALIA
HUGH.SMITH@CHAMBERLAINS.COM.AU

**Served via 1st Class Mail**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

**Served via 1st Class Mail**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

**Served via Electronic Mail**
JOYCE, LLC
ATTN: MICHAEL J. JOYCE, ESQ.
1225 KING STREET
SUITE 800
WILMINGTON DE 19801
MJOYCE@MJLAWOFFICES.COM

**Served via Electronic Mail**
K&L GATES LLP
ATTN: BRIAN D. KOOSED, ESQ.
1602 K STREET NW
WASHINGTON DC 20006-1600
BRIAN.KOOSED@KLGATES.COM

**Served via Electronic Mail**
K&L GATES LLP
ATTN: ROBERT T. HONEYWELL, ESQ.
599 LEXINGTON AVENUE
NEW YORK NY 10022-6030
ROBERT.HONEYWELL@KLGATES.COM

**Served via Electronic Mail**
K&L GATES LLP
ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER, ESQ., MEGAN E. O'CONNER, ESQ.
600 N. KING STREET
SUITE 901
WILMINGTON DE 19801
STEVEN.CAPONI@KLGATES.COM
MATTHEW.GOELLER@KLGATES.COM
MEGAN.OCONNER@KLGATE.COM

**Served via Electronic Mail**
KASHISHIAN LAW LLC
ATTN: ANN M. KASHISHIAN
501 SILVERSIDE ROAD, SUITE 85
WILMINGTON DE 19809
AMK@KASHISHIANLAW.COM

**Served via Electronic Mail**
KELLER BENVENUTTI KIM LLP
ATTN: JANE KIM, GABRIELLE L. ALBERT
650 CALIFORNIA ST. #1900
SAN FRANCISCO CA 94108
JKIM@KBKLLP.COM
GALBERT@KBKLLP.COM

**Served via Electronic Mail**
KELLY HART & HALLMAN LLP
ATTN: LOUIS M. PHILLIPS
301 MAIN ST., SUITE 1600
BATON ROUGE LA 70801
LOUIS.PHILLIPS@KELLYHART.COM

**Served via Electronic Mail**
KELLY HART & HALLMAN LLP
ATTN: MICHAEL D. ANDERSON
201 MAIN STREET, SUITE 2500
FORT WORTH TX 76102
MICHAEL.ANDERSON@KELLYHART.COM

**Served via Electronic Mail**
KROLL RESTRUCTURING ADMINISTRATION LLC
ATTN: SELWYN PERRY
55 EAST 52ND STREET
17TH FLOOR
NEW YORK NY 10055
SERVICEQA@RA.KROLL.COM
FTXTEAM@RA.KROLL.COM

**Served via Electronic Mail**
LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV
919 MARKET STREET
SUITE 1800
WILMINGTON DE 19801
LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM
PIERCE@LRCLAW.COM; JENNER@LRCLAW.COM
WILLIAMS@LRCLAW.COM; MCGUIRE@LRCLAW.COM
ROBERTSON@LRCLAW.COM;

**Served via Electronic Mail**
LATHAM & WATKINS LLP
ATTN: ADAM J. GOLDBERG BRIAN S. ROSEN
1271 AVENUE OF THE AMERICAS
NEW YORK NY 10020
ADAM.GOLDBERG@LW.COM
BRIAN.ROSEN@LW.COM

**Served via Electronic Mail**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: KEITH KODOSKY, ESQUIRE
600 PEACHTREE NE
SUITE 4700
ATLANTA GA 30308
KEITH.KODOSKY@LEWISBRISBOIS.COM

**Served via Electronic Mail**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: MINYAO WANG, ESQUIRE
77 WATER STREET
SUITE 2100
NEW YORK NY 10005
MINYAO.WANG@LEWISBRISBOIS.COM

**Served via Electronic Mail**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: PHILIP HINSON, ESQUIRE
521 EAST MOREHEAD STREET
SUITE 250
CHARLOTTE NC 28202
PHILIP.HINSON@LEWISBRISBOIS.COM

**Served via Electronic Mail**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SCOTT D. COUSINS, RAFAEL X. ZAHRALDDIN-ARAVENA, KEVIN F. SHAW
500 DELAWARE AVE
SUITE 700
WILMINGTON DE 19801
SCOTT.COUSINS@LEWISBRISBOIS.COM
RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM
KEVIN.SHAW@LEWISBRISBOIS.COM

**Served via Electronic Mail**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SEAN P. SHECTER, ESQUIRE
110 SE 6TH STREET
SUITE 2600
FORT LAUDERDALE FL 33301
SEAN.SHECTER@LEWISBRISBOIS.COM

**Served via Electronic Mail**
LOCKE LORD LLP
ATTN: IRA S. GREENE
200 VESEY STREET
NEW YORK NY 10281
IRA.GREENE@LOCKELORD.COM

**Served via Electronic Mail**
LOWENSTEIN SANDLER LLP
ATTN: ANDREW BEHLMANN, COLLEEN M. RESTEL
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068
ABEHLMANN@LOWENSTEIN.COM
CRESTEL@LOWENSTEIN.COM

**Served via Electronic Mail**
LOWENSTEIN SANDLER LLP
ATTN: DANIEL B. BESIKOF, ESQ.
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020
DBESIKOF@LOWENSTEIN.COM

**Served via Electronic Mail**
MANIER HEROD, P.C.
ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS
1201 DEMONBREUN STREET
SUITE 900
NASHVILLE TN 37213
JPRICE@MANIERHEROD.COM
MLEE@MANIERHEROD.COM
SWILLIAMS@MANIERHEROD.COM

**Served via Electronic Mail**
MCCARTER & ENGLISH LLP
ATTN: DAVID ADLER ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVE., 31ST FLOOR
NEW YORK NY 10019
DADLER@MCARTER.COM

**Served via Electronic Mail**
MCCARTER & ENGLISH LLP
ATTN: KATE ROGGIO BUCK, MATTHEW J. RIFINO, SHANNON D. HUMISTON
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM
MRIFINO@MCCARTER.COM
SHUMISTON@MCCARTER.COM

**Served via Electronic Mail**
MCCARTER & ENGLISH LLP
ATTN: LISA S. BOSSALL, PHILLIP S. PAVLICK
FOUR GATEWAY CENTER
100 MULBERYY STREET
NEWARK NJ 07102
LLBONSALL@MCCARTER.COM
PPAVLICK@MCCARTER.COM

**Served via Electronic Mail**
MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN, JOHN J. CALANDRA
JOSEPH B. EVANS, ELIZABETH RODD
ONE VANDERBILT AVENUE
NEW YORK NY 10017-3852
DAZMAN@MWE.COM
JCALANDRA@MWE.COM
JBEVANS@MWE.COM
ERODD@MWE.COM

**Served via Electronic Mail**
MCDERMOTT WILL & EMERY LLP
ATTN: MARIS J. KANDESTIN
THE NEMOURS BUIDLING
1007 NORTH ORANGE STREET, 10TH FLOOR
WILMINGTON DE 19801
MKANDESTIN@MWE.COM

**Served via Electronic Mail**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, DAVID P. PRIMACK
300 DELAWARE AVENUE
SUITE 1014
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM
DPRIMACK@MDMC-LAW.COM

**Served via Electronic Mail**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, GASTON P. LOOMIS
300 DELAWARE AVENUE
SUITE 1014
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM
GLOOMIS@MDMC-LAW.COM

**Served via Electronic Mail**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN
570 BROAD STREET
SUITE 1401
NEWARK NJ 07102
JBERNSTEIN@MDMC-LAW.COM

**Served via Electronic Mail**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: MICHAEL R. MORANO, ESQ.
1300 MT. KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN NJ 07962
MMORANO@MDMC-LAW.COM

**Served via Electronic Mail**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: NICOLE LEONARD
225 LIBERTY STREET
36TH FLOOR
NEW YORK NY 10281
NLEONARD@MDMC-LAW.COM

**Served via Electronic Mail**
MIAMI-DADE OFFICE OF THE TAX COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI FL 33128
PRISCILLA.WINDLEY@MIAMIDADE.GOV
MDTCBKC@MIAMIDADE.GOV

**Served via Electronic Mail**
MILLER SHAH LLP
ATTN: ALEC J. BERIN, ESQ.
1845 WALNUT STREET
SUITE 806
PHILADELPHIA PA 19103
AJBERIN@MILLERSHAH.COM

**Served via Electronic Mail**
MILLER SHAH LLP
ATTN: JAMES E. MILLER, ESQ.
65 MAIN STREET
CHESTER CT 06412
JEMILLER@MILLERSHAH.COM

**Served via Electronic Mail**
MO BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER, GENERAL COUNSEL
PO BOX 475
JEFFERSON CITY MO 65105-0475
DEECF@DOR.MO.GOV

**Served via Electronic Mail**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JODY C. BARILLARE
1201 N. MARKET STREET
SUITE 2201
WILMINGTON DE 19801
JODY.BARILLARE@MORGANLEWIS.COM

**Served via Electronic Mail**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER
1701 MARKET STREET
PHILADELPHIA PA 19103
JOHN.GOODCHILD@MORGANLEWIS.COM
MATTHEW.ZIEGLER@MORGANLEWIS.COM

**Served via Electronic Mail**
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK; DAVID K. SHIM
101 PARK AVENUE
NEW YORK NY 10178
JOSHUA.DORCHAK@MORGANLEWIS.COM
DAVID.SHIM@MORGANLEWIS.COM

**Served via Electronic Mail**
MORRIS JAMES LLP
ATTN: ERIC J. MONZO, TARA C. PAKROUH, CHRISTOPHER M. DONNELLY
500 DELAWARE AVENUE SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM
CDONNELY@MORRISJAMES.COM

**Served via Electronic Mail**
MORRIS JAMES LLP
ATTN: ERIC J. MONZO, SARAH M. ENNIS
TARA C. PAKROUTH
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
SENNIS@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM

**Served via Electronic Mail**
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: DONNA L. CULVER, DANIEL B. BUTZ
1201 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON DE 19899-1347
DCULVER@MORRISNICHOLS.COM
DBUTZ@MORRISNICHOLS.COM

**Served via Electronic Mail**
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: MATTHEW B. HARVEY
1201 NORTH MARKET STREET, 16TH FLOOR
WILMINGTON DE 19801
MHARVEY@MORRISNICHOLS.COM

**Served via Electronic Mail**
MORRISON COHEN LLP
ATTN: JOSEPH T. MOLDOVAN, HEATH D. ROSENBLAT; JASON P. GOTTLIEB, MICHAEL MIX
909 THIRD AVENUE
27TH FLOOR
NEW YORK NY 10022
JMOLDOVAN@MORRISONCOHEN.COM
HROSENBLAT@MORRISONCOHEN.COM
JGOTTLIEB@MORRISONCOHEN.COM
MMIX@MORRISONCOHEN.COM

**Served via Electronic Mail**
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON DC 20036
KCORDRY@NAAG.ORG

| | |
|---|---|
| **Served via Electronic Mail**<br>OCTOPUS INFORMATION LTD<br>ATTN: LINFENG DONG, OMC CHAMBERS<br>WICKHAMS CAY 1<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS<br>OCTOPUS_FTX@TEAMB.CN | **Served via Electronic Mail**<br>OFFICE OF THE ATTORNEY GENERAL OF GEORGIA<br>ATTN: AMY L. PATTERSON<br>40 CAPITOL SQUARE, S.W.<br>ATLANTA GA 30334<br>APATTERSON@LAW.GA.GOV |
| **Served via Electronic Mail**<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN<br>P.O. BOX 12548 MC008<br>AUSTIN TX 78711-2548<br>ROMA.DESAI@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV | **Served via Electronic Mail**<br>OFFICE OF THE ILLINOIS ATTORNEY GENERAL<br>ATTN: JOHN P. REDING<br>100 W. RANDOLPH ST.<br>SUITE 13-225<br>CHICAGO IL 60601<br>JOHN.REDING@ILAG.GOV |
| **Served via Electronic Mail**<br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL<br>ATTN: ROBERT J. ROCK<br>THE CAPITOL<br>ALBANY NY 12224-0341<br>ROBERT.ROCK@AG.NY.GOV | **Served via Electronic Mail**<br>OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION<br>ATTN: Laura L. McCloud<br>PO BOX 20207<br>NASHVILLE TN 37202-0207<br>AGBANKDELAWARE@AG.TN.GOV |
| **Served via Electronic Mail**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035<br>BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV | **Served via Electronic Mail**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: LINDA RICHENDERFER, ESQ.<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207, LOCKBOX 35<br>WILMINGTON DE 19801<br>LINDA.RICHENDERFER@USDOJ.GOV |
| **Served via Electronic Mail**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: JASON H. ROSELL, COLIN R. ROBINSON<br>919 N. MARKET STREET<br>17TH FLOOR<br>WILMINGTON DE 19801<br>JROSELL@PSZJLAW.COM<br>CROBINSON@PSZJLAW.COM | **Served via Electronic Mail**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, PETER J. KEANE, EDWARD A. CORMA<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705<br>LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM<br>ECORMA@PSZJLAW.COM |
| **Served via Electronic Mail**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: TEDDY M. KAPUR<br>10100 SANTA MONICA BLVD.<br>13TH FLOOR<br>LOS ANGELES CA 90067-4003<br>TKAPUR@PSZJLAW.COM | **Served via Electronic Mail**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: TEDDY M. KAPUR<br>10100 SANTA MONIVA BLVD<br>13TH FLOOR<br>LOS ANGELES CA 90067-4003<br>TKAPUR@PSZJLAW.COM |
| **Served via Electronic Mail**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: JASON H. ROSELL, MARY F. CALOWAY<br>ONE SANSOME STREET<br>SUITE 3430<br>SAN FRANCISCO CA 94104<br>JROSELL@PSZJLAW.COM<br>MCALOWAY@PSZJLAW.COM | **Served via Electronic Mail**<br>PASHMAN STEIN WALDER HAYDEN, P.C.<br>ATTN: JOHN W. WEISS, ALEXIS R. GAMBALE<br>1007 NORTH ORANGE STREET 4TH FLOOR<br>SUITE 183<br>WILMINGTON DE 19801<br>JWEISS@PASHMANSTEIN.COM<br>AGAMBALE@PASHMANSTEIN.COM |

**Served via Electronic Mail**
PAUL HASTINGS
ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN
200 PARK AVENUE
NEW YORK NY 10166
GABESASSON@PAULHASTINGS.COM
KRISHANSEN@PAULHASTINGS.COM
KENPASQUALE@PAULHASTINGS.COM
EREZGILAD@PAULHASTINGS.COM
LUCDESPINS@PAULHASTINGS.COM

**Served via Electronic Mail**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER, KENNETH S. ZIMAN
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
WCLAREMAN@PAULWEISS.COM
GLAUFER@PAULWEISS.COM
KZIMAN@PAULWEISS.COM

**Served via Electronic Mail**
POTTER ANDERSON & CORROON LLP
ATTTN: M. BLAKE CLEARY, R. STEPHEN MCNEILL, SAMEEN RIZVI, ESQ.
1313 N. MARKET STREET, 6TH FLOOR
WILMINGTON DE 19801
BCLEARY@POTTERANDERSON.COM
RMCNEILL@POTTERANDERSON.COM
SRIZVI@POTTERANDERSON.COM

**Served via Electronic Mail**
PROSKAUER ROSE LLP
ATTN: JORDAN E. SAZANT
70 WEST MADISON STREET
SUITE 3800
CHICAGO IL 60602-4342
JSAZANT@PROSKAUER.COM

**Served via Electronic Mail**
PULSAR GLOBAL LTD
ATTN: MICHELE WAN AND JACKY YIP
UNIT 903-905, K11 ATELIER VICTORIA DOCKSIDE
18 SALISBURY ROAD
KOWLOON
HONG KONG
MICHELE.WAN@PULSAR.COM
JACKY.YIP@PULSAR.COM

**Served via Electronic Mail**
REED SMITH LLP
ATTN: KURT F. GWYNNE
1201 N. MARKET STREET
SUITE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

**Served via Electronic Mail**
RICHARDS, LAYTON & FINGER, P.A.
ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
GROSS@RLF.COM
HEATH@RLF.COM
QUEROLI@RLF.COM
SCHLAUCH@RLF.COM

**Served via Electronic Mail**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ELIZABETH WANG, DANIEL A. MASON
1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
DMASON@PAULWEISS.COM
EWANG@PAULWEISS.COM

**Served via Electronic Mail**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN:RANDALL S. LUSKEY
535 MISSION STREET
24TH FLOOR
SAN FRANCISCO CA 94105
RLUSKEY@PAULWEISS.COM

**Served via Electronic Mail**
PROSKAUER ROSE LLP
ATTN: BRIAN S. ROSEN, DYLAN J. MARKER
ELEVEN TIMES SQUARE
NEW YORK NY 10036-8299
BROSEN@PROSKAUER.COM
DMARKER@PROSKAUER.COM

**Served via Electronic Mail**
PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.
ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES
3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD
PO BOX N-4875
NASSAU
THE BAHAMAS
BSIMMS@LENNOXPATON.COM
KEVIN.CAMBRIDGE@PWC.COM
PETER.GREAVES@HK.PWC.COM

**Served via Electronic Mail**
REED SMITH LLP
ATTN: AARON JAVIAN
599 LEXINGTON AVENUE
NEW YORK NY 10022
AJAVIAN@REEDSMITH.COM

**Served via Electronic Mail**
REICH REICH & REICH, P.C.
ATTN: NICHOLAS A. PASALIDES, ESQ.
235 MAIN STREET, SUITE 450
WHITE PLAINS NY 10601
NPASALIDES@REICHPC.COM

**Served via Electronic Mail**
RIMON, P.C.
ATTN: FREDERICK CHANG
506 2ND AVE., SUITE 1400
SEATTLE WA 98104
FREDERICK.CHANG@RIMONLAW.COM

**Served via Electronic Mail**
RIMON, P.C.
ATTN: JACQUELYN H. CHOI
2029 CENTURY PARK EAST, SUITE 400N
LOS ANGELES CA 90067
JACQUELYN.CHOI@RIMONLAW.COM

**Served via Electronic Mail**
ROBINSON & COLE LLP
ATTN: JAMIE L. EDMONSON
1201 N. MARKET STREET
SUITE 1406
WILMINGTON DE 19801
JEDMONSON@RC.COM

**Served via Electronic Mail**
SAUL EWING LLP
ATTN: LUCIAN B. MURLEY
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

**Served via Electronic Mail**
SCHULTE ROTH & ZABEL LLP
ATTN: DOUGLAS S. MINTZ
555 13TH STREET, NW, SUITE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

**Served via Electronic Mail**
SCHULTE ROTH & ZABEL LLP
ATTN: REUBEN E. DIZENGOFF
919 THIRD AVENUE
NEW YORK NY 10022
REUBEN.DIZENGOFF@SRZ.COM

**Served via Electronic Mail**
SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F. STREET NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

**Served via Electronic Mail**
SECURITIES & EXCHANGE COMMISSION - NY OFFICE
ATTN: BANKRUPTCY DEPT
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK NY 10281-1022
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV

**Served via Electronic Mail**
SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE
ATTN: BANKRUPTCY DEPT
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

**Served via Electronic Mail**
STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

**Served via Electronic Mail**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DANIEL M. PEREIRA
1000 N. WEST STREET
SUITE 1200
WILMINGTON DE 19801
DPEREIRA@STRADLEY.COM

**Served via Electronic Mail**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE
SUITE 2000
NEW YORK NY 10017
DREPEROWITZ@STRADLEY.COM

**Served via Electronic Mail**
STREUSAND, LANDON, OZBURN & LEMMON, LLP
ATTN: SABRINA L. STREUSAND, ANH NGUYEN
1801 S. MOPAC EXPRESSWAY
SUITE 320
AUSTIN TX 78746
STREUSAND@SLOLLP.COM
NGUYEN@SLOLLP.COM

Served via Electronic Mail
SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE
125 BROAD STREET
NEW YORK NY 10004
DIETDERICHA@SULLCROM.COM; BROMLEYJ@SULLCROM.COM
GLUECKSTEINB@SULLCROM.COM; KRANZLEYA@SULLCROM.COM
PETIFORDJ@SULLCROM.COM; HOLLEYS@SULLCROM.COM
EHRENBERGS@SULLCROM.COM; DUNNEC@SULLCROM.COM

**Served via Electronic Mail**
SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN
919 NORTH MARKET STREET, SUITE 420
WILMINGTON DE 19801
BSULLIVAN@SHA-LLC.COM

**Served via Electronic Mail**
TARTER KRINSKY & DROGIN LLP
ATTN: DAVID H. WANDER, ALEXANDER R. TIKTIN
1350 BROADWAY
11TH FLOOR
NEW YORK NY 10018
DWANDER@TARTERKRINSKY.COM, ATIKTIN@TARTERKRINSKY.COM

**Served via Electronic Mail**
THE DALEY LAW FIRM
ATTN: DARRELL DALEY, SAMANTHA NEAL
4845 PEARL EAST CIRCLE
SUITE 101
BOULDER CO 80301
DARRELL@DALEYLAWYERS.COM
SAMANTHA@DALEYLAWYERS.COM

**Served via Electronic Mail**
THE SECURITIES COMMISSION OF THE BAHAMAS
ATTN: PRESIDENT OR GENERAL COUNSEL
POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A
EAST BAY STREET, P.O. BOX N-8347
NASSAU
THE BAHAMAS
INFO@SCB.GOV.BS

**Served via Electronic Mail**
TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: EVELYN J. MELTZER
HERCULES PLAZA, SUITE 5100
1313 N. MARKET STREET
WILMINGTON DE 19899-1709
EVELYN.MELTZER@TROUTMAN.COM

**Served via Electronic Mail**
U.S. DEPARTMENT OF JUSTICE
ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO
CIVIL DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON DC 20005
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**Served via Electronic Mail**
U.S. DEPARTMENT OF JUSTICE
ATTN: WARD W. BENSON
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON DC 20044
WARD.W.BENSON@USDOJ.GOV

**Served via Electronic Mail**
U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS
COMMERCIAL LITIGATION BRANCH
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON DC 20044-0875
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**Served via Electronic Mail**
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
ATTN: ARI D. KUNOFSKY
P.O. BOX 227
WASHINGTON DC 20044
ARI.D.KUNOFSKY@USDOJ.GOV

**Served via Electronic Mail**
U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE
ATTN: ELISABETH M. BRUCE, STEPHANIE A. SASARAK
P.O. BOX 227
WASHINGTON DC 20044
ELISABETH.M.BRUCE@USDOJ.GOV
STEPHANIE.A.SASARAK@USDOJ.GOV

**Served via 1st Class Mail**
UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

**Served via Electronic Mail**
US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS
1007 ORANGE ST STE 700
P.O. BOX 2046
WILMINGTON DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

**Served via Electronic Mail**
VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVENUE, NW
WASHINGTON DC 20001
AJCURRIE@VENABLE.COM

**Served via Electronic Mail**
VENABLE LLP
ATTN: DANIEL A. O'BRIEN
1201 N. MARKET ST.
SUITE 1400
WILMINGTON DE 19801
DAOBRIEN@VENABLE.COM

**Served via Electronic Mail**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK NY 10020
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM

**Served via Electronic Mail**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED
151 WEST 42ND ST., 48TH FLOOR
NEW YORK NY 10036
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM

**Served via Electronic Mail**
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
P.O. BOX 1008
COLUMBUS OH 43216-1008
TSCOBB@VORYS.COM

**Served via Electronic Mail**
WHITE & CASE LLP
ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE
200 SOUTH BISCAYNE BLVD., SUITE 4900
SOUTHEAST FINANCIAL CENTER
MIAMI FL 33131
TLAURIA@WHITECASE.COM
RKEBRDLE@WHITECASE.COM

**Served via Electronic Mail**
WINCENT INVESTMENT FUND PCC LTD
ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL MANAGEMENT
OLD POLICE STATION
120B
IRISH TOWN  GX11 1AA
GIBRALTAR
LEGAL@WINCENT.CO

**Served via Electronic Mail**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.
1000 NORTH KING STREET
WILMINGTON DE 19801
MLUNN@YCST.COM
RPOPPITI@YCST.COM

**Served via Electronic Mail**
VERMONT DEPARTMENT OF FINANCIAL REGULATION
ATTN: JENNIFER ROOD
89 MAIN STREET, THIRD FLOOR
MONTPELIER VT 05620
JENNIFER.ROOD@VERMONT.GOV

**Served via Electronic Mail**
WHITE & CASE LLP
ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
BRIAN.PFEIFFER@WHITECASE.COM

**Served via Electronic Mail**
WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PETER G. NEIMAN, NICHOLAS WERLE
7 WORLD TRADE CENTER
150 GREENWICH STREET
NEW YORK NY 10007
PETER.NEIMAN@WILMERHALE.COM
NICK.WERLE@WILMERHALE.COM

**Served via Electronic Mail**
WINTERMUTE ASIA PTE. LTD
ATTN: LEGAL DEPARTMENT
24 EAN KIAM PLACE
429115
SINGAPORE
LEGAL@WINTERMUTE.COM

**Served via Electronic Mail**
ZACHARY BRUCH
ATTN: PETER S. PARTEE, SR
HUNTON ANDREWS KURTH LLP
200 PARK AVE
NEW YORK NY 10166
PPARTEE@HUNTONAK.COM