## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 4th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the method indicated on the service list attached hereto as Exhibit A:

| 03/04/2025 | 29860 | Motion to Authorize // Application of the Ad Hoc Committee of Non-US Customers of FTX.com Under Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code for Allowance and Payment of an Administrative Expense Claim for Reasonable Professional Fees and Expenses Filed by Ad Hoc Committee of Non-US Customers of FTX.com. Hearing scheduled for 4/17/2025 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 3/25/2025. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F) (Weyand, Jonathan) (Entered: 03/04/2025) |
|---|---|---|
| 03/04/2025 | 29861 | Final Application for Compensation // Final Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the period from May 1, 2023 to and Including October 8, 2024 Filed by Eversheds Sutherland (US) LLP. Hearing scheduled for 4/17/2025 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 3/25/2025. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E) (Weyand, Jonathan) (Entered: 03/04/2025) |

Furthermore, on March 4th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the method indicated on the service list attached hereto as Exhibit B:

| | | |
|---|---|---|
| 03/04/2025 | 29860-1 | Notice of Motion to Authorize // Application of the Ad Hoc Committee of Non-US Customers of FTX.com Under Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code for Allowance and Payment of an Administrative Expense Claim for Reasonable Professional Fees and Expenses Filed by Ad Hoc Committee of Non-US Customers of FTX.com. Hearing scheduled for 4/17/2025 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 3/25/2025. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F) (Weyand, Jonathan) (Entered: 03/04/2025) |
| 03/04/2025 | 29861-1 | Notice of Final Application for Compensation // Final Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the period from May 1, 2023 to and Including October 8, 2024 Filed by Eversheds Sutherland (US) LLP. Hearing scheduled for 4/17/2025 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 3/25/2025. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E) (Weyand, Jonathan) (Entered: 03/04/2025) |

Dated: March 5th, 2024

/s/ Laurie Heggan
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**Served via Electronic Mail**
Morris,Nichols, Arsht & Tunnell LLP
1201 N. Market St., 16th Floor
Wilmington, Delaware
Attn: Matthew B. Harvey (mharvey@morrisnichols.com)
and Jonathan M. Weyand (jweyand@morrisnichols.com)

**Served via Electronic Mail**
Eversheds Sutherland (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036,
Attn: Sarah Paul (SarahPaul@eversheds-sutherland.us)
Erin Broderick (erinbroderick@eversheds-sutherland.com)

**Served via Electronic Mail**
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn: Andrew G. Dietderich (dietderich@sullcrom.com)
James L. Bromley (bromleyj@sullcrom.com)
Brian D. Glueckstein (gluecksteinb@sullcrom.com)
Christian P. Jensen (jensenc@sullcrom.com)
Alexa J. Kranzlev (kranzleva@sullcrom.com)

**Served via Electronic Mail**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Attn: Adam G. Landis (landis@lrclaw.com)
Kimberly A. Brown (brown@lrclaw.com)

**Served via Electronic Mail**
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Kris Hansen (krishansen@paulhastings.com)
Erez Gilad (erezgilad@paulhastings.com)
Gabriel Sasson (gabesasson@paulhastings.com)

**Served via Electronic Mail**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn: Matthew B. Lunn (mlunn@ycst.com)
Robert F. Poppiti, Jr. (rpoppiti@ycst.com)

**Served via Electronic Mail**
U.S. Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
Attn:Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov)
Jonathan Lipshie (jon.lipshie@usdoj.gov)

**Served via Electronic Mail**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Attn: Mark Hancock (mhancock@gklaw.com)

**Served via 1st Class Mail**
OWL HILL ADVISORY, LLC
John Ray
365 Fifth Avenue South, Suite 365
Naples, Florida 34102

# EXHIBIT B

<u>**Served via Electronic Mail**</u>
A. M. SACCULLO LEGAL, LLC
ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE
27 CRIMSON KING DRIVE
BEAR DE 19701
AMS@SACCULLOLEGAL.COM
MEG@SACCULLOLEGAL.COM

<u>**Served via Electronic Mail**</u>
ASHBY & GEDDES, P.A.
ATTN: MICHAEL D. DEBAECKE
500 DELAWARE AVENUE
8TH FLOOR
WILMINGTON DE 19899-1150
MDEBAECKE@ASHBYGEDDES.COM

<u>**Served via Electronic Mail**</u>
ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO, GREGORY A. TAYLOR
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON DE 19899
RPALACIO@ASHBYGEDDES.COM
GTAYLOR@ASHBYGEDDES.COM

<u>**Served via Electronic Mail**</u>
BALLARD SPAHR LLP
ATTN: JAMES V. MASELLA, III
1675 BROADWAY
19TH FLOOR
NEW YORK NY 10019-5820
MASELLAJ@BALLARDSPAHR.COM

<u>**Served via Electronic Mail**</u>
BALLARD SPAHR LLP
ATTN: NICHOLAS J. BRANNICK
919 N. MARKET STREET
11TH FLOOR
WILMINGTON DE 19801-3034
BRANNICKN@BALLARDSPAHR.COM

<u>**Served via 1st Class Mail**</u>
BECKET & LEE LLP
ATTN: SHRADDHA BHARATIA
P.O. BOX 3001
MALVERN PA 19355-0701

<u>**Served via Electronic Mail**</u>
BIELLI & KLAUDER, LLC
ATTN: DAVID M. KLAUDER
1204 N. KING STREET
WILMINGTON DE 19801
DKLAUDER@BK-LEGAL.COM

<u>**Served via Electronic Mail**</u>
BLANK ROME LLP
ATTN: JOSEF W. MINTZ
1201 MARKET STREET
SUITE 800
WILMINGTON DE 19801
JOSEF.MINTZ@BLANKROME.COM

<u>**Served via Electronic Mail**</u>
BLANK ROME LLP
ATTN: RICK ANTONOFF
1271 AVENUE OF THE AMERICAS
NEW YORK NY 10020
RICK.ANTONOFF@BLANKROME.COM

<u>**Served via Electronic Mail**</u>
BOERSCH & ILLOVSKY LLP
ATTN: SHARON FRASE
1611 TELEGRAPH AVE.,
SUITE 806
OAKLAND CA 94612
SHARON@BOERSCH-ILLOVSKY.COM

<u>**Served via Electronic Mail**</u>
BROWN RUDNICK LLP
ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL WINOGRAD,
ALEXANDER F. KASNETZ
SEVEN TIMES SQUARE
NEW YORK NY 10036
KAULET@BROWNRUDNICK.COM
JJONAS@BROWNRUDNICK.COM
MWINOGRAD@BROWNRUDNICK.COM
AKASNETZ@BROWNRUDNICK.COM

<u>**Served via Electronic Mail**</u>
BROWN RUDNICK LLP
ATTN: TRISTAN G. AXELROD, SHARI I. DWOSKIN, MATTHEW A. SAWYER
ONE FINANCIAL CENTER
BOSTON MA 02111
TAXELROD@BROWNRUDNICK.COM
SDWOSKIN@BROWNRUDNICK.COM
MSAWYER@BROWNRUDNICK.COM

<u>**Served via Electronic Mail**</u>
BROWNELL LAW GROUP LLC
ATTN: FELICIA BROWNELL
252 MARINERS WAY
BEAR DE 19701
FBROWNELL@BROWNELLLAWGROUP.COM

<u>**Served via Electronic Mail**</u>
BUCHALTER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
425 MARKET STREET, SUITE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

Served via Electronic Mail
BUTLER SNOW LLP
ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER
CRESCENT CENTER, SUITE 500
6075 POPLAR AVENUE, P.O. BOX 171443
MEMPHIS TN 38187
JEB.BAILEY@BUTLERSNOW.COM
CAM.HILLYER@BUTLERSNOW.COM

Served via Electronic Mail
BUTLER SNOW LLP
ATTN: MARTIN SOSLAND
2911 TURTLE CREEK BLVD., SUITE 1400
DALLAS TX 75219
MARTIN.SOSLAND@BUTLERSNOW.COM

Served via Electronic Mail
CARR MALONEY P.C.
ATTN: J. PETER GLAWS, IV, ESQ.
2000 PENNSYLVANIA AVE, NW
STE. 8001
WASHINGTON DC 20006
PETER.GLAWS@CARRMALONEY.COM

Served via Electronic Mail
CARTER LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN
28 LIBERTY STREET
41ST FLOOR
NEW YORK NY 10005
BANKRUPTCY@CLM.COM

Served via Electronic Mail
CHAMBERLAINS LAW FIRM
ATTN: STIPE VULETA, LACHLAN MCBRIDE, SEBASTIAN BRODOWSKI, SAM KEYS-ASGILL
LEVEL 12 59 GOULBURN STREET
SYDNEY, NSW 2002
AUSTRALIA
STIPE.VULETA@CHAMBERLAINS.COM.AU
LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU
SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU
SAM.KEYSASGILL@CHAMBERLAINS.COM.AU

Served via Electronic Mail
CLARK HILL PLC
ATTN: KAREN M. GRIVNER
824 N. MARKET STREET
SUITE 710
WILMINGTON DE 19801
KGRIVNER@CLARKHILL.COM

Served via Electronic Mail
CLARK HILL PLC
ATTN: KEVIN H. MORSE
130 E. RANDOLPH STREET
SUITE 3900
CHICAGO IL 60601
KMORSE@CLARKHILL.COM

Served via Electronic Mail
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JANE VANLARE, BRANDON M. HAMMER
ONE LIBERTY PLAZA
NEW YORK NY 10006
JVANLARE@CGSH.COM
BHAMMER@CGSH.COM

Served via Electronic Mail
COINCIDENT CAPITAL INTERNATIONAL, LTD
C/O SUNIL SHAH
1805 N. CARSON CITY ST.,
SUITE X-108
CARSON CITY NV 89701
FTXCC@COINCIDENTCAPITAL.COM

Served via Electronic Mail
COLE SCHOTZ P.C.
ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ.
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON DE 19801
NPERNICK@COLESCHOTZ.COM
AROTH-MOORE@COLESCHOTZ.COM

Served via Electronic Mail
COMMODITY FUTURES TRADING COMMISSION
ATTN: MARTIN B. WHITE
SENIOR ASSISTANT GENERAL COUNSEL
1155 21ST STREET NW
WASHINGTON DC 20581
MWHITE@CFTC.GOV

Served via Electronic Mail
COOLEY LLP
ATTN: AUDREY MOTT-SMITH
3 EMBARCADERO CENTER
20TH FLOOR
SAN FRANCISCO CA 94111
AMOTTSMITH@COOLEY.COM

Served via Electronic Mail
COOLEY LLP
ATTN: CULLEN D. SPECKHART
1299 PENNSYLVANIA AVENUE NW
SUITE 700
WASHINGTON DC 20004
CSPECKHART@COOLEY.COM

Served via Electronic Mail
COOLEY LLP
ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE PIGNATELLI, ERICA J. RICHARDS
55 HUDSON YARDS
NEW YORK NY 10001
MKLEIN@COOLEY.COM
AHWU@COOLEY.COM
CPIGNATELLI@COOLEY.COM
ERICHARDS@COOLEY.COM

Served via Electronic Mail
COOLEY LLP
ATTN: PHILIP M. BOWMAN, ESQ.
55 HUDSON YARDS
NEW YORK NY 10001
PBOWMAN@COOLEY.COM

Served via Electronic Mail
COUSINS LAW LLC
ESQ., SCOTT D. JONES, ESQ.
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE, SUITE 301
WILMINGTON DE 19801
SCOTT.JONES@COUSINS-LAW.COM

Served via Electronic Mail
COZEN O'CONNOR
ATTN: FREDERICK SCHMIDT
3WTC, 175 GREENWICH STREET
55TH FLOOR
NEW YORK NY 10007
ESCHMIDT@COZEN.COM

Served via Electronic Mail
COZEN O'CONNOR
ATTN: THOMAS J. FRANCELLA
1201 N. MARKET STREET, SUITE 1001
WILMINGTON DE 19801
TFRANCELLA@COZEN.COM

Served via Electronic Mail
CROSS & SIMON LLC
ATTN: KEVIN S. MANN
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON DE 19801
KMANN@CROSSLAW.COM

Served via Electronic Mail
CROSS & SIMON, LLC
ATTN: CHRISTOPHER P. SIMON
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON DE 19801
CSIMON@CROSSLAW.COM

Served via Electronic Mail
CROWELL & MORING LLP
ATTN: FREDERICK HYMAN
590 MADISON AVE
NEW YORK NY 10022
FHYMAN@CROWELL.COM

Served via Electronic Mail
DEBEVOISE & PLIMPTON LLP
ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ., MICHAEL C.
GODBE, ESQ.
66 HUDSON BOULEVARD
NEW YORK NY 10001
NLABOVITZ@DEBEVOISE.COM
EWORENKLEIN@DEBEVOISE.COM
MCGODBE@DEBEVOISE.COM

Served via Electronic Mail
DEBEVOISE & PLIMPTON LLP
ATTN: SIDNEY P. LEVINSON, JASMINE BALL
66 HUDSON BOULEBARD
NEW YORK NY 10001
SLEVINSON@DEBEVOISE.COM
JBALL@DEBEVOISE.COM

Served via Electronic Mail
DELAWARE DIVISION OF REVENUE
ATTN: ZILLAH FRAMPTON
820 N FRENCH ST
WILMINGTON DE 19801
FASNOTIFY@STATE.DE.US

Served via Electronic Mail
DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
P.O. BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

Served via Electronic Mail
DELAWARE STATE TREASURY
ATTN: BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904
STATETREASURER@STATE.DE.US

Served via Electronic Mail
DILWORTH PAXSON LLP
ATTN: PETER C. HUGHES, ESQ.
800 N KING STREET
SUITE 202
WILMINGTON DE 19801
PHUGES@DILWORTHLAW.COM

Served via Electronic Mail
DLA PIPER LLP
ATTN: AARON S. APPLEBAUM
1201 NORTH MARKET STREET
SUITE 2100
WILMINGTON DE 19801
AARON.APPLEBAUM@US.DLAPIPER.COM

Served via Electronic Mail
DLA PIPER LLP (US)
ATTN: AARON S. APPLEBAUM
1201 NORTH MARKET STREET
SUITE 2100
WILMINGTON DE 19801
AARON.APPLEBAUM@US.DLAPIPER.COM

Served via Electronic Mail
DLA PIPER LLP (US)
ATTN: DENNIS C. O'DONNELL
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020
DENNIS.ODONNELL@DLAPIPER.COM

Served via Electronic Mail
DLA PIPER LLP (US)
ATTN: JEFFREY TOROSIAN
444 W. LAKE STREET
SUITE 900
CHICAGO IL 60606
JEFFREY.TOROSIAN@DLAPIPER.COM

Served via Electronic Mail
DOSHI LEGAL GROUP, P.C.
ATTN: AMISH R. DOSHI
1979 MARCUS AVENUE, SUITE 210E
LAKE SUCCESS NY 11042
AMISH@DOSHILEGAL.COM

Served via Electronic Mail
EMMET, MARVIN & MARTIN, LLP
ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ.
120 BROADWAY, 32ND FLOOR
NEW YORK NY 10271
JSWARTZ@EMMETMARVIN.COM
TPITTA@EMMETMARVIN.COM

Served via 1st Class Mail
ENVIRONMENTAL PROTECTION AGENCY
ATTN BANKRUPTCY DIVISION
290 BROADWAY
NEW YORK NY 10007-1866

Served via Electronic Mail
ENVIRONMENTAL PROTECTION AGENCY
ATTN: GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL 2310A
1200 PENNSYLVANIA AVE NW, 2310A
WASHINGTON DC 20460

Served via Electronic Mail
EVERSHEDS SUTHERLAND (US) LLP
ATTN: ANDREA L. GORDON
700 SIXTH STREET NW, SUITE 700
WASHINGTON DC 20001
ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM

Served via Electronic Mail
EVERSHEDS SUTHERLAND (US) LLP
ATTN: ERIN E. BRODERICK
227 WEST MONROE STREET, SUITE 6000
CHICAGO IL 60606
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM

Served via Electronic Mail
EVERSHEDS SUTHERLAND (US) LLP
ATTN: MARK D. SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON TX 77002
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM

Served via Electronic Mail
EVERSHEDS SUTHERLAND (US) LLP
ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT
THE GRACE BUILDING, 40TH FLOOR
1114 AVENUE OF THE AMERICAS
NEW YORK NY 10036
PETERIVANICK@EVERSHEDS-SUTHERLAND.COM
SARAHPAUL@EVERSHEDS-SUTHERLAND.COM
PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM
LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM

Served via Electronic Mail
FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL
321 NORTH CLARK STREET, SUITE 3000
CHICAGO IL 60654
MSMALL@FOLEY.COM

Served via Electronic Mail
FOLEY & LARDNER LLP
ATTN: SAMANTHA RUPPENTHAL
90 PARK AVENUE
NEW YORK NY 10016
SRUPPENTHAL@FOLEY.COM

Served via 1st Class Mail
FTX TRADING LTD.
ATTN: PRESIDENT OR GENERAL COUNSEL
10-11 MANDOLIN PLACE
FRIARS HILL ROAD
ST. JOHN'S AG-04
ANTIGUA AND BARBUDA

Served via Electronic Mail
GEBHARDT & SMITH LLP
ATTN: DAVID V. FONTANA
1000 N. WEST STREET
SUITE 1200
WILMINGTON DE 19081
DFONT@GEBSMITH.COM

Served via Electronic Mail
GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN: MICHAEL BUSENKELL
1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON DE 19801
MBUSENKELL@GSBBLAW.COM

Served via Electronic Mail
GIBBONS P.C.
ATTN: CHRISTOPHER VICECONTE, ESQ.
300 DELAWARE AVENUE
SUITE 1015
WILMINGTON DE 19801-1671
CVICECONTE@GIBBONSLAW.COM

Served via Electronic Mail
GIBBONS P.C.
ATTN: ROBERT K. MALONE, ESQ., BRETT S. THEISEN, ESQ.
KYLE P. MCEVILLY, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
RMALONE@GIBBONSLAW.COM
BTHEISEN@GIBBONSLAW.COM
KMCEVILLY@GIBBONSLAW.COM

Served via Electronic Mail
GOETZ FITZPATRICK LLP
ATTN: SCOTT D. SIMON, ESQ.
ONE PENN PLAZA
SUITE 3100
NEW YORK NY 10119
SSIMON@GOETZFITZ.COM

Served via Electronic Mail
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
ATTN: BRIAN DAVIDOFF
2049 CENTURY PARK EAST
STE 2600
LOS ANGELES CA 90067-4590
BDAVIDOFF@GREENBERGGLUSKER.COM

Served via Electronic Mail
HAYNES AND BOONE, LLP
ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II
2323 VICTORY AVENUE
SUITE 700
DALLAS TX 75219
RICK.ANIGIAN@HAYNESBOONE.COM
CHARLIE.JONES@HAYNESBOONE.COM

Served via Electronic Mail
HAYNES AND BOONE, LLP
ATTN: RICHARD KANOWITZ
30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK NY 10112
RICHARD.KANOWITZ@HAYNESBOONE.COM

Served via Electronic Mail
HOGAN LOVELLS US LLP
ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA JUMPER
390 MADISON AVENUE
NEW YORK NY 10017
DENNIS.TRACEY@HOGANLOVELLS.COM
DENNIS.TRACEY@HOGANLOVELLS.COM
MAYA.JUMPER@HOGANLOVELLS.COM

Served via Electronic Mail
HOLLAND & KNIGHT LLP
ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE,
SHARDUL DESAI
31 W. 52ND STREET
NEW YORK NY 10019
WARREN.GLUCK@HKLAW.COM
MARIE.LARSEN@HKLAW.COM
DAVID.WIRT@HKLAW.COM
JESSICA.MAGEE@HKLAW.COM
SHARDUL.DESAI@HKLAW.COM

Served via Electronic Mail
HUGH SMITH ESQUIRE
LEVEL 8 224 BUNDA STREET
CANBERRA CITY, ACT  2601
AUSTRALIA
HUGH.SMITH@CHAMBERLAINS.COM.AU

Served via 1st Class Mail
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

Served via 1st Class Mail
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

Served via Electronic Mail
JOYCE, LLC
ATTN: MICHAEL J. JOYCE, ESQ.
1225 KING STREET
SUITE 800
WILMINGTON DE 19801
MJOYCE@MJLAWOFFICES.COM

**Served via Electronic Mail**
K&L GATES LLP
ATTN: BRIAN D. KOOSED, ESQ.
1602 K STREET NW
WASHINGTON DC 20006-1600
BRIAN.KOOSED@KLGATES.COM

**Served via Electronic Mail**
K&L GATES LLP
ATTN: ROBERT T. HONEYWELL, ESQ.
599 LEXINGTON AVENUE
NEW YORK NY 10022-6030
ROBERT.HONEYWELL@KLGATES.COM

**Served via Electronic Mail**
K&L GATES LLP
ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER, ESQ., MEGAN E. O'CONNER, ESQ.
600 N. KING STREET
SUITE 901
WILMINGTON DE 19801
STEVEN.CAPONI@KLGATES.COM
MATTHEW.GOELLER@KLGATES.COM
MEGAN.OCONNER@KLGATE.COM

**Served via Electronic Mail**
KASHISHIAN LAW LLC
ATTN: ANN M. KASHISHIAN
501 SILVERSIDE ROAD, SUITE 85
WILMINGTON DE 19809
AMK@KASHISHIANLAW.COM

**Served via Electronic Mail**
KELLER BENVENUTTI KIM LLP
ATTN: JANE KIM, GABRIELLE L. ALBERT
650 CALIFORNIA ST. #1900
SAN FRANCISCO CA 94108
JKIM@KBKLLP.COM
GALBERT@KBKLLP.COM

**Served via Electronic Mail**
KELLY HART & HALLMAN LLP
ATTN: LOUIS M. PHILLIPS
301 MAIN ST., SUITE 1600
BATON ROUGE LA 70801
LOUIS.PHILLIPS@KELLYHART.COM

**Served via Electronic Mail**
KELLY HART & HALLMAN LLP
ATTN: MICHAEL D. ANDERSON
201 MAIN STREET, SUITE 2500
FORT WORTH TX 76102
MICHAEL.ANDERSON@KELLYHART.COM

**Served via Electronic Mail**
KROLL RESTRUCTURING ADMINISTRATION LLC
ATTN: SELWYN PERRY
55 EAST 52ND STREET
17TH FLOOR
NEW YORK NY 10055
SERVICEQA@RA.KROLL.COM
FTXTEAM@RA.KROLL.COM

**Served via Electronic Mail**
LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV
919 MARKET STREET
SUITE 1800
WILMINGTON DE 19801
LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM;
PIERCE@LRCLAW.COM; JENNER@LRCLAW.COM
WILLIAMS@LRCLAW.COM; MCGUIRE@LRCLAW.COM
ROBERTSON@LRCLAW.COM;

**Served via Electronic Mail**
LATHAM & WATKINS LLP
ATTN: ADAM J. GOLDBERG BRIAN S. ROSEN
1271 AVENUE OF THE AMERICAS
NEW YORK NY 10020
ADAM.GOLDBERG@LW.COM
BRIAN.ROSEN@LW.COM

**Served via Electronic Mail**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: KEITH KODOSKY, ESQUIRE
600 PEACHTREE NE
SUITE 4700
ATLANTA GA 30308
KEITH.KODOSKY@LEWISBRISBOIS.COM

**Served via Electronic Mail**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: MINYAO WANG, ESQUIRE
77 WATER STREET
SUITE 2100
NEW YORK NY 10005
MINYAO.WANG@LEWISBRISBOIS.COM

**Served via Electronic Mail**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: PHILIP HINSON, ESQUIRE
521 EAST MOREHEAD STREET
SUITE 250
CHARLOTTE NC 28202
PHILIP.HINSON@LEWISBRISBOIS.COM

**Served via Electronic Mail**
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SCOTT D. COUSINS, RAFAEL X. ZAHRALDDIN-ARAVENA, KEVIN F. SHAW
500 DELAWARE AVE
SUITE 700
WILMINGTON DE 19801
SCOTT.COUSINS@LEWISBRISBOIS.COM
RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM
KEVIN.SHAW@LEWISBRISBOIS.COM

Served via Electronic Mail
LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: SEAN P. SHECTER, ESQUIRE
110 SE 6TH STREET
SUITE 2600
FORT LAUDERDALE FL 33301
SEAN.SHECTER@LEWISBRISBOIS.COM

Served via Electronic Mail
LOCKE LORD LLP
ATTN: IRA S. GREENE
200 VESEY STREET
NEW YORK NY 10281
IRA.GREENE@LOCKELORD.COM

Served via Electronic Mail
LOWENSTEIN SANDLER LLP
ATTN: ANDREW BEHLMANN, COLLEEN M. RESTEL
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068
ABEHLMANN@LOWENSTEIN.COM
CRESTEL@LOWENSTEIN.COM

Served via Electronic Mail
LOWENSTEIN SANDLER LLP
ATTN: DANIEL B. BESIKOF, ESQ.
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020
DBESIKOF@LOWENSTEIN.COM

Served via Electronic Mail
MANIER HEROD, P.C.
ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS
1201 DEMONBREUN STREET
SUITE 900
NASHVILLE TN 37213
JPRICE@MANIERHEROD.COM
MLEE@MANIERHEROD.COM
SWILLIAMS@MANIERHEROD.COM

Served via Electronic Mail
MCCARTER & ENGLISH LLP
ATTN: DAVID ADLER ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVE., 31ST FLOOR
NEW YORK NY 10019
DADLER@MCARTER.COM

Served via Electronic Mail
MCCARTER & ENGLISH LLP
ATTN: KATE ROGGIO BUCK, MATTHEW J. RIFINO, SHANNON D. HUMISTON
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON DE 19801
KBUCK@MCCARTER.COM
MRIFINO@MCCARTER.COM
SHUMISTON@MCCARTER.COM

Served via Electronic Mail
MCCARTER & ENGLISH LLP
ATTN: LISA S. BOSSALL, PHILLIP S. PAVLICK
FOUR GATEWAY CENTER
100 MULBERYY STREET
NEWARK NJ 07102
LLBONSALL@MCCARTER.COM
PPAVLICK@MCCARTER.COM

Served via Electronic Mail
MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN, JOHN J. CALANDRA
JOSEPH B. EVANS, ELIZABETH RODD
ONE VANDERBILT AVENUE
NEW YORK NY 10017-3852
DAZMAN@MWE.COM
JCALANDRA@MWE.COM
JBEVANS@MWE.COM
ERODD@MWE.COM

Served via Electronic Mail
MCDERMOTT WILL & EMERY LLP
ATTN: MARIS J. KANDESTIN
THE NEMOURS BUIDLING
1007 NORTH ORANGE STREET, 10TH FLOOR
WILMINGTON DE 19801
MKANDESTIN@MWE.COM

Served via Electronic Mail
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, DAVID P. PRIMACK
300 DELAWARE AVENUE
SUITE 1014
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM
DPRIMACK@MDMC-LAW.COM

Served via Electronic Mail
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, GASTON P. LOOMIS
300 DELAWARE AVENUE
SUITE 1014
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM
GLOOMIS@MDMC-LAW.COM

Served via Electronic Mail
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN
570 BROAD STREET
SUITE 1401
NEWARK NJ 07102
JBERNSTEIN@MDMC-LAW.COM

Served via Electronic Mail
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: MICHAEL R. MORANO, ESQ.
1300 MT. KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN NJ 07962
MMORANO@MDMC-LAW.COM

Served via Electronic Mail
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: NICOLE LEONARD
225 LIBERTY STREET
36TH FLOOR
NEW YORK NY 10281
NLEONARD@MDMC-LAW.COM

Served via Electronic Mail
MIAMI-DADE OFFICE OF THE TAX COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI FL 33128
PRISCILLA.WINDLEY@MIAMIDADE.GOV
MDTCBKC@MIAMIDADE.GOV

Served via Electronic Mail
MILLER SHAH LLP
ATTN: ALEC J. BERIN, ESQ.
1845 WALNUT STREET
SUITE 806
PHILADELPHIA PA 19103
AJBERIN@MILLERSHAH.COM

Served via Electronic Mail
MILLER SHAH LLP
ATTN: JAMES E. MILLER, ESQ.
65 MAIN STREET
CHESTER CT 06412
JEMILLER@MILLERSHAH.COM

Served via Electronic Mail
MO BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER, GENERAL COUNSEL
PO BOX 475
JEFFERSON CITY MO 65105-0475
DEECF@DOR.MO.GOV

Served via Electronic Mail
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JODY C. BARILLARE
1201 N. MARKET STREET
SUITE 2201
WILMINGTON DE 19801
JODY.BARILLARE@MORGANLEWIS.COM

Served via Electronic Mail
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER
1701 MARKET STREET
PHILADELPHIA PA 19103
JOHN.GOODCHILD@MORGANLEWIS.COM
MATTHEW.ZIEGLER@MORGANLEWIS.COM

Served via Electronic Mail
MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK; DAVID K. SHIM
101 PARK AVENUE
NEW YORK NY 10178
JOSHUA.DORCHAK@MORGANLEWIS.COM
DAVID.SHIM@MORGANLEWIS.COM

Served via Electronic Mail
MORRIS JAMES LLP
ATTN: ERIC J. MONZO,  TARA C. PAKROUH, CHRISTOPHER M. DONNELLY
500 DELAWARE AVENUE SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM
CDONNELY@MORRISJAMES.COM

Served via Electronic Mail
MORRIS JAMES LLP
ATTN: ERIC J. MONZO, SARAH M. ENNIS
TARA C. PAKROUTH
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
SENNIS@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM

Served via Electronic Mail
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: DONNA L. CULVER, DANIEL B. BUTZ
1201 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON DE 19899-1347
DCULVER@MORRISNICHOLS.COM
DBUTZ@MORRISNICHOLS.COM

Served via Electronic Mail
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: MATTHEW B. HARVEY
1201 NORTH MARKET STREET, 16TH FLOOR
WILMINGTON DE 19801
MHARVEY@MORRISNICHOLS.COM

Served via Electronic Mail
MORRISON COHEN LLP
ATTN: JOSEPH T. MOLDOVAN, HEATH D. ROSENBLAT; JASON P. GOTTLIEB, MICHAEL MIX
909 THIRD AVENUE
27TH FLOOR
NEW YORK NY 10022
JMOLDOVAN@MORRISONCOHEN.COM
HROSENBLAT@MORRISONCOHEN.COM
JGOTTLIEB@MORRISONCOHEN.COM
MMIX@MORRISONCOHEN.COM

Served via Electronic Mail
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR
WASHINGTON DC 20036
KCORDRY@NAAG.ORG

**Served via Electronic Mail**
OCTOPUS INFORMATION LTD
ATTN: LINFENG DONG, OMC CHAMBERS
WICKHAMS CAY 1
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS
OCTOPUS_FTX@TEAMB.CN

**Served via Electronic Mail**
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
ATTN: AMY L. PATTERSON
40 CAPITOL SQUARE, S.W.
ATLANTA GA 30334
APATTERSON@LAW.GA.GOV

**Served via Electronic Mail**
OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY &
COLLECTIONS DIVISION
ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN
P.O. BOX 12548 MC008
AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV
LAYLA.MILLIGAN@OAG.TEXAS.GOV
ABIGAIL.RYAN@OAG.TEXAS.GOV

**Served via Electronic Mail**
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: JOHN P. REDING
100 W. RANDOLPH ST.
SUITE 13-225
CHICAGO IL 60601
JOHN.REDING@ILAG.GOV

**Served via Electronic Mail**
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
ATTN: ROBERT J. ROCK
THE CAPITOL
ALBANY NY 12224-0341
ROBERT.ROCK@AG.NY.GOV

**Served via Electronic Mail**
OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION
ATTN: Laura L. McCloud
PO BOX 20207
NASHVILLE TN 37202-0207
AGBANKDELAWARE@AG.TN.GOV

**Served via Electronic Mail**
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE
844 KING STREET, ROOM 2207
LOCKBOX #35
WILMINGTON DE 19899-0035
BENJAMIN.A.HACKMAN@USDOJ.GOV
DAVID.GERARDI@USDOJ.GOV
JON.LIPSHIE@USDOJ.GOV

**Served via Electronic Mail**
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: LINDA RICHENDERFER, ESQ.
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON DE 19801
LINDA.RICHENDERFER@USDOJ.GOV

**Served via Electronic Mail**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: JASON H. ROSELL, COLIN R. ROBINSON
919 N. MARKET STREET
17TH FLOOR
WILMINGTON DE 19801
JROSELL@PSZJLAW.COM
CROBINSON@PSZJLAW.COM

**Served via Electronic Mail**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, PETER J. KEANE, EDWARD A. CORMA
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON DE 19899-8705
LJONES@PSZJLAW.COM
PKEANE@PSZJLAW.COM
ECORMA@PSZJLAW.COM

**Served via Electronic Mail**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR
10100 SANTA MONICA BLVD.
13TH FLOOR
LOS ANGELES CA 90067-4003
TKAPUR@PSZJLAW.COM

**Served via Electronic Mail**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR
10100 SANTA MONIVA BLVD
13TH FLOOR
LOS ANGELES CA 90067-4003
TKAPUR@PSZJLAW.COM

**Served via Electronic Mail**
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: JASON H. ROSELL, MARY F. CALOWAY
ONE SANSOME STREET
SUITE 3430
SAN FRANCISCO CA 94104
JROSELL@PSZJLAW.COM
MCALOWAY@PSZJLAW.COM

**Served via Electronic Mail**
PASHMAN STEIN WALDER HAYDEN, P.C.
ATTN: JOHN W. WEISS, ALEXIS R. GAMBALE
1007 NORTH ORANGE STREET 4TH FLOOR
SUITE 183
WILMINGTON DE 19801
JWEISS@PASHMANSTEIN.COM
AGAMBALE@PASHMANSTEIN.COM

**Served via Electronic Mail**
PAUL HASTINGS
ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A.
DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN
200 PARK AVENUE
NEW YORK NY 10166
GABESASSON@PAULHASTINGS.COM
KRISHANSEN@PAULHASTINGS.COM
KENPASQUALE@PAULHASTINGS.COM
EREZGILAD@PAULHASTINGS.COM
LUCDESPINS@PAULHASTINGS.COM

**Served via Electronic Mail**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER, KENNETH S. ZIMAN
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064
WCLAREMAN@PAULWEISS.COM
GLAUFER@PAULWEISS.COM
KZIMAN@PAULWEISS.COM

**Served via Electronic Mail**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ELIZABETH WANG, DANIEL A. MASON
1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
DMASON@PAULWEISS.COM
EWANG@PAULWEISS.COM

**Served via Electronic Mail**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN:RANDALL S. LUSKEY
535 MISSION STREET
24TH FLOOR
SAN FRANCISCO CA 94105
RLUSKEY@PAULWEISS.COM

**Served via Electronic Mail**
POTTER ANDERSON & CORROON LLP
ATTTN: M. BLAKE CLEARY, R. STEPHEN MCNEILL, SAMEEN RIZVI, ESQ.
1313 N. MARKET STREET, 6TH FLOOR
WILMINGTON DE 19801
BCLEARY@POTTERANDERSON.COM
RMCNEILL@POTTERANDERSON.COM
SRIZVI@POTTERANDERSON.COM

**Served via Electronic Mail**
PROSKAUER ROSE LLP
ATTN: BRIAN S. ROSEN, DYLAN J. MARKER
ELEVEN TIMES SQUARE
NEW YORK NY 10036-8299
BROSEN@PROSKAUER.COM
DMARKER@PROSKAUER.COM

**Served via Electronic Mail**
PROSKAUER ROSE LLP
ATTN: JORDAN E. SAZANT
70 WEST MADISON STREET
SUITE 3800
CHICAGO IL 60602-4342
JSAZANT@PROSKAUER.COM

**Served via Electronic Mail**
PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.
ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES
3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD
PO BOX N-4875
NASSAU
THE BAHAMAS
BSIMMS@LENNOXPATON.COM
KEVIN.CAMBRIDGE@PWC.COM
PETER.GREAVES@HK.PWC.COM

**Served via Electronic Mail**
PULSAR GLOBAL LTD
ATTN: MICHELE WAN AND JACKY YIP
UNIT 903-905, K11 ATELIER VICTORIA DOCKSIDE
18 SALISBURY ROAD
KOWLOON
HONG KONG
MICHELE.WAN@PULSAR.COM
JACKY.YIP@PULSAR.COM

**Served via Electronic Mail**
REED SMITH LLP
ATTN: AARON JAVIAN
599 LEXINGTON AVENUE
NEW YORK NY 10022
AJAVIAN@REEDSMITH.COM

**Served via Electronic Mail**
REED SMITH LLP
ATTN: KURT F. GWYNNE
1201 N. MARKET STREET
SUITE 1500
WILMINGTON DE 19801
KGWYNNE@REEDSMITH.COM

**Served via Electronic Mail**
REICH REICH & REICH, P.C.
ATTN: NICHOLAS A. PASALIDES, ESQ.
235 MAIN STREET, SUITE 450
WHITE PLAINS NY 10601
NPASALIDES@REICHPC.COM

**Served via Electronic Mail**
RICHARDS, LAYTON & FINGER, P.A.
ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE 19801
GROSS@RLF.COM
HEATH@RLF.COM
QUEROLI@RLF.COM
SCHLAUCH@RLF.COM

**Served via Electronic Mail**
RIMON, P.C.
ATTN: FREDERICK CHANG
506 2ND AVE., SUITE 1400
SEATTLE WA 98104
FREDERICK.CHANG@RIMONLAW.COM

**Served via Electronic Mail**
RIMON, P.C.
ATTN: JACQUELYN H. CHOI
2029 CENTURY PARK EAST, SUITE 400N
LOS ANGELES CA 90067
JACQUELYN.CHOI@RIMONLAW.COM

**Served via Electronic Mail**
ROBINSON & COLE LLP
ATTN: JAMIE L. EDMONSON
1201 N. MARKET STREET
SUITE 1406
WILMINGTON DE 19801
JEDMONSON@RC.COM

**Served via Electronic Mail**
SAUL EWING LLP
ATTN: LUCIAN B. MURLEY
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

**Served via Electronic Mail**
SCHULTE ROTH & ZABEL LLP
ATTN: DOUGLAS S. MINTZ
555 13TH STREET, NW, SUITE 6W
WASHINGTON DC 20004
DOUGLAS.MINTZ@SRZ.COM

**Served via Electronic Mail**
SCHULTE ROTH & ZABEL LLP
ATTN: REUBEN E. DIZENGOFF
919 THIRD AVENUE
NEW YORK NY 10022
REUBEN.DIZENGOFF@SRZ.COM

**Served via Electronic Mail**
SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F. STREET NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

**Served via Electronic Mail**
SECURITIES & EXCHANGE COMMISSION - NY OFFICE
ATTN: BANKRUPTCY DEPT
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK NY 10281-1022
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV

**Served via Electronic Mail**
SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE
ATTN: BANKRUPTCY DEPT
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

**Served via Electronic Mail**
STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

**Served via Electronic Mail**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DANIEL M. PEREIRA
1000 N. WEST STREET
SUITE 1200
WILMINGTON DE 19801
DPEREIRA@STRADLEY.COM

**Served via Electronic Mail**
STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DEBORAH A. REPEROWITZ
100 PARK AVENUE
SUITE 2000
NEW YORK NY 10017
DREPEROWITZ@STRADLEY.COM

**Served via Electronic Mail**
STREUSAND, LANDON, OZBURN & LEMMON, LLP
ATTN: SABRINA L. STREUSAND, ANH NGUYEN
1801 S. MOPAC EXPRESSWAY
SUITE 320
AUSTIN TX 78746
STREUSAND@SLOLLP.COM
NGUYEN@SLOLLP.COM

**Served via Electronic Mail**
SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J.
KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE
125 BROAD STREET
NEW YORK NY 10004
DIETDERICHA@SULLCROM.COM; BROMLEYJ@SULLCROM.COM
GLUECKSTEINB@SULLCROM.COM; KRANZLEYA@SULLCROM.COM
PETIFORDJ@SULLCROM.COM; HOLLEYS@SULLCROM.COM
EHRENBERGS@SULLCROM.COM; DUNNEC@SULLCROM.COM

**Served via Electronic Mail**
SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN
919 NORTH MARKET STREET, SUITE 420
WILMINGTON DE 19801
BSULLIVAN@SHA-LLC.COM

<div style="display:flex">
<div>

**Served via Electronic Mail**
TARTER KRINSKY & DROGIN LLP
ATTN: DAVID H. WANDER, ALEXANDER R. TIKTIN
1350 BROADWAY
11TH FLOOR
NEW YORK NY 10018
DWANDER@TARTERKRINSKY.COM, ATIKTIN@TARTERKRINSKY.COM

**Served via Electronic Mail**
THE SECURITIES COMMISSION OF THE BAHAMAS
ATTN: PRESIDENT OR GENERAL COUNSEL
POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A
EAST BAY STREET, P.O. BOX N-8347
NASSAU
THE BAHAMAS
INFO@SCB.GOV.BS

**Served via Electronic Mail**
U.S. DEPARTMENT OF JUSTICE
ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO
CIVIL DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON DC 20005
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**Served via Electronic Mail**
U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON
C. MCMANUS
COMMERCIAL LITIGATION BRANCH
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON DC 20044-0875
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

**Served via Electronic Mail**
U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE
ATTN: ELISABETH M. BRUCE, STEPHANIE A. SASARAK
P.O. BOX 227
WASHINGTON DC 20044
ELISABETH.M.BRUCE@USDOJ.GOV
STEPHANIE.A.SASARAK@USDOJ.GOV

**Served via Electronic Mail**
US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS
1007 ORANGE ST STE 700
P.O. BOX 2046
WILMINGTON DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

**Served via Electronic Mail**
VENABLE LLP
ATTN: DANIEL A. O'BRIEN
1201 N. MARKET ST.
SUITE 1400
WILMINGTON DE 19801
DAOBRIEN@VENABLE.COM

</div>
<div>

**Served via Electronic Mail**
THE DALEY LAW FIRM
ATTN: DARRELL DALEY, SAMANTHA NEAL
4845 PEARL EAST CIRCLE
SUITE 101
BOULDER CO 80301
DARRELL@DALEYLAWYERS.COM
SAMANTHA@DALEYLAWYERS.COM

**Served via Electronic Mail**
TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: EVELYN J. MELTZER
HERCULES PLAZA, SUITE 5100
1313 N. MARKET STREET
WILMINGTON DE 19899-1709
EVELYN.MELTZER@TROUTMAN.COM

**Served via Electronic Mail**
U.S. DEPARTMENT OF JUSTICE
ATTN: WARD W. BENSON
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON DC 20044
WARD.W.BENSON@USDOJ.GOV

**Served via Electronic Mail**
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
ATTN: ARI D. KUNOFSKY
P.O. BOX 227
WASHINGTON DC 20044
ARI.D.KUNOFSKY@USDOJ.GOV

**Served via 1st Class Mail**
UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

**Served via Electronic Mail**
VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVENUE, NW
WASHINGTON DC 20001
AJCURRIE@VENABLE.COM

**Served via Electronic Mail**
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A.
WEINER, ARIE A. PELED
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK NY 10020
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM

</div>
</div>

Served via Electronic Mail
VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A.
WEINER, ARIE A. PELED
151 WEST 42ND ST., 48TH FLOOR
NEW YORK NY 10036
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM

Served via Electronic Mail
VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
P.O. BOX 1008
COLUMBUS OH 43216-1008
TSCOBB@VORYS.COM

Served via Electronic Mail
WHITE & CASE LLP
ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE
200 SOUTH BISCAYNE BLVD., SUITE 4900
SOUTHEAST FINANCIAL CENTER
MIAMI FL 33131
TLAURIA@WHITECASE.COM
RKEBRDLE@WHITECASE.COM

Served via Electronic Mail
WINCENT INVESTMENT FUND PCC LTD
ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL MANAGEMENT
OLD POLICE STATION
120B
IRISH TOWN  GX11 1AA
GIBRALTAR
LEGAL@WINCENT.CO

Served via Electronic Mail
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.
1000 NORTH KING STREET
WILMINGTON DE 19801
MLUNN@YCST.COM
RPOPPITI@YCST.COM

Served via Electronic Mail
VERMONT DEPARTMENT OF FINANCIAL REGULATION
ATTN: JENNIFER ROOD
89 MAIN STREET, THIRD FLOOR
MONTPELIER VT 05620
JENNIFER.ROOD@VERMONT.GOV

Served via Electronic Mail
WHITE & CASE LLP
ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D.
PFEIFFER, MARK FRANKE, BRETT BAKEMEYER
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
BRIAN.PFEIFFER@WHITECASE.COM

Served via Electronic Mail
WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PETER G. NEIMAN, NICHOLAS WERLE
7 WORLD TRADE CENTER
150 GREENWICH STREET
NEW YORK NY 10007
PETER.NEIMAN@WILMERHALE.COM
NICK.WERLE@WILMERHALE.COM

Served via Electronic Mail
WINTERMUTE ASIA PTE. LTD
ATTN: LEGAL DEPARTMENT
24 EAN KIAM PLACE
429115
SINGAPORE
LEGAL@WINTERMUTE.COM

Served via Electronic Mail
ZACHARY BRUCH
ATTN: PETER S. PARTEE, SR
HUNTON ANDREWS KURTH LLP
200 PARK AVE
NEW YORK NY 10166
PPARTEE@HUNTONAK.COM