# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: FTX TRADING LTD., *et al.*,<br><br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 22-11068-JTD<br>(Jointly Administered) |
| KIHYUK NAM, *et al.*,<br><br>Appellants,<br><br>v.<br><br>FTX RECOVERY TRUST,<br><br>Appellee. | Civ. No. 1:24-cv-01175-TLA<br>Civ. No. 1:24-cv-01176-TLA<br>Civ. No. 1:24-cv-01178-TLA<br>Civ. No. 1:24-cv-01180-TLA |

## STIPULATION TO
## VOLUNTARILY DISMISS APPEAL

Appellants Ahmed Abd El-Razek, Sunil Kavuri, and Pat Rabbitte (collectively, the "KP Appellants") and the FTX Recovery Trust (the "Appellee", and together with the KP Appellants, the "Parties"), in the above-captioned cases, by and through their undersigned counsel, hereby stipulate to voluntarily dismiss the appeal, Civ. No. 1:24-cv-1178 TLA, with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a). Each party will bear their own costs and fees.

| | |
|---|---|
| **McCARTER & ENGLISH, LLP** | **LANDIS RATH & COBB LLP** |
| /s/ *Shannon D. Humison* | /s/ *Matthew R. Pirce* |
| Shannon D. Humiston (No. 5740) | Adam G. Landis (No. 3407) |
| Renaissance Centre | Kimberly A. Brown (No. 5138) |
| 405 North King Street, 8th Floor | Matthew R. Pierce (No. 5946) 919 |
| Wilmington, DE 19801 | Market Street, Suite 1800 |
| Telephone: (302) 984-6300 | P.O. Box 2087 |
| Facsimile (302) 984-6399 | Wilmington, DE 19899 |
| Email: shumiston@mccarter.com | Telephone: (302) 467-4400 |
| | Email: landis@lrclaw.com |
| - and - |       jbrown@rlf.com |
| |       pierce@lrclaw.com |
| David J. Adler, Esq. | |
| 250 W. 55th Street, 13th Floor | -and- |
| New York, NY 10019 | |
| Telephone: (212) 609-6847 | **SULLIVAN & CROMWELL LLP** |
| Facsimile: (212) 609-6921 | Andrew G. Dietderich, Esq. |
| Email: dadler@mccarter.com | James L. Bromley, Esq. |
| | Brian D. Glueckstein, Esq. |
| *Counsel to Appellants Ahmed Abd El-Razek, Sunil Kavuri, and Pat Rabbitte* | Alexa J. Kranzley, Esq. |
| | 125 Broad Street |
| | New York, NY 10004 |
| | Telephone: (212) 558-4000 |
| | Facsimile: (212) 558-3588 |
| | E-mail: dietdericha@sullcrom.com |
| |       bromleyj@sullcrom.com |
| |       gluecksteinb@sullcrom.com |
| |       kranzleya@sullcrom.com |
| Date: March 5, 2025 | *Counsel to Appellee FTX Recovery Trust* |