# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 28643, 29397, 29591, 29707, 29800 |

## NOTICE OF EXTENSION OF RESPONSE DATE REGARDING DEBTORS' AMENDED OBJECTION TO PROOFS OF CLAIM FILED BY SETH MELAMED AND MOTION FOR SUBORDINATION PURSUANT TO 11 U.S.C. §§ 510(B) AND 510(C)(1)

**PLEASE TAKE NOTICE** that on December 9, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed *Debtors' Amended Objection to Proofs of Claim Filed By Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(B) And 510(C)(1)* [D.I. 28643] (the "Amended Objection").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Notice of Rescheduled Hearing Regarding Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(B) and 510(C)(1)* [D.I. 29397] any responses to the Amended Objection were to be filed no later than February 28, 2025, at 4:00 p.m. (ET) (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, by agreement of the Debtors and the claimant, Seth Melamed (the "Claimant"), the Response Deadline, solely as it relates to the Claimant, is extended to **March 14, 2025 at 4:00 p.m. (ET)**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases (collectively, the "Debtors"), a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX

                        McCARTER & ENGLISH, LLP

                        */s/ Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE I 9801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
shumiston@mccarter.com
-     and   -
David J. Adler (admitted *pro hac vice*)
250 W. 55th Street, 13th Floor
New York, NY 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
dadler@mccarter.com
*Counsel to Seth Melamed*

Date: March 7, 2025