# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| FTX TRADING LTD, *et al.*,[1] ) | Case No. 22-11068 (JTD) |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |

### CERTIFICATION PURSUANT TO LOCAL RULE 9010-1(e)

Pursuant to Local Rule 9010-1(e), the undersigned counsel is representing an agency of the United States of America and hereby certifies that he (i) is admitted to practice before the bars of the State of Illinois; the United States District Court for the Northern District of Illinois; the Second Circuit Court of Appeals; the Third Circuit Court of Appeals; the Fifth Circuit Court of Appeals; the Seventh Circuit Court of Appeals; the Ninth Circuit Court of Appeals; the Eleventh Circuit Court of Appeals; the District of Columbia Circuit Court of Appeals; and the Supreme Court of the United States; (ii) is in good standing in all jurisdictions in which he is admitted; (iii) will abide by the local rules governing practice before this Court; and (iv) submits to the jurisdiction of this Court for disciplinary purposes.

| | |
|---|---|
| Dated: March 10, 2025<br>Washington, DC | /s/ *Michael J. Kelly*<br>Michael J. Kelly<br>U. S. SECURITIES AND<br>EXCHANGE COMMISSION<br>100 F Street, NE<br>Washington, DC 20549<br>Tel.: (202) 551-7817<br>kellymich@sec.gov |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.