Paul-Henri Chopin
paulhenrichopin@hotmail.com
+33698701077
02/02/2025



RECEIVED

2025 MAR 10  AM 10: 15

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court District of Delaware

Subject: Contestation of the Rejection of My Claim (Case No. 89735) - FTX Trading Ltd.

Dear Sir/Madam,

I am submitting this contestation in response to the rejection of my claim in the bankruptcy proceedings of FTX Trading Ltd., under case number 89735. My initial claim was submitted in **December 2023 (referred as Claim_3265-70-PWTQY-538595581),** and I am formally contesting the **"Objection to Certain No Liability Proofs of Claim (Customer Claims)"** regarding my case, which I received by email on **February 1, 2025**.

## 1. Proof of Fund Deposit on FTX

On 15/09/2021, I made a bank transfer of **€20,000** to the account of **FTX Trading Ltd.** This transfer is evidenced by the screenshot of my bank statement attached herewith.

To process this transfer, I had to provide my bank with a release letter dated **15/09/2021**, which I also attach as evidence. The details of the recipient account are as follows:



## 2. Proof of Cryptocurrency Purchase on the FTX Platform

With this amount, I proceeded with the purchase of several cryptocurrencies on **21/09/2021**, at the prevailing rates on that date:

- **Bitcoin (BTC)**: 0.21685549 BTC
- **Ethereum (ETH)**: 2.7535 ETH
- **EthereumPoW (ETHW)**: 2.7535 ETHW
- **Solana (SOL)**: 41.0273 SOL

## 3. Calculation of Total Cost on 21/09/2021

Based on the historical rates of 21/09/2021, the cryptocurrency prices were as follows:

- **BTC**: \$43,200 (equivalent to €36,610.17 at an exchange rate of 1.18)
- **ETH**: \$3,050 (equivalent to €2,584.75)
- **SOL**: \$140 (equivalent to €118.64)

My investment calculation is as follows:

- **BTC**: 0.21685549 BTC * €36,610.17 = **€7,934.42**
- **ETH**: 2.7535 ETH * €2,584.75 = **€7,113.99**
- **SOL**: 41.0273 SOL * €118.64 = **€4,868.92**

**Total: €19,917.33**, which corresponds to my initial deposit of €20,000, adjusted for the 0.05% transaction fees applied by FTX.

## 4. Proof of Asset Presence on My FTX Account Until the Bankruptcy

I have also attached phone screenshots of my FTX wallet taken on multiple dates (before and after the bankruptcy of FTX), demonstrating that the aforementioned cryptocurrency amounts were indeed present in my account **until the suspension of platform activities**.

Furthermore, my transaction history was only available through the FTX mobile application, which I used exclusively. This application ceased functioning after the bankruptcy of FTX, making it impossible to access my purchase transactions. However, as shown in the provided screenshots, my balance remained visible at the time of the bankruptcy. The screenshots taken before the bankruptcy clearly show that the cryptocurrency amounts were identical to those displayed in the application once it was frozen following the suspension of operations.

## 5. Request for Review of My Claim

In view of these compelling pieces of evidence, I contest the rejection of my claim and request its reinstatement in the list of creditors of FTX Trading Ltd.

I remain available for any additional information and kindly ask you to accept my best regards.

**Paul-Henri Chopin**

15:12



# 17 septembre 2021
06:35



    

15:05 

**3 novembre 2021**
21:38 · · · ✕



15:05



**9 novembre 2021**
21:52



    





15:03

**23 novembre 2022**
09:23





Ajouter une légende

**Mercredi 23 novembre 2022 à 09:23**　　　Ajuster

IMG_1461



15:03

**23 novembre 2022**
09:23                                      ...    ✕



**Portefeuille**

Euro
EUR                                    Dépôt

Bitcoin                          €3 677,25
BTC                           0,21685549 BTC

Ethereum                        €3 509,89
ETH                              2,7535 ETH

Solana                            €673,81
SOL                            41,0273 SOL

Ethereum (Proof of w...          €6,54
ETHW                          2,7535 ETHW

Frontier Token               €0,07134917
FRONT                            1 FRONT

Akropolis                    €0,00373825
AKRO                              2 AKRO

Mes NFT
Voir ma galerie

Portefeuille

14:59

**23 novembre 2022**
09:23



15:05 

## 16 juillet 2024
22:25  ···  ×



    

Paul-Henri Chopin
paulhenrichopin@hotmail.com
+33698701077
02/02/2025

United States Bankruptcy Court District of Delaware

Subject: Contestation of the Rejection of My Claim (Case No. 89735) - FTX Trading Ltd.

Dear Sir/Madam,

I am submitting this contestation in response to the rejection of my claim in the bankruptcy proceedings of FTX Trading Ltd., under case number 89735. My initial claim was submitted in **December 2023 (referred as Claim_3265-70-PWTQY-538595581),** and I am formally contesting the **"Objection to Certain No Liability Proofs of Claim (Customer Claims)"** regarding my case, which I received by email on **February 1, 2025**.

## 1. Proof of Fund Deposit on FTX

On 15/09/2021, I made a bank transfer of **€20,000** to the account of **FTX Trading Ltd.** This transfer is evidenced by the screenshot of my bank statement attached herewith.

To process this transfer, I had to provide my bank with a release letter dated **15/09/2021**, which I also attach as evidence. The details of the recipient account are as follows:



## 2. Proof of Cryptocurrency Purchase on the FTX Platform

With this amount, I proceeded with the purchase of several cryptocurrencies on **21/09/2021**, at the prevailing rates on that date:

- **Bitcoin (BTC)**: 0.21685549 BTC
- **Ethereum (ETH)**: 2.7535 ETH
- **EthereumPoW (ETHW)**: 2.7535 ETHW
- **Solana (SOL)**: 41.0273 SOL

## 3. Calculation of Total Cost on 21/09/2021

Based on the historical rates of 21/09/2021, the cryptocurrency prices were as follows:

- **BTC**: $43,200 (equivalent to €36,610.17 at an exchange rate of 1.18)
- **ETH**: $3,050 (equivalent to €2,584.75)
- **SOL**: $140 (equivalent to €118.64)

My investment calculation is as follows:

- **BTC**: 0.21685549 BTC * €36,610.17 = **€7,934.42**
- **ETH**: 2.7535 ETH * €2,584.75 = **€7,113.99**
- **SOL**: 41.0273 SOL * €118.64 = **€4,868.92**

**Total: €19,917.33**, which corresponds to my initial deposit of €20,000, adjusted for the 0.05% transaction fees applied by FTX.

## 4. Proof of Asset Presence on My FTX Account Until the Bankruptcy

I have also attached phone screenshots of my FTX wallet taken on multiple dates (before and after the bankruptcy of FTX), demonstrating that the aforementioned cryptocurrency amounts were indeed present in my account **until the suspension of platform activities**.

Furthermore, my transaction history was only available through the FTX mobile application, which I used exclusively. This application ceased functioning after the bankruptcy of FTX, making it impossible to access my purchase transactions. However, as shown in the provided screenshots, my balance remained visible at the time of the bankruptcy. The screenshots taken before the bankruptcy clearly show that the cryptocurrency amounts were identical to those displayed in the application once it was frozen following the suspension of operations.

## 5. Request for Review of My Claim

In view of these compelling pieces of evidence, I contest the rejection of my claim and request its reinstatement in the list of creditors of FTX Trading Ltd.

I remain available for any additional information and kindly ask you to accept my best regards.

**Paul-Henri Chopin**

15:12

## 17 septembre 2021
06:35



    

15:05

## 3 novembre 2021
21:38



15:05 

## 9 novembre 2021
21:52 



15:05

**9 décembre 2021**
21:41



15:03

**12 novembre 2022**
17:35    ···    ✕



15:03

**23 novembre 2022**
09:23







**Portefeuille**

Rechercher **portefeuille**

| | | |
|---|---|---|
| **Euro**<br>EUR | | Dépôt |
| **Bitcoin**<br>BTC | €3 677,25<br>0,21685549 BTC | |
| **Ethereum**<br>ETH | €3 509,89<br>2,7535 ETH | |
| **Solana**<br>SOL | €673,81<br>41,0273 SOL | |

Ajouter une légende

Mercredi 23 novembre 2022 à 09:23          Ajuster

IMG_1461



**Capture d'écran**          PNG

Aucune donnée sur l'objectif
3 MP • 1170 × 2532 • 469 ko

Ajouter un lieu...

Afficher dans Toutes les photos



15:03

**23 novembre 2022**
09:23

··· ✕



14:59   .ıl 🜚 76

## 23 novembre 2022
09:23   ···   ✕





15:05

**16 juillet 2024**
22:25



835716X1X1XPRI
Paul-Henri Chopin
33 rue du Faubourg Poissonniere
Paris, TX 75009

1**************************SNGLP 480

Office of the Clerk
United States Bankruptcy Court
824 N Market St FL 3
Wilmington, DE 19801