# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING, LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 29860** |

**NOTICE OF FILING OF EXPENSE REIMBURSEMENT DETAIL TO APPLICATION OF THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM UNDER SECTIONS 503(b)(3)(D) AND 503(b)(4) OF THE BANKRUPTCY CODE FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM FOR REASONABLE PROFESSIONAL FEES AND EXPENSES**

**PLEASE TAKE NOTICE** that, on March 4, 2025, the Ad Hoc Committee of Non-US Customers of FTX.com (the "Ad Hoc Committee") filed the *Application of the Ad Hoc Committee of Non-US Customers of FTX.com under Sections 503 (b)(3)(D) and 503(b)(4) of the Bankruptcy Code for Allowance and Payment of an Administrative Expense Claim for Reasonable Professional Fees and Expenses* (D.I. 29860) (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Application at Exhibit B and C, respectively, were copies of Eversheds Sutherland (US) LLP's and Morris, Nichols, Arsht & Tunnell LLP's time entries and cost summaries for services rendered to the Ad Hoc Committee in the above-captioned cases from December 2, 2022, through April 30, 2023.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to rule 2016-1(f) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, attached hereto as **Exhibit A** is a copy of expense detail for Eversheds Sutherland (International) LLP's legal fees and Mr. David Quest KC's (3VB Services, Ltd.) fees, as a foreign law expert, charged to Eversheds Sutherland (US) LLP, in connection with services rendered to the Ad Hoc Committee in the above-captioned cases, which were disclosed as a disbursement line-items on Exhibit B to the Application.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: March 10, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>*/s/ Jonathan M. Weyand*<br>Matthew B. Harvey (No. 5186)<br>Jonathan M. Weyand (No. 6959)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>mharvey@morrisnichols.com<br>jweyand@morrisnichols.com<br><br>-and-<br><br>**EVERSHEDS SUTHERLAND (US) LLP**<br>Erin E. Broderick<br>Andrew Polansky<br>Michael A. Rogers<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Telephone: (312) 724-9006<br>Facsimile: (312) 724-9322<br>erinbroderick@eversheds-sutherland.com<br>andrewpolansky@eversheds-sutherland.com<br>michaelrogers@eversheds-sutherland.com<br><br>Sarah E. Paul<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br>sarahpaul@eversheds-sutherland.com<br><br>*Counsel to the Ad-Hoc Committee of*<br>*Non-US Customers of FTX.com* |