**EXHIBIT A**

Invoice ID: 0500-3570-4561

**EVERSHEDS SUTHERLAND**

Eversheds Sutherland (International) LLP
One Wood Street,
London,
EC2V 7WS
Tel  0207 497 9797
Fax  020 7919 4919
Int  +44 20 7919 4500
DX  154280, Cheapside 8

Eversheds Sutherland (US) LLP
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309
USA

| | |
|---|---|
| Date (Tax Point) | 17 February 2023 |
| Our VRN | (GB) 820 7045 59 |
| Client VRN | |
| Invoice Number | 92212807 |
| Matter Number | 319558.001014 |
| Your Ref | Mark Sherrill |
| Our Ref | Alexander Rogan |

**Invoice**                                                                 $

**FTX ad hoc**

Professional fees in connection with advising you on the above matter          67,108.56
Period of Invoice - 1 December 2022 to 16 February 2023

Outside the Scope of VAT          0.00
**Total Sum Payable          $67,108.56**

*Keith Froud*
**Managing Partner**
**For Eversheds Sutherland (International) LLP**

This supply may be subject to reverse charge in the country of receipt.

Please remit BACS payment to our account at National Westminster Bank PLC, Leeds City Office, PO Box 154, 8 Park Row, Leeds, LS1 2QS
Account Name: Eversheds Sutherland (International) LLP - Office USD Account SWIFT/BIC: NWBKGB2L IBAN: GB51 NWBK 6073 0148 5015 14
PLEASE QUOTE OUR INVOICE NUMBER WHEN REMITTING FUNDS, REMITTANCE ADVICE SHOULD BE E-MAILED TO REMITTANCEADVICE@EVERSHEDS-SUTHERLAND.COM

Payment is due on presentation of this invoice. Settlement of this bill is expected directly from the client.
For full terms and conditions, please see our standard Terms of Engagement issued on receipt of instructions. Further copies are available on request.

Please be aware of the risk of financial fraud. If you are notified of a change in our bank details, please confirm those details with your Eversheds Sutherland client partner before making payment.

If you need more details about the work we have done for you please contact the person with whom you usually deal.

If you wish to complain about this invoice please ask for a copy of our Client Complaints Handling Procedure. You may be entitled to complain to the Legal Ombudsman if you are not satisfied with our response to your complaint - please refer to the Complaints Handling Procedure for more detail.

You may also be entitled to apply to the court for an assessment of the invoice under Part III of the Solicitors Act 1974

We reserve the right to charge interest on the unpaid balance of the invoice at the judgment debt rate or any different rate we may have agreed with you.

Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, under registration number OC304065, registered office One Wood Street, London EC2V 7WS and is authorised and regulated by the Solicitors Regulation Authority. A list of the members' names, together with those who are non members, but are designated as partners is available for inspection at the above office, together with details of their professional qualifications.

Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

# EVERSHEDS SUTHERLAND

## Itemised Breakdown of Invoice : 92212807

**Invoice Date:** 17 February 2023
**Period:** 1 December 2022 to 16 February 2023
**Client:** Eversheds Sutherland (US) LLP
**File:** 319558.001014
**Matter:** FTX ad hoc

| Fee Earner | Work Date | Billed Hrs | Charge Rate | Billed Value | Description of Time Record |
|---|---|---|---|---|---|
| Turon Miah | 01/12/22 | 3.00 | 645.00 | 1,935.00 | Considering FTX terms and conditions and preparing brief note on property rights |
| Martin Ward | 02/12/22 | 2.00 | 820.00 | 1,640.00 | On FTX terms and conditions note |
| Alexander Rogan | 04/12/22 | 1.80 | 870.00 | 1,566.00 | Reviewing English law analysis and call with US team re same |
| Alexander Rogan | 05/12/22 | 0.60 | 870.00 | 522.00 | Considering English law analysis and call with US team re same |
| Turon Miah | 05/12/22 | 0.50 | 645.00 | 322.50 | Perusing amends to Note on English law analysis of FTX terms, call with Martin and perusing notice filed in US proceedings |
| Alexander Rogan | 06/12/22 | 1.60 | 870.00 | 1,392.00 | Considering English law analysis and call with Turon Miah re US comments |
| Alexander Rogan | 06/12/22 | 2.40 | 870.00 | 2,088.00 | Developing and considering cross border issues/tracker |
| Turon Miah | 06/12/22 | 0.40 | 645.00 | 258.00 | Call with Alex Rogan to discuss Lynn Holbert comments on FTX Analysis Note |
| Alexander Rogan | 07/12/22 | 1.40 | 870.00 | 1,218.00 | Considering English law analysis and call with Martin Ward re same, considering ad hoc strategy and contacting Swiss and German counsel re same |
| Alexander Rogan | 07/12/22 | 0.03 | 870.00 | 29.67 | Considering English law analysis and call with Martin Ward re same, considering ad hoc strategy and contacting Swiss and German counsel re same |
| Turon Miah | 07/12/22 | 3.00 | 645.00 | 1,935.00 | Considering Lynn Holbert comments on FTX Analysis Note and making amends to the Note |
| Turon Miah | 07/12/22 | 0.03 | 645.00 | 17.60 | Reviewing Coppers' terms and conditions and sending email to Alex Rogan |
| Alexander Rogan | 08/12/22 | 1.40 | 870.00 | 1,218.00 | Considering English law analysis and call with US team re same and next steps |
| Alexander Rogan | 08/12/22 | 2.80 | 870.00 | 2,436.00 | Calls with US/UK teams and Interpath re developing ad hoc; research re standing of official creditor committee in cross border proceedings |

EVERSHEDS SUTHERLAND

| Fee Earner | Work Date | Billed Hrs | Charge Rate | Billed Value | Description of Time Record |
|---|---|---|---|---|---|
| Alexander Rogan | 08/12/22 | 0.07 | 870.00 | 59.34 | Considering English law analysis and call with US team re same and next steps |
| Martin Ward | 08/12/22 | 1.00 | 820.00 | 820.00 | Review and amendments to FTC Ts and Cs note |
| Turon Miah | 08/12/22 | 0.20 | 645.00 | 129.00 | Call with Alex Rogan to discuss draft Note |
| Alexander Rogan | 09/12/22 | 0.40 | 870.00 | 348.00 | Considering English law analysis and calls with US and UK, and Wincent regarding English law analysis and next steps for Ad Hoc |
| Alexander Rogan | 09/12/22 | 1.70 | 870.00 | 1,479.00 | Calls with UK/US teams, Singapore counsel and interpath |
| Alexander Rogan | 09/12/22 | 0.13 | 870.00 | 112.75 | Considering English law analysis and calls with US and UK, and Wincent regarding English law analysis and next steps for Ad Hoc |
| Craig Rogers | 09/12/22 | 0.70 | 805.24 | 563.67 | Call with Alex Rogan to review requirements for Anton committee and adding Chinese investors. Drafting email to US team regarding special counsel and co-counsel. |
| Martin Ward | 09/12/22 | 0.30 | 820.00 | 246.00 | Discussion with David Quest KC re FTX insolvency/trust argument |
| Alexander Rogan | 11/12/22 | 1.90 | 870.00 | 1,653.00 | Considering English law analysis. calls with Wincent with wider group of potential Ad Hoc members re next steps and implementing bye laws |
| Alexander Rogan | 12/12/22 | 0.60 | 870.00 | 522.00 | Call with Interpath re adhoc and follow-up with US team re same, call with English team re English law analysis |
| Alexander Rogan | 12/12/22 | 0.07 | 870.00 | 59.34 | Call with Interpath re adhoc and follow-up with US team re same, call with English team re English law analysis |
| Farhanah Mogra | 12/12/22 | 2.70 | 240.00 | 648.00 | Call with Turon Miah and research into whether the exclusion of a fiduciary relationship/obligation precludes the creation or existence of a trust. |

EVERSHEDS SUTHERLAND

| Fee Earner | Work Date | Billed Hrs | Charge Rate | Billed Value | Description of Time Record |
|---|---|---|---|---|---|
| Martin Ward | 12/12/22 | 1.00 | 820.00 | 820.00 | Call with Turon Miah, Alex Rogan, updating note, email to Lynn Holbert |
| Turon Miah | 12/12/22 | 0.40 | 645.00 | 258.00 | Calls with Martin Ward and Farhana Mogra re fiduciary/trust point |
| Alexander Rogan | 13/12/22 | 3.60 | 870.00 | 3,132.00 | Reviewing publicly available information and considering English law analysis and RoW considerations. Calls with US and UK teams re same |
| Craig Rogers | 13/12/22 | 0.70 | 805.24 | 563.67 | Call with Alex Rogan to review status of ad hoc committee, filing dates, UK advice and KC input and developments in the case with the arrest of SBF. Follow-up email to Erin regarding ad hoc, committee process, Kings Council and experts |
| Martin Ward | 13/12/22 | 0.40 | 820.00 | 328.00 | Calls/email with Stuart Pullum, 3VB re KC instruction |
| Martin Ward | 13/12/22 | 0.50 | 820.00 | 410.00 | Various discussion with Alex Rogan re KC instruction |
| Alexander Rogan | 14/12/22 | 1.80 | 870.00 | 1,566.00 | Considering English law analysis. Calls with UK team and Wincent re same |
| Craig Rogers | 14/12/22 | 0.40 | 805.24 | 322.10 | Call with Alex Rogan to review list of potential KC, candidates and review of benefits for ad hoc group in English law analysis of nature of crypto assets |
| Alexander Rogan | 15/12/22 | 1.70 | 870.00 | 1,479.00 | Considering English law analysis. Calls with UK team re same |
| Craig Rogers | 15/12/22 | 0.70 | 805.24 | 563.67 | Attending call with Martin Ward and Alex Rogan to review latest status with ad hoc committee, official status and merits of King's Counsel opinion. Attending subsequent call with Alex, Martin, Matthew, Paul and Michaela .Emails to Erin Broderick regarding Status of Ad Hoc group |
| Martin Ward | 15/12/22 | 0.50 | 820.00 | 410.00 | Call with Zodia Markets |
| Martin Ward | 15/12/22 | 0.03 | 820.00 | 27.97 | Calls with Alex, Paul Worth, Craig re QC opinion/email to 3VB |
| Alexander Rogan | 16/12/22 | 2.90 | 870.00 | 2,523.00 | Considering English law analysis, |

EVERSHEDS SUTHERLAND

| Fee Earner | Work Date | Billed Hrs | Charge Rate | Billed Value | Description of Time Record |
|---|---|---|---|---|---|
| | | | | | reviewing instructions to Counsel. Calls with UK team and Wincent re same |
| Fergus Mckinley | 16/12/22 | 0.80 | 605.00 | 484.00 | Research and preparing summary note on the jurisdictional battle between Delaware and Bahamas/Southern District of New York. |
| Martin Ward | 16/12/22 | 0.50 | 820.00 | 410.00 | Call with Craig and Alex |
| Martin Ward | 16/12/22 | 0.80 | 820.00 | 656.00 | On instructions to counsel |
| Martin Ward | 16/12/22 | 0.30 | 820.00 | 246.00 | Email to David Quest KC re how customer assets were held |
| Turon Miah | 16/12/22 | 0.40 | 645.00 | 258.00 | Perusing Alex and Craig comments on ITC |
| Turon Miah | 16/12/22 | 0.40 | 645.00 | 258.00 | Call with Martin, finalising and sending ITC |
| Turon Miah | 16/12/22 | 0.30 | 645.00 | 193.50 | Emails from and call with Martin |
| Turon Miah | 16/12/22 | 2.60 | 645.00 | 1,677.00 | Call with Martin Ward and then preparing ITC to David Quest KC and gathering Enclosures |
| Alexander Rogan | 19/12/22 | 1.90 | 870.00 | 1,653.00 | Considering English law analysis. Call with counsel re same and liaising with US team |
| Martin Ward | 19/12/22 | 0.80 | 820.00 | 656.00 | Conference with counsel |
| Martin Ward | 19/12/22 | 0.30 | 820.00 | 246.00 | Debrief with Alex Rogan/emails to US team re instructions to counsel |
| Alexander Rogan | 20/12/22 | 5.60 | 870.00 | 4,872.00 | Considering proprietary claim declaration and motion re redaction, calls with team and potential ad hoc members |
| Craig Rogers | 20/12/22 | 0.50 | 805.24 | 402.62 | GDPR - Call with Alex Rogan and then short meeting with Paula Barrett to explore the application of auk / EU GDPR to the Chapter 11 process and question of anonymity of Ad Hoc group member names |
| Turon Miah | 20/12/22 | 0.30 | 645.00 | 193.50 | Various emails from team re queries with KC Advice and ESI Advice Note |
| Alexander Rogan | 21/12/22 | 2.40 | 870.00 | 2,088.00 | Considering motion re redaction, liaising with UK and US team re same |
| Craig Rogers | 21/12/22 | 0.80 | 805.24 | 644.19 | Follow up on briefing to Paula Barrett regarding data privacy |

EVERSHEDS
SUTHERLAND

| Fee Earner | Work Date | Billed Hrs | Charge Rate | Billed Value | Description of Time Record |
|---|---|---|---|---|---|
| | | | | | considerations. Call with Philip James regarding the same and messages to Alex Rogan. |
| Paula Barrett | 21/12/22 | 0.50 | 1,130.00 | 565.00 | Review and consider data privacy issues. Liaise and arrange to address and action. |
| Philip James | 21/12/22 | 1.50 | 975.00 | 1,462.50 | Review papers and consider privacy issues arising from disclosure of individuals names on Chapter 11 insolvency / creditors behalf. Liaise CR and AR |
| Turon Miah | 21/12/22 | 0.40 | 645.00 | 258.00 | Email to Martin re questions from Lynn Holbert |
| Alexander Rogan | 22/12/22 | 3.40 | 870.00 | 2,958.00 | Considering motion re redaction and KC declaration, liaising with UK and US team re same; call with prospective ad hoc member |
| Alexander Rogan | 22/12/22 | 0.03 | 870.00 | 29.67 | Considering motion re redaction and KC declaration, liaising with UK and US team re same; call with prospective ad hoc member |
| Craig Rogers | 22/12/22 | 0.60 | 805.24 | 483.14 | Emails to and from Alex, Martin and Phil regarding privacy advice and GDPR implications. Short meeting with Phil on same topic |
| Martin Ward | 22/12/22 | 1.00 | 820.00 | 820.00 | Review of KC note, discussion with AR, emails to David Quest and to US team |
| Martin Ward | 22/12/22 | 0.40 | 820.00 | 328.00 | Review of US team's comments/email to David |
| Philip James | 22/12/22 | 0.20 | 975.00 | 195.00 | Liaise Sarah Paul re: disclosure of creditors' individual details and names |
| Philip James | 22/12/22 | 4.10 | 975.00 | 3,997.50 | Review and consider appropriate justification and defence to disclosing names and personal information relating to individuals as representatives, directors or shareholders in the creditors. Liaise CR, MW and AR. Draft advice note and email to Alex Rogan |

**EVERSHEDS SUTHERLAND**

| Fee Earner | Work Date | Billed Hrs | Charge Rate | Billed Value | Description of Time Record |
|---|---|---|---|---|---|
| Turon Miah | 22/12/22 | 0.30 | 645.00 | 193.50 | Perusing KC opinion |
| Turon Miah | 22/12/22 | 0.20 | 645.00 | 129.00 | Discussing KC Opinion and issues with Martin Ward |
| Alexander Rogan | 23/12/22 | 0.03 | 870.00 | 29.66 | Considering KC declaration, liaising with UK team re same; call with prospective ad hoc member |
| Alexander Rogan | 23/12/22 | 2.00 | 870.00 | 1,740.00 | Considering KC declaration, liaising with UK team re same; call with prospective ad hoc member |
| Turon Miah | 27/12/22 | 0.40 | 645.00 | 258.00 | Reviewing amended Note from Mr Quest KC, email from US and sending comments to Mr Quest KC. |
| Alexander Rogan | 28/12/22 | 1.70 | 870.00 | 1,479.00 | Considering English law analysis and liaising with Counsel and US team re same and reviewing CH 11 filing |
| Turon Miah | 29/12/22 | 0.40 | 645.00 | 258.00 | Perusing draft complaint and various emails from US and Mr Quest KC |
| Martin Ward | 13/02/23 | 0.50 | 820.00 | 410.00 | Catch up call with Craig, Alex, US team |
| Martin Ward | 16/02/23 | 0.30 | 820.00 | 246.00 | Call with Alex Rogan re FTX |
| Turon Miah | 16/02/23 | 0.30 | 645.00 | 193.50 | Preparation for conference call with US team and David Quest KC |
| Turon Miah | 16/02/23 | 0.60 | 645.00 | 387.00 | Conference call with US team and David Quest KC |
| Turon Miah | 16/02/23 | 0.20 | 645.00 | 129.00 | Preparing brief note of conference call with US team and David Quest KC |
| **Totals** | | **83.12** | | **$67,108.56** | |

EVERSHEDS SUTHERLAND

| Fee Earner | Work Date | Billed Hrs | Charge Rate | Billed Value | Description of Time Record |
|---|---|---|---|---|---|

**Fee Earner Totals**

| Fee Earner | Billed Hrs | Avg Charge Rate | Billed Value |
|---|---|---|---|
| Philip James | 5.80 | 975.00 | 5,655.00 |
| Fergus Mckinley | 0.80 | 605.00 | 484.00 |
| Turon Miah | 14.33 | 644.88 | 9,241.10 |
| Farhanah Mogra | 2.70 | 240.00 | 648.00 |
| Alexander Rogan | 43.96 | 870.16 | 38,252.43 |
| Craig Rogers | 4.40 | 805.24 | 3,543.06 |
| Martin Ward | 10.63 | 820.32 | 8,719.97 |
| Paula Barrett | 0.50 | 1,130.00 | 565.00 |
| **Totals** | **83.12** | | **$67,108.56** |

# EVERSHEDS SUTHERLAND

Eversheds Sutherland (International) LLP
One Wood Street
London
EC2V 7WS
United Kingdom
Fax +44 20 7919 4919
Tel +44 20 7919 4500
www.eversheds-sutherland.com

Eversheds Sutherland (US) LLP
999 Peachtree Street NE
Suite 2300
Atlanta GA  30309-3996
USA

| | |
|---|---|
| **Date (Tax Point)** | 21 September 2023 |
| **Our VRN** | GB820704559 |
| **Matter Number** | 319558.001014 |
| **Invoice Number** | 9020024766 |
| **Our Ref** | Alex Rogan |
| **Your Ref** | Mark Sherrill |

**Invoice** USD
**FTX ad hoc**

Period of Invoice - 24 February 2023 to 07 July 2023

**Fees Not Liable to VAT**

Eversheds Sutherland (International) LLP                                                                    12,428.92

**Other Charges Not Liable to VAT**

Counsel Fee Notes                                                                                                             6,371.14

**Total Sum Payable**       **18,800.06** USD

*Keith Froud*

**Managing Partner**
**For Eversheds Sutherland (International) LLP**

This supply may be subject to reverse charge in the country of receipt.

Please remit payment to our account at National Westminster Bank PLC, Leeds City Office, PO Box 154, 8 Park Row, Leeds, LS1 2QS
Account Name: Eversheds Sutherland (International) LLP Office       Currency: USD       IBAN: GB51NWBK60730148501514       SWIFT/BIC: NWBKGB2L
Please use the following intermediary bank details: Intermediary Bank: JP Morgan New York Intermediary SWIFT/BIC: CHASUS33
PLEASE QUOTE OUR INVOICE NUMBER WHEN REMITTING FUNDS, REMITTANCE ADVICE SHOULD BE EMAILED TO REMITTANCEADVICE@EVERSHEDS-SUTHERLAND.COM
Payment is due in 90 days. Settlement of this bill is expected directly from the client.

For full terms and conditions, please see our standard Terms of Engagement issued on receipt of instructions. Further copies are available on request.
Please be aware of the risk of financial fraud. If you are notified of a change in our bank details, please confirm those details with your Eversheds Sutherland client partner before making payment.
If you need more details about the work we have done for you please contact the person with whom you usually deal.
If you wish to complain about this invoice please ask for a copy of our Client Complaints Handling Procedure.

You may also be entitled to apply to the court for an assessment of the invoice under Part III of the Solicitors Act 1974.
We reserve the right to charge interest on the unpaid balance of the invoice at the judgment debt rate or any different rate we may have agreed with you.
Eversheds Sutherland (International) LLP is a limited liability partnership, registered in England and Wales, under registration number OC304065, registered office One Wood Street, London EC2V 7WS and is authorised and regulated by the Solicitors Regulation Authority. A list of the members' names, together with those who are nonmembers, but are designated as partners is available for inspection at the above office, together with details of their professional qualifications. Eversheds Sutherland (International) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

**Fee Earner Totals**

**Eversheds Sutherland (International) LLP**

| Timekeeper | Hours | Average rate | Amount |
|---|---:|---:|---:|
| Plotnek, Joshua | 3.50 | 464.69 | 1,626.42 |
| Ward, Martin | 1.60 | 749.61 | 1,199.37 |
| Atkinson, Connor | 0.70 | 663.84 | 464.69 |
| Barrett, Paula | 0.70 | 1,131.76 | 792.23 |
| James, Philip | 5.70 | 1,121.35 | 6,391.68 |
| Rogan, Alex | 1.40 | 796.61 | 1,115.26 |
| Andrews, Sam | 1.50 | 559.51 | 839.27 |
| **Total** | **15.10** | | **12,428.92** |

**Eversheds Sutherland (International) LLP**

| Timekeeper | Date | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Barrett, Paula | 24.02.2023 | 0.70 | 1,131.75 | 792.23 | Read email re expert position on protecting information. Confirm receipt and prior advice. |
| James, Philip | 27.02.2023 | 0.80 | 1,131.75 | 905.40 | Review correspondence and attend call with David W re: privacy risk supporting statement and consider relevant issues |
| James, Philip | 28.02.2023 | 0.90 | 1,131.75 | 1,018.58 | Email David Wender re: supporting statement from privacy lawyer regarding disclosure of personal information of customers in FTX Chapter 11 filing. Consider position and review correspondence |
| James, Philip | 06.03.2023 | 2.10 | 1,116.47 | 2,344.59 | Prepare statement in support of motion to redact names and email to David Wender |
| James, Philip | 07.03.2023 | 0.70 | 1,116.47 | 781.53 | Review and amend supporting submission for FTX motion to redact names of individuals. Liaise Erin B |
| James, Philip | 15.03.2023 | 0.90 | 1,116.47 | 1,004.82 | Review and amend Declaration for Motion to redact personal data and liaise Nathan and Erin |
| Atkinson, Connor | 17.03.2023 | 0.70 | 663.84 | 464.69 | Research re contract interpretation; emails with ES team |
| Plotnek, Joshua | 17.03.2023 | 3.50 | 464.69 | 1,626.42 | Internal meeting to discuss FTX background and legal research task. Legal research on contractual interpretation. |
| Rogan, Alex | 17.03.2023 | 0.90 | 796.61 | 716.95 | Call with Counsel and considering issues |
| Ward, Martin | 17.03.2023 | 0.50 | 748.33 | 374.17 | emails/discussion re e-money/fiat |
| Ward, Martin | 17.03.2023 | 0.60 | 748.33 | 449.00 | call with Counsel re e-money/fiat |
| Rogan, Alex | 29.03.2023 | 0.50 | 796.61 | 398.31 | reviewing English law filings |
| James, Philip | 11.04.2023 | 0.30 | 1,122.53 | 336.76 | Liaise Erin and US team re: declaration |
| Andrews, Sam | 25.04.2023 | 0.60 | 546.10 | 327.66 | FTX briefing call with Turon Miah and Martin Ward. |
| Ward, Martin | 25.04.2023 | 0.50 | 752.40 | 376.20 | handover call from Turon |
| Andrews, Sam | 07.07.2023 | 0.90 | 568.45 | 511.61 | Attending FTX update call with US and UK teams. |



## Other Charges Summary

| Cost code description | Cost narrative | Amount |
|---|---|---|
| Counsel Fee Notes | Counsel Fee Notes 2023-04-29 - Mr David Quest QC(gb23143)-115350/30/03/2023 - 115350/30/03/2023 6300.00 GBP Fees Date 27/01/2023 - 21/03/2023 | 6,371.14 |
| **Total** | | **6,371.14** |

Professional Fees of:
# Mr David Quest K.C.

VAT Registration No: 649321332
Bar Council No: 30739
Regulated by the Bar Standards Board

3 Verulam Buildings
Gray's Inn London WC1R 5NT
DX: LDE 331
T. +44 (0)20 7831 8441
E. chambers@3vb.com
W. www.3vb.com



DX: 13004 BIRMINGHAM
Eversheds Sutherland LLP
115 Colmore Row
Birmingham
B3 3AL
United Kingdom

Your Ref:                              Date: 11/01/2023                              Our Ref: 115350

## FTX - Expert Opinion in re: US Proceedings

| Date | Description | Fees | VAT |
|---|---|---:|---:|
| 16/12/2022 | * Initial reading | £3,600.00 | £720.00 |
| 19/12/2022 | * Conference call | £675.00 | £135.00 |
| 21/12/2022 | * Working on draft note, sending Eversheds | £9,000.00 | £1,800.00 |
| 27/12/2022 | * Reviewing comments, revising note, consideration of further issue re cash balances/e-money | £1,800.00 | £360.00 |
| 28/12/2022 | * Reviewing, considering draft complaint in US proceedings | £900.00 | £180.00 |
| 02/01/2023 | * Further revisions to note, declaration | £900.00 | £180.00 |
| 04/01/2023 | * Further work on cash balances/e-money | £1,800.00 | £360.00 |
| 05/01/2023 | * Further revisions to declaration | £900.00 | £180.00 |
| 05/01/2023 | * Con call with Eversheds | £675.00 | £135.00 |

* indicates a previously unbilled item

| | | |
|---|---:|---|
| Total Fees | £20,250.00 | |
| Total VAT | £4,050.00 | |
| Total Due | £24,300.00 | |

PLEASE QUOTE REFERENCE DQ/115350 ON PAYMENT AND ALL CORRESPONDENCE
EMAIL REMITTANCE ADVICE TO fees@3vb.com
PAYMENT BY BACS



00860678380

The remitter is responsible for all bank charges associated to making a BACS payment.
Fee are payable within 30 days of the date of the invoice / fee note.

** VALID ONLY WHEN RECEIPTED - THIS IS NOT A TAX INVOICE **

Printed on 11/01/2023 by: Stuart Pullum                                              Page 1 of 1

# Professional Fees of:
# Mr David Quest K.C.

3 Verulam Buildings
Gray's Inn London WC1R 5NT
DX: LDE 331

T. +44 (0)20 7831 8441
E. chambers@3vb.com
W. www.3vb.com



VAT Registration No: 649321332
Bar Council No: 30739
Regulated by the Bar Standards Board

DX: 13004 BIRMINGHAM
Eversheds Sutherland LLP
115 Colmore Row
Birmingham
B3 3AL
United Kingdom

Your Ref:     Date: 14/08/2023     Our Ref: 115350

## FTX - Expert Opinion in re: US Proceedings

| Date | Description | Fees | VAT |
|---|---|---|---|
| 27/01/2023 | Reviewing questions on declaration for US proceedings and sending email | £900.00 | £180.00 |
| 16/02/2023 | Preparation for call and call on declaration with Eversheds | £1,200.00 | £240.00 |
| 17/03/2023 | Further review of declaration and call with Eversheds | £1,350.00 | £270.00 |
| 21/03/2023 | - 23/03/2023 - Further considering and finalising declaration | £1,800.00 | £360.00 |

|   | Total Fees | £5,250.00 |
|---|---|---|
|   | Total VAT | £1,050.00 |
|   | Total Due | £6,300.00 |

PLEASE QUOTE REFERENCE DQ/115350 ON PAYMENT AND ALL CORRESPONDENCE
EMAIL REMITTANCE ADVICE TO fees@3vb.com
PAYMENT BY BACS



The remitter is responsible for all bank charges associated to making a BACS payment.
Fee are payable within 30 days of the date of the invoice / fee note.

** VALID ONLY WHEN RECEIPTED - THIS IS NOT A TAX INVOICE **

Previously rendered on 11/01/2023, 08/02/2023, 30/03/2023, 30/03/2023
Printed on 14/08/2023 by: Emilia Gilderson

Page 1 of 1