# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 28421, 28776, 28784, 28814, 28816, 28830, 28831, 28832, 28833, 28835, 28836, 28837, 28838, 28846, 28847, 29191 & 29857 |

**EIGHTH OMNIBUS ORDER APPROVING INTERIM FEE APPLICATIONS**

Upon consideration of the interim fee applications of the professionals retained by the FTX Recovery Trust, the Official Committee of Unsecured Creditors (the "Committee"), the Ad Hoc Committee of Non-US Customers of FTX.com (the "Ad Hoc Committee"), Robert J. Cleary, in his capacity as examiner appointed in these chapter 11 cases (the "Examiner"), Kroll Restructuring Administration LLC (the "Claims and Noticing Agent") and the fee examiner (the "Fee Examiner") in the above-captioned chapter 11 cases (collectively, the "Professionals"),[2] a list of which is attached hereto as **Exhibit 1** (collectively, the "Fee Applications"), for allowance of compensation and reimbursement of expenses for the period set forth on each of the Fee Applications filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834]; and upon the *Fee Examiner's Summary Report on*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Fee Applications.

{1368.003-W0079638.}

*Fee Review Process and Eighth Interim Fee Applications* [D.I. 29857]; and it appearing to the Court that all of the requirements, as applicable, of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code"), as well as rule 2016 of the Federal Rules of Bankruptcy Procedure and rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notices of the Fee Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Fee Applications are hereby APPROVED in the amounts set forth on **Exhibit 1** attached hereto.

2. The Fee Applications are granted on an interim basis in the respective amounts set forth as approved on **Exhibit 1** hereto, including any and all holdbacks.

3. The Debtors are authorized to remit payment to each of the Professionals in the amounts set forth on **Exhibit 1**, less any monies previously paid on account of such fees and expenses.

4. All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to the Professionals.

5. This Order shall be deemed a separate order with respect to each of the Fee Applications. Any stay of this Order pending appeal with respect to any one of the Professionals shall only apply to the particular Professional that is subject to such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Professionals.

6. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the interpretation or implementation of this Order.

Date: March___, 2025
     Wilmington, Delaware

                                                                                                                               _____
                                                                                                                              THE HONORABLE JOHN T. DORSEY
                                                                                                                              UNITED STATES BANKRUPTCY JUDGE

# **<u>EXHIBIT 1</u>**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 8/1/24 – 10/8/24 D.I. 28837 Filed 12/16/24 | $4,854,187.50 | $69,604.66 | $105,607.01 | $6,960.53 | $4,784,582.84 | $98,646.48 |
| **Alvarez & Marsal North America, LLC** *Financial Advisors to the Debtors and Debtors-In-Possession* | 8/1/24 – 10/8/24 D.I. 28836 Filed 12/16/24 | $31,601,860.50 | $235,254.70 | $610,115.56 | $17,697.88 | $31,366,605.80 | $592,417.68 |
| **Ashby & Geddes, P.A.** *Co-Counsel to the Examiner* | 3/20/24 – 10/8/24 D.I. 28814 Filed 12/16/24 | $112,800.50 | $2,500.00 | $1,219.26 | $0.00 | $110,300.50 | $1,219.26 |
| **Eversheds Sutherland (US) LLP** *Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* | 8/1/24 – 10/8/24 D.I. 28776 Filed 12/13/24 | $783,612.50 | $9,478.30 | $2,076.93 | $0.00 | $774,134.20 | $2,076.93 |

{1368.003-W0080306.3}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **FTI Consulting, Inc.** *Financial Advisor to the Official Committee of Unsecured Creditors* | 8/1/24 – 10/8/24 D.I. 28830, 28833 Filed 12/16/24 | $1,438,771.50 | $22,527.82 | $14,636.00 | $0.00 | $1,416,243.68 | $14,636.00 |
| **Godfrey & Kahn, S.C.** *Counsel to the Examiner* | 8/1/24 – 10/31/24 D.I. 29191 Filed 1/10/25 | $458,994.50 | N/A | $6,937.85 | N/A | $458,994.50 | $6,937.85 |
| **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* | 8/1/24 – 10/8/24 D.I. 28784 Filed 12/13/24 | $309,103.08 | $0.00 | $931.40 | $0.00 | $309,103.08 | $931.40 |
| **Landis Rath & Cobb LLP** *Co-Counsel to the Debtors and Debtors-In- Possession* | 8/1/24 – 10/8/24 D.I. 28838 Filed 12/16/24 | $1,672,942.00 | $34,582.75 | $45,053.06 | $0.00 | $1,638,359.25 | $45,053.06 |

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Morris, Nichols, Arsht & Tunnell LLP** *Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | 8/1/24 – 10/8/24 D.I. 28421 Filed 11/27/24 | $286,818.50 | $1,429.00 | $7,023.00 | $0.00 | $285,389.50 | $7,023.00 |
| **Patterson Belknap Webb & Tyler LLP** *Counsel to the Examiner* | 8/1/24 – 10/8/24 D.I. 28816 Filed 12/16/24 | $1,774,812.38 | $1,800.00 | $10,032.37 | $0.00 | $1,773,012.38 | $10,032.37 |
| **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 8/1/24 – 10/8/24 D.I. 28830, 28832 Filed 12/16/24 | $1,025,558.75 | $23,688.03 | $266,943.95 | $0.00 | $1,001,870.72 | $266,943.95 |
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 8/1/24 – 10/8/24 D.I. 28847 Filed 12/16/24 | $2,471,110.65 | $300,000.00 | $834.73 | $19.59 | $2,171,110.65 | $815.14 |

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 8/1/24 – 10/8/24 D.I. 28830, 28831 Filed 12/16/24 | $150,466.00 | $1,750.00 | $1,717.93 | $0.00 | $148,716.00 | $1,717.93 |
| **Jefferies LLC**[1] *Investment Banker for the Official Committee of Unsecured Creditors* | 8/1/24 – 10/8/24 D.I. 28830, 28835 Filed 12/16/24 | $450,000.00 | N/A | $10,128.00 | N/A | $450,000.00 | $10,128.00 |

---

[1] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review on an interim basis and, as such, Jefferies LLC's interim request for fees and expenses was not subject to review by the Fee Examiner.