# 4. Progress of cases in Korea regarding Haru Invest and Junho Bang

 **대한민국 법원**

**○ 기본내용** (서울회생법원)

| | | | |
|---|---|---|---|
| 사건번호 | 2024하단102153 | 사건명 | [전자]파산선고 |
| 신청인 | 김철환 | 채무자 | 방준호 |
| 재판부 | 제211단독(가) (전화:02-530-2851) | | |
| 접수일 | 2024.04.12 | 종국결과 | |
| 송달료,보관금,종결에 따른 잔액조회 | | 사건이 종결되고 송달료 종결 혹은 보관금계좌가 종결된 경우에만 조회 가능합니다. | |

**○ 최근기일내용**

| 일자 | 시각 | 기일구분 | 기일장소 | 결과 |
|---|---|---|---|---|
| 2024.08.23 | 16:40 | 파산심문기일 | 서울법원종합청사4별관[3층]제8호법정 | 기일변경 |
| 2024.09.27 | 17:00 | 파산심문기일 | 서울법원종합청사4별관[3층]제8호법정 | 속행 |
| 2024.12.19 | 16:30 | 파산심문기일 | 서울법원종합청사4별관[3층]8호법정 | 속행 |
| 2025.03.27 | 16:30 | 파산심문기일 | 서울법원종합청사4별관[3층]제8호법정 | |

※ 최근 기일 순으로 일부만 보입니다. 반드시 상세보기로 확인하시기 바랍니다.

**○ 최근 제출서류 접수내용**

| 일자 | 내용 |
|---|---|
| 2024.08.29 | 탄원인 이세열 탄원서 제출 |
| 2024.09.25 | 채무자 소송대리인 법무법인(유한) 광장 김영식 김승환 임지웅 담당변호사 추가지정서 제출 |
| 2024.09.25 | 채무자 소송대리인 법무법인(유한) 광장 김영식 김승환 임지웅 채무자 의견서 제출 |
| 2024.09.27 | 채권자 소송대리인 법무법인 로집사 최재윤 재판기록열람신청서 제출 |

※ 최근 제출서류 순으로 일부만 보입니다. 반드시 상세보기로 확인하시기 바랍니다.

**○ 당사자내용**

| 구분 | 이름 | 결정문송달일 |
|---|---|---|
| 신청인 | 1. 김철환 | |
| 채무자 | 1. 방준호 | |

**○ 대리인내용**

| 구분 | 이름 |
|---|---|
| 신청인 | 법무법인 로집사 (담당변호사 : 이정엽, 최재윤, 양희진, 박광훈) |
| 채무자(사임) | 법무법인 제이엘씨케이 (담당변호사 : 정재훈, 채민성) |
| 채무자 | 법무법인(유한) 광장 (담당변호사 : 김승환,김영식,임지웅) |

*The progress(provided online by Korean courts) of the bankruptcy case filed against Junho Bang in South Korea by Law Firm Lawjibsa on behalf of creditors.*

My Case Search | General Information

Republic of Korea Court

Basic Information (Seoul Bankruptcy Court)

- **Case Number:** 2024 하단 102153
- **Case Name:** [Electronic] Bankruptcy Declaration
- **Applicant:** Cheol-hwan Kim
- **Debtor:** Junho Bang
- **Trial Division:** Division 211 (a)
- **Court Contact:** 02-530-2851
- **Filing Date:** April 12, 2024
- **Final Result:** [Pending]

Fees, Deposits, and Balance Inquiry

- Balance inquiries are only available after the case is closed and court fees or deposit accounts are settled.

Recent Hearing Information

| Date | Time | Hearing Type | Courtroom | Result |
|---|---|---|---|---|
| 2024.08.23 | 16:40 | Bankruptcy Hearing | Seoul Court Complex Annex 4 [3rd Floor], Courtroom 8 | Rescheduled |
| 2024.09.27 | 17:00 | Bankruptcy Hearing | Seoul Court Complex Annex 4 [3rd Floor], Courtroom 8 | Continued |
| 2024.12.19 | 16:30 | Bankruptcy Hearing | Seoul Court Complex Annex 4 [3rd Floor], Courtroom 8 | Continued |
| 2025.03.27 | 16:30 | Bankruptcy Hearing | Seoul Court Complex Annex 4 [3rd Floor], Courtroom 8 | [Pending] |

Recent Submitted Documents

| Date | Document Type | Submitted By |
|---|---|---|
| 2024.08.29 | Petition Letter | Petitioner: Lee Se-yeol |

| Date | Document | Party |
|---|---|---|
| 2024.09.25 | Additional Attorney Appointment | Debtor's Legal Representative: Law Firm Gwangjang(Lee & Ko) (Attorneys: Kim Young-sik, Kim Seung-hwan, Im Ji-woong) |
| 2024.09.25 | Debtor's Opinion Statement | Debtor's Legal Representative: Law Firm Gwangjang(Lee & Ko) (Attorneys: Kim Young-sik, Kim Seung-hwan, Im Ji-woong) |
| 2024.09.27 | Request for Access to Court Records | Creditor's Legal Representative: Law Firm Lawjibsa (Attorney: Choi Jae-yoon) |

**Party Information**

**Petitioner:**

- **Name:** Cheol-hwan Kim

**Debtor:**

- **Name:** Junho Bang

**Legal Representatives**

**Petitioner's Legal Representative:**

- **Law Firm:** Law Firm Lawjibsa
- **Attorneys:** Jung-yup Lee, Jae-yoon Choi, Kwang-hoon Park, Hee-jin Yang

**Debtor's Legal Representatives:**

- **Previous Attorney (Resigned):** Law Firm JLCK (Attorneys: Jung Jae-hoon, Chae Min-seong)
- **Current Attorney:** : Law Firm Gwangjang(Lee & Ko) (Attorneys: Kim Seung-hwan, Kim Young-sik, Im Ji-woong)

**대한민국 법원**

○ **기본내용** (서울회생법원)

| | | | |
|---|---|---|---|
| 사건번호 | 2024하합100257 | 사건명 | [전자]파산선고 |
| 신청인 | 김철환 | 채무자 | 렘마 테크놀로지스(LEMMA TECHNOLOGIES INC.) |
| 재판부 | 제13부(다) (전화:02-530-1478) | | |
| 접수일 | 2024.04.12 | 종국결과 | |
| 송달료,보관금,종결에 따른 잔액조회 | | 사건이 종결되고 송달료 종결 혹은 보관금계좌가 종결된 경우에만 조회 가능합니다. | |

○ **최근기일내용**

| 일자 | 시각 | 기일구분 | 기일장소 | 결과 |
|---|---|---|---|---|
| 2024.10.17 | 11:30 | 심문기일 | 서울회생법원제4호법정 | 종결 |

※ 최근 기일 순으로 일부만 보입니다. 반드시 상세보기로 확인하시기 바랍니다.

○ **최근 제출서류 접수내용**

| 일자 | 내용 |
|---|---|
| 2024.06.25 | 채권자 소송대리인 법무법인 로집사 박광훈 양희진 이정엽 최재윤 보정서 제출 |
| 2024.06.25 | 채권자 소송대리인 법무법인 로집사 박광훈 양희진 이정엽 최재윤 당사자 표시 정정 신청서 제출 |
| 2024.08.29 | 탄원인 이세열 탄원서 제출 |
| 2024.10.30 | 채권자 소송대리인 법무법인 로집사 박광훈 양희진 이정엽 최재윤 (즉시)항고장 제출 |

※ 최근 제출서류 순으로 일부만 보입니다. 반드시 상세보기로 확인하시기 바랍니다.

○ **관련사건내용**

| 법원 | 사건번호 | 구분 |
|---|---|---|
| 서울고등법원 | 2024라21329 | 항고 |

○ **당사자내용**

| 구분 | 이름 | 결정문송달일 |
|---|---|---|
| 신청인 | 1. 김철환 | |
| 채무자 | 1. 렘마 테크놀로지스(LEMMA TECHNOLOGIES INC.) 대표이사 방준호 | |

○ **대리인내용**

| 구분 | 이름 |
|---|---|
| 신청인 | 법무법인 로집사 (담당변호사 : 박광훈, 양희진, 이정엽, 최재윤) |

*The progress(provided online by Korean courts) of the bankruptcy case filed against Lemma Technologies Inc. in South Korea by Law Firm Lawjibsa on behalf of creditors.*

My Case Search | General Information

**Republic of Korea Court**

**Basic Information (Seoul Bankruptcy Court)**

- **Case Number:** 2024하합100257
- **Case Name:** [Electronic] Bankruptcy Declaration
- **Applicant:** Cheol-hwan Kim
- **Debtor:** Lemma Technologies Inc.
- **Trial Division:** Division 13(d)
- **Court Contact:** 02-530-1478
- **Filing Date:** April 12, 2024
- **Final Result:** [Pending]

**Fees, Deposits, and Balance Inquiry**

- Balance inquiries are only available after the case is closed and court fees or deposit accounts are settled.

**Recent Hearing Information**

*(Only the most recent hearings are displayed. Please check the details for a full list.)*

| Date | Time | Hearing Type | Courtroom | Result |
|---|---|---|---|---|
| 2024.10.17 | 11:30 | Hearing | Seoul Bankruptcy Court, Courtroom 4 | Concluded |

**Recent Submitted Documents**

*(Only the most recent submissions are displayed. Please check the details for a full list.)*

| Date | Document Type | Submitted By |
|---|---|---|
| 2024.06.25 | Supplementary Statement | Creditor's Legal Representative: Law Firm Lawjibsa (Attorneys: Jung-yup Lee, Jae-yoon Choi, Kwang-hoon Park, Hee-jin Yang) |
| 2024.06.25 | Party Information | Creditor's Legal Representative: Law Firm Lawjibsa (Attorneys: Jung-yup Lee, Jae-yoon Choi, Kwang-hoon |

1

|            |                              |                                                                                                                                                   |
|------------|------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------|
|            | Correction Request           | Park, Hee-jin Yang)                                                                                                                               |
| 2024.08.29 | Petition Letter              | Petitioner: Lee Se-yeol                                                                                                                           |
| 2024.10.30 | (Immediate) Appeal Petition  | Creditor's Legal Representative: Law Firm Lawjibsa (Attorneys: Jung-yup Lee, Jae-yoon Choi, Kwang-hoon Park, Hee-jin Yang)                         |

**Related Case Information**

| Court | Case Number | Type |
|-------|-------------|------|
| Seoul High Court | 2024라21329 | Appeal |

**Party Information**

**Petitioner:**

- **Name:** Cheol-hwan Kim

**Debtor:**

- **Name:** Lemma Technologies Inc.
- **CEO:** Junho Bang

**Legal Representatives**

**Petitioner's Legal Representative:**

- **Law Firm:** Law Firm Lawjibsa
- **Attorneys:** Jung-yup Lee, Jae-yoon Choi, Kwang-hoon Park, Hee-jin Yang

## 대한민국 법원

### ● 기본내용 (서울회생법원)

| | | | |
|---|---|---|---|
| 사건번호 | 2024하합100259 | 사건명 | [전자]파산선고 |
| 신청인 | 신승화 외 124명 | 채무자 | 하루매니지먼트 리미티드(Haru Management Limited) |
| 재판부 | 제14부(다) (전화:02-530-2396) | | |
| 접수일 | 2024.04.12 | 종국결과 | |
| 송달료,보관금,종결에 따른 잔액조회 | | 사건이 종결되고 송달료 종결 혹은 보관금계좌가 종결된 경우에만 조회 가능합니다. | |

### ● 최근기일내용

| 일자 | 시각 | 기일구분 | 기일장소 | 결과 |
|---|---|---|---|---|
| 2024.09.12 | 10:00 | 심문기일 | 서울법원종합청사 4별관 4호법정 | 기일변경 |
| 2024.10.17 | 10:30 | 심문기일 | 서울법원종합청사4별관제4호법정 | |
| 2025.02.11 | 16:00 | 채권자집회 · 채권조사기일 | 서울법원종합청사 3별관 제1호 법정 | |

※ 최근 기일 순으로 일부만 보입니다. 반드시 상세보기로 확인하시기 바랍니다.

### ● 최근 제출서류 접수내용

| 일자 | 내용 |
|---|---|
| 2025.03.05 | 신청인 Costa Ci An. Samuel 파산채권신고서 제출 |
| 2025.03.05 | 신청인 Kalen Aziz 파산채권신고서 제출 |
| 2025.03.05 | 이수현 채권신고서 제출 |
| 2025.03.05 | 이수현 채권신고서 제출 |

※ 최근 제출서류 순으로 일부만 보입니다. 반드시 상세보기로 확인하시기 바랍니다.

### ● 당사자내용

| 구분 | 이름 | 결정문송달일 |
|---|---|---|
| 신청인 | 1. 신승화 외 124명 | |
| 채무자 | 1. 하루매니지먼트 리미티드(Haru Management Limited) 대표자 이사 이형수, 송훈 | |

### ● 대리인내용

| 구분 | 이름 |
|---|---|
| 신청인 | 법무법인 로집사 (담당변호사 : 이정엽, 최재윤, 양희진 , 박광훈) |
| 채무자 | 법무법인 에이프로 (담당변호사 : 김은지,장세영) |

Progress of cases in Korea regarding Haru Invest and Junho Bang *The progress(provided online by Korean courts) of the bankruptcy case filed against Haru Management Limited in South Korea by Law Firm Lawjibsa on behalf of creditors.*

**My Case Search | General Information**

**Republic of Korea Court**

**Basic Information (Seoul Bankruptcy Court)**

- **Case Number:** 2024하합100259
- **Case Name:** [Electronic] Bankruptcy Declaration
- **Applicants:** Seung-hwa Shin and 124 others
- **Debtor:** Haru Management Limited
- **Trial Division:** Division 14(d)
- **Court Contact:** 02-530-2396
- **Filing Date:** April 12, 2024
- **Final Result:** [Pending]

**Fees, Deposits, and Balance Inquiry**

- Balance inquiries are only available after the case is closed and court fees or deposit accounts are settled.

**Recent Hearing Information**

*(Only the most recent hearings are displayed. Please check the details for a full list.)*

| Date | Time | Hearing Type | Courtroom | Result |
|---|---|---|---|---|
| 2024.09.12 | 10:00 | Hearing | Seoul Court Complex Annex 4, Courtroom 4 | Rescheduled |
| 2024.10.17 | 10:30 | Hearing | Seoul Court Complex Annex 4, Courtroom 4 | [Pending] |
| 2025.02.11 | 16:00 | Creditors' Meeting & Claim Review | Seoul Court Complex Annex 3, Courtroom 1 | [Pending] |

**Recent Submitted Documents**

*(Only the most recent submissions are displayed. Please check the details for a full list.)*

| Date | Document Type | Submitted By |
|---|---|---|
| 2025.03.05 | Bankruptcy Claim Report | Applicant: Costa Ci An, Samuel |
| 2025.03.05 | Bankruptcy Claim Report | Applicant: Kalen Aziz |
| 2025.03.05 | Claim Report | Submitted by: Lee Soo-hyun |
| 2025.03.05 | Claim Report | Submitted by: Lee Soo-hyun |

**Party Information**

**Applicants:**

- **Name:** Seung-hwa Shin and 124 others

**Debtor:**

- **Name:** Haru Management Limited
- **Representatives:** Directors **Hyungsu(Hugo) Lee, Hoon Song**

**Legal Representatives**

**Applicants' Legal Representative:**

- **Law Firm:** Law Firm Lawjibsa
- **Attorneys:** Jung-yup Lee, Jae-yoon Choi, Kwang-hoon Park, Hee-jin Yang

**Debtor's Legal Representative:**

- **Law Firm:** Law Firm A-Pro
- **Attorneys:** Kim Eun-ji, Jang Se-young

 **대한민국 법원**

## 기본내용 (서울회생법원)

| | | | |
|---|---|---|---|
| 사건번호 | 2024하합100258 | 사건명 | [전자]파산선고 |
| 신청인 | 신승화 외 124명 | 채무자 | Haru United PTE.LTD(주식회사 하루유나이티드) |
| 재판부 | 제14부(나) (전화:02-530-2396) | | |
| 접수일 | 2024.04.12 | 종국결과 | |
| 송달료,보관금,종결에 따른 잔액조회 | | | 사건이 종결되고 송달료 종결 혹은 보관금계좌가 종결된 경우에만 조회 가능합니다. |

## 최근기일내용

| 일자 | 시각 | 기일구분 | 기일장소 | 결과 |
|---|---|---|---|---|
| 2024.10.17 | 11:00 | 심문기일 | 서울법원종합청사 4별관 제6호 법정 | |

※ 최근 기일 순으로 일부만 보입니다. 반드시 상세보기로 확인하시기 바랍니다.

## 최근 제출서류 접수내용

| 일자 | 내용 |
|---|---|
| 2024.12.09 | 신청인 박소라 송달장소 및 송달영수인 신고서 제출 |
| 2025.01.31 | 신청인대리인 법무법인 로집사 의견서 제출 |
| 2025.02.05 | 채무자 소송대리인 법무법인 에이프로 장세영 재판기록열람신청서 제출 |
| 2025.02.05 | 신청인 박소라 열람및복사신청 제출 |

※ 최근 제출서류 순으로 일부만 보입니다. 반드시 상세보기로 확인하시기 바랍니다.

## 당사자내용

| 구분 | 이름 | 결정문송달일 |
|---|---|---|
| 신청인 | 1. 신승화 외 124명 | |
| 채무자 | 1. Haru United PTE.LTD(주식회사 하루유나이티드) 대표이사 이형수 | |

## 대리인내용

| 구분 | 이름 |
|---|---|
| 신청인 | 법무법인 로집사 (담당변호사 : 이정엽, 최재윤, 양희진 , 박광훈) |
| 채무자 | 법무법인 에이프로 (담당변호사 : 김은지,장세영) |

*The progress(Screenshot provided by a Korean court) of the bankruptcy case filed against Haru United PTE. LTD. in South Korea by Law Firm Lawjibsa on behalf of creditors.*

My Case Search | General Information

**Republic of Korea Court**

**Basic Information (Seoul Bankruptcy Court)**

- **Case Number:** 2024하합100258
- **Case Name:** [Electronic] Bankruptcy Declaration
- **Applicants:** Seung-hwa Shin and 124 others
- **Debtor:** Haru United PTE. LTD (Haru United Co., Ltd.)
- **Trial Division:** Division 14(b)
- **Court Contact:** 02-530-2396
- **Filing Date:** April 12, 2024
- **Final Result:** [Pending]

**Fees, Deposits, and Balance Inquiry**

- Balance inquiries are only available after the case is closed and court fees or deposit accounts are settled.

**Recent Hearing Information**

*(Only the most recent hearings are displayed. Please check the details for a full list.)*

| Date | Time | Hearing Type | Courtroom | Result |
|---|---|---|---|---|
| 2024.10.17 | 11:00 | Hearing | Seoul Court Complex Annex 4, Courtroom 6 | [Pending] |

**Recent Submitted Documents**

*(Only the most recent submissions are displayed. Please check the details for a full list.)*

| Date | Document Type | Submitted By |
|---|---|---|
| 2024.12.09 | Notification of Service Address & Recipient | Applicant: Park Sora |
| 2025.01.31 | Opinion Statement | Applicant's Legal Representative: Law Firm Lawjibsa |

1

| | | |
|---|---|---|
| 2025.02.05 | Request for Access to Court Records | Debtor's Legal Representative: Law Firm A-Pro (Attorney: Jang Se-young) |
| 2025.02.05 | Request for Document Inspection & Copy | Applicant: Park Sora |

**Party Information**

**Applicants:**

- **Name:** Seung-hwa Shing and 124 others

**Debtor:**

- **Name:** Haru United PTE. LTD.
- **CEO:** Hyungsu(Hugo) Lee

**Legal Representatives**

**Applicants' Legal Representative:**

- **Law Firm:** Law Firm Lawjibsa
- **Attorneys:** Jung-yup Lee, Jae-yoon Choi, Kwang-hoon Park, Hee-jin Yang

**Debtor's Legal Representative:**

- **Law Firm:** Law Firm A-Pro
- **Attorneys:** Kim Eun-ji, Jang Se-young

