# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**INDEX OF PLEADINGS – INTERIM FEE APPLICATIONS**

1. Eighth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 28830, filed on December 16, 2024]

   Related Documents:

   A. Twenty-First Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 [D.I. 26747, filed on October 11, 2024]

   B. Certificate of No Objection [D.I. 27511, filed on November 1, 2024]

   C. Twenty-Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [D.I. 27321, filed on October 28, 2024]

   D. Certificate of No Objection [D.I. 28035, filed on November 19, 2024]

   E. Twenty-Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through October 8, 2024 [D.I. 28281, filed on November 25, 2024]

   F. Certificate of No Objection [D.I. 28888, filed on December 18, 2024]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0079596.3}

- G. Supplement to Eighth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 28831, filed on December 16, 2024]

2. Eighth Interim Fee Request of Paul Hastings LLP [D.I. 28830, filed on December 16, 2024]

   Related Documents:

   - A. Twenty-First Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 [D.I. 26746, filed on October 11, 2024]

   - B. Certificate of No Objection [D.I. 27510, filed on November 1, 2024]

   - C. Twenty-Second Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [D.I. 27320, filed on October 28, 2024]

   - D. Certificate of No Objection [D.I. 28036, filed on November 19, 2024]

   - E. Twenty-Third Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through October 8, 2024 [D.I. 28283, filed on November 25, 2024]

   - F. Certificate of No Objection [D.I. 28887, filed on December 18, 2024]

   - G. Supplement to the Eighth Interim Fee Application of Paul Hastings LLP [D.I. 28832, filed on December 16, 2024]

3. Eighth Interim Fee Request of FTI Consulting, Inc. [D.I. 28830, filed on December 16, 2024]

   Related Documents:

   - A. Twenty-First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2024 through August 31, 2024 [D.I. 26854, filed on October 15, 2024]

   - B. Certificate of No Objection [D.I. 27809, filed on November 8, 2024]

|   |   |   |
|---|---|---|
|   | C. | Twenty-Second Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period September 1, 2024 through October 8, 2024 [D.I. 28081, filed on November 20, 2024] |
|   | D. | Certificate of No Objection [D.I. 28697, filed on December 11, 2024] |
|   | E. | Supplement to the Eighth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2024 through October 8, 2024 [D.I. 28833, filed on December 16, 2024] |
| 4. | | Eighth Interim Fee Request of Jefferies LLC [D.I. 28830, filed on December 16, 2024] |
|   | Related Documents: | |
|   | A. | Twenty-First Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from August 1, 2024 to and including August 31, 2024 [D.I. 28827, filed on December 16, 2024] |
|   | B. | Certificate of No Objection [D.I. 29150, filed on January 7, 2025] |
|   | C. | Twenty-Second Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from September 1, 2024 to and including September 30, 2024 [D.I. 28828, filed on December 16, 2024] |
|   | D. | Certificate of No Objection [D.I. 29151, filed on January 7, 2025] |
|   | E. | Twenty-Third Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from October 1, 2024 to and including October 8, 2024 [D.I. 28829, filed on December 16, 2024] |
|   | F. | Certificate of No Objection [D.I. 29152, filed on January 7, 2025] |
|   | G. | Supplement to Eighth Interim Fee Request of Jefferies LLC [D.I. 28835, filed on December 16, 2024] |


5. Third Interim Fee Application of Patterson Belknap Webb & Tyler LLP [D.I. 28816, filed on December 16, 2024]

   Related Documents:

   A. Fourth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from August 1, 2024, through and including August 31, 2024 [D.I. 26038, filed on September 30, 2024]

   B. Certificate of No Objection Regarding Fourth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from August 1, 2024, through and including August 31, 2024 [D.I. 27208, filed on October 24, 2024]

   C. Fifth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from September 1, 2024, through and including September 30, 2024 [D.I. 27489, filed on October 31, 2024]

   D. Certificate of No Objection Regarding Fifth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from September 1, 2024, through and including September 30, 2024 [D.I. 28580, filed on December 5, 2024]

   E. Sixth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from October 1, 2024 through and including October 8, 2024 [D.I. 28581, filed on December 5, 2024]

   F. Certificate of No Objection Regarding Sixth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from October 1, 2024, through and including October 8, 2024 [D.I. 29088, filed on December 27, 2024]

6. Fourth Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period from August 1, 2024 through October 8, 2024 [D.I. 28784, filed on December 13, 2024]

Related Documents:

- A. Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 [D.I. 25229, filed on September 19, 2024]

- B. Certificate of No Objection [D.I. 26552, filed on October 10, 2024]

- C. Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [D.I. 26975, filed on October 18, 2024]

- D. Certificate of No Objection [D.I. 27868, filed on November 11, 2024]

7. Combined Fifth Monthly and Fifth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2024, through and including October 8, 2024 [D.I. 28421, filed on November 27, 2024]

   Related Documents:

   - A. Certificate of No Objection Regarding Combined Fifth Monthly and Fifth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2024, through and including October 8, 2024 [D.I. 28923, filed on December 19, 2024]

8. Eighth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through October 8, 2024 [D.I. 28837, filed on December 16, 2024]

   Related Documents:

   - A. Twenty-First Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through August 31, 2024 [D.I. 26056, filed on September 30, 2024]

   - B. Certificate of No Objection [D.I. 27161, filed on October 22, 2024]

- C. Twenty-Second Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through September 30, 2024 [D.I. 27480, filed on October 31, 2024]

- D. Certificate of No Objection [D.I. 28213, filed on November 21, 2024]

- E. Twenty-Third Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through October 8, 2024 [D.I. 27972, filed on November 15, 2024]

- F. Certificate of No Objection [D.I. 28651, filed on December 9, 2024]

9. Eighth Interim Fee Application of Landis Rath & Cobb LLP [D.I. 28838, filed on December 16, 2024]

    Related Documents:

    - A. Twenty-First Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 26060, filed on September 30, 2024]

    - B. Certificate of No Objection [D.I. 27160, filed on October 22, 2024]

    - C. Twenty-Second Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27502, filed on October 31, 2024]

    - D. Certificate of No Objection [D.I. 28214, filed on November 21, 2024]

    - E. Twenty-Third Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 27978, filed on November 15, 2024]

    - F. Certificate of No Objection [D.I. 28655, filed on December 9, 2024]

10. Eighth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 28846, filed on December 16, 2024]

   Related Documents:

   A. Twenty-Second Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 26055, filed on September 30, 2024]

   B. Certificate of No Objection [D.I. 27158, filed October 22, 2024]

   C. Twenty-Third Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27500, filed on October 31, 2024]

   D. Certificate of No Objection [D.I. 28210, filed on November 21, 2024]

   E. Twenty-Fourth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 28013, filed on November 18, 2024]

   F. Certificate of No Objection [D.I. 28671, filed on December 10, 2024]

11. Eighth Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 28836, filed on December 16, 2024]

   Related Documents:

   A. Twenty Second Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 26048, filed on September 30, 2024]

   B. Certificate of No Objection [D.I. 27162, filed on October 22, 2024]

   C. Twenty-Third Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27501, filed on October 31, 2024]

|     |     |     |
| --- | --- | --- |
|     | D.  | Certificate of No Objection [D.I. 28211, filed on November 21, 2024] |
|     | E.  | Twenty-Fourth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 27970, filed on November 15, 2024] |
|     | F.  | Certificate of No Objection [D.I. 28649, filed on December 9, 2024] |
| 12. |     | Eighth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 28847, filed on December 16, 2024] |

Related Documents:

- A. Twenty-First Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 26049, filed on September 30, 2024]

- B. Certificate of No Objection [D.I. 27159, filed on October 22, 2024]

- C. Twenty-Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27478, filed on October 31, 2024]

- D. Certificate of No Objection [D.I. 28212, filed on November 21, 2024]

- E. Twenty-Third Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 27971, filed on November 15, 2024]

- F. Certificate of No Objection [D.I. 28653, filed on December 9, 2024]

13. Fifth Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from August 1, 2024 through and including October 8, 2024 [D.I. 28776, filed on December 13, 2024]

Related Documents:

A. Sixth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from August 1, 2024 through and including October 8, 2024 [D.I. 28775, filed on December 13, 2024]

B. Certificate of No Objection Regarding Sixth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from August 1, 2024 through and including October 8, 2024 [D.I. 29757, filed on February 27, 2025]

14. First Interim Fee Application of Ashby & Geddes, P.A. [D.I. 28814, filed on December 16, 2024]

Related Documents:

A. First Monthly Fee Statement of Ashby & Geddes, P.A. as Delaware Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period March 20, 2024, through and including May 31, 2024 [D.I. 17789, filed on June 17, 2024]

B. Certificate of No Objection Regarding First Monthly Fee Statement of Ashby & Geddes, P.A., as Delaware Counsel to the Examiner, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period March 20, 2024, through and including May 31, 2024 [D.I. 19860, filed on July 9, 2024]

C. Second Monthly Fee Statement of Ashby & Geddes, P.A. as Delaware Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period June 1, 2024, through and including July 31, 2024 [D.I. 23077, filed on August 15, 2024]

D. Certificate of No Objection Regarding Second Monthly Fee Statement of Ashby & Geddes, P.A., as Delaware Counsel to the Examiner, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from June 1, 2024, through and including July 31, 2024 [D.I. 24411, filed on September 9, 2024]

E. Third Monthly Fee Statement of Ashby & Geddes, P.A. as Delaware Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period August 1, 2024, through and including August 31, 2024 [D.I. 25680, filed on September 25, 2024]

{1368.003-W0079596.3}

  F. Certificate of No Objection Regarding Third Monthly Fee Statement of Ashby & Geddes, P.A., as Delaware Counsel to the Examiner, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from August 1, 2024, through and including August 31, 2024 [D.I. 26902, filed on October 16, 2024]

  G. Fourth Monthly Fee Statement of Ashby & Geddes, P.A. as Delaware Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period September 1, 2024, through and including September 30, 2024 [D.I. 26903, filed on October 16, 2024]

  H. Certificate of No Objection Regarding Fourth Monthly Fee Statement of Ashby & Geddes, P.A., as Delaware Counsel to the Examiner, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from September 1, 2024, through and including September 30, 2024 [D.I. 27740, filed on November 6, 2024]

15. Seventh Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2024 through October 31, 2024 [D.I. 29191, filed on January 10, 2025]

 Related Documents:

  A. Seventh Consolidated Monthly Statement of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2024 through October 31, 2024 [D.I. 28297, filed on November 26, 2024]

  B. Certificate of No Objection Regarding Seventh Consolidated Monthly Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2024 through October 31, 2024 [D.I. 28894, filed on December 18, 2024]

16. Fee Examiner's Summary Report on Fee Review Process and Eighth Interim Fee Applications [D.I. 29857, filed on March 4, 2025]