# SCHEDULE 2

**Overstated and/or Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Fifty-Sixth Omnibus Claims Objection**
**Schedule 2 - Modified Claims**

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 16954 | Name on file | Quoine Pte Ltd | | ETH | | Quoine Pte Ltd | 0.760000000000000 |
| | | | | QASH | | | 80.000000000000000 |
| | | | | USD | 1,236,595.729910000000000 | | 1,605,386.718240000000000 |
| | | | | USDC | 3.583414810000000 | | 3.583414810000000 |
| | | | | XRP | | | 756.142976000000000 |
| | | | | Other Activity Asserted: 80 - QASH | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The QASH holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 91725 | Name on file | FTX Trading Ltd. | | AKRO | 0.000000010000000 | FTX Trading Ltd. | 0.000000010000000 |
| | | | | BTC | 0.000000043404239 | | 0.000000043404239 |
| | | | | BTC-20210326 | 0.000000000000000 | | 0.000000000000000 |
| | | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | | DAI | 0.000000010000000 | | 0.000000010000000 |
| | | | | DFL | 0.009700000000000 | | 0.009700000000000 |
| | | | | DOT | 941.504000000000000 | | 941.504000000000000 |
| | | | | ETH | 0.000000013451762 | | 0.000000013451762 |
| | | | | ETH-20210326 | 0.000000000000000 | | 0.000000000000000 |
| | | | | ETH-PERP | 0.000000000000909 | | 0.000000000000909 |
| | | | | ETHW | 14.050041483684000 | | 14.050041483684000 |
| | | | | FTT | 145.174263920000000 | | 145.174263920000000 |
| | | | | GODS | 0.700000000000000 | | 0.700000000000000 |
| | | | | GRT | 0.000000010000000 | | 0.000000010000000 |
| | | | | LINK | 0.000000010000000 | | 0.000000010000000 |
| | | | | LUNA2 | 0.005742375453000 | | 0.005742375453000 |
| | | | | LUNA2_LOCKED | 0.013398876060000 | | 0.013398876060000 |
| | | | | MANA | 0.061160000000000 | | 0.061160000000000 |
| | | | | MATIC | 5.000000000000000 | | 5.000000000000000 |
| | | | | REN | 0.000000010000000 | | 0.000000010000000 |
| | | | | SOL | 0.001250010000000 | | 0.001250010000000 |
| | | | | SRM | 6.380955340000000 | | 6.380955340000000 |
| | | | | SRM_LOCKED | 694.099682770000000 | | 694.099682770000000 |
| | | | | TRX | 0.001460000000000 | | 0.001460000000000 |
| | | | | USD | 104,455.005987971080000 | | 104,455.005987971000000 |
| | | | | USDT | 30,383.440371367800000 | | 30,383.440371367800000 |
| | | | | WBTC | 0.000000023399862 | | 0.000000023399862 |
| | | | | YFI-20210326 | 0.000000000000000 | | 0.000000000000000 |
| | | | | YFI-20210625 | 0.000000000000000 | | 0.000000000000000 |
| | | | | Other Activity Asserted: USD 100,000.00 - We made a bank transfer por USD 100,000.00 that never arrived | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. The processing withdrawal asserted in the claimant's other activity is included in the modified quantities above. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 90415 | Name on file | West Realm Shires Services Inc. | | BCH | | West Realm Shires Services Inc. | 0.000000001933779 |
| | | | | BTC | | | 0.000000008799834 |
| | | | | LINK | | | 0.000000009286929 |
| | | | | USD | 2,973,074.200000000000000 | | 0.000000005099737 |
| | | | | YFI | | | 0.000000004144446 |
| | | | | Other Activity Asserted: Total balances combining all crypto held in accounts - 3,004,481.32 | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability e ists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. There were two other customer accounts found associated with the claimant with a 0 account balance. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 78604* | Name on file | FTX Trading Ltd. | | | | FTX Trading Ltd. | |
| | | | | 1INCH | | | 109.384650000000000 |
| | | | | AAVE | | | 0.002457865671317 |
| | | | | AAVE-PERP | | | 0.429320000002008 |
| | | | | ALCX | | | 0.000415425000000 |
| | | | | ALCX-PERP | | | 0.000000000000170 |
| | | | | ALEPH | | | 0.046100000000000 |
| | | | | ALGO | | | 1,387.555325000000000 |
| | | | | ALPHA | | | 0.923760000000000 |
| | | | | APE-PERP | | | 0.000000000002728 |
| | | | | AR-PERP | | | -0.000000000036379 |
| | | | | ATOM | | | 115.244510000000000 |
| | | | | ATOM-PERP | | | 0.289999999635711 |
| | | | | AUDIO | | | 0.861740000000000 |
| | | | | AVAX | | | 0.000000010000000 |
| | | | | AVAX-PERP | | | 0.000000000185536 |
| | | | | AXS | | | 0.005405000000000 |
| | | | | AXS-PERP | | | 0.000000000002728 |
| | | | | BADGER | | | 0.890000000000000 |
| | | | | BCH | | | 0.000029100000000 |
| | | | | BCH-PERP | | | -0.003000000000611 |
| | | | | BNB | | | 59.855431870000000 |
| | | | | BNB-PERP | | | 0.400000000000000 |
| | | | | BNT-PERP | | | 0.100000000009459 |
| | | | | BSV-PERP | | | -0.000000000001818 |
| | | | | BTC | | | 1,429.635118952170000 |
| | | | | BTC-1230 | | | 0.009000000000014 |
| | | | | BTC-20211231 | | | -0.000000000000056 |
| | | | | BTC-MOVE-20191023 | | | -0.000000000000003 |
| | | | | BTC-MOVE-WK-20191206 | | | 0.000000000000003 |
| | | | | BTC-PERP | | | 0.011000000000625 |
| | | | | CEL | | | 0.001000000000000 |
| | | | | CHZ | | | 17.552582500000000 |
| | | | | COMP | | | 1.817694935000000 |
| | | | | COMP-PERP | | | 0.000019999997675 |
| | | | | COPE | | | 0.334140000000000 |
| | | | | CREAM | | | 0.640647400000000 |
| | | | | CREAM-PERP | | | -0.000000000000142 |
| | | | | CRV | | | 0.533855000000000 |
| | | | | CVX | | | 1,306.800000000000000 |
| | | | | DOGE | | | 0.901750000000000 |
| | | | | DOT | | | 0.700792510000000 |
| | | | | DOT-PERP | | | 0.800000000279397 |
| | | | | DOTPRESPLIT-2020PERP | | | -0.000000000000113 |
| | | | | DYDX-PERP | | | 0.000000000014551 |
| | | | | ENS-PERP | | | -0.000000000001818 |
| | | | | EOS-PERP | | | 0.900000000016007 |
| | | | | ETC-PERP | | | 0.000000000011823 |
| | | | | ETH | | | 4,471.807548455000000 |
| | | | | ETH-0930 | | | -0.000000000000227 |
| | | | | ETH-1230 | | | -0.000000000000227 |
| | | | | ETH-PERP | | | 0.000000000000909 |
| | | | | ETHW | | | 114.550040113500000 |
| | | | | FIL-PERP | | | 0.000000000018189 |
| | | | | FLOW-PERP | | | -0.000000000007275 |
| | | | | FTM | | | 0.003250000000000 |

78604*: Claim is also included as a Surviving Claim in the Debtors' Fifty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| Claim Number | Name | Debtor | Asserted Claims Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | FTT | | | 0.054565000000000 |
| | | | FTT-PERP | | | 0.000000000001477 |
| | | | FXS | | | 0.097040000000000 |
| | | | FXS-PERP | | | 0.000000000014551 |
| | | | GRT | | | 883.897575000000000 |
| | | | HNT | | | 0.004635000000000 |
| | | | HNT-PERP | | | -0.000000000017280 |
| | | | HT-PERP | | | -0.000000000003637 |
| | | | ICP-PERP | | | 0.790000000066357 |
| | | | IMX | | | 14,569.500000000000000 |
| | | | KIN | | | 7,700.759809360000000 |
| | | | KNC | | | 0.234235000000000 |
| | | | KNC-PERP | | | -0.000000000018189 |
| | | | KSM-PERP | | | -0.000000000000454 |
| | | | LDO | | | 0.187500000000000 |
| | | | LEO | | | 250,838.516996471000000 |
| | | | LINK | | | 0.032430000000000 |
| | | | LINK-PERP | | | 0.399999999979627 |
| | | | LRC | | | 0.000000010000000 |
| | | | LTC | | | 0.005363400000000 |
| | | | LUNA2 | | | 295.746880500000000 |
| | | | LUNA2_LOCKED | | | 690.076054600000000 |
| | | | LUNC-PERP | | | -0.000000000116415 |
| | | | MASK-PERP | | | 8.000000000000000 |
| | | | MATIC | | | 9.147450000000000 |
| | | | MKR | | | 0.000685285000000 |
| | | | MKR-PERP | | | -0.004339999999857 |
| | | | MOB | | | 443.965050534646000 |
| | | | NEAR | | | 0.013892500000000 |
| | | | NEAR-PERP | | | -0.000000000174622 |
| | | | OMG-PERP | | | -0.000000000232830 |
| | | | PAXG | | | 0.000090000000000 |
| | | | PERP | | | 0.066451000000000 |
| | | | PERP-PERP | | | -0.600000000023101 |
| | | | POLIS | | | 0.447200000000000 |
| | | | RAY | | | 0.093500000000000 |
| | | | RUNE | | | 0.377670000000000 |
| | | | SNX | | | 0.041423500000000 |
| | | | SNX-PERP | | | 0.000000000005911 |
| | | | SOL | | | 0.009354140000000 |
| | | | SOL-PERP | | | 0.000000000023646 |
| | | | SPELL | | | 182,064.948500000000000 |
| | | | SRM | | | 11,194.937989780000000 |
| | | | SRM_LOCKED | | | 53,543.154165220000000 |
| | | | SUSHI | | | 0.314899500000000 |
| | | | SUSHI-PERP | | | 0.000000000116415 |
| | | | TRX | | | 0.365505000000000 |
| | | | TRX-PERP | | | 95.000000000000000 |
| | | | UNI | | | 2.207430280000000 |
| | | | UNI-PERP | | | 0.100000000034925 |
| | | | USD | | Undetermined* | | 77,355.948030227000000 |
| | | | USDT | | | 6,604.974110226100000 |
| | | | USTC | | | 400.285792000000000 |
| | | | WAVES | | | 0.005225000000000 |
| | | | WAVES-PERP | | | 0.500000000000000 |
| | | | WBTC | | | 0.000000110000000 |
| | | | XMR-PERP | | | 0.099999999999681 |
| | | | XTZ-PERP | | | -0.000000000065483 |
| | | | YFI | | | 0.026193755000000 |
| | | | YFI-PERP | | | 0.000000000000084 |
| | | | ZEC-PERP | | | -0.000000000000909 |
| | | | Other Activity Asserted: SEE ANNEX - SEE ANNEX | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability e ists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 6721 | Name on file | FTX Trading Ltd. | BNB | 33.653604600000000 | FTX Trading Ltd. | 33.653604600000000 |
| | | | BTC | 0.000049529236180 | | 0.000049529236180 |
| | | | ETH | 278.096000011161000 | | 278.096000011161000 |
| | | | ETHW | 206.403004281398000 | | 206.403004281398000 |
| | | | RAY | | | 32,233.471851434500000 |
| | | | SAND | 5,006.648120000000000 | | 5,006.648120000000000 |
| | | | SOL | | | 66,037.287632540400000 |
| | | | STEP | 2,408.400000000000000 | | 2,408.400000000000000 |
| | | | TRX | 0.000010000000000 | | 0.000010000000000 |
| | | | USD | 3.467665133092150 | | 3.467665133092150 |
| | | | USDT | 0.000000002275355 | | 0.000000002275355 |
| | | | Other Activity Asserted: None - no | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability e ists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 54647 | Name on file | FTX Trading Ltd. | BTC | 55.429966300000000 | FTX Trading Ltd. | 55.429966305000000 |
| | | | ETH | 1,258.369864290000000 | | 1,258.369864290000000 |
| | | | ETHW | 1,258.369864290000000 | | 1,258.369864290000000 |
| | | | SOL | 221.518755930000000 | | 7,670.341920870000000 |
| | | | USD | 5,319,278.900000000000000 | | 5,319,278.919973590000000 |
| | | | Other Activity Asserted: USD999993.74 - Equity investment into Series C Preferred Shares (no. of shares: 21574, share certificate no.: 41) | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.   In addition, the customer asserts an equity interest in one or more of the Debtors.  Pursuant to the Non-Customer Bar Date Order (DI 1519), a person or entity who holds an interest in any of the Debtors must file a proof of interest on account of the ownership of such equity interest by the Non-Customer Bar Date and such equity interests are not customer claims against any of the Debtors. This claimants asserted preferred equity shares are scheduled to Class 12 for Preferred Equity Interests. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 77615 | Name on file | FTX Trading Ltd. | 1INCH | 11.000140000000000 | FTX Trading Ltd. | 11.000140000000000 |
| | | | AAVE-PERP | -0.410000000000000 | | -0.409999999999958 |
| | | | ALGO | 32.831700000000000 | | 181.728490000000000 |
| | | | ALGO-PERP | 116.000000000000000 | | 116.000000000000000 |
| | | | ALICE-PERP | | | -0.000000000001193 |
| | | | ALT-PERP | | | 0.000000000000001 |
| | | | AMPL | 0.025964870000000 | | 0.026333203587272 |
| | | | APE-PERP | -3.000000000000000 | | -2.999999999999660 |
| | | | AR-PERP | | | 0.000000000000198 |
| | | | ASD-PERP | | | -0.000000000355612 |
| | | | ATOM | 750.048489750000000 | | 1,622.119298112240000 |
| | | | ATOM-0325 | | | 0.000000000014551 |
| | | | ATOM-0624 | | | -0.000000000008185 |
| | | | ATOM-PERP | -1.140000000000000 | | -1.140000000002660 |
| | | | AURY | 135,150.000000000000000 | | 135,150.000000000000000 |
| | | | AVAX | 1,167.279999660000000 | | 1,168.439461076680000 |
| | | | AVAX-0624 | | | -0.000000000001364 |
| | | | AVAX-PERP | 0.200000000000000 | | 0.200000000000476 |
| | | | AXS-PERP | 2,045.900000000000000 | | 2,045.999999990000000 |
| | | | BAND | 0.497665300000000 | | 0.624428888566170 |
| | | | BAND-PERP | 2.600000000000000 | | 2.599999999999910 |
| | | | BAT | 1.000000000000000 | | 1.000000000000000 |
| | | | BCH | -0.001729710000000 | | 0.599270392699978 |
| | | | BCH-PERP | 108.388000000000000 | | 108.387999999999990 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Asserted Claims Tickers | Asserted Claims Ticker Quantity | Modified Claim Debtor | Modified Claim Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | BNB | 1,000.589851330000000 | | 1,000.679564504220000 |
| | | | BNB-PERP | -0.100000000000000 | | -0.099999999999761 |
| | | | BSV-PERP | | | -0.000000000000133 |
| | | | BTC | 637.710766880000000 | | 639.433149078168000 |
| | | | BTC-0331 | | | 0.000000000000022 |
| | | | BTC-0624 | | | -0.000000000000106 |
| | | | BTC-0930 | | | -0.000000000000082 |
| | | | BTC-1230 | | | -0.000000000000302 |
| | | | BTC-PERP | -0.020200000000000 | | -0.013000000000279 |
| | | | BUSD | 15,200.000000000000000 | | 0.000000000000000 |
| | | | CAKE-PERP | | | 0.000000000005456 |
| | | | CEL | 0.046257710000000 | | 610.399550466011000 |
| | | | CEL-PERP | 1,746.800000000000000 | | 1,746.799999999520000 |
| | | | CHZ | 2.744250000000000 | | 614.753500000000000 |
| | | | CHZ-PERP | 6,290.000000000000000 | | 6,290.000000000000000 |
| | | | COMP-PERP | -110.174200000000000 | | -110.174200000000000 |
| | | | CREAM-PERP | -7,446.080000000000000 | | -7,446.080000000000000 |
| | | | CRO | 90.000000000000000 | | 1,373.924500000000000 |
| | | | CRO-PERP | -260.000000000000000 | | -390,830.000000000000000 |
| | | | CRV | | | 8.540000000000000 |
| | | | CRV-PERP | 19,402.000000000000000 | | 19,402.000000000000000 |
| | | | CVX | | | 2.720255000000000 |
| | | | CVX-PERP | | | 0.000000000007275 |
| | | | DASH-PERP | | | 0.000000000000000 |
| | | | DENT-PERP | -45,271,400.000000000000000 | | -45,271,400.000000000000000 |
| | | | DOGE | 39,453.584014070000000 | | 39,475.853329094800000 |
| | | | DOGE-PERP | 65,908.000000000000000 | | 65,908.000000000000000 |
| | | | DOT | -11,303.452788700000000 | | -11,300.878865800200000 |
| | | | DOT-PERP | 3.700000000000000 | | 3.700000000060750 |
| | | | DRGN-PERP | | | 0.000000000000006 |
| | | | DYDX-PERP | -574.700000000000000 | | -574.699999999999000 |
| | | | ENS-PERP | -427.600000000000000 | | -427.599999999999000 |
| | | | EOS-PERP | | | -0.000000000006458 |
| | | | ETC-PERP | 1,175.600000000000000 | | 1,175.600000000000000 |
| | | | ETH | 2,891.322772530000000 | | 2,892.324538960520000 |
| | | | ETH-0331 | | | 0.000000000000085 |
| | | | ETH-0624 | | | -0.000000000000589 |
| | | | ETH-0930 | | | 0.000000000000868 |
| | | | ETH-1230 | | | 0.000000000000934 |
| | | | ETHBULL | | | 0.780280000000000 |
| | | | ETH-PERP | 83.056000000000000 | | 83.440000000013600 |
| | | | ETHW | 1.019108430000000 | | 361.434330617274000 |
| | | | ETHW-PERP | | | -0.000000000004092 |
| | | | EXCH-PERP | | | 0.000000000000000 |
| | | | FIL-PERP | 10.300000000000000 | | 10.300000000000400 |
| | | | FLM-PERP | | | 0.000000000010459 |
| | | | FLOW-PERP | 5,309.400000000000000 | | 5,309.399999999990000 |
| | | | FTM-PERP | -664.000000000000000 | | -664.000000000000000 |
| | | | FTT | 64,598.949743150000000 | | 64,698.950619821700000 |
| | | | FTT-PERP | | | -0.000000000007730 |
| | | | FTXDXY-PERP | -117.370000000000000 | | -117.370000000000000 |
| | | | FXS | 0.726469230000000 | | 1.525253230000000 |
| | | | FXS-PERP | | | 0.000000000003751 |
| | | | GALA-PERP | -439,800.000000000000000 | | -439,800.000000000000000 |
| | | | GAL-PERP | | | -0.000000000002131 |
| | | | GLMR-PERP | 168,183.000000000000000 | | 168,183.000000000000000 |
| | | | GMT | 0.217763700000000 | | 2.973478709839640 |
| | | | GST-0930 | | | 0.000000000023277 |
| | | | GST-PERP | -1,129,967.300000000000000 | | -1,129,967.300000000000000 |
| | | | HT-PERP | 1,927.460000000000000 | | 1,927.460000000000000 |
| | | | ICP-PERP | 1,129.800000000000000 | | 1,129.800000000000000 |
| | | | JPY | | | 0.184136003750000 |
| | | | JPY-PERP | 74,785,900.000000000000000 | | 74,785,900.000000000000000 |
| | | | KNC-PERP | 2,989.500000000000000 | | 2,989.500000000000000 |
| | | | KSHIB | 8,116,009.040200000000000 | | 9,231,380.134000000000000 |
| | | | KSHIB-PERP | -3,015,384.000000000000000 | | -14,882,166.000000000000000 |
| | | | LINA | | | 36.374000000000000 |
| | | | LINK | 939.793373570000000 | | 940.228326578272000 |
| | | | LINK-PERP | 0.100000000000000 | | 0.100000000000364 |
| | | | LOOKS | 10.000000000000000 | | 10.000000000000000 |
| | | | LOOKS-PERP | 43,145.000000000000000 | | 43,145.000000000000000 |
| | | | LTC | 0.189663800000000 | | 3.009689304488520 |
| | | | LTC-PERP | 378.260000000000000 | | 378.260000000000000 |
| | | | LUNA2 | 0.000000150000000 | | 104.074506251402000 |
| | | | LUNA2_LOCKED | | | 242.840514486605000 |
| | | | LUNA2-PERP | | | 0.000000000003183 |
| | | | LUNC | 22,662,440.000000000000000 | | 22,662,442.844677900000000 |
| | | | LUNC-PERP | | | -0.000000190739228 |
| | | | MATIC | -23,643.816310450000000 | | -22,928.796270615400000 |
| | | | MCB | 8,183.000000000000000 | | 8,183.000000000000000 |
| | | | MID-PERP | | | 0.000000000000002 |
| | | | MKR | -0.000406930000000 | | 0.000220287935294 |
| | | | MKR-PERP | -0.020000000000000 | | -0.019999999999990 |
| | | | MNGO | 0.537050000000000 | | 39.172900000000000 |
| | | | MNGO-PERP | -132,310.000000000000000 | | -132,310.000000000000000 |
| | | | NEAR | | | 32.671702000000000 |
| | | | NEAR-PERP | 1.500000000000000 | | 1.500000000001770 |
| | | | OKB-PERP | | | 0.000000000000170 |
| | | | OMG-PERP | | | 0.000000000000056 |
| | | | PERP-PERP | | | 0.000000000029103 |
| | | | PRIV-PERP | | | 0.000000000000010 |
| | | | PROM-PERP | | | -0.000000000000113 |
| | | | PUNDIX-PERP | | | 0.000000000000682 |
| | | | REEF-PERP | -1,502,860.000000000000000 | | -1,502,860.000000000000000 |
| | | | RNDR-PERP | 6,407.300000000000000 | | 6,407.300000000010000 |
| | | | RON-PERP | | | 0.000000000022509 |
| | | | ROSE-PERP | -110.000000000000000 | | -110.000000000000000 |
| | | | RSR-PERP | -1,542,600.000000000000000 | | -1,542,600.000000000000000 |
| | | | RUNE-PERP | | | -0.000000000002728 |
| | | | SAND-PERP | 3.000000000000000 | | 3.000000000000000 |
| | | | SHIB | 1,018,681,255.000000000000000 | | 3,128,670,850.000000000000000 |
| | | | SHIT-PERP | | | 0.000000000000001 |
| | | | SNX | | | 23.684775006512600 |
| | | | SNX-PERP | 548.200000000000000 | | 548.200000000049000 |
| | | | SOL | 30.663495950000000 | | 38.250342739545500 |
| | | | SOL-1230 | | | -0.000000000000909 |
| | | | SOL-PERP | | | -0.000000000054882 |
| | | | SRM | 97.638912320000000 | | 590.382085460000000 |
| | | | SRM_LOCKED | | | 13,222.837914540000000 |
| | | | SRM-PERP | -10,272.000000000000000 | | -10,272.000000000000000 |
| | | | STEP-PERP | | | 0.000000000160071 |
| | | | STORJ-PERP | | | 0.000000000000540 |
| | | | SUN | 6.506000000000000 | | 6.506000000000000 |
| | | | SUSHI-PERP | 53.500000000000000 | | 53.500000000000000 |
| | | | THETA-PERP | | | 0.000000000000596 |
| | | | TRX | 143,132.955985650000000 | | 143,133.061191997000000 |
| | | | TRYB | 5,000,006.831175000000000 | | 5,000,320.737250000000000 |
| | | | UNI | 909.697417620000000 | | 910.125195626681000 |
| | | | UNI-PERP | | | -0.000000000000738 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | **Modified Claim** | |
| | | | UNISWAP-0930 | | | 0.000000000000000 |
| | | | UNISWAP-PERP | | | 0.000000000000000 |
| | | | USD | 20,484,749.179850800000000 | | 77,558,321.400276904770000 |
| | | | USDC | 57,593,361.052680800000000 | | 0.000000000000000 |
| | | | USDT | 4,560,302.313613720000000 | | 4,567,743.413869370000000 |
| | | | WBTC | 129.584674870000000 | | 129.590074870000000 |
| | | | XLM-PERP | -82.000000000000000 | | -82.000000000000000 |
| | | | XRP | 7,759.228763580000000 | | 6,648.446040361940000 |
| | | | XTZ-PERP | 49.592000000000000 | | 49.592000000000000 |
| | | | YFI | 0.000600000000000 | | 0.000600000000000 |
| | | | YFII-PERP | -0.165000000000000 | | -0.164999999999952 |
| | | | YFI-PERP | 0.306000000000000 | | 0.305999999999999 |
| | | | ZEC-PERP | 0.150000000000000 | | 0.149999999999947 |
| | | | Other Activity Asserted: SEE ANNEX - SEE ANNEX | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 33099 | Name on file | FTX Trading Ltd. | AAPL | | FTX Trading Ltd. | 0.005706400000000 |
| | | | BNB | | | 0.445000000000000 |
| | | | BTC | 0.009553890000000 | | 0.009553898425109 |
| | | | ETH | 99.551678670000000 | | 99.551678675198900 |
| | | | ETHW | 1.713747470000000 | | 1.713747474537030 |
| | | | FTT | 12,276.705963500000000 | | 12,276.705963500000000 |
| | | | GOOGL | | | 0.085409308613442 |
| | | | GOOGLPRE | | | 0.000000002113866 |
| | | | NVDA | 999.820000000000000 | | 999.820000000000000 |
| | | | SRM | | | 6.924796970000000 |
| | | | SRM_LOCKED | | | 26.269829800000000 |
| | | | TRX | | | 0.000777000000000 |
| | | | USD | | | 1,094,487.534583170000000 |
| | | | USDT | | | 0.000000010000000 |
| | | | Other Activity Asserted: stock of NVDA with quantity of 999.82 - tokeni ed stocks | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The tokeni ed stock holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 24460 | Name on file | FTX Trading Ltd. | BTC | 0.426666522171800 | FTX Trading Ltd. | 0.426666522171800 |
| | | | ETH | | | 6.478640685556660 |
| | | | ETHW | 6.135809326787120 | | 6.135809326787120 |
| | | | TRX | 0.000030071144040 | | 0.000030071144040 |
| | | | USD | 52.914743100810300 | | 52.914743100810300 |
| | | | USDT | | | 146,512.102176084000000 |
| | | | Other Activity Asserted: None - None | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability e ists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 67783 | Name on file | West Realm Shires Services Inc. | ETH | 0.000175163396349 | West Realm Shires Services Inc. | 0.000175163396349 |
| | | | EUR | 0.000000037589234 | | 0.000000037589234 |
| | | | NFT (292459339670821596/Mbongeni Buthele i #4) | | | 1.000000000000000 |
| | | | NFT (294354881207972923/Mbongeni Buthele i #5) | | | 1.000000000000000 |
| | | | NFT (301116123344382117/El a Cohen #4) | | | 1.000000000000000 |
| | | | NFT (304930262437687895/ImpactVest Community #4) | | | 1.000000000000000 |
| | | | NFT (307154272569127071/Rodrigo Zeferino) | | | 1.000000000000000 |
| | | | NFT (315796448690528880/El a Cohen #7) | | | 1.000000000000000 |
| | | | NFT (317772434707181875/El a Cohen #2) | | | 1.000000000000000 |
| | | | NFT (318693521028884330/ImpactVest Community #29) | | | 1.000000000000000 |
| | | | NFT (318851425828402864/El a Cohen #3) | | | 1.000000000000000 |
| | | | NFT (320336574590083218/El a Cohen #9) | | | 1.000000000000000 |
| | | | NFT (329389617111778647/El a Cohen #5) | | | 1.000000000000000 |
| | | | NFT (330199468481831297/ImpactVest Community #18) | | | 1.000000000000000 |
| | | | NFT (335523497700703745/ImpactVest Community #30) | | | 1.000000000000000 |
| | | | NFT (352340630519110483/ImpactVest Community #10) | | | 1.000000000000000 |
| | | | NFT (360035687147644606/ImpactVest Community) | | | 1.000000000000000 |
| | | | NFT (373859757879796264/Mbongeni Buthele i #6) | | | 1.000000000000000 |
| | | | NFT (389887482739469982/ImpactVest Community #34) | | | 1.000000000000000 |
| | | | NFT (395018192631308683/Mbongeni Buthele i #2) | | | 1.000000000000000 |
| | | | NFT (396067292149675949/ImpactVest Community #36) | | | 1.000000000000000 |
| | | | NFT (399040598728217182/ImpactVest Community #35) | | | 1.000000000000000 |
| | | | NFT (408294545342714010/ImpactVest Community #32) | | | 1.000000000000000 |
| | | | NFT (418265081501358201/Mbongeni Buthele i) | | | 1.000000000000000 |
| | | | NFT (420533303903105097/Rodrigo Zeferino #2) | | | 1.000000000000000 |
| | | | NFT (424150026492044322/El a Cohen) | | | 1.000000000000000 |
| | | | NFT (430219756128681012/Rodrigo Zeferino #4) | | | 1.000000000000000 |
| | | | NFT (456162254629873182/ImpactVest Community #37) | | | 1.000000000000000 |
| | | | NFT (456393412113427033/ImpactVest Community #33) | | | 1.000000000000000 |
| | | | NFT (458535846017005980/El a Cohen #6) | | | 1.000000000000000 |
| | | | NFT (460865828301100119/ImpactVest Community #24) | | | 1.000000000000000 |
| | | | NFT (468956011102568171/El a Cohen #10) | | | 1.000000000000000 |
| | | | NFT (483174267920632295/El a Cohen #8) | | | 1.000000000000000 |
| | | | NFT (547015542329559617/Rodrigo Zeferino #3) | | | 1.000000000000000 |
| | | | NFT (549452136490161210/ImpactVest Community #12) | | | 1.000000000000000 |
| | | | NFT (558417174212323587/ImpactVest Community #31) | | | 1.000000000000000 |
| | | | NFT (563455979856790724/ImpactVest Community #16) | | | 1.000000000000000 |
| | | | NFT (571204624133788809/Rodrigo Zeferino #5) | | | 1.000000000000000 |
| | | | NFT (572364082336528620/ImpactVest Community #28) | | | 1.000000000000000 |
| | | | SOL | 0.000000006907802 | | 0.000000006907802 |
| | | | USD | 0.000003570625658 | | 0.000003570625658 |
| | | | Other Activity Asserted: ###### NFT Collection - 1.5 Million | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. The claimant has provided no facts in the claim to demonstrate Debtors' alleged liability for profits from NFT sales. The claim fails to show any contractual obligation between a Debtor entity and the claimant. Further, the claimant has made no allegations regarding whether, if any NFTs were sold, such sales would have occurred, or why it should be entitled to the hypothetical profits from such sale. The claim does not satisfy the claimant's burden of alleging facts sufficient to demonstrate Debtors' liability on the claim, so the claim should be disallowed. The scheduled NFTs were not minted and thus will receive a 6A ballot. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 94028 | Name on file | FTX Trading Ltd. | FTT | 4.599080000000000 | FTX Trading Ltd. | 4.599080000000000 |
| | | | TRX | 0.000003000000000 | | 0.000003000000000 |
| | | | USDT | 1,000,000.000000000000000 | | 0.000000005000000 |
| | | | Other Activity Asserted: 100000 - Un enfoir�s et un voleur | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability e ists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 7930 | Name on file | FTX Trading Ltd. | BNB | 0.008682838689720 | FTX Trading Ltd. | 0.008682838689720 |
| | | | BNTX | 2.220000000000000 | | 2.220000000000000 |
| | | | BTC | | | 0.196113840726716 |
| | | | ETH | | | 0.323528602289470 |
| | | | ETHW | 0.000000005450100 | | 0.000000005450100 |
| | | | FTT | 150.881025500000000 | | 150.881025500000000 |
| | | | NFT (472079944758532025/THE HILL BY FTX #21117) | | | 1.000000000000000 |
| | | | SHIB | 24,600,004.000000000000000 | | 24,600,004.000000000000000 |
| | | | SOL | 0.000000005144600 | | 0.000000005144600 |
| | | | SPY | 39.934000010000000 | | 39.934000010000000 |
| | | | TONCOIN | 1,260.200000000000000 | | 1,260.200000000000000 |
| | | | TRX | | | 0.013785974282270 |
| | | | USD | 9,821.606862545830000 | | 9,821.606862545830000 |
| | | | USDT | | | 230,932.858245038000000 |

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |
| | | | USTC | | 0.000000000646120 | | 0.000000000646120 |
| | | | Other Activity Asserted: about 50000 usd - tokenized shares associated with FTX Switzerland GmbH | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Ticker | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 72629 | Name on file | FTX Trading Ltd. | 1INCH | 0.421466633228354 | FTX Trading Ltd. | 0.421466633228354 |
| | | | BNT | 0.000000004973793 | | 0.000000004973793 |
| | | | BOBA | 0.034356500000000 | | 0.034356500000000 |
| | | | BOBA-PERP | 0.000000000007275 | | 0.000000000007275 |
| | | | BTC | 0.000000009155280 | | 0.000000009155280 |
| | | | ETH | 0.875625951204917 | | 0.875625951204917 |
| | | | ETH-0624 | -0.000000000000227 | | -0.000000000000227 |
| | | | ETH-PERP | -0.000000000002273 | | -0.000000000002273 |
| | | | ETHW | 0.001316570391303 | | 0.001316570391303 |
| | | | EUR | 0.000000002085304 | | 0.000000002085304 |
| | | | EURT | 0.219447000000000 | | 0.219447000000000 |
| | | | LTC | 0.001426580416721 | | 0.001426580416721 |
| | | | LUNA2 | 235.341508797006000 | | 235.341508797006000 |
| | | | LUNA2_LOCKED | 196,953.102855560000000 | | 196,953.102855560000000 |
| | | | LUNC | 0.129841601132996 | | 0.129841601132996 |
| | | | SOL | 0.006024246424760 | | 0.006024246424760 |
| | | | UNI | 0.000000000928798 | | 0.000000000928798 |
| | | | USD | 0.002411781277848 | | 0.002411781277848 |
| | | | USDT | 1,254,481.011379070000000 | | 1,254,481.011379070000000 |
| | | | USTC | 0.307740320622652 | | 0.307740320622652 |
| | | | Other Activity Asserted: 73,749.66 BUSD - Two erroneous deposits made to the exchange post-free ex | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The claimant asserts post-petition deposits which are not part of the claimant's petition date customer entitlement claim. Post-petition deposits should be claimed as a separate administrative claim in accordance with procedures established by the Court by way of the Debtors' Plan of Reorganization. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Ticker | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 78072* | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | BCH | | | -3,086.804261139920000 |
| | | | BTC | | | 0.062222455139825 |
| | | | BTC-0325 | | | -0.000000000000127 |
| | | | BTC-0331 | | | -0.000000000000020 |
| | | | BTC-0624 | | | 0.020299999999712 |
| | | | BTC-0930 | | | 0.000000000000056 |
| | | | BTC-1230 | | | -2,105.307900000000000 |
| | | | BTC-20211231 | | | 0.000000000000097 |
| | | | BTC-PERP | | | -710.696699999996000 |
| | | | EOS-PERP | | | 906,270.800000000000000 |
| | | | ETH | | | -12,232.324068973800000 |
| | | | ETH-0325 | | | 0.000000000000483 |
| | | | ETH-0331 | | | 961.177999999999000 |
| | | | ETH-0624 | | | -0.000000000001534 |
| | | | ETH-0930 | | | -0.000000000019269 |
| | | | ETH-1230 | | | -5,478.099000000010000 |
| | | | ETH-20211231 | | | -0.000000000000284 |
| | | | ETH-PERP | | | 5,988.675999999990000 |
| | | | ETHW | | | 0.000000004856319 |
| | | | EUR | | | 43,826,924.972492300000000 |
| | | | FTT | | | 1,010.543913530000000 |
| | | | LINK | | | -30,043.336498215700000 |
| | | | LINK-PERP | | | 5,232.199999999960000 |
| | | | LTC | | | 12.090865885854500 |
| | | | LTC-PERP | | | -1.060000000000850 |
| | | | OMG | | | -160,613.352199980000000 |
| | | | SHIB-PERP | | | -95,172,800,000.000000000000000 |
| | | | SRM | | | 1,531.699906030000000 |
| | | | SRM_LOCKED | | | 12,700.900093970000000 |
| | | | USD | Undetermined* | | 58,853,773.343774200000000 |
| | | | USDT | | | 1,056,683.105173740000000 |
| | | | YFI | | | -4.031870638476970 |
| | | | Other Activity Asserted: SEE ANNEX - SEE ANNEX | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Ticker | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 9382 | Name on file | FTX Trading Ltd. | BAT | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | BCH | 100.000000000000000 | | 0.000277300000000 |
| | | | BNB | 100.000000000000000 | | 0.000000000000000 |
| | | | BRZ | | | 1.000000000000000 |
| | | | BTC | 100.000000000000000 | | 0.000000310000000 |
| | | | DOGE | 100.000000000000000 | | 0.000000000000000 |
| | | | ETH | 100.000000000000000 | | 0.000000000000000 |
| | | | FTT | 100.000000000000000 | | 0.000000000000000 |
| | | | LTC | | | 0.002716300000000 |
| | | | SHIB | 100.000000000000000 | | 0.000000000000000 |
| | | | USD | | | -1,031.092346752040000 |
| | | | USDC | 100.000000000000000 | | 0.000000000000000 |
| | | | USDT | 100.000000000000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: None - FTX did not send funds I requested to withdraw from my accounts with FTX | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. There are no withdrawal transactions associated with the claimant's customer account. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Ticker | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 68441 | Name on file | FTX Trading Ltd. | ATOM | 3,378.000000000000000 | FTX Trading Ltd. | 1,689.000000000000000 |
| | | | DOGE | 141,258.000000000000000 | | 70,629.000000000000000 |
| | | | ETH | 119.688000000000000 | | 59.844000000000000 |
| | | | LTC | 800.000000000000000 | | 400.000000000000000 |
| | | | MANA | 13,750.000000000000000 | | 6,875.000000000000000 |
| | | | MATIC | 31,720.000000000000000 | | 15,860.000000000000000 |
| | | | Other Activity Asserted: Different amounts for different cryptocurrencies. - Yes, I claimed the amount for FTX EU Ltd. by mistake, and then realized I had funds on FTX Trading Ltd. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. This claim is being modified to the claimant's FTX Trading account holdings. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Ticker | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 50580 | Name on file | FTX Trading Ltd. | CHZ | 92,774.202000000000000 | FTX Trading Ltd. | 92,774.202000000000000 |
| | | | LINK | | | 4,060.055890576770000 |
| | | | MANA | 7,010.000000000000000 | | 7,010.000000000000000 |
| | | | MATIC | | | 21,699.351921367700000 |
| | | | RUNE | 3,799.062575759070000 | | 3,799.062575759070000 |
| | | | USD | 253.122276533139000 | | 253.122276533139000 |
| | | | XRP | | | 244,459.541405720000000 |
| | | | Other Activity Asserted: None - None | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Ticker | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 50796 | Name on file | FTX Trading Ltd. | 1INCH | 0.230263910000000 | FTX Trading Ltd. | 0.230263910000000 |
| | | | AAVE | 0.006437740000000 | | 0.006437740000000 |
| | | | APE-PERP | -0.000000000000909 | | -0.000000000000909 |
| | | | AURY | 14,642.146420000000000 | | 14,642.146420000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts
78072*: Claim is also included as a Surviving Claim in the Debtors' Fifty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| Claim Number | Name | Debtor | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| | | | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |
| | | | BADGER-PERP | | -0.000000000000028 | | -0.000000000000028 |
| | | | BAL | | 0.009075680000000 | | 0.009075680000000 |
| | | | BAL-PERP | | -0.000000000000568 | | -0.000000000000568 |
| | | | BNB-20200925 | | -0.000000000000092 | | -0.000000000000092 |
| | | | BNT | | 0.047710730000000 | | 0.047710730000000 |
| | | | BTC | | 0.000241936720800 | | 0.000241936720800 |
| | | | BTC-MOVE-20200619 | | 0.000000000000000 | | 0.000000000000000 |
| | | | COMP | | 0.000051373000000 | | 0.000051373000000 |
| | | | COMP-20200925 | | 0.000000000000063 | | 0.000000000000063 |
| | | | COMP-PERP | | 0.000000000000012 | | 0.000000000000012 |
| | | | CREAM-PERP | | 0.000000000000049 | | 0.000000000000049 |
| | | | CRV | | 0.144915360000000 | | 0.144915360000000 |
| | | | CVX | | 0.069166740000000 | | 0.069166740000000 |
| | | | DAI | | 0.001122250000000 | | 0.001122250000000 |
| | | | DEFI-20200925 | | -0.000000000000003 | | -0.000000000000003 |
| | | | DFL | | 0.300000000000000 | | 0.300000000000000 |
| | | | DYDX | | 0.010766130000000 | | 0.010766130000000 |
| | | | ETH | | -47.539505576467100 | | -47.539505576467100 |
| | | | ETHW | | 100.002000005786000 | | 100.002000005786000 |
| | | | FIL-PERP | | -0.000000000000184 | | -0.000000000000184 |
| | | | FTM | | 0.704976470000000 | | 0.704976470000000 |
| | | | FTT | | 3,381.559203870220000 | | 3,381.559203870220000 |
| | | | LINK | | 0.014198560000000 | | 0.014198560000000 |
| | | | LOOKS | | 0.179646440000000 | | 0.179646440000000 |
| | | | MATIC | | 4.826430380000000 | | 4.826430380000000 |
| | | | MNGO | | 4.420377000000000 | | 4.420377000000000 |
| | | | OKB-PERP | | -0.000000000000056 | | -0.000000000000056 |
| | | | OMG | | 0.284255390000000 | | 0.284255390000000 |
| | | | OMG-PERP | | -0.000000000007275 | | -0.000000000007275 |
| | | | PAXG | | 100.141891340000000 | | 100.141891340000000 |
| | | | PAXG-PERP | | 241.300000000000000 | | 241.300000000000000 |
| | | | PTU | | 0.674900000000000 | | 0.674900000000000 |
| | | | SAND | | 0.945955070000000 | | 0.945955070000000 |
| | | | SHIB | | 27,341.389903360000000 | | 27,341.389903360000000 |
| | | | SOL | | 0.000000002269887 | | 0.000000002269887 |
| | | | SRM | | 387.999455880000000 | | 387.999455880000000 |
| | | | SRM_LOCKED | | 2,030.388417900000000 | | 2,030.388417900000000 |
| | | | SUSHI | | 0.966801563781708 | | 0.966801563781708 |
| | | | THETA-PERP | | -0.000000000014551 | | -0.000000000014551 |
| | | | TOMO-20201225 | | 0.000000000000738 | | 0.000000000000738 |
| | | | TRU | | 0.009576810000000 | | 0.009576810000000 |
| | | | TRX | | 10.000099000000000 | | 10.000099000000000 |
| | | | UNI | | 0.078123240000000 | | 0.078123240000000 |
| | | | USD | | 119,680.738850828392580 | | -298,795.295727878000000 |
| | | | USDT | | -395.364272587659000 | | -395.364272587659000 |
| | | | WBTC | | 0.000000000994672 | | 0.000000000994672 |
| | | | WRAPPED ETHEREUM (SOLLET) (ETH) | | 60.700000000000000 | | 0.000000000000000 |
| | | | YFI | | 0.000022610000000 | | 0.000022610000000 |
| | | | Other Activity Asserted: 60.7 - The ft e change used to accept the ETH asset from the etherium network and withdraw the Wrapped Ethereum (Sollet) asset to the Solana network (####). These were interchangeable assets and the e change was a guarantor that 1 ETH  1 Wrapped Ethereum (Sollet), as the asset had collateral through the e change and could be e changed back. Currently Wrapped Ethereum (Sollet) has no collateral, as it was lost when the e change was shut down | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. No liability e ists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 25563 | Name on file | FTX Trading Ltd. | BNB | | 1.010769035171200 | FTX Trading Ltd. | 1.010769035171200 |
| | | | BTC | | 59.000590007000000 | | 59.000590007000000 |
| | | | ETH | | 40.012395410000000 | | 40.012395410000000 |
| | | | ETHW | | 39.932000000000000 | | 39.932000000000000 |
| | | | FTT | | 1,000.000000000000000 | | 1,000.000000000000000 |
| | | | TRX | | 97,641.976410000000000 | | 97,641.976410000000000 |
| | | | USD | | 1,391,698.987199250000000 | | 1,391,698.987199250000000 |
| | | | USDT | | | | 978,323.395344437000000 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability e ists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 81662 | Name on file | FTX Trading Ltd. | ALCX-PERP | | | FTX Trading Ltd. | 0.000000000000341 |
| | | | ALT-PERP | | | | -0.000000000000007 |
| | | | APE-PERP | | | | -0.000000000109139 |
| | | | APT-PERP | | | | 276.000000000000000 |
| | | | AVAX-PERP | | | | -0.000000000069121 |
| | | | BAND-PERP | | | | -0.000000000465661 |
| | | | BNB-PERP | | | | 12.399999999997400 |
| | | | BTC | | | | 0.005155200000000 |
| | | | BTC-PERP | | | | -1.023400000002000 |
| | | | CVX-PERP | | | | -0.000000000012732 |
| | | | DODO-PERP | | | | 0.100000000034925 |
| | | | DOGE-PERP | | | | 9,038.000000000000000 |
| | | | DOT-PERP | | | | 0.000000000145519 |
| | | | DYDX-PERP | | | | -0.000000000029103 |
| | | | EOS-PERP | | | | -0.000000001116415 |
| | | | ETC-PERP | | | | 0.100000000064028 |
| | | | ETH | | | | 0.000108300000000 |
| | | | ETH-PERP | | | | -10.486000000054000 |
| | | | ETHW | | | | 0.000883400000000 |
| | | | FIL-PERP | | | | 0.099999999991268 |
| | | | FLOW-PERP | | | | 0.000000000203726 |
| | | | FTT | | | | 1,001.068320000000000 |
| | | | FTT-PERP | | | | -5,899.099999999530000 |
| | | | GST-PERP | | | | -118,787.199999996000000 |
| | | | HT-PERP | | | | 780.929999999935000 |
| | | | LOOKS-PERP | | | | 6,364.000000000000000 |
| | | | LTC-PERP | | | | -0.000000000005456 |
| | | | LUNA2-PERP | | | | 0.000000000465661 |
| | | | MATIC | | | | 0.295000000000000 |
| | | | MATIC-PERP | | | | -34.000000000000000 |
| | | | PERP-PERP | | | | 0.000000000163709 |
| | | | RNDR-PERP | | | | 1,938.399999999970000 |
| | | | SHIT-PERP | | | | -1.386000000000000 |
| | | | SNX-PERP | | | | -0.000000000116415 |
| | | | SOL | | | | 0.006429000000000 |
| | | | SOL-PERP | | | | 710.910000000585000 |
| | | | SRM | | | | 0.181453820000000 |
| | | | SRM_LOCKED | | | | 17.818546180000000 |
| | | | SRM-PERP | | | | -382.000000000000000 |
| | | | STORJ-PERP | | | | -0.000000000007275 |
| | | | TONCOIN-PERP | | | | 640.499999999971000 |
| | | | TRX-PERP | | | | -69,900.000000000000000 |
| | | | USD | | | | 279,006.144992001000000 |
| | | | USDT | | | 1,162,434.000000000000000 | | 871,602.627112787000000 |
| | | | USTC-PERP | | | | 124,830.000000000000000 |
| | | | XRP-PERP | | | | 9,927.000000000000000 |
| | | | YFII-PERP | | | | 0.000000000000028 |

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | Other Activity Asserted: USDT1,162,434.00 - We have a claim regarding the actual deposit of USDT on the platform. The total amount deposited that is claimed is appro imately USDT 1,162,434.00 (the USDT Balance).  We assert that the nature of this is NOT a general unsecured claim on the bankruptcy estate RATHER these were and are assets held on trust by the debtor or the present trustee of the debtor(s) in bankruptcy for the sole benefit of the account holder ie #######.   This is since the applicable terms of use between the relevant debtor(s) in bankruptcy and ####### specify that title to the relevant assets remained at all times with ####### and did not pass to the relevant debtor(s) in bankruptcy. As such the relevant debtor(s) in bankruptcy were at all material time and remain custodians and trustees of the relevant asset as trustees owing the corresponding fiduciary responsibilities to #######, which fiduciary responsibility continues and lies at present, we believe and assert, with the trustee in bankruptcy. We assert the claim (whatever its nature and status may be as determined by a competent court) against all debtor(s) in bankruptcy as we understand that FTX Trading Ltd may have transferred assets from itself to other associated companies that are also debtor(s) in bankruptcy such as entities owned or controlled by Alameda Research Holdings Inc., or under  oint or common control by the ultimate beneficial owners and controllers or FTX Trading Ltd and Alameda Research Holdings Inc., and other entities that were associated with such entities that are also debtor(s) in bankruptcy and which appear on the list of entities under point 8 of this section of the claim form. We reserve the right if found to be beneficiaries of a trust unto the amount of the USDT Balance and USD Balance to take all remedies available to us including without limitation tracing of the relevant assets and recovery actions consequent to findings of such tracing actions against one or more of the debtor(s) in bankruptcy against whom our claim(s) have been asserted as set forth with the information filed with our proof of claim. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat overstate the quantities and holdings in such customer's accounts. No liability e ists on account of the other activity asserted. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.