## <u>SCHEDULE 2</u>

**Fully or Partially Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Fourth Omnibus Claims Objection**
**Schedule 2 - Modified Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | Asserted Claims | | Modified Claim |
| 58503 | Name on file | FTX Trading Ltd. | BRZ | 2.000000000000000 | West Realm Shires Services Inc. | 2.000000000000000 |
| | | | CUSDT | 1.000000000000000 | | 1.000000000000000 |
| | | | DOGE | 1.000000000000000 | | 1.000000000000000 |
| | | | ETH | 2.450734300000000 | | 2.450734300000000 |
| | | | ETHW | 41.282158251783225 | | 41.282158251783220 |
| | | | LTC | 3.220593260000000 | | 3.220593260000000 |
| | | | SHIB | 63,982,698.543226880000000 | | 63,982,698.543226880000000 |
| | | | SOL | 12.946042900000000 | | 12.946042900000000 |
| | | | TRX | 6.000000000000000 | | 6.000000000000000 |
| | | | USD | 0.544189734802742 | | 0.544189734802742 |
| | | | Other Activity Asserted: 0.5441897348027429 - Usd | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 27071 | Name on file | FTX Trading Ltd. | ATLAS | 27,466.960000000000000 | FTX Trading Ltd. | 27,466.960000000000000 |
| | | | USD | | | 1.089158199611804 |
| | | | USDT | | | 0.000000016172722 |
| | | | Other Activity Asserted: None - None | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 23915 | Name on file | FTX Trading Ltd. | BTC | 0.000000005792231 | FTX Trading Ltd. | 0.000000005792231 |
| | | | DOGE | 2,700.000000003087162 | | 2,700.000000003087300 |
| | | | DOGEBEAR2021 | | | 0.000000003811386 |
| | | | DOGEBULL | | | 0.000000000388898 |
| | | | LTC | 1.000000000000000 | | 1.000000000000000 |
| | | | SOL | 24.069251588488502 | | 24.069251588488502 |
| | | | TRX | | | 0.000000001996875 |
| | | | TRY | | | 0.000000001996752 |
| | | | USD | | | 0.034821390000000 |
| | | | USDT | | | 0.000000006620713 |
| | | | XRPBEAR | | | 0.000000009682282 |
| | | | XRPBULL | | | 0.000000003955330 |
| | | | Other Activity Asserted: None - None | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 30694 | Name on file | West Realm Shires Services Inc. | BRZ | 0.000000000000000 | West Realm Shires Services Inc. | 2.000000000000000 |
| | | | DOGE | | | 1.000000000000000 |
| | | | GRT | | | 1.000000000000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | USD | 993.390000000000000 | | 993.393809288965100 |
| | | | USDT | 2.000000000000000 | | 2.000000000000000 |
| | | | Other Activity Asserted: $993.39 - USD | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 38342 | Name on file | FTX Trading Ltd. | AAVE-PERP | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | AR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ATLAS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ATOM | 0.097615000000000 | | 0.097615000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BAND-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BCH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CEL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DASH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DENT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | EGLD-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ENJ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ENS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | EOS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | EUR | 2,842.700000000000000 | | 7,000.000000000000000 |
| | | | FIL-PERP | -0.000000000000014 | | -0.000000000000014 |
| | | | FTT | 0.016037002048710 | | 0.016037002048710 |
| | | | FTT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GALA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GDXJ | 85.368978000000000 | | 85.368978000000000 |
| | | | ICX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | KSM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NEO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | REN | 0.000000000418314 | | 0.000000000418314 |
| | | | REN-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ROSE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RUNE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SAND-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SLP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SLV | 273.947260000000000 | | 273.947260000000000 |
| | | | SOL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | STEP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000682 | | 0.000000000000682 |
| | | | USD | -1,103.433850683945600 | | -1,103.433850683945600 |
| | | | USDT | 0.000000012687520 | | 0.000000012687520 |
| | | | WAVES-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | WRX | 0.233800000000000 | | 0.233800000000000 |
| | | | XLM-PERP | 0.000000000000000 | | 0.000000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | **Modified Claim** | |
| | | | XMR-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | XRP-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | XTZ-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | ZEC-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | ZRX-PERP | 0.00000000000000 | | 0.00000000000000 |

Other Activity Asserted: SLV: 273.94726; GDXJ: 85.368978 - I had balances of iShares
Silver Trust (SLV) and VanEck Vectors Junior Gold Miners Etf (GDXJ) in my Main
account.                                                                                                        0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does
not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books
and records.

| 94332 | Name on file | FTX Trading Ltd. | AKRO | 1,205.00000000000000 | FTX Trading Ltd. | 1,205.91292070000000 |
|---|---|---|---|---|---|---|
| | | | ALGO | | | 24.17558753000000 |
| | | | ALICE | | | 2.66525406000000 |
| | | | AMC | | | 13.34646557000000 |
| | | | ANC | | | 376.57110903000000 |
| | | | APE | 1.17000000000000 | | 1.17992749000000 |
| | | | APT | | | 1.29689657000000 |
| | | | ATLAS | 5,713.00000000000000 | | 5,712.36892531000000 |
| | | | ATOM | 1.20000000000000 | | 1.20393361000000 |
| | | | AUD | | | 0.00000000009635374 |
| | | | AVAX | 1.10000000000000 | | 1.10649222000000 |
| | | | BAO | | | 17.00000000000000 |
| | | | BTT | | | 33,942,220.50814221000000 |
| | | | CEL | | | 16.06555225000000 |
| | | | CQT | | | 120.55527454000000 |
| | | | DENT | 66,481.00000000000000 | | 66,481.51093377000000 |
| | | | DFL | | | 5,269.67253026000000 |
| | | | DOGE | | | 0.00967070000000 |
| | | | DOT | 9.00000000000000 | | 9.25341639000000 |
| | | | EDEN | | | 67.44626465000000 |
| | | | EMB | | | 338.36245055000000 |
| | | | ENJ | | | 23.49011533000000 |
| | | | ENS | | | 2.19124792000000 |
| | | | ETH | 0.01228000000000 | | 0.01228424000000 |
| | | | ETHW | 5.26000000000000 | | 5.26696540000000 |
| | | | FIDA | | | 0.35240304000000 |
| | | | FTM | 631.00000000000000 | | 631.26780815062900 |
| | | | GALA | 3,065.00000000000000 | | 3,065.83464718000000 |
| | | | GARI | | | 102.09139478000000 |
| | | | GRT | | | 208.85268363000000 |
| | | | GST | | | 2.09880985000000 |
| | | | KIN | | | 6.00000000000000 |
| | | | LINA | | | 1,215.17817794000000 |
| | | | LUA | | | 1,825.07393675000000 |
| | | | LUNA2 | | | 0.00009447522230 |
| | | | LUNA2_LOCKED | | | 0.00022044218050 |
| | | | LUNC | | | 20.57216273000000 |
| | | | MANA | 11.00000000000000 | | 11.28869515000000 |
| | | | MATIC | 24.00000000000000 | | 24.43068381000000 |
| | | | MTA | | | 188.85151188000000 |
| | | | PSY | | | 326.92552990000000 |
| | | | RAMP | | | 0.02043976000000 |
| | | | REEF | | | 20,064.95235292000000 |
| | | | RNDR | | | 26.41662882000000 |
| | | | RSR | | | 1,085.60335581000000 |
| | | | RUNE | 3.26000000000000 | | 3.26298111000000 |
| | | | SHIB | 25,000,000.51300000000000 | | 25,512,766.30807440000000 |
| | | | SKL | | | 402.96554842000000 |
| | | | SLND | | | 11.94091907000000 |
| | | | SLP | | | 16,091.17525566000000 |
| | | | SLRS | | | 327.14777696000000 |
| | | | SOS | | | 114,827,267.39366482000000 |
| | | | SPELL | 410,354.00000000000000 | | 41,035.97813240000000 |
| | | | STEP | 274.00000000000000 | | 274.00366111000000 |
| | | | STMX | | | 927.10131285000000 |
| | | | STORJ | | | 12.34981125000000 |
| | | | SUN | | | 1,353.46341540000000 |
| | | | TRX | 4,353.56000000000000 | | 4,453.56838122000000 |
| | | | UBXT | | | 1,313.80747337000000 |
| | | | USD | 17.93000000000000 | | 0.00000002097218 |
| | | | USDT | | | 17.93209327805539 |
| | | | USTC | | | 0.00000000645010 |
| | | | WNDR | | | 5.31814399000000 |
| | | | XRP | 7,135.15900000000000 | | 7,335.15897284000000 |

Other Activity Asserted: 13.34 - AMC stock                                                                                     0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does
not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books
and records.

| 83309 | Name on file | FTX Trading Ltd. | USD | 514.22000000000000 | West Realm Shires Services Inc. | 515.13309997000000 |
|---|---|---|---|---|---|---|

Other Activity Asserted: 514.22 - Deposit                                                                                     0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does
not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books
and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified
Claim.

| 70327 | Name on file | FTX Trading Ltd. | ATLAS | 4,000.00000000000000 | FTX Trading Ltd. | 4,000.00000000000000 |
|---|---|---|---|---|---|---|
| | | | AUDIO | 90.00000000000000 | | 90.00000000000000 |
| | | | COIN | | | 0.00229150240000 |
| | | | FTT | 1.39972000000000 | | 1.39972000000000 |
| | | | KIN | 1,860.00000000000000 | | 1,860.00000000000000 |
| | | | POLIS | 30.00000000000000 | | 30.00000000000000 |
| | | | TRX | 0.00000100000000 | | 0.00000100000000 |
| | | | USD | 0.13922643880000 | | 0.13922643880000 |
| | | | USDT | 0.61708551599904 | | 0.61708551599904 |
| | | | XRP | 0.96320000000000 | | 0.96320000000000 |

Other Activity Asserted: 0.002291502 - COIN                                                                                     0.00000000000000

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | **Asserted Claims** | | **Modified Claims** | |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits the asserted cryptocurrency quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 8535 | Name on file | FTX Trading Ltd. | INTER | | FTX Trading Ltd. | 50.000000000000000 |
| | | | USD | 0.000000014152732 | | 0.000000014152732 |
| | | | USDT | | | 0.000000005802259 |
| | | | Other Activity Asserted: None - None | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 30210 | Name on file | FTX Trading Ltd. | AAVE | 7.859030000000000 | West Realm Shires Services Inc. | 7.859030000000000 |
| | | | BAT | 4,045.707000000000000 | | 4,045.707000000000000 |
| | | | BCH | 2.761329000000000 | | 2.761329000000000 |
| | | | BTC | 0.022685500000000 | | 0.022685500000000 |
| | | | DOGE | 281.800000000000000 | | 281.800000000000000 |
| | | | ETH | 1.035094000000000 | | 1.035094000000000 |
| | | | ETHW | 0.238094000000000 | | 0.238094000000000 |
| | | | GRT | 3,442.482000000000000 | | 3,442.482000000000000 |
| | | | KSHIB | 4,974.530000000000000 | | 4,974.530000000000000 |
| | | | LINK | 188.743900000000000 | | 188.743900000000000 |
| | | | LTC | 6.172270000000000 | | 6.172270000000000 |
| | | | MATIC | 431.237000000000000 | | 431.237000000000000 |
| | | | MKR | 0.096832000000000 | | 0.096832000000000 |
| | | | SHIB | 33,862,800.000000000000000 | | 33,862,800.000000000000000 |
| | | | SOL | 35.702510000000000 | | 35.702510000000000 |
| | | | SUSHI | 530.571000000000000 | | 530.571000000000000 |
| | | | TRX | 3,300.117000000000000 | | 3,300.117000000000000 |
| | | | UNI | 13.196700000000000 | | 13.196700000000000 |
| | | | USD | | | 30.434696678000000 |
| | | | WBTC | 0.015975100000000 | | 0.015975100000000 |
| | | | YFI | 0.173147000000000 | | 0.173147000000000 |
| | | | Other Activity Asserted: $30.43 - USD (USD) | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 31284 | Name on file | FTX Trading Ltd. | BTC | 0.129800000000000 | West Realm Shires Services Inc. | 0.129800000000000 |
| | | | USD | | | 9.259916800000000 |
| | | | Other Activity Asserted: 9.3 - USD CASH | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 96235* | Name on file | FTX EU Ltd. | ETH | Undetermined* | FTX Trading Ltd. | 0.000045820073380 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | ETHW | | | 0.000045690231501 |
| | | | POC Other Crypto Assertions: TOKEN | | | |
| | | | TOMOCHAIN CORTO X3 | | | 0.000000000000000 |
| | | | TRX | | | 0.003874901799613 |
| | | | USD | | | -0.030794534384181 |
| | | | USDT | | | 0.000000008603450 |
| | | | Other Activity Asserted: Año 2019 - Cía us, FBI US, casa blanca, parlamento us, parlamento EU, tribunal de justicia de California, GOVIERNO de Australia, GOVIERNO de New Zelanda por la incorporación de segunda bolsa de comercio nacional web2 y 3 con mis adquisiciones y puesta su compañía como acreedora de las compras de inversiones pídiéndoles obligadamente la condena o la ejecucion de este individuo de elon must Zipa si o si o serán govíornos caídos por culpa de este muñeco ladrón de bancos copidor de instrumentos financieros robo de red bsc sin ocupar si red xrp en contratos de trabajadores de Cryptomonedas | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 69563 | Name on file | FTX Trading Ltd. | ATLAS | 999.815700000000000 | FTX Trading Ltd. | 1,999.631400000000000 |
| | | | BTC | | | 0.000000001350000 |
| | | | CEL | 9.998100000000000 | | 9.998100000000000 |
| | | | DFL | | | 40.000000000000000 |
| | | | DOGE | 1,907.986219630000000 | | 1,907.986219630000000 |
| | | | FTT | 25.576134070000000 | | 25.576134070000000 |
| | | | GALA | 80.000000000000000 | | 80.000000000000000 |
| | | | HNT | | | 2.699639000000000 |
| | | | IMX | 30.000000000000000 | | 30.000000000000000 |
| | | | LINK | 10.400000000000000 | | 10.400000000000000 |
| | | | MNGO | | | 249.954875000000000 |
| | | | MOB | | | 3.499354950000000 |
| | | | POLIS | | | 20.000000000000000 |
| | | | RAY | 20.887533230000000 | | 20.897030980000000 |
| | | | SLRS | | | 102.981408500000000 |
| | | | SOL | 21.027258690000000 | | 21.030001033000000 |
| | | | SPELL | 1,600.000000000000000 | | 1,600.000000000000000 |
| | | | SRM | 17.441177840000000 | | 17.441318610000000 |
| | | | SRM_LOCKED | | | 0.358987130000000 |
| | | | STARS | | | 8.000000000000000 |
| | | | USD | 0.240000000000000 | | 0.241681397891212 |
| | | | USDT | | | 0.000000014585181 |
| | | | Other Activity Asserted: 5000 - FTX Blockfolio | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 34165 | Name on file | FTX Trading Ltd. | 1INCH | | FTX Trading Ltd. | 31.098601990000000 |
| | | | ALPHA | 534.105213640000000 | | 534.105213640000000 |
| | | | ALTBEAR | | | 0.000000004815412 |
| | | | ALTBULL | | | 0.000000004313111 |
| | | | AUDIO | | | 47.887769380000000 |
| | | | BEARSHIT | 19,479,012.698902490000000 | | 19,479,012.698902490000000 |
| | | | BTC | 0.115723240000000 | | 0.115723243198720 |
| | | | C98 | | | 185.590207630000000 |
| | | | CAD | 145.740000000000000 | | 145.744455846583120 |

96235*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Twentieth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claim** |
| | | | CLV | | | 98.492901020000000 |
| | | | DEFIBEAR | | | 0.000000000258104 |
| | | | DEFIBULL | 22.888463920000000 | | 22.888463921287826 |
| | | | DOGE | 2,201.598043140000000 | | 2,201.598043140000000 |
| | | | ETH | 0.488792500000000 | | 0.488792504413567 |
| | | | ETHBULL | | | 0.000000001310542 |
| | | | ETHW | | | 0.000000004413567 |
| | | | GODS | | | 13.000253660000000 |
| | | | GRT | 107.156029680000000 | | 107.156029680000000 |
| | | | HNT | | | 9.843338950000000 |
| | | | IMX | 16.564546210000000 | | 16.564546210000000 |
| | | | JET | 569.648897130000000 | | 569.648897130000000 |
| | | | LINK | 19.196417370000000 | | 19.196417370000000 |
| | | | MAPS | | | 114.106935450000000 |
| | | | MATH | | | 211.552044800000000 |
| | | | MATIC | 95.207544720000000 | | 95.207544727183150 |
| | | | MOB | | | 7.081963830000000 |
| | | | OXY | | | 649.271551930000000 |
| | | | PERP | | | 7.800335480000000 |
| | | | SECO | | | 3.820187950000000 |
| | | | SKL | | | 366.072181300000000 |
| | | | SLRS | | | 187.189951430000000 |
| | | | SOL | 28.067831440000000 | | 28.067831440000000 |
| | | | SRM | 310.509546260000000 | | 310.509546260000000 |

Other Activity Asserted: $5k CAD but varies with volatility of the assets - I also hold 185.59020763 of Coin98 (C98), 211.5520448 of Math Token (MATH), 31.09860199 of 1Inch Token (1INCH), 9.84333895 of Helium (HNT), 649.27155193 of Oxygen Ecosystem Token (OXY), 366.0721813 of SKALE, 3.82018795 of Serum Ecosystem Pool Token (SECO), 47.88776938 of Audius (AUDIO), 114.10693545 of MAPS, 98.49290102 of Clover (CLV), 7.08196383 of MobileCoin, 187.18995143 of Solrise, 7.80033548 of Perpetual (PERP), and 13.00025366 of Gods Chain (GODS) — 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 78494 | Name on file | FTX Trading Ltd. | BTC | 0.231943020000000 | FTX Trading Ltd. | 0.231943020000000 |
| | | | DENT | | | 1.000000000000000 |
| | | | ETH | 0.249809070000000 | | 0.249809070000000 |
| | | | ETHW | 0.249674550000000 | | 0.249674550000000 |
| | | | LUNA2 | 1.737000000000000 | | 1.736962667000000 |
| | | | LUNA2_LOCKED | | | 3.910210704000000 |
| | | | LUNC | 26,572.747000000000000 | | 26,572.746546990000000 |
| | | | SOL | 14.148300000000000 | | 14.148260740000000 |
| | | | TRX | 1.001700000000000 | | 1.001734000000000 |
| | | | USD | 2,366.420000000000000 | | 2,366.415300311505200 |
| | | | USDT | 0.000000010000000 | | 0.000000012440025 |

Other Activity Asserted: 100 dollars - API platform earning program — 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 30729 | Name on file | West Realm Shires Services Inc. | BAT | | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | BTC | | | 0.000000000011859 |
| | | | DOGE | | | 1.000000000000000 |
| | | | ETH | | | 0.000000005394433 |
| | | | SHIB | | | 1.000000000000000 |
| | | | SOL | 101.077801790000000 | | 101.077801790000000 |
| | | | USD | 101,250.110000000000000 | | 101,250.114643273070000 |
| | | | USDT | | | 1.015712560000000 |

Other Activity Asserted: None - None — 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 6529 | Name on file | FTX Trading Ltd. | BAT | 0.319668390000000 | West Realm Shires Services Inc. | 0.319668390000000 |
| | | | BCH | 0.037249442000000 | | 0.037249442000000 |
| | | | BRZ | 3.000000000000000 | | 3.000000000000000 |
| | | | CUSDT | 9.000000000000000 | | 9.000000000000000 |
| | | | DOGE | 16,950.925000000000000 | | 16,950.924625430000000 |
| | | | ETH | | | 1.095938100000000 |
| | | | ETHW | 1.095900000000000 | | 1.095936810000000 |
| | | | TRX | | | 3.000000000000000 |
| | | | UNI | | | 1.000000000000000 |
| | | | USD | | | 0.000068159228321 |

Other Activity Asserted: 3900, 4210, 300 - eth, doge, btc — 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 7018 | Name on file | FTX Trading Ltd. | BAO | | FTX Trading Ltd. | 1.000000000000000 |
| | | | SOL | Undetermined* | | 1.319577710000000 |
| | | | USD | | | 32.610448432554890 |
| | | | USDT | | | 0.000000000000000 |

Other Activity Asserted: None - I requested withdraw funds, unsuccessful — 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 37999 | Name on file | FTX Trading Ltd. | 1INCH | 11.142558830000000 | FTX Trading Ltd. | 0.000000000500000 |
| | | | BNB | 1.131648490000000 | | 0.000000000000000 |
| | | | BTC | 0.065615300000000 | | 0.000000000000000 |
| | | | DOT | 11.255903720000000 | | 0.000000000000000 |
| | | | ETH | 0.326380540000000 | | 0.000000000000000 |
| | | | ETHW | | | 0.000097000000000 |
| | | | FTM | | | 0.000000000000000 |
| | | | FTT | 0.000000000000000 | | 8.299146580000000 |
| | | | MATIC | 140.754696810000000 | | 0.000000000000000 |
| | | | SAND | | | 0.000000000000000 |
| | | | SOL | 7.467817800000000 | | 0.000000000000000 |
| | | | SUSHI | | | 0.000000000000000 |
| | | | UNI | | | 0.000000000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | USD | 0.000000375506860 | | |
| | | | USDT | 0.000000000000000 | | 6,622.108557773600000 |
| | | | Other Activity Asserted: None - None | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 8828 | Name on file | FTX Trading Ltd. | AUDIO | 835.433600000000000 | FTX Trading Ltd. | 835.433600000000000 |
|---|---|---|---|---|---|---|
| | | | AVAX | | | 0.028189100000000 |
| | | | BNB | 0.310000000000000 | | 0.310000000000000 |
| | | | BTC | 0.072465610000000 | | 0.072465614595825 |
| | | | DOT | | | 0.070000000000000 |
| | | | ETH | 0.029000000000000 | | 0.029000000000000 |
| | | | ETHW | | | 0.029000000000000 |
| | | | USD | 0.668458961271000 | | 0.668458961271000 |
| | | | Other Activity Asserted: My balances at ftx.com - My balances at ftx.com | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 22546 | Name on file | FTX Trading Ltd. | BNB | 0.000000000191249 | FTX Trading Ltd. | 0.000000000191249 |
|---|---|---|---|---|---|---|
| | | | BTC | 0.000000000987311 | | 0.000000000987311 |
| | | | CEL | 0.000000009803290 | | 0.000000009803290 |
| | | | ETH | 0.000000005833380 | | 0.000000005833380 |
| | | | FTT | 25.414050575765200 | | 25.414050575765200 |
| | | | SOL | 0.984374660000000 | | 0.984374660000000 |
| | | | TRX | 0.000287005370630 | | 0.000287005370630 |
| | | | UNI | 0.000000001607980 | | 0.000000001607980 |
| | | | USD | 5.712387282072780 | | 5.712441249692208 |
| | | | USDT | 0.000000010818356 | | 0.012718215307134 |
| | | | XLM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: USDC[26192], BTC[0.7622], ETH[3.094] - My Unique Customer Code is ######## and on email dated 30 Mar 2023 (FTX - Your Scheduled Claim Information and Unique Customer Code) it also listed out my holding in Blockfolio | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. The liability on account of the claimant's other activity is reflected in filed claim 39523. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 91526 | Name on file | FTX Trading Ltd. | ALGO-PERP | | FTX Trading Ltd. | 6,000.000000000000000 |
|---|---|---|---|---|---|---|
| | | | ETH | 3.599320000000000 | | 3.599320000000000 |
| | | | ETHW | | | 0.000320000000000 |
| | | | FTM | 4,001.199600000000000 | | 4,001.199600000000000 |
| | | | FTT | | | 0.080000000000000 |
| | | | STX-PERP | | | 0.000000000000000 |
| | | | SXP-PERP | | | 3,000.000000000000000 |
| | | | USD | 14,686.260000000000000 | | 14,686.255790592600000 |
| | | | Other Activity Asserted: Long6,000 ALGO and Long3,000 SXP - (1) ALGO-PERPLong6,000 ALGO and (2) SXP-PERPLong3,000 SXP | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 87143 | Name on file | FTX Trading Ltd. | AAPL | | FTX Trading Ltd. | 7.019026120000000 |
|---|---|---|---|---|---|---|
| | | | ARS | | | 0.000000000000000 |
| | | | AVAX | 0.099133315040331 | | 0.099133315040331 |
| | | | DOT | 0.069605160000000 | | 0.069605164253052 |
| | | | FTT | 24.298060000000000 | | 24.298060000000000 |
| | | | GALA | 180.000000000000000 | | 180.000000000000000 |
| | | | MBS | | | 0.999418000000000 |
| | | | NIO | | | 30.524011783003296 |
| | | | POLIS | 0.089155400000000 | | 0.089155400000000 |
| | | | RNDR | | | 26.081315579151000 |
| | | | SAND | 181.175587600000000 | | 181.175587580000000 |
| | | | SOL | 2.771710100000000 | | 2.771710011859405 |
| | | | SPELL | 99.840000000000000 | | 99.840000000000000 |
| | | | STARS | | | 0.975800000000000 |
| | | | STORJ | | | 10.700000000000000 |
| | | | TSLA | | | 7.256947800000000 |
| | | | TWTR-1230 | | | 0.000000000000000 |
| | | | USD | 1,133.615877850000000 | | 1,133.615877850312000 |
| | | | USDT | 16.201552250000000 | | 16.201552255402003 |
| | | | Other Activity Asserted: TSLA:7.2569478;AAPL:7.01902612;NIO:30.52401178 - TSLA,AAPL,NIO | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 71185 | Name on file | FTX Trading Ltd. | AKRO | | FTX Trading Ltd. | 11.000000000000000 |
|---|---|---|---|---|---|---|
| | | | ALPHA | | | 1.016926820000000 |
| | | | BAO | 69.000000000000000 | | 69.000000000000000 |
| | | | BTC | 0.235055790000000 | | 0.235055790000000 |
| | | | COIN | | | 1.032750790000000 |
| | | | COMP | | | 1.092014900000000 |
| | | | CUSDT | 1.092014900000000 | | 0.000000000000000 |
| | | | DENT | 8.000000000000000 | | 8.000000000000000 |
| | | | DOT | 15.095247050000000 | | 15.291245610000000 |
| | | | FTT | 15.095247050000000 | | 15.095247050000000 |
| | | | GALA | 902.801401850000000 | | 902.801401850000000 |
| | | | GBP | 97.840000000000000 | | 97.835637152293000 |
| | | | HNT | 15.880525740000000 | | 15.880525740000000 |
| | | | KIN | 65.000000000000000 | | 65.000000000000000 |
| | | | LINK | 55.895486000000000 | | 55.895483860000000 |
| | | | MANA | 48.451252590000000 | | 48.451252590000000 |
| | | | MATIC | 342.769342920000000 | | 342.769342920000000 |
| | | | NEAR | 3.662193110000000 | | 3.662193110000000 |
| | | | RSR | 8,199.360071140000000 | | 8,199.360071140000000 |
| | | | SOL | 17.337768940000000 | | 17.337768940000000 |
| | | | TRX | 10.000000000000000 | | 10.000000000000000 |
| | | | UBXT | 15.000000000000000 | | 15.000000000000000 |
| | | | USD | | | 0.000000009628518 |
| | | | XRP | 861.192342840000000 | | 861.192342840000000 |
| | | | Other Activity Asserted: I don't know cos I can't log onto platform - Some shares. One or two of Coinbase and something else | | | 0.000000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | **Asserted Claims** | | **Modified Claim** | |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 62240 | Name on file | West Realm Shires Services Inc. | POC Other NFT Assertions: 06X-BO | | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | BRZ | 1.000000000000000 | | 2,536.357174720000000 |
| | | | CUSDT | | | 3.000000000000000 |
| | | | POC Other NFT Assertions: LITTLE HOUSE WITH PICKET FENCE | | | 0.000000000000000 |
| | | | NFT (292517590196140775/SOLNINJAS #2234) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (304193018645499083/MAMBA #2) | | | 1.000000000000000 |
| | | | NFT (313600484802482600/NICKY) | | | 1.000000000000000 |
| | | | NFT (317250263303086346/COMP. MAN 2) | | | 1.000000000000000 |
| | | | NFT (318029017659108343/DJ TIME) | | | 1.000000000000000 |
| | | | NFT (322913801697259311/SOLNINJAS #189) | | | 1.000000000000000 |
| | | | NFT (326255109274558433/CAT RAUSS #3) | | | 1.000000000000000 |
| | | | NFT (346562353840223597/CRYPTOGRAPHIC ZOMBIE #13) | | | 1.000000000000000 |
| | | | NFT (347667904035193588/CRYPTOFABULA #94) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (349970973252041895/MAD GIRL SERIES #6) | | | 1.000000000000000 |
| | | | NFT (355056835568306621/GOLD) | | | 1.000000000000000 |
| | | | NFT (357460951356510484/LITTLE HOUSE WITH PICKET FENCE) | | | 1.000000000000000 |
| | | | NFT (406268074600886621/PANDAS #7) | | | 1.000000000000000 |
| | | | NFT (415768016159937173/HOLY UNICORN EDITION #3) | | | 1.000000000000000 |
| | | | NFT (437535337674386975/COMBINATION OF COLORS RAUSS) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (457253979347673973/FIREY) | | | 1.000000000000000 |
| | | | NFT (494333465843156645/CRISTMAS) | | | 1.000000000000000 |
| | | | NFT (522890751432550091/06X-BO) | | | 1.000000000000000 |
| | | | NFT (533599201047351919/CRYPTOFABULA #231) | | | 1.000000000000000 |
| | | | NFT (573104144968730421/HOLY UNICORN EDITION #11) | | | 1.000000000000000 |
| | | | SOL | | | 1.273572590000000 |
| | | | USD | | | 159.108915753689160 |
| | | | Other Activity Asserted: 400 - Additional NFTs that were were not listed above. 16 NFTs not listed above | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 28881 | Name on file | FTX Trading Ltd. | ATLAS | 1,087.406739080000000 | FTX Trading Ltd. | 1,087.406739080000000 |
| | | | BAO | | | 2.000000000000000 |
| | | | BTC | 0.029171740000000 | | 0.024071744854955 |
| | | | CRO | 15,017.463175220000000 | | 15,010.463175220000000 |
| | | | DENT | | | 1.000000000000000 |
| | | | ETH | 0.097234730000000 | | 0.097234730000000 |
| | | | ETHW | | | 0.000000006051604 |
| | | | FTM | 577.389390730000000 | | 577.389390730000000 |
| | | | FTT | 22.763682320000000 | | 0.000000000000000 |
| | | | IMX | 34.162429950000000 | | 34.162429950000000 |
| | | | KIN | | | 3.000000000000000 |
| | | | LUNA2 | 0.006742750000000 | | 0.000000000000000 |
| | | | LUNC | 1,468.250000000000000 | | 0.000000000000000 |
| | | | RAY | 54.041406390000000 | | 0.000000000000000 |
| | | | SHIB | 353.291872010000000 | | 353.291872010000000 |
| | | | SOL | | | 20.020871050000000 |
| | | | USD | 3.040000000000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: 0.02407174 BTC, 15,010.46 CRO + others see above - The claims relate to my combined FTX.Com and BlockFolio (FTX Earn Balances). My blockfolio account number is ######## | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.