**<u>SCHEDULE 2</u>**

**Overstated and/or Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
One Hundred Twenty-Fifth Omnibus Claims Objection
Schedule 2 - Modified Claims

| Claim Number | Name | Debtor (Asserted) | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| 76002 | Name on file | FTX Trading Ltd. | ADABULL | 783.218557228365000 | FTX Trading Ltd. | 783.218557228365000 |
| | | | ALGO | 0.000000000461333 | | 0.000000000461333 |
| | | | BTC | 0.000000009343448 | | 0.000000009343448 |
| | | | CEL | 0.000000004401536 | | 0.000000004401536 |
| | | | CRO | 0.000000009252835 | | 0.000000009252835 |
| | | | DOGE | 0.000000003346000 | | 0.000000003346000 |
| | | | DOT | 0.000000000180215 | | 0.000000000180215 |
| | | | ETH | 0.000000006232759 | | 0.000000006232759 |
| | | | GRTBULL | 148,713,312.353768830000000 | | 148,713,312.353768830000000 |
| | | | LTCBULL | 8,071,224.389193748000000 | | 8,071,224.389193748000000 |
| | | | LUNA2 | 10.000000000000000 | | 10.000000000000000 |
| | | | LUNA2_LOCKED | 816.247386500000000 | | 816.247386500000000 |
| | | | MATIC | 0.000000001881173 | | 0.000000001881173 |
| | | | MATICBULL | 1,584,754.160844798200000 | | 1,584,754.160844798200000 |
| | | | SHIB | 0.000000008150482 | | 0.000000008150482 |
| | | | SNX | 0.000000009943690 | | 0.000000009943690 |
| | | | TRX | 0.000000000104690 | | 0.000000000104690 |
| | | | UNISWAPBULL | 13,354.806651620987000 | | 13,354.806651620987000 |
| | | | USD | 4,658.208565928846000 | | 4,658.208565928846000 |
| | | | USDT | 0.000000006765096 | | 0.000000006765096 |
| | | | VETBULL | 3,842,563.710063132000000 | | 3,842,563.710063132000000 |
| | | | XLMBULL | 0.000000000417460 | | 0.000000000417460 |
| | | | XRPBULL | 58,372,908.583731845000000 | | 58,372,908.583731845000000 |
| | | | Other Activity Asserted: 4,205.63696575 USDC - Withdrawal transaction not executed dated 08/11/2022, 13:09:19 | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor (Asserted) | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| 78693 | Name on file | West Realm Shires Services Inc. | ALGO | 6,024.000000000000000 | West Realm Shires Services Inc. | 6,024.000000000000000 |
| | | | BTC | 0.000016230000000 | | 0.000016230000000 |
| | | | DOGE | 0.626800000000000 | | 0.626800000000000 |
| | | | ETH | 0.000000003983906 | | 0.000000003983906 |
| | | | MATIC | 0.113000000000000 | | 0.113000000000000 |
| | | | SHIB | 165,520,772.700000000000000 | | 0.000000000000000 |
| | | | SOL | 0.000000000826000 | | 0.000000000826000 |
| | | | USD | 0.491071788366800 | | 0.491071788366800 |
| | | | USDT | 1.183693390394100 | | 1.183693390394100 |
| | | | Other Activity Asserted: 165,520,772.7 SHIB - I have a pending withdrawal of 165,520,772.7 SHIB token | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor (Asserted) | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| 94029 | Name on file | FTX Trading Ltd. | USD | 5,000.000000000000000 | West Realm Shires Services Inc. | 0.000000009827710 |
| | | | Other Activity Asserted: I dont know - I have not been able to log into my account to attest to losses and detail of cash and investments | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor (Asserted) | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| 58324 | Name on file | West Realm Shires Services Inc. | ALGO | 0.443437000000000 | West Realm Shires Services Inc. | 0.443437000000000 |
| | | | BAT | 1.000000000000000 | | 1.000000000000000 |
| | | | BRZ | 1.000000000000000 | | 1.000000000000000 |
| | | | BTC | 0.038903580000000 | | 0.038903580000000 |
| | | | DOGE | 2.002339760000000 | | 2.002339760000000 |
| | | | ETHW | 2.266682670000000 | | 2.266682670000000 |
| | | | GRT | 1.000000000000000 | | 1.000000000000000 |
| | | | TRX | 8.000017000000000 | | 8.000017000000000 |
| | | | USD | 3,062.624387776580000 | | 3,062.624387776580000 |
| | | | USDT | 0.010924080018654 | | 0.010924080018654 |
| | | | Other Activity Asserted: $2,300 - On November 8th, 2022 I transferred out $1,700, and on November 9th I transferred out $600 but I have never received the money in my personal bank account. I already reported this to the FBI. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor (Asserted) | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| 12844 | Name on file | FTX Trading Ltd. | ETH | 0.000663520000000 | FTX Trading Ltd. | 0.000663520000000 |
| | | | ETHW | 0.000663520000000 | | 0.000663520000000 |
| | | | PAXG-20210326 | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 8,141.390000003288750 | | 60.000000003288750 |
| | | | USDT | 0.000011410187698 | | 0.000011410187698 |
| | | | Other Activity Asserted: 8081.31664167 USDC - I Transfered USDC to ######## this address in 2022/11/8 | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The liability asserted in the claimant's other activity is reflected in filed claim 6196. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor (Asserted) | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| 94031 | Name on file | West Realm Shires Services Inc. | BRZ | 4.000000000000000 | West Realm Shires Services Inc. | 4.000000000000000 |
| | | | DOGE | 2.000000000000000 | | 2.000000000000000 |
| | | | MATIC | 0.000000008120415 | | 0.000000008120415 |
| | | | SHIB | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 2.060778634661019 | | 1,085.060778634660000 |
| | | | USDT | 4.000000000000000 | | 0.000000000139923 |
| | | | Other Activity Asserted: 4,000.00 - I had around 4,000 dollars I was going to withdrawal and was never deposited the day ftx shutdown. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted as the modified tickers and quantities above that reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor (Asserted) | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| 54348 | Name on file | West Realm Shires Services Inc. | POC Other Fiat Assertions: BANK TRANSFER 11/10/2022, 1:24:58 | | West Realm Shires Services Inc. | |
| | | | AMUSD (FIAT) | 8,680.000000000000000 | | 1.000000000000000 |
| | | | DOGE | 1.000000000000000 | | 1.000000000000000 |
| | | | SHIB | 1.000000000000000 | | 1.000000000000000 |
| | | | SOL | 0.000004940000000 | | 0.000004940000000 |
| | | | USD | 9,161.480000000000000 | | 9,161.482022888230000 |
| | | | USDT | 0.000000013946409 | | 0.000000013946409 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | **Asserted Claims** | | **Modified Claim** | |
| | | | Other Activity Asserted: 8,680 USD - A money transfer that was not completed I never received any funds in my bank account from the electronic transfer ACH. The transfer was initiated on this date11/10/2022, 1:24:58 AM and was posted to my FTX account, but never completed | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 72388 | Name on file | West Realm Shires Services Inc. | NFT (306210952681259545/2974 FLOYD NORMAN - CLE 5-0191) | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | NFT (364327061101333235/BIRTHDAY CAKE #0237) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (390890692407998862/THE 2974 COLLECTION #0237) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (452648750573585264/2974 FLOYD NORMAN - OKC 3-0259) | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 10,002.000000000000000 | | 10,000.000000000000000 |
| | | | Other Activity Asserted: $9,998 - I did a bank transfer on 11/8/22 at11:46.09PM for $9,998 USD FIAT. I believe this was ACH using Circle (through FTX.US of course) The money never hit my bank account | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 57338 | Name on file | FTX Trading Ltd. | AXS-PERP | 0.000000010000000 | FTX Trading Ltd. | 0.000000010000000 |
| | | | BNB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BSV-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC | 0.000000038105700 | | 0.000000038105700 |
| | | | BTC-MOVE-2019Q4 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-MOVE-WK-20200221 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-MOVE-WK-20200228 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | COMP | 0.000000010000000 | | 0.000000010000000 |
| | | | ETH | 0.000000010000000 | | 0.000000010000000 |
| | | | FIL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 0.048888156684040 | | 0.048888156684040 |
| | | | LEO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 90.137448878040940 | | 90.137448878040940 |
| | | | USDT | 10,000.540000000000000 | | 0.540348796335840 |
| | | | Other Activity Asserted: USDT 10,090.14 - USDT 10,000 deposited: ######## deposit was made on Feb-14-2023 and the amount was recently (a month ago) moved to the staging wallet: ######## | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The claimant asserts post-petition deposits which are not part of the claimant's petition date customer entitlement claim. Post-petition deposits should be claimed as a separate administrative claim in accordance with procedures established by the Court by way of the Debtors' Plan of Reorganization. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 23189 | Name on file | FTX Trading Ltd. | APE-PERP | -0.000000000000909 | FTX Trading Ltd. | -0.000000000000909 |
| | | | ATOM-PERP | 1,113.190000000000000 | | 1,113.190000000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB-PERP | -0.000000000000001 | | -0.000000000000001 |
| | | | BTC | 0.068146560000000 | | 0.068146560000000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ-PERP | 28,000.000000000000000 | | 28,000.000000000000000 |
| | | | EOS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH-PERP | -0.000000000000002 | | -0.000000000000002 |
| | | | FIL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTM-PERP | 39,373.000000000000000 | | 39,373.000000000000000 |
| | | | FTT-PERP | 0.000000000000454 | | 0.000000000000454 |
| | | | LINK-PERP | -0.000000000000909 | | -0.000000000000909 |
| | | | LUNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MANA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MASK-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MKR | 16.000640520000000 | | 16.000640520000000 |
| | | | NEAR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SAND-PERP | 6,464.000000000000000 | | 6,464.000000000000000 |
| | | | SOL | 35.785940000000000 | | 35.785940000000000 |
| | | | SOL-PERP | -0.000000000000053 | | -0.000000000000053 |
| | | | TRX | 149,999.960481000000000 | | 149,999.960481000000000 |
| | | | TRX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 15,000.000000000000000 | | -31,979.131341861212000 |
| | | | USDT | 12.450465850000000 | | 12.450465850000000 |
| | | | XMR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: my whole crypto and they should be green by now. - I have opened margin positions, im not sure if they got liquidated, because I still had a lot of balance to support the positions. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 30893 | Name on file | FTX Trading Ltd. | 1INCH | | FTX Trading Ltd. | 0.094675305378720 |
| | | | 1INCH-PERP | | | -0.000000000000000 |
| | | | AAVE-PERP | | | 0.000000000000000 |
| | | | ADA-PERP | | | 0.000000000000000 |
| | | | ALCX-PERP | | | 0.000000000000003 |
| | | | ALGO-PERP | | | 0.000000000000000 |
| | | | ALICE-PERP | | | 0.000000000000028 |
| | | | ALPHA-PERP | | | 0.000000000000000 |
| | | | AMPL-PERP | | | 0.000000000000000 |
| | | | APE-PERP | | | 0.000000000000000 |
| | | | ASD-PERP | | | -0.000000000001023 |
| | | | ATLAS-PERP | | | 0.000000000000000 |
| | | | ATOM-PERP | | | 0.000000000000454 |
| | | | AUDIO-PERP | | | 0.000000000000000 |
| | | | AVAX-PERP | | | 0.000000000000007 |
| | | | AXS-PERP | | | -0.000000000000048 |
| | | | BADGER-PERP | | | 0.000000000000000 |
| | | | BAND-PERP | | | 0.000000000000000 |
| | | | BAT-PERP | | | 0.000000000000000 |
| | | | BCH-PERP | | | -0.000000000000003 |
| | | | BIT-PERP | | | 0.000000000000000 |
| | | | BNB | | | 0.000000002927083 |
| | | | BNB-PERP | | | 0.000000000000087 |
| | | | BTC | 0.005585520000000 | | 0.005585529295722 |

| | | | | Asserted Claims | | Modified Claim |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | BTC-PERP | | | -0.494400000000002 |
| | | | BTT-PERP | | | 0.00000000000000 |
| | | | C98-PERP | | | 0.00000000000000 |
| | | | CEL-PERP | | | -0.00000000000682 |
| | | | CHZ-PERP | | | -8,000.00000000000000 |
| | | | CLV-PERP | | | 0.00000000000000 |
| | | | COMP-PERP | | | -0.00000000000008 |
| | | | COPE | | | 0.06093500000000 |
| | | | CRV | | | 0.00821000000000 |
| | | | CRV-PERP | | | 0.00000000000000 |
| | | | CVX-PERP | | | 0.00000000000000 |
| | | | DASH-PERP | | | -0.00000000000014 |
| | | | DAWN-PERP | | | -0.000000000000184 |
| | | | DENT-PERP | | | 0.00000000000000 |
| | | | DFL | | | 9.50549500000000 |
| | | | DMG | | | 0.07155880000000 |
| | | | DODO-PERP | | | 0.00000000000000 |
| | | | DOGE | 0.216740000000000 | | 0.216740000000000 |
| | | | DOGE-PERP | | | 0.00000000000000 |
| | | | DOT-PERP | | | 0.00000000000000 |
| | | | DYDX | 461.002305000000000 | | 461.00230500000000 |
| | | | DYDX-PERP | | | -0.00000000000113 |
| | | | EDEN-PERP | | | 0.00000000000000 |
| | | | EGLD-PERP | | | 0.00000000000000 |
| | | | ENJ-PERP | | | 0.00000000000000 |
| | | | ENS-PERP | | | 0.00000000000000 |
| | | | EOS-PERP | | | 0.00000000000227 |
| | | | ETC-PERP | | | -0.00000000000014 |
| | | | ETH | 0.006733890000000 | | 0.00673389383734B |
| | | | ETH-PERP | | | 0.00000000000007 |
| | | | ETHW | 0.000739350000000 | | 0.00073935025000B |
| | | | ETHW-PERP | | | 0.00000000000000 |
| | | | FIL-PERP | | | 0.00000000000000 |
| | | | FLM-PERP | | | 0.00000000000000 |
| | | | FLOW-PERP | | | -0.00000000000056 |
| | | | FLUX-PERP | | | 0.00000000000000 |
| | | | FTM-PERP | | | 0.00000000000000 |
| | | | FTT | 0.012291720000000 | | 0.01229172500000B |
| | | | FTT-PERP | | | -6,193.20000000000000 |
| | | | GLMR-PERP | | | 0.00000000000000 |
| | | | GMT-PERP | | | 0.00000000000000 |
| | | | GRT-PERP | | | 0.00000000000000 |
| | | | GST-PERP | | | 0.00000000000272B |
| | | | HMT | | | 0.02998000000000 |
| | | | HNT | | | 0.00169900000000 |
| | | | HT | | | 0.00000000013173D |
| | | | HT-PERP | | | -0.00000000000085 |
| | | | HXRO | | | 1.15921500000000 |
| | | | ICP-PERP | | | 0.00000000000056 |
| | | | JOE | 577.000000000000000 | | 577.00000000000000 |
| | | | KAVA-PERP | | | 0.00000000000000 |
| | | | KIN | 14,110,241.450000000000000 | | 14,110,241.45000000000000 |
| | | | KIN-PERP | | | 0.00000000000000 |
| | | | KLUNC-PERP | | | 0.00000000000000 |
| | | | KNC-PERP | | | 0.00000000000000 |
| | | | KSM-PERP | | | -0.00000000000003 |
| | | | LDO-PERP | | | 0.00000000000000 |
| | | | LEO | | | 0.01019000000000 |
| | | | LINA-PERP | | | 0.00464925000000 |
| | | | LINK | | | 0.00464925000000 |
| | | | LINK-PERP | | | -0.00000000000369 |
| | | | LTC | 0.091408540000000 | | 0.09140854500000 |
| | | | LTC-PERP | | | 0.00000000000000 |
| | | | LUA | | | 0.08929000000000 |
| | | | LUNA2-PERP | | | 0.00000000000000 |
| | | | LUNC-PERP | | | -0.00000000000745103 |
| | | | MANA | | | 0.95176450000000 |
| | | | MANA-PERP | | | 0.00000000000000 |
| | | | MAPS | | | 0.02008500000000 |
| | | | MAPS-PERP | | | 0.00000000000000 |
| | | | MASK-PERP | | | -2,221.00000000000000 |
| | | | MATIC | 0.013500000000000 | | 0.01350000000000 |
| | | | MATIC-PERP | | | 0.00000000000000 |
| | | | MEDIA | | | 0.00022595000000 |
| | | | MEDIA-PERP | | | 0.00000000000014 |
| | | | MER-PERP | | | 0.00000000000000 |
| | | | MNGO | | | 8.23591000000000 |
| | | | MOB-PERP | | | 0.00000000000000 |
| | | | NEO-PERP | | | -0.00000000000028 |
| | | | OKB | | | 0.00170650000000 |
| | | | OMG-PERP | | | 0.00000000000000 |
| | | | ONE-PERP | | | 0.00000000000000 |
| | | | ONT-PERP | | | 0.00000000000000 |
| | | | OP-PERP | | | 0.00000000000000 |
| | | | OXY | | | 0.01068500000000 |
| | | | OXY-PERP | | | 0.00000000000000 |
| | | | POLIS-PERP | | | 0.00000000000000 |
| | | | PROM-PERP | | | 0.00000000000000 |
| | | | RAY | 92.806062750000000 | | 92.80606275000000 |
| | | | RAY-PERP | | | 0.00000000000000 |
| | | | REEF-PERP | | | 0.00000000000000 |
| | | | RNDR-PERP | | | -0.00000000000227 |
| | | | RSR | 7.646860000000000 | | 7.64686000000000 |
| | | | RSR-PERP | | | 0.00000000000000 |
| | | | RUNE | | | 0.04045162500000 |
| | | | RUNE-PERP | | | 0.00000000000000 |
| | | | SAND-PERP | | | 0.00000000000000 |
| | | | SC-PERP | | | 0.00000000000000 |
| | | | SHIB-PERP | | | 0.00000000000000 |
| | | | SKL | | | 0.03207500000000 |
| | | | SLP | 9.982045000000000 | | 9.98204500000000 |
| | | | SLP-PERP | | | 0.00000000000000 |
| | | | SLRS | | | 0.10386000000000 |
| | | | SNX | 172.600000000000000 | | 172.60000000000000 |
| | | | SNX-PERP | | | -0.00000000000056 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claim** |
| | | | SOL-PERP | | | 0.00000000000000 |
| | | | SPELL-PERP | | | 0.00000000000000 |
| | | | SRM | | | 0.00221000000000 |
| | | | SRM-PERP | | | 0.00000000000000 |
| | | | SRN-PERP | | | 0.00000000000000 |
| | | | STEP-PERP | | | 0.00000000000000 |
| | | | STG | | | 0.84718000000000 |
| | | | STG-PERP | | | 0.00000000000000 |
| | | | STORJ-PERP | | | 0.00000000000000 |
| | | | SUSHI-PERP | | | 0.00000000000000 |
| | | | SXP-PERP | | | 0.00000000000000 |
| | | | THETA-PERP | | | 0.00000000000000 |
| | | | TOMO-PERP | | | 0.00000000000000 |
| | | | TONCOIN-PERP | | | -0.00000000000284 |
| | | | TRU-PERP | | | 0.00000000000000 |
| | | | TRX | 0.843097590000000 | | 0.843097590895574 |
| | | | TRX-PERP | | | 0.00000000000000 |
| | | | TULIP-PERP | | | 0.00000000000000 |
| | | | UNI-PERP | | | -0.00000000000113 |
| | | | UNISWAP-PERP | | | 0.00000000000000 |
| | | | USD | 70,870.32000000000000 | | 70,875.87728589667000 |
| | | | USDT | 162,320.000000000000 | | 1,623.20060421996140 0 |
| | | | USTC-PERP | | | 0.00000000000000 |
| | | | WAVES-PERP | | | 0.00000000000000 |
| | | | XEM-PERP | | | 0.00000000000000 |
| | | | XLM-PERP | | | 0.00000000000000 |
| | | | XRP-PERP | | | 0.00000000000000 |
| | | | XTZ-PERP | | | -0.00000000000227 |
| | | | YFI | | | 0.00000338000000 |
| | | | YFII-PERP | | | 0.00000000000000 |
| | | | YFI-PERP | | | 0.00000000000000 |
| | | | ZEC-PERP | | | 0.00000000000000 |
| | | | ZRX | 493.039285000000000 | | 493.039285000000000 |
| | | | 2RX-PERP | | | 0.00000000000000 |

Other Activity Asserted: 8000 usdt - On March 22, 2023, I transferred 8,000 USDT from the Bybit exchange to my account on the FTX exchange to address ######### Transaction hash for USDT on the TRX20 blockchain: ######## Time: 2023-03-22 19:45:30 Transaction link: ######## Amount: 8,000 USDT  Send Tokens. Please note that the funds were sent after the balance snapshot on 12.11.2022. I have completed the KYC procedure on both exchanges - Bybit and FTX. This should confirm that the sender and recipient of the funds are the same person. I am a citizen and resident of Ukraine, a country currently experiencing military conflict. These funds are vital to my existence, and I ask you to take this fact into consideration when reviewing my request.  Only you have access to my account on FTX, and you can help me in this matter. I can provide the following evidence:  1.    Driver's license in my name, passed KYC on both exchanges: FTX and Bybit 2.    Screenshots of withdrawals from Bybit 3.    Screenshots of the FTX dashboard before liquidation 4.    Video verification . I request that this amount be added in addition. I request that this amount be added in addition. I request for a prompt resolution of the situation, which will help me acquire housing.    0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The claimant asserts postpetition deposits dated 11/14/2022 which were not part of the claimant's petition date customer entitlement claim. Postpetition deposits should be claimed as a separate administrative claim in accordance with procedures established by the Court by way of the Debtors' Plan of Reorganization.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 24829 | Name on file | West Realm Shires Services Inc. | TRX | 118.530824650000000 | West Realm Shires Services Inc. | 118.530824650000000 |
| | | | USD | 10,062.210000000000 | | 10,060.210530710000000 |
| | | | USDT | 0.004571009765044 | | 0.004571009765044 |

Other Activity Asserted: 10,062.21 - I filed a withdrawal request on Nov 8, 2022 and your online system shows I received the money. I NEVER did. Have you even checked their bank account? I demand 100% of my withdrawal. Your system upload here under "Attachment" doesnt work, so I could not upload my communications and claim    0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 84045 | Name on file | West Realm Shires Services Inc. | USD | 17,010.000000002765264 | West Realm Shires Services Inc. | 0.000000002765264 |
| | | | USDT | 74.490449710000000 | | 74.490449710000000 |

Other Activity Asserted: $17,010.00 - Deposited funds on 21 NOV 2022.  Transfer #:######## (########)    0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The claimant asserts post-petition deposits which are not part of the claimant's petition date customer entitlement claim. Post-petition deposits should be claimed as a separate administrative claim in accordance with procedures established by the Court by way of the Debtors' Plan of Reorganization.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 88109 | Name on file | FTX Trading Ltd. | BOBA-PERP | 0.00000000000000 | FTX Trading Ltd. | 0.00000000000000 |
| | | | BUSD | 4,681.344854670000000 | | 0.00000000000000 |
| | | | CLV-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | CRO-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | FLOW-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | FTT | 2,575.191610290000000 | | 1,575.278875033463200 |
| | | | FTT-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | OMG-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | SRM | 0.212366130000000 | | 0.212366130000000 |
| | | | SRM_LOCKED | 18.424903900000000 | | 18.424903900000000 |
| | | | TRX | 230.301676000000000 | | 100.301676000000000 |
| | | | USD | 4,681.344854671881000 | | 4,681.344854671881000 |
| | | | USDT | 28,183.471126280000000 | | 12,486.732460126963000 |
| | | | USTC-PERP | 0.00000000000000 | | 0.00000000000000 |

Other Activity Asserted: 11,196 USDT, 999 FTT, 4,681 BUSD(Clear Decimal) - My fiat(crypto or coin) withdrawls. This withdrawal was not processed normally (Status in progress)    0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 91823 | Name on file | FTX Trading Ltd. | AAVE | 7.216866040685395 | FTX Trading Ltd. | 7.216866040685395 |
| | | | ETH | 1.113232120000000 | | 1.113232120000000 |
| | | | ETHW | 1.113256710000000 | | 1.113256710000000 |
| | | | FTT | 0.040802482901020 | | 0.040802482901020 |
| | | | LINK | 45.182957400000000 | | 45.182957400000000 |
| | | | LUNA2 | 0.011478763870000 | | 0.011478763870000 |
| | | | LUNA2_LOCKED | 0.026783782360000 | | 0.026783782360000 |
| | | | LUNC | 2,499.525000000000000 | | 2,499.525000000000000 |
| | | | MKR | 1.080787316273600 | | 1.080787316273600 |
| | | | SNX | 173.128266239328640 | | 173.128266239328640 |
| | | | SOL | 16.283007140000000 | | 16.283007140000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claim** |
| | | | USD | 12,207.000000000000000 | | 2,027.622024765965500 |

Other Activity Asserted: NIL - NIL

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not arrive in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 65395 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | AAVE | 1.409732100000000 | | 1.409732100000000 |
| | | | AUDIO | 0.927040000000000 | | 0.927040000000000 |
| | | | AVAX | 2.499679054680060 | | 2.499679054680060 |
| | | | BNB | 0.009998100000000 | | 0.009998100000000 |
| | | | BTC | 0.407916695590000 | | 0.407916695590000 |
| | | | BULL | 0.000084287500000 | | 0.000084287500000 |
| | | | DAI | 0.090576000000000 | | 0.090576000000000 |
| | | | DOT | 12.797568000000000 | | 12.797568000000000 |
| | | | ETHW | 0.626880870000000 | | 0.626880870000000 |
| | | | FTT | 1.298756260000000 | | 1.298756260000000 |
| | | | LINK | 7.665895000000000 | | 7.665895000000000 |
| | | | NEAR | 63.191022170000000 | | 63.191022170000000 |
| | | | SOL | 8.828392600000000 | | 8.828392600000000 |
| | | | UNI | 9.198252000000000 | | 9.198252000000000 |
| | | | USD | 0.017550476426106 | | 0.017550476426106 |
| | | | USDT | 9.021305777613149 | | 9.021305777613149 |

Other Activity Asserted: 0,125 BTC - Requested two-output BTC 09.11.2022, 19:00:58 ######## And 08.11.2022, 17:49:05 ######## withdrawal by the exchange was not executed

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 40067 | Name on file | West Realm Shires Services Inc. | BTC | 0.000091000000000 | West Realm Shires Services Inc. | 0.000091000000000 |
| | | | SOL | 4.280469820000000 | | 4.280469820000000 |
| | | | USD | 0.000000000853367 | | 0.000000000853367 |

Other Activity Asserted: 11000 - Money in Blockfolio that was transferred out but did not arrive in my bank account

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 56974 | Name on file | FTX Trading Ltd. | ALCX | 3.000000000000000 | FTX Trading Ltd. | 3.000000000000000 |
| | | | ATOM | 8.400000000000000 | | 8.400000000000000 |
| | | | BNB | 0.034000000000000 | | 0.034000000000000 |
| | | | BOBA | 2.999941800000000 | | 2.999941800000000 |
| | | | BTC | 0.004600001600000 | | 0.004600001600000 |
| | | | COMP | 0.492200000000000 | | 0.492200000000000 |
| | | | CRO | 1,050.000000000000000 | | 1,050.000000000000000 |
| | | | DOT | 43.300000000000000 | | 43.300000000000000 |
| | | | DYDX | 16.600000000000000 | | 16.600000000000000 |
| | | | ENS | 13.260000000000000 | | 13.260000000000000 |
| | | | ETH | 0.000000004000000 | | 0.000000004000000 |
| | | | FTT | 25.399037400000000 | | 25.399037400000000 |
| | | | GAL | 91.100000000000000 | | 91.100000000000000 |
| | | | GENE | 3.299437400000000 | | 3.299437400000000 |
| | | | IMX | 52.800000000000000 | | 52.800000000000000 |
| | | | LOOKS | 92.000000000000000 | | 92.000000000000000 |
| | | | LTC | 0.000245370000000 | | 0.000245370000000 |
| | | | LUA | 82.634600000000000 | | 82.634600000000000 |
| | | | LUNA2 | 7.594234863000000 | | 7.594234863000000 |
| | | | LUNA2_LOCKED | 17.719881350000000 | | 17.719881350000000 |
| | | | LUNC | 1.000000000000000 | | 1.000000000000000 |
| | | | NEAR | 79.400000000000000 | | 79.400000000000000 |
| | | | OMG | 0.499418000000000 | | 0.499418000000000 |
| | | | SHIB | 4,699,049.400000000000000 | | 4,699,049.400000000000000 |
| | | | STG | 62.000000000000000 | | 62.000000000000000 |
| | | | TOMO | 0.098380000000000 | | 0.098380000000000 |
| | | | USD | 2,340.852407031899000 | | 2,340.852407031899000 |
| | | | USDT | 0.005761852117500 | | 0.005761852117500 |
| | | | USTC | 1,075.000000000000000 | | 1,075.000000000000000 |

Other Activity Asserted: 850 - 850 USD withdraw request

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 39981 | Name on file | FTX Trading Ltd. | BAT | 2.000000000000000 | West Realm Shires Services Inc. | 2.000000000000000 |
| | | | BRZ | 2.000000000000000 | | 2.000000000000000 |
| | | | GRT | 1.000000000000000 | | 1.000000000000000 |
| | | | LINK | 3.022337100000000 | | 3.022337100000000 |
| | | | SHIB | 11.000000000000000 | | 11.000000000000000 |
| | | | TRX | 3.000000000000000 | | 3.000000000000000 |
| | | | UNI | 1.009598700000000 | | 1.009598700000000 |
| | | | USD | 22,886.227805556838600 | | 26,886.227805556838000 |
| | | | USDT | 96.461323870000000 | | 96.461323870000000 |

Other Activity Asserted: 19,400 - I withdraw 19,400 dollars from the exchange and never had it come to my bank account

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 9291 | Name on file | FTX Trading Ltd. | BTC-PERP | 0.400000000000000 | FTX Trading Ltd. | 0.400000000000000 |
| | | | BUSD | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | EUR | 0.000000007260028 | | 0.000000007260028 |
| | | | USD | 0.000000000000000 | | -5,710.623826098342000 |

Other Activity Asserted: None - I withdrew all my balance in BUSD ($1001) on the day of the blockade, so as you can see from the attached file, the withdrawal is still being requested but the balance is not displayed.

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 40697 | Name on file | FTX Trading Ltd. | BTC | 0.079085460000000 | FTX Trading Ltd. | 0.079085460000000 |
| | | | ETH | 1.306738600000000 | | 1.306738600000000 |

| Claim Number | Name | Debtor | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| | | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | ETHW | 1.306738600000000 | | 1.306738600000000 |
| | | | EUR | 4,111.440000000000000 | | 506.745687520000000 |

Other Activity Asserted: 3604.7 - Withdrawal number ######### requested on 11/11/2022 but remained incomplete (Status "requested" in main_withdrawals) | 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 15624 | Name on file | West Realm Shires Services Inc. | BTC | 0.069947100000000 | West Realm Shires Services Inc. | 0.069947100000000 |
| | | | ETH | 0.954045000000000 | | 0.954045000000000 |
| | | | ETHW | 0.172877000000000 | | 0.172877000000000 |
| | | | SOL | 0.008300000000000 | | 0.008300000000000 |
| | | | TRX | 0.000001000000000 | | 0.000001000000000 |
| | | | USD | 5,400.000000000000000 | | 5,401.470948200000000 |

Other Activity Asserted: 5400 - I made two withdraws from my FTX account on 11/7/2022 that never arrived at my bank (1st $4000. 2nd $1400). My bank has no record of the transfer being initialized. FTX never provided any type of transaction number to refer to. The fiat was deducted from my FTX account but was never processed for transfer. I don't recall what bank account I used. I will include 3 different account statements that cover that time frame. | 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 94662 | Name on file | West Realm Shires Services Inc. | POC Other Fiat Assertions: 10000 | | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | BTC | 0.000010540000000 | | 0.000010540000000 |
| | | | ETH | 0.000535800000000 | | 0.000535800000000 |
| | | | ETHW | 0.000535800000000 | | 0.000535800000000 |
| | | | SOL | 0.006600000000000 | | 0.006600000000000 |
| | | | USD | 11,627.740000000000000 | | 11,627.737076520000000 |

Other Activity Asserted: $10,000 - I received a "confirmation" of a deposit of $10,000 during the period of the liquidity issues at FTX, but no such deposit ever hit the specified account. | 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 79568 | Name on file | West Realm Shires Services Inc. | BTC | 0.000019520000000 | West Realm Shires Services Inc. | 0.000019520000000 |
| | | | USD | 25,343.540000000000000 | | 25,343.549397224200000 |

Other Activity Asserted: $25,343.54 - My withdrawal on 11/11/22 at 1:37am of $25,343.54 showed "processing" and later vanished. My bank never received the funds due to the courts halting all transactions. I have proof of my claim. | 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 80564 | Name on file | West Realm Shires Services Inc. | USD | 5,438.000000000000000 | West Realm Shires Services Inc. | 5,440.109261287250000 |

Other Activity Asserted: 5,438 US Dollars - I attempted to withdraw $5,438 from FTX US on 11/9/2022 to my bank account but it never got to my account. It is listed as a withdrawal but it never landed in my account. I received nothing from my withdrawal. Attached is a series of proof: Initial BMO bank statements from Feb 2022 proving I deposited to FTX from this account, Stripe authorization to my Bank of America account, emails from FTX processing my withdrawal, then finally bank account statements from my only 2 checking accounts (Bank of America and BMO) from the period (Nov 9) that the money would have landed in the account. | 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 89209 | Name on file | West Realm Shires Services Inc. | ETHW | 3.156524000000000 | West Realm Shires Services Inc. | 3.156524000000000 |
| | | | NEAR | 376.290074230000000 | | 376.290074230000000 |
| | | | USD | 24,301.000000000000000 | | 26,155.887068780000000 |

Other Activity Asserted: 24,000 - Yes I initiated a wire to withdraw $24,000 on Nov, 9th 2022 that never hit my bank account. | 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 7247 | Name on file | FTX Trading Ltd. | BNB | 0.409626590000000 | FTX Trading Ltd. | 0.000000003514590 |
| | | | BTC | | | 0.000000005982000 |
| | | | DOT | | | 0.000000002891187 |
| | | | ETH | 0.638055000000000 | | 0.000000002891187 |
| | | | ETHW | 0.637786910000000 | | 0.000000000000000 |
| | | | EUR | 0.000000006614142 | | 0.000000006614142 |
| | | | FTT | 25.108136100000000 | | 25.108136100000000 |
| | | | MATIC | | | 0.000000007553200 |

Other Activity Asserted: 0.40962659BTC miss. +0.638ETH still visible on app - I was registered with same email to 2 services, FTX.com (exchange) and ftx app (ex blockfolio). Now from https://claims.ftx.com I can only see the assets I had on FTX.com, (I had only FTT there) while on blockfolio I had BTC and ETH in the amounts already listed in the previous pages.On Nov.8 2022 I tried to transfer 0.40962659 BTC out of ex blockfolio app to another address, but BTCs disappeared from Ftx app and never reached the destination address | 0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The additional amount referenced in the claimant's other activity is an account with an active scheduled claim. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 42394 | Name on file | FTX Trading Ltd. | ATOM | 0.000000005977080 | FTX Trading Ltd. | 0.000000005977080 |
| | | | AVAX | 0.066822982250920 | | 0.066822982250920 |
| | | | AXS | 0.000000005000000 | | 0.000000005000000 |
| | | | BCH | 0.000000003627300 | | 0.000000003627300 |
| | | | BNB | 0.000000002879931 | | 0.000000002879931 |
| | | | BTC | 0.000022426880840 | | 0.000022426880840 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CEL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CRO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT | 0.000000005401890 | | 0.000000005401890 |
| | | | ETH | 0.000730927765120 | | 0.000730927765120 |
| | | | FTM | 0.000000000200000 | | 0.000000000200000 |
| | | | FTT | 0.091429131430619 | | 0.091429131430619 |
| | | | FTT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GMT | 0.000000005639330 | | 0.000000005639330 |
| | | | GST-PERP | -0.000000000000097 | | -0.000000000000097 |
| | | | HT | | | 71.507518727647680 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claim** |
| | | | KNC | 0.000000019705940 | | 0.000000019705940 |
| | | | KNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LINK | 0.000000000840000 | | 0.000000000840000 |
| | | | LOOKS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC | 0.000000009581780 | | 0.000000009581780 |
| | | | LUNA2 | 0.005323779219991 | | 0.005323779219991 |
| | | | LUNA2_LOCKED | 0.012422215514379 | | 0.012422215514379 |
| | | | LUNC | 0.000000000000000 | | 0.000000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MATIC | 3.610897451722139 | | 3.610897451722139 |
| | | | NEAR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SOL | 0.006977826341880 | | 0.006977826341880 |
| | | | SOL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SRM | 0.045344180000000 | | 0.045344180000000 |
| | | | SRM_LOCKED | 5.612976490000000 | | 5.612976490000000 |
| | | | SUSHI | 0.000000005000000 | | 0.000000005000000 |
| | | | SXP-20200925 | 0.000000000000000 | | 0.000000000000000 |
| | | | SXP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRX | 502,258.451387700000000 | | 1,821,177.736593779400000 |
| | | | USD | 2.162545949921091 | | 2.162545949921091 |
| | | | USDT | 0.000280400612400 | | 0.000280400612400 |
| | | | USTC | 0.000000000282803 | | 0.000000000282803 |
| | | | USTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | WBTC | 0.000073317150520 | | 0.000073317150520 |
| | | | XRP | 0.000000009162680 | | 0.000000009162680 |

Other Activity Asserted: TRX-502258.4513877 - requested and cancelled withdrawals stuck, not showing on any claim

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the customer's tickers and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 51541 | Name on file | FTX Trading Ltd. | ETH | 2.911475840000000 | FTX Trading Ltd. | 2.911475840000000 |
| | | | ETHW | 2.911475840000000 | | 2.911475840000000 |
| | | | EUR | 1,120.293139490000000 | | 1,120.293139490000000 |
| | | | USD | 0.000000018379078 | | 0.000000018379078 |

Other Activity Asserted: 1.49973 ETH - My account shows a withdrawal of 1.49973 ETH to the address ######## - This payment was not made by me.

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 91663 | Name on file | FTX Trading Ltd. | BNB | 71.739469996570180 | FTX Trading Ltd. | 71.739469996570180 |
| | | | BNB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BOBA | 0.063700000000000 | | 0.063700000000000 |
| | | | BTC | 0.000074678805400 | | 0.000074678805400 |
| | | | BTC-0325 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-0331 | 0.789800000000000 | | 0.789800000000000 |
| | | | BTC-0624 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-20210625 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-20210924 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-20211231 | 0.000000000000000 | | 0.000000000000000 |
| | | | DENT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE | 0.070085017639860 | | 0.070085017639860 |
| | | | DOT | 1,502.830158050880500 | | 1,502.830158050880500 |
| | | | FTT | 0.000000008392516 | | 0.000000008392516 |
| | | | IOTA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | IP3 | 1,500.000000000000000 | | 1,500.000000000000000 |
| | | | OMG | 1,851.013521133362000 | | 1,851.013521133362000 |
| | | | OMG-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SHIT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SOL | 0.000000000582390 | | 0.000000000582390 |
| | | | SRM | 0.563014910000000 | | 0.563014910000000 |
| | | | SRM_LOCKED | 8.436985090000000 | | 8.436985090000000 |
| | | | TRX | 0.000001000000000 | | 0.000001000000000 |
| | | | USD | 19,034.321121184200000 | | 4,534.321121184196000 |
| | | | USDT | 0.000000000309430 | | 0.000000000309430 |
| | | | XEM-PERP | 0.000000000000000 | | 0.000000000000000 |

Other Activity Asserted: I wrote it in the section above. - Blockfolio(FTX.com).   The assets I should claim from the debtor are also present within Blockfolio. My customer code for Blockfolio, issued by Kroll, is ########.The amount are BTC[3.1982453300000000],DOT[0.0086564200000000],FTT[569.1839250100000000],SOL[255.9782345300000000],SRM[2.7089730100000000],SRM_LOCKED[57.3040485300000000],USDC[5006.6731146700000000].

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The additional account referenced in the claimant's other activity is an account with an active scheduled claim. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 86976 | Name on file | FTX Trading Ltd. | ETH | 0.418134800000000 | FTX Trading Ltd. | 0.418134800000000 |
| | | | ETHW | 0.418134800000000 | | 0.418134800000000 |
| | | | USD | 56,172.000000000000000 | | 1.261153585011478 |

Other Activity Asserted: 561,72 USD - Withdrawals requested Bank transfer to Erste Bank Hungary Zrt

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 64669 | Name on file | FTX Trading Ltd. | KNC | 0.043963090000000 | FTX Trading Ltd. | 0.043963090000000 |
| | | | TRX | 0.000003000000000 | | 0.000003000000000 |
| | | | USD | 30,000.000000000000000 | | 30,029.128718640000000 |

Other Activity Asserted: 30000 - On 11/3/2022, 7:39:27 PM I requested fiat bank transfer but 30000 USD didnot came and it still says processing,

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 6078 | Name on file | FTX Trading Ltd. | BAO | 1.000000000000000 | FTX Trading Ltd. | 1.000000000000000 |
| | | | ETH | 1.152991489671020 | | 1.152991489671020 |
| | | | ETHW | 0.000004640000000 | | 0.000004640000000 |
| | | | FTT | 277.921058890000000 | | 277.921058890000000 |
| | | | TRX | 0.000018000000000 | | 0.000018000000000 |
| | | | USD | 10,484.000000000000000 | | 0.000000000000000 |
| | | | USDT | 0.085953730000000 | | 0.085953730000000 |

Other Activity Asserted: $10484 USD - A request to withdraw $10484 USD from my FTX account on November 9, 2022.

| Claim Number | Name | Asserted Claims | | | | Modified Claim | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Debtor | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The liability asserted in the claimant's other activity is reflected in filed claim 77878. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| --- | --- | --- | --- | --- | --- | --- |
| 62307 | Name on file | West Realm Shires Services Inc. | SHIB | | West Realm Shires Services Inc. | 1.00000000000000 |
| | | | USD | 7,000.000000000000 | | 7,000.004496092000000 |
| | | | USDT | | | 0.034391947419432 |
| | | | Other Activity Asserted: $7000 USD - There is a $7,000 transaction which been completed in Nov 10,2022 to FTX US bank account. Until now it still not be retruned as well as deposited to my account and display as the balance. This situation has been feedback to FTX via Email in 27 Dec 2022, the Email and transaction record has been keep if need to provide | | | 0.00000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The asserted withdrawal has been added to the modified tickers and quantities above that reflect the claimant's holdings as of the petition date.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| --- | --- | --- | --- | --- | --- | --- |
| 41211 | Name on file | FTX Trading Ltd. | ATLAS-PERP | 0.00000000000000 | FTX Trading Ltd. | 0.00000000000000 |
| | | | ATOM | 0.06960000000000 | | 0.06960000000000 |
| | | | ATOM-0930 | 0.00000000000000 | | 0.00000000000000 |
| | | | AVAX | 0.08975900000000 | | 0.08975900000000 |
| | | | AVAX-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | BTC | 0.00006571000000 | | 0.00006571000000 |
| | | | BTC-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | CHF | 5,000.00001568000200 | | 5,000.00001568000200 |
| | | | EGLD-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | ETH | 0.00085183000000 | | 0.00085183000000 |
| | | | ETH-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | ETHW | 0.00057402000000 | | 0.00057402000000 |
| | | | FTM | 0.96010000000000 | | 0.96010000000000 |
| | | | FTT-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | LTC-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | QTUM-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | RAY | 0.02739712000000 | | 0.02739712000000 |
| | | | RAY-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | SOL-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | USD | 38,269.314745832990000 | | 28,269.314745832990000 |
| | | | XRP-PERP | 0.00000000000000 | | 0.00000000000000 |
| | | | Other Activity Asserted: + USD 10000.00 - USD 10000.00 in Withdraw-Q (not paid) | | | 0.00000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.