## <u>SCHEDULE 1</u>

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Seventh Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | **Asserted Claims** | |
| 96129 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | | |
| 94080 | Name on file | West Realm Shires Services Inc. | | Undetermined* |
| | | | | |
| 94151 | Name on file | West Realm Shires Services Inc. | | Undetermined* |
| | | | | |
| 95505 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | | |
| 7153 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | | |
| 95248 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | | |
| 47636 | Name on file | FTX Trading Ltd. | CHF | |
| | | | FTM | 185.000000000000000 |
| | | | MXN | 1,000.000000000000000 |
| | | | STEP | 150.000000000000000 |
| | | | USD | 1,000.000000000000000 |
| | | | | |
| 94965 | Name on file | West Realm Shires Services Inc. | USD | 208,807.320000000000000 |
| | | | | |
| 80684 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | | |
| 95507 | Name on file | West Realm Shires Services Inc. | POC Other Crypto Assertions: TBD | 10,000.000000000000000 |
| | | | | |
| 90514 | Name on file | FTX Trading Ltd. | ARS | 50.000000000000000 |
| | | | AUD | 150.000000000000000 |
| | | | BRL | 50.000000000000000 |
| | | | CAD | 125.000000000000000 |
| | | | CHF | 500.000000000000000 |
| | | | EUR | 500.000000000000000 |
| | | | GBP | 750.000000000000000 |
| | | | GHS | 25.000000000000000 |
| | | | HKD | 30.000000000000000 |
| | | | JPY | 50.000000000000000 |
| | | | MXN | 50.000000000000000 |
| | | | SGD | 100.000000000000000 |
| | | | TRY | 50.000000000000000 |
| | | | USD | 1,000.000000000000000 |
| | | | VND | 25.000000000000000 |
| | | | XOF | 20.000000000000000 |
| | | | ZAR | 50.000000000000000 |
| | | | | |
| 10705 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | | |
| 90527 | Name on file | FTX Trading Ltd. | AKRO | 1.000000000000000 |
| | | | POC Other Ticker Assertions: BOBA NETWORK | 9.821200000000000 |
| | | | SOL | 0.938447900000000 |
| | | | POC Other Ticker Assertions: STAR ATLAS ATLAS | 1,027.613300000000000 |
| | | | | |
| 30991 | Name on file | West Realm Shires Services Inc. | BTC | Undetermined* |

Reason (each claim): The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | **Asserted Claims** | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 89222 | Name on file | FTX Trading Ltd. | ATLAS | 2,324.175500000000000 |
| | | | BNB | 1.061000000000000 |
| | | | CRO | 901.540100000000000 |
| | | | ETH | 0.116798700000000 |
| | | | GALA | 876.377000000000000 |
| | | | MANA | 7.087000000000000 |
| | | | TRX | 426.406400000000000 |
| | | | XRP | 255.151200000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 69569 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 83094 | Name on file | FTX Trading Ltd. | USD | 7,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 95224 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 92122 | Name on file | FTX Trading Ltd. | BTC | 0.000006007347895 |
| | | | FTT | 0.083333333330000 |
| | | | LTC | 0.000000005787443 |
| | | | USD | 222.658749000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 92132 | Name on file | FTX Trading Ltd. | BCH | 0.005211109999578 |
| | | | USD | 95.005448090622400 |
| | | | USDT | 15.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 96851 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 34872 | Name on file | FTX EU Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 91490 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 90063 | Name on file | FTX Trading Ltd. | BNB | 1.000000000000000 |
| | | | BTC | |
| | | | DOGEBULL | |
| | | | DOT | 50.000000000000000 |
| | | | FTT | 3.000000000000000 |
| | | | LINK | 1.000000000000000 |
| | | | SAND | |
| | | | SHIB | |
| | | | SOL | 100.000000000000000 |
| | | | POC Other Ticker Assertions: TOKENS | 4.000000000000000 |
| | | | TONCOIN | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 92639 | Name on file | FTX Trading Ltd. | BTC | 0.375317230000000 |
| | | | SOL | 10.553800000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 34193 | Name on file | FTX EU Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 95392 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 95838 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 91394 | Name on file | FTX Trading Ltd. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | **Asserted Claims** | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96830 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94601 | Name on file | FTX EU Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96706 | Name on file | FTX Trading Ltd. | BCH DOGE FTT LTC SOL SRM POC Other Ticker Assertions: STABLECOIN USDC USDT | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 14667 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94996 | Name on file | West Realm Shires Services Inc. | POC Other Ticker Assertions: 303 ETH-DEPOSITED FROM MAIN ACCOUNT (########, ########) TO GREEN LEAF SUB ACCOUNT POC Other Ticker Assertions: $496,920-SALE OF ETH IN GREEN LEAF SUB ACCOUNT | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. The liability asserted in the claimant's other ticker assertions is reflected in filed claim 44144.

| 24648 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 19189 | Name on file | FTX Trading Ltd. | AAVE ADA AVAX BAT BTC CEL DOT ETH LINK LUNC MANA MATIC XRP | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 15548 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 73348 | Name on file | FTX Trading Ltd. | BULL ETHBULL | 2.183206270000000 1,013.320368580000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 93928 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 89183 | Name on file | FTX Trading Ltd. | FTT | 1,000.000000000000000 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records.

| 14558 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96835 | Name on file | FTX Trading Ltd. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 14598 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 10408 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 14488 | Name on file | West Realm Shires Services Inc. | USD | 600.000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 39280 | Name on file | FTX Trading Ltd. | BTC-PERP | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | GRT | 130.000000000000 |
| | | | LINA | 1,360.000000000000 |
| | | | MATIC-PERP | 0.000000000000000 |
| | | | SHIB | 1,100,000.000000000000 |
| | | | SLP | 1,000.000000000000 |
| | | | USD | 0.152908861885878 |
| | | | USDT | 0.000000004232282 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records.

| 34424 | Name on file | FTX Trading Ltd. | JPY | 1,193,300.000000000000 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records.

| 15692 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94519 | Name on file | FTX Trading Ltd. | GMT | 15.000000000000000 |
| | | | POC Other Ticker Assertions: GREEN SATOSHI TOKEN GST | 524.000000000000000 |
| | | | USDT | 50.000000000000000 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Turkey Teknoloji ve Ticaret Anonim Sirketi. No liability exists on the Debtors' books and records.

| 95390 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95643 | Name on file | Quoine Pte Ltd | USD | 25,000.000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 14884 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 89174 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 3894 | Name on file | FTX Trading Ltd. | USD | 947.290000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 26934 | Name on file | West Realm Shires Services Inc. | USD | 10,000.000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 91826 | Name on file | FTX EU Ltd. | BTC | 0.089812650000000 |
| | | | ETH | 0.117634122000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 91827 | Name on file | FTX EU Ltd. | BTC | 0.089812650000000 |
| | | | ETH | 0.117634122000000 |
| | | | EUR | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 80082 | Name on file | West Realm Shires Services Inc. | USD | 25,000.000000000000 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records.

| 45314 | Name on file | FTX Trading Ltd. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 90656 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 91603 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94966 | Name on file | Alameda Research LLC | USD | 40,087.500000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95011 | Name on file | Alameda Research Holdings Inc. | USD | 40,087.500000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96132 | Name on file | West Realm Shires Services Inc. | USD | 500.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 95594 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96789 | Name on file | FTX EU Ltd. | BTC | 6,904,629.000000000000000 |
| | | | LTC | 21,099.000000000000000 |
| | | | POC Other Ticker Assertions: POWER LEDGER | 2,118,879.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 4149 | Name on file | FTX Europe AG | BTC | 0.084399413000000 |
| | | | BUSD | 564.930497600000000 |
| | | | FTM | 0.084200000000000 |
| | | | FTT | 256.500000000000000 |
| | | | LUNA2 | 23.000000000000000 |
| | | | LUNA2_LOCKED | 54.448292090000000 |
| | | | LUNC | 2,540,000.000000000000000 |
| | | | SOL | 0.000337719000000 |
| | | | USD | 1,060.160000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 938 | Name on file | FTX Trading Ltd. | BTC | 0.013817100000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 62143 | Name on file | FTX Trading Ltd. | COIN | 40.704357589740000 |
| | | | LEO | 627.152279559830970 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 87563 | Name on file | Quoine Pte Ltd | USD | 2,325.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 22237 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 16000 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 52489 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 50952 | Name on file | FTX Europe AG | USD | 17,043.650000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88376 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88235 | Name on file | West Realm Shires Services Inc. | USD | 25,000.000000000000000 |

| | | | Asserted Claims | |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| --- | --- | --- | --- | --- |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 27039 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 90598 | Name on file | West Realm Shires Services Inc. | DOGE | 48,639.814261600000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 95749 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 48692 | Name on file | FTX Trading Ltd. | BCH | 10.197000000000000 |
| | | | BCH-PERP | -10.197000000000000 |
| | | | BTC | 1.088419435958850 |
| | | | BTC-0331 | 0.000000000000000 |
| | | | BTC-PERP | -1.023600000000000 |
| | | | DOT-1230 | 0.000000000000000 |
| | | | ETH | 0.000057350000000 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | FTT | 100.012325660000000 |
| | | | FTT-PERP | -41.900000000000100 |
| | | | JPY | 0.588125468452693 |
| | | | SOL-1230 | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 |
| | | | SRM | 0.010000000000000 |
| | | | USD | 24,262.657141148500000 |
| | | | USDT | 0.010000000000000 |
| | | | XRP | 2.000000000000000 |
| Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records. | | | | |
| 61582 | Name on file | FTX Trading Ltd. | BCH | 10.197000000000000 |
| | | | BCH-PERP | -10.197000000000000 |
| | | | BTC | 1.088419435958852 |
| | | | BTC-0331 | 0.000000000000000 |
| | | | BTC-PERP | -1.023600000000000 |
| | | | DOT-1230 | 0.000000000000000 |
| | | | ETH | 0.000057350000000 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | FTT | 100.012325660000000 |
| | | | FTT-PERP | -41.900000000000100 |
| | | | JPY | 0.588125468452692 |
| | | | SOL-1230 | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 |
| | | | SRM | 0.010000000000000 |
| | | | USD | 24,262.657141148502000 |
| | | | USDT | 0.010000000000000 |
| | | | XRP | 2.000000000000000 |
| Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records. | | | | |
| 68969 | Name on file | FTX Trading Ltd. | USD | 20,000.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 86168 | Name on file | FTX Trading Ltd. | BNB | Undetermined* |
| | | | DOGE | |
| | | | ETHW | |
| | | | SRM | |
| | | | TRX | |
| | | | USDC | |
| | | | USDT | |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96186 | Name on file | West Realm Shires Services Inc. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 86343 | Name on file | FTX Trading Ltd. | USD | 41.923409270250000 |
| Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records. | | | | |
| 93172 | Name on file | FTX EU Ltd. | EUR | 55.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 90544 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96169 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 88799 | Name on file | West Realm Shires Services Inc. | AVAX | 2.000000000000000 |
| | | | MATIC | 619.277700000000000 |
| | | | SOL | 119.924600000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 21060 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 14881 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 93702 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |