# SCHEDULE 2

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Seventh Omnibus Claims Objection**
**Schedule 2 - No Liability Claims**

### Asserted Claims

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 96854 | Name on file | FTX Trading Ltd. | APE | 700.000000000000000 |
| | | | BCH | 1,000.000000000000000 |
| | | | BNB | 80.000000000000000 |
| | | | BTC | 300.000000000000000 |
| | | | CEL | 500.000000000000000 |
| | | | CRO | 500.000000000000000 |
| | | | DOGE | |
| | | | ETH | 300.000000000000000 |
| | | | FTT | 5,000.000000000000000 |
| | | | TRY | 100.000000000000000 |
| | | | USD | 200.000000000000000 |
| | | | USDC | 2,500.000000000000000 |
| | | | XOF | 7.000000000000000 |

Other Activity Asserted: 5000 - Cash

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 40072 | Name on file | FTX Trading Ltd. | USD | 30.000000000000000 |

Other Activity Asserted: 30 USD - FEE VOUCHER ADJUSTMENT

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the $30 USD asserted in the other activity section of the proof of claim form. The $30 USD was a voucher provided to offset trading fees, however the claimant didn't trade on this account. The $30 vouchers were removed from the customer entitlements in the Debtors' schedule amendments filed June 27, 2023. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 15213 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: None - None

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 15834 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 3000$ - I Play NFT And Exchange Dollars

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88156 | Name on file | West Realm Shires Services Inc. | USDC | 1,000.000000000000000 |

Other Activity Asserted: &gt;$1000 - Undisclosed amount

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 94728 | Name on file | FTX Trading Ltd. | USD | 5,357.720000000000000 |
| | | | USDT | 9,997.280300000000000 |

Other Activity Asserted: 15355.0003 - Dear System Administrator: I kindly ask you to review my account again, and provide me with an explanation for the assigned amount. If possible, I'd appreciate a detailed breakdown of the calculations used to arrive at the current claim amount. I originally had a lot of assets on the platform (including Bitcoin (BTC), Metaplex Token (MPLX), Manchester City FC Fan Token (CITY)...etc. on the list above), plus the negative amount has not been automatically corrected by the system (risk preparation gold), and there are additional stored-value USDT assets on the account. My sub-account "########" was liquidated by the system on November 9, 2022, but the platform system did not display the correct balance, causing my balance to be negative. According to the FTX user terms, the risk fund should automatically replenish the balance to a positive number. I opened a work order on the FTX platform, but I haven't received a reply yet, causing my balance to be incorrect. According to the FTX platform terms: 〖When an account is approaching automatic liquidation, it will be liquidated at the liquidation price, and the liquidity supply mechanism will take over the position. The remaining margin portion is transferred to the risk reserve. If the account is liquidated, the risk reserve will allocate funds to bring the account balance back to zero. 〗 However, at that time, the clearing system did not operate normally, because spot and futures were almost suspended at that time, and the asset price on the website showed a significant difference from that of external coinbase/binance, which proved that the system did not operate normally. On the day "November 8, 2022", I did deposit a total of 9,997.2803 USDT through on-chain stored value, but it was not shown on the account. Currently only USDT 1.38 is shown on the account. In addition, in November 2022, I opened a work order on FTX. The content is that the clearing system cannot display my sub-account balance correctly! According to the user terms of the FTX website, the clearing system guarantees that users' rights will not be affected by delays in the clearing system, and that the risk reserve will allocate funds to restore the account balance to zero by the risk guarantee mechanism (system mechanism). However, the system did not take action at that time, my rights and interests were damaged, and the negative balance affected my subsequent operations, but I have not received a reply from FTX! Thank you so much.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 89991 | Name on file | FTX Trading Ltd. | EUR | 800.000000000000000 |

Other Activity Asserted: 800€ - I don't have anymore access to all details of my crypto portfolio and my earns, but I want to get back at least my first wire transfer amount

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 22260 | Name on file | FTX Trading Ltd. | USD | 0.000000000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | Other Activity Asserted: 30,00USD - FEE VOUCHER ADJUSTMENT | |
| 74908 | Name on file | FTX Trading Ltd. | USD | 0.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the $30 USD asserted in the other activity section of the proof of claim form. The $30 USD was a voucher provided to offset trading fees, however the claimant didn't trade on this account. The $30 vouchers were removed from the customer entitlements in the Debtors' schedule amendments filed June 27, 2023. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | Other Activity Asserted: 20$ - Signup trading bonus | |
| 88637 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the $20 USD asserted in the other activity section of the proof of claim form. The trading fee voucher was provided to offset trading fees, however the claimant didn't trade on this account. The vouchers were removed from the customer entitlements in the Debtors' schedule amendments filed June 27, 2023. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | Other Activity Asserted: 0 - I made an inquiry by changing my email | |
| 96669 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | Other Activity Asserted: Total claim 5643.78 - Staked ETH, shibu inu, and maker dao | |
| 47710 | Name on file | Quoine Pte Ltd | JPY | 280,510.259510000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | Other Activity Asserted: None - None | |
| 38874 | Name on file | FTX Trading Ltd. | BTC | 1.084117830000000 |

Reason: Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtor have determined that the liability rests with the non-debtor entity FTX Japan K.K. No liability exists on the Debtors' books and records. No liability exists on account of the other activity asserted.

| | | | Other Activity Asserted: More than 21 thousand USDT - I'm confused about the question no 7 , someone directed to trade me ,so I don't know more about crypto currency's type, but I had FTX account balance more then 21 thousand USDT at 11 th November 2022 | |
| 14988 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | Other Activity Asserted: nao me recordo perdi com criptomoedas $60.000,00 - Não me recordo onde investi meu dinheiro, apenas criei uma conta na FTX.COM e comprei criptomoedas , quando soube da noticia da falencia | |
| 76808 | Name on file | FTX Trading Ltd. | USD | 0.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | Other Activity Asserted: 20 - There is FEE VOUCHER ADJUSTMENT in Balance Adjustments - what is it? | |
| 78543 | Name on file | West Realm Shires Services Inc. | USD | 7,283.600000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the $20 USD asserted in the other activity section of the proof of claim form. The trading fee voucher was provided to offset trading fees, however the claimant didn't trade on this account. The vouchers were removed from the customer entitlements in the Debtors' schedule amendments filed June 27, 2023. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | Other Activity Asserted: 7,283.60 - wire transfer to my account was never deposited IMAD ######## | |
| 54341 | Name on file | FTX Trading Ltd. | USD | 30.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | Other Activity Asserted: 30 - IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. | |
| 95881 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the $30 USD asserted in the other activity section of the proof of claim form. The $30 USD was a voucher provided to offset trading fees, however the claimant didn't trade on this account. The $30 vouchers were removed from the customer entitlements in the Debtors' schedule amendments filed June 27, 2023. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | Other Activity Asserted: $50,000 - I had a balance of $50,000 USD with FTX US. On November 8, 2022, I attempted to withdraw 2 separate wires of $25,000 each. The app still shows the two wires in my withdraw history but the funds never landed at my bank. | |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 29945 | Name on file | FTX Trading Ltd. | BCH | 0.000000001933779 |
| | | | BTC | 0.000000087998340 |
| | | | XF | 0.000000004144445 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | Asserted Claims | | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |

Other Activity Asserted: ? - ######## claim

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 88796 | Name on file | West Realm Shires Services Inc. | MATIC | 309.607700000000000 |
| | | | SOL | 59.962300000000000 |

Other Activity Asserted: 59.9623 SOL and 309.6077 MATIC / 1.4714 AVAX - I had solana and matic crypto on FTX.US could not transfer to coinbase.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96278 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Other Activity Asserted: 20000 - I was a customer of these platforms

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 96546 | Name on file | FTX Trading Ltd. | BTC | 14,657.000000000000000 |
| | | | CEL | 3,200.000000000000000 |
| | | | ETH | 6,500.000000000000000 |
| | | | SUSHI | 665.000000000000000 |
| | | | USD | 750.000000000000000 |
| | | | USDC | 320.000000000000000 |
| | | | USDT | 54.000000000000000 |

Other Activity Asserted: 14000 - I believe I lost at minimum somewhere along the lines of at least $14,000

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 78797 | Name on file | FTX Trading Ltd. | SOBTC | 0.214890000000000 |

Other Activity Asserted: 0.214893 BTC = 5821$ at the time of writing. - I transferred BTC from FTX to my Solana wallet. But I didn't receive BTC, I received "(Sollet) BTC", which is issued and pegged by FTX to allow BTC to interact with the Solana blockchain. When the FTX saga happened, (Sollet) BTC lost all value and it was impossible for me to sell it anymore. Today instead of my 0.21489 (Sollet) BTC being valued 5821.02$. It is worth 286$ at the time of writing this. My claim is to be reimbursed for the (Sollet) BTC that I have in my 3rd party (phantom) wallet.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 78869 | Name on file | FTX Trading Ltd. | BTC | 0.214893000000000 |

Other Activity Asserted: 5812$ - I transferred BTC from FTX to my Solana wallet. But I didn't receive BTC, I received "(Sollet) BTC", which is issued and pegged by FTX to allow BTC to interact with the Solana blockchain. When the FTX saga happened, (Sollet) BTC lost all value and it was impossible for me to sell it anymore. Today instead of my 0.21489 (Sollet) BTC being valued 5821.02$. It is worth 286$ at the time of writing this. My claim is to be reimbursed for the (Sollet) BTC that I have in my 3rd party (phantom) wallet.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No Liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts