# SCHEDULE 1

**Duplicate Portal Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Twenty-Eighth Omnibus Claims Objection**
**Schedule 1 - Substantive Duplicate Claims**

| | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** | **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 95479 | Name on file | FTX Trading Ltd. | | | 91982 | Name on file | FTX Trading Ltd. | | |
| | | | ATOM | 65.543283870000000 | | | | ATOM | 65.543283870000000 |
| | | | AVAX | 54.968057990000000 | | | | AVAX | 54.968057990000000 |
| | | | BNB-PERP | 0.000000000000000 | | | | BNB-PERP | 0.000000000000000 |
| | | | BTC | 0.073525006000000 | | | | BTC | 0.073525006000000 |
| | | | ETH | 1.379323590000000 | | | | ETH | 1.379323590000000 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | ETHW | 1.379323590000000 | | | | ETHW | 1.379323590000000 |
| | | | SOL | 8.086560220000000 | | | | SOL | 8.086560220000000 |
| | | | TRX | 0.000018000000000 | | | | TRX | 0.000018000000000 |
| | | | USD | 118.254090530000000 | | | | USD | 118.254090530000000 |
| | | | USDT | 4,559.000000000000000 | | | | USDT | 4,559.000000000000000 |

Reason: The Claimant has filed multiple proofs of claim and conducted a transfer of their earliest filed claim. The claim to be disallowed is substantively duplicative of the surviving and properly asserted claim filed by or transferred to the transferee.

| 85300 | Name on file | FTX Trading Ltd. | | | 67977* | Name on file | West Realm Shires Services Inc. | | |
| |---|---|---|---|---|---|---|---|---|
| | | | AAVE | 18.015000000000000 | | | | BTC | 0.248451300000000 |
| | | | BNB | 0.892000000000000 | | | | LINK | 2,836.597300040000000 |
| | | | GRT | 6,968.640000000000000 | | | | USD | 8,500.130001068190000 |
| | | | LINK | 2,837.190000000000000 | | | | | |
| | | | MATIC | 5,734.620000000000000 | | | | | |
| | | | SUSHI | 499.500000000000000 | | | | | |
| | | | USD | 100.000000000000000 | | | | | |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twenty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 85301 | Name on file | FTX Trading Ltd. | USD | 100,000.000000000000000 | 67977* | Name on file | West Realm Shires Services Inc. | BTC | 0.248451300000000 |
| | | | | | | | | LINK | 2,836.597300040000000 |
| | | | | | | | | USD | 8,500.130001068190000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twenty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 96392 | Name on file | FTX Trading Ltd. | | | 43906* | Name on file | FTX Trading Ltd. | | |
| |---|---|---|---|---|---|---|---|---|
| | | | APT-PERP | -10,000.000000000000000 | | | | ALGO-PERP | 0.000000000000000 |
| | | | ETHW | 1,656.835000000000000 | | | | ANC-PERP | 0.000000000000000 |
| | | | FTT | 156.793715370000000 | | | | APE-PERP | 0.000000000000000 |
| | | | HT-PERP | -6,889.360000000000000 | | | | APT-PERP | -10,000.000000000000000 |
| | | | MATIC-PERP | -250,000.000000000000000 | | | | AUDIO-PERP | 0.000000000000000 |
| | | | SOL-PERP | -16,000.000000000000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | USD | 1,306,691.300000000000000 | | | | BAND-PERP | -14,994.100000000000000 |
| | | | | | | | | BNB-PERP | 0.000000000000000 |
| | | | | | | | | BTC-PERP | -0.000000000000001 |
| | | | | | | | | C98-PERP | 0.000000000000000 |
| | | | | | | | | CEL-PERP | 0.000000000033651 |
| | | | | | | | | CHZ-PERP | 0.000000000000000 |
| | | | | | | | | CRV-PERP | 0.000000000000000 |
| | | | | | | | | CVX-PERP | 0.000000000002728 |
| | | | | | | | | DOGE-PERP | 0.000000000000000 |
| | | | | | | | | DOT-PERP | 0.000000000000000 |
| | | | | | | | | ENS-PERP | 0.000000000000000 |
| | | | | | | | | EOS-PERP | 0.000000000000000 |
| | | | | | | | | ETC-PERP | -0.000000000000028 |
| | | | | | | | | ETH-PERP | -0.000000000000171 |
| | | | | | | | | ETHW | 1,656.835000000000000 |
| | | | | | | | | ETHW-PERP | 0.000000000000000 |
| | | | | | | | | FLM-PERP | 494,974.000000000000000 |
| | | | | | | | | FTM-PERP | 0.000000000000000 |
| | | | | | | | | FTT | 156.793715370000000 |
| | | | | | | | | FTT-PERP | 0.000000000000000 |
| | | | | | | | | FXS-PERP | 0.000000000000185 |
| | | | | | | | | GAL-PERP | 0.000000000000000 |
| | | | | | | | | GLMR-PERP | 0.000000000000000 |
| | | | | | | | | GMT-PERP | 0.000000000000000 |
| | | | | | | | | GST-PERP | 0.000000000000000 |
| | | | | | | | | HT-PERP | -6,889.360000000000000 |
| | | | | | | | | KNC-PERP | -0.000000000005912 |
| | | | | | | | | LDO-PERP | 0.000000000000000 |
| | | | | | | | | LOOKS-PERP | 0.000000000000000 |
| | | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | | MASK-PERP | 0.000000000000000 |
| | | | | | | | | MATIC-PERP | -250,000.000000000000000 |
| | | | | | | | | MTL-PERP | -0.000000000007276 |
| | | | | | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | ONE-PERP | 0.000000000000000 |
| | | | | | | | | OP-PERP | 0.000000000000000 |
| | | | | | | | | PROM-PERP | -0.000000000000071 |
| | | | | | | | | PUNDIX-PERP | 0.000000000000000 |
| | | | | | | | | RAY-PERP | 0.000000000000000 |
| | | | | | | | | REEF-PERP | 0.000000000000000 |
| | | | | | | | | RNDR-PERP | 0.000000000000000 |
| | | | | | | | | ROSE-PERP | 0.000000000000000 |
| | | | | | | | | SAND-PERP | 0.000000000000000 |
| | | | | | | | | SLP-PERP | 0.000000000000000 |
| | | | | | | | | SOL-PERP | -16,000.000000000000000 |
| | | | | | | | | STORJ-PERP | 0.000000000000000 |
| | | | | | | | | TRX-PERP | 0.000000000000000 |
| | | | | | | | | USD | 1,306,691.296719680000000 |
| | | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | | WAVES-PERP | 0.000000000000000 |
| | | | | | | | | ZIL-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 96681 | Name on file | FTX EU Ltd. | | | 93775* | Name on file | FTX EU Ltd. | | |
| |---|---|---|---|---|---|---|---|---|
| | | | AAPL-0930 | 0.000000000000000 | | | | AAPL-0930 | 0.000000000000000 |
| | | | BAO | 1.000000000000000 | | | | BAO | 1.000000000000000 |
| | | | BNB | 0.000000006000000 | | | | BNB | 0.000000006000000 |
| | | | BTC | 0.000000002690000 | | | | BTC | 0.000000002690000 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | ETH | 0.115539000000000 | | | | ETH | 0.115539000000000 |
| | | | ETHW | 0.114414430000000 | | | | ETHW | 0.114414430000000 |
| | | | FTT | 3.302780237539069 | | | | FTT | 3.302780237539069 |
| | | | KIN | 3.000000000000000 | | | | KIN | 3.000000000000000 |
| | | | LRC-PERP | 0.000000000000000 | | | | LRC-PERP | 0.000000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | LUNC-PERP | 0.000000000000000 |
| | | | MANA | 28.107018340000000 | | | | MANA | 28.107018340000000 |
| | | | RSR-PERP | 0.000000000000000 | | | | RSR-PERP | 0.000000000000000 |
| | | | SAND | 16.656010880000000 | | | | SAND | 16.656010880000000 |
| | | | SHIB-PERP | 0.000000000000000 | | | | SHIB-PERP | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | TRX | 1.000000000000000 | | | | TRX | 1.000000000000000 |
| | | | USD | 2.141916954748081 | | | | USD | 2.141916954748081 |
| | | | USDT | 41.076577128922736 | | | | USDT | 41.076577128922736 |
| | | | XAUT-PERP | 0.000000000000000 | | | | XAUT-PERP | 0.000000000000000 |
| | | | XRP | 85.856422760000000 | | | | XRP | 85.856422760000000 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| 95531 | Name on file | FTX Trading Ltd. | AUD | 78,000.000000000000000 | 81428* | Name on file | FTX Trading Ltd. | AUD | 78,000.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' One Hundred Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 96508 | Name on file | FTX Trading Ltd. | USD | 998.000000000000000 | 20207* | Name on file | FTX Trading Ltd. | ETH | 0.000839400000000 |
| | | | | | | | | ETHW | 0.550839400000000 |
| | | | | | | | | USD | 998.100113940000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' One Hundred Fourteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 96434 | Name on file | FTX Trading Ltd. | | | 36301* | Name on file | FTX Trading Ltd. | | |
| |---|---|---|---|---|---|---|---|---|
| | | | BTC | 0.000000000000000 | | | | BTC | 0.000000000000000 |
| | | | FTM | 0.000000000000000 | | | | FTM | 0.000000000000000 |
| | | | FTT | 234.930412970000000 | | | | FTT | 234.930412970000000 |
| | | | LUNA2 | 9.415021501000000 | | | | LUNA2 | 9.415021501000000 |
| | | | LUNC | 30.360000000000000 | | | | LUNA2_LOCKED | 21.990515050000000 |
| | | | SOL | 213.509326940000000 | | | | LUNC | 30.360000000000000 |
| | | | SRM | 167.376802920000000 | | | | SOL | 213.509326940000000 |
| | | | USD | 0.396922235211512 | | | | SRM | 164.479013590000000 |
| | | | | | | | | SRM_LOCKED | 2.897789330000000 |
| | | | | | | | | USD | 0.396922235211512 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Eightieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 43754 | Name on file | FTX Trading Ltd. | | | 733* | Name on file | Blockfolio, Inc. | USD | 600.400000000000000 |
| |---|---|---|---|---|---|---|---|---|
| | | | BAO | 2.000000000000000 | | | | | |
| | | | BNB | 0.000000005205675 | | | | | |
| | | | KIN | 5.000000000000000 | | | | | |
| | | | SUSHI | 0.007067679618300 | | | | | |
| | | | USDC | 0.000001675760347 | | | | | |
| | | | YFI | 0.000000001400000 | | | | | |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| 96773 | Name on file | FTX Trading Ltd. | USD | 7,500.000000000000000 | 9406* | Name on file | FTX Trading Ltd. | | |
| |---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMPL-PERP | 0.000000000000000 |
| | | | | | | | | DOGEBEAR2021 | 0.000354350000000 |
| | | | | | | | | DOGEBULL | 0.000340300000000 |
| | | | | | | | | FIL-PERP | 0.000000000000000 |
| | | | | | | | | MATICBULL | 0.013760000000000 |
| | | | | | | | | TRX | 0.010541000000000 |
| | | | | | | | | USDT | 7,278.540045758419520 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' One Hundred Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 96762 | Name on file | FTX Trading Ltd. | | | 90326* | Name on file | FTX Trading Ltd. | RUNE | 4,506.000000000000000 |
| |---|---|---|---|---|---|---|---|---|
| | | | FTT | 30.820000000000000 | | | | | |
| | | | RUNE | 4,444.749680000000000 | | | | | |
| | | | SOL | 0.990000000000000 | | | | | |
| | | | UNI | 0.068326890000000 | | | | | |
| | | | USD | 0.930000000000000 | | | | | |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' One Hundred Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 96787 | Name on file | FTX Trading Ltd. | ETH | 0.256948600000000 | 43894* | Name on file | FTX Trading Ltd. | ETH | 0.256948600000000 |
| | | | ETHW | 0.256948600000000 | | | | ETHW | 0.256948600000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' One Hundred Eleventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 95660 | Name on file | FTX EU Ltd. | EUR | 5,000.000000000000000 | 42121* | Name on file | FTX EU Ltd. | | |
| |---|---|---|---|---|---|---|---|---|
| | | | | | | | | AKRO | 1.000000000000000 |
| | | | | | | | | BAO | 4.000000000000000 |
| | | | | | | | | BAT | 1.002190910000000 |
| | | | | | | | | CHZ | 1.000000000000000 |
| | | | | | | | | CRO | 116.110602580000000 |
| | | | | | | | | DENT | 1.000000000000000 |
| | | | | | | | | ETH | 4.112693890000000 |
| | | | | | | | | ETHW | 4.112280716673081 |
| | | | | | | | | EUR | 0.000000021534513 |
| | | | | | | | | GALA | 1,711.586102590000000 |
| | | | | | | | | KIN | 3.000000000000000 |
| | | | | | | | | MATH | 1.000000000000000 |
| | | | | | | | | MATIC | 0.000541020000000 |
| | | | | | | | | RSR | 1.000000000000000 |
| | | | | | | | | SAND | 235.664698910000000 |
| | | | | | | | | SECO | 0.000007890000000 |
| | | | | | | | | TRX | 2.000000000000000 |
| | | | | | | | | UBXT | 1.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| 95380 | Name on file | FTX EU Ltd. | | | 30441* | Name on file | FTX EU Ltd. | USD | 529.700000000000000 |
| |---|---|---|---|---|---|---|---|---|
| | | | APT | 0.003072980000000 | | | | | |
| | | | APT-PERP | 0.000000000000000 | | | | | |
| | | | FTT | 0.000006446000000 | | | | | |
| | | | FTT-PERP | -0.000000000000085 | | | | | |
| | | | SOL | 0.000000001802602 | | | | | |
| | | | SOL-PERP | 0.000000000000000 | | | | | |

* 67977: Surviving Claim was ordered modified on the Debtors' Twenty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
* 43906: Surviving Claim was ordered modified on the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
* 93775: Surviving Claim is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
* 81428: Surviving Claim is pending modification on the Debtors' One Hundred Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
* 20207: Surviving Claim is pending modification on the Debtors' One Hundred Fourteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
* 36301: Surviving Claim is pending modification on the Debtors' Eightieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
* 733: Surviving Claim is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
* 9406: Surviving Claim is pending modification on the Debtors' One Hundred Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
* 90326: Surviving Claim is pending modification on the Debtors' One Hundred Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
* 43894: Surviving Claim is pending modification on the Debtors' One Hundred Eleventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
* 42121: Surviving Claim is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
* 30441: Surviving Claim is pending modification on the Debtors' Forty-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | TRX | 0.000777000000000 | | | | | |
| | | | USD | 529.701633473224900 | | | | | |
| | | | USDT | 0.000000000894096 | | | | | |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Forty-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims). | | | | | | | | | |
| 95570 | Name on file | FTX Trading Ltd. | ATOM | 10.000000000000000 | 64183* | Name on file | FTX EU Ltd. | ADA-PERP | 0.000000000000000 |
| | | | BTC | 2.040300430156195 | | | | ATOM | 10.000000000000000 |
| | | | ETH | 1.649000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | FTT | 4.773460060000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | USD | 19.005915023292516 | | | | BTC | 2.040300430156195 |
| | | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | | ETH | 1.649000000000000 |
| | | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | EUR | 9.000136188390027 |
| | | | | | | | | FTT | 4.773460060000000 |
| | | | | | | | | IOTA-PERP | 0.000000000000000 |
| | | | | | | | | LRC-PERP | 0.000000000000000 |
| | | | | | | | | LTC-PERP | 0.000000000000000 |
| | | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | | MATIC-PERP | 0.000000000000000 |
| | | | | | | | | SHIB-PERP | 0.000000000000000 |
| | | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | | USD | 19.005915023292516 |
| | | | | | | | | XRP-PERP | 0.000000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims). | | | | | | | | | |
| 96607 | Name on file | FTX Trading Ltd. | | Undetermined* | 33875* | Name on file | FTX Trading Ltd. | ETH | 0.000260000000000 |
| | | | | | | | | ETHW | 1.738260000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Seventy-Third (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims). | | | | | | | | | |
| 95692 | Name on file | FTX EU Ltd. | ADA-PERP | 0.000000000000000 | 91039* | Name on file | FTX EU Ltd. | ADA-PERP | 0.000000000000000 |
| | | | APE-PERP | 0.000000000000000 | | | | APE-PERP | 0.000000000000000 |
| | | | AXS-PERP | 0.000000000000000 | | | | AXS-PERP | 0.000000000000000 |
| | | | BTC-PE-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | ETH | 0.000019600000000 | | | | ETH | 0.000019600000000 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | ETHW | 0.000019604546685 | | | | ETHW | 0.000019604546685 |
| | | | EUR | 0.000000009713813 | | | | EUR | 0.000000009713813 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | ICX-PERP | 0.000000000000000 | | | | ICX-PERP | 0.000000000000000 |
| | | | LTC-PERP | 0.000000000000000 | | | | LTC-PERP | 0.000000000000000 |
| | | | LUNA2 | 12.885929620000000 | | | | LUNA2 | 12.885929620000000 |
| | | | LUNA2_LOCKED | 30.067169110000000 | | | | LUNA2_LOCKED | 30.067169110000000 |
| | | | LUNC | 2,805,938.304552000000 | | | | LUNC | 2,805,938.304552000000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | LUNC-PERP | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | USD | 72.990897681739970 | | | | USD | 72.990897681739970 |
| | | | USDT | 1,945.749711395619400 | | | | USDT | 1,945.749711395619400 |
| | | | XRP | 0.905228000000000 | | | | XRP | 0.905228000000000 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims). | | | | | | | | | |
| 96491 | Name on file | FTX Trading Ltd. | BTC | 0.066331860000000 | 27524* | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | DOT | 17.332967060000000 | | | | | |
| | | | ETH | 1.348444050000000 | | | | | |
| | | | FTT | 0.027035790000000 | | | | | |
| | | | LINK | 0.557139600000000 | | | | | |
| | | | MATIC | 118.869282010000000 | | | | | |
| | | | SOL | 9.971986690000000 | | | | | |
| | | | USD | 177.900000000000000 | | | | | |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Seventy-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims). | | | | | | | | | |
| 96492 | Name on file | FTX Trading Ltd. | BTC | 0.066331860000000 | 27524* | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | DOT | 17.332967060000000 | | | | | |
| | | | ETH | 1.348444050000000 | | | | | |
| | | | FTT | 0.027035790000000 | | | | | |
| | | | LINK | 0.557139600000000 | | | | | |
| | | | MATIC | 118.869282010000000 | | | | | |
| | | | SOL | 9.971986690000000 | | | | | |
| | | | USD | 177.900000000000000 | | | | | |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Seventy-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims). | | | | | | | | | |
| 96493 | Name on file | FTX Trading Ltd. | BTC | 0.066331860000000 | 27524* | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | DOT | 17.332967060000000 | | | | | |
| | | | ETH | 1.348444050000000 | | | | | |
| | | | FTT | 0.027035790000000 | | | | | |
| | | | LINK | 0.557139600000000 | | | | | |
| | | | MATIC | 118.869282010000000 | | | | | |
| | | | SOL | 9.971986690000000 | | | | | |
| | | | USD | 177.900000000000000 | | | | | |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Seventy-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims). | | | | | | | | | |
| 96482 | Name on file | FTX Trading Ltd. | ETH | 2.640686993307850 | 29214* | Name on file | FTX Trading Ltd. | 1INCH | 0.000000001998176 |
| | | | | | | | | 1INCH-PERP | 0.000000000000000 |
| | | | | | | | | AAVE | 0.000000001026729 |
| | | | | | | | | AAVE-0930 | -0.000000000000014 |
| | | | | | | | | ADA-20210326 | 0.000000000000000 |
| | | | | | | | | ADA-PERP | 0.000000000000000 |
| | | | | | | | | ALGO-20210625 | 0.000000000000000 |
| | | | | | | | | ALGOBULL | 0.000000006768730 |
| | | | | | | | | ALGO-PERP | 0.000000000000000 |
| | | | | | | | | ALPHA-PERP | 0.000000000000000 |
| | | | | | | | | ATLAS | 0.000000004393384 |
| | | | | | | | | ATOMBULL | 0.000000000989056 |
| | | | | | | | | ATOM-PERP | 0.000000000000000 |
| | | | | | | | | AUDIO | 0.160482556122188 |
| | | | | | | | | AURY | 0.000000001496524 |
| | | | | | | | | AVAX-20210326 | 0.000000000000000 |
| | | | | | | | | AVAX-20210625 | 0.000000000000000 |
| | | | | | | | | AVAX-PERP | -0.000000000000028 |
| | | | | | | | | AXS | 0.000000009012723 |
| | | | | | | | | BADGER-PERP | 0.000000000000000 |
| | | | | | | | | BAND | 0.000000006895779 |
| | | | | | | | | BAND-PERP | 0.000000000000455 |
| | | | | | | | | BAR | 0.000000021361626 |
| | | | | | | | | BAT | 0.000000002234101 |
| | | | | | | | | BNB | 0.000000081360000 |
| | | | | | | | | BNT-PERP | 0.000000000000000 |
| | | | | | | | | BTC | 0.000000005877878 |
| | | | | | | | | BTC-0930 | 0.000000000000000 |
| | | | | | | | | BTC-20210625 | 0.000000000000000 |
| | | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | | BTTPRE-PERP | 0.000000008122699 |
| | | | | | | | | C98 | 0.000000008122699 |
| | | | | | | | | CHZ | 0.000000002346550 |
| | | | | | | | | CHZ-20210326 | 0.000000000000000 |
| | | | | | | | | CHZ-20210625 | 0.000000000000000 |
| | | | | | | | | CHZ-PERP | 0.000000000000000 |
| | | | | | | | | COMP-20210326 | 0.000000000000000 |
| | | | | | | | | COMP-PERP | 0.000000000000000 |
| | | | | | | | | CONV | 0.000000008470589 |
| | | | | | | | | CONV-PERP | 0.000000000000000 |
| | | | | | | | | CQT | 0.000000006944494 |
| | | | | | | | | CRV | 0.000000009862431 |
| | | | | | | | | CRV-PERP | 0.000000000000000 |
| | | | | | | | | CVC | 0.000000009390468 |
| | | | | | | | | DMG-PERP | 0.000000000000000 |
| | | | | | | | | DODO | 0.000000003291655 |
| | | | | | | | | DOGE | 0.000000005510798 |
| | | | | | | | | DOT | 0.000000004733108 |
| | | | | | | | | EGLD-PERP | -0.000000000000071 |
| | | | | | | | | ENJ | 0.000000007935540 |
| | | | | | | | | ENJ-PERP | 0.000000000000000 |
| | | | | | | | | ETH | 2.640686993307850 |
| | | | | | | | | ETH-20210326 | 0.000000000000000 |
| | | | | | | | | ETH-20210625 | 0.000000000000000 |
| | | | | | | | | ETH-PERP | 0.000000000000028 |
| | | | | | | | | FLM-PERP | 0.000000000000000 |
| | | | | | | | | FTT | 0.000000001593983 |
| | | | | | | | | FTT-PERP | 0.000000000000000 |
| | | | | | | | | GLMR-PERP | 0.000000000000000 |
| | | | | | | | | GRT-PERP | 0.000000000000000 |
| | | | | | | | | HGET | 0.000000006561235 |
| | | | | | | | | HNT | 0.000000002000000 |
| | | | | | | | | HOT-PERP | 0.000000000000000 |
| | | | | | | | | ICP-PERP | -0.000000000000007 |
| | | | | | | | | KNC | 0.000000003729132 |
| | | | | | | | | KNC-PERP | 0.000000000000000 |
| | | | | | | | | KSM-PERP | 0.000000000000000 |
| | | | | | | | | LINA-PERP | 0.000000000000000 |
| | | | | | | | | LINK | 0.000000005372951 |
| | | | | | | | | LINK-PERP | 0.000000000000000 |
| | | | | | | | | LUNA2 | 0.000000036132601 |
| | | | | | | | | LUNA2_LOCKED | 0.000000084309403 |
| | | | | | | | | LUNC | 0.007867950000000 |
| | | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | | MANA | 0.000000005116085 |
| | | | | | | | | MATIC | 0.000000000814478 |
| | | | | | | | | MTL | 0.000000009676512 |
| | | | | | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | NEO-PERP | 0.000000000000000 |
| | | | | | | | | OMG-20210326 | 0.000000000000000 |
| | | | | | | | | OMG-20210625 | 0.000000000000000 |
| | | | | | | | | OMG-PERP | 0.000000000000000 |
| | | | | | | | | ONE-PERP | 0.000000000000000 |
| | | | | | | | | OXY-PERP | 0.000000000000000 |
| | | | | | | | | POLIS | 0.000000001935102 |
| | | | | | | | | PUNDIX | 0.000000006409735 |
| | | | | | | | | QTUM-PERP | 0.000000000000000 |
| | | | | | | | | REEF-PERP | 0.000000000000000 |
| | | | | | | | | REN | 0.000000004377296 |
| | | | | | | | | REN-PERP | 0.000000000000000 |
| | | | | | | | | ROOK | 0.000000001181992 |
| | | | | | | | | RSR-PERP | 0.000000000000000 |
| | | | | | | | | SAND | 0.000000007133905 |
| | | | | | | | | SAND-PERP | 0.000000000000000 |
| | | | | | | | | SLP | 0.000000008406483 |
| | | | | | | | | SNX | 0.000000004987795 |
| | | | | | | | | SOL | 0.000000006579567 |
| | | | | | | | | SOL-20210625 | 0.000000000000000 |
| | | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | | SRN-PERP | 0.000000000000000 |
| | | | | | | | | SUSHI | 0.000000002256624 |

61183*: Surviving Claim is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
33875*: Surviving Claim is pending modification on the Debtors' Seventy-Third (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
27524*: Surviving Claim is pending modification on the Debtors' Seventy-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
29214*: Surviving Claim was ordered modified on the Debtors' Twentieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | SUSHI-20210326 | 0.000000000000000 |
| | | | | | | | | SUSHI-PERP | 0.000000000000000 |
| | | | | | | | | THETA-20210326 | 0.000000000000000 |
| | | | | | | | | THETA-20211231 | 0.000000000000227 |
| | | | | | | | | THETA-PERP | -0.000000000000227 |
| | | | | | | | | UBXT | 0.000000006606334 |
| | | | | | | | | USD | 0.000004138240146 |
| | | | | | | | | VETBULL | 0.000000002983499 |
| | | | | | | | | VET-PERP | 0.000000000000000 |
| | | | | | | | | XRP | 0.000000006387417 |
| | | | | | | | | XRP-20210625 | 0.000000000000000 |
| | | | | | | | | XRP-PERP | 0.000000000000000 |
| | | | | | | | | ZEC-PERP | 0.000000000000000 |
| | | | | | | | | ZIL-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twentieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95572 | Name on file | FTX EU Ltd. | ATOM | 98.963828210000000 | 90948* | Name on file | FTX EU Ltd. | ATOM | 98.963828210000000 |
| | | | AUDIO | 39.903304000000000 | | | | AUDIO | 39.903304000000000 |
| | | | BTC | 0.028894290800000 | | | | BTC | 0.028894290800000 |
| | | | CRO | 7,969.045676490000000 | | | | CRO | 7,969.045676490000000 |
| | | | DOT | 70.913792580000000 | | | | DOT | 70.913792580000000 |
| | | | ETH | 0.000000004000000 | | | | ETH | 0.000000004000000 |
| | | | EUR | 0.000000801539923 | | | | EUR | 0.000000801539923 |
| | | | LINK | 57.046753030000000 | | | | LINK | 57.046753030000000 |
| | | | LTC | 6.748932120000000 | | | | LTC | 6.748932120000000 |
| | | | LUNA2 | 2.152784420000000 | | | | LUNA2 | 2.152784420000000 |
| | | | LUNA2_LOCKED | 5.023163648000000 | | | | LUNA2_LOCKED | 5.023163648000000 |
| | | | LUNC | 468,773.340000000000000 | | | | LUNC | 468,773.340000000000000 |
| | | | MATIC | 212.103618310000000 | | | | MATIC | 212.103618310000000 |
| | | | OKB | 11.289356380000000 | | | | OKB | 11.289356380000000 |
| | | | SOL | 15.053708770000000 | | | | SOL | 15.053708770000000 |
| | | | TRX | 7,908.750193130000000 | | | | TRX | 7,908.750193130000000 |
| | | | UNI | 134.137020530000000 | | | | UNI | 134.137020530000000 |
| | | | USD | 0.000000012085022 | | | | USD | 0.000000012085022 |
| | | | USDT | 0.013450719825707 | | | | USDT | 0.013450719825707 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 96420 | Name on file | FTX Trading Ltd. | USDT | 1,050.000000000000000 | 31334* | Name on file | FTX Trading Ltd. | CEL-PERP | 0.000000000000000 |
| | | | | | | | | ETH | 0.000343210000000 |
| | | | | | | | | LTC | 0.007858940000000 |
| | | | | | | | | LUNA2 | 0.000000035719517 |
| | | | | | | | | LUNA2_LOCKED | 0.000000083345539 |
| | | | | | | | | USD | 0.007474462107325 |
| | | | | | | | | USDT | 1,050.049376736020000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 96515 | Name on file | FTX Trading Ltd. | BTC | 0.000091680000000 | 14333* | Name on file | FTX Trading Ltd. | BNB | 0.000000007780336 |
| | | | DOGE | 0.940000000000000 | | | | BTC | 0.000091680798000 |
| | | | ETH | 0.000034500000000 | | | | DOGE | 0.940000000000000 |
| | | | ETHW | 0.000947010000000 | | | | ETH | 0.000034500000000 |
| | | | FTT | | | | | ETH-PERP | 0.000000000000000 |
| | | | QKC | 350,572.250702000000000 | | | | ETHW | 0.000947018361906 |
| | | | TRX | 0.000002200000000 | | | | FTM | 0.000000005695000 |
| | | | | | | | | FTT | 25.095000000000000 |
| | | | | | | | | KAVA-PERP | 0.000000000000000 |
| | | | | | | | | QKC | 350,572.250702000000000 |
| | | | | | | | | TRX | 0.000002200000000 |
| | | | | | | | | USD | 0.008911561140000 |
| | | | | | | | | USDT | 0.000000000258687 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' One Hundred Fourteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 96450 | Name on file | FTX Trading Ltd. | BTC | 5.535100000000000 | 63668* | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Seventy-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95631 | Name on file | FTX EU Ltd. | AAVE-PERP | 0.000000000000000 | 26665* | Name on file | FTX EU Ltd. | AAVE-PERP | 0.000000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | | | ADA-PERP | 0.000000000000000 |
| | | | AMPL | 8.202284491888184 | | | | AMPL | 8.202284491888184 |
| | | | ATLAS-PERP | 0.000000000000000 | | | | ATLAS-PERP | 0.000000000000000 |
| | | | AXS-PERP | 0.000000000000000 | | | | AXS-PERP | 0.000000000000000 |
| | | | BAR | 0.084751600000000 | | | | BAR | 0.084751600000000 |
| | | | BNB | 0.000000007169990 | | | | BNB | 0.000000007169990 |
| | | | BNB-PERP | 0.000000000000000 | | | | BNB-PERP | 0.000000000000000 |
| | | | BNT-PERP | 0.000000000000000 | | | | BNT-PERP | 0.000000000000000 |
| | | | BTC | 0.000385640393500 | | | | BTC | 0.000385640393500 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | DODO-PERP | 0.000000000000000 | | | | DODO-PERP | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | | | DOT-PERP | 0.000000000000000 |
| | | | DYDX-PERP | 0.000000000000000 | | | | DYDX-PERP | 0.000000000000000 |
| | | | EGLD-PERP | 0.000000000000000 | | | | EGLD-PERP | 0.000000000000000 |
| | | | EOS-PERP | 0.000000000000000 | | | | EOS-PERP | 0.000000000000000 |
| | | | ETH | 0.000000008600690 | | | | ETH | 0.000000008600690 |
| | | | ETH-PERP | 0.000000000000001 | | | | ETH-PERP | 0.000000000000001 |
| | | | ETHW | 0.000849358600690 | | | | ETHW | 0.000849358600690 |
| | | | EUR | 0.367682258749476 | | | | EUR | 0.367682258749476 |
| | | | FTM-PERP | 0.000000000000000 | | | | FTM-PERP | 0.000000000000000 |
| | | | FTT | 2.198890000000000 | | | | FTT | 2.198890000000000 |
| | | | FTT-PERP | 0.000000000000003 | | | | FTT-PERP | 0.000000000000003 |
| | | | HOLY | 3.490553300000000 | | | | HOLY | 3.490553300000000 |
| | | | KAVA-PERP | 0.000000000000000 | | | | KAVA-PERP | 0.000000000000000 |
| | | | LINK | 120.828233120839660 | | | | LINK | 120.828233120839660 |
| | | | LINK-0325 | 0.000000000000000 | | | | LINK-0325 | 0.000000000000000 |
| | | | LINK-PERP | -0.000000000000259 | | | | LINK-PERP | -0.000000000000259 |
| | | | LTC | 4.605101960000000 | | | | LTC | 4.605101960000000 |
| | | | LUNC-PERP | -0.000000000000014 | | | | LUNC-PERP | -0.000000000000014 |
| | | | MAPS | 12.990900000000000 | | | | MAPS | 12.990900000000000 |
| | | | ROOK-PERP | 0.000000000000000 | | | | ROOK-PERP | 0.000000000000000 |
| | | | SAND-PERP | 0.000000000000000 | | | | SAND-PERP | 0.000000000000000 |
| | | | SOL | 0.098200000000000 | | | | SOL | 0.098200000000000 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | SRM | 42.967758090000000 | | | | SRM | 42.967758090000000 |
| | | | SRM_LOCKED | 0.803314970000000 | | | | SRM_LOCKED | 0.803314970000000 |
| | | | SRM-PERP | 0.000000000000000 | | | | SRM-PERP | 0.000000000000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | SXP | 0.091960000000000 | | | | SXP | 0.091960000000000 |
| | | | TONCOIN-PERP | 0.000000000000000 | | | | TONCOIN-PERP | 0.000000000000000 |
| | | | TRX | 3,693.222290000000000 | | | | TRX | 3,693.222290000000000 |
| | | | UNI | 295.241803550000000 | | | | UNI | 295.241803550000000 |
| | | | USD | -2,221.775460965237000 | | | | USD | -2,221.775460965237000 |
| | | | USDT | 370.655625789184800 | | | | USDT | 370.655625789184800 |
| | | | VET-PERP | 0.000000000000000 | | | | VET-PERP | 0.000000000000000 |
| | | | XLM-PERP | 0.000000000000000 | | | | XLM-PERP | 0.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |
| | | | ZEC-PERP | 0.000000000000000 | | | | ZEC-PERP | 0.000000000000000 |
| | | | ZIL-PERP | 0.000000000000000 | | | | ZIL-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 85327 | Name on file | FTX Trading Ltd. | BTC | 10.000000000000000 | 76145* | Name on file | FTX Trading Ltd. | BTC | 9.997800000000000 |
| | | | USD | 51,096.650000000000000 | | | | USD | 0.006620000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twenty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 96751 | Name on file | FTX Trading Ltd. | BAO | 2.000000000000000 | 70261* | Name on file | FTX Trading Ltd. | BAO | 2.000000000000000 |
| | | | CRO | 305.252812390000000 | | | | CRO | 305.252812390000000 |
| | | | ETH | 0.159432610000000 | | | | ETH | 0.159432610000000 |
| | | | ETHW | 0.158984400000000 | | | | ETHW | 0.158984400000000 |
| | | | FTT | 0.000597590000000 | | | | FTT | 154.622243830000000 |
| | | | MSOL | 3.533783090000000 | | | | LUNC | 100.000000000000000 |
| | | | NFT (308362984739140116/FTX EU - WE ARE HERE! #266000) | 1.000000000000000 | | | | MSOL | 3.533783090000000 |
| | | | NFT (308613815168493747/FTX EU - WE ARE HERE! #266007) | 1.000000000000000 | | | | TONCOIN | 637.495651500000000 |
| | | | NFT (410053340154294164/FTX EU - WE ARE HERE! #266006) | 1.000000000000000 | | | | USD | 1,452.290000000000000 |
| | | | TONCOIN | 0.004590840000000 | | | | USDT | 6,195.880000000000000 |
| | | | USD | 19,754.158129500588000 | | | | WAVES | 0.517534620000000 |
| | | | USDT | 6,196.008579980000000 | | | | | |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' One Hundred Second (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 96756 | Name on file | FTX Trading Ltd. | AAVE | 0.000000000000000 | 9414* | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 |
| | | | ADABULL | 0.000000000000000 | | | | AGLD-PERP | 0.000000000000000 |
| | | | AKRO | 0.000000000000000 | | | | APE-PERP | 0.000000000000000 |
| | | | APE | 0.000000000000000 | | | | APT-PERP | 0.000000000000000 |
| | | | ATLAS | 0.000000000000000 | | | | AR-PERP | 0.000000000000000 |
| | | | ATOM | 0.000000000000000 | | | | ATLAS-PERP | 0.000000000000000 |
| | | | AURY | 0.000000000000000 | | | | ATOM-PERP | 0.000000000000000 |
| | | | AVAX | 0.000000000000000 | | | | AVAX-PERP | 0.000000000000000 |
| | | | BAO | 0.000000000000000 | | | | AXS-PERP | 0.000000000000000 |
| | | | BAT | 0.000000000000000 | | | | BAND | 0.000000007500000 |
| | | | BCH | 0.000000000000000 | | | | BAND-PERP | 0.000000000000000 |
| | | | BNB | 0.000000000000000 | | | | BCH | 0.000000002200000 |
| | | | BOBA_LOCKED | 45,833.333333340000000 | | | | BCH-20210625 | 0.000000000000000 |
| | | | BRZ | 0.000000000000000 | | | | BCH-PERP | 0.000000000000000 |
| | | | BTC | 0.000000000000000 | | | | BNB-20210625 | 0.000000000000000 |
| | | | BULL | 0.000000000000000 | | | | BNB-PERP | 0.000000000000000 |
| | | | CEL | 0.000000000000000 | | | | BOBA_LOCKED | 45,833.333333340000000 |
| | | | CHZ | 0.000000000000000 | | | | BOBA-PERP | 0.000000000000000 |
| | | | COPE | 0.000000000000000 | | | | BTC | 0.000000005085017 |
| | | | CRO | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | CUSDT | 0.000000000000000 | | | | CAKE-PERP | 0.000000000000000 |
| | | | DENT | 0.000000000000000 | | | | CEL-PERP | 0.000000000001137 |
| | | | DOGE | 0.000000000000000 | | | | CHR-PERP | 0.000000000000000 |
| | | | DOGEBULL | 0.000000000000000 | | | | CREAM-PERP | 0.000000000000000 |
| | | | DOT | 0.000000000000000 | | | | CRV-PERP | 0.000000000000000 |
| | | | ENS | 10.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | ETH | 59.621717710000000 | | | | DOT-PERP | 0.000000000000000 |
| | | | ETHBULL | 0.000000000000000 | | | | DYDX-PERP | 0.000000000000000 |
| | | | ETHW | 0.000000000000000 | | | | EGLD-PERP | 0.000000000000000 |
| | | | FTM | 0.000000000000000 | | | | ENS | 10.000000000000000 |
| | | | FTT | 1.994489240828419 | | | | ENS-PERP | 0.000000000000000 |
| | | | GALA | 0.000000000000000 | | | | ETC-PERP | 0.000000000000000 |
| | | | GRT | 0.000000000000000 | | | | ETH | 17.533338860029200 |
| | | | IMX | 0.000000000000000 | | | | ETH-20210625 | 0.000000000000000 |
| | | | KIN | 0.000000000000000 | | | | ETH-PERP | -0.000000000000002 |
| | | | LINK | 0.000000000000000 | | | | ETHW | 0.000000000029215 |
| | | | LTC | 0.000000000000000 | | | | FLOW-PERP | 0.000000000000000 |
| | | | LUNA2 | 0.000000000000000 | | | | FTM-PERP | 0.000000000000000 |
| | | | LUNC | 0.000000000000000 | | | | FTT | 1.994489240828420 |
| | | | MANA | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | MATIC | 0.000000000000000 | | | | FXS-PERP | 0.000000000000000 |
| | | | POLIS | 0.000000000000000 | | | | GENE | 0.000000010000000 |
| | | | RAY | 0.000000000000000 | | | | GMT-PERP | 0.000000000000000 |
| | | | RSR | 0.000000000000000 | | | | GST-PERP | 0.000000000000000 |
| | | | RUNE | 0.000000000000000 | | | | HT-PERP | 0.000000000000114 |
| | | | SAND | 0.000000000000000 | | | | IMX-PERP | 0.000000000000000 |
| | | | SHIB | 0.000000000000000 | | | | KSOS-PERP | 0.000000000000000 |
| | | | SOL | 0.000000000000000 | | | | LINK-20210625 | 0.000000000000000 |

76145* - Surviving Claim was ordered modified on the Debtors' Twenty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
90948* - Surviving Claim is pending modification on the Debtors' Fiftieth (Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).
31334* - Surviving Claim is pending modification on the Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
14333* - Surviving Claim is pending modification on the Debtors' One Hundred Fourteenth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
26665* - Surviving Claim is pending modification on the Debtors' Fiftieth (Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).
63668* - Surviving Claim is pending modification on the Debtors' Seventy-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
70261* - Surviving Claim is pending modification on the Debtors' One Hundred Second (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
9414* - Surviving Claim is pending modification on the Debtors' Twenty-Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
Undetermined* - Indicates claim contains unliquidated and/or undetermined amounts.

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | SPELL | 0.000000000000000 | | | | LINK-PERP | 0.000000000000000 |
| | | | SRM | 0.000000000000000 | | | | LOOKS-PERP | 0.000000000000000 |
| | | | STEP | 0.000000000000000 | | | | LTC-PERP | 0.000000000000000 |
| | | | SUSHI | 0.000000000000000 | | | | LUNA2 | 0.000165907439900 |
| | | | SXP | 0.000000000000000 | | | | LUNA2_LOCKED | 0.000387117359800 |
| | | | THE HILL BY FTX#8127 | 1.000000000000000 | | | | LUNC-PERP | -0.000000000378350 |
| | | | TONCOIN | 0.000000000000000 | | | | MAPS-PERP | 0.000000000000000 |
| | | | TRX | 109,342.000000000000000 | | | | MASK-PERP | 0.000000000000000 |
| | | | UBXT | 0.000000000000000 | | | | MATIC | 0.000000007796000 |
| | | | UNI | 0.000000000000000 | | | | MATIC-PERP | 0.000000000000000 |
| | | | USD | 0.245175777384142 | | | | MNGO-PERP | 0.000000000000000 |
| | | | USDC | 0.000000000000000 | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | NFT (349032120681277882/The Hill by FTX #8127) | 1.000000000000000 |
| | | | USDT | 0.000000000000000 | | | | OKB-PERP | 0.000000000000000 |
| | | | USTC | 0.000000000000000 | | | | OMG-20211231 | 0.000000000000000 |
| | | | XRP | 0.000000000000000 | | | | OMG-PERP | -0.000000000000114 |
| | | | XRPBULL | 0.000000000000000 | | | | ONE-PERP | 0.000000000000000 |
| | | | | | | | | PEOPLE-PERP | 0.000000000000000 |
| | | | | | | | | PROM-PERP | 0.000000000000000 |
| | | | | | | | | ROSE-PERP | 0.000000000000000 |
| | | | | | | | | SAND-PERP | 0.000000000000000 |
| | | | | | | | | SHIB-PERP | 0.000000000000000 |
| | | | | | | | | SNX-PERP | 0.000000000000227 |
| | | | | | | | | SOL | 0.000000007029150 |
| | | | | | | | | SOL-20210625 | 0.000000000000000 |
| | | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | | SPELL-PERP | 0.000000000000000 |
| | | | | | | | | SRM-PERP | 0.000000000000000 |
| | | | | | | | | SUSHI-20210625 | 0.000000000000000 |
| | | | | | | | | SUSHI-PERP | 0.000000000000000 |
| | | | | | | | | TRX | 109,342.000000000000000 |
| | | | | | | | | UNI-PERP | 0.000000000000000 |
| | | | | | | | | USD | 0.245175777384142 |
| | | | | | | | | USDT | 0.000000019240000 |
| | | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | | WAVES-PERP | 0.000000000000000 |
| | | | | | | | | XRP-PERP | 0.000000000000000 |
| | | | | | | | | XTZ-PERP | 0.000000000000000 |
| | | | | | | | | YFII-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the Debtors' Twenty-Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| 95121 | Name on file | FTX EU Ltd. | BTC | 0.492251840000000 | 93222* | Name on file | FTX EU Ltd. | BTC | 0.492251840000000 |
| | | | USD | 0.000504043222882 | | | | USD | 0.000504043222882 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).

| 96738 | Name on file | FTX Trading Ltd. | USD | 2,890.031067850000000 | 86128* | Name on file | FTX Trading Ltd. | ADA-PERP | 0.000000000000000 |
| | | | | | | | | AGLD-PERP | 0.000000000000000 |
| | | | | | | | | ALGO-PERP | 0.000000000000000 |
| | | | | | | | | ALICE-PERP | 0.000000000000000 |
| | | | | | | | | AMPL | -0.892622490267178 |
| | | | | | | | | AMPL-PERP | 0.000000000000000 |
| | | | | | | | | ANC-PERP | 0.000000000000000 |
| | | | | | | | | APE-PERP | 0.000000000000000 |
| | | | | | | | | APT-PERP | 0.000000000000000 |
| | | | | | | | | ATLAS-PERP | 0.000000000000000 |
| | | | | | | | | ATOM-PERP | 0.000000000000003 |
| | | | | | | | | AUDIO-PERP | 0.000000000000000 |
| | | | | | | | | AVAX | 0.000000030000000 |
| | | | | | | | | AVAX-20210924 | 0.000000000000000 |
| | | | | | | | | AVAX-PERP | -0.000000000000004 |
| | | | | | | | | AXS-PERP | -0.000000000000003 |
| | | | | | | | | BCH | 0.005580770000000 |
| | | | | | | | | BCH-PERP | 0.000000000000000 |
| | | | | | | | | BIT-PERP | 0.000000000000000 |
| | | | | | | | | BNB | 0.119836679660830 |
| | | | | | | | | BNB-20210625 | 0.000000000000000 |
| | | | | | | | | BNB-PERP | -0.099999999999999 |
| | | | | | | | | BOBA-PERP | 0.000000000000000 |
| | | | | | | | | BSV-0624 | 0.000000000000000 |
| | | | | | | | | BSV-PERP | 0.000000000000000 |
| | | | | | | | | BTC | 0.000010915178859 |
| | | | | | | | | BTC-0624 | 0.000000000000000 |
| | | | | | | | | BTC-20210625 | 0.000000000000000 |
| | | | | | | | | BTC-20210924 | 0.000000000000000 |
| | | | | | | | | BTC-20211231 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-20211210 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-2021Q4 | 0.000000000000000 |
| | | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | | BTTPRE-PERP | 0.000000000000000 |
| | | | | | | | | C98-PERP | 0.000000000000000 |
| | | | | | | | | CAKE-PERP | 0.000000000000000 |
| | | | | | | | | CELO-PERP | 0.000000000000000 |
| | | | | | | | | CEL-PERP | 0.000000000000454 |
| | | | | | | | | CHZ-PERP | 0.000000000000000 |
| | | | | | | | | CLV-PERP | 0.000000000000000 |
| | | | | | | | | COMP-PERP | 0.000000000000000 |
| | | | | | | | | CRO-PERP | 0.000000000000000 |
| | | | | | | | | CRV-PERP | 0.000000000000000 |
| | | | | | | | | DAWN-PERP | 0.000000000000000 |
| | | | | | | | | DENT-PERP | 0.000000000000000 |
| | | | | | | | | DODO-PERP | 0.000000000000000 |
| | | | | | | | | DOGE | 0.001514290000000 |
| | | | | | | | | DOGE-1230 | 0.000000000000000 |
| | | | | | | | | DOGE-20210625 | 0.000000000000000 |
| | | | | | | | | DOGE-PERP | 0.000000000000000 |
| | | | | | | | | DOT-PERP | 0.000000000000085 |
| | | | | | | | | DYDX-PERP | 0.000000000000014 |
| | | | | | | | | EDEN | 110.409840490000000 |
| | | | | | | | | EDEN-PERP | 0.000000000000000 |
| | | | | | | | | ENS-PERP | 0.000000000000000 |
| | | | | | | | | ETC-PERP | 0.000000000000000 |
| | | | | | | | | ETH-0930 | 0.000000000000022 |
| | | | | | | | | ETH-1230 | 0.000000000000000 |
| | | | | | | | | ETH-20210625 | 0.000000000000000 |
| | | | | | | | | ETH-20211231 | 0.000000000000000 |
| | | | | | | | | ETHE | 0.000000005000000 |
| | | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | FIDA-PERP | 0.000000000000000 |
| | | | | | | | | FLM-PERP | 0.000000000000000 |
| | | | | | | | | FLOW-PERP | 0.000000000000000 |
| | | | | | | | | FTM-PERP | 0.000000000000000 |
| | | | | | | | | FTT | 1.063097161956579 |
| | | | | | | | | FTT-PERP | -0.100000000000120 |
| | | | | | | | | FXS-PERP | 0.000000000000000 |
| | | | | | | | | GALA-PERP | 0.000000000000000 |
| | | | | | | | | GAL-PERP | 0.000000000000000 |
| | | | | | | | | GMT-PERP | 0.000000000000000 |
| | | | | | | | | GST-0930 | -0.000000000021827 |
| | | | | | | | | GST-PERP | 0.000000000007275 |
| | | | | | | | | HNT-PERP | 0.000000000000000 |
| | | | | | | | | HOLY-PERP | 0.000000000000000 |
| | | | | | | | | ICP-PERP | 0.000000000000000 |
| | | | | | | | | IMX-PERP | 0.000000000000000 |
| | | | | | | | | IOTA-PERP | 0.000000000000000 |
| | | | | | | | | KAVA-PERP | 0.000000000000000 |
| | | | | | | | | KIN-PERP | 0.000000000000000 |
| | | | | | | | | KLUNC-PERP | 0.000000000000000 |
| | | | | | | | | KNC-PERP | 0.000000000000000 |
| | | | | | | | | KSHIB-PERP | 0.000000000000000 |
| | | | | | | | | LINA-PERP | 0.000000000000000 |
| | | | | | | | | LINK-PERP | 0.000000000000000 |
| | | | | | | | | LRC-PERP | 0.000000000000000 |
| | | | | | | | | LTC | 0.004477720000000 |
| | | | | | | | | LTC-PERP | 0.000000000000000 |
| | | | | | | | | LUNA2-PERP | 0.000000000000000 |
| | | | | | | | | LUNC-PERP | -0.000000011920773 |
| | | | | | | | | MANA-PERP | 0.000000000000000 |
| | | | | | | | | MEDIA-PERP | -0.000000000000001 |
| | | | | | | | | MER-PERP | 0.000000000000000 |
| | | | | | | | | MKR-PERP | 0.000000000000000 |
| | | | | | | | | MNGO-PERP | 0.000000000000000 |
| | | | | | | | | MOB-PERP | 0.000000000000000 |
| | | | | | | | | MSOL | 0.001437170000000 |
| | | | | | | | | NEAR-PERP | -0.000000000000113 |
| | | | | | | | | OKB-20211231 | 0.000000000000000 |
| | | | | | | | | OKB-PERP | 0.000000000000000 |
| | | | | | | | | ONE-PERP | 0.000000000000000 |
| | | | | | | | | OP-PERP | 0.000000000000000 |
| | | | | | | | | OXY | 0.810475000000000 |
| | | | | | | | | OXY-PERP | 0.000000000000000 |
| | | | | | | | | PAXG | 0.000499997850000 |
| | | | | | | | | PERP-PERP | 0.000000000000000 |
| | | | | | | | | POLIS | 0.080207770000000 |
| | | | | | | | | POLIS-PERP | 0.000000000000000 |
| | | | | | | | | PUNDIX-PERP | 0.000000000000000 |
| | | | | | | | | RAY-PERP | 0.000000000000000 |
| | | | | | | | | REEF-PERP | 0.000000000000000 |
| | | | | | | | | REN-PERP | 0.000000000000000 |
| | | | | | | | | RNDR-PERP | 0.000000000000000 |
| | | | | | | | | RSR-PERP | 0.000000000000000 |
| | | | | | | | | RUNE-PERP | 0.000000000000000 |
| | | | | | | | | SAND-PERP | 0.000000000000000 |
| | | | | | | | | SECO-PERP | 0.000000000000000 |
| | | | | | | | | SHIB-PERP | 0.000000000000000 |
| | | | | | | | | SLP-PERP | 0.000000000000000 |
| | | | | | | | | SOL-20210625 | 0.000000000000000 |
| | | | | | | | | SOL-20210924 | 0.000000000000000 |
| | | | | | | | | SOL-PERP | -0.000000000000003 |
| | | | | | | | | SPELL-PERP | 0.000000000000000 |
| | | | | | | | | SRM-PERP | 0.000000000000000 |
| | | | | | | | | SRN-PERP | 0.000000000000000 |
| | | | | | | | | STEP-PERP | 0.000000000000000 |
| | | | | | | | | STG-PERP | 0.000000000000000 |
| | | | | | | | | SUSHI-20210625 | 0.000000000000000 |
| | | | | | | | | SUSHI-PERP | 0.000000000000000 |
| | | | | | | | | TLM-PERP | 0.000000000000000 |
| | | | | | | | | TRU-PERP | 0.000000000000000 |
| | | | | | | | | TRX | 10.997972700000000 |
| | | | | | | | | TRX-PERP | 0.000000000000000 |

93222*: Surviving Claim is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
86128*: Surviving Claim is pending modification on the Debtors' One Hundred Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

| | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | TSM | 0.002611811715120 |
| | | | | | | | | TULIP-PERP | -0.000000000000007 |
| | | | | | | | | UNI-20210625 | 0.000000000000000 |
| | | | | | | | | USD | 2,890.031067850000000 |
| | | | | | | | | USDT | 0.000000000000000 |
| | | | | | | | | USDT-PERP | 0.000000000000000 |
| | | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | | WAVES-PERP | 0.000000000000000 |
| | | | | | | | | XLM-PERP | 0.000000000000000 |
| | | | | | | | | XMR-PERP | 0.000000000000000 |
| | | | | | | | | XRP | 0.000069660000000 |
| | | | | | | | | XRP-PERP | 0.000000000000000 |
| | | | | | | | | YFII-PERP | 0.000000000000000 |
| | | | | | | | | ZEC-PERP | 0.000000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' One Hundred Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims). | | | | | | | | | |
| 96770 | Name on file | FTX Trading Ltd. | USD | 1,056.000000000000000 | 7380* | Name on file | FTX Trading Ltd. | FTT | 150.000000000000000 |
| | | | | | | | | USD | 958.167034361731100 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' One Hundred Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims). | | | | | | | | | |
| 96769 | Name on file | FTX Trading Ltd. | USD | 8,328.000000000000000 | 94449* | Name on file | FTX Trading Ltd. | AMPL-PERP | 0.000000000000000 |
| | | | | | | | | ANC-PERP | 0.000000000000000 |
| | | | | | | | | BAND-PERP | 0.000000000000000 |
| | | | | | | | | CEL | 0.082121890278400 |
| | | | | | | | | CEL-PERP | 0.000000000000000 |
| | | | | | | | | DODO-PERP | 0.000000000002182 |
| | | | | | | | | FTT | 538.248458330000000 |
| | | | | | | | | FTT-PERP | -0.000000000001818 |
| | | | | | | | | GST | 0.400000000000000 |
| | | | | | | | | GST-PERP | 0.000000000000000 |
| | | | | | | | | KNC-PERP | 0.000000000000000 |
| | | | | | | | | LUNA2 | 0.010702886610000 |
| | | | | | | | | LUNA2_LOCKED | 0.024973402090000 |
| | | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | | OP-PERP | 0.000000000000000 |
| | | | | | | | | PROM-PERP | -0.000000000000028 |
| | | | | | | | | TRX | 0.090488675026337 |
| | | | | | | | | TRX-PERP | 0.000000000000000 |
| | | | | | | | | USD | 8,314.530607028837000 |
| | | | | | | | | USDT | 9.827603515914330 |
| | | | | | | | | USTC | 1.515045330507672 |
| | | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | | WAVES-PERP | 0.000000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the Debtors' One Hundred Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims). | | | | | | | | | |

7380*: Surviving Claim is pending modification on the Debtors: One Hundred Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
94449*: Surviving Claim is pending modification on the Debtors: One Hundred Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).