## SCHEDULE 1

**Superseded Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Thirty-First Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 77006 | Name on file | FTX Trading Ltd. | USD | 13,904.198217040000000 | 97059 | Name on file | FTX Trading Ltd. | USD | 13,904.198217040000000 |
| 74202 | Name on file | FTX Trading Ltd. | AKRO | 1.000000000000000 | 93867* | Name on file | FTX EU Ltd. | AKRO | 1.000000000000000 |
| | | | BAO | 7.000000000000000 | | | | BAO | 7.000000000000000 |
| | | | BNB | 0.610938490000000 | | | | BNB | 0.610938490000000 |
| | | | BTC | 0.029100040000000 | | | | BTC | 0.029100040000000 |
| | | | DENT | 2.000000000000000 | | | | DENT | 2.000000000000000 |
| | | | ETH | 0.176417400000000 | | | | ETH | 0.176417400000000 |
| | | | ETHW | 1.725788120000000 | | | | ETHW | 1.725788120000000 |
| | | | FTT | 2.212227210000000 | | | | FTT | 2.212200000000000 |
| | | | IMX | 0.000141300000000 | | | | IMX | 0.000141300000000 |
| | | | KIN | 6.000000000000000 | | | | KIN | 6.000000000000000 |
| | | | SHIB | 86,328.729468580000000 | | | | SOL | 0.658795950000000 |
| | | | SOL | 0.658795950000000 | | | | UBXT | 1.000000000000000 |
| | | | UBXT | 1.000000000000000 | | | | USD | 43.620000000000000 |
| | | | USD | 443.619260523171930 | | | | | |
| | | | USDT | 0.000000006239693 | | | | | |
| 13326 | Name on file | FTX Trading Ltd. | BTC | 2.090484720000000 | 97007 | Name on file | FTX Trading Ltd. | BTC | 2.090484720000000 |
| | | | MATIC | 1.000000000000000 | | | | MATIC | 1.000000000000000 |
| | | | TRX | 1.000000000000000 | | | | TRX | 1.000000000000000 |
| | | | UBXT | 2.000000000000000 | | | | UBXT | 2.000000000000000 |
| | | | USD | 17,061.246533759500000 | | | | USD | 17,061.246530000000000 |
| | | | USDT | 1.000000000000000 | | | | | |
| 93742 | Name on file | West Realm Shires Services Inc. | BTC | 0.300088750000000 | 94877 | Name on file | FTX Trading Ltd. | BTC | 0.300088750000000 |
| | | | LINK | 299.566085260000000 | | | | LINK | 299.566085260000000 |
| | | | NFT (29780473675075424/GOALS) | 1.000000000000000 | | | | NFT (29780473675075424/GOALS) | 1.000000000000000 |
| | | | NFT (34619119644849463/GOALS #4) | 1.000000000000000 | | | | NFT (34619119644849463/GOALS #4) | 1.000000000000000 |
| | | | NFT (44369071688431215/BLACK NAILS BF) | 1.000000000000000 | | | | NFT (44369071688431215/BLACK NAILS BF) | 1.000000000000000 |
| | | | NFT (44518569705299686/GOALS #3) | 1.000000000000000 | | | | NFT (44518569705299686/GOALS #3) | 1.000000000000000 |
| | | | NFT (47796070528291760/GOALS #2) | 1.000000000000000 | | | | NFT (47796070528291760/GOALS #2) | 1.000000000000000 |
| | | | NFT (52485990013531906/SPACEY #2) | 1.000000000000000 | | | | NFT (52485990013531906/SPACEY #2) | 1.000000000000000 |
| | | | NFT (53288362928034686/GOALS #5) | 1.000000000000000 | | | | NFT (53288362928034686/GOALS #5) | 1.000000000000000 |
| | | | NFT (54349102210951868/SPACEY) | 1.000000000000000 | | | | NFT (54349102210951868/SPACEY) | 1.000000000000000 |
| | | | SOL | 45.340949990000000 | | | | SOL | 45.340949990000000 |
| 2287 | Name on file | FTX Europe AG | AAVE | 5.000000000000000 | 90866 | Name on file | FTX Trading Ltd. | AAVE | 5.000000000000000 |
| | | | FTT | 26.000000000000000 | | | | AKRO | 10,000.000000000000000 |
| | | | LINK | 20.000000000000000 | | | | ETH | 0.000000000770000 |
| | | | MATIC | 180.000000000000000 | | | | EUR | 0.000000001251964 |
| | | | OMG | 11.470000000000000 | | | | FB-20211231 | 0.000000000000000 |
| | | | POLIS | 76.000000000000000 | | | | FTT | 26.742614115833790 |
| | | | RAY | 107.000000000000000 | | | | LINK | 19.993682500000000 |
| | | | UNISWAP | 48.000000000000000 | | | | MATIC | 180.000000000000000 |
| | | | XRP | 1,000.000000000000000 | | | | MKR | 0.000000000500000 |
| | | | YFI | 0.100000000000000 | | | | OMG | 11.470000000000000 |
| | | | | | | | | POLIS | 76.497617000000000 |
| | | | | | | | | RAY | 132.440041220000000 |
| | | | | | | | | SOL | 0.009057400000000 |
| | | | | | | | | TRX | 8,000.000000000000000 |
| | | | | | | | | UBXT | 5,000.000000000000000 |
| | | | | | | | | UNI | 48.450000000000000 |
| | | | | | | | | USD | 0.000000023082154 |
| | | | | | | | | USDT | 67.930841149161900 |
| | | | | | | | | XRP | 1,000.000000000000000 |
| | | | | | | | | YFI | 0.093000000000000 |
| 97050 | Name on file | FTX Trading Ltd. | USD | 2,767.630000000000000 | 97054 | Name on file | FTX Trading Ltd. | USD | 2,767.630000000000000 |
| 47861 | Name on file | FTX Trading Ltd. | | | 96991 | Name on file | FTX Trading Ltd. | USD | 1,449,721.570000000000000 |
| | | | CHF | 1,396,648.910000000000000 | | | | | |
| 96700 | Name on file | FTX EU Ltd. | FTT | 25.000000000000000 | 96739 | Name on file | FTX Trading Ltd. | DOGE | 10.000000000000000 |
| | | | SOL | 50.000000000000000 | | | | FTT | 25.000000000000000 |
| | | | SRM | 300.000000000000000 | | | | SRM | 300.000000000000000 |
| | | | USD | 7,000.000000000000000 | | | | USD | 10,000.000000000000000 |
| 97196 | Name on file | FTX Trading Ltd. | FTT | | 97197 | Name on file | FTX Trading Ltd. | FTT | 0.000000000000000 |
| | | | USD | 344,356.000000000000000 | | | | USD | 3,443.000000000000000 |
| 97159 | Name on file | FTX Trading Ltd. | BAO | 1.000000000000000 | 97162 | Name on file | FTX Trading Ltd. | BAO | 1.000000000000000 |
| | | | CRO | 650.890000000000000 | | | | CRO | 650.890000000000000 |
| | | | DENT | 1.000000000000000 | | | | DENT | 1.000000000000000 |
| | | | GALA | 5,029.420000000000000 | | | | GALA | 5,029.240000000000000 |
| | | | GBP | 100.000000000000000 | | | | GBP | 100.000000000000000 |
| | | | HNT | 50.100000000000000 | | | | HNT | 50.100000000000000 |
| | | | IMX | 150.210000000000000 | | | | IMX | 150.210000000000000 |
| | | | KIN | 2.000000000000000 | | | | KIN | 2.000000000000000 |
| | | | MANA | 200.670000000000000 | | | | MANA | 200.670000000000000 |
| | | | SAND | 200.780000000000000 | | | | SAND | 200.780000000000000 |
| | | | XRP | 458.760000000000000 | | | | XRP | 458.760000000000000 |
| 97160 | Name on file | FTX Trading Ltd. | BAO | 1.000000000000000 | 97162 | Name on file | FTX Trading Ltd. | BAO | 1.000000000000000 |
| | | | CRO | 650.890000000000000 | | | | CRO | 650.890000000000000 |
| | | | DENT | 1.000000000000000 | | | | DENT | 1.000000000000000 |
| | | | GALA | 5,029.240000000000000 | | | | GALA | 5,029.240000000000000 |
| | | | GBP | 100.000000000000000 | | | | GBP | 100.000000000000000 |
| | | | HNT | 50.100000000000000 | | | | HNT | 50.100000000000000 |
| | | | IMX | 150.210000000000000 | | | | IMX | 150.210000000000000 |
| | | | KIN | 2.000000000000000 | | | | KIN | 2.000000000000000 |
| | | | MANA | 200.670000000000000 | | | | MANA | 200.670000000000000 |
| | | | SAND | 200.780000000000000 | | | | SAND | 200.780000000000000 |
| | | | XRP | 458.760000000000000 | | | | XRP | 458.760000000000000 |
| 81514 | Name on file | FTX Trading Ltd. | USD | 230.000000000000000 | 97257 | Name on file | FTX Trading Ltd. | USD | 231.230000000000000 |
| 85350 | Name on file | FTX Trading Ltd. | ATLAS | 361,510.000000000000000 | 97315 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | AURY | 0.000000000000000 | | | | | |
| | | | BNB | 1,546.000000000000000 | | | | | |
| | | | BTC | 0.000000000000000 | | | | | |
| | | | ETH | 1.000000000000000 | | | | | |
| | | | ETHW | 0.000000000000000 | | | | | |
| | | | FTM | 0.000000000000000 | | | | | |
| | | | FTT | 1,000.000000000000000 | | | | | |
| | | | FXS | 0.068396700000000 | | | | | |
| | | | LEO | 0.774784000000000 | | | | | |
| | | | LRC | 0.477522000000000 | | | | | |
| | | | MATIC | 5.000000000000000 | | | | | |
| | | | POLIS | 3,615.000000000000000 | | | | | |
| | | | SLP | 3.433900000000000 | | | | | |
| | | | SRM | 13.000000000000000 | | | | | |
| | | | SRM_LOCKED | 14,331.500000000000000 | | | | | |
| | | | SUSHI | 0.000000000000000 | | | | | |
| | | | USD | 1,527,513.710000000000000 | | | | | |
| | | | USDT | 379,617.000000000000000 | | | | | |
| 97278 | Name on file | FTX Trading Ltd. | ATLAS | 361,510.270000000000000 | 97315 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | AURY | 0.050870000000000 | | | | | |
| | | | BNB | 1,546.225757800000000 | | | | | |
| | | | BTC | 0.534283210000000 | | | | | |
| | | | ETH | 1.008466130000000 | | | | | |
| | | | ETHW | 0.605898490000000 | | | | | |
| | | | FTM | 0.690290700000000 | | | | | |
| | | | FTT | 1,000.000000000000000 | | | | | |
| | | | FXS | 0.068396690000000 | | | | | |
| | | | LEO | 0.774784000000000 | | | | | |
| | | | LRC | 0.477522000000000 | | | | | |
| | | | SLP | 3.433900000000000 | | | | | |
| | | | SRM_LOCKED | | | | | | |
| | | | USD | 1,527,513.710000000000000 | | | | | |
| | | | USDT | 379,617.270000000000000 | | | | | |
| 168 | Name on file | FTX US Trading, Inc. | USD | 960.960000000000000 | 224* | Name on file | FTX Trading Ltd. | USD | 960.960000000000000 |
| 223 | Name on file | FTX Trading Ltd. | USD | 960.960000000000000 | 224* | Name on file | FTX Trading Ltd. | USD | 960.960000000000000 |
| 29733 | Name on file | FTX Trading Ltd. | | | 96998 | Name on file | FTX Trading Ltd. | | |
| | | | ALCX | 4.396357730000000 | | | | ALCX | 4.396357730000000 |
| | | | BTC | 0.000072310000000 | | | | BTC | 0.000072310000000 |
| | | | GBP | 15,512.660000000000000 | | | | GBP | 15,512.660000000000000 |
| | | | IMX | 88.900000000000000 | | | | IMX | 88.900000000000000 |
| | | | LOOKS | 226.529405950000000 | | | | LOOKS | 226.529405950000000 |
| | | | ROOK | 0.609579960000000 | | | | ROOK | 0.609579960000000 |
| | | | SRM | 40.000000000000000 | | | | SRM | 40.000000000000000 |
| | | | | | | | | POC Other Crypto Assertions: UNISWAP | |
| | | | UNI | 10.000000000000000 | | | | (UNI) | 10.000000000000000 |
| | | | USD | 276.810000000000000 | | | | USD | 276.810000000000000 |
| | | | USDT | 276.810000000000000 | | | | USDT | 276.810000000000000 |
| 44975 | Name on file | West Realm Shires Services Inc. | BTC | 0.129009928521000 | 44979* | Name on file | FTX EU Ltd. | BTC | 0.129009928521000 |
| | | | ETH | 1.691622750000000 | | | | ETH | 1.691622750000000 |
| | | | ETHW | 1.553927700000000 | | | | ETHW | 1.553927700000000 |
| | | | SOL | 2.533419000000000 | | | | SOL | 2.533419000000000 |
| | | | USD | 617.856637705000000 | | | | USD | 617.856637705000000 |
| | | | USDT | 0.000000018691147 | | | | USDT | 0.000000018691147 |
| 68707* | Name on file | West Realm Shires Services Inc. | | | 95437 | Name on file | West Realm Shires Services Inc. | | |
| | | | USD | 0.000004770656382 | | | | USD | 430,524.000000000000000 |
| 34747 | Name on file | FTX Trading Ltd. | FTT | 25.097480600000000 | 96921 | Name on file | FTX Trading Ltd. | FTT | 25.097480600000000 |
| | | | SRM | 274.689731680000000 | | | | USD | 25,013.440000000000000 |
| | | | USD | 25,013.440000000000000 | | | | | |
| 38825 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 | 97220* | Name on file | FTX EU Ltd. | ATLAS | 699,981.000000000000000 |
| | | | AAVE-PERP | 0.000000000000000 | | | | BTC | 32,927,942.000000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | | | CUSDT | 2.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 | | | | DOGEBULL | 2.000000000000000 |
| | | | ALICE-PERP | 0.000000000000000 | | | | EOSBULL | 149.500000000000000 |
| | | | ALPHA-PERP | 0.000000000000000 | | | | ETH | 21,516,257.000000000000000 |
| | | | AMPL-PERP | 0.000000000000000 | | | | ETHW | 16,257.000000000000000 |
| | | | ATLAS | 699.981000000000000 | | | | FTT | 202,761,643.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | | GENE | 1.000000000000000 |
| | | | AUDIO-PERP | 0.000000000000000 | | | | LINKBULL | 30.000000000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | | | MATICBULL | 1,377.000000000000000 |
| | | | AXS-PERP | 0.000000000000000 | | | | SOL | 2.000000000000000 |
| | | | BALBULL | 835.000000000000000 | | | | SRM | 4.000000000000000 |
| | | | BAL-PERP | 0.000000000000000 | | | | TRX | 24.000000000000000 |
| | | | BAND-PERP | 0.000000000000000 | | | | USD | 74,441.000000000000000 |
| | | | BAT-PERP | 0.000000000000000 | | | | USDT | 5.672060000000000 |
| | | | BNB-PERP | 0.000000000000000 | | | | | |
| | | | BTC | 0.329279423000000 | | | | | |
| | | | BTC-PERP | 0.000000000000000 | | | | | |
| | | | BTTPRE-PERP | 0.000000000000000 | | | | | |
| | | | C98-PERP | 0.000000000000000 | | | | | |
| | | | CAKE-PERP | 0.000000000000000 | | | | | |
| | | | CELO-PERP | 0.000000000000000 | | | | | |
| | | | CEL-PERP | 0.000000000000000 | | | | | |
| | | | CHZ-PERP | 0.000000000000000 | | | | | |
| | | | COMP | 0.000000000000000 | | | | | |
| | | | COMP-PERP | 0.000000000000000 | | | | | |
| | | | CRV-PERP | 0.000000000000000 | | | | | |

93867*: Surviving Claim is pending modification on the Debtors' One Hundred Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
224*: Surviving Claim included as a claim to be modified subject to the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
44979*: Surviving Claim is pending modification on the Debtors' Fifteenth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
68707*: Disallowed Claim was ordered modified on the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
97220*: Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Thirty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | CVC-PERP | 0.000000000000000 | | | | | |
| | | | DASH-PERP | 0.000000000000000 | | | | | |
| | | | DENT-PERP | 0.000000000000000 | | | | | |
| | | | DODO-PERP | 0.000000000000000 | | | | | |
| | | | DOGEBULL | 2.000000000000000 | | | | | |
| | | | DOGE-PERP | 0.000000000000000 | | | | | |
| | | | DOT-PERP | 0.000000000000000 | | | | | |
| | | | DYDX-PERP | 0.000000000000000 | | | | | |
| | | | EGLD-PERP | 0.000000000000000 | | | | | |
| | | | ENJ-PERP | 0.000000000000000 | | | | | |
| | | | EOSBULL | 149,500.000000000000000 | | | | | |
| | | | EOS-PERP | 0.000000000000000 | | | | | |
| | | | ETC-PERP | 0.000000000000000 | | | | | |
| | | | ETH | 2.151625700000000 | | | | | |
| | | | ETH-PERP | -0.150000000000000 | | | | | |
| | | | ETHW | 0.001625700000000 | | | | | |
| | | | FIL-PERP | 0.000000000000000 | | | | | |
| | | | FLM-PERP | 0.000000000000000 | | | | | |
| | | | FTM-PERP | 0.000000000000000 | | | | | |
| | | | FTT | 2.027616437228900 | | | | | |
| | | | FTT-PERP | 0.000000000000000 | | | | | |
| | | | FTXDXY-PERP | 0.000000000000000 | | | | | |
| | | | GENE | 1.000000000000000 | | | | | |
| | | | GRTBULL | 145.400000000000000 | | | | | |
| | | | HNT-PERP | 0.000000000000000 | | | | | |
| | | | ICP-PERP | 0.000000000000000 | | | | | |
| | | | IOTA-PERP | 0.000000000000000 | | | | | |
| | | | KAVA-PERP | 0.000000000000000 | | | | | |
| | | | KIN-PERP | 0.000000000000000 | | | | | |
| | | | KSM-PERP | 0.000000000000000 | | | | | |
| | | | LINKBULL | 30.000000000000000 | | | | | |
| | | | LINK-PERP | 0.000000000000000 | | | | | |
| | | | LRC-PERP | 0.000000000000000 | | | | | |
| | | | LTC-PERP | 0.000000000000000 | | | | | |
| | | | LUNC-PERP | 0.000000000000000 | | | | | |
| | | | MANA-PERP | 0.000000000000000 | | | | | |
| | | | MATICBULL | 137.700000000000000 | | | | | |
| | | | MATIC-PERP | 0.000000000000000 | | | | | |
| | | | MKRBULL | 1.000000000000000 | | | | | |
| | | | MKR-PERP | 0.000000000000000 | | | | | |
| | | | NEO-PERP | 0.000000000000000 | | | | | |
| | | | OMG-PERP | 0.000000000000000 | | | | | |
| | | | ONE-PERP | 0.000000000000000 | | | | | |
| | | | ONT-PERP | 0.000000000000000 | | | | | |
| | | | PERP-PERP | 0.000000000000000 | | | | | |
| | | | RAY-PERP | 0.000000000000000 | | | | | |
| | | | REEF-PERP | 0.000000000000000 | | | | | |
| | | | REN-PERP | 0.000000000000000 | | | | | |
| | | | RSR-PERP | 0.000000000000000 | | | | | |
| | | | RUNE-PERP | 0.000000000000000 | | | | | |
| | | | SAND-PERP | 0.000000000000000 | | | | | |
| | | | SKL-PERP | 0.000000000000000 | | | | | |
| | | | SLP-PERP | 0.000000000000000 | | | | | |
| | | | SOL | 2.000000000000000 | | | | | |
| | | | SOL-PERP | 0.000000000000000 | | | | | |
| | | | SRM | 4.000000000000000 | | | | | |
| | | | SRM-PERP | 0.000000000000000 | | | | | |
| | | | STORJ-PERP | 0.000000000000000 | | | | | |
| | | | SUSHI-PERP | 0.000000000000000 | | | | | |
| | | | SXP-PERP | 0.000000000000000 | | | | | |
| | | | THETABULL | 1.000000000000000 | | | | | |
| | | | TLM-PERP | 0.000000000000000 | | | | | |
| | | | TOMO-PERP | 0.000000000000000 | | | | | |
| | | | TRX | 0.000024000000000 | | | | | |
| | | | TRX-PERP | 0.000000000000000 | | | | | |
| | | | TULIP-PERP | 0.000000000000000 | | | | | |
| | | | UNI-PERP | 0.000000000000000 | | | | | |
| | | | UNISWAPBULL | 0.019800000000000 | | | | | |
| | | | USD | 744.410209901190800 | | | | | |
| | | | USDT | 5,672.056054421399000 | | | | | |
| | | | USDT-PERP | 0.000000000000000 | | | | | |
| | | | VETBULL | 144.900000000000000 | | | | | |
| | | | VET-PERP | 0.000000000000000 | | | | | |
| | | | WAVES-PERP | 0.000000000000000 | | | | | |
| | | | XLMBULL | 40.000000000000000 | | | | | |
| | | | XLM-PERP | 0.000000000000000 | | | | | |
| | | | XMR-PERP | 0.000000000000000 | | | | | |
| | | | XRP-PERP | 0.000000000000000 | | | | | |
| | | | XTZ-PERP | 0.000000000000000 | | | | | |
| | | | YFII-PERP | 0.000000000000000 | | | | | |
| | | | YFI-PERP | 0.000000000000000 | | | | | |
| | | | ZECBULL | 218.600000000000000 | | | | | |
| | | | ZIL-PERP | 0.000000000000000 | | | | | |
| 2066 | Name on file | FTX Europe AG | USD | 1,090.000000000000000 | 70575* | Name on file | FTX EU Ltd. | BAO | 1.000000000000000 |
| | | | | | | | | EUR | 1,026.508623670000000 |
| | | | | | | | | KIN | 1.000000000000000 |
| | | | | | | | | RSR | 1.000000000000000 |
| | | | | | | | | USD | 0.001464849464206 |
| 30266 | Name on file | FTX Trading Ltd. | BNB | 3.300000000000000 | 96989 | Name on file | FTX Trading Ltd. | BNB | 3.300000000000000 |
| | | | BTC | 0.286095570000000 | | | | BTC | 0.286095570000000 |
| | | | CRO | 450.000000000000000 | | | | CRO | 450.000000000000000 |
| | | | ETH | 0.783647450000000 | | | | ETH | 0.783647450000000 |
| | | | ETHW | 0.781593030000000 | | | | ETHW | 0.781593030000000 |
| | | | FIDA | 29.994180000000000 | | | | FIDA | 29.994180000000000 |
| | | | FTT | 66.992840000000000 | | | | SOL | 17.731126560000000 |
| | | | SOL | 17.731126560000000 | | | | TONCOIN | 99.981000000000000 |
| | | | TONCOIN | 99.981000000000000 | | | | USD | 1,815.840000000000000 |
| | | | USD | 1,815.840000000000000 | | | | USDT | 760.630000000000000 |
| | | | USDT | 760.630000000000000 | | | | | |
| 86445 | Name on file | FTX Trading Ltd. | BTC | 0.641356648000000 | 97240 | Name on file | FTX Trading Ltd. | BTC | 0.641356640000000 |
| | | | BTC-PERP | 0.000000000000000 | | | | USDT | 14,824.370000000000000 |
| | | | CAKE-PERP | 0.000000000000000 | | | | | |
| | | | TRX | 0.000000300000000 | | | | | |
| | | | USD | 0.000000020568456 | | | | | |
| | | | USDT | 14,824.370591697028000 | | | | | |
| 29913 | Name on file | FTX Trading Ltd. | APE | 112.600000000000000 | 96888 | Name on file | FTX Trading Ltd. | ALPHA | 0.007320000000000 |
| | | | AURY | 0.918100000000000 | | | | APE | 112.600000000000000 |
| | | | AVAX | 55.418521340000000 | | | | APE-PERP | 1,247.000000000000000 |
| | | | BNB | 0.008551000000000 | | | | AURY | 0.918100000000000 |
| | | | BTC | 1.000000000000000 | | | | AVAX | 55.418521340000000 |
| | | | DOGE | 0.449340000000000 | | | | BNB | 0.008551000000000 |
| | | | ETH | 26.346697300000000 | | | | BTC | 1.000000000000000 |
| | | | FTT | 163.118312000000000 | | | | DOGE | 0.449340000000000 |
| | | | SOL | 38.017591710000000 | | | | ETH | 26.346697300000000 |
| | | | SRM | 263.920080000000000 | | | | ETHW | 26.346697300000000 |
| | | | SUSHI | 223.159748500000000 | | | | FTT | 163.118312000000000 |
| | | | USDC | -36,270.285945470000000 | | | | LINA | 4.905560000000000 |
| | | | USDT | 1.000000000000000 | | | | SOL | 38.017591710000000 |
| | | | | | | | | SRM | 263.920080000000000 |
| | | | | | | | | SUSHI | 223.159748500000000 |
| | | | | | | | USDC | -36,270.285945470000000 |
| | | | | | | | USDT | 0.000000010000000 |
| 33342 | Name on file | West Realm Shires Services Inc. | ETH | 0.219000000000000 | 97206 | Name on file | West Realm Shires Services Inc. | ETH | 0.219000000000000 |
| | | | ETHW | 0.219000000000000 | | | | ETHW | 0.219000000000000 |
| | | | USD | 0.400000000000000 | | | | USD | 0.400000000000000 |
| 58588 | Name on file | West Realm Shires Services Inc. | BRZ | 0.000000001701465 | 97082* | Name on file | FTX Trading Ltd. | ETH | 15.290194890000000 |
| | | | ETH | 27.000000000000000 | | | | ETHW | 15.285004180000000 |
| | | | ETHW | 15.285004180000000 | | | | USDC | 65.320000000000000 |
| | | | USD | 65.324105616124000 | | | | | |
| | | | USDT | 0.000000002211811 | | | | | |
| 75600 | Name on file | FTX Trading Ltd. | BTC | 0.097633110676750 | 97163 | Name on file | FTX Trading Ltd. | BTC | 0.097633110000000 |
| | | | ETH | 0.000000004845359 | | | | FTT | 0.042303210000000 |
| | | | FTT | 0.042303210000000 | | | | | |
| | | | GBP | 0.000010207940866 | | | | | |
| | | | USD | 0.000003643560792 | | | | | |
| | | | USDT | 0.000000003781969 | | | | | |
| 93266 | Name on file | FTX Trading Ltd. | USD | 117,330.000000000000000 | 93267 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: 3X SHORT CHAINLINK TOKEN | 102,963.000000000000000 |
| | | | | | | | | BNB | 0.000000000000000 |
| | | | | | | | | BTC | 0.000000000000000 |
| | | | | | | | | ETH | 0.000000000000000 |
| | | | | | | | | ETHBULL | 0.000000000000000 |
| | | | | | | | | EUR | 27.950000000000000 |
| | | | | | | | | USD | 69.790000000000000 |
| | | | | | | | | USDT | 117,230.000000000000000 |
| 1568 | Name on file | FTX Trading Ltd. | USD | 2,587.000000000000000 | 96948 | Name on file | FTX Trading Ltd. | | Undetermined* |
| 80885 | Name on file | FTX Trading Ltd. | ETHW | 7.000000000000000 | 96990 | Name on file | FTX Trading Ltd. | USD | 1,474.230000000000000 |
| | | | LOOKS | 8,545.140000000000000 | | | | | |
| | | | LUNC | 3,571.420000000000000 | | | | | |
| | | | USD | 189.930000000000000 | | | | | |
| 97133 | Name on file | West Realm Shires Services Inc. | BTC | 0.013887800000000 | 97285* | Name on file | FTX EU Ltd. | | Undetermined* |
| 31659 | Name on file | FTX Trading Ltd. | | Undetermined* | 97345 | Name on file | FTX Trading Ltd. | USD | 61,984.570000000000000 |
| 29314 | Name on file | FTX Trading Ltd. | USD | 421.020000000000000 | 97098 | Name on file | FTX Trading Ltd. | USD | 421.020000000000000 |
| 2920 | Name on file | FTX Europe AG | USD | 2,500.000000000000000 | 66680 | Name on file | FTX Trading Ltd. | BTC-PERP | 0.000000000000000 |
| | | | | | | | | DFL | 4.882049080000000 |
| | | | | | | | | ETH | 0.000000015750000 |
| | | | | | | | | FTM | 0.529579000000000 |
| | | | | | | | | FTT | 0.000000004146427 |
| | | | | | | | | FTT-PERP | 0.000000000000000 |
| | | | | | | | | GMT-PERP | 0.000000000000000 |
| | | | | | | | | IMX | 51.200000000000000 |
| | | | | | | | | LUNA2 | 2.741852112000000 |
| | | | | | | | | LUNA2_LOCKED | 6.397654928000000 |
| | | | | | | | | MKR | 0.000000009000000 |
| | | | | | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | RAY | 0.873650040000000 |
| | | | | | | | | SOL-20211231 | 0.000000000000000 |
| | | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | | STEP | 0.058591950000000 |
| | | | | | | | | STG | 131.000000000000000 |
| | | | | | | | | USD | 1,885.359769534704000 |
| | | | | | | | | USDT | 0.000000020840816 |
| | | | | | | | | USDT-PERP | 0.000000000000000 |
| | | | | | | | | WBTC | 0.000000003179808 |
| 80919 | Name on file | FTX Trading Ltd. | AVAX-PERP | 0.000000000000000 | 97057 | Name on file | FTX Trading Ltd. | USD | 1,356.660000000000000 |
| | | | BTC-PERP | 0.079300000000000 | | | | | |
| | | | CAKE-PERP | 0.000000000000000 | | | | | |

70575*: Surviving Claim is pending modification on the Debtors' Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
97082*: Surviving Claim included as a claim to be modified subject to the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
97285*: Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Thirty-Fourth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Claims to be Disallowed** | | | | | **Surviving Claims** | |
| | | | CEL-PERP | 0.000000000000000 | | | | | |
| | | | CHZ-PERP | 0.000000000000000 | | | | | |
| | | | DODO-PERP | 0.000000000000000 | | | | | |
| | | | ETH-PERP | 0.000000000000000 | | | | | |
| | | | FIDA-PERP | 0.000000000000000 | | | | | |
| | | | HT-PERP | -0.000000000000010 | | | | | |
| | | | LTC-PERP | 0.000000000000000 | | | | | |
| | | | LUNA2-PERP | 0.000000000000000 | | | | | |
| | | | LUNC-PERP | 0.000000000000000 | | | | | |
| | | | MATIC-PERP | 0.000000000000000 | | | | | |
| | | | NEO-PERP | 0.000000000000000 | | | | | |
| | | | OKB-PERP | 0.000000000000000 | | | | | |
| | | | RVN-PERP | 0.000000000000000 | | | | | |
| | | | USD | 2,600.000000000000000 | | | | | |
| | | | USDT | 0.000000000006301424 | | | | | |
| 43638 | Name on file | FTX EU Ltd. | USDT | 48,266.000000000000000 | 43644* | Name on file | FTX EU Ltd. | USDT | 482.660000000000000 |
| 97292 | Name on file | FTX Trading Ltd. | | Undetermined* | 97293 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: COVALENT | 0.000000000000000 |
| | | | | | | | | ETH | 2.008300000000000 |
| | | | | | | | | ETHW | 2.008300000000000 |
| | | | | | | | | RAMP | 7,809.908946570000000 |
| | | | | | | | | RAY | 101.244295558000000 |
| | | | | | | | | SOL | 45.152496110000000 |
| 90302 | Name on file | FTX Trading Ltd. | | Undetermined* | 97091 | Name on file | FTX Trading Ltd. | LINK | 1.061729500000000 |
| | | | | | | | | SHIB | 204,502,501.854912200000000 |
| | | | | | | | | USDT | 2.000000000000000 |
| 97096 | Name on file | FTX US Trading, Inc. | POC Other Crypto Assertions: CHAINLINK TOKEN | 1.061729500000000 | 97091 | Name on file | FTX Trading Ltd. | LINK | 1.061729500000000 |
| | | | SHIB | 204,502,501.854912200000000 | | | | SHIB | 204,502,501.854912200000000 |
| | | | USDT | 2.000000000000000 | | | | USDT | 2.000000000000000 |
| 95082 | Name on file | West Realm Shires Services Inc. | POC Other Fiat Assertions: $1200 USD WITHDRAWAL NEVER WENT THROUGH TO BANK | 1,200.000000000000000 | 96265 | Name on file | West Realm Shires Services Inc. | POC Other Fiat Assertions: $1200 USD WITHDRAWAL NEVER WENT THROUGH TO BANK ON NOV 10, 2022 | 1,200.000000000000000 |
| | | | ETHW | 0.140016710000000 | | | | ETHW | 0.140016710000000 |
| | | | USD | 1,749.880000000000000 | | | | USD | 549.882863740413500 |
| 27035 | Name on file | West Realm Shires Services Inc. | | Undetermined* | 90415* | Name on file | West Realm Shires Services Inc. | USD | 2,973,074.200000000000000 |
| 48348 | Name on file | West Realm Shires Services Inc. | | Undetermined* | 90415* | Name on file | West Realm Shires Services Inc. | USD | 2,973,074.200000000000000 |
| 26583 | Name on file | FTX Trading Ltd. | | Undetermined* | 90415* | Name on file | West Realm Shires Services Inc. | USD | 2,973,074.200000000000000 |
| 30469 | Name on file | FTX Trading Ltd. | BTC | 0.004547960000000 | 96932 | Name on file | FTX Trading Ltd. | BTC | 0.004547960000000 |
| | | | ETH | 0.094121410000000 | | | | ETH | 0.094121410000000 |
| | | | SHIB | 2,808,400.000000000000000 | | | | SHIB | 2,808,400.000000000000000 |
| | | | USD | 2,225.480000000000000 | | | | USD | 2,225.480000000000000 |
| 34528 | Name on file | FTX Trading Ltd. | | Undetermined* | 97137 | Name on file | FTX Trading Ltd. | BTC | 0.000034718000000 |
| | | | | | | | | SOL | 186.983220500000000 |
| | | | | | | | | USD | 20,260.770200381468168 |
| | | | | | | | | USDT | 516.304296402000000 |
| 96923 | Name on file | FTX Trading Ltd. | TRX | 0.264249000000000 | 96988 | Name on file | FTX Trading Ltd. | TRX | 0.264249000000000 |
| | | | USD | 0.008677840000000 | | | | USD | 0.008677840000000 |
| | | | USDT | 1,364.920000000000000 | | | | USDT | 1,364.920000000000000 |
| 96872 | Name on file | FTX Trading Ltd. | TRX | 0.014695070000000 | 96988 | Name on file | FTX Trading Ltd. | TRX | 0.264249000000000 |
| | | | USD | 0.008677840000000 | | | | USD | 0.008677840000000 |
| | | | USDT | 1,361.631907720000000 | | | | USDT | 1,364.920000000000000 |
| 96873 | Name on file | FTX Trading Ltd. | TRX | 0.014695070000000 | 96988 | Name on file | FTX Trading Ltd. | TRX | 0.264249000000000 |
| | | | USD | 0.008677840000000 | | | | USD | 0.008677840000000 |
| | | | USDT | 1,361.631907720000000 | | | | USDT | 1,364.920000000000000 |
| 53121 | Name on file | FTX Trading Ltd. | TRX | 0.264249000000000 | 96988 | Name on file | FTX Trading Ltd. | TRX | 0.264249000000000 |
| | | | USD | 0.008677837350000 | | | | USD | 0.008677840000000 |
| | | | USDT | 1,364.920000000461735 | | | | USDT | 1,364.920000000000000 |
| 97180 | Name on file | FTX Trading Ltd. | BTC | 0.009922110000000 | 97181 | Name on file | FTX Trading Ltd. | BTC | 0.009922110000000 |
| | | | ETH | 0.492648860000000 | | | | ETH | 0.492648860000000 |
| | | | MBS | 1,284.082600000000000 | | | | MBS | 1,284.082600000000000 |
| | | | SOL | 1.000000000000000 | | | | SOL | 1.000000000000000 |
| | | | USD | 3.290000000000000 | | | | USD | 3.290000000000000 |
| 97175 | Name on file | FTX Trading Ltd. | USD | 8,372.910000000000000 | 97284 | Name on file | FTX Trading Ltd. | USD | 8,372.910000000000000 |
| 97202 | Name on file | FTX Trading Ltd. | BTC | 209.970000000000000 | 97204 | Name on file | FTX Trading Ltd. | BTC | 0.012445000000000 |
| | | | ETH | 229.020000000000000 | | | | ETH | 0.181932790000000 |
| | | | ETHW | 0.760000000000000 | | | | ETHW | 0.181932790000000 |
| | | | USD | 442.110000000000000 | | | | USD | 442.110000000000000 |
| 29720 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: ALTBEAR | 421.480000000000000 | 96964 | Name on file | FTX Trading Ltd. | AVAX | 0.099715000000000 |
| | | | AVAX | 0.099715000000000 | | | | BTC | 0.044578350000000 |
| | | | POC Other Crypto Assertions: BEAR | 985.068000000000000 | | | | BULL | 0.000411000000000 |
| | | | POC Other Crypto Assertions: BEARSHIT | 9,540.200000000000000 | | | | ETH | 0.000985560000000 |
| | | | BTC | 0.044578350000000 | | | | IMX | 0.071215000000000 |
| | | | BULL | 0.000411000000000 | | | | LUNC | 0.000439800000000 |
| | | | ETH | 0.000985560000000 | | | | USD | 0.270000000000000 |
| | | | POC Other Crypto Assertions: ETHHEDGE | 0.009069000000000 | | | | | |
| | | | ETHW | 0.000985560000000 | | | | | |
| | | | IMX | 0.071215000000000 | | | | | |
| | | | LUNC | 0.000439800000000 | | | | | |
| | | | USD | 0.270000000000000 | | | | | |
| 50362 | Name on file | FTX Trading Ltd. | | Undetermined* | 96955 | Name on file | FTX Trading Ltd. | ETH | 0.000000010000000 |
| | | | | | | | | FTT | 0.214477160000000 |
| | | | | | | | | SOL | 12,116.694109170000000 |
| 50365 | Name on file | FTX Trading Ltd. | | Undetermined* | 96953 | Name on file | FTX Trading Ltd. | BTC | 0.000096920000000 |
| | | | | | | | | SRM | 9,418.952773810000000 |
| | | | | | | | | USD | 448,037.810000000000000 |
| 26331 | Name on file | FTX Trading Ltd. | BTC | 0.688687224153169 | 97016 | Name on file | FTX Trading Ltd. | BTC | 0.688687220000000 |
| | | | ETH | 0.000000007974790 | | | | ETHW | 1.079450740000000 |
| | | | ETHW | 1.079450742967340 | | | | LTC | 23.023494380000000 |
| | | | LTC | 23.023494380000000 | | | | USD | 0.900000000000000 |
| | | | SOL | 0.000000006475781 | | | | | |
| | | | SXP | 0.000000006758010 | | | | | |
| | | | USD | 0.902381195687468 | | | | | |
| | | | USDT | 0.000000005357640 | | | | | |
| 29903 | Name on file | FTX Trading Ltd. | ATLAS | 7.706000000000000 | 97258 | Name on file | FTX Trading Ltd. | ATLAS | 7.706000000000000 |
| | | | ETH | 0.000271980000000 | | | | POC Other Crypto Assertions: BOBA(BOBA) | 0.085463000000000 |
| | | | GALA | 0.686360270000000 | | | | ETH | 0.000271980000000 |
| | | | LUNA2 | 10.728789820000000 | | | | ETHW | 0.000271980000000 |
| | | | LUNC | 2,336,216.570686000000000 | | | | GALA | 0.686360270000000 |
| | | | USD | 0.510000000000000 | | | | LUNA2 | 10.728789820000000 |
| | | | USDT | 0.010000000000000 | | | | LUNA2_LOCKED | 25.033842900000000 |
| | | | | | | | | LUNC | 2,336,216.570686000000000 |
| | | | | | | | | RUNE | 0.200000000000000 |
| | | | | | | | | TRX | 0.186243000000000 |
| | | | | | | | | USD | 0.510000000000000 |
| | | | | | | | | USDT | 0.010000000000000 |
| | | | | | | | | XRP | 0.006435000000000 |
| 4670 | Name on file | Alameda Research LLC | USD | 70,000.000000000000000 | 80714 | Name on file | FTX Trading Ltd. | FTT | 70,000.000000000000000 |
| | | | | | | | | SRM | 455.000000000000000 |
| | | | | | | | | USD | 1,248.000000000000000 |
| 23246 | Name on file | FTX Trading Ltd. | | Undetermined* | 97389 | Name on file | FTX Trading Ltd. | USD | 10,000.000000000000000 |

43644*: Surviving Claim included as a claim to be modified subject to the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
90415*: Surviving Claim is pending modification on the Debtors' Fifty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
"Undetermined": Indicates claim contains unliquidated and/or undetermined amounts