# EXHIBIT A

{1368.003-W0079766.3}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 20017, 20025, 20026, 25076, 25105, 25107, 29595, 29891, 29892 & _____ |

## AMENDED SCHEDULING ORDER

The above captioned debtors and debtors-in-possession (collectively, the "Debtors") having filed the *Debtors' Objection to Proofs of Claim filed by North Field Technology Ltd.* [D.I. 20017] (the "Claims Objection"); North Field Technology Ltd. ("North Field") having filed its *Response of North Field Technology Ltd. to Debtors' Objection to Proofs of Claim Filed by North Field Technology, Ltd.* [D.I. 25076] and a *Declaration of Roman Bieda* in support thereof [D.I. 25105] (together, the "Response"); North Field having filed the *Motion of North Field Technology Ltd. for Entry of an Order (i) Granting Relief from the Automatic Stay; (ii) Waiving Bankruptcy Rule 4001; and (iii) Granting Related Relief* [D.I. 25107] (the "Stay Relief Motion" and, together with the Claims Objection, the "Contested Matters"); and the Court having entered the *Initial Scheduling Order* [D.I. 29595]; and all assets of the FTX Debtors, including all claims and causes of action, having been transferred to and vested in the Consolidated Wind Down Trust (the "FTX Recovery Trust" and, together with North Field, the "Parties") on January 3, 2025, pursuant to the Bankruptcy Court's order confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 29127]; and the FTX Recovery

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Trust having filed its *Response of FTX Recovery Trust to Motion to Lift Stay of North Field Technology Ltd.* ([D.I. 29891]; and the Parties having discussed and agreed to the following modified schedule set forth hereafter;

    **IT IS ORDERED** that:

    1.    <u>Claims Objection Reply</u>.  Any reply in further support of the Claims Objection by the FTX Recovery Trust shall be filed by no later than April 10, 2025.

    2.    <u>Stay Relief Motion Reply</u>.  Any reply in further support of the Stay Relief Motion shall be filed by no later than April 17, 2025.

    3.    <u>Meet and Confer Conference</u>.  The Parties shall conduct a conference with respect to the Stay Relief Motion pursuant to Rule 4001-1(d) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") by no later than April 24, 2025 (the "<u>Conference</u>").

    4.    In addition to the requirements of Local Rule 4001-(d), at the Conference the Parties shall also discuss discovery deadlines, potential hearing dates, and whether mediation of the Contested Matters may be appropriate.

    5.    Within seven (7) days after the conclusion of the Conference, the Parties shall submit a further proposed joint scheduling order to the Court.

Date: March _____, 2025
       Wilmington, Delaware

                                                THE HONORABLE JOHN T. DORSEY
                                                UNITED STATES BANKRUPTCY JUDGE