IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 20, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Fee Application Service List attached hereto as **Exhibit A**:

- Third Interim Fee Application of Ernst & Young LLP [Docket No. 29610]

- Fourth Interim Fee Application of Ernst & Young LLP [Docket No. 29611]

- Fifth Interim Fee Application of Ernst & Young LLP [Docket No. 29612]

- Sixth Interim Fee Application of Ernst & Young LLP [Docket No. 29613]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 11, 2025

                                                      */s/ Nelson Crespin*
                                                      Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 11, 2025, by Nelson Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

## Exhibit A
### Fee Application Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| LANDIS RATH & COBB LLP | ATTENTION: ADAM G. LANDIS, KIMBERLY A. BROWN | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JON LIPSHIE, BENJAMIN A. HACKMAN, DAVID GERARDI | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | KRANZLEYA@SULLCROM.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM |