# **EXHIBIT 1**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 8/1/24 – 10/8/24 D.I. 28837 Filed 12/16/24 | $4,854,187.50 | $69,604.66 | $105,607.01 | $6,960.53 | $4,784,582.84 | $98,646.48 |
| **Alvarez & Marsal North America, LLC** *Financial Advisors to the Debtors and Debtors-In-Possession* | 8/1/24 – 10/8/24 D.I. 28836 Filed 12/16/24 | $31,601,860.50 | $235,254.70 | $610,115.56 | $17,697.88 | $31,366,605.80 | $592,417.68 |
| **Ashby & Geddes, P.A.** *Co-Counsel to the Examiner* | 3/20/24 – 10/8/24 D.I. 28814 Filed 12/16/24 | $112,800.50 | $2,500.00 | $1,219.26 | $0.00 | $110,300.50 | $1,219.26 |
| **Eversheds Sutherland (US) LLP** *Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* | 8/1/24 – 10/8/24 D.I. 28776 Filed 12/13/24 | $783,612.50 | $9,478.30 | $2,076.93 | $0.00 | $774,134.20 | $2,076.93 |

{1368.003-W0080306.3}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **FTI Consulting, Inc.** *Financial Advisor to the Official Committee of Unsecured Creditors* | 8/1/24 – 10/8/24 D.I. 28830, 28833 Filed 12/16/24 | $1,438,771.50 | $22,527.82 | $14,636.00 | $0.00 | $1,416,243.68 | $14,636.00 |
| **Godfrey & Kahn, S.C.** *Counsel to the Examiner* | 8/1/24 – 10/31/24 D.I. 29191 Filed 1/10/25 | $458,994.50 | N/A | $6,937.85 | N/A | $458,994.50 | $6,937.85 |
| **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* | 8/1/24 – 10/8/24 D.I. 28784 Filed 12/13/24 | $309,103.08 | $0.00 | $931.40 | $0.00 | $309,103.08 | $931.40 |
| **Landis Rath & Cobb LLP** *Co-Counsel to the Debtors and Debtors-In-Possession* | 8/1/24 – 10/8/24 D.I. 28838 Filed 12/16/24 | $1,672,942.00 | $34,582.75 | $45,053.06 | $0.00 | $1,638,359.25 | $45,053.06 |

{1368.003-W0080306.3}

2

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Morris, Nichols, Arsht & Tunnell LLP** *Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | 8/1/24 – 10/8/24 D.I. 28421 Filed 11/27/24 | $286,818.50 | $1,429.00 | $7,023.00 | $0.00 | $285,389.50 | $7,023.00 |
| **Patterson Belknap Webb & Tyler LLP** *Counsel to the Examiner* | 8/1/24 – 10/8/24 D.I. 28816 Filed 12/16/24 | $1,774,812.38 | $1,800.00 | $10,032.37 | $0.00 | $1,773,012.38 | $10,032.37 |
| **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 8/1/24 – 10/8/24 D.I. 28830, 28832 Filed 12/16/24 | $1,025,558.75 | $23,688.03 | $266,943.95 | $0.00 | $1,001,870.72 | $266,943.95 |
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 8/1/24 – 10/8/24 D.I. 28847 Filed 12/16/24 | $2,471,110.65 | $300,000.00 | $834.73 | $19.59 | $2,171,110.65 | $815.14 |

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 8/1/24 – 10/8/24 D.I. 28830, 28831 Filed 12/16/24 | $150,466.00 | $1,750.00 | $1,717.93 | $0.00 | $148,716.00 | $1,717.93 |
| **Jefferies LLC**[1] *Investment Banker for the Official Committee of Unsecured Creditors* | 8/1/24 – 10/8/24 D.I. 28830, 28835 Filed 12/16/24 | $450,000.00 | N/A | $10,128.00 | N/A | $450,000.00 | $10,128.00 |

---

[1]  Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review on an interim basis and, as such, Jefferies LLC's interim request for fees and expenses was not subject to review by the Fee Examiner.

{1368.003-W0080306.3}

4