**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF OBLIGATION TO FILE RENEWAL REQUEST FOR SERVICE OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2002**

  **PLEASE TAKE NOTICE** that on October 8, 2024, the United States Bankruptcy Court for the District of Delaware entered an order [D.I. 26404] (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1] (the "Plan"). On January 3, 2025 the Plan became effective [D.I. 29127] (the "Effective Date").

  **PLEASE TAKE FURTHER NOTICE** that the Plan provides, among other things, that "[a]fter the Effective Date, the Debtors, Wind Down Entities (including, for the avoidance of doubt, the FTX Recovery Trust), or Plan Administrator, as applicable are authorized to limit the list of Entities receiving documents pursuant to Bankruptcy Rule 2002 to those Entities that have filed renewed requests for service after the Effective Date." Plan § 13.16.

  **PLEASE TAKE FURTHER NOTICE** that the list of parties receiving service of documents pursuant to Bankruptcy Rule 2002 (the "Rule 2002 Service List") shall be reconstituted in accordance with the Plan as of **April 14, 2025** (the "Reconstitution Date"). Any Party that wants to continue to receive notices in these cases must file a renewal request for service pursuant to rule 2002 of the Federal Rules of Bankruptcy Procedure ("Rule 2002") and serve such notice on the undersigned Counsel to the FTX Recovery Trust. As of the Reconstitution Date, the Rule 2002 Service List shall be limited to those who have filed renewed requests and the Office of the United States Trustee.

  **PLEASE TAKE FURTHER NOTICE YOU WILL NOT RECEIVE FURTHER NOTICES OF PLEADINGS OR DOCUMENTS IN THESE CASES AFTER THE RECONSTITUTION DATE UNLESS AND UNTIL YOU FILE A RENEWAL REQUEST FOR SERVICE PURSUANT TO BANKRUPTCY RULE 2002.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0079663.3}

|  |  |
|---|---|
| Dated: March 13, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christian P. Jensen (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         jensenc@sullcrom.com<br><br>*Counsel to the FTX Recovery Trust* |

{1368.003-W0079663.3}

2