## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX Trading Ltd., *et al.*, | ) | Case No. 22-11068 (**KBO**) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### ORDER OF REASSIGNMENT OF JUDGE

IT IS HEREBY ORDERED that the above captioned Chapter 11 case and all jointly administered cases, associated cases, and associated adversary proceedings is **reassigned** to the **Honorable Karen B. Owens** for all further proceedings and dispositions.[1]

Dated: March 14, 2025

_____
KAREN B. OWENS, Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.