## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
In re:                                  :   Chapter 11
                                        :
FTX TRADING LTD., et al.,[1]            :   Case No. 22-11068 (KBO)
                                        :
                 Debtors.               :   (Jointly Administered)
                                        ::
-------------------------------------------------------- x
```

## RENEWED NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears for and on behalf of Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (collectively, the "Joint Liquidators") appointed in the British Virgin Islands ("BVI") liquidation of Three Arrows Capital, Ltd. (in liquidation) ("3AC") and foreign representatives of 3AC, as recognized pursuant to chapter 15 of the Bankruptcy Code in the case captioned In re Three Arrows Capital, Ltd., Case No. 22-10920 (MG) (Bankr. S.D.N.Y. 2022), each a party in interest in the above-captioned chapter 11 case, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following, and the following be added to any special or limited service lists used in this case:

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
           jbarsalona@pashmanstein.com
           agambale@pashmanstein.com

Tiffany M. Ikeda
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  tiffany.ikeda@lw.com

Christopher Harris
Adam J. Goldberg
Nacif Taousse
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  chris.harris@lw.com
           adam.goldberg@lw.com
           nacif.taousse@lw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the Joint Liquidators' rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or

recoupment to which the Joint Liquidators' are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.  Further, this Notice of Appearance and Request for Service of Papers constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court including, without limitation, the United States Bankruptcy Court for the District of Delaware, all of which rights are reserved without prejudice. This Notice of Appearance and Request for Service of Papers does not give express or implied consent by Latham & Watkins LLP or Pashman Stein Walder Hayden P.C. to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 14, 2025                Respectfully submitted,

*/s/ John W. Weiss*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
         jbarsalona@pashmanstein.com
         agambale@pashmanstein.com

– and –

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  chris.harris@lw.com
         adam.goldberg@lw.com
         nacif.taousse@lw.com

– and –

Tiffany M. Ikeda (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  tiffany.ikeda@lw.com

*Counsel to the Joint Liquidators*
*of Three Arrows Capital, Ltd. (in liquidation)*