**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 26, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via First Class Mail on the Affected Claimants Service List attached hereto as **<u>Exhibit A</u>**, and (2) by the method set forth on the Notice Parties Service List attached hereto as **<u>Exhibit B</u>**:

- Notice of Adjourned Hearing [Docket No. 29712]

On February 26, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Fee Application Service List attached hereto as **<u>Exhibit C</u>**:

- Final Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Final Period From November 11, 2022 Through October 8, 2024 [Docket No. 29749]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 11, 2025

*/s/ Eladio Perez*
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 11, 2025, by Eladio Perez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 86393

**Exhibit A**

## Exhibit A

Affected Claimants Service List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS |
|---|---|---|
| 26954083 | Name on file | Address on file |
| 13019069 | Name on file | Address on file |
| 26954436 | Name on file | Address on file |
| 26954420 | Name on file | Address on file |
| 26953813 | Name on file | Address on file |
| 13020212 | Name on file | Address on file |

**Exhibit B**

Exhibit B
Notice Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 27764393 | American Values Coalition, Inc | 138 Conant Street, Suite 401 | Beverly | MA | 01915 | | | First Class Mail |
| 13069590 | Cal Bears Sports Properties, LLC | | | | | | jraleigh@learfield.com | Email |
| 13069592 | Cal Bears Sports Properties, LLC | 2400 Dallas Parkway, Suite 500 | Dallas | TX | 75093 | | | First Class Mail |
| 13070211 | Name on File | | | | | | Email on File | Email |
| 17693651 | Name on FIle | Address on File | | | | | | First Class Mail |
| 17693649 | Name on File | Address on File | | | | | | First Class Mail |
| 17693650 | Name on File | Address on File | | | | | | First Class Mail |
| 12856251 | Name on FIle | Address on File | | | | | | First Class Mail |
| 13069591 | Cal Bears Sports Properties, LLC | | | | | | llarsen@taftlaw.com | Email |
| 13070212 | Name on FIle | | | | | | Email on File | Email |
| 27764411 | Farmington State Corporation | | | | | | tykelly@bakerdonelson.com | Email |
| 27764410 | Farmington State Corporation | | | | | | brett.fallon@faegredrinker.com | Email |
| 12865259 | Name on File | | | | | | Email on File | Email |

Exhibit B
Notice Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 17695329 | Name on File | | | | | | Email on File | Email |
| 26802730 | FBH CORPORATION | C/O FRANK C. BONAVENTURE - BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, 100 LIGHT STREET 19TH FLOOR | BALTIMORE | MD | 21202 | | | First Class Mail |
| 17695328 | Name on File | | | | | | Email on File | Email |
| 17695331 | Name on File | | | | | | Email on File | Email |
| 19033492 | Name on File | Address on File | | | | | | First Class Mail |
| 19014432 | Name on File | Address on File | | | | | | First Class Mail |
| 10278571 | Name on File | | | | | | Email on File | Email |
| 15380383 | Name on File | | | | | | Email on File | Email |
| 12865325 | Name on File | Address on File | | | | | | First Class Mail |
| 17695742 | Name on File | Address on File | | | | | | First Class Mail |
| 18944684 | Name on File | Address on File | | | | | | First Class Mail |
| 18944685 | Name on File | Address on File | | | | | | First Class Mail |
| 17696374 | Name on File | Address on File | | | | | | First Class Mail |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (KBO)

Exhibit B
Notice Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 12832857 | Name on FIle | Address on File | | | | | | First Class Mail |
| 17696375 | Name on FIle | Address on File | | | | | | First Class Mail |
| 17696376 | Name on FIle | Address on File | | | | | | First Class Mail |
| 10278599 | Name on FIle | | | | | | Email on File | Email |
| 10281752 | Name on FIle | | | | | | Email on File | Email |
| 17696441 | Name on FIle | | | | | | Email on File | Email |
| 17696442 | Name on FIle | | | | | | Email on File | Email |
| 10281750 | Name on FIle | | | | | | Email on File | Email |
| 12826683 | Name on FIle | | | | | | Email on File | Email |
| 12831583 | Name on FIle | | | | | | Email on File | Email |
| 13076494 | ICC Business Corporation FZ LLC | | | | | | ceonotices@icc-cricket.com, legal.notices@icc-cricket.com, jonathan.hall@icc-cricket.com | Email |
| 17696439 | Name on FIle | | | | | | Email on File | Email |
| 17696440 | Name on FIle | Address on File | | | | | | First Class Mail |

Exhibit B
Notice Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 17696443 | Name on File | Address on File | | | | | | First Class Mail |
| 17696437 | Name on File | | | | | | Email on File | Email |
| 13082291 | ICC Business Corporation FZ LLC | | | | | | douglas.mintz@srz.com, ned.schodek@srz.com | Email |
| 17696436 | Name on File | Address on File | | | | | | First Class Mail |
| 17696438 | Name on File | Address on File | | | | | | First Class Mail |
| 27626093 | KAPLAN ZEENA LLP | | | | | | JAMES.KAPLAN@KAPLANZEENA.COM, NOAH.SNYDER@KAPLANZEENA.COM | Email |
| 17697576 | Name on File | Address on File | | | | | | First Class Mail |
| 10282010 | Name on File | | | | | | Email on File | Email |
| 17697978 | Name on File | | | | | | Email on File | Email |
| 17697979 | Name on File | | | | | | Email on File | Email |
| 26802545 | MANIFOLD MARKETS, INC. | 1621 E 6TH ST UNIT #1440 | AUSTIN | TX | 78702 | | | First Class Mail |
| 14262454 | Name on File | | | | | | Email on File | Email |
| 17698129 | Name on File | Address on File | | | | | | First Class Mail |

Exhibit B
Notice Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 17698128 | Name on FIle | | | | | | Email on File | Email |
| 14067565 | Name on FIle | | | | | | Email on File | Email |
| 14256849 | Name on FIle | | | | | | Email on File | Email |
| 14713192 | Name on FIle | | | | | | Email on File | Email |
| 17698130 | Name on FIle | Address on File | | | | | | First Class Mail |
| 27755472 | MEK Global Limited | Suite 23, 1st Floor, Eden Plaza | Eden Island | Mahe | | Republic of Seychelles | | First Class Mail |
| 17698210 | Name on FIle | Address on File | | | | | | First Class Mail |
| 27764395 | New York Solidarity Network | 667 Madison Avenue, Floor 4 5 | New York | NY | 10065 | | | First Class Mail |
| 27764402 | On Ten Productions Limited | 27 Mortimer Street | London, England | | W1T 3BL | United Kingdom | | First Class Mail |
| 22415104 | Name on FIle | | | | | | Email on File | Email |
| 22415105 | Name on FIle | | | | | | Email on File | Email |
| 10546298 | Name on FIle | | | | | | Email on File | Email |
| 17700537 | Name on FIle | | | | | | Email on File | Email |

Exhibit B
Notice Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 13076430 | SC30 Inc. | | | | | | suresh@sc30.com, tiffany@sc30.com | Email |
| 10282530 | Name on File | | | | | | Email on File | Email |
| 17700540 | Name on File | | | | | | Email on File | Email |
| 15418117 | SC30 Inc. | | | | | | dazman@mwe.com | Email |
| 17700538 | Name on File | Address on File | | | | | | First Class Mail |
| 10278978 | Name on File | | | | | | Email on File | Email |
| 10282529 | Name on File | | | | | | Email on File | Email |
| 12830599 | Name on File | | | | | | Email on File | Email |
| 17700539 | Name on File | | | | | | Email on File | Email |
| 15418118 | SC30 Inc. | | | | | | mcarter@mwe.com | Email |
| 10278687 | Name on File | | | | | | Email on File | Email |
| 17700541 | Name on File | | | | | | Email on File | Email |
| 10278688 | Name on File | | | | | | Email on File | Email |

Exhibit B
Notice Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 10278689 | Name on File | | | | | | Email on File | Email |
| 17700542 | Name on File | | | | | | Email on File | Email |
| 17700543 | Name on File | | | | | | Email on File | Email |
| 17700544 | Name on File | Address on File | | | | | | First Class Mail |
| 27764397 | SecureBio, Inc. | 1 Broadway, Suite 13-100 | Cambridge | MA | 02142 | | | First Class Mail |
| 27764398 | Spartz Philanthropies | 18301 Von Karman Avenue, Suite 430 | Irvine | CA | 92612 | | | First Class Mail |
| 27764396 | Voto Latino Inc | PO Box 35608 | Washington | DC | 20033 | | | First Class Mail |

**Exhibit C**

Exhibit C
Fee Application Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LANDIS RATH & COBB LLP | ATTENTION: ADAM G. LANDIS, KIMBERLY A. BROWN | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JON LIPSHIE, BENJAMIN A. HACKMAN, DAVID GERARDI | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | KRANZLEYA@SULLCROM.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM |