

### "RESPONSE"
prepared on
March 1, 2025

Dear Honorable Judge Dorsey, This **response** is being issued, to the best of my layman's ability, as instructed to do so beginning on page 6 of the pdf file sent to me by the email as shown below:



### pdf page 7 a.
United States Bankruptcy Court for the District of Delaware
FTX Trading Ltd. / FTX Recovery Trust   Case No. 22-11068 "Objection to Priority Re-Classification"

### pdf page 7 b.
Richard G. Norwood, Claim# 1334
Interrupted $2,000 USD Withdrawal on last day of FTX viability, **NO ACH to TD Bank account**.




### pdf page 7 c.
* This USD balance at FTX was established on 08/24/2022 by a single ACH Deposit from TD Bank.
* This balance, in its entirety, was not co-mingled with any other activity or funds until the 11/10/2022 early morning Withdrawal order was placed one day prior to FTX's effective bankruptcy date.
* This withdrawal request was verified, approved, processed, & represented as "sending" to me by FTX.
* This evidential status represents to me, as both a customer and good faith consumer, a HIGHEST priority of a documented intent by FTX to satisfy my reliance on an imminent **cash disbursement already in transit.**
* Fraud is defined by Misrepresentation – Intent – Reliance – Harm.
* Therefore, I request immediate release to Kraken of these funds with an unchanged priority status!

**pdf page 7 d.**
**I did NOT submit a Proof of Claim.**
* Main reason: I was assured by FTX customer support that "Proof of Claim" was NOT required because my claim had already been FULLY validated by FTX.
* I had struggled way beyond any reasonable measure to get KYC verified through FTX and became both confused by, and fearful of, a questionable requirement to engage in yet another process without a good customer support history AND a deficient channel of direct communications with Kroll.
* I protested to FTX about my portfolio status of "disputed" as opposed to "allowed". As proof of FTX's assurance, my portfolio "Proof of Claim" button was recently changed to a green condition along with the "Voting" button as well. That update <u>implied</u> payment was now authorized and therefore I relied on my status to also soon update to "allowed". Then I got this new burden further delaying fruition significantly over the nebulous debate of a single word's definition and context!!

**pdf page 7 e.**
Richard G. Norwood
3460 Old Moultrie Rd.
Saint Augustine, FL 32084
(904) 436-8429
rgnorwood@comcast.net

Sincerely,

*[signature]*
Richard G. Norwood, Claimant