### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| *FTX Trading Ltd., et al.,* | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

### ORDER

The Court will hold a remote status conference in your case on March 28, 2025, beginning at 1:00 p.m. All parties are directed to attend virtually via Zoom.

SO ORDERED.

Dated: March 18, 2025

KAREN B. OWENS, Chief Judge