**Subject:** Objection to Transfer of Claim – Case No. 22-11068 (JTD)
**Claim No.:** 6319

RECEIVED
2025 MAR 19  AM 10: 27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Clerk of the Court,

I, Huy Nguyen, submit this formal objection to the transfer of my claim (Claim No. 6319) in the bankruptcy case In re: FTX Trading Ltd., et al., Case No. 22-11068 (JTD).

1. Objection to Claim Transfer

I recently received a Notice of Transfer of Claim Other than for Security, dated February 2025, stating that my claim has allegedly been transferred to Morgan & Morgan, P.A. However, I have strong reason to believe that this transfer was made in error due to a mix-up of accounts between my girlfriend and me. Given the sensitive nature of bankruptcy claims, such an error could result in an improper transfer of assets and must be rectified immediately.

I am the rightful owner of Claim No. 6319, and I request that the court deny and reject this unauthorized transfer.

2. Reasons for Objection

- Account Mix-Up: The transfer may have been mistakenly processed for the wrong account, further supporting my objection.

- Improper Filing by Transferee: If Morgan & Morgan, P.A. mistakenly filed a claim transfer for an incorrect account, it is invalid and must be voided.

- Potential Irreversible Loss: If this transfer is allowed to proceed, I risk permanently losing my legal rights to my claim

3. Requested Action

Given the serious nature of this issue, I respectfully request that the court take the following actions:

1. Immediately invalidate the transfer of Claim No. 6319 and reinstate me as the rightful and original claimant.

2. Hold a hearing (if necessary) to allow me to present further evidence of my ownership and correct any errors.

3. Notify Morgan & Morgan, P.A. that this claim transfer is being formally contested and should not proceed.

I have enclosed a copy of the Notice of Transfer of Claim for reference.

4. Conclusion

I urge the court to act swiftly to prevent the improper reassignment of my claim. Given the potential for irreversible financial harm, I request confirmation that my objection has been received and that immediate corrective measures will be taken.

Please notify me of any further actions I need to take. Thank you for your time and attention to this matter.

Huy Nguyen
418 Bamboo Ln Ste A
Los Angeles, CA 90012
chinatownalex@gmail.com
213-820-2905

2/26/2025

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: FTX Trading LTD., ) Chapter 11
) 
) Case No. 22-11068
Debtor. )

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6319 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ day of February 2025.

Name of Alleged Transferor:
Huy Nguyen

Name of Transferee:

Morgan & Morgan, P.A.

Address of Alleged Transferor:

Address of Transferee:

20 North Orange Avenue
Suite 1600
Orlando, Florida
32801

By: _____

By: /s/Amir Isaiah
    Morgan & Morgan
    Amir Isaiah

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:                                                           CLERK OF COURT

842388-WILSR01A - MSW                                           Local Form 138A

2

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the District of Delaware

Huy Nguyen pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Morgan & Morgan, P.A., 100% of all Seller's right, title, and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled: In re: FTX Trading Ltd., et al., and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully (i) in Claim No 6319.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer,

IN WITNESS WHERE OF, date as of the ____ day of February 2025

SELLER:

By: _____

Name:   Huy Nguyen

Buyer:

By: /s/Amir Isaiah

Attorney for Morgan & Morgan P.A.

Name: Amir Isaiah

Title: Attorney

2