**1.REDACT-CLAIMS IN CONVENIENCE CLASS COMPLIANCE  SUMMARY  &No Liability Global**
**Settlement Plan -REDACT**

RECEIVED

**CASE #22-11068 Docket #29730 Date 2025-02-25**

2025 MAR 20  AM 8: 40

CLERK

**2.Name of Court-USA BANKRUPTCY  COURT FOR DISTRICT COURT OF DELAWARE Case22-11-068**

**3..Name claimant**- Rabindranath Dikshit,  MD Darters India Resort Pvt Ltd ,Presently living at –
Pondicherry India,N███████████

4..**Claim Number-99915-99907 filed on 2025-02-25**

CONFIRMATION ID 3265-1-JNVJK-013350121 FTX proof of interest form 2024-07-11T17:01:14.245Z
& Custmer #**840613,**

5.**Description of basis of claim**-Customer #840613, FTX Token ██████ and its profile valuation
Created by me was with FTX comp for  trade. They were transferred first to Alameda Research LLC,
who sold them to Unicoin INC and also purchased by Unicoin INC..Almeda Research LLC account
was freezed by Crypto.com.Before that Unicoin INC purchased the tokens and traded to
earn5,19,37,028USD=(54979000-3041972-which is my portfolio/asset value).The trade business
shown from 3.12.22 to 3.28..2024,sold from 3.12.22 to 3.28.24  were USD 54,979000 for  Unicoin
INC

**Initial value shownUNICOIN INC Annual Report  from SEC Data Base that  FTX Token** ███████
**was USD3781000 USD., where as value token was USD30,41,972 on 2024, .It is the notification**
**of Unicoin INC on 2nd April 2024.On Fourth quarter 2022, it was USD37,81000.**

6..**Name &Address of Counsel**-Andrew G.Dietderich, Adam G Landis, Matthew B.McGuire,James
L.Bromley,

LANDIS RATH &COBBLLP,SULLIVAN&CROMWELL LLP,United States  Bankruptcy Court
for  the  District

Delaware,824,North Market Street, 3rd Floor, Wilmington, DE 19801-3024, USA

Adam G. Landis (No. 3407) Kimberly A. Brown (No. 5138) Matthew R. Pierce (No. 5946) 919 Market
Street, Suite 1800 Wilmington, Delaware 19801 Telephone: (302) 467-4400 Facsimile: (302) 467-
4450 E-mail: landis@lrclaw.com brown@lrclaw.com pierce@lrclaw.com

SULLIVAN & CROMWELL LLP Andrew G. Dietderich (admitted pro hac vice) James L. Bromley
(admitted pro hac vice) Brian D. Glueckstein (admitted pro hac vice) Alexa J. Kranzley (admitted pro
hac vice) 125 Broad Street New York, NY 10004 Telephone: (212) 558-4000 Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com bromleyj@sullcrom.com gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

7.Name of Debtor FTX Trading Limited Phone001-8884820049,,Alameda Research LLC, Sam
Trabucco Contact linkedin.com/in/sam-trabucco- a subsidiary  of FTX  Trading    Limited,,,Unicoin
Creator AlexKonanykhin   228 Park AveSouth16065, New York,NY 10003, email-
AK@TransparentBusiness.com -Co Founder Silvina Moschini: Co-Founder, , Gabriela Vasquez
Unicoin.com-Request 25516 Dec 18-2024 email-support@unicoins.zendesk.com,

**8**.Token-Number    EXHIBIT **A**-

from: **Rabindranath
Dikshit** <peytonsahi@gmail.com>

to: support@ftx.com

date: Feb 9, 2022, 11:44 PM

subject: Ticket created-Wallet of
Rabindranath Dikshit in Bit coin

mailed- gmail.com
by:

# Ticket created-Wallet of Rabindranath Dikshit in Bit coin #449165



**Rabindranath Dikshit <peytonsahi@gmail.com>**       Feb 9, 2022,
11:44 PM

The Value of  above assets of Rabindranath Dikshit of
Hatasisua PO- Narapada Via  Chaudwar Dist Cuttack
Odisha  India  for receiving in wallet of Bitcoin
is **(~$17,276,691,785.29)   5479452 USD**

B.EXHIBIT **www.typeform.com**

**From:**notifications@typeform.com

Unsubscribe

**To:**rabindra5956@yahoo.com

Thu, Oct 10 at 8:27 PM

Your typeform Unicoin [UH] Founders - Stage 1 Application has a new response:

**Founder's Name**
Rabindranath Dikshit

**Company Country of Residence**
India

**Contact @e-mail address**
rabindra5956@yahoo.com

**Startup Name**
Darters India Resort Pvt Ltd

**Startup Founded at:**
07/13/2017

**Startup Website URL**
https://www.zaubacorp.com/company/DARTERS-INDIA-RESORT-PRIVATE-LIMITED/U55209OR2017PTC027335

**Startup Pitch video**
https://www.facebook.com/rabindranath.dikshit.7

**Startup Pitch Deck**
cervo_care_app_Ravindrane.pptx

Click here to review full report
https://admin.typeform.com/form/bfUubA3H/results#insights

Thank you!
sp904e6p9ds6w4zbsp90x1zo2cua5d2t

**C.EXHIBIT**

Item 9.01    **Financial Statements and Exhibit.**

**D    EXHIBIT-**    Evidence-Link    Shared    by    SEC    Commissionor    USA
https://www.sec.gov/edgar/search/#/ciks=0001740742&entityName=Unicoin%2520Inc.%2520

*2 Alameda Research LLC with Unicoin Share - in Last page*

| Exhibit Number | Description |
|---|---|
| 10.1 | Agreement to Convey Beneficial Ownership in Long Island Investments Ltd., as amended |
| 10.2 | Agreement to Convey Beneficial Ownership in Newport Harbour Ltd., as amended |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

On February 7, 2022, we commenced a private placement of rights to receive Unicoins, in the form of a Token Purchase Agreement or Unicoin Grant Agreement. Amounts sold to accredited investors or issued to service providers through the day of this Annual Report on Form 10-K are as follows:

| Price per Unicoin Right* | Total Number of Unicoin Rights Sold** |
|---|---|
| $ 0.01 | 1,384,552,000 |
| $ 0.017 | 77,690,886 |
| $ 0.03 | 36,400,000 |
| $ 0.05 | 54,979,000 |
| $ 0.05 | 237,521,260 |
| $ 0.055 | 29,892,260 |
| $ 0.07 | 12,780,000 |
| $ 0.08 | 325,000 |
| $ 0.089 | 30,594,947 |
| $ 0.10 | 125,423,334 |
| $ 0.101 | 7,192,706 |
| $ 0.11 | 280,000 |
| $ 0.12 | 104,000 |
| $ 0.122 | 6,628,606 |
| $ 0.14 | 500,000 |
| $ 0.15 | 1,667 |
| $ 0.20 | 10,080,395 |

| $ | 0.35 | 150,000 |
| $ | 0.36 | 1,746,497 |
| $ | 0.373 | 3,804,607 |
| $ | 0.40 | 4,584,417 |
| $ | 0.459 | 1,060,203 |
| $ | 0.50 | 8,688,579 |

**E.EXHIBIT**

Unicoin Inc. Form 10-K Annual Report Filed 2024 04-02 SECDatabase http://pdf.secdatabase.com PDF 2 अप्रैल 2024 — ... token in their linked wallet to list their ... FTX in the fourth quarter of 2022 drove ... 449,165. $3,781,000 $. 739,028 $3,041972.,

**9.Token Quantity-54,79452USD (EXHIBIT A) But we claim** 3781000 USD as per UNICOIN INC report,,as per rule

**10. Creditors Name-Rabindranath Dikshit**

2025/03/04

# Unicoin Inc. Form 10-K Annual Report Filed 2024-04-02

## SECDatabase

## http://pdf.secdatabase.com

( pdf. secdatabase.com/1891 0001829126-24-002120.pdf)

## PDF

2 अप्रैल 2024 — ... token in their linked wallet to list their ... FTX in the fourth quarter of 2022 drove ... 449,165. $3,781,000 $. 739,028 $3,041972.,

United States Bankruptcy Court, District of Delaware
<u>Modified Official Form 410</u>

# Customer Proof of Claim Form

04/22

IF YOU WISH TO FILE THIS PROOF OF CLAIM ELECTRONICALLY, THE ELECTRIC FORM IS AVAILABLE AT
https://restructuring.ra.kroll.com/ftx/EPOC-Index. The link also contains other important information about this proof of claim form, such as
the definition of capitalized terms.

Proofs of Claim must be filed in ENGLISH.

Any claim, whether valid or not, will be categorized as "Unverified" as described in the Bar Date Order [D.I. #] if the Creditor does not provide
Know Your Customer ("KYC") documentation. To upload KYC information, visit the Debtors' Customer Claims Portal, available at:
https://claims.ftx.com.

Read the instructions before filling out this form. This form is for making a customer claim against the Debtors at the FTX Exchanges. <u>Do not</u> use
this form to assert any other pre-petition claims. <u>Do not</u> use this form to make a request for payment of an administrative expense.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any
documents that support the claim. Do not send original documents; they will not be returned and may be destroyed after scanning. If the documents
are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Claimants do not need to file separate proofs of claim against each Debtor on account of the same Customer Entitlement Claim.

Please complete Part 2, Box 8 for any claims arising out of or related to any other investment or trading activities on any FTX Exchange.

This claim form should not be used to assert claims against Emergent Fidelity Technologies Ltd.

Fill in all the information about the claim as of November 11, 2022 unless your claim is against West Realm Shires Inc., in which case
information about the claim is as of November 14, 2022 (as applicable, the "Petition Date").

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| 1. Who is the current creditor? | Debter-FTX Trading Ltd. Claims Processing Center c/o Kroll Restructuring Administration LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |
| --- | --- |
| | & FTX Token449165 Reference- Unicoin In Charge form 10-K Annual Report filed 2024-04-02 |
| | Creditor-Rabindranath Dikshit ,MD Darters India Resort Private Limited |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor (if any) FTX Token▓▓▓ |
| | FTX customer account number: FTX Token Number▓▓▓ Proof of FTX interest ,3265-1-JNVJK-013350121 (confirmation ID)  and Ref Number-840613 |
| | Email Address(es) Used for each FTX Account: ___ rabindra5956@yahoo.com |
| 2. Has this claim been acquired from someone else? | ☐ No (correct) |
| | ☐ Yes.(Not Correct) From whom? (name, account email and account identification number) |

| 3. Where should notices and payments to the | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- | --- |
| | | Rabindranath Dikshit, C/O Manisha Ray , Deepsikha Apartment G.F 1 No3 ,2nd Cross Appauv Nagar, Opposite Singhaniyan koil, |
| | | Pondicherry -605001, India |
| creditor be sent | Rabindranath Dikshit, C/O Manisha Ray , Deepsikha Apartment G.F 1 No3 ,2nd Cross Appauv Nagar, Opposite Singhaniyan koil, Pondicherry -605001, India | |

Chapter 11 Case No. 22-11068 (JTD)
FTX TRADING LTD., et al., Ref. No. 26029
United States Bankruptcy Court for
the District of Delaware,
o 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference

Federal Rule of Bankruptcy
Procedure
(FRBP) 2002(g)

Name _____     Name _____

_Third Avenue, Suite 412 Brooklyn, NY 11232._
Number     Street                        Number      Street

**New York    New York        11232**
City            State          ZIP Code    City            State          ZIP
Code

_____    _____
Country (If outside of the US)          Country (If outside of the US)

Contact phone  + 9 1 8 2 8 0 8 4 8 0 9 2  Contact phone  + 9 1 8 2 8 0 8 4 8 0 9 2  Contact__

Contact email  rabindra5956@yahoo.com____  Contact email rabindra5956@yahoo.com

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☐ No(Not Correct)X<br>☐ Yes.  Claim number on court claims registry (if known)FTX Proof of  Interest form3265-1-JNVJK-013350121 FTX  Claim withdrawal form  on 2024-07-11<br>Filed on 2 0 2 4 - 0 7 - 1 1 _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☐ No(Correct)<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:** Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Trading Activity.

| ☐FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) | ☐FTX EU Ltd. (f/k/a KDNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166) | ☐FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102) |
|---|---|---|
| ☐Quoine Pte Ltd (d/b/a "Liquid Global") (Case No. 22-11161) | ☐West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071) | |

6. Did you participate in the FTX Earn program (available via Blockfolio app) as of the petition date?  ☐ No (Correct)   ☐ Yes

7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, then please populate the Loaned Quantity column.

| Fiat Currency (Currency Code) Exchange Rate | Total Asserted Quantity of Crypto or Fiat (local currency) | Total Asserted Quantity of Crypto or Fiat (converted to USD) | Loaned Quantity of Crypto or Fiat (converted to USD) |
|---|---|---|---|
| | *Fiat – exchange rates are LOCAL CURRENCY/USD* | | |
| US Dollar (USD) USD/USD = 1.00000 | 3781000$ $3,781,000 +n | @17168 USD for 1 BTC is By close on 30th Nov 2022 | Total in equity as shown by Unicoin Inc SECDatabase,Proof attached in 4th quarter of 2022,for FTX Token⬛ which was allotted to ME. |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | | | |
| Euro (EUR) EUR/USD = 1.021000 | | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | | | |
| West African CFA franc (XOF) XOF/USD = 0.001531 | | | |

| | | | |
|---|---|---|---|
| **Other Fiat:** | | | |
| **Other Fiat:** | | | |
| **Crypto** *(Ticker / Abbreviation)* | Asserted Quantity of Crypto | Loaned Quantity of Crypto | Staked Quantity of Crypto |
| | **Crypto** *Please list the number of tokens held* | | |
| *3X Long Bitcoin Token (BULL)* | | | |
| *3X Long Cardano Token (ADABULL)* | | | |
| *3X Long Dogecoin Token (DOGEBULL)* | | | |
| *3X Long Ethereum Token (ETHBULL)* | | | |
| *3X Long XRP Token (XRPBULL)* | | | |
| *Aave (AAVE)* | | | |
| *Akropolis (AKRO)* | | | |
| *ApeCoin (APE)* | | | |
| *ATLAS (ATLAS)* | | | |
| *Atom (ATOM)* | | | |
| *Aurory (AURY)* | | | |
| *Avalanche (AVAX)* | | | |
| *BaoToken (BAO)* | | | |
| *Basic Attention Token (BAT)* | | | |
| *Binance Coin (BNB)* | | | |
| *Bitcoin (BTC)* | | | |
| *Bitcoin Cash (BCH)* | | | |
| *Brazilian Digital Token (BRZ)* | | | |
| *Celsius Token (CEL)* | | | |
| *ChainLink Token (LINK)* | | | |
| *Chiliz (CHZ)* | | | |
| *Compound USDT (CUSDT)* | | | |
| *Cope (COPE)* | | | |
| *Crypto.com Coin (CRO)* | | | |
| *Decentraland (MANA)* | | | |
| *Dent (DENT)* | | | |
| *Dogecoin (DOGE)* | | | |
| *Ethereum (ETH)* | | | |
| *EthereumPoW (ETHW)* | | | |
| *Fantom (FTM)* | | | |
| *FTX Token (FTT)* | | | |
| *Gala (GALA)* | | | |
| *Immutable X Token (IMX)* | | | |
| *Kin (KIN)* | | | |

| Litecoin (LTC) | | | |
| Luna 2.0 (LUNA2) | | | |
| Luna Classic (LUNC) | | | |

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto | Loaned Quantity of Crypto | Staked Quantity of Crypto |
|---|---|---|---|
| Crypto (continued) Please list the number of tokens held | | | |
| Matic (MATIC) | | | |
| POLIS (POLIS) | | | |
| Polkadot (DOT) | | | |
| Raydium (RAY) | | | |
| Reserve Rights (RSR) | | | |
| Serum (SRM) | | | |
| Shiba Inu (SHIB) | | | |
| Solana (SOL) | | | |
| Spell Token (SPELL) | | | |
| Step Finance (STEP) | | | |
| SushiSwap (SUSHI) | | | |
| Swipe (SXP) | | | |
| Terra Classic USD (Wormhole) (USTC) | | | |
| The Graph (GRT) | | | |
| The Sandbox (SAND) | | | |
| Thorchain (RUNE) | | | |
| TON Coin (TONCOIN) | | | |
| TRON (TRX) | | | |
| Uniswap Protocol Token (UNI) | | | |
| UpBots (UBXT) | | | |
| USD Coin (USDC) | | | |
| USD Tether (USDT) | | | |
| XRP (XRP) | | | |
| Other Crypto not previously listed (please specify) | | | |
| Coin Type: | | | |
| Coin Type: | | | |
| Coin Type: | | | |
| Coin Type: | | | |

### NFTs (non-fungible tokens)

| NFT Description:Coinmarketcap RNDT/Meta CRM rabindra5956_xbvtfc Community Page  Go to my Page | NFT Description: |
|---|---|
| NFT Identifier:RhinoX | NFT Identifier: |
| NFT Description: | NFT Description: |
| NFT Identifier: | |
| rabindra5956@rabindra5956_xbvtfc | NFT Identifier: |
| 3 years | |
| 5MUSD. | |

| | |
|---|---|
| **NFT Description:**<br>https://www.facebook.com/rabindranath.dikshit.7/archive<br><br>**NFT Identifier:RhinoX** | **NFT Description:**<br><br>**NFT Identifier:** |
| **NFT Description:** https://www.eventbrite.co.uk/e/venture-capital-world-summit-ltd-monsoon-breeze-ecoresort-tickets-47705009969?utm_campaign=new<br><br>**NFT Identifier:** | **NFT Description:FTX ref-840613**<br><br>**NFT Identifier:FTX TOKEN-**▮ |
| **NFT Description:**<br>https://www.facebook.com/photo.php?fbid=10159958517(▮24913&se▮<br><br>**NFT Identifier:RhinoX** The link leads to my son late Manoj Dixit &Director DIRPL ,an artist ,his art work, additionally ,his verbal permission was taken,as MD of company is authorized for display for trade. | **NFT Description:** Manoj Dixit Artist, my  late son<br>**NFT Identifier:** https://www.instagram.com/dixitmart/ |

8.  **Do you have Customer Claims related to any Other Trading Activity on the FTX Exchanges?** Other Trading Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.

☐ *No(CORRECT)* UNICOIN IC Annual Report for ▮ ▮Token on 2024-04-02

☐ *Yes. Please describe:* _____ *Yes(Not Correct)*

*If yes, how much is the claim?* _____

*Please provide any relevant supporting documentation necessary to support a claim related to any Other Trading Activity.*

**Please identify all relevant Debtor(s) you are asserting this claim against below, you may check more than one Debtor.**

| | | | |
|---|---|---|---|
| ☐FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) | ☐FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd.) (Case No. 22-11166) | ☐FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102) | ☐Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161) |
| ☐West Realm Shires Services (d/b/a "FTX US") Inc. (Case No. 22-11071) | ☐Alameda Aus Pty Ltd (Case No. 22-11104) | ☐Alameda Global Services Ltd. (Case No. 22-11134) | ☐Alameda Research (Bahamas) Ltd (Case No. 22-11105) |
| ☐Alameda Research Holdings Inc. (Case No. 22-11069) | ☐Alameda Research KK (Case No. 22-11106) | ☐Alameda Research LLC (Case No. 22-11066) | ☐Alameda Research Ltd (Case No. 22-11067) |
| ☐Alameda Research Pte Ltd (Case No. 22-11107) | ☐Alameda Research Yankari Ltd (Case No. 22-11108) | ☐Alameda TR Ltd (Case No. 22-11078) | ☐Alameda TR Systems S. de R. L. (Case No. 22-11109) |
| ☐Allston Way Ltd (Case No. 22-11079) | ☐Analisya Pte Ltd (Case No. 22-11080) | ☐Atlantis Technology Ltd. (Case No. 22-11081) | ☐Bancroft Way Ltd (Case No. 22-11082) |
| ☐Blockfolio, Inc. (Case No. 22-11110) | ☐Blue Ridge Ltd (Case No. 22-11083) | ☐Cardinal Ventures Ltd (Case No. 22-11084) | ☐Cedar Bay Ltd (Case No. 22-11085) |
| ☐Cedar Grove Technology Services, Ltd. (Case No. 22-11162) | ☐Clifton Bay Investments LLC (Case No. 22-11070) | ☐Clifton Bay Investments Ltd (Case No. 22-11111) | ☐Cottonwood Grove Ltd (Case No. 22-11112) |
| ☐Cottonwood Technologies Ltd (Case No. 22-11136) | ☐Crypto Bahamas LLC (Case No. 22-11113) | ☐DAAG Trading, DMCC (Case No. 22-11163) | ☐Deck Technologies Holdings LLC (Case No. 22-11138) |
| ☐Deck Technologies Inc. (Case No. 22-11139) | ☐Deep Creek Ltd (Case No. 22-11114) | ☐Digital Custody Inc. (Case No. 22-11115) | ☐Euclid Way Ltd (Case No. 22-11141) |
| ☐FTX (Gibraltar) Ltd (Case No. 22-11116) | ☐FTX Canada Inc (Case No. 22-11117) | ☐FTX Certificates GmbH (Case No. 22-11164) | ☐FTX Crypto Services Ltd. (Case No. 22-11165) |
| ☐FTX Digital Assets LLC (Case No. 22-11143) | ☐FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118) | ☐FTX EMEA Ltd. (Case No. 22-11145) | ☐FTX Equity Record Holdings Ltd (Case No. 22-11099) |
| ☐FTX Europe AG (Case No. 22-11075) | ☐FTX Exchange FZE (Case No. 22-11100) | ☐FTX Hong Kong Ltd (Case No. 22-11101) | ☐FTX Japan Holdings K.K. (Case No. 22-11074) |
| ☐FTX Japan Services KK (Case No. 22-11103) | ☐FTX Lend Inc. (Case No. 22-11167) | ☐FTX Marketplace, Inc. (Case No. 22-11168) | ☐FTX Products (Singapore) Pte Ltd (Case No. 22-11119) |
| ☐FTX Property Holdings Ltd (Case No. 22-11076) | ☐FTX Services Solutions Ltd. (Case No. 22-11120) | ☐FTX Structured Products AG (Case No. 22-11122) | ☐FTX Switzerland GmbH (Case No. 22-11169) |
| ☐FTX Trading GmbH (Case No. 22-11123) | ☐FTX US Services, Inc. (Case No. 22-11171) | ☐FTX US Trading, Inc. (Case No. 22-11149) | ☐FTX Ventures Ltd. (Case No. 22-11172) |
| ☐FTX Zuma Ltd (Case No. 22-11124) | ☐GG Trading Terminal Ltd (Case No. 22-11173) | ☐Global Compass Dynamics Ltd. (Case No. 22-11125) | ☐Good Luck Games, LLC (Case No. 22-11174) |
| ☐Goodman Investments Ltd. (Case No. 22-11126) | ☐Hannam Group Inc (Case No. 22-11175) | ☐Hawaii Digital Assets Inc. (Case No. 22-11127) | ☐Hilltop Technology Services LLC (Case No. 22-11176) |
| ☐Hive Empire Trading Pty Ltd (Case No. 22-11150) | ☐Innovatia Ltd (Case No. 22-11128) | ☐Island Bay Ventures Inc (Case No. 22-11129) | ☐Killarney Lake Investments Ltd (Case No. 22-11131) |
| ☐Ledger Holdings Inc. (Case No. 22-11073) | ☐LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177) | ☐LedgerPrime Bitcoin Yield Enhancement Master Fund LP (Case No. 22-11155) | ☐LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156) |
| ☐LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157) | ☐LedgerPrime LLC (Case No. 22-11158) | ☐LedgerPrime Ventures, LP (Case No. 22-11159) | ☐Liquid Financial USA Inc. (Case No. 22-11151) |

| ☐Liquid Securities Singapore Pte Ltd (Case No. 22-11086) | ☐LiquidEX LLC (Case No. 22-11152) | ☐LT Baskets Ltd. (Case No. 22-11077) | ☐Maclaurin Investments Ltd. (Case No. 22-11087) |
|---|---|---|---|
| ☐Mangrove Cay Ltd (Case No. 22-11088) | ☐North Dimension Inc (Case No. 22-11153) | ☐North Dimension Ltd (Case No. 22-11160) | ☐North Wireless Dimension Inc. (Case No. 22-11154) |
| ☐Paper Bird Inc (Case No. 22-11089) | ☐Pioneer Street Inc. (Case No. 22-11090) | ☐Quoine India Pte Ltd (Case No. 22-11091) | ☐Quoine Vietnam Co. Ltd (Case No. 22-11092) |
| ☐Strategy Ark Collective Ltd. (Case No. 22-11094) | ☐Technology Services Bahamas Limited (Case No. 22-11095) | ☐Verdant Canyon Capital LLC (Case No. 22-11096) | ☐West Innovative Barista Ltd. (Case No. 22-11097) |
| ☐West Realm Shires Financial Services Inc. (Case No. 22-11072) | ☐West Realm Shires Inc. (Case No. 22-11183) | ☐Western Concord Enterprises Ltd. (Case No. 22-11098) | ☐Zubr Exchange Ltd (Case No. 22-11132) |

**Part 3:** **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.(Correct)

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing

is true and correct. Executed on date

2 0 2 4 - 1 0 - 1 2 __(mm/dd/yyyy)

**Rabindranath Dikshit**
_____
                     Signature

**Name of the person who is completing and signing this claim:**

| Name | Rabindranath | | Dikshit |
|---|---|---|---|
| | First name | Middle name | Last name |

Title      Managing Director_____

Company    Darters India Resort Private Limited_____
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    Hatasisua PO Narapada, Via- Chaudwar, Dist Cuttack, Odisha India_____
           Number    Street

           **Cuttack**                **Odisha**    **754025**
           City                        State    ZIP Code

Contact phone              +918280848092_____
           Email           rabindra5956@yahoo.com_____

# FTX Proof of Interest Form

## Instructions

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

## Debtor Selection

Fill in this information to identify the case (Select only one Debtor per interest form):

- ◉ FTX Trading Ltd. (Case No. 22-11058)
- ○ Alameda Research LLC (Case No. 22-11066)
- ○ Alameda Research Yankari Ltd (Case No. 22-11108)
- ○ Blockfolio, Inc. (Case No. 22-11110)
- ○ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)
- ○ Clifton Bay Investments LLC (Case No. 22-11070)
- ○ Deck Technologies Holdings LLC (Case No. 22-11138)
- ○ FTX Zuma Ltd (Case No. 22-11124)
- ○ Hilltop Technology Services LLC (Case No. 22-11176)
- ○ Paper Bird Inc (Case No. 22-11089)
- ○ West Realm Shires Inc. (Case No. 22-11183)

## Part 1

### 1. Name of holder of the Equity Security Interest

The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):

Is the current Interest Holder an Individual?

- ○ No
- ◉ Yes

First Name

> Rabindranath

Middle Name

>

Last Name

> Dikshit

### Name and address where notices should be sent:

Name:

> Rabindranath Dikshit

Address 1 (Street address, "Care of:", or "Attention To:"):

> DeepShikha Apartment,GF 1, cross1,2

Address 2:

> Appauv Nagar

Address 3:

> Opposite Singhaniyan Koil

FTX Proof of Interest Form

Address 4:

Pondicherry

City:

Pondicherry

State or Province (use 2-letter abbreviation if US or Canada):

Pondicherry

Zip Code | Postal Code:

605001

**Is the address outside of the US?**

○ No
● Yes

Country (if outside of the US):

India

Contact phone:

+916280848092

Contact email:

rabindra5956@yahoo.com

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Account or other number by which Interest Holder identifies Debtor:

Check here if this Proof of Interest:

○ Replaces a previously filed Proof of Interest
○ Amends a previously filed Proof of Interest

**2. Date Equity Security Interest was acquired:**

**3. Total Amount Paid for Equity Interest:**

5000000 $ rabindra5956_xbvtfc, notified in coinmarket cap portfolio in BTC,interestrate 4%

**4. Certificate number(s):**

verification code        Coin base Verification Code) for IP asset cost 5 M USD .The Asset is  shown in blockchain for 5M USD .
CALCULATION-4x2.33x5000000/100 =4,66000 $ interest until now =Rs.3,8943,620 simple  interest

**5. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:

The Asset IP Link- Transaction was on 18.3.2022 thru the Credit Card of Rabindranath Dikshit ,Transaction was made  That  asset can be seen on the link- coinmarcket cap -Radiant capital -RDNT META CRM and on My page, drop down to the last line link.

## Supporting Documentation

Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS.

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation

○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 🗎 rabin (2).pdf | |
|---|---|
| | 135 KB |

**Attachment Filename**

| rabin (2).pdf |
|---|

FTX Proof of Interest Form

## Electronic Signature

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

Executed on date (Calculated in UTC)

07/11/2024

Signature



I certify that I have completed my Proof of Interest form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):**

First Name/Middle Name/Last Name:

Rabindranath Dikshit

Title/Company:

Dr

Address 1:

Deepshikha Apartment C/o Manisha Ray

Address 2:

GF1 Cross1-2 Appauv Nagar

City:

Pondicherry

State or Province (use 2-letter abbreviation if US or Canada):

Pondicherry

Zip Code | Postal Code:

605001

FTX Proof of Interest Form

Is this address outside of the US?

○ No
⦿ Yes

Country (if outside of the US):

India

Contact phone:

+918280848092

Contact email:

rabindra5956@yahoo.com

FTX Proof of Interest Form

## Confirmation of Submission

### Your Form has been successfully submitted...

DOCUMENT ID

Submitted Date Time

2024-07-11T17:01:14.245Z

Status

CONFIRMATION ID

Submitted

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your interest filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

△ Alameda Research: OTC (0xFa4) 📋
$128.29  +$0.01  ⊕ 🐦 in

| PORTFOLIO | | HOLDINGS BY CHAIN | PORTFOLIO ARCHIVE | |
|---|---|---|---|---|
| ASSET | PRICE | HOLDINGS | VALUE | |
| ⬥ ETH | $1,656.15 -$12.89 | 0.035 ETH | $57.84 | -$0.45 |
| ◉ INS | $0.00 +$0.00 | 500K INS | $31.65 | +$0.95 |
| ✕ OKB | $43.15 +$0.19 | 0.282 OKB | $12.15 | +$0.05 |
| ◎ AAVE | $65.12 -$4.58 | 0.096 AAVE | $6.25 | -$0.44 |
| ○ LINK | $7.47 -$0.09 | 0.62 LINK | $4.63 | -$0.06 |
| ⊙ LEO | $3.71 +$0.03 | 0.738 LEO | $2.74 | +$0.02 |
| GMT | $0.10 +$0.00 | 20 GMT | $2.02 | +$0.00 |
| ✕ SNX | $2.05 -$0.03 | 0.831 SNX | $1.70 | -$0.02 |
| ◉ UNI | $4.38 -$0.09 | 0.349 UNI | $1.53 | -$0.03 |
| ⋈ MKR | $1,449.02 +$20.01 | 0.001 MKR | $1.30 | +$0.02 |
| ◉ DAI | $1.00 +$0.00 | 0.963 DAI | $0.96 | +$0.00 |
| ⬘ USDT | $1.00 +$0.00 | 0.909 USDT | $0.91 | +$0.00 |

| EXCHANGE USAGE | TOP COUNTERPARTIES | | | |
|---|---|---|---|---|
| ALL IN OUT �features TOKEN | | 1H 24H 1W 1M ALL | | |
| ENTITY [UNGROUP BY ENTITY] | CHAINS | TX | | USD |
| Alameda Research Deposit (0x0c7) | ⬥ | 5696 | | $6.06B |
| ◉ Alameda Research | ⬥ | 4295 | | $6.04B |
| Alameda Research Deposit (0x904) | ⬥ | 174 | | $789.04M |
| ! SBF? (0x3E8)  ← | ⬥ | 202 | | $517.97M |
| Alameda Research Deposit (0x7C9) | ⬥ | 363 | | $436.74M |
| Alameda Research Deposit (0xccf) | ⬥ | 403 | | $325.05M |
| 0x417CFD83ECdA0D82c1FF7548faEc127F98479673 | ⬥ | 973 | | $274.86M |
| Alameda Research Deposit (0x10d) | ⬥ | 685 | | $267.73M |
| ⬥ FTX | ⬥ | 137 | | $254.57M |
| Alameda Research Deposit (0xEcE) | ⬥ | 41 | | $204.74M |
| Alameda Research Deposit (0x152) | ⬥ | 527 | | $204.49M |

Exhibit D

From
Rabindramath Dinshif
C/o Manisha Ray
GF1 Deepsikha
Appartment,
No3, 2nd cross
Appauw Nagar
Valakulam
Puducherry
605001
Moh- India
12-0020002092.

Registered by Air mail.

To
The office Incharge of the clerck off
RThe United States Bankruptcy
Court, 824 North Market st.
3rd floor, Wilmington
Delaware 19801
USA

To:USA.USA

भारतीय डाक
India Post

RT2537429
FGN RL P
Counter
CHERRY HO <605001>
2.05/03/2025.11:55

Aat:40

Amt.Paid:401.00(Cash)

Wt:11    Dues.REG=150.0

| CUSTOMS DECLARATION | | May be opened Officially X | CN 22 |
|---|---|---|---|
| INDIAN POST | | Important See the instructions on the back | |
| | Gift | Commercial Sample X | |
| | Documents ✓ | Other Non commercial article court of document | |
| Quantity and detailed description Of contents (1) | | Weight (in Kg) | Value (3) Rs001. ~ |
| | | | |
| For commercial items only If known, HS tariff number (4) and country of origin of goods (5) | | Total Weight (in Kg) (6) | Total value (7) |

I, the undersigned whose name and address are given on the item, certify that the particulars given in this Declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

Date and sender's signature (8)  53.2

**For all articles value less than Rs. 23000/-**