## SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Forty-Third Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 97584 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98143 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97425 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97282 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97407 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94877 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97132 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98183 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97705 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98138 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97281 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98020 | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 97039 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96891 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97590 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96954 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97068 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98146 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96893 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98205 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 95127 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97368 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98137 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97311 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97462 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97626 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97479 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98035 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98203* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 97374 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97207 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97963 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97591 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97356 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97355 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98128 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98093 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97010 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97259 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 97477 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97518 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98207 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 40188 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 97975 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97362 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96389 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96858 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97273 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 93355 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97357 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 97554 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97568 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97384 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97657 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97376 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 97394 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96937 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97570 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97483 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96984 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |