# SCHEDULE 2

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Forty-Third Omnibus Claims Objection**
**Schedule 2 - Incorrect Debtor Claims**

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Debtor** |
| 85023 | Name on file | West Realm Shires Financial Services Inc. | West Realm Shires Services Inc. |
| 96622 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97575 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2316 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 207 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31313 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96834 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82753 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82376 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 95284 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15115 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96636 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 459 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 5722 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27944 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79766 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97471 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59742 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15396 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 92 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82637 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 47373 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 97309 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1605 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83529 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94832 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 649 | Name on file | FTX US Trading, Inc. | West Realm Shires Services Inc. |
| 24673 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97239 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 12177 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80828 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32784 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95106 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96382 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1021 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21875 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 317 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2407 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 76117 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97460 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96347 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94635 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 1733 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 17945 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2224 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82923 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95091 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96767 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2952 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97533* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1289 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1694 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 535 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79759 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79733 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97216 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

97533*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 310 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95333 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28172 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 43138 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 1106 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95165 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 1506 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 3280 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65983 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 94970 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73026 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56800 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 532 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96932 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1239 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 70596 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1234 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2787 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97403 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95119 | Name on file | FTX EU Ltd. | West Realm Shires Services Inc. |
| 5765 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 158 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2345 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |