## SCHEDULE 2

**Overstated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Forty-Fourth Omnibus Claims Objection**
**Schedule 2 - Modified Claims**

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| 41264 | Name on file | FTX Trading Ltd. | NFT (356935867384810736/FTX AU - WE ARE HERE! #63856) | Undetermined* | | FTX Trading Ltd. | 1.000000000000000 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 89623 | Name on file | FTX Trading Ltd. | BNB | 0.003211760000000 | | FTX Trading Ltd. | 0.003211760000000 |
| | | | BNB-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | BTC | 0.000000004281605 | | | 0.000000004281605 |
| | | | BTC-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | CRV-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | DYDX-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ETC-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | EUR | 0.134314563000000 | | | 0.134314563000000 |
| | | | FTM-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | FTT-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | KNC-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | LRC-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | MANA-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | NEAR-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | PAXG-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | STORJ-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | USD | 2.484912279595001 | | | 2.484912279595001 |
| | | | USDT | 246.817801509300000 | | | 246.817801509300000 |
| | | | WAVES-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | XMR-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ZEC-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | Other Activity Asserted: missclick, no button is bugged - missclick, no button is bugged | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 84666 | Name on file | FTX Trading Ltd. | BTC | 0.001695190000000 | | FTX Trading Ltd. | 0.001695190000000 |
| | | | TRX | 0.001567000000000 | | | 0.001567000000000 |
| | | | USD | 4,513.740203462074000 | | | 4,513.740203462074000 |
| | | | Other Activity Asserted: 4513USD - 4513USD | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 95123 | Name on file | FTX Trading Ltd. | BNB | 0.000622430000000 | | FTX Trading Ltd. | 0.000622430000000 |
| | | | SOL | 0.045352930000000 | | | 0.045352930000000 |
| | | | TRX | 0.001606000000000 | | | 0.001606000000000 |
| | | | USD | 5,743.778394550000000 | | | 5,743.778394550000000 |
| | | | USDT | 1,202.110493180050000 | | | 1,202.110493180050000 |
| | | | Other Activity Asserted: 0 - No | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 91159 | Name on file | FTX Trading Ltd. | BTC | 0.000040570000000 | | FTX Trading Ltd. | 0.000040570000000 |
| | | | BULL | 143.416000000000000 | | | 143.416000000000000 |
| | | | TRX | 0.936761000000000 | | | 0.936761000000000 |
| | | | USD | 0.053532778600000 | | | 0.053532778600000 |
| | | | USDT | 0.001212642912500 | | | 0.001212642912500 |
| | | | Other Activity Asserted: no - no | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 59539 | Name on file | West Realm Shires Services Inc. | POC Other Fiat Assertions: GSW CHAMPIONSHIP COMMEMORATIVE RING (526923149882554600) | 1.000000000000000 | | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | POC Other Fiat Assertions: GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #1357 (505710168761854000) | 1.000000000000000 | | | 0.000000000000000 |
| | | | POC Other Fiat Assertions: GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #1358 (290960739425498700) | 1.000000000000000 | | | 0.000000000000000 |
| | | | POC Other Fiat Assertions: GSW WESTERN CONFERENCE SEMIFINALS COMMEMORATIVE TICKET #711 (547270556035841400) | 1.000000000000000 | | | 0.000000000000000 |
| | | | POC Other Fiat Assertions: METAPLEX AIRDROP (312944967454504450) | 1.000000000000000 | | | 0.000000000000000 |
| | | | NFT (290044964621824411/GSW ROUND 1 COMMEMORATIVE TICKET #14) | | | | 1.000000000000000 |
| | | | NFT (290960739425498678/GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #1358) | | | | 1.000000000000000 |
| | | | NFT (312944967454504456/METAPLEX AIRDROP) | | | | 1.000000000000000 |
| | | | NFT (337113586640930810/GOOD BOY #66) | | | | 1.000000000000000 |
| | | | NFT (382034702778457575/CYCLOS GOLDEN TICKET) | | | | 1.000000000000000 |
| | | | NFT (421263517328459769/FTX - OFF THE GRID MIAMI #3660) | | | | 1.000000000000000 |
| | | | NFT (497338648780740693/JULIET #206) | | | | 1.000000000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | NFT (505710168761853992/GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #1357) | | | 1.000000000000000 |
| | | | NFT (526923149882554637/GSW CHAMPIONSHIP COMMEMORATIVE RING) | | | 1.000000000000000 |
| | | | NFT (547270556035841377/GSW WESTERN CONFERENCE SEMIFINALS COMMEMORATIVE TICKET #711) | | | 1.000000000000000 |
| | | | USD | 4.000000000000000 | | 0.000000073383535 |
| | | | USDT | 0.000000088441676 | | 0.000000088441676 |
| | | | Other Activity Asserted: 10.000 $ - The damage I suffered should be calculated in detail by the expert. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97162* | Name on file | FTX Trading Ltd. | ALGO | | FTX Trading Ltd. | 0.000000000522438 |
| | | | BAO | 1.000000000000000 | | 1.000000000000000 |
| | | | CRO | 650.890000000000000 | | 650.881616294604300 |
| | | | DENT | 1.000000000000000 | | 1.000000000000000 |
| | | | DOT | | | 0.000000000020891 |
| | | | FTM | | | 0.000000004701256 |
| | | | FTT | | | 0.000000000568184 |
| | | | GALA | 5,029.240000000000000 | | 5,029.420013190000000 |
| | | | GBP | 100.000000000000000 | | 100.000000029974720 |
| | | | HNT | 50.100000000000000 | | 50.059162315910270 |
| | | | IMX | 150.210000000000000 | | 150.212700853873120 |
| | | | KIN | 2.000000000000000 | | 2.000000000000000 |
| | | | MANA | 200.670000000000000 | | 200.666853070000000 |
| | | | NFT (316178077709118345/JAPAN TICKET STUB #6) | | | 1.000000000000000 |
| | | | NFT (319395755320675059/MONZA TICKET STUB #103) | | | 1.000000000000000 |
| | | | NFT (343831795945340615/SINGAPORE TICKET STUB #229) | | | 1.000000000000000 |
| | | | NFT (353889457073165607/FRANCE TICKET STUB #1037) | | | 1.000000000000000 |
| | | | NFT (372275536290889553/AUSTIN TICKET STUB #149) | | | 1.000000000000000 |
| | | | NFT (399581047809993405/HUNGARY TICKET STUB #198) | | | 1.000000000000000 |
| | | | NFT (414521723916432667/MEXICO TICKET STUB #51) | | | 1.000000000000000 |
| | | | NFT (437218558463840919/THE HILL BY FTX #42585) | | | 1.000000000000000 |
| | | | NFT (496238862008077329/BELGIUM TICKET STUB #182) | | | 1.000000000000000 |
| | | | NFT (567241997778067673/NETHERLANDS TICKET STUB #249) | | | 1.000000000000000 |
| | | | SAND | 200.780000000000000 | | 200.777347460000000 |
| | | | USD | | | 0.000000000911953 |
| | | | XRP | 458.760000000000000 | | 458.759983015902660 |
| | | | Other Activity Asserted: £125-£200 depending on exchange rate - My Entitlement says I'm owed $933.78 however I deposited at the time £904.96 which is more than $933. All my withdrawals never went through as it was just as they announced the bankruptcy | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 94452 | Name on file | FTX Trading Ltd. | BTC | 0.229932096950000 | FTX Trading Ltd. | 0.229932096950000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE | 99.981000000000000 | | 99.981000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 36.093074765700000 | | 36.093074765700000 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 37.093639065700000 | | 37.093639065700000 |
| | | | FTT | 244.960419350000000 | | 244.960419350000000 |
| | | | FTT-PERP | 170.000000000000000 | | 170.000000000000000 |
| | | | SOL | 770.811474050000000 | | 770.811474050000000 |
| | | | SOL-PERP | 1,370.000000000000000 | | 1,370.000000000000000 |
| | | | USD | 70,287.043047286830000 | | 70,287.043047286830000 |
| | | | USDT | 0.000000009250000 | | 0.000000009250000 |
| | | | Other Activity Asserted: Just update it - ######## | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 92051 | Name on file | FTX Trading Ltd. | DAI | 0.020877717000000 | FTX Trading Ltd. | 0.020877717000000 |
| | | | ETH | 1.573987160395474 | | 1.573987160395474 |
| | | | ETHW | 0.000000009544860 | | 0.000000009544860 |
| | | | EUR | 0.000013021392463 | | 0.000013021392463 |
| | | | FTM | 651.272166950000000 | | 651.272166950000000 |
| | | | USD | 0.000000008469575 | | 0.000000008469575 |
| | | | USDT | 0.000000006999954 | | 0.000000006999954 |
| | | | Other Activity Asserted: See Addendum - See Addendum | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 88336 | Name on file | FTX Trading Ltd. | AMPL | 442.054862203311300 | FTX Trading Ltd. | 442.054862203311300 |
| | | | APE | 0.101885380000000 | | 0.101885380000000 |
| | | | ATLAS | 112.574298330000000 | | 112.574298330000000 |
| | | | AVAX | 28.271344510000000 | | 28.271344510000000 |
| | | | AXS | 0.000021920000000 | | 0.000021920000000 |
| | | | BAND | 0.092400000000000 | | 0.092400000000000 |
| | | | BTC | 0.000496580000000 | | 0.000496580000000 |
| | | | CAD | 56.984788000000000 | | 56.984788000000000 |
| | | | CEL | 0.262925730000000 | | 0.262925730000000 |
| | | | CHR | 1.273888850000000 | | 1.273888850000000 |
| | | | DOGE | 7.282577570000000 | | 7.282577570000000 |
| | | | DOGEBEAR2021 | 48.904960000000000 | | 48.904960000000000 |
| | | | ETH | 0.109835758000000 | | 0.109835758000000 |

97162*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

| Claim Number | Name | Debtor | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| | | | FTM | 0.007233440000000 | | 0.007233440000000 |
| | | | FTT | 17.010978461425690 | | 17.010978461425690 |
| | | | FXS | 0.000094960000000 | | 0.000094960000000 |
| | | | GALA | 19.766000000000000 | | 19.766000000000000 |
| | | | GMT | 1.034845220000000 | | 1.034845220000000 |
| | | | GRT | 0.853218170000000 | | 0.853218170000000 |
| | | | HMT | 2.162482030000000 | | 2.162482030000000 |
| | | | JOE | 0.897000000000000 | | 0.897000000000000 |
| | | | KBTT | 45,986.800000000000000 | | 45,986.800000000000000 |
| | | | KIN | 26,500,445.797677230000000 | | 26,500,445.797677230000000 |
| | | | KSHIB | 9.988000000000000 | | 9.988000000000000 |
| | | | LEO | 0.000073060000000 | | 0.000073060000000 |
| | | | MATIC | 2.988682070000000 | | 2.988682070000000 |
| | | | MATICBEAR2021 | 18,266.000000000000000 | | 18,266.000000000000000 |
| | | | MEDIA | 0.058889460000000 | | 0.058889460000000 |
| | | | MTA | 0.008907260000000 | | 0.008907260000000 |
| | | | NEAR | 0.154120870000000 | | 0.154120870000000 |
| | | | PAXG | 0.503897347000000 | | 0.503897347000000 |
| | | | PERP | 0.000496800000000 | | 0.000496800000000 |
| | | | RAY | 2.045742180000000 | | 2.045742180000000 |
| | | | REAL | 0.181340000000000 | | 0.181340000000000 |
| | | | REEF | 9.708000000000000 | | 9.708000000000000 |
| | | | SNY | 52.184526550000000 | | 52.184526550000000 |
| | | | SOL | 0.038184000000000 | | 0.038184000000000 |
| | | | SRM | 0.992885490000000 | | 0.992885490000000 |
| | | | STETH | 0.000065876462228 | | 0.000065876462228 |
| | | | STG | 1.845272800000000 | | 1.845272800000000 |
| | | | STSOL | 0.009758000000000 | | 0.009758000000000 |
| | | | SUN | 0.000328000000000 | | 0.000328000000000 |
| | | | UMEE | 10.186680500000000 | | 10.186680500000000 |
| | | | USD | 114.955494092458990 | | 114.955494092458990 |
| | | | USDT | 60.139743510000000 | | 60.139743510000000 |
| | | | VGX | 1.073699700000000 | | 1.073699700000000 |
| | | | YGG | 1.070059370000000 | | 1.070059370000000 |
| | | | Other Activity Asserted: No - No | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 91900 | Name on file | West Realm Shires Services Inc. | AVAX | 0.093100000000000 | West Realm Shires Services Inc. | 0.093100000000000 |
| | | | BTC | 0.000099970000000 | | 0.000099970000000 |
| | | | ETH | 0.000185410000000 | | 0.000185410000000 |
| | | | ETHW | 0.000185410000000 | | 0.000185410000000 |
| | | | LINK | 0.074903680000000 | | 0.074903680000000 |
| | | | SOL | 0.002810000000000 | | 0.002810000000000 |
| | | | UNI | 0.012512710000000 | | 0.012512710000000 |
| | | | USD | 19,361.517531450000000 | | 19,361.517531450000000 |
| | | | Other Activity Asserted: $19,361.52 - filing orignal claim | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 97203 | Name on file | FTX Trading Ltd. | GRT | | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | USD | 14,789.110000000000000 | | 14,787.994493032067000 |
| | | | USDT | | | 1.053332430000000 |
| | | | Other Activity Asserted: 14789.11 - I have 2 accounts, 1 with the regular FTX and one with the FTX pro, I filed the regular FTX account and thought I have filed for both. The one that I filed has only NFT in it and very little in USD. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The liability asserted in the claimant's other activity is reflected in filed claim 58650. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 91220 | Name on file | FTX Trading Ltd. | 1INCH | 632.662412981515400 | FTX Trading Ltd. | 632.662412981515400 |
| | | | BNB | 0.000000006709100 | | 0.000000006709100 |
| | | | BTC | 0.144550878331750 | | 0.144550878331750 |
| | | | ETH | 0.000000005279380 | | 0.000000005279380 |
| | | | EUR | 0.000000006437032 | | 0.000000006437032 |
| | | | FTT | 20.300000000000000 | | 20.300000000000000 |
| | | | MANA | 300.953740700000000 | | 300.953740700000000 |
| | | | MATIC | 0.380278615996320 | | 0.380278615996320 |
| | | | SAND | 200.970327700000000 | | 200.970327700000000 |
| | | | SOL | 10.005900901137208 | | 10.005900901137208 |
| | | | TRX | 0.003831000000000 | | 0.003831000000000 |
| | | | USD | 2,048.068872915235700 | | 2,048.068872915235700 |
| | | | USDT | 98.476058373879340 | | 98.476058373879340 |
| | | | USTC | 0.000000000022300 | | 0.000000000022300 |
| | | | Other Activity Asserted: 0,00733431 Btc - Second account ######## | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The account holdings referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 85054 | Name on file | FTX Trading Ltd. | BTC | 0.000000000348936 | FTX Trading Ltd. | 0.000000000348936 |
| | | | BTC-PERP | -0.000000000000017 | | -0.000000000000017 |
| | | | SPELL | 327,910.244407900000000 | | 327,910.244407900000000 |
| | | | USD | 0.000000022841706 | | 0.000000022841706 |
| | | | USDT | 305,866.973331000000000 | | 305,866.973331000000000 |
| | | | Other Activity Asserted: 305,866.97 - USDT | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 94550 | Name on file | FTX Trading Ltd. | BCH | 0.000020620000000 | FTX Trading Ltd. | 0.000020620000000 |
| | | | BTC | 0.092545339953750 | | 0.092545339953750 |
| | | | DOGE | 400.108494510000000 | | 400.108494510000000 |
| | | | ETH | 3.503634510000000 | | 3.503634510000000 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 2.963296040000000 | | 2.963296040000000 |
| | | | FTT | 1.010776180000000 | | 1.010776180000000 |
| | | | KIN | 1.000000000000000 | | 1.000000000000000 |
| | | | LINK | 0.024419360000000 | | 0.024419360000000 |
| | | | LTC | 0.007598800000000 | | 0.007598800000000 |
| | | | TONCOIN | 0.097952590000000 | | 0.097952590000000 |

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | | Ticker Quantity |
| | | | USD | 0.525642044515998 | | | 0.525642044515998 |
| | | | USDT | 19.431524854500000 | | | 19.431524854500000 |
| | | | XRP | 4,824.543018090000000 | | | 4,824.543018090000000 |
| | | | Other Activity Asserted: 0 - NO, ONLY FTX ACCOUNT ACTIVITY | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 88927 | Name on file | West Realm Shires Services Inc. | BRZ | 511.560798510000000 | West Realm Shires Services Inc. | 511.560798510000000 |
| | | | SHIB | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 190.000000000000000 | | 93.982726880000000 |
| | | | Other Activity Asserted: 190000 - ######## I spoke with FTX customer service about having funds on FTX's online site and funds on the FTX app. I wanted to transfer the funds from one to the other, preferring the app thinking it would be more user friendly in the long run. The associate told me they couldn't do that and I would have to access the two fund separately. I told the agent that didn't make any sense, other apps like Coinbase allow me to move my funds around either online or through the app, why was FTX not allowing me access to all of my funds. This occurred early in March of 2022 and gave me a sense of uneasiness with the company so I decided not to invest any more money. Then in the Fall September after hearing the founder of Blockify talk on the PodCast "Animal Spirits" how their company was doing fine with FTX so I decided to join Blockify and invested a small amount more. To be honest, with all the news and multiple companies of FTX, Blockify I was confused as how to proceed through the court proceedings. I hope to get back the money I invested in their products, including the Brazilian Crypto. To this day I had wondered where it went, FTX had made that disappear from my view early on too. All this spelled red flags and I'm glad I followed my self learning of Financial Literacy that I gained through CoVid not to invest too much into speculative products i.e. FTX and BLBLOCKFOLIO! | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 84570 | Name on file | FTX Trading Ltd. | BTC-PERP | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SLP-PERP | 251,220.000000000000000 | | 251,220.000000000000000 |
| | | | USD | 547.159715665655800 | | 547.159715665655800 |
| | | | Other Activity Asserted: first time - no | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 66454 | Name on file | Quoine Pte Ltd | BTC | 0.225600330000000 | Quoine Pte Ltd | 0.225600330000000 |
| | | | ETH | 2.500702340000000 | | 2.500702340000000 |
| | | | ETHW | 2.500702340000000 | | 2.500702340000000 |
| | | | SGD | 11,359.427030000000000 | | 11,359.427030000000000 |
| | | | Other Activity Asserted: MANA[1223.75] SAND[3499] SOL[58.02]USD[7204.8] - ######## | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The additional account referenced in the claimant's other activity is an account with an active scheduled claim. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 73655 | Name on file | Quoine Pte Ltd | XSGD | 150.000000000000000 | Quoine Pte Ltd | 150.000000000000000 |
| | | | Other Activity Asserted: 150 XSGD - Actually this current claim is related to my account balance in crypto assets in Quoine Pte Ltd (d/b/a Liquid Global) | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 91642 | Name on file | FTX Trading Ltd. | 1INCH | 0.000000002000000 | FTX Trading Ltd. | 0.000000002000000 |
| | | | BAL | 0.000000005590516 | | 0.000000005590516 |
| | | | BAO | 4.000000000000000 | | 4.000000000000000 |
| | | | BNB | 0.000000005330000 | | 0.000000005330000 |
| | | | BTC | 0.029185909921963 | | 0.029185909921963 |
| | | | DOGE | 0.000000009013028 | | 0.000000009013028 |
| | | | ENS | 0.001972460000000 | | 0.001972460000000 |
| | | | ETH | 0.000000000981896 | | 0.000000000981896 |
| | | | FTT | 0.000086803733190 | | 0.000086803733190 |
| | | | KIN | 4.000000000000000 | | 4.000000000000000 |
| | | | MEDIA | 0.000000009193815 | | 0.000000009193815 |
| | | | RSR | 1.000000000000000 | | 1.000000000000000 |
| | | | RUNE | 0.000000000207400 | | 0.000000000207400 |
| | | | SECO | 0.000000004213000 | | 0.000000004213000 |
| | | | SOS | 56,177.302684020000000 | | 56,177.302684020000000 |
| | | | TOMO | 0.000000003968000 | | 0.000000003968000 |
| | | | TRX | 0.001263007115483 | | 0.001263007115483 |
| | | | USD | 0.000016862135514 | | 0.000016862135514 |
| | | | USDT | 86,236.692950723500000 | | 86,236.692950723500000 |
| | | | Other Activity Asserted: USD 76.25 USDT 1.11 + various crypto - I have an FTX full exchange claim as well, my FTX Blockfolio claim was not shown in my original proof of claim hence this submission | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The liability asserted in the claimant's other activity is reflected in filed claim 57218. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 94615 | Name on file | West Realm Shires Services Inc. | USD | 2,059.542917076690000 | West Realm Shires Services Inc. | 2,059.542917076690000 |
| | | | Other Activity Asserted: 0 - N/A | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 91970 | Name on file | FTX Trading Ltd. | BTC | 0.066623150000000 | FTX Trading Ltd. | 0.066623150000000 |
| | | | Other Activity Asserted: 250+ BNB among others - Hi had a claim on FTX.com main site. Filed in September before inital deadline | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The liability asserted in the claimant's other activity is reflected in filed claim 57237. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 87668 | Name on file | West Realm Shires Services Inc. | BTC | 0.001856880000000 | West Realm Shires Services Inc. | 0.001856880000000 |
| | | | ETH | 0.010622420000000 | | 0.010622420000000 |
| | | | ETHW | 0.010485620000000 | | 0.010485620000000 |
| | | | SHIB | 3.000000000000000 | | 3.000000000000000 |
| | | | USD | 0.000206692541092 | | 0.000206692541092 |

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | Other Activity Asserted: N/A - N/A | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 91742 | Name on file | FTX Trading Ltd. | AAVE | 0.499990785000000 | FTX Trading Ltd. | 0.499990785000000 |
| | | | BTC | 0.000000001010000 | | 0.000000001010000 |
| | | | BTC-0325 | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 0.110979548200000 | | 0.110979548200000 |
| | | | ETHW | 0.110979548200000 | | 0.110979548200000 |
| | | | EUR | 0.000000019254294 | | 0.000000019254294 |
| | | | FTM | 50.981017100000000 | | 50.981017100000000 |
| | | | FTT | 6.022573803239880 | | 6.022573803239880 |
| | | | SLP | 799.852560000000000 | | 799.852560000000000 |
| | | | SOL | 2.185662540000000 | | 2.185662540000000 |
| | | | USD | 616.227197447439700 | | 616.227197447439700 |
| | | | USDT | 252.663475390118180 | | 252.663475390118180 |
| | | | Other Activity Asserted: as per sched.id n.######## - blockfolio account n.######## | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The liability asserted in the claimant's other activity is reflected in filed claim 43630. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 92766 | Name on file | FTX Trading Ltd. | ATLAS | 3.453385280000000 | FTX Trading Ltd. | 3.453385280000000 |
| | | | BTC | 0.513179960000000 | | 0.513179960000000 |
| | | | DFL | 0.265516800000000 | | 0.265516800000000 |
| | | | POLIS | 0.004501410000000 | | 0.004501410000000 |
| | | | SOL | 0.000000680000000 | | 0.000000680000000 |
| | | | USD | 0.173486027128754 | | 0.173486027128754 |
| | | | Other Activity Asserted: 0.513179960BTC - Bitcoin should be returned by spot. | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 95324 | Name on file | West Realm Shires Services Inc. | ETHW | 0.326969360000000 | West Realm Shires Services Inc. | 0.326969360000000 |
| | | | NFT (300858257009154039/IMOLA TICKET STUB #1414) | 1.000000000000000 | | 1.000000000000000 |
| | | | SHIB | 25.000000000000000 | | 25.000000000000000 |
| | | | TRX | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 425.416793235670900 | | 425.416793235670900 |
| | | | Other Activity Asserted: 430 - USD | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 94580 | Name on file | FTX Trading Ltd. | AVAX | 74.172251823048200 | FTX Trading Ltd. | 74.172251823048200 |
| | | | BRZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC | 0.000005696513900 | | 0.000005696513900 |
| | | | BTC-0624 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CAKE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CUSDTBEAR | 0.000000010300000 | | 0.000000010300000 |
| | | | CUSDT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 3.443150691109138 | | 3.443150691109138 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 3.428021441591000 | | 3.428021441591000 |
| | | | FTT | 25.066848542592850 | | 25.066848542592850 |
| | | | LOOKS | 10,699.563564795888000 | | 10,699.563564795888000 |
| | | | LTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LUNA2 | 0.853636703400000 | | 0.853636703400000 |
| | | | LUNA2_LOCKED | 1.991818975000000 | | 1.991818975000000 |
| | | | LUNC | 185,881.189401300000000 | | 185,881.189401300000000 |
| | | | MATIC | 0.000000009735725 | | 0.000000009735725 |
| | | | SOL | 99.412509201268730 | | 99.412509201268730 |
| | | | USD | 1.189958602782477 | | 1.189958602782477 |
| | | | USDT | 0.000000025407895 | | 0.000000025407895 |
| | | | USDTBULL | 0.000000007260000 | | 0.000000007260000 |
| | | | USDT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XAUT-0325 | 0.000000000000000 | | 0.000000000000000 |
| | | | XAUT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: another FTX accounts claims - other accounts opened with the exchange | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The additional account referenced in the claimant's other activity is an account with an active scheduled claim. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 87092 | Name on file | West Realm Shires Services Inc. | AVAX | 9.900000000000000 | West Realm Shires Services Inc. | 9.900000000000000 |
| | | | USD | 0.000013677890903 | | 0.000013677890903 |
| | | | Other Activity Asserted: n/a - n/a | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 24929 | Name on file | Quoine Pte Ltd | AUD | 0.009880000000000 | Quoine Pte Ltd | 0.009880000000000 |
| | | | BTC | 0.001657460000000 | | 0.001657460000000 |
| | | | EUR | 0.643850000000000 | | 0.643850000000000 |
| | | | FANZ | 160.000000000000000 | | 160.000000000000000 |
| | | | GATE | 15.000000000000000 | | 15.000000000000000 |
| | | | HKD | 0.007510000000000 | | 0.007510000000000 |
| | | | IDR | 100,499.754410000000000 | | 100,499.754410000000000 |
| | | | JPY | 63.669240000000000 | | 63.669240000000000 |
| | | | PHP | 372.117030000000000 | | 372.117030000000000 |
| | | | PWV | 143,468.381500000000000 | | 143,468.381500000000000 |
| | | | QASH | 46.979422270000000 | | 46.979422270000000 |
| | | | SGD | 0.525160000000000 | | 0.525160000000000 |
| | | | USD | 1,020.458750000000000 | | 1,020.458750000000000 |
| | | | USDC | 0.000000310000000 | | 0.000000310000000 |
| | | | Other Activity Asserted: If FTT is 1.3451USD, total approximate 220 USD. - 17.31 USD, 150 FTT, other coin etc. | | | 0.000000000000000 |

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | | Ticker Quantity |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The additional account referenced in the claimant's other activity is an account with an active scheduled claim. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 91000 | Name on file | FTX Trading Ltd. | BNB | 0.000000820000000 | FTX Trading Ltd. | | 0.000000820000000 |
| | | | ETH | 0.000000940000000 | | | 0.000000940000000 |
| | | | USD | 100,109.960226680000000 | | | 100,109.960226680000000 |
| | | | USDT | 0.000337640000000 | | | 0.000337640000000 |

Other Activity Asserted: 100,109.960226680 USD - Blockfolio, Inc    0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 89256 | Name on file | West Realm Shires Services Inc. | USD | 19,685.105132750000000 | West Realm Shires Services Inc. | | 19,685.105132750000000 |

Other Activity Asserted: 500 - FTX account ######## unique customer code ########    0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The liability asserted in the claimant's other activity is reflected in filed claim 1443. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 94704 | Name on file | FTX Trading Ltd. | DOGE | 4.000000000000000 | West Realm Shires Services Inc. | | 4.000000000000000 |
| | | | ETH | 47.775968411145996 | | | 47.775968411145996 |
| | | | ETHW | 18.122041130000000 | | | 18.122041130000000 |
| | | | GRT | 1.000000000000000 | | | 1.000000000000000 |
| | | | SHIB | 1.000000000000000 | | | 1.000000000000000 |
| | | | TRX | 1.000000000000000 | | | 1.000000000000000 |
| | | | USD | 6,473.855647552039000 | | | 6,473.855647552039000 |

Other Activity Asserted: None - None    0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 91065 | Name on file | FTX Trading Ltd. | AKRO | 1.000000000000000 | FTX Trading Ltd. | | 1.000000000000000 |
| | | | BAO | 15.000000000000000 | | | 15.000000000000000 |
| | | | DENT | 2.000000000000000 | | | 2.000000000000000 |
| | | | DOGE | 6,335.379505010000000 | | | 6,335.379505010000000 |
| | | | KIN | 11.000000000000000 | | | 11.000000000000000 |
| | | | LTC | 5.463397230000000 | | | 5.463397230000000 |
| | | | SECO | 1.031405160000000 | | | 1.031405160000000 |
| | | | TRX | 1.000000000000000 | | | 1.000000000000000 |
| | | | UBXT | 3.000000000000000 | | | 3.000000000000000 |
| | | | USD | 6,287.879732530295000 | | | 6,287.879732530295000 |
| | | | USDT | 0.000000007155748 | | | 0.000000007155748 |

Other Activity Asserted: Listed in the box 7. - FTX Blockfolio earn app    0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The liability asserted in the claimant's other activity is reflected in filed claim 81181. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 85110 | Name on file | FTX Trading Ltd. | APE-PERP | 0.000000000000000 | FTX Trading Ltd. | | 0.000000000000000 |
| | | | AVAX | 0.000011380000000 | | | 0.000011380000000 |
| | | | BTC | 0.000007570000000 | | | 0.000007570000000 |
| | | | DAI | 0.000000010000000 | | | 0.000000010000000 |
| | | | ETH | 0.000000010615630 | | | 0.000000010615630 |
| | | | ETHW | 0.018000008217592 | | | 0.018000008217592 |
| | | | FTT | 0.095060004317498 | | | 0.095060004317498 |
| | | | GALA | 1.728657960000000 | | | 1.728657960000000 |
| | | | HT | 0.082895890000000 | | | 0.082895890000000 |
| | | | LOOKS | 0.426487930000000 | | | 0.426487930000000 |
| | | | PEOPLE | 9.807573670000000 | | | 9.807573670000000 |
| | | | RON-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | SOL | 0.000013250000000 | | | 0.000013250000000 |
| | | | TONCOIN | 0.069319730000000 | | | 0.069319730000000 |
| | | | TRX | 24,557.075392600000000 | | | 24,557.075392600000000 |
| | | | USD | 0.267362828079807 | | | 0.267362828079807 |
| | | | USDT | 0.000000021075353 | | | 0.000000021075353 |

Other Activity Asserted: 24,557.08 - trx    0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 97414* | Name on file | FTX Trading Ltd. | ETHW | | FTX Trading Ltd. | | 0.000107390000000 |
| | | | USD | 3,000.000000000000000 | | | 7.000000004109845 |
| | | | USDT | | | | 1.914005189250660 |

Other Activity Asserted: 3000 - Hello, on 4/11/2022 at 3:49:53 PM, I withdrew 3,000 USD in fiat currency from my FTX account to my Charles Schwab brokerage account. However, Charles Schwab returned the funds, but my FTX account has never reflected the 3,000 USD. Please help me    0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

97414*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)