# SCHEDULE 1

**Fully or Partially Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Forty-Sixth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 78441 | Name on file | FTX Trading Ltd. | BSV-PERP | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | BTC | 0.011247555247726 | | 0.011247555247726 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE | | | 100.862617127139270 |
| | | | FIDA | 0.229815970000000 | | 0.229815970000000 |
| | | | FIDA_LOCKED | 0.530455490000000 | | 0.530455490000000 |
| | | | FIL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 151.813563783939860 | | 151.813563783939860 |
| | | | LDO | 10.140765150000000 | | 10.140765150000000 |
| | | | LUNA2 | 0.974202157100000 | | 0.974202157100000 |
| | | | LUNA2_LOCKED | 2.273138367000000 | | 2.273138367000000 |
| | | | LUNC | 0.000000009388990 | | 0.000000009388990 |
| | | | PSY | 300.001500000000000 | | 300.001500000000000 |
| | | | RAY | | | 100.055978924514160 |
| | | | RUNE | 0.000000004434050 | | 0.000000004434050 |
| | | | SOL | | | 10.599716350904680 |
| | | | SRM | 81.441789310000000 | | 81.441789310000000 |
| | | | SRM_LOCKED | 1.455342360000000 | | 1.455342360000000 |
| | | | USD | 0.000000018315486 | | 0.000000018315486 |
| | | | USDT | 87.960645460799920 | | 87.960645460799920 |
| | | | USTC | 0.000000002376460 | | 0.000000002376460 |
| | | | XTZ-PERP | 0.000000000000000 | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 31100 | Name on file | FTX Trading Ltd. | ATOM | | FTX Trading Ltd. | 53.997429303220610 |
| | | | BNB | | | 3.162984985480748 |
| | | | BTC | | | 0.032583497586271 |
| | | | CAD | | | 0.000003167014576 |
| | | | ETH | | | 1.036250203476333 |
| | | | ETHW | | | 0.000000001051863 |
| | | | FTM | | | 1,339.943965205369300 |
| | | | LTC | | | 21.491214106482790 |
| | | | USD | 575.670000000000000 | | 575.669115125990600 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 55934 | Name on file | FTX Trading Ltd. | ATOM | 90.483710000000000 | FTX Trading Ltd. | 90.483710000000000 |
| | | | BNB | | | 1.290000000000000 |
| | | | BTC | 0.199384860000000 | | 0.199384860000000 |
| | | | ETH | 1.538000000000000 | | 1.244000000000000 |
| | | | MATIC | 313.943480000000000 | | 313.943480000000000 |
| | | | USDT | 19.699886730000000 | | 19.699886730000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 97666* | Name on file | FTX EU Ltd. | APE | 7.798518000000000 | FTX Trading Ltd. | 7.798518000000000 |
| | | | BTC | 0.072891690000000 | | 0.072891690893120 |
| | | | BTC-PERP | | | 0.003700000000000 |
| | | | MAPS | | | 2.000000000000000 |
| | | | USD | 731.450000000000000 | | 731.449179455477700 |
| | | | USDT | 104.930000000000000 | | 104.932745790213810 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 62350 | Name on file | FTX Trading Ltd. | BULL | | Undetermined* West Realm Shires Services Inc. | 0.000000000000000 |
| | | | GRT | | | 1.000000000000000 |
| | | | SHIB | | | 2.000000000000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | USD | | | 262.635174871831600 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 65715 | Name on file | West Realm Shires Services Inc. | BF_POINT | | West Realm Shires Services Inc. | 300.000000000000000 |
| | | | BRZ | | | 1.000000000000000 |
| | | | BTC | 0.053000000000000 | | 0.053088000000000 |
| | | | CUSDT | | | 2.000000000000000 |
| | | | DOGE | 10,880.620000000000 | | 10,880.626517550000000 |
| | | | GRT | | | 1.000000000000000 |
| | | | LINK | 9.340000000000000 | | 9.343732330000000 |
| | | | NFT (398672910258123011/LAST JEDI AT 7PM) | 1.000000000000000 | | 0.000000000000000 |
| | | | SOL | 9.780000000000000 | | 9.783443110000000 |
| | | | SUSHI | 11.050000000000000 | | 11.050318190000000 |
| | | | TRX | | | 3.000000000000000 |
| | | | USD | 0.001778771812700 | | 0.001778771812700 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 83517 | Name on file | FTX Trading Ltd. | USDT | 18.260000000000000 | FTX Trading Ltd. | 1,557.204025037328200 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 83738 | Name on file | West Realm Shires Services Inc. | BTC | 0.437485930000000 | West Realm Shires Services Inc. | 0.362484300000000 |
| | | | ETH | 2.595678830000000 | | 2.592885830000000 |
| | | | ETHW | | | 2.592885830000000 |
| | | | SOL | | | 0.000000004250000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 84218 | Name on file | FTX Trading Ltd. | BRZ | | West Realm Shires Services Inc. | 2.000000000000000 |
| | | | CUSDT | | | 1.000000000000000 |
| | | | DOGE | 24,200.676400000000000 | | 26,217.929473760000000 |
| | | | GRT | | | 6.109686590000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | USD | | | 0.000000005243352 |

97666*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | | | |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 81374 | Name on file | FTX Trading Ltd. | BAT | | West Realm Shires Services Inc. | 2.013227380000000 |
| | | | BRZ | | | 2.000000000000000 |
| | | | DOGE | | | 4.000000000000000 |
| | | | ETHW | | | 1.261721925193600 |
| | | | GRT | | | 1.000000000000000 |
| | | | SHIB | | | 6.000000000000000 |
| | | | TRX | | | 3.000000000000000 |
| | | | USD | 6,238.000000000000 | | 7,882.261026521562000 |
| | | | USDT | | | 0.000000077068493 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 36158 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | West Realm Shires Services Inc. | 0.017440350000000 |
| | | | BULL | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 22008 | Name on file | FTX Trading Ltd. | BTC | 0.111225870000000 | West Realm Shires Services Inc. | 0.086900990000000 |
| | | | ETH | | | 0.459258650000000 |
| | | | ETHW | | | 0.459258650000000 |
| | | | USD | | | 0.000014047761695 |
| | | | USDT | | | 0.000000008285936 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 65484 | Name on file | FTX Trading Ltd. | ETH | 0.531807107200000 | FTX Trading Ltd. | 0.921807107200000 |
| | | | ETHW | 0.919670511700000 | | 0.919670511700000 |
| | | | SOL | 12.699511620318500 | | 12.699511620318500 |
| | | | USD | 2,113.909981466437300 | | 2,113.909981466437300 |
| | | | USDT | 0.000000003571490 | | 0.000000003571490 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 98037* | Name on file | FTX Trading Ltd. | AKRO | | FTX Trading Ltd. | 2.000000000000000 |
| | | | ALPHA | | | 1.015636530000000 |
| | | | BAO | 4.000000000000000 | | 4.000000000000000 |
| | | | CHZ | 0.000000010000000 | | 0.000000010000000 |
| | | | DENT | 1.000000000000000 | | 1.000000000000000 |
| | | | DOGE | 2,355.911503010000000 | | 2,355.911503010000000 |
| | | | FRONT | | | 2.093961630000000 |
| | | | KIN | 7.000000000000000 | | 7.000000000000000 |
| | | | LUNA2 | 0.663779480000000 | | 0.663779483600000 |
| | | | LUNA2_LOCKED | | | 1.493930418000000 |
| | | | MATIC | 1.060975690000000 | | 1.060975690000000 |
| | | | NFT (316283389181420921/FTX EU - WE ARE HERE! #219524) | | | 1.000000000000000 |
| | | | NFT (449025649155371237/FTX EU - WE ARE HERE! #219510) | | | 1.000000000000000 |
| | | | NFT (496875423760042689/FTX EU - WE ARE HERE! #219469) | | | 1.000000000000000 |
| | | | RSR | | | 2.000000000000000 |
| | | | SECO | | | 1.101776500000000 |
| | | | SRM | 1.101776500000000 | | 0.000000000000000 |
| | | | SXP | 0.000005040000000 | | 0.000005040000000 |
| | | | TRX | 1.000879950000000 | | 1.000879950000000 |
| | | | UBXT | 3.000000000000000 | | 3.000000000000000 |
| | | | USD | | | 0.000000000251875 |
| | | | USDT | | | 0.000000027644314 |
| | | | USTC | 93.658771240000000 | | 93.658771240000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 32018 | Name on file | FTX Trading Ltd. | ATLAS | | FTX Trading Ltd. | 6.490000000000000 |
| | | | BTC | | | 0.000041770000000 |
| | | | TRX | 2.224580000000000 | | 2,224.580000000000000 |
| | | | TRY | | | 0.000069583121583 |
| | | | USD | | | 0.514039877600000 |
| | | | USDT | | | 0.731963761894317 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 55842 | Name on file | FTX Trading Ltd. | AUDIO | 199.960000000000000 | FTX Trading Ltd. | 199.960000000000000 |
| | | | BTC | 0.000650920000000 | | 0.073973926352760 |
| | | | ETH | 0.007222420000000 | | 0.529020429813430 |
| | | | ETHW | 0.526161785560330 | | 0.526161785560330 |
| | | | LUNA2 | 0.045458035500000 | | 0.045458035500000 |
| | | | LUNA2_LOCKED | 0.106068749500000 | | 0.106068749500000 |
| | | | LUNC | 9,898.582936000000000 | | 9,898.582936000000000 |
| | | | USDT | 0.000051946842130 | | 0.000051946842130 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 30365 | Name on file | FTX Trading Ltd. | BTC | 0.650000400000000 | FTX Trading Ltd. | 0.650000400000000 |
| | | | LUNA2 | | | 12.149148390000000 |
| | | | LUNA2_LOCKED | | | 28.348012900000000 |
| | | | LUNC | | | 2,645,502.640000000000000 |
| | | | USDT | 8,745.076319320000000 | | 7,746.934660549574000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 77637 | Name on file | FTX Trading Ltd. | BRZ | Undetermined* | West Realm Shires Services Inc. | 6.079918310000000 |
| | | | BTC | | | 0.000000000000000 |
| | | | CUSDT | | | 7.000000000000000 |
| | | | DOGE | | | 6.000000000000000 |
| | | | ETH | | | 0.000000000000000 |
| | | | ETHW | | | 0.562060030000000 |
| | | | SHIB | | | 2,158,100.861494200000000 |
| | | | SUSHI | | | 134.481614320000000 |
| | | | TRX | | | 9.000000000000000 |

98037*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Asserted Claims | | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| | | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | USD | | | | 3,365.483261837215700 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 33492 | Name on file | West Realm Shires Services Inc. | POC Other Fiat Assertions: ACH TRANSFER (11/10/2022) (05:54:12AM) NOT HITTING MY CONNECTED BANK ACCOUNT BUT SHOWING COMPLETE ON FTX.US WITHDRAWALS. THIS TRANSFER WAS NEVER RECEIVED AND DEPOSITED INTO MY BANK OF AMERICA ACCOUNT. | 20,000.000000000000000 | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | POC Other Fiat Assertions: ACH TRANSFER (11/10/2022) (05:55:38AM) NOT HITTING MY CONNECTED BANK ACCOUNT BUT SHOWING COMPLETE ON FTX.US WITHDRAWALS. THIS TRANSFER WAS NEVER RECEIVED AND DEPOSITED INTO MY BANK OF AMERICA ACCOUNT. | 7,383.000000000000000 | | 0.000000000000000 |
| | | | POC Other Fiat Assertions: ACH TRANSFER (11/9/2022) (11:31:26PM) NOT HITTING MY CONNECTED BANK ACCOUNT BUT SHOWING COMPLETE ON FTX.US WITHDRAWALS. THIS TRANSFER WAS NEVER RECEIVED AND DEPOSITED INTO MY BANK OF AMERICA ACCOUNT. | 20,000.000000000000000 | | 0.000000000000000 |
| | | | BTC | | | 0.000067025965000 |
| | | | ETH | | | 0.001115350000000 |
| | | | ETHW | | | 0.000518352312374 |
| | | | LINK | | | 0.188300000000000 |
| | | | MATIC | | | 0.466679550155684 |
| | | | SUSHI | | | 0.404000000000000 |
| | | | TRX | | | 0.999000000000000 |
| | | | USD | 25,009.170000000000000 | | 72,790.667420091900000 |
| | | | USDT | | | 0.166125208909507 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The withdrawal mentioned in the POC Other Fiat Assertions has been added to the modified holdings above. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 73649 | Name on file | FTX Trading Ltd. | AAVE | 0.000003204435276 | FTX Trading Ltd. | 0.000003204435276 |
| | | | BRZ | 26,137.880257104590000 | | 26,137.880257104590000 |
| | | | BTC | | | 0.187888321607542 |
| | | | ETH | 0.906898790000000 | | 0.906898796646420 |
| | | | ETHW | 0.240912938612020 | | 0.240912938612020 |
| | | | FTT | 4.000000000000000 | | 4.000000000000000 |
| | | | POLIS | 0.006004000000000 | | 0.006004000000000 |
| | | | TRX | 0.000001000000000 | | 0.000001000000000 |
| | | | USD | 533.536863471168800 | | 533.536863471168800 |
| | | | USDT | 0.007566949897049 | | 0.007566949897049 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 50394 | Name on file | FTX Trading Ltd. | ATLAS | 8,434.363725280000000 | FTX Trading Ltd. | 8,434.363725280000000 |
| | | | AVAX | 0.041605400000000 | | 0.041605400000000 |
| | | | BTC | 0.038990283300880 | | 0.038990283300880 |
| | | | CRO | 1,393.261582310000000 | | 1,393.261582310000000 |
| | | | CRV | 526.238448170000000 | | 526.238448170000000 |
| | | | DOT | | | 36.576269800972240 |
| | | | ETH | | | 0.989803897317760 |
| | | | ETHW | 0.308104093182040 | | 0.308104093182040 |
| | | | EUR | 0.000000008567814 | | 0.000000008567814 |
| | | | LUNA2 | 0.006933136797000 | | 0.006933136797000 |
| | | | LUNA2_LOCKED | 0.016177319190000 | | 0.016177319190000 |
| | | | LUNC | 1,509.705134430000000 | | 1,509.705134430000000 |
| | | | MATIC | 326.845999078430850 | | 326.845999078430850 |
| | | | NIO-20210625 | 0.000000000000000 | | 0.000000000000000 |
| | | | SAND | 225.062661740000000 | | 225.062661740000000 |
| | | | SHIB | 937,207.122774130000000 | | 937,207.122774130000000 |
| | | | SOL | 2.051794600000000 | | 2.051794600000000 |
| | | | TRX | 0.000004000000000 | | 0.000004000000000 |
| | | | USD | 0.078875404203631 | | 0.078875404203631 |
| | | | USDT | 46.266972124509394 | | 46.266972124509394 |
| | | | VET-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XRP | 2,182.533967041115000 | | 2,182.533967041115000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98027* | Name on file | FTX Trading Ltd. | DENT | | FTX Trading Ltd. | 1.000000000000000 |
| | | | ETH | | | 3.932470410000000 |
| | | | USD | 80.238065940000000 | | 80.238065944366430 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 60812 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 0.058473611495740 |
| | | | FTT | 26.594980000000000 | | 26.594980000000000 |
| | | | LUNA2 | 0.000106449632600 | | 0.000106449632600 |
| | | | LUNA2_LOCKED | 0.000248382476100 | | 0.000248382476100 |
| | | | NFT (345835249380749480/FTX EU - WE ARE HERE! #270663) | | | 1.000000000000000 |
| | | | NFT (528938144050905076/FTX EU - WE ARE HERE! #270683) | | | 1.000000000000000 |
| | | | NFT (557735450576909013/FTX EU - WE ARE HERE! #271881) | | | 1.000000000000000 |
| | | | SPELL | 88.620000000000000 | | 88.620000000000000 |
| | | | USD | -0.000000010268405 | | -0.000000010268405 |
| | | | USDT | | | 0.000776177901370 |
| | | | USTC | 0.015068460000000 | | 0.015068460000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 58095 | Name on file | FTX Trading Ltd. | DOGE | Undetermined* | West Realm Shires Services Inc. | 677.582936820000000 |
| | | | ETH | | | 0.000000000000000 |

98027*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | SHIB | | | 0.000000000000000 |
| | | | USD | | | 0.000000000281297 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 71282 | Name on file | FTX Trading Ltd. | LINK | 545.000000000000000 | West Realm Shires Services Inc. | 545.458900000000000 |
| | | | MATIC | | | 3,450.000000000000000 |
| | | | SOL | 1,700.000000000000000 | | 1,700.237310000000000 |
| | | | USD | | | 2.335883375000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 60125 | Name on file | FTX Trading Ltd. | ETH | | FTX Trading Ltd. | 0.298183222000000 |
| | | | ETHW | 0.296562488800000 | | 0.296562488800000 |
| | | | FTT | 50.661920040000000 | | 50.661920040000000 |
| | | | TRX | 0.000200000000000 | | 0.000200000000000 |
| | | | USD | 0.009457449413140 | | 0.009457449413140 |
| | | | USDT | 9.960000000000000 | | 1,888.660792269616900 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 28204 | Name on file | FTX Trading Ltd. | APE | | FTX Trading Ltd. | 0.070000000000000 |
| | | | APE-PERP | | | 0.000000000000000 |
| | | | ETH | 4.999400000000000 | | 4.999400000000000 |
| | | | ETHW | | | 0.000400000000000 |
| | | | NFT (297173280231264918/FTX EU - WE ARE HERE! #131124) | | | 1.000000000000000 |
| | | | NFT (362900371283462293/FTX EU - WE ARE HERE! #131296) | | | 1.000000000000000 |
| | | | NFT (477988702894943430/FTX EU - WE ARE HERE! #131213) | | | 1.000000000000000 |
| | | | USD | 241.100000000000000 | | 241.107003265240000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 18302 | Name on file | FTX Trading Ltd. | AXS | 0.089180600000000 | FTX Trading Ltd. | 0.089180600000000 |
| | | | ETH | | | 2.507136928000000 |
| | | | ETHW | 2.501661478000000 | | 2.501661478000000 |
| | | | LUNA2 | 6.207168756000000 | | 6.207168756000000 |
| | | | LUNA2_LOCKED | 14.483393760000000 | | 14.483393760000000 |
| | | | LUNC | 0.002668000000000 | | 0.002668000000000 |
| | | | SHIB | 1,400,000.000000000000000 | | 1,400,000.000000000000000 |
| | | | SOL | 0.009773600000000 | | 0.009773600000000 |
| | | | SRM | 15.178739190000000 | | 15.178739190000000 |
| | | | SRM_LOCKED | 0.130139210000000 | | 0.130139210000000 |
| | | | STEP | 373.600000000000000 | | 373.600000000000000 |
| | | | USD | 5,638.048459396037000 | | 5,638.048459396037000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 80911 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 0.539058110475845 |
| | | | COIN | 7.514460095026767 | | 7.514460095026767 |
| | | | TSLA | 0.000000010000000 | | 0.000000010000000 |
| | | | TSLAPRE | 0.000000001916180 | | 0.000000001916180 |
| | | | USD | 3.609623070035353 | | 3.609623070035353 |
| | | | USDT | 0.000000015294687 | | 0.000000015294687 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 63228 | Name on file | FTX Trading Ltd. | ETH | 0.120455880000000 | FTX Trading Ltd. | 0.120455880000000 |
| | | | ETHW | | | 0.080000000000000 |
| | | | NFT (375547834900902187/FTX EU - WE ARE HERE! #223510) | | | 1.000000000000000 |
| | | | NFT (541733660273799561/FTX EU - WE ARE HERE! #223522) | | | 1.000000000000000 |
| | | | NFT (544303194195132049/FTX EU - WE ARE HERE! #223529) | | | 1.000000000000000 |
| | | | USDT | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 83720 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | West Realm Shires Services Inc. | 0.000074300000000 |
| | | | USD | | | 441.571430400000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97186 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | FTX Trading Ltd. | 0.329293470000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97546* | Name on file | FTX Trading Ltd. | AVAX | Undetermined* | West Realm Shires Services Inc. | 0.933028430000000 |
| | | | BAT | | | 1.000000000000000 |
| | | | BF_POINT | | | 200.000000000000000 |
| | | | BRZ | | | 2.000000000000000 |
| | | | BTC | | | 0.140108656709735 |
| | | | CUSDT | | | 1.000000000000000 |
| | | | ETH | | | 0.000000010000000 |
| | | | ETHW | | | 1.015412616759082 |
| | | | SHIB | | | 9.000000000000000 |
| | | | TRX | | | 3.000000000000000 |
| | | | UNI | | | 1.075433670000000 |
| | | | USD | | | 500.343340551720600 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97496* | Name on file | FTX Trading Ltd. | AAPL | | FTX Trading Ltd. | 0.000000001735540 |
| | | | AAVE | | | 0.000000006054471 |
| | | | ALGO-PERP | | | 0.000000000000000 |
| | | | ALPHA-PERP | | | 0.000000000000000 |
| | | | ALT-PERP | | | -0.000000000000002 |
| | | | APE | | | 0.000000005000000 |

97496*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
97546*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Asserted Claims | | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| | | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | ATOM-PERP | | | | 0.000000000000000 |
| | | | AVAX | | | | 0.000000008041833 |
| | | | AVAX-20211231 | | | | 0.000000000000000 |
| | | | AXS-PERP | | | | 0.000000000000085 |
| | | | BADGER-PERP | | | | 0.000000000000000 |
| | | | BAND-PERP | | | | 0.000000000000056 |
| | | | BNB | 0.090000000000000 | | | 0.090000008145987 |
| | | | BNB-PERP | | | | 0.000000000000000 |
| | | | BTC | | | | 0.000000004961078 |
| | | | BTC-MOVE-20200608 | | | | 0.000000000000000 |
| | | | BTC-PERP | | | | 0.000000000000000 |
| | | | COMP-PERP | | | | -0.000000000000009 |
| | | | CREAM-PERP | | | | 0.000000000000007 |
| | | | DAI | | | | 0.000000003392790 |
| | | | DEFI-PERP | | | | 0.000000000000000 |
| | | | DOGE-PERP | | | | 0.000000000000000 |
| | | | DRGN-PERP | | | | 0.000000000000000 |
| | | | ETH | | | | 0.000000007267169 |
| | | | ETH-PERP | | | | 0.000000000000000 |
| | | | FIDA | | | | 0.000000006867920 |
| | | | FLM-PERP | | | | -0.000000000000454 |
| | | | FTM | | | | 0.000000006465860 |
| | | | FTT | | | | 0.000000010222261 |
| | | | FTT-PERP | | | | 0.000000000000000 |
| | | | HT-PERP | | | | 0.000000000000000 |
| | | | KNC-PERP | | | | 0.000000000000000 |
| | | | KSHIB-PERP | | | | 0.000000000000000 |
| | | | KSM-PERP | | | | 0.000000000000000 |
| | | | LEND-PERP | | | | 0.000000000000000 |
| | | | LINK-PERP | | | | 0.000000000000007 |
| | | | LTC-PERP | | | | 0.000000000000000 |
| | | | LUA | | | | 0.000000009938694 |
| | | | MATIC-PERP | | | | 0.000000000000000 |
| | | | MID-PERP | | | | 0.000000000000000 |
| | | | OMG-PERP | | | | 0.000000000000000 |
| | | | ONE-PERP | | | | 0.000000000000000 |
| | | | OXY-PERP | | | | 0.000000000000000 |
| | | | PRIV-PERP | | | | 0.000000000000000 |
| | | | RAY | | | | 0.000000000668281 |
| | | | RSR | | | | 0.000000021701160 |
| | | | RSR-PERP | | | | 0.000000000000000 |
| | | | RUNE-PERP | | | | 0.000000000000000 |
| | | | SECO-PERP | | | | 0.000000000000000 |
| | | | SHIB-PERP | | | | 0.000000000000000 |
| | | | SHIT-PERP | | | | 0.000000000000000 |
| | | | SLP-PERP | | | | 0.000000000000000 |
| | | | SOL | | | | 0.001097200130732 |
| | | | SOL-PERP | | | | 0.000000000000000 |
| | | | SRM | 0.244115680000000 | | | 0.244115680000000 |
| | | | SRM_LOCKED | | | | 1.414029810000000 |
| | | | SRM-PERP | | | | 0.000000000000000 |
| | | | SUSHI-PERP | | | | 0.000000000000000 |
| | | | SXP-PERP | | | | 0.000000000000000 |
| | | | TRX-PERP | | | | 0.000000000000000 |
| | | | USD | | | | 1,005.513210021306000 |
| | | | USDC | 1,005.510000000000000 | | | 0.000000000000000 |
| | | | USDT | | | | 0.000000197197142 |
| | | | XRP-PERP | | | | 0.000000000000000 |
| | | | XTZ-PERP | | | | 0.000000000000000 |
| | | | ZEC-PERP | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 28905 | Name on file | FTX Trading Ltd. | ALGO | Undetermined* | | FTX Trading Ltd. | 45.236561910000000 |
| | | | ATLAS | | | | 567.090631260000000 |
| | | | AVAX | | | | 0.204359920000000 |
| | | | BAO | | | | 5.000000000000000 |
| | | | CEL | | | | 0.715364960000000 |
| | | | DENT | | | | 2.000000000000000 |
| | | | DOGE | | | | 36.073300510000000 |
| | | | ENS | | | | 0.535844110000000 |
| | | | ETH | | | | 0.000000000000000 |
| | | | FTM | | | | 184.609104550000000 |
| | | | KIN | | | | 3.000000000000000 |
| | | | NFT (302248753926574843/FTX CRYPTO CUP 2022 KEY #18862) | | | | 1.000000000000000 |
| | | | NFT (400589763006615819/THE HILL BY FTX #42330) | | | | 1.000000000000000 |
| | | | NOK | | | | 2.089038830000000 |
| | | | REEF | | | | 1.350000000000000 |
| | | | SHIB | | | | 1,142,825.335360080000000 |
| | | | UBXT | | | | 1.000000000000000 |
| | | | USD | | | | -0.001271094893268 |
| | | | WFLOW | | | | 26.193118800000000 |
| | | | XRP | | | | 143.689092700000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 80221 | Name on file | FTX Trading Ltd. | SOL | | | West Realm Shires Services Inc. | 0.000000010000000 |
| | | | TRX | | | | 1.000000000000000 |
| | | | USD | 8,777.580000000000000 | | | 8,777.979487241875000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 22650 | Name on file | FTX Trading Ltd. | BCH | Undetermined* | | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | DOGE | | | | 2.000000000000000 |
| | | | SHIB | | | | 2.000000000000000 |
| | | | SOL | | | | 0.000000003188217 |
| | | | USD | | | | 0.003013863751584 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 11067 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 | | FTX Trading Ltd. | 0.000000000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | ADA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALICE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ANC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC | | | 0.017880148023590 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | COMP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CRV-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | | | 0.351758560087503 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 0.000000000536430 | | 0.000000000536430 |
| | | | EUR | 961.006821978097300 | | 961.006821978097300 |
| | | | FTT | 4.000000000000000 | | 4.000000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NEO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SOL-1230 | 0.000000000000000 | | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SRM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRYB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | UNI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 0.000000008032829 | | 0.000000008032829 |
| | | | USDT | 0.000000003919261 | | 0.000000003919261 |
| | | | USTC-PERP | 0.000000000000000 | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 97293 | Name on file | FTX Trading Ltd. | COVALENT | | FTX Trading Ltd. | 0.000000000000000 |
|---|---|---|---|---|---|---|
| | | | CQT | | | 511.798196587200000 |
| | | | ETH | 2.008300000000000 | | 2.008300000000000 |
| | | | ETHW | 2.008300000000000 | | 2.008300000000000 |
| | | | RAMP | | | 7,809.908946570000000 |
| | | | RAY | 101.244295558000000 | | 101.244295580000000 |
| | | | SOL | 45.152496110000000 | | 45.152496116000000 |
| | | | USD | | | 0.000000016422501 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 38529 | Name on file | FTX Trading Ltd. | FTT | 25.095231000000000 | FTX Trading Ltd. | 25.095231000000000 |
|---|---|---|---|---|---|---|
| | | | LUNA2 | 8.230967599000000 | | 8.230967599000000 |
| | | | LUNA2_LOCKED | 19.205591060000000 | | 19.205591060000000 |
| | | | LUNC | 1,792,310.523944421400000 | | 1,792,310.523944421400000 |
| | | | RAY | 1,179.495965470000000 | | 1,179.495965470000000 |
| | | | SOL | | | 31.001736086580800 |
| | | | USD | 0.421474815445160 | | 0.421474815445160 |
| | | | USDT | | | 7,926.277837086557000 |
| | | | XRP | | | 1,306.853997433862000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 21350 | Name on file | FTX Trading Ltd. | ETH | | West Realm Shires Services Inc. | 1.000000000000000 |
|---|---|---|---|---|---|---|
| | | | ETHW | | | 1.000000000000000 |
| | | | USD | 1,250.000000000000000 | | 12.468077740000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 34582 | Name on file | FTX Trading Ltd. | BTC | 0.000418410000000 | FTX Trading Ltd. | 0.193703062610025 |
|---|---|---|---|---|---|---|
| | | | DOGE | | | 65.178024030000000 |
| | | | ETH | | | 0.000000007256562 |
| | | | FTT | 150.000000030000000 | | 619.697234114791500 |
| | | | NFT (296010275232948939/BELGIUM TICKET STUB #446) | | | 1.000000000000000 |
| | | | NFT (335337091475861340/FRANCE TICKET STUB #870) | | | 1.000000000000000 |
| | | | NFT (376487139892073323/FTX EU - WE ARE HERE! #185198) | | | 1.000000000000000 |
| | | | NFT (393228298842682649/FTX CRYPTO CUP 2022 KEY #21609) | | | 1.000000000000000 |
| | | | NFT (434515931164264782/MONZA TICKET STUB #1372) | | | 1.000000000000000 |
| | | | NFT (449289282256842053/NETHERLANDS TICKET STUB #1948) | | | 1.000000000000000 |
| | | | NFT (484566784733261266/HUNGARY TICKET STUB #890) | | | 1.000000000000000 |
| | | | NFT (501221674953531051/FTX EU - WE ARE HERE! #201446) | | | 1.000000000000000 |
| | | | NFT (524404713931374296/FTX EU - WE ARE HERE! #185153) | | | 1.000000000000000 |
| | | | POLIS | | | 0.000025390000000 |
| | | | SOL | | | 0.144393150000000 |
| | | | SRM | 27.958001760000000 | | 0.136715700000000 |
| | | | SRM_LOCKED | | | 78.976117120000000 |
| | | | USD | 1.140000000000000 | | 0.092701130045093 |
| | | | USDT | | | 0.036624267847995 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 59753 | Name on file | FTX Trading Ltd. | BNB | | FTX Trading Ltd. | 0.004372406714900 |
|---|---|---|---|---|---|---|
| | | | DOT | | | 34.749106570021720 |
| | | | ETH | | | 1.313332895682690 |
| | | | ETHW | 1.308518148943290 | | 1.308518148943290 |
| | | | EUR | 0.000000004280731 | | 0.000000004280731 |
| | | | OMG | | | 97.284999640323620 |
| | | | RAY | 274.901408805065000 | | 274.901408805065000 |
| | | | USD | -56.844769836800898 | | -401.211739836800900 |
| | | | USDT | 0.000000002632876 | | 0.000000002632876 |
| | | | VET-PERP | 17,331.000000000000000 | | 17,331.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 14804 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | West Realm Shires Services Inc. | 0.000000000000000 |
|---|---|---|---|---|---|---|
| | | | DOGE | | | 2.000000000000000 |
| | | | ETH | | | 0.000000000000000 |
| | | | ETHW | | | 1.107276620000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | SHIB | | | | 1.000000000000000 |
| | | | TRX | | | | 2.000000000000000 |
| | | | USD | | | | 1,088.880561346569300 |
| | | | USDT | | | | 2.025702310000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 36338 | Name on file | FTX Trading Ltd. | ALEPH | 5.000000000000000 | FTX Trading Ltd. | 5.000000000000000 |
|---|---|---|---|---|---|---|
| | | | AVAX | | | 5.790789798007312 |
| | | | BTC | | | 0.048300220308000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | | | 0.368675421510000 |
| | | | ETHW | 0.366686744160000 | | 0.366686744160000 |
| | | | FTT | 25.097929000000000 | | 25.097929000000000 |
| | | | FTT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 0.113534553025000 | | 0.113534553025000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 54391 | Name on file | FTX Trading Ltd. | BCH | | FTX Trading Ltd. | 2.991604875588000 |
|---|---|---|---|---|---|---|
| | | | BTC | 0.128780076353679 | | 0.128780076353679 |
| | | | DOGE | 5,183.262097950000000 | | 5,183.262097950000000 |
| | | | ETH | 0.101971880000000 | | 0.101971880000000 |
| | | | ETHW | 0.101971880000000 | | 0.101971880000000 |
| | | | LUNA2 | 1.170884238000000 | | 1.170884238000000 |
| | | | LUNA2_LOCKED | 2.732063221000000 | | 2.732063221000000 |
| | | | LUNC | 254,962.507917600000000 | | 254,962.507917600000000 |
| | | | SHIB | 30,064,567.471538440000000 | | 30,064,567.471538440000000 |
| | | | SOL | 0.843520000000000 | | 0.843520000000000 |
| | | | USD | 420.080277945944600 | | 420.080277945944600 |
| | | | USDT | -0.492248891066652 | | -0.492248891066652 |
| | | | XRP | 285.427500000000000 | | 285.427500000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 29875 | Name on file | FTX Trading Ltd. | BTC-PERP | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
|---|---|---|---|---|---|---|
| | | | USD | | | -0.008884594057750 |
| | | | USDT | | | 0.013149682105636 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 28618 | Name on file | FTX Trading Ltd. | AVAX | 7.051793460000000 | FTX Trading Ltd. | 7.051793466324610 |
|---|---|---|---|---|---|---|
| | | | BNB | 2.421972370000000 | | 2.421972372727354 |
| | | | BTC | 0.000762870000000 | | 0.000762876390990 |
| | | | DAI | 0.094843340000000 | | 0.094843342571980 |
| | | | DOT | 1.348926060000000 | | 1.348926064751670 |
| | | | ETH | 0.295693490000000 | | 0.295693497140010 |
| | | | ETHW | 1.101715810000000 | | 1.101715814159892 |
| | | | FTT | 601.111070390000000 | | 601.111070390000000 |
| | | | GAL | 83.784515380000000 | | 83.784515380000000 |
| | | | INDI_IEO_TICKET | | | 1.000000000000000 |
| | | | LTC | | | 0.000000001400460 |
| | | | LUNA2 | 16.425439340000000 | | 16.425439340000000 |
| | | | LUNA2_LOCKED | | | 38.326025120000000 |
| | | | LUNC | 1,949,660.323114780000000 | | 1,949,660.323114783300000 |
| | | | MATIC | 5,077.673177240000000 | | 5,077.673177243760000 |
| | | | NFT (375418701774892748/NFT) | | | 1.000000000000000 |
| | | | RUNE | 238.955973300000000 | | 238.955973300191740 |
| | | | SNX | | | 0.000000001244000 |
| | | | SOL | 263.420653990000000 | | 263.420653999491400 |
| | | | SRM | 619.557569280000000 | | 619.557569280000000 |
| | | | SRM_LOCKED | | | 244.828911600000000 |
| | | | SUSHI | | | 0.000000003634740 |
| | | | TRUMP | | | 0.000000000000000 |
| | | | TRUMPFEB | | | 0.000000000000000 |
| | | | TRUMPFEBWIN | | | 7,700.000000000000000 |
| | | | TRX | 0.000022280000000 | | 0.000022281352090 |
| | | | USD | 232.260000000000000 | | 232.261088735675300 |
| | | | USDT | 78.950000000000000 | | 78.950682725341660 |
| | | | USTC | | | 0.000000000703340 |
| | | | XRP | 4,652.859594320000000 | | 4,652.859594327982000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 34691 | Name on file | FTX Trading Ltd. | AVAX | 3.500035000000000 | FTX Trading Ltd. | 3.500035000000000 |
|---|---|---|---|---|---|---|
| | | | BNB | 5.773650190000000 | | 5.773650199809180 |
| | | | BTC | | | 0.000000003150000 |
| | | | ETH | 0.281002810000000 | | 0.281002810000000 |
| | | | ETHW | 0.281002810000000 | | 0.281002810000000 |
| | | | FIDA | 36.000000000000000 | | 36.000000000000000 |
| | | | FTT | 1,000.000000000000000 | | 1,000.000000000000000 |
| | | | OXY | 0.003630000000000 | | 0.003630000000000 |
| | | | PSY | 300.000000000000000 | | 300.000000000000000 |
| | | | RAY | 91.574206360000000 | | 91.574206360000000 |
| | | | SOL | 117.504377830000000 | | 117.504377830000000 |
| | | | SRM | 188.503503710000000 | | 188.503503710000000 |
| | | | SRM_LOCKED | | | 1,457.746365360000000 |
| | | | USD | 108.780000000000000 | | 108.781985476362370 |
| | | | USDT | 1.250000000000000 | | 1.248353936221090 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 30130 | Name on file | FTX Trading Ltd. | BTC | 0.309956810000000 | FTX Trading Ltd. | 0.309956810000000 |
|---|---|---|---|---|---|---|
| | | | EUR | | | 0.000163893719392 |
| | | | KIN | | | 1.000000000000000 |
| | | | NFT (342223441718450705/FTX AU - WE ARE HERE! #1822) | | | 1.000000000000000 |
| | | | NFT (479184128643511496/FTX AU - WE ARE HERE! #1824) | 2.000000000000000 | | 1.000000000000000 |
| | | | TRU | | | 1.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 14194 | Name on file | FTX Trading Ltd. | AVAX | Undetermined* | West Realm Shires Services Inc. | 0.119250150000000 |
|---|---|---|---|---|---|---|

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | BTC | | | | 0.000467000000000 |
| | | | BULL | | | | 0.000000000000000 |
| | | | ETH | | | | 0.006932930000000 |
| | | | ETHW | | | | 0.006850850000000 |
| | | | TRX | | | | 1.000000000000000 |
| | | | USD | | | | 25.530392464469784 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 21842 | Name on file | FTX Trading Ltd. | CUSDT | 2.000000000000000 | West Realm Shires Services Inc. | 2.000000000000000 |
| | | | DOGE | 102.726700000000000 | | 102.726665830000000 |
| | | | SHIB | 509.970000000000000 | | 509,966.772251310000000 |
| | | | USD | 0.012740330000000 | | 0.012740331205161 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 96955 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 0.000000002295950 |
| | | | ETH | 0.000000010000000 | | 0.000000010000000 |
| | | | FTT | 0.214477160000000 | | 0.214477165829742 |
| | | | OXY | | | 149,491.034350980000000 |
| | | | OXY_LOCKED | | | 683,841.965649020000000 |
| | | | SOL | 12,116.694109170000000 | | 12,116.694109170000000 |
| | | | UNISWAPBULL | | | 0.000000009000000 |
| | | | USD | | | 0.004469177765676 |
| | | | USDT | | | 0.000000003173000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 96953 | Name on file | FTX Trading Ltd. | BTC | 0.000096920000000 | FTX Trading Ltd. | 0.000096920000000 |
| | | | SRM | 9,418.952773810000000 | | 9,418.952773810000000 |
| | | | SRM_LOCKED | | | 4,967,738.402506650000000 |
| | | | USD | 448,037.810000000000000 | | 448,037.808678998900000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 97989* | Name on file | Quoine Pte Ltd | BTC | Undetermined* | Quoine Pte Ltd | 0.000148290000000 |
| | | | CHI | | | 10,725.000000000000000 |
| | | | FANZ | | | 160.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 97995* | Name on file | FTX Trading Ltd. | DOGE | Undetermined* | West Realm Shires Services Inc. | 101,103.829529040000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | USD | | | 0.000000000880429 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 51415 | Name on file | FTX Trading Ltd. | APE-PERP | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | ATOM-PERP | -0.000000000000028 | | -0.000000000000028 |
| | | | AVAX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC | | | 0.006965480172000 |
| | | | CRO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE | 5,369.517135749937000 | | 5,369.517135749937000 |
| | | | ETH | 0.000000010913053 | | 0.000000010913053 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 155.074903120000000 | | 155.074903120000000 |
| | | | GMT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | IP3 | 1,000.000000000000000 | | 1,000.000000000000000 |
| | | | LINK | 0.000000003663440 | | 0.000000003663440 |
| | | | LUNA2 | 0.376013448200000 | | 0.376013448200000 |
| | | | LUNA2_LOCKED | 0.877364712500000 | | 0.877364712500000 |
| | | | LUNC | 81,877.720000000000000 | | 81,877.720000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NFT (370672137782654676/BAKU TICKET STUB #2254) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (393293801113568779/FTX AU - WE ARE HERE! #26975) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (430521416007801016/FTX AU - WE ARE HERE! #17379) | 1.000000000000000 | | 1.000000000000000 |
| | | | PAXG-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RAY-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SAND-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SLP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SOL | 0.000000005859047 | | 0.000000005859047 |
| | | | SOL-PERP | -0.000000000000019 | | -0.000000000000019 |
| | | | USD | 6,431.371601129657000 | | 6,431.371601129657000 |
| | | | WAVES-PERP | 0.000000000000000 | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 30493 | Name on file | FTX Trading Ltd. | ATLAS | 120.870931818740000 | FTX Trading Ltd. | 120,870.931818740000000 |
| | | | GALA | 83.056255650400000 | | 83,056.255650640000000 |
| | | | POLIS | 1.336082895400000 | | 1,336.082895400000000 |
| | | | USDT | 1.002220000000000 | | 1,002.219048290000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

| 26643 | Name on file | FTX Trading Ltd. | BNB | | FTX Trading Ltd. | 0.000000004357668 |
| | | | DAI | | | 0.000000009116747 |
| | | | DOT | | | 17.844343858192147 |
| | | | FTT | | | 0.000000008392878 |
| | | | LTC | | | 0.000000009955986 |
| | | | SOL | 2.947194320000000 | | 2.947194320663259 |
| | | | USD | | | 0.000000143203535 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records.

97989*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
97995*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts