## SCHEDULE 2

**Fully Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Forty-Seventh Omnibus Claims Objection**
**Schedule 2 - Modified Claims**

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | | Ticker Quantity |
| 34081 | Name on file | FTX Trading Ltd. | AUD | Undetermined* | FTX Trading Ltd. | | 0.000000001000000 |
| | | | CAD | | | | 0.012330699000000 |
| | | | ETH | | | | 0.000018330000000 |
| | | | ETHW | | | | 0.000018330000000 |
| | | | GHS | | | | 2,605.279102234969300 |
| | | | USDT | | | | 0.000000000345906 |
| | | | Other Activity Asserted: 2,591.159 Ghana cedis - Cedis Fiat. | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 77874 | Name on file | FTX Trading Ltd. | BRZ | Undetermined* | West Realm Shires Inc. | | 1.000000000000000 |
| | | | LINK | | | | 4.704452010000000 |
| | | | TRX | | | | 1,003.148818260000000 |
| | | | USD | | | | 0.000000009958413 |
| | | | Other Activity Asserted: I need to access my account to be able to tell - I cannot confirm how much cryptocurrency I had | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21240 | Name on file | FTX Trading Ltd. | BAT | | West Realm Shires Services Inc. | | 630.729266630000000 |
| | | | BRZ | | | | 5.000000000000000 |
| | | | CUSDT | | | | 15.000000000000000 |
| | | | DOGE | | | | 19,211.714979228710000 |
| | | | GRT | | | | 7,363.529049790000000 |
| | | | MATIC | | | | 433.802154910000000 |
| | | | SHIB | | | | 8,998,622.536902230000000 |
| | | | TRX | | | | 4.000000000000000 |
| | | | USD | 0.000000000000000 | | | 0.000000681457279 |
| | | | USDT | | | | 2.210340760000000 |
| | | | YFI | | | | 0.015397370000000 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34445 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | FTX Trading Ltd. | | 0.005700000000000 |
| | | | DOGE | | | | 1,270.244522070000000 |
| | | | ETH | | | | 0.184127380000000 |
| | | | ETHW | | | | 0.184127380000000 |
| | | | TONCOIN | | | | 74.500000000000000 |
| | | | USD | | | | 1.932650961152005 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13901 | Name on file | FTX Trading Ltd. | AGLD-PERP | Undetermined* | FTX Trading Ltd. | | 0.000000000000000 |
| | | | ANC-PERP | | | | 0.000000000000000 |
| | | | ATOM-PERP | | | | 0.000000000000000 |
| | | | AVAX-PERP | | | | 0.000000000000000 |
| | | | BTC-PERP | | | | 0.000000000000000 |
| | | | BULL | | | | 1.369440975000000 |
| | | | CAKE-PERP | | | | 0.000000000000000 |
| | | | CEL-PERP | | | | 0.000000000000000 |
| | | | CHZ-PERP | | | | 0.000000000000000 |
| | | | COMP-PERP | | | | 0.000000000000000 |
| | | | CRO-PERP | | | | 0.000000000000000 |
| | | | CRV-PERP | | | | 0.000000000000000 |
| | | | DOGE-PERP | | | | 0.000000000000000 |
| | | | DYDX-PERP | | | | 0.000000000000000 |
| | | | ENJ-PERP | | | | 0.000000000000000 |
| | | | ENS-PERP | | | | 0.000000000000000 |
| | | | EOS-PERP | | | | 0.000000000000000 |
| | | | ETC-PERP | | | | 0.000000000000007 |
| | | | ETH-PERP | | | | 0.000000000000000 |
| | | | EUR | | | | 0.000000001392350 |
| | | | FIDA-PERP | | | | 0.000000000000000 |
| | | | FTM-PERP | | | | 0.000000000000000 |
| | | | FTT | | | | 10.029124727570048 |
| | | | FTT-PERP | | | | -0.000000000000028 |
| | | | LDO-PERP | | | | 0.000000000000000 |
| | | | LOOKS-PERP | | | | 0.000000000000000 |
| | | | LTC-PERP | | | | 0.000000000000000 |
| | | | NFT (568705880268147564/THE HILL BY FTX #34196) | | | | 1.000000000000000 |
| | | | ONE-PERP | | | | 0.000000000000000 |
| | | | OP-PERP | | | | 0.000000000000000 |
| | | | PAXG-PERP | | | | 0.000000000000000 |
| | | | PERP-PERP | | | | 0.000000000000000 |
| | | | RAY-PERP | | | | 0.000000000000000 |
| | | | RUNE-PERP | | | | 0.000000000000000 |
| | | | SOL | | | | 2.648434300000000 |
| | | | SOL-PERP | | | | 0.000000000000000 |
| | | | SUSHI-PERP | | | | 0.000000000000000 |
| | | | TRX-PERP | | | | 0.000000000000000 |
| | | | USD | | | | 628.167586068729100 |
| | | | XEM-PERP | | | | 0.000000000000000 |
| | | | XRP-PERP | | | | 0.000000000000000 |
| | | | YFII-PERP | | | | 0.000000000000000 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 76177 | Name on file | FTX Trading Ltd. | APT | Undetermined* | FTX Trading Ltd. | | 0.000000000360854 |
| | | | BNB | | | | 0.000000005992198 |
| | | | BTC | | | | 0.000000007065000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | Asserted Claims | | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | ETH | | | | 0.000000007208040 |
| | | | NFT (4940019604445457297/FTX CRYPTO CUP 2022 KEY #6667) | | | | 1.000000000000000 |
| | | | SOL | | | | 0.000000011423796 |
| | | | TRX | | | | 0.003109467603463 |
| | | | USD | | | | 0.004349614459248 |
| | | | USDT | | | | 39.931038697858360 |
| | | | Other Activity Asserted: And some $ usdt - I had some nft in my wallet | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 87534 | Name on file | FTX Trading Ltd. | ETH | | Undetermined* | West Realm Shires Services Inc. | 0.000665870000000 |
| | | | ETHW | | | | 0.000662760000000 |
| | | | USD | | | | 2.243622301597107 |
| | | | Other Activity Asserted: (Like 90 Trillion). - Old payment | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15440 | Name on file | FTX Trading Ltd. | USD | | Undetermined* | West Realm Shires Services Inc. | 220.337708510000000 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 83927 | Name on file | FTX Trading Ltd. | BNB | | Undetermined* | FTX Trading Ltd. | 0.000000000658809 |
| | | | BTC | | | | 1.043256191823751 |
| | | | BTC-PERP | | | | 0.000000000000001 |
| | | | CAD | | | | 976.466723200000000 |
| | | | DOGE | | | | 1.000000000000000 |
| | | | ETH | | | | 0.000000009987138 |
| | | | MAPS | | | | 2,274.796178340000000 |
| | | | MAPS_LOCKED | | | | 605,095.783439680000000 |
| | | | MATIC | | | | 2.000000000000000 |
| | | | OXY | | | | 1.998765000000000 |
| | | | OXY_LOCKED | | | | 2,872,137.404580350000000 |
| | | | SRM | | | | 26.893152910000000 |
| | | | SRM_LOCKED | | | | 138.106847090000000 |
| | | | USD | | | | 1,108.113128023889000 |
| | | | USDT | | | | 7,525.060096020598000 |
| | | | Other Activity Asserted: initial investment total $260,000 USD - Oxygen tokens: initial investment $210,000 and Maps Tokens: initial investment $50,000 USD | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted as the modified tickers and quantities above reflect the claimant's holdings as of the petition date. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30496 | Name on file | FTX Trading Ltd. | BTC | | Undetermined* | FTX Trading Ltd. | 0.022830470000000 |
| | | | ETH | | | | 0.116841000000000 |
| | | | ETHW | | | | 0.115707900000000 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 56893 | Name on file | FTX Trading Ltd. | AAVE-PERP | | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
| | | | ADA-PERP | | | | 0.000000000000000 |
| | | | ALGO-PERP | | | | 0.000000000000000 |
| | | | APE | | | | 0.600000000000000 |
| | | | APE-PERP | | | | 0.000000000000000 |
| | | | BNB-PERP | | | | 0.000000000000000 |
| | | | BTC | | | | 0.000000017904567 |
| | | | BTC-20210625 | | | | 0.000000000000000 |
| | | | BTC-20210924 | | | | 0.000000000000000 |
| | | | BTC-PERP | | | | 0.000000000000000 |
| | | | DOGE | | | | 0.000000001727800 |
| | | | DOGE-PERP | | | | 0.000000000000000 |
| | | | EDEN | | | | 0.000000000800000 |
| | | | EOS-PERP | | | | 0.000000000000000 |
| | | | ETC-PERP | | | | 0.000000000000000 |
| | | | ETH | | | | 8.626700686531862 |
| | | | ETH-20210625 | | | | 0.000000000000000 |
| | | | ETH-20210924 | | | | 0.000000000000000 |
| | | | ETH-PERP | | | | 0.000000000000009 |
| | | | ETHW | | | | 40.126700684556950 |
| | | | FTT | | | | 102.871689684434810 |
| | | | ICP-PERP | | | | 0.000000000000007 |
| | | | LTC-PERP | | | | -0.000000000000113 |
| | | | LUNC-PERP | | | | 0.000000000000000 |
| | | | MATIC | | | | 4.647484750000000 |
| | | | MATIC-PERP | | | | 0.000000000000000 |
| | | | MER-PERP | | | | 0.000000000000000 |
| | | | OKB-PERP | | | | 0.000000000000000 |
| | | | RAY | | | | 0.000000007000000 |
| | | | SAND-PERP | | | | 0.000000000000000 |
| | | | SHIB | | | | 0.000000010000000 |
| | | | SHIB-PERP | | | | 0.000000000000000 |
| | | | SLP-PERP | | | | 0.000000000000000 |
| | | | SOL | | | | 0.136469956733859 |
| | | | SOL-PERP | | | | -0.000000000000056 |
| | | | SRM-PERP | | | | 0.000000000000000 |
| | | | STEP | | | | 0.000000022000000 |
| | | | STEP-PERP | | | | -0.000000000006682 |
| | | | STORJ-PERP | | | | 0.000000000000000 |
| | | | SUSHI-PERP | | | | 0.000000000000000 |
| | | | TRX-PERP | | | | 0.000000000000000 |
| | | | USD | | | | -7,578.958918242554000 |
| | | | USDT | | | | 0.000000018768786 |
| | | | YFI | | | | 0.000000007000000 |
| | | | YFI-PERP | | | | 0.000000000000000 |

| | | Asserted Claims | | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |

| | | | Other Activity Asserted: Trust it is in the records you guys have - I am unable to know what my balances are under Box 7 | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| 93921 | Name on file | FTX Trading Ltd. | BAT | Undetermined* | | West Realm Shires Services Inc. | 2.112704380000000 |
| | | | BRZ | | | | 3.000000000000000 |
| | | | CUSDT | | | | 9.000000000000000 |
| | | | DOGE | | | | 567.838637800000000 |
| | | | ETH | | | | 0.552400770000000 |
| | | | ETHW | | | | 0.552168930000000 |
| | | | LTC | | | | 12.593089510000000 |
| | | | TRX | | | | 3.000000000000000 |
| | | | USD | | | | 0.156034737404718 |
| | | | Other Activity Asserted: Not sure - Not sure | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 97155* | Name on file | FTX Trading Ltd. | CRV | Undetermined* | | FTX Trading Ltd. | 0.832420000000000 |
| | | | EOSBULL | | | | 222,051.701970000000000 |
| | | | EOS-BULL | | | | 0.000000000000000 |
| | | | REN | | | | 0.402070000000000 |
| | | | UNI | | | | 0.048689000000000 |
| | | | USD | | | | 0.115261008286636 |
| | | | USDT | | | | 0.190578738298156 |
| | | | Other Activity Asserted: Ftx - 2000 Ð´Ð¾Ð»Ð»Ð°Ñ€Ð¾Ð² | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| 13149 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | | West Realm Shires Services Inc. | 0.000051050000000 |
| | | | USD | | | | 0.001632530208235 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 84341 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | | FTX Trading Ltd. | 7.092700002045597 |
| | | | BTC-0624 | | | | 0.000000000000000 |
| | | | BTC-PERP | | | | -0.000000000000011 |
| | | | ETH | | | | 0.000000002430719 |
| | | | ETH-PERP | | | | -67.000000000000300 |
| | | | MATIC | | | | 0.000000002399403 |
| | | | MATIC-PERP | | | | 0.000000000000000 |
| | | | SOL | | | | 0.000000002859823 |
| | | | SOL-PERP | | | | -0.000000000001818 |
| | | | USD | | | | -62,835.395000194610000 |
| | | | USDT | | | | 50,622.005375523164000 |
| | | | Other Activity Asserted: 30-50k$ don't know exactly since can't log in. - I can't login to claims fix because i have changed telephone number so i don't get the 6 digits verification from SMS. I tried to send mail to support@ftx.com for help, but no response. | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| 16127 | Name on file | FTX EU Ltd. | BTC | Undetermined* | | FTX Trading Ltd. | 0.001500000000000 |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 24898 | Name on file | FTX Trading Ltd. | AAPL | Undetermined* | | FTX Trading Ltd. | 15.349386010300396 |
| | | | ADA-PERP | | | | 0.000000000000000 |
| | | | AMZN | | | | 13.962782380000000 |
| | | | AMZNPRE | | | | -0.000000001226604 |
| | | | AVAX-20211231 | | | | 0.000000000000000 |
| | | | AVAX-PERP | | | | 0.000000000000000 |
| | | | BABA | | | | 0.000000000240679 |
| | | | BCH-PERP | | | | 0.000000000000000 |
| | | | BICO | | | | 0.000000002500000 |
| | | | BNB-20210924 | | | | 0.000000000000000 |
| | | | BNB-PERP | | | | -0.000000000000004 |
| | | | BTC | | | | 0.000000007029875 |
| | | | BTC-PERP | | | | 0.000000000000000 |
| | | | BULL | | | | 0.000000002500000 |
| | | | CAKE-PERP | | | | 0.000000000000000 |
| | | | CRO-PERP | | | | 0.000000000000000 |
| | | | DOGE | | | | 0.000000009100000 |
| | | | DOGEBULL | | | | 0.000533100000000 |
| | | | DOGE-PERP | | | | 0.000000000000000 |
| | | | ETH | | | | 0.000000002492744 |
| | | | ETH-PERP | | | | -0.000000000000001 |
| | | | FB | | | | 0.000000008310000 |
| | | | FTM-PERP | | | | 0.000000000000000 |
| | | | FTT-PERP | | | | 0.000000000000056 |
| | | | GOOGL | | | | 16.468874190000000 |
| | | | GOOGLPRE | | | | -0.000000000550000 |
| | | | LINA-PERP | | | | 0.000000000000000 |
| | | | LTC | | | | 0.000000009085265 |
| | | | LTC-PERP | | | | 0.000000000000000 |
| | | | LUNC-PERP | | | | -0.000000000000002 |
| | | | OMG-PERP | | | | 0.000000000000000 |
| | | | SAND-PERP | | | | 0.000000000000000 |
| | | | SHIB-PERP | | | | 0.000000000000000 |
| | | | SLP-PERP | | | | 0.000000000000000 |
| | | | SOL-PERP | | | | 0.000000000000000 |
| | | | SXP-PERP | | | | 0.000000000000000 |
| | | | USD | | | | 50.014201517186680 |
| | | | USDT | | | | 0.000022792545651 |
| | | | XRP-PERP | | | | 0.000000000000000 |

97155*: Claim is also included as a Surviving Claim in the Debtors' One Hundred Forty-First (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |

Other Activity Asserted: Numbers are detailed in email received from Kroll - Stocks of several companies: Amazon, Apple,Google, other — 0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| 20808 | Name on file | FTX Trading Ltd. | USD | 0.01000033189426S | Undetermined* | West Realm Shires Services Inc. | 0.00000000000000 |

Other Activity Asserted: None - None — 0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 60720 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.00000000000000 | Undetermined* | FTX Trading Ltd. | |
| | | | ADABULL | 14.79718800800000 | | | |
| | | | ALICE-PERP | 0.00000000000000 | | | |
| | | | APE-PERP | -0.00000000000028 | | | |
| | | | ASD-PERP | -0.00000000000369 | | | |
| | | | ATOMBULL | 420,000.00000000000000 | | | |
| | | | ATOM-PERP | 0.00000000000000 | | | |
| | | | AVAX-PERP | 0.00000000000000 | | | |
| | | | BALBULL | 142.67643000000000 | | | |
| | | | BTC | 0.00000000939000 | | | |
| | | | BTC-PERP | 0.00000000000000 | | | |
| | | | COMPBULL | 19,614.23921525000000 | | | |
| | | | COMP-PERP | 0.00000000000000 | | | |
| | | | DENT-PERP | 0.00000000000000 | | | |
| | | | DOGEBULL | 8.23613987000000 | | | |
| | | | DYDX-PERP | 0.00000000000000 | | | |
| | | | EOSBULL | 370,000.00000000000000 | | | |
| | | | ETHBULL | 0.08979290000000 | | | |
| | | | ETH-PERP | 0.00000000000000 | | | |
| | | | FLM-PERP | 0.00000000000000 | | | |
| | | | GRTBULL | 1,100,000.00000000000000 | | | |
| | | | ICP-PERP | 0.00000000000000 | | | |
| | | | IOST-PERP | 0.00000000000000 | | | |
| | | | KNCBULL | 20,299.62000000000000 | | | |
| | | | LINKBULL | 10,999.43000000000000 | | | |
| | | | LINK-PERP | 0.00000000000000 | | | |
| | | | MATICBULL | 25,540.00000000000000 | | | |
| | | | MTL-PERP | 0.00000000000000 | | | |
| | | | ONE-PERP | 0.00000000000000 | | | |
| | | | OP-PERP | 0.00000000000000 | | | |
| | | | PEOPLE-PERP | 0.00000000000000 | | | |
| | | | PERP-PERP | 0.00000000000000 | | | |
| | | | SAND-PERP | 0.00000000000000 | | | |
| | | | SKL-PERP | 0.00000000000000 | | | |
| | | | SOL-PERP | 0.00000000000000 | | | |
| | | | SRM-PERP | 0.00000000000000 | | | |
| | | | SXPBULL | 7,533,068.04612177300000 | | | |
| | | | THETABULL | 2,100.00000000000000 | | | |
| | | | TRX-PERP | 0.00000000000000 | | | |
| | | | USD | 2.61325948761454S | | | |
| | | | USDT | 50.50901519678974O | | | |
| | | | XLMBULL | 1,300.00000000000000 | | | |
| | | | XRPBULL | 9,209.60384680000000 | | | |
| | | | XTZBULL | 170,000.00000000000000 | | | |
| | | | YFII-PERP | 0.00000000000000 | | | |

Other Activity Asserted: 10.000 usd - As a result of the elapsed time, the amount of money in the stock market — 0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| 82198 | Name on file | FTX Trading Ltd. | BAT | 1.00000000000000 | Undetermined* | West Realm Shires Services Inc. | |
| | | | BRZ | 1.00000000000000 | | | |
| | | | BTC | 0.01472252000000 | | | |
| | | | ETH | 1.61169924000000 | | | |
| | | | ETHW | 1.61102231000000 | | | |
| | | | USD | 0.00001599367254S | | | |

Other Activity Asserted: I do not have access to either account - I had 2 accounts — 0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim.

| 49911 | Name on file | FTX Trading Ltd. | CHZ | 9.45000000000000 | Undetermined* | FTX Trading Ltd. | |
| | | | ETHW | 0.00029500000000 | | | |
| | | | FTT | 89.78238000000000 | | | |
| | | | GST | 0.03500000000000 | | | |
| | | | GST-0930 | 0.00000000000000 | | | |
| | | | OXY | 70.00000000000000 | | | |
| | | | SOL | 17.24667751000000 | | | |
| | | | SUSHI | 9.99800000000000 | | | |
| | | | TRX | 0.00077900000000 | | | |
| | | | USD | 0.53830041895103I | | | |
| | | | USDT | 0.09655332116445O | | | |

Other Activity Asserted: None - None — 0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| 84120 | Name on file | FTX Trading Ltd. | TRX | 1,548.00003700000000 | Undetermined* | FTX Trading Ltd. | |
| | | | USDT | 481.25757697000000 | | | |

Other Activity Asserted: 12.01 Matic+100 USD (both withdrawn on 11/9/2022) - In addition to the balance correct balance on my FTX EU account that I am claiming, in addition to to the correct pending withdrawals that were correctly listed, two withdrawal were not listed and I wish to add them to the ret of my claim. — 0.00000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| 28248 | Name on file | FTX Trading Ltd. | TRX | 0.01078900000000 | Undetermined* | FTX Trading Ltd. | |
| | | | USDT | 10,111.42068396857200 | | | |

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 41111 | Name on file | FTX Trading Ltd. | AAVE-PERP | | Undetermined* FTX Trading Ltd. | 0.000000000000007 |
| | | | ADA-PERP | | | 0.000000000000000 |
| | | | ALCX | | | 0.000000001500000 |
| | | | ALCX-PERP | | | 0.000000000000028 |
| | | | ALGO-PERP | | | 0.000000000000000 |
| | | | ALICE-PERP | | | 0.000000000000000 |
| | | | ALPHA-PERP | | | 0.000000000000000 |
| | | | ALT-20200327 | | | 0.000000000000000 |
| | | | ALT-20200626 | | | 0.000000000000000 |
| | | | ALT-PERP | | | 0.000000000000001 |
| | | | AMPL | | | 0.000000002615744 |
| | | | AMPL-PERP | | | 0.000000000000000 |
| | | | ANC-PERP | | | 0.000000000000000 |
| | | | AR-PERP | | | -0.000000000000241 |
| | | | ASD | | | 0.000000007511741 |
| | | | ASD-PERP | | | 0.000000000005962 |
| | | | ATLAS-PERP | | | 0.000000000000000 |
| | | | ATOM-20200327 | | | 0.000000000000000 |
| | | | ATOM-PERP | | | 0.000000000000000 |
| | | | AUD | | | 0.000000009215502 |
| | | | AUDIO-PERP | | | -0.000000000000031 |
| | | | AVAX | | | 0.000000044448830 |
| | | | AVAX-PERP | | | -0.000000000000056 |
| | | | AXS-PERP | | | -0.000000000000085 |
| | | | BADGER | | | 0.000000010000000 |
| | | | BADGER-PERP | | | 0.000000000000028 |
| | | | BAL | | | 0.000000007500000 |
| | | | BAL-PERP | | | -0.000000000000002 |
| | | | BAO-PERP | | | 0.000000000000000 |
| | | | BCH | | | 0.000000008564099 |
| | | | BCH-PERP | | | 0.000000000000227 |
| | | | BNB | | | 0.010000000000000 |
| | | | BNB-20191227 | | | 0.000000000000000 |
| | | | BNB-20200327 | | | 0.000000000000000 |
| | | | BNB-PERP | | | -0.000000000001035 |
| | | | BNT | | | 0.000000007611831 |
| | | | BNT-PERP | | | 0.000000000000085 |
| | | | BOBA-PERP | | | 0.000000000000000 |
| | | | BRZ | | | 0.000000008789464 |
| | | | BRZ-PERP | | | 0.000000000000000 |
| | | | BSV-20200327 | | | 0.000000000000000 |
| | | | BSV-PERP | | | -0.000000000000345 |
| | | | BTC | | | 0.000000051653166 |
| | | | BTC-20200327 | | | 0.000000000000000 |
| | | | BTC-20200626 | | | 0.000000000000000 |
| | | | BTC-20200925 | | | 0.000000000000000 |
| | | | BTC-20201225 | | | 0.000000000000000 |
| | | | BTC-20210326 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191003 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191004 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191005 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191006 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191016 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191017 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191023 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191025 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191026 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191028 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191108 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191109 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191110 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191112 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191113 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191114 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191115 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191116 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191117 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191118 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191119 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191120 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191121 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191123 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191128 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191201 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191207 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191208 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191209 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191210 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191211 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191212 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191213 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191214 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191215 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191216 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191217 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191218 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191221 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191224 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191225 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191226 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191227 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191228 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191229 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191230 | | | 0.000000000000000 |
| | | | BTC-MOVE-20191231 | | | 0.000000000000000 |
| | | | BTC-MOVE-20200101 | | | 0.000000000000000 |
| | | | BTC-MOVE-20200102 | | | 0.000000000000000 |
| | | | BTC-MOVE-20200104 | | | 0.000000000000000 |
| | | | BTC-MOVE-20200105 | | | 0.000000000000000 |
| | | | BTC-MOVE-20200107 | | | 0.000000000000000 |

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | BTC-MOVE-20200109 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200111 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200112 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200113 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200115 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200116 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200121 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200122 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200124 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200428 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200429 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200430 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200501 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200502 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200503 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200504 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200614 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200620 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200621 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200627 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200628 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200629 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200630 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200701 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200702 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200703 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200704 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200705 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200706 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200707 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200708 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200709 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200710 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200711 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200712 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200713 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200714 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200715 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200716 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200717 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200718 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200719 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200720 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200721 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200722 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200723 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200724 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200725 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200726 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200727 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200728 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200729 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200730 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200731 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200801 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200802 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200803 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200804 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200805 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200806 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200807 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200808 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200809 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200810 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200811 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200812 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200813 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200814 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200815 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200816 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200817 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200818 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200819 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200820 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200821 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200822 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200823 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200824 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200825 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200826 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200827 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200828 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200829 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200830 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200831 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200901 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200902 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200903 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200904 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200905 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200906 | | | | 0.000000000000000 |
| | | | BTC-MOVE-20200907 | | | | 0.000000000000000 |
| | | | BTC-MOVE-2020Q3 | | | | 0.000000000000000 |
| | | | BTC-MOVE-2020Q4 | | | | 0.000000000000000 |
| | | | BTC-MOVE-2021Q1 | | | | 0.000000000000007 |
| | | | BTC-MOVE-WK-20191213 | | | | 0.000000000000000 |
| | | | BTC-MOVE-WK-20191220 | | | | 0.000000000000000 |
| | | | BTC-MOVE-WK-20191227 | | | | 0.000000000000000 |
| | | | BTC-MOVE-WK-20200501 | | | | 0.000000000000000 |
| | | | BTC-MOVE-WK-20200508 | | | | 0.000000000000000 |
| | | | BTC-MOVE-WK-20200515 | | | | 0.000000000000000 |
| | | | BTC-MOVE-WK-20200522 | | | | 0.000000000000000 |
| | | | BTC-MOVE-WK-20200703 | | | | 0.000000000000000 |
| | | | BTC-MOVE-WK-20200731 | | | | 0.000000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | Asserted Claims | | Modified Claim |
| | | | BTC-PERP | | | 0.000000000000002 |
| | | | BTMX-20200327 | | | 0.000000000000000 |
| | | | BTT-PERP | | | 0.000000000000000 |
| | | | BTTPRE-PERP | | | 0.000000000000000 |
| | | | BVOL | | | 0.000000009915000 |
| | | | CAKE-PERP | | | 0.000000000000483 |
| | | | CEL-PERP | | | 0.000000000000909 |
| | | | CHR-PERP | | | 0.000000000000000 |
| | | | CHZ-PERP | | | 0.000000000000000 |
| | | | COMP | | | 0.000000019450000 |
| | | | COMP-20200925 | | | 0.000000000000000 |
| | | | COMP-PERP | | | 0.000000000000029 |
| | | | CONV-PERP | | | 0.000000000000000 |
| | | | CREAM | | | 0.000000022500000 |
| | | | CREAM-PERP | | | 0.000000000000010 |
| | | | CRV-PERP | | | 0.000000000000000 |
| | | | CUSDT | | | 0.924223057002403 |
| | | | CUSDTBULL | | | 0.000000000075000 |
| | | | CUSDT-PERP | | | 0.000000000000000 |
| | | | CVX | | | 30.493060540000000 |
| | | | CVX-PERP | | | 0.000000000002780 |
| | | | DAWN-PERP | | | 0.000000000000000 |
| | | | DEFI-20210625 | | | 0.000000000000000 |
| | | | DEFI-PERP | | | 0.000000000000000 |
| | | | DENT-PERP | | | 0.000000000000000 |
| | | | DMG | | | 0.000000010000000 |
| | | | DMG-PERP | | | -0.000000001103236 |
| | | | DODO-PERP | | | -0.000000000058207 |
| | | | DOGE | | | 13.000000000000000 |
| | | | DOGE-PERP | | | 0.000000000000000 |
| | | | DOT-PERP | | | 0.000000000000000 |
| | | | DRGN-20200327 | | | 0.000000000000000 |
| | | | DRGN-PERP | | | 0.000000000000000 |
| | | | ENS | | | 0.370000000000000 |
| | | | ENS-PERP | | | 0.000000000000005 |
| | | | EOS-20200327 | | | 0.000000000000000 |
| | | | EOS-20200626 | | | 0.000000000000000 |
| | | | EOS-PERP | | | -0.000000000007830 |
| | | | ETC-PERP | | | 0.000000000000096 |
| | | | ETH | | | 0.000000019960859 |
| | | | ETH-20210625 | | | 0.000000000000000 |
| | | | ETH-PERP | | | -0.000000000000210 |
| | | | ETHW | | | 0.000451857578116 |
| | | | EUR | | | 0.000000004727783 |
| | | | EXCH-PERP | | | 0.000000000000000 |
| | | | FIDA-PERP | | | 0.000000000000000 |
| | | | FIL-PERP | | | 0.000000000000000 |
| | | | FLM-PERP | | | -0.000000000000014 |
| | | | FLOW-PERP | | | 0.000000000000000 |
| | | | FTM | | | 0.000000000245378 |
| | | | FTM-PERP | | | 0.000000000000000 |
| | | | FTT | | | 0.000000046054291 |
| | | | FTT-PERP | | | -0.000000000000227 |
| | | | GAL | | | 6.800000000000000 |
| | | | GAL-PERP | | | -0.000000000000198 |
| | | | GST-PERP | | | 0.000000000023283 |
| | | | HNT | | | 0.000000005000000 |
| | | | HNT-PERP | | | 0.000000000003694 |
| | | | HOLY | | | 0.000000022000000 |
| | | | HOLY-PERP | | | 0.000000000000000 |
| | | | HT | | | 0.000000009026821 |
| | | | HT-20191227 | | | 0.000000000000000 |
| | | | HT-20200327 | | | 0.000000000000000 |
| | | | HT-20200626 | | | 0.000000000000000 |
| | | | HT-PERP | | | 0.000000000000170 |
| | | | HUM-PERP | | | 0.000000000000000 |
| | | | ICP-PERP | | | -0.000000000000028 |
| | | | IOTA-PERP | | | 0.000000000000000 |
| | | | KBTT-PERP | | | 0.000000000000000 |
| | | | KIN | | | 0.000000010000000 |
| | | | KIN-PERP | | | 0.000000000000000 |
| | | | KSHIB-PERP | | | 0.000000000000000 |
| | | | KSOS-PERP | | | 0.000000000000000 |
| | | | LDO-PERP | | | 0.000000000000000 |
| | | | LEO | | | 0.000000009112652 |
| | | | LEO-PERP | | | 0.000000000000000 |
| | | | LINK-PERP | | | -0.000000000001328 |
| | | | LOOKS-PERP | | | 0.000000000000000 |
| | | | LTC-PERP | | | -0.000000000000231 |
| | | | LUNA2 | | | 0.002627157274000 |
| | | | LUNA2_LOCKED | | | 232.213562133640000 |
| | | | LUNC | | | 521.416603238625000 |
| | | | LUNC-PERP | | | -0.000000000000852 |
| | | | MAPS-PERP | | | 0.000000000000000 |
| | | | MATIC-PERP | | | 0.000000000000000 |
| | | | MCB-PERP | | | 0.000000000000003 |
| | | | MEDIA | | | 0.000000009037500 |
| | | | MEDIA-PERP | | | 0.000000000000455 |
| | | | MER-PERP | | | 0.000000000000000 |
| | | | MID-20200327 | | | 0.000000000000000 |
| | | | MID-PERP | | | 0.000000000000001 |
| | | | MKR | | | 0.000000006000000 |
| | | | MKR-PERP | | | 0.000000000000001 |
| | | | MNGO-PERP | | | 0.000000000000000 |
| | | | MOB-PERP | | | 0.000000000000000 |
| | | | MTA-PERP | | | 0.000000000000000 |
| | | | MTL-PERP | | | 0.000000000000071 |
| | | | NEAR-PERP | | | 0.000000000000000 |
| | | | NEO-PERP | | | 0.000000000000007 |
| | | | NFT (5458728679429179936/WEIRD FRIENDS PROMO) | | | 1.000000000000000 |
| | | | OKB | | | 0.000000007438290 |
| | | | OKB-20210625 | | | 0.000000000000000 |
| | | | OKB-PERP | | | 0.000000000000000 |

| Claim Number | Name | Debtor | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|---|
| | | | Tickers | Ticker Quantity | | | Debtor | Ticker Quantity |
| | | | OMG | | | | | 0.00000000009556652 |
| | | | OMG-PERP | | | | | 0.000000000000000000 |
| | | | ONE-PERP | | | | | 0.000000000000000000 |
| | | | ORBS-PERP | | | | | 0.000000000000000000 |
| | | | OXY-PERP | | | | | 0.000000000000000042 |
| | | | PAXG | | | | | 0.000097009986766 |
| | | | PAXG-20200327 | | | | | 0.000000000000000000 |
| | | | PAXG-20200626 | | | | | 0.000000000000000000 |
| | | | PAXG-PERP | | | | | -0.000000000000000006 |
| | | | PERP-PERP | | | | | -0.000000000000001836 |
| | | | POLIS-PERP | | | | | -0.000000000000000639 |
| | | | PUNDIX-PERP | | | | | -0.000000000007418 |
| | | | RAY | | | | | 81.062719214810500 |
| | | | RAY-PERP | | | | | 0.000000000000000000 |
| | | | REEF-PERP | | | | | 0.000000000000000000 |
| | | | REN | | | | | 0.000000001002302 |
| | | | REN-PERP | | | | | 0.000000000000000000 |
| | | | ROOK | | | | | 0.000000001575000 |
| | | | ROOK-PERP | | | | | -0.000000000000000146 |
| | | | RUNE | | | | | 0.000000020606399 |
| | | | RUNE-20200925 | | | | | 0.000000000000000000 |
| | | | RUNE-PERP | | | | | -0.000000000014117 |
| | | | SC-PERP | | | | | 0.000000000000000000 |
| | | | SECO | | | | | 0.000000300000000 |
| | | | SECO-PERP | | | | | 0.000000000000000000 |
| | | | SGD | | | | | 0.023685401344960 |
| | | | SHIB-PERP | | | | | 0.000000000000000000 |
| | | | SHIT-20200327 | | | | | 0.000000000000000000 |
| | | | SHIT-20210625 | | | | | 0.000000000000000000 |
| | | | SHIT-PERP | | | | | -0.000000000000000005 |
| | | | SKL-PERP | | | | | 0.000000000000000000 |
| | | | SLP-PERP | | | | | 0.000000000000000000 |
| | | | SNX | | | | | 0.000000011837047 |
| | | | SNX-PERP | | | | | 0.000000000000000025 |
| | | | SOL | | | | | 0.000000015000000 |
| | | | SOL-20200925 | | | | | 0.000000000000000000 |
| | | | SOL-PERP | | | | | 0.000000000000000000 |
| | | | SOS-PERP | | | | | 0.000000000000000000 |
| | | | SPELL | | | | | 10,500.000000000000000 |
| | | | SPELL-PERP | | | | | 0.000000000000000000 |
| | | | SPY-20210326 | | | | | 0.000000000000000000 |
| | | | SPY-20210625 | | | | | 0.000000000000000000 |
| | | | SRM | | | | | 9.161321840000000 |
| | | | SRM_LOCKED | | | | | 3,069.190171350000000 |
| | | | SRM-PERP | | | | | 0.000000000000000000 |
| | | | SRN-PERP | | | | | 0.000000000000000000 |
| | | | STEP | | | | | 0.000000069810440 |
| | | | STEP-PERP | | | | | 0.000000000502212 |
| | | | STG-PERP | | | | | 0.000000000000000000 |
| | | | STMX | | | | | 1,310.000000000000000 |
| | | | STMX-PERP | | | | | 0.000000000000000000 |
| | | | STX-PERP | | | | | 0.000000000000000000 |
| | | | SUSHI-PERP | | | | | 0.000000000000000000 |
| | | | SXP-PERP | | | | | 0.000000000000000000 |
| | | | TLM-PERP | | | | | 0.000000000000000000 |
| | | | TRU-PERP | | | | | 0.000000000000000000 |
| | | | TRX | | | | | 0.001532000000000 |
| | | | TRX-PERP | | | | | 0.000000000000000000 |
| | | | TRYB | | | | | 0.000000036388063 |
| | | | TRYB-20210625 | | | | | 0.000000000000000000 |
| | | | TRYB-PERP | | | | | 0.000000000000000000 |
| | | | UNI-20210625 | | | | | 0.000000000000000000 |
| | | | UNI-PERP | | | | | 0.000000000000000000 |
| | | | UNISWAP-20200925 | | | | | -0.000000000000000001 |
| | | | UNISWAP-20210625 | | | | | 0.000000000000000000 |
| | | | UNISWAP-PERP | | | | | 0.000000000000000000 |
| | | | USD | | | | | 4.655348923074037 |
| | | | USDT | | | | | 0.025019775479059 |
| | | | USDT-PERP | | | | | 0.000000000000000000 |
| | | | USTC | | | | | 0.371886818741882 |
| | | | USTC-PERP | | | | | 0.000000000000000000 |
| | | | VET-PERP | | | | | 0.000000000000000000 |
| | | | WAVES-PERP | | | | | 0.000000000000000000 |
| | | | WBTC | | | | | 0.000168308943470 |
| | | | XAUT | | | | | 0.000000009525000 |
| | | | XAUT-PERP | | | | | 0.000000000000000000 |
| | | | XRP | | | | | 0.000000004992505 |
| | | | XRP-PERP | | | | | 0.000000000000000000 |
| | | | XTZ-20191227 | | | | | 0.000000000000000000 |
| | | | XTZ-PERP | | | | | -0.000000000045474 |
| | | | YFI | | | | | 0.000000008849452 |
| | | | YFI-PERP | | | | | 0.000000000000000000 |
| | | | ZEC-PERP | | | | | 0.000000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|
| 34061 | Name on file | FTX Trading Ltd. | AKRO | | | Undetermined* | FTX Trading Ltd. | 2.000000000000000000 |
| | | | BAO | | | | | 2.000000000000000000 |
| | | | BTC | | | | | 0.017395340000000 |
| | | | ETH | | | | | 0.247381180000000 |
| | | | ETHW | | | | | 0.189478550000000 |
| | | | KIN | | | | | 2.000000000000000000 |
| | | | TRX | | | | | 1.000000000000000000 |
| | | | UBXT | | | | | 1.000000000000000000 |
| | | | USD | | | | | 309.508270853390800 |

Other Activity Asserted: None - None | | | | | | | | 0.000000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|
| 25751 | Name on file | FTX Trading Ltd. | ETH | | | Undetermined* | FTX Trading Ltd. | 0.000000000083000 |
| | | | FTT | | | | | 2.196198238800000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Asserted Claims | | | Modified Claim | |
| | | | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| | | | PUNDIX | | | | 0.05922000000000000 |
| | | | USD | | | | 10.893306031662926 |
| | | | Other Activity Asserted: None - I only want to claim my financial data of my trading history on FTX.com for tax purposes. The Log-in via hardware-key does not work and FTX support does not answer e-mails. Thank you. | | | | 0.00000000000000000 |
| | | | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. | | | | | | |
| 9781 | Name on file | FTX Trading Ltd. | BRZ | Undetermined* | West Realm Shires Services Inc. | | 1.00000000000000000 |
| | | | USD | | | | 0.00346867400000 |
| | | | USDT | | | | 0.00000000007223321 |
| | | | Other Activity Asserted: about 9K USD of FTM - I lost about 9K of FTM (Fantom) i don't remember the exact number. i actually deleted my account a while back so i don't have my account number unfortunately | | | | 0.00000000000000000 |
| | | | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim. | | | | | | |
| 69785 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | FTX Trading Ltd. | | 0.06504904801804 |
| | | | DOGE | | | | 20.85995000000000000 |
| | | | ENJ | | | | 151.97025000000000000 |
| | | | ETH | | | | 1.22350605036086 |
| | | | ETHW | | | | 0.99066296327000 |
| | | | EUR | | | | 0.00014836000000 |
| | | | FTT | | | | 0.00135628411471 |
| | | | MANA | | | | 120.98068400000000000 |
| | | | MATIC | | | | 30.00280659367816 |
| | | | SAND | | | | 537.89520800000000000 |
| | | | SHIB | | | | 11,097,846.40000000000000000 |
| | | | SOL | | | | 31.51216826265665 |
| | | | USD | | | | 2.33077358237006 |
| | | | Other Activity Asserted: Probably about 3000-7000$ in crypto I think - I have no access to my account, because I can't login. Don't have my 2FA any more. So I don't know the fact claims. | | | | 0.00000000000000000 |
| | | | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. | | | | | | |
| 77923 | Name on file | FTX Trading Ltd. | AAVE | Undetermined* | FTX Trading Ltd. | | -0.00000000004005444 |
| | | | AAVE-PERP | | | | 0.00000000000000000 |
| | | | ADABULL | | | | 0.00000000005200000 |
| | | | ADA-PERP | | | | 0.00000000000000000 |
| | | | AMD | | | | -0.00000000013265740 |
| | | | ATLAS-PERP | | | | 0.00000000000000000 |
| | | | AVAX | | | | 0.00000000002370399 |
| | | | AVAX-PERP | | | | 0.00000000000000000 |
| | | | AXS | | | | -0.00000000002881325 |
| | | | AXS-PERP | | | | 0.00000000000000000 |
| | | | BAT | | | | 0.00841000000000000 |
| | | | BNB | | | | -0.00000000006808820 |
| | | | BNB-PERP | | | | -0.00000000000000092 |
| | | | BTC | | | | 0.05940827883078 |
| | | | BTC-PERP | | | | 0.00000000000000241 |
| | | | CEL | | | | 0.00000000011102244 |
| | | | DOGE | | | | 0.00000000002003244 |
| | | | DYDX-PERP | | | | 0.00000000000000000 |
| | | | ETH | | | | 0.00000917808703500 |
| | | | ETHW | | | | 0.00000917500000000 |
| | | | FB | | | | 0.00000000068617232 |
| | | | FTM | | | | 0.00000000000019941 |
| | | | FTT | | | | 130.20000000866165000 |
| | | | HNT | | | | 0.00090305000000000 |
| | | | HT | | | | 0.00000000005118883 |
| | | | LEO | | | | 58.99999999449105000 |
| | | | LINK | | | | 0.00000000006441439 |
| | | | LTC | | | | 0.00018180149667190 |
| | | | LTC-PERP | | | | 0.00000000000000000 |
| | | | MATIC | | | | 0.00000000006091675 |
| | | | MKR | | | | 0.00000000007418630 |
| | | | NFLX | | | | -0.00000000002750347 |
| | | | NIO | | | | -0.00000000015987180 |
| | | | NVDA | | | | 0.00000000005000000 |
| | | | ONE-PERP | | | | 0.00000000000000000 |
| | | | PFE | | | | 9.22999999685236700 |
| | | | REN | | | | 0.00000000042189610 |
| | | | ROOK-PERP | | | | 0.00000000000000000 |
| | | | SAND-PERP | | | | 0.00000000000000000 |
| | | | SOL | | | | -0.00000000009072265 |
| | | | SQ | | | | 0.00000000002781940 |
| | | | SRM | | | | 64.34145138000000000 |
| | | | SRM_LOCKED | | | | 506.84278706000000000 |
| | | | SUSHI | | | | 0.00000000003522270 |
| | | | SXP | | | | 0.00000000006586094 |
| | | | TRX | | | | 0.00000000046289770 |
| | | | TSLAPRE | | | | -0.00000000043345680 |
| | | | UNI | | | | 0.00000000028880197 |
| | | | UNI-PERP | | | | 0.00000000000000000 |
| | | | USD | | | | 6,543.27501635024000 |
| | | | USDT | | | | 1.648902769064769 |
| | | | XRP | | | | 0.00000000036522910 |
| | | | XRP-PERP | | | | 0.00000000000000000 |
| | | | YFI | | | | 0.00000000006494484 |
| | | | Other Activity Asserted: 500000dollar - I mortgaged 100% btc, if I repay 66% usdt, I can reduce the loss by 34% | | | | 0.00000000000000000 |
| | | | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records. | | | | | | |
| 90640 | Name on file | FTX Trading Ltd. | ATLAS | Undetermined* | FTX Trading Ltd. | | 4,829.66800000000000000 |
| | | | ATLAS-PERP | | | | 0.00000000000000000 |
| | | | BTC-PERP | | | | 0.00000000000000000 |
| | | | ETH | | | | 0.00099660000000000 |
| | | | ETHW | | | | 0.00099660000000000 |
| | | | FTT | | | | 0.07670249146000000 |
| | | | SOL | | | | 0.01850001000000000 |

*Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | USD | | | | 0.000000003985695 |
| | | | USDT | | | | 0.000000006982978 |

Other Activity Asserted: Hesaptaki FÄ±at miktarÄ± hakkÄ±nda - Ftx hesabÄ±mda ne
kadar ATLAS olduÄŸunu tam olarak hatÄ±rlamÄ±yorum                                    0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| 31407 | Name on file | FTX Trading Ltd. | ADABULL | Undetermined* | | FTX Trading Ltd. | 0.000000004700000 |
| | | | ATLAS-PERP | | | | 0.000000000000000 |
| | | | BNB-PERP | | | | 0.000000000000000 |
| | | | BTC | | | | 0.000198252000000 |
| | | | BTC-PERP | | | | 0.000000000000000 |
| | | | COMPBULL | | | | 16,808.531450000000000 |
| | | | CRV-PERP | | | | 0.000000000000000 |
| | | | ETHBULL | | | | 2.633720780000000 |
| | | | FTT-PERP | | | | 0.000000000000000 |
| | | | GALA-PERP | | | | 0.000000000000000 |
| | | | IMX | | | | 52.450847000000000 |
| | | | KIN | | | | 2,788,117.100000000000000 |
| | | | LINA-PERP | | | | 0.000000000000000 |
| | | | POLIS-PERP | | | | -0.000000000000003 |
| | | | RAY-PERP | | | | 0.000000000000000 |
| | | | SAND-PERP | | | | 0.000000000000000 |
| | | | SOL | | | | 0.000000002029487 |
| | | | SOL-PERP | | | | 0.000000000000001 |
| | | | SRM | | | | 0.000000009943200 |
| | | | SRM-PERP | | | | 0.000000000000000 |
| | | | SUSHIBULL | | | | 14,997,557.316000000000000 |
| | | | SXPBULL | | | | 132,694.476000000000000 |
| | | | TRX | | | | 0.000002000000000 |
| | | | UNISWAPBULL | | | | 0.052013256300000 |
| | | | USD | | | | 165.400319756434640 |
| | | | USDT | | | | 0.000000015051414 |
| | | | XRPBULL | | | | 15,680.692213669310000 |

Other Activity Asserted: 165 USD - I have usd and other crypto balances as well                                    0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| 82244 | Name on file | FTX Trading Ltd. | AUD | Undetermined* | | FTX Trading Ltd. | 0.004421770000000 |
| | | | ETH | | | | 15.259220780000000 |
| | | | ETHW | | | | 15.259220784164530 |
| | | | SOL | | | | 39.900000000000000 |
| | | | USDT | | | | 10,814.935040731456000 |

Other Activity Asserted: Unknown see above - Have not filled in as unsure what my
account had as of Nov11 and cannot access                                    0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.

| 81697 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | | FTX Trading Ltd. | 0.002000000000000 |
| | | | CRO | | | | 9.870800000000000 |
| | | | ETH | | | | 0.022000000000000 |
| | | | ETHW | | | | 0.022000000000000 |
| | | | LTC | | | | 0.001918600000000 |
| | | | SPELL | | | | 10,997.910000000000000 |
| | | | SRM | | | | 0.995630000000000 |
| | | | USD | | | | 65.029937278910000 |
| | | | USDT | | | | 4.002040527000000 |

Other Activity Asserted: As above - I can't access my account, so I'm sure of the
amount I'm owed                                    0.000000000000000

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the Debtors seek to liquidate the asserted claim to match their books and records.