IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD) |

**RENEWAL REQUEST FOR ALL NOTICES AND PLEADINGS PURSUANT TO
BANKRUPTCY RULES 2002, 3017 AND 9010(B)**

PLEASE TAKE NOTICE that in accordance with the *Notice of Obligation to File Renewal Request for Service of Documents Pursuant to Bankruptcy Rule* 2002 [D.I. 29925], Peter C. Hughes of Dilworth Paxson LLP, along with James E. Miller and Alec J. Berin of Miller Shah LLP, on behalf of ELD Capital LLC, Dominic John Cubitt and Leona Sammon (collectively, "**ELD**"), creditors and parties-in-interest in the above-captioned bankruptcy cases, pursuant to Bankruptcy Rule 9010(b), renew their request for copies of all notices and pleadings filed herein or in any related proceedings including notices provided pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a).

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses all notices, motions, complaints, answers, applications and orders, whether formal or informal, written or oral, and/or transmitted or conveyed by mail, hand delivery, telephone, facsimile, telecopy and/or any other means. All such notices and pleadings should be sent to:

| Peter C. Hughes, Esq.<br>Dilworth Paxson LLP<br>800 N. King Street, Suite 202<br>Wilmington, DE 19801<br>(302) 571-9800<br>phughes@dilworthlaw.com | James E. Miller, Esq.<br>Miller Shah LLP<br>65 Main Street<br>Chester, CT 06412<br>(866) 540-5505<br>jemiller@millershah.com |
|---|---|
| Alec J. Berin, Esq.<br>Miller Shah LLP | |

#124234778v2

1

| | |
|---|---|
| 1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>(866) 540-5505<br>ajberin@millershah.com | |

PLEASE TAKE FURTHER NOTICE that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, ELD is not waiving and hereby expressly preserves the right to: (i) have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable in this case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or other applicable law.

Date: March 24, 2025

/s/ Peter C. Hughes
Peter C. Hughes (#4180)
Dilworth Paxson LLP
800 N. King Street, Suite 202
Wilmington, DE 19801
(302) 571-9800
(302) 655-1480 (fax)

and

James E. Miller, Esq. (Admitted *Pro Hac Vice*)
Miller Shah LLP
65 Main Street
Chester, CT 06412
(866) 540-5505

and

Alec J. Berin, Esq. (Admitted *Pro Hac Vice*)
Miller Shah LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
(866) 540-5505

*Counsel for ELD Capital LLC, Dominic John Cubitt and Leona Sammon*

## CERTIFICATE OF SERVICE

I, Christine Tomlin, hereby certify that on March 24, 2025, caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record. Additionally, the following parties were served via email:

| **LANDIS RATH & COBB LLP** | **SULLIVAN & CROMWELL LLP** |
|---|---|
| Adam G. Landis, Esq. | Andrew G. Dietderich, Esq. |
| Kimberly A. Brown, Esq. | James L. Bromley, Esq. |
| Matthew R. Pierce, Esq. | Brian D. Glueckstein, Esq. |
| 919 Market Street, Suite 1800 | Christian P. Jensen, Esq. |
| Wilmington, DE 19801 | 125 Broad Street |
|  | New York, NY 10004 |
| E-mail:  landis@lrclaw.com  brown@lrclaw.com  pierce@lrclaw.com | E-mail:  dietdericha@sullcrom.com  bromleyj@sullcrom.com  gluecksteinb@sullcrom.com  jensenc@sullcrom.com |

        /s/ Christine Tomlin
        Christine Tomlin, Paralegal