**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administration) |

**RENEWED NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that in accordance with the *Notice of Obligation to File Renewal Request for Service of Documents Pursuant to Bankruptcy Rule 2002* [Dkt. No. 29925], Venable LLP, as counsel to Hyung Cheol Lim, Aimed, Inc., Blocore Pte., Ltd., Ji Woong Choi, and Mosaic Co., Ltd. (collectively, the "Principals"), hereby renews its request for copies of all notices and pleadings in the above-captioned cases (the "Cases") pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, Local Rule 2002-1(d) and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the Cases be given to and served upon the following:

| | | |
|---|---|---|
| Daniel A. O'Brien | Jeffrey S. Sabin | Andrew J. Currie |
| **VENABLE LLP** | Carol A. Weiner | **VENABLE LLP** |
| 1201 N. Market St. | **VENABLE LLP** | 600 Massachusetts Avenue, NW |
| Suite 1400 | 151 West 42nd St. | Washington, DC 20001 |
| Wilmington, DE 19801 | New York, New York 10036 | Tel: (202) 344-4000 |
| Tel: (302) 298-3535 | Tel: (212) 307-5500 | Fax: (202) 344-8300 |
| Fax: (302) 298-3550 | jssabin@venable.com | ajcurrie@venable.com |
| daobrien@venable.com | cweinerlevy@venable.com | |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankrupty Rules and Local Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that filing of this Renewed Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of the Principals, including, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Principals are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the Cases.

Dated: March 25, 2025
      Wilmington, Delaware

**VENABLE LLP**

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Tel: 302.298.3535
Fax: 302.298.3550
daobrien@venable.com

      and

Jeffrey S. Sabin
Carol A. Weiner
151 West 42nd St.
New York, New York 10036
Tel: (212) 307-5500
Fax: (212) 307-5598
jssabin@venable.com
cweinerlevy@venable.com

      and

Andrew J. Currie
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
ajcurrie@venable.com

*Counsel to Hyung Cheol Lim, Aimed, Inc., Blocore Pte., Ltd., Ji Woong Choi, and Mosaic Co., Ltd.*