## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 17, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 24, 2025 at 4:00 p.m. (ET)**<br><br>Ref. No. 29837 |

### CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, Chimicles Schwartz Kriner & Donaldson-Smith LLP ("CSKDS") and Entwistle & Cappucci LLP ("Entwistle & Cappucci") have received no answer, objection or other responsive pleading to the *Application of Adversary Class Action Plaintiffs Under Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code for Allowance of an Administrative Expense for Attorneys' Fees and Expenses* [D.I. 29837] (the "Application") filed on March 3, 2025.  The undersigned further certifies that CSKDS and Entwistle & Cappucci have reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice, responses, if any, to the relief requested in the Application were to be filed and served on or before March 24, 2025 at 4:00 p.m. (ET).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

WHEREFORE, pursuant to Local Rule 9013-1, CSKDS and Entwistle & Cappucci respectfully request that the Application be approved, and the Court enter the *[Proposed] Order Granting Application of Adversary Class Action Plaintiffs Under Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code for Allowance of an Administrative Expense for Attorneys' Fees and Expenses* attached as Exhibit A to this certificate of no objection.

Dated: March 25, 2025
Wilmington, Delaware

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*/s/ Scott M. Tucker*
Robert J. Kriner, Jr. (No. 2546)
Scott M. Tucker (No. 4925)
2711 Centerville Rd, Suite 201
Wilmington, Delaware 19808
Telephone: (302) 656-2500
robertkriner@chimicles.com
scotttucker@chimicles.com

-and-

**ENTWISTLE & CAPPUCCI LLP**
Andrew J. Entwistle (*pro hac vice*)
500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 710-5960
aentwistle@entwistle-law.com

-and-

Robert N. Cappucci (*pro hac vice*)
Joshua K. Porter (*pro hac vice*)
230 Park Avenue, 3rd Floor
New York, New York 10169
Telephone: (212) 894-7200
rcappucci@entwistle-law.com
jporter@entwistle-law.com

*Counsel for the Adversary Class Action Plaintiffs*