# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: April 17, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 24, 2025 at 4:00 p.m. (ET)**<br><br>**Ref. No. 29837** |

**[PROPOSED] ORDER GRANTING APPLICATION OF ADVERSARY CLASS ACTION PLAINTIFFS UNDER SECTIONS 503(B)(3)(D) AND 503(B)(4) OF THE BANKRUPTCY CODE FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE FOR ATTORNEYS' FEES AND EXPENSES**

Upon consideration of the *Application of Adversary Class Action Plaintiffs Under Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code for Allowance of an Administrative Expense for Attorneys' Fees and Expenses*, dated March 3, 2025 [D.I. 29837] (the "Application"), and the Certificate of No Objection on the Application, dated March 25, 2025, and it appearing that all of the requirements, as applicable, of section 503(b) of the Bankruptcy Code, as well as rule 9013-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notice of the Application was appropriate; and after due deliberation and sufficient good cause appearing therefor;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

IT IS HEREBY ORDERED THAT:

1.    The Application is hereby APPROVED and applicants Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar (the "Adversary Class Action Plaintiffs") are entitled to an allowed administrative claim under section 503(b) of the Bankruptcy Code.  The FTX Recovery Trust is ordered to pay $2,539,252 in attorneys' fees and $36,693 in expenses to Entwistle & Cappucci LLP, counsel for the Adversary Class Action Plaintiffs.

2.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation or implementation of this Order.