# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| | Case No. 22-11068 (~~JTD~~KBO) |
| FTX TRADING LTD., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Ref. Nos. 29834 & \_\_\_\_\_** |

### ORDER AUTHORIZING PAYMENT OF
### INCENTIVE FEE AND COMPLETION FEE
### TO DEBTORS' CHIEF EXECUTIVE OFFICER

Upon the Motion[2] of the FTX Recovery Trust for entry of an order (this "**Order**")

authorizing payment of the Incentive Fee and the Completion Fee; and due and sufficient notice

of the Motion having been provided under the particular circumstances; and it appearing that

no other or further notice need be provided; and the Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and

consideration of the Motion and the relief requested therein being a core proceeding under 28

U.S.C. § 157(b)(2); and this Court's entry of a final order being consistent with Article III of

the United States Constitution; and venue being proper before this Court under 28 U.S.C.

§§ 1408 and 1409; and a hearing having been scheduled and, to the extent necessary, held to

consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing

(if any was held) and all of the proceedings before the Court; and the Court having found and

determined the relief requested in the Motion to be in the best interests of the Debtors, their

estates and creditors, and any parties in interest; and the legal and factual bases set forth in the

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion and at the Hearing (if any was held) having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Motion is granted as set forth herein.

2.      The FTX Recovery Trust is authorized and directed to pay Owl Hill (i) the Incentive Fee in the amount of $~~38,100,000~~30,000,000 and (ii) the Completion Fee in the amount of $3,000,000.

3.      The Incentive Fee and the Completion Fee constitute Professional Claims, as defined under the Plan.

4.      Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

5.      Notice of the Motion as provided therein shall be deemed good and sufficient notice and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2025
      Wilmington, Delaware

_____
 The Honorable ~~John T. Dorsey~~Karen B. Owens
Chief United States Bankruptcy Judge

2