REICH REICH & REICH, P.C.
ATTORNEYS AT LAW
235 MAIN STREET - SUITE 450
WHITE PLAINS, NEW YORK 10601

(914) 949-2126
FAX (914) 949-1604
e-mail Reichlaw@reichpc.com
www.reichpc.com

LAWRENCE R. REICH
lreich@reichpc.com
JEFFREY A. REICH
jreich@reichpc.com

SAMARA NEAL
sneal@reichpc.com
LEGAL ASSISTANT

SIDNEY H. REICH
(1904-1990)

RECEIVED
2025 MAR 25  AM 9:30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

March 21, 2025

Clerk
United States Bankruptcy Court
824 N. Market Street
Wilmington, DE 19801

Re:   FTX Trading Ltd. et al. / Chapter 11 Case No. 22-11068(JTD)

Dear Sir or Madam:

Our firm represents the creditor Chainalysis in the above-referenced case.

We filed a Notice of Appearance on November 16, 2022 (ECF Doc No. 21). We are okay with receiving the ECF notifications for filings but no longer need to receive hard copies of documents.

We are writing to request that our firm be removed from the mailing list.

Thank you!

Very truly yours,

Jeffrey A. Reich

JAR/sn
cc:      Sullivan & Cromwell LLP
          125 Broad Street
          New York, NY 10004
          Attn: Andrew G. Dietderich, Esq.

          Landis Rath & Cobb LLP
          919 Market Street, Ste 1800
          Wilmington, DE 19801
          Attn: Adam G. Landis, Esq.

          K. McKenzie Anderson, Esq.
          51 Madison Avenue, 22nd Floor
          New York, NY 10010

          Quinn Emanuel Urquhart & Sullivan LLP
          865 S. Figueroa Street, 10th Floor
          Los Angeles, CA 90017
          Attn: Anthony P. Alden, Esq.

          Quinn Emanuel Urquhart & Sullivan LLP
          500 Delaware Avenue, Suite 220
          Wilmington, DE 19801
          Attn: Michael Barlow, Esq.