IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

**Svalbard II Holdings Limited**
Name of Transferee

Name and Address where notices to transferee should be sent:

**Svalbard II Holdings Limited**
c/o Attestor Limited
7 Seymour Street
W1H 7JW
London
United Kingdom

Attention: Steve Gillies
Telephone: +44(0)20 7074 9653
Email: settlements@attestorcapital.com

**Artz Fund Investments Pte Ltd.**
Name of Transferor

Last known address:

**Artz Fund Investments Pte Ltd.**
60B Orchard Road, #06-18 Tower 2
The Atrium@Orchard
Singapore 238891

Attention: Pradyumma Agrawal
Telephone: +65 6828 2367
Email: pradyumna@temasek.com.sg

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Type and Amount of Interest Transferred:

| Series A Preferred | Series B Preferred | Series B-1 Preferred | Series C Preferred |
|---|---|---|---|
|  | Number of Shares: 3,815,337 | Number of Shares: 381,557 | Number of Shares: 1,294,448 |
|  | Cost of Investment: $99,999,983 | Cost of Investment: $13,892,490 | Cost of Investment: $59,999,995 |
| FTX Common | WRS Series A Preferred | WRS Class A Common | WRS Class B Common |
| Number of Shares: 1,526,228 | Number of Shares: 26,258,205 | Number of Shares: 32,758,000 |  |
| Cost of Investment: $36,107,502 | Cost of Investment: $59,999,998 | Cost of Investment: $4,999,854 |  |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**Svalbard II Holdings Limited**

By: _____
Name: Christopher Guth
Title: Authorized Attorney

Transferor
**Artz Fund Investments Pte Ltd.**


By: _____
Name: Pradyumna Agrawal
Title: Authorised Signatory

Doc ID: 0545f022b8d3f23d853de9ff0ec78e55d21e1aa3

Type and Amount of Interest Transferred:

| Series A Preferred | Series B Preferred | Series B-1 Preferred | Series C Preferred |
|---|---|---|---|
|  | Number of Shares: 3,815,337 | Number of Shares: 381,557 | Number of Shares: 1,294,448 |
|  | Cost of Investment: $99,999,983 | Cost of Investment: $13,892,490 | Cost of Investment: $59,999,995 |
| FTX Common | WRS Series A Preferred | WRS Class A Common | WRS Class B Common |
| Number of Shares: 1,526,228 | Number of Shares: 26,258,205 | Number of Shares: 32,758,000 |  |
| Cost of Investment: $36,107,502 | Cost of Investment: $59,999,998 | Cost of Investment: $4,999,854 |  |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**Svalbard II Holdings Limited**

By: _____
Name: Christopher Guth
Title: Authorized Attorney

Transferor
**Artz Fund Investments Pte Ltd.**

By: _____
Name: Pradyumna Agrawal
Title: Authorised Signatory