IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Ceratosaurus Investors, L.L.C.** | **SP Multi Claims Holdings, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| **Address for all Notices and Payments:** | **Address:** |
| c/o Farallon Capital Management, L.L.C. | 2 Greenwich Plaza |
| One Maritime Plaza, Suite 2100 | Suite 1 |
| San Francisco, CA 94111 | Greenwich, CT 06830 |
| Attn: Michael Linn | Attn: Operations |
| Email: MLinn@FarallonCapital.com | Email: 12017192157@tls.ldsprod.com |
| | and rbeacher@pryorcashman.com |

| Schedule/Claim No. | Amount | Debtor | Case No. |
|---|---|---|---|
| Schedule Number: **6806481** | 7.64% of the amount of the claim | FTX Trading Ltd. | 22-11068 |
| Claim Number: **39731** | 7.64% of the amount of the claim | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: March 25, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

NYACTIVE-25064561.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM
Annex B

TO:     U.S. Bankruptcy Court for the
        District of Delaware ("Bankruptcy Court")

AND:    FTX Trading Ltd. ("Debtor")
        Case No. 22-11068 (JTD) ("Case")

Proof of Claim #: 39731 ("Proof of Claim")
Schedule #: 6806481 ("Schedule")
Customer Claim Confirmation ID #: 3265-70-GRCOT-995406176 ("CCCID")
Unique Customer Code #: 03000493 ("Customer Code")

**SP Multi Claims Holdings, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Ceratosaurus Investors, L.L.C.**
c/o Farallon Capital Management, L.L.C
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
MLinn@FarallonCapital.com

Its successors and assigns ("Buyer"), an undivided seven and sixty-four hundredths percent (7.64%) interest in Seller's rights, title and interest in and to (a) the Proof of Claim and CCCID (such seven and sixty-four hundredths percent (7.64%) interest in the Proof of Claim and CCCID, the "Transferred Claim") against the Debtor in the Case; (b) all amounts listed on the Schedule; and (c) all amounts with respect to the Customer Code.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated March 25 2025.

**SP Multi Claims Holdings, LLC**
By: Silver Point Capital, L.P., its manager

By: _____
Name: Andrew Opel
Title: Authorized Signatory

**Ceratosaurus Investors, L.L.C.**
By: Farallon Capital Management, L.L.C., its Manager

By: _____
Name: Michael G. Linn
Title: Managing Member

Michael G. Linn
Managing Member