**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 18, 2025

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on March 18, 2025, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ Paul Pullo*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 17316 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 2/21/2025 |
| 23183 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC as Transferee of Name on File<br>Attn: Matthew Weinstein and Chad Flick<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email:mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 2/11/2025 |
| 28066 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:rbeacher@pryorcashman.com,<br>12017I92157@fls.ldsprod.com | 2/11/2025 |
| 28677 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC as Transferee of Name on File<br>c/o Hudson Bay Capital Management LP<br>Attn: Matthew Weinstein and Chad Flick<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email:mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28702 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: General Counsel<br>221 W 9th St<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28703 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28704 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28705 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28707 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28708 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28709 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28710 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28711 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28712 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28713 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28715 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28716 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28717 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28738 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund LP as Transferee of Name on File<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email:legal@canyonpartners.com,jpagnam@canyonpartners.com | 2/11/2025 |
| 28740 | Name on File<br>Address on File<br>Email Address on File | Canyon IC Credit Master Fund LP as Transferee of Name on File<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email:jpagnam@canyonpartners.com,legal@canyonpartners.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28744 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street<br>Suite 4920<br>New York, NY 10019<br>Email:j.farnham@benefitstreetpartners.com | 2/11/2025 |
| 28747 | Name on File<br>Address on File<br>Email Address on File | Bradford Capital Holdings LP as Transferee of Name on File<br>Attn: Brian L. Brager<br>P.O. Box 4353<br>Clifton, NJ 07012<br>Email:bbrager@bradfordcapitalmgmt.com | 2/11/2025 |
| 28748 | Name on File<br>Address on File<br>Email Address on File | Bradford Capital Holdings LP as Transferee of Name on File<br>Attn: Brian L. Brager<br>P.O. Box 4353<br>Clifton, NJ 07012<br>Email:bbrager@bradfordcapitalmgmt.com | 2/11/2025 |
| 28753 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email:claims@ftxcreditor.com | 2/11/2025 |
| 28754 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email:claims@ftxcreditor.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28755 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 2/21/2025 |
| 28756 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C I LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email:claims@ftxcreditor.com | 2/11/2025 |
| 28761 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111<br>Email:mlinn@farcap.com | 2/11/2025 |
| 28764 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>c/o Benefit Street Partners, L.L.C.<br>Attn: Max Rudenstein<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110<br>Email:m.rudenstein@benefitstreetpartners.com | 2/11/2025 |
| 28768 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28770 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 2/11/2025 |
| 28777 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street<br>Suite 4920<br>New York, NY 10019<br>Email:j.farnham@benefitstreetpartners.com | 2/11/2025 |
| 28781 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street<br>Suite 4920<br>New York, NY 10019<br>Email:j.farnham@benefitstreetpartners.com | 2/11/2025 |
| 28789 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28791 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28793 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28794 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28795 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28796 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28797 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28798 | Name on File<br>Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28799 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28800 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28801 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/21/2025 |
| 28802 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email:Christopher.Guth@attestorcapital.com | 2/11/2025 |
| 28803 | Name on File<br>Address on File<br>Email Address on File | Tyr Capital Multi Strategy Fund Ltd as Transferee of Name on File<br>Tyr Capital Partners Sàrl<br>c/o Nick Norris<br>Rue de Lausanne 15<br>Geneva,  1201 Switzerland<br>Email:nnorris@tyr.capital | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28804 | Name on File<br>Address on File<br>Email Address on File | Tyr Capital Multi Strategy Fund Ltd as Transferee of Name on File<br>Tyr Capital Partners Sàrl<br>c/o Nick Norris<br>Rue de Lausanne 15<br>Geneva, 1201 Switzerland<br>Email: nnorris@tyr.capital | 2/21/2025 |
| 28806 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street<br>Suite 4920<br>New York, NY 10019<br>Email:j.farnham@benefitstreetpartners.com | 2/11/2025 |
| 28808 | Name on File<br>Address on File | Hudson Bay Claim Fund LLC as Transferee of Name on File<br>c/o Hudson Bay Capital Management LP<br>Attn: Matthew Weinstein and Chad Flick<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email:mweinstein@hudsonbaycapital.com,<br>cflick@hudsonbaycapital.com | 2/11/2025 |
| 28809 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC as Transferee of Name on File<br>Attn: Vladimir Jelisavcic<br>1384 Broadway<br>Suite 906<br>New York, NY 10018<br>Email:vjel@cherokeeacq.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28812 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com ,rbeacher@pryorcashman.com | 2/11/2025 |
| 28813 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28815 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28817 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28818 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28819 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28820 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 28821 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/21/2025 |
| 28824 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 28826 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>#210<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/21/2025 |
| 28849 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28850 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com ,rbeacher@pryorcashman.com | 2/11/2025 |
| 28851 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com ,rbeacher@pryorcashman.com | 2/11/2025 |
| 28854 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com ,rbeacher@pryorcashman.com | 2/11/2025 |
| 28866 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attn: Steve Gillies<br>Attestor Value Master Fund LP c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email:settlements@attestorcapital.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28867 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Christopher Guth<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email:Christopher.Guth@attestorcapital.com | 2/11/2025 |
| 28873 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 2/21/2025 |
| 28896 | Name on File<br>Address on File<br>Email Address on File | Oaktree London Liquid Value Opportunities Fund (VOF) LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 6th Ave.<br>34th Floor<br>New York, NY 10019<br>Email: CMcLafferty@oaktreecapital.com | 2/21/2025 |
| 28897 | Name on File<br>Address on File<br>Email Address on File | Oaktree London Liquid Value Opportunities Fund (VOF) LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 6th Ave., 34th Floor<br>New York, NY 10019<br>Email:CMcLafferty@oaktreecapital.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28898 | Name on File Address on File Email Address on File | Oaktree London Liquid Value Opportunities Fund (VOF), L.P. as Transferee of Name on File Attn: Colin McLafferty 1301 6th Ave., 34th Floor New York, NY 10019 Email:CMcLafferty@oaktreecapital.com | 2/11/2025 |
| 28910 | Name on File Address on File Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File c/o Farallon Capital Management, LLC Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 28911 | Name on File Address on File Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File c/o Farallon Capital Management, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 28912 | Name on File Address on File | Ceratosaurus Investors LLC as Transferee of Name on File c/o Farallon Capital Management, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 Email:MLinn@FarallonCapital.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28913 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 28916 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 2/21/2025 |
| 28919 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 28920 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email:MLinn@FarallonCapital.com | 2/11/2025 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28921 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File c/o Farallon Capital Management LLC Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 28924 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File c/o Farallon Capital Management LLC Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 28928 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File Attn: Operations 2 Greenwich Plaza Suite 1 Greenwich, CT 06830 Email: rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 2/21/2025 |
| 28929 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File c/o Farallon Capital Management, L.L.C. Attn: Michael Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 Email:MLinn@FarallonCapital.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28930 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael G Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 28931 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 28933 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 28934 | Name on File<br>Address on File<br>Email Address on File | Nexxus Participation Vehicle III LLC as Transferee of Name on File<br>Attn: Tim Babich<br>c/o Nexxus Holdings Operations LLC<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email:tim.babich@nexxus-holdings.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28935 | Name on File<br>Address on File<br>Email Address on File | Phoenix Digital LLC as Transferee of Name on File<br>Attn: TianZeng<br>42 W 33rd St<br>27B<br>New York, NY 10001<br>Email:tzeng@nirvana-cap.com | 2/11/2025 |
| 28937 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com<br>,rbeacher@pryorcashman.com | 2/11/2025 |
| 28938 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/11/2025 |
| 29020 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29021 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29022 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29023 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29024 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29028 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com ,rbeacher@pryorcashman.com | 2/11/2025 |
| 29030 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29044 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC as Transferee of Name on File<br>c/o Diameter Capital Partners LP<br>Attn: General Counsel<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email:legal@diametercap.com | 2/11/2025 |
| 29045 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC as Transferee of Name on File<br>c/o Diameter Capital Partners LP<br>Attn: General Counsel<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email:legal@diametercap.com | 2/11/2025 |
| 29052 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com ,rbeacher@pryorcashman.com | 2/11/2025 |
| 29056 | Name on File<br>Address on File<br>Email Address on File | Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP as Transferee of Name on File<br>c/o Olympus Peak Asset Management<br>Attn: Leah Silverman<br>177 West Putnam Avenue, Suite 2622-S1<br>Greenwich, CT 06831<br>Email:finops@opeaklp.com,lsilverman@opeaklp.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29057 | Name on File<br>Address on File<br>Email Address on File | Bradford Capital Holdings LP as Transferee of Name on File<br>Attn: Brian L. Brager<br>P.O. Box 4353<br>Clifton, NJ 07012<br>Email:bbrager@bradfordcapitalmgmt.com | 2/11/2025 |
| 29071 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29072 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29084 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 2/21/2025 |
| 29086 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29087 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>#210<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29105 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 2/21/2025 |
| 29106 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 2/21/2025 |
| 29114 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29130 | Name on File Address on File Email Address on File | Extreme Ways Holding Limited as Transferee of Name on File 1601, Building 9 Gu bei Rui Shi Garden Huang Jin City Road 500, Changning District Shanghai,   China | 2/11/2025 |
| 29131 | Name on File Address on File Email Address on File | Fire Bouvardia LLC as Transferee of Name on File c/o Crowell & Moring LLP Attn: Timothy Lin 389 9th Ave, 44th Floor New York, NY 10001 Email:FTX@kingstreet.com,tlin@crowell.com | 2/11/2025 |
| 29132 | Name on File Address on File Email Address on File | Fire Bouvardia LLC as Transferee of Name on File c/o Crowell & Moring LLP Attn: Timothy Lin 389 9th Ave, 44th Floor New York, NY 10001 Email:tlin@crowell.com,FTX@kingstreet.com | 2/11/2025 |
| 29137 | Name on File Address on File Email Address on File | Paxtibi LLP as Transferee of Name on File Attn: Federico Natali 221 W. 9th St. Wilmington, DE 19801 Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29138 | Name on File Address on File Email Address on File | Paxtibi LLP as Transferee of Name on File Attn: Federico Natali 221 W 9th St. Wilmington, DE 19801 Email:paxtibi.xyz@gmail.com | 2/11/2025 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)                    Page 24 of 38

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29140 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com ,rbeacher@pryorcashman.com | 2/11/2025 |
| 29141 | Name on File<br>Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com ,rbeacher@pryorcashman.com | 2/11/2025 |
| 29142 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC as Transferee of Name on File<br>c/o Hudson Bay Capital Management LP<br>Attn: Matthew Weinstein and Chad Flick<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email:mweinstein@hudsonbaycapital .com,cflick@hudsonbaycapital.com | 2/11/2025 |
| 29143 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street, Suite 492<br>New York, NY 10019<br>Email:j.farnham@benefitstreetpartne rs.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29144 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29158 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia LLC as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email:tlin@crowell.com,FTX@kingstreet.com | 2/11/2025 |
| 29162 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email:settlements@attestorcapital.com | 2/11/2025 |
| 29163 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email:ezra@serrurco.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29164 | Name on File<br>Address on File<br>Email Address on File | Livello Capital Special Opportunity Master Fund LP as Transferee of Name on File<br>Attn: Joseph Salegna<br>104 W. 40th Street, 19th Floor<br>New York, NY 10010<br>Email:jsalegna@livellocap.com | 2/11/2025 |
| 29165 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attention: Jonathan Farnham<br>9 West 57th Street<br>Suite 4920<br>New York, NY 10019<br>Email:j.farnham@benefitstreetpartne rs.com | 2/11/2025 |
| 29186 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 2/21/2025 |
| 29190 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC as Transferee of Name on File<br>c/o Hudson Bay Capital Management LP<br>Attn: Matthew Weinstein / Chad Flick<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: cflick@hudsonbaycapital.com, mweinstein@hudsonbaycapital.com | 2/21/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29192 | Name on File<br>Address on File | 117 Partners LLC as Transferee of Name on File<br>Attn: Thomas Braziel and Bruce Tan<br>130 Canal St., #602<br>Pooler, GA 31322<br>Email:tom@117partners.com,bruce@117partners.com | 2/11/2025 |
| 29199 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com,rbeacher@pryorcashman.com | 2/11/2025 |
| 29200 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia LLC as Transferee of Name on File<br>Attn: Timothy Lin<br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email:tlin@crowell.com,ftx@kingstreet.com | 2/11/2025 |
| 29201 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia LLC as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email:tlin@crowell.com,FTX@kingstreet.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29202 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC as Transferee of Name on File<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email:vjel@cherokeeacq.com | 2/11/2025 |
| 29203 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC as Transferee of Name on File<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email:vjel@cherokeeacq.com | 2/11/2025 |
| 29204 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC as Transferee of Name on File<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email:vjel@cherokeeacq.com | 2/11/2025 |
| 29205 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC as Transferee of Name on File<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email:vjel@cherokeeacq.com | 2/11/2025 |
| 29207 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC as Transferee of Name on File<br>Attn: General Counsel<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: legal@diametercap.com | 2/21/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29210 | Name on File<br>Address on File<br>Email Address on File | Oaktree London Liquid Value Opportunities Fund (VOF) LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email:cmclafferty@oaktreecapital.com | 2/11/2025 |
| 29213 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com ,rbeacher@pryorcashman.com | 2/11/2025 |
| 29214 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email:MLinn@FarallonCapital.com | 2/11/2025 |
| 29215 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>c/o Benefit Street Partners, LLC<br>Attn: Max Rudenstein<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110<br>Email:m.rudenstein@benefitstreetpartners.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29217 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>c/o Benefit Street Partners<br>Attn: Max Rudenstein<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110<br>Email:m.rudenstein@benefitstreetpartners.com | 2/11/2025 |
| 29228 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email:settlements@attestorcapital.com | 2/11/2025 |
| 29230 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC as Transferee of Name on File<br>Attn: Thomas Braziel, Bruce Tan<br>130 Canal St.<br>#602<br>Pooler, GA 31322<br>Email:bruce@117partners.com,tom@117partners.com | 2/11/2025 |
| 29242 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29244 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29245 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29246 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 2/11/2025 |
| 29354 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC as Transferee of Name on File<br>Attention: Bruce Tan<br>130 Canal St.<br>#602<br>Pooler, GA 31322<br>Email:bruce@117partners.com,tom@117partners.com | 2/11/2025 |
| 29364 | Name on File<br>Address on File<br>Email Address on File | Grand Teton Systems Inc as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Avenue<br>Cheyenne, WY 82001<br>Email:claims@ftxcreditor.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29365 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:claims@ftxcreditor.com | 2/11/2025 |
| 29371 | Name on File<br>Address on File<br>Email Address on File | Oaktree London Liquid Value Opportunities Fund (VOF) LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email:cmclafferty@oaktreecapital.com | 2/11/2025 |
| 29372 | Name on File<br>Address on File<br>Email Address on File | Opps CY Holdings LLC as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com | 2/21/2025 |
| 29377 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund LP as Transferee of Name on File<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email:jpagnam@canyonpartners.com,legal@canyonpartners.com,FTX-Canyon@canyonpartners.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29378 | Name on File<br>Address on File<br>Email Address on File | Canyon Value Realization Fund LP as Transferee of Name on File<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: jpagnam@canyonpartners.com, legal@canyonpartners.com, TX-Canyon@canyonpartners.com | 2/21/2025 |
| 29379 | Name on File<br>Address on File<br>Email Address on File | Canyon Balanced Master Fund Ltd as Transferee of Name on File<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: FTX-Canyon@canyonpartners.com, jpagnam@canyonpartners.com, legal@canyonpartners.com | 2/21/2025 |
| 29385 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street, Suite 4920<br>New York, NY 10019<br>Email:j.farnham@benefitstreetpartners.com | 2/11/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29399 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 2/21/2025 |
| 29402 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 2/21/2025 |
| 29403 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/11/2025 |
| 29408 | Name on File<br>Address on File<br>Email Address on File | DCP Tree LP as Transferee of Name on File<br>c/o Diameter Capital Partners LP<br>Attn: Sam Kim<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: skim@diametercap.com | 2/21/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|------------|-----------------|
| 29414 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com ,rbeacher@pryorcashman.com | 2/11/2025 |
| 29449 | Name on File<br>Address on File<br>Email Address on File | Michael Bacina as Transferee of Name on File<br>c/o Williams Law<br>Attn: General Counsel<br>P.O. Box 88<br>Grand Cayman, KYI-1103 Cayman Islands | 2/21/2025 |
| 29454 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Welmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/21/2025 |
| 29455 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/21/2025 |
| 29480 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street, Suite 4920<br>New York, NY 10019<br>Email: j.farnham@benefitstreetpartners.com | 2/21/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29503 | Name on File Address on File Email Address on File | 117 Partners LLC as Transferee of Name on File Attn: Thomas Braziel and Bruce Tan 6.20 World Trade Center 6 Bayside Road GX11 1AA Gibraltar Email: tom@117partners.com, bruce@117partners.com | 2/21/2025 |
| 29508 | Name on File Address on File Email Address on File | Grand Teton Systems Inc as Transferee of Name on File Attn: Michael Bottjer 1509 Bent Avenue Cheyenne, WY 82001 Email: claims@ftxcreditor.com | 2/21/2025 |
| 29509 | Name on File Address on File Email Address on File | Grand Teton Systems Inc as Transferee of Name on File Attn: Michael Bottjer 1509 Bent Avenue Cheyenne, WY 82001 Email: claims@ftxcreditor.com | 2/21/2025 |
| 29516 | Name on File Address on File Email Address on File | Paxtibi LLP as Transferee of Name on File Attn: Federico Natali 221 W 9th St. Wilmington, DE 19801 Email: paxtibi.xyz@gmail.com | 2/21/2025 |
| 29519 | Name on File Address on File Email Address on File | SIP SPV I, LLC as Transferee of Name on File Attn: Ezra Serrur 37 Greenpoint Avenue, Ste. 416 / #20 Brooklyn, NY 11222 Email: ezra@serrurco.com | 2/21/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29523 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 2/21/2025 |
| 29525 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 2/21/2025 |
| 29527 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email: ezra@serrurco.com | 2/21/2025 |