Subject: Response to the Omnibus Objection to Certain No Liability Regarding Proof of Claim No. 3265-70-GPYUJ-459344211 (Claim Number 49221)

To:

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com, pierce@lrclaw.com

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com, bromleyj@sullcrom.com, kranzleya@sullcrom.com

United States Bankruptcy Court for the District of Delaware
824 North Market Street
Wilmington, DE 19801

Honorable Court,

As a creditor, I hereby submit a formal response to the Omnibus Objection raised against my Proof of Claim No. 3265-70-GPYUJ-459344211, corresponding to Claim Number 49221, schedule 6837283 in the FTX Trading Ltd. 22-11068 (JTD) case.

Preamble:

My Proof of Claim was duly filed through the portal managed by Kroll Restructuring Administration LLC, as confirmed by the attached documentation dated September 7, 2023. This remains the valid and correct claim.
Subsequently, I filed two additional Proofs of Claim (ID 3265-70-LWDVG-898565398 on December 21, 2024, and 3265-70-XVRPP-550362047 on December 23, 2024), but I confirm that the one from September 7, 2023, remains the primary and official claim.
My balance with FTX at the time of the platform's closure was as follows:
Bitcoin: 1.031 BTC(the day of bankruptcy i tried to withdraw without ever received anything)
Ethereum: 1.01 ETH
Other cryptocurrencies: equivalent to approximately 1,500 EUR.
(Attached are screenshots of the correct balances at the time of FTX's closure).
These data refer to my FTX.com account ID No. 39439172 and Customer Code: 1823656, or to the FTX.us account ID No. 21549174 and Customer Code 8459865, which I can access with the same credentials, while I cannot access Blockfolio.
I have repeatedly reported the issue to understand which entity I belonged to and to resolve other problems, but I have not received conclusive responses from support.ftx,or kroll LLC where support is inadequate.
However, the Debtor's records erroneously show a balance of "zero," a problem that must be resolved promptly by the Debtor.

The objection received is called an Omnibus Objection. I have already sent three similar letters to Sullivan & Cromwell LLP, Landis Rath & Cobb LLP, and the Delaware Bankruptcy Court, but to date, no response has been received. Being a resident of Italy, postal communication is slow and laborious, I hope this does not prejudice the validity of my regularly filed claim.

Arguments:

Discrepancy in the Debtor's Records:
My financial position with FTX was clearly positive, as demonstrated by:
The attached screenshots of my FTX wallet, which show the balances.
The confirmation of the filing of Proof of Claim No. 3265-70-GPYUJ-459344211.
Despite this, the Debtor's records erroneously indicate a balance of "zero."
Failed Withdrawal Request:
Before the closure of FTX, I attempted to withdraw funds without success, confirming that they were still present in my account.

Right to Compensation:
Under U.S. bankruptcy law, all funds held in customer accounts at the time of the cessation of operations must be included in the bankruptcy estate.

Request:

In light of the above, I request that the Court:

-Re-evaluate my primary claim (ID 3265-70-GPYUJ-459344211, Claim Number 49221 and schedule 6837283, customer claim code 01824226).

-Order the inclusion of my position in the list of admitted creditors.

-That point 9 on the ftx platform be enabled with the correct and revised balances, so that I can finally proceed with the withdrawal of what is due to me and that for so long has been denied to me.

Attachments:

Confirmation of Proof of Claim No. 3265-70-GPYUJ-459344211.
Screenshots of my FTX wallet balance.
Supporting documentation relating to the other Proofs of Claim.

I remain available to provide further details or supplementary documentation.

Sincerely,

Christian Corlatti

Contacts: email viking40@hotmail.it

Italy     Tel. +39-3896771560

















Incollare senza piegare / Coller sans plier

CHRISTIAN
BREMBO 19
CREMONA 26100
ITALY

Incollare senza piegare / Coller sans plier

Poste italiane — ITALIE

AVVISO di ricevimento/di consegna/di pagamento/d'iscrizione
AVIS de réception/de livraison/de paiement/d'inscription

Ufficio di imposizione - Bureau de dépôt: Eraz 12184 Sez 04

Data - Date: 04/03/2025 08:45

Destinatario invio - Destinataire de l'envoi:
UNITED STATES BANKRUPTCY COURT U.S.A.
824 NORTH MARKET STREET 3RD FLOOR
WILMINGTON DELAWARE 19801

Natura dell'invio - Nature de l'envoi:
- [x] Raccomandato / Recommandé
- [ ] Pacco / Colis
- [ ] Valore dichiarato / Valeur déclarée
- [ ] Vaglia / Mandat international
- [ ] Assegno di assegnazione / Chèque d'assignation

N° invio / N° de l'envoi: RC351121831IT

Data - Date: 3-27-2025
Firma / Signature: [signature]

A.R. Prioritario / Prioritaire — Via Aerea / Par Avion

Da restituire a: / Renvoyer à:
CHRISTIAN CORLATTI
BREMBO 19
26100 CREMONA
ITALY

Mod. 013028 - Ed. 1/15 - EP142MEP1831A - St. 17/49 - 1A35
CN 07/BII