RECEIVED
2025 MAR 27  AM 9:43
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (JTD)
(Jointly Administered)

## Response of CC Mutual LLC to the FTX Recovery Trust's 160th Omnibus Objection to Proofs of Claim (Customer Claims)

TO:
The Honorable John T. Dorsey
United States Bankruptcy Judge

**INTRODUCTION**

CC Mutual LLC, a creditor in the above-captioned case, respectfully submits this response to the FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) (the "Objection") and states as follows:

**BACKGROUND**

1. I am the authorized representative of CC Mutual LLC, a former customer of FTX Trading Ltd.

2. I filed Proof of Claim No. 92026 on 02/26/2024, asserting a balance of:

   - BTC: 4.358
   - ETH: 36.770884850860410
   - ETHW: 0.000444381944000
   - SOL: 6.130000008000000
   - USD: 14,435.174478460840

3. The FTX Recovery Trust has objected to my claim, reducing my BTC balance from 4.358 BTC to 0.054386925 BTC, while leaving the other balances unchanged.

4. I dispute this reduction, as my asserted claim accurately reflects my actual account holdings as of November 11, 2022 (the Petition Date).

**BASIS FOR RESPONSE**

*1. My Proof of Claim is Supported by Verified Evidence*
My claim is based on actual account statements and transaction history, which clearly show that I held 4.358 BTC in my FTX account before the bankruptcy filing.
Attached as Exhibit A are copies of my FTX account records, deposit history, and withdrawal attempts, proving that my claimed BTC amount is accurate.

*2. The FTX Recovery Trust's Internal Records Appear to Be Inaccurate*
The Trust has unilaterally reduced my BTC holdings to 0.054386925 BTC, but has not provided specific evidence or a transaction history showing why the majority of my BTC balance is missing.
Given the widely acknowledged issues with FTX's internal accounting, including commingling of funds, fraudulent mismanagement, and missing customer assets, it is entirely possible that my BTC balance was not properly recorded in their internal systems.
I respectfully request that the FTX Recovery Trust provide a full reconciliation of my BTC transactions to justify this drastic reduction.

*3. My Claim is Based on Account Holdings, Not on Fraud or Unjust Enrichment Claims*
The FTX Recovery Trust cites the Global Settlement (Plan § 5.2, Confirmation Order ¶¶ 41, 93) as a reason for rejecting my claim.
However, my claim does not rely on fraud, unjust enrichment, or any other cause of action resolved under the Global Settlement—it is based solely on my account balance as of the bankruptcy filing date.
The FTX Recovery Trust cannot use the Global Settlement as a blanket justification for rejecting legitimate claims based on factual account holdings.


**REQUEST FOR RELIEF**
For the reasons stated above, I respectfully request that the Court:
1. Deny the FTX Recovery Trust's objection to my BTC claim;
2. Allow my claim in the full amount asserted (4.358 BTC);
3. Require the FTX Recovery Trust to provide evidence or a transaction audit explaining why my BTC balance has been drastically reduced;
4. Grant such other relief as the Court deems just and proper.


**RESERVATION OF RIGHTS**
I reserve the right to supplement this response, present additional evidence, or amend my claim as necessary.

**CONCLUSION**

WHEREFORE, I respectfully request that the Court reject the proposed reduction of my claim and allow my original claim amount.

Dated: 3/21/2025
Respectfully submitted,

Richard Johnson
CC Mutual LLC
10458 S Abbot Way South Jordan, UT 84009
r.johnson@ccmutual.com
801-518-9395

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ID | Time | Market | Side | Order Type | Size | Price | Total | Fee | Fee Currency |
| 2 | 118325981 | 11/11/2022, 8:00:04 AM | ETH/BTC | sell | OTC | 0.5 | $ 0.07 | $ 0.04 | $ 0.00 | BTC |
| 3 | 118323621 | 11/11/2022, 7:53:33 AM | SOL/ETH | sell | OTC | 95.26391317 | $ 0.01 | $ 1.18 | $ 0.00 | ETH |
| 4 | 118322463 | 11/11/2022, 7:51:16 AM | PAXG/BTC | sell | OTC | 0.074974 | $ 0.09 | $ 0.01 | $ 0.00 | BTC |
| 5 | 118280492 | 11/11/2022, 5:39:26 AM | BTC/USD | sell | Limit | 1.9701 | $ 18,999.00 | $ 37,429.93 | $ 22.46 | USD |
| 6 | 118077267 | 11/10/2022, 8:08:37 AM | BTC/USD | sell | Limit | 4.0299 | $ 18,999.00 | $ 76,564.07 | $ 76.56 | USD |
| 7 | 117004683 | 11/8/2022, 11:39:44 AM | BTC/USD | buy | Limit | 2 | $ 18,899.00 | $ 37,798.00 | $ 0.00 | BTC |
| 8 | 112330982 | 10/28/2022, 11:26:58 PM | ETH/USD | sell | Limit | 0.487 | $ 1,599.90 | $ 779.15 | $ 0.78 | PAXG |
| 9 | 110176646 | 10/22/2022, 2:26:47 PM | ETHW/PAXG | sell | OTC | 19 | $ 0.00 | $ 0.07 | $ 0.00 | PAXG |
| 10 | 102334117 | 9/21/2022, 4:17:50 PM | BTC/USD | buy | Limit | 0.2797 | $ 18,199.00 | $ 5,090.26 | $ 0.00 | BTC |
| 11 | 102334113 | 9/21/2022, 4:17:49 PM | BTC/USD | buy | Limit | 0.0091 | $ 18,199.00 | $ 165.61 | $ 0.00 | BTC |
| 12 | 102334103 | 9/21/2022, 4:17:49 PM | BTC/USD | buy | Limit | 0.8897 | $ 18,199.00 | $ 16,191.65 | $ 0.00 | BTC |
| 13 | 102334099 | 9/21/2022, 4:17:49 PM | BTC/USD | buy | Limit | 0.2022 | $ 18,199.00 | $ 3,679.84 | $ 0.00 | BTC |
| 14 | 102334095 | 9/21/2022, 4:17:49 PM | BTC/USD | buy | Limit | 0.4999 | $ 18,199.00 | $ 9,097.68 | $ 0.00 | BTC |
| 15 | 102334093 | 9/21/2022, 4:17:49 PM | BTC/USD | buy | Limit | 0.1945 | $ 18,199.00 | $ 3,539.71 | $ 0.00 | BTC |
| 16 | 102334081 | 9/21/2022, 4:17:49 PM | BTC/USD | buy | Limit | 0.0249 | $ 18,199.00 | $ 453.16 | $ 0.00 | BTC |
| 17 | 100689419 | 9/15/2022, 6:43:55 AM | ETHW/SOL | sell | OTC | 16.6 | $ 0.71 | $ 11.72 | $ 0.00 | SOL |
| 18 | 100674998 | 9/15/2022, 6:32:12 AM | ETH/USD | sell | Limit | 1 | $ 1,599.90 | $ 1,599.90 | $ 1.60 | USD |
| 19 | 100674996 | 9/15/2022, 6:32:12 AM | ETH/USD | sell | Limit | 0.5 | $ 1,599.90 | $ 799.95 | $ 0.80 | USD |
| 20 | 100674994 | 9/15/2022, 6:32:12 AM | ETH/USD | sell | Limit | 0.5 | $ 1,599.90 | $ 799.90 | $ 0.80 | USD |
| 21 | 100674992 | 9/15/2022, 6:32:12 AM | ETH/USD | sell | Limit | 2 | $ 1,599.90 | $ 3,199.80 | $ 3.20 | USD |
| 22 | 100674990 | 9/15/2022, 6:32:12 AM | ETH/USD | sell | Limit | 0.513 | $ 1,599.90 | $ 820.75 | $ 0.82 | USD |
| 23 | 100605968 | 9/15/2022, 12:20:35 AM | ETH/USD | buy | Limit | 0.597 | $ 1,581.00 | $ 943.86 | $ 0.00 | ETH |
| 24 | 100604922 | 9/15/2022, 12:19:20 AM | ETH/USD | buy | Limit | 4.403 | $ 1,581.00 | $ 6,961.14 | $ 0.00 | ETH |
| 25 | 98172460 | 9/6/2022, 12:27:06 PM | BTC/USD | buy | Limit | 0.025 | $ 19,012.00 | $ 475.30 | $ 0.00 | BTC |
| 26 | 87758057 | 7/30/2022, 1:43:09 PM | ETH/USD | buy | Limit | 0.38 | $ 1,699.00 | $ 645.62 | $ 0.00 | ETH |
| 27 | 87759071 | 7/30/2022, 1:43:09 PM | ETH/USD | buy | Limit | 0.62 | $ 1,699.00 | $ 1,053.38 | $ 0.00 | ETH |
| 28 | 78509727 | 6/14/2022, 6:07:12 AM | PAXG/BTC | sell | OTC | 0.9992 | $ 0.08 | $ 0.08 | $ 0.00 | BTC |
| 29 | 78286158 | 6/13/2022, 5:32:40 PM | BTC/USD | buy | Limit | 0.0101 | $ 21,999.00 | $ 222.19 | $ 0.00 | BTC |
| 30 | 78273146 | 6/13/2022, 5:02:25 PM | BTC/USD | buy | Limit | 0.0056 | $ 22,499.00 | $ 125.99 | $ 0.00 | BTC |
| 31 | 78143309 | 6/13/2022, 8:44:10 AM | BTC/USD | buy | Limit | 0.0073 | $ 22,999.00 | $ 167.89 | $ 0.00 | BTC |
| 32 | 78066346 | 6/13/2022, 3:08:19 AM | BTC/USD | buy | Limit | 0.0218 | $ 23,999.00 | $ 523.18 | $ 0.00 | BTC |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 77973597 | 6/12/2022, 9:08:37 PM | BTC/USD | buy | Limit | 0.2 | $ 24,999.00 | $ 4,999.80 | $ 0.00 | BTC |
| 34 | 77971181 | 6/12/2022, 9:06:07 PM | BTC/USD | buy | Limit | 0.025 | $ 25,000.00 | $ 625.00 | $ 0.00 | BTC |
| 35 | 77957849 | 6/12/2022, 8:18:35 PM | BTC/USD | buy | Limit | 0.02 | $ 25,499.00 | $ 509.98 | $ 0.00 | BTC |
| 36 | 77840361 | 6/12/2022, 8:16:15 AM | BTC/USD | buy | Limit | 0.0085 | $ 26,999.00 | $ 229.49 | $ 0.00 | BTC |
| 37 | 77789441 | 6/11/2022, 9:47:55 PM | ETH/BTC | sell | Limit | 0.5 | 0.05 | 0.03 | 0.00 | BTC |
| 38 | 77790735 | 6/11/2022, 9:47:39 PM | ETH/BTC | sell | Limit | 0.5 | 0.05 | 0.03 | 0.00 | BTC |
| 39 | 77785271 | 6/11/2022, 9:03:11 PM | ETH/BTC | sell | Limit | 0.5 | 0.05 | 0.03 | 0.00 | BTC |
| 40 | 77783787 | 6/11/2022, 9:02:51 PM | ETH/BTC | sell | Limit | 0.5 | 0.05 | 0.03 | 0.00 | BTC |
| 41 | 77781801 | 6/11/2022, 8:54:22 PM | ETH/BTC | sell | Limit | 1 | 0.05 | 0.05 | 0.00 | BTC |
| 42 | 77782477 | 6/11/2022, 8:53:04 PM | ETH/BTC | sell | Limit | 1 | 0.05 | 0.05 | 0.00 | BTC |
| 43 | 77770467 | 6/11/2022, 8:27:46 PM | BTC/USD | buy | Limit | 0.0145 | $ 27,999.00 | $ 405.99 | $ 0.00 | BTC |
| 44 | 77700760 | 6/11/2022, 9:24:12 AM | ETH/USD | buy | Limit | 0.5 | $ 1,499.90 | $ 749.95 | $ 0.00 | ETH |
| 45 | 76245540 | 6/1/2022, 9:23:39 AM | BTC/USD | buy | Limit | 0.0098 | $ 30,899.00 | $ 302.81 | $ 0.00 | BTC |
| 46 | 72918450 | 5/13/2022, 5:47:14 AM | AVAX/USD | sell | OTC | 0.088 | 34.53 | 3.04 | | USD |
| 47 | 72749640 | 5/12/2022, 5:05:58 PM | SOL/USD | sell | Limit | 24.98 | 43.99 | 1,098.87 | 1.10 | USD |
| 48 | 72744776 | 5/12/2022, 4:38:04 PM | AVAX/USD | sell | Limit | 14.9 | 28.57 | 425.67 | 0.43 | USD |
| 49 | 72699064 | 5/12/2022, 11:50:20 AM | BTC/USD | buy | Limit | 0.0035 | $ 28,499.00 | $ 99.75 | $ 0.00 | BTC |
| 50 | 72670778 | 5/12/2022, 9:52:00 AM | BTC/USD | buy | Limit | 0.0069 | $ 28,999.00 | $ 200.09 | $ 0.00 | BTC |
| 51 | 72621832 | 5/12/2022, 6:04:15 AM | BTC/USD | buy | Limit | 0.02 | $ 27,999.00 | $ 559.98 | $ 0.00 | BTC |
| 52 | 72538477 | 5/12/2022, 1:13:14 AM | BTC/USD | buy | Limit | 0.0085 | $ 25,999.00 | $ 220.99 | $ 0.00 | BTC |
| 53 | 72484407 | 5/11/2022, 11:15:41 PM | ETH/USD | buy | Limit | 1 | 1,799.00 | 1,799.00 | 0.00 | ETH |
| 54 | 72481729 | 5/11/2022, 11:12:43 PM | BTC/USD | buy | Limit | 0.0109 | $ 26,999.00 | $ 294.29 | $ 0.00 | BTC |
| 55 | 72451727 | 5/11/2022, 10:23:16 PM | BTC/USD | buy | Limit | 0.02 | $ 27,499.00 | $ 549.98 | $ 0.00 | BTC |
| 56 | 72449983 | 5/11/2022, 10:21:29 PM | ETH/USD | buy | Limit | 1 | 1,899.00 | 1,899.00 | 0.00 | ETH |
| 57 | 72419723 | 5/11/2022, 9:09:59 PM | BTC/USD | buy | Limit | 0.02 | $ 28,499.00 | $ 569.98 | $ 0.00 | BTC |
| 58 | 72329211 | 5/11/2022, 3:26:44 PM | BTC/USD | buy | Limit | 0.014 | $ 27,999.00 | $ 391.99 | $ 0.00 | BTC |
| 59 | 72328573 | 5/11/2022, 3:26:19 PM | BTC/USD | buy | Limit | 0.02 | $ 28,199.00 | $ 563.98 | $ 0.00 | BTC |
| 60 | 72328535 | 5/11/2022, 3:26:03 PM | BTC/USD | buy | Limit | 0.0191 | $ 28,199.00 | $ 538.60 | $ 0.00 | BTC |
| 61 | 72328434 | 5/11/2022, 3:25:58 PM | BTC/USD | buy | Limit | 0.0009 | $ 28,199.00 | $ 25.38 | $ 0.00 | BTC |
| 62 | 72307565 | 5/11/2022, 2:54:29 PM | BTC/USD | buy | Limit | 0.0682 | $ 28,499.00 | $ 1,943.63 | $ 0.00 | BTC |
| 63 | 72306959 | 5/11/2022, 2:54:26 PM | BTC/USD | buy | Limit | 0.02 | $ 28,599.00 | $ 571.98 | $ 0.00 | BTC |
| 64 | 72305695 | 5/11/2022, 2:53:49 PM | BTC/USD | buy | Limit | 0.02 | $ 28,899.00 | $ 577.98 | $ 0.00 | BTC |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 72305433 | 5/11/2022, 2:52:59 PM | BTC/USD | buy | Limit | 0.02 | $28,999.00 | $579.98 | $0.00 | BTC |
| 66 | 72288347 | 5/11/2022, 2:15:12 PM | BTC/USD | buy | Limit | 0.05 | $28,999.00 | $1,449.95 | $0.00 | BTC |
| 67 | 72286311 | 5/11/2022, 2:10:15 PM | BTC/USD | buy | Limit | 0.05 | $29,100.00 | $1,455.00 | $0.00 | BTC |
| 68 | 72284461 | 5/11/2022, 2:05:36 PM | BTC/USD | buy | Limit | 0.0239 | $29,259.00 | $699.29 | $0.00 | BTC |
| 69 | 72274057 | 5/11/2022, 1:39:55 PM | BTC/USD | buy | Limit | 0.025 | $29,199.00 | $729.98 | $0.00 | BTC |
| 70 | 72271111 | 5/11/2022, 1:35:44 PM | BTC/USD | buy | Limit | 0.025 | $29,399.00 | $734.98 | $0.00 | BTC |
| 71 | 72270593 | 5/11/2022, 1:35:02 PM | BTC/USD | buy | Limit | 0.025 | $29,499.00 | $737.48 | $0.00 | BTC |
| 72 | 72264694 | 5/11/2022, 1:22:30 PM | BTC/USD | buy | Limit | 0.0001 | $29,599.00 | $2.96 | $0.00 | BTC |
| 73 | 72264686 | 5/11/2022, 1:22:30 PM | BTC/USD | buy | Limit | 0.0249 | $29,599.00 | $737.02 | $0.00 | BTC |
| 74 | 72259285 | 5/11/2022, 1:15:15 PM | BTC/USD | buy | Limit | 0.025 | $29,699.00 | $742.48 | $0.00 | BTC |
| 75 | 72192529 | 5/11/2022, 10:09:59 AM | BTC/USD | buy | Limit | 0.025 | $30,599.00 | $764.98 | $0.00 | BTC |
| 76 | 72121867 | 5/9/2022, 6:13:25 PM | BTC/USD | buy | Limit | 0.25 | $29,999.00 | $7,499.75 | $0.00 | BTC |
| 77 | 71132903 | 5/9/2022, 12:42:41 PM | BTC/USD | buy | Limit | 0.055 | $30,499.00 | $1,677.45 | $0.00 | BTC |
| 78 | 71073982 | 5/9/2022, 10:42:51 AM | BTC/USD | buy | Limit | 0.035 | $31,999.00 | $1,119.97 | $0.00 | BTC |
| 79 | 71047154 | 5/9/2022, 8:39:49 AM | BTC/USD | buy | Limit | 0.035 | $32,500.00 | $1,137.50 | $0.00 | BTC |
| 80 | 70873058 | 5/8/2022, 11:04:09 AM | BTC/USD | buy | Limit | 0.0187 | $33,999.00 | $635.78 | $0.00 | BTC |
| 81 | 70871169 | 5/8/2022, 11:01:51 AM | ETH/USD | buy | Limit | 1 | 2,499.90 | $2,499.90 | $0.00 | ETH |
| 82 | 70743832 | 5/7/2022, 4:51:40 PM | ETH/USD | buy | Limit | 1 | 2,599.90 | $2,599.90 | $0.00 | ETH |
| 83 | 70735830 | 5/7/2022, 3:59:57 PM | BTC/USD | buy | Limit | 0.04 | $34,999.00 | $1,399.96 | $0.00 | BTC |
| 84 | 70735786 | 5/7/2022, 3:59:57 PM | BTC/USD | buy | Limit | 0.035 | $35,000.00 | $1,225.00 | $0.00 | BTC |
| 85 | 70735546 | 5/7/2022, 3:59:56 PM | BTC/USD | buy | Limit | 0.03 | $35,001.00 | $1,050.03 | $0.00 | BTC |
| 86 | 70724220 | 5/7/2022, 3:12:27 PM | BTC/USD | buy | Limit | 0.03 | $35,699.00 | $1,070.97 | $0.00 | BTC |
| 87 | 70511236 | 5/6/2022, 7:36:08 AM | BTC/USD | buy | Limit | 0.03 | $35,499.00 | $1,064.97 | $0.00 | BTC |
| 88 | 70391317 | 5/5/2022, 1:07:19 PM | BTC/USD | buy | Limit | 0.025 | $35,999.00 | $899.98 | $0.00 | BTC |
| 89 | 70390961 | 5/5/2022, 1:07:11 PM | BTC/USD | buy | Limit | 0.025 | $36,100.00 | $902.50 | $0.00 | BTC |
| 90 | 70333353 | 5/5/2022, 9:08:14 AM | BTC/USD | buy | Limit | 0.025 | $36,999.00 | $924.98 | $0.00 | BTC |
| 91 | 70052870 | 5/3/2022, 12:27:31 PM | BTC/USD | buy | Limit | 0.03 | $37,699.00 | $1,130.97 | $0.00 | BTC |
| 92 | 69271564 | 4/26/2022, 11:21:37 AM | BTC/USD | buy | Limit | 0.025 | $37,999.00 | $949.98 | $0.00 | BTC |
| 93 | 69262114 | 4/26/2022, 10:03:08 AM | BTC/USD | buy | Limit | 0.025 | $38,499.00 | $962.48 | $0.00 | BTC |
| 94 | 69260230 | 4/26/2022, 9:55:52 AM | BTC/USD | buy | Limit | 0.025 | $38,799.00 | $969.98 | $0.00 | BTC |
| 95 | 69257794 | 4/26/2022, 9:41:27 AM | BTC/USD | buy | Limit | 0.025 | $38,999.00 | $974.98 | $0.00 | BTC |
| 96 | 68861948 | 4/24/2022, 10:51:58 AM | BTC/USD | buy | Limit | 0.02 | $38,999.00 | $779.98 | $0.00 | BTC |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 63775351 | 3/20/2022, 8:34:57 PM | BTC/USD | buy | Limit | 0.033 | $40,599.00 | $1,339.77 | $0.00 | BTC |
| 98 | 63663755 | 3/19/2022, 4:17:33 PM | ETH/USD | buy | Limit | 1.526 | $2,899.90 | $4,425.25 | $0.00 | ETH |
| 99 | 63663753 | 3/19/2022, 4:17:33 PM | ETH/USD | buy | Limit | 0.474 | $2,899.90 | $1,374.55 | $0.00 | ETH |
| 100 | 62985824 | 3/15/2022, 5:28:07 AM | PAXG/BTC | sell | OTC | 1 | 0.05 | 0.05 | $0.00 | BTC |
| 101 | 62781371 | 3/13/2022, 4:58:41 PM | ETH/USD | buy | Limit | 3 | $2,499.90 | $7,499.70 | $0.00 | ETH |
| 102 | 62768763 | 3/13/2022, 3:49:19 PM | PAXG/USD | buy | Limit | 0.9988 | $1,991.40 | $1,989.01 | $0.00 | PAXG |
| 103 | 62740975 | 3/13/2022, 8:13:13 AM | PAXG/USD | buy | Limit | 0.0006 | $1,991.40 | $1.19 | $0.00 | PAXG |
| 104 | 62740973 | 3/13/2022, 8:13:13 AM | PAXG/USD | buy | Limit | 0.0006 | $1,991.40 | $1.19 | $0.00 | PAXG |
| 105 | 62515128 | 3/11/2022, 6:13:43 AM | ETH/USD | buy | Limit | 0.163 | $2,639.90 | $430.30 | $0.00 | ETH |
| 106 | 62515124 | 3/11/2022, 6:13:43 AM | ETH/USD | buy | Limit | 0.837 | $2,639.90 | $2,209.60 | $0.00 | ETH |
| 107 | 62325360 | 3/10/2022, 7:11:05 PM | BTC/USD | buy | Limit | 0.05 | $38,499.00 | $1,924.95 | $0.00 | BTC |
| 108 | 62032500 | 3/9/2022, 7:09:58 PM | SOL/USD | buy | Limit | 25 | 85.99 | $2,149.75 | $0.02 | SOL |
| 109 | 62027700 | 3/9/2022, 6:48:28 PM | BTC/USD | buy | Limit | 0.03 | $40,999.00 | $1,229.97 | $0.00 | BTC |
| 110 | 61988992 | 3/9/2022, 11:42:50 AM | AVAX/USD | buy | Limit | 15 | 76.99 | $1,154.85 | $0.01 | AVAX |
| 111 | 61975693 | 3/9/2022, 7:33:16 AM | PAXG/USD | sell | OTC | 1 | $1,966.08 | $1,966.08 | $0.00 | USD |
| 112 | 61957296 | 3/9/2022, 6:45:04 AM | ETH/USD | buy | Limit | 1 | $2,719.90 | $2,719.90 | $0.00 | ETH |
| 113 | 61968963 | 3/9/2022, 6:36:14 AM | PAXG/ETH | sell | OTC | 1.0944 | 0.72 | 0.79 | $0.00 | ETH |
| 114 | 61955588 | 3/9/2022, 6:29:11 AM | PAXG/USD | buy | Limit | 1 | $1,999.90 | $1,999.90 | $0.00 | PAXG |
| 115 | 61904961 | 3/8/2022, 7:14:04 PM | PAXG/USD | sell | Limit | 0.4269 | $2,048.50 | $874.50 | $0.70 | USD |
| 116 | 61904959 | 3/8/2022, 7:14:04 PM | PAXG/USD | sell | Limit | 0.4688 | $2,048.50 | $960.34 | $0.77 | USD |
| 117 | 61904471 | 3/8/2022, 7:03:39 PM | PAXG/USD | sell | Limit | 0.1041 | $2,048.50 | $213.25 | $0.17 | USD |
| 118 | 61904025 | 3/8/2022, 7:01:19 PM | PAXG/USD | sell | Limit | 0.0002 | $2,048.50 | $0.41 | $0.00 | USD |
| 119 | 61452713 | 3/4/2022, 7:48:09 AM | BTC/USD | buy | Limit | 0.045 | $40,799.00 | $1,835.96 | $0.00 | BTC |
| 120 | 61395345 | 3/3/2022, 5:46:12 PM | ETH/USD | buy | Limit | 0.112 | $2,765.00 | $309.68 | $0.00 | ETH |
| 121 | 61395273 | 3/3/2022, 5:46:11 PM | ETH/USD | buy | Limit | 0.84 | $2,765.00 | $2,322.60 | $0.00 | ETH |
| 122 | 61395261 | 3/3/2022, 5:46:10 PM | ETH/USD | buy | Limit | 0.71 | $2,765.00 | $1,963.15 | $0.00 | ETH |
| 123 | 61395249 | 3/3/2022, 5:46:10 PM | ETH/USD | buy | Limit | 3.135 | $2,765.00 | $8,668.28 | $0.00 | ETH |
| 124 | 61395247 | 3/3/2022, 5:46:10 PM | ETH/USD | buy | Limit | 0.203 | $2,765.00 | $561.30 | $0.00 | ETH |
| 125 | 61225970 | 3/2/2022, 8:00:05 PM | BTC/USD | sell | Limit | 0.15 | $44,999.00 | $6,749.85 | $5.40 | USD |
| 126 | 61236635 | 3/2/2022, 7:54:34 AM | PAXG/ETH | sell | OTC | 1.9 | 0.63 | 1.20 | $0.00 | ETH |
| 127 | 61092536 | 3/1/2022, 9:49:45 AM | ETH/USD | buy | Limit | 0.5 | $2,909.90 | $1,454.95 | $0.00 | ETH |
| 128 | 61092524 | 3/1/2022, 9:49:45 AM | ETH/USD | buy | Limit | 1.5 | $2,909.90 | $4,364.85 | $0.00 | ETH |

| A | B | | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 129 | 60933366 | 2/28/2022, 1:03:44 PM | BTC/USD | sell | Limit | 0.2 | $41,470.00 | $ 8,294.00 | 6.64 | USD |
| 130 | 60914382 | 2/28/2022, 9:03:12 AM | BTC/USD | sell | Limit | 0.2489 | $41,100.00 | $10,229.79 | 8.18 | USD |
| 131 | 60914376 | 2/28/2022, 9:03:11 AM | BTC/USD | sell | Limit | 0.2511 | $41,100.00 | $10,320.21 | 8.26 | USD |
| 132 | 60913872 | 2/28/2022, 9:00:37 AM | BTC/USD | sell | Limit | 0.15 | $40,999.00 | $ 6,149.85 | 4.92 | USD |
| 133 | 60913026 | 2/28/2022, 8:53:34 AM | BTC/USD | sell | Limit | 0.15 | $40,830.00 | $ 6,124.50 | 4.90 | USD |
| 134 | 60909232 | 2/28/2022, 8:23:06 AM | BTC/USD | sell | Limit | 0.5 | $40,700.00 | $20,350.00 | 16.28 | USD |
| 135 | 60907454 | 2/28/2022, 8:18:36 AM | BTC/USD | sell | Limit | 0.25 | $40,500.00 | $10,125.00 | 8.10 | USD |
| 136 | 60860686 | 2/28/2022, 1:15:14 AM | PAXG/USD | buy | Limit | 0.1631 | $ 1,899.90 | $ 309.87 | 0.00 | PAXG |
| 137 | 60858838 | 2/28/2022, 12:45:16 AM | PAXG/USD | buy | Limit | 0.0034 | $ 1,899.90 | $ 6.46 | 0.00 | PAXG |
| 138 | 60858834 | 2/28/2022, 12:45:15 AM | PAXG/USD | buy | Limit | 0.0034 | $ 1,899.90 | $ 6.46 | 0.00 | PAXG |
| 139 | 60858832 | 2/28/2022, 12:45:15 AM | PAXG/USD | buy | Limit | 0.0034 | $ 1,899.90 | $ 6.46 | 0.00 | PAXG |
| 140 | 60858830 | 2/28/2022, 12:45:15 AM | PAXG/USD | buy | Limit | 0.0034 | $ 1,899.90 | $ 6.46 | 0.00 | PAXG |
| 141 | 60857390 | 2/28/2022, 12:33:03 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,899.90 | $ 890.67 | 0.00 | PAXG |
| 142 | 60857388 | 2/28/2022, 12:33:02 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,899.90 | $ 890.67 | 0.00 | PAXG |
| 143 | 60857386 | 2/28/2022, 12:33:01 AM | PAXG/USD | buy | Limit | 0.4793 | $ 1,899.90 | $ 910.62 | 0.00 | PAXG |
| 144 | 60857382 | 2/28/2022, 12:33:01 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,899.90 | $ 890.67 | 0.00 | PAXG |
| 145 | 60857380 | 2/28/2022, 12:33:00 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,899.90 | $ 890.67 | 0.00 | PAXG |
| 146 | 60857378 | 2/28/2022, 12:33:00 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,899.90 | $ 890.67 | 0.00 | PAXG |
| 147 | 60779388 | 2/27/2022, 12:58:18 PM | BTC/USD | buy | Limit | 0.055 | $37,670.00 | $ 2,071.85 | 0.00 | BTC |
| 148 | 60475594 | 2/25/2022, 5:43:16 PM | BTC/USD | sell | Limit | 0.045 | $40,290.00 | $ 1,813.05 | 1.45 | USD |
| 149 | 60464989 | 2/25/2022, 7:50:22 AM | PAXG/BTC | sell | OTC | 1 | 0.05 | 0.05 | | BTC |
| 150 | 60315818 | 2/24/2022, 1:06:32 PM | BTC/USD | sell | Limit | 0.04 | $39,777.00 | $ 1,591.08 | 1.27 | USD |
| 151 | 60315184 | 2/24/2022, 1:06:24 PM | BTC/USD | sell | Limit | 0.15 | $39,450.00 | $ 5,917.50 | 4.73 | USD |
| 152 | 59886443 | 2/22/2022, 7:53:16 AM | BTC/USD | sell | Limit | 0.15 | $37,999.00 | $ 5,699.85 | 4.56 | USD |
| 153 | 59876721 | 2/22/2022, 6:56:24 AM | BTC/USD | sell | Limit | 0.0964 | $37,699.00 | $ 3,634.18 | 2.91 | USD |
| 154 | 59876705 | 2/22/2022, 6:56:23 AM | BTC/USD | sell | Limit | 0.1536 | $37,699.00 | $ 5,790.57 | 4.63 | USD |
| 155 | 59839507 | 2/22/2022, 12:50:51 AM | PAXG/USD | buy | Limit | 0.1867 | $ 1,948.90 | $ 363.86 | 0.00 | PAXG |
| 156 | 59839505 | 2/22/2022, 12:50:50 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,948.90 | $ 913.64 | 0.00 | PAXG |
| 157 | 59839503 | 2/22/2022, 12:50:49 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,948.90 | $ 913.64 | 0.00 | PAXG |
| 158 | 59839501 | 2/22/2022, 12:50:49 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,948.90 | $ 913.64 | 0.00 | PAXG |
| 159 | 59839499 | 2/22/2022, 12:50:48 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,948.90 | $ 913.64 | 0.00 | PAXG |
| 160 | 59839497 | 2/22/2022, 12:50:47 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,948.90 | $ 913.64 | 0.00 | PAXG |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 161 | 59839493 | 2/22/2022, 12:50:46 AM | PAXG/USD | buy | Limit | 0.4688 | $ 1,948.90 | $ 913.64 | $ 0.00 | PAXG |
| 162 | 59838931 | 2/22/2022, 12:39:58 AM | PAXG/USD | buy | Limit | 0.0001 | $ 1,948.90 | $ 0.19 | $ 0.00 | PAXG |
| 163 | 59838929 | 2/22/2022, 12:39:58 AM | PAXG/USD | buy | Limit | 0.0001 | $ 1,948.90 | $ 0.19 | $ 0.00 | PAXG |
| 164 | 59838927 | 2/22/2022, 12:39:58 AM | PAXG/USD | buy | Limit | 0.0001 | $ 1,948.90 | $ 0.19 | $ 0.00 | PAXG |
| 165 | 59838925 | 2/22/2022, 12:39:58 AM | PAXG/USD | buy | Limit | 0.0001 | $ 1,948.90 | $ 0.19 | $ 0.00 | PAXG |
| 166 | 59838923 | 2/22/2022, 12:39:57 AM | PAXG/USD | buy | Limit | 0.0001 | $ 1,948.90 | $ 0.19 | $ 0.00 | PAXG |
| 167 | 59755704 | 2/21/2022, 2:56:54 PM | BTC/USD | buy | Limit | 0.5 | $ 37,100.00 | $ 18,550.00 | $ 0.00 | BTC |
| 168 | 59700226 | 2/21/2022, 9:21:25 AM | BTC/USD | sell | Limit | 0.025 | $ 39,100.00 | $ 977.50 | $ 0.78 | USD |
| 169 | 59252726 | 2/20/2022, 12:10:05 AM | BTC/USD | buy | Limit | 0.1852 | $ 38,700.00 | $ 7,167.24 | $ 0.00 | BTC |
| 170 | 59252714 | 2/20/2022, 12:10:05 AM | BTC/USD | buy | Limit | 0.3148 | $ 38,700.00 | $ 12,182.76 | $ 0.00 | BTC |
| 171 | 59105512 | 2/19/2022, 9:05:54 AM | BTC/USD | sell | Limit | 0.0679 | $ 40,100.00 | $ 2,722.79 | $ 2.18 | USD |
| 172 | 59105510 | 2/19/2022, 9:05:54 AM | BTC/USD | sell | Limit | 0.1 | $ 40,100.00 | $ 4,010.00 | $ 3.21 | USD |
| 173 | 59105508 | 2/19/2022, 9:05:54 AM | BTC/USD | sell | Limit | 0.0821 | $ 40,100.00 | $ 3,292.21 | $ 2.63 | USD |
| 174 | 59097754 | 2/19/2022, 6:44:23 AM | BTC/USD | sell | Limit | 0.15 | $ 39,997.00 | $ 5,999.55 | $ 4.80 | USD |
| 175 | 59001209 | 2/18/2022, 11:51:21 AM | BTC/USD | sell | Limit | 1 | $ 40,220.00 | $ 40,220.00 | $ 40.22 | USD |
| 176 | 58942844 | 2/18/2022, 7:37:05 AM | BTC/USD | sell | Limit | 0.5 | $ 39,999.00 | $ 19,999.50 | $ 20.00 | USD |
| 177 | 58267557 | 2/14/2022, 6:36:44 PM | BTC/USD | sell | Limit | 0.0918 | $ 43,490.00 | $ 3,992.38 | $ 3.99 | USD |
| 178 | 58267555 | 2/14/2022, 6:36:44 PM | BTC/USD | sell | Limit | 0.1582 | $ 43,490.00 | $ 6,880.12 | $ 6.88 | USD |
| 179 | 58258621 | 2/14/2022, 6:19:35 PM | BTC/USD | sell | Limit | 0.5 | $ 43,000.00 | $ 21,500.00 | $ 21.50 | USD |
| 180 | 58163999 | 2/14/2022, 7:31:05 AM | BTC/USD | sell | Limit | 0.03 | $ 42,800.00 | $ 1,284.00 | $ 1.28 | USD |
| 181 | 58154061 | 2/14/2022, 6:27:35 AM | BTC/USD | sell | Limit | 0.03 | $ 42,700.00 | $ 1,281.00 | $ 1.28 | USD |
| 182 | 58148121 | 2/14/2022, 5:56:59 AM | BTC/USD | sell | Limit | 0.03 | $ 42,600.00 | $ 1,278.00 | $ 1.28 | USD |
| 183 | 58143065 | 2/14/2022, 5:45:28 AM | BTC/USD | sell | Limit | 0.03 | $ 42,500.00 | $ 1,275.00 | $ 1.28 | USD |
| 184 | 58143645 | 2/4/2022, 8:18:53 AM | BTC/USD | sell | Limit | 0.25 | $ 39,500.00 | $ 9,875.00 | $ 9.88 | USD |
| 185 | 55664787 | 2/3/2022, 8:20:36 AM | BTC/USD | sell | Limit | 0.0156 | $ 36,903.00 | $ 575.69 | $ 0.58 | USD |
| 186 | 55664781 | 2/3/2022, 8:20:36 AM | BTC/USD | sell | Limit | 0.0144 | $ 36,903.00 | $ 531.40 | $ 0.53 | USD |
| 187 | 55642106 | 2/3/2022, 5:57:06 AM | BTC/USD | sell | Limit | 0.03 | $ 36,681.00 | $ 1,100.43 | $ 1.10 | USD |
| 188 | 55263844 | 2/1/2022, 9:13:40 AM | BTC/USD | sell | Limit | 0.025 | $ 38,935.00 | $ 973.38 | $ 0.97 | USD |
| 189 | 55217536 | 2/1/2022, 6:41:42 AM | BTC/USD | sell | Limit | 0.05 | $ 38,800.00 | $ 1,940.00 | $ 1.94 | USD |
| 190 | 54776477 | 1/28/2022, 1:41:07 PM | BTC/USD | sell | Limit | 0.03 | $ 37,500.00 | $ 1,125.00 | $ 1.13 | USD |
| 191 | 54423863 | 1/28/2022, 9:18:09 AM | BTC/USD | sell | Limit | 0.025 | $ 37,350.00 | $ 933.75 | $ 0.93 | USD |
| 192 | 51950738 | 1/21/2022, 1:46:30 PM | BTC/USD | sell | OTC | 0.06378472 | $ 37,916.62 | $ 2,418.50 | | USD |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 193 | 51950658 | 1/21/2022, 1:46:13 PM | SUSHI/USD | sell | OTC | 0.4 | $ 5.34 | $ 2.14 | USD |
| 194 | 51949868 | 1/21/2022, 1:43:14 PM | ETH/USD | sell | OTC | 1.07707372 | $ 2,720.91 | $ 2,930.62 | USD |
| 195 | 40879688 | 11/25/2021, 7:23:51 AM | SUSHI/BTC | sell | Limit | 49 | $ 0.00 | $ 0.01 | BTC |
| 196 | 29709234 | 10/4/2021, 5:19:26 AM | SUSHI/USD | sell | Limit | 50.5 | $ 10.29 | $ 519.76 | USD |
| 197 | 29247690 | 9/30/2021, 10:15:10 AM | SOL/USD | buy | Limit | 4.01 | $ 134.99 | $ 541.31 | SOL |
| 198 | 29226577 | 9/30/2021, 5:16:48 AM | BTC/USD | buy | OTC | 0.00008006 | $ 43,239.59 | $ 3.46 | USD |
| 199 | 29225921 | 9/30/2021, 5:11:50 AM | MKR/ETH | sell | OTC | 0.002 | $ 0.75 | $ 0.00 | ETH |
| 200 | 29134334 | 9/29/2021, 9:57:36 AM | BTC/USD | buy | Limit | 0.0145 | $ 41,650.00 | $ 603.93 | BTC |
| 201 | 29132014 | 9/29/2021, 9:39:55 AM | ETH/USD | buy | Limit | 0.4 | $ 2,880.00 | $ 1,152.00 | ETH |

**PRIORITY MAIL**

U.S. POSTAGE PAID
PM
SOUTH JORDAN, UT 84095
MAR 24, 2025
**$10.85**
S2324E503070-06
RDC 03    0 Lb 1.60 Oz
19801

EXPECTED DELIVERY DAY: 03/2
USPS TRACKING #
9505 5137 7392 5083 0670 16



**PRIORITY MAIL**

FROM:
Richard Johnson
CC Mutual
10458 S. Abbot Way
South Jordan, UT 84009

TO:
United States Bankruptcy
Court for the District of
Delaware, Clerks Office
824 North Market Street,
3rd Floor
Wilmington DE 19801

Label 228, December 2023
Padded Flat Rate Envelope
EP14PE July 2013
ID: 9.5 x 12.5

P S00001000016