RECEIVED

2025 MAR 27 AM 10: 48

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Anna Kucheryavykh**

6530 Annie Oakley Drive #122
Henderson Nevada 89014
anayah.dj@gmail.com
848-858-9190
March 12 2025

**Honorable Judge John T. Dorsey**
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

**RE: URGENT REQUEST FOR JUDICIAL INTERVENTION – Case No. 22-11068 (JTD), Claim No. 686**

**Dear Judge Dorsey,**

I am writing to formally request the Court's intervention regarding the improper handling of my **approved claim (Claim No. 686)** in the **FTX Trading Ltd. bankruptcy case (Case No. 22-11068 (JTD)).** Despite completing all required steps, my claim remains **wrongfully marked as "Disputed,"** preventing me from receiving the distribution I am legally entitled to under the confirmed **Second Amended Joint Chapter 11 Plan.**

## BACKGROUND OF CLAIM & COMPLIANCE

1. **Filed Claim:** I submitted a valid **Proof of Claim (#686)**, which was acknowledged and scheduled under the FTX Bar Date Order.
2. **Completed Requirements:**
   - **KYC Verification (Approved)**
   - **Tax Documentation (Completed)**
   - **Distributor Selection (Kraken Chosen)**
3. **No Objections Filed:** My claim was reassigned from **FTX Trading Ltd. → West Realm Shires Services Inc.,** a change I accepted. No objections were filed against my claim.
4. **Wrongful Disputed Status:** Despite my full compliance, my claim remains **"Disputed"** without justification, obstructing Step 9 (Distribution).
5. **Lack of Response:** I have repeatedly contacted **FTX Support & Kroll**, requesting clarification on my disputed status. Responses have been **generic, avoidant, and fail to provide a resolution.**

## LEGAL VIOLATIONS & OBSTRUCTION

**1. Violation of Bankruptcy Code § 1123(a)(4) – Equal Treatment of Creditors**

03/25/25

- The confirmed **FTX Reorganization Plan** requires that similarly situated creditors receive equal treatment.
- **By wrongfully disputing my claim, FTX/Kroll is treating me unfairly compared to other creditors.**

## 2. Obstruction of an Allowed Claim – 11 U.S.C. § 362(k) (Automatic Stay Violations)

- **FTX/Kroll's failure to process my claim constitutes willful obstruction, preventing rightful distributions.**
- **Obstruction of court-approved distributions** may result in legal penalties.

## 3. Breach of FTX Terms of Service

- **Section 8.2.6(B):** "FTX does not own or control customer funds."
- **Section 8.2.6(C):** "Users have the right to withdraw funds at any time."
- **FTX/Kroll's refusal to process my claim contradicts their own legally binding terms.**

## REQUESTED RELIEF

1. **Immediate Court Order** directing FTX/Kroll to remove the wrongful "Disputed" status on my claim.
2. **Confirmation in writing** that my claim is reconciled and eligible for distribution.
3. **Expedited hearing** if FTX/Kroll continues to delay my rightful distribution.
4. **Sanctions against FTX/Kroll** for administrative obstruction, including compensatory damages for unnecessary delays.

## CONCLUSION

I respectfully request the Court's **immediate intervention** to ensure FTX/Kroll **complies with the approved Reorganization Plan** and does not unlawfully withhold my funds.

Thank you for your time and consideration.

**Sincerely,**

**Anna Kucheryavykh**

6530 Annie Oakley Drive #122
Henderson Nevada 89014

anayah.dj@gmail.com
848-858-9190
March 21 2025

05/25/25

**March 3, 2025**

Subject: Formal Complaint Regarding Denied Access to FTX Account & Claim – Case No. 22-11068 (JTD), Claim No. 686

# Clerk of Court

U.S. Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801
USA

**Dear Clerk of the Court,**

I am submitting this formal complaint regarding my **FTX customer claim (Claim No. 686) under Bankruptcy Case No. 22-11068 (JTD).** Despite multiple attempts to resolve this issue with **FTX Support and Kroll Restructuring Administration**, I have been denied access to my FTX account due to **technical and administrative failures** that prevent me from verifying my claim status and participating in the **approved distribution process**.

## Case Background:

1. **I properly submitted my Proof of Claim, which Kroll confirmed as received** (see attached confirmation).
2. **My KYC verification was completed and approved in 2023,** as shown in the attached screenshot from my FTX account.
3. **Due to a change in my registered phone number, I am unable to receive SMS codes required for account access.**
4. **FTX has refused to update my phone number or provide an alternative verification method**, such as email verification or live identity verification.
5. **As a result, I am completely locked out of my FTX account and unable to verify my claim or select a distribution method.**
6. **When reviewing the FTX Claims Information page, my claim no longer appears listed, despite previous confirmation.**

This **lack of access directly prevents me from claiming my rightful distribution,** as approved by the court in the FTX reorganization plan.

## Requested Relief:

Given the **urgent nature of this issue and the financial harm being caused**, I respectfully request that the **Bankruptcy Court require FTX and Kroll to immediately resolve my verification issue** through the following actions:

03/25/25

1. **Provide an alternative identity verification method** (such as live video KYC verification or manual identity review).
2. **Confirm the validity of my claim and ensure it is included in the distribution process.**
3. **Explain why my claim no longer appears on the public claims page.**
4. **Issue a directive to Kroll and FTX to resolve my KYC issue without further delay.**

This issue is **severely impacting my financial rights** and creating an unnecessary burden that contradicts the fair and equitable treatment of creditors as outlined in the **FTX Chapter 11 reorganization plan.**

## Attached Supporting Documents:

- Screenshot from FTX platform confirming my **KYC was previously approved (2023).**
- **Official Proof of Claim confirmation from Kroll.**
- **Bank receipts documenting my deposit transactions to FTX.**
- **Copy of my Passport & Secondary ID.**
- **Emails from FTX support refusing to assist.**

## Conclusion & Request for Immediate Action:

I kindly request an **expedited review** of this matter and a court intervention if necessary to ensure my rightful claim is processed without further obstruction. Please confirm **receipt of this complaint** and advise on the next steps for resolution.

**Best regards,**
 Anna Kucheryavykh
 Email: anayah.dj@gmail.com
Phone: +1 (848) 858-9190

03/25/25

🔒 restructuring.ra.kroll.com

🔵 Kroll Solutions and Services | Financial and Risk Advisory

Ⓚ Kroll Restructuring Administration

xplained – FTX

# editor Data Details - Claim # 686

| **Debtor Name** | **Claim Number** |
|---|---|
| FTX Trading Ltd. | 686 |
| **Date Filed** | **Schedule Number** |
| 01/31/2023 | n/a |
| | **Confirmation ID** |
| | n/a |

## aim Amounts

| Claim Nature | Schedule Amount | C*U*D* Asserted Claim Amount | C*U*F* Current Claim Value | Claim Status |
|---|---|---|---|---|
| neral Unsecured | | $9,000.00 | $9,000.00 | Asserted |
| rity | | | | |
| cured | | | | |
| 3(b)(9) Admin Priority | | | | |
| min Priority | | | | |
| al | | $9,000.00 | $9,000.00 | |

=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## ɔjection History





SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

**PASSPORT**
**PASSEPORT**
**PASAPORTE**

# UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
P        USA        **644824499**

Surname / Nom / Apellidos
**KUCHERYAVYKH**

Given Names / Prénoms / Nombres
**ANNA A**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**03 Dec 1981**

Place of birth / Lieu de naissance / Lugar de nacimiento          Sex / Sexe / Sexo
**RUSSIA**                                                          **F**

Date of issue / Date de délivrance / Fecha de expedición          Authority / Autorité / Autoridad
**03 Oct 2019**                                                    **United States**
                                                                   **Department of State**
Date of expiration / Date d'expiration / Fecha de caducidad
**02 Oct 2029**                                                    **USA**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

P<USAKUCHERYAVYKH<<ANNA<A<<<<<<<<<<<<<<<<<<<<<





Distributions Dashboard

Initial Distribution - Convenience Class Customers Only

Est. Distribution Date ✕

Your claim status is Disputed

claims.ftx.com/distribution-amounts

Est. Distribution Date    TBD

Claim Class    Class 7B

Claim Status    Disputed

Total Distribution    TBD



## Portfolio 🔒

Main Account ▾

Total Customer Entitlement Claim

$8,913.68 USD[1]  ˅

**Balances    Deposits    Withdrawals    Positions    Fills    P2P Transfers    Airdrops    Rel ˅**

### Deposits

| Time | Coin | Amount | Status | Additional Info |
|---|---|---|---|---|
| 8/23/2022 3:54:39 AM | USD | 5,000 USD | Complete (ACH bank transfer) | |
| 7/5/2022 2:09:54 PM | USD | 1,000 USD | Complete (ACH bank transfer) | |
| 7/1/2022 11:55:55 PM | USD | 1,000 USD | Complete (ACH bank transfer) | |
| 6/20/2022 11:13:39 PM | USD | 2,000 USD | Complete (ACH bank transfer) | |

Rows per page: 10 ▾    1-4 / 4

### Core Transactions

Transactions will be downloaded for the user's main account or the currently selected subaccount. This

---

**Sidebar steps:**

Initiate Account Owner Authentication

Verify Identity of the Original FTX Account Owner

KYC  ˅

View Account Balances  ˅

View Your Proof of Claim Status

Voting

Distributions – Tax Requirements  ˅

Distributions: Select Provider  ˅

claims.ftx.com/distribution-amounts

# Distributions Dashboard

## Initial Distribution - Convenience Class Customers Only

Privacy    FAQ    Support    User Guide    文A English ▾

Account ID 456720...
Unique Customer Code
Email aayah.d@gm...
Platform FTX US

**Settings**

**Logout**

| STEP 1 | Initiate Account Owner Authentication |
| STEP 2 | Verify Identity of the Original FTX Account Owner |
| STEP 3 | KYC | ⌄ |
| STEP 4 | View Account Balances | ⌄ |
| STEP 5 | View Your Proof of Claim Status |
| STEP 6 | Voting |
| STEP 7 | Distributions - Tax Requirements | ⌄ |
| STEP 8 | Distributions: Select Provider | ⌄ |

### Distribution Calculation

| | |
| --- | --- |
| Distribution Method | |
| Est. Distribution Date | TBD |
| Claim Class | Class 7B |
| Claim Status | Disputed |
| Claim Amount | TBD |
| Post-Petition Interest | TBD |
| Tax Withholding | TBD |
| **Total Distribution** | **TBD** |
| Recovery % (Prior to Tax Withholding) | TBD |



**United States Bankruptcy Court, District of Delaware**

COPY

Fill in this information to identify the case (Select only one Debtor per claim form):

Debtor: FTX Trading Ltd.

Case Number: No. 22-11068

RECEIVED

JAN 31 2023

KROLL RESTRUCTURING
ADMINISTRATION

## Modified Official Form 410

Claim No. 686
Initials QC, MH

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Anna Kucheryavykh
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor    anayah.dj@gmail.com

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Anna Kucheryavykh
Name

6530 Annie Oakley drive #122
Number    Street

Henderson          NV          89014
City          State          ZIP Code

Contact phone    3235351192

Contact email    anayah.dj@gmail.com

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City          State          ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)_____    Filed on ___/___/_____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

89014-216847

**Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

7. How much is the claim?    $_____ 9000 . Does this amount include interest or other charges?
   ☐ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Assets customer deposited, held, received, or acquired on the FTX.com platform are customer property and not property of the Debtors' estates. FTX Trading LTD has obligation to support user's withdrawal of digital assets according to it's Terms of Service

9. Is all or part of the claim secured?

   ☒ No
   ☐ Yes. The claim is secured by a lien on property.

   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:    $_____

   Amount of the claim that is secured:    $_____

   Amount of the claim that is unsecured:    $_____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:    $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?

    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

    ☒ No
    ☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| **is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ **No**<br>☐ **Yes.** *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ **No**<br>☐ **Yes.** Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   01/23/2023
                    MM / DD / YYYY

Anna Kucheryavykh
Signature

Name of the person who is completing and signing this claim:

| Name | Anna Kucheryavykh | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | | | |
| | Number   Street | | |
| | City | State | ZIP Code |
| Contact phone | | Email | |

Dear Judge ,

I am Anna Kucheryavykh, I have registered on website (ftx.com) of FTX Trading Ltd. ("Debtor")  as a user according to its Terms of Service

(link:https://help.ftx.com/hc/enus/article_attachments/9719619779348/ FTX_Terms_of_Service.pdf) of Debtor (see attachments please) , my user name and email is anayah.dj@gmail.com

The total value of my account was $9000 USD

When I tried to log into my account on FTX.US in December'22 to withdraw my money, it redirected me to "Kroll" website instead. Immediatly I reported a problem to Kroll on Dec 13 2022 and they sent me an email that they are looking into it making me believe that the case was opened (see attachment 1 please)

FTX.US platform took all my money ($9000) without my consent. I did not have a chance to invested it or generate any income, my money was just placed on the platform and was taken away from me.

As per terms of  FTX Trading Ltd

8.2.6  All Digital Assets are held in your Account on the following basis:

(B)  None of the Digital Assets in your Account are the property of, or shall or may be loaned to, FTX Trading; FTX Trading does not

represent or treat Digital Assets in User's Accounts as belonging to FTX Trading.

(C)  You control the Digital Assets held in your Account. At any time, subject to outages, downtime, and other applicable policies

(including the Terms), you may withdraw your Digital Assets by sending them to a different blockchain address controlled by you or a

third party.

Providing you my bank statements where I highlighted all dates and amounts I

transferred to FTX Blockfolio account (see attachments 2,3 please)

I transferred to FTXUS Blockfolio platform

06/22/22 $2000
07/05/22 $1000
07/06/22 $1000
08/24/22 $5000

All the attachments shows that Debtor FTX Trading Ltd shall return $9000 USD but till now didn't perform its obligation under Terms of Service.

Please help me to receive my money back they was supposed to go towards my mom's retirement.

Thank you for your time

01.23.23

SRF:     67320
PackID:  624
ADRID:   11842231

FTX 3265 SRF 67320 PackID: 624 ADRID: 11842231 SVC: Batch 0001
Kucheryavykh, Anna
6530 Annie Oakley Drive #122
Henderson NV 89014

In re: FTX Trading, Ltd., et. al.
Case No. 22-11068 (JTD)
United States Bankruptcy Court for the District of Delaware

### KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the FTX
Trading, Ltd. jointly administered chapter 11 bankruptcy cases has been received by Kroll
Restructuring Administration LLC ("*Kroll*") on Tuesday, January 31, 2023.

Your claim has been assigned claim number _____686_____.

Please do not discard this letter as you may need to refer to it in the future.

The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of
the validity, nature or amount of your claim.

**March 3, 2025**

Subject: Formal Complaint Regarding Denied Access to FTX Account & Claim – Case No. 22-11068 (JTD), Claim No. 686

## Clerk of Court

U.S. Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801
USA

**Dear Clerk of the Court,**

I am submitting this formal complaint regarding my **FTX customer claim (Claim No. 686) under Bankruptcy Case No. 22-11068 (JTD).** Despite multiple attempts to resolve this issue with **FTX Support and Kroll Restructuring Administration**, I have been denied access to my FTX account due to **technical and administrative failures** that prevent me from verifying my claim status and participating in the **approved distribution process**.

## Case Background:

1. **I properly submitted my Proof of Claim, which Kroll confirmed as received** (see attached confirmation).
2. **My KYC verification was completed and approved in 2023,** as shown in the attached screenshot from my FTX account.
3. **Due to a change in my registered phone number, I am unable to receive SMS codes required for account access.**
4. **FTX has refused to update my phone number or provide an alternative verification method**, such as email verification or live identity verification.
5. **As a result, I am completely locked out of my FTX account and unable to verify my claim or select a distribution method.**
6. **When reviewing the FTX Claims Information page, my claim no longer appears listed, despite previous confirmation.**

This **lack of access directly prevents me from claiming my rightful distribution,** as approved by the court in the FTX reorganization plan.

## Requested Relief:

Given the **urgent nature of this issue and the financial harm being caused**, I respectfully request that the **Bankruptcy Court require FTX and Kroll to immediately resolve my verification issue** through the following actions:

05/25/25

1. **Provide an alternative identity verification method** (such as live video KYC verification or manual identity review).
2. **Confirm the validity of my claim and ensure it is included in the distribution process.**
3. **Explain why my claim no longer appears on the public claims page.**
4. **Issue a directive to Kroll and FTX to resolve my KYC issue without further delay.**

This issue is **severely impacting my financial rights** and creating an unnecessary burden that contradicts the fair and equitable treatment of creditors as outlined in the **FTX Chapter 11 reorganization plan.**

## Attached Supporting Documents:

- Screenshot from FTX platform confirming my **KYC was previously approved (2023).**
- **Official Proof of Claim confirmation from Kroll.**
- **Bank receipts documenting my deposit transactions to FTX.**
- **Copy of my Passport & Secondary ID.**
- **Emails from FTX support refusing to assist.**

## Conclusion & Request for Immediate Action:

I kindly request an **expedited review** of this matter and a court intervention if necessary to ensure my rightful claim is processed without further obstruction. Please confirm **receipt of this complaint** and advise on the next steps for resolution.

**Best regards,**
 Anna Kucheryavykh
 Email: anayah.dj@gmail.com
Phone: +1 (848) 858-9190

03/25/25

**Anna Kucheryavykh**

6530 Annie Oakley Drive #122
Henderson Nevada 89014
anayah.dj@gmail.com
848-858-9190
March 12 2025

**Honorable Judge John T. Dorsey**
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

**RE: URGENT REQUEST FOR JUDICIAL INTERVENTION – Case No. 22-11068 (JTD), Claim No. 686**

**Dear Judge Dorsey,**

I am writing to formally request the Court's intervention regarding the improper handling of my **approved claim (Claim No. 686)** in the **FTX Trading Ltd. bankruptcy case (Case No. 22-11068 (JTD)).** Despite completing all required steps, my claim remains **wrongfully marked as "Disputed,"** preventing me from receiving the distribution I am legally entitled to under the confirmed **Second Amended Joint Chapter 11 Plan.**

## BACKGROUND OF CLAIM & COMPLIANCE

1. **Filed Claim:** I submitted a valid **Proof of Claim (#686)**, which was acknowledged and scheduled under the FTX Bar Date Order.
2. **Completed Requirements:**
   - **KYC Verification (Approved)**
   - **Tax Documentation (Completed)**
   - **Distributor Selection (Kraken Chosen)**
3. **No Objections Filed:** My claim was reassigned from **FTX Trading Ltd. → West Realm Shires Services Inc.,** a change I accepted. No objections were filed against my claim.
4. **Wrongful Disputed Status:** Despite my full compliance, my claim remains **"Disputed"** without justification, obstructing Step 9 (Distribution).
5. **Lack of Response:** I have repeatedly contacted **FTX Support & Kroll**, requesting clarification on my disputed status. Responses have been **generic, avoidant, and fail to provide a resolution.**

## LEGAL VIOLATIONS & OBSTRUCTION

**1. Violation of Bankruptcy Code § 1123(a)(4) – Equal Treatment of Creditors**

*03/25/25*

- The confirmed **FTX Reorganization Plan** requires that similarly situated creditors receive equal treatment.
- **By wrongfully disputing my claim, FTX/Kroll is treating me unfairly compared to other creditors.**

## 2. Obstruction of an Allowed Claim – 11 U.S.C. § 362(k) (Automatic Stay Violations)

- **FTX/Kroll's failure to process my claim constitutes willful obstruction, preventing rightful distributions.**
- **Obstruction of court-approved distributions** may result in legal penalties.

## 3. Breach of FTX Terms of Service

- **Section 8.2.6(B):** "FTX does not own or control customer funds."
- **Section 8.2.6(C):** "Users have the right to withdraw funds at any time."
- **FTX/Kroll's refusal to process my claim contradicts their own legally binding terms.**

## REQUESTED RELIEF

1. **Immediate Court Order** directing FTX/Kroll to remove the wrongful "Disputed" status on my claim.
2. **Confirmation in writing** that my claim is reconciled and eligible for distribution.
3. **Expedited hearing** if FTX/Kroll continues to delay my rightful distribution.
4. **Sanctions against FTX/Kroll** for administrative obstruction, including compensatory damages for unnecessary delays.

## CONCLUSION

I respectfully request the Court's **immediate intervention** to ensure FTX/Kroll **complies with the approved Reorganization Plan** and does not unlawfully withhold my funds.

Thank you for your time and consideration.

**Sincerely,**

**Anna Kucheryavykh**

6530 Annie Oakley Drive #122
Henderson Nevada 89014


anayah.dj@gmail.com
848-858-9190
March 21 2025


03/25/25

# THE UPS STORE

## Print & Business Services

# Express

## Envelope

SEE NOTICE ON REVERSE regarding UPS Terms and Conditions of service and limitations of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Regulations. Diversion contrary to law is prohibited. commodities, technology or software were exported from the USA in accordance with

BILLING: P/P

UPS NEXT DAY AIR
TRACKING #: 1Z WE4 676 01 1929 2851

SHIP
TO:

ANNA KUCHERYAVKH
(848) 850-8180
APT 122
6530 ANNIE OAKLEY DR
HENDERSON NV 89014

US BANKRUPTCY COURT DISTRICT OF DE
HONORABLE JUDGE JOHN T. DORSEY
3RD FLOOR
824 N MARKET ST

WILMINGTON DE 19801

DE 197 9

0 3 LBS LTR
LBS LTR
SHP WT:
DATE? 26

MXSB0U627W1X  18H  13.80F  22P  458  80.5

1