Docket: 29725

In The United States Bankruptcy Court
for the District of Delaware

RECEIVED
2025 MAR 28 AM 8:11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

a. Debtor: Coleman E. Jackson, case number 22-11068-JTD, Docket 29725-1, filed 02/25/25, Response to Notice of Objection.

b. Claimant: Coleman E. Jackson, case number 22-11068-JTD, Docket 29725-1, the basis for the claim amount is FTX failed to compensate for the NFTs stolen on their platform.

c. The specific factual basis is the intellectual property associated with the platform was taken without my permission. I have the original artwork to prove ownership of the intellectual property that was stolen from the FTX platform. The supporting legal argument is that intellectual property has protections, and I am the owner of the intellectual property that was stolen.

d. Supporting documentation enclosed.

Docket: 29725

e. Contact for Claimant: Coleman Edvern Jackson, 4031 Sudlersville Road, Clayton, DE 19938, phone: (302) 535-9467, email: Coleman25@yahoo.com

03/20/2025					Docket: 29725

To the Honorable Chief Judge Karen B. Owens:

Thank you for taking the time to consider my claim. While I agree the ticker quantity associated with 4 of the NFTs is incorrect, the amount sought in the claim is valid.

The settlement claim template did not provide an opportunity to associate dollar amounts with the NFTs. The settlement claim template only gave the opportunity to assign a quantity, rather than a dollar figure. Each NFT was assigned a value of 1.0000. As a result, the only way to reflect a valid claim amount was to include the dollar amount in the ticker quantity.

For example, I agree I did not have a total of 1,500.0000 NFTs entitled, "1 on 1." Rather, I had one NFT entitled, "1 on 1," valued at $1,500.00. I also agree I did not have 2,080,000.0000 NFTs entitled, "Action Jacksons' (Alternate)." Rather, I had one NFT entitled, "Action

Docket: 29725

Jacksons' (Alternate)," valued at $2,080,000.00. The same scenario applied to the NFTs entitled, "Bryce Harper," and "Instant Replay." I did not own 1,300,000 NFTs entitled, "Bryce Harper." Rather; I had one NFT entitled "Bryce Harper," valued at $1,300,000.00. Lastly, I agree I did not have 750,000 NFTs entitled, "Instant Replay." Rather; I had one NFT, entitled "Instant Replay," valued at $750,000.00.

Based on the supporting documentation I have included with this letter, there is absolute certainty this claim is prima facie valid. Furthermore, there are notable public figures who have legitimized and monetized NFTs.

For closure; I kindly ask that my claim get validated based on the evidence I have presented, as well as the reputation of FTX.

Thank you,

Coleman E. Jackson
Coleman E. Jackson

## 9. Action Jackson's Sports Cards (US$2.08 million)



Known as Mr. October to most fans, it is his performances during the playoff leg of the season that set him apart from the rest. With five World Series titles and 14 All-Star appearances, Action (Reggie) Jackson is the greatest clutch player in the history of the game, thus making this one one of the most straightforward and understandable transactions on this list. For just a shade over US$2 million, you can have the rights to sports cards and sports memorabilia provider JacksonsOfAllTrades' logo for Action Jackson's Sports Cards.

<s></s><s>
</s><s>
</s>Case 22-11068-KBO    Doc 30016    Filed 03/28/25    Page 6 of 19



Most Expensive Sports NFTs in the World

**9. Action Jacksons' Sports Cards — $2.08 Million**

Docket: 29725

https://www.stadiumtalk.com/s/most-expensive-sports-nfts-4ec81173615c44ba

# Most Expensive Sports NFTs in the World



This is as much of a straightforward, understandable transaction as any on this list. For just a shade over $2 million, you can have the rights to sports cards and sports memorabilia provider JacksonsOfAllTrades' logo for Action Jacksons' Sports Cards.

**Check out this NFT on OpenSea.**

https://www.stadiumtalk.com/s/most-expensive-sports-nfts-4ec8 1 1736 1 5c44ba

Docket: 29725



Docket: 29725

crypto.com | NFT

Young Shaq

◀ Back  ♡ 3  👁 17  ↗ Share

**Young Shaq - Unique**

Accepting Offers  [Marketplace]

Chain: **Cronos POS Chain** ⓘ

Creator: Digital Panda Nfts

Edition #1
(Minted on 08 Feb, 2022)

Celebrities  Sport

Ownership  History  Offers

Owner: Digital Panda Nfts

Select Edition ▾

cro156xc87u3tnf3k... 📋

Make an Offer

A 10% royalty goes to the creator for future resale

View Cronos POS Chain details ↗

1 Edition
**Young Shaq - Unique**

Marketplace  Drops  Top Collections ▾  My NFTs  Create  coleman19938 ▾  EN

Docket: 29725



1 Edition

## Young Shaq -...

♡ 3    👁 17    ↗ Share

Make an Offer

A 10% royalty goes to the creator for future resale



Docket: 29725

top 10 sports nfts - Google Search

https://www.google.com/search?q=top+10+sports+nfts&sca_esv=adc7fa8b48536f88&ei...

Google

top 10 sports nfts

All
Images
Shopping
News
Videos
Short videos
Forums
More

Tools

Docket: 29725

top 10 sports nfts - Google Search

https://www.google.com/search?q=top+10+sports+nfts&sca_esv=adc7fa8b48536f88&ei...

Docket: 29725



Tracxn
https://tracxn.com › ... › Sports NFT Platforms

Top 95+ startups in Sports NFT Platforms in Jan, 2025

Jan 16, 2025 — Top Sports NFT Platforms Startups · **1. Sorare** · 2. NBA Top Shot · 3. Rario · 4. CONTROL · 5. FanCraze · 6. Colexion · 7. SportsIcon · 8. Fanton.



OVAL3
https://www.oval3.game › news › nft-sports-games

Best NFT Sports Games: Dive Into The World Of Digital ...

5 Best NFT Sports Games · **Oval3** · Sorare · NBA Top Shot · Autograph.io · NFL All Day.

Steemit
https://steemit.com › crypto › most-expensive-sports-nfts

Most Expensive Sports NFTs

**Most Expensive Sports NFTs** · 10. Mookie Betts ($ 2.05 million) · 9. Action Jacksons Sports Card ($ 2.08 million) · 8. Aaron Judge Legendary ($ 2.129 million) · 7.

ndlabs.dev
https://ndlabs.dev › nft-in-the-sporting-industry

How is the sporting industry exploring NFTs? - ND Labs

The **sports** industry is exploring **NFTs** to find new benefits and opportunities the technology brings to fans, athletes, clubs, and leagues.



Gate.io
https://www.gate.io › blog › Top-10-Sport-NFT-Collecti...

Top 10 Sport NFT Collections

Nov 23, 2022 — Types of sports NFTs include fan tokens, metaverse games, sports NFTS, trading cards, and sports video clips. - The leading sport NFTs are **NBA** ...

top 10 sports nfts - Google Search

https://www.google.com/search?q=top+10+sports+nfts&sca_esv=adc7fa8b48536f88&ei...

Docket: 29725


Metaverse Post
https://mpost.io › Crypto Wiki

# Top 10 Crypto Sports Projects

Mar 15, 2024 — Top 10 Crypto Sports Projects · **1. Chiliz** · 2. Socios.com · 3. Fanzo · 4. BlockPunk · 5. Sorare · 6. Fanzone · 7. NBA Top Shot · 8. eSports.com.


insidetelecom.com
https://insidetelecom.com › what-are-the-best-sports-nft...

# What Are the Best Sports NFTs on the Market Right Now?

Sep 15, 2022 — **Fanzone Sports Club**; The Ballman Project; Blockchain Brawlers; Mintable. Top 10 Best Sports NFTs to Follow. If you are a sports fan, you will ...


NFT Evening
https://nftevening.com › Learn › Top Picks

# 7 Best NFTs to Buy in 2025 (Popularity and Sales Volume)

Jan 2, 2025 — Discover the best NFTs to buy in 2025 and explore our top picks like **BAYC**, Pudgy Penguins, Sorare, SMB, Crypto Punks, and more.


Today NFT News
https://www.todaynftnews.com › 10-influential-sports-nft...

# 10 influential sports NFT collections for sports fanatics

Nov 21, 2022 — 10 influential sports NFT collections for sports fanatics · **1. NBA Top Shot** · 2. MLB Champions · 3. Sorare · 4. Torque Squad · 5. Cristiano Ronaldo ...


XP.NETWORK
https://medium.com › xp-network › nfts-and-sports-wh...

# NFTs and sports: what these 3 successful projects can ...

**NBA Top Shots** are NFT packs of the best moments from NBA games. A starter pack costs just $10 and contains 5 moments from leading basketball ...



top 10 sports nfts - Google Search

https://www.google.com/search?q=top+10+sports+nfts&sca_esv=adc7fa8b48536f88&ei...

Docket: 29725

People also search for

- Top 10 sports nfts **worth**
- Top 10 sports nfts **to buy**
- Sports **NFT marketplace**

- NBA Top **Shot**
- Sorare
- OpenSea

Previous  1  2  3  4  5  6  7  8  9  10  Next

Results are not personalized

**19938, Delaware** - Based on your places (Home) - Update location

Help    Send feedback    Privacy    Terms

SUBSCRIBE NOW for full access

| NEWS | SPORTS | LIFE | OPINION | OBITUARIES | JOBS | BUSINESS | ENTERTAINMENT | AUTOS | CLASSIFIEDS | MORE ∨ |

Docket: 29725

# Could your old baseball cards make a you millionaire?

Jeff Mordock, The News Journal   Published 1:54 p.m. ET June 9, 2017 | Updated 2:49 p.m. ET June 9, 2017



Comey testimony on Capitol Hill; Youth hockey coach charged with child sex crimes; U.K. general election

Buy Photo

(Photo: Jennifer Corbett, The News Journal)

CONNECT   TWEET   LINKEDIN   COMMENT   EMAIL   MORE

Keywords (ex. registered nurse)

Wilmington, DE

Share your feedback to help improve our site experience!

It is a familiar story for Coleman Jackson, owner of Action Jacksons' Sports Cards, an online baseball card store based in Clayton.

A client stops him at a memorabilia show and asks him to evaluate a sports card collection. The client is dreaming of using it to pay for a kid's college tuition or buy a Corvette.

Jackson has to deliver bad news. The client won't be walking away with a pile of cash.

"There is a large discrepancy between what our clients feel their collection is worth than what it is ultimately worth," Jackson said.

But a select, lucky few can turn their childhood dreams into riches.

A Colorado man last week found a trove of sports cards in his aunt's attic that are expected to fetch nearly $1 million at auction. The collection includes unopened boxes of 1948 Bowman baseball cards, 1961 Topps football cards, 1961 Nu-Card baseball cards and 1961-62 Fleer basketball cards.

Each set contained several unopened packs in their original box, a find virtually unheard of in the sports card industry. In fact, the 1948 Bowman cards include the original gum.

**Judge calls Port of Wilmington's fuel blockade heavy-handed**
May 13, 2020, 5:54 p.m.

**Unemployment claims amid coronavirus surpass 85,000**
May 7, 2020, 12:34 p.m.

**Middletown battery plant to close, cutting 200 jobs**
May 7, 2020, 11:31 a.m.

**J. Crew files for Chapter 11 bankruptcy**
May 4, 2020, 12:05 p.m.

**Former Wilmington Trust execs prepare for Philly appeals court fight**
April 24, 2020, 5:26 p.m.

5/19/2020 Could your old baseball cards make you a millionaire?

Case 22-11068-KBO   Doc 30016   Filed 03/28/25   Page 16 of 19

"Unopened cards in the original box is pretty damn rare," said Thomas Johnson, owner of Bethany Sports Cards & Collectibles in Bethany Beach. "That's the first I've ever heard of it and I've been in this business for 25 years."

Frontier is back. Delaware flights on for November
April 23, 2020, 4:02 p.m.

Docket 29725

So how can Delawareans know if their collection is a home run or strikeout?

Most dealers operate with one simple rule: The older the better.

Cards from the game's early days through the 1970s are the most valuable cards because there were fewer card companies and those companies produced a smaller number of cards for each player.

In the 1980s, a wave of nostalgia swept over baby boomers and they began to scoop up cards of that era's stars. The demand drove up prices and card companies responded by expanding their print runs for each set. At the same time, a bunch of new card companies such as Upper Deck, Donruss and Pacific entered the scene. The result was a flooded market and dropping card values. Card prices from that era have never recovered from the saturated market.

In 2016, Topps produced more than 10 different sets specific to that season's players.

"Rookie cards used to be valuable, but Ken Griffey, Jr. has an Upper Deck rookie card, a Fleer rookie card, a Donruss rookie card and a Topps rookie card," Jackson said naming some of the popular card manufacturers.

Buy Photo

A rare 1950 Jackie Robinson baseball card sold by Scott Polsen AB Sports at Concord Mall. (Photo: Jennifer Corbett, The News Journal)

The market still has not rebounded largely because it is still flooded with too many cards and manufacturers. That leaves nearly 40 years of cards that are practically worthless.

For example, Mickey Mantle's 1952 Topps rookie card is selling on Ebay at prices ranging from $39,000 to $125,000 depending on its condition. A Mantle card in pristine condition was auctioned off for $525,800 in 2015.

In contrast, the rookie card for Greg Maddux, one of the game's greatest pitchers, is topping out on Ebay for $12. A first-ballot Hall of Famer, Maddux won four Cy Young Awards and has the eighth most wins in baseball history.

"Anything from the '70s, '80s and '90s has no value," said Scott Polsen, owner of AB Sports at the Concord Mall. "The overproduction has killed the value."

The Internet also has impacted card values. Before Ebay, card dealers and shows were collectors' only source for rare cards. This gave dealers a monopoly and they could dictate prices. However, the average collector can now get cards from Ebay or Beckett.com, a website that operates as a sports card mall, and shop for the best price.

"Older dealers tell me stories of how great things were as recently as 10 or 20 years ago, before the Internet," said Jackson, who at 38, says he is one of the youngest collectors in the industry. "Back then a dealer could get the full value for a card, but now those cards are no longer rare and dealers are bidding against each other by offering the lowest competitive price."

However, nearly all cards from the 1960s or earlier have kept their value, including "commons," industry slang for cards of players who were not Hall of Famers or all-stars. Besides having a fewer number of cards in existence, earlier generations did not take care of their cards with the enthusiasm of today's collectors. As a result, very few copies of those cards exist in good condition.

"Even commons from the 1960s can be rare," Polsen said. "In the 1960s Topps did something called high numbers where last the few cards would have short print runs. Those cards can go for a good amount of money, about $10-to-$15 each."

Cards from earlier eras still generate a tremendous interest among investors. Most cards from the early 1900s fetch several thousand dollars at auction, especially if the card features a Hall of Famer or other great player. A 1915 Cracker Jack "Shoeless" Joe Jackson card was auctioned for $101,555 in 2014 -- more than double the previous auction record for that card.

It can be difficult to price items from baseball cards' earliest days. Jackson recommends sellers look around and see what prices similar cards are commanding before attempting to get rid of a collection. He said comparing prices on Ebay or looking at an online price guide will help collectors determine which cards have value.

"The best advice I can give is use the information age to your advantage," Jackson said. "You may not be able to find the value you want, but you will get a good idea of the market."

Unfortunately, some collections have little value.

"There is nothing you can do," Polsen said. "There just is no market."

Jackson suggests donating the cards to a children's charity. He collected a bunch of old cards and donated them to the Ronald McDonald House, a nonprofit that supports children and their families.

Topps' website includes a list of organizations that accept card donations.

Chances are a Delawarean doesn't have $1 million dollars in cards sitting in their attic or basement. However, Johnson said that shouldn't stop anyone from looking. A friend of his found a rare baseball autographed by early 20th-century pitching legend Walter Johnson. An autographed Johnson baseball ranges between $3,000 and $20,000 based on condition.

"There are all kinds of finds out there," he said.

*Contact Jeff Mordock at (302) 324-2786, on Twitter @JeffMordockTNJ or jmordock@delawareonline.com.*

CONNECT    TWEET    LINKEDIN    COMMENT    EMAIL    MORE

Docket 29725

| | Subscribe | About Us | Contact Us | Meet The Staff | Help | RSS Feeds | Apps |
|---|---|---|---|---|---|---|---|

| | Advertise | Chat Support | Support |
|---|---|---|---|

| Home | News | Sports | Life | Opinion | Obituaries | Business |
|---|---|---|---|---|---|---|
| | Business | Golf | Food | Editorials | | Careers |
| | Crime | High Schools | Health | Letters | | |
| | Traffic | Colleges | Home & Style | Local Columns | | |
| | DE Politics | Eagles | Celebrations | | | |
| | National Politics | Phillies | Travel | | | |
| | Education | Delaware Sports Awards | Distinctly Delaware | | | |
| | | More... | | | | |

© 2020 Copyright © 2014 www.delawareonline.com. All rights reserved.

### Services

- Subscriber Services
- Advertise with Us
- Archives
- Work With Us
- About Us
- Your California Privacy Rights/Privacy Policy
- Terms of Service
- Community Rules
- Apps
- Dealer Payments

- Newsletters
- Special Offers
- Advertising Terms and Conditions
- Subscriber Guide
- Our Ethical Principles
- Accessibility Support
- Public Notices
- Sitemap
- Privacy Policy
- Do Not Sell My Info/Cookie Policy

### Our Partners

- Obituaries
- The Job Network
- Cars.com Wilmington
- Classifieds
- HOMES
- Photo Reprints
- Education
- ReachLocal
- Archives
- Celebration Announcements
- Crossword
- Thanksgiving.com
- Grateful

Docket 29725

# SCAN ME

**USPS Click-N-Ship®**

P — US POSTAGE
03/25/2025
9468 1301 0935 5000 1430 33 0080 9000 1401 9801
Mailed from 19934  551027535706788

## PRIORITY MAIL®

03/27/2025
RDC 03
C012

COLEMAN JACKSON
A
1 N MECHANIC ST
WYOMING DE 19934-1015

**SIGNATURE REQUIRED**

U.S. BANKRUPTCY COURT, DISTRICT OF DEL
THE HONORABLE CHIEF JUDGE KAREN B. OW
824 N MARKET ST FL 3
WILMINGTON DE 19801-3024

**USPS ADULT SIG 21 OR OLDER**

9468 1301 0935 5000 1430 33

DOCKET 29725