**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 18, 2025

*/s/Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 18, 2025, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28706 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/14/2025 |
| 28714 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/14/2025 |
| 28774 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>Attn: Steve Gillies<br>Attestor Value Master Fund LP, c/o Attestor Limited<br>7 Seymour Street<br>London ,W1H 7JW United Kingdom<br>Email: Christopher.Guth@attestorcapital.com | 2/14/2025 |
| 28788 | Name on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/14/2025 |
| 28792 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/14/2025 |
| 28805 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC<br>Attention: Thomas Braziel and Bruce Tan<br>130 Canal St., #602<br>Pooler, GA 31322 | 2/14/2025 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28822 | Name on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/14/2025 |
| 28823 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/14/2025 |
| 28852 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/14/2025 |
| 28853 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com | 2/14/2025 |
| 28855 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/14/2025 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28856 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/14/2025 |
| 28857 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/14/2025 |
| 28859 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/14/2025 |
| 28860 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/14/2025 |
| 28861 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/14/2025 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28862 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 2/14/2025 |
| 28863 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 2/14/2025 |
| 28864 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 2/14/2025 |
| 28871 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 2/14/2025 |
| 28872 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com, | 2/14/2025 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28890 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 2/14/2025 |
| 29036 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC<br>Attention: Galaxy Lending Team<br>300 Vesey Street<br>13th Fl<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 1/14/2025 |
| 29041 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC<br>Attention: Galaxy Lending Team<br>300 Vesey Street, 13th Fl<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 1/14/2025 |
| 29048 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC<br>Attn: General Counsel<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: legal@diametercap.com | 1/14/2025 |
| 29064 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/14/2025 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29073 | Name on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/14/2025 |
| 29089 | Name on File<br>Address on File<br>Email Address on File | Oaktree London Liquid Value Opportunities Fund (VOF), L.P.<br>Attention: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: | 1/14/2025 |
| 29104 | Name on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1 | 1/14/2025 |
| 29115 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC<br>Attn: Thomas Braziel and Bruce Tan<br>5 Greyhen Lane<br>Savannah, GA 34111<br>Email: tom@117partners.com, bruce@117partners.com | 1/14/2025 |
| 29122 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower, No. 39 Queen's<br>Road Central, Central<br>Hong Kong , Hong Kong | 2/14/2025 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)                    Page 6 of 8

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29126 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower, No. 39 Queen's<br>Road Central, Central<br>Hong Kong , Hong Kong | 2/14/2025 |
| 29128 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower, No. 39 Queen's<br>Road Central, Central<br>Hong Kong , Hong Kong | 2/14/2025 |
| 29129 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower, No. 39 Queen's<br>Road Central, Central<br>Hong Kong, | 2/14/2025 |
| 29146 | Name on File<br>Address on File<br>Email Address on File | SLFAQ, LLC<br>Attn: Freddie Smithson<br>670 White Plains Rd<br>Penthouse Suite<br>Scarsdale, NY 10583 | 1/14/2025 |
| 29147 | Name on File<br>Address on File<br>Email Address on File | PAXTIBI LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/14/2025 |
| 29216 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings, L.L.C.<br>Attn: Max Rudenstein<br>c/o Benefit Street Partners<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110<br>Email: m.rudenstein@benefitstreetpartners.com | 2/14/2025 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)                Page 7 of 8

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29224 | Name on File | Trup Recovery LLC<br>Attn: Peter Finelli<br>c/o Riva Ridge Capital Management LP<br>55 Fifth Avenue, 18th Floor<br>New York, NY 10003<br>Email: RivaTrades@rivalp.com | 2/14/2025 |
| 29229 | Name on File<br>Address on File<br>Email Address on File | SLFAQ LLC<br>670 White Plains Rd. - Penthouse<br>Scarsdale, NY 10583<br>Email: freddie@slfaqllc.com | 2/14/2025 |
| 29369 | Name on File | Trup Recovery LLC<br>Attn: Peter Finelli<br>c/o Riva Ridge Capital Management LP<br>55 Fifth Avenue, 18th Floor | 2/14/2025 |
| 29409 | Not Provided by Transferee | DCP Master Investments XIV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards<br>Suite 29B<br>New York, NY 10001 | 2/14/2025 |
| 29418 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>27 Old Gloucester Street<br>London, WC1N 3AX United Kingdom<br>Email: paxtibi.xyz@gmail.com | 2/14/2025 |
| 29420 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>27 Old Gloucester Street<br>London, WC1N 3AX United Kingdom<br>Email: paxtibi.xyz@gmail.com | 2/14/2025 |