UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Fire Bouvardia, L.L.C.**
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:
c/o Crowell & Moring LLP
389 9th Ave, 44th Floor
New York, NY 10001
Attention: Timothy Lin
Email 1: tlin@crowell.com
Email 2: FTX@kingstreet.com

Name of Transferor
**SP Multi Claims Holdings, LLC**
Last Four Digits of Acct #: N/A

Address of Transferor:
2 Greenwich Plaza, Suite 1
Greenwich, CT 06830

Case No.: 22-11068 et seq.

| Claim Information | Customer Code | Amount | Debtor |
|---|---|---|---|
| Schedule Number:<br>6806481<br><br>Claim Number:<br>39731 | Schedule F Customer Code<br>**03000493** | 10% of Seller's Claim as described on the Customer Claim Form | FTX Trading Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_
Transferee/Transferee's Agent

Date: March 28, 2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

Annex B

TO: U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND: FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Proof of Claim #: 39731 ("Proof of Claim")
Schedule #: 6806481 ("Schedule")
Customer Claim Confirmation ID #: 3265-70-GRCOT-995406176 ("CCCID")
Unique Customer Code #: 03000493 ("Customer Code")

**SP Multi Claims Holdings, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Fire Bouvardia, L.L.C.**
299 Park Avenue, 40th Floor
New York, NY 10171
Attn: Bank Debt
Phone: 212-812-3140
Fax: 646-289-7696
E-mail: Bankdebt@kingstreet.com

its successors and assigns ("Buyer"), an undivided ten percent (10%) interest in Seller's rights, title and interest in and to (a) the Proof of Claim and CCCID (such ten percent (10%) interest in the Proof of Claim and CCCID, the "Transferred Claim") against the Debtor in the Case; (b) all amounts listed on the Schedule; and (c) all amounts with respect to the Customer Code.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated March 28, 2025.

SP Multi Claims Holdings, LLC
By: Silver Point Capital, L.P., its manager

By: _____
Name: Andrew Opel
Title: Authorized Signatory

Fire Bouvardia, L.L.C.

By: _____
Name: Timothy Lin
Title: Authorized Signatory