**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claims for Security to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Transfer of Claims for Security Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 21, 2025

/s/ *Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 21, 2025, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Transfer of Claims for Security Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29027 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attn: Galaxy Lending Team<br>300 Vesey St.<br>13th Floor<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29029 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attention: Galaxy Lending Team<br>300 Vesey Street, 13th Fl<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29031 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attention: Galaxy Lending Team<br>300 Vesey Street, 13th Fl<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29032 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attn: Galaxy Lending Team<br>300 Vesey Street, 13th Fl<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29033 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attention: Galaxy Lending Team<br>300 Vesey Street, 13th Fl<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |

Exhibit A
Transfer of Claims for Security Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29034 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attn: Galaxy Lending Team<br>300 Vesey Street<br>13th Floor<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29035 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attention: Galaxy Lending Team<br>300 Vesey Street, 13th Fl<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29037 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attn: Galaxy Lending Team<br>300 Vesey Street<br>13th Floor<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29038 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attn: Galaxy Lending Team<br>300 Vesey Street<br>13th Floor<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29039 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attn: Galaxy Lending Team<br>300 Vesey Street<br>13th Floor<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |

Exhibit A
Transfer of Claims for Security Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29040 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attn: Galaxy Lending Team<br>300 Vesey Street<br>13th Floor<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29043 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attn: Galaxy Lending Team<br>300 Vesey Street<br>13th Floor<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29069 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attn: Galaxy Lending Team<br>300 Vesey Street, 13th Fl<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |
| 29116 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited as Security Interest Holder<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower<br>No. 39 Queen's Road Central, Central<br>Hong Kong<br>Email: legal-compliance@galaxydigital.io | 2/26/2025 |
| 29117 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited as Security Interest Holder<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower<br>39 Queens's Road Central<br>Central, Hong Kong<br>Email: legal-compliance@galaxydigital.io | 2/26/2025 |

Exhibit A
Transfer of Claims for Security Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29118 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited as Security Interest Holder<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower<br>39 Queens's Road Central<br>Central, Hong Kong<br>Email: legal-compliance@galaxydigital.io | 2/26/2025 |
| 29119 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited as Security Interest Holder<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower<br>39 Queens's Road Central<br>Central, Hong Kong<br>Email: legal-compliance@galaxydigital.io | 2/26/2025 |
| 29120 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited as Security Interest Holder<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower, No. 39 Queen's Road Central<br>Hong Kong, Hong Kong<br>Email: legal-compliance@galaxydigital.io | 2/26/2025 |
| 29121 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited as Security Interest Holder<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower<br>No. 39 Queen's Road Central<br>Hong Kong, China<br>Email: legal-compliance@galaxydigital.io | 2/26/2025 |

Exhibit A
Transfer of Claims for Security Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29123 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited as Security Interest Holder<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower<br>39 Queens's Road Central<br>Central, Hong Kong<br>Email: legal-compliance@galaxydigital.io | 2/26/2025 |
| 29124 | Name on File<br>Address on File<br>Email Address on File | Galaxy Trading Asia Limited as Security Interest Holder<br>Attn: Legal & Compliance<br>Level 22 Prosperity Tower, No. 39 Queen's Road Central<br>Hong Kong, Hong Kong<br>Email: legal-compliance@galaxydigital.io | 2/26/2025 |
| 29225 | Name on File<br>Address on File<br>Email Address on File | Galaxy Digital LLC as Security Interest Holder<br>Attn: Galaxy Lending Team<br>300 Vesey Street<br>13th Floor<br>New York, NY 10282<br>Email: MLAnotices@galaxy.com | 2/26/2025 |