# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) Case No. 22-11068 (KBO) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE OF PYTH DATA ASSOCIATION'S RESPONSES AND OBJECTIONS TO TERRAFORM PLAN ADMINISTRATOR'S REQUEST FOR PRODUCTION OF DOCUMENTS

I, Mark Minuti, hereby certify that on March 31, 2025, a true and correct copy of *Pyth Data Association's Responses and Objections to Terraform Plan Administrator's Requests for Production of Documents* was served via Electronic Mail on the following parties.

Christopher S. Koenig, Esquire
Casey McGushin, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
333 West Wolf Point Plaza
Chicago, IL 60654
chris.koenig@kirkland.com
casey.mcgushin@kirkland.com

Michael F. Williams, P.C.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
michael.williams@kirkland.com

Christopher T. Greco, P.C.
Elizabeth Helen Jones, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022
christopher.greco@kirkland.com
elizabeth.jones@kirkland.com

|  |  |
|---|---|
| Dated: April 1, 2025 | **SAUL EWING LLP** |
| By: | */s/ Mark Minuti* |

                                                      Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
Elliott M. Bacon (admitted *pro hac vice*)
Ethan D. Trotz (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
peter.siddiui@katten.com
elliott.bacon@katten.com
ethan.trotz@katten.com

*Attorneys for Pyth Data Association*