**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF SERVICE OF PYTH DATA ASSOCIATION'S RESPONSES AND OBJECTIONS TO TERRAFORM PLAN ADMINISTRATOR'S RULE 30(b)(6) DEPOSITION NOTICE

I, Mark Minuti, hereby certify that on March 31, 2025, a true and correct copy of *Pyth Data Association's Responses and Objections to Terraform Plan Administrator's Rule 30(b)(6) Deposition Notice* was served via Electronic Mail on the following parties.

Christopher S. Koenig, Esquire
Casey McGushin, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
333 West Wolf Point Plaza
Chicago, IL 60654
chris.koenig@kirkland.com
casey.mcgushin@kirkland.com

Christopher T. Greco, P.C.
Elizabeth Helen Jones, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022
christopher.greco@kirkland.com
elizabeth.jones@kirkland.com

Michael F. Williams, P.C.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
michael.williams@kirkland.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: April 1, 2025

**SAUL EWING LLP**

By:    */s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
Elliott M. Bacon (admitted *pro hac vice*)
Ethan D. Trotz (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
peter.siddiui@katten.com
elliott.bacon@katten.com
ethan.trotz@katten.com

*Attorneys for Pyth Data Association*