IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) Case No. 22-11068 (KBO) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on April 1, 2025, I did cause the foregoing *Notice of Service of Pyth Data Association's Responses and Objections to Terraform Plan Administrator's Rule 30(b)(6) Deposition Notice* was served via First Class Mail on the below parties.

Christopher S. Koenig, Esquire
Casey McGushin, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
333 West Wolf Point Plaza
Chicago, IL 60654
chris.koenig@kirkland.com
casey.mcgushin@kirkland.com

Michael F. Williams, P.C.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
michael.williams@kirkland.com

Christopher T. Greco, P.C.
Elizabeth Helen Jones, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022
christopher.greco@kirkland.com
elizabeth.jones@kirkland.com

**SAUL EWING LLP**

By:    */s/ Mark Minuti*
Mark Minuti i(DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Dated: April 1, 2025

55350752.1 04/01/2025