## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Transferee hereby gives evidence and notice of the transfer of the claim other than for security referenced in this evidence and notice.

| | |
|---|---|
| Cedar Advance LLC<br>Name of Transferee | Daniel Saks<br>Name of Transferor<br>Customer Code 02860290 |
| Name and Address where notices to transferee should be sent: 5401 Collins Avenue, Suite CU-9A Miami Beach, FL 33140 | Last known address: |

Type and Amount of Interest Transferred:

| Series A Preferred | Series B Preferred | Series B-1 Preferred | Series C Preferred |
|---|---|---|---|
| **FTX Common:<br>$205,520.00, see<br>Attached transfer of claim** | WRS Class A Common | WRS Class B Common | WRS Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Alan C. Hochheiser                    Date: December 12, 2024
Transferee/Transferee's Agent: Alan C. Hochheiser
Maurice Wutscher LLP, Attorney for Cedar Advance LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### District of Delaware

In re: FTX Trading Ltd         Case No.: 22-11068-JTD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cedar Advance LLC | Daniel Saks |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
5401 Collins Avenue, Suite CU-9A
Miami Bach, FL 33140

Phone: (786) 605-8900
Last Four Digits of Acct #: _____

Customer Code # (if known): 02860290

Amount of Claim: $205,520
Date Claim Filed: _____

Phone: (212) 658-1899
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____ Date: 7/22/24
Transferee/Transferee's Agent/Transferee's Attorney

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Assignment of Claim

Daniel Saks, (the "Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to Cedar Advance LLC (the "Buyer"), all right, title and interest in and to (i) any and all of Seller's pre-petition claims, as more specifically set forth as any right to payment against FTX Trading Ltd., and (ii) all proceeds of such accounts (each, an "Account") after the close of business on March 31, 2023.

Pursuant to the foregoing assignment, the seller stipulates that the Buyer may be substituted for the Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e)(2) or otherwise.

Each of the obligations of the Seller required to be performed by the Seller on or prior to the date hereof pursuant to the terms of the Purchase Agreement dated March 31, 2023, between the Seller and the Buyer (the Agreement) has been duly performed; and all representations and warranties of the Seller made under such Agreement are true and correct as of the date hereof.

Dated: 7/22/24

Daniel Saks