# SCHEDULE 1

**Superseded Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Forty-First Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| | Claims to be Disallowed | | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 75610 | Name on file | FTX Trading Ltd. | ADA-PERP | 0.000000000000000 | 98338* | Name on file | FTX Trading Ltd. | BTC | 307.450000000000000 |
| | | | ALICE-PERP | -0.000000000000028 | | | | EUR | 1,725.290000000000000 |
| | | | AR-PERP | 0.000000000000000 | | | | USD | 0.630000000000000 |
| | | | BTC | 0.018222820000000 | | | | USDT | 3,733.540000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | | | | |
| | | | C98-PERP | 0.000000000000000 | | | | | |
| | | | EOS-PERP | 0.000000000000000 | | | | | |
| | | | EUR | 1,689.806497537680300 | | | | | |
| | | | FTM-PERP | 0.000000000000000 | | | | | |
| | | | HUM-PERP | 0.000000000000000 | | | | | |
| | | | LINK-PERP | 0.000000000000000 | | | | | |
| | | | LTC-PERP | 0.000000000000000 | | | | | |
| | | | LUNC-PERP | 0.000000000000000 | | | | | |
| | | | MANA-PERP | 0.000000000000000 | | | | | |
| | | | MATIC-PERP | 0.000000000000000 | | | | | |
| | | | SAND-PERP | 0.000000000000000 | | | | | |
| | | | SHIB-PERP | 0.000000000000000 | | | | | |
| | | | SLP-PERP | 0.000000000000000 | | | | | |
| | | | SOL-PERP | 0.000000000000007 | | | | | |
| | | | USD | 6.278045789046560 | | | | | |
| | | | USDT | 3,742.551090720206000 | | | | | |
| 509 | Name on file | FTX Europe AG | USD | 1,288.600000000000000 | 94035 | Name on file | FTX EU Ltd. | USD | 1,288.600000000000000 |
| | | | | | | | | USDT | 0.007979415319522 |
| 74593 | Name on file | FTX Trading Ltd. | AVAX | 1.046074350000000 | 98036 | Name on file | FTX Trading Ltd. | AVAX | 1.046074350000000 |
| | | | BAO | 4.000000000000000 | | | | ETH | 0.373908060000000 |
| | | | ETH | 0.373908060000000 | | | | ETHW | 0.373751200000000 |
| | | | ETHW | 0.373751200000000 | | | | EUR | 0.072862496429943 |
| | | | EUR | 0.072862496429943 | | | | KIN | 2.000000000000000 |
| | | | KIN | 2.000000000000000 | | | | SOL | 1.170188120000000 |
| | | | SOL | 1.170188120000000 | | | | SRM | 9.979571290000000 |
| | | | SRM | 9.979571290000000 | | | | SUSHI | 3.297029700000000 |
| | | | SUSHI | 3.297029700000000 | | | | XRP | 26.492726580000000 |
| | | | XRP | 26.492726580000000 | | | | | |
| 97553 | Name on file | FTX Trading Ltd. | BTC | 0.000000000000000 | 97666* | Name on file | FTX EU Ltd. | APE | 7.798518000000000 |
| | | | USD | 1,000.000000000000000 | | | | BTC | 0.072891690000000 |
| | | | | | | | | USD | 731.450000000000000 |
| | | | | | | | | USDT | 104.930000000000000 |
| 52435 | Name on file | FTX Trading Ltd. | | | 98376 | Name on file | FTX Trading Ltd. | EUL | 7.200000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | | | FTT | 25.095370717538113 |
| | | | AVAX | 0.095370717538113 | | | | FTT-PERP | 40,000.000000000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | | | LUNA2 | 0.004075860000000 |
| | | | BCH | 0.000000009225502 | | | | SOL | -0.838122110000000 |
| | | | BNB | 0.000000007713618 | | | | SPY | 0.100000000000000 |
| | | | BNB-PERP | 0.000000000000000 | | | | TAPT | 6.000000000000000 |
| | | | BTC | 0.000000005250596 | | | | USD | 571,796.370000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | | | USDT | 0.777334000000000 |
| | | | CEL-PERP | -0.000000000000727 | | | | | |
| | | | CRV-PERP | 0.000000000000000 | | | | | |
| | | | CVX | 0.000000010000000 | | | | | |
| | | | DAI | 0.000000006506238 | | | | | |
| | | | ETH | 0.000000000606575 | | | | | |
| | | | ETH-0331 | 0.000000000000007 | | | | | |
| | | | ETH-0930 | 0.000000000000000 | | | | | |
| | | | ETH-PERP | 0.000000000000000 | | | | | |
| | | | ETHW | 0.000000003319054 | | | | | |
| | | | EUL | 7.200000000000000 | | | | | |
| | | | FTT | 25.095370717538113 | | | | | |
| | | | FTT-PERP | 40,000.000000000000000 | | | | | |
| | | | LUNA2 | 0.004075860550000 | | | | | |
| | | | LUNA2_LOCKED | 0.009510351794000 | | | | | |
| | | | LUNC | 0.000000008371058 | | | | | |
| | | | LUNC-PERP | 0.000000000000000 | | | | | |
| | | | SNX | 0.036468920482348 | | | | | |
| | | | SNX-PERP | 0.000000000000000 | | | | | |
| | | | SOL | -0.838122111156961 | | | | | |
| | | | SOL-1230 | 0.000000000000000 | | | | | |
| | | | SPY | 0.100000000000000 | | | | | |
| | | | STETH | 0.000000004692200 | | | | | |
| | | | TAPT | 6.000000000000000 | | | | | |
| | | | TRX | 0.000000007473471 | | | | | |
| | | | TRX-0930 | 0.000000000000000 | | | | | |
| | | | USD | 456,846.369580406350000 | | | | | |
| | | | USDT | 0.777334003111409 | | | | | |
| | | | USDT-0624 | 0.000000000000000 | | | | | |
| | | | USDT-PERP | 0.000000000000000 | | | | | |
| | | | USTC | 0.000000006276628 | | | | | |
| | | | USTC-PERP | 0.000000000000000 | | | | | |
| 97741 | Name on file | FTX Trading Ltd. | | Undetermined* | 92339 | Name on file | FTX Trading Ltd. | ADA-PERP | 107.000000000000000 |
| | | | | | | | | BTC | 0.342193573458693 |
| | | | | | | | | BTC-MOVE-0320 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0402 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0403 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0409 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0410 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0415 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0416 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0417 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0423 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0424 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0425 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0426 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0428 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0430 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0501 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0502 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0503 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0507 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0508 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0514 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0515 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0516 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0517 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0518 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0520 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0521 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0522 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0528 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0529 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0604 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0605 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0611 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0612 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0618 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0619 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0702 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0703 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-0918 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-1002 | 0.000000000000000 |
| | | | | | | | | BTC-MOVE-1031 | 0.000000000000000 |
| | | | | | | | | BTC-PERP | 0.002200000000000 |
| | | | | | | | | DOGE-PERP | 548.000000000000000 |
| | | | | | | | | ETC-PERP | 2.200000000000000 |
| | | | | | | | | ETH-PERP | 0.039000000000000 |
| | | | | | | | | FIL-PERP | 0.000000000000000 |
| | | | | | | | | FTM-PERP | 0.000000000000000 |
| | | | | | | | | FTT-PERP | 4.700000000000100 |
| | | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | | MATIC-PERP | 0.000000000000000 |
| | | | | | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | SHIB-PERP | 0.000000000000000 |
| | | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | | SRM-PERP | 0.000000000000000 |
| | | | | | | | | USD | 297.980000000000000 |
| | | | | | | | | USDT | 3.858996083000000 |
| | | | | | | | | ZEC-PERP | 0.000000000000000 |
| 35131 | Name on file | FTX Trading Ltd. | USD | 5,000.000000000000000 | 98073* | Name on file | FTX Trading Ltd. | | Undetermined* |
| 68892 | Name on file | FTX Trading Ltd. | USD | | 98173* | Name on file | FTX Trading Ltd. | | Undetermined* |
| 97748 | Name on file | FTX Trading Ltd. | | Undetermined* | 97876 | Name on file | FTX Trading Ltd. | | Undetermined* |
| 2231 | Name on file | FTX Trading Ltd. | APE | 7.890997550000000 | 97723 | Name on file | FTX Trading Ltd. | | |
| | | | ATOM | 0.240007820000000 | | | | | |
| | | | AVAX | 0.117825930000000 | | | | | |
| | | | BNB | 0.654413060000000 | | | | | |
| | | | BTC | 0.035093325000000 | | | | | |
| | | | DOT | 0.589575010000000 | | | | | |
| | | | ETH | 0.327185180000000 | | | | | |
| | | | MATIC | 36.410585730000000 | | | | | |
| | | | NEAR | 2.560393530000000 | | | | | |
| | | | USDC | 592.691771400000000 | | | | | |
| 97933 | Name on file | FTX Trading Ltd. | | Undetermined* | 87110 | Name on file | FTX Trading Ltd. | LUNA2 | 0.459237811700000 |
| | | | | | | | | LUNA2_LOCKED | 1.071556489400000 |
| | | | | | | | | LUNC | 100,000.000376000000000 |
| | | | | | | | | SOL | 0.379924000000000 |
| | | | | | | | | USD | 0.362657963501750 |
| 97751 | Name on file | FTX Trading Ltd. | | Undetermined* | 51109 | Name on file | FTX Trading Ltd. | BTC | 0.240163370000000 |
| | | | | | | | | CHF | 1.959171820000000 |
| | | | | | | | | ETH | 2.101896710000000 |
| | | | | | | | | ETHW | 1.000000000000000 |
| | | | | | | | | EUR | 0.000000003243869 |
| | | | | | | | | MANA | 1,645.267025090000000 |
| | | | | | | | | PUNDIX | 838.000000000000000 |
| | | | | | | | | TRX | 31.000000000000000 |
| | | | | | | | | USD | 0.256800571158305 |
| | | | | | | | | USDT | 0.000000008253840 |
| 44367 | Name on file | FTX Trading Ltd. | AKRO | 2.000000000000000 | 98037* | Name on file | FTX Trading Ltd. | BAO | 4.000000000000000 |
| | | | ALPHA | 1.015636530000000 | | | | CHZ | 0.000000010000000 |
| | | | BAO | 4.000000000000000 | | | | DENT | 1.000000000000000 |
| | | | CHZ | 0.000000010000000 | | | | DOGE | 2,355.911503010000000 |
| | | | DENT | 1.000000000000000 | | | | KIN | 7.000000000000000 |
| | | | DOGE | 2,355.911503010000000 | | | | LUNA2 | 0.663779480000000 |
| | | | FRONT | 2.093961630000000 | | | | MATIC | 1.060776500000000 |
| | | | KIN | 7.000000000000000 | | | | SRM | 1.011776500000000 |
| | | | LUNA2 | 0.663779483600000 | | | | SXP | 0.000005040000000 |
| | | | LUNA2_LOCKED | 1.493930418000000 | | | | TRX | 1.000879950000000 |
| | | | MATIC | 1.060975690000000 | | | | UBXT | 3.000000000000000 |

98038*- Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
97666*- Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Sixth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
98173*- Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Seventh (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims)
98073*- Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Eighth (Substantive) Omnibus Objection to Certain Partially Unliquidated Proofs of Claim (Customer Claims)
Undetermined*- Indicates claim contains unliquidated and/or undetermined amounts.

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | RSR | 2.000000000000000 | | | | USTC | 93.658771240000000 |
| | | | SECO | 1.101776500000000 | | | | | |
| | | | SXP | 0.000005040000000 | | | | | |
| | | | TRX | 1.000879950000000 | | | | | |
| | | | UBXT | 3.000000000000000 | | | | | |
| | | | USD | 0.000000000251875 | | | | | |
| | | | USDT | 0.000000002764314 | | | | | |
| | | | USTC | 93.658771240000000 | | | | | |
| 97839 | Name on file | FTX Trading Ltd. | | Undetermined* | 97162* | Name on file | FTX Trading Ltd. | BAO | 1.000000000000000 |
| | | | | | | | | CRO | 650.890000000000000 |
| | | | | | | | | DENT | 1.000000000000000 |
| | | | | | | | | GALA | 5,029.240000000000000 |
| | | | | | | | | GBP | 100.000000000000000 |
| | | | | | | | | HNT | 50.100000000000000 |
| | | | | | | | | IMX | 150.210000000000000 |
| | | | | | | | | KIN | 2.000000000000000 |
| | | | | | | | | MANA | 200.670000000000000 |
| | | | | | | | | SAND | 200.780000000000000 |
| | | | | | | | | XRP | 458.760000000000000 |
| 2504 | Name on file | FTX Trading Ltd. | USD | 1,300.000000000000000 | 97155* | Name on file | FTX Trading Ltd. | EOS-BULL | 0.000000000000000 |
| 97668 | Name on file | FTX Trading Ltd. | | Undetermined* | 97669 | Name on file | FTX Trading Ltd. | USDT | 2,531.060000000000000 |
| 94702 | Name on file | West Realm Shires Services Inc. | SHIB | 6.000000000000000 | 97472 | Name on file | West Realm Shires Services Inc. | SHIB | 6.000000000000000 |
| | | | USD | 1,375.940702905009637 | | | | USD | 1,375.940702905009637 |
| | | | USDT | 0.000000001224162 | | | | USDT | 0.000000001224162 |
| 84481 | Name on file | FTX Trading Ltd. | GBP | 1,500.000000000000000 | 97565 | Name on file | FTX Trading Ltd. | BTC | 0.006700000000000 |
| | | | | | | | | ETH | 0.539943190000000 |
| | | | | | | | | USD | 352.040000000000000 |
| 97750 | Name on file | West Realm Shires Inc. | | Undetermined* | 29332 | Name on file | West Realm Shires Services Inc. | BTC | 0.000003940000000 |
| 16014 | Name on file | FTX Trading Ltd. | AVAX | 1.000000000000000 | 98038 | Name on file | FTX Trading Ltd. | AVAX | 1.000000000000000 |
| | | | ETH | 0.171431012762507 | | | | ETH | 0.171431010000000 |
| | | | ETHW | 0.171431012762507 | | | | ETHW | 0.171431010000000 |
| | | | LRC | 60.000000000000000 | | | | LRC | 60.000000000000000 |
| | | | LUNA2 | 0.014584244750000 | | | | LUNA2 | 0.014584240000000 |
| | | | LUNA2_LOCKED | 0.034029904420000 | | | | LUNC | 3,175.750000000000000 |
| | | | LUNC | 3,175.750000000000000 | | | | SOL | 1.019896000000000 |
| | | | SOL | 1.019896000000000 | | | | | |
| | | | USD | 0.000001646511501 | | | | | |
| 98075 | Name on file | FTX Trading Ltd. | MATIC | | 98076* | Name on file | FTX Trading Ltd. | MATIC | 5,200.000000000000000 |
| | | | | | | | | USD | 5,200.000000000000000 |
| 97809 | Name on file | FTX Trading Ltd. | | Undetermined* | 97894 | Name on file | FTX Trading Ltd. | | Undetermined* |
| 97892 | Name on file | FTX Trading Ltd. | | Undetermined* | 97894 | Name on file | FTX Trading Ltd. | | Undetermined* |
| 98026 | Name on file | FTX Trading Ltd. | ETH | 3.932470410000000 | 98027* | Name on file | FTX Trading Ltd. | ETH | 0.000000000000000 |
| | | | USD | 80.238065940000000 | | | | USD | 80.238065940000000 |
| 89808 | Name on file | FTX Trading Ltd. | APE-PERP | 0.000000000000000 | 98007 | Name on file | FTX Trading Ltd. | SOL | 11.590000000000000 |
| | | | FTT | 0.051224970000000 | | | | | |
| | | | SOL | 11.590000000000000 | | | | | |
| | | | USD | 0.133679337042108 | | | | | |
| | | | USDT | -0.126423178257439 | | | | | |
| 97696 | Name on file | FTX Trading Ltd. | BTC | 0.063667860000000 | 97955 | Name on file | FTX Trading Ltd. | BTC | 0.063667860000000 |
| | | | POC Other NFT Assertions: ETERREUM | 0.706460010000000 | | | | ETH | 0.706460010000000 |
| | | | ETHW | 0.695487660000000 | | | | ETHW | 0.695487660000000 |
| | | | USDT | 148.460327520000000 | | | | USDT | 148.460327520000000 |
| 40148 | Name on file | Quoine Pte Ltd | BTC | 0.817277280000000 | 98078 | Name on file | Quoine Pte Ltd | BTC | 0.817277280000000 |
| | | | SGD | 40,050.000000000000000 | | | | SGD | 40,050.000000000000000 |
| 90349 | Name on file | FTX Trading Ltd. | ATLAS | 19,435.000000000000000 | 97652 | Name on file | FTX Trading Ltd. | ATLAS | 19,435.000000000000000 |
| 94945 | Name on file | FTX Trading Ltd. | | Undetermined* | 97555 | Name on file | FTX Trading Ltd. | CHF | 745,667.606094243743777 |
| | | | | | | | | GBP | 957,136.160000000000000 |
| | | | | | | | | TRX | 416,582.666800000000000 |
| | | | | | | | | USD | 400,000.000000012034028 |
| | | | | | | | | USDC | 1,000,000.000000000000000 |
| 1207 | Name on file | FTX Europe AG | USD | 150.000000000000000 | 39729 | Name on file | FTX EU Ltd. | BTC-PERP | 0.000000000000000 |
| | | | | | | | | EUR | 9,918.005379808350000 |
| | | | | | | | | FTT | 44.992609000000000 |
| | | | | | | | | USD | 44.357731314369100 |
| 67280 | Name on file | FTX Trading Ltd. | ANC-PERP | 0.000000000000000 | 98040* | Name on file | FTX EU Ltd. | CRO | 39.983800000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | | | ETH | 1.550200000000000 |
| | | | AXS-PERP | 0.000000000000000 | | | | EUR | 117.820000000000000 |
| | | | BTC | 0.000000482534605 | | | | USD | 0.440000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | | | | |
| | | | CEL-PERP | 0.000000000000000 | | | | | |
| | | | CRO | 39.983800000000000 | | | | | |
| | | | DFL | 180.000000000000000 | | | | | |
| | | | ETH | 1.155027522020864 | | | | | |
| | | | ETH-PERP | 0.000000000000000 | | | | | |
| | | | ETHW | 0.598954640000000 | | | | | |
| | | | EUR | 117.815832806987640 | | | | | |
| | | | GMT-PERP | 0.000000000000000 | | | | | |
| | | | GRT-PERP | 0.000000000000000 | | | | | |
| | | | HBAR-PERP | 0.000000000000000 | | | | | |
| | | | ICP-PERP | 0.000000000000000 | | | | | |
| | | | IOTA-PERP | 0.000000000000000 | | | | | |
| | | | JASMY-PERP | 0.000000000000000 | | | | | |
| | | | LINK | 0.000000010000000 | | | | | |
| | | | LINK-PERP | 0.000000000000000 | | | | | |
| | | | LUNA2 | 0.976119379600000 | | | | | |
| | | | LUNA2_LOCKED | 2.277611885500000 | | | | | |
| | | | LUNC-PERP | -0.000000000003637 | | | | | |
| | | | MANA-PERP | 0.000000000000000 | | | | | |
| | | | SHIB-PERP | 0.000000000000000 | | | | | |
| | | | SOL-PERP | 0.000000000000000 | | | | | |
| | | | USD | 0.442890674435210 | | | | | |
| | | | USDT | 0.000000070665668 | | | | | |
| | | | USTC-PERP | 0.000000000000000 | | | | | |
| | | | VET-PERP | 0.000000000000000 | | | | | |
| | | | WAVES-PERP | 0.000000000000000 | | | | | |
| | | | XRP | 0.000000006551655 | | | | | |
| | | | XRP-PERP | 0.000000000000000 | | | | | |
| | | | ZIL-PERP | 0.000000000000000 | | | | | |
| 97864 | Name on file | FTX Trading Ltd. | | Undetermined* | 47397 | Name on file | FTX Trading Ltd. | BNB | 0.100000000000000 |
| | | | | | | | | EUR | 1,322.483791420971709 |
| | | | | | | | | TRX | 0.000001000000000 |
| | | | | | | | | USD | 0.000000039583628 |
| | | | | | | | | USDT | 0.000000009240555 |
| 97755 | Name on file | FTX Trading Ltd. | | Undetermined* | 52200 | Name on file | FTX Trading Ltd. | BNB | 0.066234810000000 |
| | | | | | | | | ETHW | 0.341938440000000 |
| | | | | | | | | EUR | 724.833870525380845 |
| | | | | | | | | TRX | 0.000001000000000 |
| | | | | | | | | USDT | 0.000002801434535 |
| 98084 | Name on file | FTX Trading Ltd. | BTC | 0.000198732700000 | 98221 | Name on file | FTX Trading Ltd. | BTC | 0.000198730000000 |
| | | | FTT | 0.000000005000000 | | | | USD | -5,697.260000000000000 |
| | | | USD | -3,709.691128967273504 | | | | XRP | 16,498.290901110000000 |
| | | | XRP | 16,498.290901116109527 | | | | | |
| 98061 | Name on file | FTX Trading Ltd. | BTC | 3.831649030000000 | 98245 | Name on file | FTX Trading Ltd. | BTC | 3.831649030000000 |
| | | | ETH | 1.499715000000000 | | | | ETH | 1.499715000000000 |
| | | | ETHW | 1.499715000000000 | | | | ETHW | 1.499715000000000 |
| 39054 | Name on file | FTX Trading Ltd. | ETH | 0.000020715000000 | 97578 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | FTM-PERP | 0.000000000000000 | | | | | |
| | | | FTT | 780.117360000000000 | | | | | |
| | | | FTT-PERP | 0.000000000000000 | | | | | |
| | | | SOL | 0.200000000000000 | | | | | |
| | | | SOL-PERP | 0.000000000000000 | | | | | |
| | | | SRM | 10.020865560000000 | | | | | |
| | | | SRM_LOCKED | 117.299134440000000 | | | | | |
| | | | USD | 22,742.725238549390000 | | | | | |
| 18266 | Name on file | FTX Trading Ltd. | BTC | 0.000084220000000 | 98022 | Name on file | FTX Trading Ltd. | BTC | 0.000084220000000 |
| | | | ETH | 0.000775185444770 | | | | ETH | 0.000775510000000 |
| | | | ETHW | 0.000775185444770 | | | | ETHW | 0.000775510000000 |
| | | | FTT | 0.057450700000000 | | | | FTT | 0.057450700000000 |
| | | | | | | | | POC Other Crypto Assertions: LOCKED | |
| | | | LUNA2 | 288.749131900000000 | | | | LUNA2 (LUNA2_LOCKED)v | 673.747974500000000 |
| | | | LUNA2_LOCKED | 673.747974500000000 | | | | LUNA2 | 288.749131900000000 |
| | | | SHIB | 90,820.000000000000000 | | | | SHIB | 90,820.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | | | USD | 0.130000000000000 |
| | | | USD | 0.132868332578861 | | | | USDT | 2.580000000000000 |
| | | | USDT | 2.575297992385045 | | | | XRP | 34,274.543909662025000 |
| | | | XRP | 34,274.543909662025000 | | | | | |
| 97805 | Name on file | FTX Trading Ltd. | | Undetermined* | 97891 | Name on file | FTX Trading Ltd. | | Undetermined* |
| 74817 | Name on file | FTX Trading Ltd. | BNB | 0.000029820000000 | 98203* | Name on file | FTX EU Ltd. | USD | 1,459.210000000000000 |
| | | | DOGE | 1.000000000000000 | | | | | |
| | | | ETH | 0.000928000000000 | | | | | |
| | | | ETH-PERP | 0.000000000000000 | | | | | |
| | | | ETHW | 0.068928000000000 | | | | | |
| | | | NFT (403988917986160943/FTX EU - WE ARE HERE! #42482) | 1.000000000000000 | | | | | |
| | | | NFT (417012115105992483/THE HILL BY FTX #7308) | 1.000000000000000 | | | | | |
| | | | NFT (420108378790331939/FTX CRYPTO CUP 2022 KEY #17979) | 1.000000000000000 | | | | | |
| | | | NFT (535656864401716976/FTX EU - WE ARE HERE! #42384) | | | | | | |
| | | | NFT (568730934515641986/FTX EU - WE ARE HERE! #42193) | 1.000000000000000 | | | | | |
| | | | TRX | 0.437096000000000 | | | | | |
| | | | USD | 0.000000177134410 | | | | | |
| | | | USDT | 1,461.164696589000000 | | | | | |
| 97719 | Name on file | FTX Trading Ltd. | | Undetermined* | 38963 | Name on file | FTX Trading Ltd. | 1INCH-1230 | 34,944.000000000000000 |
| | | | | | | | | 1INCH-PERP | -21,589.000000000000000 |
| | | | | | | | | ADA-PERP | 0.000000000000000 |
| | | | | | | | | APT-PERP | 0.000000000000000 |
| | | | | | | | | ATOM-1230 | 0.000000000000000 |
| | | | | | | | | ATOM-PERP | 0.000000000000341 |
| | | | | | | | | AXS-1230 | 495.900000000000000 |
| | | | | | | | | AXS-PERP | 0.000000000000000 |
| | | | | | | | | BAND | 0.110694380146101 |
| | | | | | | | | BAND-PERP | -0.000000000003637 |
| | | | | | | | | BIT-PERP | 0.000000000000000 |
| | | | | | | | | BNB-PERP | 0.000000000000000 |
| | | | | | | | | BTC | 0.328394368415606 |
| | | | | | | | | BTC-0325 | 0.000000000000397 |
| | | | | | | | | BTC-0624 | -0.000000000000099 |
| | | | | | | | | BTC-0930 | -0.000000000000056 |
| | | | | | | | | BTC-1230 | -3.729999999999950 |
| | | | | | | | | BTC-20210924 | 0.000000000000028 |
| | | | | | | | | BTC-20211231 | 0.000000000000042 |
| | | | | | | | | BTC-PERP | -7.478700000000880 |
| | | | | | | | | BULL | 0.000005405225000 |
| | | | | | | | | CEL-1230 | 276.800000000000000 |
| | | | | | | | | CEL-PERP | -468.000000000000000 |

97162* - Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
97155* - Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Seventh (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims).
98027* - Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
98040* - Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Third (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).
98203* - Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Third (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).
Undetermined* - Indicates claim contains unliquidated and/or undetermined amounts.

| | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | CHZ-PERP | 0.000000000000000 |
| | | | | | | | | DOGE-1230 | 0.000000000000000 |
| | | | | | | | | DOGE-PERP | 0.000000000000000 |
| | | | | | | | | ETH | 2.071808714221427 |
| | | | | | | | | ETH-0325 | -0.000000000000341 |
| | | | | | | | | ETH-0624 | 0.000000000000056 |
| | | | | | | | | ETH-0930 | 0.000000000000483 |
| | | | | | | | | ETH-1230 | 0.000000000001136 |
| | | | | | | | | ETH-20210326 | 0.000000000000000 |
| | | | | | | | | ETH-20210924 | -0.000000000000113 |
| | | | | | | | | ETH-20211231 | -0.000000000000085 |
| | | | | | | | | ETH-PERP | -0.000000000001296 |
| | | | | | | | | ETHW | 19.142615901562106 |
| | | | | | | | | FIDA | 0.500000000000000 |
| | | | | | | | | FLOW-PERP | 0.000000000001818 |
| | | | | | | | | FTT | 50,000.089255930000000 |
| | | | | | | | | FTT-PERP | -50,000.000000000000000 |
| | | | | | | | | GRT | 0.075950000000000 |
| | | | | | | | | GRT-PERP | 0.000000000000000 |
| | | | | | | | | HT-PERP | 0.000000000000000 |
| | | | | | | | | IP3 | 1,518.241210960000000 |
| | | | | | | | | LINK-PERP | 0.000000000000000 |
| | | | | | | | | LRC-PERP | 0.000000000000000 |
| | | | | | | | | LUNA2_LOCKED | 19,021.797080000000000 |
| | | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | | MASK-PERP | 0.000000000000000 |
| | | | | | | | | MATIC | 1,390.017758560000000 |
| | | | | | | | | MATIC-PERP | 0.000000000000000 |
| | | | | | | | | OKB-1230 | 0.000000000000000 |
| | | | | | | | | OKB-PERP | -112.450000000000000 |
| | | | | | | | | OMG-PERP | 0.000000000000000 |
| | | | | | | | | PSY | 5,110.242547930000000 |
| | | | | | | | | SKL-PERP | 0.000000000000000 |
| | | | | | | | | SNX-PERP | 0.000000000000000 |
| | | | | | | | | SOL-PERP | -473.980000000000000 |
| | | | | | | | | SRM | 2,684.434344330000000 |
| | | | | | | | | SRM_LOCKED | 19,865.529684320000000 |
| | | | | | | | | SRM-PERP | 0.000000000000000 |
| | | | | | | | | THETA-PERP | 0.000000000000000 |
| | | | | | | | | TRX | 0.000018000000000 |
| | | | | | | | | UNI-PERP | 0.000000000000000 |
| | | | | | | | | USD | 3,176,870.676630577000000 |
| | | | | | | | | USDT | 0.012363750686989 |
| | | | | | | | | USTC | 0.000000002849244 |
| | | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | | XRP | 0.745812500000000 |
| | | | | | | | | XRP-PERP | 0.000000000000000 |
| 88564 | Name on file | FTX Trading Ltd. | ETHW | 0.000107390000000 | 97414* | Name on file | FTX Trading Ltd. | USD | 3,000.000000000000000 |
| | | | USD | 3,007.000000000000000 | | | | | |
| | | | USDT | 1.914005189250660 | | | | | |
| 54759 | Name on file | Quoine Pte Ltd | BTC | 0.019865880000000 | 98111* | Name on file | Quoine Pte Ltd | | Undetermined* |
| | | | RFOX | 21,350.000000000000000 | | | | | |
| 81494 | Name on file | FTX Trading Ltd. | AAVE | 5.000000000500000 | 97671 | Name on file | FTX Trading Ltd. | AAVE | 5.000000000000000 |
| | | | AAVE-PERP | -0.000000000000014 | | | | ETH | 1.853000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | | | FTT | 50.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | | LUNC | 500,000.000000000000000 |
| | | | AUDIO-PERP | 1,121.000000000000000 | | | | WAVES | 681.380000000000000 |
| | | | AVAX | 0.000000003390093 | | | | | |
| | | | BADGER | 0.000000007000000 | | | | | |
| | | | BCH-PERP | 0.000000000000000 | | | | | |
| | | | BNB-PERP | 0.000000000000002 | | | | | |
| | | | BTC | 0.000000008621526 | | | | | |
| | | | BTC-PERP | 0.000000000000000 | | | | | |
| | | | CAKE-PERP | 0.000000000000000 | | | | | |
| | | | CEL-PERP | 200.000000000000000 | | | | | |
| | | | COMP | 0.000000001750000 | | | | | |
| | | | COMP-PERP | 0.000000000000000 | | | | | |
| | | | CRO | 0.000000004240000 | | | | | |
| | | | DOGE-PERP | 0.000000000000000 | | | | | |
| | | | DOT-PERP | 0.000000000000000 | | | | | |
| | | | ETH | 1.852999999562880 | | | | | |
| | | | ETH-PERP | 0.000000000000000 | | | | | |
| | | | ETHW | 1.000000000027254 | | | | | |
| | | | FIL-PERP | 0.000000000000000 | | | | | |
| | | | FTM | 0.000000009266304 | | | | | |
| | | | FTM-PERP | 0.000000000000000 | | | | | |
| | | | FTT | 50.089848157422345 | | | | | |
| | | | FTT-PERP | 0.000000000000000 | | | | | |
| | | | GRT-PERP | 0.000000000000000 | | | | | |
| | | | ICP-PERP | 100.000000000000000 | | | | | |
| | | | KBTT-PERP | 0.000000000000000 | | | | | |
| | | | KSM-PERP | 0.000000000000014 | | | | | |
| | | | LINK-PERP | 0.000000000000000 | | | | | |
| | | | LTC | 0.000000008910678 | | | | | |
| | | | LTC-PERP | 0.000000000000000 | | | | | |
| | | | LUNA2 | 7.015208418000000 | | | | | |
| | | | LUNA2_LOCKED | 16.368819640000000 | | | | | |
| | | | LUNC | 500,000.000000000000000 | | | | | |
| | | | LUNC-PERP | 0.000000000000000 | | | | | |
| | | | MATIC | 0.000000002415000 | | | | | |
| | | | MATIC-PERP | 0.000000000000000 | | | | | |
| | | | RAY-PERP | 0.000000000000000 | | | | | |
| | | | REN-PERP | 0.000000000000000 | | | | | |
| | | | ROOK | 0.000000005100000 | | | | | |
| | | | ROOK-PERP | 0.000000000000000 | | | | | |
| | | | RUNE-PERP | 1,000.000000000000000 | | | | | |
| | | | SOL | 0.000000005566676 | | | | | |
| | | | SOL-PERP | -90.000000000000000 | | | | | |
| | | | SUSHI-PERP | 0.000000000000000 | | | | | |
| | | | TOMO-PERP | 0.000000000000000 | | | | | |
| | | | UNI-PERP | -0.000000000000007 | | | | | |
| | | | USD | -489.970959365026260 | | | | | |
| | | | USDT | 1.741600200953870 | | | | | |
| | | | USTC | 668.000000000000000 | | | | | |
| | | | WAVES | 681.389747820481600 | | | | | |
| | | | WAVES-PERP | 0.000000000000000 | | | | | |
| | | | WBTC | 0.000000002800000 | | | | | |
| | | | YFI | 0.000000001747693 | | | | | |
| | | | YFI-PERP | 0.000000000000000 | | | | | |
| | | | YFI-PERP | 0.000000000000000 | | | | | |
| 97727 | Name on file | FTX Trading Ltd. | | Undetermined* | 86472 | Name on file | FTX Trading Ltd. | BNB | 0.000000003074000 |
| | | | | | | | | LINK | 800.847810000000000 |
| | | | | | | | | USD | 0.339838191750000 |
| | | | | | | | | ZRX | 5,058.040880000000000 |
| 97928 | Name on file | FTX Trading Ltd. | | Undetermined* | 97929 | Name on file | FTX Trading Ltd. | | Undetermined* |
| 97910 | Name on file | West Realm Shires Inc. | | Undetermined* | 14585 | Name on file | West Realm Shires Services Inc. | AVAX | 18.542116680000000 |
| | | | | | | | | BF_POINT | 100.000000000000000 |
| | | | | | | | | BTC | 0.001552690000000 |
| | | | | | | | | DOGE | 23,342.765263020000000 |
| | | | | | | | | ETH | 0.180942100000000 |
| | | | | | | | | LINK | 20.333582160000000 |
| | | | | | | | | SHIB | 77,084,641.829377070000000 |
| | | | | | | | | USD | 0.000606586687636 |
| 97532 | Name on file | FTX Trading Ltd. | | Undetermined* | 97533* | Name on file | FTX Trading Ltd. | DOGE | 1.000000000000000 |
| | | | | | | | | ETH | 2.344500000000000 |
| | | | | | | | | ETHW | 2.343600000000000 |
| | | | | | | | | TRX | 1.000000000000000 |
| 52966 | Name on file | FTX Trading Ltd. | USDT | 275.000000000000000 | 97851 | Name on file | FTX Trading Ltd. | | Undetermined* |
| 97187 | Name on file | FTX Trading Ltd. | | Undetermined* | 97382 | Name on file | West Realm Shires Services Inc. | USD | 0.000000000000000 |
| 97544 | Name on file | FTX Trading Ltd. | BTC | | 97546* | Name on file | FTX Trading Ltd. | BTC | 0.000000000000000 |
| 97535 | Name on file | FTX Trading Ltd. | | Undetermined* | 98185 | Name on file | West Realm Shires Services Inc. | BTC | 2.800573500000000 |
| | | | | | | | | ETH | 2.998000000000000 |
| 86443 | Name on file | FTX Trading Ltd. | AAPL | 0.000000001735540 | 97496* | Name on file | FTX Trading Ltd. | BNB | 0.090000000000000 |
| | | | AAVE | 0.000000006054471 | | | | SRM | 0.244115680000000 |
| | | | ALGO-PERP | 0.000000000000000 | | | | USDC | 1,005.510000000000000 |
| | | | ALPHA-PERP | 0.000000000000000 | | | | | |
| | | | ALT-PERP | -0.000000000000002 | | | | | |
| | | | APE | 0.000000005000000 | | | | | |
| | | | ATOM-PERP | 0.000000000000000 | | | | | |
| | | | AVAX | 0.000000008041833 | | | | | |
| | | | AVAX-20211231 | 0.000000000000000 | | | | | |
| | | | AXS-PERP | 0.000000000000085 | | | | | |
| | | | BADGER-PERP | 0.000000000000000 | | | | | |
| | | | BAND-PERP | 0.000000000000056 | | | | | |
| | | | BNB | 0.090000008145987 | | | | | |
| | | | BNB-PERP | 0.000000000000000 | | | | | |
| | | | BTC | 0.000000004961078 | | | | | |
| | | | BTC-MOVE-20200608 | 0.000000000000000 | | | | | |
| | | | BTC-PERP | 0.000000000000000 | | | | | |
| | | | COMP-PERP | -0.000000000000009 | | | | | |
| | | | CREAM-PERP | 0.000000000000007 | | | | | |
| | | | DAI | 0.000000003392790 | | | | | |
| | | | DEFI-PERP | 0.000000000000000 | | | | | |
| | | | DOGE-PERP | 0.000000000000000 | | | | | |
| | | | DRGN-PERP | 0.000000000000000 | | | | | |
| | | | ETH | 0.000000007267169 | | | | | |
| | | | ETH-PERP | 0.000000000000000 | | | | | |
| | | | FIDA | 0.000000006867920 | | | | | |
| | | | FLM-PERP | 5,432.000000000000000 | | | | | |
| | | | FTM | 0.000000006465860 | | | | | |
| | | | FTT | 0.000000010222261 | | | | | |
| | | | FTT-PERP | 0.000000000000000 | | | | | |
| | | | HT-PERP | 0.000000000000000 | | | | | |
| | | | KNC-PERP | 0.000000000000000 | | | | | |
| | | | KSHIB-PERP | 0.000000000000000 | | | | | |
| | | | KSM-PERP | 0.000000000000000 | | | | | |
| | | | LEND-PERP | 0.000000000000000 | | | | | |
| | | | LINK-PERP | 0.000000000000007 | | | | | |
| | | | LTC-PERP | 0.000000000000000 | | | | | |
| | | | LUA | 0.000000009538694 | | | | | |
| | | | MATIC-PERP | 0.000000000000000 | | | | | |
| | | | MID-PERP | 0.000000000000000 | | | | | |
| | | | OMG-PERP | 0.000000000000000 | | | | | |
| | | | ONE-PERP | 0.000000000000000 | | | | | |
| | | | OXY-PERP | 0.000000000000000 | | | | | |
| | | | PRIV-PERP | 0.000000000000000 | | | | | |
| | | | RAY | 0.000000006668281 | | | | | |
| | | | RSR | 0.000000002170116 | | | | | |

97314* - Surviving Claim included as the claim to be modified subject to the Debtors. One Hundred Forty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
98111* - Surviving Claim included as a claim to be modified subject to the Debtors. One Hundred Forty-Seventh (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims)
97533* - Surviving Claim included as a claim to be modified subject to the Debtors. One Hundred Forty-Third (Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
97546* - Surviving Claim included as a claim to be modified subject to the Debtors. One Hundred Forty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
Undetermined* - Indicates claim contains unliquidated and/or undetermined amounts

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | RSR-PERP | 0.000000000000000 | | | | | |
| | | | RUNE-PERP | 0.000000000000000 | | | | | |
| | | | SECO-PERP | 0.000000000000000 | | | | | |
| | | | SHIB-PERP | 0.000000000000000 | | | | | |
| | | | SHIT-PERP | 0.000000000000000 | | | | | |
| | | | SLP-PERP | 0.000000000000000 | | | | | |
| | | | SOL | 0.001097200130732 | | | | | |
| | | | SOL-PERP | 0.000000000000000 | | | | | |
| | | | SRM | 0.244115680000000 | | | | | |
| | | | SRM_LOCKED | 1.414029810000000 | | | | | |
| | | | SRM-PERP | 0.000000000000000 | | | | | |
| | | | SUSHI-PERP | 0.000000000000000 | | | | | |
| | | | SXP-PERP | 0.000000000000000 | | | | | |
| | | | TRX-PERP | 0.000000000000000 | | | | | |
| | | | USD | 1,005.513210021306000 | | | | | |
| | | | USDT | 0.000000197197142 | | | | | |
| | | | XRP-PERP | 0.000000000000000 | | | | | |
| | | | XTZ-PERP | 0.000000000000000 | | | | | |
| | | | ZEC-PERP | 0.000000000000000 | | | | | |
| 57698 | Name on file | FTX Trading Ltd. | EUR | 1.050000000000000 | 97386 | Name on file | FTX Trading Ltd. | SOL | 14.440000000000000 |
| | | | SOL | 14.440000000000000 | | | | TRX | 0.000001000000000 |
| | | | USD | 1,055.180000000000000 | | | | USD | 1,055.180000000000000 |
| | | | | | | | | USDT | 1.050000000000000 |
| 3089 | Name on file | FTX Trading Ltd. | BNB | 1.000000000200000 | 97768 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | BTC | 0.000000000044820 | | | | | |
| | | | ETH | 1.001000000000000 | | | | | |
| | | | ETHW | 0.500000000000000 | | | | | |
| | | | FTT | 30.199316000000000 | | | | | |
| | | | NEAR | 350.000000000000000 | | | | | |
| | | | SOL | 14.040000000000000 | | | | | |
| | | | USDT | 0.122387158700576 | | | | | |
| 94765 | Name on file | FTX Trading Ltd. | ATOM | 11.000000000000000 | 97588 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | GBP | 200.000000000000000 | | | | | |
| | | | RAY | 150.000000000000000 | | | | | |
| 88030 | Name on file | FTX Trading Ltd. | BTC | 0.133445020000000 | 98404 | Name on file | FTX Trading Ltd. | BTC | 0.133445020000000 |
| | | | FTT | 1,098.800000000000000 | | | | FTT | 1.098800000000000 |
| | | | SOL | 0.000676008188000 | | | | SOL | 0.000676000000000 |
| | | | USD | 0.128501579804071 | | | | USD | 0.130000000000000 |
| | | | XRP | 0.000000000557687 | | | | | |
| 98403 | Name on file | FTX Trading Ltd. | BTC | 13,344,502.000000000000000 | 98404 | Name on file | FTX Trading Ltd. | BTC | 0.133445020000000 |
| | | | FTT | 1.098800000000000 | | | | FTT | 1.098800000000000 |
| | | | SOL | 676.000000000000000 | | | | SOL | 0.000676000000000 |
| | | | USD | 13.000000000000000 | | | | USD | 0.130000000000000 |
| 72437 | Name on file | FTX Trading Ltd. | CHZ | 60.000000000000000 | 98214* | Name on file | FTX Trading Ltd. | | Undetermined* |
| 600 | Name on file | FTX Trading Ltd. | USD | 4,000.000000000000000 | 97698* | Name on file | FTX Trading Ltd. | | |
| 97697 | Name on file | FTX Trading Ltd. | | Undetermined* | 97698* | Name on file | FTX Trading Ltd. | | Undetermined* |
| 93767 | Name on file | FTX Trading Ltd. | NFT (4242254369678136696/ENTRANCE VOUCHER #2998) | 1.000000000000000 | 98256 | Name on file | FTX Trading Ltd. | POC Other NFT Assertions: ENTRANCE VOUCHER | 1.000000000000000 |
| | | | NFT (5320362100527000095/RAINBOW #294) | 1.000000000000000 | | | | POC Other NFT Assertions: RAINBOW #294 | 1.000000000000000 |
| 29477 | Name on file | FTX Trading Ltd. | ADA | 287.000000000000000 | 97679 | Name on file | FTX Trading Ltd. | ALGO | 369.000000000000000 |
| | | | ALGO | 369.000000000000000 | | | | BTC | 0.046900000000000 |
| | | | BTC | 0.046900000000000 | | | | ETH | 0.178033679292521 |
| | | | ETH | 0.178033679292521 | | | | ETHW | 0.000000009203477 |
| | | | ETHW | 0.000000009203477 | | | | EUR | 144.445918090000000 |
| | | | EUR | 144.445918090000000 | | | | SOL | 8.600000000000000 |
| | | | SOL | 8.600000000000000 | | | | USD | -36.096995570686016 |
| | | | USD | -36.096995570686016 | | | | USDT | 10.000000000000000 |
| | | | USDT | 10.000000000000000 | | | | | |
| 24667 | Name on file | FTX Trading Ltd. | AVAX | 3.996200000000000 | 97470* | Name on file | FTX Trading Ltd. | AVAX | 56.710000000000000 |
| | | | BTC | 0.001698835000000 | | | | BTC | 28.650000000000000 |
| | | | SOL | 3.996200000000000 | | | | SOL | 64.930000000000000 |
| | | | USD | 529.227191413600000 | | | | USD | 529.230000000000000 |
| 97884 | Name on file | FTX Trading Ltd. | | Undetermined* | 16880 | Name on file | FTX Trading Ltd. | ADA-PERP | 0.000000000000000 |
| | | | | | | | | APE-PERP | 0.000000000000000 |
| | | | | | | | | AVAX-PERP | 0.000000000000000 |
| | | | | | | | | BNB-PERP | 0.000000000000000 |
| | | | | | | | | BTC | 0.038800000000000 |
| | | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | | DOGE | 15,622.078000000000000 |
| | | | | | | | | DYDX | 163.600000000000000 |
| | | | | | | | | EGLD-PERP | 0.000000000000000 |
| | | | | | | | | ETH | 0.399000000000000 |
| | | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | ETHW | 0.399000000000000 |
| | | | | | | | | EUR | 0.000000007093359 |
| | | | | | | | | FTM | 3,761.034070000000000 |
| | | | | | | | | FTM-PERP | 0.000000000000000 |
| | | | | | | | | FTT | 0.336846413141864 |
| | | | | | | | | GALA | 7,800.000000000000000 |
| | | | | | | | | GARI | 294.000000000000000 |
| | | | | | | | | GLMR-PERP | 0.000000000000000 |
| | | | | | | | | GMT | 105.000000000000000 |
| | | | | | | | | LINK | 85.492480000000000 |
| | | | | | | | | LINK-PERP | 0.000000000000000 |
| | | | | | | | | MASK | 78.984900000000000 |
| | | | | | | | | MATIC-PERP | 0.000000000000000 |
| | | | | | | | | NEAR | 300.900000000000000 |
| | | | | | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | RAY | 270.955099160000000 |
| | | | | | | | | RNDR | 1,593.200000000000000 |
| | | | | | | | | RNDR-PERP | 0.000000000000000 |
| | | | | | | | | RUNE-PERP | 0.000000000000000 |
| | | | | | | | | SOL | 14.179092000000000 |
| | | | | | | | | SOL-PERP | -0.000000000000053 |
| | | | | | | | | SRM | 836.184664860000000 |
| | | | | | | | | SRM_LOCKED | 4.859068340000000 |
| | | | | | | | | THETA-PERP | 0.000000000000000 |
| | | | | | | | | UNI-PERP | 0.000000000000000 |
| | | | | | | | | USD | 640.882568864992200 |
| | | | | | | | | USDT | 0.000000001738432 |
| | | | | | | | | VET-PERP | 0.000000000000000 |
| 97909 | Name on file | FTX Trading Ltd. | | Undetermined* | 71036 | Name on file | FTX Trading Ltd. | ADA-PERP | 0.000000000000000 |
| | | | | | | | | APE-PERP | 0.000000000000000 |
| | | | | | | | | AVAX-PERP | 0.000000000000000 |
| | | | | | | | | AXS-PERP | 0.000000000000000 |
| | | | | | | | | BNB | 0.000000005878500 |
| | | | | | | | | BTC | 0.052416426691456 |
| | | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | | CEL-PERP | 0.000000000000000 |
| | | | | | | | | DOGE | 181.936260141503900 |
| | | | | | | | | DOT-PERP | 0.000000000000000 |
| | | | | | | | | ETH | 0.526051092166860 |
| | | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | ETHW | 0.346038577862010 |
| | | | | | | | | FTM | 12.975858946480463 |
| | | | | | | | | FTM-PERP | 0.000000000000000 |
| | | | | | | | | GAL-PERP | 0.000000000000000 |
| | | | | | | | | IOTA-PERP | 0.000000000000000 |
| | | | | | | | | KNC-PERP | 0.000000000000000 |
| | | | | | | | | LINK | 6.512607380697780 |
| | | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | | MANA | 75.031216144713600 |
| | | | | | | | | MANA-PERP | 0.000000000000000 |
| | | | | | | | | OMG | 2.069013966977700 |
| | | | | | | | | RAY | 93.343070137842350 |
| | | | | | | | | SAND | 19.041146957715200 |
| | | | | | | | | SAND-PERP | 0.000000000000000 |
| | | | | | | | | SHIB-PERP | 0.000000000000000 |
| | | | | | | | | SOL | 8.737169549277590 |
| | | | | | | | | SOL-PERP | 0.000000000000000 |
| | | | | | | | | SRM | 0.002272810000000 |
| | | | | | | | | SRM_LOCKED | 0.013993640000000 |
| | | | | | | | | SRM-PERP | 0.000000000000000 |
| | | | | | | | | TRU | 30.267330880000000 |
| | | | | | | | | TRU-PERP | 0.000000000000000 |
| | | | | | | | | TRX | 251.794827255128330 |
| | | | | | | | | TRX-PERP | 0.000000000000000 |
| | | | | | | | | USD | 1,383.350116449192200 |
| | | | | | | | | USDT-PERP | 0.000000000000000 |
| | | | | | | | | XEM-PERP | 0.000000000000000 |
| | | | | | | | | XRP | 272.813788436651300 |
| | | | | | | | | XRP-PERP | 0.000000000000000 |
| 97714 | Name on file | FTX Trading Ltd. | | Undetermined* | 84876 | Name on file | FTX Trading Ltd. | ALGO | 0.000000002449599 |
| | | | | | | | | ALTHEDGE | 0.000000002550000 |
| | | | | | | | | AMD | 0.000000000600000 |
| | | | | | | | | AMZNPRE | 0.000000002600000 |
| | | | | | | | | APE | 0.193142006370499 |
| | | | | | | | | ATOM | 2.876820680000000 |
| | | | | | | | | AUDIO | 0.891280000000000 |
| | | | | | | | | BAO | 999,516.160000000000000 |
| | | | | | | | | BAT | 1.997660000000000 |
| | | | | | | | | BNB | 0.009919002000000 |
| | | | | | | | | BTC | 0.085732879619812 |
| | | | | | | | | CHZ | 0.000000006146464 |
| | | | | | | | | COMP | 0.000000006000000 |
| | | | | | | | | CVX | 0.668014000000000 |
| | | | | | | | | DENT | 139.195280000000000 |
| | | | | | | | | DOGE | 0.784000001288149 |
| | | | | | | | | DOT | 0.474152000000000 |
| | | | | | | | | DYDX | 11.822654005348350 |
| | | | | | | | | ENS | 0.008569000000000 |
| | | | | | | | | ETH | 0.004165375122780 |
| | | | | | | | | ETHW | 0.000000004208935 |
| | | | | | | | | FTT | 17.622120782098560 |
| | | | | | | | | GOOGL | 0.000000001000000 |
| | | | | | | | | GOOGLPRE | 0.000000001700000 |
| | | | | | | | | HNT | 0.971290000000000 |
| | | | | | | | | LINK | 7.586956040000000 |
| | | | | | | | | LTC | 0.177800319754383 |
| | | | | | | | | LUNA2 | 0.461362414000000 |
| | | | | | | | | LUNA2_LOCKED | 1.076512299000000 |
| | | | | | | | | LUNC | 100,000.009178249000000 |
| | | | | | | | | MATH | 1.771424000000000 |
| | | | | | | | | MATIC | 17.453260001497370 |
| | | | | | | | | MKR | 0.002908020000000 |
| | | | | | | | | NFLX | 0.000000001000000 |
| | | | | | | | | OKB | 0.592134000000000 |

98214* - Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Seventh (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims)
97698* - Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Fourth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims)
97470* - Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
Undetermined* - Indicates claim contains unliquidated and/or undetermined amounts.

| | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | PAXG | 0.000000002180000 |
| | | | | | | | | RNDR | 8.317110000000000 |
| | | | | | | | | SHIB | 3,842,409.618000009600000 |
| | | | | | | | | SKL | 0.658482400000000 |
| | | | | | | | | SOL | 0.000000007983473 |
| | | | | | | | | SPY | 0.000000004100000 |
| | | | | | | | | SRM | 3.904072600000000 |
| | | | | | | | | SUSHI | 0.000000002827814 |
| | | | | | | | | USD | 170.142288299499770 |
| | | | | | | | | USDT | 0.000000002080180 |
| | | | | | | | | VGX | 1.000000000000000 |
| | | | | | | | | XAUT | 0.000000007490000 |
| | | | | | | | | XRP | 4,564.226615405879000 |
| | | | | | | | | ZRX | 0.943120000000000 |
| 84404 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000004938507 | 97455 | Name on file | West Realm Shires Services Inc. | USD | 40.910000000000000 |
| | | | ETHW | 0.001006490000000 | | | | USDT | 23,604.481649000000000 |
| | | | USD | 40.907686380207110 | | | | | |
| | | | USDT | 23,604.481649000000000 | | | | | |
| 97918 | Name on file | FTX Trading Ltd. | | Undetermined* | 80208 | Name on file | FTX Trading Ltd. | BTC | 0.061192480000000 |
| | | | | | | | | CRO | 689.906900000000000 |
| | | | | | | | | ETH | 1.281941862000000 |
| | | | | | | | | ETHW | 1.281941862000000 |
| | | | | | | | | FTT | 0.032964970000000 |
| | | | | | | | | MANA | 144.950410000000000 |
| | | | | | | | | SLP | 3,409.420000000000000 |
| | | | | | | | | SOL | 0.570000000000000 |
| 48011 | Name on file | FTX Trading Ltd. | POC Other NFT Assertions: AC #2 (518691246935859400)APE ART #135 (466274421002634000) 1 1 RARE ART #3 (388673505768869500) | | 98094 | Name on file | FTX Trading Ltd. | | |
| | | | | | | | | POC Other NFT Assertions: 362825801901881896 | 1.000000000000000 |
| | | | | | | | | POC Other NFT Assertions: 368157806951237244 | 1.000000000000000 |
| | | | AKRO | 1.000000000000000 | | | | POC Other NFT Assertions: 388673505768869474 | 1.000000000000000 |
| | | | BAO | 2.000000000000000 | | | | POC Other NFT Assertions: 466274421002633997 | |
| | | | | | | | | 512735666145412595 | |
| | | | CAD | 0.002245313486237 | | | | 518691246935859421 | 3.000000000000000 |
| | | | KIN | 1.000000000000000 | | | | AKRO | 1.000000000000000 |
| | | | NFT (362825801901881896/MAGIC OF COLOR #5 | 1.000000000000000 | | | | BAO | 2.000000000000000 |
| | | | NFT (368157806951237244/SWEET OWL SERIES#4) | 1.000000000000000 | | | | CAD | 0.002245313486237 |
| | | | NFT (512735666145412595/MAGIC OF COLOR #4) | 1.000000000000000 | | | | KIN | 1.000000000000000 |
| | | | SAND | 465.331925677444250 | | | | SAND | 465.331925677444250 |
| | | | SPELL | 11,490.163607037122000 | | | | SPELL | 1,149.163607037123215 |
| | | | UBXT | 1.000000000000000 | | | | USD | 1.000000000000000 |
| | | | USD | 18.827888123405884 | | | | USD | 18.827888123405883 |
| 82480 | Name on file | FTX Trading Ltd. | ETH | 0.761000000000000 | 97692 | Name on file | FTX EU Ltd. | ETH | 0.000000000000000 |
| | | | USD | 1.251448640000000 | | | | USD | 17.250000000000000 |
| | | | | | | | | POC Other Crypto Assertions: VOYAGER TOKEN | 0.000000000000000 |
| | | | VGX | 654.000000000000000 | | | | | |
| 419 | Name on file | FTX Europe AG | USD | 7,881.600000000000000 | 88603 | Name on file | FTX EU Ltd. | BTC-PERP | 0.000000000000000 |
| | | | | | | | | DOGE | 95,066.049924898200000 |
| | | | | | | | | USD | 0.000062858342562 |
| 97831 | Name on file | FTX Trading Ltd. | | Undetermined* | 39720 | Name on file | FTX Trading Ltd. | AAVE-PERP | 0.000000000000000 |
| | | | | | | | | ADA-PERP | 0.000000000000000 |
| | | | | | | | | ANC-PERP | 0.000000000000000 |
| | | | | | | | | APE-PERP | 0.000000000000000 |
| | | | | | | | | AVAX-PERP | -0.000000000001364 |
| | | | | | | | | BNB | 0.001098090000000 |
| | | | | | | | | BNB-PERP | -0.000000000000014 |
| | | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | | CRV-PERP | 0.000000000000000 |
| | | | | | | | | ETC-PERP | 0.000000000000000 |
| | | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | FTM-PERP | 0.000000000000000 |
| | | | | | | | | FTT | 150.000000000000000 |
| | | | | | | | | FTT-PERP | 0.000000000000000 |
| | | | | | | | | GALA-PERP | 0.000000000000000 |
| | | | | | | | | GLMR-PERP | 0.000000000000000 |
| | | | | | | | | GMT-PERP | 0.000000000000000 |
| | | | | | | | | GST-PERP | 0.000000000000000 |
| | | | | | | | | IMX-PERP | 0.000000000000000 |
| | | | | | | | | JASMY-PERP | 0.000000000000000 |
| | | | | | | | | LDO-PERP | 0.000000000000000 |
| | | | | | | | | LINK-PERP | 0.000000000000000 |
| | | | | | | | | LOOKS-PERP | 0.000000000000000 |
| | | | | | | | | LUNA2 | 0.000000247785523 |
| | | | | | | | | LUNA2_LOCKED | 0.000000057832889 |
| | | | | | | | | LUNC | 0.005397100000000 |
| | | | | | | | | LUNC-PERP | 0.000000000000341 |
| | | | | | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | OP-PERP | 0.000000000000000 |
| | | | | | | | | PEOPLE-PERP | 0.000000000000000 |
| | | | | | | | | RNDR-PERP | 0.000000000000000 |
| | | | | | | | | SNX-PERP | -0.000000000000909 |
| | | | | | | | | SOL-PERP | -0.000000000000056 |
| | | | | | | | | TRX | 0.000001000000000 |
| | | | | | | | | USD | 99,085.526136044400000 |
| | | | | | | | | USDT | 0.000000006114329 |
| | | | | | | | | USTC-PERP | 0.000000000000000 |
| | | | | | | | | WAVES-PERP | 0.000000000000000 |
| 31298 | Name on file | West Realm Shires Services Inc. | DOGE | 0.000000010000000 | 98150 | Name on file | FTX Trading Ltd. | BTC | 0.170166390000000 |
| | | | ETH | 0.000014750000000 | | | | USD | 1,449.320000000000000 |
| | | | SHIB | 8.000000000000000 | | | | | |
| | | | SOL | 0.000159180000000 | | | | | |
| | | | TRX | 2.000000000000000 | | | | | |
| | | | USD | 1,933.700000000000000 | | | | | |
| 35218 | Name on file | FTX Trading Ltd. | FTT | 157.000000000000000 | 97499 | Name on file | FTX Trading Ltd. | USD | 7,166.620000000000000 |
| | | | USD | 7,166.620000000000000 | | | | | |
| 90816 | Name on file | Quoine Pte Ltd | BTC | 0.000148290000000 | 97989* | Name on file | Quoine Pte Ltd | | Undetermined* |
| | | | CHI | 10,725.000000000000000 | | | | | |
| | | | FANZ | 160.000000000000000 | | | | | |
| 97994 | Name on file | FTX Trading Ltd. | | Undetermined* | 97995* | Name on file | FTX Trading Ltd. | DOGE | 0.000000000000000 |
| | | | | | | | | TRX | 0.000000000000000 |
| 72399 | Name on file | West Realm Shires Services Inc. | USD | 12,000.000000000000000 | 97369 | Name on file | FTX Trading Ltd. | USD | 10,326.940000000000000 |
| 32281 | Name on file | FTX Trading Ltd. | BTC | 0.067946340000000 | 97443 | Name on file | FTX Trading Ltd. | BTC | 0.067946340000000 |
| | | | ETH | 1.697778990000000 | | | | ENS | 6.046583070000000 |
| | | | USD | 8,174.900000000000000 | | | | ETH | 1.697778990000000 |
| | | | USDT | 4,830.850000000000000 | | | | IMX | 15.600000000000000 |
| | | | | | | | | MANA | 263.000000000000000 |
| | | | | | | | | USD | 8,174.900000000000000 |
| | | | | | | | | USDT | 4,830.850000000000000 |

87897 - Surviving Claim included as the claim to be modified subject to the Debtors' One Hundred Forty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
87895* - Surviving Claim included as the claim to be reduced subject to the Debtors' One Hundred Forty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts.