# SCHEDULE 1

**No Liability Claims**

FTX Trading Ltd. 22-11068 (KBO)
One Hundred Forty-Eighth Omnibus Claims Objection
Schedule 1 - No Liability Claims

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 97184 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96731 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: MR. ABED IS A VICTIM OF A PIG BUTCHERING SCAM. WE TRACED HIS STOLEN ASSETS TO YOUR EXCHANGE WHICH WERE DEPOSITED AT ######## (TRANSACTION # ID: ########) | |
| | | | USDT | 199,900.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97235 | Name on file | FTX EU Ltd. | EUR | 9,229.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96846 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: ######## (TRANSACTION # ID: ########; ########) | |
| | | | POC Other Crypto Assertions: ######## (TRANSACTION # ID: ########) | |
| | | | POC Other Crypto Assertions: ########  (TRANSACTION # ID: ########  ; ######## ) | |
| | | | POC Other Crypto Assertions: MR. BENMOHAMED IS A VICTIM OF A PIG BUTCHERING SCAM. WE TRACED HIS STOLEN ASSETS TO YOUR EXCHANGE WHICH WERE DEPOSITED AT ########  (TRANSACTION # ID: ########) | |
| | | | USDT | 1,499,651.690000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96715 | Name on file | FTX Trading Ltd. | USD | 103,397.408863370000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96935 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97262 | Name on file | FTX Trading Ltd. | BRZ | 0.187100000000000 |
| | | | USDC | 1.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96847 | Name on file | FTX Trading Ltd. | USDT | 270,000.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97387 | Name on file | FTX Trading Ltd. | APE | |
| | | | ATLAS | |
| | | | BNB | |
| | | | BTC | |
| | | | DOT | |
| | | | ETH | |
| | | | SUSHI | |
| | | | USD | 18,000.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97396 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96909 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 94288 | Name on file | FTX Trading Ltd. | USD | 250.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97116 | Name on file | FTX Trading Ltd. | USDT | 10,000.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97401 | Name on file | FTX Trading Ltd. | USD | 65,000.000000000000000 |
| | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 96997 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | | |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96856 | Name on file | FTX Trading Ltd. | BULL | 1.000000000000000 |
| | | | USD | 110,000.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 97114 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 97378 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96848 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: MS. HO IS A VICTIM OF A PIG BUTCHERING SCAM. WE TRACED HER STOLEN ASSETS TO YOUR EXCHANGE WHICH WERE DEPOSITED AT ######## (TRANSACTION # ID: ######## ) | |
| | | | USDT | 500,000.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96971 | Name on file | FTX Trading Ltd. | BTC | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96979 | Name on file | FTX Trading Ltd. | BTC | 0.055600000000000 |
| | | | ETH | 2.756600000000000 |
| | | | LUNC | 60,000.000000000000000 |
| | | | SOL | 175.000000000000000 |
| | | | USD | 950.000000000000000 |
| | | | USDC | 139.600000000000000 |
| | | | USDT | 221.400000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 97445 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 97093 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 97651 | Name on file | FTX Trading Ltd. | BTC | 1.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96795 | Name on file | FTX Trading Ltd. | USD | 25,000.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96996 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96710 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96881 | Name on file | FTX Trading Ltd. | | Undetermined* |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 97286 | Name on file | FTX Trading Ltd. | ATOM | 560.000000000000000 |
| | | | AVAX | 35.000000000000000 |
| | | | BTC | 6.300000000000000 |
| | | | BULL | 13.000000000000000 |
| | | | DOGE | 1,060,000.000000000000000 |
| | | | ETH | 6.000000000000000 |
| | | | LINK | 1,015.000000000000000 |
| | | | USD | 7,000.000000000000000 |
| | | | XRP | 13.000000000000000 |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96713 | Name on file | FTX Trading Ltd. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | **Asserted Claims** | | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96993 | Name on file | FTX Trading Ltd. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97452 | Name on file | FTX EU Ltd. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97340 | Name on file | FTX Trading Ltd. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 98011 | Name on file | FTX Trading Ltd. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96892 | Name on file | FTX Trading Ltd. | USD | 8,000.000000000000000 |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97128 | Name on file | FTX Trading Ltd. | USD | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97234 | Name on file | FTX Trading Ltd. | USDT | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96968 | Name on file | FTX Trading Ltd. | CAD | 4,895.000000000000000 |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96712 | Name on file | FTX Trading Ltd. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97255 | Name on file | FTX Trading Ltd. | SOL | 26.400000000000000 |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97123 | Name on file | FTX Trading Ltd. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 79131 | Name on file | FTX Trading Ltd. | ETHBULL | 9.500000000000000 |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96831 | Name on file | FTX Trading Ltd. | AAVE | 10.000000000000000 |
| | | | BTC | 12.000000000000000 |
| | | | BULL | 3.000000000000000 |
| | | | ETH | 10.000000000000000 |
| | | | ETHBULL | 1.000000000000000 |
| | | | FTT | 100.000000000000000 |
| | | | LINK | 30.000000000000000 |
| | | | USD | 550.000000000000000 |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 96900 | Name on file | FTX Trading Ltd. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97113 | Name on file | FTX Trading Ltd. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97634 | Name on file | FTX Trading Ltd. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97687 | Name on file | West Realm Shires Services Inc. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97493 | Name on file | FTX Trading Ltd. | | Undetermined* |
|  | Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | |
| 97188 | Name on file | FTX Trading Ltd. | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 97031 | Name on file | FTX Trading Ltd. | 1INCH | 1.029506177576000 |
| | | | AXS | 6.190514452833973 |
| | | | BTC | 0.000000013048600 |
| | | | DOGE | 7.000000000000000 |
| | | | ETH | 7.506700030570240 |
| | | | ETHW | 0.015741333918640 |
| | | | LUNA2 | 0.000000019502299 |
| | | | MATIC | 9.989982006892348 |
| | | | SAND | 37,742.158740000000000 |
| | | | SGD | 0.000000012249269 |
| | | | SOL | 3.022112972405158 |
| | | | TRX | 200.997200000000000 |
| | | | USD | 10.306173649272977 |
| | | | USDC | 136,547.720956240000000 |
| | | | USDT | 0.000000017429700 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| 97294 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts