## SCHEDULE 2

**No Liability Claims**

Case 22-11068-KBO    Doc 30041-2    Filed 04/02/25    Page 2 of 2

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Forty-Eighth Omnibus Claims Objection**
**Schedule 2 - No Liability Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | **Asserted Claims** | |
| 96857 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: 5 - 500 blocks, 67.5 - 675 BTC - The FTX Miner for which I had screen shots or experienced mining full blocks as a solo miner and watching a hacker or bankman fried himself drag the blocks off of my page and they would disappear/pay elsewhere.

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 96933 | Name on file | FTX Trading Ltd. | USD | 725,668.000000000000000 |

Other Activity Asserted: 367800 - Investment

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 96934 | Name on file | West Realm Shires Services Inc. | BULL | 10.000000000000000 |

Other Activity Asserted: 480000 - Invest

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 97997 | Name on file | FTX Trading Ltd. | USD | 40,000.000000000000000 |
| | | | USDT | 40,000.000000000000000 |

Other Activity Asserted: 40000 - USDT

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts