IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 29464 |

**NOTICE OF EXPUNGEMENT OF**
**UNVERIFIED CUSTOMER ENTITLEMENT CLAIMS**

**PLEASE TAKE NOTICE** that, on February 3, 2025, the United States Bankruptcy Court for the District of Delaware entered the *Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims* [D.I. 29464] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, if a holder of a claim listed on Schedule 1 attached thereto did not commence the KYC submission process with respect to such claim on or prior to March 3, 2025 at 4:00 p.m. (ET) (the "KYC Commencing Deadline"),[2] such claim shall be disallowed and expunged in its entirety.[3]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, the FTX Recovery Trust[4] is required to file a notice of expungement with the Court attaching an exhibit of all claims that are disallowed and expunged under the Order upon expiration of the KYC Commencing Deadline, and that such exhibit is attached hereto as Exhibit A.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] In accordance with Bankruptcy Rule 9006, the KYC Commencing Deadline was automatically extended from March 1, 2025 at 4:00 p.m.

[3] Claims listed on Schedule 1 to the Order but not included on Exhibit A attached hereto may still be subject to disallowance if the holder of any such claim does not submit all KYC information requested by the FTX Recovery Trust or its KYC vendors on or prior to June 1, 2025 at 4:00 p.m. (ET) (the "KYC Submission Deadline"). In accordance with paragraph 3 of the Order, any such claim disallowed and expunged will be included on a separate exhibit attached to a subsequent notice filed after the KYC Submission Deadline.

[4] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, each claim set forth on Exhibit A attached hereto has been expunged and disallowed in its entirety.

**PLEASE TAKE FURTHER NOTICE** that copies of the Order may be obtained from the Court's website, https://ecf.deb.uscourts.gov/ for a nominal fee or obtained free of charge by accessing the website of the FTX Recovery Trust's claims and noticing agent at https://restructuring.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: April 2, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ Matthew R. Pierce<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>           mcguire@lrclaw.com<br>           brown@lrclaw.com<br>           pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christian P. Jensen (admitted *pro hac vice*)<br>125 Broad Street<br>New York, New York 10004<br>Telephone:(212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>           bromleyj@sullcrom.com<br>           gluecksteinb@sullcrom.com<br>           jensenc@sullcrom.com<br><br>*Counsel to the FTX Recovery Trust* |