## SCHEDULE 2

**Late Filed Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Forty-Ninth Omnibus Claims Objection**
**Schedule 2 - Late Filed Claims**

| | | | | **Asserted Claims** | |
|---|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Date Filed** | **Tickers** | **Ticker Quantity** |
| 97959 | Name on file | FTX Trading Ltd. | 11/9/2024 | USD | 550,544.000000000000000 |
| | | | | Other Activity Asserted: 550000 - 550000 | |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 97498 | Name on file | FTX Trading Ltd. | 10/22/2024 | USD | 70,000.000000000000000 |
| | | | | Other Activity Asserted: 70000 - I see incorrect crypto amount in claims.ftx.com, as I made few withdrawl requests just before the exchange stopped, the total of the missing transfers is around 25000. Total balance was around 70000 | |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 98246 | Name on file | Quoine Pte Ltd | 11/26/2024 | BCH | 42.411000000000000 |
| | | | | ETH | 3.622933680000000 |
| | | | | ETHW | 0.024239000000000 |
| | | | | USD | 37.866450000000000 |
| | | | | USDC | 0.024239000000000 |
| | | | | Other Activity Asserted: USD 12414 - liquid exchange Singapore only | |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 98053 | Name on file | FTX Trading Ltd. | 11/15/2024 | | Undetermined* |
| | | | | Other Activity Asserted: But I don't remember how much I had - I had dodge coin | |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 96843 | Name on file | FTX Trading Ltd. | 8/26/2024 | AAVE | 5.590389440000000 |
| | | | | ALPHA | 3,650.916541000000000 |
| | | | | ATOM | 160.571094610000000 |
| | | | | AVAX | 78.271562160000000 |
| | | | | BAL | 72.095770900000000 |
| | | | | BTC | 0.341121420000000 |
| | | | | CEL | 473.752002700000000 |
| | | | | DOT | 179.130467250000000 |
| | | | | ETH | 3.586392500000000 |
| | | | | ETHW | 3.170471540000000 |
| | | | | GRT | 2,598.511738000000000 |
| | | | | RUNE | 222.067021500000000 |
| | | | | SNX | 213.287246170000000 |
| | | | | SOL | 0.005222030000000 |
| | | | | TRX | 0.000117460000000 |
| | | | | UNI | 167.315984870000000 |
| | | | | USD | 7,048.769461000000000 |
| | | | | USDT | 8.415778180000000 |
| | | | | YFI | 0.051990120000000 |
| | | | | Other Activity Asserted: $2,098.57 - [Below is crypto not listed above and quantity that I own] Compound Token (COMP),8.18534448 ;   Frax Share (FXS),58.688847 ;   DODO (DODO),2385.346698 ;   Locked Luna2 (LUNA2_LOCKED),214.5140484 ;   SKALE (SKL),5696.91738 ;   Coin98 (C98),720.86301 ;   Hxro (HXRO),4042.23183 ;   Kyber Network (KNC),224.86482582 ;   Audius (AUDIO),790.3996 ;   KeeperDAO (ROOK),9.28023642 ;   Meta (MTA),2871.45432 ;   Perpetual (PERP),254.551626 ;   STEPN (GMT),1.03723219 ;   Helium (HNT),0.071576 | |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 97269 | Name on file | FTX Trading Ltd. | 10/3/2024 | AAVE | 0.098731730000000 |
| | | | | AVAX | 9.763987590000000 |
| | | | | BAT | 44.461931980000000 |
| | | | | BRZ | 1.000000000000000 |
| | | | | BTC | 0.057791340000000 |
| | | | | DOGE | 30.346996730000000 |
| | | | | ETH | 0.971899310000000 |
| | | | | ETHW | 0.794716520000000 |
| | | | | GRT | 187.181484940000000 |
| | | | | LINK | 3.655516390000000 |
| | | | | LTC | 0.238816630000000 |
| | | | | MATIC | 196.837072690000000 |
| | | | | SHIB | 66.000000000000000 |
| | | | | SOL | 6.306783330000000 |
| | | | | SUSHI | 70.550346910000000 |
| | | | | TRX | 10.000000000000000 |
| | | | | UNI | 14.949219210000000 |
| | | | | USD | 2,091.720000000000000 |
| | | | | Other Activity Asserted: 0.00587105, 45.9315788, 0.00775097, 6.2408592 - There are additional Crypto line items that were not included in this list: PAXG, YFI, DAI, MKR, NEAR | |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 98335 | Name on file | FTX Trading Ltd. | 11/30/2024 | ETH | 5,000.000000000000000 |
| | | | | Other Activity Asserted: Na - Na | |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 95550 | Name on file | FTX Trading Ltd. | 6/26/2024 | | Undetermined* |
| | | | | Other Activity Asserted: 100000 - ftx | |
| Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | | |
| 98051 | Name on file | FTX Trading Ltd. | 11/15/2024 | SOL | |
| | | | | USD | 1,000.000000000000000 |
| | | | | USDC | |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | | **Asserted Claims** | |
|---|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Date Filed** | **Tickers** | **Ticker Quantity** |
| | | | | Other Activity Asserted: 5000 to 8000 total - I want to add a note that I do not recall my trades.  I seem to remember spending around 6000 on Solana. | |
| | Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 94355 | Name on file | FTX Trading Ltd. | 4/23/2024 | ETH | 0.039929000000000 |
| | | | | USD | 0.000000000000000 |
| | | | | Other Activity Asserted: 0.039929 in ETH,$1000 for moral damage. - I have transferred the amount of 0.039929 in ETH cryptocurrency. Accordingly, in the process of liquidating the FTX exchange, I tried to withdraw in fiat, but it was all in vain. Because of this, I suffered financial and moral losses, since a lot of nerves were spent. | |
| | Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 95958 | Name on file | FTX Trading Ltd. | 7/10/2024 | USD | 2.000000000000000 |
| | | | | Other Activity Asserted: 10 - nft | |
| | Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 98241 | Name on file | FTX Trading Ltd. | 11/25/2024 | AVAX | 1.046700000000000 |
| | | | | BTC | 0.006355230000000 |
| | | | | ETH | 0.000995060000000 |
| | | | | ETHW | 0.000995060000000 |
| | | | | FTT | 0.150764120000000 |
| | | | | LUNA2 | 0.000009500000000 |
| | | | | LUNC | 2.070000000000000 |
| | | | | TRX | 0.000221000000000 |
| | | | | USD | 306.340000000000000 |
| | | | | USDT | 2.550000000000000 |
| | | | | Other Activity Asserted: $ 4 3 2 . 2 2 U S D - The deadline to file your proof of claim has elapsed | |
| | Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96423 | Name on file | FTX Trading Ltd. | 7/19/2024 | FTT | 12.330611150000000 |
| | | | | SOL | 84.141822511874510 |
| | | | | USD | 0.000000170087263 |
| | | | | USDT | 0.000000015214719 |
| | | | | Other Activity Asserted: No estoy completamente seguro - FTX us | |
| | Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 96752 | Name on file | FTX Trading Ltd. | 8/16/2024 | USD | 1,452.290000000000000 |
| | | | | USDT | 6,195.880000000000000 |
| | | | | Other Activity Asserted: USD 18586 + this account (USD 1425+USDT 6195) - I have two account ( FTX and Blockfolio) with the same e-mail(########) , the FTX (this claim) account number is ######## (USD 1452+USDT6195), the Blockfolio (other claim) account number is ######## (USD 18586) | |
| | Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. The liability asserted in the claimant's other activity is reflected in filed claim 70261.  Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |
| 97014 | Name on file | FTX Trading Ltd. | 9/17/2024 | AKRO | 51,000.000000000000000 |
| | | | | BTC | 0.010119150000000 |
| | | | | CRO | 349.994300000000000 |
| | | | | DOT | 75.000000000000000 |
| | | | | FTM | 521.894311740000000 |
| | | | | LINK | 70.739086240000000 |
| | | | | LUNC | 15.000000000000000 |
| | | | | MANA | 538.994300000000000 |
| | | | | MATIC | 859.765501100000000 |
| | | | | SHIB | 63,494,205.000000000000000 |
| | | | | SOL | 2.932385200000000 |
| | | | | SUSHI | 162.580116610000000 |
| | | | | UNI | 50.000000000000000 |
| | | | | USD | 369.730000000000000 |
| | | | | XRP | 2,252.164340340000000 |
| | | | | Other Activity Asserted: Undeterminable - ADA 1000; AXS 31.71684301;BICO399.943; RNDR100; SAND 70 | |
| | Reason: The Claimant has filed this claim after the applicable FTX customer claim bar date. No liability exists on account of the other activity asserted. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |