**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.                    Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

Opps CY Holdings, LLC                                SP Multi Claims Holdings, LLC
_____                     _____
Name of Transferee                                  Name of Transferor

Name and Address where notices to Transferee should be   Name and Address where notices to Transferor should be sent:
sent:
                                                    2 Greenwich Plaza, Suite 1
1301 Avenue of the Americas, 34th Floor             Greenwich, CT 06830
New York, NY 10019                                  Attn: Operations
Attention: Colin McLafferty                         Email:    12017192157@tls.ldsprod.com and
Email: cmclafferty@oaktreecapital.com               rbeacher@pryorcashman.com

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 39731 Schedule No. 6806481 Confirmation ID No. 3265-70-GRCOT-995406176 | SP Multi Claims Holdings, LLC | 10% of the claim amount | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Opps CY Holdings, LLC

By: Oaktree Fund GP 2A, Ltd.
Its: Manager

By: Oaktree Capital Management Fund, L.P.
Its: Director

By: _____          Date: March 31, 2025
Name: Colin McLafferty
Title: Vice President

By: _____          Date: March 31, 2025
Name: David Nicoll
Title: Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

<u>Annex B</u>

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:          U.S. Bankruptcy Court for the
District of Delaware ("<u>Bankruptcy Court</u>")

AND:        FTX Trading Ltd. ("<u>Debtor</u>")
Case No. 22-11068 (JTD) ("<u>Case</u>")

Proof of Claim #: 39731 ("<u>Proof of Claim</u>")
Schedule #: 6806481 ("<u>Schedule</u>")
Customer Claim Confirmation ID #: 3265-70-GRCOT-995406176 ("<u>CCCID</u>")
Unique Customer Code #: 03000493 ("<u>Customer Code</u>")

**SP Multi Claims Holdings, LLC** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Opps CY Holdings, LLC**
1301 6th Avenue
34th Floor
New York, NY 10019
Email: CMcLafferty@oaktreecapital.com

its successors and assigns ("<u>Buyer</u>"), an undivided ten percent (10%) interest in Seller's rights, title and interest in and to (a) the Proof of Claim and CCCID (such ten percent (10%) interest in the Proof of Claim and CCCID, the "<u>Transferred Claim</u>") against the Debtor in the Case; (b) all amounts listed on the Schedule; and (c) all amounts with respect to the Customer Code.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated March 31, 2025.

**SP Multi Claims Holdings, LLC**
By: Silver Point Capital, L.P., its manager

By: _____

Name:   Andrew Opel
          Authorized Signatory
Title:

**Opps CY Holdings, LLC**
By: Oaktree Fund GP 2A, Ltd.
Its: Manager
By: Oaktree Capital Management Fund, L.P.
Its: Director

By: _____
                   *Colin McLafferty*
                   6CAA40B708FE400...

Name: Colin McLafferty

Title: Vice President

By: _____
                   *David Nicoll*
                   80EF4EE2BE4F41F...

Name: David Nicoll

Title: Managing Director