# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **FTX TRADING LTD., et al.,** | Case No. 22-11068 (JTD) |
| Debtors**.** | (Lead Case) |
| | (Jointly Administered) |
| | **RE: D.I. 29547** |

## NOTICE OF WITHDRAWAL

Claimant Lukas Bartusek as Administrative Expense Creditor in the above-captioned case hereby withdraws the *Motion for Payment of Administrative Expenses/Claims Filed by Lukas Bartusek* [D.I. 29547] without prejudice.

Dated: April 3rd, 2025

Respectfully submitted,

**JACK SHRUM, P.A.**

*/s/ "J" Jackson Shrum* (#4757)
CITIZENS BANK CENTER
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Ph: 302-543-7551
Fax: 302-543-6386
Direct: 609-367-2430
E-mail: jshrum@jshrumlaw.com
*Attorney for Lukas Bartusek*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **FTX TRADING LTD., et al.,** | Case No. 22-11068 (JTD) |
| Debtor**s.** | (Lead Case) |
| | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jack Shrum, certify that the Notice of Withdrawal was served on April 3, 2025, by CM/ECF, upon all parties who have registered for CM/ECF service of notices and pleadings in this case.

Dated: April 3rd, 2025

Respectfully submitted,

**JACK SHRUM, P.A.**

*/s/ "J" Jackson Shrum* (#4757)
CITIZENS BANK CENTER
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Ph: 302-543-7551
Fax: 302-543-6386
Direct: 609-367-2430
E-mail: jshrum@jshrumlaw.com
*Attorney for Lukas Bartusek*