**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. \_\_\_\_** |
|  | ) |

**ORDER AUTHORIZING THE PYTH DATA ASSOCIATION TO FILE UNDER SEAL
CERTAIN EXHIBITS TO OBJECTION OF THE PYTH DATA ASSOCIATION
TO MOTION TO ENFORCE ORDER GRANTING MOTION OF PYTH
DATA ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY (ECF 1693)**

Upon the motion (the "Motion to Seal")[2] of the Pyth Data Association ("PDA") for entry of an order, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing the PDA to file under seal certain exhibits to the Objection containing Confidential Information; and upon the record of the hearing on the Motion to Seal, if any; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Seal in this District is proper before this Court pursuant to

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Seal having been given; and it appearing that no other or further notice of the Motion to Seal is required; and this Court having found that good and sufficient cause exists for the relief granted by this Order,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code section 107(b), Bankruptcy Rule 9018 and Local Rule 9018-1(d), the PDA is authorized to file under seal any and all exhibits to the Objection containing Confidential Information.

3. The unredacted Objection and its exhibits shall remain under seal and shall not be made available to anyone, except that unredacted copies shall be provided to: (a) the Court; (b) counsel for the Debtors; (c) the U.S. Trustee; (d) counsel for Do Kwon; (e) and counsel for Todd R. Snyder, as the plan administrator of the jointly-administered estates of Terraform Labs Pte. Ltd.; and (f) counsel for the Official Committee of Unsecured Creditors.

4. Each of the parties in the preceding paragraphs receiving an unredacted copy of the Objection and its exhibits shall keep the relevant information confidential.

5. To the extent any party files any responsive pleadings to the Objection, such party shall redact any and all Confidential Information from its pleadings.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. PDA is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.