IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*, | ) Case No. 22-11068 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF SERVICE**

I, Mark Minuti, hereby certify that on April 3, 2025, I did cause the foregoing *Motion for Entry of Order Authorizing the Pyth Data Association to File Under Seal Certain Exhibits to Objection of the Pyth Data Association to Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693)* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record, and on the parties on the attached service list in the manner indicated therein.

                                                                                             **SAUL EWING LLP**

                                              */s/ Mark Minuti*
                                              Mark Minuti (DE Bar No. 2659)
                                              1201 North Market Street, Suite 2300
                                              P.O. Box 1266
                                              Wilmington, DE 19899
                                              (302) 421-6800

Dated: April 3, 2025

## SERVICE LIST

## VIA ECF AND EMAIL

*Counsel for the Debtors and Debtors-in-Possession*

| | |
|---|---|
| Andrew G. Dietderich, Esquire<br>Brian D. Glueckstein, Esquire<br>James L. Bromley, Esquire<br>Jacob M. Croke, Esquire<br>Christopher J. Dunne, Esquire<br>Alexa J. Kranzley, Esquire<br>Benjamin S. Beller, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>bromleyj@sullcrom.com<br>crokej@sullcrom.com<br>dunnec@sullcrom.com<br>kranzleya@sullcrom.com<br>bellerb@sullcrom.com<br><br>Kimberly A. Brown, Esquire<br>Matthew R. Pierce, Esquire<br>Matthew B. McGuire, Esquire<br>Adam G. Landis, Esquire<br>Landis Rath & Cobb LLP<br>919 N. Market Street, Suite 1800<br>PO Box 2087<br>Wilmington, DE 19899<br>brown@lrclaw.com<br>pierce@lrclaw.com<br>mcguire@lrclaw.com<br>landis@lrclaw.com | Douglas Schneller, Esquire<br>Rimon, P.C.<br>245 Park Avenue, 39th Floor<br>New York, NY 10167<br>douglas.schneller@rimonlaw.com<br><br>Sascha Rand, Esquire<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>sascharand@quinnemanuel.com<br><br>Anthony P. Alden, Esquire<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>anthonyalden@quinnemanuel.com<br><br>Matthew R. Schieck, Esquire<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>300 West 6th Street, Suite 2010<br>Austin, TX 78701<br>matthewscheck@quinnemanuel.com |

*U.S. Trustee*

Linda Richenderfer, Esquire
Benjamin A. Hackman, Esquire
Jonathan Lipshie, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Linda.Richenderfer@usdoj.gov
benjamin.a.hackman@usdoj.gov
jon.lipshie@usdoj.gov

*Counsel for the Official Committee of Unsecured Creditors*

| | |
|---|---|
| Luc A. Despins, Esquire<br>Caroline Diaz, Esquire<br>Erez Gilad, Esquire<br>Kristopher M. Hansen, Esquire<br>John F. Iaffaldano, Esquire<br>Leonie C. Koch, Esquire<br>Samantha Martin, Esquire<br>Kenneth Pasquale, Esquire<br>Gabriel Sasson, Esquire<br>Isaac Sasson, Esquire<br>Paul Hasting LLP<br>200 Park Avenue<br>New York, NY 10166<br>lucdespins@paulhastings.com<br>carolinediaz@paulhastings.com<br>erezgilad@paulhastings.com<br>krishansen@paulhastings.com<br>jackiaffaldano@paulhastings.com<br>leoniekoch@paulhastings.com<br>samanthamartin@paulhastings.com<br>kenpasquale@paulhastings.com<br>gabesasson@paulhastings.com<br>isaacsasson@paulhastings.com | Frank A. Merola, Esquire<br>Paul Hastings LLP<br>1999 Avenue of the Stars, 27th Floor<br>Century City, CA 90067<br>frankmerola@paulhastings.com<br><br>Kenneth H. Eckstein, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>keckstein@kramerlevin.com<br><br>Jared W Kochenash, Esquire<br>Matthew Barry Lunn, Esquire<br>Robert F. Poppiti, Jr. , Esquire<br>Young, Conaway, Stargatt & Taylor LLP<br>1000 N. King Street<br>Wilmington, DE 19801<br>jkochenash@ycst.com<br>mlunn@ycst.com<br>rpoppiti@ycst.com |

*Counsel for Do Kwon*

| | |
|---|---|
| Sean Hecker, Esquire<br>David Patton, Esquire<br>Michael Ferrara, Esquire<br>John C. Quinn, Esquire<br>Matthew J. Craig, Esquire<br>Hecker Fink LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>shecker@heckerfink.com<br>dpatton@heckerfink.com<br>mferrara@heckerfink.com<br>jquinn@heckerfink.com<br>mcraig@heckerfink.com<br><br>Katherine Epstein, Esquire<br>Hecker Fink LLP<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>kepstein@heckerfink.com | Michael Busenkell, Esquire<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>(302) 425-5812<br>mbusenkell@gsbblaw.com |

*Counsel for Terraform Labs Pte. Ltd.*

| | |
|---|---|
| Christopher S. Koenig, Esquire<br>Casey McGushin, Esquire<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>chris.koenig@kirkland.com<br>casey.mcgushin@kirkland.com<br><br>Michael F. Williams, P.C.<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>1301 Pennsylvania Ave., NW<br>Washington, DC 20004<br>michael.williams@kirkland.com | Christopher T. Greco, P.C.<br>Elizabeth Helen Jones, Esquire<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>christopher.greco@kirkland.com<br>elizabeth.jones@kirkland.com |

*Counsel for Pi-Crypto Ltd., Pi 1.0 LP and Cohen K Investments, Ltd.*

Aaron R. Cahn, Esquire
Carter Ledyard & Milburn LLP
28 Liberty Street, 41st Floor
New York, New York 10005
bankruptcy@clm.com

**VIA FIRST CLASS MAIL AND EMAIL**

*U.S. Department of Justice*

| | |
|---|---|
| U.S. Department of Justice<br>Attn: Ward W. Benson<br>P.O. Box 227, Ben Franklin Station<br>Washington, DC 20044<br>ward.w.benson@usdoj.gov | U.S. Department of Justice<br>Attn: Seth B. Shapiro<br>Civil Division<br>1100 L Street, NW, Room 7208<br>Washington, DC 20005<br>seth.shapiro@usdoj.gov |

*U.S. Attorney's Office, District of Delaware*

U.S. Attorney for the District of Delaware
Attn: David C. Weiss, C/O Ellen Slights
1007 Orange St., Ste. 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

*Securities & Exchange Commission*

| | |
|---|---|
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov<br><br>Securities & Exchange Commission,<br>Philadelphia Office<br>Attn: Bankruptcy Dept.<br>One Penn Center<br>1617 JFK Blvd., Ste. 520<br>Philadelphia, PA 19103<br>secbankruptcy@sec.gov | Securities & Exchange Commission, NY Office<br>Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |

**VIA FIRST CLASS MAIL**

*Internal Revenue Service*

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Mar<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |