# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF MICHAEL CAHILL IN SUPPORT OF OBJECTION OF THE PYTH DATA ASSOCIATION TO MOTION TO ENFORCE ORDER GRANTING MOTION OF PYTH DATA ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY (ECF 1693)**

I, Michael Cahill, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746, and make this declaration to the best of my knowledge and belief:

1. I am a member of the board of directors of the PDA (the "PDA Board"). In this role, I participate in the corporate governance of the PDA.

2. The PDA is a nonprofit organization with the goal of developing and encouraging use of the Pyth Protocol and Pyth Network.

3. My other relevant experience in the crypto and blockchain and financial industries includes: Head of Sales, eFX at Nomura Securities; (ii) Global Head of Sales, FX at KCG Holdings, Inc.; (iii) FX Sales, Cboe Global Markets; and (iv) Special Projects at Jump Crypto.

4. I submit this declaration in support of the *Objection of the Pyth Data Association to Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693)* (the "Objection").[2]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

1

5. I am familiar with the Reminting Plan submitted by the PYT Foundation and endorsed by the PDA Board, the Synaps-administered KYC/AML process, and Do Kwon's attempts to pass the liveness test feature of that process.

6. The PYT Foundation is a member of the Pyth Network, but is not an affiliate of the PDA.

7. Original PYTH was never useable in the Pyth Protocol, but New PYTH became usable in the Pyth Protocol on November 20, 2023, which would make the first unlocking date under the Token Grant Agreement May 19, 2024, and the last unlocking date May 19, 2027.

8. Do Kwon was a member of the PDA's Board and served as its President until he resigned on May 19, 2022.

9. The Synaps-administered KYC/AML process included a liveness test, identity verification, facematching, and AML and adverse media screening. The liveness test, identity verification, and facematching components of the KYC/AML process required any person that was allocated Original PYTH to submit valid identification, appear live on screen, and have the photo in the valid identification match the person's on-screen appearance.

10. The AML and adverse media screening included searching sanctions and regulatory lists as well as various media sources to identify adverse media and risks relating to the potential holders of New PYTH.

11. No person or entity was exempted from the KYC/AML process.

12. No person or entity received an exception such that they did not have to pass a liveness verification.

13. Do Kwon and six others did not complete the Synaps KYC/AML process.

14. On December 14, 2023, the forfeited New PYTH was reallocated to the PDA to be used for the benefit of the Pyth community.

15. The purpose of the PDA is to advance the Pyth Protocol and Pyth Network, and the New PYTH reallocated to the PDA will be used for that purpose.

16. Neither Tribal Invest Corp. nor the Pyth Data Foundation are affiliates of the PDA.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2025  
Washington, D.C.

Respectfully submitted,

*/s/ Michael Cahill*  
Michael Cahill