# EXHIBIT G

**From:**                                                    PYT Foundation <management@pyt.foundation>
**Sent:** Friday, October 20, 2023 4:38 PM
**To:** Jetton, Allison
**Subject:**                                                 Re: Important - Claim process for Replacement PYTH
                                                             Tokens

**[WARNING: EXTERNAL SENDER]**

Hello Allison,

Excuse the late response. We do require that all UBOs finish the KYC process and
unfortunately there are no alternative solutions to the live verification requirement.

Sorry for the inconvenience.

On Wed, Oct 18, 2023 at 1:56 PM Jetton, Allison <allison.jetton@dentons.com>
wrote:

> Following up on this. Please advise.
>
> Thank you,
>
> Allison
>
> Allison Jetton
> Partner
>
> My pronouns are: She/Her/Hers
> +1 202 496 7362   |   +1 703 853 7999
> Washington, DC
>
> ---
>
> **From:** Jetton, Allison
> **Sent:** Thursday, October 12, 2023 9:32 PM
> **To:** PYT Foundation <management@pyt.foundation>
> **Subject:** RE: Important - Claim process for Replacement PYTH Tokens
>
> Hi,
>
> Could you please provide an update regarding this matter?
>
> Thank you!
>
> Best,
>
> Allison

**Allison Jetton**
Partner

My pronouns are: She/Her/Hers
@ +1 202 496 7362  |  ⊘ +1 703 853 7999
Washington, DC

---

**From:** Jetton, Allison
**Sent:** Friday, October 06, 2023 4:55 PM
**To:** PYT Foundation <management@pyt.foundation>
**Subject:** RE: Important - Claim process for Replacement PYTH Tokens

Thanks for reaching out. This may be a bit difficult to accomplish because Mr. Kwon is detained in Montenegro. We do not have the ability to do the live face verification, which is required by the Synaps verification process. Please advise on an alternate approach. Thank you!

Best,

Allison

**Allison Jetton**

My pronouns are: She/Her/Hers
@ +1 202 496 7362  |  ⊘ +1 703 853 7999
Assistant: Brenda Harold
Washington, DC

---

**From:** PYT Foundation <management@pyt.foundation>
**Sent:** Friday, October 06, 2023 4:45 PM
**To:** Jetton, Allison <allison.jetton@dentons.com>
**Subject:** Re: Important - Claim process for Replacement PYTH Tokens

**[WARNING: EXTERNAL SENDER]**

Dear Allison,

Please be advised that Kwon Do Hyeong must also submit to Synaps verification process in addition to Lee Daeun which has already been submitted appropriately/

Thank you for your understanding.

On Wed, Sep 13, 2023 at 9:28 PM Jetton, Allison <allison.jetton@dentons.com>
wrote:

Hello,

For the Token Delivery Agreement:

- Name: Lee Daeun for Kwon Do Hyeong
- Title: Attorney for Principal
- Physical address: 8 Ardmore Park #19-01 Singapore 25963
- Email address of the signatory: giselle703@gmail.com

Please see the power of attorney attached for Do's wife to act on his behalf, such
as being the signatory for this Token Delivery Agreement.

We note the Synaps step outlined below.

Thank you,

Allison

Allison Jetton

My pronouns are: She/Her/Hers
☎ +1 202 496 7362   |   ☎ +1 703 853 7999

Assistant: Brenda Harold
Washington, DC

---

**From:** PYT Foundation <management@pyt.foundation>
**Sent:** Thursday, September 07, 2023 10:39 AM
**Cc:** ciaran@pyth.network; steve@pyth.network; abhimanyu@pyth.network
**Subject:** Important - Claim process for Replacement PYTH Tokens

**[WARNING: EXTERNAL SENDER]**

Hello - hope this email finds you well.

We are emailing you with important information pertaining to the tokens adopted
as the native token for the Pyth Network (the "**Replacement PYTH Tokens**").

Holders of the original PYTH Tokens ("**Existing Token Holders**") will receive an
equivalent entitlement to Replacement PYTH Tokens ("**Token Entitlement**"). The
original PYTH Tokens have become unavailable due to unforeseen

circumstances.  The Replacement PYTH Tokens are not materially different from the original PYTH Tokens.

Existing Token Holders have until 11:59 PM Eastern Standard (UTC -5) time on Thursday, December 7th, 2023 (the "**Deadline**") to exercise their Token Entitlement and claim the Replacement PYTH Tokens.

There are two steps Existing Token Holders must take to receive their Token Entitlements:

1. **Synaps Process for KYC/KYB and Wallet Set up**

    1. Complete the Synaps identification and authentication process here: *https://pyth.synaps.me/signup*. To avoid delays or issues, be sure to use the exact legal entity/person that is the Existing Token Holder.
    2. Provide a Solana wallet address which will receive the Replacement PYTH Tokens. To facilitate future governance, this wallet should allow for Web3 interaction via Wallet Connect. Note this wallet address will be collected by Synaps as part of the application form.
    3. Please reach out if you want more information on how to take delivery of the Replacement Pyth Tokens, including introductions to wallet service providers.  Existing Token Holders acknowledge and agree that PYT Foundation, its affiliates and service providers and the Pyth Data Association, its affiliates and services providers make no representations or warranties, express or implied, with respect to any providers of custody solutions ("**Custody Providers**") or their compatibility with Wallet Connect and disclaim any and all liability with respect to Custody Providers and Wallet Connect.

2. **Token Delivery Agreement (TDA)**

    1. Please see the attached TDA for your review and let us know if you have any questions. Please reply back to this email with the name, title, physical address, and email address of the signatory so that a TDA DocuSign (along with additional details) can be sent to such signatory for execution.

Note that any Existing Token Holder who fails to complete the two steps above to claim their Token Entitlement by the Deadline will forfeit their Token Entitlement and the Replacement PYTH Tokens will be reallocated and delivered to the Pyth Data Association.

There are 10,000,000,000 Replacement PYTH Tokens and this total supply will not increase. 85% of the Replacement PYTH Tokens will initially be contractually locked. The locked Replacement PYTH Tokens will gradually unlock 6, 18, 30, and 42 months after the Replacement Pyth Token launch. The remaining 15% of Replacement PYTH Tokens will initially be unlocked.

Thank you,

--
**PYT Foundation**

This email is for the confidential use of the named addressee(s) only and may contain proprietary, confidential, or privileged information and/or personal data. If you are not the intended recipient, you are hereby notified that any review, dissemination, or copying of this email is strictly prohibited, and requested to notify the sender immediately and destroy this email and any attachments. Email transmission cannot be guaranteed to be secure or error-free. The Foundation, therefore, does not make any guarantees as to the completeness or accuracy of this email or any attachments. This email is for informational purposes only and does not constitute a recommendation, offer, request, or solicitation of any kind to buy, sell, subscribe, redeem, or perform any type of transaction of a financial product. Personal data, as defined by applicable data protection and privacy laws, contained in this email may be processed by the Foundation, and any of its affiliated or related companies, for legal, compliance, and/or business-related purposes. You may have rights regarding your personal data; for information on exercising these rights or the Foundation's treatment of personal data, please email management@pyt.foundation.

--
**PYT Foundation**

This email is for the confidential use of the named addressee(s) only and may contain proprietary, confidential, or privileged information and/or personal data. If you are not the intended recipient, you are hereby notified that any review, dissemination, or copying of this email is strictly prohibited, and requested to notify the sender immediately and destroy this email and any attachments. Email transmission cannot be guaranteed to be secure or error-free. The Foundation, therefore, does not make any guarantees as to the completeness or accuracy of this email or any attachments. This email is for informational purposes only and does not constitute a recommendation, offer, request, or solicitation of any kind to buy, sell, subscribe, redeem, or perform any type of transaction of a financial product. Personal data, as defined by applicable data protection and privacy laws, contained in this email may be processed by the Foundation, and any of its affiliated or related companies, for legal, compliance, and/or business-related purposes. You may have rights regarding your personal data; for information on exercising these rights or the Foundation's treatment of personal data, please email management@pyt.foundation.

--
**PYT Foundation**

This email is for the confidential use of the named addressee(s) only and may contain proprietary, confidential, or privileged information and/or personal data. If you are not the intended recipient, you are hereby notified that any review, dissemination, or copying of this email is strictly prohibited, and requested to notify the sender immediately and destroy this email and any attachments. Email transmission cannot be guaranteed to be secure or error-free. The Foundation, therefore, does not make any guarantees as to the completeness or accuracy of this email or any attachments. This email

is for informational purposes only and does not constitute a recommendation, offer, request, or solicitation of any kind to buy, sell, subscribe, redeem, or perform any type of transaction of a financial product. Personal data, as defined by applicable data protection and privacy laws, contained in this email may be processed by the Foundation, and any of its affiliated or related companies, for legal, compliance, and/or business-related purposes. You may have rights regarding your personal data; for information on exercising these rights or the Foundation's treatment of personal data, please email management@pyt.foundation.