# EXHIBIT H

# Sealed