# EXHIBIT I

# Sealed