# EXHIBIT K

**From:** Jetton, Allison <allison.jetton@dentons.com>
**Sent:** Tuesday, November 28, 2023 5:21 PM
**To:** synaps
**Cc:** support@synaps.io
**Subject:** RE: FW: Important - Claim process for Replacement PYTH Tokens

Thank you. Daeun Lee is acting pursuant to a power of attorney on behalf of her husband, Do Hyeong Kwon, who is in jail. His face is not available. He has no access to a smart phone in jail. Still, Daeun is going to be the second person in the transaction because the transfer is to her. If you have to have two distinct people/faces, I'm happy to provide my passport information and face for a liveness check for Do as his attorney. Obviously, I'm not Do Kwon and my passport will not say Do Kwon. Still, would that work for your system to have two people for the transaction? Thanks again!

Allison

### Allison Jetton
Partner

My pronouns are: She/Her/Hers
+1 202 496 7362   |   +1 703 853 7999
Washington, DC

---

**From:** synaps <support@synaps-support.freshdesk.com>
**Sent:** Wednesday, November 22, 2023 10:46 AM
**To:** Jetton, Allison <allison.jetton@dentons.com>
**Cc:** support@synaps.io
**Subject:** Re: FW: Important - Claim process for Replacement PYTH Tokens

**[WARNING: EXTERNAL SENDER]**

Hi Allison,

Thank you for reaching out to us.

I can see that 2 KYC sessions have been opened for Daeun Lee for Pyth.
- a first one with the email address terramommy703@naver.com which has been validated with her face and passport.
- a second one with the email giselle703@gmail.com which has been rejected has the person who passed the Liveness was not Daeun Lee but also because only one session can be done by the same person. The second session created will automatically be rejected.

I hope it answers to your question. We remain available if needed.

Best regards,

Synaps Support

On Tue, 21 Nov at 9:19 PM , Jetton, Allison <allison.jetton@dentons.com> wrote:
Hi,

I am a partner at Dentons. Our law firm represents both Do Hyeong Kwon and his wife Daeun Lee, who has a fully executed power of attorney to act on her husband's behalf. As you may have read in the news, Mr. Kwon has been detained by Montenegrin authorities and is in jail. It is not possible for him to access a smart phone to go through the Synaps process (or indeed handle many of his personal affairs, which is a key reason why his wife has the power of attorney to act on his behalf). Even though Ms. Lee has a power of attorney to act on her husband's behalf, it is not possible for Ms. Lee to pass the liveness check for Do Kwon because her face is not the same as her husband's. We asked the PYTH Foundation if there was another way aside from the Synaps process, but we were told that was the only way. So, I am reaching out for your assistance to see if there is a way that we can submit the necessary documents for Mr. Kwon, including the power of attorney he granted to Ms. Lee, and then have Ms. Lee complete the Synaps process for herself. Thank you in advance for your help in troubleshooting for this unique application of the Synaps process.

Best,

Allison


Allison Jetton
Partner

My pronouns are: She/Her/Hers
⊕ +1 202 496 7362   |   ⊖ +1 703 853 7999

Washington, DC


**From:** PYT Foundation <management@pyt.foundation>
**Sent:** Friday, October 06, 2023 4:45 PM

**To:** Jetton, Allison <allison.jetton@dentons.com>
**Subject:** Re: Important - Claim process for Replacement PYTH Tokens

**[WARNING: EXTERNAL SENDER]**

Dear Allison,

Please be advised that Kwon Do Hyeong must also submit to Synaps verification process in addition to Lee Daeun which has already been submitted appropriately/

Thank you for your understanding.

On Wed, Sep 13, 2023 at 9:28 PM Jetton, Allison <allison.jetton@dentons.com> wrote:

> Hello,
>
> For the Token Delivery Agreement:
>
> - Name: Lee Daeun for Kwon Do Hyeong
> - Title: Attorney for Principal
> - Physical address: 8 Ardmore Park #19-01 Singapore 25963
> - Email address of the signatory: giselle703@gmail.com
>
> Please see the power of attorney attached for Do's wife to act on his behalf, such as being the signatory for this Token Delivery Agreement.
>
> We note the Synaps step outlined below.
>
> Thank you,
>
> Allison
>
>
> Allison Jetton
>
>
> My pronouns are: She/Her/Hers
>
> ☎ +1 202 496 7362   |   ☏ +1 703 853 7999

Assistant: Brenda Harold

Washington, DC

---

**From:** PYT Foundation <management@pyt.foundation>
**Sent:** Thursday, September 07, 2023 10:39 AM
**Cc:** ciaran@pyth.network; steve@pyth.network; abhimanyu@pyth.network
**Subject:** Important - Claim process for Replacement PYTH Tokens

**[WARNING: EXTERNAL SENDER]**

---

Hello - hope this email finds you well.

We are emailing you with important information pertaining to the tokens adopted as the native token for the Pyth Network (the "**Replacement PYTH Tokens**").

Holders of the original PYTH Tokens ("**Existing Token Holders**") will receive an equivalent entitlement to Replacement PYTH Tokens ("**Token Entitlement**"). The original PYTH Tokens have become unavailable due to unforeseen circumstances. The Replacement PYTH Tokens are not materially different from the original PYTH Tokens.

Existing Token Holders have until 11:59 PM Eastern Standard (UTC -5) time on Thursday, December 7th, 2023 (the "**Deadline**") to exercise their Token Entitlement and claim the Replacement PYTH Tokens.

There are two steps Existing Token Holders must take to receive their Token Entitlements:

1. **Synaps Process for KYC/KYB and Wallet Set up**
    1. Complete the Synaps identification and authentication process here: *https://pyth.synaps.me/signup*. To avoid delays or issues, be sure to use the exact legal entity/person that is the Existing Token Holder.
    2. Provide a Solana wallet address which will receive the Replacement PYTH Tokens. To facilitate future governance, this wallet should allow

> > for Web3 interaction via Wallet Connect. Note this wallet address will be collected by Synaps as part of the application form.
> > 3. Please reach out if you want more information on how to take delivery of the Replacement Pyth Tokens, including introductions to wallet service providers.  Existing Token Holders acknowledge and agree that PYT Foundation, its affiliates and service providers and the Pyth Data Association, its affiliates and services providers make no representations or warranties, express or implied, with respect to any providers of custody solutions ("**Custody Providers**") or their compatibility with Wallet Connect and disclaim any and all liability with respect to Custody Providers and Wallet Connect.
>
> 2. **Token Delivery Agreement (TDA)**
>
>    1. Please see the attached TDA for your review and let us know if you have any questions. Please reply back to this email with the name, title, physical address, and email address of the signatory so that a TDA DocuSign (along with additional details) can be sent to such signatory for execution.

Note that any Existing Token Holder who fails to complete the two steps above to claim their Token Entitlement by the Deadline will forfeit their Token Entitlement and the Replacement PYTH Tokens will be reallocated and delivered to the Pyth Data Association.

There are 10,000,000,000 Replacement PYTH Tokens and this total supply will not increase. 85% of the Replacement PYTH Tokens will initially be contractually locked. The locked Replacement PYTH Tokens will gradually unlock 6, 18, 30, and 42 months after the Replacement Pyth Token launch. The remaining 15% of Replacement PYTH Tokens will initially be unlocked.

Thank you,


--

**PYT Foundation**


This email is for the confidential use of the named addressee(s) only and may contain proprietary, confidential, or privileged information and/or personal data. If you are not the intended recipient, you are hereby notified that any review, dissemination, or copying of this email is strictly prohibited, and requested to notify the sender immediately and destroy this email and any attachments. Email transmission cannot be guaranteed to be secure or error-free. The Foundation, therefore, does not make any guarantees as to the completeness or accuracy of this email or any attachments. This email is for informational purposes only and does not constitute a recommendation, offer, request, or solicitation of any kind to buy, sell, subscribe, redeem, or perform any type of transaction of a financial product. Personal data, as

defined by applicable data protection and privacy laws, contained in this email may be processed by the Foundation, and any of its affiliated or related companies, for legal, compliance, and/or business-related purposes. You may have rights regarding your personal data; for information on exercising these rights or the Foundation's treatment of personal data, please email management@pyt.foundation.

--

**PYT Foundation**

This email is for the confidential use of the named addressee(s) only and may contain proprietary, confidential, or privileged information and/or personal data. If you are not the intended recipient, you are hereby notified that any review, dissemination, or copying of this email is strictly prohibited, and requested to notify the sender immediately and destroy this email and any attachments. Email transmission cannot be guaranteed to be secure or error-free. The Foundation, therefore, does not make any guarantees as to the completeness or accuracy of this email or any attachments. This email is for informational purposes only and does not constitute a recommendation, offer, request, or solicitation of any kind to buy, sell, subscribe, redeem, or perform any type of transaction of a financial product. Personal data, as defined by applicable data protection and privacy laws, contained in this email may be processed by the Foundation, and any of its affiliated or related companies, for legal, compliance, and/or business-related purposes. You may have rights regarding your personal data; for information on exercising these rights or the Foundation's treatment of personal data, please email management@pyt.foundation.