**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., *et al.*, | ) Case No. 22-11068 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**CERTIFICATE OF SERVICE**

I, Mark Minuti, hereby certify that on April 3, 2025, I did cause the foregoing *Objection of Pyth Data Association to Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693)* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record, and on the parties on the attached service list in the manner indicated therein.

**SAUL EWING LLP**

*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Dated: April 3, 2025

## SERVICE LIST

## VIA ECF AND EMAIL

*Counsel for the Debtors and Debtors-in-Possession*

| | |
|---|---|
| Andrew G. Dietderich, Esquire<br>Brian D. Glueckstein, Esquire<br>James L. Bromley, Esquire<br>Jacob M. Croke, Esquire<br>Christopher J. Dunne, Esquire<br>Alexa J. Kranzley, Esquire<br>Benjamin S. Beller, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>bromleyj@sullcrom.com<br>crokej@sullcrom.com<br>dunnec@sullcrom.com<br>kranzleya@sullcrom.com<br>bellerb@sullcrom.com<br><br>Kimberly A. Brown, Esquire<br>Matthew R. Pierce, Esquire<br>Matthew B. McGuire, Esquire<br>Adam G. Landis, Esquire<br>Landis Rath & Cobb LLP<br>919 N. Market Street, Suite 1800<br>PO Box 2087<br>Wilmington, DE 19899<br>brown@lrclaw.com<br>pierce@lrclaw.com<br>mcguire@lrclaw.com<br>landis@lrclaw.com | Douglas Schneller, Esquire<br>Rimon, P.C.<br>245 Park Avenue, 39th Floor<br>New York, NY 10167<br>douglas.schneller@rimonlaw.com<br><br>Sascha Rand, Esquire<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>sascharand@quinnemanuel.com<br><br>Anthony P. Alden, Esquire<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>anthonyalden@quinnemanuel.com<br><br>Matthew R. Schieck, Esquire<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>300 West 6th Street, Suite 2010<br>Austin, TX 78701<br>matthewscheck@quinnemanuel.com |

*U.S. Trustee*

Linda Richenderfer, Esquire
Benjamin A. Hackman, Esquire
Jonathan Lipshie, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Linda.Richenderfer@usdoj.gov
benjamin.a.hackman@usdoj.gov
jon.lipshie@usdoj.gov

*Counsel for the Official Committee of Unsecured Creditors*

| | |
|---|---|
| Luc A. Despins, Esquire<br>Caroline Diaz, Esquire<br>Erez Gilad, Esquire<br>Kristopher M. Hansen, Esquire<br>John F. Iaffaldano, Esquire<br>Leonie C. Koch, Esquire<br>Samantha Martin, Esquire<br>Kenneth Pasquale, Esquire<br>Gabriel Sasson, Esquire<br>Isaac Sasson, Esquire<br>Paul Hasting LLP<br>200 Park Avenue<br>New York, NY 10166<br>lucdespins@paulhastings.com<br>carolinediaz@paulhastings.com<br>erezgilad@paulhastings.com<br>krishansen@paulhastings.com<br>jackiaffaldano@paulhastings.com<br>leoniekoch@paulhastings.com<br>samanthamartin@paulhastings.com<br>kenpasquale@paulhastings.com<br>gabesasson@paulhastings.com<br>isaacsasson@paulhastings.com | Frank A. Merola, Esquire<br>Paul Hastings LLP<br>1999 Avenue of the Stars, 27th Floor<br>Century City, CA 90067<br>frankmerola@paulhastings.com<br><br>Kenneth H. Eckstein, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>keckstein@kramerlevin.com<br><br>Jared W Kochenash, Esquire<br>Matthew Barry Lunn, Esquire<br>Robert F. Poppiti, Jr. , Esquire<br>Young, Conaway, Stargatt & Taylor LLP<br>1000 N. King Street<br>Wilmington, DE 19801<br>jkochenash@ycst.com<br>mlunn@ycst.com<br>rpoppiti@ycst.com |

*Counsel for Do Kwon*

| | |
|---|---|
| Sean Hecker, Esquire<br>David Patton, Esquire<br>Michael Ferrara, Esquire<br>John C. Quinn, Esquire<br>Matthew J. Craig, Esquire<br>Hecker Fink LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>shecker@heckerfink.com<br>dpatton@heckerfink.com<br>mferrara@heckerfink.com<br>jquinn@heckerfink.com<br>mcraig@heckerfink.com<br><br>Katherine Epstein, Esquire<br>Hecker Fink LLP<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>kepstein@heckerfink.com | Michael Busenkell, Esquire<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>mbusenkell@gsbblaw.com |

*Counsel for Terraform Labs Pte. Ltd.*

| | |
|---|---|
| Christopher S. Koenig, Esquire<br>Casey McGushin, Esquire<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>chris.koenig@kirkland.com<br>casey.mcgushin@kirkland.com<br><br>Michael F. Williams, P.C.<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>1301 Pennsylvania Ave., NW<br>Washington, DC 20004<br>michael.williams@kirkland.com | Christopher T. Greco, P.C.<br>Elizabeth Helen Jones, Esquire<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>christopher.greco@kirkland.com<br>elizabeth.jones@kirkland.com |

*Counsel for Pi-Crypto Ltd., Pi 1.0 LP and Cohen K Investments, Ltd.*

Aaron R. Cahn, Esquire
Carter Ledyard & Milburn LLP
28 Liberty Street, 41st Floor
New York, New York 10005
bankruptcy@clm.com

**VIA FIRST CLASS MAIL AND EMAIL**

*U.S. Department of Justice*

| | |
|---|---|
| U.S. Department of Justice<br>Attn: Ward W. Benson<br>P.O. Box 227, Ben Franklin Station<br>Washington, DC 20044<br>ward.w.benson@usdoj.gov | U.S. Department of Justice<br>Attn: Seth B. Shapiro<br>Civil Division<br>1100 L Street, NW, Room 7208<br>Washington, DC 20005<br>seth.shapiro@usdoj.gov |

*U.S. Attorney's Office, District of Delaware*

U.S. Attorney for the District of Delaware
Attn: David C. Weiss, C/O Ellen Slights
1007 Orange St., Ste. 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

*Securities & Exchange Commission*

| | |
|---|---|
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov<br><br>Securities & Exchange Commission,<br>Philadelphia Office<br>Attn: Bankruptcy Dept.<br>One Penn Center<br>1617 JFK Blvd., Ste. 520<br>Philadelphia, PA 19103<br>secbankruptcy@sec.gov | Securities & Exchange Commission, NY Office<br>Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |

## **VIA FIRST CLASS MAIL**

*Internal Revenue Service*

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Mar<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |