# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## RE-NOTICE OF APPEARANCE
## AND REQUEST FOR RE-NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that an appearance is hereby entered and re-request is hereby made on behalf of Philadelphia Indemnity Insurance Company; in accordance with 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002 and 9010(b) (the "Rules"), that all papers, pleadings, motions, and applications served or required to be served in the above-captioned case, be given to and served upon:

Gary D, Bressler, Esq.
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
300 Delaware Ave
Suite 1014
Wilmington, DE 19801
(302) 300-4515
Fax: (302) 654-4031
gbressler@mdmc-law.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, requests or demand, any plan or disclosure statement, and any answering or reply papers filed in the above-captioned cases or in any associated case or adversary proceeding.

1

PLEASE TAKE FURTHER NOTICE that Philadelphia Indemnity Insurance Company, does not intend this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de* novo review by a District Judge; (ii) its right to trial by jury in any proceeding related to these cases, or any right to arbitration; (iii) its right to move for abstention; (iv) its right to have the district court withdraw the reference in any matter subsequent to mandatory or discretionary withdrawal; or (iv) any rights, claims actions, defenses, setoffs, or recoupments to which they may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance does not constitute an agreement to accept services of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Philadelphia Indemnity Insurance Company for such purposes.

                                                        /s/ *Gary D. Bressler, Esq.*
                                                          Gary D. Bressler, Esq.