IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br>FTX TRADING LTD., *et al.*,[3]<br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
|---|---|

## TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| 117 Partners LLC | Fill Rich Ventures Limited |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent:<br><br>117 Partners LLC<br>130 Canal St., #602, Pooler, GA 31322<br>Attention: Thomas Braziel<br>Email: tom@117partners.com<br>Website: https://www.117partners.com<br>Telegram: http://t.me/thomasbraziel | Last known address:<br><br>Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, VG1110, British Virgin Islands<br>Email: geoffrey@chuangs.com.hk |

Type and Amount of Interest Transferred:

| Series A Preferred | Series B Preferred | Series B-1 Preferred<br>7,631 | Series C Preferred |
|---|---|---|---|
| FTX Common | WRS Class A Common | WRS Class B Common | WRS Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: __21 March 2025_____
    Thomas Braziel (Mar 20, 2025 16:23 EDT)

    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

---

[3] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

032-8071/6970891.2

117 PARTNERS

**EVIDENCE OF TRANSFER**

TO: Clerk, United States Bankruptcy Court, District of Delaware

Fill Rich Ventures Limited (with 7,631 Series B-1 Preferred Shares) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Preferred Equity dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **117 Partners LLC** ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the Preferred Equity Interest of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered). Such shares are represented by certificate 20 and stand in the undersigned's name on the books of the Company. The undersigned does hereby irrevocably constitute and appoint the Secretary of the Company or any duly authorized representative of the Company as attorney-in-fact, with full power of substitution, to transfer said stock on the books of said corporation, the "**Preferred Equity Interest**").

Seller hereby waives any objection to the transfer of the Preferred Equity Interest to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure. Seller further stipulates that an order may be entered recognizing this transfer and sale of the Preferred Equity Interest as an unconditional assignment and sale and Buyer herein as the valid owner of the Preferred Equity Interest. You are hereby requested to direct all future distributions, notices, and other communications regarding the Preferred Equity Interest to Buyer.

IN WITNESS WHEREOF, dated as of the 21 day of March, 2025.

SELLER:

**Fill Rich Ventures Limited**

By: _Geoffrey Chuang Ka Kam (Mar 21, 2025 14:07 GMT+8)_
Name: Geoffrey Chuang Ka Kam
Title: Director

BUYER:

**117 Partners LLC**

By: _Thomas Braziel (Mar 20, 2025 16:23 EDT)_
Name: Thomas Braziel
Title: Managing General Partner

032-8071/6970891.2