# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: FTX Trading Ltd. (d/b/a "FTX") | ) Chapter 11 |
|  | ) |
|  | ) Case No. 22-11068 |
| Debtors. | ) |
|  | ) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| THREE AMIGOS TECHNOLOGY HOLDINGS LLC SOLO 401K | EAST WEST TECHNOLOGY VENTURES PTE LTD |
| Name and Address where notices to transferee should be sent: | Last known address: |
| 8 The GRN<br>Ste A<br>Dover<br>DE 19901<br>Email: notices@twelvedozen.capital | 80 Robinson Road<br>Floor 15<br>Attn: Ng Bin Hong<br>Singapore 068898 |
|  | Schedule/Claim No: Unique Customer ID: 00152650 |
|  | Creditor Name: East West Technology Ventures Pte Ltd |
|  | Amount of Claim:   Per Schedule F |
|  | Debtor: FTX Trading Ltd. Schedule F (See attached excerpt) |

2

Claim Percentage Transferred: 100%

Date Claim Filed:

Submitted on or about 30 September 2023
Amended on or about 27 February 2024

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Jared Gross*                       Date: 06/04/2025
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, **EAST WEST TECHNOLOGY VENTURES PTE LTD** has unconditionally and irrevocably sold, transferred and assigned to **THREE AMIGOS TECHNOLOGY HOLDINGS LLC SOLO 401K**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading LTD et al**.

| | |
|---|---|
| **Schedule F Claim #: 00152650** <br><br> **Kroll Claim #: 92276** | |
| **Claim Amount:** | As detailed on Schedule F and Kroll Website for Claim #92276 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 1 March 2025

| BUYER: | SELLER: |
|---|---|
| *Jared GROSS* <br><br> THREE AMIGOS TECHNOLOGY HOLDINGS LLC SOLO 401K | *[signature]* <br><br> EAST WEST TECHNOLOGY VENTURES |
| Name: JARED GROSS | Name: NG BIN HONG |

## Scheduled Claims / Proof(s) of Claims

### Except from Schedule F

| | |
|---|---|
| 00152650 | 3.78/0147330586105[,USDT[14.058629278463151513], AAVE[0.00000000500000000],BTC[0.249970126340781B],BULL[0.000000084860000],CBSE[0.000000040714058],COIN[-0.0000000134121386],ENS[0.000000010000000],ETH[60.0016884860000000],ETHW[0.0006884861236245],FTT[0.09269416050686622],SRM[107.7040743100000001],SRM_LOCKED[3012.4807616300000001],USDT[32115.5359737968803995000000000],USDTI[0.00000001318696] |
| 00152652 | AVAX[0.02069130000000000],BNB[0.00632196796925309],BTC[0.00006546425000000],ENS[0.0073112100000000],ETH[0.00026265135956420],ETHW[0.0002626513595642],FTT[0.0593670153384227],GMT[0.43323000000000],IMX[0.0823439000000000],LUNA2[0.003936775623000],LUNA2_LOCKED[0.009185809786000],LUNC[0.009409675] |

### Excerpt from Amended Schedule F (2023):

| | | |
|---|---|---|
| | | USDT-ETH [0], HUSNT-ETH [0], KONET-ETH [0], SKNEL-ETH [0], UNIST-ETH [0], USQ.000000340, SOE-ETH [0], SLEEM-ETH [0], USDR[0], USDN-RA0000040, USDT-ETH [0], NOM-FEE[0], TRUMPFEBW[IN15207.38006623], TRX[.0000071], TRX-2020032710], USDI-3.79], USDT[14.058629271, ZIL-PERP[0] |
| 00152650 | Contingent | 1INCH-PERP[0], AAVE[0], AAVE-20210326[0], AAVE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AR-PERP[0], ASD-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BAL-PERP[0], BNB-PERP[0], BNT-PERP[0], BTC[0.24997012], BTC-20210625[0], BTC-PERP[0], BULL[0], CAKE-PERP[0], CBSE[0], COIN[0], COMP-PERP[0], CRV-PERP[0], DODO-PERP[0], DOT-PERP[0], ENS[.00000001], ENS-PERP[0], ETH[60.00168848], ETH-20210625[0], ETH-PERP[0], ETHW[0.00068848], FIL-PERP[0], FTM-PERP[0], FTT[0.09269416], FTT-PERP[0], GALA-PERP[0], ICP-PERP[0], LINK-PERP[0], LRC-PERP[0], LUNC-PERP[-433516000], MATIC-PERP[0], MKR-PERP[0], NEAR-PERP[0], OXY-PERP[0], PERP-PERP[0], POLIS-PERP[0], REN-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL-20210625[0], SOL-PERP[0], SRM[107.70407431], SRM_LOCKED[3012.48076163], SUSHI-PERP[0], SXP-PERP[0], UNI-PERP[0], USD[105878.28], USDT[0], XRP-PERP[0], YFI-PERP[0] |
| 00152652 | Contingent | AAVE-PERP[0], ADA-20211231[0], AVAX[.0206913], BNB[0.00632196], BNB-PERP[0], BTC[0.00006546], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], DOGE-20210326[0], DOGE-PERP[0], |

### Excerpt from Amended Schedule F (2024):

| | | |
|---|---|---|
| 00152650 | | 1INCH-PERP[0], AAVE[0], AAVE-20210326[0], AAVE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AR-PERP[0], ASD-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BAL-PERP[0], BNB-PERP[0], BNT-PERP[0], BTC[0.24997012], BTC-20210625[0], BTC-PERP[0], BULL[0], CAKE-PERP[0], CBSE[0], COIN[0], COMP-PERP[0], CRV-PERP[0], DODO-PERP[0], DOT-PERP[0], ENS[.00000001], ENS-PERP[0], ETH[60.00168848], ETH-20210625[0], ETH-PERP[0], ETHW[0.00068848], FIL-PERP[0], FTM-PERP[0], FTT[0.09269416], FTT-PERP[0], GALA-PERP[0], ICP-PERP[0], LINK-PERP[0], LRC-PERP[0], LUNC-PERP[-433516000], MATIC-PERP[0], MKR-PERP[0], NEAR-PERP[0], OXY-PERP[0], PERP-PERP[0], POLIS-PERP[0], REN-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL-20210625[0], SOL-PERP[0], SRM[107.70407431], SRM_LOCKED[3012.48076163], SUSHI-PERP[0], SXP-PERP[0], UNI-PERP[0], USD[105878.28], USDT[0], XRP-PERP[0], YFI-PERP[0] |
| 00152652 | | AAVE-PERP[0], ADA-20211231[0], AVAX[.0206913], BNB[0.00632196], BNB-PERP[0], BTC[0.00006546], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], DOGE-20210326[0], DOGE-PERP[0], ENS[.00731121], ENS-PERP[0], ETH[0.00026265], ETH-PERP[0], ETHW[0.00026265], FIL- |

### Excerpt from Kroll Website

**Creditor Data Details - Claim # 92276**

| | | |
|---|---|---|
| **Creditor** | **Debtor Name** | **Claim Number** |
| Name on file | FTX Trading Ltd. | 92276 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 02/26/2024 | 6786006 |
| | | **Confirmation ID** |
| | | 3265-70-XIZKH-329106721 |

**Claim Amounts**

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AAVE | ASSERTED | 0.000000005 | 0.000000005 |
| CRYPTO | BNT-PERP | ASSERTED | 0.0000000000001137 | 0.0000000000001137 |
| CRYPTO | BTC | ASSERTED | 0.2499701263407818 | 0.2499701263407818 |
| CRYPTO | BTC-PERP | ASSERTED | 0.0000000000000071 | 0.0000000000000071 |
| CRYPTO | BULL | ASSERTED | 0.000000008466 | 0.000000008466 |
| CRYPTO | CBSE | ASSERTED | 0.0000000040714058 | 0.0000000040714058 |
| CRYPTO | COIN | ASSERTED | -0.0000000013412136 | -0.0000000013412136 |
| CRYPTO | ENS | ASSERTED | 0.00000001 | 0.00000001 |
| CRYPTO | ETH | ASSERTED | 60.001688486 | 60.001688486 |
| CRYPTO | ETHW | ASSERTED | 0.0006884861236245 | 0.0006884861236245 |
| CRYPTO | FTT | ASSERTED | 0.0926941605068622 | 0.0926941605068622 |
| CRYPTO | LUNC-PERP | ASSERTED | -433516000 | -433516000 |
| CRYPTO | OXY-PERP | ASSERTED | -0.000000000007276 | -0.000000000007276 |
| CRYPTO | SRM | ASSERTED | 107.70407431 | 107.70407431 |
| CRYPTO | SRM_LOCKED | ASSERTED | 3012.48076163 | 3012.48076163 |
| CRYPTO | USDT | ASSERTED | 0.000000001318696 | 0.000000001318696 |
| CRYPTO | YFI-PERP | ASSERTED | -0.0000000000000007 | -0.0000000000000007 |
| FIAT | USD | ASSERTED | 105878.28337379677 | 105878.28337379677 |

5

# AUDIT TRAIL



| Trail | User | Time & Location |
|---|---|---|
| Document Created | Jared Gross<br>jared@twelvedozen.capital | 06 Apr 2025<br>10:26:42 UTC<br>*220.255.183.103, 10.1.2.29* |
| Document Sent | Bin Hong NG<br>ngbinhong@gmail.com | 06 Apr 2025<br>10:26:42 UTC<br>*220.255.183.103, 10.1.2.29* |
| Document Sent | Jared Gross<br>jared@3amigoscapital.com | 06 Apr 2025<br>10:26:42 UTC<br>*220.255.183.103, 10.1.2.29* |
| Document Viewed | Jared Gross<br>jared@3amigoscapital.com | 06 Apr 2025<br>10:27:52 UTC<br>*104.28.119.111, 10.1.2.29* |
| Document Signed | Jared Gross<br>jared@3amigoscapital.com | 06 Apr 2025<br>10:28:48 UTC<br>*104.28.119.111, 10.1.2.29* |
| Document Viewed | Bin Hong NG<br>ngbinhong@gmail.com | 07 Apr 2025<br>00:20:27 UTC<br>*103.190.179.16, 10.1.2.29* |
| Document Signed | Bin Hong NG<br>ngbinhong@gmail.com | 07 Apr 2025<br>00:20:42 UTC<br>*103.190.179.16, 10.1.2.29* |
| Document Sealed |  | 07 Apr 2025<br>00:20:45 UTC |

L9wI9Pnou1n7kFkmyS0j0A==