# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | Case No. 22-11068 (JTD) |
| | (Jointly Administered) |
| Debtors. | |
| | **Ref. No. 26029** |

## Response by Claim Number 45416 to:

## "FTX RECOVERY TRUST'S ONE HUNDRED SIXTIETH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED PROOFS OF CLAIM (CUSTOMER CLAIMS)"[2]

Claimant: Rohan Thompson
Claim Number: 45416
Date: 8 April 2025

Office of the Clerk of the United States Bankruptcy Court for the District of Delaware
The Honorable Judge Karen B. Owens
United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Dear Judge Owens,

In these unusual and challenging times, please grace this application with good faith and preserve the spirit of this claim for I lack deep pockets and support from powerful law firms.

This response to the FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) (the 'Objection'), requests that Claim Number 45416, filed by Rohan Thompson (the 'Claimant') – asserting an entitlement to $1,091,418.90 USD, plus interest, as restitution for TRUMPFEB tokens –

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Title of Objection, Doc 29733 Filed 02/25/25 as required by section 17(a) on page 8

should not be reduced, but instead, preserved because of the reasons below and or any other reasons that serve justice.

This Claimant has made a good faith attempt to comply with all requirements under section 17 of the Objection.

1. **Description for the basis for the amount of claim**

1.1. The Claimant maintains and reserves all rights in their TRUMPFEB tokens and all interests against FTX and any and all creditors or other claimants benefiting from or otherwise unjustly enriched by BIDEN or other tokens offered by FTX during the 2020 Presidential Election (fraud) and its associated revolutionary coup attempt against the United States of America ('**USA'**).

1.2. The amount of this claim is based upon:

    a.    Official FTX records supporting the Claimant's actual holdings including exact quantities (see 3.1);

    b.    Facts and legal actions, including, but not limited to, those made by the President of the United States of America ('**POTUS'**)[3] – being the USA's highest law enforcement authority[4] and "Commander in Chief"[5] – and the Director of the FBI (see 3.2), which establish critical facts concerning the 2020 election fraud, and which cannot be simply ignored by this Court when considering this case, the Plan, the necessity of reconsidering fiduciary duties[6], the Best Interests Test[7] with respect to all claimants (especially TRUMPFEB and BIDEN token settlements and claimants), and the calculation, freezing and release of distributions.

    c.    a live and ongoing interest and claim against FTX Recovery Trust (the '**Trust'**) and all FTX clients unjustly enriched by the 2020 fraud, particularly claimants who received BIDEN tokens settled at $1 on 8 Nov 2020 (see 3.1.c);

2. **The specific factual basis and supporting legal arguments in opposing this Objection and preserving the Claim**

---

[3] See 3.2.a
[4] *Nixon v. General Services Administration*, 433 U.S. 425 (1977), "Suffice it to say that the President is made the sole repository of the executive powers of the United States, and the powers entrusted to him as well as the duties imposed upon him are awesome indeed."
[5] Article II Section 2 of the U.S. Constitution
[6] 1107 Bankruptcy Code
[7] 1129(a)(7) Bankruptcy Code

In response to the Objection, we respectfully assert that the proposed reduction and modification of the TRUMPFEB token claim is inappropriate and that the original TRUMPFEB proposed amount is not overstated, due to the following reasons.

2.1.   Official FTX Documentation supports the validity of the Asserted Claim Ticker Quantity for "1,091,418.900000000000000"[8] TRUMPFEB units plus interest.

a.   The Asserted Claim Ticker Quantity for "1,091,418.9" TRUMPFEB units (the '**Disputed Amount'**) is legitimate and supported by official FTX Records ("position size`" etc.) backed up by the Claimant, via screenshots and csv downloads, on 1 February 2021 (see 3.1.a) and via the Kroll portal on 23 August 2023 (see 3.1.b). Therefore, the Trust, in the Objection, falsely "submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts."[9]

b.   When FTX settled FTX President 2020 markets on 8 Nov 2020 and 1 February 2021 (see 3.1.c), but for the 2020 Election Fraud issue (see below), justice requires that the Claimant's account should have included 1,091,418.90 TRUMPFEB converted to USD and the same amount on the Petition Date, 11 November 2022.

c.   Therefore, as of 7 April 2025, at 9% yearly interest, the claimants outstanding TRUMPFEB claim value is as follows:

Claim at Petition Date: 1,091,418.90

Interest Rate: 9%[10]

1,091,418.90 * 9%= 98,227.701 / per year

98,227.701 / 365 = 269.1169 / per day

Days between Petition Date and 7 April 2025 = 867

867 * 269.1169 = 233,324.35

---

[8] At Claim 45416, page 140 of Doc 29733-2 Filed 02/25/25
[9] At Claim 45416, page 140 of Doc 29733-2 Filed 02/25/25
[10] See the "Consensus Rate", p7 of the DISCLOSURE STATEMENT FOR DEBTORS' JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FTX TRADING LTD. AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION

TRUMPFEB claim value as at 7 April 2025 = 1,091,418.90 + 233,324.35

= 1,324,743.25 USD

2.2.    Error in proposed reduction: the Trust's proposed amount asserts unusual TRUMPFEB pricing.

The Trust's proposed reduction appears to be based on miscalculations or error concerning the expected value of TRUMPFEB tokens based upon improper assumptions by the Trust or Court concerning the probability that the 2020 election was in fact fraudulent, or a failure to consider relevant documents, evidence and proof, including facts and declassification legal actions taken by POTUS, the "Commander in Chief" of the USA (see 3.2).

The Trust's TRUMPFEB proposed amount – meaning the Objection's Modified Claim Ticker Quantity – by seeking to reduce the holding from "1,091,418.900000000000000" to "0.000000000232830"[11] suggests a TRUMPFEB Expected Value that is excessively low, but not zero. This is a reduction of $2.133278066e^{\wedge}16$.

This non-zero number is strange given the listed value of "**424.** TRUMPFEBWIN $0.0000000" in the Appendix E Digital Assets Conversion Table – which, given the evidence referenced in this response, seems deeply unjust.

How does the Trust, given all of the facts and ongoing legal actions involving the 2020 election – including recently declassified documents and statements made by the USA's highest law enforcement authority (POTUS) – justify their Expected Value of TRUMPFEB tokens and their 'Objection's Modified Claim Ticker Quantity' to be not zero, but the very precise number of 0.000000000232830?

2.3.    TRUMPFEB tokens are an independent asset.

The claim for the TRUMPFEB tokens is separate and distinct from any generalized claims related to election fraud. The tokens represent an ongoing claim interest enforceable against all Debtors and claimants unjustly enriched by the 2020 Election Fraud (i.e. BIDEN token markets). This interest should not be negated by the broad terms of the Global Settlement. The Global Settlement may have resolved certain claims against the former insiders, but it does not extinguish a

---

[11] At Claim 45416, page 140 of Doc 29733-2 Filed 02/25/25

claim based on an independent asset like TRUMPFEB tokens or between creditors.

It's likely and arguable that at least some Debtors unjustly enriched by the BIDEN token are essentially "former insiders" and therefore, tracing and freezing assets associated with these Debtors is an issue of National Security for the USA.

2.4.   Addressing the limited liability argument under the Plan

    a.   Specific claims of fraud are separate and valid – this claim is not generalized.

The Disputed Amount is not a generalized fraud claim as the Trust asserts but rather, a specific, separate and valid claim with a clear nexus between exact parties easily identified by their FTX 2020 Market trades and the 2020 election fraud.

The Global Settlement Plan and terms of the Chapter 11 plan have not sufficiently addressed this issue, and even if they have or did, the facts and legal actions of POTUS now require that they do address them because by failing to address FTX's misallocation of $1USD per BIDEN contract on 8 Nov 2020 (see 3.1.c) is a clear, objective, easily identified miscarriage of justice, over which the Trust has the power to correct or exacerbate by its actions to correct or ignore in forthcoming distributions.

This Court and others have recognized the validity of fraud-based claims where the claimant can show a direct nexus between the alleged fraud and their harm. The claimant here asserts harm arising from the alleged 2020 electoral fraud, which has a direct bearing and harm on the value of the TRUMPFEB tokens with a corresponding fraudulently induced proportional increase to the value for BIDEN tokens.

The Disputed Amount is not a generalized fraud claim but rather, one that relates specific, legitimate, and officially recorded FTX President 2020 market token assets (TRUMPFEB tokens held by Claimant on 1 February 2021 and claimants receiving $1 USD per BIDEN token on 8 Nov 2020, dates of 2020 President market settlements, see 3.1.c), that were misallocated in accordance with the 2020 election fraud, and which represent an existing and ongoing contingent liability for specific unjustly enriched Debtors and claimants.

Whilst it could be argued that the Global Settlement negates such a Claim for Debtors, the lion's share of such interest most likely lies with existing claimants to this case who received BIDEN settlements on 8 November 2020 (see 3.1.c) who have already received, or are entitled to Trust distributions in accordance with these proceedings.

b.    This Claim concerns not just the Trust (because they act as a fiduciary over specific assets with a clear nexus to this claim), *but other claimants* and therefore falls outside the zero-liability "Global Settlement" scope imposed by s39 of the Confirmation Order[12].

Section 39 concerns "of all Claims, Interests and Causes of Action against, ***by or among the Debtors***" (emphasis added) – and does not include all claims between creditors and claimants, such as this Claim.

This claim concerns a specific and readily identifiable group of claimants presently party to this Case – holders of TRUMPFEB and BIDEN tokens at the moment of settlement (1 Feb 2021 and 8 November 2020, see 3.1.c) – which represent a novel group and circumstance not listed under section 39 of the Confirmation Order[13].

This claim is not generic, but tied to specific TRUMPFEB assets I purchased and owned via FTX, and their nexus with the 2020 election fraud issue, the Trust, and the specific set of FTX individuals, entities, and clients (especially those party to these Proceedings) who received $1 per BIDEN token on 8 November 2020 (see 3.1.c) – unjustly enriched by fraud – against whom I could make a claim or against whom the Trust could implement updated Distribution arrangements involving clawbacks (for those who made unjustly enriched withdrawals), set off, freezes, etc. to rectify this injustice.

The TRUMPFEB tokens and their associated value have a clear and demonstrable link and nexus to critical and recent facts (see 3.2 below), live and unsettled legal cases and existing FTX Debtors and creditors unjustly enriched by the 2020 Electoral Fraud and 8 November 2021 settlement. Therefore, the claim must be treated with due process and acknowledged by this Court, especially considering the evolving legal

---

[12] P18, section 39 of the Confirmation Order
[13] s39 of the Confirmation Order, page 18

landscape surrounding these fraud allegations and the Court's obligations to avoid aiding and abetting further injustice and fraud.

c.    Paragraphs 41 and 93 of the Confirmation Order require the standard of a "*good faith* compromise of all Claims, Interest and *controversies* relating to the contractual, legal and subordination rights that a Holder of an Allowed Claim or Interest may have against the Debtors, or any Distribution to be made on account of such Allowed Claim or Interest".

This Claim, amongst other things, relates to an ongoing "Claim or Interest" concerning other FTX clients or claimants (who received BIDEN distributions on 8 November 2020) and their entitlements to future distributions.

And in any cases, the facts and law concerning fraud and the 2020 election fraud, mean that the Global Settlement under section 93 of the Confirmation Order is no longer "fair, equitable and reasonable".

However, since this Court has not announced a freeze on all payments to claimants who were enriched by the settlement of BIDEN tokens on 8 November 2020, or the reduction of such payments by a set off amount to accommodate the 2020 Election Fraud issue until it can be more fully investigated, the Trust appears to be failing to meet its stated requirements.

Consider for example:

How could a *genuine fiduciary*, in light of the existing and newly revealed facts concerning the 2020 Election Fraud (see 3.2), reasonably claim that the Plan, the Confirmation Order and the Trust's *ongoing* operations, achieve a 'good faith' compromise or 'is fair, equitable and reasonable and falls above the lowest point in the range of reasonableness"[14]:

(i)    If it ignores one of the most significant controversies and miscarriages of justice in the history of the USA: the 2020 election fraud and revolutionary coup attempt against the USA and its impact on these and other proceedings?

---

[14] See s93 of the Confirmation Order, page 38

(ii)     If the Confirmation and Plan fail to identify the 2020 election issue and associated group (concerning FTX 2020 President markets) to rectify the highly specific, easily traceable and concrete miscarriages of justice arising from FTX 2020 President markets?

(iii)    If Distributions proceed without any interim freezes to or clawbacks from, claimants potentially unjustly enriched by BIDEN token settlement, withdrawals or pay-outs?

(iv)    If it continues to value TRUMPFEB tokens at a per unit expected value approaching zero (see 2.2)?

(v)     If it's reasonably likely that Distributions to claimants who benefited from BIDEN token settlement are statistically more likely to use such funds to facilitate further frauds and miscarriages of justice against the National Security interests of the USA?

(vi)    Without first seeking advice from the White House, FBI, or Department of Justice, who are beyond reasonable doubt aware of the ongoing 2020 election fraud situation (see 3.2) and possibly tracing potential bad actors unjustly enriched from FTX 2020 President markets who may have withdrawn their funds early and not be party to present proceedings or be Debtors or creditors in this case?

2.5.    Legal precedent for allowing claims to proceed despite global settlement

Even if the Trust or Court argues or seeks to negate this claim because of the Global Settlement – which any fiduciary can see is patently unjust given the facts of the 2020 election fraud – precedent exists to allow this claim in the cases of fraud despite Global Settlement. For example, In re Enron Corporation Securities Litigation, Civil Action No. H-01-3624 (Consolidated), Civil Action Nos. H-02-3401, 02-3010 (S.D. Tex. Apr. 4, 2005), individual claims for fraud and misconduct were allowed to proceed despite a global settlement, demonstrating that such settlements don't always extinguish all potential claims.

2.6.    Equitable remedies

The fact is the 2020 election fraud is not settled but a live, legal, ongoing issue. In cases of fraud or misconduct, this Court can use equitable remedies, which are designed to provide justice and fairness beyond the strict rules of common law, such as ordering an account of profits or imposing a constructive trust over amounts affected by the alleged election fraud and FTX 2020 President markets.

2.7.    The 2020 Election Fraud is an ongoing (not settled) issue.

The 2020 Election Fraud is an unresolved and ongoing legal issue as demonstrated by POTUS' statements, various legal cases across the U.S and ongoing law enforcement operations (see 3.2). The Claimant's assertion of fraud is not merely speculative but increasingly supported by public and legal discussions, creating a compelling argument for the restitution of the TRUMPFEB tokens.

2.8.    Trust Distributions involving accounts associated with FTX 2020 President markets are premature and unjust.

The Trust's assertion that **election fraud claims** are resolved under the Confirmation Order **is premature**, deeply unjust, and does not represent a "good faith" attempt to ensure that "the Global Settlement is fair, equitable, reasonable and in the best interests of the Debtors, their Estates and Holders of Claims and Interests and fall above the lowest point in the range of reasonableness."[15]

2.9.    The 2020 election fraud issue is specific, limited and can be easily managed without harming general proceedings and Distributions to non-impacted claims.

The 2020 Election Fraud is an ongoing issue with a specific and easily calculable impact on existing claimants and Distributions that can be relatively inexpensively resolved. The 2020 election fraud issue does not require any overly burdensome actions by this Court nor actions affecting all claimants. Instead, it is limited to specific claimants who received TRUMPFEB or BIDEN settlements on 8 November 2020 and 1 February 2021 respectively, being FTX 2020 President market settlement dates (see 3.1.c).

2.10.    New evidence concerning the 2020 election fraud is cause for the Trust to modify the plan.

---

[15] Point 41 of the Confirmation Order, Doc 26404

Under section 1127(b) the Trust should modify the plan to remedy the defect, omission and inconsistency of the Plan with respect to the pending 2020 election fraud issue.

2.11.   New evidence concerning the 2020 election fraud is valid cause for modifying claims.

Bankruptcy courts often modify claims based on new evidence or changes in the underlying legal circumstances. In In re Harry & David Holdings, Inc., No. 11-10884 (Bankr. D. Del. Nov. 23, 2011), the court allowed claims to be modified based on new documentation. In light of the new evidence from POTUS, can this Court, as a fiduciary seeking a "good-faith" compromise, reasonably argue that the facts concerning the likelihood of 2020 election fraud, and the associated impact on TRUMPFEB and BIDEN distributions, does not already justify at the very least, a freeze on all Distributions – or alternatively, to all accounts who received FTX President 2020 BIDEN settlements on 8 November 2020 – to allow for further investigations and the avoidance of further miscarriages of justice?

We suggest it cannot without associating itself with a grave miscarriage of justice because a reasonable fiduciary would acknowledge the facts of the 2020 election fraud issue (see 3.2) and freeze all Distributions to claimants who received BIDEN settlements on 8 November 2020.

2.12.   POTUS' facts and legal actions demand that this Court and the Trust take the 2020 election fraud and this claim seriously.

The factual and legal significance of POTUS' statements concerning the 2020 election, and therefore FTX 2020 President markets, and therefore the "good faith" standing of the Plan, Confirmation Order and present Distribution arrangements cannot be overstated or handwaved away by the Trust or this Court as lacking in evidence or legal authority because:

a.      The US Constitution is the highest law in the USA.[16]

b.      POTUS is the "Commander in Chief"[17] and, as head of the executive, the highest law enforcement authority in the USA.[18]

---

[16] Article VI, Clause 2 (The Supremacy Clause) of the Constitution of the United States
[17] Article II Section 2 of the U.S. Constitution
[18] Nixon v. General Services Administration, 433 U.S. 425 (1977), "Suffice it to say that the President is made the sole repository of the executive powers of the United States, and the powers entrusted to him as well as the duties imposed upon him are awesome indeed."

c.   POTUS' "Q" clearance[19] allows him to access top secret information, including that which concerns National Security interests, such as the 2020 election fraud and attempted revolutionary coup against the USA. Therefore, POTUS' statements, orders and presidential actions – including the promise to declassify proof of the 2020 election fraud – are significant and have a direct impact on this this Court in how it should handle these proceedings as well as the Claimant's case.

d.   POTUS has stated as fact that the 2020 election was "**corrupt**… **rigged**" (see 3.2.a).

e.   POTUS has promised the public objective proof of the 2020 election fraud, "**you're going to find that out. The documents are there. The numbers are there. We won that by a lot.**" (see 3.2.a).

f.   POTUS, on 25 March 2025, issued a Presidential Action, directing the declassification of facts and proof of the 2020 election fraud (see Crossfire Hurricane 3.2.b).

This is critical event because POTUS, the highest executive (law enforcement) authority in the USA, by making this order, has effectively put the Trust on notice that the 2020 election fraud is a real, live, significant and ongoing issue that is in the process of being disclosed and resolved, and that new facts and proof are coming.

This action alone, separate from the abundance of legal cases and other information (see 3.2), is more than enough to justify the immediate freezing of all distributions and payments to claimants associated with FTX 2020 President markets.

Consider for example, how can the Trust, or any alleged fiduciary claiming to operate in 'good faith', simply ignore such events and proceed to facilitate distributions to those (likely) unjustly enriched by the 2020 fraud without any pause, freeze orders, or further inquiries?

We suggest they cannot with significantly harming justice.

---

[19] https://storage.courtlistener.com/recap/gov.uscourts.flsd.648653/gov.uscourts.flsd.648653.325.0_1.pdf

g.    POTUS, on 22 March 2025, issued a Presidential Action, *Preventing Abuses of the Legal System and the Federal Court*[20], which applies to this Case.

This presidential action suggests that this Court, in addressing the 2020 election fraud and the implications for this case, should remember that "Law firms and individual attorneys [who] have a great power, and obligation, to serve the rule of law, justice, and order", especially concerning BIDEN token enriched attorneys and law firms in these proceedings.

h.    POTUS, on 25 March 2025 issued a Presidential Action, Preserving and Protecting the Integrity of American Elections.[21]

This action, which included new requirements such as supplying identification, is consistent with reforms following a major election fraud and therefore supports the probability of the 2020 election fraud.

2.13.    Proof that the FBI Colluded to rig the 2020 election.

Another ongoing and significant miscarriage of justice supporting the 2020 election fraud which justify legal actions to freeze all distributions to FTX 2020 President market claimants concerns facts that prove that the FBI did indeed collude to rig the 2020 Election (see 3.2.f and 3.2.g).

The Director of the FBI, during his confirmation hearing, made comments which further support the fact that we are presently in an ongoing operation that will fully expose the 2020 election fraud (see 3.2.f).

2.14.    "Fraud vitiates everything"; the current Plan is not "fair and equitable".

"There is no question of the general doctrine that fraud vitiates the most solemn contracts, documents, and even judgments."[22]

The facts are that the highest law enforcement officer, POTUS, has stated the "2020 election was totally rigged" and ordered the declassification of proof. We also have proof that the FBI colluded to rig the 2020 election.

---

[20] https://www.whitehouse.gov/presidential-actions/2025/03/preventing-abuses-of-the-legal-system-and-the-federal-court/
[21] https://www.whitehouse.gov/presidential-actions/2025/03/preserving-and-protecting-the-integrity-of-american-elections/
[22] 98 U.S. 61 25 L.Ed. 93 UNITED STATES v. THROCKMORTON. October Term, 1878

The Plan must be "fair and equitable" and must not "discriminate unfairly", 11 U.S.C. § 1129(b)(1). However, as it stands, the Plan is not "fair and equitable" and discriminates against TRUMPFEB holders for the benefit of BIDEN holders (at the moment of settlement on 8 November 2020, see 3.1.c).

Therefore, the Trust and this Court should, at the very least, respond appropriately by freezing distributions to any claimants associated with FTX 2020 markets until further notice and preserve this Claim for full restitution.

2.15.   Evidence in this claim demonstrates the Global Settlement concerning this claim is "unjust" – not "Fair, equitable, reasonable and in the best interests of the Debtors, their Estates and the Holders of Claims"[23]

For the reasons above, the Objection to the Disputed Amount is simply unjust and the Global Settlement *is not* "fair, equitable, reasonable" or in the "best interests" of the Holders of Claims.

2.16.   Core "proceedings to determine, avoid, or recover fraudulent conveyances".

The 2020 Election Fraud issue and POTUS' recent actions (see 3.2) provide an obvious opportunity for this Court to initiate "proceedings to determine, avoid, or recover fraudulent conveyances" with respect to the 2020 election fraud in accordance with s 157(b)(2)(H) of 28 USC.[24]

2.17.   *Rei publicae, ut sit finis litium.*

"There are no maxims of the law more firmly established or of more value in the administration of justice than the two which are designed to prevent repeated litigation between the same parties in regard to the same subject of controversy -- namely, interest *rei publicae, ut sit finis litium,* and *nemo debet bis vexari pro una et eadam causa."*[25]

The evidence in this document concerning the 2020 election fraud (which includes proof and further promised proof via declassifications ordered by POTUS), strongly suggest that reducing the claim to near-zero will not serve the Trust, who will soon receive more FTX 2020 President market claims. The cost mitigating solution is to simply freeze or reduce distributions to anyone who received settlements from the

---

[23] S41 the Confirmation Order, p20
[24] s 157(b)(2)(H) of 28 USC
[25] 98 U.S. 61 25 L.Ed. 93 UNITED STATES v. THROCKMORTON. October Term, 1878

FTX 2020 President markets by the amount they received on 8 November 2020 and 1 Feb 2021 respectively (see 3.1.c) until further notice.

2.18.    Claimant actions to assert and protect this Claim.

The Claimant has acted to protect this claim despite lawfare shenanigans, including rejecting the Plan and opting out of the third party release (see 3.1.d) to maintain all rights concerning this Claim.

These actions as well as requests for Orders in this response – including freezes for FTX 2020 President markets (TRUMPFEB and BIDEN tokens) and requests for information concerning lists of claimants unjustly enriched by the BIDEN token settlement on 8 November 2020 (see 5) – support the case that the Objection and proposed variation by the Trust should be rejected because this particular Claim falls outside the scope of the existing global settlement, and reinforces the Claimant's rights to justice in the form of full restitution, plus interest.

2.19.    Because of the facts and evidence, payments to claimants receiving BIDEN settlements on 8 November 2020 are no longer 'reasonable' under s1129(a)(4).

Again, statements by the FBI director (3.2.f) and POTUS, the highest executive authority and law enforcement officer has promised proof of election fraud and started declassification efforts (see 3.2). It is therefore no longer 'reasonable' for the Trust or this Court to allow or make distributions (unless combined with set off for affected amounts, freezes, or other relevant orders in the interests of justice) to affected claimants.[26]

2.20.    Preservation of Cause of Action and Defense

Section 51 of the Confirmation Order[27] supports the preservation of this Claim.

## 3.    Documentation and supporting evidence

3.1.    Official TRUMPFEB holdings

a.    Proof of TRUMPFEB Tokens via Official FTX Records at 1 February 2021

(i)    FTX.com screenshot at 9:12:08am

---

[26] Section 1129(a)(4) Bankruptcy Code
[27] S51 of the Confirmation Order, page 24



(ii)      FTX.com positions.csv report download 1 Feb 2021 at 9:12am

| market | side | position_size | cost | liq_price | mark_price | recent_pnl | average_open_price | break_even_price |
|--------|------|---------------|------|-----------|------------|------------|--------------------|------------------|
| TRUMPFEB | buy | 1091418.9 | 2182.8378 | N/A | 0.002 | -15330.8947 | 0.01716727538318477 | 0.016046755741539753 |

(i)      FTX.com trades.csv report download 1 Feb 2021 at 9:11am

| | id | time | market | side | type | size | price | fee | feeCurrency |
|---|---|---|---|---|---|---|---|---|---|
| 1 | id | time | market | side | type | size | price | fee | feeCurrency |
| 2 | 729680107 | 2021-01-25T | TRUMPFEB | buy | Limit | 30218.3 | 0.001 | 0.302183 | USD |
| 3 | 729680105 | 2021-01-25T | TRUMPFEB | buy | Limit | 41351.3 | 0.001 | 0.413513 | USD |
| 4 | 702561491 | 2021-01-21T | TRUMPFEB | buy | Limit | 56586 | 0.002 | 1.13172 | USD |
| 5 | 701455029 | 2021-01-21T | ETH-PERP | sell | Market | 0.038 | 1291 | 0.0343406 | USD |
| 6 | 701412594 | 2021-01-21T | ETH-PERP | buy | Limit | 0.038 | 1285.7 | 0.00977132 | USD |
| 7 | 698886408 | 2021-01-20T | TRUMPFEB | sell | Market | 25.5 | 0.005 | 0.0044625 | USD |
| 8 | 698886406 | 2021-01-20T | TRUMPFEB | sell | Market | 58.7 | 0.005 | 0.0102725 | USD |
| 9 | 698886404 | 2021-01-20T | TRUMPFEB | sell | Market | 135.5 | 0.005 | 0.0237125 | USD |
| 10 | 698886402 | 2021-01-20T | TRUMPFEB | sell | Market | 332.3 | 0.005 | 0.0581525 | USD |
| 11 | 698886400 | 2021-01-20T | TRUMPFEB | sell | Market | 1968.8 | 0.005 | 0.34454 | USD |
| 12 | 695485916 | 2021-01-20T | TRUMPFEB | buy | Limit | 15132.7 | 0.009 | 1.361943 | USD |
| 13 | 695485862 | 2021-01-20T | TRUMPFEB | buy | Limit | 18499.2 | 0.01 | 1.84992 | USD |
| 14 | 695485794 | 2021-01-20T | TRUMPFEB | buy | Limit | 13178.7 | 0.011 | 1.449657 | USD |
| 15 | 695485696 | 2021-01-20T | TRUMPFEB | buy | Limit | 48660.3 | 0.012 | 5.839236 | USD |
| 16 | 695485694 | 2021-01-20T | TRUMPFEB | buy | Limit | 13798 | 0.012 | 1.65576 | USD |
| 17 | 693065691 | 2021-01-19T | TRUMPFEB | buy | Limit | 91114.2 | 0.011 | 10.022562 | USD |
| 18 | 688474757 | 2021-01-19T | AUD/USD | sell | Market | 9 | 0.7712 | 0.00485856 | USD |
| 19 | 688470011 | 2021-01-19T | AUD/USD | buy | Limit | 10 | 0.7723 | 0.007 | AUD |
| 20 | 688459087 | 2021-01-19T | TRUMPFEB | buy | Limit | 129204.8 | 0.013 | 58.788184 | USD |
| 21 | 688459085 | 2021-01-19T | TRUMPFEB | buy | Limit | 500 | 0.013 | 0.2275 | USD |
| 22 | 688459083 | 2021-01-19T | TRUMPFEB | buy | Limit | 2307.6 | 0.013 | 1.049958 | USD |
| 23 | 688459081 | 2021-01-19T | TRUMPFEB | buy | Limit | 21833.7 | 0.013 | 9.9343335 | USD |
| 24 | 636879790 | 2021-01-11T | TRUMPFEB | buy | Limit | 446.4 | 0.015 | 0.06696 | USD |
| 25 | 622781331 | 2021-01-11T | TRUMPFEB | buy | Limit | 1705.1 | 0.017 | 0.289867 | USD |
| 26 | 615377608 | 2021-01-10T | TRUMPFEB | buy | Limit | 6066.9 | 0.012 | 0.728028 | USD |
| 27 | 615315433 | 2021-01-10T | TRUMPFEB | buy | Limit | 11190.6 | 0.012 | 1.342872 | USD |
| 28 | 615071084 | 2021-01-10T | TRUMPFEB | buy | Limit | 3491.4 | 0.012 | 0.418968 | USD |
| 29 | 614925427 | 2021-01-10T | TRUMPFEB | buy | Limit | 577.7 | 0.012 | 0.069324 | USD |
| 30 | 614575651 | 2021-01-10T | TRUMPFEB | buy | Limit | 17830.1 | 0.012 | 2.139612 | USD |
| 31 | 608695279 | 2021-01-09T | TRUMPFEB | buy | Limit | 4420.1 | 0.013 | 0.574613 | USD |
| 32 | 608695207 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 33 | 608683105 | 2021-01-09T | TRUMPFEB | buy | Limit | 404.2 | 0.013 | 0.052546 | USD |
| 34 | 608683067 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 35 | 608682999 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 36 | 608682921 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 37 | 608682821 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 38 | 608659443 | 2021-01-09T | TRUMPFEB | buy | Limit | 3129.7 | 0.013 | 0.406861 | USD |
| 39 | 608659345 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 40 | 608659221 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 41 | 608659141 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 42 | 608659051 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 43 | 608659007 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 44 | 608658957 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 45 | 608658891 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 46 | 608658827 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 47 | 608658639 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 48 | 608658617 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 49 | 608658575 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 50 | 608658551 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 51 | 608658283 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 52 | 608658223 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 53 | 608658157 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 54 | 608658063 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 55 | 608657701 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 56 | 608657645 | 2021-01-09T | TRUMPFEB | buy | Limit | 8022.2 | 0.013 | 1.042886 | USD |
| 57 | 601464289 | 2021-01-08T | TRUMPFEB | buy | Limit | 3571.6 | 0.011 | 0.392876 | USD |
| 58 | 601464261 | 2021-01-08T | TRUMPFEB | buy | Limit | 22593.2 | 0.012 | 2.711184 | USD |
| 59 | 590950047 | 2021-01-07T | TRUMPFEB | buy | Limit | 4144.9 | 0.013 | 0.538837 | USD |
| 60 | 590949983 | 2021-01-07T | TRUMPFEB | buy | Limit | 7964.5 | 0.013 | 1.035385 | USD |
| 61 | 590949722 | 2021-01-07T | TRUMPFEB | buy | Limit | 237.9 | 0.013 | 0.1082445 | USD |
| 62 | 590946555 | 2021-01-07T | TRUMPFEB | buy | Limit | 4569.9 | 0.013 | 0.594087 | USD |
| 63 | 590945769 | 2021-01-07T | TRUMPFEB | buy | Limit | 7964.5 | 0.013 | 1.035385 | USD |
| 64 | 590945289 | 2021-01-07T | TRUMPFEB | buy | Limit | 7964.5 | 0.013 | 1.035385 | USD |
| 65 | 590944923 | 2021-01-07T | TRUMPFEB | buy | Limit | 7964.5 | 0.013 | 1.035385 | USD |
| 66 | 590944859 | 2021-01-07T | TRUMPFEB | buy | Limit | 7964.5 | 0.013 | 1.035385 | USD |
| 67 | 590944769 | 2021-01-07T | TRUMPFEB | buy | Limit | 7964.5 | 0.013 | 1.035385 | USD |
| 68 | 590944524 | 2021-01-07T | TRUMPFEB | buy | Limit | 200 | 0.013 | 0.091 | USD |
| 69 | 590938850 | 2021-01-07T | TRUMPFEB | buy | Limit | 169.4 | 0.013 | 0.077077 | USD |
| 70 | 590934988 | 2021-01-07T | TRUMPFEB | buy | Limit | 183 | 0.013 | 0.083265 | USD |
| 71 | 590926356 | 2021-01-07T | TRUMPFEB | buy | Limit | 153.6 | 0.013 | 0.069888 | USD |
| 72 | 590646950 | 2021-01-07T | TRUMPFEB | buy | Limit | 3421.9 | 0.013 | 1.5569645 | USD |
| 73 | 590646948 | 2021-01-07T | TRUMPFEB | buy | Limit | 2111.6 | 0.013 | 0.960778 | USD |
| 74 | 590638538 | 2021-01-07T | TRUMPFEB | buy | Limit | 17888.4 | 0.013 | 8.139222 | USD |
| 75 | 590638536 | 2021-01-07T | TRUMPFEB | buy | Limit | 1232.2 | 0.013 | 0.560651 | USD |
| 76 | 590638534 | 2021-01-07T | TRUMPFEB | buy | Limit | 933.1 | 0.013 | 0.4245605 | USD |
| 77 | 590638532 | 2021-01-07T | TRUMPFEB | buy | Limit | 1000 | 0.013 | 0.455 | USD |
| 78 | 589820000 | 2021-01-07T | TRUMPFEB | buy | Limit | 1326.8 | 0.012 | 0.159216 | USD |
| 79 | 589819966 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 80 | 589819936 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 81 | 589819888 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 82 | 589819830 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 83 | 589819750 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 84 | 589819734 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 85 | 589819680 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 86 | 589819638 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 87 | 589819602 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 88 | 589819548 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 89 | 589819536 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 90 | 589819506 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 91 | 589819442 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 92 | 589819386 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 93 | 589819368 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |

| # | ID | Date | Symbol | Side | Type | Qty | Price | Value | Cur |
|---|---|---|---|---|---|---|---|---|---|
| 93 | 589819368 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 94 | 589819360 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 95 | 589819122 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 96 | 589819074 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 97 | 589819032 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 98 | 589818974 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 99 | 589818942 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 100 | 589818880 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 101 | 589818822 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.012 | 0.397128 | USD |
| 102 | 589818746 | 2021-01-07T | TRUMPFEB | buy | Limit | 1353.6 | 0.013 | 0.175968 | USD |
| 103 | 589818690 | 2021-01-07T | TRUMPFEB | buy | Limit | 3309.4 | 0.013 | 0.430222 | USD |
| 104 | 589774399 | 2021-01-07T | TRUMPFEB | buy | Limit | 2000 | 0.014 | 0.98 | USD |
| 105 | 589774397 | 2021-01-07T | TRUMPFEB | buy | Limit | 20.2 | 0.014 | 0.009898 | USD |
| 106 | 589774395 | 2021-01-07T | TRUMPFEB | buy | Limit | 1000 | 0.014 | 0.49 | USD |
| 107 | 589774393 | 2021-01-07T | TRUMPFEB | buy | Limit | 1813.1 | 0.014 | 0.888419 | USD |
| 108 | 589774391 | 2021-01-07T | TRUMPFEB | buy | Limit | 1793.8 | 0.014 | 0.878962 | USD |
| 109 | 589774389 | 2021-01-07T | TRUMPFEB | buy | Limit | 1811.3 | 0.014 | 0.887537 | USD |
| 110 | 589774387 | 2021-01-07T | TRUMPFEB | buy | Limit | 0.4 | 0.014 | 0.000196 | USD |
| 111 | 589774385 | 2021-01-07T | TRUMPFEB | buy | Limit | 17.8 | 0.014 | 0.008722 | USD |
| 112 | 589774383 | 2021-01-07T | TRUMPFEB | buy | Limit | 911.1 | 0.014 | 0.446439 | USD |
| 113 | 589774381 | 2021-01-07T | TRUMPFEB | buy | Limit | 3000 | 0.014 | 1.47 | USD |
| 114 | 589774379 | 2021-01-07T | TRUMPFEB | buy | Limit | 438.9 | 0.014 | 0.215061 | USD |
| 115 | 589774377 | 2021-01-07T | TRUMPFEB | buy | Limit | 1834.6 | 0.014 | 0.898954 | USD |
| 116 | 589774375 | 2021-01-07T | TRUMPFEB | buy | Limit | 1759.5 | 0.014 | 0.862155 | USD |
| 117 | 589761192 | 2021-01-07T | TRUMPFEB | buy | Limit | 3000 | 0.013 | 0.39 | USD |
| 118 | 589760020 | 2021-01-07T | TRUMPFEB | buy | Limit | 352.2 | 0.013 | 0.045786 | USD |
| 119 | 589739596 | 2021-01-07T | TRUMPFEB | buy | Limit | 3000 | 0.013 | 0.39 | USD |
| 120 | 589737479 | 2021-01-07T | TRUMPFEB | buy | Limit | 992.2 | 0.013 | 0.451451 | USD |
| 121 | 589737477 | 2021-01-07T | TRUMPFEB | buy | Limit | 1188.5 | 0.013 | 0.5407675 | USD |
| 122 | 589737475 | 2021-01-07T | TRUMPFEB | buy | Limit | 1170.4 | 0.013 | 0.532532 | USD |
| 123 | 589737473 | 2021-01-07T | TRUMPFEB | buy | Limit | 3000 | 0.013 | 1.365 | USD |
| 124 | 589737471 | 2021-01-07T | TRUMPFEB | buy | Limit | 976 | 0.013 | 0.44408 | USD |
| 125 | 589737469 | 2021-01-07T | TRUMPFEB | buy | Limit | 1400.2 | 0.013 | 0.637091 | USD |
| 126 | 589737467 | 2021-01-07T | TRUMPFEB | buy | Limit | 1211.6 | 0.013 | 0.551278 | USD |
| 127 | 589737465 | 2021-01-07T | TRUMPFEB | buy | Limit | 1327.9 | 0.013 | 0.6041945 | USD |
| 128 | 589737463 | 2021-01-07T | TRUMPFEB | buy | Limit | 867.5 | 0.013 | 0.3947125 | USD |
| 129 | 589735259 | 2021-01-07T | TRUMPFEB | buy | Limit | 3000 | 0.012 | 1.26 | USD |
| 130 | 589735257 | 2021-01-07T | TRUMPFEB | buy | Limit | 957.7 | 0.012 | 0.402234 | USD |
| 131 | 589735255 | 2021-01-07T | TRUMPFEB | buy | Limit | 172.2 | 0.012 | 0.072304 | USD |
| 132 | 589735253 | 2021-01-07T | TRUMPFEB | buy | Limit | 0.5 | 0.012 | 0.00021 | USD |
| 133 | 589735251 | 2021-01-07T | TRUMPFEB | buy | Limit | 649.2 | 0.012 | 0.272664 | USD |
| 134 | 589513414 | 2021-01-07T | TRUMPFEB | buy | Limit | 79494 | 0.011 | 8.74434 | USD |
| 135 | 589513138 | 2021-01-07T | TRUMPFEB | buy | Limit | 12602.7 | 0.012 | 1.512324 | USD |
| 136 | 587862417 | 2021-01-07T | TRUMPFEB | sell | Market | 27827.8 | 0.03 | 29.21919 | USD |
| 137 | 587862415 | 2021-01-07T | TRUMPFEB | sell | Market | 607.8 | 0.03 | 0.63819 | USD |
| 138 | 587862413 | 2021-01-07T | TRUMPFEB | sell | Market | 30000 | 0.03 | 31.5 | USD |
| 139 | 587862411 | 2021-01-07T | TRUMPFEB | sell | Market | 5000 | 0.03 | 5.25 | USD |
| 140 | 587862409 | 2021-01-07T | TRUMPFEB | sell | Market | 2500 | 0.03 | 2.625 | USD |
| 141 | 587862407 | 2021-01-07T | TRUMPFEB | sell | Market | 10000 | 0.03 | 10.5 | USD |
| 142 | 587862405 | 2021-01-07T | TRUMPFEB | sell | Market | 4000 | 0.03 | 4.2 | USD |
| 143 | 587859263 | 2021-01-07T | TRUMPFEB | sell | Limit | 16.8 | 0.031 | 0.018228 | USD |
| 144 | 587859261 | 2021-01-07T | TRUMPFEB | sell | Limit | 75 | 0.031 | 0.081375 | USD |
| 145 | 587859259 | 2021-01-07T | TRUMPFEB | sell | Limit | 16129 | 0.031 | 17.499965 | USD |
| 146 | 587859257 | 2021-01-07T | TRUMPFEB | sell | Limit | 250 | 0.031 | 0.27125 | USD |
| 147 | 584321022 | 2021-01-06T | TRUMPFEB | buy | Limit | 4000 | 0.05 | 2 | USD |
| 148 | 584314270 | 2021-01-06T | TRUMPFEB | buy | Limit | 654.8 | 0.053 | 0.347044 | USD |
| 149 | 541713217 | 2020-12-31T | TRUMPFEB | buy | Limit | 6603.7 | 0.053 | 0 | USD |
| 150 | 529833707 | 2020-12-29T | TRUMPFEB | buy | Limit | 9090.9 | 0.055 | 0 | USD |
| 151 | 519107945 | 2020-12-27T | TRUMPFEB | buy | Limit | 8474.5 | 0.059 | 0 | USD |
| 152 | 517090545 | 2020-12-26T | TRUMPFEB | buy | Limit | 398.3 | 0.06 | 0 | USD |
| 153 | 517090521 | 2020-12-26T | TRUMPFEB | buy | Limit | 1650.3 | 0.06 | 0 | USD |
| 154 | 517090501 | 2020-12-26T | TRUMPFEB | buy | Limit | 1650.3 | 0.06 | 0 | USD |
| 155 | 517090483 | 2020-12-26T | TRUMPFEB | buy | Limit | 1650.3 | 0.06 | 0 | USD |
| 156 | 517090377 | 2020-12-26T | TRUMPFEB | buy | Limit | 1650.3 | 0.06 | 0 | USD |
| 157 | 517090333 | 2020-12-26T | TRUMPFEB | buy | Limit | 1333.8 | 0.06 | 0 | USD |
| 158 | 515618407 | 2020-12-26T | TRUMPFEB | buy | Limit | 8064.5 | 0.062 | 17.499965 | USD |
| 159 | 504444934 | 2020-12-24T | TRUMPFEB | buy | Limit | 32258 | 0.062 | 69.99986 | USD |
| 160 | 499797549 | 2020-12-23T | TRUMPFEB | buy | Limit | 6572 | 0.065 | 14.9513 | USD |
| 161 | 499797547 | 2020-12-23T | TRUMPFEB | buy | Limit | 10.7 | 0.065 | 0.0243425 | USD |
| 162 | 499797545 | 2020-12-23T | TRUMPFEB | buy | Limit | 6074 | 0.065 | 13.81835 | USD |
| 163 | 499797543 | 2020-12-23T | TRUMPFEB | buy | Limit | 292.3 | 0.065 | 0.6649825 | USD |
| 164 | 499793375 | 2020-12-23T | TRUMPFEB | buy | Limit | 125 | 0.064 | 0.28 | USD |
| 165 | 499793373 | 2020-12-23T | TRUMPFEB | buy | Limit | 5739.7 | 0.064 | 12.856928 | USD |
| 166 | 489276513 | 2020-12-21T | TRUMPFEB | buy | Limit | 14745.9 | 0.063 | 32.5147095 | USD |
| 167 | 489275117 | 2020-12-21T | TRUMPFEB | buy | Limit | 18382.2 | 0.063 | 40.532751 | USD |
| 168 | 472352018 | 2020-12-17T | TRUMPFEB | buy | Limit | 9749.1 | 0.056 | 0 | USD |
| 169 | 471989062 | 2020-12-17T | TRUMPFEB | buy | Limit | 600.8 | 0.056 | 0 | USD |
| 170 | 469912966 | 2020-12-17T | TRUMPFEB | buy | Limit | 10349.9 | 0.059 | 21.3725435 | USD |

b.      Proof of TRUMPFEB Tokens via Official FTX Records on 23 August 2023

(i)      Screenshot of FTX Kroll portal on 28 August 2023 revealing 1091418.9 TRUMPFEB tokens, further proving the balance as at the Petition Date (22 November 2022).



(ii)      main_trades.csv file downloaded from FTX Kroll portal at 4:37am

| ID | Time | Market | Side | Order Type | Size | Price | Total | Fee | Fee Currency | TWAP |
|---|---|---|---|---|---|---|---|---|---|---|
| 775190527 | 01/02/2021, 04:04:08 | TRUMPFEB | sell | Expiration | 1091418.9 | 1e-8 | 0.010914189 | | USD | false |
| 729680107 | 26/01/2021, 02:42:30 | TRUMPFEB | buy | Order | 30218.3 | 0.001 | 30.2183 | 0.302183 | USD | false |
| 729680105 | 26/01/2021, 02:42:30 | TRUMPFEB | buy | Order | 41351.3 | 0.001 | 41.3513 | 0.413513 | USD | false |
| 702561491 | 21/01/2021, 13:27:02 | TRUMPFEB | buy | Order | 56586 | 0.002 | 113.172 | 1.13172 | USD | false |
| 701455029 | 21/01/2021, 09:28:19 | ETH-PERP | sell | Order | 0.038 | 1291 | 49.058 | 0.0343406 | USD | false |
| 701412594 | 21/01/2021, 09:20:15 | ETH-PERP | buy | Order | 0.038 | 1285.7 | 48.8566 | 0.00977132 | USD | false |
| 698886408 | 20/01/2021, 21:23:43 | TRUMPFEB | sell | Order | 25.5 | 0.005 | 0.1275 | 0.0044625 | USD | false |
| 698886406 | 20/01/2021, 21:23:43 | TRUMPFEB | sell | Order | 58.7 | 0.005 | 0.29350000000000004 | 0.0102725 | USD | false |
| 698886404 | 20/01/2021, 21:23:43 | TRUMPFEB | sell | Order | 135.5 | 0.005 | 0.6775 | 0.0237125 | USD | false |
| 698886402 | 20/01/2021, 21:23:43 | TRUMPFEB | sell | Order | 332.3 | 0.005 | 1.6615000000000002 | 0.0581525 | USD | false |

(screenshot of start of file log)

c.      FTX President 2020 long BIDEN settled at "Nov 8 2020" see post 2); TRUMPFEB settlement date 1 February 2021 at post 5)



**FTX** ✓
@FTX_Official

1) FTX president2020 contracts:

The conditions for expiring them have now been met.  However, we understand that some people refused to respect the rules of the contracts which have always been there.

As such, here is what we will do:

5:03 AM · Nov 8, 2020

**FTX** ✓ @FTX_Official · Nov 8, 2020
2) We have just expired all long BIDEN/short TRUMP and TRUMPLOSE contracts and tokens to $1.  We have expired WARREN, BERNIE, BLOOMBERG, and PETE to $0.

The markets on FTX for those have just been permanently closed.

💬 2          🔁 2          ♡ 25          ꟲ

**FTX** ✓ @FTX_Official · Nov 8, 2020
3) Some users have complained about us following the rules, and instead want us to modify the rules to favor their preferred candidate.

We have done so repeatedly, giving more and more options to those long TRUMP contracts.

💬 2          🔁 1          ♡ 22          ꟲ

**FTX** ✓ @FTX_Official · Nov 8, 2020
4) For instance, allowing people, in the event that TRUMP lost, to pay $0.10 to keep their contracts beyond expiration and win if TRUMP is president in February.

However, some users are still refusing to accept the consequences of their decisions and the rules of the contracts.

💬 3          🔁           ♡ 26          ꟲ

**FTX** ✓ @FTX_Official · Nov 8, 2020
5) As such, we have decided, just this once, to allow TRUMP and TRUMPWIN to be held for free until February 1st, 2021.  If, by then, Trump has been unambiguously reelected to the presidency, they will pay out $1. FTX reserves the right to interpret the settlement criteria here.

💬 9          🔁 14          ♡ 82          ꟲ

**FTX** ✓ @FTX_Official · Nov 8, 2020
6) So we have, this once, given in to the trolls.  We regret deeply doing this.

In the future, we will not do this.  We will never again allow users' baseless complaints to influence the outcome of prediction market contracts on FTX.

💬 12          🔁 8          ♡ 91          ꟲ

**FTX** ✓ @FTX_Official · Nov 8, 2020
7) If you have long TRUMP, short BIDEN, or TRUMPWIN you can extend it for free at ftx.com/president2020 by accepting the disclaimer.

Live within a day, until 2020-11-11 12pm HKT.

If you are unable or unwilling to do that, the tokens will expire as they are meant to, to $0.

💬 25          ⟲ 15          ♡ 47          �ᴵˡᴵ          🔖  ⬆

**FTX** ✓ @FTX_Official · Nov 8, 2020
8) The rules of the contract always specified that it would expire if a candidate was declared to be the winner of the election, not that they would necessarily extend until February.  Anyone who was not under that impression didn't read the rules or is lying.

💬 13          ⟲ 1          ♡ 21          ᴵˡᴵ          🔖  ⬆

**FTX** ✓ @FTX_Official · Nov 8, 2020
9) If you want to continue trading on who is president next year, you can do so at ftx.com/trade/TRUMPFEB.

💬 2          ⟲ 1          ♡ 13          ᴵˡᴵ          🔖  ⬆

**FTX** ✓ @FTX_Official · Nov 8, 2020
10) We will not be responding to any more complaints about the nature of the contracts.

We want to reiterate that the settlement reflects FTX s commitment to honor the rules of their contracts as they were always written, and the option to delay settlement is not standard.

💬 3          ⟲ 1          ♡ 21          ᴵˡᴵ          🔖  ⬆

**FTX** ✓ @FTX_Official · Nov 8, 2020
11) Any users found to have been acting in bad faith, abusing this, or other similar behavior will not be eligible to participate in this or any other payments.

FTX reserves the final right to determination.

💬 16          ⟲ 3          ♡ 27          ᴵˡᴵ          🔖  ⬆

**FTX** ✓ @FTX_Official · Nov 12, 2020
12) To state once again:

a) TRUMP should have expired to $0.  Even the first draft of the rules would have it worth $0 on election night.

b) We voluntarily are allowing eligible users to extend those contracts instead.

c) There will be no further disputes that we will honor.

💬 4          ⟲ 1          ♡ 10          ᴵˡᴵ          🔖  ⬆

See https://x.com/FTX_Official/status/1325136804576555009

> d. The Claimant's E-Ballot Submission Confirmation rejecting the Plan and Opting Out of the Release

80214-13

The undersigned, a Holder of a Class 7A Dotcom Convenience Claim against the Debtors as set forth in the chart in **Item 3**, or as set forth in the Stipulated Amount in **Item 4**, as applicable, votes to (please check **one box**):

| Voting to Accept or Reject the Plan |
| --- |
| ☐ ACCEPT (VOTE FOR) THE PLAN<br>☒ REJECT (VOTE AGAINST) THE PLAN |

**Item 8. Third-Party Release.**

THE PLAN CONTAINS A THIRD-PARTY RELEASE. IF YOU DO NOT WISH TO GRANT THE THIRD-PARTY RELEASE, YOU MUST AFFIRMATIVELY OPT OUT OF THE THIRD-PARTY RELEASE. IF YOU DO NOT OPT OUT OF THE THIRD-PARTY RELEASE, THIS WILL BE CONSTRUED BY THE DEBTORS AS CONSENT TO THE THIRD-PARTY RELEASE. THE DEBTORS WILL REQUEST THE BANKRUPTCY COURT TO DEEM YOUR FAILURE TO OPT OUT AS CONSENT TO THE THIRD-PARTY RELEASE, INCLUDING CONSENT TO THE BANKRUPTCY COURT'S AUTHORITY TO GRANT THE THIRD-PARTY RELEASE.

IF YOU DO NOT OPT OUT OF THE THIRD-PARTY RELEASE, YOU WILL BE DEEMED A RELEASING PARTY PROVIDING THE RELEASES CONTAINED IN SECTION 10.5 OF THE PLAN. AS A HOLDER OF CLASS 7A DOTCOM CONVENIENCE CLAIMS, YOU ARE A "RELEASING PARTY" UNDER THE PLAN UNLESS YOU OPT OUT OF THE THIRD-PARTY RELEASE. YOU MAY CHECK THE BOX BELOW TO DECLINE TO GRANT THE THIRD-PARTY RELEASE.

YOU WILL BE CONSIDERED A "RELEASING PARTY" UNDER THE PLAN ONLY IF (I) THE BANKRUPTCY COURT DETERMINES THAT YOU HAVE THE RIGHT TO OPT OUT OF THE THIRD-PARTY RELEASE AND (II) YOU DO NOT CHECK THE BOX BELOW TO OPT OUT OF GRANTING THE RELEASES. YOUR RECOVERY UNDER THE PLAN REMAINS UNAFFECTED WHETHER OR NOT YOU ELECT TO OPT OUT OF THE THIRD-PARTY RELEASE. IF YOU VOTE TO ACCEPT THE PLAN IN **Item 7** OF THIS BALLOT, YOU MAY STILL VOTE TO OPT OUT OF THE THIRD-PARTY RELEASE.

☒ **By checking this box, you elect to OPT OUT OF the Third-Party Release.**

**Section 10.5 of the Plan contains the following Third-Party Release:**

**For good and valuable consideration, including the service of the Released Parties to facilitate the administration of the Chapter 11 Cases, the implementation of the Plan, and the distribution of proceeds, on and after the Effective Date, to the fullest extent permitted by applicable law, the Releasing Parties (regardless of whether a Releasing Party is a Released Party) shall be deemed to conclusively, absolutely, unconditionally, irrevocably and**

15

3.2. Proof of 2020 Election Fraud

a.    POTUS' Statements of Fact and Promise of 2020 Election Fraud Proof

(i)    On 26 March 2025, when asked what people will learn about the recently declassified FBI documents on Crossfire Hurricane, POTUS said:

"I think they're going to learn **how corrupt the election was**. It was a very corrupt election. That was… you're talking about **the second election I assume. That was an election that I won.** I won by a lot. **And you're going to find that out. The documents are there. The numbers are there. We won that by a lot.** We won three elections. And we did very well in the second one. Now the third one, we blew it away. The third one we said too big to rig, and it was too big to rig. But the second election, you know it was the covid nightmare. And a lot of that had to play but that was a rigged election. Totally rigged."[28]

(ii)    On 31 March 2025, "I have had more people ask me to have a 3rd term, which in a way is a 4th term because **the 2020 election was totally rigged**, so it's actually sort of a 4th term. I just don't want the credit for the 2nd because Biden was so bad".[29]

b.    Presidential Action: Immediate Declassification of Materials Related to the Federal Bureau of Investigation's Crossfire Hurricane Investigation

On March 25, 2025, POTUS issued a presidential action for the Immediate Declassification of Materials Related to the Federal Bureau of Investigation's Crossfire Hurricane Investigation.[30] We have not yet seen these new documents, and thus far only have 5 pdfs declassified in 2023 which are available on the FBI's website.[31]

c.    Presidential Action: Preventing Abuses of the Legal System and the Federal Court

S51 Confirmation Order, page 24
[28] 2025 March 26 The Gateway Pundit Rumble Channel, rump Says He Has Proof of 2020 Election Fraud - "I won by a lot!" https://rumble.com/v6r9b7s-trump-says-he-has-proof-of-2020-election-fraud-i-won-by-a-lot.html
[29] https://x.com/_johnnymaga/status/1906532647376957625
[30] https://www.whitehouse.gov/presidential-actions/2025/03/immediate-declassification-of-materials-related-to-the-federal-bureau-of-investigations-crossfire-hurricane-investigation/
[31] https://vault.fbi.gov/crossfire-hurricane-part-01

On 22 March 2025, POTUS issued Presidential Action: Preventing Abuses of the Legal System and the Federal Court.[32] This action is particularly relevant to the United States Bankruptcy Court for the District of Delaware because it is a federal court.

d.  Presidential Action: Preserving and Protecting The Integrity Of American Elections.

On 25 March 2025, POTUS issued Presidential Action, Preserving and Protecting the Integrity of American Elections.[33] This action, which implements major fraud controls (such as requiring identification), is consistent with policy changes following a major election fraud, such as the 2020 election fraud.

e.  Over 1093 Election Fraud Convictions

The 2020 election fraud issue has not yet been fully adjudicated in all jurisdictions and has growing public and legal support as more information about the 2020 election fraud comes to light.

As of 7 April 2025, Heritage records 1215 criminal convictions, being proven instances of election fraud at https://electionfraud.heritage.org and many other cases are presently being tried.

Claims rooted in alleged electoral fraud are being reviewed in multiple jurisdictions, and there is a growing body of legal and public discourse supporting the position that the 2020 election was fraudulent. As courts across the nation evaluate this issue, the claimant's entitlement to restitution of the TRUMPFEB tokens should be preserved, with this Court recognizing the evolving status of such claims.

f.  Statements by Director of the FBI

On 30 January 2025, the Senate Judiciary Committee began considering the nomination of Kash Patel to serve as FBI director.

Senator Hirono noted that "the FBI is the primary agency responsible for investigating election-related crimes, including fraud and the denial of

---

[32] https://www.whitehouse.gov/presidential-actions/2025/03/preventing-abuses-of-the-legal-system-and-the-federal-court/
[33] https://www.whitehouse.gov/presidential-actions/2025/03/preserving-and-protecting-the-integrity-of-american-elections/

voting rights," and she asked Mr. Patel: "Did Donald Trump lose the 2020 presidential election, yes or no?"

Mr. Patel would only say that "President Biden's election was certified. He was sworn in. And he served as the president of the United States."[34]

g.    Proof that the FBI colluded to rig the 2020 election by suppressing critical evidence.

As summarised by Michael Shellenberger[35], in 2024, an FBI official admitted to House investigators that an FBI employee had inadvertently confirmed the authenticity of Hunter Biden's laptop to Twitter on a conference call the morning of October 14, 2020, the day the New York Post published a story about it.

"I recall that when the question came up, an intelligence analyst assigned to the Criminal Investigative Division said something to the effect of, 'Yes, the laptop is real'," testified the then-Russia Unit Chief of the FBI's Foreign Influence Task Force in a closed door transcribed interview.

"I believe it was an (Office of General Counsel) attorney assigned to the (Foreign Influence Task Force) stepped in and said, 'We will not comment further on this topic.'"

For the first time, and with a change of administration, the FBI has now turned over to GOP House investigators the internal chat messages that show Bureau leadership **actively silenced its employees**. The FBI, which had a special task force to counter foreign election interference, could have set the record straight by confirming the laptop was real and the subject of an ongoing criminal probe. Instead, **FBI leadership allowed the false narrative about the laptop to gain momentum**.

The FBI provided the chat messages to congressional investigators with heavy redactions. Some of the redactions on the chats are marked "OGC AGC," which appears to mean that they were made by the FBI's Office of General Counsel and Associate General Counsel.

---

[34] https://www.youtube.com/watch?v=SNQ65M9aIvU
[35] See https://x.com/shellenberger/status/1907101717864583634

An individual whose name is blacked out, tells Elvis M. Chan, the San Francisco-based FBI special agent tasked with interacting with social media companies, there was a "gag order" on discussion of Hunter Biden's laptop. In a separate exchange, Chan is told "official response no commen(t)."

| From | To | MessageIdTime | Bodytext |
|---|---|---|---|
| ELVIS M CHAN | | 2020-10-14T19:15:34.2: | uh yeah |
| | ELVIS M CHAN | 2020-10-14T19:16:04.2: | has a gag order from OGC AGC |
| | ELVIS M CHAN | 2020-10-14T19:16:20.67: | got checked by OGC had to backtrack - sorry! |
| ELVIS M CHAN | | 2020-10-14T19:16:29.88: | doh! |
| OGC AGC | ELVIS M CHAN | 2020-10-14T19:16:47.59: | i'll see if I can get anything to share but for now nothing to share |
| ELVIS M CHAN | OGC AGC | 2020-10-14T19:22:26.57: | official response no commen |
| ELVIS M CHAN | OGC AGC | 2020-10-14T19:22:32.7: | ok |
| | ELVIS M CHAN | 2020-10-14T19:23:17.39: | i'm guessing you already shared the election crimes pr  release with twitter? |
| ELVIS M CHAN | | 2020-10-14T19:23:25.24: | yup |
| ELVIS M CHAN | | 2020-10-14T19:23:30.37: | i blasted it all out last night |
| | ELVIS M CHAN | 2020-10-14T19:23:36.3: | awesome - thanks |
| | ELVIS M CHAN | 2020-10-14T19:26:14.2: | Anyone discussing that NYPost article on the Biden's? |
| ELVIS M CHAN | | 2020-10-14T19:28:10.72: | yes we are. c d confirmed an active investigation.  no further comment |
| ELVIS M CHAN | | 2020-10-14T19:28:22.05: | actually what kind of case is the laptop thing? |
| ELVIS M CHAN | | 2020-10-14T19:28:35.6: | corruption?  campaign financing? |
| | ELVIS M CHAN | 2020-10-14T19:29:28.08: | CLOSE HOLD - |
| ELVIS M CHAN | | 2020-10-14T19:29:38.6: | oh crap |
| ELVIS M CHAN | | 2020-10-14T19:29:45.6: | ok.  It ends here |
| OGC AGC | ELVIS M CHAN | 2020-10-14T19:54:56.60: | need to talk |
| OGC AGC | ELVIS M CHAN | 2020-10-14T19:55:29.55: | messed up |
| OGC AGC | ELVIS M CHAN | 2020-10-14T19:55:44.2: | we cannot comment |

In the chat, the FBI officials showed awareness that the laptop may have contained evidence of criminal activity. Asked Chan, "actually what kind of case is the laptop thing? corruption? campaign financing?"

Another FBI employee responds, "CLOSE HOLD —" after which the response is redacted. To which Chan responds, "oh crap" appearing to underscore the serious nature of the probe, which included felony tax charges. Chan adds, "ok. It ends here".

In the same conversation, Chan is asked if "Anyone discussing that NYPost article on the Biden's?" Chan responds, "yes we are. c d confirmed an active investigation. No further comment." "C D" is likely shorthand for the FBI's Criminal Division.

Another FBI employee, whose name was redacted by the Bureau, said "please do not discuss biden matter."

4.    **Contact**

As required by section 17(e) of the Objection, Counsel for the Trust may communicate via the following:

Name: Rohan Thompson

Address: 3/8 Queenscliff Rd, Queenscliff, NSW, 2096, Australia

Telephone number: +971(0)58 538 4555 (email preferred due to time zones)

Email address: mail@rohanthompson.com

## 5.  Conclusion

For the reasons stated above, the claimant respectfully requests that the Court assists justice with the following actions.

5.1.  **Deny the FTX Recovery Trust's Objection** to, and proposed reduction of, the Claimant's TRUMPFEB token claim in whole.

5.2.  **Recognize the TRUMPFEB token claim as valid,** preserving the total TRUMPFEB token units for this claim at its full asserted value plus interest, pending:

a.  The FBI's declassification of documents in accordance with the POTUS' presidential action concerning Crossfire Hurricane, or other evidence which support POTUS' promise and prove that the 2020 election fraud was "rigged" (see 2.12, 3.2.a, and 3.2.b);

b.  Private advice from POTUS or the White House concerning whether proofs and legal accountability of the 2020 rigged election is likely within the next 12-48 months; and

c.  Private advice from the FBI given the Director's comments (see 3.2.f and 3.2.g).

5.3.  **Freeze all distributions to anyone who received FTX 2020 President market settlements** – Order injunctions, freeze orders, and any other actions necessary to halt and freeze all Trust assets tied to FTX 2020 President markets (TRUMPFEB, BIDEN, etc.) and distributions to all debtors, creditors, claimants, etc. associated with this case who received $1USD per BIDEN token at settlement on 8 Nov 2020 until further notice. Or in the alternative, order that, for such parties, distributions be reduced by the amount each claimant gained (unjustly enriched) from their specific BIDEN settlement on 8 Nov 2020 (see 3.1.c) until further notice.

5.4.  **Empower self-service justice** – if this Court seeks to avoid the 2020 election issue despite the legal actions of POTUS and objective evidence – such as for example by failing to freeze distributions to BIDEN token enriched claimants,

modify the existing distribution plans, the Plan, Classes, etc. – then, so that this Claimant can pursue justice, please order the Trust to supply the names, addresses, contact information, and total token balances (for TRUMPFEB, BIDEN) as at the moment of FTX 2020 President settlements (8 Nov 2020 for long BIDEN, 1 February 2021 for TRUMPFEB, see 3.1.c), to this Claimant for:

a.      All FTX clients who held BIDEN tokens at the moment of settlement.

b.      All FTX clients who held TRUMPFEB tokens at the moment of settlement.

5.5.    Grant such other relief as is just and proper.

We thank the Court for its attention to this matter.

We also thank you for your service, your oath to do equal right to the poor and to the rich, and to faithfully and impartially discharge your duties under the US Constitution.

God bless the United States of America.


Rohan Thompson