Office of the Clerk of the United State Bankruptcy Court for District of Delaware
United State Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801

Objection: FTX Recovery Trust's one hundred fifty third (substantive) Omnibus Objection to
Certain Overstated Proofs of Claim (Customer Claim) (the Omnibus Objection) [D.I.29725]
Doc # 29725
Case # 22-11068-JTD
Claimant: Gregory Cornwell Evans
Claim Number: 390

3/26/2025

Objection Response:

    a. Court: US Bankruptcy Court of Delaware
       Debtor [Asserted Claims]: FTX TRADING LTD
       Debtor [Modified Claims]: West Realm Shires Services Inc.
       Case # 22-11068-JTD
       Objection: FTX Recovery Trust's one hundred fifty third (substantive) Omnibus
       Objection to Certain Overstated Proofs of Claim (Customer Claim) (the Omnibus
       Objection) [D.I.29725]

    b. Claimant: Gregory Cornwell Evans
       Claim Number: 390
       Description: The basis for this claim is the total USD balance that was in my FTX
       account at the time of its bankruptcy.

    c. FTX's failure to properly separate customer funds constitutes a violation of
       financial regulations or its own terms of service, justifying creditor claims for
       repayment.

    d. All documentation is enclosed which includes the proof of claim, bank statements
       showing the deposits and FTX statements with the aligned core transactions of
       deposits into my FTX account.

    e. Claimant: Gregory Cornwell Evans
       7020 E County Road 40 Windsor, CO 80550
       (970) 231-6611
       gevans1122@msn.com

FTX Recovery Trust

FTX Recovery Trust's One Hundred Fifty-Third (Substantive) Omnibus Objection to Certain

Overstated Proofs of Claim (Customer Claims) (the "Omnibus Objection") [D.I. 29725]

29725
Page 20/57

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Fifty-Third Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims | | | Modified Claims | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker | Ticker Quantity |
| 390** | Evans, Gregory C. | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | | 1.66463699500000 |
| | | | ETH | | | | 5.80404800000000 |
| | | | ETHW | | | | 5.80404800000000 |
| | | | LINK | | | | 155.65199000000000 |
| | | | MATIC | | | | 3,706.47550000000000 |
| | | | SOL | | | | 92.36800000000000 |
| | | | SUSHI | | | | 280.00000000000000 |
| | | | USD | 44,500.00000000000000 | | | 168.76464610000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

Claim is also included in the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)

FTX 3265 SRF 67320 PackID: 553 ADRID: 10549224 SVC: Batch 0001
Evans, Gregory C.
7020 E. County Rd 40
Windsor CO 80550

In re: FTX Trading, Ltd., et. al.
Case No. 22-11068 (JTD)
United States Bankruptcy Court for the District of Delaware

### KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the FTX Trading, Ltd. jointly administered chapter 11 bankruptcy cases has been received by Kroll Restructuring Administration LLC ("*Kroll*") on Monday, January 9, 2023.

Your claim has been assigned claim number _____390_____.

Please **do not** discard this letter as you may need to refer to it in the future.

**The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

Total Deposits from Gregory C Evans - Wells Fargo account #409 1363567

TO

Gregory C Evans FTX Account

Account ID  3382515

Unique Customer Code  7421394

Email   gevans1122@gmail.com

Platform   FTX_US

$84,500.00

# Custom Management® Checking

March 31, 2021 ■ Page 1 of 5



GREG C EVANS
THERESA I EVANS
7020 E COUNTY ROAD 40
WINDSOR CO 80550-2540

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $4,898.37 |
| Deposits/Additions | 52,882.34 |
| Withdrawals/Subtractions | - 46,235.05 |
| **Ending balance on 3/31** | **$11,545.66** |

Account number:  **4091363567**

**GREG C EVANS**
**THERESA I EVANS**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

March 31, 2021 ■ Page 2 of 5



**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 3/1 | | Zelle to Evans Elias on 02/27 Ref #Rp09x44Yrt | | 500.00 | |
| 3/1 | | Zelle to Evans Elias on 02/28 Ref #Rp09XXbrhsr | | 500.00 | 3,898.37 |
| 3/2 | | 000057High Yield Tran000057 000000052771901 Gregory C. Evans | 608.32 | | |
| 3/2 | | Fnb Fort Collins BILLPAY 210301 Martinez,Sarah S | 186.76 | | 4,693.45 |
| 3/3 | | Transfer From Rundel Melanie on 03/03 Ref # Pp09Y6686W Car Loan | 188.71 | | |
| 3/3 | | Recurring Transfer to Evans G Savings Ref #Op09Xyyzp6 xxxxxx1182 | | 25.00 | |
| 3/3 | 3772 | Check | | 2,000.00 | 2,857.16 |
| 3/4 | | Online Transfer From Evans G Savings xxxxxx1195 Ref #Ib09Ybyxjm on 03/04/21 | 25.00 | | 2,882.16 |
| 3/8 | | Pershing Brokerage 210305 3Cg-703904-1Pcd Evans Greg | 5,000.00 | | |
| 3/8 | | Humana, Inc. Ins Pymt 210306 375044070001375 044273Evans There | | 17.20 | |
| 3/8 | | Humana, Inc. Ins Pymt 210306 923167364001923 167565Evans Grego | | 17.20 | |
| 3/8 | | Anthem Blue Med Supp 210306 3299291 Greg & Theresa *Evans | | 173.08 | |
| 3/8 | | Anthem Blue Med Supp 210306 3184305 Greg *Evans | | 208.39 | |
| 3/8 | | < Business to Business ACH Debit - Capital One Online Pmt 210308 3Fl2Afm4Pgstfhr Greg C Evans | | 1,626.01 | 5,840.28 |
| 3/11 | | WT Seq212309 WF Return Wires IN Proc /Org= Srf# 20210311100178607 Trn#210311212309 Rfb# | 34,996.00 | | |
| 3/11 | | Poudre Valley ACH 210311 xxxxx9447 Evans (Lb Acct) Greg | | 100.00 | 40,736.28 |
| 3/16 | | Fnb Fort Collins BILLPAY 210315 Martinez,Sarah S | 83.60 | | |
| 3/16 | | Mobile Deposit : Ref Number :911160633788 | 167.00 | | |
| 3/16 | | Mobile Deposit : Ref Number :811160633704 | 224.02 | | |
| 3/16 | | Citi Autopay Payment 210315 080380179392061 Greg C Evans | | 734.82 | 40,476.08 |
| 3/17 | | SSA Treas 310 Xxsoc Sec 031721 xxxxx9447B SSA Theresa I Evans | 280.00 | | |
| 3/17 | | SSA Treas 310 Xxsoc Sec 031721 xxxxx9447A SSA Gregory C Evans | 949.00 | | |
| 3/17 | | North Weld Count Regular 03 Mar 17 3228000 3228000 Evans | | 23.28 | 41,681.80 |
| 3/18 | | Mobile Deposit : Ref Number :017180497918 | 86.15 | | |
| 3/18 | | Mobile Deposit : Ref Number :917180497614 | 4,689.00 | | |
| 3/18 | | Xcel Energy-PSCO Xcelenergy 00036732179 Evans | | 77.16 | 46,379.79 |
| 3/19 | | Comotorveh CO.Go Comotorveh 303-534-3468 Greg Evans | | 182.91 | 46,196.88 |
| 3/23 | | Wire Trans Svc Charge - Sequence: 210323168055 Srf# 000482608274615 Trn#210323168055 Rfb# | | 30.00 | |
| 3/23 | | WT Fed#05673 Signature Bank /Ftr/Bnf=Prime Trust, LLC Srf# 000482608274615 Trn#210323168055 Rfb# | | 35,000.00 | |
| 3/23 | 3773 | Check | | 20.00 | 11,146.88 |
| 3/24 | | Mobile Deposit : Ref Number :817240590339 | 212.02 | | 11,358.90 |
| 3/25 | | Pershing Brokerage 210324 3Cg-703904-2Pcd Evans Greg | 5,000.00 | | |

# Custom Management® Checking

April 30, 2021 ■ Page 1 of 4



GREG C EVANS
THERESA I EVANS
7020 E COUNTY ROAD 40
WINDSOR CO 80550-2540

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*   Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $11,545.66 |
| Deposits/Additions | 105,377.27 |
| Withdrawals/Subtractions | - 111,708.65 |
| **Ending balance on 4/30** | **$5,214.28** |

Account number:  **4091363567**

**GREG C EVANS**
**THERESA I EVANS**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

April 30, 2021 ■ Page 2 of 4



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/5 | | 000057High Yield Tran000057 000000052771901 Gregory C. Evans | 683.96 | | |
| 4/5 | | Online Transfer From Evans G Savings xxxxxx1195 Ref #Ib0B6Z6Gnt on 04/04/21 | 25.00 | | |
| 4/5 | | Recurring Transfer to Evans G Savings Ref #Op0B6P75Yj xxxxxx1182 | | 25.00 | 12,229.62 |
| 4/7 | | IRS Treas 310 Taxeip3 040721 xxxxxxxxxx00917 Evans, Gregory | 1,400.00 | | |
| 4/7 | | IRS Treas 310 Taxeip3 040721 xxxxxxxxxx00917 Evans, Theresa | 1,400.00 | | |
| 4/7 | | Transfer From Rundel Melanie on 04/07 Ref # Pp0B7Kqfgk Truck Loan | 188.71 | | |
| 4/7 | | Anthem Blue Med Supp 210406 5767893 Greg & Theresa *Evans | | 173.08 | |
| 4/7 | | Anthem Blue Med Supp 210406 5888958 Greg *Evans | | 208.39 | |
| 4/7 | < | Business to Business ACH Debit - Capital One Online Pmt 210407 3Fo74I5Mbnpji5R Greg C Evans | | 3,267.21 | |
| 4/7 | | Humana, Inc. Ins Pymt 210406 375044070001375 044276Evans There | | 17.20 | |
| 4/7 | | Humana, Inc. Ins Pymt 210406 923167364001923 167566Evans Grego | | 17.20 | 11,535.25 |
| 4/12 | | Pershing Brokerage 210409 3Cg-703904-1Pcd Evans Greg | 100,000.00 | | 111,535.25 |
| 4/13 | | Poudre Valley ACH 210413 xxxxx9447 Evans (Lb Acct) Greg | | 100.00 | |
| 4/13 | | Comotorveh CO.Go Comotorveh 303-534-3468 Greg Evans | | 235.93 | 111,199.32 |
| 4/14 | | Mobile Deposit : Ref Number :711140521595 | 100.00 | | |
| 4/14 | | Mobile Deposit : Ref Number :611140521404 | 167.00 | | 111,466.32 |
| 4/15 | | Xcel Energy-PSCO Xcelenergy 00036732179 Evans | | 61.89 | |
| 4/15 | | Citi Autopay Payment 210414 080406098530256 Greg C Evans | | 256.80 | 111,147.63 |
| 4/16 | | Fnb Fort Collins BILLPAY 210415 Martinez,Sarah S | 83.60 | | |
| 4/16 | 3776 | Deposited OR Cashed Check | | 100,000.00 | |
| 4/16 | | Fbxus Blockfolio Bp21041609 210416 Cirdh6Bj2Y Greg C Evans | | 5,000.00 | 6,231.23 |
| 4/19 | | North Weld Count Regular 04 Apr 19 3228000 3228000 Evans | | 23.28 | 6,207.95 |
| 4/20 | | Mobile Deposit : Ref Number :621190563016 | 100.00 | | 6,307.95 |
| 4/21 | | SSA Treas 310 Xxsoc Sec 042121 xxxxx9447B SSA Theresa I Evans | 280.00 | | |
| 4/21 | | SSA Treas 310 Xxsoc Sec 042121 xxxxx9447A SSA Gregory C Evans | 949.00 | | |
| 4/21 | | Pnp Billpayment 041921Ek 210421 92678017-7066 Gregory Evans | | 2,322.67 | 5,214.28 |
| **Ending balance on 4/30** | | | | | 5,214.28 |
| **Totals** | | | **$105,377.27** | **$111,708.65** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

**Summary of checks written**  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 3776 | 4/16 | 100,000.00 |

# Custom Management® Checking

May 31, 2021 ■ Page 1 of 4



GREG C EVANS
THERESA I EVANS
7020 E COUNTY ROAD 40
WINDSOR CO 80550-2540

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $5,214.28 |
| Deposits/Additions | 104,749.70 |
| Withdrawals/Subtractions | - 28,028.17 |
| **Ending balance on 5/31** | **$81,935.81** |

Account number:  **4091363567**

**GREG C EVANS**
**THERESA I EVANS**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

May 31, 2021 ■ Page 2 of 4



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/3 | | Fnb Fort Collins BILLPAY 210430 Martinez,Sarah S | 186.76 | | |
| 5/3 | | Recurring Transfer to Evans G Savings Ref #Op0Bdvt7Zc xxxxxx1182 | | 25.00 | 5,376.04 |
| 5/4 | | 000057High Yield Tran000057 000000052771901 Gregory C. Evans | 720.61 | | |
| 5/4 | | Mobile Deposit : Ref Number :816040072951 | 133.00 | | |
| 5/4 | | Mobile Deposit : Ref Number :716040072290 | 212.02 | | |
| 5/4 | | Mobile Deposit : Ref Number :916040073190 | 1,396.00 | | |
| 5/4 | | Online Transfer From Evans G Savings xxxxxx1195 Ref #Ib0Bf953Pd on 05/04/21 | 25.00 | | |
| 5/4 | | Online Transfer to Evans G Custom Management(Rm) xxxxxx1509 Ref #Ib0Bf95826 on 05/04/21 | | 200.00 | |
| 5/4 | ^ 3775 | Passportservices Payment 210503 3775 Pctb08211230064856 | | 110.00 | |
| 5/4 | ^ 3774 | Passportservices Payment 210503 3774 Pctb08211230036598 | | 110.00 | 7,442.67 |
| 5/5 | | Transfer From Rundel Melanie on 05/05 Ref # Pp0Bffyns3 Truck Loan | 188.71 | | 7,631.38 |
| 5/7 | | Deposit Made In A Branch/Store | 100,370.00 | | |
| 5/7 | | Anthem Blue Med Supp 210506 8596769 Greg & Theresa *Evans | | 173.08 | |
| 5/7 | | Anthem Blue Med Supp 210506 8502091 Greg *Evans | | 208.39 | |
| 5/7 | < | Business to Business ACH Debit - Capital One Online Pmt 210507 3Fupwblj37Plkfj Greg C Evans | | 2,857.16 | 104,762.75 |
| 5/10 | | Deposit | 205.00 | | |
| 5/10 | | Humana, Inc. Ins Pymt 210506 375044070001375 044279Evans There | | 17.20 | |
| 5/10 | | Humana, Inc. Ins Pymt 210506 923167364001923 167581Evans Grego | | 17.20 | 104,933.35 |
| 5/11 | | Poudre Valley ACH 210511 xxxxx9447 Evans (Lb Acct) Greg | | 100.00 | |
| 5/11 | | Poudre Valley ACH 210511 xxxxx9447 Evans (Lb Acct) Greg | | 700.03 | 104,133.32 |
| 5/13 | 3779 | Check | | 1,057.00 | |
| 5/13 | 3777 | Check | | 2,007.00 | 101,069.32 |
| 5/17 | | North Weld Count Regular 05 May 17 3228000 3228000 Evans | | 23.28 | |
| 5/17 | | Citi Autopay Payment 210514 080432018830767 Greg C Evans | | 300.03 | |
| 5/17 | | Ftxus Blockfolio Bp21051730 210517 Cirawpjvuq Greg C Evans | | 5,000.00 | |
| 5/17 | 3778 | Check | | 5,062.00 | 90,684.01 |
| 5/18 | | Fnb Fort Collins BILLPAY 210517 Martinez,Sarah S | 83.60 | | 90,767.61 |
| 5/19 | | SSA Treas 310 Xxsoc Sec 051921 xxxxx9447B SSA Theresa I Evans | 280.00 | | |
| 5/19 | | SSA Treas 310 Xxsoc Sec 051921 xxxxx9447A SSA Gregory C Evans | 949.00 | | |
| 5/19 | | Xcel Energy-PSCO Xcelenergy 00036732179 Evans | | 60.80 | |
| 5/19 | | Fid Bkg Svc LLC Moneyline 210519 Z053931681C5U0O Greg C Evans | | 5,000.00 | 86,935.81 |
| 5/24 | | Ftxus Blockfolio Bp21052422 210524 Cirse7Rfjq Greg C Evans | | 5,000.00 | 81,935.81 |
| **Ending balance on 5/31** | | | | | 81,935.81 |
| **Totals** | | | **$104,749.70** | **$28,028.17** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ **Converted check:** Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

# Custom Management® Checking

June 30, 2021 ■ Page 1 of 4



GREG C EVANS
THERESA I EVANS
7020 E COUNTY ROAD 40
WINDSOR CO 80550-2540

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $81,935.81 |
| Deposits/Additions | 2,407.69 |
| Withdrawals/Subtractions | - 30,074.36 |
| **Ending balance on 6/30** | **$54,269.14** |

Account number:  **4091363567**

**GREG C EVANS**
**THERESA I EVANS**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

June 30, 2021 ■ Page 2 of 4



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/2 | | 000057High Yield Tran000057 000000052771901 Gregory C. Evans | 669.62 | | |
| 6/2 | | Fnb Fort Collins BILLPAY 210601 Martinez,Sarah S | 186.76 | | 82,792.19 |
| 6/3 | | Online Transfer From Evans G Savings xxxxxx1182 Ref #Ib0Bmmfh82 on 06/03/21 | 25.00 | | |
| 6/3 | | Online Transfer From Evans G Savings xxxxxx1195 Ref #Ib0Bmmfnzl on 06/03/21 | 25.00 | | |
| 6/3 | | Recurring Transfer to Evans G Savings Ref #Op0Bmhfvxg xxxxxx1182 | | 25.00 | |
| 6/3 | | Online Transfer to Evans G Custom Management(Rm) xxxxxx1509 Ref #Ib0Bmmf972 on 06/03/21 | | 200.00 | 82,617.19 |
| 6/7 | | Online Transfer to Bny Mellon-Bps Chk xxxxxx6664 G. Evans Ref #F20Bmzdgjj on 06/04/21 | | 5,000.00 | |
| 6/7 | | Purchase authorized on 06/05 Cro St Julians Mlt S581156754190928 Card 2691 | | 1,000.74 | |
| 6/7 | | Purchase authorized on 06/05 Cro St Julians Mlt S581156755519539 Card 2691 | | 1,021.52 | |
| 6/7 | | Anthem Blue Med Supp 210606 5478829 Greg & Theresa *Evans | | 173.08 | |
| 6/7 | | Anthem Blue Med Supp 210606 5477806 Greg *Evans | | 208.39 | 75,213.46 |
| 6/8 | | Purchase authorized on 06/06 Cro Internet Mlt S581157768002999 Card 2691 | | 2,093.12 | |
| 6/8 | | Humana, Inc. Ins Pymt 210606 375044070001375 044282Evans There | | 17.20 | |
| 6/8 | | Humana, Inc. Ins Pymt 210606 923167364001923 167590Evans Grego | | 17.20 | |
| 6/8 | < | Business to Business ACH Debit - Capital One Online Pmt 210608 3G1G9Pigz4Ru1Tb Greg C Evans | | 8,259.57 | 64,826.37 |
| 6/9 | | Ftxus Blockfolio Bp21060928 210609 Cirkixnjmi Greg C Evans | | 5,000.00 | 59,826.37 |
| 6/10 | | Poudre Valley ACH 210610 xxxxx9447 Evans (Lb Acct) Greg | | 100.00 | 59,726.37 |
| 6/11 | | Transfer From Rundel Melanie on 06/11 Ref # Pp0Bp8Jb8J | 188.71 | | 59,915.08 |
| 6/14 | | Ftxus Blockfolio Bp21061427 210614 Cirnblv7Ba Greg C Evans | | 5,000.00 | 54,915.08 |
| 6/15 | | Citi Autopay Payment 210614 080458803661463 Greg C Evans | | 452.06 | 54,463.02 |
| 6/16 | | SSA Treas 310 Xxsoc Sec 061621 xxxxx9447B SSA Theresa I Evans | 280.00 | | |
| 6/16 | | SSA Treas 310 Xxsoc Sec 061621 xxxxx9447A SSA Gregory C Evans | 949.00 | | |
| 6/16 | | Fnb Fort Collins BILLPAY 210615 Martinez,Sarah S | 83.60 | | 55,775.62 |
| 6/17 | | Transfer to Rundel Melanie on 06/17 Ref #Pp0Bqk27Dy Family Wkend | | 468.00 | |
| 6/17 | | North Weld Count Regular 06 Jun 17 3228000 3228000 Evans | | 23.28 | |
| 6/17 | | Xcel Energy-PSCO Xcelenergy 00036732179 Evans | | 59.20 | 55,225.14 |
| 6/24 | | Venmo Payment 210624 1014350415801 Greg Evans | | 956.00 | 54,269.14 |
| **Ending balance on 6/30** | | | | | **54,269.14** |
| **Totals** | | | **$2,407.69** | **$30,074.36** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

# Custom Management® Checking

February 28, 2022 ∎ Page 1 of 4



GREG C EVANS
THERESA I EVANS
7020 E COUNTY ROAD 40
WINDSOR CO 80550-2540

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 2/1 | $9,982.75 |
| Deposits/Additions | 4,695.02 |
| Withdrawals/Subtractions | - 12,491.70 |
| **Ending balance on 2/28** | **$2,186.07** |

Account number:  **4091363567**

**GREG C EVANS**
**THERESA I EVANS**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

(163)
Sheet Seq = 0053860
Sheet 00001 of  00002

February 28, 2022 ◼ Page 2 of 4



## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 2/1 | | Fnb Fort Collins BILLPAY 220131 Martinez,Sarah S | 186.76 | | |
| 2/1 | | Transfer From Rundel Melanie on 02/01 Ref # Pp0Q844Kbh Car Payment | 2,500.00 | | 12,669.51 |
| 2/2 | | 000057High Yield Tran000057 000000052771901 Gregory C. Evans | 626.66 | | 13,296.17 |
| 2/3 | | Recurring Transfer to Evans G Savings Ref #Op0Dhtqpzl xxxxxx1182 | | 25.00 | 13,271.17 |
| 2/7 | | Online Transfer From Evans G Savings xxxxxx1195 Ref #Ib0Djxmyx6 on 02/07/22 | 25.00 | | |
| 2/7 | | Anthem Blue Med Supp 220206 5663640 Greg & Theresa *Evans | | 186.43 | |
| 2/7 | | Anthem Blue Med Supp 220206 5633200 Greg *Evans | | 228.64 | |
| 2/7 | < | Business to Business ACH Debit - Capital One Online Pmt 220207 3L6Zvfz5E8MI08F Greg C Evans | | 1,613.00 | 11,268.10 |
| 2/8 | | Humana, Inc. Ins Pymt 220206 375044070001375 044306Evans There | | 22.70 | |
| 2/8 | | Humana, Inc. Ins Pymt 220206 923167364001923 167689Evans Grego | | 22.70 | 11,222.70 |
| 2/14 | | Poudre Valley ACH 220214 xxxxx9447 Evans (Lb Acct) Greg | | 100.00 | 11,122.70 |
| 2/15 | | Citi Autopay Payment 220214 08067138366I1148 Greg C Evans | | 141.20 | 10,981.50 |
| 2/16 | | SSA Treas 310 Xxsoc Sec 021622 xxxxx9447B SSA Theresa I Evans | 280.00 | | |
| 2/16 | | SSA Treas 310 Xxsoc Sec 021622 xxxxx9447A SSA Gregory C Evans | 993.00 | | |
| 2/16 | | Fnb Fort Collins BILLPAY 220215 Martinez,Sarah S | 83.60 | | |
| 2/16 | | Xcel Energy-PSCO Xcelenergy 00036732179 Evans | | 128.75 | |
| 2/16 | | Fid Bkg Svc LLC Moneyline 220216 Z05393168 5Vvle Greg C Evans | | 5,000.00 | 7,209.35 |
| 2/17 | | North Weld Count Regular 02 Feb 17 3228000 3228000 Evans | | 23.28 | 7,186.07 |
| 2/25 | | Ftxus Blockfolio Bp22022506 220225 Cir3Vm7M7A Greg C Evans | | 5,000.00 | 2,186.07 |
| **Ending balance on 2/28** | | | | | **2,186.07** |
| **Totals** | | | **$4,695.02** | **$12,491.70** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

*<   Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2022 - 02/28/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $2,186.07 ✓ |
| · Total amount of qualifying direct deposits | $500.00 | $2,170.02 ✓ |

# Custom Management® Checking

May 31, 2022 ■ Page 1 of 5



GREG C EVANS
THERESA I EVANS
7020 E COUNTY ROAD 40
WINDSOR CO 80550-2540

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:*  1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $2,560.01 |
| Deposits/Additions | 22,567.98 |
| Withdrawals/Subtractions | - 14,668.13 |
| **Ending balance on 5/31** | **$10,459.86** |

Account number:  **4091363567**

**GREG C EVANS**
**THERESA I EVANS**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

May 31, 2022 ■ Page 2 of 5



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 5/3 | | Fnb Fort Collins BILLPAY 220502 Martinez,Sarah S | 186.76 | | |
| 5/3 | | Online Transfer From Evans G Savings xxxxxx1195 Ref #Ib0F8Cyvm5 on 05/03/22 | 25.00 | | |
| 5/3 | | Recurring Transfer to Evans G Savings Ref #Op0F87Qs2R xxxxxx1182 | | 25.00 | 2,746.77 |
| 5/6 | | Mobile Deposit : Ref Number :515060477739 | 674.62 | | 3,421.39 |
| 5/9 | | Deposit | 6,000.00 | | |
| 5/9 | | Deposit Made In A Branch/Store | 500.00 | | |
| 5/9 | | Anthem Blue Med Supp 220506 7321519 Greg & Theresa *Evans | | 186.43 | |
| 5/9 | | Anthem Blue Med Supp 220506 7383100 Greg *Evans | | 228.64 | |
| 5/9 | | Humana, Inc. Ins Pymt 220506 375044070001375 044317Evans There | | 22.70 | |
| 5/9 | | Humana, Inc. Ins Pymt 220506 923167364001923 167699Evans Grego | | 22.70 | 9,460.92 |
| 5/10 | < | Business to Business ACH Debit - Capital One Mobile Pmt 220509 3Lq6Ugg8lsg75IN Greg C Evans | | 3,602.96 | |
| 5/10 | | Fid Bkg Svc LLC Moneyline 220510 Z05393168 Bkp4K Greg C Evans | | 5,000.00 | 857.96 |
| 5/13 | | Pershing Brokerage 220512 3Cg-703904-2Pcd Evans Greg | 5,000.00 | | 5,857.96 |
| 5/16 | | Ftxus Blockfolio Bp2205160M 220516 Circwji6Jq Greg C Evans | | 5,000.00 | 857.96 |
| 5/17 | | Fnb Fort Collins BILLPAY 220516 Martinez,Sarah S | 83.60 | | |
| 5/17 | | North Weld Count Regular 05 May 17 3228000 3228000 Evans | | 37.35 | |
| 5/17 | | Citi Autopay Payment 220516 080749970503142 Greg C Evans | | 139.90 | 764.31 |
| 5/18 | | SSA Treas 310 Xxsoc Sec 051822 xxxxx9447B SSA Theresa I Evans | 280.00 | | |
| 5/18 | | SSA Treas 310 Xxsoc Sec 051822 xxxxx9447A SSA Gregory C Evans | 993.00 | | |
| 5/18 | | Xcel Energy-PSCO Xcelenergy 00036732179 Evans xxxxx6393 | | 99.95 | 1,937.36 |
| 5/27 | | Mobile Deposit : Ref Number :414270048802 | 25.00 | | |
| 5/27 | 3798 | Check | | 302.50 | 1,659.86 |
| 5/31 | | Transfer From Rundel Melanie on 05/28 Ref # Pp0Qgs54Z3 Car Loan | 2,800.00 | | |
| 5/31 | | Pershing Brokerage 220527 3Cg-703904-2Pcd Evans Greg | 6,000.00 | | 10,459.86 |
| **Ending balance on 5/31** | | | | | 10,459.86 |
| **Totals** | | | **$22,567.98** | **$14,668.13** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 3798 | 5/27 | 302.50 |

# Custom Management® Checking

July 31, 2022 ■ Page 1 of 5



GREG C EVANS
THERESA I EVANS
7020 E COUNTY ROAD 40
WINDSOR CO 80550-2540

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:*  1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $19,407.32 |
| Deposits/Additions | 10,546.06 |
| Withdrawals/Subtractions | - 22,355.00 |
| **Ending balance on 7/31** | **$7,598.38** |

Account number: **4091363567**

**GREG C EVANS**
**THERESA I EVANS**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Fnb Fort Collins BILLPAY 220630 Martinez,Sarah S | 186.76 | | |
| 7/1 | | Zelle to Evans Elias on 07/01 Ref #Rp0Qjtv7Wg | | 1,400.00 | |
| 7/1 | | Ftxus Blockfolio Bp2207010J 220701 Cirhd5AK7Y Greg C Evans | | 10,000.00 | 8,194.08 |
| 7/5 | | 000057High Yield Tran000057 000000141871564 Gregory C. Evans | 660.70 | | |
| 7/5 | | Recurring Transfer to Evans G Savings Ref #Op0Fr7Xvkg xxxxxx1182 | | 25.00 | |
| 7/5 | 3750 | Check | | 16.00 | 8,813.78 |
| 7/7 | | Mobile Deposit : Ref Number :909070855565 | 210.00 | | |
| 7/7 | | Mobile Deposit : Ref Number :109070856254 | 120.00 | | |
| 7/7 | | Online Transfer From Evans G Savings xxxxxx1195 Ref #Ib0Fs5Qncv on 07/07/22 | 25.00 | | |
| 7/7 | | Anthem Blue Med Supp 220706 7546244 Greg & Theresa *Evans | | 186.43 | |
| 7/7 | | Anthem Blue Med Supp 220706 7707327 Greg *Evans | | 228.64 | 8,753.71 |
| 7/8 | | Humana, Inc. Ins Pymt 220706 375044070001375 044323Evans There | | 22.70 | |
| 7/8 | | Humana, Inc. Ins Pymt 220706 923167364001923 167719Evans Grego | | 22.70 | 8,708.31 |
| 7/11 | < | Business to Business ACH Debit - Capital One Online Pmt 220709 3M2V5S5Ufqsl4Tr Greg C Evans | | 5,559.61 | 3,148.70 |
| 7/14 | | Pershing Brokerage 220713 3Cg-703904-1Pcd Evans Greg | 7,500.00 | | |
| 7/14 | | Ftxus Blockfolio Bp2207140J 220714 Cir46Zavei Greg C Evans | | 2,500.00 | 8,148.70 |
| 7/15 | | Citi Autopay Payment 220714 080800946652197 Greg C Evans | | 142.91 | 8,005.79 |
| 7/18 | | Fnb Fort Collins BILLPAY 220715 Martinez,Sarah S | 83.60 | | |
| 7/18 | | North Weld Count Regular 07 Jul 18 3228000 3228000 Evans | | 24.90 | |
| 7/18 | | Xcel Energy-PSCO Xcelenergy 00036732179 Evans xxxxx8137 | | 76.11 | |
| 7/18 | | Ftxus Blockfolio Bp2207180L 220718 Ciravnjnli Greg C Evans | | 2,000.00 | 5,988.38 |
| 7/20 | | SSA Treas 310 Xxsoc Sec 072022 xxxxx9447B SSA Theresa I Evans | 284.00 | | |
| 7/20 | | SSA Treas 310 Xxsoc Sec 072022 xxxxx9447A SSA Gregory C Evans | 993.00 | | 7,265.38 |
| 7/22 | 3801 | Check | | 150.00 | 7,115.38 |
| 7/25 | | Mobile Deposit : Ref Number :710230499907 | 483.00 | | 7,598.38 |
| **Ending balance on 7/31** | | | | | **7,598.38** |
| **Totals** | | | **$10,546.06** | **$22,355.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

FTX Core Tradagelio

Sheet1

Time,Coin,Quantity,Description

| | | | |
|---|---|---|---|
| 2021-03-25 | 00:44:33.776462,USD,35000.00000000,fiat_deposit | 6323 | |
| 2021-03-26 | 04:13:03.797977,BTC,-0.00000874,spot_fee | | |
| 2021-03-26 | 04:13:03.797977,BTC,0.49770000,spot_base | | |
| 2021-03-26 | 04:13:03.797977,BTC,0.00230000,spot_base | | |
| 2021-03-26 | 04:13:03.797977,BTC,-0.00189126,spot_fee | | |
| 2021-03-26 | 04:13:03.797977,USD,-120.33600000,spot_quote | | |
| 2021-03-26 | 04:13:03.797977,USD,-26042.15250000,spot_quote | | |
| 2021-03-26 | 04:25:39.716364,USD,-1999.12650000,spot_quote | | |
| 2021-03-26 | 04:25:39.716364,ETH,-0.00470800,spot_fee | | |
| 2021-03-26 | 04:25:39.716364,ETH,1.23900000,spot_base | | |
| 2021-03-26 | 04:42:53.294673,LINK,77.80000000,spot_base | | |
| 2021-03-26 | 04:42:53.294673,USD,-1999.46000000,spot_quote | | |
| 2021-03-26 | 04:42:53.294673,LINK,-0.07391000,spot_fee | | |
| 2021-03-26 | 05:05:59.036467,ETH,-0.00558220,spot_fee | | |
| 2021-03-26 | 05:05:59.036467,ETH,1.46900000,spot_base | | |
| 2021-03-26 | 05:05:59.036467,USD,-2377.57650000,spot_quote | | |
| 2021-03-26 | 05:10:57.571385,USD,-2460.01320000,spot_quote | | |
| 2021-03-26 | 05:10:57.571385,ETH,-0.00576080,spot_fee | | |
| 2021-03-26 | 05:10:57.571385,ETH,1.51600000,spot_base | | |
| 2021-04-15 | 21:27:55.017340,USD,5000.00000000,Circle | deposit | (early |
| 2021-04-22 | 14:30:09.947595,USD,0.50000000,Circle | deposit | fee |
| 2021-04-22 | 14:30:09.947595,USD,5000.00000000,Circle | deposit | |
| 2021-04-22 | 14:30:09.947595,USD,-5000.00000000,Circle | deposit | (undo |
| 2021-04-22 | 14:30:09.947595,USD,-0.50000000,Circle | deposit | fee |
| 2021-05-05 | 00:16:53.922159,USD,-3300.00000000,spot_quote | | |
| 2021-05-05 | 00:16:53.922159,ETH,-0.00095000,spot_fee | | |
| 2021-05-05 | 00:16:53.922159,ETH,1.00000000,spot_base | | |
| 2021-05-14 | 05:50:10.263734,USD,5000.00000000,Circle | deposit | (early |
| 2021-05-18 | 05:06:23.232543,ETH,-1.42000000,withdrawal | 107772 | |
| 2021-05-19 | 06:17:20.370039,SOL,20.00000000,spot_base | | |
| 2021-05-19 | 06:17:20.370039,SOL,-0.07600000,spot_fee | | |
| 2021-05-19 | 06:17:20.370039,USD,-1025.75000000,spot_quote | | |
| 2021-05-21 | 14:18:02.235047,USD,5000.00000000,Circle | deposit | |
| 2021-05-21 | 14:18:02.235047,USD,-5000.00000000,Circle | deposit | (undo |
| 2021-05-21 | 14:18:02.235047,USD,-0.50000000,Circle | deposit | fee |
| 2021-05-21 | 14:18:02.235047,USD,0.50000000,Circle | deposit | fee |
| 2021-05-22 | 21:12:45.702729,USD,5000.00000000,Circle | deposit | (early |
| 2021-05-23 | 15:09:27.035998,USD,-9999.36000000,spot_quote | | |
| 2021-05-23 | 15:09:27.035998,BTC,0.29760000,spot_base | | |
| 2021-05-23 | 15:09:27.035998,BTC,-0.00028272,spot_fee | | |
| 2021-05-27 | 06:08:34.646741,SOL,20.00000000,spot_base | | |
| 2021-05-27 | 06:08:34.646741,SOL,-0.07600000,spot_fee | | |
| 2021-05-27 | 06:08:34.646741,USD,-659.05000000,spot_quote | | |
| 2021-05-28 | 14:17:26.513553,USD,-5000.00000000,Circle | deposit | (undo |
| 2021-05-28 | 14:17:26.513553,USD,5000.00000000,Circle | deposit | |
| 2021-05-28 | 14:17:26.513553,USD,-0.50000000,Circle | deposit | fee |
| 2021-05-28 | 14:17:26.513553,USD,0.50000000,Circle | deposit | fee |
| 2021-06-08 | 06:04:54.767712,USD,5000.00000000,Circle | deposit | (early |

Page 1

Sheet1

| | | |
|---|---|---|
| 2021-06-11 | 14:26:47.085573,USD,5000.00000000,Circle | deposit (early |
| 2021-06-15 | 14:08:15.625955,USD,5000.00000000,Circle | deposit |
| 2021-06-15 | 14:08:15.625955,USD,-0.50000000,Circle | deposit fee |
| 2021-06-15 | 14:08:15.625955,USD,0.50000000,Circle | deposit fee |
| 2021-06-15 | 14:08:15.625955,USD,-5000.00000000,Circle | deposit (undo |
| 2021-06-18 | 14:10:56.665075,USD,-0.50000000,Circle | deposit fee |
| 2021-06-18 | 14:10:56.665075,USD,0.50000000,Circle | deposit fee |
| 2021-06-18 | 14:10:56.665075,USD,5000.00000000,Circle | deposit |
| 2021-06-18 | 14:10:56.665075,USD,-5000.00000000,Circle | deposit (undo |
| 2021-11-27 | 23:11:56.732888,USD,-784.65200000,spot_quote | |
| 2021-11-27 | 23:11:56.732888,USD,-2.67074279,spot_fee | |
| 2021-11-27 | 23:11:56.732888,USD,-1.93863384,spot_fee | |
| 2021-11-27 | 23:11:56.732888,USD,-2.98167760,spot_fee | |
| 2021-11-27 | 23:11:56.732888,SUSHI,110.00000000,spot_base | |
| 2021-11-27 | 23:11:56.732888,SUSHI,71.50000000,spot_base | |
| 2021-11-27 | 23:11:56.732888,SUSHI,98.50000000,spot_base | |
| 2021-11-27 | 23:11:56.732888,USD,-510.16680000,spot_quote | |
| 2021-11-27 | 23:11:56.732888,USD,-702.82705000,spot_quote | |
| 2021-11-27 | 23:22:27.981806,MATIC,-0.08550000,spot_fee | |
| 2021-11-27 | 23:22:27.981806,USD,-145.37187000,spot_quote | |
| 2021-11-27 | 23:22:27.981806,MATIC,90.00000000,spot_base | |
| 2021-11-27 | 23:22:37.495226,USD,-2180.57805000,spot_quote | |
| 2021-11-27 | 23:22:37.495226,MATIC,1350.00000000,spot_base | |
| 2021-11-27 | 23:22:37.495226,MATIC,-1.28250000,spot_fee | |
| 2021-11-27 | 23:22:37.495778,MATIC,400.00000000,spot_base | |
| 2021-11-27 | 23:22:37.495778,USD,-646.09720000,spot_quote | |
| 2021-11-27 | 23:22:37.495778,MATIC,-0.38000000,spot_fee | |
| 2021-11-27 | 23:22:38.283992,MATIC,-0.00950000,spot_fee | |
| 2021-11-27 | 23:22:38.283992,USD,-16.15243000,spot_quote | |
| 2021-11-27 | 23:22:38.283992,MATIC,10.00000000,spot_base | |
| 2022-02-24 | 01:36:10.846984,USD,5000.00000000,Circle | deposit (early |
| 2022-03-03 | 14:10:50.665523,USD,-5000.00000000,Circle | deposit (undo |
| 2022-03-03 | 14:10:50.665523,USD,0.50000000,Circle | deposit fee |
| 2022-03-03 | 14:10:50.665523,USD,5000.00000000,Circle | deposit |
| 2022-03-03 | 14:10:50.665523,USD,-0.50000000,Circle | deposit fee |
| 2022-04-28 | 15:53:58.937756,BTC,0.06360000,spot_base | |
| 2022-04-28 | 15:53:58.937756,USD,-2503.10520000,spot_quote | |
| 2022-04-28 | 15:53:58.937756,USD,-5581.24800000,spot_quote | |
| 2022-04-28 | 15:53:58.937756,USD,-4.75589988,spot_fee | |
| 2022-04-28 | 15:53:58.937756,USD,-10.60437120,spot_fee | |
| 2022-04-28 | 15:53:58.937756,BTC,0.14180000,spot_base | |
| 2022-05-11 | 20:58:27.420631,BTC,-0.00006394,spot_fee | |
| 2022-05-11 | 20:58:27.420631,BTC,0.06730000,spot_base | |
| 2022-05-11 | 20:58:27.420631,USD,-1904.59000000,spot_quote | |
| 2022-05-13 | 15:15:43.135748,USD,5000.00000000,Circle | deposit (early |
| 2022-05-13 | 15:38:24.938627,USD,-2130.16500000,spot_quote | |
| 2022-05-13 | 15:38:24.938627,ETH,1.01800000,spot_base | |
| 2022-05-13 | 15:38:24.938627,USD,-4.04731350,spot_fee | |
| 2022-05-13 | 15:42:24.474045,SOL,52.52000000,spot_base | |

Page 2

Sheet1

| | | | |
|---|---|---|---|
| 2022-05-13 | 15:42:24.474045,USD,-5.32967708,spot_fee | | |
| 2022-05-13 | 15:42:24.474045,USD,-2805.09320000,spot_quote | | |
| 2022-05-20 | 14:21:34.340899,USD,-5000.00000000,Circle | deposit | (undo |
| 2022-05-20 | 14:21:34.465628,USD,5000.00000000,Circle | deposit | |
| 2022-06-30 | 18:53:33.803742,USD,10000.00000000,Circle | deposit | (early |
| 2022-06-30 | 18:59:35.617688,USD,-1504.63000000,spot_quote | | |
| 2022-06-30 | 18:59:35.617688,USD,-6.64292250,spot_fee | | |
| 2022-06-30 | 18:59:35.617688,USD,-2.85879700,spot_fee | | |
| 2022-06-30 | 18:59:35.617688,BTC,0.18450000,spot_base | | |
| 2022-06-30 | 18:59:35.617688,BTC,0.07940000,spot_base | | |
| 2022-06-30 | 18:59:35.617688,USD,-3496.27500000,spot_quote | | |
| 2022-06-30 | 20:42:06.667225,ETH,1.00000000,spot_base | | |
| 2022-06-30 | 20:42:06.667225,USD,-1013.00000000,spot_quote | | |
| 2022-06-30 | 20:42:06.667225,ETH,-0.00095000,spot_fee | | |
| 2022-07-08 | 23:44:02.639472,USD,-10000.00000000,Circle | deposit | (undo |
| 2022-07-08 | 23:44:02.862945,USD,10000.00000000,Circle | deposit | |
| 2022-07-12 | 14:03:42.135285,BTC,0.20280000,spot_base | | |
| 2022-07-12 | 14:03:42.135285,USD,-3999.21600000,spot_quote | | |
| 2022-07-12 | 14:03:42.135285,BTC,-0.00019266,spot_fee | | |
| 2022-07-13 | 14:07:26.441768,USD,2500.00000000,Circle | deposit | (early |
| 2022-07-13 | 14:18:05.825742,BTC,-0.00002869,spot_fee | | |
| 2022-07-13 | 14:18:05.825742,BTC,0.03020000,spot_base | | |
| 2022-07-13 | 14:18:05.825742,USD,-581.50100000,spot_quote | | |
| 2022-07-13 | 14:18:05.854599,USD,-1925.50000000,spot_quote | | |
| 2022-07-13 | 14:18:05.854599,BTC,0.10000000,spot_base | | |
| 2022-07-13 | 14:18:05.854599,BTC,-0.00009500,spot_fee | | |
| 2022-07-15 | 18:27:07.506398,USD,2000.00000000,Circle | deposit | (early |
| 2022-07-16 | 07:45:55.492674,LINK,-0.07410000,spot_fee | | |
| 2022-07-16 | 07:45:55.492674,USD,-480.48000000,spot_quote | | |
| 2022-07-16 | 07:45:55.492674,LINK,78.00000000,spot_base | | |
| 2022-07-20 | 14:09:53.676825,USD,-2500.00000000,Circle | deposit | (undo |
| 2022-07-20 | 14:09:53.844764,USD,2500.00000000,Circle | deposit | |
| 2022-07-22 | 14:18:35.612974,USD,-2000.00000000,Circle | deposit | (undo |
| 2022-07-22 | 14:18:35.771766,USD,2000.00000000,Circle | deposit | |
| 2022-07-26 | 08:20:10.126237,MATIC,1860.00000000,spot_base | | |
| 2022-07-26 | 08:20:10.126237,MATIC,-1.76700000,spot_fee | | |
| 2022-07-26 | 08:20:10.126237,USD,-1395.93000000,spot_quote | | |
| 2022-09-15 | 06:19:56.033028,ETHW,5.80404880,airdrop | 2932 | |

Evans
7020 E.county Rd 40
Windsor, CO 80550

CERTIFIED MAIL®

7022 1670 0001 6684 7779

7022 1670 0001 6684 7779

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Office of the Clerk
United States Bankru...
for the District of
824 Market Street
Wilmington Dela...

FT
X