**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>               Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>) (Jointly Administered)<br>) |

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| DCP Master Investments XV LLC | SP Multi Claims Holdings, LLC |

| Name and Address where notices to transferee should be sent: | Last known address: |
|---|---|
| DCP Master Investments XV LLC<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: legal@diametercap.com | SP Multi Claims Holdings, LLC<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830 USA<br>Attn:    Operations<br>Email:   1201792157@tls.ldsprod.com<br>rbeach@pryorcashman.com |

**Unique Customer Code: 03000493**

**\*\*PORTION OF CLAIM TRANSFERRED: 10%\*\***

| Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 39731<br>Schedule No. 6806481 | [REDACTED] | As stated in POC [*10% of Claim*] | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ [signature]_                                  Date: April 8, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

DB1/ 156915888.1