# EXHIBIT A



9:27

Wallet Balance 👁

**$65,954.59**

Portfolio

Account ▾

⬇️ Deposit   ⬆️ Withdraw   🔄 Convert   📄 History   ☰ More

**All**   Crypto   Stocks   Fiat   🔍

| Name | Balance | USD Value |
|------|---------|-----------|
| $ **USD** <br> USD | -31008.7480 | -31008.75 |
| F **FTT** <br> FTT | 155.4894 | 301.34 |
| ₿ **BTC** <br> Bitcoin | 5.9880 | 96652.01 |
| T **USDT** <br> USD Tether | 8.8404 | 8.93 |
| ◆ **ETH** <br> Ethereum | 0.0004 | 0.44 |
| 💧 **SRM** <br> Serum | 0.1038 | 0.03 |
| 💧 **SRM_LOCKED** <br> Locked Serum | 0.5752 | 0.15 |
| ▲ **SOL** <br> Solana | 0.0049 | 0.07 |

🏠 Home   📈 Markets   ⬢ Trade   🔑 **Wallet**

