**CERTIFICATE OF SERVICE**

      I certify that, on April 10, 2025, a true and correct copy of the *Response of Yuta Hattori to The FTX Recovery Trust's 160th Omnibus Objection to Proofs of Claim* was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail:

                                                     */s/ Amy D. Brown*
                                                     Amy D. Brown  (DE 4077)

| LANDIS RATH & COBB LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| Adam G. Landis, Esq. | Andrew G. Dietderich, Esq. |
| Kimberly A. Brown, Esq. | James L. Bromley, Esq. |
| Matthew R. Pierce, Esq. | Brian D. Glueckstein, Esq. |
| 919 Market Street, Suite 1800 | Christian P. Jensen, Esq. |
| Wilmington, Delaware 19801 | 125 Broad Street |
| E-mail: landis@lrclaw.com | New York, NY 10004 |
| brown@lrclaw.com | E-mail: dietdericha@sullcrom.com |
| pierce@lrclaw.com | bromleyj@sullcrom.com |
| | gluecksteinb@sullcrom.com |
| | jensenc@sullcrom.com |