## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) (Jointly Administered) |
| Debtors. | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Claimant's Opposition in Response to FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and an additional service was competed via electronic mail upon the parties on the attached service list.

    */s/ Tara C. Pakrouh*
    Tara C. Pakrouh (DE Bar No. 6192)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

17276742/1

**SERVICE LIST**

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich
David M. Rosenthal
James L. Bromley
Brian D. Glueckstein
Christian P. Jensen
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
rosenthald@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
jensenc@sullcrom.com

*Counsel for the FTX Recovery Trust*