# SCHEDULE 2

**Overstated and/or Unliquidated Claims**

FTX Trading Ltd. 22-11068 (KBO)
Forty-Fifth Omnibus Claims Objection
Schedule 2 - Overstated and/or Unliquidated Claims

| | | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |
| 92157 | Name on file | FTX Trading Ltd. | 1INCH | | | FTX Trading Ltd. | 0.000000004207608 |
| | | | AAVE | | | | 0.015996283635589 |
| | | | AAVE-PERP | | | | -0.000000000002470 |
| | | | AGLD-PERP | | | | -0.000000000000455 |
| | | | ALGO | | | | 0.920662840790000 |
| | | | ALICE | | | | 0.037600000000000 |
| | | | ALICE-PERP | | | | -0.000000000011084 |
| | | | AMPL | | | | 0.000000001806013 |
| | | | APE | | | | 0.529069060884055 |
| | | | APE-PERP | | | | 0.000000000031068 |
| | | | AR-PERP | | | | 0.000000000000087 |
| | | | ATOM | | | | 0.087926232753942 |
| | | | ATOM-1230 | | | | 0.000000000000002 |
| | | | ATOM-PERP | | | | 0.005000000014307 |
| | | | AUDIO-PERP | | | | 0.000000000022207 |
| | | | AVAX | | | | 0.089969021771288 |
| | | | AVAX-0930 | | | | -0.000000000000881 |
| | | | AVAX-PERP | | | | 0.000000000018346 |
| | | | AXS | | | | 0.249994509258753 |
| | | | AXS-PERP | | | | 0.000000000028557 |
| | | | BAL-PERP | | | | 0.000000000000001 |
| | | | BAND-PERP | | | | 0.000000000000455 |
| | | | BAT | | | | 0.453377500000000 |
| | | | BCH | | | | 0.008896021615435 |
| | | | BCH-0930 | | | | -0.000000000000455 |
| | | | BCH-PERP | | | | -0.000000000000489 |
| | | | BNB | | | | -391.870557732969000 |
| | | | BNB-1230 | | | | -0.000000000000004 |
| | | | BNB-PERP | | | | -0.000000000001306 |
| | | | BSV-PERP | | | | -0.000000000000011 |
| | | | BTC | | | | 6.527169169205500 |
| | | | BTC-0325 | | | | 0.000000000000052 |
| | | | BTC-0331 | | | | -0.000000000000004 |
| | | | BTC-0624 | | | | 0.000000000000061 |
| | | | BTC-0930 | | | | 0.000000000000006 |
| | | | BTC-1230 | | | | 0.000000000000005 |
| | | | BTC-20211231 | | | | 0.000000000000000 |
| | | | BTC-PERP | | | | -0.000000000003162 |
| | | | CAKE-PERP | | | | -0.000000000003208 |
| | | | CEL | | | | 0.615202801334305 |
| | | | CELO-PERP | | | | 0.000000000007912 |
| | | | CEL-PERP | | | | 0.000000000000000 |
| | | | CHR | | | | 0.938785000000000 |
| | | | CHZ | | | | 24.460725000000000 |
| | | | COMP | | | | 0.001222959250000 |
| | | | COMP-PERP | | | | -0.000000000000059 |
| | | | CRO | | | | 4.988850000000000 |
| | | | CRV | | | | 0.745290000000000 |
| | | | DASH-PERP | | | | 0.000000000000252 |
| | | | DOGE | | | | -5,008.867404493500000 |
| | | | DOT | | | | -22,874.955159954900000 |
| | | | DOT-1230 | | | | -0.000000000000227 |
| | | | DOT-PERP | | | | 0.000000000003329 |
| | | | DYDX-PERP | | | | -0.000000000000267 |
| | | | EGLD-PERP | | | | 0.010000000000160 |
| | | | ENJ | | | | 0.717265000000000 |
| | | | ENS-PERP | | | | 0.000000000000130 |
| | | | EOS-1230 | | | | -0.000000000000909 |
| | | | EOS-PERP | | | | 0.000000000016719 |
| | | | ETC-PERP | | | | -0.000000000000636 |
| | | | ETH | | | | -22.785390773240600 |
| | | | ETH-0325 | | | | 0.000000000000441 |
| | | | ETH-0331 | | | | -0.000000000000028 |
| | | | ETH-0624 | | | | 0.000000000000234 |
| | | | ETH-0930 | | | | 0.000000000000703 |
| | | | ETH-1230 | | | | 0.000000000000512 |
| | | | ETH-20211231 | | | | 0.000000000000044 |
| | | | ETH-PERP | | | | 0.000000000005455 |
| | | | ETHW | | | | 632.668120373045000 |
| | | | ETHW-PERP | | | | -0.000000000014591 |
| | | | EUR | | | | 0.022776062289103 |
| | | | FIL-PERP | | | | 0.000000000006219 |
| | | | FLOW-PERP | | | | 0.000000000061810 |
| | | | FTM | | | | 0.391613425689388 |
| | | | FTT | | | | 30,005.243881530000000 |
| | | | FTT-PERP | | | | -30,004.650000000000000 |
| | | | GALA | | | | 3.885000000000000 |
| | | | GMT | | | | 1.273205001506640 |
| | | | GRT | | | | 2.343254620808330 |
| | | | HNT-PERP | | | | 0.000000000000112 |
| | | | HT | | | | 0.039615118748806 |
| | | | HT-PERP | | | | 0.000000000002781 |
| | | | ICP-PERP | | | | 0.000000000000140 |
| | | | JST | | | | 0.782250000000000 |
| | | | KAVA-PERP | | | | -0.000000000001707 |
| | | | KNC | | | | 0.000000004703217 |
| | | | KNC-PERP | | | | 0.000000000007276 |
| | | | KSM-PERP | | | | 0.000000000000046 |
| | | | LINK | | | | 0.170229769517024 |
| | | | LINK-0930 | | | | -0.000000000001819 |
| | | | LINK-1230 | | | | -0.000000000000227 |
| | | | LINK-PERP | | | | -0.050000000050043 |
| | | | LRC | | | | 0.112662500000000 |
| | | | LTC | | | | 1.473590011875790 |
| | | | LTC-0930 | | | | -0.000000000000028 |
| | | | LTC-1230 | | | | -0.000000000000153 |
| | | | LTC-PERP | | | | 0.009999999999002 |
| | | | LUNA2 | | | | 8.514032919390500 |
| | | | LUNA2_LOCKED | | | | 19.866076814498000 |
| | | | LUNC | | | | 8,283.387564208550000 |
| | | | LUNC-PERP | | | | -0.000000036030691 |
| | | | MANA | | | | 0.864882500000000 |
| | | | MATIC | | | | 1.027274819280710 |
| | | | MKR | | | | 0.000503091479575 |
| | | | MKR-PERP | | | | 0.000000000000093 |
| | | | MTL-PERP | | | | 0.000000000000227 |
| | | | NEAR | | | | 0.058654250000000 |
| | | | NEAR-PERP | | | | -0.199999999917104 |
| | | | NEO-PERP | | | | 0.000000000000651 |
| | | | OKB | | | | 0.000338617769509 |
| | | | OKB-PERP | | | | -0.000000000001727 |
| | | | OMG | | | | 0.147290001192408 |
| | | | OMG-PERP | | | | 0.000000000011508 |
| | | | PEOPLE | | | | 1.122100000000000 |
| | | | PERP-PERP | | | | 0.000000000000064 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claims** |
| | | | POLIS-PERP | | | 0.000000000000028 |
| | | | PROM-PERP | | | -0.000000000000057 |
| | | | QTUM-PERP | | | 0.000000000000024 |
| | | | RAY | | | 0.426578765126643 |
| | | | REN | | | 0.000000004971776 |
| | | | RNDR-PERP | | | 0.000000000000007 |
| | | | ROOK-PERP | | | 0.000000000000000 |
| | | | RUNE | | | 0.405337004536256 |
| | | | RUNE-PERP | | | 0.000000000035525 |
| | | | SAND | | | 1.666565000000000 |
| | | | SHIB | | | 630.000005000000000 |
| | | | SNX | | | 0.225904922425887 |
| | | | SNX-PERP | | | -0.000000000004326 |
| | | | SOL | | | 2,485.032919513490000 |
| | | | SOL-0624 | | | 0.000000000001258 |
| | | | SOL-0930 | | | -0.000000000005912 |
| | | | SOL-1230 | | | 0.000000000002416 |
| | | | SOL-PERP | | | 0.000000000161910 |
| | | | SPELL | | | 32.679500000000000 |
| | | | SRM | | | 759.847167215000000 |
| | | | SRM_LOCKED | | | 10,264.262522615000000 |
| | | | STEP-PERP | | | 0.000000000004366 |
| | | | STORJ-PERP | | | -0.000000000000012 |
| | | | SUSHI | | | 1.737674940529890 |
| | | | SXP | | | 0.048860503844387 |
| | | | SXP-PERP | | | 0.000000000032677 |
| | | | THETA-PERP | | | -0.000000000010587 |
| | | | TONCOIN-PERP | | | -0.000000000000045 |
| | | | TRX | | | 10.439713178643400 |
| | | | UNI | | | 0.256177239179597 |
| | | | UNI-PERP | | | -0.050000000019128 |
| | | | USD | | Undetermined* | | 16,316,037.117477000000000 |
| | | | USDT | | | 904,240.275295675000000 |
| | | | USTC | | | 890.560518111775000 |
| | | | WBTC | | | 0.000804877500000 |
| | | | XMR-PERP | | | 0.000000000000022 |
| | | | XRP | | | -611,125.660836015000000 |
| | | | XTZ-PERP | | | 0.000000000000629 |
| | | | YFI | | | 0.000053196542914 |
| | | | YFII-PERP | | | 0.000000000000000 |
| | | | YFI-PERP | | | 0.000000000000000 |
| | | | ZEC-PERP | | | -0.000000000000004 |
| | | | ZRX | | | 0.128537500000000 |
| | | | Other Activity Asserted: See Exhibit A - See Exhibit A | | | |
| | | | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The modified tickers and quantities above represent 50% of the account's holdings per the partial transfer outlined in the claim's supporting documentation. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities

| 43645 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | BTC | 20.000000000000000 | | 20.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | -38.978000000000000 |
| | | | ETH | 226.434000000000000 | | 226.434000000000000 |
| | | | ETH-PERP | 0.000000000000000 | | -288.963000000000000 |
| | | | FTT | 626.184017780000000 | | 626.184017780000000 |
| | | | FTT-PERP | 0.000000000000000 | | -0.000000000007275 |
| | | | SOL-PERP | 0.000000000000000 | | -0.000000000006139 |
| | | | USD | 1,045,249.172393390000000 | | 1,045,249.172393390000000 |
| | | | Other Activity Asserted: None - None | | | |
| | | | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 92092 | Name on file | FTX Trading Ltd. | 1INCH | | FTX Trading Ltd. | 0.000000004207608 |
| | | | AAVE | 0.031992560000000 | | 0.015996283635589 |
| | | | AAVE-PERP | | | -0.000000000002470 |
| | | | AGLD-PERP | | | -0.000000000000455 |
| | | | ALGO | 1.841325680000000 | | 0.920662840790000 |
| | | | ALICE | 0.075200000000000 | | 0.037600000000000 |
| | | | ALICE-PERP | | | -0.000000000011084 |
| | | | AMPL | | | 0.000000001806013 |
| | | | APE | 1.058138120000000 | | 0.529069060884055 |
| | | | APE-PERP | | | 0.000000000031068 |
| | | | AR-PERP | | | 0.000000000000087 |
| | | | ATOM | 0.175852460000000 | | 0.087926232753942 |
| | | | ATOM-1230 | | | 0.000000000000002 |
| | | | ATOM-PERP | 0.010000000000000 | | 0.005000000014307 |
| | | | AUDIO-PERP | | | 0.000000000022207 |
| | | | AVAX | 0.179938040000000 | | 0.089969021771288 |
| | | | AVAX-0930 | | | -0.000000000000881 |
| | | | AVAX-PERP | | | 0.000000000018346 |
| | | | AXS | 0.499989010000000 | | 0.249994509258753 |
| | | | AXS-PERP | | | 0.000000000028557 |
| | | | BAL-PERP | | | 0.000000000000001 |
| | | | BAND-PERP | | | 0.000000000000455 |
| | | | BAT | 0.906755000000000 | | 0.453377500000000 |
| | | | BCH | 0.017792040000000 | | 0.008896021615435 |
| | | | BCH-0930 | | | -0.000000000000455 |
| | | | BCH-PERP | | | -0.000000000000489 |
| | | | BNB | -783.741115500000000 | | -391.870557732969000 |
| | | | BNB-1230 | | | -0.000000000000004 |
| | | | BNB-PERP | | | -0.000000000001306 |
| | | | BSV-PERP | | | -0.000000000000011 |
| | | | BTC | 83.054338330000000 | | 6.527169169205500 |
| | | | BTC-0325 | | | 0.000000000000052 |
| | | | BTC-0331 | | | -0.000000000000004 |
| | | | BTC-0624 | | | 0.000000000000061 |
| | | | BTC-0930 | | | 0.000000000000006 |
| | | | BTC-1230 | | | 0.000000000000005 |
| | | | BTC-20211231 | | | 0.000000000000000 |
| | | | BTC-PERP | | | -0.000000000000162 |
| | | | CAKE-PERP | | | -0.000000000003208 |
| | | | CEL | 1.230405600000000 | | 0.615202801334305 |
| | | | CELO-PERP | | | 0.000000000007912 |
| | | | CEL-PERP | | | 0.000000000000000 |
| | | | CHR | 1.877570000000000 | | 0.938785000000000 |
| | | | CHZ | 48.921450000000000 | | 24.460725000000000 |
| | | | COMP | 0.002445910000000 | | 0.001222959250000 |
| | | | COMP-PERP | | | -0.000000000000059 |
| | | | CRO | 9.977700000000000 | | 4.988850000000000 |
| | | | CRV | 1.490580000000000 | | 0.745290000000000 |
| | | | DASH-PERP | | | 0.000000000000252 |
| | | | DOGE | -10,017.734810000000000 | | -5,008.867404493500000 |
| | | | DOT | -45,749.910320000000000 | | -22,874.955155954900000 |
| | | | DOT-1230 | | | -0.000000000000227 |
| | | | DOT-PERP | | | 0.000000000003329 |
| | | | DYDX-PERP | | | -0.000000000000267 |
| | | | EGLD-PERP | 0.020000000000000 | | 0.010000000000160 |
| | | | ENJ | 1.434530000000000 | | 0.717265000000000 |
| | | | ENS-PERP | | | 0.000000000000130 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claims** |
| | | | EOS-1230 | | | -0.000000000000909 |
| | | | EOS-PERP | | | 0.000000000016719 |
| | | | ETC-PERP | | | -0.000000000000636 |
| | | | ETH | -45.570781540000000 | | -22.785390773240600 |
| | | | ETH-0325 | | | 0.000000000000441 |
| | | | ETH-0331 | | | -0.000000000000028 |
| | | | ETH-0624 | | | 0.000000000000234 |
| | | | ETH-0930 | | | 0.000000000000703 |
| | | | ETH-1230 | | | 0.000000000000512 |
| | | | ETH-20211231 | | | 0.000000000000044 |
| | | | ETH-PERP | | | 0.000000000005455 |
| | | | ETHW | 1,265.336241000000000 | | 632.668120373045000 |
| | | | ETHW-PERP | | | -0.000000000014591 |
| | | | EUR | 0.050000000000000 | | 0.022776062289103 |
| | | | FIL-PERP | | | 0.000000000006219 |
| | | | FLOW-PERP | | | 0.000000000061810 |
| | | | FTM | 0.783226850000000 | | 0.391613425689388 |
| | | | FTT | 60,010.487760000000000 | | 30,005.243881530000000 |
| | | | FTT-PERP | -60,009.300000000000000 | | -30,004.650000000000000 |
| | | | GALA | 7.770000000000000 | | 3.885000000000000 |
| | | | GMT | 2.546410000000000 | | 1.273205001506640 |
| | | | GRT | 4.686509240000000 | | 2.343254620808330 |
| | | | HNT-PERP | | | 0.000000000000112 |
| | | | HT | 0.079230230000000 | | 0.039615118748806 |
| | | | HT-PERP | | | 0.000000000002781 |
| | | | ICP-PERP | | | 0.000000000000140 |
| | | | JST | 1.564500000000000 | | 0.782250000000000 |
| | | | KAVA-PERP | | | -0.000000000001707 |
| | | | KNC | | | 0.000000004703217 |
| | | | KNC-PERP | | | 0.000000000007276 |
| | | | KSM-PERP | | | 0.000000000000046 |
| | | | LINK | 0.340459530000000 | | 0.170229769517024 |
| | | | LINK-0930 | | | -0.000000000001819 |
| | | | LINK-1230 | | | -0.000000000000227 |
| | | | LINK-PERP | -0.100000000000000 | | -0.050000000050043 |
| | | | LRC | 0.225325000000000 | | 0.112662500000000 |
| | | | LTC | 2.947180020000000 | | 1.473590011875790 |
| | | | LTC-0930 | | | -0.000000000000028 |
| | | | LTC-1230 | | | -0.000000000000153 |
| | | | LTC-PERP | 0.019999990000000 | | 0.009999999999002 |
| | | | LUNA2 | 17.028065830000000 | | 8.514032919390500 |
| | | | LUNA2_LOCKED | 39.732153620000000 | | 19.866076814498000 |
| | | | LUNC | 16,566.775130000000000 | | 8,283.387564208550000 |
| | | | LUNC-PERP | -0.000000070000000 | | -0.000000036030691 |
| | | | MANA | 1.729765000000000 | | 0.864882500000000 |
| | | | MATIC | 2.054549630000000 | | 1.027274819280710 |
| | | | MKR | 0.001006180000000 | | 0.000503091479575 |
| | | | MKR-PERP | | | 0.000000000000093 |
| | | | MTL-PERP | | | 0.000000000000227 |
| | | | NEAR | 0.117308500000000 | | 0.058654250000000 |
| | | | NEAR-PERP | -0.399999990000000 | | -0.199999999917104 |
| | | | NEO-PERP | | | 0.000000000000651 |
| | | | OKB | 0.000677230000000 | | 0.000338617769509 |
| | | | OKB-PERP | | | -0.000000000001727 |
| | | | OMG | 0.294580000000000 | | 0.147290001192408 |
| | | | OMG-PERP | | | 0.000000000011508 |
| | | | PEOPLE | 2.244200000000000 | | 1.122100000000000 |
| | | | PERP-PERP | | | 0.000000000000064 |
| | | | POLIS-PERP | | | 0.000000000000028 |
| | | | PROM-PERP | | | -0.000000000000057 |
| | | | QTUM-PERP | | | 0.000000000000024 |
| | | | RAY | 0.853157530000000 | | 0.426578765126643 |
| | | | REN | | | 0.000000004971776 |
| | | | RNDR-PERP | | | 0.000000000000007 |
| | | | ROOK-PERP | | | 0.000000000000000 |
| | | | RUNE | 0.810674000000000 | | 0.405337004536256 |
| | | | RUNE-PERP | | | 0.000000000035525 |
| | | | SAND | 3.333130000000000 | | 1.666565000000000 |
| | | | SHIB | 1,260.000010000000000 | | 630.000005000000000 |
| | | | SNX | 0.451809840000000 | | 0.225904922425887 |
| | | | SNX-PERP | | | -0.000000000004326 |
| | | | SOL | 4,970.065839000000000 | | 2,485.032919513490000 |
| | | | SOL-0624 | | | 0.000000000001258 |
| | | | SOL-0930 | | | -0.000000000005912 |
| | | | SOL-1230 | | | 0.000000000002416 |
| | | | SOL-PERP | | | 0.000000000161910 |
| | | | SPELL | 65.359000000000000 | | 32.679500000000000 |
| | | | SRM | 1,519.694334000000000 | | 759.847167215000000 |
| | | | SRM_LOCKED | 20,528.525050000000000 | | 10,264.262522615000000 |
| | | | STEP-PERP | | | 0.000000000004366 |
| | | | STORJ-PERP | | | -0.000000000000012 |
| | | | SUSHI | 3.475349880000000 | | 1.737674940529890 |
| | | | SXP | 0.097721000000000 | | 0.048860503844387 |
| | | | SXP-PERP | | | 0.000000000032677 |
| | | | THETA-PERP | | | -0.000000000010587 |
| | | | TONCOIN-PERP | | | -0.000000000000045 |
| | | | TRX | 20.879426350000000 | | 10.439713178643400 |
| | | | UNI | 0.512354470000000 | | 0.256177239179597 |
| | | | UNI-PERP | -0.100000000000000 | | -0.050000000019128 |
| | | | USD | 29,949,924.230000000000000 | | 16,316,037.117477000000000 |
| | | | USDT | 1,808,480.551000000000000 | | 904,240.275295675000000 |
| | | | USTC | 1,781.121036000000000 | | 890.560518111775000 |
| | | | WBTC | 0.001609750000000 | | 0.000804877500000 |
| | | | XMR-PERP | | | 0.000000000000022 |
| | | | XRP | -1,222,251.322000000000000 | | -611,125.660836015000000 |
| | | | XTZ-PERP | | | 0.000000000000629 |
| | | | YFI | 0.000106390000000 | | 0.000053196542914 |
| | | | YFII-PERP | | | 0.000000000000000 |
| | | | YFI-PERP | | | 0.000000000000000 |
| | | | ZEC-PERP | | | -0.000000000000004 |
| | | | ZRX | 0.257075000000000 | | 0.128537500000000 |
| | | | Other Activity Asserted: See Exhibit A - See Exhibit A | | | |
| | | | | | | 0.000000000000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. The modified tickers and quantities above represent 50% of the account's holdings per the partial transfer outlined in the claim's supporting documentation. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities