April 9, 2025

FILED

2025 APR -9 ᴀᴍ 8: 15

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Re: In re FTX Trading Ltd., et al. – Case No. 22-11068 (JTD)
Emergency Motion of REBODEL IRA LLC (Claim No. 70619)

Dear Clerk of the Court,

Enclosed please find the following documents for filing in the above-referenced case:

- Emergency Motion of REBODEL IRA LLC to Debtors' Objection to Claim No. 70619
- Exhibits in Support of Emergency Motion
- Proposed Order
- Certificate of Service

I respectfully request that these documents be filed and docketed accordingly. If possible, I would appreciate a file-stamped copy returned to me at the address below. A self-addressed stamped envelope has been included for your convenience.

Thank you for your attention to this matter.

Sincerely,
Rebecca Lynn O'Dell
Manager for REBODEL IRA LLC
3916 N Potsdam Ave. #4946
Sioux Falls, SD 57104
rebecca@stylsavvy.com
415-205-7858
[Filing pro se]

FILED

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

2025 APR -9 AM 8: 15

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al, Debtors.

Case No. 22-11068 (JTD)
Chapter 11 (Jointly Administered)
Re: Docket No. 28225

### EMERGENCY MOTION OF REBODEL IRA LLC IN RESPONSE TO DEBTORS' OBJECTION TO CLAIM NO. 70619 AND REQUEST FOR EXPEDITED CONSIDERATION

TO THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE:

REBODEL IRA LLC ("Movant"), a creditor in the above-captioned Chapter 11 case, respectfully submits this emergency motion to the Debtors' objection filed on November 27, 2024 (Docket No. 28225), which seeks to disallow and expunge Movant's proof of claim (Claim No. 70619, Scheduled Claim No. 6868557) in the amount of $46,401.39. Movant requests that the Court overrule the objection and designate the claim as "Allowed" for inclusion in the convenience class distribution scheduled for April 11, 2025, pursuant to the Second Amended Joint Chapter 11 Plan. In support thereof, Movant states as follows:

**INTRODUCTION**

1. REBODEL IRA LLC ("Movant") hereby moves the Court on an emergency basis for entry of an order directing the FTX Debtors to update the status of its claim (Claim No. 70619) from "Disputed" to "Allowed" to ensure inclusion in the upcoming distribution scheduled as of the record date of **April 11, 2025.**

2. Movant has complied with all required onboarding procedures, including completing KYC verification and selecting BitGo as its Distribution Provider. The claim is under the Convenience Class and is for the amount of $46,401.39.

3. Due to procedural delays and administrative failures beyond Movant's control, the claim remains marked as "Disputed," jeopardizing its eligibility for imminent distributions.

4. Movant seeks expedited consideration of this motion given the urgency imposed by the April 11, 2025 record date.

## BACKGROUND

5. Movant is the holder of Claim No. 70619, Scheduled Claim No. 6868557, Customer Code: 07755549, Platform FTX US and filed under the name REBODEL IRA LLC.

6. On November 27, 2024, Movant received a KYC-related objection notice under Docket 28225.

7. Movant completed full KYC verification on **December 10, 2024**, and successfully selected BitGo as Distribution Provider, with FTX portal Step 8 showing "Onboarding Complete" as of **April 1, 2025**.

8. Despite full compliance, FTX portal Step 9 continues to reflect the claim as "Disputed," and FTX Support has not provided any specific reason, stating only that "is still under review and has not yet been reconciled".

9. Movant has engaged in repeated outreach to FTX Support, BitGo, Kroll, and Persona, and has compiled a full communications timeline as Exhibit A (attached).

10. The failure of the Debtors to update the claim status from "Disputed" to "Allowed" threatens to wrongfully exclude Movant from the next distribution to Convenience Class claimants.

## Legal Basis & Case Law

11. This Motion is brought pursuant to 11 U.S.C. § 502(a), which provides that a properly filed proof of claim is deemed allowed unless objected to. Movant's Claim No. 70619 was duly submitted through the FTX Customer Claims Portal. The continued "Disputed" designation, despite full compliance and onboarding completion, has not been explained with specificity or supported by any evidence from the Debtors. The Court is further empowered under 11 U.S.C. § 105(a) to issue orders necessary or appropriate to carry out the provisions of the Bankruptcy Code, including the fair administration of claims and prevention of unjust exclusion from plan distributions.

12. Relief is also proper under Bankruptcy Rule 9014, which governs contested matters such as objections to claims, and allows the Court to fashion appropriate procedures to resolve the dispute expeditiously.

**RELIEF REQUESTED**

13. Movant respectfully requests that this Court:

   a. Enter an order determining that Claim No. 70619 filed by REBODEL IRA LLC is "Allowed" in the amount of $46,401.39;

   b. Direct the FTX Debtors to update the claim status in the portal and administrative systems to reflect the claim as "Allowed" prior to the April 11, 2025 distribution record date;

   c. Grant such other and further relief as the Court deems just and proper.

14. Given the short window before the April 11, 2025 record date, expedited consideration is essential.

15. Without prompt resolution, Movant will be unjustly excluded from the Convenience Class distribution due to procedural failures beyond its control—despite having fully completed all onboarding steps required by the Debtors and BitGo. This would result in irreparable harm and denial of fair and equal treatment under the Plan.

16. Movant submits that good cause exists for the relief requested and that no party will be prejudiced by the granting of this motion.

**EXPEDITED RELIEF**

17. Movant requests that the Court hear this motion on an expedited basis given the fast-approaching record date for the next distribution.

18. Movant requests leave to appear telephonically at any hearing on this motion.

**NOTICE**

19. Notice of this Motion has been provided to:
   Counsel to the FTX Debtors (Sullivan & Cromwell LLP)
   The Office of the United States Trustee
   Kroll Restructuring (Claims Agent)

   Movant submits that no further notice is required.

**CONCLUSION**

WHEREFORE, REBODEL IRA LLC respectfully requests that the Court enter an order:

Determining that Claim No. 70619 is Allowed;

Directing the Debtors to update the claim status from "Disputed" to "Allowed" without further delay;

Granting expedited consideration and any other relief deemed just and proper.

Dated: April 9, 2025
Respectfully Submitted,

Rebecca Lynn O'Dell
Manager for REBODEL IRA LLC
3916 N Potsdam Ave. #4946
Sioux Falls, SD 57104
rebecca@stylsavvy.com
415-205-7858
**Filing pro se**

**Exhibit A: TIMELINE OF EFFORTS TO RESOLVE KYC AND DISTRIBUTION SELECTION**

The correspondence timeline below demonstrates Movant's persistent attempts to complete KYC and select BitGo as distribution provider from October 2024 to April 2025, despite significant delays and lack of support from FTX and BitGo, which contributed to the claim's "Disputed" status under Docket 28225. Additional exhibits are a separate document that include screenshots and correspondence that corroborate this account.

| Date | Entity/Contact | Summary of Communication | Outcome/Impact |
|------|----------------|--------------------------|----------------|
| 21-Oct-24 | FTX tax@ftx.com | Email received stating my KYC was "incomplete." | Prompted me to address the KYC issues. |
| 27-Oct-24 | FTX support@ftx.com | Email sent about inability to log into BitGo; FTX directed me to BitGo Support. | Reported to FTX Support that I could not log into my BitGo account to complete KYC. |
| 27-Oct-24 | BitGo support@bitgo.com | Email sent about login issues; BitGo suggested resetting 2FA, but it failed with an error. Initial BitGo support ineffective; login remained unresolved. | |
| 27-Oct-24 to 30-Oct-24 | BitGo support@bitgo.com | Multiple emails sent requesting 2FA reset; BitGo responses vague, requested unprovided info. | |
| 31-Oct-24 | BitGo support@bitgo.com/ FTX support@ftx.com | Email sent including all REBODEL IRA LLC KYC documents as attachment. Sent to both BitGo and FTX as separate emails. | |
| 2-Nov-24 | BitGo support@bitgo.com | Email received stating my 2FA was reset; I logged in. There was a "We will contact you soon" landing page, but no account access. | Partial BitGo log acheived; BitGo login fixed, but no account access due to landing page. (See *Exhibit B-1: Landing Page Screenshot*) |
| 5-Nov-24 to 13-Nov-24 | BitGo support@bitgo.com /Persona | Emailed BitGo and Persona about removing the landing page; ignored. Lack of response further delayed KYC completion. | |

| Date | Entity/Contact | Summary of Communication | Outcome/Impact |
|------|----------------|--------------------------|----------------|
| 27-Nov-24 | Kroll ftxnoticing@ra.kroll.com | Email received from Kroll: Notice of Objection of Unverified Claims (Docket 28225) to disallow my claim due to unverified KYC. | (See *Exhibit C-1: Notice of Objection of Unverified Claims (Docket 28225) Screenshot*) |
| 9-Dec-24 | Persona ftx-creditor-support@cases.withpersona.com | Email received requesting additional KYC info; I provided it same day; | Still no BitGo account access due to landing page. (*See Exhibit B-1*) |
| 12-Jan-25 | BitGo@BitGo Twitter/X DMs | Replied to a BitGo tweet requesting help with KYC; began DMs with @BitGo. | Public outreach on Twitter/X due to unresponsive emails; initiated direct BitGo Twitter DM engagement. |
| 12-Jan-25 | Persona ftx-creditor-support@cases.withpersona.com | After multiple DMs with @BitGo on Twitter/X, I received an email confirming KYC complete; BitGo login fixed, FTX portal (Step 3) KYC "Complete". KYC completed. But new issues with FTX portal (Step 8) Distribution Provider Selection. | FTX portal (Step 8) routes me to BitGo log in. Logging into BitGo account shows " We will contact you soon" landing page. |
| 18-Jan-25 | BitGo support@bitgo.com | Multiple emails sent to BitGo and FTX trying to get their support before the Jan 20 Initial Distributions deadline. | (See *Exhibit D-1: Email sent to BitGo requesting to remove landing page*) |
| 15-Jan-25 to 21-Jan-25 | BitGo@BitGo Twitter/X DMs | DMs with @BitGo to resolve persistent BitGo landing page, which blocked BitGo account access needed to complete (Step 8). | BitGo delays prevented Distribution Provider Selection before Jan 20 deadline. (*See Exhibit E-1 through E-3: Twitter/X DMs with BitGo@BitGo*) |
| 9-Feb-25 | FTX support@ftx.com | Email received announcing Step 9 live in portal; | Logging into FTX portal now shows Step 9 and claim set to "Disputed." |

| Date | Entity/Contact | Summary of Communication | Outcome/Impact |
|---|---|---|---|
| 10-Feb-25 | | Retried the FTX portal (Step 8) Distribution Provider Selection. Successfully logged into BitGo. Landing page is now removed. Selected BitGo as my Distribution Provider. | |
| 10-Feb-25 | BitGo support@bitgo.com | FTX Portal still does not show BitGo as my selected Distribution Provider. | (*See Exhibit F-1: BitGo email confirming FTX KYC and advising to contact FTX*) |
| 12-Feb-25 | BitGo noreply@bitgo.info | Email received confirming BitGo as Distribution Provider; | BitGo recognized selection as Distribution Provider, but FTX portal (Step 8) still does not show BitGo as my selected Distribution Provider. (*See Exhibit G-1: BitGo email confirming Distribution Provider*) |
| 14-Feb-25 to 20-Mar-25 | FTX support@ftx.com | Multiple emails sent about (Step 8) not reflecting BitGo as my Distribution Provider; FTX escalated to tech team. It was resolved on 1-Apr-25. | Delays in FTX portal (Step 8) not updated further prolonged "Disputed" status. (*See Exhibit H-1 and H-2: BitGo Approved as Distribution Provider but not on FTX Portal*) |
| 1-Apr-25 | | | FTX portal (Step 8) updated to "Onboarding Complete". |
| 2-Apr-25 | FTX support@ftx.com | Email sent to FTX confirming (Step 8) updated to "Onboarding Complete" and querying why (Step 9) is still set to "Disputed." | Emailed FTX. (*See Exhibit I-1: Requesting FTX for clarification on Disputed state*) |
| 3-Apr-25 | FTX support@ftx.com | Email received from FTX stating 4 reasons for a Disputed Claim. Only one reason is viable in my case: "A proof of claim was filed that is still under review and has not yet been reconciled". | FTX response. (*See Exhibit J-1: FTX emailed response about Disputed state*) |
| 3-Apr-25 | Kroll FTXInfo@ra.kroll.com | Urgent email sent to Kroll requesting claim details and dispute resolution steps; | Sought clarification directly from Kroll (*See Exhibit K-1: Requesting Kroll for clarification on Disputed state*) |

| Date | Entity/Contact | Summary of Communication | Outcome/Impact |
|------|----------------|--------------------------|----------------|
| 7-Apr-25 | Kroll FTXInfo@ra.kroll.com | Email received from Kroll. It states "such claim requires further investigation or review and is not at this time "Allowed". | Sought clarification directly from Kroll (*See Exhibit L-1: Requesting Kroll for clarification on Disputed state*) |

### Exhibits in Support of Emergency Motion of REBODEL IRA LLC
### (Re: Docket No. 28225, Claim No. 70619)

The following exhibits are submitted in support of the Emergency Motion of REBODEL IRA LLC. These documents corroborate the timeline and demonstrate Movant's continuous good faith efforts to complete all required onboarding steps and resolve administrative barriers.

### Exhibit B-1: Landing Page Screenshot

-------------- Original Message -------:----
**From:** Rebecca O'Dell [rebecca@stylsavvy.com]
**Sent:** 11/2/2024 11:55 PM
**To:** support@bitgo.com
**Cc:** rebecca@stylsavvy.com
**Subject:** Re: Cannot log in [ thread::oqSgwl16GVKe5SydTP8y1CU:: ]

Thank you. I logged in and set up the new 2FA. This resulted in a page with the following text. I am standing by to complete this process and finish the KYC.

Best,
Rebecca O'Dell
REBODEL IRA LLC
415-205-7858

# We will contact you soon

Your application has been completed. Our team will contact you soon with next steps.


On Nov 2, 2024, at 7:24 AM, BitGo Support <support@bitgo.com> wrote:


Hi Rebecca,

Thanks for getting back to us.

We completed the process of resetting your Two-Factor Authentication.

Please log back into your account, and follow the instructions to set up your Two-Factor Authentication again.

Please let us know if you encounter any issues with completing this:.


Best Regards,

Lalit M.
BitGo Technical Support

**Exhibit C-1: Notice of Objection of Unverified Claims (Docket 28225) Screenshot**

 FTX Noticing <ftxnoticing...   📁FTX   November 27, 2024 at 3:19 PM
In re FTX Trading Ltd., et al, Case No. 22-11068, US...   Details
To: Rebecca O'Dell <rebecca@stylsavvy.com>,
Reply-To: ftxnoticing@ra.kroll.com

NOTICE TO ALL HOLDERS OF UNVERIFIED CLAIMS: THE DEBTORS HAVE FILED AN OBJECTION SEEKING TO DISALLOW AND EXPUNGE YOUR CLAIM. IF THE COURT SUSTAINS THE DEBTORS' OBJECTION, MARCH 1, 2025 WILL BE THE DEADLINE TO COMMENCE THE KYC SUBMISSION PROCESS AND JUNE 1, 2025 WILL BE THE DEADLINE TO SUBMIT ALL REQUESTED KYC INFORMATION THROUGH THE FTX CUSTOMER CLAIMS PORTAL.

LOG IN TO THE FTX CUSTOMER CLAIMS PORTAL USING YOUR FTX LOG-IN INFORMATION BY CLICKING HERE: HTTPS://CLAIMS.FTX.COM. COMMENCE OR CONTINUE THE KYC SUBMISSION PROCESS BY MOVING TO STEP 3 OF THE FTX CUSTOMER CLAIMS PORTAL.

ONLY SUBMIT SENSITIVE INFORMATION VIA THE CUSTOMER CLAIMS PORTAL.

This email contains important instructions for submitting KYC information and we encourage you to read it in its entirety.

On November 21, 2024, FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed an Omnibus Objection to Unverified Customer Entitlement Claims with the United States Bankruptcy Court for the District of Delaware (the "Court") [D.I. 28225] (the "KYC Objection") in the Debtors' chapter 11 cases (the "Chapter 11 Cases"). Please find below a link to the KYC Objection and the notice attached thereto.

Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims. Hearing Scheduled for 1/23/2025 at 10:00 AM (ET). Objections due by 12/18/2024 at 4:00 PM (ET) [D.I. 28225]

You are receiving this email because you have not completed the KYC submission process with respect to the following Customer Entitlement Claim(s) (as defined below) associated with your unique customer ID and such claims remain "unverified" ("Unverified Claims"):

**Unique Customer Code(s): 07755549**

**Claim No(s): 70619**

**Scheduled Claim No(s): 6868557**

**Exhibit D-1: Email sent to BitGo requesting to remove landing page)**

Rebecca O'Dell <re...    Sen...change    January 18, 2025 at 4:05 PM
Re: 2FA is no longer working. [ thread::9NKuvNwBF...
To: BitGo Support <support@bitgo.com>   & 2 more    Details

Hi Devu,

Thank you for your assistance so far! After logging into my BitGo account, I'm presented with two landing pages (screenshots below). Unfortunately, I'm unable to get past these landing pages to access my account. Could you please remove the landing pages or provide a solution to resolve this issue?

I'm urgently trying to complete Step 8 of the FTX selection of the Distributions Provider. This is the final step required to meet the requirements for the FTX Initial Distribution, which has a deadline of this Monday, January 20.

For context: Over the past two months, I worked with BitGo Support teams to complete the KYC process for my US FTX institutional account, REBODEL IRA LLC. During this process, my BitGo login was modified to show the two landing pages. This now prevents me from accessing my account.

I would greatly appreciate your prompt assistance in resolving this matter.

Best,
Rebecca O'Dell

REBODEL IRA LLC
Account ID 9178291
Unique Customer Code  7755549
Platform  FTX_US

# We will contact you soon

Your application has been completed. Our team will contact you soon with next steps.

**Exhibit E-1 and E-2: Twitter/X DMs with BitGo@BitGo**



## Exhibit E-3: Twitter/X DMs with BitGo@BitGo con't

 **BitGo** 🔵                                              ⓘ

I've once again flagged your account internally, I see
the team has been talking about your situation
internally and apologize for the delay.

Jan 20, 2025, 5:45 PM

> Thank you for sharing this information. What is the
> situation that the team is discussing? Can you please
> share with me the details?
> I opened an institutional account with FTX in Aug
> 2021. I went through KYC at that time. I deposited
> ~$50,000. I opened my IRA LLC in 2017.
> FTX went bankrupt. I filed a claim. Now BitGo is
> preventing me from completing the claim. Why? Please
> tell me.
> I also have an institutional account with Kraken. Why
> is BitGo preventing me from claiming my money?
> This is absolutely nuts.,
>
> Jan 21, 2025, 12:19 AM

I apologize for the delay, it's been an extended holiday
weekend here in the states.

I will personally keep an eye on your situation
tomorrow and try to get you clarity.

We're just the social team here passing information to
the support team, I appreciate your patience here and
want to get you a resolution.

Jan 21, 2025, 12:27 AM

Someone should be replying to you shortly with some
details.

Jan 21, 2025, 12:42 AM

> I truly appreciate your help and responsiveness. Over
> the last two months, BitGo has prevented me from
> completing my FTX claim, and while their support
> team has not been responsive, your efforts have made
> a difference.
>
> I'll wait for details from your team and hope to receive
> them within a week. If I don't hear back by then, I will
> need to explore further actions to resolve this.
>
> Jan 21, 2025, 1:05 AM

> This whole experience has been incredibly
> excruciating                                    

5

**Exhibit F-1: BitGo email confirming FTX KYC and advising to contact FTX**

BitGo Support <support@bitgo.com>                    FTX  February 10, 2025 at 7:19 PM
Re: BitGo Preventing me from completing my FTX Claim [ thread::XkJW1...
To: Rebecca O'Dell <rebecca@stylsavvy.com>  Cc: & 1 more            Details

Hi Rebecca,

Your FTX enterprise has been fully KYC'd and approved - you may reach out to support@ftx.com to check why the portal is not updated. But at this point, once the FTX portal is updated - you should be able to complete the 8th Step in the process. Nothing pending or under review at BitGo in your account.

Best Regards,

Nandish D.
BitGo Technical Support

--------------- Original Message ---------------
**From:** Rebecca O'Dell [rebecca@stylsavvy.com]
**Sent:** 2/10/2025 5:01 PM
**To:** support@bitgo.com
**Cc:** rebecca@stylsavvy.com
**Subject:** Re: BitGo Preventing me from completing my FTX Claim [ thread::XkJW1-3FHs6Qeu7fk88JxSU:: ]

Also I wanted to add that I received the verification confirmation email at 3:00pm today. I was able to log into my account for the first time. But it showed that I needed to complete KYC. I thought my KYC was already approved, but I completed it again.  Perhaps that put my account in a wrong state.

Can you please provide guidance on the next steps?  I will be able to select the Distribution Provider on the FTX Claims Portal.

Best,
Rebecca O'Dell

**Exhibit G-1: BitGo email confirming Distribution Provider**

BitGo <noreply@bitgo.info>                                          FTX    February 12, 2025 at 10:32 AM
**Welcome to BitGo: Secure Your Funds with Confidence**
**To:** Rebecca O'Dell <rebecca@stylsavvy.com>,
**Reply-To:** noreply@bitgo.info



**BitGo**

Sign up to receive our newsletter →                    in  X  

## Trusted by Institutions. Built for You.

Hi there,

Welcome to BitGo! For over a decade, we've been the trusted security partner for some of the world's largest institutions.

Now, we're here to help you secure your assets as an FTX user selecting BitGo as your distribution partner.

Here's how to get started:

- Log in at bitgo.com/welcome
- **Access your distributed funds securely on our platform once they are released by FTX**
- **Make your first deposit**

As a BitGo customer, you'll also be entered to **win one entire bitcoin** by completing these simple steps:

- Onboard and verify your account
- Keep your funds on the platform through June 30, 2025

We're here to help you every step of the way. Whether you're safeguarding your funds or exploring advanced tools to grow your portfolio, BitGo offers the expertise and solutions you need.

**Make Your First Deposit Today**

Warm regards,
The BitGo Team

7

## Exhibit H-1 and H-2: BitGo Approved as Distribution Provider but not on FTX Portal

Rebecca O'Dell <rebecca@stylsav...    📁 Sent - Exchange   February 14, 2025 at 1:01 PM
Onboarding Issues
To: support@ftx.com   & 1 more                                        Details

Dear FTX Support,

After many months, I finally got BitGo to complete the KYC of my institutional FTX account, REBODEL IRA LLC (a self directed IRA that I use to invest in crypto). This week I was able to process Step 8 Select the Distribution Provider and log into BitGo from the FTX portal. As a result, I received the attached welcome email from BitGo that confirms themself as the distribution provider.

After achieving this confirmation, I was expecting that step 8 on the FTX portal would be updated with a green checkmark, but nothing changed. Also, clicking on Step 5 does nothing and Step 9 shows a status of disputed.

Below are screenshots of BitGo confirming themself as the distribution provider and the state of each step on the FTX portal. Can you please provide guidance on how the onboarding can be updated so I can complete the FTX claim?

Rebecca O'Dell
FTX Institutional Account: REBODEL IRA LLC
Account ID: 9178291
Unique Customer Code: 7755549
Email: rebecca@stylsavvy.com
Platform: FTX_US

Screenshot: BitGo confirming themself as the distribution provider

BitGo <noreply@bitgo.info>                     📁 FTX   February 12, 2025 at 10:32 AM
Welcome to BitGo: Secure Your Funds with Confidence
To: Rebecca O'Dell <rebecca@stylsavvy.com>;
Reply-To: noreply@bitgo.info

                                B
                              BitGo

                                                in  X  ◉  ▪

Rebecca O'Dell <rebecca@stylsavvy.com>     📁 Sent - Exchange   March 20, 2025 at 12:00 PM
Re: [Please use support.ftx.com] Onboarding Issues
To: FTX Support <support@ftx.com>;  & 1 more                           Details

Hi,

I completed step 8 again. It simply logged me into my BitGo account. As far as BitGo is concerned, I already selected them as the Distribution Provider. Below is a screenshot of the confirmation email from BitGo as the chosen Distribution Provider. Also there are screenshots for each of the steps on the FTX Portal. It seems my BitGo account and the FTX account are not in sync.

Best,
Rebecca O'Dell
REBODEL IRA LLC

BitGo Distribution Selection Confirmation - Feb 12

BitGo <noreply@bitgo.info>                     📁 FTX   February 12, 2025 at 10:32 AM
Welcome to BitGo: Secure Your Funds with Confidence
To: Rebecca O'Dell <rebecca@stylsavvy.com>,
Reply-To: noreply@bitgo.info

                                B
                              BitGo

8

**Exhibit I-1: Requesting FTX for clarification on Disputed state**



Rebecca O'Dell <rebecca@stylsavvy.com>
Re: [Please use support.ftx.com] Onboarding Issues
To: FTX Support <support@ftx.com> & 1 more

Sent - Exchange' April 2, 2025 at 4:49PM

Details

Hello,

Thank you for this update. Yes, I logged in yesterday and saw that the Step 8 - Distribution Service Provider state had been updated to 'Onboarding Complete'. We are getting close.

Now, the last state that is messed up is Step 9 - Distribution Dashboard. The screenshot below shows that the **Claims Status** is set to Disputed. I never received any emails indicating that my claim was disputed. I never received a **Claim Number**.

ChatGPT suggested that I searched the **Claims Register** for REBODEL IRA LLC and Rebecca O'Dell. Neither entities are listed.

Can you please provide guidance?

1. Why is the **Claims Status** set to Disputed?
2. How can get can I get the **Claims Status** changed so my claim will be honored?
3. Who can I work with to change my **Claims Status** to honored?

This whole process has been such a struggle. I have been working with both FTX Support and BitGo Support non stop since November. How can I get my retirement money back? Please help me.

Best,
Rebecca O'Dell
REBODEL IRA LLC

Account ID 9178291
Unique Customer Code 7755549
Email rebecca@stylsavvy.com
Platform FTX_US



## Exhibit J-1: FTX emailed response about Disputed state

 FTX Support <support@ftx.com>
[Please use support.ftx.com] Re: Onboarding Issues
To: Rebecca O'Dell <rebecca@stylsavvy.com>,
Reply-To: FTX Support <support@ftx.com>

FTX   April 3, 2025 at 12:09 AM

## Please type your reply above this line ##

Your request (289653) has been updated.

To add additional comments, reply to this email.

 **Shandie (Please use support.ftx.com)**
Apr 2, 2025, 23:00 PDT

Hi there,

For your Step 9, please click on the "i" icon for more information as to why your claims status is marked as disputed."

Any Claim that is not "Allowed" (as defined in Section 2.1.8 of the Second Amended Joint Chapter 11 Plan [Docket ID 26404, Exhibit A]) and is not subject to a valid and timely Bahamas Opt-In Election remains a "Disputed Claim". The FTX Recovery Trust is in the process of reconciling all Claims and certain Disputed Claims may later become Allowed and eligible to receive a Distribution. This may be due to the following reasons (among other things):

- A proof of claim was filed that is still under review and has not yet been reconciled
- Your jurisdiction is still under review and is currently not eligible for distributions
- You received partial distributions from the FTX Australia proceedings and are still under review to reconcile the remaining amount of your claim
- You are a Liquid Global exchange customer and are still under review as recognition proceedings for the chapter 11 plan move forward in Singapore

More information can be found here: https://support.ftx.com/hc/en-us/articles/34522100742894-Distributions-Dashboard-FAQs

Thank you,

FTX Customer Support

## Exhibit K-1: Requesting Kroll for clarification on Disputed state

Rebecca O'Dell <rebecca@stylsavvy.com>
Re: URGENT – Disputed Claim Status and Claim Number Request – RE...    FTX   April 3, 2025 at 5:25 PM
To: FTXInfo@ra.kroll.com <FTXInfo@ra.kroll.com>    Details

Dear Kroll Team,

As a follow-up to my previous message, I would like to provide additional supporting information regarding my claim status.

On November 27, 2024, I received a formal notice from ftxnoticing@ra.kroll.com stating that my claim was deemed "Unverified" due to incomplete KYC at that time. The details are as follows:

- **Unique Customer Code:** 07755549
- **Claim Number:** 70619
- **Scheduled Claim Number:** 6868557

Since receiving that notice, I have successfully completed the full KYC and onboarding process. This is confirmed in the FTX Customer Claims Portal, where **Step 8 now** shows **"Onboarding Complete."**

To summarize my account details:
- **Name:** Rebecca O'Dell
- **Entity:** REBODEL IRA LLC
- **Account ID:** 9178291
- **Email:** rebecca@stylsavvy.com
- **Platform:** FTX_US

I understand that completing the KYC process satisfies the court's requirements for verification under **Docket 28225,** and I respectfully request that my claim now be marked as **"Allowed"** in time for the upcoming **April 11, 2025** distribution deadline.

Thank you again for your attention and support.

Sincerely,
Rebecca O'Dell
REBODEL IRA LLC

## Exhibit L-1: Kroll emailed response about Disputed state

**From:** FTX Trading Ltd. ftxinfo@ra.kroll.com
**Subject:** RE: [EXTERNAL] Request for Claim Number and Status – REBODEL IRA LLC (FTX Institutional Account)
**Date:** April 7, 2025 at 3:44 PM
**To:** rebecca@stylsavvy.com
**Cc:** rebecca@stylsavvy.com

Rebecca,

Thank you for your inquiry.

If you filed a claim electronically using the Kroll Proof of Claim Portal, you should have received an email from noreply.efiling@ra.kroll.com containing a confirmation ID. Once your claim is processed, you may use this confirmation ID to search for your claim on the claims register and locate your assigned claim number.

In order to access the claims register on the Kroll website, please visit https://restructuring.ra.kroll.com/FTX/Home-ClaimInfo. You may also access the claims register by clicking on the "Claims" link on the left-hand side of the Kroll website here: https://restructuring.ra.kroll.com/FTX/Home-ClaimInfo.

Please select "advanced" on the right-hand side of the search bar and enter the confirmation ID located in the email you received into the "Confirmation ID" field and click "SEARCH". Information regarding your filed proof of claim should appear below. If your proof of claim was filed recently and does not yet appear, please allow time for processing and check back shortly.

Furthermore, a "Disputed" designation on the customer claims portal with respect to a claim reflects a determination by the FTX Recovery Trust that such claim requires further investigation or review and is not at this time "Allowed" as defined in section 2.1.8 of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates [Docket No. 26404-1]. The FTX Recovery Trust is in the process of reconciling hundreds of thousands of claims and cannot provide specific information about individual claims. When there is an update with respect to the status of your claim, the FTX Recovery Trust will notify you or object to your claim, as applicable.

For more information, please visit: https://support.ftx.com/hc/en-us/articles/34522100742804-Distributions-Dashboard-FAQs

Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

---

**Kroll Inquiries**

www.kroll.com

12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

FTX Trading Ltd., et al, Debtors.

Case No. 22-11068 (JTD)

Chapter 11 (Jointly Administered)

Re: Docket No. 28225

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION OF REBODEL IRA LLC FOR**
**DETERMINATION OF CLAIM STATUS**

Upon consideration of the Emergency Motion of REBODEL IRA LLC (the "Motion") regarding Debtors' Objection to Claim No. 70619 (Docket No. 28225), and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Claim No. 70619 filed by REBODEL IRA LLC is deemed ALLOWED in the amount of $46,401.39; and it is further

ORDERED that the Debtors are directed to update the claim status for Claim No. 70619 in the Customer Claims Portal and all administrative systems to reflect "Allowed" prior to the April 11, 2025 distribution record date; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2025
Wilmington, Delaware

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al, Debtors.

Case No. 22-11068 (JTD)
Chapter 11 (Jointly Administered)
Re: Docket No. 28225

**CERTIFICATE OF SERVICE**

I, Rebecca Lynn O'Dell hereby certify that on April 9, 2025, upon filing the attached Emergency
Motion with the United States Bankruptcy Court for the District of Delaware, I will serve a true and
correct copy of the Motion, Exhibits, Proposed Order, and this Certificate of Service upon the
following parties via email:

**Counsel for the Debtors:**
Adam Goldberg, Esq.
James L. Bromley, Esq.
SULLIVAN & CROMWELL LLP
Email: ftxinfo@sullcrom.com

**Office of the United States Trustee:**
Linda Casey, Esq.
Office of the United States Trustee for the District of Delaware
Email: linda.casey@usdoj.gov

**Claims Agent (Kroll Restructuring):**
Email: ftxinfo@ra.kroll.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing
is true and correct.

Dated: April 9, 2025
Respectfully Submitted,

Rebecca Lynn O'Dell
Manager for REBODEL IRA LLC
3916 N Potsdam Ave. #4946
Sioux Falls, SD 57104
rebecca@stylsavvy.com
415-205-7858
**Filing pro se**