# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 28846, 29857, 30064 & _____** |

## OMNIBUS ORDER APPROVING EIGHTH INTERIM
## APPLICATION OF SULLIVAN & CROMWELL LLP

Upon consideration of the Certification of Counsel and the eighth interim fee application of Sullivan & Cromwell LLP ("S&C") [D.I. 28846] (the "Interim Application"), bankruptcy counsel to the above captioned debtors and debtors-in-possession (collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases") for allowance of compensation and reimbursement of expenses for the period set forth in the Interim Application, which was filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834]; and upon the *Fee Examiner's Summary Report on Fee Review Process and Eighth Interim Fee Applications* [D.I. 29857] and the *Fee Examiner's Summary Report on Final Fee Applications* [D.I. 30064]; and it appearing to the Court that all of the requirements, as applicable, of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, and rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware have been satisfied; and it further

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

appearing that the expenses incurred were reasonable and necessary; and that notice of the Interim Application was appropriate; and after due deliberation and sufficient good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.    The Interim Application is hereby APPROVED in the amount set forth on **Exhibit 1** attached hereto.

2.    The Interim Application is granted on an interim basis in the respective amounts set forth as approved on **Exhibit 1** hereto, including any and all holdbacks.

3.    The FTX Recovery Trust is authorized to remit payment to S&C in the amount set forth on **Exhibit 1**, less any monies previously paid on account of such fees and expenses.

4.    All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to S&C.

5.    This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the interpretation, implementation, and/or enforcement of this Order.

Date: April__, 2025
      Wilmington, Delaware

                                              _____
                                              THE HONORABLE KAREN B. OWENS
                                              CHIEF UNITED STATES BANKRUPTCY JUDGE

# <u>EXHIBIT 1</u>

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Interim Application

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In-Possession* | 8/1/24 – 10/8/24 D.I. 28846 Filed 12/16/24 | $15,375,078.30 | $1,750,000.00 | $35,222.53 | $450.00 | $13,625,078.30 | $34,772.53 |