IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

**Response to FTX Recovery Trust's One Hundred Fifty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)**

I, George Sakhel, submit this Response to the *FTX Recovery Trust's One Hundred Fifty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* (the "Objection"), filed on February 25, 2025 [D.I. 29725], in accordance with the instructions provided therein. This Response contests the FTX Recovery Trust's modification of my claim(s) to 0 BTC and seeks recognition of my total Bitcoin balance of 0.501 BTC, comprising 0.101 BTC deposited on November 11, 2022, and 0.4 BTC deposited on November 12, 2022, as evidenced by blockchain records.

**a. Caption**

See above.

**b. Name of Claimant, Claim Number, and Basis for Amount of Claim**

- **Name of Claimant:** George Sakhel
- **Claim Numbers:**
    - Claim #87005 (as listed in Schedule 1 of Exhibit A to the Objection [D.I. 29725], asserted 0.501 BTC, modified to 0 BTC; emailed to me after my March 5, 2025, claim attempt)
    - Original Claim #3265-70-GZMJW-881101830 (filed October 4, 2023, for 0.501 BTC)
    - Second Claim #3265-70-DWITU-037361379 (filed March 5, 2025, for 0.501 BTC, rejected as untimely)
    - Additionally, the FTX Recovery Trust automatically filed a claim on my behalf for $1,373.08 USD and 0.00162 SOL, reflecting pre-Petition assets as of November 11, 2022, but excluding my Bitcoin deposits.
- **Basis for Amount of Claim:** I assert a total claim of 0.501 Bitcoin (BTC) in my FTX account with West Realm Shires Services Inc., consisting of 0.101 BTC deposited on November 11, 2022 (pre-Petition Date), and 0.4 BTC deposited on November 12, 2022 (post-Petition Date). Blockchain records confirm both deposits and show FTX transferred this 0.501 BTC to the FTX Trust on March 13, 2023. Schedule 1 [D.I. 29725] reflects my asserted 0.501 BTC in Claim

#87005 but modifies it to 0 BTC, omitting both deposits despite FTX's possession. I filed Claim #3265-70-GZMJW-881101830 on October 4, 2023, and Claim #3265-70-DWITU-037361379 on March 5, 2025, each for 0.501 BTC, as the claims portal showed neither deposit and listed my BTC balance as 0 BTC.

### c. Specific Factual Basis and Supporting Legal Argument

**Factual Basis:**

1. On November 11, 2022 (Petition Date), I deposited 0.101 BTC into my FTX account with West Realm Shires Services Inc., verifiable via blockchain records. The Trust's automatic claim lists $1,373.08 USD and 0.00162 SOL as my pre-Petition assets, but currently omits this BTC deposit.
2. On November 12, 2022, I deposited an additional 0.4 BTC into the same account, also verifiable via blockchain records, bringing my total BTC balance to 0.501 BTC.
3. Blockchain records confirm that on March 13, 2023, FTX transferred this full 0.501 BTC to the FTX Trust, proving their possession post-bankruptcy.
4. In 2022, I observed my correct deposits (0.101 BTC on November 11 and 0.4 BTC on November 12) on an FTX interface (possibly my account dashboard or a temporary claims portal), but the final BTC balance was incorrectly listed as 0 BTC, prompting my claims. As of April 8, 2025, the current claims website (https://claims.ftx.com/) omits both BTC deposits, showing only a last deposit on November 10, 2025, and a withdrawal on November 11 morning, with balances of 0.00162 SOL and $1,373.08 USD.
5. I filed Claim #3265-70-GZMJW-881101830 on October 4, 2023, for 0.501 BTC, supported by blockchain screenshots, after technical issues with the claims website—exacerbated by an overwhelming number of creditors around the September 29, 2023, Customer Bar Date—delayed submission. I received only an electronic confirmation, with no further response in my email search for "3265-70-GZMJW-881101830." The claims portal showed my BTC balance as 0 BTC, omitting both deposits.
6. On October 4, 2023, I emailed support@ftx.com, stating, "I just noticed my account shows the correct deposits but does not show the correct final balance of BTC," reflecting my confusion over the unaccounted BTC transactions, with no reply. I assumed delays due to claim volume and that my complicated case would be addressed later.
7. After distributions began without BTC recognition, I attempted to access the claims website (https://claims.ftx.com/) multiple times in December 2024 on my mobile device to file a second claim, but encountered issues—feeling locked out or assuming site problems—partly due to an unobvious dropdown menu at the page bottom required to complete the process. I filed Claim #3265-70-DWITU-037361379 on March 5, 2025, for 0.501 BTC, which was rejected as untimely, as the portal continued to show my BTC balance as 0 BTC, omitting both deposits. The Trust then assigned Claim #87005, reflecting my 0.501 BTC assertion, before reducing it to 0 BTC in Schedule 1 [D.I. 29725]. The Esposito Declaration [D.I. 29725-3] relies on pre-Petition records and does not address post-Petition deposits or the March 13 transfer.

**Legal Argument:**

1. **Excusable Neglect:** Bankruptcy Rule 9006(b)(1) permits late claims for "excusable neglect." My delays—for Claim #3265-70-GZMJW-881101830 (September 29 to October 4, 2023) and Claim #3265-70-DWITU-037361379 (filed March 5, 2025)—resulted from technical issues with the claims website beyond my control. In 2023, the website struggled with an overwhelming number of creditors around the September 29 deadline, delaying my initial filing; in December 2024, mobile access issues and an unobvious dropdown menu at the page bottom hindered my second attempt, which I reasonably delayed, assuming my complex BTC claim would be handled later. My persistent efforts (filing, emailing, retrying) show diligence (see *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380 (1993)).
2. **Equitable Consideration:** Under 11 U.S.C. § 105(a), the Court can recognize my full 0.501 BTC, including 0.101 BTC deposited pre-Petition and 0.4 BTC post-Petition, as FTX transferred these funds to the Trust on March 13, 2023, per blockchain records. Excluding them unjustly denies my claim despite FTX's possession and my early notification of the discrepancy.
3. **Burden of Proof:** My original claim (#3265-70-GZMJW-881101830) for 0.501 BTC has prima facie validity under 11 U.S.C. § 502(a), supported by blockchain evidence of both deposits and the March 13 transfer. The Trust's reduction of Claim #87005 to 0 BTC, and the current website's omission of my BTC deposits, lack evidence disproving FTX's receipt and transfer, relying only on incomplete records (Esposito Declaration).

### d. Documentation and Evidence

- **Blockchain Screenshot (November 11, 2022):** Showing 0.101 BTC deposited to my FTX account. (Attached as Exhibit 1.)
- **Blockchain Screenshot (November 12, 2022):** Showing 0.4 BTC deposited to my FTX account. (Attached as Exhibit 2.)
- **Blockchain Screenshot (March 13, 2023):** Showing FTX's transfer of 0.501 BTC to the FTX Trust. (Attached as Exhibit 3.)
- **Email to support@ftx.com:** Sent October 4, 2023, stating, "I just noticed my account shows the correct deposits but does not show the correct final balance of BTC." (Attached as Exhibit 4.)
- **Electronic Proof of Claim Confirmation:** For Claim #3265-70-GZMJW-881101830, filed October 4, 2023. (Attached as Exhibit 5.)

### e. Contact Information

- **Name:** George Sakhel
- **Address:** 3419 Via Lido, #615, Newport Beach, CA 92663
- **Telephone Number:** 714-458-5436
- **Email Address:** livelyforest@protonmail.com
- I am the claimant and have authority to resolve this objection. Counsel may contact me directly.

### Conclusion

I request the Court overrule the Objection as to Claim #87005, recognize my total balance of 0.501 BTC (0.101 BTC deposited November 11, 2022, plus 0.4 BTC deposited November 12, 2022, transferred to the FTX Trust on March 13, 2023), and allow my claim in full, in addition to the

$1,373.08 USD and 0.00162 SOL automatic claim. Alternatively, I seek a finding of excusable neglect to permit my original claim (#3265-70-GZMJW-881101830) on its merits for the full 0.501 BTC.

**Dated:** April 8, 2025

**Respectfully submitted,**

*[signature]*

George Sakhel

**Certificate of Service:**

I, George Sakhel, certify that on April 8, 2025, I mailed copies of this Response, including all attached exhibits, via UPS Overnight to:

- Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801;
- Sullivan & Cromwell LLP, Attn: Christian P. Jensen and David M. Rosenthal, 125 Broad Street, New York, NY 10004;
- Landis Rath & Cobb LLP, Attn: Kimberly A. Brown and Matthew R. Pierce, 919 Market Street, Suite 1800, Wilmington, DE 19801.

*/s/ George Sakhel*

George Sakhel

# Exhibit 1

## Blockchain Screenshot (November 11, 2022)



## Exhibit 2

## Blockchain Screenshot (November 12, 2022)



# Exhibit 3

## Blockchain Screenshot (March 13, 2023)



# Exhibit 4

## Email to support@ftx.com

**[8] Balance not reflecting deposits**

From: livelyforest@protonmail.com
To: support@ftx.com
Oct 4, 2023

Hi,
I just noticed my account shows the correct deposits but does not show the correct final balance of BTC.

Please advise.

From: support@ftx.com
To: livelyforest@protonmail.com
Oct 4, 2023

⚠ Our system flagged this message as a phishing attempt. Please check that it is legitimate. Learn more    [Mark legitimate]

We apologize for the delay in getting back to you. We have received a high volume of emails in the past few days. Your request (212234) has been received and will be reviewed by our support staff.

To add additional comments, reply to this email.

## Exhibit 5

## Electronic Proof of Claim Confirmation



# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| livelyforest@protonmail.com | 16449497 | 221106805741995 | |

## Scheduled Claim Information

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

### Schedule

F-3

Debtor West Realm Shires Services Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in an Undetermined amount. If you disagree with your holdings of coin, fiat, or NFTs as listed in the Schedules, you must timely file a proof of claim or be forever barred from recovery other than as listed in the Schedules.

Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.

- ○ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ● West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

### Fiat

**ASSERTED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|
| USD | 1,373.082971600 | 1,373.08 | ○ No<br>○ Yes | |

**Do you want to add any other fiat not previously listed?**

○ No
○ Yes

## Loaned Fiat

**LOANED QUANTITY FIAT**

**Do you want to add any other fiat not previously listed?**

○ No
○ Yes

## Asserted Crypto

**Asserted Quantity of Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| SOL | 0.001620000 | ○ No<br>○ Yes | |

**Do you want to add any coin not previously listed?**

○ No
⦿ Yes

| Other Crypto not previously listed (please specify) | Please provide the Asserted Quantity of Crypto here. |
|---|---|
| Bitcoin | 0.501000000 |
| | |
| | |
| | |

## Loaned Crypto

**Loaned Quantity of Crypto**

**Do you want to add any coin not previously listed?**

○ No
○ Yes

# NFTs

### NFTs (non-fungible tokens)

Do you want to add any NFTs not previously listed?

○ No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.

⦿ No
○ Yes

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

**Creditor Name**
George Sakhel

**Email Address**
Livelyforest@protonmail.com

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.
**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.
Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.

- ◉ I Agree
- ○ Reject

## Instructions

## Claim Information

### 1. Who is the current Creditor?

Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

- ○ No
- ◉ Yes

First Name

> George

Middle Name

Last Name

> Sakhel

Other names the creditor used with the debtor (if any)

Do you know the creditor's FTX customer main account number?

- ◉ No
- ○ Yes

Do you know the creditor's FTX customer email address that was used at sign up?

- ○ No
- ◉ Yes

FTX customer email address used at account sign up:

> Livelyforest@protonmail.com

### 2. Has this claim been acquired from someone else?

- ◉ No
- ○ Yes

### 3. Where should notices and payments to the creditor be sent?

[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

> George Sakhel

Address 1 (Street address, "Care of:", or "Attention To:"):

> 3419 Via Lido, #615

Address 2:

Address 3:

Address 4:

City:

Newport Beach

State or Province (use 2-letter abbreviation if US or Canada):

Ca

Zip Code | Postal Code:

92663

**Is the creditor address outside of the US?**

◉ No
○ Yes

Contact phone:

Contact email:

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

## Additional Claim Information

**6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?**

◉ No
○ Yes

**7.** Please refer to the 'Scheduled Claim Information' section above for information on question 7.

**8.** Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.

◉ No
○ Yes

## E-Sign

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

10/04/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

George Sakhel

E-Signature:

George Sakhel

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Address 1:

3419 Via Lido, #615

Address 2:

City:

Newport Beach

State or Province (use 2-letter abbreviation if US or Canada):

Ca

Zip Code | Postal Code:

92663

Is this address outside of the US?
◉ No
○ Yes

Contact phone:

Contact email:

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**
◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

📄 ftx.pdf                                                                  347 KB

**File Name**

ftx.pdf

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID

9d579dab2d413bef5a4bde20dab29d77f70e8e78

Submitted Date Time

2023-10-04T15:55:03.595Z

Status

Submitted

CONFIRMATION ID

3265-70-GZMJW-881101830

