Chun Mo Chan
25 Barrington Dr.
Bedford, NH 03110
603 8580586
hunison@gmail.com

April 1, 2025



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
Attn: Clerk of the Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Re: Case No. 22-11068-JTD – FTX Trading Ltd
Objection to Claim – Chun Mo Chan

To the Honorable Court,

I am writing in response to the objection filed by the FTX Recovery Trust regarding my claim for the withdrawal funds totaling $10,120 that were not accounted for in my FTX US account. My claim details are as follows:

Claimant Information:
Name: Chun Mo Chan
Account ID: 46537950
Unique Customer Code: 9699887
Email: hunison@gmail.com
Platform: FTX_US

Description of Claim:

1. On November 10, 2022, I initiated a withdrawal request for $6,300. However, I never received these funds, despite the system marking the transaction as complete.
2. On November 11, 2022, I initiated a withdrawal request for $3,820. Similarly, I never received these funds, despite the system marking the transaction as complete.

Basis for Opposition to Objection:
The FTX Recovery Trust has no valid grounds to dispute my claim, as there is no evidence that the funds of $6,300 and $3,820 were ever sent to me. To support my claim:

- My November 2022 Chase bank statement confirms that no such funds were received. At the time, Chase was the linked bank for my FTX withdrawals.
- The FTX Recovery Trust has marked my claim as disputed without justification and has failed to provide any valid reason for withholding my funds.
- All requested documents, including transaction history and bank statements, have been submitted through the FTX system. Additional proof of non-receipt is enclosed with this response in the form of my November 2022 Chase bank statement.

Given these facts, I respectfully request that my claim be honored, and that the FTX Recovery Trust process the reimbursement of the missing funds. If further documentation or clarification is required, I am willing to provide any additional information necessary.

Thank you for your time and consideration.

Sincerely,

Chun Mo Chan
25 Barrington Dr.
Bedford, NH 03110
Phone: 603-858-0586
Email: hunison@gmail.com

Cc: Counsel for the FTX Recovery Trust

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2022 through November 30, 2022
Primary Account: **000000860999098**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00357285 DRE 802 210 33522 NNNNNNNNNNN 1 000000000 69 0000
CHUN MO CHAN
25 BARRINGTON DR
BEDFORD NH 03110-5601



## Get tips for spotting a scam

The four common signs it's a scam are: pretending to be someone you know, pressuring you to act immediately, presenting you with a conditional prize or problem, or asking you to pay in a specific way.

To learn more and see tips on how to help protect your money, visit **chase.com/FraudAwareness**

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| **Checking & Savings** | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | 000000860999098 | $16,223.01 | $40,103.12 |
| Chase Savings | 000003605597252 | 175.68 | 200.68 |
| **Total** | | **$16,398.69** | **$40,303.80** |
| **TOTAL ASSETS** | | **$16,398.69** | **$40,303.80** |

## CHASE TOTAL CHECKING

CHUN MO CHAN

Account Number: 000000860999098

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$16,223.01** |
| Deposits and Additions | 28,917.11 |
| Electronic Withdrawals | -4,997.00 |
| Fees | -40.00 |
| **Ending Balance** | **$40,103.12** |

November 01, 2022 through November 30, 2022
Primary Account: **000000860999098**

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$16,223.01** |
| 11/03 | 11/03 Online Transfer 15700033473 To Clary Smb-Checking #######5054 Transaction #: 15700033473 | -2,600.00 | 13,623.01 |
| 11/04 | Discover E-Payment 7789 Web ID: 3510020270 | -102.00 | 13,521.01 |
| 11/08 | Ftxus Blockfolio Bp22110802 PPD ID: Y463394676 | **20,000.00** | 33,521.01 |
| 11/10 | Ftxus Blockfolio Bp22111003 PPD ID: Y463394676 | **17.11** | 33,538.12 |
| 11/10 | 11/10 Consumer Online International Wire Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corp.Hong Kong Ben: Chun MO Clarence Chan Ho Man Tin 00000 Hk Ref: Personal Expenses/Cct/Lab3Hf4A00Ai Ssn: 0351576 Trn: 3160112314Es | -2,160.00 | 31,378.12 |
| 11/10 | Consumer Online USD Intl Wire Fee | -40.00 | 31,338.12 |
| 11/15 | Remote Online Deposit 1 | **7,500.00** | 38,838.12 |
| 11/15 | Chun Chan Xfer 3389977 Web ID: 011400149 | **900.00** | 39,738.12 |
| 11/17 | Remote Online Deposit 1 | **500.00** | 40,238.12 |
| 11/17 | Citi Autopay Payment 080908982552486 Web ID: Citicardap | -52.00 | 40,186.12 |
| 11/25 | Online Transfer To Sav ...7252 Transaction#: 15622941844 | -25.00 | 40,161.12 |
| 11/29 | Citi Autopay Payment 080919350602897 Web ID: Citicardap | -58.00 | 40,103.12 |
| | **Ending Balance** | | **$40,103.12** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.** (Your total electronic deposits this period were $20,917.11. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.** (Your lowest beginning day balance was $13,521.01)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.** (Your average beginning day balance of qualifying linked deposits and investments was $31,673.89)



November 01, 2022 through November 30, 2022
Primary Account: **000000860999098**

## CHASE SAVINGS

CHUN MO CHAN

Account Number: 000003605597252

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$175.68** |
| Deposits and Additions | 25.00 |
| **Ending Balance** | **$200.68** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.29 |

Your monthly service fee was waived because you made a total of $25 or more in qualifying repeating automatic transfers from a Chase checking account to this account in the last statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$175.68** |
| 11/25 | Online Transfer From Chk ...9098 Transaction#: 15622941844 | **25.00** | 200.68 |
| | **Ending Balance** | | **$200.68** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



November 01, 2022 through November 30, 2022
Primary Account: **000000860999098**

This Page Intentionally Left Blank

Page 4 of 4

)0% Recycled fiber
)% Post-Consumer

**Extremely Urgent**

This envelope is for use with the following services: **UPS Next Day Air® UPS Worldwide Ex UPS 2nd Day Air®**

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercia value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or le UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic m containing sensitive personal information or breakable items. Do not send cas or cash equivalent.

**Apply shipping documents on t**

CLARENCE CHAN
(603) 858-0586
THE UPS STORE #7095
1 HARDY RD
BEDFORD NH 03110-4915

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 09 APR 2025

SHIP TO: RE CASE #22-11068-JTD-FTX TRADING
USBC
824 N MARKET ST

WILMINGTON DE 19801-3024

DE 197 9-25

UPS NEXT DAY AIR 1

TRACKING #: 1Z 6Y0 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 7017

BILLING: P/P

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

MM4E6BFY804UU ISH 13.00C ZZP 450 12.5U 03/2025

RRD K 0325

USBC
824 N MARKET ST
WILMINGTON DE 19801

P:BLUE S:LEFT I:LFT
0325 -- 1015 X
7017 1030
1Z6Y02270117748
KKR2CGF SMALLSRT001 APR 10 06:36:32 2025
US 1972 HIP 25.3.2 ZI411R

Serving