## UNITED STATES BANKRUPTCY COURT

District of Delaware

| | |
|---|---|
| In re FTX Trading Ltd., et al.,<br>Debtors. | Case No. 22-11068 (KBO)<br>(Jointly Administered) |

### TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| FC CAYMAN A, L.L.C. | SP MULTI CLAIMS HOLDINGS, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

FC Cayman A, L.L.C.
c/o Willkie Farr & Gallagher LLP
Attn: Joseph G. Minias, Esq.
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
jminias@willkie.com

Name and Address where notices to transferor should be sent:

2 Greenwich Plaza, Suite 1
Greenwich, CT 06830
Attn: Operations

Claim #: 39731
Customer Code: 03000493
Schedule #: 6806481
Amount of Claim Transferred: 10% of Transferor's Claim
Date Claim Filed: 08/15/2023
Debtor: FTX Trading Ltd.
Case Number: 22-11068

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FC Cayman A, L.L.C.

By: _____
Transferee/Transferee's Agent

Date: April 11, 2025

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:  U.S. Bankruptcy Court for the
     District of Delaware ("Bankruptcy Court")

AND: FTX Trading Ltd. ("Debtor")
     Case No. 22-11068 (JTD) ("Case")

Proof of Claim #: 39731 ("Proof of Claim")
Schedule #: 6806481 ("Schedule")
Customer Claim Confirmation ID #: 3265-70-GRCOT-995406176 ("CCCID")
Unique Customer Code #: 03000493 ("Customer Code")

**SP Multi Claims Holdings, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

FC Cayman A, L.L.C.
c/o The Baupost Group, L.L.C.
10 St. James Ave, 17th Fl.
Boston, MA 02116
617-210-8300
Emails: settlements@baupost.com
        legal@baupost.com
        jawd@baupost.com

its successors and assigns ("Buyer"), an undivided ten percent (10%) interest in Seller's rights, title and interest in and to (a) the Proof of Claim and CCCID (such ten percent (10%) interest in the Proof of Claim and CCCID, the "Transferred Claim") against the Debtor in the Case; (b) all amounts listed on the Schedule; and (c) all amounts with respect to the Customer Code.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated April 10, 2025.

| | |
|---|---|
| **SP Multi Claims Holdings, LLC** | **FC Cayman A, L.L.C.** |
| By: Silver Point Capital, L.P., its manager | |
| By: _____ | By: _____ |
| Name: Andrew Opel | Name: James David |
| Title: Authorized Signatory | Title: Authorized Signatory |