**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

CHEROKEE ACQUISITION

In re:

FTX TRADING LTD., *et al.,*

                Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Redacted .**

Name and Current Address of Transferor:
**Redacted**

Name of Transferee:

**Oroboros FTX I, LLC**

Name and Address where notices and payments to transferee should be sent:
**Oroboros FTX I, LLC
Attn: Louis d'Origny
Email: lo@ftxcreditor.com
1509 Bent Ave.
Cheyenne, Wyoming, 82001**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6278154 | Name (Redacted) | as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-LZCTI-909597247 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 04304781 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Louis d'Origny*
    Louis d'Origny (Apr 7, 2025 13:47 PDT)
Transferee/Transferee's Agent

Date: April___, 2025

## Creditor Information - Schedule # 6278154

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
n/a

**Claim Number**
n/a

**Schedule Number**
6278154

**Confirmation ID**
3265-70-LZCTI-909597247

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| 04304781 | | BTC[.00008], ETH[.0001794], USD[206078.81], USDT[100] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:    U.S. Bankruptcy Court for the
District of Delaware ("<u>Bankruptcy Court</u>")

AND:    FTX Trading Ltd., et al. ("<u>Debtor</u>")
Case No. 22-11068 (JTD) ("<u>Case</u>")

Proof of Claim #: n/a ("<u>Proof of Claim</u>")
Schedule #: 6278154 ("<u>Schedule</u>")
Confirmation ID #: 3265-70-LZCTI-909597247 ("<u>Confirmation ID</u>")
Customer Code #: 04304781 ("<u>Customer Code</u>")

**Redacted** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**OROBOROS FTX I, LLC**
Attn: Louis d'Origny
1509 Bent Ave.
Cheyenne, Wyoming 82001

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights in and to: (a) the Proof of Claim; (b) the Schedule; (c) the Confirmation ID; (d) the Customer Code ((a) - (d) collectively, the "<u>Claim</u>") against Debtor in this Case; (e) any secured claim, collateral or any liens held by Seller; (f) vote on any question relating to the Claim in the Case; and (g) cash, interest, principal, securities or other property in connection with the Case.

Seller hereby certifies that it unconditionally waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April ____, 2025.

| | |
|---|---|
| **Redacted** | **OROBOROS FTX I, LLC** |
| By: | By: *Louis d'Origny* (Apr 7, 2025 13:47 PDT) |
| Name:  Redacted | Name:  Louis d'Origny |
| Title:  Natural Person | Title:  Authorized Signatory |