# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | ) <br>) Chapter 11<br>) <br>) Case No. 22-11068 (KBO)<br>) (Jointly Administered)<br>) <br>) Related to Docket Nos. 1632, 1683, 1693, 2235 and<br>) 30125<br>) <br>) |

**ORDER AUTHORIZING MOVANT DO KWON TO FILE UNDER SEAL CERTAIN
PORTIONS OF HIS REPLY IN SUPPORT OF MOTION TO ENFORCE ORDER
GRANTING MOTION OF PYTH DATA ASSOCIATION FOR RELIEF FROM THE
AUTOMATIC STAY LIFT (ECF 1693)**

Upon consideration of the motion ("Motion to Seal") of Do Kwon seeking entry of an order authorizing Mr. Kwon to file under seal certain portions of his *Reply in further Support of his Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693)* (the "Reply") [D.I. 30125]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having explicitly "retain[ed] jurisdiction with respect to all matters arising from or related to the implementation" of its Order permitting the PDA reminting plan, ECF 1693 ¶ 6; *see Travelers Indem. Co. v. Bailey*, 557 U.S. 137, 151 (2009); and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is GRANTED as set forth herein.

2. Mr. Kwon is authorized to file under seal portions of his Reply that contain information deemed Confidential by the Pyth Data Association.

3. The unredacted Reply shall remain under seal and shall not be made available to anyone, except that unredacted copies shall be provided to: (a) the Court; (b) counsel for the Debtors; (c) the U.S. Trustee; (d) counsel for the Pyth Data Association; (e) and counsel for Todd R. Snyder, as the plan administrator of the jointly-administered estates of Terraform Labs Pte. Ltd.; and (f) counsel for the Official Committee of Unsecured Creditors.

4. Each of the parties in the preceding paragraphs receiving an unredacted copy of the Reply shall keep the relevant information confidential.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.