IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (KBO) <br> ) (Jointly Administered) <br> ) <br> ) Related to Docket Nos. 1632, 1683, 1693, 2235, 29773 <br> ) and 30125 <br> ) <br> ) **Hearing Date: April 17, 2025 at 2:00 pm (ET)** <br> ) **Objection Deadline: At the Hearing** |

**NOTICE OF MOTION FOR ENTRY OF ORDER AUTHORIZING NONPARTY DO KWON TO FILE UNDER SEAL CERTAIN PORTIONS OF HIS REPLY IN FURTHER SUPPORT OF HIS MOTION TO ENFORCE ORDER GRANTING MOTION OF PYTH DATA ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY (ECF 1693)**

    **PLEASE TAKE NOTICE** that on April 14, 2025, Do Kwon ("Movant"), filed the *Motion For Entry of Order Authorizing Nonparty Do Kwon to File Under Seal Certain Portions of His Reply in Further Support of His Motion To Enforce Order Granting Motion of Pyth Data Association For Relief From The Automatic Stay (ECF 1693))* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Local rule 9018-1(d)(vi) any objection or response to the Motion may be presented at the time of hearing **(the "Objection Deadline")**.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Local rule 9018-1(d)(vi) a hearing regarding the Motion is scheduled before the Honorable Karen B. Owens, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, DE 19801 on **April 17, 2025, at 2:00 pm prevailing Eastern Time**.

    **PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: April 14, 2025

Respectfully submitted,

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5812
mbusenkell@gsbblaw.com

Sean Hecker*
David Patton*
Michael Ferrara*
John C. Quinn*
Matthew J. Craig*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York, 10118
(212) 763-0883
shecker@heckerfink.com
dpatton@heckerfink.com
mferrara@heckerfink.com
jquinn@heckerfink.com
mcraig@heckerfink.com

Katherine Epstein*
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
kepstein@heckerfink.com

*Counsel for Movant Do Kwon*

* *pro hac vice*