## OK COOIN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD, *et al.*, | ) ) ) | Case No. 22-11068 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Michael F. Williams of Kirkland & Ellis LLP and Kirkland & Ellis International LLP to represent Todd R. Snyder, the Plan Administrator of the jointly-administered estates of Terraform Labs Pte. Ltd. ("Terraform"), *et al.* (Case No. 24-10070 (BLS)), in these cases and any and all related adversary proceedings.

Dated: April 14, 2025
Wilmington, Delaware

/s/ Michael Busenkell
Michael Busenkell (DE 3933)
**GELLERT SEITZ BUSENKELL & BROWN, LLC**
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
Email: mbusenkell@gsbblaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Virginia, the District of Columbia, and the State of New Jersey, and am admitted to practice before the Supreme Court of New Jersey, the United States Court of International Trade, the United States District Court for the District of New Jersey, and the United States Courts of Appeals for the Second Circuit, Third Circuit, Fourth Circuit, Seventh Circuit, Ninth Circuit, and the District of Columbia Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: April 14, 2025
Washington, DC

/s/ Michael F. Williams
Michael F. Williams, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
1301 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: michael.williams@kirkland.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.