## CERTIFICATE OF SERVICE

I, Michael Busenkell, hereby certify that on April 14, 2025 a copy of the *(Redacted) Reply in Support of Motion To Enforce Order Granting Motion of Pyth Data Association For Relief From The Automatic Stay (ECF 1693)* was served on the parties on the attached service list in the manner indicated.

Dated: April 14, 2025                               GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Tel: (302) 425-5812
mbusenkell@gsbblaw.com

Sean Hecker*
David Patton*
Michael Ferrara*
John C. Quinn*
Matthew Craig*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York, 10118
Tel: (212) 763-0883
shecker@heckerfink.com
dpatton@heckerfink.com
mferrara@heckerfink.com
jquinn@heckerfink.com
mcraig@heckerfink.com

Katherine Epstein*
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (212) 763-0883
kepstein@heckerfink.com

*Counsel for Movant Do Kwon*

* *pro hac vice* pending

**SERVICE LIST**

*VIA ECF AND EMAIL*

Andrew G. Dietderich (*pro hac vice*)
Brian D. Glueckstein (*pro hac vice*)
James L. Bromley (*pro hac vice*)
Christopher J. Dunne (*pro hac vice*)
Alexa J. Kranzley (*pro hac vice*)
Benjamin S. Beller (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
bromleyj@sullcrom.com
dunnec@sullcrom.com
kranzleya@sullcrom.com
bellerb@sullcrom.com

Jacob M. Croke (*pro hac vice*)
SULLIVAN & CROMWELL LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
crokej@sullcrom.com

Douglas Schneller
RIMON, P.C.
245 Park Avenue, 39th Floor
New York, NY 10167
douglas.schneller@rimonlaw.com

Sascha Rand (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
sascharand@quinnemanuel.com

Anthony P Alden (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
anthonyalden@quinnemanuel.com

Matthew R. Schieck (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701
matthewscheck@quinnemanuel.com

Kimberly A. Brown
Matthew R. Pierce
Matthew B. McGuire
Adam G. Landis
LANDIS RATH & COBB LLP
919 N. Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
brown@lrclaw.com
pierce@lrclaw.com
mcguire@lrclaw.com
landis@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*

Benjamin A. Hackman
Jonathan Lipshie
Joseph James McMahon, Jr.
Linda Richenderfer
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
jon.lipshie@usdoj.gov
joseph.mcmahon@usdoj.gov
Linda.Richenderfer@usdoj.gov

David Gerardi
OFFICE OF THE UNITED STATES TRUSTEE
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102
David.Gerardi@usdoj.gov

*U.S. Trustee*

| | |
|---|---|
| Luc A. Despins | Frank A. Merola |
| Caroline Diaz | PAUL HASTINGS LLP |
| Erez Gilad | 1999 Avenue of the Stars, 27th Floor |
| Kristopher M. Hansen | Century City, CA 90067 |
| John F. Iaffaldano | frankmerola@paulhastings.com |
| Leonie C. Koch | |
| Samantha Martin | Kenneth H. Eckstein |
| Kenneth Pasquale | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Gabriel Sasson | 1177 Avenue of the Americas |
| Isaac Sasson | New York, NY 10036 |
| PAUL HASTINGS LLP | keckstein@kramerlevin.com |
| 200 Park Avenue | |
| New York, NY 10166 | Jared W Kochenash |
| lucdespins@paulhastings.com | Matthew Barry Lunn |
| carolinediaz@paulhastings.com | Robert F. Poppiti, Jr. |
| erezgilad@paulhastings.com | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| krishansen@paulhastings.com | 1000 N. King Street |
| jackiaffaldano@paulhastings.com | Wilmington, DE 19801 |
| leoniekoch@paulhastings.com | jkochenash@ycst.com |
| samanthamartin@paulhastings.com | mlunn@ycst.com |
| kenpasquale@paulhastings.com | rpoppiti@ycst.com |
| gabesasson@paulhastings.com | |
| isaacsasson@paulhastings.com | |

*Counsel for Official Committee of Unsecured Creditors*

Aaron R. Cahn
CARTER LEDYARD & MILBURN LLP
28 Liberty Street, 41st Floor
New York, New York 10005
bankruptcy@clm.com

*Counsel for Pi-Crypto Ltd., Pi 1.0 LP and Cohen K Investments, Ltd.*

| | |
|---|---|
| Mark Minuti | Peter A. Siddiqui (*pro hac vice*) |
| Monique B. DiSabatino | Ethan D. Trotz (*pro hac vice*) |
| SAUL EWING LLP | KATTEN MUCHIN ROSENMAN LLP |
| 1201 N. Market Street, Suite 2300 | 525 W. Monroe Street |
| P.O. Box 1266 | Chicago, IL 60661 |
| Wilmington, DE 19899 | peter.siddiqui@katten.com |
| mark.minuti@saul.com | ethan.trotz@katten.com |
| monique.disabatino@saul.com | |

*Counsel for Pyth Data Association*

### VIA ECF

| | |
|---|---|
| Jacquelyn H. Choi<br>RIMON, P.C.<br>2029 Century Park East, Suite 400N<br>Los Angeles, CA 90067<br>jacquelyn.choi@rimonlaw.com | Frederick Chang<br>RIMON, P.C.<br>506 2nd Ave., Suite 1400<br>Seattle, WA 98104<br>frederick.chang@rimonlaw.com |

*Counsel for Creditor Bastion Worldwide Limited*

| | |
|---|---|
| Shawn M. Christianson, Esq.<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>425 Market Street, Suite 2900<br>San Francisco, California  94105-3493<br>schristianson@buchalter.com | Amish R. Doshi, Esq.<br>DOSHI LEGAL GROUP, P.C.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042<br>amish@doshilegal.com |

*Counsel for Oracle America, Inc.*

### VIA FIRST CLASS MAIL

Laura L. McCloud
TN Dept of Financial Institutions
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

*Counsel for TN Dept of Financial Institutions*

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Mar<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

*Internal Revenue Service*

### VIA FIRST CLASS MAIL AND EMAIL

| | |
|---|---|
| United States of America Attorney General<br>Attn: Bankruptcy Dept<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001<br><br>U.S. Department of Justice<br>Attn: Ward W. Benson<br>P.O. Box 227, Ben Franklin Station<br>Washington, DC 20044<br>ward.w.benson@usdoj.gov | U.S. Department of Justice<br>Attn: Seth B. Shapiro<br>Civil Division<br>1100 L Street, NW, Room 7208<br>Washington, DC 20005<br>seth.shapiro@usdoj.gov |

*U.S. Department of Justice*

U.S. Attorney for the District of Delaware
Attn: David C. Weiss, C/O Ellen Slights
1007 Orange St., Ste. 700
P.O. Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

*U.S. Attorney's Office, District of Delaware*

Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549
secbankruptcy@sec.gov

Securities & Exchange Commission, NY Office
Attn: Bankruptcy Dept.
Brookfield Place
200 Vesey Street, Ste. 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov

Securities & Exchange Commission,
Philadelphia Office
Attn: Bankruptcy Dept.
One Penn Center
1617 JFK Blvd., Ste. 520
Philadelphia, PA 19103
secbankruptcy@sec.gov

*Securities & Exchange Commission*