### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., et al., | ) | Case No. 22-11068 (JTD) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 29500** |

**CERTIFICATE OF NO OBJECTION REGARING THE MOTION FOR AUTHORIZATION TO FILE UNDER SEAL PORTIONS OF THE REQUEST OF ASTTERIA (HK) LIMITED FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND EXHIBIT A THROUGH E THERETO**

The undersigned, proposed counsel to Astteria (HK) Limited ("Astteria") in the above captioned case, hereby certifies as follows:

1. On February 5, 2025, Astteria filed its *Motion for Authorization to File Under Seal Portions of the Request of Astteria (HK) Limited for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Exhibit A through E Thereto* (the "Motion to Seal") [DI 29500].

2. The undersigned certifies that (i) he has received no answer, objection, or responsive pleading with respect to the Motion to Seal and (ii) he has reviewed the Court's docket in the above captioned cases and no answer, objection, or other responsive pleading to the Motion to Seal appears thereon. Pursuant to the Notice of Motion filed with the Motion to Seal, responses to the Motion to Seal were to be filed and served no later than February 19, 2025 at 4:00 p.m.

WHEREFORE, Astteria respectfully requests that this Honorable Court enter the Order attached hereto as **Exhibit A**.

Date: April 14, 2025
Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

<u>/s/ William A. Hazeltine</u>
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: whazeltine@sha-llc.com

*Attorneys for Astteria (HK) Limited*