# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., et al., | ) | Case No. 22-11068 (JTD) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related Docket No. 29500** |

**ORDER GRANTING MOTION FOR AUTHORIZATION TO FILE UNDER SEAL PORTIONS OF THE REQUEST OF ASTTERIA (HK) LIMITED FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND EXHIBITS A THROUGH E THERETO**

Upon consideration of the *Motion for Authorization to File Under Seal Portions of the Request of Astteria (HK) Limited for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Exhibits A through E thereto* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted therein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Astteria is hereby granted permission to file portions of the Administrative Expenses Claim[1] and Exhibits A through E thereto under seal pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Seal.