## **CERTIFICATE OF SERVICE**

    I, William A. Hazeltine, hereby certify that on the 14th day of April 2025, a copy of the foregoing *Certificate of No Objection Regarding the Motion for Authorization to File Under Seal Portions of the Request of Astteria (HK) Limited for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Exhibit A through E Thereto* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel for the Reorganized Debtors"*

| | |
|---|---|
| Adam G. Landis, Esq. | Andrew G. Dietderich, Esq. |
| Matthew B. McGuire, Esq. | James L. Bromley, Esq. |
| Kimberly A. Brown, Esq. | Brian D. Glueckstein, Esq. |
| Matthew R. Pierce, Esq. | Alexa J. Kranzley, Esq. |
| **LANDIS RATH & COBB LLP** | **SULLIVAN & CROMWELL LLP** |
| 919 Market Street, Suite 1800 | 125 Broad Street |
| Wilmington, Delaware 19801 | New York, NY 10004 |
| landis@lrclaw.com | dietdericha@sullcrom.com |
| mcguire@lrclaw.com | bromleyj@sullcrom.com |
| brown@lrclaw.com | gluecksteinb@sullcrom.com |
| pierce@lrclaw.com | kranzleya@sullcrom.com |

April 14, 2025                                      */s/ William A. Hazeltine*
Date                                                      William A. Hazeltine