**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Doc. No. 30051** |
| | ) | |

**CERTIFICATION OF NO OBJECTION FOR MOTION FOR ENTRY OF ORDER
AUTHORIZING THE PYTH DATA ASSOCIATION TO FILE UNDER SEAL
CERTAIN EXHIBITS TO OBJECTION OF THE PYTH DATA ASSOCIATION
TO MOTION TO ENFORCE ORDER GRANTING MOTION OF PYTH
DATA ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY (ECF 1693)**

The undersigned counsel to Pyth Data Association ("**Pyth**"), hereby certifies as follows:

1.      On April 3, 2025, the *Motion for Entry of Order Authorizing the Pyth Data Association to File Under Seal Certain Exhibits to Objection of the Pyth Data Association to Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693)* [D.I. 30051] (the "**Motion**") was filed with the Court.

2.      Pursuant to the notice accompanying the Motion, responses to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before April 10, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.      The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4.      Accordingly, the Motion may be granted.  Pyth respectfully requests entry of the order attached to the Motion as Exhibit A.

Dated: April 15, 2025

**SAUL EWING LLP**

By:     */s/ Mark Minuti*
        Mark Minuti (DE Bar No. 2659)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone: (302) 421-6800
        mark.minuti@saul.com

        *Attorneys for the Pyth Data Association*