**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD, *et al.*, | ) ) | Case No. 22-11068 (KBO) |
| Debtors. | ) ) ) | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Christopher T. Greco of Kirkland & Ellis LLP and Kirkland & Ellis International LLP to represent Todd R. Snyder, the Plan Administrator of the jointly-administered estates of Terraform Labs Pte. Ltd. ("Terraform"), *et al.* (Case No. 24-10070 (BLS)), in these cases and any and all related adversary proceedings.

Dated: April 14, 2025
    Wilmington, Delaware

    */s/ Michael Busenkell*
    Michael Busenkell (DE 3933)
    **GELLERT SEITZ BUSENKELL & BROWN, LLC**
    1201 North Orange Street, Suite 300
    Wilmington, Delaware 19801
    Telephone: (302) 425-5812
    Email:    mbusenkell@gsbblaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: April 14, 2025
    New York, New York

    */s/ Christopher T. Greco*
    Christopher T. Greco, P.C.
    **KIRKLAND & ELLIS LLP**
    **KIRKLAND & ELLIS INTERNATIONAL LLP**
    601 Lexington Avenue
    New York, New York 10022
    Telephone: (212) 446-4800
    Facsimile:  (212) 446-4900
    Email: christopher.greco@kirkland.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

*[Signature: Ka B. O.]*

**Dated: April 15th, 2025**　　　　　　　　　　　　　　　**KAREN B. OWENS**
**Wilmington, Delaware**　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**