# **<u>EXHIBIT 1</u>**

{1368.003-W0080857.2}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Interim Application

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In-Possession* | 8/1/24 – 10/8/24 D.I. 28846 Filed 12/16/24 | $15,375,078.30 | $1,750,000.00 | $35,222.53 | $450.00 | $13,625,078.30 | $34,772.53 |