# **EXHIBIT 1**

{1368.003-W0080686.}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Final Fee Applications

| Professional & Role in Case | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 11/28/22 – 10/8/24 D.I. 29193 Filed 1/10/25 | $67,614,162.98 | $69,604.66 | $693,956.47 | $6,960.57 | $67,544,558.32 | $686,995.90 |
| **Alvarez & Marsal North America, LLC** *Financial Advisors to the Debtors and Debtors-In-Possession* | 11/11/22 – 10/8/24 D.I. 29194 Filed 1/10/25 | $279,587,945.10 | $2,479,637.23 | $7,307,166.92 | $220,810.24 | $277,108,307.87 | $7,086,356.68 |
| **Ashby & Geddes, P.A.** *Co-Counsel to the Examiner* | 3/20/24 – 10/8/24 D.I. 29579 Filed 2/14/25 | $110,300.50 | $0.00 | $1,219.26 | $0.00 | $110,300.50 | $1,219.26 |
| **FTI Consulting, Inc.** *Financial Advisor to the Official Committee of Unsecured Creditors* | 12/22/22 – 10/8/24 D.I. 29546 Filed 2/10/25 | $40,428,439.52 | $22,527.82 | $354,030.93 | $0.00 | $40,405,911.70 | $354,030.93 |

{1368.003-W0080630.4}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Final Fee Applications

| Professional & Role in Case | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Jefferies LLC**[1] *Investment Banker for the Official Committee of Unsecured Creditors* | 12/23/22 – 1/3/25 D.I. 29550 Filed 2/10/25 | $14,162,500.00 | N/A | $237,996.84 | $22,532.81 | $14,162,500.00 | $215,464.03 |
| **Kroll Restructuring Administration LLC** *Administrative Advisor to the Debtors* | 11/11/22 – 10/8/24 D.I. 29749 Filed 2/26/25 | $647,621.63 | $0.00 | $931.40 | $0.00 | $647,621.63 | $931.40 |
| **Landis Rath & Cobb LLP** *Co-Counsel to the Debtors and Debtors-In- Possession* | 11/11/22 – 10/8/24 D.I. 29195 Filed 1/10/25 | $12,234,226.75 | $246,028.90 | $232,294.85 | $10.97 | $11,988,197.85 | $232,283.88 |
| **Morris, Nichols, Arsht & Tunnell LLP** *Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com* | 5/1/23 – 10/8/24 D.I. 29856 Filed 3/4/25 | $2,251,603.54 | $1,429.00 | $29,437.36 | $0.00 | $2,250,174.54 | $29,437.36 |

---

[1] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals were not subject to the Fee Examiner process. However, pursuant to the *Supplemental Order Expanding the Scope of the Fee Examiner's Duties with respect to Certain Professionals* [D.I. 28868], the scope of the Fee Examiner Order was expanded to include "reviewing the final requests for reimbursement of expenses of each of the Investment Bankers." As such, Jefferies LLC's final request for fees was not subject to review by the Fee Examiner, but its final request for expenses was subject to such review.

{1368.003-W0080630.4}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Final Fee Applications

| Professional & Role in Case | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Patterson Belknap Webb & Tyler LLP** *Counsel to the Examiner* | 3/20/24 – 10/8/24 D.I. 29578 Filed 2/14/25 | $5,526,823.13 | $0.00 | $37,143.22 | $0.00 | $5,526,823.13 | $37,143.22 |
| **Paul Hastings LLP** *Counsel to the Official Committee of Unsecured Creditors* | 12/20/22 – 10/8/24 D.I. 29544 Filed 2/10/25 | $46,561,850.00 | $1,511,316.66 | $1,757,739.38 | $2,314.91 | $45,050,533.34 | $1,755,424.47 |
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 12/22/22 – 10/8/24 D.I. 29545 Filed 2/10/25 | $2,461,118.49 | $1,750.00 | $17,815.13 | $0.00 | $2,459,368.49 | $17,815.13 |

{1368.003-W0080630.4}

3