# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING, LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 14th, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 04/14/2025 | 30128 | Reply // The Ad Hoc Committee of Non-US Customers of FTX.com's Reply In Support of its Application Under Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code for the Allowance and Payment of an Administrative Expense Claim for Reasonable Professional Fees and Expenses (related document(s)29860, 29861, 29994) Filed by Ad Hoc Committee of Non-US Customers of FTX.com (Harvey, Matthew) (Entered: 04/14/2025) |

Dated: April 15th, 2024

*/s/ Laurie Heggan*
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

| | |
|---|---|
| <u>VIA ELECTRONIC MAIL</u><br><br>A. M. SACCULLO LEGAL, LLC<br>ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE 27<br>CRIMSON KING DRIVE<br>BEAR DE 19701<br>AMS@SACCULLOLEGAL.COM<br>MEG@SACCULLOLEGAL.COM | <u>VIA ELECTRONIC MAIL</u><br><br>ASHBY & GEDDES, P.A.<br>ATTN: RICARDO PALACIO, GREGORY A. TAYLOR 500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON DE 19899<br>RPALACIO@ASHBYGEDDES.COM<br>GTAYLOR@ASHBYGEDDES.COM |
| <u>VIA FIRST CLASS MAIL</u><br><br>BECKET & LEE LLP<br>ATTN: SHRADDHA BHARATIA<br>P.O. BOX 3001<br>MALVERN PA 19355-0701 | <u>VIA ELECTRONIC MAIL</u><br><br>BUCHALTER, A PROFESSIONAL CORPORATION<br>ATTN: SHAWN M. CHRISTIANSON, ESQ. 425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM |
| <u>VIA ELECTRONIC MAIL</u><br><br>BUTLER SNOW LLP<br>ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER<br>CRESCENT CENTER, SUITE 500<br>6075 POPLAR AVENUE, P.O. BOX 171443<br>MEMPHIS TN 38187<br>JEB.BAILEY@BUTLERSNOW.COM<br>CAM.HILLYER@BUTLERSNOW.COM | <u>VIA ELECTRONIC MAIL</u><br><br>BUTLER SNOW LLP<br>ATTN: MARTIN SOSLAND<br>2911 TURTLE CREEK BLVD., SUITE 1400<br>DALLAS TX 75219<br>MARTIN.SOSLAND@BUTLERSNOW.COM |
| <u>VIA ELECTRONIC MAIL</u><br><br>CARR MALONEY P.C.<br>ATTN: J. PETER GLAWS, IV, ESQ. 2000 PENNSYLVANIA AVE, NW STE. 800 1<br>WASHINGTON DC 20006<br>PETER.GLAWS@CARRMALONEY.COM | <u>VIA ELECTRONIC MAIL</u><br><br>CARTER LEDYARD & MILBURN LLP<br>ATTN: AARON R. CAHN 28 LIBERTY STREET<br>41ST FLOOR<br>NEW YORK NY 10005<br>BANKRUPTCY@CLM.COM |
| <u>VIA ELECTRONIC MAIL</u><br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: JANE VANLARE, BRANDON M. HAMMER ONE LIBERTY PLAZA<br>NEW YORK NY 10006<br>JVANLARE@CGSH.COM BHAMMER@CGSH.COM | <u>VIA ELECTRONIC MAIL</u><br><br>COLE SCHOTZ P.C.<br>ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ. 500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801<br>NPERNICK@COLESCHOTZ.COM AROTH-MOORE@COLESCHOTZ.COM |

| | |
|---|---|
| VIA ELECTRONIC MAIL<br><br>COMMODITY FUTURES TRADING COMMISSION<br>ATTN: MARTIN B. WHITE<br>SENIOR ASSISTANT GENERAL COUNSEL 1155 21ST STREET NW<br>WASHINGTON DC 20581<br>MWHITE@CFTC.GOV | VIA ELECTRONIC MAIL<br><br>COOLEY LLP<br>ATTN: CULLEN D. SPECKHART 1299 PENNSYLVANIA AVENUE NW SUITE 700<br>WASHINGTON DC 20004<br>CSPECKHART@COOLEY.COM |
| VIA ELECTRONIC MAIL<br><br>COOLEY LLP<br>ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE PIGNATELLI, ERICA<br>J. RICHARDS<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>MKLEIN@COOLEY.COM AHWU@COOLEY.COM<br>CPIGNATELLI@COOLEY.COM<br>ERICHARDS@COOLEY.COM | VIA ELECTRONIC MAIL<br><br>COOLEY LLP<br>ATTN: PHILIP M. BOWMAN, ESQ. 55 HUDSON YARDS<br>NEW YORK NY 10001<br>PBOWMAN@COOLEY.COM |
| VIA ELECTRONIC MAIL<br><br>COUSINS LAW LLC<br>ATTN: SCOTT D. COUSINS, ESQ., SCOTT D. JONES, ESQ.<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE, SUITE 301<br>WILMINGTON DE 19801<br>SCOTT.COUSINS@COUSINS-LAW.COM<br>SCOTT.JONES@COUSINS-LAW.COM | VIA ELECTRONIC MAIL<br><br>COZEN O'CONNOR<br>ATTN: FREDERICK SCHMIDT 3WTC, 175 GREENWICH STREET<br>55TH FLOOR<br>NEW YORK NY 10007<br>ESCHMIDT@COZEN.COM |
| VIA ELECTRONIC MAIL<br><br>COZEN O'CONNOR<br>ATTN: THOMAS J. FRANCELLA<br>1201 N. MARKET STREET, SUITE 1001<br>WILMINGTON DE 19801<br>TFRANCELLA@COZEN.COM | VIA ELECTRONIC MAIL<br><br>CROSS & SIMON, LLC<br>ATTN: CHRISTOPHER P. SIMON 1105 NORTH MARKET STREET SUITE 901<br>WILMINGTON DE 19801<br>CSIMON@CROSSLAW.COM |
| VIA ELECTRONIC MAIL<br><br>DEBEVOISE & PLIMPTON LLP<br>ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ.<br>66 HUDSON BOULEVARD NEW YORK NY 10001<br>NLABOVITZ@DEBEVOISE.COM<br>EWORENKLEIN@DEBEVOISE.COM<br>MCGODBE@DEBEVOISE.COM | VIA ELECTRONIC MAIL<br><br>DEBEVOISE & PLIMPTON LLP<br>ATTN: SIDNEY P. LEVINSON, JASMINE BALL 66 HUDSON BOULEVARD<br>NEW YORK NY 10001<br>SLEVINSON@DEBEVOISE.COM JBALL@DEBEVOISE.COM |

VIA ELECTRONIC MAIL

DELAWARE DIVISION OF REVENUE
ATTN: ZILLAH FRAMPTON 820 N FRENCH ST
WILMINGTON DE 19801
FASNOTIFY@STATE.DE.US

VIA ELECTRONIC MAIL

DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
P.O. BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

VIA ELECTRONIC MAIL

DELAWARE STATE TREASURY
ATTN: BANKRUPTCY DEPT 820 SILVER LAKE BLVD STE 100
DOVER DE 19904
STATETREASURER@STATE.DE.US

VIA ELECTRONIC MAIL

DOSHI LEGAL GROUP, P.C.
ATTN: AMISH R. DOSHI
1979 MARCUS AVENUE, SUITE 210E LAKE SUCCESS NY 11042
AMISH@DOSHILEGAL.COM

VIA ELECTRONIC MAIL

EMMET, MARVIN & MARTIN, LLP
ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ. 120 BROADWAY, 32ND FLOOR
NEW YORK NY 10271
JSWARTZ@EMMETMARVIN.COM
TPITTA@EMMETMARVIN.COM

VIA FIRST CLASS MAIL

ENVIRONMENTAL PROTECTION AGENCY
ATTN BANKRUPTCY DIVISION 290 BROADWAY
NEW YORK NY 10007-1866

VIA FIRST CLASS MAIL

ENVIRONMENTAL PROTECTION AGENCY
ATTN: GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460

VIA ELECTRONIC MAIL

EVERSHEDS SUTHERLAND (US) LLP
ATTN: ANDREA L. GORDON
700 SIXTH STREET NW, SUITE 700
WASHINGTON DC 20001
ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM

VIA ELECTRONIC MAIL

EVERSHEDS SUTHERLAND (US) LLP
ATTN: ERIN E. BRODERICK
227 WEST MONROE STREET, SUITE 6000
CHICAGO IL 60606
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM

VIA ELECTRONIC MAIL

EVERSHEDS SUTHERLAND (US) LLP
ATTN: MARK D. SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON TX 77002
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM

VIA ELECTRONIC MAIL

EVERSHEDS SUTHERLAND (US) LLP
ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT
THE GRACE BUILDING, 40TH FLOOR 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
PETERIVANICK@EVERSHEDS-SUTHERLAND.COM
SARAHPAUL@EVERSHEDS-SUTHERLAND.COM
PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM
LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM

VIA ELECTRONIC MAIL

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL
321 NORTH CLARK STREET, SUITE 3000
CHICAGO IL 60654
MSMALL@FOLEY.COM

VIA ELECTRONIC MAIL

FOLEY & LARDNER LLP
ATTN: SAMANTHA RUPPENTHAL 90 PARK AVENUE
NEW YORK NY 10016
SRUPPENTHAL@FOLEY.COM

VIA ELECTRONIC MAIL

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
ATTN: BRIAN DAVIDOFF 2049 CENTURY PARK EAST STE 2600
LOS ANGELES CA 90067-4590
BDAVIDOFF@GREENBERGGLUSKER.COM

VIA ELECTRONIC MAIL

HAYNES AND BOONE, LLP
ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II 2323 VICTORY AVENUE
SUITE 700
DALLAS TX 75219
RICK.ANIGIAN@HAYNESBOONE.COM
CHARLIE.JONES@HAYNESBOONE.COM

VIA ELECTRONIC MAIL

HAYNES AND BOONE, LLP
ATTN: RICHARD KANOWITZ 30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK NY 10112
RICHARD.KANOWITZ@HAYNESBOONE.COM

VIA ELECTRONIC MAIL

HOGAN LOVELLS US LLP
ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA JUMPER, 390 MADISON AVENUE
NEW YORK NY 10017
DENNIS.TRACEY@HOGANLOVELLS.COM
DENNIS.TRACEY@HOGANLOVELLS.COM
MAYA.JUMPER@HOGANLOVELLS.COM

VIA ELECTRONIC MAIL

HOLLAND & KNIGHT LLP
ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID
W. WIRT, JESSICA MAGEE, SHARDUL DESAI 31 W. 52ND STREET
NEW YORK NY 10019
WARREN.GLUCK@HKLAW.COM
MARIE.LARSEN@HKLAW.COM
DAVID.WIRT@HKLAW.COM
JESSICA.MAGEE@HKLAW.COM

VIA FIRST CLASS MAIL

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST
MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016

VIA FIRST CLASS MAIL

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

| | |
|---|---|
| <u>VIA ELECTRONIC MAIL</u><br><br>K&L GATES LLP<br>ATTN: BRIAN D. KOOSED, ESQ. 1602 K STREET NW<br>WASHINGTON DC 20006-1600<br>BRIAN.KOOSED@KLGATES.COM | <u>VIA ELECTRONIC MAIL</u><br><br>K&L GATES LLP<br>ATTN: ROBERT T. HONEYWELL, ESQ. 599 LEXINGTON AVENUE<br>NEW YORK NY 10022-6030<br>ROBERT.HONEYWELL@KLGATES.COM |
| <u>VIA ELECTRONIC MAIL</u><br><br>K&L GATES LLP<br>ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER, ESQ. 600 N. KING STREET<br>SUITE 901<br>WILMINGTON DE 19801<br>STEVEN.CAPONI@KLGATES.COM<br>MATTHEW.GOELLER@KLGATES.COM | <u>VIA ELECTRONIC MAIL</u><br><br>KASHISHIAN LAW LLC<br>ATTN: ANN M. KASHISHIAN<br>501 SILVERSIDE ROAD, SUITE 85<br>WILMINGTON DE 19809<br>AMK@KASHISHIANLAW.COM |
| <u>VIA ELECTRONIC MAIL</u><br><br>KELLY HART & HALLMAN LLP<br>ATTN: LOUIS M. PHILLIPS 301 MAIN ST., SUITE 1600<br>BATON ROUGE LA 70801<br>LOUIS.PHILLIPS@KELLYHART.COM | <u>VIA ELECTRONIC MAIL</u><br><br>KELLY HART & HALLMAN LLP<br>ATTN: MICHAEL D. ANDERSON<br>201 MAIN STREET, SUITE 2500 FORT WORTH TX 76102<br>MICHAEL.ANDERSON@KELLYHART.COM |
| <u>VIA ELECTRONIC MAIL</u><br><br>LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801<br>LANDIS@LRCLAW.COM BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM | <u>VIA ELECTRONIC MAIL</u><br><br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>ATTN: BRENT R. COHEN, CHAD S. CABY 1601 19TH STREET, SUITE 1000<br>DENVER CO 80202-2995<br>BCOHEN@LEWISROCA.COM CCABY@LEWISROCA.COM |
| <u>VIA ELECTRONIC MAIL</u><br><br>LOCKE LORD LLP<br>ATTN: IRA S. GREENE 200 VESEY STREET NEW YORK NY 10281<br>IRA.GREENE@LOCKELORD.COM | <u>VIA ELECTRONIC MAIL</u><br><br>MANIER HEROD, P.C.<br>ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS 1201 DEMONBREUN STREET<br>SUITE 900<br>NASHVILLE TN 37213<br>JPRICE@MANIERHEROD.COM<br>MLEE@MANIERHEROD.COM<br>SWILLIAMS@MANIERHEROD.COM |

VIA ELECTRONIC MAIL

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ. 300 DELAWARE AVENUE
SUITE 800
WILMINGTON DE 19801
JHUGGETT@MARGOLISEDELSTEIN.COM

VIA ELECTRONIC MAIL

MASSACHUSETTS DEPARTMENT OF REVENUE
ATTN: CELINE E. DE LA FOSCADE-CONDON 100
CAMBRIDGE STREET, P.O. BOX 9565
BOSTON MA 02114
DELAFOSCAC@DOR.STATE.MA.US

VIA ELECTRONIC MAIL

MCCARTER & ENGLISH LLP
ATTN: KATE ROGGIO BUCK RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801
KBUCK@MCCARTER.COM

VIA ELECTRONIC MAIL

MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN, JOHN J. CALANDRA JOSEPH B. EVANS, ELIZABETH RODD
ONE VANDERBILT AVENUE NEW YORK NY 10017-3852
DAZMAN@MWE.COM JCALANDRA@MWE.COM
JBEVANS@MWE.COM ERODD@MWE.COM

VIA ELECTRONIC MAIL

MCDERMOTT WILL & EMERY LLP
ATTN: MARIS J. KANDESTIN THE NEMOURS BUIDLING
1007 NORTH ORANGE STREET, 10TH FLOOR
WILMINGTON DE 19801
MKANDESTIN@MWE.COM

VIA ELECTRONIC MAIL

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, DAVID P. PRIMACK 300
DELAWARE AVENUE
SUITE 1014
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM DPRIMACK@MDMC-LAW.COM

VIA ELECTRONIC MAIL

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN 570 BROAD STREET
SUITE 1401
NEWARK NJ 07102
JBERNSTEIN@MDMC-LAW.COM

VIA ELECTRONIC MAIL

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: MICHAEL R. MORANO, ESQ. 1300 MT. KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN NJ 07962
MMORANO@MDMC-LAW.COM

VIA ELECTRONIC MAIL

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: NICOLE LEONARD 225 LIBERTY STREET
36TH FLOOR
NEW YORK NY 10281
NLEONARD@MDMC-LAW.COM

VIA ELECTRONIC MAIL

MIAMI-DADE OFFICE OF THE TAX COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI FL 33128
PRISCILLA.WINDLEY@MIAMIDADE.GOV
MDTCBKC@MIAMIDADE.GOV

VIA ELECTRONIC MAIL

MO BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER, GENERAL COUNSEL PO BOX 475
JEFFERSON CITY MO 65105-0475
DEECF@DOR.MO.GOV

VIA ELECTRONIC MAIL

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JODY C. BARILLARE 1201 N. MARKET STREET
SUITE 2201
WILMINGTON DE 19801
JODY.BARILLARE@MORGANLEWIS.COM

VIA ELECTRONIC MAIL

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER
1701 MARKET STREET
PHILADELPHIA PA 19103
JOHN.GOODCHILD@MORGANLEWIS.COM
MATTHEW.ZIEGLER@MORGANLEWIS.COM

VIA ELECTRONIC MAIL

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK; DAVID K. SHIM 101 PARK AVENUE
NEW YORK NY 10178
JOSHUA.DORCHAK@MORGANLEWIS.COM
DAVID.SHIM@MORGANLEWIS.COM

VIA ELECTRONIC MAIL

MORRIS JAMES LLP
ATTN: ERIC J. MONZO, SARAH M. ENNIS TARA C. PAKROUTH
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
SENNIS@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM

VIA ELECTRONIC MAIL

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DEREK C. ABBOTT
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON DE 19801
DABBOTT@MORRISNICHOLS.COM

VIA ELECTRONIC MAIL

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: MATTHEW B. HARVEY, PAIGE N. TOPPER 1201 NORTH MARKET STREET, 16TH FLOOR
WILMINGTON DE 19801
MHARVEY@MORRISNICHOLS.COM
PTOPPER@MORRISNICHOLS.COM

VIA ELECTRONIC MAIL

NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036
KCORDRY@NAAG.ORG

VIA ELECTRONIC MAIL

OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
ATTN: AMY L. PATTERSON
40 CAPITOL SQUARE, S.W. ATLANTA GA 30334
APATTERSON@LAW.GA.GOV

VIA ELECTRONIC MAIL

OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION
ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN
P.O. BOX 12548 MC008 AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV
LAYLA.MILLIGAN@OAG.TEXAS.GOV
ABIGAIL.RYAN@OAG.TEXAS.GOV

VIA ELECTRONIC MAIL

OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
ATTN: STEPHEN MANNING
P. O. BOX 40100  OLYMPIA WA 98504-4010
STEPHEN.MANNING@ATG.WA.GOV

VIA ELECTRONIC MAIL

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: JOHN P. REDING 100 W. RANDOLPH ST. SUITE 13-225
CHICAGO IL 60601
JOHN.REDING@ILAG.GOV

VIA ELECTRONIC MAIL

OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION
ATTN: Laura L. McCloud PO BOX 20207
NASHVILLE TN 37202-0207
AGBANKDELAWARE@AG.TN.GOV

VIA ELECTRONIC MAIL

OFFICE OF THE UNITED STATES TRUSTEE
Address on File

VIA ELECTRONIC MAIL

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI
844 KING STREET, ROOM 2207
LOCKBOX #35
WILMINGTON DE 19899-0035
JULIET.M.SARKESSIAN@USDOJ.GOV
BENJAMIN.A.HACKMAN@USDOJ.GOV
DAVID.GERARDI@USDOJ.GOV

VIA ELECTRONIC MAIL

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR, JASON H. ROSELL, COLIN R. ROBINSON
919 N. MARKET STREET
17TH FLOOR WILMINGTON DE 19801
TKAPUR@PSZJLAW.COM JROSELL@PSZJLAW.COM
CROBINSON@PSZJLAW.COM

VIA ELECTRONIC MAIL

PAUL HASTINGS
ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN
200 PARK AVENUE
NEW YORK NY 10166
GABESASSON@PAULHASTINGS.COM
KRISHANSEN@PAULHASTINGS.COM
KENPASQUALE@PAULHASTINGS.COM
EREZGILAD@PAULHASTINGS.COM

VIA ELECTRONIC MAIL

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ELIZABETH WANG, DANIEL A. MASON
500 DELAWARE AVENUE, SUITE 200, P.O. BOX 32
WILMINGTON DE 19899-0032
DMASON@PAULWEISS.COM EWANG@PAULWEISS.COM

VIA ELECTRONIC MAIL

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER, KENNETH
S. ZIMAN
1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
WCLAREMAN@PAULWEISS.COM
GLAUFER@PAULWEISS.COM KZIMAN@PAULWEISS.COM

VIA ELECTRONIC MAIL

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN:RANDALL S. LUSKEY 535 MISSION STREET
24TH FLOOR
SAN FRANCISCO CA 94105
RLUSKEY@PAULWEISS.COM

VIA ELECTRONIC MAIL

PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.
ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES 3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD PO BOX N-4875
NASSAU THE BAHAMAS
BSIMMS@LENNOXPATON.COM
KEVIN.CAMBRIDGE@PWC.COM
PETER.GREAVES@HK.PWC.COM

VIA ELECTRONIC MAIL

REICH REICH & REICH, P.C.
ATTN: NICHOLAS A. PASALIDES, ESQ. 235 MAIN STREET, SUITE 450
WHITE PLAINS NY 10601
NPASALIDES@REICHPC.COM

VIA ELECTRONIC MAIL

RICHARDS, LAYTON & FINGER, P.A.
ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH
ONE RODNEY SQUARE 920 NORTH KING STREET
WILMINGTON DE 19801
GROSS@RLF.COM HEATH@RLF.COM
QUEROLI@RLF.COM SCHLAUCH@RLF.COM

VIA ELECTRONIC MAIL

RIMON, P.C.
ATTN: FREDERICK CHANG 506 2ND AVE., SUITE 1400
SEATTLE WA 98104
FREDERICK.CHANG@RIMONLAW.COM

VIA ELECTRONIC MAIL

RIMON, P.C.
ATTN: JACQUELYN H. CHOI
2029 CENTURY PARK EAST, SUITE 400N LOS ANGELES CA 90067
JACQUELYN.CHOI@RIMONLAW.COM

VIA ELECTRONIC MAIL

ROBINSON & COLE LLP
ATTN: JAMIE L. EDMONSON 1201 N. MARKET STREET
SUITE 1406
WILMINGTON DE 19801
JEDMONSON@RC.COM

VIA ELECTRONIC MAIL

SAUL EWING LLP
ATTN: LUCIAN B. MURLEY
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

VIA ELECTRONIC MAIL

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY 100 F. STREET NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

VIA ELECTRONIC MAIL

SECURITIES & EXCHANGE COMMISSION - NY OFFICE
ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE
200 VESEY STREET, STE 400 NEW YORK NY 10281-1022
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV

VIA ELECTRONIC MAIL

SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE
ATTN: BANKRUPTCY DEPT ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

VIA ELECTRONIC MAIL

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST.
ATTORNEY.GENERAL@STATE.DE.US

VIA ELECTRONIC MAIL

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DANIEL M. PEREIRA 1000 N. WEST STREET SUITE 1200
WILMINGTON DE 19801
DPEREIRA@STRADLEY.COM

VIA ELECTRONIC MAIL

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DEBORAH A. REPEROWITZ 100 PARK AVENUE
SUITE 2000
NEW YORK NY 10017
DREPEROWITZ@STRADLEY.COM

VIA ELECTRONIC MAIL

STREUSAND, LANDON, OZBURN & LEMMON, LLP
ATTN: SABRINA L. STREUSAND, ANH NGUYEN 1801 S. MOPAC EXPRESSWAY
SUITE 320
AUSTIN TX 78746
STREUSAND@SLOLLP.COM NGUYEN@SLOLLP.COM

VIA ELECTRONIC MAIL

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY
125 BROAD STREET
NEW YORK NY 10004
DIETDERICHA@SULLCROM.COM
BROMLEYJ@SULLCROM.COM
GLUECKSTEINB@SULLCROM.COM
KRANZLEYA@SULLCROM.COM
PETIFORDJ@SULLCROM.COM

VIA ELECTRONIC MAIL

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN
919 NORTH MARKET STREET, SUITE 420
WILMINGTON DE 19801
BSULLIVAN@SHA-LLC.COM

VIA ELECTRONIC MAIL

TAFT, STETTINIUS & HOLLISTER, LLP
ATTN: PAUL R. HAGE 27777 FRANKLIN ROAD
SUITE 2500
SOUTHFIELD MI 48034
PHAGE@TAFTLAW.COM

VIA ELECTRONIC MAIL

THE ROSNER LAW GROUP LLC
ATTN: ZHAO RUBY LIU, FREDERICK B. ROSNER 824 N. MARKET STREET
SUITE 810
WILMINGTON DE 19801
ROSNER@TEAMROSNER.COM LIU@TEAMROSNER.COM

VIA ELECTRONIC MAIL

THE SECURITIES COMMISSION OF THE BAHAMAS
ATTN: PRESIDENT OR GENERAL COUNSEL
POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A EAST BAY STREET, P.O. BOX N-8347
NASSAU THE BAHAMAS
INFO@SCB.GOV.BS

VIA ELECTRONIC MAIL

TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: EVELYN J. MELTZER, MARCY J. MCLAUGHLIN SMITH HERCULES PLAZA, SUITE 5100
1313 N. MARKET STREET WILMINGTON DE 19899-1709
EVELYN.MELTZER@TROUTMAN.COM
MARCY.SMITH@TROUTMAN.COM

<u>VIA ELECTRONIC MAIL</u>

U.S. DEPARTMENT OF JUSTICE
ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO CIVIL DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON DC 20005
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

<u>VIA ELECTRONIC MAIL</u>

U.S. DEPARTMENT OF JUSTICE
ATTN: WARD W. BENSON
P.O. BOX 227, BEN FRANKLIN STATION WASHINGTON DC 20044
WARD.W.BENSON@USDOJ.GOV

<u>VIA ELECTRONIC MAIL</u>

U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS
COMMERCIAL LITIGATION BRANCH
P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044-0875
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

<u>VIA ELECTRONIC MAIL</u>

U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE
ATTN: ELISABETH M. BRUCE
P.O. BOX 227
WASHINGTON DC 20044
ELISABETH.M.BRUCE@USDOJ.GOV

<u>VIA FIRST CLASS MAIL</u>

UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001

<u>VIA ELECTRONIC MAIL</u>

US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700
P.O. BOX 2046
WILMINGTON DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

<u>VIA ELECTRONIC MAIL</u>

VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVENUE, NW WASHINGTON DC 20001
AJCURRIE@VENABLE.COM

<u>VIA ELECTRONIC MAIL</u>

VENABLE LLP
ATTN: DANIEL A. O'BRIEN 1201 N. MARKET ST. SUITE 1400
WILMINGTON DE 19801
DAOBRIEN@VENABLE.COM

<u>VIA ELECTRONIC MAIL</u>

VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK NY 10020
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

<u>VIA ELECTRONIC MAIL</u>

VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED
151 WEST 42ND ST., 48TH FLOOR
NEW YORK NY 10036
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

<u>VIA ELECTRONIC MAIL</u>

VERMONT DEPARTMENT OF FINANCIAL REGULATION
ATTN: JENNIFER ROOD
89 MAIN STREET, THIRD FLOOR MONTPELIER VT 05620
JENNIFER.ROOD@VERMONT.GOV

<u>VIA ELECTRONIC MAIL</u>

WHITE & CASE LLP
ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER
1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
BRIAN.PFEIFFER@WHITECASE.COM
MARK.FRANKE@WHITECASE.COM
BRETT.BAKEMEYER@WHITECASE.COM

<u>VIA ELECTRONIC MAIL</u>

WHITE & CASE LLP
ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE 200 SOUTH BISCAYNE BLVD., SUITE 4900 SOUTHEAST FINANCIAL CENTER
MIAMI FL 33131
TLAURIA@WHITECASE.COM
RKEBRDLE@WHITECASE.COM

<u>VIA ELECTRONIC MAIL</u>

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PETER G. NEIMAN, NICHOLAS WERLE 7 WORLD TRADE CENTER
150 GREENWICH STREET NEW YORK NY 10007
PETER.NEIMAN@WILMERHALE.COM
NICK.WERLE@WILMERHALE.COM

<u>VIA ELECTRONIC MAIL</u>

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. 1000 NORTH KING STREET
WILMINGTON DE 19801
MLUNN@YCST.COM RPOPPITI@YCST.COM