IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., et al., | ) Case No. 22-11068 (KBO) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: D.I. 29196, 29387, 30129 |

**LIDIA FAVARO'S WITHDRAWAL OF THE OBJECTION TO THE FINAL FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 13, 2022, THROUGH AND INCLUDING OCTOBER 8, 2024**

Lidia Favario ("The Objector"), a customer of FTX Trading, specifically FTX.com, submits this withdrawal to the objection to the fee application submitted by Quinn Emanuel Urquhart & Sullivan ("Quinn Emanuel") [D.I. 29387], and respectfully states as follows:

The conduct of bankruptcy proceedings "not only should be right but must seem right" as quoted by Judge Henry Friendly. While I continue to have concerns about potential conflicts and disclosure obligations related to Quinn Emanuel, I understand that those matters have been referenced in the Examiner's report and reviewed within this proceeding. In the interest of efficiency, and to respect the Court's time and focus, I will respectfully withdraw my objection to Quinn Emanuel's fee application.

Sincerely,
Lidia Favario

*Lidie*

Dated: April 16, 2025

*Lidia Favario*
*54 Peregrine House*
*Hall Street*
*London EC1V 7PQ*
*UK*
*Phone 0044 (0) 7536051757*
*lidia@lidialidia.com*