# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Nos. 29196, 29387, 30064, 30158 & _____ |

**ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF
<u>QUINN EMANUEL URQUHART & SULLIVAN, LLP</u>**

Upon consideration of the Certification of Counsel and the final fee application [D.I. 29196] (the "<u>Final Fee Application</u>") of Quinn Emanuel Urquhart & Sullivan, LLP ("<u>Quinn Emanuel</u>"), special counsel to the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") in these chapter 11 cases (the "<u>Chapter 11 Cases</u>"), for final allowance of compensation, including all holdbacks, and expenses for the period set forth in the Final Fee Application, which was filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "<u>Interim Compensation Order</u>"), the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] (the "<u>Fee Examiner Order</u>"), and the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404] (the "<u>Confirmation Order</u>"); and Katherine Stadler, as the Court-appointed fee examiner (the "<u>Fee Examiner</u>"), having reviewed the Final Fee Application

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0080983.2}

and prepared the *Fee Examiner's Summary Report on Final Fee Applications* [D.I. 30064] (the "Final Report") consistent with the terms of the Fee Examiner Order; and the Court having reviewed the Final Fee Application and the Final Report; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Fee Application was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Fee Application; and upon the full record of all proceedings in this case; and after due deliberation and sufficient good cause having been shown therefor;

        IT IS HEREBY ORDERED THAT:

        1.     The Final Fee Application is GRANTED and APPROVED as set forth herein.

        2.     Quinn Emanuel is allowed, on a final basis, compensation for services rendered from November 13, 2022 through and including October 8, 2024 (the "Compensation Period") and reimbursement for actual and necessary expenses incurred during the Compensation Period in the amounts set forth on **Exhibit 1** hereto, including any and all holdbacks.

        3.     To the extent not already paid pursuant to the Interim Compensation Order, the FTX Recovery Trust is authorized and directed to pay Quinn Emanuel one-hundred percent (100%) of the fees and one-hundred percent (100%) of the expenses listed on **Exhibit 1** hereto that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Period.

        4.     The FTX Recovery Trust is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

3

5. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Date: April __, 2025
      Wilmington, Delaware

                                                  THE HONORABLE KAREN B. OWENS
                                                  CHIEF UNITED STATES BANKRUPTCY JUDGE

# **<u>EXHIBIT 1</u>**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Quinn Emanuel Final Fee Application

| Professional & Role in Case | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 11/13/22 – 10/8/24 D.I. 29196 Filed 1/10/25 | $49,586,712.29 | $1,004,569.87 | $84,385.32 | $9,326.06 | $48,582,142.42 | $75,059.26 |