# **<u>EXHIBIT 1</u>**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Quinn Emanuel Final Fee Application

| Professional & Role in Case | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 11/13/22 – 10/8/24 D.I. 29196 Filed 1/10/25 | $49,586,712.29 | $1,004,569.87 | $84,385.32 | $9,326.06 | $48,582,142.42 | $75,059.26 |