## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | Adv. Pro. No. 24-50181 (KBO) |
| - against - | |
| MEK GLOBAL LIMITED, PEKEN GLOBAL LIMITED, PHOENIXFIN PTE. LTD. and FLASHDOT LIMITED, | |
| Defendants. | |
| FTX RECOVERY TRUST, | |
| Plaintiff, | Adv. Pro. No. 24-50184 (KBO) |
| - against - | |
| GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI, | |
| Defendants. | |

---

[1]   The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

FTX RECOVERY TRUST,

                  Plaintiff,

          -against-

FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,

               Defendants.

Adv. Pro. No. 24-50188 (KBO)

---

FTX RECOVERY TRUST,

                  Plaintiff,

          - against -

COMMON SENSE LEADERSHIP FUND, INC. a/k/a COMMONSENSE LEADERSHIP FUND,

               Defendant.

Adv. Pro. No. 24-50192 (KBO)

---

FTX RECOVERY TRUST,

                  Plaintiff,

          - against -

HEARTLAND RESURGENCE ACTION,

               Defendant.

Adv. Pro. No. 24-50196 (KBO)

---

FTX RECOVERY TRUST,

                  Plaintiff,

          - against -

FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, d/b/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN,

               Defendant.

Adv. Pro. 24-50197 (KBO)

FTX RECOVERY TRUST,

>                         Plaintiff,

>      -against-

NAWAAZ MOHAMMAD MEERUN

>                         Defendant.

Adv. Pro. No. 24-50198 (KBO)

---

FTX RECOVERY TRUST,

>                         Plaintiff,

>      - against -

PROSPERITY ALLIANCE, INC.,

>                         Defendant.

Adv. Pro. No. 24-50201 (KBO)

---

FTX RECOVERY TRUST,

>                         Plaintiff,

>      - against -

THE GOODLY INSTITUTE dba GOODLY LABS,

>                         Defendant.

Adv. Pro. No. 24-50212 (KBO)

---

FTX RECOVERY TRUST,

>                         Plaintiff,

>      - against -

SPARTZ PHILANTHROPIES, dba RETHINK CHARITY and NONLINEAR,

>                         Defendant.

Adv. Pro. No. 24-50213 (KBO)

FTX RECOVERY TRUST,

                    Plaintiff,

        - against -

ON TEN PRODUCTIONS LIMITED dba
ON TEN PRODUCTIONS,

                    Defendant.

Adv. Pro. No. 24-50217 (KBO)

---

FTX RECOVERY TRUST,

                    Plaintiff,

        - against -

MEXC GLOBAL LTD.,

                    Defendant.

Adv. Pro. No. 24-50218 (KBO)

---

FTX RECOVERY TRUST,

                    Plaintiff,

        - against -

HUOBI GLOBAL LTD., HTX LTD., ABOUT
CAPITAL MANAGEMENT (HK) CO., LTD.,
DIGITAL LEGEND HODLINGS LTD., HBIT
LTD., ORANGE ANTHEM LTD., and POLO
DIGITAL ASSETS, LTD.,

                    Defendants.

Adv. Pro. No. 24-50219 (KBO)

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
APRIL 17, 2025 AT 2:00 P.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS
AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR,
COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

---

[2] **Amended items appear in bold.**

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.

Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

## ADJOURNED MATTERS:

1. Debtors' Objection to Ross Rheingans-Yoo's Claim No. 5166 [D.I. 3409, filed on October 30, 2023]

   Status: This matter is adjourned to the hearing scheduled for May 14, 2025.

2. Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(B) and 510(C)(1) [D.I. 29397, filed on January 27, 2025]

   Status: This matter is adjourned to a date to be determined.

## ADJOURNED MATTERS – ADVERSARY PROCEEDINGS:

3. Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research v MEK Global*, Adv. No. 24-50181 (KBO) – Adv. D.I. 3, filed on December 27, 2024]

   Status: This matter is adjourned to the hearing scheduled for May 14, 2025.

4. Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Gate Technology Incorporated et al.*, Adv. No. 24-50184 (KBO) – Adv. D.I. 3, filed on December 13, 2024]

   Status: This matter is adjourned to the hearing scheduled for May 14, 2025.

5. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Foris DAX MT Ltd. et al*., Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

   Status: This matter is adjourned to the hearing scheduled for May 14, 2025.

6.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. et al v. Common Sense Leadership Fund, Inc. aka Commonsense*, Adv. No. 24-50192 – Adv. D.I. 3, filed on November 26, 2024]

       Status: This matter is adjourned to the hearing scheduled for May 14, 2025.

7.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*Clifton Bay Investments LLC fka Alameda Research v. Farmington State Corporation*, Adv. No. 24-50197]

       Status: This matter is adjourned to the hearing scheduled for May 14, 2025.

8.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Prosperity Alliance, Inc.*, Adv. No. 24-50201 – Adv. D.I. 3, filed on November 26, 2024]

       Status: This matter is adjourned to the hearing scheduled for May 14, 2025.

9.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. et al v. The Goodly Institute*, Adv. No.  24-50212 – Adv. D.I. 3, filed on November 26, 2024]

       Status: This matter is adjourned to the hearing scheduled for June **25**, 2025.

10.   Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Spartz Philanthropies*, Adv. No. 24-50213 – Adv. D.I. 3, filed on November 26, 2024]

       Status: This matter is adjourned to the hearing scheduled for June **25**, 2025.

**RESOLVED MATTERS:**

11.   Motion for Authorization to File Under Seal Portions of the Request of Astteria (HK) Limited for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and Exhibit A through E Thereto [D.I. 29500, filed on February 5, 2025]

       Status: On April 15, 2025, the Court entered an order granting the relief requested. Accordingly, a hearing on the matter is not required.

12.   Request for Allowance and Payment of Administrative Expense Claim of Lukas Bartusek [D.I. 29547, filed on February 10, 2025]

       Status: This motion has been withdrawn [D.I. 30049]

13.   FTX Recovery Trust's One Hundred Fiftieth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 29721 & 29734, filed on February 25, 2025]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses.  The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

14.    FTX Recovery Trust's One Hundred Fifty-First (Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 29722 & 29735, filed on February 25, 2025]

Status: The FTX Recovery Trust intends to file a certificate of no objection and upload an order for entry. Accordingly, a hearing regarding this matter is not required.

15.    FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [D.I. 29723 & 29736, filed on February 25, 2025]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses.  The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

16.    FTX Recovery Trust's One Hundred Fifty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 29725 & 29737, filed on February 25, 2025]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses.  The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

17.    FTX Recovery Trust's One Hundred Fifty-Fourth (Non-Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims) [D.I. 29727 & 29738, filed on February 25, 2025]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses.  The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

18.    FTX Recovery Trust's One Hundred Fifty-Fifth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims) [D.I. 29728 & 29739, filed on February 25, 2025]

Status: The FTX Recovery Trust intends to file a certificate of no objection and upload an order for entry. Accordingly, a hearing regarding this matter is not required.

19.    FTX Recovery Trust's One Hundred Fifty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 29729 & 29740, filed on February 25, 2025]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

20.    FTX Recovery Trust's One Hundred Fifty-Seventh (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 29730 & 29741, filed on February 25, 2025]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

21.    FTX Recovery Trust's One Hundred Fifty-Eighth (Substantive) Omnibus Objection to Certain Misclassified and Overstated Claims (Customer Claims) [D.I. 29731 & 29742, filed on February 25, 2025]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

22.    FTX Recovery Trust's One Hundred Fifty-Ninth (Substantive) Omnibus Objection to Certain Misclassified Claims (Customer Claims) [D.I. 29732 & 29743, filed on February 25, 2025]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

23.    FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 29733 & 29744, filed on February 25, 2025]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

24.    Motion to File Under Seal Certain Exhibits to Objection of the Pyth Data Association to Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 30051, filed April 3, 2025]

Status: On April 15, 2025, the Court entered an order granting the relief requested. Accordingly, a hearing on the matter is not required.

25.    Final Fee Applications. *See* **Exhibit A** attached hereto.

Response Deadline: March 25, 2025 at 4:00 p.m. (ET)

Related Documents:

A.    Certification of Counsel [D.I. 30116, filed on April 11, 2025]

B.    Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses of Certain Professionals [D.I. 30149, entered April 15, 2025]

Status: On April 15, 2025, the Court entered an order granting the relief requested. Accordingly, a hearing on the matter is not required.

**RESOLVED MATTERS – ADVERSARY PROCEEDINGS:**

26.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Heartland Resurgence Action*, Adv. No. 24-50196 – Adv. D.I. 3, filed on November 26, 2024]

Status: On April 15, 2025, the Clerk of Court entered default against the defendant. As such, a pretrial conference is no longer needed

27.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. On Ten Productions Limited* – Adv. D.I. 24-50217 – Adv. D.I. 3, filed on November 26, 2024]

Status: On April 14, 2025, the Clerk of Court entered default against the defendant. As such, a pretrial conference is no longer needed.

28.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Trading Ltd. et al v. Huobi Global Ltd. et al.*, Adv. No. 24-50219 – Adv. D.I. 3, filed on December 13, 2024]

Status: On April 7, 2025, the Court entered the *Case Management Plan and Scheduling Order* [Adv. D.I. 21], resolving the pretrial conference.

**FEE APPLICATIONS GOING FORWARD:**

29.    Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Services Rendered and Reimbursement of Expenses for the Period from November 13, 2022 through and including October 8, 2024 [D.I. 29196, filed on January 10, 2025]

<u>Objection Deadline</u>: January 31, 2025 at 4:00 p.m. (ET)

<u>Responses Received</u>:

A.    *Lidia Favario's Objection to the Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Services Rendered and Reimbursement of Expenses for the Period from November 13, 2022, Through and Including October 8, 2024 [D.I. 29387, filed on January 24, 2025]*

<u>Related Documents</u>:

A.    *First Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 1117, filed on March 17, 2023]*

B.    *First Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from the Petition Date through and including December 31, 2022 [D.I. 644, filed February 7, 2023]*

C.    *Notice of Filing Corrected Summary Chart to Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 712, filed on February 13, 2023]*

D.    *Certificate of No Objection [D.I. 779, filed on February 28, 2023]*

E.    *Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 813, filed on March 6, 2023]*

F.    *Certificate of No Objection [D.I. 1182, filed on March 28, 2023]*

G.    *First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]*

H.    *Second Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 1648, filed on June 15, 2023]*

I.    *Third Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1241, filed April 7, 2023]*

J.    *Certificate of No Objection [D.I. 1392, filed on May 1, 2023]*

K.      Fourth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1399, filed on May 1, 2023]

L.      Certificate of No Objection [D.I. 1526, filed on May 23, 2023]

M.      Fifth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1574, filed on June 6, 2023]

N.      Certificate of No Objection [D.I. 1803, filed on June 29, 2023]

O.      Second Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 2506, filed on September 13, 2023]

P.      Third Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 2531, filed on September 15, 2023]

Q.      Sixth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 1827, filed July 3, 2023]

R.      Certificate of No Objection [D.I. 1920, filed on July 26, 2023]

S.      Seventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2102, filed on July 31, 2023]

T.      Certificate of No Objection [D.I. 2234, filed on August 23, 2023]

U.      Eighth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2445, filed on September 6, 2023]

V.      Certificate of No Objection [D.I. 2732, filed on September 28, 2023]

W.      Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

X.    Fourth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 4850, filed on December 15, 2023]

Y.    Ninth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through and including August 31, 2023 [D.I. 2772, filed on September 29, 2023]

Z.    Certificate of No Objection [D.I. 3325, filed on October 20, 2023]

AA.   Tenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 through and including September 30, 2023 [D.I. 3628, filed on October 31, 2023]

BB.   Certificate of No Objection [D.I. 4081, filed on November 21, 2023]

CC.   Eleventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 through and including October 31, 2023 [D.I. 4209, filed on November 29, 2023]

DD.   Certificate of No Objection [D.I. 4934, filed on December 20, 2023]

EE.   Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

FF.   Fifth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 9543, filed on March 15, 2023]

GG.   Twelfth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through and including November 30, 2023 [D.I. 5119, filed on December 22, 2023]

HH.   Certificate of No Objection [D.I. 5691, filed on January 12, 2024]

II.    Thirteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 through and including December 31, 2023 [D.I. 6868, filed on January 31, 2024]

JJ.    Certificate of No Objection [D.I. 7714, filed on February 21, 2024]

KK.   Fourteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 through and including January 31, 2024 [D.I. 8309, filed on February 29, 2024]

LL.   Certificate of No Objection [D.I. 10102, filed on March 21, 2024]

MM.   Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

NN.   Sixth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 17694, filed on June 14, 2024]

OO.   Fifteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 10727, filed on March 28, 2024]

PP.   Certificate of No Objection [D.I. 12246, filed on April 18, 2024]

QQ.   Sixteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 12928, filed on April 26, 2024]

RR.   Certificate of No Objection [D.I. 15146, filed on May 17, 2024]

SS.   Seventeenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 16374, filed on May 31, 2024]

TT.   Certificate of No Objection [D.I. 18413, filed on June 21, 2024]

UU.   Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

VV.   Seventh Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 24754, filed on September 13, 2024]

WW.   Eighteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the

Period from May 1, 2024 through and including May 31, 2024 [D.I. 19618, filed on July 5, 2024]

XX.  Certificate of No Objection [D.I. 22975, filed on August 14, 2024]

YY.  Nineteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 22098, filed on July 31, 2024]

ZZ.  Certificate of No Objection [D.I. 23497, filed on August 21, 2024]

AAA.  Twentieth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24023, filed on August 29, 2024]

BBB.  Certificate of No Objection [D.I. 25282, filed on September 19, 2024]

CCC.  Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

DDD.  Eighth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 28847, filed on December 16, 2024]

EEE.  Twenty-First Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 26049, filed on September 30, 2024]

FFF.  Certificate of No Objection [D.I. 27159, filed on October 22, 2024]

GGG.  Twenty-Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27478, filed on October 31, 2024]

HHH.  Certificate of No Objection [D.I. 28212, filed on November 21, 2024]

III.  Twenty-Third Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 27971, filed on November 15, 2024]

JJJ.    Certificate of No Objection [D.I. 28653, filed on December 9, 2024]

KKK.    Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

LLL.    Fee Examiner's Summary Report on Final Fee Applications [D.I. 30064, filed on April 3, 2025]

MMM.    Quinn Emanuel Urquhart & Sullivan, LLP's Response to Lidia Favario's Objection to the Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Services Rendered and Reimbursement of Expenses for the Period from November 13, 2022, Through and Including October 8, 2024 [D.I. 30129, filed on April 14, 2025]

**NNN.    Lidia Favario's Withdrawal of the Objection to the Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Services Rendered and Reimbursement of Expenses for the Period from November 13, 2022, Through and Including October 8, 2024 [D.I. 30158, filed on April 16, 2025]**

**OOO.    Certification of Counsel [D.I. 30162, filed on April 17, 2025]**

**PPP.    Order Awarding Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 30163, filed on April 17, 2025]**

Status: **The requested relief has been granted and an order entered by the Court. Accordingly, a hearing regarding this matter is not required.**

30.    Final Fee Application of Sullivan & Cromwell LLP [D.I. 29197, filed on January 10, 2025]

Objection Deadline: January 31, 2025 at 4:00 p.m. (ET)

Responses Received:

A.    Lidia Favario's Objection to the Final Fee Application of Sullivan & Cromwell LLP [D.I. 29430, filed on January 28, 2025]

Related Documents:

A.    Interim Application for Compensation of Sullivan & Cromwell LLP [D.I. 1112, filed on March 17, 2023]

B.    First Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November

12, 2022 through and including November 30, 2022 [D.I. 648, filed on February 7, 2023]

C.    Certificate of No Objection [D.I. 776, filed February 28, 2023]

D.    Second Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2022 through and including December 31, 2022 [D.I. 721, filed February 14, 2023]

E.    Certificate of No Objection [D.I. 821, filed on March 7, 2023]

F.    Third Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 818, filed on March 6, 2023]

G.    Certificate of No Objection [D.I. 1177, filed on March 28, 2023]

H.    First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

I.    Second Interim Fee Application of Sullivan & Cromwell LLP [D.I. 1647, filed on June 15, 2023]

J.    Fourth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1221, filed on April 4, 2023]

K.    Certificate of No Objection [D.I. 1347, filed on April 25, 2023]

L.    Fifth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1388, filed April 28, 2023]

M.    Certificate of No Objection [D.I. 1516, filed May 19, 2023]

N.    Sixth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1556, filed on June 1, 2023]

O.    Certificate of No Objection [D.I. 1685, filed on June 22, 2023]

P.    Second Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 2506, filed on September 13, 2023]

Q.    Third Interim Fee Application of Sullivan & Cromwell LLP [D.I. 2523, filed on September 15, 2023]

R.    Seventh Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 1822, filed on June 30, 2023]

S.    Certificate of No Objection [D.I. 1892, filed on July 21, 2023]

T.    Eighth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2101, filed July 31, 2023]

U.    Certificate of No Objection [D.I. 2230, filed August 22, 2023]

V.    Ninth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2271, filed on August 30, 2023]

W.    Certificate of No Objection [D.I. 2650, filed on September 20, 2023]

X.    Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

Y.    Fourth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 4819, filed on December 15, 2023]

Z.    Notice of Filing of Amended Exhibit to the Fourth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 4937, filed on December 20, 2023]

AA.   Tenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through and including August 31, 2023 [D.I. 2773, filed on September 29, 2023]

BB.   Certificate of No Objection [D.I. 3326, filed on October 20, 2023]

CC.   Eleventh Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September

1, 2023 through and including September 30, 2023 [D.I. 3548, filed on October 31, 2023]

DD.   Certificate of No Objection [D.I. 4079, filed on November 21, 2023]

EE.   Twelfth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 through and including October 31, 2023 [D.I. 4424, filed on November 30, 2023]

FF.   Certificate of No Objection [D.I. 5077, filed on December 21, 2023]

GG.   Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

HH.   Fifth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 9504, filed on March 15, 2024]

II.   Thirteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through and including November 30, 2023 [D.I. 5109, filed on December 22, 2023]

JJ.   Certificate of No Objection [D.I. 5687, filed on January 12, 2024]

KK.   Fourteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 through and including December 31, 2023 [D.I. 6869, filed on January 31, 2024]

LL.   Certificate of No Objection [D.I. 7708, filed February 21, 2024]

MM.   Fifteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 through and including January 31, 2024 [D.I. 8306, filed on February 29, 2024]

NN.   Certificate of No Objection [D.I. 10098, filed on March 21, 2024]

OO.   Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

PP.   Sixth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 17665, filed on June 14, 2024]

QQ.    Sixteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 10725, filed on March 28, 2024]

RR.    Certificate of No Objection [D.I. 12245, filed on April 18, 2024]

SS.    Seventeenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 12927, filed on April 26, 2024]

TT.    Certificate of No Objection [D.I. 15142, filed May 17, 2024]

UU.    Eighteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 16381, filed on May 31, 2024]

VV.    Certificate of No Objection [D.I. 18409, filed on June 21, 2024]

WW.    Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

XX.    Seventh Interim Fee Application of Sullivan & Cromwell LLP [D.I. 24752, filed on September 13, 2024]

YY.    Nineteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through and including May 31, 2024 [D.I. 19614, filed on July 5, 2024]

ZZ.    Certificate of No Objection [D.I. 22974, filed on August 14, 2024]

AAA.    Twentieth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 22096, filed on July 31, 2024]

BBB.    Certificate of No Objection [D.I. 23496, filed August 21, 2024]

CCC.    Twenty-First Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24021, filed on August 29, 2024]

DDD.    Certificate of No Objection [D.I. 25280, filed on September 19, 2024]

EEE.   Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

FFF.   Eighth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 28846, filed on December 16, 2024]

GGG.   Twenty-Second Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 26055, filed on September 30, 2024]

HHH.   Certificate of No Objection [D.I. 27158, filed October 22, 2024]

III.   Twenty-Third Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27500, filed on October 31, 2024]

JJJ.   Certificate of No Objection [D.I. 28210, filed on November 21, 2024]

KKK.   Twenty-Fourth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 28013, filed on November 18, 2024]

LLL.   Certificate of No Objection [D.I. 28671, filed on December 10, 2024]

MMM.   Fee Examiner's Summary Report on Final Fee Applications [D.I. 30064, filed on April 3, 2025]

NNN.   Reply in Support of the Final Fee Application of Sullivan & Cromwell LLP [D.I. 30132, filed April 14, 2025]

OOO.   Omnibus Order Approving Eighth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 30148]

Status: This matter is going forward.

31.   Final Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the period from May 1, 2023 to and Including October 8, 2024 [D.I. 29861, filed on March 4, 2025]

Objection Deadline: March 25, 2025 at 4:00 p.m. (ET)

<u>Responses Received</u>:

A.    Objection to Eversheds Sutherland's Fee Application [D.I. 29994, filed on March 25, 2025]

<u>Related Documents</u>:

A.    First Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from May 1, 2023, through October 31, 2023 [D.I. 4856, filed on December 15, 2023]

B.    First Combined Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 through September 30, 2023 [D.I. 4102, filed on November 22, 2023]

C.    Certificate of No Objection Regarding First Combined Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 through September 30, 2023 [D.I. 4695, filed on December 14, 2023]

D.    Second Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 through October 31, 2023 [D.I. 4855, filed on December 15, 2023]

E.    Certificate of No Objection Regarding Second Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 through October 31, 2023 [D.I. 5434, filed on January 8, 2024]

F.    Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

G.    Second Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from November 1, 2023, through January 31, 2024 [D.I. 9555, filed on March 15, 2024]

H.    Third Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023, through January 31, 2024 [D.I. 9554, filed on March 15, 2024]

I.    Certificate of No Objection Regarding Third Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through January 31, 2024 [D.I. 11315, filed on April 5, 2024]

J.    Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

K.    Third Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from February 1, 2024, through April 30, 2024 [D.I. 17696, filed on June 14, 2024]

L.    Fourth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2024 through April 30, 2024 [D.I. 17695, filed on June 14, 2024]

M.    Certificate of No Objection Regarding Fourth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024, through April 30, 2024 [D.I. 19973, filed on July 10, 2024]

N.    Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

O.    Fourth Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from May 1, 2024 through July 31, 2024 [D.I. 24749, filed on September 13, 2024]

P.    Fifth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period May 1, 2024 through July 31, 2024 [D.I. 24750, filed on September 13, 2024]

Q.    Certificate of No Objection Regarding Fifth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period May 1, 2024 through July 31, 2024  [D.I. 26557, filed on October 10, 2024]

R.     Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

S.     Fifth Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from August 1, 2024, through and including October 8, 2024 [D.I. 28776, filed on December 13, 2024]

T.     Sixth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from August 1, 2024 through and including October 8, 2024 [D.I. 28775, filed on December 13, 2024]

U.     Certificate of No Objection Regarding Sixth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from August 1, 2024 through and including October 8, 2024 [D.I. 29757, filed on February 27, 2025]

V.     Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

W.     Fee Examiner's Summary Report on Final Fee Applications [D.I. 30064, filed on April 3, 2025]

X.     The Ad Hoc Committee of Non-US Customers of FTX.com's Reply in Support of its Application Under Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code for the Allowance and Payment of an Administrative Expense Claim for Reasonable Professional Fees and Expenses [D.I. 30128, filed on April 14, 2025]

Status: This matter is going forward.

32.    Application of the Ad Hoc Committee of Non-US Customers of FTX.com Under Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code for Allowance and Payment of an Administrative Expense Claim for Reasonable Professional Fees and Expenses Filed by Ad Hoc Committee of Non-US Customers of FTX.com [D.I. 29860, filed on March 4, 2025]

Objection Deadline: March 25, 2025 at 4:00 p.m. (ET)

Responses Received:

A.     Objection to Eversheds Sutherland's Fee Application [D.I. 29994, filed on March 25, 2025]

Related Documents:

A.     Final Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the period from May 1, 2023 to and Including October 8, 2024 [D.I. 29861, filed on March 4, 2025]

B.     Final Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the period from May 1, 2023 to and Including October 8, 2024 [D.I. 29856, filed on March 4, 2025]

C.     Notice of Filing of Expense Reimbursement Detail to Application of the Ad Hoc Committee of Non-US Customers of FTX.com Under Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code for Allowance and Payment of an Administrative Expense Claim for Reasonable Professional Fees and Expenses [D.I. 29890, filed on March 10, 2025]

D.     Objection to Eversheds Sutherland's Fee Application [D.I. 29994, filed on March 25, 2025]

E.     The Ad Hoc Committee of Non-US Customers of FTX.com's Reply in Support of its Application Under Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code for the Allowance and Payment of an Administrative Expense Claim for Reasonable Professional Fees and Expenses [D.I. 30128, filed on April 14, 2025]

Status: This matter is going forward.

**MATTERS GOING FORWARD:**

33.    Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 29773, filed February 27, 2025]

Objection Deadline: March 6, 2025 at 4:00 p.m. (ET); extended to April 3, 2025 at 4:00 p.m. (ET)
Responses Received:

A.     [SEALED] Objection of Pyth Data Association to Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 30050, filed on April 3, 2025]

B.     Limited Objection of the FTX Recovery Trust to the Motion of Do Kwon to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 30052, filed on April 3, 2025]

C.      Objection of Pyth Data Association to Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 30053, filed on April 3, 2025]

Related Documents:

A.      Declaration of David Patton in Support of Do Kwon's Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay [D.I. 29774, filed on February 27, 2025]

B.      [SEALED] Reply in Support of Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 30125, filed on April 14, 2025]

C.      Reply of the Terraform Plan Administrator in Support of Hyeong Kwon's Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay and in Response to Related Objections [D.I. 30130, filed on April 14, 2025]

D.      [REDACTED] Reply in Support of Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 30138, filed on April 14, 2025]

Status: This matter is going forward.

34.     Motion for Entry of Order Authorizing Nonparty Do Kwon to File Under Seal Certain Portions of his Reply in Further Support of his Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 30127, filed on April 14, 2025]

Objection Deadline: At or before the hearing

Responses Received: None.

Related Documents:

A.      [SEALED] Reply in Support of Motion to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [D.I. 30125, filed on April 14, 2025]

Status: This matter is going forward.

Dated: April 17, 2025
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christian P. Jensen (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       jensenc@sullcrom.com

*Counsel for the FTX Recovery Trust*