# **EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## <u>INDEX OF PLEADINGS – FINAL FEE APPLICATIONS</u>

1.   Final Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 28, 2022 through October 8, 2024 [D.I. 29193, filed on January 10, 2025]

Related Documents:

A.   First Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 28, 2022 through January 31, 2023 [D.I. 1116, filed on March 17, 2023]

B.   First Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 28, 2022 through December 31, 2022 [D.I. 645, filed on February 7, 2023]

C.   Certificate of No Objection [D.I. 780, filed on February 28, 2023]

D.   Second Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through January 31, 2023 [D.I. 816, filed on March 6, 2023]

E.   Certificate of No Objection [D.I. 1181, filed on March 28, 2023]

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

F.   First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

G.   Second Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through April 30, 2023 [D.I. 1644, filed on June 15, 2023]

H.   Third Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through February 28, 2023 [D.I. 1220, filed on April 4, 2023]

I.   Certificate of No Objection [D.I. 1346, filed on April 25, 2023]

J.   Fourth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through March 31, 2023 [D.I. 1397, filed on May 1, 2023]

K.   Certificate of No Objection [D.I. 1525, filed on May 23, 2023]

L.   Fifth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through April 30, 2023 [D.I. 1560, filed on June 2, 2023]

M.   Certificate of No Objection [D.I. 1717, filed on June 26, 2023]

N.   Second Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 2506, filed on September 13, 2023]

O.   Third Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through July 31, 2023 [D.I. 2520, filed on September 15, 2023]

P.   Sixth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of

Expenses Incurred for the Period from May 1, 2023 through May 31, 2023 [D.I. 1820, filed on June 30, 2023]

Q.      Certificate of No Objection [D.I. 1893, filed on July 21, 2023]

R.      Seventh Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through June 30, 2023 [D.I. 2099, filed on July 31, 2023]

S.      Certificate of No Objection [D.I. 2242, filed on August 24, 2023]

T.      Eighth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through July 31, 2023 [D.I. 2274, filed on August 30, 2023]

U.      Certificate of No Objection [D.I. 2653, filed on September 20, 2023]

V.      Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

W.      Fourth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through October 31, 2023 [D.I. 4813, filed on December 15, 2023]

X.      Ninth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through August 31, 2023 [D.I. 2774, filed on September 9, 2023]

Y.      Certificate of No Objection [D.I. 3327, filed on October 20, 2023]

Z.      Tenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 through September 30, 2023 [D.I. 3633, filed on October 31, 2023]

AA.     Certificate of No Objection [D.I. 4433, filed on November 30, 2023]

{1368.003-W0079817.5}

BB.   Eleventh Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 through October 31, 2023 [D.I. 4206, filed on November 29, 2023]

CC.   Certificate of No Objection [D.I. 4932, filed on December 20, 2023]

DD.   Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

EE.   Fifth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through January 31, 2024 [D.I. 9539, filed on March 15, 2024]

FF.   Twelfth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through November 30, 2023 [D.I. 5100, filed on December 22, 2023]

GG.   Certificate of No Objection [D.I. 5689, filed on January 12, 2024]

HH.   Thirteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 through December 31, 2023 [D.I. 6852, filed on January 31, 2024]

II.   Certificate of No Objection [D.I. 7711, filed on February 21, 2024]

JJ.   Fourteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 through January 31, 2024 [D.I. 8303, filed on February 29, 2024]

KK.   Certificate of No Objection [D.I. 10100, filed on March 21, 2024]

LL.   Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

MM.   Sixth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for

Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through April 30, 2024 [D.I. 17659, filed on June 14, 2024]

NN.     Fifteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through February 29, 2024 [D.I. 10659, filed on March 28, 2024]

OO.     Certificate of No Objection [D.I. 12248, filed on April 18, 2024]

PP.     Sixteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through March 31, 2024 [D.I. 12922, filed on April 26, 2024]

QQ.     Certificate of No Objection [D.I. 15143, filed on May 17, 2024]

RR.     Seventeenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through April 30, 2024 [D.I. 16372, filed on May 31, 2024]

SS.     Certificate of No Objection [D.I. 18411, filed on June 21, 2024]

TT.     Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

UU.     Seventh Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through July 31, 2024 [D.I. 24755, filed on September 13, 2024]

VV.     Eighteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through May 31, 2024 [D.I. 19158, filed on June 28, 2024]

WW.     Certificate of No Objection [D.I. 22979, filed on August 14, 2024]

{1368.003-W0079817.5}

XX.   Nineteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through June 30, 2024 [D.I. 21725, filed on July 26, 2024]

YY.   Certificate of No Objection [D.I. 23505, filed on August 21, 2024]

ZZ.   Twentieth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through July 31, 2024 [D.I. 24024, filed on August 29, 2024]

AAA.   Certificate of No Objection [D.I. 25284, filed on September 19, 2024]

BBB.   Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

CCC.   Eighth Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through October 8, 2024 [D.I. 28837, filed on December 16, 2024]

DDD.   Twenty-First Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through August 31, 2024 [D.I. 26056, filed on September 30, 2024]

EEE.   Certificate of No Objection [D.I. 27161, filed on October 22, 2024]

FFF.   Twenty-Second Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through September 30, 2024 [D.I. 27480, filed on October 31, 2024]

GGG.   Certificate of No Objection [D.I. 28213, filed on November 21, 2024]

HHH.   Twenty-Third Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through October 8, 2024 [D.I. 27972, filed on November 15, 2024]

III.    Certificate of No Objection [D.I. 28651, filed on December 9, 2024]

JJJ.    Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

2.    Final Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 11, 2022 through and including October 8, 2024 [D.I. 29194, filed on January 10, 2025]

Related Documents:

A.    First Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 1115, filed on March 17, 2023]

B.    First Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 11, 2022 through and including November 30, 2022 [D.I. 647, filed on February 7, 2023]

C.    Certificate of No Objection [D.I. 778, filed on February 28, 2023]

D.    Second Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2022 through and including December 31, 2022 [D.I. 723, filed on February 14, 2023]

E.    Certificate of No Objection [D.I. 822, filed on March 7, 2023]

F.    Third Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 812, filed on March 6, 2023]

G.    Certificate of No Objection [D.I. 1179, filed on March 28, 2023]

H.    First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

I.    Second Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 1645, filed on June 15, 2023]

J.      Fourth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1224, filed on April 4, 2023]

K.      Certificate of No Objection [D.I. 1352, filed on April 26, 2023]

L.      Fifth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1390, filed on April 28, 2023]

M.      Certificate of No Objection [D.I. 1518, filed on May 19, 2023]

N.      Sixth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1555, filed on June 1, 2023]

O.      Certificate of No Objection [D.I. 1684, filed on June 22, 2023]

P.      Second Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 2506, filed on September 13, 2023]

Q.      Third Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 2530, filed on September 15, 2023]

R.      Seventh Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 1819, filed on June 30, 2023]

S.      Certificate of No Objection [D.I. 1891, filed on July 21, 2023]

T.      Eighth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2098, filed on July 31, 2023]

U.      Certificate of No Objection [D.I. 2229, filed August 22, 2023]

{1368.003-W0079817.5}

V.    Ninth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2272, filed on August 30, 2023]

W.    Certificate of No Objection [D.I. 2651, filed on September 20, 2023]

X.    Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

Y.    Fourth Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 4854, filed on December 15, 2023]

Z.    Tenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through and including August 31, 2023 [D.I. 2771, filed on September 29, 2023]

AA.    Certificate of No Objection [D.I. 3324, filed on October 20, 2023]

BB.    Eleventh Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 through and including September 30, 2023 [D.I. 3549, filed on October 31, 2023]

CC.    Certificate of No Objection [D.I. 4080, filed on November 21, 2023]

DD.    Twelfth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 through and including October 31, 2023 [D.I. 4207, filed on November 29, 2023]

EE.    Certificate of No Objection [D.I. 4931, filed on December 20, 2023]

FF.    Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

GG.    Fifth Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 9517, filed on March 15, 2024]

{1368.003-W0079817.5}

HH.    Thirteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through and including November 30, 2023 [D.I. 5120, filed on December 22, 2023]

II.    Certificate of No Objection [D.I. 5688, filed on January 12, 2024]

JJ.    Fourteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 through and including December 31, 2023 [D.I. 6864, filed on January 31, 2024]

KK.    Certificate of No Objection [D.I. 7712, filed on February 21, 2024]

LL.    Fifteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 through and including January 31, 2024 [D.I. 8305, filed on February 29, 2024]

MM.    Certificate of No Objection [D.I. 10099, filed on March 21, 2024]

NN.    Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

OO.    Sixth Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 17693, filed on June 14, 2024]

PP.    Sixteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 10666, filed on March 28, 2024]

QQ.    Certificate of No Objection [D.I. 12249, filed on April 18, 2024]

RR.    Seventeenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 12923, filed on April 26, 2024]

SS.    Certificate of No Objection [D.I. 15144, filed on May 17, 2024]

{1368.003-W0079817.5}

TT.  Eighteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 16373, filed on May 31, 2024]

UU.  Certificate of No Objection [D.I. 18410, filed on June 21, 2024]

VV.  Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

WW.  Seventh Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 24686, filed on September 13, 2024]

XX.  Nineteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through and including May 31, 2024 [D.I. 19616, filed on July 5, 2024]

YY.  Certificate of No Objection [D.I. 22978, filed on August 14, 2024]

ZZ.  Twentieth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 22097, filed on July 31, 2024]

AAA.  Certificate of No Objection [D.I. 23508, filed on August 21, 2024]

BBB.  Twenty First Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24022, filed on August 29, 2024]

CCC.  Certificate of No Objection [D.I. 25285, filed on September 19, 2024]

DDD.  Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

EEE.  Eighth Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 28836, filed on December 16, 2024]

FFF.  Twenty Second Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 26048, filed on September 30, 2024]

GGG.  Certificate of No Objection [D.I. 27162, filed on October 22, 2024]

HHH.  Twenty-Third Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27501, filed on October 31, 2024]

III.  Certificate of No Objection [D.I. 28211, filed on November 21, 2024]

JJJ.  Twenty-Fourth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 27970, filed on November 15, 2024]

KKK.  Certificate of No Objection [D.I. 28649, filed on December 9, 2024]

LLL.  Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

3.  Final Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 11, 2022 through and including October 8, 2024 [D.I. 29195, filed on January 10, 2025]

Related Documents:

A.  First Interim Fee Application of Landis Rath & Cobb LLP [D.I. 1113, filed on March 17, 2023]

B.  First Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 11, 2022 through and including December 31, 2022 [D.I. 646, filed on February 7, 2023]

C.  Certificate of No Objection [D.I. 777, filed on February 28, 2023]

D.  Second Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 815, filed on March 6, 2023]

E.  Certificate of No Objection [D.I. 1178, filed on March 28, 2023]

F.  First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

G.  Second Interim Fee Application of Landis Rath & Cobb LLP [D.I. 1646, filed on June 15, 2023]

H.  Third Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1222, filed on April 4, 2023]

I.  Certificate of No Objection [D.I. 1348, filed on April 25, 2023]

J.  Fourth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1389, filed on April 28, 2023]

K.  Certificate of No Objection [D.I. 1517, filed on May 19, 2023]

L.  Fifth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1557, filed on June 1, 2023]

M.  Certificate of No Objection [D.I. 1686, filed on June 22, 2023]

N.  Third Interim Fee Application of Landis Rath & Cobb LLP [D.I. 2529, filed on September 15, 2023]

O.  Sixth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 1821, filed on June 30, 2023]

P.    Certificate of No Objection [D.I. 1894, filed on July 21, 2023]

Q.    Seventh Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2105, filed on August 1, 2023]

R.    Certificate of No Objection [D.I. 2231, filed on August 22, 2023]

S.    Eighth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2275, filed on August 30, 2023]

T.    Certificate of No Objection [D.I. 2652, filed on September 20, 2023]

U.    Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

V.    Fourth Interim Fee Application of Landis Rath & Cobb LLP [D.I. 4758, filed on December 15, 2023]

W.    Ninth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through and including August 31, 2023 [D.I. 2800, filed on September 29, 2023]

X.    Certificate of No Objection [D.I. 3328, filed on October 20, 2023]

Y.    Tenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 through and including September 30, 2023 [D.I. 3634, filed on October 31, 2023]

Z.    Certificate of No Objection [D.I. 4082, filed on November 21, 2023]

AA.    Eleventh Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 through and including October 31, 2023 [D.I. 4208, filed on November 29, 2023]

BB.     Certificate of No Objection [D.I. 4933, filed on December 20, 2023]

CC.     Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

DD.     Fifth Interim Fee Application of Landis Rath & Cobb LLP [D.I. 9545, filed on March 15, 2024]

EE.     Twelfth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through and including November 30, 2023 [D.I. 5121, filed on December 22, 2023]

FF.     Certificate of No Objection [D.I. 5693, filed on January 12, 2024]

GG.     Thirteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 through and including December 31, 2023 [D.I. 6870, filed on January 31, 2024]

HH.     Certificate of No Objection [D.I. 7710, filed on February 21, 2024]

II.     Fourteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 through and including January 31, 2024 [D.I. 8311, filed on February 29, 2024]

JJ.     Certificate of No Objection [D.I. 10101, filed on March 21, 2024]

KK.     Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

LL.     Sixth Interim Fee Application of Landis Rath & Cobb LLP [D.I. 17662, filed on June 14, 2024]

MM.     Fifteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 10726, filed on March 28, 2024]

NN.     Certificate of No Objection [D.I. 12247, filed on April 18, 2024]

{1368.003-W0079817.5}

OO. Sixteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 12929, filed on April 26, 2024]

PP. Certificate of No Objection [D.I. 15145, filed on May 17, 2024]

QQ. Seventeenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 16384, filed on May 31, 2024]

RR. Certificate of No Objection [D.I. 18412, filed on June 21, 2024]

SS. Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

TT. Seventh Interim Fee Application of Landis Rath & Cobb LLP [D.I. 24753, filed on September 13, 2024]

UU. Eighteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through and including May 31, 2024 [D.I. 19615, filed on July 5, 2024]

VV. Certificate of No Objection [D.I. 22977, filed on August 14, 2024]

WW. Nineteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 22099, filed on July 31, 2024]

XX. Certificate of No Objection [D.I. 23501, filed on August 21, 2024]

YY. Twentieth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24025, filed on August 29, 2024]

ZZ. Certificate of No Objection [D.I. 25283, filed on September 19, 2024]

AAA. Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

BBB. Eighth Interim Fee Application of Landis Rath & Cobb LLP [D.I. 28838, filed on December 16, 2024]

CCC. Twenty-First Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 26060, filed on September 30, 2024]

DDD. Certificate of No Objection [D.I. 27160, filed on October 22, 2024]

EEE. Twenty-Second Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27502, filed on October 31, 2024]

FFF. Certificate of No Objection [D.I. 28214, filed on November 21, 2024]

GGG. Twenty-Third Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 27978, filed on November 15, 2024]

HHH. Certificate of No Objection [D.I. 28655, filed on December 9, 2024]

III. Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

4. Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Services Rendered and Reimbursement of Expenses for the Period from November 13, 2022 through and including October 8, 2024 [D.I. 29196, filed on January 10, 2025]

Related Documents:

A. First Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 1117, filed on March 17, 2023]

{1368.003-W0079817.5}

B.    First Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from the Petition Date through and including December 31, 2022 [D.I. 644, filed February 7, 2023]

C.    Notice of Filing Corrected Summary Chart to Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 712, filed on February 13, 2023]

D.    Certificate of No Objection [D.I. 779, filed on February 28, 2023]

E.    Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 813, filed on March 6, 2023]

F.    Certificate of No Objection [D.I. 1182, filed on March 28, 2023]

G.    First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

H.    Second Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 1648, filed on June 15, 2023]

I.    Third Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1241, filed April 7, 2023]

J.    Certificate of No Objection [D.I. 1392, filed on May 1, 2023]

K.    Fourth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1399, filed on May 1, 2023]

L.    Certificate of No Objection [D.I. 1526, filed on May 23, 2023]

M.    Fifth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1574, filed on June 6, 2023]

N.      Certificate of No Objection [D.I. 1803, filed on June 29, 2023]

O.      Second Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 2506, filed on September 13, 2023]

P.      Third Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 2531, filed on September 15, 2023]

Q.      Sixth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 1827, filed July 3, 2023]

R.      Certificate of No Objection [D.I. 1920, filed on July 26, 2023]

S.      Seventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2102, filed on July 31, 2023]

T.      Certificate of No Objection [D.I. 2234, filed on August 23, 2023]

U.      Eighth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2445, filed on September 6, 2023]

V.      Certificate of No Objection [D.I. 2732, filed on September 28, 2023]

W.      Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

X.      Fourth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 4850, filed on December 15, 2023]

Y.      Ninth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through and including August 31, 2023 [D.I. 2772, filed on September 29, 2023]

Z.      Certificate of No Objection [D.I. 3325, filed on October 20, 2023]

AA.    Tenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 through and including September 30, 2023 [D.I. 3628, filed on October 31, 2023]

BB.    Certificate of No Objection [D.I. 4081, filed on November 21, 2023]

CC.    Eleventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 through and including October 31, 2023 [D.I. 4209, filed on November 29, 2023]

DD.    Certificate of No Objection [D.I. 4934, filed on December 20, 2023]

EE.    Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

FF.    Fifth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 9543, filed on March 15, 2023]

GG.    Twelfth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through and including November 30, 2023 [D.I. 5119, filed on December 22, 2023]

HH.    Certificate of No Objection [D.I. 5691, filed on January 12, 2024]

II.    Thirteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 through and including December 31, 2023 [D.I. 6868, filed on January 31, 2024]

JJ.    Certificate of No Objection [D.I. 7714, filed on February 21, 2024]

KK.    Fourteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 through and including January 31, 2024 [D.I. 8309, filed on February 29, 2024]

LL.    Certificate of No Objection [D.I. 10102, filed on March 21, 2024]

MM.    Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

NN.    Sixth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 17694, filed on June 14, 2024]

OO.    Fifteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 10727, filed on March 28, 2024]

PP.    Certificate of No Objection [D.I. 12246, filed on April 18, 2024]

QQ.    Sixteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 12928, filed on April 26, 2024]

RR.    Certificate of No Objection [D.I. 15146, filed on May 17, 2024]

SS.    Seventeenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 16374, filed on May 31, 2024]

TT.    Certificate of No Objection [D.I. 18413, filed on June 21, 2024]

UU.    Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

VV.    Seventh Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 24754, filed on September 13, 2024]

WW.    Eighteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through and including May 31, 2024 [D.I. 19618, filed on July 5, 2024]

XX.    Certificate of No Objection [D.I. 22975, filed on August 14, 2024]

YY. Nineteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 22098, filed on July 31, 2024]

ZZ. Certificate of No Objection [D.I. 23497, filed on August 21, 2024]

AAA. Twentieth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24023, filed on August 29, 2024]

BBB. Certificate of No Objection [D.I. 25282, filed on September 19, 2024]

CCC. Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

DDD. Eighth Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 28847, filed on December 16, 2024]

EEE. Twenty-First Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 26049, filed on September 30, 2024]

FFF. Certificate of No Objection [D.I. 27159, filed on October 22, 2024]

GGG. Twenty-Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27478, filed on October 31, 2024]

HHH. Certificate of No Objection [D.I. 28212, filed on November 21, 2024]

III. Twenty-Third Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 27971, filed on November 15, 2024]

JJJ. Certificate of No Objection [D.I. 28653, filed on December 9, 2024]

{1368.003-W0079817.5}

KKK. Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

Responses Received:

A. Lidia Favaro's Objection to the Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Services Rendered and Reimbursement of Expenses for the Period from November 13, 2022 through and including October 8, 2024 [D.I. 29387, filed on January 23, 2025]

5. Final Fee Application of Sullivan & Cromwell LLP [D.I. 29197, filed on January 10, 2025]

Related Documents:

A. Interim Application for Compensation of Sullivan & Cromwell LLP [D.I. 1112, filed on March 17, 2023]

B. First Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 12, 2022 through and including November 30, 2022 [D.I. 648, filed on February 7, 2023]

C. Certificate of No Objection [D.I. 776, filed February 28, 2023]

D. Second Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2022 through and including December 31, 2022 [D.I. 721, filed February 14, 2023]

E. Certificate of No Objection [D.I. 821, filed on March 7, 2023]

F. Third Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 818, filed on March 6, 2023]

G. Certificate of No Objection [D.I. 1177, filed on March 28, 2023]

H. First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

I. Second Interim Fee Application of Sullivan & Cromwell LLP [D.I. 1647, filed on June 15, 2023]

23

J.      Fourth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1221, filed on April 4, 2023]

K.      Certificate of No Objection [D.I. 1347, filed on April 25, 2023]

L.      Fifth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1388, filed April 28, 2023]

M.      Certificate of No Objection [D.I. 1516, filed May 19, 2023]

N.      Sixth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1556, filed on June 1, 2023]

O.      Certificate of No Objection [D.I. 1685, filed on June 22, 2023]

P.      Second Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 2506, filed on September 13, 2023]

Q.      Third Interim Fee Application of Sullivan & Cromwell LLP [D.I. 2523, filed on September 15, 2023]

R.      Seventh Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 1822, filed on June 30, 2023]

S.      Certificate of No Objection [D.I. 1892, filed on July 21, 2023]

T.      Eighth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2101, filed July 31, 2023]

U.      Certificate of No Objection [D.I. 2230, filed August 22, 2023]

V.      Ninth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2271, filed on August 30, 2023]

W.    Certificate of No Objection [D.I. 2650, filed on September 20, 2023]

X.    Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

Y.    Fourth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 4819, filed on December 15, 2023]

Z.    Notice of Filing of Amended Exhibit to the Fourth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 4937, filed on December 20, 2023]

AA.    Tenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through and including August 31, 2023 [D.I. 2773, filed on September 29, 2023]

BB.    Certificate of No Objection [D.I. 3326, filed on October 20, 2023]

CC.    Eleventh Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2023 through and including September 30, 2023 [D.I. 3548, filed on October 31, 2023]

DD.    Certificate of No Objection [D.I. 4079, filed on November 21, 2023]

EE.    Twelfth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 through and including October 31, 2023 [D.I. 4424, filed on November 30, 2023]

FF.    Certificate of No Objection [D.I. 5077, filed on December 21, 2023]

GG.    Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

HH.    Fifth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 9504, filed on March 15, 2024]

II.    Thirteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through and including November 30, 2023 [D.I. 5109, filed on December 22, 2023]

JJ.    Certificate of No Objection [D.I. 5687, filed on January 12, 2024]

KK.    Fourteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 through and including December 31, 2023 [D.I. 6869, filed on January 31, 2024]

LL.    Certificate of No Objection [D.I. 7708, filed February 21, 2024]

MM.    Fifteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2024 through and including January 31, 2024 [D.I. 8306, filed on February 29, 2024]

NN.    Certificate of No Objection [D.I. 10098, filed on March 21, 2024]

OO.    Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

PP.    Sixth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 17665, filed on June 14, 2024]

QQ.    Sixteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 through and including February 29, 2024 [D.I. 10725, filed on March 28, 2024]

RR.    Certificate of No Objection [D.I. 12245, filed on April 18, 2024]

SS.    Seventeenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 through and including March 31, 2024 [D.I. 12927, filed on April 26, 2024]

TT.    Certificate of No Objection [D.I. 15142, filed May 17, 2024]

UU.    Eighteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2024 through and including April 30, 2024 [D.I. 16381, filed on May 31, 2024]

VV.    Certificate of No Objection [D.I. 18409, filed on June 21, 2024]

WW.  Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

XX.  Seventh Interim Fee Application of Sullivan & Cromwell LLP [D.I. 24752, filed on September 13, 2024]

YY.  Nineteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 through and including May 31, 2024 [D.I. 19614, filed on July 5, 2024]

ZZ.  Certificate of No Objection [D.I. 22974, filed on August 14, 2024]

AAA.  Twentieth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2024 through and including June 30, 2024 [D.I. 22096, filed on July 31, 2024]

BBB.  Certificate of No Objection [D.I. 23496, filed August 21, 2024]

CCC.  Twenty-First Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24021, filed on August 29, 2024]

DDD.  Certificate of No Objection [D.I. 25280, filed on September 19, 2024]

EEE.  Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

FFF.  Eighth Interim Fee Application of Sullivan & Cromwell LLP [D.I. 28846, filed on December 16, 2024]

GGG.  Twenty-Second Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through and including August 31, 2024 [D.I. 26055, filed on September 30, 2024]

HHH.  Certificate of No Objection [D.I. 27158, filed October 22, 2024]

III.    Twenty-Third Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2024 through and including September 30, 2024 [D.I. 27500, filed on October 31, 2024]

JJJ.    Certificate of No Objection [D.I. 28210, filed on November 21, 2024]

KKK.    Twenty-Fourth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2024 through and including October 8, 2024 [D.I. 28013, filed on November 18, 2024]

LLL.    Certificate of No Objection [D.I. 28671, filed on December 10, 2024]

Responses Received:

A.    Lidia Favario's Objection to the Final Fee Application of Sullivan & Cromwell LLP [D.I. 29430, filed on January 28, 2025]

6.    Final Fee Application of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 20, 2022 through October 8, 2024 [D.I. 29544, filed on February 10, 2025]

Related Documents:

A.    First Interim Fee Request of Paul Hastings LLP [D.I. 1106, filed on March 17, 2023]

B.    Supplement to the First Interim Fee Application of Paul Hastings LLP [D.I. 1107, filed on March 17, 2023]

C.    First Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period December 20, 2022 through December 31, 2022 [D.I. 765, filed on February 24, 2023]

D.    Certificate of No Objection [D.I. 1102, filed on March 17, 2023]

E.    Second Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through January 31, 2023 [D.I. 1085, filed on March 16, 2023]

F.    Certificate of No Objection [D.I. 1235, filed on April 6, 2023]

G.  First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

H.  Second Interim Fee Request of Paul Hastings LLP [D.I. 1649, filed on June 15, 2023]

I.  Supplement to the Second Interim Fee Application of Paul Hastings LLP [D.I. 1650, filed on June 15, 2023]

J.  Third Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2023 through February 28, 2023 [D.I. 1300, filed on April 17, 2023]

K.  Certificate of No Objection [D.I. 1460, filed on May 9, 2023]

L.  Fourth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023 [D.I. 1550, filed on May 31, 2023]

M.  Certificate of No Objection [D.I. 1675, filed on June 21, 2023]

N.  Fifth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2023 through April 30, 2023 [D.I. 1618, filed on June 12, 2023]

O.  Certificate of No Objection [D.I. 1837, filed on July 5, 2023]

P.  Second Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 2506, filed on September 13, 2023]

Q.  Third Interim Fee Request of Paul Hastings LLP [D.I. 2524, filed on September 15, 2023]

R.  Supplement to the Third Interim Fee Application of Paul Hastings [D.I. 2525, filed on September 15, 2023]

S.  Sixth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 through May 31, 2023 [D.I. 1898, filed on July 24, 2023]

T.  Certificate of No Objection [D.I. 2177, filed on August 15, 2023]

29

U.  Seventh Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2023 through June 30, 2023 [D.I. 2254, filed on August 28, 2023]

V.  Certificate of No Objection [D.I. 2643, filed on September 19, 2023]

W.  Eighth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through July 31, 2023 [D.I. 2498, filed on September 13, 2023]

X.  Certificate of No Objection [D.I. 2990, filed on October 4, 2023]

Y.  Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

Z.  Fourth Interim Fee Request of Paul Hastings LLP [D.I. 4814, filed on December 15, 2023]

AA.  Supplement to the Fourth Interim Fee Application of Paul Hastings [D.I. 4816, filed on December 15, 2023]

BB.  Ninth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2023 through August 31, 2023 [D.I. 3411, filed on October 30, 2023]

CC.  Certificate of No Objection [D.I. 4070, filed on November 21, 2023]

DD.  Tenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2023 through September 30, 2023 [D.I. 4122, filed on November 27, 2023]

EE.  Certificate of No Objection [D.I. 4909, filed on December 19, 2023]

FF.  Eleventh Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 through October 31, 2023 [D.I. 4652, filed on December 12, 2023]

GG.  Certificate of No Objection [D.I. 5313, filed on January 3, 2024]

HH.  Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

II.     Fifth Interim Fee Request of Paul Hastings LLP [D.I. 9463, filed on March 15, 2024]

JJ.     Supplement to the Fifth Interim Fee Application of Paul Hastings [D.I. 9465, filed on March 15, 2024]

KK.     Twelfth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through November 30, 2023 [D.I. 6656, filed on January 25, 2024]

LL.     Certificate of No Objection [D.I. 7480, filed on February 15, 2024]

MM.     Thirteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 through December 31, 2023 [D.I. 7728, filed on February 21, 2024]

NN.     Certificate of No Objection [D.I. 9278, filed on March 13, 2024]

OO.     Fourteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through January 31, 2024 [D.I. 9061, filed on March 11, 2024]

PP.     Certificate of No Objection [D.I. 11006, filed on April 2, 2024]

QQ.     Order Approving Fifth Interim Fee Application of Paul Hastings LLP as Counsel to the Official Committee of Unsecured Creditors [D.I. 24013, filed on August 29, 2024]

RR.     Sixth Interim Fee Request of Paul Hastings LLP [D.I. 17623, filed on June 14, 2024]

SS.     Supplement to the Sixth Interim Fee Application of Paul Hastings LLP [D.I. 17624, filed on June 14, 2024]

TT.     Fifteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024 through February 29, 2024 [D.I. 10885, filed on April 1, 2024]

UU.     Certificate of No Objection [D.I. 12674, filed on April 23, 2024]

VV.     Sixteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and

{1368.003-W0079817.5}

Reimbursement of Expenses for the Period from March 1, 2024 through March 31, 2024 [D.I. 12846, filed on April 26, 2024]

WW.    Certificate of No Objection [D.I. 15149, filed on May 17, 2024]

XX.    Seventeenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2024 through April 30, 2024 [D.I. 16355, filed on May 31, 2024]

YY.    Certificate of No Objection [D.I. 18414, filed on June 21, 2024]

ZZ.    Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

AAA.    Seventh Interim Fee Request of Paul Hastings LLP [D.I. 24709, filed on September 13, 2024]

BBB.    Supplement to the Seventh Interim Fee Application of Paul Hastings LLP [D.I. 24712, filed on September 13, 2024]

CCC.    Eighteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2024 through May 31, 2024 [D.I. 20320, filed on July 12, 2024]

DDD.    Certificate of No Objection [D.I. 22961, filed on August 14, 2024]

EEE.    Nineteenth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 [D.I. 22161, filed on August 2, 2024]

FFF.    Certificate of No Objection [D.I. 23613, filed on August 23, 2024]

GGG.    Twentieth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [D.I. 24030, filed on August 30, 2024]

HHH.    Certificate of No Objection [D.I. 25319, filed on September 20, 2024]

III.    Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

JJJ.    Eighth Interim Fee Request of Paul Hastings LLP [D.I. 28830, filed on December 16, 2024]

KKK.    Supplement to the Eighth Interim Fee Application of Paul Hastings LLP [D.I. 28832, filed on December 16, 2024]

LLL.    Twenty-First Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 [D.I. 26746, filed on October 11, 2024]

MMM.   Certificate of No Objection [D.I. 27510, filed on November 1, 2024]

NNN.    Twenty-Second Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [D.I. 27320, filed on October 28, 2024]

OOO.    Certificate of No Objection [D.I. 28036, filed on November 19, 2024]

PPP.    Twenty-Third Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through October 8, 2024 [D.I. 28283, filed on November 25, 2024]

QQQ.    Certificate of No Objection [D.I. 28887, filed on December 18, 2024]

RRR.    Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

7.    Final Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Final Period from December 22, 2022 through October 8, 2024 [D.I. 29545, filed on February 10, 2025]

Related Documents:

A.    First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 1106, filed on March 17, 2023]

B.    Supplement to First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 1108, filed on March 17, 2023]

C.    First Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 22, 2022 through December 31, 2022 [D.I. 766, filed on February 24, 2023]

D.    Certificate of No Objection [D.I. 1103, filed on March 17, 2023]

E.    Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through January 31, 2023 [1086, filed on March 16, 2023]

F.    Certificate of No Objection [D.I. 1236, filed on April 6, 2023]

G.    First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

H.    Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 1649, filed on June 15, 2023]

I.    Supplement to Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 1651, filed on June 15, 2023]

J.    Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2023 through February 28, 2023 [D.I. 1301, filed on April 17, 2023]

K.    Certificate of No Objection [D.I. 1461, filed on May 9, 2023]

L.    Fourth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023 [1551, filed on May 31, 2023]

M.    Certificate of No Objection [D.I. 1677, filed on June 21, 2023]

N.    Fifth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2023 through April 30, 2023 [1619, filed on June 12, 2023]

O.    Certificate of No Objection [D.I. 1838, filed on July 5, 2023]

P.    Second Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 2506, filed on September 13, 2023]

Q.  Third Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 2524, filed on September 15, 2023]

R.  Supplement to Third Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 2526, filed on September 15, 2023]

S.  Sixth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 through May 31, 2023 [D.I. 1899, filed on July 24, 2023]

T.  Certificate of No Objection [D.I. 2178, filed on August 15, 2023]

U.  Seventh Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2023 through June 30, 2023 [D.I. 2255, filed on August 28, 2023]

V.  Certificate of No Objection [D.I. 2644, filed on September 19, 2023]

W.  Eighth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through July 31, 2023 [D.I. 2499, filed on September 13, 2023]

X.  Certificate of No Objection [D.I. 2991, filed on October 4, 2023]

Y.  Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

Z.  Fourth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 4814, filed on December 15, 2023]

AA.  Supplement to Fourth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 4818, filed on December 15, 2023]

BB.  Ninth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2023 through August 31, 2023 [D.I. 3412, filed on October 30, 2023]

CC.  Certificate of No Objection [D.I. 4071, filed on November 21, 2023]

DD.  Tenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2023 through September 30, 2023 [D.I. 4123, filed on November 27, 2023]

EE.  Certificate of No Objection [D.I. 4910, filed on December 19, 2023]

FF.  Eleventh Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 through October 31, 2023 [D.I. 4653, filed on December 12, 2023]

GG.  Certificate of No Objection [D.I. 5314, filed on January 3, 2024]

HH.  Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

II.  Fifth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 9463, filed on March 15, 2024]

JJ.  Supplement to Fifth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 9468, filed on March 15, 2024]

KK.  Twelfth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through November 30, 2023 [D.I. 6654, filed on January 25, 2024]

LL.  Certificate of No Objection [D.I. 7481, filed on February 15, 2024]

MM.  Thirteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 through December 31, 2023 [D.I. 7730, filed on February 21, 2024]

NN.  Certificate of No Objection [D.I. 9277, filed on March 13, 2024]

OO.  Fourteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through January 31, 2024 [D.I. 9059, filed on March 11, 2024]

PP.  Certificate of No Objection [D.I. 11005, filed on April 2, 2024]

QQ.  Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

{1368.003-W0079817.5}

RR.  Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 17623, filed on June 14, 2024]

SS.  Supplement to Sixth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 17625, filed on June 14, 2024]

TT.  Fifteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024 through February 29, 2024 [D.I. 10886, filed on April 1, 2024]

UU.  Certificate of No Objection [D.I. 12673, filed on April 23, 2024]

VV.  Sixteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2024 through March 31, 2024 [D.I. 12847, filed on April 26, 2024]

WW.  Certificate of No Objection [D.I. 15150, filed on May 17, 2024]

XX.  Seventeenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2024 through April 30, 2024 [D.I. 16357, filed on May 31, 2024]

YY.  Certificate of No Objection [D.I. 18415, filed on June 21, 2024]

ZZ.  Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

AAA.  Seventh Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 24709, filed on September 13, 2024]

BBB.  Supplement to Seventh Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 24714, filed on September 13, 2024]

CCC.  Eighteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2024 through May 31, 2024 [D.I. 20321, filed on July 12, 2024]

DDD.  Certificate of No Objection [D.I. 22962, filed on August 14, 2024]

EEE.    Nineteenth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 [D.I. 22162, filed on August 2, 2024]

FFF.    Certificate of No Objection [D.I. 23614, filed on August 23, 2024]

GGG.    Twentieth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [D.I. 24031, filed on August 30, 2024]

HHH.    Certificate of No Objection [D.I. 25320, filed on September 20, 2024]

III.    Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

JJJ.    Eighth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 28830, filed on December 16, 2024]

KKK.    Supplement to Eighth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 28831, filed on December 16, 2024]

LLL.    Twenty-First Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 [D.I. 26747, filed on October 11, 2024]

MMM.    Certificate of No Objection [D.I. 27511, filed on November 1, 2024]

NNN.    Twenty-Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [D.I. 27321, filed on October 28, 2024]

OOO.    Certificate of No Objection [D.I. 28035, filed on November 19, 2024]

PPP.    Twenty-Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through October 8, 2024 [D.I. 28281, filed on November 25, 2024]

QQQ.    Certificate of No Objection [D.I. 28888, filed on December 18, 2024]

RRR.  Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

8.  Final Fee Application of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses for the Period from December 22, 2022 through and including October 8, 2024 [D.I. 29546, filed on February 10, 2025]

Related Documents:

A.  First Interim Fee Request of FTI Consulting, Inc. [D.I. 1106, filed on March 17, 2023]

B.  Supplement to the First Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the period December 22, 2022 through January 31, 2023 [D.I. 1110, filed on March 17, 2023]

C.  First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period December 22, 2022 through December 31, 2022 [D.I. 767, filed on February 24, 2023]

D.  Certificate of No Objection [D.I. 1104, filed on March 17, 2023]

E.  Second Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2023 through January 31, 2023 [D.I. 1097, filed on March 16, 2023]

F.  Certificate of No Objection [D.I. 1237, filed on April 6, 2023]

G.  First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

H.  Second Interim Fee Request of FTI Consulting, Inc. [D.I. 1649, filed on June 15, 2023]

I.  Supplement to the Second Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2023 through April 30, 2023 [D.I. 1653, filed on June 15, 2023]

39

J.      Third Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the
        Official Committee of Unsecured Creditors, for Allowance of Compensation for
        Services Rendered and Reimbursement of Expenses for the Period February 1,
        2023 through February 28, 2023 [D.I. 1302, filed on April 17, 2023]

K.      Certificate of No Objection [D.I. 1462, filed on May 9, 2023]

L.      Fourth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the
        Official Committee of Unsecured Creditors, for Allowance of Compensation for
        Services Rendered and Reimbursement of Expenses for the Period March 1, 2023
        through March 31, 2023 [D.I. 1552, filed on May 31, 2023]

M.      Certificate of No Objection [D.I. 1678, filed on June 21, 2023]

N.      Fifth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the
        Official Committee of Unsecured Creditors, for Allowance of Compensation for
        Services Rendered and Reimbursement of Expenses for the Period April 1, 2023
        through April 30, 2023 [D.I. 1628, filed on June 14, 2023]

O.      Certificate of No Objection [D.I. 1847, filed on July 6, 2023]

P.      Second Omnibus Order Approving Interim Fee Applications of the Debtors' and
        Committee's Professionals [D.I. 2506, filed on September 13, 2023]

Q.      Third Interim Fee Request of FTI Consulting, Inc. [D.I. 2524, filed on September
        15, 2023]

R.      Supplement to the Third Interim Fee Application of FTI Consulting, Inc.,
        Financial Advisor to the Official Committee of Unsecured Creditors, for
        Allowance of Compensation for Services Rendered and Reimbursement of
        Expenses for the Period May 1, 2023 through July 31, 2023 [D.I. 2527, filed on
        September 15, 2023]

S.      Sixth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the
        Official Committee of Unsecured Creditors, for Allowance of Compensation for
        Services Rendered and Reimbursement of Expenses for the Period May 1, 2023
        through May 31, 2023 [D.I. 1904, filed on July 25, 2023]

T.      Certificate of No Objection [D.I. 2179, filed on August 15, 2023]

U.      Seventh Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to
        the Official Committee of Unsecured Creditors, for Allowance of Compensation
        for Services Rendered and Reimbursement of Expenses for the Period June 1,
        2023 through June 30, 2023 [D.I. 2257, filed on August 28, 2023]

V.      Certificate of No Objection [D.I. 2645, filed on September 19, 2023]

W.   Eighth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2023 through July 31, 2023 [D.I. 2492, filed on September 12, 2023]

X.   Certificate of No Objection [D.I. 2989, filed on October 4, 2023]

Y.   Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

Z.   Fourth Interim Fee Request of FTI Consulting, Inc. [D.I. 4814, filed on December 15, 2023]

AA.  Supplement to the Fourth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2023 through October 31, 2023 [D.I. 4821, filed on December 15, 2023]

BB.  Ninth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2023 through August 31, 2023 [D.I. 3414, filed on October 30, 2023]

CC.  Certificate of No Objection [D.I. 4073, filed on November 21, 2023]

DD.  Tenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period September 1, 2023 through September 30, 2023 [D.I. 4124, filed on November 27, 2023]

EE.  Certificate of No Objection [D.I. 4911, filed on December 19, 2023]

FF.  Eleventh Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2023 through October 31, 2023 [D.I. 4656, filed on December 12, 2023]

GG.  Certificate of No Objection [D.I. 5315, filed on January 3, 2024]

HH.  Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

II.  Fifth Interim Fee Request of FTI Consulting, Inc. [D.I. 9463, filed on March 15, 2024]

JJ.     Supplement to the Fifth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2023 through January 31, 2024 [D.I. 9473, filed on March 15, 2024]

KK.     Twelfth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2023 through November 30, 2023 [D.I. 6655, filed on January 25, 2024]

LL.     Certificate of No Objection [D.I. 7482, filed on February 15, 2024]

MM.    Thirteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period December 1, 2023 through December 31, 2023 [D.I. 7731, filed on February 21, 2024]

NN.     Certificate of No Objection [D.I. 9281, filed on March 13, 2024]

OO.     Fourteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2024 through January 31, 2024 [D.I. 9060, filed on March 11, 2024]

PP.     Certificate of No Objection [D.I. 11007, filed on April 2, 2024]

QQ.     Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

RR.     Sixth Interim Fee Request of FTI Consulting, Inc. [D.I. 17623, filed on June 14, 2024]

SS.     Supplement to the Sixth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2024 through April 30, 2024 [D.I. 17626, filed on June 14, 2024]

TT.     Fifteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2024 through February 29, 2024 [D.I. 12040, filed on April 18, 2024]

UU.     Certificate of No Objection [D.I. 15357, filed on May 21, 2024]

42

VV.     Sixteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period March 1, 2024 through March 31, 2024 [D.I. 14506, filed on May 9, 2024]

WW.    Certificate of No Objection [D.I. 16540, filed on June 3, 2024]

XX.     Seventeenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2024 through April 30, 2024 [D.I. 17231, filed on June 11, 2024]

YY.     Certificate of No Objection [D.I. 20304, filed on July 12, 2024]

ZZ.     Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

AAA.   Seventh Interim Fee Request of FTI Consulting, Inc. [D.I. 24709, filed on September 13, 2024]

BBB.   Supplement to Seventh Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2024 through July 31, 2024 [D.I. 24715, filed on September 13, 2024]

CCC.   Eighteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2024 through May 31, 2024 [D.I. 20818, filed on July 18, 2024]

DDD.   Certificate of No Objection [D.I. 22963, filed on August 14, 2024]

EEE.   Nineteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period June 1, 2024 through June 30, 2024 [D.I. 22287, filed on August 5, 2024]

FFF.   Certificate of No Objection [D.I. 23772, filed on August 27, 2024]

GGG.   Twentieth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2024 through July 31, 2024 [D.I. 24184, filed on September 3, 2024]

HHH.   Certificate of No Objection [D.I. 25665, filed on September 24, 2024]

{1368.003-W0079817.5}

III.   Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

JJJ.   Eighth Interim Fee Request of FTI Consulting, Inc. [D.I. 28830, filed on December 16, 2024]

KKK.   Supplement to the Eighth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2024 through October 8, 2024 [D.I. 28833, filed on December 16, 2024]

LLL.   Twenty-First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2024 through August 31, 2024 [D.I. 26854, filed on October 15, 2024]

MMM. Certificate of No Objection [D.I. 27809, filed on November 8, 2024]

NNN.   Twenty-Second Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period September 1, 2024 through October 8, 2024 [D.I. 28081, filed on November 20, 2024]

OOO.   Certificate of No Objection [D.I. 28697, filed on December 11, 2024]

PPP.   Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

9.   Final Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from December 23, 2022 to and including January 3, 2025 [D.I. 29550, filed on February 10, 2025]

Related Documents:

A.   First Interim Fee Request of Jefferies LLC [D.I. 1106, filed on March 17, 2023]

B.   Supplement to the First Interim Fee Request of Jefferies LLC [D.I. 1111, filed on March 17, 2023]

C.      First Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from December 23, 2022 to and including December 31, 2022 [D.I. 1099, filed on March 17, 2023]

D.      Certificate of No Objection [D.I. 1249, filed on April 10, 2023]

E.      Second Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from January 1, 2023 to and including January 31, 2023 [D.I. 1100, filed on March 17, 2023]

F.      Certificate of No Objection [D.I. 1250, filed on April 10, 2023]

G.      First Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 1794, filed on June 28, 2023]

H.      Second Interim Fee Request of Jefferies LLC [D.I. 1649, filed on June 15, 2023]

I.      Supplement to the Second Interim Fee Request of Jefferies LLC [D.I. 1652, filed on June 15, 2023]

J.      Third Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from February 1, 2023 to and including February 28, 2023 [D.I. 1394, filed on May 1, 2023]

K.      Certificate of No Objection [D.I. 1530, filed on May 24, 2023]

L.      Fourth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from March 1, 2023 to and including March 31, 2023 [D.I. 1616, filed on June 12, 2023]

M.      Certificate of No Objection [D.I. 1840, filed on July 5, 2023]

N.      Fifth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from April 1, 2023 to and including April 30, 2023 [D.I. 1617, filed on June 12, 2023]

O.      Certificate of No Objection [D.I. 1841, filed on July 5, 2023]

P.      Second Omnibus Order Approving Interim Fee Applications of the Debtors' and Committee's Professionals [D.I. 2506, filed on September 13, 2023]

Q.      Third Interim Fee Request of Jefferies LLC [D.I. 2524, filed on September 15, 2023]

R.      Supplement to the Third Interim Fee Request of Jefferies LLC [D.I. 2528, filed on September 15, 2023]

S.      Sixth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from May 1, 2023 to and including May 31, 2023 [D.I. 2467, filed on September 11, 2023]

T.      Certificate of No Objection [D.I. 3004, filed on October 5, 2023]

U.      Seventh Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from June 1, 2023 to and including June 30, 2023 [D.I. 2469, filed on September 11, 2023]

V.      Certificate of No Objection [D.I. 3005, filed on October 5, 2023]

W.      Eighth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 to and including July 31, 2023 [D.I. 2470, filed on September 11, 2023]

X.      Certificate of No Objection [D.I. 3006, filed on October 5, 2023]

Y.      Third Omnibus Order Approving Interim Fee Applications [D.I. 4622, filed on December 12, 2023]

Z.      Fourth Interim Fee Request of Jefferies LLC [D.I. 4814, filed on December 15, 2023]

AA.     Supplement to Fourth Interim Fee Request of Jefferies LLC [D.I. 4822, filed on December 15, 2023]

BB.     Ninth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from August 1, 2023 to and including August 31, 2023 [D.I. 4701, filed on December 15, 2023]

CC.     Certificate of No Objection [D.I. 5429, filed on January 5, 2024]

DD.     Tenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from September 1, 2023 to and including September 30, 2023 [D.I. 4702, filed on December 15, 2023]

EE.     Certificate of No Objection [D.I. 5430, filed on January 5, 2024]

FF.     Eleventh Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 to and including October 31, 2023 [D.I. 4703, filed on December 15, 2023]

GG.     Certificate of No Objection [D.I. 5431, filed on January 5, 2024]

HH.     Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

II.     Fifth Interim Fee Request of Jefferies LLC [D.I. 9463, filed on March 15, 2024]

JJ.     Supplement to Fifth Interim Fee Request of Jefferies LLC [D.I. 9475, filed on March 15, 2024]

KK.     Twelfth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from November 1, 2023 to and including November 30, 2023 [D.I. 9062, filed on March 11, 2024]

LL.     Certificate of No Objection [D.I. 11448, filed on April 8, 2024]

MM.     Thirteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from December 1, 2023 to and including December 31, 2023 [D.I. 9063, filed on March 11, 2024]

NN.    Certificate of No Objection [D.I. 11449, filed on April 8, 2024]

OO.    Fourteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from January 1, 2024 to and including January 31, 2024 [D.I. 9065, filed on March 11, 2024]

PP.    Certificate of No Objection [D.I. 11450, filed on April 8, 2024]

QQ.    Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

RR.    Sixth Interim Fee Request of Jefferies LLC [D.I. 17623, filed on June 14, 2024]

SS.    Supplement to Sixth Interim Fee Request of Jefferies LLC [D.I. 17627, filed on June 14, 2024]

TT.    Fifteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from February 1, 2024 to and including February 29, 2024 [D.I. 17219, filed on June 11, 2024]

UU.    Certificate of No Objection [D.I. 20306, filed on July 12, 2024]

VV.    Sixteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from March 1, 2024 to and including March 31, 2024 [D.I. 17220, filed on June 11, 2024]

WW.    Certificate of No Objection [D.I. 20307, filed on July 12, 2024]

XX.    Seventeenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from April 1, 2024 to and including April 30, 2024 [D.I. 17221, filed on June 11, 2024]

YY.    Certificate of No Objection [D.I. 20308, filed on July 12, 2024]

ZZ.    Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

AAA.  Seventh Interim Fee Request of Jefferies LLC [D.I. 24709, filed on September 13, 2024]

BBB.  Supplement to Seventh Interim Fee Request of Jefferies LLC [D.I. 24716, filed on September 13, 2024]

CCC.  Eighteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from May 1, 2024 to and including May 31, 2024 [D.I. 24475, filed on September 10, 2024]

DDD.  Certificate of No Objection [D.I. 26284, filed on October 4, 2024]

EEE.  Nineteenth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from June 1, 2024 to and including June 30, 2024 [D.I. 24478, filed on September 10, 2024]

FFF.  Certificate of No Objection [D.I. 26285, filed on October 4, 2024]

GGG.  Twentieth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from July 1, 2024 to and including July 31, 2024 [D.I. 24479, filed on September 10, 2024]

HHH.  Certificate of No Objection [D.I. 26286, filed on October 4, 2024]

III.  Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

JJJ.  Eighth Interim Fee Request of Jefferies LLC [D.I. 28830, filed on December 16, 2024]

KKK.  Supplement to Eighth Interim Fee Request of Jefferies LLC [D.I. 28835, filed on December 16, 2024]

LLL.  Twenty-First Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from August 1, 2024 to and including August 31, 2024 [D.I. 28827, filed on December 16, 2024]

MMM. Certificate of No Objection [D.I. 29150, filed on January 7, 2025]

NNN. Twenty-Second Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from September 1, 2024 to and including September 30, 2024 [D.I. 28828, filed on December 16, 2024]

OOO. Certificate of No Objection [D.I. 29151, filed on January 7, 2025]

PPP. Twenty-Third Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from October 1, 2024 to and including October 8, 2024 [D.I. 28829, filed on December 16, 2024]

QQQ. Certificate of No Objection [D.I. 29152, filed on January 7, 2025]

RRR. Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

10. Final Fee Application of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Services Rendered and Reimbursement of Expenses for the Period from March 20, 2024 through and including October 8, 2024 [D.I. 29578, filed on February 14, 2025]

Related Documents:

A. First Interim Fee Application of Patterson Belknap Webb & Tyler LLP [D.I. 17628, filed on June 14, 2024]

B. First Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from March 20, 2024 through and including April 30, 2024 [D.I. 15090, filed on May 16, 2024]

C. Certificate of No Objection Regarding First Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from March 20, 2024, through and including April 30, 2024 [D.I. 17157, filed on June 10, 2024]

D. Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

E. Second Interim Fee Application of Patterson Belknap Webb & Tyler LLP [D.I. 24692, filed on September 13, 2024]

F.       Second Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from May 1, 2024 through and including June 30, 2024 [D.I. 22119, filed on August 1, 2024]

G.       Certificate of No Objection Regarding Second Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from May 1, 2024, through and including June 30, 2024 [D.I. 23574, filed on August 22, 2024]

H.       Third Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from July 1, 2024 through and including July 31, 2024 [D.I. 24038, filed on August 30, 2024]

I.       Certificate of No Objection Regarding Third Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from July 1, 2024, through and including July 31, 2024 [D.I. 25630, filed on September 23, 2024]

J.       Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

K.       Third Interim Fee Application of Patterson Belknap Webb & Tyler LLP [D.I. 28816, filed on December 16, 2024]

L.       Fourth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from August 1, 2024, through and including August 31, 2024 [D.I. 26038, filed on September 30, 2024]

M.       Certificate of No Objection Regarding Fourth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from August 1, 2024, through and including August 31, 2024 [D.I. 27208, filed on October 24, 2024]

N.       Fifth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from September 1, 2024, through and including September 30, 2024 [D.I. 27489, filed on October 31, 2024]

O.    Certificate of No Objection Regarding Fifth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from September 1, 2024, through and including September 30, 2024 [D.I. 28580, filed on December 5, 2024]

P.    Sixth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP as Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from October 1, 2024 through and including October 8, 2024 [D.I. 28581, filed on December 5, 2024]

Q.    Certificate of No Objection Regarding Sixth Monthly Fee Statement of Patterson Belknap Webb & Tyler LLP, Lead Counsel to the Examiner, for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from October 1, 2024, through and including October 8, 2024 [D.I. 29088, filed on December 27, 2024]

R.    Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

11.    Final Fee Application of Ashby & Geddes, P.A., as Delaware Counsel to the Examiner for Services Rendered and Reimbursement of Expenses Incurred for the Final Period from March 20, 2024 through and including October 8, 2024 [D.I. 29579, filed on February 14, 2025]

A.    First Interim Fee Application of Ashby & Geddes, P.A. [D.I. 28814, filed on December 16, 2024]

B.    First Monthly Fee Statement of Ashby & Geddes, P.A. as Delaware Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period March 20, 2024, through and including May 31, 2024 [D.I. 17789, filed on June 17, 2024]

C.    Certificate of No Objection Regarding First Monthly Fee Statement of Ashby & Geddes, P.A., as Delaware Counsel to the Examiner, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from March 20, 2024, through and including May 31, 2024 [D.I. 19860, filed on July 9, 2024]

D.    Second Monthly Fee Statement of Ashby & Geddes, P.A. as Delaware Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period June 1, 2024, through and including July 31, 2024 [D.I. 23077, filed on August 15, 2024]

E.    Certificate of No Objection Regarding Second Monthly Fee Statement of Ashby & Geddes, P.A., as Delaware Counsel to the Examiner, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from June 1, 2024, through and including July 31, 2024 [D.I. 24411, filed on September 9, 2024]

F.    Third Monthly Fee Statement of Ashby & Geddes, P.A. as Delaware Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period August 1, 2024, through and including August 31, 2024 [D.I. 25680, filed on September 25, 2024]

G.    Certificate of No Objection Regarding Third Monthly Fee Statement of Ashby & Geddes, P.A., as Delaware Counsel to the Examiner, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from August 1, 2024, through and including August 31, 2024 [D.I. 26902, filed on October 16, 2024]

H.    Fourth Monthly Fee Statement of Ashby & Geddes, P.A. as Delaware Counsel to the Examiner for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period September 1, 2024, through and including September 30, 2024 [D.I. 26903, filed on October 16, 2024]

I.    Certificate of No Objection Regarding Fourth Monthly Fee Statement of Ashby & Geddes, P.A., as Delaware Counsel to the Examiner, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period from September 1, 2024, through and including September 30, 2024 [D.I. 27740, filed on November 6, 2024]

J.    Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

12.    Final Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Final Period from November 11, 2022 through October 8, 2024 [D.I. 29749, filed on February 26, 2025]

Related Documents:

A.    First Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period from December 1, 2022 through January 31, 2024 [D.I. 9432, filed on March 15, 2024]

B.    Combined Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from December 1, 2022 through November 30, 2023 [D.I. 4929, filed on December 20, 2023]

C.    Certificate of No Objection [D.I. 5634, filed on January 11, 2024]

D.    Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from December 1, 2023 through December 31, 2023 [D.I. 5717, filed on January 16, 2024]

E.    Certificate of No Objection [D.I. 6865, filed on January 31, 2024]

F.    Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from January 1, 2024 through January 31, 2024 [D.I. 7487, filed on February 15, 2024]

G.    Certificate of No Objection [D.I. 8449, filed on March 4, 2024]

H.    Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

I.    Second Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period from February 1, 2024 through April 30, 2024 [D.I. 17640, filed on June 14, 2024]

J.    Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from February 1, 2024 through February 29, 2024 [D.I. 9795, filed on March 20, 2024]

K.    Certificate of No Objection [D.I. 11612, filed on April 10, 2024]

L.    Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2024 through March 31, 2024 [D.I. 11963, filed on April 16, 2024]

M.    Certificate of No Objection [D.I. 14232, filed on May 7, 2024]

N.    Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from April 1, 2024 through April 30, 2024 [D.I. 14909, filed on May 15, 2024]

54

O.    Certificate of No Objection [D.I. 16845, filed on June 5, 2024]

P.    Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

Q.    Third Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period from May 1, 2024 through July 31, 2024 [D.I. 24722, filed on September 13, 2024]

R.    Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2024 through May 31, 2024 [D.I. 17801, filed on June 17, 2024]

S.    Certificate of No Objection [D.I. 19887, filed on July 9, 2024]

T.    Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 [D.I. 20741, filed on July 17, 2024]

U.    Certificate of No Objection [D.I. 23503, filed on August 21, 2024]

V.    Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from July 1, 2024 through July 31, 2024 [D.I. 23149, filed on August 16, 2024]

W.    Certificate of No Objection [D.I. 24416, filed on September 9, 2024]

X.    Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

Y.    Fourth Interim Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for the Period from August 1, 2024 through October 8, 2024 [D.I. 28784, filed on December 13, 2024]

Z.    Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from August 1, 2024 through August 31, 2024 [D.I. 25229, filed on September 19, 2024]

AA.    Certificate of No Objection [D.I. 26552, filed on October 10, 2024]

BB.  Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024 [D.I. 26975, filed on October 18, 2024]

CC.  Certificate of No Objection [D.I. 27868, filed on November 11, 2024]

DD.  Monthly Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period October 1, 2024 through October 8, 2024 [D.I. 27967, filed on November 15, 2024]

EE.  Certificate of No Objection [D.I. 28786, filed on December 13, 2024]

FF.  Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

13.  Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2023 through and including October 8, 2024 [D.I. 29856, filed on March 4, 2025]

Related Documents:

A.  Combined First Monthly and First Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2023 through and including October 31, 2023 [D.I. 4858, filed on December 15, 2023]

B.  Certificate of No Objection Regarding Combined First Monthly and First Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2023 through October 31, 2023 [D.I. 5435, filed on January 8, 2024]

C.  Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

D.  Combined Second Monthly and Second Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period

November 1, 2023 through and including January 31, 2024 [D.I. 9550, filed on March 15, 2024]

E.  Certificate of No Objection Regarding Combined Second Monthly and Second Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2023 through and including January 31, 2024 [D.I. 11320, filed on April 5, 2024]

F.  Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

G.  Combined Third Monthly and Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 1, 2024, through and including April 30, 2024 [D.I. 17652, filed on June 14, 2024]

H.  Certificate of No Objection Regarding Combined the Third Monthly Fee Application Portion of the Combined Third Monthly and Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 1, 2024, through and including April 30, 2024 [D.I. 19892, filed on July 9, 2024]

I.  Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

J.  Combined Fourth Monthly and Fourth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2024, through and including July 31, 2024 [D.I. 24738, filed on September 13, 2024]

K.  Certificate of No Objection Regarding Combined Fourth Monthly and Fourth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2024, through and including July 31, 2024 [D.I. 26553, filed on October 10, 2024]

L.  Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

{1368.003-W0079817.5}

M.   Combined Fifth Monthly and Fifth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2024, through and including October 8, 2024 [D.I. 28421, filed on November 27, 2024]

N.   Certificate of No Objection Regarding Combined Fifth Monthly and Fifth Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2024, through and including October 8, 2024 [D.I. 28923, filed on December 19, 2024]

O.   Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

14.   Final Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from May 1, 2023 through and including October 8, 2024 [D.I. 29861, filed on March 4, 2025]

Related Documents:

A.   First Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from May 1, 2023, through October 31, 2023 [D.I. 4856, filed on December 15, 2023]

B.   First Combined Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 through September 30, 2023 [D.I. 4102, filed on November 22, 2023]

C.   Certificate of No Objection Regarding First Combined Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 through September 30, 2023 [D.I. 4695, filed on December 14, 2023]

D.   Second Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period

October 1, 2023 through October 31, 2023 [D.I. 4855, filed on December 15, 2023]

E.   Certificate of No Objection Regarding Second Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 through October 31, 2023 [D.I. 5434, filed on January 8, 2024]

F.   Fourth Omnibus Order Approving Interim Fee Applications [D.I. 9706, filed on March 19, 2024]

G.   Second Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from November 1, 2023, through January 31, 2024 [D.I. 9555, filed on March 15, 2024]

H.   Third Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023, through January 31, 2024 [D.I. 9554, filed on March 15, 2024]

I.   Certificate of No Objection Regarding Third Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through January 31, 2024 [D.I. 11315, filed on April 5, 2024]

J.   Fifth Omnibus Order Approving Interim Fee Applications [D.I. 17787, filed on June 17, 2024]

K.   Third Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from February 1, 2024, through April 30, 2024 [D.I. 17696, filed on June 14, 2024]

L.   Fourth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2024 through April 30, 2024 [D.I. 17695, filed on June 14, 2024]

M.   Certificate of No Objection Regarding Fourth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and

Reimbursement of Expenses for the Period from February 1, 2024, through April 30, 2024 [D.I. 19973, filed on July 10, 2024]

N.  Sixth Omnibus Order Approving Interim Fee Applications [D.I. 24510, filed on September 11, 2024]

O.  Fourth Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from May 1, 2024 through July 31, 2024 [D.I. 24749, filed on September 13, 2024]

P.  Fifth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period May 1, 2024 through July 31, 2024 [D.I. 24750, filed on September 13, 2024]

Q.  Certificate of No Objection Regarding Fifth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period May 1, 2024 through July 31, 2024 [D.I. 26557, filed on October 10, 2024]

R.  Seventh Omnibus Order Approving Interim Fee Applications [D.I. 28742, filed on December 12, 2024]

S.  Fifth Interim Fee Application of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from August 1, 2024, through and including October 8, 2024 [D.I. 28776, filed on December 13, 2024]

T.  Sixth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from August 1, 2024 through and including October 8, 2024 [D.I. 28775, filed on December 13, 2024]

U.  Certificate of No Objection Regarding Sixth Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the Period from August 1, 2024 through and including October 8, 2024 [D.I. 29757, filed on February 27, 2025]

V.  Eighth Omnibus Order Approving Interim Fee Applications [D.I. 29916, filed on March 13, 2025]

{1368.003-W0079817.5}

Responses Received:

A.      Objection to Eversheds Sutherland's Fee Application [D.I. 29994, filed on March 25, 2025]

15.    Fee Examiner's Summary Report on Final Fee Applications [D.I. 30064, filed on April 3, 2025]

Related Documents:

A.      Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on June 28, 2023 [D.I. 1663, filed on June 20, 2023]

B.      Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on September 13, 2023 [D.I. 2427, filed on September 5, 2023]

C.      Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on December 13, 2023 [D.I. 4492, filed on December 5, 2023]

D.      Fee Examiner's Summary Report on Fee Review Process and Fourth Interim Fee Applications [D.I. 9157, filed on March 12, 2024]

E.      Fee Examiner's Summary Report on Fee Review Process and Fifth Interim Fee Applications [D.I. 16172, filed on May 30, 2024]

F.      Fee Examiner's Summary Report on Fee Review Process and Sixth Interim Fee Applications [D.I. 24274, filed on September 5, 2024]

G.      Fee Examiner's Summary Report on Fee Review Process and Seventh Interim Fee Applications [D.I. 28501, filed on December 2, 2024]

H.      Fee Examiner's Summary Report on Fee Review Process and Eighth Interim Fee Applications [D.I. 29857, filed on March 4, 2025]

{1368.003-W0079817.5}