# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*[1] | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Simon E. Fraser, hereby certify that on the 17th day of April, 2025, I caused to be served a true and correct copy of the *Reply of North Field Technology Ltd. in Support of Motion for Entry of an Order (I) Granting Relief from the Automatic Stay; (II) Waiving Bankruptcy Rule 4001; and (III) Granting Related Relief* on all parties registered to receive electronic notice in the above-captioned cases via the Court's CM/ECF electronic notification system; and on the same day on the parties listed on the attached service list in the manner indicated.

Dated:  April 17, 2025

**COZEN O'CONNOR**

*/s/   Simon E. Fraser*
Simon E. Fraser (DE Bar No. 5335)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
E-mail: sfraser@cozen.com

*Attorneys for North Field Technology Ltd.*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Service List**

**VIA ELECTRONIC MAIL:**

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Christian P. Jensen
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
E-mail: bromleyj@sullcrom.com
E-mail: gluecksteinb@sullcrom.com
E-mail: jensenc@sullcrom.com
E-mail: dunnec@sullcrom.com
E-mail: crokej@sullcrom.com
E-mail: kranzleya@sullcrom.com

LANDIS RATH & COBB LLP
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
E-mail: brown@lrclaw.com
E-mail: pierce@lrclaw.com

Linda Richenderfer
OFFICE OF THE U.S. TRUSTEE
U.S. TRUSTEE'S OFFICE
844 King Street, Ste. 2207
Wilmington, DE 19801
E-mail: Linda.Richenderfer@usdoj.gov

PAUL HASTINGS LLP
Erez Gilad
Kristopher M. Hansen
Gabriel Sasson
200 Park Avenue
New York, NY 10166
E-mail: erezgilad@paulhastings.com
E-mail: krishandsen@paulhastings.com
E-mail: gabesasson@paulhastings.com

YOUNG CONAWAY
Jared W. Kochenash
Matthew Barry Lunn
Robert F. Poppiti, Jr.
Rodney Square
1000 N. King Street
Wilmington, DE 19801
E-mail: jkochenash@ycst.com
E-mail: mlunn@ycst.com
E-mail: rpoppiti@ycst.com

LEGAL\76992320\1