# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors.[1] | (Jointly Administered) |

### RENEWED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that on March 13, 2025, counsel for FTX Recovery Trust filed a *Notice of Obligation to File Renewal Request for Service of Documents Pursuant to Bankruptcy Rule 2002* [D.I. 29925].

**PLEASE TAKE FURTHER NOTICE** that Darrell M. Daley, of The Daley Law Firm LLC, attorney for interested parties Patrick Gruhn, Robin Matzke, Lorem Ipsum UG and Sheridan Investment Holdings, LLC ("Interested Parties"), hereby renews his appearance in the above-captioned case on behalf of Creditors, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. § 1109(b), and hereby renews the demand that all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon him at the address set forth below:

Darrell M. Daley<br>
The Daley Law Firm LLC<br>
4845 Pearl East Circle, Suite 101<br>
Boulder, CO 80301<br>
(303) 479-3500<br>
darrell@daleylawyers.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "**Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints, or other documents which, in any way, affect the above-captioned Debtors, their estates or their property.

**PLEASE TAKE FURTHER NOTICE** that the Interested Parties do not intend for this notice of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the Interested Parties' right to have final orders in non-core matters entered only after de novo review by the District Court, (2) the Interested Parties' right to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the Interested Parties' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which the Interested Parties are or may be entitled.

Dated: April 17, 2025.    **THE DALEY LAW FIRM LLC**

/s/ Darrell M. Daley
Darrell M. Daley, Esq. (admitted *pro hac vice*)
4845 Pearl East Circle, Suite 101
Boulder, CO 80301
Tel: (303) 479-3500
Email: Darrell@daleylawyers.com

*Counsel to Patrick Gruhn, Robin Matzke, Lorem Ipsum UG and Sheridan Investment Holdings, LLC*