# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Limited Objection of the FTX Recovery Trust to the Motion of Do Kwon to Enforce Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay (ECF 1693) [Docket No. 30052]

Dated: April 8, 2025

                                                                    */s/ Sonia Akter*
                                                                    Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 8, 2025, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

SRF 87386

**Exhibit A**

Exhibit A
Notice Parties Service List
Served via Email

| NAME | EMAIL |
|---|---|
| BLOCKFI INC., AND AFFILIATES, AS WIND-DOWN DEBTORS OF THEIR CHAPTER 11 PLAN ("BLOCKFI") | MBUSENKELL@GSBBLAW.COM |
| Counsel for Movant Do Kwon | kepstein@heckerfink.com |
| Counsel for Movant Do Kwon | shecker@heckerfink.com<br>dpatton@heckerfink.com<br>mferrara@heckerfink.com<br>jquinn@heckerfink.com<br>mcraig@heckerfink.com |
| Counsel for Terraform Plan Administrator | chris.koenig@kirkland.com<br>casey.mcgushin@kirkland.com |
| Counsel for Terraform Plan Administrator | christopher.greco@kirkland.com<br>elizabeth.jones@kirkland.com |
| Counsel for Terraform Plan Administrator | michael.williams@kirkland.com |
| TAI MO SHAN LIMITED | mark.minuti@saul.com |
| TAI MO SHAN LIMITED | peter.siddiqui@katten.com<br>elliott.bacon@katten.com<br>ethan.trotz@katten.com |