Objection to OMNIBUS OBJECTION TO CERTAIN OVERSTATED PROOFS OF CLAIM (CUSTOMER CLAIMS)

THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Debtor : FTX TRADING LTD.

Chapter 11

Case No. 22-11068 (JTD)

Claim number 70074

Name : Jose Luis Gonzalez Felix

UNIQUE COSTUMER CODE : 00680740

I, Jose Luis Gonzalez Felix, declare that under no circumstances was my claim overestimated.

The discrepancy between the valuation proposed by FTX and my valuation stems from the fact that, since I did not know how much FTX would value the BTC token, I used the valuation from the last time I had access to my account with the ability to carry out transactions.

I explain that I had an open futures position, which FTX valued at $20,454.24, and I valued at $25,352.

This discrepancy is due to the valuation of the BTC asset, which affects the valuation of the futures position. They value BTC, according to my calculations, at $17,108.03, and I value it at $16,280.22. The discrepancy is due to the time period used to perform the valuation.

I affirm that my claim is never fraudulent, as any price history can confirm that the BTC price even reached below $16,000 during the days of the FTX.com collapse.

I attach the historics BTC prices :



Therefore, under no circumstances can my positions be reduced to 0.

I accept that there may be a difference in BTC's valuation from my valuation, and I can accept FTX's valuation of my positions, but I cannot accept that my positions be reduced to 0.

Finally, I attach my contact information:

Jose Luis Gonzalez Felix
C/ Capellanes 18 1º A  Getafe Madrid ( Spain )
elmaildejoseluis@gmail.com
+34 661229917



PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

## USPS PRIORITY MAIL®

848549X1X1XPRI
Jose Luis Gonzalez Felix
C/ Capellanes 18 1º A
Getafe, madrid 28902

Office of the Clerk of the United States
824 N Market St FL 3
Wilmington, DE 19801

**USPS TRACKING # eVS**



**9205 5901 5266 1900 2185 9485 33**