# **EXHIBIT 1**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Certain Final Fee Applications

| Professional & Role in Case | Final Compensation Period & Final Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In-Possession* | 11/11/22 – 10/8/24 D.I. 29197 Filed 1/10/25 | $236,969,698.00 | $5,159,188.50 | $799,355.63 | $64,088.80 | $231,810,509.50 | $735,266.83 |
| **Eversheds Sutherland (US) LLP** *Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com* | 5/1/23 – 10/8/24 D.I. 29861 Filed 3/4/25 | $6,298,804.83 | $0.00 | $36,726.67 | $0.00 | $6,298,804.83 | $36,726.67 |