

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

    FTX Trading Ltd., *et al.*

    Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **CONFIDENTIAL CREDITOR** | **OPPS CY HOLDINGS, LLC** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | 1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>Email: cmclafferty@oaktreecapital.com |

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim #: 1064<br><br>(submitted on or about 03/01/2023] | CONFIDENTIAL CREDITOR | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Transferee:**
OPPS CY Holdings, LLC
By:    Oaktree Fund GP 2A, Ltd.
Its:    Manager
By:    Oaktree Capital Management Fund L.P.
Its:    Director

By: *Colin McLafferty*    DATE: 04/22/2025
Name:  Colin McLafferty
Title:  Vice President

By: *David Nicoll*    DATE: 04/23/2025
Name:  David Nicoll
Title:  Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8455/7248082.4

## Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

032-8455/7248082.4



# Creditor Data Details - Claim # 1064

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Mempool Flying Club Ltd as Transferee of Name on File Address on file | FTX Trading Ltd. | 1064 |
| | Date Filed | Schedule Number |
| | 03/01/2023 | n/a |
| | | Confirmation ID |
| | | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | JET | ASSERTED | 4321928.11 | 4321928.11 |
| FIAT | USD | ASSERTED | 284168.07 | 284168.07 |

## Transfer History

| Date Filed | Transfer Document | Transferor | Transferee |
|---|---|---|---|
| 11/14/2023 | DN 3769 - Redacted | Name on File | Name on File |