# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION OF MICHAEL LETO

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, in connection with the *Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief* [Docket No. 1584] (the "Motion"), D1 Ventures Ltd. will take the deposition by oral examination of Michael Leto.

**PLEASE TAKE FURTHER NOTICE** that the deposition of Michael Leto will commence on **May 12, 2025 at 10:00 a.m. (Eastern Time)**, at the offices of Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801. The deposition will proceed before an officer authorized by law to administer oaths, will be recorded by audio, video, and/or stenographic means, and will continue from day to day until completed.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4926-0884-2812.1 17797.001

| | |
|---|---|
| Dated: April 29, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Teddy M. Kapur (admitted *pro hac vice*) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier) 19801 |
| | Telephone:   (302) 652-4100 |
| | Facsimile:    (302) 653-4400 |
| | Email:          tkapur@pszjlaw.com |
| |                jrosell@pszjlaw.com |
| |                crobinson@pszjlaw.com |
| | *Counsel to D1 Ventures Ltd.* |