**<u>Exhibit B</u>**

**Blackline**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) |
|  | ) Case No. 22-11068 (~~JTD~~KBO) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |
|  | ) Related to Docket Nos. ~~1632, 1683,~~1693~~,~~ and 2~~2~~9773~~5~~ |
|  | ) |
|  | ) ~~Hearing Date: March 13, 2025~~ |
|  | ) ~~Objection Deadline: March 6, 2025~~ |

**ORDER GRANTING DO KWON'S MOTION TO ~~ENFORCE~~**
**ENFORCE ORDER GRANTING MOTION OF PYTH DATA**
**ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY (ECF 1693)**

Upon consideration of the motion of Do Kwon [Docket No. 29773] (the "Motion") and the joinder [Docket No. 29808] by the plan administrator (the "Plan Administrator") for the Terraform Wind Down Trust (as defined below), seeking entry of an order enforcing this Court's ~~O~~order granting Pyth Data Association's ("PDA") motion for relief from the automatic stay~~; and the~~ [Docket No. 1693] (the "Automatic Stay Order"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having explicitly "retain[ed] jurisdiction with respect to all matters arising from or related to the implementation" of ~~its Order permitting the PDA reminting plan, ECF 1693 ¶ 6; see Travelers Indem. Co. v. Bailey, 557 U.S. 137, 151 (2009);~~the Automatic Stay Order, ¶ 6; and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

the Court having determined that the legal and factual bases set forth in the ~~m~~Motion and at the hearing before the Court on April 17, 2025 establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. ~~Kwon's~~The ~~m~~Motion is GRANTED as set forth herein.

~~2. PDA shall comply with this Court's June 23, 2023 Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay, ECF 1693, and apply "reasonable and customary customer identification" procedures to Kwon. Those procedures could take the form of either:~~

- ~~Respecting Kwon's power of attorney and applying the Synaps live face verification procedures to his wife, wife, Lee Daeun; or~~
- ~~Providing Kwon an alternative to the live face verification procedure, such as providing other forms of identification (e.g., driver's license or passport).~~

2. ~~3. Following completion of the customer identification process, PDA must~~PDA is directed to transfer 500,000,000 New PYTH tokens to the wind down trust established for Terraform Labs Pte. Ltd.'s bankruptcy case (*In re: Terraform Labs Pte. Ltd.*, No. 24-10070 (BLS) (Bankr. D. Del.)) (the "Terraform Wind Down Trust") ~~within 14 calendar days, *see* Final Judgment Against Defendants Terraform Labs Pte Ltd. and Do Hyeong Kwon, *SEC v. Terraform Labs Pte Ltd.*, No. 23 Civ. 1346 (S.D.N.Y. June 12, 2024), ECF 273.~~in accordance with the terms of this Order and the agreed-upon Token Delivery Agreement attached hereto as Exhibit A.

~~4. After completing the transfer of the tokens, PDA shall file a declaration with the Court, explaining the approach taken and confirming that it has fully transferred the tokens to the Terraform Wind Down Trust.~~

3.      As soon as reasonably practicable after the entry of this Order, each of PDA and the Terraform Plan Administrator on behalf of the Terraform Wind Down Trust shall execute the Token Delivery Agreement.

4.      As soon as reasonably practicable after execution of the Token Delivery Agreement, PDA shall deliver 500,000,000 New PYTH tokens to the Terraform Wind Down Trust as set forth in the Token Delivery Agreement.

5.      In the event the 500,000,000 New PYTH tokens are not transferred by PDA to the Terraform Wind Down Trust on or before May 23, 2025, PDA and the Terraform Wind Down Trust may, either jointly or separately, file a notice on the docket providing an update on the status of the transfer and requesting a status conference with this Court to the extent necessary.

6.      For the avoidance of doubt, no provision of this Order or the Token Delivery Agreement shall result in ownership of the 500,000,000 New PYTH tokens reverting to PDA, including but not limited to the Terraform Wind Down Trust's failure to sign the Token Delivery Agreement.

7.      5. This Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation, and/or enforcement of this Order.

**Exhibit 1**

**Token Delivery Agreement**