IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | : : : : : : | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel hereby withdraws the appearance of Linda Richenderfer, Esq. as counsel of record for the United States Trustee for Region 3 in the above-captioned cases.

PLEASE TAKE NOTICE that the undersigned requests that Linda Richenderfer, Esq. be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: May 1, 2025
      Wilmington, Delaware

Respectfully submitted,
**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGION 3**

By: */s/ Jonathan Lipshie*
Benjamin A. Hackman
Jonathan Lipshie
Trial Attorneys
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
benjamin.a.hackman@usdoj.gov
jon.lipshie@usdoj.gov

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.