# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 22, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the D1 Ventures Ltd., Pachulski Stang Ziehl & Jones LLP, tkapur@pszjlaw.com, jrosell@pszjlaw.com, crobinson@pszjlaw.com:

- Objection of the FTX Recovery Trust to (A) D1 Ventures Ltd. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief and (B) Administrative Claim of D1 Ventures Ltd [Docket No. 30270]

- Declaration of Michael Leto in Support of the Objection of the FTX Recovery Trust to (A) D1 Ventures Ltd. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief and (B) Administrative Claim of D1 Ventures Ltd [Docket No. 30271]

[Remainder of page intentionally left blank]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: May 1, 2025

                                                             */s/ Amy Castillo*
                                                              Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 1, 2025, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028