IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | ) <br>) Chapter 11<br>) <br>) Case No. 22-11068 (KBO)<br>) <br>) (Jointly Administered)<br>) <br>) Related to Docket Nos. 1693, 29773 and 30349<br>) |

**ORDER GRANTING DO KWON'S MOTION TO
ENFORCE ORDER GRANTING MOTION OF PYTH DATA
ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY (ECF 1693)**

Upon consideration of the motion of Do Kwon [Docket No. 29773] (the "Motion") and the joinder [Docket No. 29808] by the plan administrator (the "Plan Administrator") for the Terraform Wind Down Trust (as defined below), seeking entry of an order enforcing this Court's order granting Pyth Data Association's ("PDA") motion for relief from the automatic stay [Docket No. 1693] (the "Automatic Stay Order"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having explicitly "retain[ed] jurisdiction with respect to all matters arising from or related to the implementation" of the Automatic Stay Order, ¶ 6; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing before the Court on April 17, 2025

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. PDA is directed to transfer 500,000,000 New PYTH tokens to the wind down trust established for Terraform Labs Pte. Ltd.'s bankruptcy case (*In re: Terraform Labs Pte. Ltd.*, No. 24-10070 (BLS) (Bankr. D. Del.)) (the "Terraform Wind Down Trust") in accordance with the terms of this Order and the agreed-upon Token Delivery Agreement attached hereto as **Exhibit 1**.

3. As soon as reasonably practicable after the entry of this Order, each of PDA and the Terraform Plan Administrator on behalf of the Terraform Wind Down Trust shall execute the Token Delivery Agreement.

4. As soon as reasonably practicable after execution of the Token Delivery Agreement, PDA shall deliver 500,000,000 New PYTH tokens to the Terraform Wind Down Trust as set forth in the Token Delivery Agreement.

5. In the event the 500,000,000 New PYTH tokens are not transferred by PDA to the Terraform Wind Down Trust on or before May 23, 2025, PDA and the Terraform Wind Down Trust may, either jointly or separately, file a notice on the docket providing an update on the status of the transfer and requesting a status conference with this Court to the extent necessary.

6. For the avoidance of doubt, no provision of this Order or the Token Delivery Agreement shall result in ownership of the 500,000,000 New PYTH tokens reverting to PDA, including but not limited to the Terraform Wind Down Trust's failure to sign the Token Delivery Agreement.

7. This Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation, and/or enforcement of this Order.

Dated: May 2nd, 2025
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE