## <u>SCHEDULE 1</u>

**Duplicate Portal Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Fifty-First Omnibus Claims Objection**
**Schedule 1 - Substantive Duplicate Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| | | | Claims to be Disallowed | | | | | Surviving Claims | |
| 97639 | Name on file | FTX Trading Ltd. | | Undetermined* | 26221 | Name on file | FTX Trading Ltd. | ADA-0325 | 0.000000000000000 |
| | | | | | | | | ADABULL | 1,499.786150000000000 |
| | | | | | | | | ADA-PERP | 0.000000000000000 |
| | | | | | | | | ANC-PERP | 0.000000000000000 |
| | | | | | | | | APE-PERP | 0.000000000000000 |
| | | | | | | | | AXS-PERP | 0.000000000000000 |
| | | | | | | | | BCH-PERP | 0.000000000000000 |
| | | | | | | | | BTC-0930 | 0.000000000000000 |
| | | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | | CHZ-PERP | 0.000000000000000 |
| | | | | | | | | DOGEBEAR2021 | 0.016260000000000 |
| | | | | | | | | DOGEBULL | 1,361.848780000000000 |
| | | | | | | | | ETHBULL | 5.102425200000000 |
| | | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | FIL-PERP | 0.000000000000000 |
| | | | | | | | | FTT | 0.000000022562329 |
| | | | | | | | | FTT-PERP | 0.000000000000000 |
| | | | | | | | | FXS-PERP | 0.000000000000000 |
| | | | | | | | | GLMR-PERP | 0.000000000000000 |
| | | | | | | | | GMT-PERP | 0.000000000000000 |
| | | | | | | | | GRT-0624 | 0.000000000000000 |
| | | | | | | | | GST-PERP | 0.000000000000000 |
| | | | | | | | | HOT-PERP | 0.000000000000000 |
| | | | | | | | | ICP-PERP | 0.000000000000000 |
| | | | | | | | | IMX-PERP | 0.000000000000000 |
| | | | | | | | | KAVA-PERP | 0.000000000000000 |
| | | | | | | | | KNCBULL | 64,635.034000000000000 |
| | | | | | | | | LOOKS-PERP | 0.000000000000000 |
| | | | | | | | | LRC-PERP | 0.000000000000000 |
| | | | | | | | | LUNA2 | 1,841.125610241100 |
| | | | | | | | | LUNA2_LOCKED | 4.295970860420300 |
| | | | | | | | | LUNC | 1,223.077282000000000 |
| | | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | | MATICBULL | 1,297.734000000000000 |
| | | | | | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | NEO-PERP | 0.000000000000000 |
| | | | | | | | | ONT-PERP | 0.000000000000000 |
| | | | | | | | | OP-PERP | 0.000000000000000 |
| | | | | | | | | PEOPLE-PERP | 0.000000000000000 |
| | | | | | | | | RNDR-PERP | 0.000000000000000 |
| | | | | | | | | SPELL-PERP | 0.000000000000000 |
| | | | | | | | | THETABULL | 211.957600000000000 |
| | | | | | | | | THETA-PERP | 0.000000000000000 |
| | | | | | | | | TLM | 0.944000000000000 |
| | | | | | | | | TLM-PERP | 0.000000000000000 |
| | | | | | | | | TRX | 0.001811000000000 |
| | | | | | | | | USD | 43.999821071835500 |
| | | | | | | | | USDT | 0.000871270011242 |
| | | | | | | | | VET-PERP | 0.000000000000000 |
| | | | | | | | | XRP-PERP | 0.000000000000000 |
| | | | | | | | | ZECBULL | 2,667.464400000000000 |
| | | | | | | | | ZIL-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 97660 | Name on file | FTX Trading Ltd. | | Undetermined* | 26221 | Name on file | FTX Trading Ltd. | ADA-0325 | 0.000000000000000 |
| | | | | | | | | ADABULL | 1,499.786150000000000 |
| | | | | | | | | ADA-PERP | 0.000000000000000 |
| | | | | | | | | ANC-PERP | 0.000000000000000 |
| | | | | | | | | AXS-PERP | 0.000000000000000 |
| | | | | | | | | BCH-PERP | 0.000000000000000 |
| | | | | | | | | BTC-0930 | 0.000000000000000 |
| | | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | | DOGEBEAR2021 | 0.016260000000000 |
| | | | | | | | | DOGEBULL | 1,361.848780000000000 |
| | | | | | | | | ETHBULL | 5.102425200000000 |
| | | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | FIL-PERP | 0.000000000000000 |
| | | | | | | | | FTT | 0.000000022562329 |
| | | | | | | | | FTT-PERP | 0.000000000000000 |
| | | | | | | | | FXS-PERP | 0.000000000000000 |
| | | | | | | | | GLMR-PERP | 0.000000000000000 |
| | | | | | | | | GMT-PERP | 0.000000000000000 |
| | | | | | | | | GST-0624 | 0.000000000000000 |
| | | | | | | | | GST-PERP | 0.000000000000000 |
| | | | | | | | | HOT-PERP | 0.000000000000000 |
| | | | | | | | | ICP-PERP | 0.000000000000000 |
| | | | | | | | | IMX-PERP | 0.000000000000000 |
| | | | | | | | | KAVA-PERP | 0.000000000000000 |
| | | | | | | | | KNCBULL | 64,635.034000000000000 |
| | | | | | | | | LOOKS-PERP | 0.000000000000000 |
| | | | | | | | | LRC-PERP | 0.000000000000000 |
| | | | | | | | | LUNA2 | 1,841.125610241100 |
| | | | | | | | | LUNA2_LOCKED | 4.295970860420300 |
| | | | | | | | | LUNC | 1,223.077282000000000 |
| | | | | | | | | LUNC-PERP | 0.000000000000000 |
| | | | | | | | | MATICBULL | 1,297.734000000000000 |
| | | | | | | | | NEAR-PERP | 0.000000000000000 |
| | | | | | | | | NEO-PERP | 0.000000000000000 |
| | | | | | | | | ONT-PERP | 0.000000000000000 |
| | | | | | | | | OP-PERP | 0.000000000000000 |
| | | | | | | | | PEOPLE-PERP | 0.000000000000000 |
| | | | | | | | | RNDR-PERP | 0.000000000000000 |
| | | | | | | | | SPELL-PERP | 0.000000000000000 |
| | | | | | | | | THETABULL | 211.957600000000000 |
| | | | | | | | | THETA-PERP | 0.000000000000000 |
| | | | | | | | | TLM | 0.944000000000000 |
| | | | | | | | | TLM-PERP | 0.000000000000000 |
| | | | | | | | | TRX | 0.001811000000000 |
| | | | | | | | | USD | 43.999821071835500 |
| | | | | | | | | USDT | 0.000871270011242 |
| | | | | | | | | VET-PERP | 0.000000000000000 |
| | | | | | | | | XRP-PERP | 0.000000000000000 |
| | | | | | | | | ZECBULL | 2,667.464400000000000 |
| | | | | | | | | ZIL-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 98414 | Name on file | FTX Trading Ltd. | ETH | 0.948819690000000 | 26396* | Name on file | FTX Trading Ltd. | ETH | 0.948819690000000 |
| | | | ETHW | 0.948819690000000 | | | | ETHW | 0.948819690000000 |
| | | | EUR | 1,077.800000000000000 | | | | EUR | 1,077.991800000000000 |
| | | | USD | 209.620000000000000 | | | | USD | 209.624196512752000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Twenty-Second (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 98416 | Name on file | FTX Trading Ltd. | BTC | | 54668* | Name on file | FTX Trading Ltd. | BTC | 0.063640050000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Eleventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 98417 | Name on file | FTX Trading Ltd. | BTC | | 55343* | Name on file | FTX Trading Ltd. | BTC | 0.003975800000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Tenth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 98364 | Name on file | FTX Trading Ltd. | | Undetermined* | 34770 | Name on file | FTX Trading Ltd. | DOGE | 0.183774190000000 |
| | | | | | | | | ETH | 0.097530160000000 |
| | | | | | | | | ETHW | 0.097004330000000 |
| | | | | | | | | USD | 5.340000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 98400 | Name on file | West Realm Shires Services Inc. | BTC | 0.023341980000000 | 23311* | Name on file | West Realm Shires Services Inc. | BTC | 0.023341980000000 |
| | | | DOGE | 1.000000000000000 | | | | DOGE | 1.000000000000000 |
| | | | ETH | 0.128230330000000 | | | | ETH | 0.128230330000000 |
| | | | ETHW | 0.128086100000000 | | | | ETHW | 0.128086100000000 |
| | | | USD | 7.991704090000000 | | | | USD | 0.797945890000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the FTX Recovery Trust's Seventy-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|---|---|---|---|---|
| 98331 | Name on file | FTX Trading Ltd. | USD | 60.270000000000000 | 76271 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 |
| | | | | | | | | AAVE-PERP | 0.000000000000000 |
| | | | | | | | | AGLD-PERP | 0.000000000000000 |
| | | | | | | | | ALCX-PERP | 0.000000000000000 |
| | | | | | | | | ALGO-PERP | 0.000000000000000 |
| | | | | | | | | ALICE-PERP | 0.000000000000000 |
| | | | | | | | | ALPHA-PERP | 0.000000000000000 |
| | | | | | | | | AR-PERP | 0.000000000000000 |
| | | | | | | | | ASD-PERP | 0.000000000000000 |
| | | | | | | | | ATLAS-PERP | 0.000000000000000 |
| | | | | | | | | ATOM-PERP | 0.000000000000000 |
| | | | | | | | | AVAX-PERP | 0.000000000000000 |
| | | | | | | | | AXS-PERP | 0.000000000000000 |
| | | | | | | | | BADGER-PERP | 0.000000000000000 |
| | | | | | | | | BAL-PERP | 0.000000000000000 |
| | | | | | | | | BAND-PERP | 0.000000000000000 |
| | | | | | | | | BNB-PERP | 0.000000000000000 |
| | | | | | | | | BNB-PERP | 0.000000000000000 |
| | | | | | | | | BNT-PERP | 0.000000000000000 |
| | | | | | | | | BOBA-PERP | 0.000000000000000 |
| | | | | | | | | BTC-PERP | 0.000000000000000 |
| | | | | | | | | BTTMO-PERP | 0.000000000000000 |
| | | | | | | | | C98-PERP | 0.000000000000000 |
| | | | | | | | | CEL-PERP | 0.000000000000000 |
| | | | | | | | | CHR-PERP | 0.000000000000000 |
| | | | | | | | | CHZ-PERP | 0.000000000000000 |
| | | | | | | | | CLV-PERP | 0.000000000000000 |
| | | | | | | | | CONV-PERP | 0.000000000000000 |
| | | | | | | | | CRO-PERP | 0.000000000000000 |
| | | | | | | | | CRV-PERP | 0.000000000000000 |
| | | | | | | | | CVC-PERP | 0.000000000000000 |
| | | | | | | | | DASH-PERP | 0.000000000000000 |
| | | | | | | | | DENT-PERP | 0.000000000000000 |
| | | | | | | | | DODO-PERP | 0.000000000000000 |
| | | | | | | | | DOGE-PERP | 0.000000000000000 |
| | | | | | | | | DOT-PERP | 0.000000000000000 |
| | | | | | | | | EGLD-PERP | 0.000000000000000 |
| | | | | | | | | ENJ-PERP | 0.000000000000000 |
| | | | | | | | | EOS-PERP | 0.000000000000028 |
| | | | | | | | | ETC-PERP | 0.000000000000000 |
| | | | | | | | | ETH-PERP | 0.000000000000000 |
| | | | | | | | | FLM-PERP | 0.000000000000000 |
| | | | | | | | | FLOW-PERP | 0.000000000000000 |

PARTIAL footer text (illegible): Disallowing claim was entered modified on the FTX Recovery Trust's Omnibus Objections ... (Customer Claims). Disallowing claim was entered modified on the FTX Recovery Trust's Omnibus Objections ... (Customer Claims).

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | FTM-PERP | 0.00000000000000000 |
| | | | | | | | | GALA-PERP | 0.00000000000000000 |
| | | | | | | | | GRT-PERP | 0.00000000000000000 |
| | | | | | | | | HBAR-PERP | 0.00000000000000000 |
| | | | | | | | | HNT-PERP | 0.00000000000000000 |
| | | | | | | | | HT-PERP | 0.00000000000000000 |
| | | | | | | | | ICP-PERP | 0.00000000000135 |
| | | | | | | | | KAVA-PERP | 0.00000000000000000 |
| | | | | | | | | KIN-PERP | 0.00000000000000000 |
| | | | | | | | | LEO-PERP | 0.00000000000000000 |
| | | | | | | | | LINA-PERP | 0.00000000000000000 |
| | | | | | | | | LINK-PERP | 0.00000000000000000 |
| | | | | | | | | LRC-PERP | 0.00000000000000000 |
| | | | | | | | | LTC-PERP | 0.00000000000000000 |
| | | | | | | | | LUNA2 | 1.62110940000000 |
| | | | | | | | | LUNA2_LOCKED | 1.76258762000000 |
| | | | | | | | | LUNC | 353,000.0000000000000000 |
| | | | | | | | | LUNC-PERP | 0.00000000000000001 |
| | | | | | | | | MANA-PERP | 0.00000000000000000 |
| | | | | | | | | MATIC-PERP | 0.00000000000000000 |
| | | | | | | | | MER-PERP | 0.00000000000000000 |
| | | | | | | | | MNGO-PERP | 0.00000000000000000 |
| | | | | | | | | MTA-PERP | 0.00000000000000000 |
| | | | | | | | | MTL-PERP | 0.00000000000000909 |
| | | | | | | | | NEO-PERP | 0.00000000000000000 |
| | | | | | | | | OKB-PERP | 0.00000000000000000 |
| | | | | | | | | OMG-PERP | 0.00000000000000000 |
| | | | | | | | | ONE-PERP | 0.00000000000000000 |
| | | | | | | | | ONT-PERP | 0.00000000000000000 |
| | | | | | | | | ORBS-PERP | 0.00000000000000000 |
| | | | | | | | | OXY-PERP | 0.00000000000000000 |
| | | | | | | | | PAXG-PERP | 0.00000000000000000 |
| | | | | | | | | POLIS-PERP | 0.00000000000014 |
| | | | | | | | | PROM-PERP | 0.00000000000000000 |
| | | | | | | | | PUNDIX-PERP | 0.00000000000000000 |
| | | | | | | | | RAMP-PERP | 0.00000000000000000 |
| | | | | | | | | REN-PERP | 0.00000000000000000 |
| | | | | | | | | RNDR-PERP | 0.00000000000000028 |
| | | | | | | | | ROOK-PERP | 0.00000000000000000 |
| | | | | | | | | RSR-PERP | 0.00000000000000000 |
| | | | | | | | | RUNE-PERP | 0.00000000006139 |
| | | | | | | | | SAND-PERP | 0.00000000000000000 |
| | | | | | | | | SHIB-PERP | 0.00000000000000000 |
| | | | | | | | | SLP-PERP | 0.00000000000000000 |
| | | | | | | | | SNX-PERP | 0.00000000000000000 |
| | | | | | | | | SOL-PERP | 0.00000000000000000 |
| | | | | | | | | SPELL-PERP | 0.00000000000000000 |
| | | | | | | | | SRM-PERP | 0.00000000000000000 |
| | | | | | | | | SRN-PERP | 0.00000000000000000 |
| | | | | | | | | STEP | 0.00000000171490 |
| | | | | | | | | STEP-PERP | 0.00000000062958 |
| | | | | | | | | STMX-PERP | 0.00000000000000000 |
| | | | | | | | | STORJ-PERP | 0.00000000000000000 |
| | | | | | | | | SUSHI-PERP | 0.00000000000000000 |
| | | | | | | | | SXP-PERP | 0.00000000000227 |
| | | | | | | | | THETA-PERP | 0.00000000000000000 |
| | | | | | | | | TLM-PERP | 0.00000000000000000 |
| | | | | | | | | TOMO-PERP | 0.00000000000014 |
| | | | | | | | | TRU-PERP | 0.00000000000000000 |
| | | | | | | | | TRX | 0.00000000000000000 |
| | | | | | | | | TRX-PERP | 0.00000000000000000 |
| | | | | | | | | TRYB-PERP | 0.00000000000000000 |
| | | | | | | | | TULIP-PERP | 0.00000000000000000 |
| | | | | | | | | UNI-PERP | 0.00000000000000000 |
| | | | | | | | | USD | 0.00000025245303 |
| | | | | | | | | USDT | 0.00000000036894 |
| | | | | | | | | USDT-PERP | 0.00000000000000000 |
| | | | | | | | | VET-PERP | 0.00000000000000000 |
| | | | | | | | | WAVES-PERP | 0.00000000000000000 |
| | | | | | | | | XLM-PERP | 0.00000000000000000 |
| | | | | | | | | XRP-PERP | 0.00000000000000000 |
| | | | | | | | | XTZ-PERP | 0.00000000000000000 |
| | | | | | | | | YFI-PERP | 0.00000000000000000 |
| | | | | | | | | ZIL-PERP | 0.00000000000000000 |

| 98311 | Name on file | USD | | 2,031.39000000000000 | 25430* | Name on file | West Realm Shires Services Inc. | USD | 2,030.00000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundredth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| 99409 | Name on file | FTX Trading Ltd. | AAVE | 0.00000097195413 | 66767 | Name on file | FTX Trading Ltd. | AAVE | 0.00000097195413 |
| | | | BTC | 0.16920664769747 | | | | ALGO | 0.00000001287462 |
| | | | ETH | 4.53866392267806 | | | | BTC | 0.16920664769747 |
| | | | FTT | 0.00071871513428 | | | | ETH | 4.53866392267806 |
| | | | MATIC | 0.00000004365750 | | | | ETHW | 0.00000004132833 |
| | | | USDT | 46,481.36044404370000 | | | | EUR | 0.00000012641283 |
| | | | | | | | | FTT | 0.00071871513428 |
| | | | | | | | | MATIC | 0.00000004365750 |
| | | | | | | | | SRM | 0.03840490000000 |
| | | | | | | | | SRM_LOCKED | 0.07567089000000 |
| | | | | | | | | UBXT | 46,481.36044404370000 |
| | | | | | | | | UBXT_LOCKED | 229.56984756000000 |
| | | | | | | | | USD | 0.00000000000000 |
| | | | | | | | | USDT | 0.00313123037475e |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98430 | Name on file | FTX Trading Ltd. | CHF | 0.04485731851080 | 63928 | Name on file | FTX Trading Ltd. | CHF | 0.14413403000000 |
| | | | LINK | 0.00000001131666 | | | | LINK | 0.04485731851080 |
| | | | LUNA2 | 0.00292618057080 | | | | LUNA2 | 0.00000001131666 |
| | | | LUNC | 0.00268198575080 | | | | LUNA2_LOCKED | 0.00000002818887 |
| | | | SOL | 13.04501141838000 | | | | SOL | 0.00268198375080 |
| | | | USDT | 0.00697197127142 | | | | SOL | 13.04501141838000 |
| | | | XRP | 0.00000000529543 | | | | USD | 0.00697197127142 |
| | | | | | | | | USDT | 0.00000000529543 |
| | | | | | | | | XRP | 0.99700000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 16189 | Name on file | FTX Trading Ltd. | ETH | 0.00000002900000 | 98421 | Name on file | FTX Trading Ltd. | POC Other NFT Assertions: AZELIA #1 | 1.00000000000000 |
| | | | NFT (2019209494601592/AZELIA #1) | 1.00000000000000 | | | | POC Other NFT Assertions: AZELIA #3 | 1.00000000000000 |
| | | | NFT (3995408316006989170/AZELIA #4) | 1.00000000000000 | | | | POC Other NFT Assertions: AZELIA #4, AZELIA #5 | 1.00000000000000 |
| | | | NFT (4876346793349493574/AZELIA #5) | 1.00000000000000 | | | | | |
| | | | NFT(5162790037714772521/AZELIA #4 | 1.00000000000000 | | | | | |
| | | | NFT(5716385403405560995) AZELIA #5 | 0.00031527330649 | | | | | |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98490 | Name on file | FTX Trading Ltd. | APE | 0.00000000000028 | 39981 | Name on file | FTX Trading Ltd. | APE-PERP | 0.00000000000028 |
| | | | BTC | 0.00000000136200 | | | | BTC | 0.00000000136200 |
| | | | ETH | 5.90881800000000 | | | | BTC-PERP | 0.00000000000000 |
| | | | FTT | 3.30000000000000 | | | | ETH | 5.90881800000000 |
| | | | LUNA2 | 0.57691058000000 | | | | ETH-PERP | 0.00000000000000 |
| | | | USD | 0.72889153000275 | | | | FTT | 3.30000000000000 |
| | | | USDT | 0.00000000506805 | | | | FTT-PERP | 0.00000000000000 |
| | | | | | | | | LUNA2 | 0.57691058000000 |
| | | | | | | | | LUNA2_LOCKED | 1.34617447000000 |
| | | | | | | | | LUNC-PERP | 0.00000000000000 |
| | | | | | | | | SHIB-PERP | 0.00000000000000 |
| | | | | | | | | SOL-PERP | 0.00000000000000 |
| | | | | | | | | USD | 0.72889153000275 |
| | | | | | | | | USDT | 0.00000000506805 |
| | | | | | | | | USTC-PERP | 0.00000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98435 | Name on file | FTX EU Ltd. | Undetermined* | 62489 | Name on file | FTX Trading Ltd. | ALICE-PERP | 0.00000000000000 |
| | | | | | | | | DOT | 5.79785143892767 |
| | | | | | | | | EUR | 295.00000000000000 |
| | | | | | | | | FTM-PERP | 0.00000000000000 |
| | | | | | | | | FTT | 0.12407358428000 |
| | | | | | | | | LUNA2 | 0.24283836330000 |
| | | | | | | | | LUNC | 22,662.24308810000000 |
| | | | | | | | | NEAR | 1.90000000000000 |
| | | | | | | | | NEAR-PERP | 0.00000000000047 |
| | | | | | | | | ONE-PERP | 0.00000000000000 |
| | | | | | | | | SOL | 4.51883210122843 |
| | | | | | | | | USD | -267.37902316203560 |
| | | | | | | | | USDT | 2.06864522614295 |
| | | | | | | | | WAVES-PERP | 0.00000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98310 | Name on file | FTX Trading Ltd. | BTC | 0.47879003000000 | 33019* | Name on file | FTX Trading Ltd. | BTC | 0.47879003261980 |
| | | | DOGE | 10,057.48755761000000 | | | | DOGE | 10,057.48755761200000 |
| | | | FTT | 0.09557755000000 | | | | FTT | 0.09557755854279 |
| | | | SOL | 2,702.89234702000000 | | | | SOL | 2,702.89234702000000 |
| | | | SRM | 518.19727436000000 | | | | SRM | 518.19727436000000 |
| | | | USDT | 3,283.78000000000000 | | | | SRM_LOCKED | 0.00000000000000 |
| | | | | | | | | USD | 3,283.78274239626000 |
| | | | | | | | | USDT | 0.00000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Thirty-Eighth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims).

| 98418 | Name on file | FTX Trading Ltd. | Undetermined* | 96580* | Name on file | FTX Trading Ltd. | BTC | 0.00062000000000 |
| | | | | | | | | ETH | 0.08000000000000 |
| | | | | | | | | ETHW | 0.08000000000000 |
| | | | | | | | | USD | 3.62533775945250 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Thirty-Fifth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims).

| 97429 | Name on file | FTX Trading Ltd. | BICO | 1,285.00672921000000 | 36760 | Name on file | FTX Trading Ltd. | BICO | 1,285.00672921000000 |
| | | | BTC | 0.09407340000000 | | | | BTC | 0.09407340622000 |
| | | | CQT | 1,075.21006983000000 | | | | CQT | 1,075.21006983000000 |
| | | | ETH | 0.04626594000000 | | | | DOT | 0.04626594000000 |
| | | | ETHW | 20.15975181000000 | | | | ETH | 0.04626594000000 |
| | | | HMT | 953.85441341000000 | | | | EUR | 0.00000000043717 |
| | | | IMX | 872.37890951000000 | | | | FTT | 20.15975181000000 |
| | | | LTC | 0.15704453000000 | | | | HMT | 953.85441341000000 |
| | | | LUNA2 | 18.57019301000000 | | | | IMX | 872.37890951000000 |
| | | | SOL | 11.65885447000000 | | | | LTC | 0.15704453000000 |
| | | | USDT | 58.61000000000000 | | | | LUNA2 | 18.57019301000000 |
| | | | | | | | | LUNA2_LOCKED | 0.00000001044000 |
| | | | | | | | | LUNC | 0.00000001044000 |
| | | | | | | | | MATIC | 0.00000007440000 |
| | | | | | | | | SOL | 11.65885447800000 |

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | USD | 0.00000002496195 |
| | | | | | | | | USDT | 58.6145651664380 |
| 57398 | Name on file | FTX Trading Ltd. | | Undetermined* | 24988 | Name on file | FTX Trading Ltd. | AAVE | 0.66026965000000 |
| | | | | | | | | AKRO | 1.00000000000000 |
| | | | | | | | | ATLAS | 1,256.996593890000000 |
| | | | | | | | | BAO | 14.00000000000000 |
| | | | | | | | | BAT | 156.750774010000000 |
| | | | | | | | | BF_POINT | 100.000000000000000 |
| | | | | | | | | BNB | 0.25102418000000 |
| | | | | | | | | BTC | 0.11616942000000 |
| | | | | | | | | CRV | 8.55221042000000 |
| | | | | | | | | DENT | 5.00000000000000 |
| | | | | | | | | DYDX | 3.50457848000000 |
| | | | | | | | | ENJ | 445.10750138000000 |
| | | | | | | | | ETH | 2.94150142000000 |
| | | | | | | | | ETHW | 2.72795085978069 |
| | | | | | | | | HOLY | 1.01359514000000 |
| | | | | | | | | KIN | 21.00000000000000 |
| | | | | | | | | LINK | 0.86187156000000 |
| | | | | | | | | LRC | 15.27421202000000 |
| | | | | | | | | LUNA2 | 0.08924027640000 |
| | | | | | | | | LUNA2_LOCKED | 0.20822731160000 |
| | | | | | | | | LUNC | 20,085.922941990000000 |
| | | | | | | | | MATIC | 1,079.89019679000000 |
| | | | | | | | | POLIS | 12.34917751000000 |
| | | | | | | | | RSR | 1.00000000000000 |
| | | | | | | | | SAND | 97.62001258000000 |
| | | | | | | | | SOL | 10.80472011000000 |
| | | | | | | | | SRM | 7.35776785000000 |
| | | | | | | | | SRM_LOCKED | 52.81375791000000 |
| | | | | | | | | TRX | 1.00000000000000 |
| | | | | | | | | UBXT | 1.00000000000000 |
| | | | | | | | | USD | 0.00000009551998 |
| | | | | | | | | USDT | 3,466.753991500000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 57540 | Name on file | West Realm Shires Services Inc. | BCH | 3.25720000000000000 | 55291* | Name on file | West Realm Shires Services Inc. | BCH | 3.25720000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which a pending modification on the FTX Recovery Trust's One Hundred Twenty-Third (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims).

| 98453 | Name on file | FTX Trading Ltd. | | Undetermined* | 62476 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.00000000000000 |
| | | | | | | | | AAVE | 0.00062500003795 |
| | | | | | | | | ALGO-PERP | 0.00000000000000 |
| | | | | | | | | AR-PERP | 0.00000000000454 |
| | | | | | | | | BAO-PERP | 0.00000000000000 |
| | | | | | | | | BNT-PERP | 66,220.500000000000000 |
| | | | | | | | | CAD | 1,226.262920182363000 |
| | | | | | | | | DAI | 7,208.271000044810000 |
| | | | | | | | | DOGE-20210326 | 0.00000000000000 |
| | | | | | | | | DOGE-PERP | 0.00000000000000 |
| | | | | | | | | DOT-PERP | 0.00000000000113 |
| | | | | | | | | ETH | 0.000000053236210 |
| | | | | | | | | ETH-20201225 | 0.00000000000000 |
| | | | | | | | | ETH-20210326 | 0.00000000000000 |
| | | | | | | | | ETH-20210625 | 0.00000000000000 |
| | | | | | | | | ETH-PERP | 0.00000000000056 |
| | | | | | | | | FTT | 974.638778150000000 |
| | | | | | | | | GRT-PERP | 0.00000000000000 |
| | | | | | | | | LINK | 0.00000000000000 |
| | | | | | | | | LUNA2 | 11.504010680000000 |
| | | | | | | | | LUNA2_LOCKED | 26.842691580000000 |
| | | | | | | | | LUNC | 2,505,022.543054210000000 |
| | | | | | | | | LUNC-PERP | 0.00000000000000 |
| | | | | | | | | MAPS | 0.45681000000000 |
| | | | | | | | | MOB | 41.467120729592910 |
| | | | | | | | | MTA-PERP | 0.00000000000000 |
| | | | | | | | | ONE-PERP | 0.00000000000000 |
| | | | | | | | | SHIB-PERP | 0.00000000000000 |
| | | | | | | | | SOL-PERP | 0.00000000000000 |
| | | | | | | | | SRM | 1.733769680000000 |
| | | | | | | | | SRM_LOCKED | 48.186230320000000 |
| | | | | | | | | SXP-20210326 | 0.00000000000000 |
| | | | | | | | | TRX-PERP | 0.00000000000000 |
| | | | | | | | | USD | -12,674.214030171560000 |
| | | | | | | | | USDT | 1,145.431058076055700 |
| | | | | | | | | USTC-PERP | 0.00000000000000 |
| | | | | | | | | XRP-20210326 | 0.00000000000000 |
| | | | | | | | | XRP-PERP | 0.00000000000000 |
| | | | | | | | | YFI | 0.00000000408630 |
| | | | | | | | | YFI-20210326 | 0.00000000000000 |
| | | | | | | | | YFI-PERP | 0.00000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 97806 | Name on file | FTX Trading Ltd. | USD | 28,000.000000000000000 | 95901 | Name on file | West Realm Shires Services Inc. | BTC | 0.00007447000000 |
| | | | | | | | | SOL | 0.00867860000000 |
| | | | | | | | | USD | 26,844.300000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98517 | Name on file | FTX Trading Ltd. | USD | 7,255.441630000000000 | 60909 | Name on file | West Realm Shires Services Inc. | USD | 7,255.440000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 85394 | Name on file | FTX Trading Ltd. | USD | 16,000.000000000000000 | 98329 | Name on file | FTX Trading Ltd. | USD | 16,046.300000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98383 | Name on file | FTX Trading Ltd. | ATLAS | 18,750.000000000000000 | 68677 | Name on file | FTX Trading Ltd. | ATLAS | 18,750.000000000000000 |
| | | | BTC | 0.087628109210000 | | | | BTC | 0.087628109437620 |
| | | | DENT | 114,300.000000000000000 | | | | BTC-PERP | 0.00000000000000 |
| | | | ETH | 4.384946000000000 | | | | DENT | 114,300.000000000000000 |
| | | | ETHW | 4.363527610000000 | | | | ETH | 4.384948694411390 |
| | | | FTT | 25.049931110000000 | | | | ETH-PERP | 0.00000000000000 |
| | | | SOL | 48.329087700000000 | | | | ETHW | 4.363527610000000 |
| | | | SRM | 100.862134990000000 | | | | FTT | 25.049931110075390 |
| | | | STEP | 0.00000000000000 | | | | PERP | 0.00000000000000 |
| | | | USD | 101.250000000000000 | | | | RAY | 0.00000000000000 |
| | | | | | | | | SOL | 48.329087702415546 |
| | | | | | | | | SRM | 100.862134990000000 |
| | | | | | | | | SRM_LOCKED | 0.793658910000000 |
| | | | | | | | | STEP | 0.00000000000000 |
| | | | | | | | | USD | 101.247079254110600 |
| | | | | | | | | USDT | 0.00000000417371 |
| | | | | | | | | XRP | 0.00000000000000 |
| | | | | | | | | YFI | 0.00000000439449 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98446 | Name on file | FTX Trading Ltd. | BTC | 1.866000000000000 | 25498* | Name on file | West Realm Shires Services Inc. | BAT | 1.00000000000000 |
| | | | DOGE | 143.410000000000000 | | | | BTC | 1.086649450000000 |
| | | | ETH | 3.156100000000000 | | | | DOGE | 143,412.392115280000000 |
| | | | LINK | 78.529400000000000 | | | | ETH | 3.156066110000000 |
| | | | LTC | 11.612500000000000 | | | | ETHW | 3.150001450000000 |
| | | | SOL | 94.458700000000000 | | | | LINK | 78.939826140000000 |
| | | | | | | | | LTC | 11.612521410000000 |
| | | | | | | | | SHIB | 272,282,512.706473000000000 |
| | | | | | | | | SOL | 94.458712910000000 |
| | | | | | | | | TRX | 1.00000000000000 |
| | | | | | | | | USD | 0.00000000000000 |
| | | | | | | | | USDT | 0.000000010087408 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Thirty-Fifth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims).

| 98431 | Name on file | FTX Trading Ltd. | ATOM | 13.997480000000000 | 55648 | Name on file | FTX Trading Ltd. | ATOM | 13.997480000000000 |
| | | | AVAX | 5.00000000000000 | | | | AVAX | 5.00000000000000 |
| | | | BTC | 0.052394690000000 | | | | BTC | 0.052394690000000 |
| | | | ETH | 0.649973000000000 | | | | BTC-PERP | 0.00000000000000 |
| | | | EUR | 250.000000000000000 | | | | CAKE-PERP | 0.00000000000000 |
| | | | FTM | 229.558600000000000 | | | | DOGE-PERP | 0.00000000000000 |
| | | | FTT | 9.000000000000000 | | | | ETH | 0.649973000000000 |
| | | | LUNA2 | 3.621362410000000 | | | | ETHW | 0.649973000000000 |
| | | | MANA | 119.978400000000000 | | | | EUR | 250.000000000000000 |
| | | | MATIC | 564.842431760000000 | | | | FTM | 229.558600000000000 |
| | | | SAND | 50.000000000000000 | | | | FTT | 9.000000000000000 |
| | | | SOL | 9.490449420000000 | | | | LUNA2 | 3.621362410000000 |
| | | | SRM | 79.985600000000000 | | | | LUNA2_LOCKED | 5.00000000000000 |
| | | | USD | 0.44000000000000 | | | | MANA | 119.978400000000000 |
| | | | XRP | 340.983620000000000 | | | | MATIC | 564.842431760000000 |
| | | | | | | | | MATIC-PERP | 0.00000000000000 |
| | | | | | | | | SAND | 50.000000000000000 |
| | | | | | | | | SHIB-PERP | 0.00000000000000 |
| | | | | | | | | SOL | 9.490449420000000 |
| | | | | | | | | SOL-PERP | 0.00000000000000 |
| | | | | | | | | SRM | 79.985600000000000 |
| | | | | | | | | USD | 0.00000000000000 |
| | | | | | | | | VET-PERP | 0.00000000000000 |
| | | | | | | | | XRP | 340.983620000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundredth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| 98497 | Name on file | West Realm Shires Services Inc. | SHIB | 68,805,000.000000000000000 | 93210* | Name on file | West Realm Shires Services Inc. | SHIB | 68,805,000.000000000000000 |
| | | | USD | 1,180.120000000000000 | | | | USD | 1,180.120000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 97335 | Name on file | FTX EU Ltd. | EUR | 29,453.000000000000000 | 97329 | Name on file | FTX EU Ltd. | EUR | 294.000000000000000 |
| | | | | | | | | FTT | 25.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Fifteenth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| 98520 | Name on file | FTX EU Ltd. | FTT | 31.275134760000000 | 36138* | Name on file | FTX Trading Ltd. | BF_POINT | 400.000000000000000 |
| | | | USD | 1,568.476448496418000 | | | | FTT | 31.275134760000000 |
| | | | | | | | | USD | 1,568.476448496418000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98339 | Name on file | FTX Trading Ltd. | CRO | 4,240.000000000000000 | 68024 | Name on file | FTX Trading Ltd. | ADA-PERP | 0.00000000000000 |
| | | | LUNA2 | 3.576500000000000 | | | | CRO | 4,240.000000000000000 |
| | | | LUNA2_LOCKED | 7.390000000000000 | | | | LUNA2 | 1.067296520000000 |
| | | | XRP | 7,012.235497000000000 | | | | LUNA2_LOCKED | 2.490458520000000 |
| | | | | | | | | SAND-PERP | 0.00000000000000 |
| | | | | | | | | SOL-PERP | 0.00000000000000 |
| | | | | | | | | USD | 0.00000000000000 |
| | | | | | | | | USDT | 0.000000010234620 |
| | | | | | | | | XRP | 7,012.235497000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98089 | Name on file | Quoine Pte Ltd | | Undetermined* | 18411 | Name on file | Quoine Pte Ltd | BCH | 0.00000134000000 |
| | | | | | | | | BTC | 0.102100000000000 |
| | | | | | | | | DOT | 11.000000000000000 |
| | | | | | | | | ETH | 8.463459000000000 |
| | | | | | | | | ETHW | 8.463459000000000 |
| | | | | | | | | FAWZ | 160.000000000000000 |
| | | | | | | | | FTT | 48.053037849000000 |
| | | | | | | | | HART | 416.000000000000000 |
| | | | | | | | | ILK | 0.00000240000000 |
| | | | | | | | | QASH | 250.000001612000000 |

| | | Claims to be Disallowed | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | SAND | 100.00000000000000 |
| | | | | | | | | SOL | 9.65130772000000 |
| | | | | | | | | UNI | 1.46530750000000 |
| | | | | | | | | USDC | 155.40669000000000 |
| | | | | | | | | USDT | 0.00191900000000 |
| 98601 | Name on file | West Realm Shires Services Inc. | USDC | 10,274.44000000000000 | 32892* | Name on file | West Realm Shires Services Inc. | USDC | 10,274.44000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 97463 | Name on file | West Realm Shires Services Inc. | USD | 225,200.00000000000000 | 51439* | Name on file | West Realm Shires Services Inc. | AAVE | 2.45424397000000 |
| | | | | | | | | BAT | 0.02058940000000 |
| | | | | | | | | BRZ | 5.04903685000000 |
| | | | | | | | | BTC | 0.00000810000000 |
| | | | | | | | | CUSDT | 15.00000000000000 |
| | | | | | | | | DOGE | 18.67449783000000 |
| | | | | | | | | ETH | 0.00000000614749 |
| | | | | | | | | ETHW | 15.52665737601470 |
| | | | | | | | | GRT | 795.80365228000000 |
| | | | | | | | | LINK | 25.68915117000000 |
| | | | | | | | | LTC | 7.08824509000000 |
| | | | | | | | | MATIC | 711.35735070000000 |
| | | | | | | | | MKR | 0.20508077000000 |
| | | | | | | | | SOL | 254.24573470000000 |
| | | | | | | | | SUSHI | 0.00073644000000 |
| | | | | | | | | TRX | 19,680.14848800000000 |
| | | | | | | | | UNI | 29.36552010000000 |
| | | | | | | | | USD | 321,770.18498460700000 |
| | | | | | | | | USDT | 7.22282199000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which is pending modification on the FTX Recovery Trust's One Hundred Twenty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 98290 | Name on file | FTX Trading Ltd. | LUNA2 | 0.45615784770000 | 44529 | Name on file | FTX Trading Ltd. | ADA-PERP | 0.00000000000000 |
| | | | | SRM | 3,749.24335028701124 | | | | AMPL | 0.00000000616315 |
| | | | | | | | | AMPL-PERP | 0.00000000000000 |
| | | | | | | | | ATOM-PERP | 0.00000000000000 |
| | | | | | | | | BOBA-PERP | 0.00000000000000 |
| | | | | | | | | BULL | 0.00000005287937 |
| | | | | | | | | CHR | 0.00000000816000 |
| | | | | | | | | CREAM-PERP | 0.00000000000000 |
| | | | | | | | | DENT | 0.00000000588731 |
| | | | | | | | | DFL | 0.00000000921482 |
| | | | | | | | | DMG | 36,000.09696000000000 |
| | | | | | | | | DOGE | 0.00000000663700 |
| | | | | | | | | DOGE-PERP | 0.00000000000000 |
| | | | | | | | | ETH | 0.00000001307529 |
| | | | | | | | | ETHBULL | 0.00000000594614? |
| | | | | | | | | FTT | 0.00000000998097 |
| | | | | | | | | HUM | 0.00000000529998 |
| | | | | | | | | KSOS | 0.00000000970000 |
| | | | | | | | | KSOS-PERP | 0.00000000000000 |
| | | | | | | | | LOOKS-PERP | 0.00000000000000 |
| | | | | | | | | LUNA2 | 0.45923784770000 |
| | | | | | | | | LUNA2_LOCKED | 1.07153497800000 |
| | | | | | | | | LUNC-PERP | 0.00000000000000 |
| | | | | | | | | PEOPLE | 0.00000000576356 |
| | | | | | | | | PEOPLE-PERP | 0.00000000000000 |
| | | | | | | | | PSY | 0.00000000357650 |
| | | | | | | | | SHIB | 0.00000000116960 |
| | | | | | | | | SHIB-PERP | 0.00000000000000 |
| | | | | | | | | SOL | 0.00000000812900 |
| | | | | | | | | SOL-PERP | 0.00000000000000 |
| | | | | | | | | SPELL | 0.00000000215270? |
| | | | | | | | | SRM | 3,749.24539028701124 |
| | | | | | | | | SRM_LOCKED | 19.82743605300000? |
| | | | | | | | | SRM-PERP | 0.00000000000000 |
| | | | | | | | | SXP | 0.00000000406517? |
| | | | | | | | | USD | 0.02718948936402 |
| | | | | | | | | USDT | 0.00000000976248 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 98485 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: HNT [0.4999],LUNA2_LOCKED [0.1303785477],LUNC [0.18],SAND [0.9998],GENE [2.2996],GOG [99.992],USD [0.98889531],LUNA2 [0.0516765329] | | 79770* | Name on file | FTX Trading Ltd. | GENE | 2.29960000000000 |
| | | | | | | | | GOG | 99.99200000000000 |
| | | | | | | | | HNT | 0.49990000000000 |
| | | | | | | | | LUNA2 | 0.05167653294600 |
| | | | | | | | | LUNA2_LOCKED | 0.13037854770000 |
| | | | | | | | | LUNC | 0.18000000000000 |
| | | | | | | | | SAND | 0.99980000000000 |
| | | | | | | | | USD | 0.98889531000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

32892*: Surviving Claim is pending modification on the FTX Recovery Trust's One Hundred Twenty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).
51439*: Surviving claim was ordered modified on the FTX Recovery Trust's Twelfth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).
79770*: Surviving claim was ordered modified on the FTX Recovery Trust's Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).