## <u>SCHEDULE 2</u>

**Duplicate Portal Claims**

FTX Trading Ltd. 22-11068 (JTD)
One Hundred Fifty-First Omnibus Claims Objection
Schedule 2 - Substantive Duplicate Claims

| Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98714 | Name on file | FTX Trading Ltd. | BNB | 3.000000000000000 |
| | | | BTC | 0.073960140000000 |
| | | | DOGE | 7.202000000000000 |
| | | | GST | 19,725.000000000000000 |
| | | | LUNC | 3,262.640000000000000 |
| | | | USD | 5,061.460000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 43119* | Name on file | FTX Trading Ltd. | ALCX-PERP | 0.000000000000000 |
| | | | BNB | 3.000000000000000 |
| | | | BNB-PERP | 0.000000000000000 |
| | | | BTC | 0.072960148814000 |
| | | | DOGE | 7.202000000000000 |
| | | | DOGE-1230 | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 |
| | | | ETH | 1.549516600000000 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | ETHW | 1.171550600000000 |
| | | | FTT | 0.000357608907490 |
| | | | FTT-PERP | 0.000000000000000 |
| | | | GST | 19,725.800000000000000 |
| | | | GST-PERP | 0.000000000000000 |
| | | | LUNA2 | 0.014981276480000 |
| | | | LUNA2_LOCKED | 0.034960978460000 |
| | | | LUNC | 3,262.640000000000000 |
| | | | SOL-1230 | -76.330000000000000 |
| | | | SOL-PERP | -144.840000000000000 |
| | | | TRX | 0.001154000000000 |
| | | | USD | 5,061.458184967000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Thirty-Fourth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98773 | Name on file | FTX Trading Ltd. | BTC | 0.000000893620000 |
| | | | COMP | 0.000002000000000 |
| | | | ETH | 0.000000038000000 |
| | | | FTT | 0.125750000000000 |
| | | | LUNA2 | 137.780353295580000 |
| | | | LUNC | 30,000.000158625200000 |
| | | | MKR | 0.000000011000000 |
| | | | RUNE | 0.347420000000000 |
| | | | USD | 1,311.304266402226000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 64619 | Name on file | FTX Trading Ltd. | ADABULL | 0.000000000796000 |
| | | | ADA-PERP | 0.000000000000000 |
| | | | ALPHA-PERP | 0.000000000000000 |
| | | | AMPL | 0.000000001874977 |
| | | | AR-PERP | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 |
| | | | AVAX-PERP | 0.000000000000000 |
| | | | BTC | 0.003609891620000 |
| | | | BTC-PERP | 0.001199999999999 |
| | | | BTTPRE-PERP | 0.000000000000000 |
| | | | BULL | 0.000000003000000 |
| | | | CAKE-PERP | 0.000000000000000 |
| | | | COMP | 0.000002096000000 |
| | | | EOS-PERP | 0.000000000000000 |
| | | | ETH | 0.000038000000000 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | FTM-PERP | 0.000000000000000 |
| | | | FTT | 0.125750000276106 |
| | | | LINKBULL | 0.000000007500000 |
| | | | LUNA2 | 137.780353295580000 |
| | | | LUNA2_LOCKED | 321.487491215180000 |
| | | | LUNC | 30,000.000.016815120000000 |
| | | | LUNC-PERP | 0.000000000000062 |
| | | | MKR | 0.000000011000000 |
| | | | NEO-PERP | 0.000000000000000 |
| | | | OKB-PERP | 0.000000000000000 |
| | | | REN-PERP | 0.000000000000000 |
| | | | RUNE | 0.347420000000000 |
| | | | SNX-PERP | 0.000000000000000 |
| | | | SRM-PERP | 0.000000000000000 |
| | | | SUN | 0.000000000000000 |
| | | | SUN_OLD | 0.000000000000000 |
| | | | TOMO-PERP | 0.000000000000000 |
| | | | TRX | 0.000000000000000 |
| | | | USD | 1,311.304064032.2360 |
| | | | USDT | 41.807610047135200 |
| | | | XLM-PERP | 0.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 |
| | | | XTZBULL | 0.000000000000000 |
| | | | XTZ-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98648 | Name on file | FTX Trading Ltd. | USD | 184.080000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 93784* | Name on file | West Realm Shires Services Inc. | BTC | 0.008110630000000 |
| | | | ETH | 0.008000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Seventy-First (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98746 | Name on file | FTX EU Ltd. | BTC | 0.195726270000000 |
| | | | USD | 6.240000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 49951* | Name on file | FTX Trading Ltd. | BTC | 0.195726270000000 |
| | | | BTC-PERP | 0.000000000000000 |
| | | | CAKE-PERP | 0.000000000000000 |
| | | | USD | 6.240936525000001 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Fiftieth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98605 | Name on file | FTX EU Ltd. | EUR | 1,265.000000000000000 |
| | | | FTT | 25.100191086558595 |
| | | | LTC | 16.598984717599865 |
| | | | USD | 4,016.327068432018700 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 46197* | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 |
| | | | AAVE-PERP | 0.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000135 |
| | | | AVAX-PERP | 0.000000000000115 |
| | | | BNB-PERP | 0.000000000000000 |
| | | | COMP-PERP | 0.000000000000000 |
| | | | CRO-PERP | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 |
| | | | ENJ-PERP | 0.000000000000000 |
| | | | EOS-PERP | 0.000000000000000 |
| | | | EUR | 1,265.000000000000000 |
| | | | FTM-PERP | 0.000000000000000 |
| | | | FTT | 25.100191086558595 |
| | | | HBAR-PERP | 0.000000000000000 |
| | | | ICX-PERP | 0.000000000000000 |
| | | | LINK-PERP | 0.000000000000000 |
| | | | LTC | 16.598984717599865 |
| | | | LTC-PERP | 0.000000000000000 |
| | | | LUNA2 | 0.000000338072500 |
| | | | LUNA2_LOCKED | 0.000000526907154 |
| | | | LUNC-PERP | 0.000000001064731 |
| | | | MANA-PERP | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 |
| | | | NEAR-PERP | 0.000000000000000 |
| | | | ONE-PERP | 0.000000000000000 |
| | | | RSR-PERP | 0.000000000000000 |
| | | | SAND-PERP | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000000 |
| | | | TRX-PERP | 0.000000000000000 |
| | | | UNI-PERP | 0.000000000000000 |
| | | | USD | 4,016.327068432018700 |
| | | | VET-PERP | 0.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Fiftieth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98763 | Name on file | FTX Trading Ltd. | Undetermined* | |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 34717* | Name on file | FTX Trading Ltd. | EDEN | 0.054280000000000 |
| | | | ETH | 0.000564000000000 |
| | | | ETHW | 0.000564000000000 |
| | | | FTT | 0.054685480000000 |
| | | | POLIS | 0.068148300000000 |
| | | | RAY | 0.914972000000000 |
| | | | USD | 16.967000068560000 |
| | | | USDT | 732.641102067153000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Thirty-Third (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98784 | Name on file | FTX Trading Ltd. | USDC | 1.328.638534017170000 |
| | | | USDT | 1,351.647887533310000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 66246* | Name on file | FTX Trading Ltd. | USDC | 1.328.638534017170000 |
| | | | USDT | 1,351.647887533310000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Twelfth Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98626 | Name on file | FTX Trading Ltd. | AKRO | 0.000000000000000 |
| | | | ATLAS | 0.000000000000000 |
| | | | BAO | 0.000000000000000 |
| | | | BTC | 0.000000000000000 |
| | | | CUSDT | 0.000000000000000 |
| | | | DENT | 0.000000000000000 |
| | | | DOGE | 0.000000000000000 |
| | | | ETH | 0.000000000000000 |
| | | | FTM | 0.000000000000000 |
| | | | GALA | 0.000000000000000 |
| | | | KIN | 0.000000000000000 |
| | | | LUNA2 | 0.000000000000000 |
| | | | LUNC | 0.000000000000000 |
| | | | MATIC | 0.000000000000000 |
| | | | POLIS | 0.000000000000000 |
| | | | RSR | 0.000000000000000 |
| | | | SUSHI | 0.000000000000000 |
| | | | USDC | 0.000000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98652* | Name on file | FTX Trading Ltd. | AKRO | 0.000000000000000 |
| | | | ATLAS | 0.000000000000000 |
| | | | BAO | 0.000000000000000 |
| | | | BTC | 0.000000000000000 |
| | | | CHR | 0.000000000000000 |
| | | | DENT | 0.000000000000000 |
| | | | DOGE | 0.000000000000000 |
| | | | ETH | 0.000000000000000 |
| | | | FTM | 0.000000000000000 |
| | | | GALA | 0.000000000000000 |
| | | | KIN | 0.000000000000000 |
| | | | LUNC | 0.000000000000000 |
| | | | MATIC | 0.000000000000000 |
| | | | RSR | 0.000000000000000 |
| | | | SOL | 0.000000000000000 |
| | | | SUSHI | 0.000000000000000 |
| | | | USTC | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98664 | Name on file | FTX Trading Ltd. | Undetermined* | |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 38205 | Name on file | FTX Trading Ltd. | BTC | 0.114536504240000 |
| | | | CRV | 12.533717530000000 |
| | | | CVX | 0.940028660000000 |
| | | | ETH | 0.170190160920000 |
| | | | ETHW | 0.166241000000000 |
| | | | EUR | 4.448295783015297 |
| | | | FTT | 5.419671160000000 |
| | | | LUNA2 | 0.099317162530000 |
| | | | LUNA2_LOCKED | 0.231740043900000 |
| | | | LUNC | 0.319939200000000 |
| | | | USD | 0.091630810470000 |
| | | | USDT | 0.000000030075062 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98569 | Name on file | FTX Trading Ltd. | BTC | 0.030000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 16541* | Name on file | West Realm Shires Services Inc. | AVAX | 0.000000009414709 |
| | | | BF_POINT | 400.000000000000000 |
| | | | BRZ | 6.088155630000000 |
| | | | BTC | 0.020311510000000 |
| | | | CUSDT | 1.000000000000000 |
| | | | DOGE | 11.025646180000000 |
| | | | ETH | 0.000000000000000 |
| | | | ETHW | 0.000000008446836 |
| | | | MATIC | 0.198000000000000 |
| | | | NFT (#560709221234098029)/Entrance Voucher #41170) | 1.000000000000000 |
| | | | SHIB | 41.000000000000000 |
| | | | SOL | 0.000000009448836 |
| | | | TRX | 16.049024490000000 |
| | | | USD | 0.000001591532290 |
| | | | USDT | 0.000029652281994 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Eleventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 98674 | Name on file | West Realm Shires Services Inc. | BAT | 1.016155490000000 |
| | | | DOGE | 17.612.040063900000000 |
| | | | USD | 0.000000034989521 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 26900* | Name on file | West Realm Shires Services Inc. | BAT | 1.016155490000000 |
| | | | DOGE | 17.612.040063900000000 |
| | | | USD | 0.000000034989521 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Thirty-Third (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims).

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 98571 | Name on file | FTX Trading Ltd. | BAT | 1.00000000000000 | 95630* | Name on file | West Realm Shires Services Inc. | BAT | 1.00000000000000 |
| | | | BN2 | 13.54408029900000 | | | | BN2 | 13.54000000000000 |
| | | | BTC | 0.00000554000000 | | | | BTC | 0.00000554000000 |
| | | | CUSDT | 1.00000000000000 | | | | CUSDT | 1.00000000000000 |
| | | | DOGE | 1,184.43751791000000 | | | | DOGE | 1,184.43700000000000 |
| | | | GBP | 1.02459048000000 | | | | ETH | 1.02459048000000 |
| | | | GRT | 0.00000000000000 | | | | GRT | 1.00000000000000 |
| | | | LINK | 1.00000000000000 | | | | LINK | 6.61065020000000 |
| | | | MATIC | 6.61065020000000 | | | | MATIC | 58.70816370000000 |
| | | | SHIB | 58.70816370000000 | | | | SHIB | 36.00000000000000 |
| | | | SOL | 36.00000000000000 | | | | SOL | 1.78651957000000 |
| | | | TRX | 1.78651957000000 | | | | TRX | 4.00000000000000 |
| | | | USD | 1,578.43138956507100 | | | | USD | 1,578.43000000000000 |
| | | | USDT | 0.00000000749146 | | | | | |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims). | | | | | | | | | |
| 98631 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: 3X LONG ALGORAND TOKEN (ALGOBULL) | 257,000.000000000000000 | 95302* | Name on file | FTX Trading Ltd. | ADA-20200626 | 0.00000000000000 |
| | | | | | | | | ALGOBULL | 3,336,929.39923806000000 |
| | | | | | | | | ALGO-PERP | 0.00000000000000 |
| | | | | | | | | BTC-PERP | 0.00000000000000 |
| | | | | | | | | ETHBULL | 0.00000000000000 |
| | | | | | | | | SLP-PERP | 0.00000000000000 |
| | | | | | | | | TOMO-20200626 | 0.00000000000000 |
| | | | | | | | | TOMO-PERP | 0.00000000000000 |
| | | | | | | | | TRY | 0.00000000000011 |
| | | | | | | | | USD | 0.00000870500117 |
| | | | | | | | | USDT | 0.00000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Thirteenth (Substantive) Omnibus Objection to Certain Overstated and/or Uniquidated Proofs of Claim (Customer Claims). | | | | | | | | | |
| 97956 | Name on file | FTX Trading Ltd. | USD | 29,975.52000000000000 | 98024 | Name on file | FTX Trading Ltd. | USDC | 29,975.52000000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim. | | | | | | | | | |
| 98571 | Name on file | FTX Trading Ltd. | USD | 4,068.91000000000000 | 31256* | Name on file | FTX Trading Ltd. | ETH | 0.00000001000000 |
| | | | | | | | | USD | 0.00000008623895 |
| | | | | | | | | USDT | 4,068.90788233684000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Sixth (Non-Substantive) Omnibus Objection to Certain Overstated and/or Uniquidated Proofs of Claim (Customer Claims). | | | | | | | | | |
| 98642 | Name on file | FTX Trading Ltd. | BTC | 1.858.86000000000000 | | | West Realm Shires Services Inc. | BTC | 0.11052706000000 |
| | | | ETH | 3.710.00000000000000 | | | | ETH | 2.91870000000000 |
| | | | USD | 3.83.00000000000000 | | | | SOL | 2.06110000000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Sixth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims). | | | | | | | | | |
| 98756 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: LUA TOKEN | 23,494.85454000000000 | 71370* | Name on file | FTX Trading Ltd. | LUA | 23,494.85454000000000 |
| | | | TONCOIN | 1,076.70000000000000 | | | | LUNA | 0.00077000000000 |
| | | | | | | | | TRX | 1.17841907700000 |
| | | | | | | | | USD | 0.00042810000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Thirteenth (Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims). | | | | | | | | | |
| 98760 | Name on file | FTX Trading Ltd. | BTC | 0.00000007396173 | 38075 | Name on file | FTX Trading Ltd. | BTC | 0.00000007396173 |
| | | | ETH | 0.06167597000000 | | | | ETH | 0.06167597000000 |
| | | | ETHW | 0.00067597000000 | | | | ETHW | 0.00067597000000 |
| | | | LUNA2 | 0.386649328100000 | | | | LUNA2 | 0.38664932810000 |
| | | | USD | 33,477.16326826280307 | | | | LUNA2_LOCKED | 0.90218176570000 |
| | | | USDT | 0.00061851527866 | | | | USD | 33,477.16326816280000 |
| | | | | | | | | USDT | 0.00061851527866 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim. | | | | | | | | | |
| 98601 | Name on file | FTX Trading Ltd. | BRL | 0.87650716000000 | 76117* | Name on file | FTX Trading Ltd. | BRL | 0.87650716000000 |
| | | | DOGE | 1.00000000000000 | | | | DOGE | 1.00000000000000 |
| | | | POC Other Fiat Assertions: ETHEREUM | 0.49397135000000 | | | | ETH | 0.49397135000000 |
| | | | SHIB | 20,718,492.11051618000000 | | | | ETHW | 0.49397135000000 |
| | | | USD | 500.23000130000000 | | | | SHIB | 20,718,492.11051618000000 |
| | | | | | | | | USD | 500.23000230000000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim with a pending modification on the FTX Recovery Trust's One Hundred Forty-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims). | | | | | | | | | |
| 98565 | Name on file | FTX Trading Ltd. | BNB | 0.00000001000000 | 22504 | Name on file | FTX Trading Ltd. | BNB | 0.00000001000000 |
| | | | BTC | 1.00005987000000 | | | | BTC | 1.00005987000000 |
| | | | ETH | 0.00008525700000 | | | | ETH | 0.00008525700000 |
| | | | ETHW | 0.00084989000000 | | | | ETHW | 0.00084989000000 |
| | | | GMT | 0.28025685000000 | | | | GMT | 0.28025685000000 |
| | | | GST | 0.09561833000000 | | | | GST | 0.09561833000000 |
| | | | LUNA2 | 0.00304992000000 | | | | LUNA2 | 0.00304992000000 |
| | | | POC Other Crypto Assertions: LUNA2 | | | | | LUNA2_LOCKED | 0.00715499173100 |
| | | | LOCKED | 0.00715499000000 | | | | LUNC | 0.00982500000000 |
| | | | LUNC | 0.00982500000000 | | | | USD | 0.78971699750000 |
| | | | USDT | 0.36000000000000 | | | | USDT | 0.35825694900000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim. | | | | | | | | | |
| 98636 | Name on file | FTX Trading Ltd. | APE | 12.08220000000000 | 41162 | Name on file | FTX Trading Ltd. | AAVE | 0.00000000551654 |
| | | | BTC | 0.17538674000000 | | | | AKRO | 1.00000000000000 |
| | | | ETH | 6.71810000000000 | | | | APE | 12.08219930238845 |
| | | | SOL | 2.30930000000000 | | | | AVAX | 27.77614903973887 |
| | | | | | | | | BAT | 1.00000000000000 |
| | | | | | | | | BTC | 0.17548260000000 |
| | | | | | | | | CRO | 1.00042497317771 |
| | | | | | | | | ETH | 6.71813443912333 |
| | | | | | | | | ETHW | 6.71570789765221 |
| | | | | | | | | FTT | 1,957.38172498726750 |
| | | | | | | | | KIN | 0.00176520000000 |
| | | | | | | | | LTC | 1.00000000000000 |
| | | | | | | | | LUNA2 | 8.58291587000000 |
| | | | | | | | | LUNA2_LOCKED | 3.33487949900000 |
| | | | | | | | | LUNC | 4.47083860000000 |
| | | | | | | | | SOL | 2.30928640000000 |
| | | | | | | | | SRM | 1.00000000000000 |
| | | | | | | | | USD | 0.00001153425678 |
| | | | | | | | | USDT | 0.00001740635293 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim. | | | | | | | | | |
| 98720 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: EDEN | 44,563.88400000000000 | 35541 | Name on file | FTX Trading Ltd. | EDEN | 44,563.88840000000000 |
| | | | FTT | 2,000.04225800000000 | | | | EMB | 29,570.19940000000000 |
| | | | POC Other Crypto Assertions: MOBILECOIN | | | | | | |
| | | | MOB | 27,045.00252500000000 | | | | FTT | 2,000.04225800000000 |
| | | | POC Other Crypto Assertions: OVERLINE | | | | | | |
| | | | EMBLEM EMB | 29,570.19940000000000 | | | | MOB | 27,045.00252500000000 |
| | | | | | | | | NFT (5387845117271743)/FTX AU - WE | 1.00000000000000 |
| | | | SRM | 153.45418360000000 | | | | ARI HERO (#2707) | |
| | | | USD | 7.93000000000000 | | | | SRM | 153.45418360000000 |
| | | | USDT | 0.01000000000000 | | | | SRM_LOCKED | 957.38581635000000 |
| | | | | | | | | USD | 7.91814274550000 |
| | | | | | | | | USDT | 0.00959973775000 |
| Reason: The claim to be disallowed is substantively duplicative of the surviving claim. | | | | | | | | | |
| 97630 | Name on file | FTX EU Ltd. | | Undetermined* | 19505 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.00000000000000 |
| | | | | | | | | AAVE-PERP | 0.00000000000000 |
| | | | | | | | | ADA-PERP | 0.00000000000000 |
| | | | | | | | | ALGO-PERP | 0.00000000000000 |
| | | | | | | | | ALICE-PERP | 0.00000000000000 |
| | | | | | | | | ALPHA-PERP | 0.00000000000000 |
| | | | | | | | | APT | 0.00000000000000 |
| | | | | | | | | APT-PERP | 0.00000000000000 |
| | | | | | | | | AR-PERP | 0.00000000000000 |
| | | | | | | | | ATOM-PERP | 0.00000000000114 |
| | | | | | | | | AVAX-PERP | 0.00000000000057 |
| | | | | | | | | AXS-PERP | 0.00000000000000 |
| | | | | | | | | BAT-PERP | 0.00000000000000 |
| | | | | | | | | BIT-PERP | 0.00000000000000 |
| | | | | | | | | BNB-PERP | 0.00000000000000 |
| | | | | | | | | BTC | 0.00003805410400 |
| | | | | | | | | CELO-PERP | 0.00000000000000 |
| | | | | | | | | CHR-PERP | 0.00000000000000 |
| | | | | | | | | CHZ-PERP | 0.00000000000000 |
| | | | | | | | | COMP-PERP | 0.00000000000000 |
| | | | | | | | | CRO-PERP | 0.00000000000000 |
| | | | | | | | | CRV-PERP | 0.00000000000000 |
| | | | | | | | | DASH-PERP | 0.00000000000000 |
| | | | | | | | | DOGE-PERP | 0.00000000000000 |
| | | | | | | | | DOT-PERP | 0.00000000000000 |
| | | | | | | | | DYDX-PERP | 0.00000000000000 |
| | | | | | | | | EGLD-PERP | 0.00000000000000 |
| | | | | | | | | ENJ-PERP | 0.00000000000000 |
| | | | | | | | | EOS-PERP | 0.00000000000000 |
| | | | | | | | | ETC-PERP | 0.00000000000000 |
| | | | | | | | | ETH | 0.00001095409150 |
| | | | | | | | | ETH-PERP | 0.00000000000000 |
| | | | | | | | | ETHW | 0.00000000000000 |
| | | | | | | | | FIL-PERP | 0.00000000000000 |
| | | | | | | | | FLOW-PERP | 0.00000000000000 |
| | | | | | | | | FTM-PERP | 0.00000000000000 |
| | | | | | | | | FTT | 150.02727303889200 |
| | | | | | | | | FTT-PERP | 0.00000000000728 |
| | | | | | | | | GALA-PERP | 0.00000000000000 |
| | | | | | | | | GMT-PERP | 0.00000000000000 |
| | | | | | | | | GRT-PERP | 0.00000000000000 |
| | | | | | | | | ICP-PERP | 0.00000000000000 |
| | | | | | | | | IMX-PERP | 0.00000000000000 |
| | | | | | | | | LINA-PERP | 0.00000000000000 |
| | | | | | | | | LINK-PERP | 0.00000000000000 |
| | | | | | | | | LRC-PERP | 0.00000000000000 |
| | | | | | | | | LTC-PERP | 0.00000000000000 |
| | | | | | | | | LUNA2 | 0.00660012197500 |
| | | | | | | | | LUNA2_LOCKED | 0.01540028461000 |
| | | | | | | | | LUNC | 1,657.19045178122000 |
| | | | | | | | | LUNC-PERP | 0.00000000000114 |
| | | | | | | | | MANA-PERP | 0.00000000000000 |
| | | | | | | | | MATIC | 0.56168962253166 |
| | | | | | | | | MATIC-PERP | 0.00000000000000 |
| | | | | | | | | NEAR-PERP | 0.00000000000000 |
| | | | | | | | | NEO-PERP | 0.00000000000000 |
| | | | | | | | | OKB-PERP | 0.00000000000000 |
| | | | | | | | | OMG-PERP | 0.00000000000000 |
| | | | | | | | | ONT-PERP | 0.00000000000000 |
| | | | | | | | | RAY-PERP | 0.00000000000000 |
| | | | | | | | | RSR-PERP | 0.00000000000000 |
| | | | | | | | | SAND-PERP | 0.00000000000000 |
| | | | | | | | | SC-PERP | 0.00000000000000 |
| | | | | | | | | SHIB-PERP | 0.00000000000000 |
| | | | | | | | | SLP-PERP | 0.00000000000000 |
| | | | | | | | | SNX-PERP | 0.00000000000000 |
| | | | | | | | | SOL | 0.02118849236737 |
| | | | | | | | | SOL-PERP | 0.00000000000000 |
| | | | | | | | | SPELL-PERP | 0.00000000000000 |

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | SRM | 68.845407600000000 |
| | | | | | | | | SRM_LOCKED | 325.498071000000000 |
| | | | | | | | | SRM-PERP | 0.000000000000000 |
| | | | | | | | | SUSHI-PERP | 0.000000000000000 |
| | | | | | | | | SXP-PERP | 0.000000000000000 |
| | | | | | | | | TOMO-PERP | 0.000000000000000 |
| | | | | | | | | TRX | 0.000191000000000 |
| | | | | | | | | UNI-PERP | 0.000000000000000 |
| | | | | | | | | USD | 28,869.615475007600000 |
| | | | | | | | | USDT | 0.325215476682087 |
| | | | | | | | | VET-PERP | 0.000000000000000 |
| | | | | | | | | WAVES-PERP | 0.000000000000000 |
| | | | | | | | | XLM-PERP | 0.000000000000000 |
| | | | | | | | | XMR-PERP | 0.000000000000000 |
| | | | | | | | | XRP-PERP | 0.000000000000000 |
| | | | | | | | | XTZ-PERP | 0.000000000000000 |
| | | | | | | | | YFI-PERP | 0.000000000000000 |
| | | | | | | | | ZRX-PERP | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98730 | Name on file | FTX Trading Ltd. | | Undetermined* | 72102 | Name on file | FTX Trading Ltd. | BCH | 1.096176203000000 |
| | | | | | | | | ETH | 4.188571770000000 |
| | | | | | | | | ETHW | 3.385430070000000 |
| | | | | | | | | FTT | 50.000000000000000 |
| | | | | | | | | SRM | 1.476179410000000 |
| | | | | | | | | SRM_LOCKED | 23.003620990000000 |
| | | | | | | | | USD | 2.890017869280790 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98580 | Name on file | FTX Trading Ltd. | BTC | 2.077629210000000 | 34501 | Name on file | FTX Trading Ltd. | BTC | 2.077629210000000 |
| | | | ETH | 377.142709670000000 | | | | ETH | 377.142709700000000 |
| | | | FTM | 244.185106610000000 | | | | ETHW | 0.001027080000000 |
| | | | FTT | 500.191940440000000 | | | | FTM | 244.185106600000000 |
| | | | MATIC | 453.380.966614140000000 | | | | FTT | 500.191940400000000 |
| | | | SRM | 171.795304300000000 | | | | MATIC | 453.380.966600000000 |
| | | | USD | 266,478.780000000000000 | | | | SRM | 21.795106020000000 |
| | | | | | | | | SRM_LOCKED | 171.795304400000000 |
| | | | | | | | | USD | 266,478.778700000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98650 | Name on file | FTX Trading Ltd. | USD | 1,988.140000000000000 | 23232 | Name on file | West Realm Shires Services Inc. | BTC | 0.000035800000000 |
| | | | | | | | | USD | 1,988.500000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98758 | Name on file | West Realm Shires Services Inc. | USDC | 101,390.020000000000000 | 91332* | Name on file | West Realm Shires Services Inc. | ETHW | 0.108639000000000 |
| | | | | | | | | USD | 76,390.015922190000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Thirty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Partially Unliquidated Proofs of Claim (Customer Claims).

| 98794 | Name on file | FTX Trading Ltd. | USD | 1,500.000000000000000 | 44704* | Name on file | West Realm Shires Services Inc. | LINK | 19.600000000000000 |
| | | | | | | | | USD | 1,226.321000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Thirty-Fifth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims).

| 98606 | Name on file | FTX Trading Ltd. | | Undetermined* | 65028 | Name on file | FTX Trading Ltd. | ATLAS | 10,489.468342000000000 |
| | | | | | | | | CONV | 7,378.667910000000000 |
| | | | | | | | | CQT | 819.957111300000000 |
| | | | | | | | | FTT | 0.047217380000000 |
| | | | | | | | | LOOKS | 104.980648500000000 |
| | | | | | | | | LUNA2 | 0.031695240960000 |
| | | | | | | | | LUNA2_LOCKED | 0.073955562130000 |
| | | | | | | | | LUNC | 6,901.705449100000000 |
| | | | | | | | | MNGO | 1,019.940435000000000 |
| | | | | | | | | MOB | 390.476630000000000 |
| | | | | | | | | RAY | 659.050366010000000 |
| | | | | | | | | SRM | 647.061237430000000 |
| | | | | | | | | SRM_LOCKED | 11.445148460000000 |
| | | | | | | | | TRX | 0.000005000000000 |
| | | | | | | | | USD | 0.079783833951088 |
| | | | | | | | | USDT | 0.036741959966120 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98608 | Name on file | FTX Trading Ltd. | | Undetermined* | 65028 | Name on file | FTX Trading Ltd. | ATLAS | 10,489.468342000000000 |
| | | | | | | | | CONV | 7,378.667910000000000 |
| | | | | | | | | CQT | 819.957111300000000 |
| | | | | | | | | FTT | 0.047217380000000 |
| | | | | | | | | LOOKS | 104.980648500000000 |
| | | | | | | | | LUNA2 | 0.031695240960000 |
| | | | | | | | | LUNA2_LOCKED | 0.073955562130000 |
| | | | | | | | | LUNC | 6,901.705449100000000 |
| | | | | | | | | MNGO | 1,019.940435000000000 |
| | | | | | | | | MOB | 390.476630000000000 |
| | | | | | | | | RAY | 659.050366010000000 |
| | | | | | | | | SRM | 647.061237430000000 |
| | | | | | | | | SRM_LOCKED | 11.445148460000000 |
| | | | | | | | | TRX | 0.000005000000000 |
| | | | | | | | | USD | 0.079783833951088 |
| | | | | | | | | USDT | 0.036741959966120 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98610 | Name on file | FTX Trading Ltd. | ATLAS | 10.489000000000000 | 65028 | Name on file | FTX Trading Ltd. | ATLAS | 10,489.468342000000000 |
| | | | CONV | 7.378660000000000 | | | | CONV | 7,378.667910000000000 |
| | | | POC Other Crypto Assertions: COVALENT | 81,995.000000000000000 | | | | CQT | 819.957111300000000 |
| | | | POC Other Crypto Assertions: LOOKSRARE | 10,498.000000000000000 | | | | FTT | 0.047217380000000 |
| | | | POC Other Crypto Assertions: MANGO | | | | | LOOKS | 104.980648500000000 |
| | | | PROTOCOL | 1.019940000000000 | | | | LUNA2 | 0.031695240960000 |
| | | | RAY | 659.050000000000000 | | | | LUNA2_LOCKED | 0.073955562130000 |
| | | | SRM | 647.061000000000000 | | | | LUNC | 6,901.705449100000000 |
| | | | | | | | | MNGO | 1,019.940435000000000 |
| | | | | | | | | MOB | 390.476630000000000 |
| | | | | | | | | RAY | 659.050366010000000 |
| | | | | | | | | SRM | 647.061237430000000 |
| | | | | | | | | SRM_LOCKED | 11.445148460000000 |
| | | | | | | | | TRX | 0.000005000000000 |
| | | | | | | | | USD | 0.079783833951088 |
| | | | | | | | | USDT | 0.036741959966120 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98621 | Name on file | FTX Trading Ltd. | BTC | | 89958 | Name on file | FTX Trading Ltd. | BTC | 0.000000007143610 |
| | | | ETH | Undetermined* | | | | ETH | 0.000000006709230 |
| | | | FTM | | | | | FTM | 3,160.963614598387500 |
| | | | FTT | | | | | FTT | 150.088.144017985000 |
| | | | RAY | | | | | GBP | 0.000000007804724 |
| | | | RUNE | | | | | RAY | 0.406774382537906 |
| | | | SRM | | | | | RUNE | 0.000000008575330 |
| | | | | | | | | SRM | 0.281647020000000 |
| | | | | | | | | SRM_LOCKED | 1.205782760000000 |
| | | | | | | | | USD | 0.000000008148728 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98696 | Name on file | FTX EU Ltd. | LTC | 0.410443000000000 | 64825* | Name on file | FTX Trading Ltd. | BNB | 0.000000010000000 |
| | | | MATIC | 72.132760340000000 | | | | BTC | 0.000000010000000 |
| | | | USD | 107.090000000000000 | | | | ETH | 0.000000003410880 |
| | | | | | | | | ETHW | 0.000000003410880 |
| | | | | | | | | EUR | 0.000000005427006 |
| | | | | | | | | LTC | 0.410443000000000 |
| | | | | | | | | MATIC | 72.132740240520020 |
| | | | | | | | | USD | 107.087500305171500 |
| | | | | | | | | USDT | 0.002965041757833 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Fifteenth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| 98687 | Name on file | FTX Trading Ltd. | ETH | | 23358* | Name on file | FTX Trading Ltd. | BTC | 0.490281350000000 |
| | | | | | | | | ETH | 2.585045870000000 |
| | | | | | | | | ETHW | 2.585450970000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Thirty-Fifth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims).

| 98741 | Name on file | FTX Trading Ltd. | ETH | 0.022000000000000 | | Name on file | FTX Trading Ltd. | BNB | 0.000511510000000 |
| | | | FTT | 47.809000000000000 | | | | ETH | 0.022006380000000 |
| | | | USDT | 281.540000000000000 | | | | FTT | 47.809107120000000 |
| | | | | | | | | USD | 0.010000000000000 |
| | | | | | | | | USDT | 281.540000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98563 | Name on file | FTX Trading Ltd. | EUR | 197,314.000000000000000 | 73964 | Name on file | FTX Trading Ltd. | EUR | 1,979.144978113000000 |
| | | | JPY | 1,429.900000000000000 | | | | JPY | 1,429.900000000000000 |
| | | | USD | 11,454.074000000000000 | | | | USD | 114,340.744708780050000 |
| | | | USDT | 14,290.900000000000000 | | | | USDT | 20,331.554447390000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim.

| 98473 | Name on file | FTX Trading Ltd. | POC Other Fiat Assertions: CAN'T REMEMBER MY HOLDINGS | 100.000000000000000 | 24092* | Name on file | West Realm Shires Services Inc. | CUSDT | 1.000000000000000 |
| | | | | | | | | DOGE | 1.000000000000000 |
| | | | | | | | | LINK | 72.097400000000000 |
| | | | | | | | | LTC | 6.753700000000000 |
| | | | | | | | | SOL | 17.426500000000000 |
| | | | | | | | | TRX | 1.000000000000000 |
| | | | | | | | | USD | 514.960000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundredth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| 98723 | Name on file | FTX EU Ltd. | | Undetermined* | 15501* | Name on file | FTX Trading Ltd. | ADABULL | 5.000000000000000 |
| | | | | | | | | ETHBULL | 5.000000000000000 |
| | | | | | | | | FTT | 2.000000000000000 |
| | | | | | | | | MATIC | 10.000000000000000 |
| | | | | | | | | RAY | 6.000000000000000 |
| | | | | | | | | SOL | 5.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Fifteenth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| 98666 | Name on file | FTX Trading Ltd. | AVAX | 0.000051930000000 | 34327* | Name on file | West Realm Shires Services Inc. | AVAX | 0.000051930000000 |
| | | | ETH | 3.148089170000000 | | | | DOGE | 1.000000000000000 |
| | | | SOL | 0.000393520000000 | | | | ETH | 3.148089370000000 |
| | | | | | | | | SHIB | 17.000000000000000 |
| | | | | | | | | SOL | 0.000393520000000 |
| | | | | | | | | USD | 0.000000002100000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Seventy-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| 98758 | Name on file | FTX Trading Ltd. | USD | 7,698.757269910915000 | 37153* | Name on file | FTX Trading Ltd. | EUR | 0.665754090000000 |
| | | | | | | | | TONCOIN-PERP | 0.000000000000000 |
| | | | | | | | | TRX | 0.000000000000000 |
| | | | | | | | | USD | 7,698.757269910850000 |
| | | | | | | | | USDT | 0.000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's One Hundred Ninth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).

| 98786 | Name on file | Quoine Pte Ltd | BTC | 0.750000000000000 | 65948* | Name on file | Quoine Pte Ltd | BTC | 0.750000000000000 |
| | | | ETH | 1.000000000000000 | | | | ETH | 1.000000000000000 |
| | | | SGD | 7,052.100000000000000 | | | | SGD | 7,052.100000000000000 |
| | | | USD | 5,741.429000000000000 | | | | USD | 5,741.429000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was ordered modified on the FTX Recovery Trust's Fifty-Eighth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).