Andre Botha

14350 60th St North, Room/Suite 22923

Clearwater, FL 33760

mailbox@iprivateer.org

+593961795073

RECEIVED

2025 MAY -6  A 9:57

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 29, 2025

Clerk of Court

U.S. Bankruptcy Court, District of Delaware

824 N Market Street

Wilmington, DE 19801

Re: In re: FTX Trading Ltd., et al., Case No. 22-11068 (KBO)

Notice of Filing Corrected Exhibit A: Email Correspondence (Docket 30179)

Dear Clerk of Court,

I am writing to submit a corrected version of Exhibit A: Email Correspondence, which was originally filed with my Motion to Compel Payment on April 21, 2025 (Docket 30179). As noted in my initial cover letter, the attachments list on Page 9 of the original exhibit was incomplete. This updated version, titled "Updated Exhibit A: Email Correspondence (Corrected)," includes all relevant emails that support my motion and removes non-relevant email chains for clarity.

The updated exhibit has been revised as follows:

- The document now consists of 22 pages, with the last page removed to eliminate redundant content.

- The footers have been adjusted to reflect the correct page count.

In accordance with D. Del. Bankr. L.R. 9013-1, I am mailing copies of this notice and the updated exhibit to the following parties via USPS First-Class Mail:

- Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004

- U.S. Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801

Please let me know if any further information is required. I can be reached at mailbox@iprivateer.org or +593961795073. Thank you for your attention to this matter.

Respectfully,

/s/ Andre Botha

Andre Botha

| | |
|---|---|
| **From:** | Andre <Mailbox@iprivateer.org> |
| **Sent:** | Wednesday, February 12, 2025 2:57 PM |
| **To:** | kyc-support@ftx.com; FTX; ftxquestions@kroll.com |
| **Cc:** | FTXTradingUCCInfo@epiqglobal.com |
| **Subject:** | Formal Request for Legal Basis of Source of Funds Requirement |

Dear FTX Claims Administrators,

I have provided all necessary documentation to verify my identity and banking details. However, you continue to request additional proof of the source of my funds. Based on my research, there is **no legal requirement** under U.S. law that mandates a creditor to provide such information in a bankruptcy proceeding. Specifically:

1. **Title 11, U.S. Bankruptcy Code** does not require creditors to prove the source of their deposits with a bankrupt entity.
2. The **Bank Secrecy Act (31 U.S.C. §§ 5311-5336)** and **AML regulations** apply to financial institutions, not to a bankrupt estate distributing assets.
3. If this request is based on a legal mandate, please provide the **specific U.S. law, regulation, or court order** that requires me to disclose this information. If this is an internal policy, I request confirmation in writing.

If I do not receive a satisfactory response within **7 business days**, I will escalate this matter to the **U.S. Bankruptcy Court** overseeing the FTX case, the **U.S. Trustee Program**, and other relevant regulatory bodies.

I appreciate your prompt attention to this matter.


Sincerely,
Andre Botha

Tel: +593961795073 / email: mailbox@iprivateer.org
Unique Customer Code - 05732038

# RE: [EXTERNAL] Formal Request for Legal Basis of Source of Funds Requirement

From    Andre <Mailbox@iprivateer.org>

To      FTX Questions <ftxquestions@kroll.com>

Date    Friday, February 21st, 2025 at 8:30 AM

Dear Kroll Team,


Thank you for your email. I appreciate your efforts to reach me by phone. However, for all standard legal and record-keeping reasons, I kindly request that all communications regarding my claim be conducted in writing.

Please note that while I have provided my phone number, I prefer written correspondence to ensure a clear and documented record of our communications. Should you require any additional information or clarification from my side, please respond via email.

Thank you for your understanding and assistance.


Sincerely,

Andre Botha
Unique Customer Code - 05732038


On Thursday, February 20th, 2025 at 1:24 PM, FTX Questions <ftxquestions@kroll.com> wrote:

> Andre,
>
> Thank you for your email.
>
> We attempted to contact you at the phone number provided, however, we were unable to reach you. Please let us know if there's a better number to assist you. For further assistance, you may contact the FTX hotline at 888-482-0049 (Toll-free within the United States or Canada) or 646-440-4176 (If calling outside of the United States or Canada). Operators are available from 9 a.m. – 6 p.m. Eastern Time Monday through Friday. If you prefer a call back, please provide your time zone and preferred time and we will attempt to accommodate your request.
>
> Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/.
>
> PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute

a claim in these proceedings.

Regards,

**Kroll Inquiries**
www.kroll.com

--------------- Original Message ---------------
**From:** Andre [mailbox@iprivateer.org]
**Sent:** 2/12/2025, 2:56 PM
**To:** kyc-support@ftx.com; support@ftx.com; ftxquestions@kroll.com
**Cc:** ftxtradinguccinfo@epiqglobal.com
**Subject:** [EXTERNAL] Formal Request for Legal Basis of Source of Funds Requirement

Dear FTX Claims Administrators,

I have provided all necessary documentation to verify my identity and banking details. However, you continue to request additional proof of the source of my funds. Based on my research, there is **no legal requirement** under U.S. law that mandates a creditor to provide such information in a bankruptcy proceeding. Specifically:

1. **Title 11, U.S. Bankruptcy Code** does not require creditors to prove the source of their deposits with a bankrupt entity.
2. The **Bank Secrecy Act (31 U.S.C. §§ 5311-5336)** and **AML regulations** apply to financial institutions, not to a bankrupt estate distributing assets.
3. If this request is based on a legal mandate, please provide the **specific U.S. law, regulation, or court order** that requires me to disclose this information. If this is an internal policy, I request confirmation in writing.

If I do not receive a satisfactory response within **7 business days**, I will escalate this matter to the **U.S. Bankruptcy Court** overseeing the FTX case, the **U.S. Trustee Program**, and other relevant regulatory bodies.

I appreciate your prompt attention to this matter.

Sincerely,

Andre Botha

Tel: +593961795073 / email: mailbox@iprivateer.org

Unique Customer Code - 05732038

# RE: [EXTERNAL] Formal Request for Legal Basis of Source of Funds Requirement

From    Andre <Mailbox@iprivateer.org>

To      FTX Questions<ftxquestions@kroll.com>, FTX<support@ftx.com>, kyc-support@ftx.com

Date    Monday, February 24th, 2025 at 7:46 PM

Dear Kroll Team,

Thank you for your recent response.

However, I note that my inquiry regarding the legal basis for the request for additional documentation—specifically proof regarding the source of funds—has not been addressed. I respectfully request a clear, written explanation including:

1. **Legal Basis:**
   Please provide the specific statute(s), regulation(s), or court order(s) under which the requirement for additional documentation is imposed. For your reference, I would like to emphasize that under Title 11 of the U.S. Bankruptcy Code, creditors are not required to prove the source of their deposits with a bankrupt entity. In addition, the Bank Secrecy Act (31 U.S.C. §§ 5311-5336) and applicable Anti-Money Laundering regulations apply to operating financial institutions—not to a bankrupt estate that is distributing assets.

2. **Internal Policy Clarification:**
   If this documentation requirement is based solely on an internal policy rather than a legal mandate, please confirm this in writing.

I would also like to note that I have previously provided comprehensive documentation, including bank statements and evidence of a SWIFT wire transfer. Furthermore, the KYC team has confirmed in writing that the issue is not related to the validation of my identity. To that end, I have even offered to provide a formal attestation and validation of my identity through a Court-Appointed Notary Public, should that be necessary.

Given these points, I respectfully request that you clarify the legal justification for the additional documentation requirements. Should I not receive a satisfactory written response, I will consider escalating this matter to the Bankruptcy Court overseeing these proceedings as well as the U.S. Trustee Program for further review.

Thank you for your prompt attention to this matter. I look forward to your written response.

Sincerely,

Andre Botha
Unique Customer Code - 05732038

# Re: [EXTERNAL] Formal Request for Legal Basis of Source of Funds Requirement

From    Andre <Mailbox@iprivateer.org>

To      kyc-support@ftx.com, claims@ftx.com

Date    Tuesday, February 25th, 2025 at 12:38 PM

Dear KYC Support Team,

Thank you for your response.

However, I must reiterate that my core inquiry remains unanswered. Specifically, I have repeatedly requested a written explanation—complete with references to applicable law—for your requirement that I provide additional documentation as evidence of the source of funds.

For clarity, I wish to emphasize the following points:

1. **Legal Basis:**
   Under Title 11 of the U.S. Bankruptcy Code, creditors are not required to prove the source of their deposits with a bankrupt entity. Additionally, the Bank Secrecy Act (31 U.S.C. §§ 5311–5336) and related AML regulations apply to active financial institutions, not to a bankrupt estate that is distributing assets.
   Please provide the specific statute(s), regulation(s), or court order(s) that justify your request for the additional documents listed in your email.

2. **Internal Policy vs. Legal Requirement:**
   If your request is based solely on internal KYC policies and not on a legal obligation, please confirm this in writing. This clarification is necessary for me to understand my obligations in these proceedings.

3. **Previous Documentation Submitted:**
   I have already provided substantial documentation, including bank statements and a SWIFT wire transfer confirmation. I have also been informed by your KYC team that identity validation is not an issue. In light of this, I question the necessity of the additional documentation you are now requesting—especially given your fiduciary duty to distribute funds owed once a creditor's identity and claim have been confirmed.

Given the above, I respectfully request a clear, written response addressing the legal basis for these documentation requirements. I have requested this information several times over the past few months. Should I not receive a satisfactory explanation, I will have no alternative but to escalate my inquiry to the Bankruptcy Court overseeing these proceedings, as well as to the U.S. Trustee Program.

Thank you for your prompt attention to this matter. I look forward to your written response.

Sincerely,

Andre Botha

Unique Customer Code - 05732038

On Tuesday, February 25th, 2025 at 11:35 AM, kyc-support@ftx.com <kyc-support@ftx.com> wrote:

Dear Customer,

Thank you very much for your email.

As mentioned in our previous correspondences, we are progressing with KYC submission and henceforth have stringent guidelines in place which we comply with.

As it is confirmed before, we reconfirm that the issue is not related to validation of your identity. We requested documents to consider as source of fund supporting document. According to our request, the submitted documents were carefully reviewed. However, the bank transactions document without official logo, signature and account details cannot be considered as sufficient source of document. Additionally, the SWIFT wire transfer which is enclosed to an email cannot be considered as sufficient source of document.

In order to proceed with your application, we kindly request that you provide one or more of the following listed documentation with **enough value to justify your claim amount:**

- Bank statements issued for the past 3 months (in proper pdf format showing full statement with logo, transactions balance etc.)
- 3 salary or income slips issued within the past 6 months
- Last filed income tax statement
- Investment/securities/portfolio account statement for the past 3 months
- Other such as proof of sales of assets/property, inheritance etc.

You can provide further documentation by replying to this secure email address.

We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support



 **Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

Email: kyc-support@ftx.com

On February 25, 2025 at 12:46 AM GMT mailbox@iprivateer.org wrote:

Dear Kroll Team,

Thank you for your recent response.

However, I note that my inquiry regarding the legal basis for the request for additional documentation—specifically proof regarding the source of funds—has not been addressed. I respectfully request a clear, written explanation including:

1. **Legal Basis:**
   Please provide the specific statute(s), regulation(s), or court order(s) under which the requirement for additional documentation is imposed. For your reference, I would like to emphasize that under Title 11 of the U.S. Bankruptcy Code, creditors are not required to prove the source of their deposits with a bankrupt entity. In addition, the Bank Secrecy Act (31 U.S.C. §§ 5311-5336) and applicable Anti-Money Laundering regulations apply to operating financial institutions—not to a bankrupt estate that is distributing assets.

2. **Internal Policy Clarification:**
   If this documentation requirement is based solely on an internal policy rather than a legal mandate, please confirm this in writing.

I would also like to note that I have previously provided comprehensive documentation, including bank statements and evidence of a SWIFT wire transfer. Furthermore, the KYC team has confirmed in writing that the issue is not related to the validation of my identity. To that end, I have even offered to provide a formal attestation and validation of my identity through a Court-Appointed Notary Public, should that be necessary.

Given these points, I respectfully request that you clarify the legal justification for the additional documentation requirements. Should I not receive a satisfactory written response, I will consider escalating this matter to the Bankruptcy Court overseeing these proceedings as well as the U.S. Trustee Program for further review.

Thank you for your prompt attention to this matter. I look forward to your written response.

Sincerely,

Andre Botha
Unique Customer Code - 05732038

On Friday, February 21st, 2025 at 7:43 PM, FTX Questions <ftxquestions@kroll.com> wrote:

Andre,

Thank you for your inquiry.

Kroll, as the claims and noticing agent for these proceedings, does not have access to personal FTX account information.

Additionally, for concerns regarding the FTX customer claims portal, please visit the Frequently Asked Questions available at: https://support.ftx.com/hc/en-us.

If additional support is required, you can reach the FTX Customer Support team at support@ftx.com.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

**Kroll Inquiries**

www.kroll.com

--------------- Original Message ---------------

**From:** Andre [mailbox@iprivateer.org]

**Sent:** 2/21/2025, 8:30 AM

**To:** ftxquestions@kroll.com

**Subject:** RE: [EXTERNAL] Formal Request for Legal Basis of Source of Funds Requirement

Dear Kroll Team,

Thank you for your email. I appreciate your efforts to reach me by phone. However, for all standard legal and record-keeping reasons, I kindly request that all communications regarding my claim be conducted in writing.

Please note that while I have provided my phone number, I prefer written correspondence to ensure a clear and documented record of our communications. Should you require any additional information or clarification from my side, please respond via email.

Thank you for your understanding and assistance.


Sincerely,

Andre Botha
Unique Customer Code - 05732038



On Thursday, February 20th, 2025 at 1:24 PM, FTX Questions <ftxquestions@kroll.com> wrote:

Andre,

Thank you for your email.

We attempted to contact you at the phone number provided, however, we were unable to reach you. Please let us know if there's a better number to assist you. For further assistance, you may contact the FTX hotline at 888-482-0049 (Toll-free within the United States or Canada) or 646-440-4176 (If calling outside of the United States or Canada). Operators are available from 9 a.m. – 6 p.m. Eastern Time Monday through Friday. If you prefer a call back, please provide your time zone and preferred time and we will attempt to accommodate your request.

Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

———————————————————

**Kroll Inquiries**

www.kroll.com

--------------- Original Message ---------------

**From:** Andre [mailbox@iprivateer.org]
**Sent:** 2/12/2025, 2:56 PM
**To:** kyc-support@ftx.com; support@ftx.com; ftxquestions@kroll.com
**Cc:** ftxtradinguccinfo@epiqglobal.com
**Subject:** [EXTERNAL] Formal Request for Legal Basis of Source of Funds Requirement

Dear FTX Claims Administrators,

I have provided all necessary documentation to verify my identity and banking details. However, you continue to request additional proof of the source of my funds. Based on my research, there is **no legal requirement** under U.S. law that mandates a creditor to provide such information in a bankruptcy proceeding. Specifically:

1. **Title 11, U.S. Bankruptcy Code** does not require creditors to prove the source of their deposits with a bankrupt entity.
2. The **Bank Secrecy Act (31 U.S.C. §§ 5311-5336)** and **AML regulations** apply to financial institutions, not to a bankrupt estate distributing assets.
3. If this request is based on a legal mandate, please provide the **specific U.S. law, regulation, or court order** that requires me to disclose this information. If this is an internal policy, I request confirmation in writing.

If I do not receive a satisfactory response within **7 business days**, I will escalate this matter to the **U.S. Bankruptcy Court** overseeing the FTX case, the **U.S. Trustee Program**, and other relevant regulatory bodies.

I appreciate your prompt attention to this matter.

Sincerely,
Andre Botha

Tel: +593961795073 / email: mailbox@iprivateer.org
Unique Customer Code - 05732038

| | |
|---|---|
| **From:** | kyc-support@ftx.com |
| **Sent:** | Tuesday, February 25, 2025 11:35 AM |
| **To:** | Andre |
| **Subject:** | Re: [EXTERNAL] Formal Request for Legal Basis of Source of Funds Requirement |

Dear Customer,

Thank you very much for your email.

As mentioned in our previous correspondences, we are progressing with KYC submission and henceforth have stringent guidelines in place which we comply with.

As it is confirmed before, we reconfirm that the issue is not related to validation of your identity. We requested documents to consider as source of fund supporting document. According to our request, the submitted documents were carefully reviewed. However, the bank transactions document without official logo, signature and account details cannot be considered as sufficient source of document. Additionally, the SWIFT wire transfer which is enclosed to an email cannot be considered as sufficient source of document.

In order to proceed with your application, we kindly request that you provide one or more of the following listed documentation with **enough value to justify your claim amount:**

- Bank statements issued for the past 3 months (in proper pdf format showing full statement with logo, transactions balance etc.)
- 3 salary or income slips issued within the past 6 months
- Last filed income tax statement
- Investment/securities/portfolio account statement for the past 3 months
- Other such as proof of sales of assets/property, inheritance etc.

You can provide further documentation by replying to this secure email address.

We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

| | |
|---|---|
| **From:** | Andre <andre@iprivateer.org> |
| **Sent:** | Saturday, March 15, 2025 3:28 PM |
| **To:** | Andre Botha |
| **Subject:** | Complaint Against FTX/Kroll for Unjustified Denial of Validated Claim (Unique Code 05732038) |
| **Attachments:** | My Email to FTXKroll, March 3, 2025.eml (3.74 KB); My Email to KrollFTX - February 25, 2025.eml (88.8 KB); Email from KYC Support, February 25, 2025.eml (86.9 KB); My Email to KrollFTX - February 24, 2025.eml (26.7 KB); Email from KYC Support, February 11, 2025.eml (328 KB) |

**Date**: March 15, 2025

Dear U.S. Trustee Program, Region 3,

I am a foreign creditor of FTX (Unique Customer Code 05732038) with a validated claim of $12,885.74 in USDT and $68.60 in USD, totaling $12,954.34, eligible for a payout of approximately $15,415–$16,700 under the Second Amended Joint Chapter 11 Plan (Docket 26404). FTX/Kroll have explicitly confirmed my identity is not at issue— stating on February 25, 2025, "As it is confirmed before, we reconfirm that the issue is not related to validation of your identity"—and received bank documents proving my funds originated from term deposits. Yet, they refuse to process my refund, demanding current financial documents (e.g., 3 months of bank statements, 6 months of salary slips) to "justify" my claim amount.

For months, I've requested the legal basis—statute, regulation, or court order—for this requirement. Emails on February 12, February 25, and March 1, 2025 (attached), explicitly asked for this, noting that 11 U.S.C. § 502 and the Bank Secrecy Act don't mandate such proof in bankruptcy. FTX/KYC's responses (February 11 and 25, attached) reject my docs for lacking logos/signatures and demand recent income proof, ignoring my legal queries. Kroll deflects to FTX support (February 21, attached). Their latest silence past my March 10 deadline confirms their refusal to justify this.

This exceeds the Plan's KYC scope (identity and sanctions checks) and violates § 502's presumption of claim validity, absent fraud evidence (none exists). As a foreigner, I suspect they're exploiting my status, assuming I won't escalate. I request your investigation to ensure FTX/Kroll process my payout without baseless hurdles.

Attached are key emails showing this pattern. I can provide more if needed.

Sincerely,
Andre Botha
mailbox@iprivateer.org
+593961795073

**Attachments**:

- Email from KYC Support, February 11, 2025
- Email from KYC Support, February 25, 2025
- My Email to Kroll/FTX, February 24, 2025
- Email from Kroll, February 20, 2025
- My Email to FTX/Kroll, March 3, 2025

| | |
|---|---|
| **From:** | Andre <Mailbox@iprivateer.org> |
| **Sent:** | Monday, March 3, 2025 4:34 PM |
| **To:** | FTX Questions; FTX; kyc-support@ftx.com |
| **Cc:** | ftxnoticing@ra.kroll.com |
| **Subject:** | Final Request for Legal Basis for Documentation Requirements – Escalation Notice |

Dear KYC Support Team,

I am writing to follow up on my previous communications regarding the legal basis for your request for additional documentation to verify the source of funds.

As stated in my prior emails, I require a written explanation with references to the specific statute(s), regulation(s), or court order(s) that mandate this requirement. I have provided substantial documentation already, and your team has confirmed that identity verification is not an issue.

Please note that if I do not receive a satisfactory response by the close of business on March 10, I will have no alternative but to escalate this matter to the Bankruptcy Court overseeing these proceedings as well as the U.S. Trustee Program.

Thank you for your prompt attention to this matter. I look forward to your written response.

Sincerely,

Andre Botha
Unique Customer Code - 05732038

| | |
|---|---|
| **From:** | FTX Trading Ltd. <ftxinfo@ra.kroll.com> |
| **Sent:** | Thursday, March 27, 2025 1:32 PM |
| **To:** | mailbox@iprivateer.org |
| **Subject:** | RE: [EXTERNAL] Complaint Against FTX/Kroll for Unjustified Denial of Validated Claim (Unique Code 05732038) |

Andre,

Thank you for your inquiry.

We attempted to contact you at the phone number provided, however, we were unable to reach you. Please let us know if there's a better number to assist you. For further assistance, you may contact the FTX hotline at 888-482-0049 (Toll-free within the United States or Canada) or 646-440-4176 (If calling outside of the United States or Canada). Operators are available from 9 a.m. – 6 p.m. Eastern Time Monday through Friday.

Additionally, Kroll, as the claims and noticing agent for these proceedings, does not have access to any personal FTX account information.

Furthermore, for concerns regarding the FTX customer claims portal, please visit the Frequently Asked Questions available at: https://support.ftx.com/hc/en-us.

If additional support is required, you can reach the FTX Customer Support team at support@ftx.com.

Otherwise, customers submitting proofs of claim are being asked to submit Know Your Customer ("KYC") information to verify their identity.

KYC information to be collected from individual customers may include, among other things, full name, date of birth, address and proof of address, identification and identification-related documents, nationality, phone number, email address, occupation, bank account information or wallet address, social security number (for U.S. citizens) and facial likeness. All KYC information will be kept private. If KYC information is not submitted or verification is rejected, the related proof of claim shall not be deemed disallowed but shall be deemed "unverified." For all unverified customer claims, the Debtors may either allow such claims without the requested KYC information or object to the allowance of such claims. If objections are filed, the holder will have an opportunity to submit the requested KYC information to the Debtors to resolve the objection on such claim.

For more information regarding KYC information, please visit https://support.ftx.com/hc/en-us or email support@ftx.com.

To streamline the process for customers, the FTX Debtors created an online claims portal for customers at https://claims.ftx.com. The FTX Customer Claims Portal enables you to access your FTX account information, obtain historical information and account balance as of the petition date.

Information, including access to court documents, instructions on how to file a proof of claim, and

important dates and deadlines will be available throughout the case at
https://restructuring.ra.kroll.com/FTX/.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases.  As such, we are not permitted to provide legal or financial advice.  Further, Kroll is not permitted to accept

claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,


**Kroll Inquiries**
www.kroll.com




--------------- Original Message ---------------
**From:** Andre [mailbox@iprivateer.org]
**Sent:** 3/15/2025, 4:58 PM
**To:** ustpregion03.wl.ecf@usdoj.gov
**Cc:** ftxnoticing@ra.kroll.com; ftxquestions@kroll.com; support@ftx.com; kyc-support@ftx.com
**Subject:** [EXTERNAL] Complaint Against FTX/Kroll for Unjustified Denial of Validated Claim (Unique Code 05732038)


Date: March 15, 2025

Dear U.S. Trustee Program, Region 3,

I am a foreign creditor of FTX (Unique Customer Code 05732038) with a validated claim of $12,885.74 in USDT and $68.60 in USD, totaling $12,954.34, eligible for a payout of approximately $15,415–$16,700 under the Second Amended Joint Chapter 11 Plan (Docket 26404). FTX/Kroll have explicitly confirmed my identity is not at issue—stating on February 25, 2025, "As it is confirmed below, we reconfirm that the issue is not related to validation of your identity"—and received bank documents proving my funds originated from term deposits. Yet, they refuse to process my refund, demanding current financial documents (e.g., 3 months of bank statements, 6 months of salary slips) "with enough value to justify [my] claim amount" (February 25, 2025), effectively requiring proof of current income despite my documented claim.

For months, I've requested the legal basis—statute, regulation, or court order—for this requirement. Emails on February 12, February 25, and March 1, 2025 (attached), explicitly asked for this, noting that 11 U.S.C. § 502 and the Bank Secrecy Act don't mandate such proof in bankruptcy. FTX/KYC's responses (February 11 and 25, attached) reject my docs for lacking logos/signatures and demand recent income proof, ignoring my legal queries. Kroll deflects to FTX support (February 21, attached). Their latest silence past my March 10 deadline confirms their refusal to justify this.


This exceeds the Plan's KYC scope (identity and sanctions checks) and violates § 502's presumption of claim validity, absent fraud evidence (none exists). As a foreigner, I suspect they're exploiting my status, assuming I won't escalate. I request your investigation to ensure FTX/Kroll process my payout without baseless hurdles.

Attached are key emails showing this pattern. I can provide more if needed.

Sincerely,
Andre Botha
mailbox@iprivateer.org
+593961795073

**Attachments**:

- Email from KYC Support, February 11, 2025
- Email from KYC Support, February 25, 2025
- My Email to Kroll/FTX, February 24, 2025
- Email from Kroll, February 20, 2025
- My Email to FTX/Kroll, March 3, 2025

| | |
|---|---|
| **From:** | Andre <Mailbox@iprivateer.org> |
| **Sent:** | Monday, March 31, 2025 11:25 AM |
| **To:** | ustpregion03.wl.ecf@usdoj.gov |
| **Cc:** | FTX Questions; FTX; ftxnoticing@ra.kroll.com; ftxinfo@ra.kroll.com |
| **Subject:** | Subject: Follow-Up on Complaint (FTX Claim 05732038, Sent March 15, 2025) |
| **Attachments:** | Kroll Email, March 26, 2025.eml (19.6 KB); FTX KYC Email, March 27, 2025.eml (332 KB); Complaint, March 15, 2025.eml (637 KB) |

Date: March 31, 2025

Dear U.S. Trustee Program, Region 3,

I'm following up on my complaint emailed March 15, 2025, regarding FTX/Kroll's unjustified denial of my validated claim (Unique Code 05732038, $12,954.34, payout ~$15,415–$16,700). I've received no UST response. Since then, Kroll (ftxinfo@ra.kroll.com, March 27, attached) sent a generic KYC email, and FTX/KYC (kyc-support@ftx.com, March 31, attached) reiterated their demand for current financials "to support [my] claim balance," both ignoring my repeated requests—since February 12—for the legal basis of this "current income" requirement. This persists despite FTX/KYC confirming my identity (February 25) and my bank docs proving the deposit source, with no response to my March 10 deadline.

Please confirm receipt and status of my complaint. I seek your intervention to ensure FTX/Kroll process my claim per the Plan (Docket 26404) and 11 U.S.C. § 502.

Thank you,
Andre Botha
mailbox@iprivateer.org
+593961795073

**Attachments**:

- Complaint, March 15, 2025
- Kroll Email, March 27, 2025
- FTX/KYC Email, March 31, 2025

| From: | FTX Support <support@ftx.com> |
|---|---|
| Sent: | Thursday, April 3, 2025 4:35 PM |
| To: | mailbox@iprivateer.org |
| Subject: | REMINDER - FTX Customer Portal Pre-Distribution Requirements |



Dear Customer,

**This email contains important deadline information and should be read in its entirety.**

You are receiving this email in connection with the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26404-1] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

Our records indicate that you have not completed the Know Your Customer ("KYC") and sanctions screening process on the FTX Customer Portal. Please review your e-mail inbox associated with your FTX account for messages from our KYC review team (kyc-support@ftx.com) with additional questions/document requests to complete your KYC application.

IMPORTANT DEADLINE: The deadline to submit all KYC information requested by the FTX Recovery Trust or its KYC vendors is June 1, 2025 as approved by the bankruptcy court pursuant to the Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 29464] (the "Order"). In the event that the Original Holder of an Unverified Claim listed on Schedule 1 attached to the Order does not submit all requested KYC information on or prior the deadline, such Unverified Claim shall be disallowed and

**expunged in its entirety. Please note that the FTX Recovery Trust may modify your KYC status if information becomes available that warrants such change but your claim will not be expunged on the basis of the Order if you have commenced the KYC process and completed all KYC submissions by the applicable deadlines.**

Additionally, certain tax information is required to be provided in order for Distributions to be made. Once KYC is completed, please use Step 7 on the FTX Customer Portal to provide the requisite tax information on a completed, applicable IRS Form W-9 or IRS Form W-8. Once Tax is completed, please use Step 8 to onboard with a distribution service provider ("Distribution Service Provider"). Customers may not receive a Distribution unless and until all of this information is provided.

For more information, please visit the FTX FAQs on Tax Requirements.

**Important Note Regarding Distributions:** on February 18, 2025, the FTX Recovery Trust announced the anticipated record date for the next distribution (the "Next Distribution") will be April 11, 2025 for holders of allowed claims of FTX's Class 5 Customer Entitlement Claims and Class 6 General Unsecured Claims as defined in the Plan, as well as Convenience Claims that have become allowed since the initial record date and have not received their distribution. The Next Distribution is expected to commence on May 30, 2025.

Customers in supported jurisdictions should proceed to the FTX Customer Portal (https://claims.ftx.com) to select a Distribution Service Provider. For more information, please visit FTX FAQs on Distributions.

Customer onboarding with a Distribution Service Provider is a necessary step for receiving any Distribution and cannot be completed until all KYC and tax requirements are satisfied. Any delay in providing such required information could jeopardize customers' ability to receive any Distribution in a timely manner, or at all, following the Effective Date of the Plan.

**IMPORTANT DEADLINE: The deadline to select a Distribution Service Provider for holders of allowed claims to be eligible for the Next**

**Distribution is the anticipated record date, April 11, 2025. Any late selections of Distribution Service Providers may be eligible for subsequent Distributions (as permissible under the Plan).**

Please disregard this email if you have already completed Steps 3, 7 & 8 in the FTX Customer Portal.

Thank you,

FTX Customer Support

| | |
|---|---|
| **From:** | FTX Trading Ltd. <ftxinfo@ra.kroll.com> |
| **Sent:** | Tuesday, April 8, 2025 11:12 AM |
| **To:** | mailbox@iprivateer.org |
| **Subject:** | RE: [EXTERNAL] Subject: Follow-Up on Complaint (FTX Claim 05732038, Sent March 15, 2025) |

Andre,

Thank you for your email.

Your inquiry will be escalated for further review and attention.

You may also visit The FTX Customer Claims Portal which enables you to access your FTX account information, obtain historical information, account balance (as of the petition time) and if necessary, submit an electronic proof of claim in the FTX Chapter 11 proceedings.

Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

**Kroll Inquiries**
www.kroll.com

--------------- Original Message ---------------
**From:** Andre [mailbox@iprivateer.org]
**Sent:** 3/31/2025, 12:24 PM
**To:** ustpregion03.wl.ecf@usdoj.gov
**Cc:** ftxnoticing@ra.kroll.com; ftxinfo@ra.kroll.com; ftxquestions@kroll.com; support@ftx.com
**Subject:** [EXTERNAL] Subject: Follow-Up on Complaint (FTX Claim 05732038, Sent March 15, 2025)

Date: March 31, 2025

Dear U.S. Trustee Program, Region 3,

855226X3X2XPRI
Mr. Andre Botha
14350 60th St North, Room/Suite 22923
Clearwater, FL 33760-2707

1************************SNGLP 480

Clerk of Court
Bankruptcy Court
District of Delaware
824 N Market St
Wilmington, DE 19801