**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., COTTONWOOD GROVE LTD. and FTX WEST REALM SHIRES, INC., | |
| Plaintiffs, | Adv. Proc. No. 23-50448 (KBO) |
| v. | |
| SAMUEL BANKMAN-FRIED, ZIXIAO "GARY" WANG, NISHAD SINGH and CAROLINE ELLISON, | |
| Defendants. | |
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD., | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 23-50444 (KBO) |
| PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC. GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD, | |
| Defendants. | |

| | |
|---|---|
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br>     v.<br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br>                        Defendants. | Adv. Proc. No. 22-50513 (KBO) |
| WEST REALM SHIRES SERVICES INC.,<br><br>                        Plaintiff,<br><br>     v.<br><br>MATTHEW NASS, MATTHEW PLACE, JOSHUA LEYTON, JOHN CONBERE, and LUIS SCOTT-VARGAS,<br><br>                        Defendants. | Adv. Proc. No. 24-50210 (KBO) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>                        Plaintiffs,<br><br>     v.<br><br>RYAN SALAME,<br><br>                        Defendant. | Adv. Proc. No. 24-50186 (KBO) |

**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR
REMOVAL FROM ECF SERVICE LIST AND MASTER SERVICE LIST**

PLEASE TAKE NOTICE that pursuant to Rule 9010-2(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Marc J. Phillips, (DE Bar No. 4445) and Gregory T. Donilon (DE Bar No. 4244), of Montgomery McCracken Walker & Rhoads LLP, hereby withdraw their appearance as counsel to Samuel Bankman-Fried, Joseph Bankman, Barbara Fried, Gabriel Bankman-Fried, Ryan Salame, Matthew Nass, Matthew Place, Joshua Utter-Leyton, John Conbere, and Luis Scott-Vargas (collectively, the "Parties"), in the above-captioned chapter 11 case and adversary proceedings and request to be removed from the Court's mailing list (on ECF and any other service list in this case) and the above-captioned debtors' and plaintiffs' master service list, effective immediately.

PLEASE TAKE FURTHER NOTICE that this notice shall not affect any other attorney from Montgomery McCracken Walker & Rhoads LLP, who shall remain attorneys of record for the Parties.

Dated: May 7, 2025

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Marc J. Phillips*
Gregory T. Donilon (No. 4244)
Marc J. Phillips (No. 4445)
1105 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
Email: gdonilon@mmwr.com
         mphillips@mmwr.com

*Counsel to the Parties*