## SCHEDULE 1

**Superseded Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Fiftieth Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 73631 | Name on file | Quoine Pte Ltd | BCH | 0.999997110000000 | 98436* | Name on file | Quoine Pte Ltd | BCH | 0.999997110000000 |
| | | | BTC | 0.004128760000000 | | | | BTC | 0.004128760000000 |
| | | | QASH | 14,544.843971230000000 | | | | USDT | 894.281000000000000 |
| | | | USDT | 21.590000000000000 | | | | | |
| 38091 | Name on file | West Realm Shires Services Inc. | BTC | 0.000879110000000 | 98368 | Name on file | West Realm Shires Services Inc. | AAVE | 1.134721180000000 |
| | | | ETH | 0.240081540000000 | | | | AVAX | 14.688593510000000 |
| | | | USD | 10,205.790000000000000 | | | | BTC | 0.112500390000000 |
| | | | | | | | | ETH | 0.530769390000000 |
| | | | | | | | | SOL | 4.823796640000000 |
| | | | | | | | | USD | 10,277.600000000000000 |
| 3112 | Name on file | FTX Trading Ltd. | XRP | 100.000000000000000 | 98292 | Name on file | West Realm Shires Services Inc. | XRP | 100.000000000000000 |
| 27559 | Name on file | FTX Trading Ltd. | | | 98726 | Name on file | FTX Trading Ltd. | | |
| | | | AVAX | 1.668488030000000 | | | | AVAX | 1.668488030439914 |
| | | | BRZ | 10,739.120000000000000 | | | | BRL | 40.000000000000000 |
| | | | BTC | 0.016954580000000 | | | | BRZ | 10,699.119083968357120 |
| | | | DOT | 4.985516920000000 | | | | BTC | 0.016954581554230 |
| | | | ETH | 0.140573740000000 | | | | DOT | 4.985516925035560 |
| | | | ETHW | 0.000286380000000 | | | | ETH | 0.140573745846922 |
| | | | LINK | 9.686067620000000 | | | | ETHW | 0.000286383877292 |
| | | | USD | 0.870000000000000 | | | | LINK | 9.686067627218340 |
| | | | | | | | | USD | 0.867360451063098 |
| 90032 | Name on file | Quoine Pte Ltd | AQUA | 1,397.430181200000000 | 98191* | Name on file | FTX Japan K.K. | | Undetermined* |
| | | | BTC | 0.000012840000000 | | | | | |
| | | | ETN | 45,480.000000000000000 | | | | | |
| | | | TRX | 96,784.442562000000000 | | | | | |
| | | | XEM | 764.000000000000000 | | | | | |
| | | | XLM | 1,686.448979410000000 | | | | | |
| | | | XRP | 654.611439330000000 | | | | | |
| 80130 | Name on file | West Realm Shires Services Inc. | USD | 1,635.040000000000000 | 98566 | Name on file | FTX Trading Ltd. | USD | 1,635.040000000000000 |
| 27041 | Name on file | FTX Trading Ltd. | USD | 10,446.290000000000000 | 98422 | Name on file | FTX Trading Ltd. | USD | 10,446.290000000000000 |
| 32800 | Name on file | West Realm Shires Services Inc. | ETH | 1.148341130000000 | 98543 | Name on file | West Realm Shires Services Inc. | ETH | 1.148341000000000 |
| | | | | | | | | ETHW | 0.243220681000000 |
| 96654 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | 98312 | Name on file | West Realm Shires Services Inc. | BTC | 0.000541880000000 |
| | | | | | | | | ETH | 0.944082500000000 |
| | | | | | | | | ETHW | 0.944082500000000 |
| | | | | | | | | LTC | 0.545314350000000 |
| | | | | | | | | SHIB | 860,551.423960110000000 |
| 62328 | Name on file | FTX Trading Ltd. | | | 98144 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: 3X LONG SHITCOIN INDEX TOKEN | 32.390000000000000 |
| | | | BTC | 6.806321399060013 | | | | BTC | 6.806321399060013 |
| | | | BTC-PERP | -0.000000000000002 | | | | FTT | 26.200000006729958 |
| | | | BULLSHIT | 32.390000000000000 | | | | POC Other Crypto Assertions: LOCKED SERUM | 0.926095280000000 |
| | | | FTT | 26.200000006729958 | | | | SRM | 73.626996640000000 |
| | | | MATIC-PERP | 0.000000000000000 | | | | USD | -22.050000000000000 |
| | | | SRM | 73.626996640000000 | | | | USDT | -56,758.796058817180000 |
| | | | SRM_LOCKED | 0.926095280000000 | | | | | |
| | | | SRM-PERP | 0.000000000000000 | | | | | |
| | | | USD | -22.050000000000000 | | | | | |
| | | | USDT | -56,758.796058817180000 | | | | | |
| | | | USTC-PERP | 0.000000000000000 | | | | | |
| 97447 | Name on file | FTX EU Ltd. | | | 97973 | Name on file | FTX Trading Ltd. | | |
| | | | BTC | 0.169854750000000 | | | | USD | 7,309.140000000000000 |
| | | | DOGE | 6,185.837512830000000 | | | | | |
| | | | ENJ | 3,809.229277540000000 | | | | | |
| | | | LINK | 316.009410470000000 | | | | | |
| | | | MANA | 959.312123070000000 | | | | | |
| | | | USD | 0.000000000000000 | | | | | |
| 96442 | Name on file | FTX Trading Ltd. | USDT | 15.000000000000000 | 98737* | Name on file | FTX Trading Ltd. | | Undetermined* |
| 25600 | Name on file | FTX Trading Ltd. | USD | 0.000000000000000 | 98657 | Name on file | FTX Trading Ltd. | AAVE | 0.000000000000000 |
| | | | USDT | 4,770.398471400000000 | | | | ADABULL | 0.000000000000000 |
| | | | | | | | | AKRO | 0.000000000000000 |
| | | | | | | | | APE | 0.000000000000000 |
| | | | | | | | | ARS | 0.000000000000000 |
| | | | | | | | | ATLAS | 0.000000000000000 |
| | | | | | | | | ATOM | 0.000000000000000 |
| | | | | | | | | AUD | 0.000000000000000 |
| | | | | | | | | AURY | 0.000000000000000 |
| | | | | | | | | AVAX | 0.000000000000000 |
| | | | | | | | | BAD | 0.000000000000000 |
| | | | | | | | | BAT | 0.000000000000000 |
| | | | | | | | | BCH | 0.000000000000000 |
| | | | | | | | | BNB | 0.000000000000000 |
| | | | | | | | | BRL | 0.000000000000000 |
| | | | | | | | | BRZ | 0.000000000000000 |
| | | | | | | | | BTC | 0.000000000000000 |
| | | | | | | | | BULL | 0.000000000000000 |
| | | | | | | | | CAD | 0.000000000000000 |
| | | | | | | | | CEL | 0.000000000000000 |
| | | | | | | | | CHF | 0.000000000000000 |
| | | | | | | | | CHZ | 0.000000000000000 |
| | | | | | | | | COPE | 0.000000000000000 |
| | | | | | | | | CRO | 0.000000000000000 |
| | | | | | | | | CUSDT | 0.000000000000000 |
| | | | | | | | | DENT | 0.000000000000000 |
| | | | | | | | | DOGE | 0.000000000000000 |
| | | | | | | | | DOGEBULL | 0.000000000000000 |
| | | | | | | | | DOT | 0.000000000000000 |
| | | | | | | | | ETH | 0.000000000000000 |
| | | | | | | | | ETHBULL | 0.000000000000000 |
| | | | | | | | | ETHW | 0.000000000000000 |
| | | | | | | | | EUR | 0.000000000000000 |
| | | | | | | | | FTM | 0.000000000000000 |
| | | | | | | | | FTT | 0.000000000000000 |
| | | | | | | | | GALA | 0.000000000000000 |
| | | | | | | | | GBP | 0.000000000000000 |
| | | | | | | | | GHS | 0.000000000000000 |
| | | | | | | | | GRT | 0.000000000000000 |
| | | | | | | | | HKD | 0.000000000000000 |
| | | | | | | | | IMX | 0.000000000000000 |
| | | | | | | | | JPY | 0.000000000000000 |
| | | | | | | | | KIN | 0.000000000000000 |
| | | | | | | | | LINK | 0.000000000000000 |
| | | | | | | | | LTC | 0.000000000000000 |
| | | | | | | | | LUNA2 | 0.000000000000000 |
| | | | | | | | | LUNC | 0.000000000000000 |
| | | | | | | | | MANA | 0.000000000000000 |
| | | | | | | | | MATIC | 0.000000000000000 |
| | | | | | | | | MXN | 0.000000000000000 |
| | | | | | | | | POC Other NFT Assertions: NONE | 0.000000000000000 |
| | | | | | | | | POLIS | 0.000000000000000 |
| | | | | | | | | RAY | 0.000000000000000 |
| | | | | | | | | RSR | 0.000000000000000 |
| | | | | | | | | RUNE | 0.000000000000000 |
| | | | | | | | | SAND | 0.000000000000000 |
| | | | | | | | | SGD | 0.000000000000000 |
| | | | | | | | | SHIB | 0.000000000000000 |
| | | | | | | | | SOL | 0.000000000000000 |
| | | | | | | | | SPELL | 0.000000000000000 |
| | | | | | | | | SRM | 0.000000000000000 |
| | | | | | | | | STEP | 0.000000000000000 |
| | | | | | | | | SUSHI | 0.000000000000000 |
| | | | | | | | | SXP | 0.000000000000000 |
| | | | | | | | | TONCOIN | 0.000000000000000 |
| | | | | | | | | TRX | 0.000000000000000 |
| | | | | | | | | TRY | 0.000000000000000 |
| | | | | | | | | UBXT | 0.000000000000000 |
| | | | | | | | | UNI | 0.000000000000000 |
| | | | | | | | | USD | 0.000000000000000 |
| | | | | | | | | USDC | 0.000000000000000 |
| | | | | | | | | USDT | 4,770.398471400000000 |
| | | | | | | | | USTC | 0.000000000000000 |
| | | | | | | | | VND | 0.000000000000000 |
| | | | | | | | | XOF | 0.000000000000000 |
| | | | | | | | | XRP | 0.000000000000000 |
| | | | | | | | | XRPBULL | 0.000000000000000 |
| | | | | | | | | ZAR | 0.000000000000000 |
| 98367 | Name on file | FTX Trading Ltd. | TRX | 0.000025000000000 | 98705 | Name on file | FTX Trading Ltd. | USD | 50,724.560000000000000 |
| | | | USDC | 50,724.560000000000000 | | | | | |
| 98195 | Name on file | West Realm Shires Services Inc. | | Undetermined* | 98197* | Name on file | FTX Trading Ltd. | | Undetermined* |
| 98342 | Name on file | FTX Trading Ltd. | | | 98343 | Name on file | FTX Trading Ltd. | | |
| | | | BRL | 238,514.000000000000000 | | | | BRL | 2,385.140000000000000 |
| 98265 | Name on file | FTX Trading Ltd. | TRX | Undetermined* | 98705 | Name on file | FTX Trading Ltd. | USD | 50,724.560000000000000 |
| | | | USDC | | | | | | |
| 71305 | Name on file | FTX Trading Ltd. | USD | 3,086.762203730000000 | 98670 | Name on file | FTX Trading Ltd. | USD | 3,086.762203730000000 |
| 80922 | Name on file | Quoine Pte Ltd | BCH | 0.100000000000000 | 98262 | Name on file | Quoine Pte Ltd | BCH | 0.112000000000000 |
| | | | BTC | 0.100356000000000 | | | | BTC | 0.100356800000000 |
| 91918 | Name on file | West Realm Shires Services Inc. | POC Other Fiat Assertions: ALL WITHDRAWALS ON 11/9/22 NEVER SHOWED UP. THE USD FUNDS JUST DISAPPEARED. | 8,000.000000000000000 | 98568 | Name on file | FTX Trading Ltd. | USD | 8,002.240000000000000 |
| | | | USD | 0.030278934779450 | | | | | |
| 34497 | Name on file | FTX Trading Ltd. | CHZ | 26,740.000000000000000 | 98771 | Name on file | FTX Trading Ltd. | CHZ | 26,740.000000000000000 |
| | | | USDT | 9,366.740000000000000 | | | | USDT | 9,366.740000000000000 |
| 70856 | Name on file | FTX Trading Ltd. | BCH-PERP | -0.000000000000056 | 98697 | Name on file | FTX Trading Ltd. | USD | 6,263.900000000000000 |
| | | | BTC | 0.000000000005743 | | | | | |
| | | | BTC-1230 | 0.000000000000000 | | | | | |
| | | | BTC-PERP | 0.000000000000000 | | | | | |
| | | | BTTPRE-PERP | 0.000000000000000 | | | | | |
| | | | DOGE-PERP | 0.000000000000000 | | | | | |
| | | | EGLD-PERP | 0.000000000000000 | | | | | |
| | | | ETC-PERP | 0.000000000000142 | | | | | |
| | | | ETH-PERP | 0.000000000000000 | | | | | |
| | | | FTM-PERP | 0.000000000000000 | | | | | |
| | | | LTC-PERP | 0.000000000000000 | | | | | |
| | | | MATIC-PERP | 0.000000000000000 | | | | | |
| | | | RAY-PERP | 0.000000000000000 | | | | | |
| | | | USD | 6,263.896564536120000 | | | | | |
| | | | ZEC-PERP | -0.000000000000454 | | | | | |
| | | | ZIL-PERP | 0.000000000000000 | | | | | |
| 33700 | Name on file | FTX Trading Ltd. | BTC | 0.002718840000000 | 98321 | Name on file | FTX Trading Ltd. | BTC | 0.002718840000000 |
| | | | FTT | 9.016681520000000 | | | | FTT | 9.016681520000000 |
| | | | USD | 122.000000000000000 | | | | USD | 122.980000000000000 |
| 37156 | Name on file | FTX Trading Ltd. | NEAR | Undetermined* | 98357* | Name on file | FTX Trading Ltd. | ETH | 0.262640000000000 |
| | | | SOL | | | | | NEAR | 8.000000000000000 |

98436*: Surviving Claim included as the claim to be modified subject to the FTX Recovery Trust's One Hundred Fifty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
98191*: Surviving Claim included as the claim to be modified subject to the FTX Recovery Trust's One Hundred Fifty-Ninth (Non-Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims).
98197*: Surviving Claim included as the claim to be modified subject to the FTX Recovery Trust's One Hundred Fifty-Ninth (Non-Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims).
98737*: Surviving Claim included as the claim to be modified subject to the FTX Recovery Trust's One Hundred Fifty-Ninth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).
98357*: Surviving Claim included as the claim to be modified subject to the FTX Recovery Trust's One Hundred Fifty-Eighth (Substantive) Omnibus Objection to Certain Overstated and Misclassified Proofs of Claim (Customer Claims), and the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims).
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts.

| | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | | | | | | SOL | 8.000000000000000 |
| 98092 | Name on file | FTX Trading Ltd. | | | 98379* | Name on file | FTX Trading Ltd. | | |
| | | | AVAX | 0.000001047946480 | | | | AVAX | 0.000001047946480 |
| | | | BNB | 0.000000008584970 | | | | BNB | 0.000000008584970 |
| | | | BTC | 0.000000007004490 | | | | BTC | 0.000000007004490 |
| | | | ETH | 0.000000003426570 | | | | ETH | 0.000000003426570 |
| | | | FTM | 46,155.519706289670000 | | | | FTM | 46,155.519706289670000 |
| | | | IMX | 0.003256860000000 | | | | GRT | 0.000000006725690 |
| | | | LUNA2 | 0.022881930000000 | | | | IMX | 0.003256860000000 |
| | | | LUNC | 0.007984968304100 | | | | LUNA2 | 0.022882000000000 |
| | | | RAY | 0.000000005416380 | | | | LUNC | 0.007984968304100 |
| | | | RSR | 0.002446398292132 | | | | RAY | 0.000000005416380 |
| | | | RUNE | 0.002046398004380950 | | | | RSR | 0.002446398292132 |
| | | | SOL | 0.000000005944778 | | | | RUNE | 0.000000004380950 |
| | | | SUSHI | 0.000000006188910 | | | | SOL | 0.000000005944778 |
| | | | TRX | 4,631.563901041970000 | | | | SUSHI | 0.000000006188910 |
| | | | USD | 116,373.510000000000000 | | | | POC Other Crypto Assertions: SYNTHETIC | 88.175081473418500 |
| | | | USDC | 0.971709125884190 | | | | TLM | 0.240000000000000 |
| | | | USDT | 0.005158729984394 | | | | TRX | 4,631.563901041970000 |
| | | | XRP | 0.000000008879660 | | | | USD | 116,373.505674713190000 |
| | | | | | | | | USDC | 0.971709125884190 |
| | | | | | | | | USDT | 0.005158729984394 |
| | | | | | | | | XRP | 0.000000008879660 |
| 97534 | Name on file | West Realm Shires Services Inc. | | Undetermined* | 97548 | Name on file | West Realm Shires Services Inc. | USD | 25,000.000000000000000 |
| 67734 | Name on file | FTX Tradinq Ltd. | ATOM | 119.587233510000000 | 98540 | Name on file | FTX Tradinq Ltd. | ATOM | 119.587233510000000 |
| | | | BNB | 3.952626890000000 | | | | BNB | 3.952626890000000 |
| 66846 | Name on file | Quoine Pte Ltd | SGD | 250.000000000000000 | 98718 | Name on file | Quoine Pte Ltd | BTC | 0.002335090000000 |
| | | | | | | | | JPY | 2.660000000000000 |
| | | | | | | | | SGD | 14.210000000000000 |
| 77946 | Name on file | West Realm Shires Services Inc. | DOGE | 908.080000000000000 | 98369* | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | GRT | 1.009000000000000 | | | | | |
| | | | USD | 356.006000000000000 | | | | | |
| 97598 | Name on file | FTX Trading Ltd. | | Undetermined* | 97622 | Name on file | West Realm Shires Services Inc. | BTC | 0.110890434723411 |
| | | | | | | | | USD | 0.229031361138545 |
| 39589 | Name on file | FTX Trading Ltd. | BULL | Undetermined* | 98799 | Name on file | FTX Trading Ltd. | BTC | 1.000000000000000 |
| | | | | | | | | ETH | 6.000000000000000 |
| 98738 | Name on file | FTX Trading Ltd. | BULL | 100.000000000000000 | 98799 | Name on file | FTX Trading Ltd. | BTC | 1.000000000000000 |
| | | | ETHBULL | 3.000000000000000 | | | | ETH | 6.000000000000000 |
| 98759 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | 98799 | Name on file | FTX Trading Ltd. | BTC | 1.000000000000000 |
| | | | ETH | | | | | ETH | 6.000000000000000 |
| 1682 | Name on file | FTX Trading Ltd. | | | 98172 | Name on file | FTX Trading Ltd. | | Undetermined* |
| | | | USD | 25,000.000000000000000 | | | | | |
| 81471 | Name on file | FTX Trading Ltd. | ATOM | 0.128610555207187 | 97643 | Name on file | FTX Trading Ltd. | ATOM | 0.128610555207187 |
| | | | BTC | 0.004799136000000 | | | | BTC | 0.004799136000000 |
| | | | CRV | 15.997120000000000 | | | | CRV | 15.997120000000000 |
| | | | ETH | 0.288951580000000 | | | | ETH | 0.288951580000000 |
| | | | EUR | 882.927925583691100 | | | | EUR | 882.927925583691100 |
| | | | LUNA2 | 0.003426006752000 | | | | LUNA2 | 0.003426006752000 |
| | | | LUNA2_LOCKED | 0.007994015755000 | | | | LUNA2_LOCKED | 0.007994015755000 |
| | | | LUNC | 0.008944600000000 | | | | LUNC | 0.008944600000000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | TRX | 0.000013000000000 |
| | | | TRX | 0.000013000000000 | | | | USDT | 0.000000015531256 |
| | | | USD | 0.000000004030700 | | | | USTC | 0.484962000000000 |
| | | | USDT | 0.000000015531256 | | | | | |
| | | | USTC | 0.484962000000000 | | | | | |
| 75786 | Name on file | FTX Trading Ltd. | USD | 0.000000001901254 | 98558 | Name on file | FTX Trading Ltd. | XRP | 746.919500000000000 |
| | | | USDT | 0.000000009700318 | | | | | |
| | | | XRP | 746.919478270000000 | | | | | |

98379* Surviving Claim included as the claim to be modified subject to the FTX Recovery Trust's One Hundred Fifty Fourth (Non-Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims)
98369* Surviving Claim included as the claim to be modified subject to the FTX Recovery Trust's One Hundred Fifty Fifth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims) and the FTX Recovery Trust's One Hundred Fifty Second (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts.