## <u>SCHEDULE 1</u>

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Fifty-Second Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| | | | Asserted Claims | Modified Claim |
|---|---|---|---|---|
| Claim Number | Name | | Debtor | Debtor |
| 97106 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96600* | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98378 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97829 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93888 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 64951 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97721 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97390 | Name on file | | FTX EU Ltd. | FTX Trading Ltd. |
| 97916 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97710 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98309 | Name on file | | FTX EU Ltd. | FTX Trading Ltd. |
| 97742 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98377 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36375 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97682 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97564 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98344 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97826 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 40518 | Name on file | | FTX EU Ltd. | FTX Trading Ltd. |
| 98423 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98516 | Name on file | | FTX Japan K.K. | Quoine Pte Ltd |
| 98345 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97065 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96912 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97776 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97799 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81137 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97801 | Name on file | | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 98715 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98402 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 214 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 51446 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97749 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98412 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96301 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73135 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 3795 | Name on file | | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 97557 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97746 | Name on file | | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 1688 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97932 | Name on file | | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 98415 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1009* | Name on file | | FTX US Trading, Inc. | West Realm Shires Services Inc. |
| 97783 | Name on file | | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 98752 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68358 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27007 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97811 | Name on file | | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 98464 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93072 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97913 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97109 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98488 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97756 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84084 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97725 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97547 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97204 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97764 | Name on file | | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 98396 | Name on file | | FTX Trading Ltd. | Quoine Pte Ltd |
| 97369 | Name on file | | FTX Trading Ltd. | West Realm Shires Services Inc. |