# SCHEDULE 2

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Fifty-Second Omnibus Claims Objection**
**Schedule 2 - Incorrect Debtor Claims**

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 96804 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14886 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 933 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 35100 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93239 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93367 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98408 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 98449 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91110 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96837 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46374 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96806 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 48483 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96962 | Name on file | FTX Crypto Services Ltd. | FTX Trading Ltd. |
| 11829 | Name on file | FTX EU Ltd. | Quoine Pte Ltd |
| 97911 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 22024 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56474 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 98526 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98428 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98333 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98366 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 91593 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87055 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20571 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79671 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 37944 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80293 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 72387 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 98395 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96945 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 21706 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19319 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 84339 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33332 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19759 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97711 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97287 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 97796 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 43282 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97781 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 98545 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 97848 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 93570 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98348 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98479 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98319 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95318 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97845 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98385 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98489 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 40690 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 98472 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97874 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97728 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 98542 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |