# SCHEDULE 3

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Fifty-Second Omnibus Claims Objection**
**Schedule 3 - Incorrect Debtor Claims**

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 97328[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97797[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83823[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97645[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22819[f] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98704[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 61699[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95622[d] | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 4546[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97597[c] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98336[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 10554[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71538[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98303[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95024[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98530[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20581[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94442[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98243[a] | Name on file | FTX US Trading, Inc. | West Realm Shires Services Inc. |
| 97164[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 82837[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98301[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 5759[a] | Name on file | FTX Europe AG | FTX Trading Ltd. |
| 74384[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 199[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97821[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98191[bg] | Name on file | FTX Japan K.K. | Quoine Pte Ltd |
| 98161[c] | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 3103[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 6783[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 10551[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 97655[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94700[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 373[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96[d] | Name on file | FTX US Trading, Inc. | West Realm Shires Services Inc. |
| 87133[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84407 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97343[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 5596[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96947 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96449[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98507[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 89891[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98531[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 43919[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98346[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97585[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 4197[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11987[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 148[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98524[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 8725[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98519[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 74305[c] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 492[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98272[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 25327[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 4169[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83941[f] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97341[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 96959[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 15045[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93601 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31321[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97878[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97529[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 97438[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97870[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2889 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1625[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 4273[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96870[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98294[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98102[a] | Name on file | FTX Crypto Services Ltd. | FTX Trading Ltd. |
| 97371[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 32792[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98437[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 85341[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 59370[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93884[b] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 83[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97802[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98190[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21562[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27852 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31441[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98439[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98278[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98152[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97872[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79016[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98767[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94542[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 63761[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31398[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98772[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98197[cg] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97777[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 69529[a] | Name on file | FTX EU Ltd. | West Realm Shires Services Inc. |
| 97833[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 55446[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98381[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98133[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 97644[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 54166[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 57573[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 4619[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 11314[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78214[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98323[a] | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 93131[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98513[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98318[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30541[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84549[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97004[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97735[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2817[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 342 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97937[c] | Name on file | Blockfolio, Inc. | FTX Trading Ltd. |
| 60264 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98514[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94330[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 78801[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1523 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18079[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 5542[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1044[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98357[dg] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98281[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97779[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95624[a] | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 58256[f] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98442[b] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 9750[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98419[a] | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 98275[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

|  |  | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 97743 | Name on file | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 1053[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71673[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98505[c] | Name on file | FTX EU Ltd. | West Realm Shires Services Inc. |
| 1620[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97862[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 3240[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 89701[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 89702[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97825[c] | Name on file | Blockfolio, Inc. | FTX Trading Ltd. |
| 98494[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26736[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 90560[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98305[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97675[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98441[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97886[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98352[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98426[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97017[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97089[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 389[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2038[f] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98501[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97757[c] | Name on file | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 98334[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95339[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97747[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98475[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98347[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 45993[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98276[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98391[c] | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 97771[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2904[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 440[a] | Name on file | FTX Europe AG | FTX Trading Ltd. |
| 98433[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20804[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98692[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98506[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98393[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91276[b] | Name on file | FTX Japan K.K. | Quoine Pte Ltd |
| 97009 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98454[c] | Name on file | FTX EU Ltd. | West Realm Shires Services Inc. |
| 98369[cg] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97778[c] | Name on file | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 94313[c] | Name on file | Quoine Pte Ltd | FTX Trading Ltd. |
| 98261[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97759[c] | Name on file | West Realm Shires Inc. | West Realm Shires Services Inc. |
| 438[a] | Name on file | Blockfolio, Inc. | West Realm Shires Services Inc. |
| 33952 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97724[c] | Name on file | West Realm Shires Inc. | FTX Trading Ltd. |
| 45767[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 626[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98564[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98324[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 40287[f] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 51726[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2973[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97008[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96794[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 858[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97813[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1547[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98296[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96793 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98260[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98511[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 36215[a] | Name on file | FTX Trading Ltd. | Quoine Pte Ltd |
| 98150[a] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 90424[c] | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 98295 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1000[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 987[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

A: Claim is also included in the FTX Recovery Trust's One Hundred Fifty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
B: Claim is also included in the FTX Recovery Trust's One Hundred Fifty-Fourth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims)
C: Claim is also included in the FTX Recovery Trust's One Hundred Fifty-Fifth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims)
D: Claim is also included in the FTX Recovery Trust's One Hundred Fifty-Eighth (Substantive) Omnibus Objection to Certain Overstated and Misclassified Proofs of Claim (Customer Claims)
E: Claim is also included in the FTX Recovery Trust's One Hundred Fifty-Sixth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
F: Claim is also included in the FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
G: Claim is also included as a Surviving Claim on the FTX Recovery Trust's One Hundred Fiftieth (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)