# SCHEDULE 1

**Misclassified Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Fifty-Ninth Omnibus Claims Objection**
**Schedule 1 - Misclassified Claims**

| | | | | | Asserted | | Reclassified |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Priority / Plan Class | | Plan Class |
| 96600* | Name on file | FTX Trading Ltd. | USD | 500.000000000000000 | 503(b)(9) | | Class 7B - U.S. Convenience Claims |
| Reason: The claimant asserts a priority claim classification for customer entitlements which should be reclassified to the Plan Class provided under the Modified Claim section. | | | | | | | |
| 99*** | Name on file | West Realm Shires Services Inc. | USD | 40,055.890000000000000 | Class 3B - Other Secured Claims | | Class 7B - U.S. Convenience Claims |
| Reason: The claimant asserts a priority claim classification for customer entitlements which should be reclassified to the Plan Class provided under the Modified Claim section. | | | | | | | |
| 1495* | Name on file | West Realm Shires Services Inc. | USD | 100.000000000000000 | Class 2 - Other Priority Claims | | Class 7B - U.S. Convenience Claims |
| Reason: The claimant asserts a priority claim classification for customer entitlements which should be reclassified to the Plan Class provided under the Modified Claim section. | | | | | | | |
| 96213 | Name on file | FTX Trading Ltd. | USD | 2,684.750000000000000 | 503(b)(9) & Class 3B - Other Secured Claims | | Class 7A - Dotcom Convenience Claims |
| Reason: The claimant asserts a priority claim classification for customer entitlements which should be reclassified to the Plan Class provided under the Modified Claim section. | | | | | | | |
| 72739 | Name on file | FTX Trading Ltd. | USD | 593.140000000000000 | 503(b)(9), Class 3B - Other Secured Claims, & Administrative | | Class 7A - Dotcom Convenience Claims |
| Reason: The claimant asserts a priority claim classification for customer entitlements which should be reclassified to the Plan Class provided under the Modified Claim section. | | | | | | | |
| 1009* | Name on file | FTX US Trading, Inc. | USD | 7,668.370000000000000 | Class 2 - Other Priority Claims | | Class 7B - U.S. Convenience Claims |
| Reason: The claimant asserts a priority claim classification for customer entitlements which should be reclassified to the Plan Class provided under the Modified Claim section. | | | | | | | |

96600*: Claim is also included in the FTX Recovery Trust's One Hundred Fifty-Ninth (Substantive) Omnibus Objection to Certain Reclassified Proofs of Claim (Customer Claims)
99***: Claim was ordered modified on the FTX Recovery Trust's Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
1495*: Claim was ordered modified on the FTX Recovery Trust's One Hundredth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
1009*: Claim is also included in the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)