## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[2] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| **Space Walnut, Ltd.** | **Altimeter Growth Partners Fund V, L.P.** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Last known address: |
| c/o Crowell & Moring LLP<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Attention: Timothy Lin<br>Email 1: tlin@crowell.com<br>Email 2: FTX@kingstreet.com | c/o Altimeter Capital Management, LP<br>One International Place, Suite 4610<br>Boston, MA 02110<br>Attention: Chief Financial Officer<br>john@altimeter.com |

---

[2]      The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Type and Amount of Interest Transferred:

| Series A Preferred | Series B Preferred | Series B-1 Preferred | Series C Preferred |
|---|---|---|---|
| | | 76,311 | |
| FTX Common | WRS Class A Common | WRS Class B Common | WRS Common |
| 305,244 | 1,637 | | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**SPACE WALNUT, LTD.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory


Transferor
**ALTIMETER GROWTH PARTNERS FUND V, L.P.**

**By: Altimeter Growth General Partner V, LLC**
**Its: General Partner**


By: _____
Name: John J. Kiernan III
Title: Authorized Person

Type and Amount of Interest Transferred:

| Series A Preferred | Series B Preferred | Series B-1 Preferred 76,311 | Series C Preferred |
|---|---|---|---|
| FTX Common 305,244 | WRS Class A Common 1,637 | WRS Class B Common | WRS Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**SPACE WALNUT, LTD.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory

Transferor
**ALTIMETER GROWTH PARTNERS FUND V, L.P.**

**By: Altimeter Growth General Partner V, LLC**
**Its: General Partner**

By: *John J. Kiernan III* _____
Name: John J. Kiernan III
Title: Authorized Person