IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>              Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>) (Jointly Administered)<br>) |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| **SPACE WALNUT, LTD.** | **THOMA BRAVO GROWTH FUND A, L.P.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| c/o Crowell & Moring LLP<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Attention: Timothy Lin<br>Email 1: tlin@crowell.com<br>Email 2: FTX@kingstreet.com | c/o Thoma Bravo, LP<br>110 N. Wacker Drive<br>32nd Floor<br>Chicago, IL 60606<br>Attn:   Scott Conquest, Adam McIntosh<br>Email: growth.operations@thomabravo.com<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attention: Jon-Micheal Wheat, P.C.<br>Email: jwheat@kirkland.com |

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred | FTX Series C Preferred |
|---|---|---|---|
| -0- | 1,754,081 shares | -0- | -0- |
| FTX Common | WRS Series A Preferred | WRS Class A Common | WRS Class B Common |
| -0- | 1,534,702 shares | 6,073,500 shares | -0- |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee:

**SPACE WALNUT, LTD.**

By: _[signature]_
Name: Timothy Lin
Title: Authorized Signatory

Transferor:

**THOMA BRAVO GROWTH FUND A, L.P.**

By:  Thoma Bravo Growth Partners, L.P.
Its: General Partner

By:  Thoma Bravo Growth UGP, LLC
Its: General Partner

By:  Thoma Bravo UGP, LLC
Its: Managing Member

By: _____
Name: Robert Sayle
Title: Authorized Signatory

NYACTIVE-25135907.2

Type and Amount of Interest Transferred:

| FTX Series A Preferred<br>-0- | FTX Series B Preferred<br><br>1,754,081 shares | FTX Series B-1 Preferred<br>-0- | FTX Series C Preferred<br>-0- |
|---|---|---|---|
| FTX Common<br><br>-0- | WRS Series A Preferred<br><br>1,534,702 shares | WRS Class A Common<br><br>6,073,500 shares | WRS Class B Common<br>-0- |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee:

**SPACE WALNUT, LTD.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory

Transferor:

**THOMA BRAVO GROWTH FUND A, L.P.**

By:   Thoma Bravo Growth Partners, L.P.
Its:   General Partner

By:   Thoma Bravo Growth UGP, LLC
Its:   General Partner

By:   Thoma Bravo UGP, LLC
Its:   Managing Member

By: _____
Name: Robert Sayle
Title:  Authorized Signatory

NYACTIVE-25135907.2