# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| **OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.** | **THOMA BRAVO GROWTH FUND A, L.P.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| 1301 Avenue of the Americas <br> 34th Floor <br> New York, NY 10019 <br> Attention: Colin McLafferty <br> Telephone: + 1 (347) 346-3703 <br> Email: cmclafferty@oaktreecapital.com <br> amkim@oaktreecapital.com <br> vofacctng@oaktreecapital.com | c/o Thoma Bravo, LP <br> 110 N. Wacker Drive <br> 32nd Floor <br> Chicago, IL 60606 <br> Attn:   Scott Conquest, Adam McIntosh <br> Email: growth.operations@thomabravo.com <br><br> With a copy (which shall not constitute notice) to: <br><br> Kirkland & Ellis LLP <br> 333 W. Wolf Point Plaza <br> Chicago, IL 60654 <br> Attention: Jon-Micheal Wheat, P.C. <br> Email: jwheat@kirkland.com |

032-8463/7261718.1

Type and Amount of Interest Transferred:

| FTX Series A Preferred -0- | FTX Series B Preferred 1,754,081 shares | FTX Series B-1 Preferred -0- | FTX Series C Preferred -0- |
|---|---|---|---|
| FTX Common -0- | WRS Series A Preferred 1,534,702 shares | WRS Class A Common 6,073,500 shares | WRS Class B Common -0- |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee:

**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

By: _____ *Colin McLafferty*
Name: Colin McLafferty
Title: Vice President

By: _____ *Steve Tesoriere*
Name: Steve Tesoriere
Title: Managing Director

032-8463/7261718.1

Transferor:

**THOMA BRAVO GROWTH FUND A, L.P.**

By: Thoma Bravo Growth Partners, L.P.
Its: General Partner

By: Thoma Bravo Growth UGP, LLC
Its: General Partner

By: Thoma Bravo UGP, LLC
Its: Managing Member

By: _____
Name: Robert Sayle
Title: Authorized Signatory

032-8463/7261718.1