# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| **OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.** | **THOMA BRAVO GROWTH FUND, L.P.** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| 1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>Telephone: + 1 (347) 346-3703<br>Email: cmclafferty@oaktreecapital.com<br>amkim@oaktreecapital.com<br>vofacctng@oaktreecapital.com | c/o Thoma Bravo, LP<br>110 N. Wacker Drive<br>32nd Floor<br>Chicago, IL 60606<br>Attn:   Scott Conquest, Adam McIntosh<br>Email: growth.operations@thomabravo.com<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attention: Jon-Micheal Wheat, P.C.<br>Email: jwheat@kirkland.com |

032-8463/7261718.1

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred | FTX Series C Preferred |
|---|---|---|---|
| -0- | 535,122 shares | -0- | -0- |
| FTX Common | WRS Series A Preferred | WRS Class A Common | WRS Class B Common |
| -0- | 653,482 shares | 3,753,500 shares | -0- |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

By: _____ *Colin McLafferty* (DocuSigned)
Name: Colin McLafferty
Title: Vice President

By: _____ *Steve Tesoriere* (Signed)
Name: Steve Tesoriere
Title: Managing Director

032-8463/7261718.1

**THOMA BRAVO GROWTH FUND, L.P.**

By: Thoma Bravo Growth Partners, L.P.
Its: General Partner

By: Thoma Bravo Growth UGP, LLC
Its: General Partner

By: Thoma Bravo UGP, LLC
Its: Managing Member

By: _/s/ Robert Sayle_ (DocuSigned)
Name: Robert Sayle
Title: Authorized Signatory

032-8463/7261718.1