Dear Office of the Clerk of the United States Bankruptcy Court for the District of Delaware,

I am writing to request that my KYC claim portal be reopened and that I receive an extension. I was not aware that the deadline was March 3rd, 2025. While I remember receiving initial information about the portal, I attempted to log in several times and reached out to support without receiving a response.

Unfortunately, I became somewhat forgetful regarding this matter, assuming that a check would be sent out once my claim was resolved. I take full responsibility for not being more proactive in following up. While I am not disputing that notifications were sent, it is possible that they went to my junk mail, which I typically clear out monthly.

Additionally, I have faced several life changes this year, including moving multiple times, losing my job, and experiencing the loss of my dog. These events have understandably shifted my focus away from this issue. I share this not as an excuse but as a context for why I have not paid closer attention to the matter.

I only started to think about this situation after I received two scam emails about a payout on Friday, April 25. These emails appeared at the top of my junk mail right before I was about to clear them out. I did a Google search to verify the legitimacy of the emails and found posts on Reddit from people who were indeed receiving their settlement payouts. However, it turned out that the payouts mentioned in those emails were not real.

This prompted me to try logging into my cryptocurrency wallet, but fortunately, I was unsuccessful. The following week, I called the number listed for GovDelivery and was informed that it was a scam and that Kroll's system had been hacked. I later contacted FTX support and discovered that I was trying to log into the wrong platform.

I managed to correct this mistake and reset my password, but unfortunately, I found out that I had missed the deadline to file a claim. I reached out to support to see if they could assist me with this issue, but they informed me that it was not possible, and they sent me the court documents outlining everything.

After that unsuccessful attempt, I emailed all the lawyers listed in the court documents to see if they could help, but I received no response.

After that, I contacted Kroll's customer support and was given a link to fill out a proof of claim, which I completed. I haven't heard back from them yet, but after submitting the claim, I called their support line and was told that the only way to save and reopen my account was to send a physical letter to the U.S. Bankruptcy Court Clerk. That's how I ended up in this situation.

So, I am kindly asking if my account can be reopened so that I can receive my settlement from FTX. My account email for FTX is [keithpitts29@outlook.com](mailto:keithpitts29@outlook.com), and my name is Keith Pitts.

Thank you for taking the time to read my request. I would greatly appreciate your assistance.

Sincerely,

Keith Pitts

*Keith Pitts Jr.*

Keith Pitts Jr.
141 Fourth Street E, #1126
Saint Paul, MN 55101

SAINT PAUL MN 550
7 MAY 2025 PM 6 L

U.S. Bankruptcy Court Clerk
824 N. Market St. #500
Wilmington, DE 19801