# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., COTTONWOOD GROVE LTD. and FTX WEST REALM SHIRES, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>SAMUEL BANKMAN-FRIED, ZIXIAO "GARY" WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>　　　　　　　　　　Defendants. | Adv. Proc. No. 23-50448 (KBO) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>     Plaintiffs,<br><br>    v.<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC. GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>     Defendants. | Adv. Proc. No. 23-50444 (KBO) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br>     Plaintiffs,<br>    v.<br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>     Defendants. | Adv. Proc. No. 22-50513 (KBO) |
| WEST REALM SHIRES SERVICES INC.,<br><br>     Plaintiff,<br><br>    v.<br><br>MATTHEW NASS, MATTHEW PLACE, JOSHUA LEYTON, JOHN CONBERE, and LUIS SCOTT-VARGAS,<br><br>     Defendants. | Adv. Proc. No. 24-50210 (KBO) |

| | |
|---|---|
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RYAN SALAME, <br><br> Defendant. | Adv. Proc. No. 24-50186 (KBO) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby enter their appearance in the above-captioned cases as counsel to Samuel Bankman-Fried, Joseph Bankman, Barbara Fried, Ryan Salame, Matthew Nass, Matthew Place, Joshua Utter-Leyton, John Conbere, and Luis Scott-Vargas (collectively, the "Parties"), in the above-captioned chapter 11 case and adversary proceedings and requests, pursuant to sections 342 and 1109(b) of title 11, United States Code ("Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that all notices given or required in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned at the address as follows:

R. Montgomery Donaldson (No. 4367)
Stefania A. Rosca (No. 6494)
**Montgomery McCracken Walker & Rhoads, LLP**
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Tel: (302) 504-7800
rdonaldson@mmwr.com
srosca@mmwr.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy

3

Rules specified above, but also, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

PLEASE TAKE FURTHER NOTICE THAT, neither this Notice of Appearance and Request for Service of Papers, nor any other appearances, pleadings, proofs of claim, claims, or suits shall constitute a waiver by the Parties: (i) to the personal jurisdiction of the Bankruptcy Court; (ii) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) of the right to a jury trial in any case, controversy or proceeding; (v) of any other rights, claims, actions, defenses, setoffs or recoupments to which the Parties may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments the Parties expressly reserve.

| | |
|---|---|
| Dated: May 15, 2025 | **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** |
| | |
| | */s/ R. Montgomery Donaldson* |
| | R. Montgomery Donaldson (No. 4367) |
| | Stefania A. Rosca (No. 6494) |
| | 1105 North Market Street, 15th Floor |
| | Wilmington, DE 19801 |
| | Tel: (302) 504-7800 |
| | rdonaldson@mmwr.com |
| | srosca@mmwr.com |
| | |
| | *Counsel to the Parties* |