## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., COTTONWOOD GROVE LTD. and FTX WEST REALM SHIRES, INC., | |
| Plaintiffs, | Adv. Proc. No. 23-50448 (KBO) |
| v. | |
| SAMUEL BANKMAN-FRIED, ZIXIAO "GARY" WANG, NISHAD SINGH and CAROLINE ELLISON, | |
| Defendants. | |

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| ALAMEDA RESEARCH LTD. and FTX TRADING LTD.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PLATFORM LIFE SCIENCES INC., LUMEN BIOSCIENCE, INC. GREENLIGHT BIOSCIENCES HOLDINGS, PBC, RIBOSCIENCES GROUP, FTX FOUNDATION, SAMUEL BANKMAN-FRIED, ROSS RHEINGANS-YOO, and NICHOLAS BECKSTEAD,<br><br>    Defendants. | Adv. Proc. No. 23-50444 (KBO) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>    v.<br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>    Defendants. | Adv. Proc. No. 22-50513 (KBO) |
| WEST REALM SHIRES SERVICES INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW NASS, MATTHEW PLACE, JOSHUA LEYTON, JOHN CONBERE, and LUIS SCOTT-VARGAS,<br><br>    Defendants. | Adv. Proc. No. 24-50210 (KBO) |

<table>
<tr><td>

FTX TRADING LTD., ALAMEDA
RESEARCH LLC, ALAMEDA RESEARCH
LTD., NORTH DIMENSION INC., WEST
REALM SHIRES, INC., and WEST REALM
SHIRES SERVICES, INC.,

       Plaintiffs,

   v.

RYAN SALAME,

       Defendant.

</td><td>

Adv. Proc. No. 24-50186 (KBO)

</td></tr>
</table>

## CERTIFICATE OF SERVICE

   I, R. Montgomery Donaldson, hereby certify that, on May 15, 2025, I caused a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served via CM/ECF upon all parties receiving such notice in the above-referenced cases.

Dated: May 15, 2025

         **MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

         */s/ R. Montgomery Donaldson*
         R. Montgomery Donaldson (No. 4367)
         Stefania A. Rosca (No. 6494)
         1105 North Market Street, 15th Floor
         Wilmington, DE 19801
         Tel: (302) 504-7800
         rdonaldson@mmwr.com
         srosca@mmwr.com

         *Counsel to the Parties*