### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*, | (Jointly Administered) |
| Debtor | |

### MOTION TO APPEAR REMOTELY VIA VIDEO CONFERENCE

Comes now, Morgan & Morgan, (hereinafter "Morgan & Morgan") by and through undersigned counsel, and requests permission from the Court to appear via video conference for *Motion to Extend Time to Complete KYC Requirements,* on June 25, 2025, at 9:30 am (ET) because counsel currently resides in Florida and is unable to appear in person on the specified hearing date. In support of this motion, Morgan & Morgan states as follows:

1. The hearing is scheduled for June 25, 2025, at 9:30 am (ET).

2. Counsel for Morgan & Morgan, Attorney Amir Isaiah, who resides in Florida, is not able to travel to Wilmington, Delaware to attend the in-person hearing due to scheduling conflicts that same day.

3. Counsel for Morgan & Morgan will be accessible via videoconference on June 25, 2025, at 9:30 am (ET).

4. Counsel for Morgan & Morgan has attended hearings remotely before for Case No. 22-11068.

WHEREFORE, Morgan & Morgan respectfully requests that counsel, Amir Isaiah be permitted to appear via video conference for the June 25, 2025 hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve an electronic copy on all counsel of record.

*/s/ Amir Isaiah*
Attorney Amir Isaiah
Florida Bar No. 32101
Morgan & Morgan, P.A.
Business Trial Group
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Email: isaiah@forthepeople.com
Phone: (305) 929-1920