**Exhibit A (also in claim 23712):  Ethereum trade activity**



**Exhibit B (also in claim 23712): "No" ETC transactions**



**Exhibit C: Website Errors**



**Exhibit C2:  Website with excessive, unavoidable verbosity:**

| | Balance | Deposits | Withdrawals | Open Orders | Transactions | Report | |
|---|---|---|---|---|---|---|---|
| 4304666 | Outgoing | | | | Sold | 0.001336 BTC | 16/07/11 05:01:01 |
| 4304664 | Outgoing | | | | Sold | 0.02007166 BTC | 16/07/11 05:01:01 |
| 4304663 | Outgoing | | | | Sold | 0.02671999 BTC | 16/07/11 05:01:00 |
| 4304658 | Outgoing | | | | Interest Transfer | 0.00000534 BTC | 16/07/11 05:01:00 |
| 4304657 | Incoming | | | | Loan | 0.02671999 BTC | 16/07/11 05:01:00 |
| 4304656 | Outgoing | | | | Interest Transfer | 0.00000027 BTC | 16/07/11 05:01:00 |
| 4304654 | Incoming | | | | Loan | 0.001336 BTC | 16/07/11 05:00:59 |
| 4304653 | Outgoing | | | | Sold | 0.006688 BTC | 16/07/11 05:00:59 |
| 4304649 | Outgoing | | | | Interest Transfer | 0.0000373 BTC | 16/07/11 05:00:58 |
| 4304648 | Incoming | | | | Loan | 0.18652298 BTC | 16/07/11 05:00:58 |
| 4304646 | Outgoing | | | | Interest Transfer | 0.00021661 BTC | 16/07/11 05:00:57 |
| 4304645 | Incoming | | | | Loan | 1.08302937 BTC | 16/07/11 05:00:57 |
| 4304642 | Outgoing | | | | Interest Transfer | 0.0001786 BTC | 16/07/11 05:00:57 |
| 4304641 | Incoming | | | | Loan | 0.89299337 BTC | 16/07/11 05:00:57 |
| 4304639 | Outgoing | | | | Interest Transfer | 0.00000349 BTC | 16/07/11 05:00:56 |

|← ← Page : **401** →

Note: Newly created model are not added if you are not in page 1

7

## Exhibit D:  All Chronologic Quione transaction IDs
### (according to the broken website in 2025.)

| | | | | |
|---|---|---|---|---|
| 4304303 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:49:09 |
| 4304299 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:48:54 |
| 4304294 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:48:38 |
| 4304289 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:48:24 |
| 4304282 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:48:14 |
| 4304275 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:48:06 |
| 4304270 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:47:57 |
| 4304260 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:47:45 |
| 4304152 Incoming | **Bought** | **21.92** | ETH | 16/07/11 04:41:51 |
| 4304150 Incoming | Bought | 0.08 | ETH | 16/07/11 04:41:51 |
| 4304129 Incoming | **Bought** | **19.92** | ETH | 16/07/11 04:41:03 |
| 4304127 Incoming | Bought | 0.08 | ETH | 16/07/11 04:41:02 |
| 4304060 Incoming | **Bought** | **75.25621307** | ETH | 16/07/11 04:39:04 |
| 4304058 Incoming | **Bought** | **24.74378693** | ETH | 16/07/11 04:39:03 |
| 4304524 Incoming | Bought | 0.08 | ETH | 16/07/11 04:59:05 |
| 4304519 Incoming | Bought | 1.59999966 | ETH | 16/07/11 04:58:49 |
| 4304516 Incoming | Bought | 0.08 | ETH | 16/07/11 04:58:48 |
| 4304508 Incoming | Bought | 1.59999966 | ETH | 16/07/11 04:58:34 |
| 4304504 Incoming | Bought | 0.08 | ETH | 16/07/11 04:58:34 |
| 4304492 Incoming | Bought | 1.59999966 | ETH | 16/07/11 04:58:14 |
| 4304491 Incoming | Bought | 0.08 | ETH | 16/07/11 04:58:14 |
| 4304483 Incoming | Bought | 1.59999966 | ETH | 16/07/11 04:57:55 |
| 4304481 Incoming | Bought | 0.08 | ETH | 16/07/11 04:57:55 |
| 4304429 Incoming | **Bought** | **99.74047182** | ETH | 16/07/11 04:54:00 |
| 4304427 Incoming | Bought | 0.25952818 | ETH | 16/07/11 04:53:59 |
| 4304383 Incoming | **Bought** | **121.9609436** | ETH | 16/07/11 04:53:10 |
| 4304381 Incoming | Bought | 0.03905636 | ETH | 16/07/11 04:53:08 |
| 4304348 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:51:28 |
| 4304336 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:51:14 |
| 4304333 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:50:59 |
| 4304330 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:50:44 |
| 4304327 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:50:31 |
| 4304323 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:50:18 |
| 4304318 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:50:00 |
| 4304315 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:49:56 |
| 4304312 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:49:42 |
| 4304308 Incoming | Bought | 0.00002693 | ETH | 16/07/11 04:49:25 |
| 4304676 Incoming | Bought | 1.04 | ETH | 16/07/11 05:01:06 |
| 4304673 Incoming | Bought | 1.04 | ETH | 16/07/11 05:01:05 |
| 4304669 Incoming | Bought | 1.36 | ETH | 16/07/11 05:01:03 |
| 4304665 Incoming | Bought | 0.08 | ETH | 16/07/11 05:01:01 |
| 4304662 Incoming | Bought | 1.59999966 | ETH | 16/07/11 05:01:00 |
| 4304661 Incoming | Bought | 1.1997405 | ETH | 16/07/11 05:01:00 |
| 4304652 Incoming | Bought | 0.4 | ETH | 16/07/11 05:00:58 |
| 4304616 Incoming | Bought | 1.59999966 | ETH | 16/07/11 05:00:45 |
| 4304613 Incoming | Bought | 0.08 | ETH | 16/07/11 05:00:45 |
| 4304606 Incoming | Bought | 1.59999966 | ETH | 16/07/11 05:00:28 |
| 4304603 Incoming | Bought | 0.08 | ETH | 16/07/11 05:00:28 |
| 4304596 Incoming | Bought | 1.59999966 | ETH | 16/07/11 05:00:22 |
| 4304591 Incoming | Bought | 0.08 | ETH | 16/07/11 05:00:21 |
| 4304586 Incoming | Bought | 1.59999966 | ETH | 16/07/11 05:00:17 |
| 4304581 Incoming | Bought | 0.08 | ETH | 16/07/11 05:00:16 |
| 4304573 Incoming | Bought | 1.59999966 | ETH | 16/07/11 05:00:07 |
| 4304574 Incoming | Bought | 0.08 | ETH | 16/07/11 05:00:07 |
| 4304565 Incoming | Bought | 1.59999966 | ETH | 16/07/11 04:59:47 |
| 4304560 Incoming | Bought | 0.08 | ETH | 16/07/11 04:59:46 |

| 4304555 | Incoming | Bought | 1.59999966 | | ETH | 16/07/11 04:59:31 |
| 4304553 | Incoming | Bought | 0.08 | ETH | | 16/07/11 04:59:31 |
| 4304543 | Incoming | Bought | 1.59999966 | | ETH | 16/07/11 04:59:21 |
| 4304538 | Incoming | Bought | 0.08 | ETH | | 16/07/11 04:59:21 |
| 4304529 | Incoming | Bought | 1.59999966 | | ETH | 16/07/11 04:59:05 |
| 4304989 | Incoming | Bought | 2.88 | ETH | | 16/07/11 05:11:22 |
| 4304980 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:11:08 |
| 4304978 | Incoming | Bought | 2.88 | ETH | | 16/07/11 05:11:08 |
| 4304962 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:10:46 |
| 4304957 | Incoming | Bought | 2.88 | ETH | | 16/07/11 05:10:44 |
| 4304951 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:10:23 |
| 4304938 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:10:02 |
| 4304928 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:08:44 |
| 4304920 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:08:25 |
| 4304905 | Incoming | Bought | 1.04316884 | | ETH | 16/07/11 05:08:07 |
| 4304900 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:08:05 |
| 4304894 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:07:46 |
| 4304754 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:02:08 |
| 4304753 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:02:07 |
| 4304750 | Incoming | Bought | 1.51999966 | | ETH | 16/07/11 05:02:06 |
| 4304740 | Incoming | Bought | 2.72 | ETH | | 16/07/11 05:02:03 |
| 4304735 | Incoming | Bought | 1.04 | ETH | | 16/07/11 05:02:00 |
| 4304714 | Incoming | Bought | 2.72 | ETH | | 16/07/11 05:01:38 |
| 4304710 | Incoming | Bought | 1.59999966 | | ETH | 16/07/11 05:01:37 |
| 4304704 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:01:36 |
| 4304693 | Incoming | Bought | 1.59999966 | | ETH | 16/07/11 05:01:17 |
| 4304687 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:01:16 |
| 4304680 | Incoming | **Bought** | **11.1224195** | | ETH | 16/07/11 05:01:09 |
| 4304678 | Incoming | **Bought** | **117.83784** | | ETH | 16/07/11 05:01:07 |
| 4775471 | Incoming | Bought | 2 | ETH | | 16/07/20 08:32:52 |
| 4775469 | Incoming | Bought | 0.56 | ETH | | 16/07/20 08:32:52 |
| 4775467 | Incoming | **Bought** | **2.32** | ETH | | 16/07/20 08:32:52 |
| 4775465 | Incoming | Bought | 1.84 | ETH | | 16/07/20 08:32:52 |
| 4775463 | Incoming | Bought | 0.16 | ETH | | 16/07/20 08:32:51 |
| 4775411 | Incoming | **Bought** | **2.16** | ETH | | 16/07/20 08:32:11 |
| 4775409 | Incoming | Bought | 1.12 | ETH | | 16/07/20 08:32:10 |
| 4775407 | Incoming | Bought | 2 | ETH | | 16/07/20 08:32:10 |
| 4775405 | Incoming | Bought | 10 | ETH | | 16/07/20 08:32:09 |
| 4775403 | Incoming | Bought | 10 | ETH | | 16/07/20 08:32:09 |
| 4775401 | Incoming | Bought | 0.56 | ETH | | 16/07/20 08:32:09 |
| 4775399 | Incoming | **Bought** | **2.32** | ETH | | 16/07/20 08:32:08 |
| 4775393 | Incoming | Bought | 1.84 | ETH | | 16/07/20 08:32:07 |
| 4775387 | Incoming | Bought | 10 | ETH | | 16/07/20 08:32:07 |
| 4499675 | Incoming | Bought | 7 | ETH | | 16/07/15 10:06:59 |
| 4492645 | Incoming | Bought | 1 | ETH | | 16/07/15 09:35:47 |
| 4492616 | Incoming | **Bought** | **3.20533348** | | ETH | 16/07/15 09:35:39 |
| 4492613 | Incoming | Bought | 1.79466652 | | ETH | 16/07/15 09:35:39 |
| 4305022 | Incoming | Bought | 1.94793816 | | ETH | 16/07/11 05:11:55 |
| 4305014 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:11:41 |
| 4305013 | Incoming | **Bought** | **4.64841404** | | ETH | 16/07/11 05:11:41 |
| 4305004 | Incoming | Bought | 2.88 | ETH | | 16/07/11 05:11:39 |
| 4304994 | Incoming | Bought | 0.08 | ETH | | 16/07/11 05:11:23 |
| 4775643 | Incoming | **Bought** | **98** | ETH | | 16/07/20 08:46:38 |
| 4775515 | Incoming | Bought | 1.84 | ETH | | 16/07/20 08:33:38 |
| 4775513 | Incoming | Bought | 0.16 | ETH | | 16/07/20 08:33:38 |
| 4775475 | Incoming | Bought | 7 | ETH | | 16/07/20 08:32:53 |
| 4775473 | Incoming | Bought | 1.12 | ETH | | 16/07/20 08:32:52 |
| 4318621 | Outgoing | **Sold** | **122** | ETH | | 16/07/11 13:15:49 |
| 4304390 | Outgoing | Sold | 0.00048474 | | ETH | 16/07/11 04:53:25 |

## Exhibit E:  Claimant sent about 25 information requests.



## Exhibit F: Instead of receiving a claim ID or confirmation, Kroll's claimant list leaked to hackers.



## Exhibit G: The initial price of ETC



"**Poloniex**" First week's volume weighted average: $1.91365
(The vast majority of trading happened at this U.S. exchange at the time. *Ex. H*)



"**Kraken**" started trading ETC another 3 days later



**Exhibit H:  More than half of all crypto trading volume was ETC pairs**

**Crypto Volume:**



**ETC Volume:**



## Ethereum Classic Markets

| # | Source | Pair | Volume (24h) | Price | Volume (%) |
|---|--------|------|--------------|-------|------------|
| 1 | Poloniex | ETC/BTC | $ 93,304,600 | $ 2.55 | 90.53 % |
| 2 | Poloniex | ETC/ETH | $ 9,505,830 | $ 2.59 | 9.22 % |

(web.archive.org/web/20160727000434/http://coinmarketcap.com/currencies/ethereum-classic#markets)

**The first week's volume weighted average also was as much as 0.165 ETH:**



12

Print it.
Pack it.
Ship it.
Get it.



Part # 156207-435 RRD2B EXP 09/28

**FedEx**®
Office®

1808 WILMINGTON DE DOWN
1201 N MARKET ST
WILMINGTON, DE 19801

CLERK OF THE COURT
JONAS PAASCH
824 N MARKET STREET
3RD FLOOR
WILMINGTON, DE 19801
(302) 252-2900

Special Instructions:

1 of 1    OTP # 360163362227

Commit: 04/28 04:00 PM

FXF6408507035866440850703586042428254

**2C**



TRK # 640850703586

Mstr # 640850703586

**FedEx**®
Office®

**Clerk of the Court**

(302) 252-2900
United States Bankruptcy Court District of Delaware

Order # 2010360163362227
Quality Checked by 5701440

FedEx Office #1808
tel (302) 652-2151

**Shipping**

Call When Done ☐

PIECE 1 of 1



FedEx Offic