**Jack Christopher Lucas**

Date: 5/14/2025

United States Bankruptcy Court
District of Delaware
Attn: Clerk of Court – Claim Objection Response (Case 22-11068)
824 North Market Street, 3rd Floor
Wilmington, DE 19801

RE: Proof of Claim No. 35616 – Response to FTX Recovery Trust's 170th Omnibus Objection

Dear Clerk of the Court,

Please find enclosed my signed response to the FTX Recovery Trust's 170th Omnibus Objection to Proof of Claim No. 35616.

I respectfully request that this response be entered into the record for Case No. 22-11068 (KBO) on behalf of the claimant.

Thank you for your time and assistance.

Sincerely,

Jack Christopher Lucas

4930 Santa Monica Ave. Apt 5, San Diego CA 92107

Jlucas0677@gmail.com

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF DELAWARE

RECEIVED
2025 MAY 19  AM 9: 26
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                    ) Chapter 11

FTX Trading Ltd., et al.,                 ) Case No. 22-11068 (KBO)

                                          )

        Debtors.                          )

### RESPONSE TO FTX RECOVERY TRUST'S 170TH OMNIBUS OBJECTION TO PROOF OF CLAIM NO. 35616

I, Jack Christopher Lucas, respectfully submit this response to the FTX Recovery Trust's 170th Omnibus Objection to Customer Claims regarding my filed Proof of Claim No. 35616.

1. My original claim, filed in good faith, was based on the account balances I held in my verified FTX account as of the petition date and shown in my portal.

2. I claimed:

   - $3,400.00 USD

   - 0.00113361 ETH

   - 0.17513361 ETHW

3. The Trust accepts the ETH and ETHW amounts in full, but seeks to reduce my USD claim to $1,700.00 based on a purported discrepancy in their records.

4. I object to this reduction and submit supporting documentation clearly showing my account balance at the time, which includes $3,400.00 USD.

5. Attached is a screenshot from my FTX account portal showing the Total Customer Entitlement Claim of $3,402.15, which includes $3,400.00 USD listed in the Balances tab.

6. There is no discrepancy - the amount I claimed matches what was recorded in the FTX system at the time of the bankruptcy.

I respectfully request that the Court deny the reduction of my USD claim and allow the full amount as originally filed.

Date: [Insert Date]

Signature: _____

Jack Christopher Lucas

4930 Santa Monica Ave. Apt 5, San Diego CA 92107

Jlucas0677@gmail.com



Jack Lucas
703 Oak Street
Bellmore, NY 11710

United States Bankruptcy Court
District of Delaware
Attn: Clerk of Court – Claim Objection Response
824 North Market Street
3rd Floor
Wilmington, DE 19801

1980183024 C012

NORTH BELLMORE NY
MAY 14 2025
USPS

PURPLE HEART
FOREVER USA