RECEIVED

2025 MAY 16  AM 8: 22

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Kroll,

Thank you so much for calling me today, May 01, 2025, and for all the help you are giving me.

A few months ago I knew that the money blocked in FTX would be returned to all the people who had accounts there, as a result of that serious problem that happened in 2022.

I received a letter dated November 22, 2024 signed by Kumanan Ramanathan, but I confess that at that time I did not read it, because I was not aware of its tremendous importance; and also, I did not know if I could trust it (Since I don't know anyone in the United States, I preferred to wait longer, without realizing that there was a deadline to be met)

After several years, my first attempt to log in to FTX using my email allanftxousado@protonmail.com was on March 11, 2025, but an error message said that I should have done so by March 3, 2025 at the latest. That's when I contacted FTX and Kroll, and from the beginning Kroll showed that they wanted to help me, while only on April 16, 2025, FTX replied that they could not do anything, as the deadline had expired.

I didn't log in to FTX until March 3, 2025 because I wasn't really aware of the urgency. I really didn't realize that there was a deadline to be met. Since I have my password saved, my 2-factor authentication, and this secure email that I created just for use on FTX; it didn't occur to me that I should log in by the date provided. I certainly would have done it immediately, if I had known how urgent it was.

I would like you to watch these 2 videos that I recorded on Nov, 09, 2022; in which I prove that I have USDT 21,000 in my FTX account, but FTX did not allow the withdrawal:

https://youtu.be/LAz81Yw7_9Y
https://youtu.be/kHjP_PUowus

I take this opportunity to send you copies of the following documents:
- ID card
- My FTX balance, recorded on November 9, 2022
- Proof of address (gas bill)

I really appreciate all your help, and I'm sure Kroll is committed to doing the right thing.
Best regards

*Allan Greif*

Documento assinado digitalmente
gov.br ALLAN GREIF
Data: 01/05/2025 17:55:44-0300
Verifique em https://validar.iti.gov.br

Allan Greif
allangreif10@gmail.com (main e-mail)
allanftxousado@protonmail.com
55 11 9 8407-6994
55 11 9 4289-1972
Brazil, Santo André - SP
Rua Adolfo Bastos 136, AP 141
09041-000



Copy of Brazilian Identification Document







Monica (Please use support.ftx.com)
Apr 16, 2025, 19:42 PDT

Hello,

Thanks for reaching out. Please be advised that access to the FTX Customer Portal has been disabled for customers that did not log into the FTX Customer Portal and begin Step 3 by March 3, 2025 at 4:00 p.m. (ET).

In accordance with the Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 29464] (the "Order"), this was the deadline to commence the KYC submission process. In the event that the Original Holder of an Unverified Claim listed on Schedule 1 attached to the Order does not commence the KYC submission process with respect to such Unverified Claim on or prior the deadline, the Order states that such Unverified Claim shall be disallowed and expunged in its entirety.

Please refer to the Notice of Expungement of Unverified Customer Entitlement Claims [D.I. 30042] for a listing of claims that are disallowed and expunged under the Order.

More information regarding deadlines associated with the KYC process can be found here: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support


FTX RECOVERY TRUST



**allanftxousado**
Apr 17, 2025, 13:19 PDT

Dear Monica,

This is not fair, my name is Allan Greif, and I have created my account many years ago.

I am not to blame for anything wrong with FTX, and you know very well that I have $21,000 with FTX, and even if you don't let me log in anymore, you need to return my cryptocurrencies. Forgive me for saying it this way, the idea of not giving my money back is theft, and I'm sure FTX doesn't want to steal from anyone.

I need my money back and I want this issue resolved in the best way possible. Therefore, I request that you give me instructions on how FTX will return the money.

Best regards

Allan Greif


Sent with Proton Mail secure email.

On Wednesday, April 16th, 2025 at 23:42, FTX Support <support@ftx.com> wrote:



**Shandie** (Please use support.ftx.com)
Apr 18, 2025, 06:09 PDT

Hi there,

We apologize but we are not able to provide further assistance.

Please refer to the Notice of Expungement of Unverified Customer Entitlement Claims [D.I. 30042] for a listing of claims that are disallowed and expunged under the Order.

More information regarding deadlines associated with the KYC process can be found here: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

On Saturday, April 19th, 2025 at 10:57, allanftxousado <allanftxousado@protonmail.com> wrote:

> FTX support,
>
> Most likely, your salary is being paid with money stolen from FTX clients.
>
> Dear Kroll, What FTX is doing is called theft. I want my USDT 20.700 back. I am entitled to it
>
> I hope the weight of justice falls on all of you
>
> Allan Greif





THIS SCREEN SHOT WAS TAKEN FROM A VIDEO RECORDED ON NOVEMBER 9, 2022; SHOWING THAT I HAVE APPROXIMATELY US$ 21,000.00 IN FTX

BRAZIL, SANTO ANDRE
MAY 1, 2025
Allan Greif
Allan Greif





**Vai reformar a calçada?** Fique atento para não danificar a rede de gás!

É importante identificar onde estão as tubulações de gás natural. Baixe o App através do QR Code ou acesse o site virtual.comgas.com.br para mais orientações sobre Prevenção de Danos.

 virtual.comgas.com.br

@ComgasBR   /comgasoficial
/Comgas    /ComgasNatural

---

Nota Fiscal / Conta Gás

ALLAN GREIF

R ADOLFO BASTOS 136 APTO 141

09041-000  SANTO ANDRE SP

-12334693500003920967943B090GHNORMA

Tarefa: 5316


Para uso Comgás

Mês de Referência: abr/2025
Vencimento: 04.05.2025

---

### Orientação e apoio ao Cliente

**Comgás 24h 08000 110 197**

Pedidos de serviços, informações sobre conta e emergências (vazamento ou falta de gás), inclusive sábados, domingos e feriados. Visite nosso site: www.comgas.com.br e fale com a gente pelo Chat on-line, no e-mail: consumidor@comgas.com.br ou acesse o Comgás Virtual: virtual.comgas.com.br
Atendimento a clientes com deficiência auditiva e de fala: **0800 200 8200**

As tarifas vigentes, o tutorial de cálculo da conta de gás e as condições gerais de fornecimento de gás estão disponíveis em nosso atendimento pessoal e na página eletrônica da Comgás. **www.comgas.com.br**

**Sugestões, elogios e críticas sobre atendimento e/ou serviços prestados:**
**Ouvidoria Comgás: 08000 161 667**, das 8h às 17h, de 2ª a 6ª feira, exceto feriados. Os direitos e as obrigações dos usuários e da Comgás estão disciplinados na Deliberação ARSESP nº 732, de 06/07/2017, disponível em nosso atendimento pessoal e nas páginas eletrônicas da Comgás - www.comgas.com.br e da **ARSESP - www.arsesp.sp.gov.br**

**Atendimento pessoal de 2ª a 6ª feira, das 8h às 18h, exceto feriados:**
São Paulo: Al. Tietê, 219 - Jardim Paulista.
Campinas: R. Lauro Vannucci, 1050 - Fazenda Santa Cândida
Santos: Av. Conselheiro Nébias, 268 - Vl. Mathias
São José dos Campos: Av. Paraibuna, 1234 - Jd. São Dimas

**Espaço para mensagens da ARSESP**
A Agência Reguladora de Saneamento e Energia do Estado de São Paulo é o órgão responsável pela regulação e fiscalização dos Serviços Públicos de Distribuição de Gás Canalizado do Estado de São Paulo. Não havendo solução quanto à reclamação junto à concessionária: Ligue SAU-ARSESP (Serviço de Atendimento ao Usuário) **0800 77 00 427**, de 2ª a 6ª feira, das 8h às 20h, exceto feriados. e-mail: **sau@arsesp.sp.gov.br** ou baixe o aplicativo **Atendimento ARSESP**, disponível nas plataformas iOS (App Store) e Android (Google Play Store).

**Remetente: Companhia de Gás de São Paulo**
Rua Bom Pastor, 975 - CEP 04203-051 - Ipiranga - São Paulo - SP

**MAIS PRATICIDADE: SOLICITE O DÉBITO AUTOMÁTICO** para sua conta, informando seu código de usuário. O cadastramento via 08000 110 197 ou no site www.comgas.com.br está disponível para correntistas dos bancos Bradesco, Itaú, Banco do Brasil, Santander e Caixa Econômica Federal. Para os outros bancos, o cadastramento só é possível via banco.

Para uso do Correio
Data _____ / Reintegrado ao serviço postal em _____ / Assinatura e Número do Entregador _____

| | Mudou-se   | | Recusado   | | Ausente   | | Falecido   | | Desconhecido   | | Não Procurado   | | Endereço Insuficiente   | | Não existe o número indicado

---




Clientes **comgás** tem desconto na compra de ingressos para o espetáculo*

**15% OFF** com o cupom **COMGASESMERALDA15**

**LEIA O QR CODE E COMPRE AGORA!**

MINISTÉRIO DA CULTURA E COMGÁS APRESENTAM

**WICKED** - A História Não Contada das Bruxas de Oz

*Desconto limitado a 4 ingressos por CPF. A promoção não é cumulativa com outros descontos, como meia-entrada, e é válida para todos os setores, exceto Balcão Economy

# comgas

Companhia de Gás de São Paulo
Rua Bom Pastor, 975 - CEP 04203-051 - Ipiranga - São Paulo - SP
CNPJ 61.856.571/0006-21 - Insc. Estadual 108.701.514.110
Insc. Municipal 514.108.514.110
Inscrição Única Registro Estadual - Processo UA 51089-697928/2002

**ALLAN GREIF**
Código do cliente: 840240

R ADOLFO BASTOS 136
APTO 141 SANTO ANDRE
CPF/CNPJ: 213324418-23 /

@ComgasBR    /comgasoficial
/Comgas      /ComgasNatural

**NOTA FISCAL / CONTA DE GÁS**
123.346.935

**CÓDIGO USUÁRIO: 39209679**

| | | | | | |
|---|---|---|---|---|---|
| Segmento | Residencial | Data de apresentação | 28.04.2025 | Vencimento | Valor a pagar (R$) |
| Tipo de conta | Normal | Data da leitura anterior | 24.03.2025 | **04.05.2025** | **89,42** |
| Dias de consumo | 30 Dias | Data da leitura atual | 23.04.2025 | | |
| Data de emissão | 25.04.2025 | Data da próxima leitura | 23.05.2025 | | Mês de referência: abr/2025 |

## Sua conta de gás

Fornecimento de Gás Natural                           R$ 89,42

## Consumo e tarifas

| Consumo Corrigido/Faturado | Tarifa Aplicada com ICMS | Fornecimento de gás natural |
|---|---|---|
| 9,820 | 9,106266 | R$ 89,42 |

| Dados tarifários (m³/mês) | Fixo (R$) | Variável (R$) |
|---|---|---|
| 1,000 | | 2,4705160 |
| 2,000 | | 9,1542020 |
| 4,000 | | 4,5605240 |
| 2,820 | 14,83 | 7,8572560 |

**Total**                                             R$ 89,42

## Avisos importantes para você
Débito automático conta de gás 03/2025 liquidada

## Impostos

BC ICMS Reduzida - Conv.18/92 RICMS/SP art.8º Anexo II
| Base de Cálculo | %ICMS | Valor ICMS |
|---|---|---|
| R$ 74,52 | 18,00 | R$ 13,41 |

Base de Cálculo da Substituição Tributária
(Somente para unidades usuárias de GNV)
| Base de Cálculo | %ICMS | Valor ICMS |
|---|---|---|
| R$ 0,00 | 0,00 | R$ 0,00 |

| Valor PIS | Valor COFINS | |
|---|---|---|
| R$ 1,25 | R$ 5,78 | |

| Impostos Estaduais | Impostos Federais | Total de Impostos |
|---|---|---|
| R$ 13,41 | R$ 7,03 | R$ 20,44 |

## Detalhamento do consumo (Saiba mais: www.comgas.com.br/para-a-sua-casa/entenda-sua-conta)

Seu gás sofre influências naturais até chegar a você.
Entenda como calculamos sua conta:

| Medidor | | Leitura | | fator de correção* | | | | consumo corrigido (m³) |
|---|---|---|---|---|---|---|---|---|
| Tipo | Número | Atual | Anterior | consumo medido (m³) | fator de temperatura | fator de compressibilidade | fator de pressão | fator poder calorífico superior | |
| LD2,5 | C21L0022676D | 407 | 397 | 10 | 1,0000 | 1,0000 | 0,9433 | 1,0410 | 9,820 |

*Valores para Gás Natural referidos nas seguintes condições: Poder Calorífico Superior: 9.400kcal/m³, Temperatura= 293,15ºK (20ºC) e Pressão= 101.325Pa (1atm), conforme Resolução ANP nº16.

## Seu histórico   Últimos 12 meses (em m³)

| | Consumo Medido | Consumo Corrigido |
|---|---|---|
| ABR/2024 | 14,00 | 13,56 |
| MAI/2024 | 18,00 | 17,66 |
| JUN/2024 | 12,00 | 11,86 |
| JUL/2024 | 13,00 | 12,79 |
| AGO/2024 | 12,00 | 11,52 |
| SET/2024 | 13,00 | 12,55 |
| OUT/2024 | 11,00 | 10,54 |
| NOV/2024 | 6,00 | 5,69 |
| DEZ/2024 | 16,00 | 15,10 |
| JAN/2025 | 6,00 | 5,73 |
| FEV/2025 | 13,00 | 12,61 |
| MAR/2025 | 10,00 | 9,73 |

Reservado ao Fisco  4791.a3b3.b406.541f.9786.22a5.2566.f56c

Via do usuário - Autenticação mecânica

---

## Nota Fiscal / Conta de Gás                                    Nº 123.346.935

Usuário: **ALLAN GREIF**

| Código do Usuário | Mês de Referência | Vencimento | Valor Total a Pagar (R$) |
|---|---|---|---|
| **39209679** | **abr/2025** | **04.05.2025** | **89,42** |

Para Cadastramento em Débito Automático
| Banco | Agência | Código |
|---|---|---|
| **033** | **0110** | **39209679** |

O pagamento desta conta não quita débitos anteriores. Sobre o valor pago após o vencimento incidirá multa de 2% e juros de mora de 0,033% ao dia, incluídos em conta futura (Port. CSPE n.156/01). O não pagamento poderá levar a protesto e/ou negativação, cobrança de despesas e demais emolumentos (Lei Fed. 9492/97).
Verifique se ocorreu débito automático em sua conta corrente, no vencimento. Se, por qualquer motivo o débito não for efetuado, utilize esta nota fiscal / conta de gás para o pagamento em qualquer banco autorizado.
Bancos autorizados a receber essa conta: Banco do Brasil*, Banco Inter*, Banco Original*, Bradesco*,C6 Bank*, Itaú*, Nubank*, PicPay*, Safra* e Santander. (*exceto boca de caixa)

836100000006   894200577472   004059028003   003920967902

Autenticação Mecânica

**DÉBITO AUTOMÁTICO**

Case 22-11068-KBO    Doc 30456    Filed 05/16/25    Page 14 of 15

8884820049

UNITED STATES // ESTADOS UNIDOS
RECIPIENT KROLL
RESTRUCTURING LLC, AWARE, 824 NORTH MARKET STREET,
3RD FLOOR
WILMINGTON
CODE 19861



Presente / Gift
X Documentos / Documents
Amostra Comercial / Commercial sample
Outro não comercial / Other non commercial

Quantidade e Descrição do conteúdo / Quantity and description of contents: DOCUMENTOS

Peso (em kg) / Weight (in kg)
Valor e Moeda / Value and Currency: 5

NCM é país de origem das mercadorias (Apenas para amostra comercial) / HS tariff number and country of origin of goods (For commercial sample only)

Total

Atesto que as informações aqui prestadas são verídicas, que este objeto não contém artigos perigosos ou proibidos e que tenho conhecimento do disposto no Termo de Condições Gerais de Prestação dos Serviços de Remessa de Objetos Postais Internacionais. / I certify that the particulars given in this declaration are correct and that this item does not contain any dangerous or prohibited articles and that I know what is disposed in the "Termo de Condições Gerais de Prestação dos Serviços de Remessa de Objetos Postais Internacionais".

Data e assinatura do remetente / Date and sender's signature
STO ANDRE 02/MAI/2025
Gillian Grey

75240068-1
FC0931/38
A7 = 74 x 105mm

[Postmark: AC SANTO ANDRE / 02 MAI 2025 / SANTO ANDRÉ/SPM]

REMETENTE // SENDER
BRASIL
SANTO ANDRE - SP
VILA BASTOS
RUA ADOLFO BASTOS 136 AP 141
09041-000
ALLAN GREIF
55 11 98407-6994