UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED

2025 MAY 21  AM 8:36

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,

Debtors.

Chapter 11

Case No. 22-11068 (KBO)

(Jointly Administered)

Response to the FTX Recovery Trust's One Hundred Seventy-Third (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims)

RESPONSE:

1. I, Tomasz Komenda, hereby submit this written response to object to the proposed disallowance of my proof of claim (Claim No. 99867), which has been included in the FTX Recovery Trust's One Hundred Seventy-Third (Non-Substantive) Omnibus Objection.

2. I respectfully request that my claim be allowed and not expunged, for the following reason(s):

   - I experienced technical difficulties when attempting to access the claims portal before the deadline.

   - I was under the genuine impression that I had successfully submitted my proof of claim before the deadline. I did not receive any notice or confirmation that my submission was incomplete or invalid.

- Upon further review, I realized that the amount of 1,012.52 USD included in Claim No. 99867 corresponds to a wire transfer I made to FTX EU Ltd in November 2022, which was never credited to my account. I have since learned that these funds fall under the jurisdiction of FTX EU (Backpack EU), and are being handled separately. I respectfully ask the Court to disregard this amount from my claim.

- Furthermore, after removing the mistakenly included USD amount related to FTX EU, I confirm that the remaining balance subject to refund under Claim No. 99867 pertains solely to 0.005807940 BTC, which was held in my FTX account and not transferred or recovered via other means.

3. I acted in good faith and submitted my claim as soon as I became aware of the process, and I respectfully request the Court to consider these circumstances as a basis for allowing my claim despite the technical lateness.

4. Attached are relevant documents in support of my position:

   - [E.g., copy of my submitted claim, email confirmations, screenshots, proof of FTX account, balances, etc.]

5. I am available to provide any additional documentation or clarification the Court may require.

Claimant Contact Information:

Tomasz Komenda

Felinskiego 103/4

31-236 Cracow, Poland

Email: tomaszokomenda@gmail.com

Phone: +48 511 807 031

I respectfully request that the Court deny the objection to my claim and allow it in full.

Date: [Enter date] 30.04.2025

Signed: _____

Tomasz Komenda

**Tomasz Komenda**
Felinskiego 103/4
31-236 Cracow
Poland
tomaszokomenda@gmail.com
+48 511 807 031

RECEIVED
2025 MAY 21  AM 8:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Date:30.04.2025

To:

United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801
USA

**Re: Response to FTX Recovery Trust's Omnibus Objection – Claim No. 99867**

Dear Clerk of Court,

Please find enclosed my formal written Response to the FTX Recovery Trust's One Hundred Seventy-Third (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claims.

I am the claimant in **Claim No. 99867** in the FTX bankruptcy case. I respectfully request that my claim be allowed despite being filed after the customer bar date.

Thank you for your attention to this matter.

Sincerely,

Tomasz Komenda

Tomasz Homenda
Ul. Felinskiego 103/4
31-236 Cracov
Poland

PRIORYTET
PRIORITAIRE

KRAKÓW 3
30.04.2025
*FJ*



Poczta Polska
Taxe perçue 13 zł 00 gr

R RR 615 669 963 PL

United States Ban[k]
Attn: Clerk's offi[ce]
824 North Market S[t]
Wilmington, DE 19[801]
USA