RECEIVED
2025 MAY 21 PM 2:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**UNITED STATES BANKRUPTCY COURT**

FOR THE DISTRICT OF DELAWARE

Re: In re FTX Trading Ltd., et al.

Case No. 22-11068 (JTD)

## Response to the 173rd Omnibus Objection to Late-Filed Customer Claims

Claimant: Ana Karina Perez

Claim Number: 3265-70-JFURK-668664754

Address: Aristobulo del Valle 5155, Dique Lujan, Benavidez

Email: ania_k13@hotmail.com

Phone: +54 9 1161619441

### Objection to the Disallowance of Late-Filed Claim

I, Ana Karina Perez, respectfully submit this response to the 173rd Omnibus Objection filed by the FTX Debtors, which seeks to disallow certain late-filed customer claims, including mine.

I oppose the objection to my claim on the following grounds:

1. 1. Good Faith Filing
   I submitted my claim in good faith and did not intentionally delay. At the time of the original deadline, I was unaware of the deadline. As soon as I became aware, I filed my claim without further delay.
2. 2. Claim Details
   My claim was submitted on 2025-01-31, and it reflects the following assets that were held in my FTX account:
   - USD: 29.87
   - USD Tether: 0.61
   - Solana: 581.83
   - Matic: 850
3. 3. Request for Allowance
   I respectfully request that the Court allow my claim despite the delay in filing.

Disallowing this claim would result in an unjust loss of my funds held in the FTX platform through no fault of my own.

Conclusion

For the reasons stated above, I ask the Court to overrule the objection to my late-filed claim and permit it to proceed in the interest of fairness and equity.

Respectfully,

*[signature]*

PEREZ ANA KARINA - 33458628

17/05/2025

