**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br>(Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**FXCL Acquisition LLC**
Last Four Digits of Acct #: N/A

Name of Transferor
**Name (Redacted)**
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

85 Broad Street - 22nd Floor
New York, NY 10004
Email: daniel.silverstein@opco.com
SA-FTX@opco.com

Address of Transferor:
Address on file with debtors.

**Case No.:** 22-11068 et seq.

| Claim Information | Customer Code | Amount | Debtor |
|---|---|---|---|
| Confirmation ID: 3265-70-MMMTY-265044461<br><br>Schedule Number: 6765463<br><br>Claim Number: 97914 | Schedule F Customer Code **01481333** | 100% of Seller's Claim as described on Schedule F (see attached) and the Customer Claim Form | FTX Trading Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_
Transferee/Transferee's Agent

Date: August _X_, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex C

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (the "<u>Seller</u>"), hereby unconditionally and irrevocably sells, transfers and assigns to FXCL Acquisition LLC (the "<u>Buyer</u>") $100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "<u>Debtors</u>"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "<u>Bankruptcy Case</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Claim Information | Customer Code | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID: 3265-70-MMMTY-265044461<br><br>Schedule Number: 6765463<br>Claim Number: 97914 | Schedule F Customer Code 01481333 | 100% of Seller's Claim as described on Schedule F (see attached) and the Customer Claim Form | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

*(remainder of page blank)*

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of August, 2024.

**SELLER**:

[REDACTED]

**BUYER**:

FXCL ACQUISITION LLC, as Buyer

By: _____
Name:
Title:

| 01481333 | | AAVE-PERP[0], ADA-PERP[3897], ALT-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BCH-PERP[0], BIT-PERP[0], BNB[7.49], BNB-PERP[0], BTC[20.20650021], BTC-0331[0], BTC-0930[0], BTC-1230[0], BTC-PERP[0], BTTPRE-PERP[0], BULL[0], CHR-PERP[0], CRO-PERP[0], CRV-PERP[0], DEFI-PERP[0], DENT-PERP[0], DOGE-1230[0], DOGE[12475], DOGE-PERP[0], DOT[226.700025], DOT-PERP[0], EGLD-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH-0331[0], ETH-0930[0], ETH-1230[0], ETH[64.586], ETHE[9999.925], ETH-PERP[0], FLOW-PERP[0], FTM[436.00436], FTM-PERP[0], FTT[0.07367433], FTT-PERP[0], FXS-PERP[0], GBTC[28434.84065700], GMT-PERP[0], HNT[961], HT-PERP[0], IOTA-PERP[0], LEO-PERP[0], LINK[164.9], LINK-PERP[0], LOOKS-PERP[0], LUNA2[237.38094006], LUNA2_LOCKED[553.88886023], LUNC[27273.83], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], MIDBEAR[162.93], MID-PERP[0], MINA-PERP[0], MKR[1.686], MKR-PERP[0], NEAR-PERP[0], OKB-PERP[0], ONT-PERP[0], OP-PERP[0], PAXG[0], PAXG-PERP[0], PERP[4940.1], RSR-PERP[0], RUNE[241.682622], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SLV[6150.04074375], SNX-PERP[0], SOL-PERP[0], SPELL-PERP[0], SPY[1], SRM[.61684822], SRM_LOCKED[534.49899813], STETH[0], SXP-PERP[0], THETABULL[0], THETA-PERP[0], TRX[.002615], TRX-PERP[0], UNI-PERP[0], USD[93197.77], USDT-0930[0], USDT-PERP[0], USTC-PERP[0], XMR-PERP[10.55999999], XRP-1230[0], XRP-PERP[0], XTZ-PERP[0] |

page C-2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of August, 2024.

**SELLER:**

[redacted]

**BUYER:**

FXCL ACQUISITION LLC, as Buyer

By: _____
Name: _____
Title:  SVP

| 01481333 | | AAVE-PERP[0], ADA-PERP[3897], ALT-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BCH-PERP[0], BIT-PERP[0], BNB[7.49], BNB-PERP[0], BTC[0.20650021], BTC-0331[0], BTC-0930[0], BTC-1230[0], BTC-PERP[0], BTTPRE-PERP[0], BULL[0], CHR-PERP[0], CRO-PERP[0], CRV-PERP[0], DEFI-PERP[0], DENT-PERP[0], DOGE-1230[0], DOGE[12475], DOGE-PERP[0], DOT[226.700025], DOT-PERP[0], EGLD-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH-0331[0], ETH-0930[0], ETH-1230[0], ETH[4.586], ETHE[9999.925], ETH-PERP[0], FLOW-PERP[0], FTM[436.00436], FTM-PERP[0], FTT[0.07387433], FTT-PERP[0], FXS-PERP[0], GBTC[28434.84065700], GMT-PERP[0], HNT[961], HT-PERP[0], IOTA-PERP[0], LEO-PERP[0], LINK[164.9], LINK-PERP[0], LOOKS-PERP[0], LUNA2[237.38094006], LUNA2_LOCKED[553.88886023], LUNC[27273.83], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], MIDBEAR[162.93], MID-PERP[0], MINA-PERP[0], MKR[1.686], MKR-PERP[0], NEAR-PERP[0], OKB-PERP[0], ONT-PERP[0], OP-PERP[0], PAXG[0], PAXG-PERP[0], PERP[4940.1], RSR-PERP[0], RUNE[241.682622], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SLV[9150.04074375], SNX-PERP[0], SOL-PERP[0], SPELL-PERP[0], SPY[1], SRM[61684822], SRM_LOCKED[534.49899813], STETH[0], SXP-PERP[0], THETABULL[0], THETA-PERP[0], TRX[.002615], TRX-PERP[0], UNI-PERP[0], USD[93197.77], USDT-0930[0], USDT-PERP[0], USTC-PERP[0], XMR-PERP[10.55999999], XRP-1230[0], XRP-PERP[0], XTZ-PERP[0] |
|---|---|---|

page C-2

NYACTIVE-24460643.2