UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| **CTC ALTERNATIVE STRATEGIES, LTD.**<br>Name of Transferee | ███████<br>Name of Transferor |
| Name and Address where notices and payments to Transferee should be sent:<br><br>CTC Alternative Strategies, Ltd.<br>c/o Chicago Trading Company<br>425 S. Financial Place, 4th Floor<br>Chicago, IL 60605<br>Attn: CTC Middle Office Operations<br>Emails:<br>AltStrats.Settlements@chicagotrading.com;<br>joseph.harriman@ctccapmgmt.com;<br>Nina.Lindley@chicagotrading.com | Transferor Address: ███████<br><br>**Claim No: 86378 (Kroll) / Confirmation ID 3265-70-UDDCQ-984629923** (as modified, amended, and/or otherwise reduced)<br><br>**Case No.:** 22-11068<br><br>**Amount of Claim Transferred:** 100% |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Nina Lindley*                                      Date: May 22, 2025
Transferee/Transferee's Agent

## IDENTITY OF TRANSFEROR

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has attached a redacted version of the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the unredacted Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**")
Attn: Clerk

AND TO:  Seller

FTX Trading Ltd. ("**Debtor**")
Case No. 22-11068 (the "**Case**")
Proof of Claim Number: 86378; Confirmation ID: 3265-70-UDDCQ-984629923
Amount of Claim Transferred: 100% of Proof of Claim Number 86378; Confirmation ID: 3265-70-UDDCQ-984629923.

███████████████████████████████████████ ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto CTC Alternative Strategies, Ltd. and its successors and assigns ("**Buyer**"), all right, title and interest in and to Proof of Claim Number 86378 (Confirmation ID 3265-70-UDDCQ-984629923) (the "**Claim**") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer as set forth below:

Buyer's Notice Instructions:
CTC Alternative Strategies, Ltd.
c/o Chicago Trading Company
425 S. Financial Place, 4th Floor
Chicago, IL 60605
Attn: CTC Middle Office Operations
Emails: AltStrats.Settlements@chicagotrading.com; joseph.harriman@ctccapmgmt.com; Nina.Lindley@chicagotrading.com

Buyer's Wire Instructions:
Bene Bank:       JPMorgan Chase Bank, New York
SWIFT (BIC):     CHASUS33
ABA #:           021-000-021
Account:         Goldman Sachs and Co, New York
Account #:       9301011483
SWIFT:           GOLDUS33
FFC:             CTC Alternative Strategies, Ltd.
FFC Account #:   002342327

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| ▮ | CTC ALTERNATIVE STRATEGIES, LTD. |
|---|---|
| By: ▮<br>Name: ▮<br>Title: ▮<br>Date: 5/22/2025 | By: *Nina Lindley* (signature)<br>Name: Nina Lindley<br>Title: Middle Office Senior Manager<br>Date: 5/22/25 |