UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED
2025 MAY 23 P 3:42
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,
Debtors.

Chapter 11

Case No. 22-11068 (JTD)

## OBJECTION TO THE ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CERTAIN LATE-FILED CUSTOMER CLAIMS

Dear Judge Dorsey:

I, Xijie Dong, respectfully submit this objection to the FTX Recovery Trust's One Hundred Seventy-Third Omnibus Objection to Certain Late-Filed Customer Claims (D.I. 4989), and respectfully request that the Court allow my late-filed claim and permit me to participate in any future distributions to FTX customers.

I submitted my customer claim(s) on January 6 and January 13, 2025, after the claims bar date. My delay was not intentional nor due to neglect. In 2022, I was the victim of a devastating scam involving all of my funds on the FTX platform. I lost not only my personal savings, but also money borrowed from my mother and sister. The financial and emotional impact led me into a deep depression during which I could not face digital platforms, emails, or anything related to the internet. I came to view all online activity as dangerous, and I withdrew entirely from digital communication.

I am a mother of two young children, ages 7 and 12, and their sole caretaker. The trauma of this experience severely affected my ability to function and to care for my family. My children witnessed my breakdowns, my despair, and my struggles to hold our lives together. It has been a painful and difficult journey.

As a non-native English speaker, I also struggled to understand the legal and procedural steps involved in the claims process. I only became aware of the claims deadline much later, and I filed my claims as soon as I was mentally and emotionally able.

In addition to objecting to the timing of my claim, the FTX Recovery Trust asserts that I do not have any valid customer entitlement or liability on the platform. I respectfully and firmly disagree.

The scam I encountered occurred through the FTX platform. The scammers took advantage of the trust and legitimacy of FTX to deceive me. I would not have transferred my funds if I had not believed in the security and credibility of the FTX exchange. It was precisely because I trusted FTX that I moved my money onto the platform, where I was ultimately defrauded and my funds were fraudulently taken.

In this sense, FTX played an indirect yet essential role in enabling the fraud. While FTX may not have directly participated, it failed to protect customer assets from abuse by bad actors and provided the infrastructure through which the scam was carried out. I had real assets in my FTX account, and the transactions were conducted on FTX. I possess complete FTX account records and blockchain transaction hashes to prove this.

Therefore, I respectfully ask this Court to:

- Accept my late-filed claim due to extraordinary and well-documented circumstances,
- Acknowledge that I am a legitimate FTX customer with verifiable asset history on the platform, and
- Permit my participation in any customer recovery and distributions.

This is not just a matter of financial redress, but one of survival for myself and my two children. I am doing everything I can to rebuild our lives, and I am pleading for the opportunity to reclaim what was fraudulently taken from us.

Sincerely,
Xijie Dong     *Xijie Dong*
15 Hodgenville, Irvine, CA 92620
dongxj15168@gmail.com
571-306-9353
Claim Nos.: 98865, 98867, 99057
Date: May 21, 2025

FedEx

Recycle me.

ORIGIN ID:DTHA (571) 306-9353
XIJIE DONG
15 HODGENVILLE
IRVINE, CA 92620
UNITED STATES US

TO U.S BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 N MARKET ST
3RD FLOOR
RE: FTX TRADING LTD. ET AL.
WILMINGTON DE 19801

SHIP DATE: 21MAY25
ACTWGT: 0.10 LB
CAD: 6570157/RDSA2630

TRK# 8814 4143 7185

FRI - 23 MAY 5:00P
** 2DAY **

FedEx Express

19801
DE-US PHL