UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,1
Debtors.

**Case No. 22-11068**

RESPONSE FOR

"FTX RECOVERY TRUST'S 173 OMNIBUS OBJECTION TO CERTAIN LATE FILED PROOFS OF CLAIMS (CUSTOMER CLAIMS)"

**On the behalf of:**

*Victor Ridley Meulengracht Geisler*
*Scheduled claim n.: 5347497*
*Claim n.: 99208*
*Claim amount: 3460,12 USD*

**As the deadline to submit all requested KYC information is 1. March 2025, ref doc. 29464, one should also be allowed to file for proof of claim before said date.**

Citation doc 29464:
*"If the Original Holder of an Unverified Claim listed on Schedule 1 both (a) commences the KYC submission process with respect to such Unverified Claim on or prior to the KYC Commencing Deadline and (b) submits all requested KYC information requested by the Debtors or their KYC vendors on or prior to the KYC Submission Deadline, the Debtor shall deem such Unverified Claim to be removed from Schedule 1 and shall consider the Objection resolved with respect to such Unverified Claim."*

I hope the court will rule on the intent behind this response and not by the lack of legal formality. I was unable to be KYC approved before 21. January 2025, and thus able to access claims.ftx.com. With only a scheduled claim number, I did not know how to procced and filed for proof of claim at kroll.

Regards

Victor Ridley Meulengracht Geisler

Oesterbro 33B. 1TH, 9000 Aalborg, Denmark
+45 51305741
vrmgeisler1@gmail.com

Oesterbro 33B 1.TH
9000 Aalborg
Denmark

USBC District of Delaware
824 Market Street
Wilmington, DE, 19801
USA

PORTO KONTROLLERET

Post Danmark P.P.

400 år