Case No. 22-11068
QA(173): In re FTX Trading Ltd

**To Whom It May Concern,**

RECEIVED
2025 MAY 27 P 4: 14
CLERK
US BANKRUPTCY
DISTRICT OF DELAWARE

I am writing to formally raise an objection regarding my investment with Liquid (formerly Qryptos) in connection with the FTX bankruptcy proceedings. I was not aware of any connection between Liquid and FTX when I made my investment. At the time, I was still a student and made a small, long-term investment in crypto as a normal person, without any active trading involvement. I do my best to research and understand my investments, but I simply cannot know every minor detail, especially when it comes to the intricacies of various companies and their relationships.

I am from Europe and do not follow the latest tech news, especially news coming out of the United States. Given this, I was not aware that Liquid and FTX were even related. The amount of money I have invested is extremely small in the grand scheme of things, and while it might not significantly impact the larger proceedings, it is still a considerable amount to me.

I acknowledge that my appeal for a refund was submitted late, but I feel it is unfair to disregard my situation based on the timing of my appeal. I have made efforts to educate myself and follow up, despite the complexity of the legal emails and documents I've received. English is not my first language, and as someone who is not American, I find it challenging to navigate these matters.

The only mistake I made was submitting my request too late, but considering my position and the circumstances, I believe it would be unfair to reject my appeal. I respectfully request that you reconsider my case in light of these factors.

Thank you for your attention to this matter. I look forward to your response.

Best regards,

Lana Aleksandra Rynty

+358415739628