**UNITED STATES BANKRUPTCY COURT**
FOR THE DISTRICT OF DELAWARE



In re:

FTX Trading Ltd., et al.,

Debtors

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

**RESPONSE TO DEBTORS' ONE HUNDRED FORTY-NINTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN LATE FILED CLAIMS (CUSTOMER CLAIMS)**

Claimant: Jessy Abouarab, Ph.D.

Claim Number: 98008

Amount of Claim stated on the FTX Kroll Website: $1,741.00 USD*

Date Filed: March 15, 2025

To the Honorable John T. Dorsey:

I respectfully submit this response to the Debtors' One Hundred Forty-Ninth Omnibus Objection to Late Filed Customer Claims regarding Claim No. 98008.

**1. Factual Basis of the Claim**

This claim represents my digital assets held on the FTX platform prior to its bankruptcy filing. The claim includes the following cryptocurrencies and fiat currency:

- 1.13768968 ETH
- 0.01730608 BTC
- 10.71603087 DAI
- 1.13720135 ETHW
- 1 DOGE
- 1 CUSDT
- 1.31 USD

These balances are supported by transaction histories and account balance screenshots from the FTX platform as of January 24, 2025. Due to the chaotic collapse of the exchange, I faced substantial difficulties accessing my account and was unaware of the original bar date. I filed my claim promptly once I understood the process.

## 2. Legal Grounds

Pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, a late-filed proof of claim may be permitted where excusable neglect is shown. Given the extraordinary nature of the FTX collapse, widespread confusion among users, and the fact that I acted in good faith to submit a complete claim as soon as I became aware of the proper process, I respectfully request that the Court allow this claim to proceed on its merits.

## 3. Supporting Documentation

The following documents support my claim and are attached herewith:

- Screenshots of account balances dated January 24, 2025

- Complete transaction history exported from the FTX platform (CSV format)

- Any additional evidence available upon request

## 4. Contact Information

Jessy Abouarab, Ph.D.

4849 NW 108 Path

Doral, Florida, 33178

Phone: 1(305)924-3135

Email: jabouara@fiu.edu

I am willing to reconcile, settle, or otherwise resolve this matter in good faith and respectfully request that my claim be allowed in full.

Respectfully submitted,

Jessy Abouarab, Ph.D.

Date: May 15, 2025

Jissy Abouruel
4869 NW 108 RATA
Doral, FL, 33178

Clerk of the Court
U.S. Bankruptcy Court for the
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801. USA



