## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

**July 22, 2025 at 9:30 a.m. (ET)**

**August 12, 2025 at 9:30 a.m. (ET)**

**September 11, 2025 at 1:00 p.m. (ET)**

**Dated: June 2nd, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**