IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, *et al.*, | Case No. 22-11068-KBO |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, the undersigned counsel moves the admission *pro hac vice* of Leah Anne O'Farrell of Barnes & Thornburg LLP to represent Folkvang Ltd. ("Folkvang"), in the above-captioned case.

Dated: June 2, 2025
    Wilmington, Delaware

BARNES & THORNBURG LLP

*/s/ Amy E. Tryon*
Mark R. Owens (DE No. 4364)
Amy E. Tryon (DE No. 6945)
222 Delaware Ave., Suite 1200
Wilmington, DE 19801
(302) 300-3434
mark.owens@btlaw.com
amy.tryon@btlaw.com

*Counsel for Folkvang Ltd.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and the State of Georgia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  June 2, 2025

*/s/ Leah Anne O'Farrell*
Leah Anne O'Farrell
Barnes & Thornburg LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Telephone: (781) 888-1516
Email:  LOFarrell@btlaw.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.