**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 22-11068 (KBO) <br><br> (Jointly Administered) <br><br> **Hearing Date: June 25, 2025 at 9:30 a.m. (ET)** <br> **Objection Deadline:  June 16, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION AND HEARING**

      **PLEASE TAKE NOTICE** that on June 2, 2024, Folkvang Ltd. ("Folkvang") filed the *Motion by Folkvang Ltd. for Entry of An Order (I) Authorizing Repurchase of Equity Interest in Folkvang Ltd. held by Debtor Alameda Research Ltd., (II) Authorizing Folkvang Ltd.'s Repayment of Loan made by Debtor Maclaurin Investments Ltd., (III) Allowing Setoff of Repurchase and Repayment Amounts* (the "Motion")

      **PLEASE TAKE FURTHER NOTICE** that Folkvang hereby provides notice to the Debtors, the FTX Recovery Trust and all other parties in interest of the deadline to object to the Motion: Objections to the relief requested in the Motion shall (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed on or before **June 16, 2025, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on undersigned counsel.

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **June 25, 2025 at 9:30 a.m. (prevailing Eastern Time)**, or as otherwise agreed by Folkvang and the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Debtors.  Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

Dated:  June 2, 2025

          BARNES & THORNBURG LLP

          */s/  Amy E. Tryon*
          Mark R. Owens (DE No. 4364)
          Amy E. Tryon (DE No. 6945)
          222 Delaware Avenue, Suite 1200
          Wilmington, DE  19801
          Tel: (302) 300-3434
          Fax: (302) 300-3456
          Email:  Mark.Owens@btlaw.com
          Email:  Amy.Tryon@btlaw.com

          Kenneth P. Kansa (*pro hac vice* pending)
          One N. Wacker Drive, Suite 4400
          Chicago, IL 60606-2833
          Telephone: (312) 214-4583
          Email: KKansa@btlaw.com

          Leah Anne O'Farrell (*pro hac vice* pending)
          One Marina Park Drive, Suite 1530
          Boston, MA 02210
          Telephone: (781) 888-1516
          Email:  LOFarrell@btlaw.com

          *Counsel for Folkvang Ltd.*