**EXHIBIT C**

**Filed Under Seal Pursuant to Folkvang Ltd.'s Motion to File Under Seal Portions of (A) Motion of Folkvang Ltd. for Entry of an Order (I) Authorizing Repurchase of Equity Interest in Folkvang Ltd. Held by Debtor Alameda Research Ltd., (II) Authorizing Folkvang Ltd.'s Repayment of Loan of Repurchase and Repayment of Amounts, and (IV) Granting Related Relief, and (B) Declaration of Michael Laurens Van Rossum in Support Thereof**