**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 24, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Non-Customer Mailing List attached hereto as **Exhibit A**:

- Notice of Effective Date of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [Docket No. 29127] ("***Notice of Effective Date***")

On February 24, 2025, at my direction and under my supervision, employees of Kroll caused the Notice of Effective Date to be served via first class mail on 23 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

On February 26, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on 2 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Declaration of Kumanan Ramanathan in Support of Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [Docket No. 28227]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Notice of Objection to Unverified Claims customized to include customer code and claim number or schedule number of the party, a blank copy of which is attached hereto as **Exhibit B**

On February 26, 2025, at my direction and under my supervision, employees of Kroll caused the Notice of Effective Date and the following documents to be served via First Class Mail on Keller Benvenutti Kim LLP, (ADRID: 22209102), Attn: Jane Kim, Esq., 425 Market Street, Ste 2500, San Francisco, CA 94105-2478:

- Motion of the Debtors for an Order Authorizing the Continued Redaction or Withholding of Certain Confidential Information of Customers [Docket No. 29125]

- Omnibus Motion of the FTX Recovery Trust to Substitute Plaintiffs in Adversary Proceedings [Docket No. 29390]

On February 26, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit C**:

- Order Scheduling Omnibus Hearing Date [Docket No. 29189]

On March 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on McDermott Will & Emery LLP on Behalf of Multicoin Capital, (ADRID: 18182523), 1000 N West St, Ste 1400, Wilmington, DE 19801-1054:

- Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Assume Certain Executory Contracts, (II) Fixing Cure Amounts with Respect Thereto and (III) Granting Related Relief [Docket No. 29111]

Dated: May 29, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 29, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

2

**Exhibit A**

Exhibit A
Supplemental Non-Customer Mailing List
Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 17692419 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17692556 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17692572 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 26802631 | ASTARIA LABS, INC. | PMB 76091 | 8605 SANTA MONICA BLVD | W HOLLYWOOD | CA | 90069-4109 |
| 10302810 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10275983 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10583916 | BLOCKFI LENDING LLC | 115 BROADWAY FL 5 | | NEW YORK | NY | 10006-1646 |
| 17693321 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10583917 | BLOCKFI LENDING LLC | 115 BROADWAY FL 5 | | NEW YORK | NY | 10006-1646 |
| 12833080 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10549556 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17693768 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10275989 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10302480 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10281338 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17694290 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 12832835 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10549947 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17694525 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10549684 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17695018 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17695090 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10278453 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 22208113 | EMBED CRYPTO LLC | 4203 S 174TH ST | | OMAHA | NE | 68135-2640 |
| 17695091 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17695282 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 12830623 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 12830622 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10281604 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10549793 | NAME ON FILE | ADDRESS ON FILE | | | | |

Exhibit A
Supplemental Non-Customer Mailing List
Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 17696275 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17696276 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17696414 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17696993 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 12865584 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17697130 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17697129 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 12832558 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 12832559 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10276021 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17697265 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 18944707 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17697990 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17698130 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17698132 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17698295 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10281476 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17698570 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17698582 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17698584 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 26802543 | MULTICOIN VENTURE FUND II US, LP | 301 WEST AVE | APT 3901 | AUSTIN | TX | 78701-8134 |
| 17698588 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17698589 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10276036 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10279145 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17698973 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10289531 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 12831197 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17699645 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17699659 | NAME ON FILE | ADDRESS ON FILE | | | | |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (KBO)

## Exhibit A
Supplemental Non-Customer Mailing List
Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 10583981 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10276044 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10276047 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 12873151 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17700493 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17700812 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 18502761 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17701748 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17701998 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 18944804 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 12832946 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 12832300 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17702603 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 10282962 | NAME ON FILE | ADDRESS ON FILE | | | | |
| 17702833 | NAME ON FILE | ADDRESS ON FILE | | | | |

**Exhibit B**

**NOTICE TO ALL HOLDERS OF UNVERIFIED CLAIMS: THE DEBTORS HAVE FILED AN OBJECTION SEEKING TO DISALLOW AND EXPUNGE YOUR CLAIM. IF THE COURT SUSTAINS THE DEBTORS' OBJECTION, <u>MARCH 1, 2025</u> WILL BE THE DEADLINE TO COMMENCE THE KYC SUBMISSION PROCESS AND <u>JUNE 1, 2025</u> WILL BE THE DEADLINE TO SUBMIT ALL REQUESTED KYC INFORMATION THROUGH THE FTX CUSTOMER CLAIMS PORTAL.**

**LOG IN TO THE FTX CUSTOMER CLAIMS PORTAL USING YOUR FTX LOG-IN INFORMATION BY CLICKING HERE: HTTPS://CLAIMS.FTX.COM.  COMMENCE OR CONTINUE THE KYC SUBMISSION PROCESS BY MOVING TO STEP 3 OF THE FTX CUSTOMER CLAIMS PORTAL.**

**ONLY SUBMIT SENSITIVE INFORMATION VIA THE CUSTOMER CLAIMS PORTAL.**

**This notice contains important instructions for submitting KYC information and we encourage you to read it in its entirety.**

On November 21, 2024, FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed an **Omnibus Objection to Unverified Customer Entitlement Claims** with the United States Bankruptcy Court for the District of Delaware (the "Court") [D.I. 28225] (the "KYC Objection") in the Debtors' chapter 11 cases (the "Chapter 11 Cases").  Please find below a link to the KYC Objection and the notice attached thereto.

**https://restructuring.ra.kroll.com//FTX/Home-DownloadPDF?id1=MzIyNzQ1NA==&id2=0 [D.I. 28225]**

You are receiving this notice because you have not completed the KYC submission process with respect to the following Customer Entitlement Claim(s) (as defined below) associated with your unique customer ID and such claims remain "unverified" ("Unverified Claims"):

| Unique Customer Code | Claim No(s). |
|---|---|
|  |  |

Below are important things to highlight about this notice you are receiving:

The FTX Customer Claims Portal is available here:  **https://claims.ftx.com**

Subject to the Court entering an order sustaining the KYC Objection:

- You must commence the KYC submission process by **March 1, 2025** with respect to your Unverified Claim(s) listed above.  "Commencing" the KYC submission process means logging into the FTX Customer Claims Portal and beginning "Step 3 – Provide Know Your Customer (KYC) Information" for the Original Holder.

4882-2789-8878 v.4

- In the event that you do not commence the KYC submission process with respect to your Unverified Claim(s) listed above on or prior to **March 1, 2025 at 4:00 p.m. (ET)** such Unverified Claim(s) **shall be disallowed and expunged in its entirety**.

- If you have commenced, but not yet completed, the KYC submission process, you must complete the submission of all KYC information requested by the Debtors or their KYC vendors by **June 1, 2025** with respect to your Unverified Claim(s) listed above.

- In the event that you do not submit all KYC information requested by the Debtors or their KYC vendors with respect to your Unverified Claim(s) listed above on or prior to **June 1, 2025 at 4:00 p.m. (ET)**, such Unverified Claim(s) **shall be disallowed and expunged in its entirety**.

This notice is being sent to all Original Holders of Unverified Claims *and* subsequent transferees of such claims.

*For the avoidance of doubt, the Debtors at this time are **not** seeking to disallow Customer Entitlement Claims of any holders who have submitted all requested KYC information to the Debtors, Sumsub and BitGo, as applicable, even if such information is unable to be validated and therefore rejected by Sumsub or BitGo, as applicable, or otherwise rejected by the Debtors. The Debtors reserve all rights with respect to such Customer Entitlement Claims, including the right to object to such claims at a later date on the basis of the KYC information provided. For the further avoidance of doubt, nothing contained in this notice or the Objection is intended to amend, supersede, or otherwise modify any of the requirements or deadlines with respect to any aspect of section 7.14 of the Plan, including the Pre-Distribution Requirements (as defined in the Plan).*

The Debtors retain their rights to later object on any basis to any Unverified Claim, including on the basis of KYC information provided.

"Customer Entitlement Claim" means any claim (as defined in section 101(5) of the Bankruptcy Code) of any kind or nature whatsoever (whether arising in law or equity, contract or tort, under the Bankruptcy Code, federal or state law, rule or regulation, common law or otherwise) held by any person or entity against any of the Debtors that compensates the holder of such claim for the value as of the Petition Date of cash or digital assets held by such person or entity in an account on any FTX exchange.

Nothing contained in this notice: (a) is intended or shall be deemed to constitute an assumption of any agreement pursuant to section 365 of the Bankruptcy Code or an admission as to the validity of any claim against the Debtors or their estates; (b) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates to contest the validity, priority, or amount of any claim against the Debtors or their estates; (c) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates with respect to any and all claims or causes of action against any third party; (d) shall be construed as a promise to pay a claim or continue any applicable program post-petition, which decision shall be in the discretion of the

Debtors; or (e) is intended to deem any claim as an Allowed (as such term is defined in the Plan) claim against the Debtors.  Any payment made pursuant to an order of the Court granting the relief requested herein is not intended to be nor should it be construed as an admission as to the validity of any claim or a waiver of the Debtors' rights to subsequently dispute such claim.

If you are unable to login to the Customer Claims Portal, please contact support (support@ftx.com) and include your Unique Customer Code (listed above) in your email in order to recover your account access.  Otherwise, please visit https://claims.ftx.com to submit KYC information.

For additional information, and to download all documents filed in the Debtors' chapter 11 cases free of charge, please visit https://restructuring.ra.kroll.com/FTX/

4882-2789-8878 v.4

**Exhibit C**

## Exhibit C
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 22209102 | Keller Benvenutti Kim LLP | Attn: Jane Kim, Esq. | 425 Market Street | Ste 2500 | San Francisco | CA | 94105-2478 |
| 18182523 | MCDERMOTT WILL & EMERY LLP ON BEHALF OF MULTICOIN CAPITAL | 1000 N WEST ST | STE 1400 | | WILMINGTON | DE | 19801-1054 |