# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 14, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail and Email on a Notice Party, (ADRID: 22208977, whose name, address and email have been redacted in the interest of privacy:

- Quinn Emanuel Urquhart & Sullivan, LLP's Response to Lidia Favario's Objection to the Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Services Rendered and Reimbursement of Expenses for the Period from November 13, 2022, through and Including October 8, 2024 [Docket No. 30129]

- Reply in Support of the Final Fee Application of Sullivan & Cromwell LLP [Docket No. 30132]

Dated: May 6, 2025

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 6, 2025, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

SRF 87639