## **EXHIBIT B**

**Form of Closing Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref No.** |

### NOTICE OF FULL ADMINISTRATION AND CLOSING DATE
### OF CHAPTER 11 CASE OF [●]

**PLEASE TAKE NOTICE** that on June 4, 2025, the FTX Recovery Trust[2] filed the *Motion of the FTX Recovery Trust and the Separate Subsidiaries for Entry Of A Final Decree (I) Closing the Chapter 11 Cases of the Consolidated Debtors and (II) Closing the Chapter 11 Cases of the Separate Subsidiaries on the Applicable Closing Date*[3] [D.I. [●]] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on [●], 2025, the Court approved the Motion and entered the *Final Decree (I) Closing the Chapter 11 Cases of the Consolidated Debtors and (II) Closing the Chapter 11 Cases of the Separate Subsidiaries on the Applicable Closing Date* [D.I. [●]] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, as of [●], 2025 (the "Closing Date"), the Chapter 11 Case of [●] (the "Closing Debtor") has been fully administered because:

a. The Closing Debtor has no prospects of commencing any business activities in the future and has no remaining assets or liabilities;

b. the Plan Administrator has assumed the management of the property of the Closing Debtor;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' (as defined below) confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

    c.    the Plan Administrator has assumed reconciling all claims associated with the Closing Debtor; and

    d.    all contested matters, adversary proceedings and motions concerning the Closing Debtor have either been resolved, will be resolved, or have transferred to the Plan Administrator, resulting in no substantive change to any litigation nor any prejudice to any interested party.

**PLEASE TAKE FURTHER NOTICE** pursuant to the Order, the Plan Administrator requests that the Court deem the Chapter 11 Case of the Closing Debtor closed as of the Closing Date.

Dated: [●], 2025
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*

2