## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Keller Benvenutti Kim LLP, (ADRID: 22209102), Attn: Jane Kim, Esq., 425 Market Street, Ste 2500, San Francisco, CA 94105-2478:

- Stipulation of Undisputed Facts Relating to Ross Rheingans-Yoo's FDU Claim [Docket No. 29218]

- Investment Services Transaction Report [Docket No. 29352]

- Motion of the FTX Recovery Trust for Entry of an Order Authorizing the FTX Recovery Trust to File Certain Information Contained in the Investment Services Transaction Report Under Seal [Docket No. 29353]

On March 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on McDermott Will & Emery LLP, (ADRID: 18164211), 1000 N West St, Ste 1400, Wilmington, DE 19801-1054:

- Motion of the FTX Recovery Trust for Entry of an Order Further Extending the Time Period Within Which the FTX Recovery Trust May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [Docket No. 29458]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On March 6, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on 19 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [Docket No. 29464]

On March 7, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Cogni Inc., (ADRID: 26802600), 43 W 23rd St FL 6, New York, NY 10010-4307:

- Notice of Filing of First Amended Plan Supplement [Docket No. 25649]

- Notice of (I) Executory Contracts and Unexpired Leases Proposed to Be Assumed by the Debtors Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates, (II) Cure Amounts, if Any, and (III) Related Procedures in Connection Therewith [Docket No. 25650]

On March 13, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Non-Customer Mailing List attached hereto as **Exhibit A:**

- Notice of Effective Date of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [Docket No. 29127] (the "***Notice of Effective date***")

On March 13, 2025, at my direction and under my supervision, employees of Kroll caused the Notice of Effective date to be served via First Class Mail on 10 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

Dated: May 28, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 28, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.


*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**<u>Exhibit A</u>**

## Exhibit A
Supplemental Non-Customer Mailing List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 |
|---|---|---|
| 17693883 | Name on File | Address on File |
| 12830858 | Name on File | Address on File |
| 10281021 | Name on File | Address on File |
| 17695570 | Name on File | Address on File |
| 10281594 | Name on File | Address on File |
| 17695608 | Name on File | Address on File |
| 10281630 | Name on File | Address on File |
| 17695765 | Name on File | Address on File |
| 17695972 | Name on File | Address on File |
| 10281707 | Name on File | Address on File |
| 18944711 | Name on File | Address on File |
| 12831168 | Name on File | Address on File |
| 17701002 | Name on File | Address on File |
| 10289546 | Name on File | Address on File |
| 17702917 | Name on File | Address on File |