**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 13, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on McDermott Will & Emery LLP, (ADRID: 18164211), 1000 N West St, Ste 1400, Wilmington, DE 19801-1054:

- Omnibus Motion of the FTX Recovery Trust to Substitute Plaintiffs in Adversary Proceedings [Docket No. 29390]

On March 13, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on Keller Benvenutti Kim LLP, (ADRID: 22209102), Attn: Jane Kim, Esq., 425 Market Street, Ste 2500, San Francisco, CA 94105-2478:

- Order (I) Authorizing the Debtors to Assume Certain Executory Contracts, (II) Fixing Cure Amounts with Respect thereto and (III) Granting Related Relief [Docket No. 29394]

- Order Authorizing the Continued Redaction or Withholding of Certain Confidential Information of Customers [Docket No. 29396]

- Notice of Rescheduled Hearing Regarding Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(B) and 510(C)(1) [Docket No. 29397]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: May 28, 2025

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 28, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.


/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 86601 & 86639