**EMILE Joseph**
25, rue de la forêt de Buis
57480, RETTEL
France
0033617963174

**To:**
Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801
United States

RECEIVED

2025 JUN -5 A II: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Date:** 27/05/2025

**Subject:** Request for Equitable Relief in Case No. 22-11068 (FTX Trading Ltd. et al.) KBO

Dear Clerk of the Court,

I am writing respectfully to request equitable relief with regard to the disallowance and expungement of my customer claim in the bankruptcy proceedings of FTX Trading Ltd. (Case No. 22-11068).

Due to exceptional and unforeseen medical circumstances, I was hospitalized and incapacitated during the critical period preceding the March 3, 2025 deadline to initiate the Know Your Customer (KYC) verification process. Additionally, I experienced persistent technical issues which prevented me from accessing the FTX Customer Portal and completing the required steps on time.

While I understand that the Court-approved Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 29464] establishes that unverified claims not initiated by the deadline may be disallowed, I respectfully request the Court's consideration of my situation for equitable relief, on the grounds of medical incapacity and access limitations beyond my control.

Furthermore, I wish to point out that the Court has set a final deadline of **June 1, 2025**, for customer submissions and account confirmations, as publicly noted through Kroll Restructuring Administration and the official FTX Customer Claims Portal (https://restructuring.ra.kroll.com/FTX/Home-ClaimProcess). This final deadline, I believe, should permit reasonable accommodation for individual cases such as mine.

I respectfully ask that the Court consider my request and allow me the opportunity to complete the KYC process and preserve my claim in the estate. I am ready to provide any necessary supporting documentation should it be requested.

Thank you for your time and attention to this matter.

Sincerely,

**EMILE Joseph**

Déposé le 27.05.2025

SD : 87001162995644M



Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street  3rd Floor
19801 WILMINGTON
ETATS UNIS D AMERIQUE