Restore my classification to Class 5 if the reclassification is found to be unjustified or in breach of the plan's requirements;
Grant any further relief the Court deems just and proper.
Respectfully submitted,

Pro Se Creditor
Tony Nguyen

Tony Nguyen
9113 Tefall CV E
Cordova, TN 38016
Tn60777@gmail.com
901-427-5029
Customer code: 9362832
Account amount: $50,394.45
5/30/2025

*[RECEIVED 2025 JUN 10 A 9:33 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE]*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
In re:
FTX TRADING LTD., et al.,
Debtors.
Chapter 11
Case No. 22-11068 (KBO)
MOTION TO RECLASSIFY CREDITOR CLAIM AND ENFORCE EQUAL TREATMENT UNDER 11 U.S.C. § 1123(a)(4)
(Filed Pro Se by Creditor Tony Nguyen)

I. INTRODUCTION

I, Tony Nguyen, respectfully submit this motion pro se as a creditor in the above-captioned Chapter 11 case. I am the holder of a valid claim originally exceeding $50,000, for which I was classified in Class 5. I am a small business owner and individual victim of the FTX collapse. I bring this motion to respectfully request that the Court review my recent reclassification into Class 7 (Convenience Class), which occurred without explanation or consent.

II. STATEMENT OF THE ISSUE

Despite being similarly situated to other Class 5 claimants, I have been reclassified into Class 7 without receiving any rationale from the Debtors or their agents. I did not consent to this reclassification, nor have I been given the opportunity to object prior to the change. This misclassification significantly reduces my recovery and constitutes unequal treatment under the Bankruptcy Code.

III. LEGAL BASIS

Pursuant to 11 U.S.C. § 1123(a)(4), a Chapter 11 plan must "provide the same treatment for each claim or interest of a particular class, unless the holder of a particular claim or interest agrees to a less favorable treatment." I did not agree to less favorable treatment. My claim should be treated equally to other similarly situated creditors within Class 5. The current classification appears arbitrary and may constitute a violation of the statutory mandate.

IV. EVIDENCE OF ATTEMPTS TO RESOLVE

I have made multiple good-faith efforts to obtain clarification regarding my reclassification. I contacted the FTX support team and was referred to Kroll. However, neither party has provided any meaningful explanation or assistance. My requests have gone unanswered, despite repeated follow-ups.

V. RELIEF REQUESTED

I respectfully ask this Court to:
Review the circumstances of my reclassification from Class 5 to Class 7;

Direct the Debtors to provide a detailed justification for this change;

Tony Nguyen
9113 Tetall Cv E
Cordova, TN 38016

Honorable Judge Karen B. Owens
United States Bankruptcy Court
District of Delaware
824 Market Street North, 3rd Floor
Wilmington, DE 19801
United States of America

**PRIORITY MAIL®**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

EXPECTED DELIVERY DAY: 06/09/25

USPS TRACKING® #

9505 5154 6753 5156 4726 38

EP14H February 2023 Outer Dimension: 10 x 5

Retail



RDC 03

19801

0 Lb 0.80 Oz

$10.10

S2324P503657-50

U.S. POSTAGE PAID
PM
GERMANTOWN, TN 38138
JUN 05, 2025