| | |
|---|---|
| For Attention of:<br>**United States Bankruptcy Court**<br>**District of Delaware**<br>824 N. Market Street, 3rd Floor<br>Wilmington, DE 19801 | From:<br>Oliver Cundale,<br>2b Maple Road,<br>Bristol,<br>BS7 8RH |

RECEIVED
2025 JUN -6 AM 9: 45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear FTX Recovery Trust Support, on advice received from Kroll, I am writing to request missing funds are added to allowed amount for the following case:

- **Claim No: 84068** (also filed amendment Claim No: 97215)
- Portal e-mail / UID: ocundale@gmail.com
- Distribution provider: Kraken
- Portal shows Allowed amount: $15,041.75
- Difference to correct: +$26,800

## Background
-----------

On 07 Nov 2022, 03 Nov 2022, and 12 Oct 2022 my bank Revolut rejected three USD wires from FTX due to a Source-of-Funds review.
All three reversals were credited back to my FTX account **before** the Petition Date, but they are **missing from the "Court-Determined USD Claim"** in Step 9.

## Proof
-----

1. I have attached a document with the exact order of events, screenshots of the withdrawals, screenshot of revolut support chat and of FTX platform withdrawal screenshots
2. Attached the PDF which recorded a request from Revolut to FTX to attempt to contact the bank and recall funds

## Request
--------

Kindly open a ticket to **increase the allowed principal by $26,800** so the correct amount can be included in the May 30, 2025 distribution (Class 7A, Kraken). If this cannot be incorporated in the current batch, please confirm the adjustment will be reflected in the next distribution.


Many thanks for your help.

Best regards,

Oliver Thomas Cundale

Phone: +447581700300

# CERTIFICATE OF SERVICE

I, Oliver Cundale, certify that on 29th May 2025 I caused a true and correct copy of the foregoing Letter Request to Correct Allowed Claim No. 84068 to be served:

- By first-class mail, postage prepaid, on:
  United States Bankruptcy Court, District of Delaware,
  824 N. Market Street, 3rd Floor, Wilmington, DE 19801.

- Via the Court's CM/ECF system (which will deliver notice to all registered users in Case No. 22-11068 (JTD)), and via e-mail on:

  jensenc@sullcrom.com
  rosenthald@sullcrom.com
  landis@lrclaw.com
  brown@lrclaw.com
  ftxnoticing@ra.kroll.com
  support@ftx.com

Dated: Bristol, UK - 29/05/2025

_____
OLIVER CUNDALE

## FTX Withdrawal history to Revolut:

On 12 October 2022, I received a transfer from FTX Trading Limited for $9,000 which was reverted back to the sender as a consequence of the restrictions applied to the account.

On 3 and 7 November 2022, two further transfers were received from FTX Trading Limited, for $9,800 and $8.000 respectively; both were reverted back to the sender because of the same account restrictions.

On 9 November 2022, I got in touch with Revolut in their in-app chat regarding these reverted transfers and the matter was escalated to their transfers team to investigate what could be done in this case.

On 10 November 2022, Revolut's financial crime team got in touch via their in-app chat to request the necessary SOF documentation. Shortly after this, they completed the review and the account restrictions were lifted.

On 16 November 2022, A recall was initiated to recover the funds from the reverted transfers, but unfortunately it was too late, the receiving bank was unresponsive and so my funds remained with FTX.

## Screenshots of Revolut App & Support Chat:




Screenshots from FTX website as the bankruptcy was announced:





UNITED STATES BANKRUPTCY COURT,
DISTRICT OF DELAWARE,
824 N. MARKET STREET, 3RD FLOOR
WILMINGTON,
DE 19801
USA