# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX Trading Ltd., *et al.*, | ) Chapter 11 )  ) Case No. 22-11068 |
| Debtors. | ) (Jointly Administered) ) |

*FILED 2025 JUN -9 AM 11: 37 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than, of the claim referenced in this evidence and notice.

| Rare Isle Co. INC<br>Name of Transferee | Jimmy Tito Alvarado Medina<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Rare Isle Co. INC<br>1357 Ave Ashford, STE 2-236,<br>San Juan, PR, 00907<br><br>Phone: +1 (541) 326-9387<br>Email: colin@rareisle.com | Addresses:<br><br>Physical Address:<br>25 Menahan St, Oak Bluffs, MA, 02557<br><br>Mailing Address:<br>PO box 3426,<br>Oak bluffs, MA, 02557<br><br>Phone: +1 (862) 253-3699 |

| Claim | Debtor | Case No. | Claim Identifiers | Claim Transfer Amount (%) |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Scheduled ID: 22110 06750595<br>Claim Confirmation ID:<br>3265-70-ZEPSY-374141970<br>Unique customer code: 2602962 | Transferring 100% of claim amount |

Local Form 138

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 5/30/2025
Transferee/Transferee's Agent

By: _____  Date: 5/30/2025
Transferor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

**PRIORITY MAIL ★**

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE

Retail

U.S. POSTAGE PAID
PM
AGUADILLA, PR 00603
JUN 05, 2025
**$10.10**
S2324N502595-10

19801
RDC 03   0 Lb 0.80 Oz

EXPECTED DELIVERY DAY: 06/09/25

USPS TRACKING® #



9505 5114 8877 5156 6131 73

* For international shipments, the maximum weight is 4 lbs.