IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| **SPACE WALNUT, LTD.** | **NAME (REDACTED)** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| c/o Crowell & Moring LLP <br> 375 9th Ave, 44th Floor <br> New York, NY 10001 <br> Attention: Timothy Lin <br> Email 1: tlin@crowell.com <br> Email 2: FTX@kingstreet.com | Address on file with debtors. |

NYACTIVE-25234017.4

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred | FTX Series C Preferred |
|---|---|---|---|
| -0- | 190,767 shares | -0- | -0- |
| FTX Common | WRS Series A Preferred | WRS Class A Common | WRS Class B Common |
| -0- | -0- | -0- | -0- |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**SPACE WALNUT, LTD.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory

Transferor

[REDACTED]

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred | FTX Series C Preferred |
|---|---|---|---|
| -0- | 190,767 shares | -0- | -0- |
| FTX Common | WRS Series A Preferred | WRS Class A Common | WRS Class B Common |
| -0- | -0- | -0- | -0- |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**SPACE WALNUT, LTD.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory

Transferor



NYACTIVE-25234017.4