IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) ) Chapter 11 |
| Debtors. | ) ) Case No. 22-11068 (JTD) ) (Jointly Administered) ) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Svalbard II Holdings Limited | Svalbard Holdings Limited |

Name and Address where notices to transferee should be sent:

Svalbard II Holdings Limited
c/o Attestor Limited
7 Seymour Street
WIH 7JW
London, United Kingdom
Attention: Steve Gillies
Email:  settlements@attestorcapital.com
Phone:  +44(0)20 7074 9653

Last known address:

Svalbard Holdings Limited
c/o Attestor Limited
7 Seymour Street
WIH 7JW
London, United Kingdom
Attention: Steve Gillies
Email:  settlements@attestorcapital.com
Phone: +44(0)20 7074 9653

Unique Customer Code: **01696567**
Claim #: **70708**
Amount Transferred: 100% of Transferor's Claim Amount
Date Claim Filed: 9/26/2023
Debtor: FTX Trading Ltd.
Case Number: 22-11068

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Svalbard II Holdings Limited

By: _____/s/_____         Date: 12 June 2025
       Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

DB1/ 147195401.1

Doc ID: f9a22150d4cc4df6d3447bcedfdb928ae33368d8

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of June 10th, 2025, **Svalbard Holdings Limited** ("**Seller**"), hereby unconditionally and irrevocably sells, transfers, and assigns to **Svalbard II Holdings Limited** ("**Purchaser**") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as **Claim No. 70708**, associated with **unique customer code 01696567** against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

      Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim and recognizing Purchaser as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Purchaser..

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 12 June 2025.

_____

**By: Svalbard Holdings Limited**