UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068(JTD) |
| Debtor(s). | Jointly Administered |

## NOTICE OF WITHDRAW OF APPEARANCE

**PLEASE TAKE NOTICE** that Kasen & Kasen, P.C. hereby withdraws its appearance as counsel for Blooming Triumph International Limited, in this bankruptcy case, and requests that Kasen & Kasen, P.C. be removed from any applicable service lists herein on behalf of Blooming Triumph International Limited, including the Court's CM/ECF electronic notification list.

Blooming Triumph International Limited has no controversy currently pending before the Court, and the undersigned certifies that Blooming Triumph International Limited consents to this withdrawal of appearance.

**PLEASE TAKE FURTHER NOTICE** that all future notices, papers and pleadings related to Blooming Triumph International Limited should be forwarded to him directly, as follows:

Blooming Triumph International Limited
c/o Boston Law Group, PC
Attn: Val Gurvits, Esq.
825 Beacon Street, Suite 20
Newton Centre, MA 02459

Dated: June 16, 2025      KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com
*Withdrawing counsel to Blooming Triumph International Limited*