Response to Objection          Case 22-11068-KBO          Claim No. 99728

# Response to Objection

2025 JUN 11  AM 10: 42

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., et al.,<br><br>Debtors. | **Chapter 11**<br>**Case No. 22-11068 (KBO)**<br>**(Jointly Administered)**<br>Hearing Date: June 25, 2025 at 9:30 A.M. ET<br>Objection Deadline: June 11, 2025 at 4:00 P.M. ET |

### FTX RECOVERY TRUST'S ONE HUNDRED SEVENTY-THIRD (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN LATE FILED PROOFS OF CLAIMS (CUSTOMER CLAIMS)

| The name of the claimant: | Keping You | |
|---|---|---|
| The claim number: | 99728 | |
| Description of the basis for the amount of the claim: | **Tickers** | **Ticker Quantity** |
| | BTC | 0.03559786 |
| | XRP | 1,415.469082120000000 |

## 1. The specific factual basis and supporting legal argument upon which the party will rely in opposing this Objection;

July 9, 2024, was the first day I knew I was entitled to do the claim through FTX

Customer Claims Portal. The Bar Date, September 29, 2023, had passed over 9

months at that time. The specific factual basis prevented me from knowing the

relevant notice of Bar Date early was in the following two categories:

(1) The communication Channel Issue, and

Response to Objection          Case 22-11068-KBO          Claim No. 99728

(2) Lack of an Easy Reminder in The Debtor's Announcement

Please see my description as follows.

### (1)     The Communication Channel Issue

The email address, cryptokpwintrade@protonmail.com, to which FTX sent in notices was not my regular social communication email address. I used the address only for signing up my trading account on May 30, 2018, in the exchange platform website www.quoinex.com (later changed to www.liquid.com ) for trading crypto-coins. See Figure 1 at the end of this response.

I regularly checked the trading platform website directly rather than checking the abovementioned email address for updating my awareness about the situation of my trading account.

### (2)     Lack of an Easy Reminder in The Debtor's Announcement

I got to know the following quoted announcement published on the covering page of the Debtor's website sometime between September 24, 2022 (The last day I placed trading orders) and the end of 2022. Please see the screenshot in Figure 2 at the end of this response.

> *"We have just been instructed by S&C, who act for FTX Trading, to pause all forms of trading on our exchange because of the operation of the Chapter 11 process in the Delaware Courts."*
> *"We have since done so while we assess the situation. We are working through these issues and will endeavor to give a fuller update in due course."*

After logging in to the website www.liquid.com on the same day, I found my trading account was still alive and the balance of cryptocurrencies was unchanged as follows. See the screenshot in Figure 3 at the end of this response.

| Tickers | Ticker Quantity |
|---------|-----------------|
| BTC | 0.03559786 |
| XRP | 1,415.469082120000000 |

The lack of a sensitive word, such as 'CLAIM', and the well-maintained balance in my trading account implied that, due to some legal issues, the business operation of the trading platform had paused rather than stopping completely, and trading activities would resume once the problems were resolved. So, since then, I had kept checking the website RATHER THAN my email address once or twice a month for updating myself on the progress of the Debtor's endeavor, until July 9, 2024, when I happened to know that I was entitled to do the claim within FTX Customer Claims Portal. July 9, 2024, was also the first day for me to know that FTX acquired Liquid in early 2022.

If Liquid's announcement on the website had reminded the customers of their right of claim or the email messages from Liquid's parent company FTX, I would not have missed the Bar Date.

Unfortunately, Liquid preferred to announcing without mentioning the key words, like "claim", "email message", etc. leading to audiences without legal background and/or experience, like myself, could not easily get the essential sense from the announcement but generate certain hopes of waiting the resume of the trading activities.

Therefore, I strongly oppose the Objection because Liquid's announcement on the covering page of its website contributed a lot to my late-filed claim.

**2. All documentation and other evidence, to the extent it was not included with the proof of claim previously filed, upon which the claimant will rely to support the basis for and amounts asserted in the proof of claim and in opposing this Objection.**

Please be kindly advised that the balances shown in the screenshot of my account in Figure 3 at the end of this response match the record of claim number 99728 in the SCHEDULE 1 of Exhibit A attached to "FTX RECOVERY TRUST'S ONE HUNDRED SEVENTY-THIRD (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN LATE FILED PROOFS OF CLAIMS (CUSTOMER CLAIMS)".

**3. The name, address, telephone number, fax number or email address of the claimant with whom counsel for the FTX Recovery Trust should communicate with respect to the claim or the Objection**

| | |
|---:|---|
| Name: | Keping You |
| Address: | 28A Jalan Lempeng #29-14 Singapore 128808 |
| Telephone number: | +65 81239036 |
| Email Address: | youkeping@gmail.com |



Figure 1 The screenshot of the trading account in www.quoinex.com (later changed to www.liquid.com )

Response to Objection               Case 22-11068-KBO               Claim No. 99728



Figure 2 The screenshot of the covering page of www.liquid.com

Response to Objection          Case 22-11068-KBO          Claim No. 99728



Figure 3 The screenshot of my portfolio in my account on www.liquid.com

From: 81239036
Keping You

28A JALAN LEMPENG
THE TRILINQ #29-14
**SINGAPORE, 128808**
**SG**

Origin ID: TGAA

FedEx
Express

**E**

J252025040801uv

Ship Date: 10JUN25
ActWgt: 0.05 KG
CAD: 264309012/INET4535

Dims: 28 X 23 X 1 CM

REF:
DESC-1: PERSONAL_DOCUMENT
DESC-2:
DESC-3:
DESC-4:

SHIP TO: (302) 252-2900        **BILL SENDER**

**The Office of the Clerk**
**USBC District of Delaware**
**824 Market Street**
**Wilmington**

**WILMINGTON, DE 19801**
**US**

CTRY/TERR MFR: SG
CARRIAGE VALUE:
CUSTOMS VALUE: 0.00 USD
T/C: S 207623625        D/T: R
SIGN: Keping You
EIN/VAT:
PKG:YOUR PKG





TRK#    **8818 8380 6840**
0430

**NE ZWIA**

**10:30A**
**IP EXP**
**ETD**
**19801**
DE-US
**PHL**

For all commodities, technology or software previously exported from the United States, this was
done in accordance with the Export Administration Regulations. Diversion of these items contrary to
U.S. law or any other applicable country's law is prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal
Express for loss or delay of or damage to your shipment.  Subject to the conditions of the contract.

FEDEX AWB COPY- PLEASE PLACE BEHIND CONSIGNEE COPY

58GJ5/0E74/59F2