June 9, 2025

To whom it may concern,

These supporting documents are sent to you regarding #91924 claim - Elaine Patricia Baker. I am sending this to support my claim of $20,213.57. elainepbaker@mac.com.

This has been a very stressful process. Firstly, grieving the loss of my partner and then thinking that I would lose his FTX holdings as well.

I hope these documents are sufficient. This is the second time I have sent them. First through the FTX portal and now mail.
Thank-you,

Elaine Baker



From: Elaine Baker elainepbaker@mac.com
Subject: These are better!
Date: June 9, 2025 at 3:19 PM
To: Graham Cook gwcook64@telus.net

Please print again…..







| COIN | PRICE | HOLDINGS |
|---|---|---|
| DGB | $0.0096<br>-$0.0004 | $195.84<br>20,400 |
| BTC | $22,368.43<br>-$1,010.35 | $514.13<br>0.02298465 |
| XRP | $0.497481<br>-$0.02819139 | $587.86<br>1,181.6766 |
| VERI | $60.75<br>-$8.31 | $729.04<br>12 |
| ETH | $1,690.25<br>-$40.37 | $1,69(...) |

Invest    Wallet    More

Koodo    3:16 PM    52%

More

News | Signal | **Track** | Market

**Main Portfolio**
$20,213.57                -$1,325.74  24HR

| COIN | PRICE | HOLDINGS |
|---|---|---|
| ETH | -$40.37 | 1 |
| TFUEL | $0.06228965 -$0.00409005 | $2,377.22 38,164.0182 |
| LTC | $80.51 -$3.68 | $4,356.18 54.1103 |
| THETA | $1.25 -$0.09914222 | $9,509.72 7,633 |










THIS IS THE LAST WILL AND TESTAMENT of me PAUL MICHAEL NOVOKSHONOFF, Retired, currently of #108-130 Keith Road West, NORTH VANCOUVER, British Columbia, V7M 1L5.

1. I HEREBY REVOKE all Wills and testamentary dispositions of every nature and kind whatsoever by me heretofore made, but do not revoke any designation under any existing Registered Retirement Savings Plan, Registered Retirement Income Fund, or similar plan or any insurance policy owned by me, AND I DECLARE this only to be and contain my Last Will and Testament.

2. I NOMINATE, CONSTITUTE AND APPOINT my partner, ELAINE PATRICIA BAKER, currently of 520 St. Georges Avenue, NORTH VANCOUVER, British Columbia, V7M 1L5, to be the Executor of this my Will and Trustee of every trust arising under my Will; PROVIDED HOWEVER THAT if my aforesaid partner should be unable or unwilling to act, or continue to act, as Executor of this my Will and Trustee of every trust arising under my Will, THEN I NOMINATE, CONSTITUTE AND APPOINT my friend, JEREMY MILLS CALDER, currently of 1907 Banbury Road, NORTH VANCOUVER, British Columbia, V7G 1W6, to be the Executor of this my Will and Trustee of every trust arising under my Will in the place and stead of my said partner (hereinafter referred to as "my Trustees"), AND I GIVE, DEVISE AND BEQUEATH UNTO MY SAID TRUSTEES all my estate, both real and personal of whatsoever nature or kind and wheresoever situate, and also estate over which I may have any power of appointment or disposal at the time of my death UPON THE FOLLOWING TRUSTS, namely:

a. TO USE THEIR DISCRETION IN THE REALIZATION OF MY ESTATE with power to my Trustees to sell, call in and convert into money any part of my estate not consisting of money at such time or times, in such manner and upon such terms, and SUBJECT TO any specific distribution of assets hereinafter set out, and either for cash or credit or for part cash and part credit as my Trustees may in their uncontrolled discretion decide upon, or to postpone such conversion of my estate or any part or parts thereof for such lengths of time as they may think best; AND I HEREBY DECLARE THAT my Trustees shall have a separate and substantive power to retain any of my investments or assets in the form existing at the date of my death at their absolute discretion without responsibility for loss to the intent that



investments or assets so retained shall be deemed to be authorized investments for all purposes of this my Will.

b. TO PAY OUT OF AND CHARGE TO THE CAPITAL OF MY GENERAL ESTATE my just debts, funeral and testamentary expenses, and all estate, inheritance and succession duties or taxes whether imposed by or pursuant to the law of this or any jurisdiction whatsoever that may be payable in connection with any property passing, or deemed so to pass by, any governing law on my death, or in connection with any insurance on my life or any gift or benefit given or conferred by me either during my lifetime or by survivorship or by this my Will or any Codicil thereto and whether such duties or taxes be payable in respect of estates or interest which fall into possession at my death or at any subsequent time, AND I HEREBY AUTHORIZE my Trustees to commute or prepay any such taxes or duties. This discretion shall not extend to or include any such taxes that may be payable by a purchaser or transferee in connection with any property transferred to or acquired by such purchaser or transferee upon or after my death pursuant to any agreement with respect to such property.

**From:** Elaine Baker elainepbaker@mac.com
**Subject:** Please please print
**Date:** June 9, 2025 at 2:36 PM
**To:** Graham Cook gwcook64@telus.net

Hi Graham, Could you please print for me?
Thx! Elaine.



