Simon Katz
Glenhazel,
Johannesburg,
South Africa
+27833783393
415189@gmail.com



Honourable Karen B. Owens,
Chief United States Bankruptcy Court Judge
824 Market Street,
6th floor, Courtroom 3,
Wilmington,
Delaware
19801

Care of
Office of the Clerk of the United States
Bankruptcy Court for the District of Delaware
824 Market Street,
3rd Floor,
Wilmington,
Delaware
19801

01 June 2025

**RE: Revised Objection to Modification of Claim No. 64195**
Debtors: FTX Trading Ltd., et al.
Case No. 22-11068 (KBO)

To the honorable Judge,

I am submitting this revised objection regarding Claim No. 64195 to clarify and expand on my original filing submitted on 05 May 2025.

This updated version includes:
- Additional argument and context;
- Supporting documentation (Annex A: Confirmed Deposits);
- Verified sources referencing FTX's unauthorized operations in my jurisdiction and its alleged market manipulation practices.

Please consider this revised document as the operative version of my objection. I respectfully request that this updated submission replace or supplement my prior objection for consideration by the Court.

Sincerely,

Simon Katz

Simon Katz
Glenhazel,
Johannesburg,
South Africa
+27833783393
415189@gmail.com

| Honourable Karen B. Owens, | Care of |
|---|---|
| Chief United States Bankruptcy Court Judge | Office of the Clerk of the United States |
| 824 Market Street, | Bankruptcy Court for the District of |
| 6th Floor, Courtroom 3, | Delaware |
| Wilmington, | 824 Market Street, |
| Delaware | 3rd Floor, |
| 19801 | Wilmington, |
| | Delaware |
| | 19801 |

01 June 2025

Re: FTX TRADING LTD Chapter 11
22-11068 (KBO)

Attention Honourable Karen B. Owens,

## OBJECTION TO MODIFICATION OF CLAIM NO. 64195

To the Honorable Judge:

I respectfully object to the proposed reduction of my claim (Claim No. 64195) on the basis that:

1.  FTX was not authorized to operate in South Africa, yet it offered services to me as a South African resident in violation of local financial laws and without appropriate licensing, risk disclosures, or regulatory protections.
Public warnings confirming this include:
- https://www.coindesk.com/policy/2022/02/02/south-african-regulator-issues-

- https://coingeek.com/ftx-bybit-serving-south-africans-illegally-regulator-warns-warning-on-ftx-bybit

2. I deposited real funds into my FTX account. These deposits are recorded and not in dispute. The losses occurred through using a platform I reasonably believed to be legitimate, transparent, and regulated — when in fact, it was none of those things. (See Annex A: Summary of Confirmed Deposits)

3. I was unaware that FTX was under no obligation to protect my interests under South African law. Had I known that FTX was operating illegally in my country, I would not have deposited funds or used the platform at all.

4. FTX and its affiliates manipulated the platform, giving preferential treatment to Alameda Research and allegedly trading against customers like me. Supporting sources include:

- https://www.cftc.gov/PressRoom/PressReleases/8626-22
- https://www.reuters.com/technology/ftx-founder-sam-bankman-fried-is-said-face-market-manipulation-inquiry-by-us-2022-12-08
- https://www.dlnews.com/articles/regulation/ftx-paid-25m-to-whistleblowers-before-bankruptcy
- https://sevenpillarsinstitute.org/sevenpillarsconsulting.com/case-study-ftx-and-sam-bankman-fried
- https://www.bloomberg.com/news/articles/2023-02-10/ftx-wash-trading-alameda-research-kicks-off-new-probe
- https://www.wsj.com/articles/inside-ftx-alameda-research-preferred-access-11673594601
- https://news.bloomberglaw.com/crypto/ftx-allegations-layered-trade-manipulation

5. The combination of unlawful access, concealed conflicts of interest, and platform manipulation left me with no fair opportunity to preserve my capital.

6. I have not received any offer of inclusion in the Global Settlement Plan. If my individual claim is now denied as well, I will be left with no avenue of recovery.

7. A previous objection to my claim was submitted and later formally withdrawn by counsel. I received direct written confirmation from the Debtors' attorneys via email that the objection to Claim No. 64195 was being retracted. (See Annex B: Email Confirming Withdrawal of Prior Objection)

8. While I did engage with trading tools offered on FTX, I was never adequately informed of the risks involved. As a South African resident, I was not covered by any regulatory disclosure framework, and FTX was not authorized to offer these products in my jurisdiction.

I respectfully request that my claim not be denied, I ask that it be reviewed with the full context of how FTX operated globally, especially in jurisdictions like mine where it had no legal right to do so.

Sincerely,

Simon Katz

## Annex A: Summary of Confirmed Deposits

| | Time | Coin | Amount | Status | Additional info | Transaction ID |
|---|---|---|---|---|---|---|
| 15389078 | 2022-01-24T11:16:27.162646+00:00 | ETH | 2.0 | confirmed | nan | 0xf0a860de2af5ba6c0bb2e19f95aeeae792d660baa633e05feef795be1992f0af |
| 15289417 | 2022-01-22T17:09:32.592335+00:00 | USDC | 1123.020032 | confirmed | nan | 0xd0728bb886601c38c20572d9db06c86ae5f2e85ba92b384f700c5276d16cf3bf |
| 15059842 | 2022-01-17T17:02:48.228703+00:00 | USDC | 7000.0 | confirmed | nan | 0x7a0bc9ebaf6a7c03ea3c6c778897c09833a132944ffa4ebeda70bfa954ac9a02 |
| 14830079 | 2022-01-12T14:43:45.011423+00:00 | USDT | 2636.224835 | confirmed | nan | cb96a52ea94a75928d94cc529f4bc104e850c4f273cfd1391cc658e5d9f9285c |
| 14827917 | 2022-01-12T14:47:51.015760+00:00 | BTC | 0.06148829 | confirmed | nan | 96eabdc753a2f581fa8737df8708b57c37f0d05ff37b587d10798e3e0618d9d1 |
| 14719839 | 2022-01-10T09:45:17.981628+00:00 | USDT | 13274.514415 | confirmed | nan | f98ca80fe0764ba9e33f5286351bb94f9798780cc6030b1ec38fc79690fdd399 |
| 10034775 | 2021-10-17T22:04:15.970068+00:00 | USDT | 39999.0 | confirmed | nan | 2e833eae79787ada64fbc0e4c28cb290ca753ee1950830541344ef6e41eef51a |
| 9780795 | 2021-10-12T23:14:20.841226+00:00 | BUSD | 10003.72697656 | confirmed | nan | 0x1948f422fdb5a2d14b6cae1b95eaedb73668592688516d577eae372bf3761f5c |
| 9780096 | 2021-10-12T22:50:38.216435+00:00 | USDT | 249999.0 | confirmed | nan | 98539b18108f1c3bd6464ed53403d351c2b933ab40e5ccef1e623a4b4da5e421 |
| 9779800 | 2021-10-12T22:40:23.367760+00:00 | BUSD | 19999.84994 | confirmed | nan | 0x1ce2111dbf1e80f771e6efa68729c537913a42e9f0ff976c35023497bcb79c65 |
| 9435320 | 2021-10-06T12:14:52.445716+00:00 | BUSD | 17000.0 | confirmed | nan | 0xff65e46aca928585af15763649d2408e46f8db4120e2b44774b1c55f7e5766ff |
| 9397109 | 2021-10-05T18:56:03.285197+00:00 | BUSD | 19996.9992 | confirmed | nan | 0x8d0c225e24c762788b03bf73e9ef4520356985dd311a15856da6258a244a1a51 |
| 9342270 | 2021-10-04T17:51:01.150368+00:00 | BUSD | 19998.9996 | confirmed | nan | 0x3aa10b13b095dc709112918fe0212e90dd0cc73c2688b3c9cc3ff820db969833 |
| 7734442 | 2021-09-04T16:57:32.789321+00:00 | BUSD | 143182.9326566 | confirmed | nan | 9D78D86D63FE48E7B8F810C9B9615338C6D067CE7746685525CE1522096782CA |
| 643844 | 2020-11-07T18:18:27.171809+00:00 | TRUMP_TOKEN | 6621.1 | complete | nan | Representation of expired TRUMP contracts |
| 496043 | 2020-11-04T01:59:23.024438+00:00 | USDT | 2864.04978 | confirmed | nan | db9273ccfa24bd17aafed91d95e90f7146ab22f49d3640b367b20875af67939a |

**Annex B: Email Confirming Withdrawal of Prior Objection**

From: Nick Jenner
Sent: February 22, 2024 6:52 PM
Subject: Withdrawal of Objection to Claim No. 64195

Dear Mr. Katz,

Our firm is co-counsel to FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors") in their chapter 11 cases pending in the United States Bankruptcy Court for the District of Delaware.

As set forth in the certification of counsel that was filed at Docket No. 7838, the Debtors have withdrawn the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [Docket No. 6283] (the "Claim Objection") as it relates to your claim, 64195 (the "Claim"), without prejudice.

Accordingly, there are no matters going forward at the February 22, 2024 hearing that relate to the Claim Objection or your Claim. Your response will not be heard at this time.

There will be no change to the status of the Claim and the asserted amounts/quantities at this time.

The Debtors reserve all rights and objections with respect to the Claim.

If and when the Debtors do object to your Claim, you will have the opportunity to respond and be heard.

Information about the Debtors' Chapter 11 Cases and copies of the documents filed in the Chapter 11 Cases are available at:

https://restructuring.ra.kroll.com/FTX/

Thank you,

Nick Jenner
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Phone: 302-467-4435 | Cell: 302-559-9971
jenner@lrclaw.com | www.lrclaw.com

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
C2M LLC
22202

USPS CERTIFIED MAIL™



9207 1901 3247 3400 2213 4059 84

SIGNATURE REQUIRED PER DMM 3.1.1

1..................SNGLP 480

Honourable Karen B. Owens
c/o Clerk of the U.S. Bankruptcy Court
824 N Market St FL 3
Wilmington, DE 19801

Simon Katz
63 Sunny Road
Glenhazel
Johannesburg, Gauteng 02192
866895X4X1XPRI

RECEIVED

2025 JUN 11  AM 8:42

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE