RECEIVED
2025 JUN 13  AM 8:59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Abs.: PD Dr. med. habil. Gert Pistor
Juttastr. 15, 14169 Berlin/Germany
Datum: 24.05.2025

To:
Office of the Clerk of the United States
Bankruptcy Court for the District of Delaware:
824 Market Street, 3rd Floor
Wilmington, Delaware 19801,

and served upon counsel to the FTX Recovery Trust, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Christian P. Jensen (jensenc@sullcrom.com) and Robert H. Mandel (mandelr@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Kimberly A. Brown (brown@lrclaw.com) and Matthew R. Pierce (pierce@lrclaw.com)


In Addition to my preceded Response- Letter from 15.05.2025

Regarding FTX Trust´s One Hundred Seven –
Objection Motion: Redacted,
Basis: Late Filed Claims,
Status: Pending

I send to You


and to
upon counsel to the FTX Recovery Trust, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Christian P. Jensen (jensenc@sullcrom.com) and Robert H. Mandel (mandelr@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Kimberly A. Brown (brown@lrclaw.com) and Matthew R. Pierce (pierce@lrclaw.com)

 the actual Creditor Data Details from Kroll of My Claim No: 99205, Confirmation ID: 3265-70-VPQIZ-419170292 of my Claim Amounts with the Objection History  (Date Filed 04/28/2025) with my

## Supplemented RESPONSE TO

FTX RECOVERY TRUST'S ONE HUNDRED SEVENTY-THIRD (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN LATE FILED PROOFS OF CLAIMS (CUSTOMER CLAIMS) –
finding my Claim Nr 99205 listed in the Exhibt 1 of the late Claims in Docket 30313

THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE In re: FTX TRADING LTD., et al.,1 Debtors. Chapter 11 Case No. 22-11068 (KBO) (Jointly Administered) Hearing Date: June 25, 2025 at 9:30 A.M. ET Objection Deadline: June 11, 2025 at 4:00 P.M. ET FTX RECOVERY TRUST'S ONE HUNDRED SEVENTY-THIRD (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN LATE FILED PROOFS OF CLAIMS (CUSTOMER CLAIMS)

Doc 30313 Filed 04/28/25 Page 1 of 12

Case 22-11068-KBO

Name of the deptor: FTX LTDFTX Trading Ltd. (Case No. 22-11068)

Name of the claimant: Gert Heinrich Pistor

Number of the Claim: 99205

Confirmation ID of the Claim: 3265-70-VPQIZ-419170292

The name, address, telephone number, email address of the claimant person with whom counsel for the FTX Recovery Trust should communicate with respect to the claim or the Objection and who possesses authority to reconcile, settle, or otherwise resolve the objection to the Late Filed Claim on behalf of the claimant.
Name: Gert Heinrich Pistor
Address: Juttastraße 15, 14169 Berlin, Germany
Telephone number: +491727243304
EMail Address: gert.pistor@t-online.de
Claimant Person: Gert Heinrich Pistor

## Supplemented RESPONSE

On 2025-04-29 I received Docket 30313 with a separate email from Kroll with my Claim number 99205 listed in the EXHIBIT oft the late sent claims with the request for a response regarding late sent claims for avoidiing the elimination of my claim and the total lost of my Claim amount of 448000,00 € transferred to my FTXl account.

### 1.) My Declaration about late recieved Informations

**Hereby I have to note, that I did not receive informations about the date of the Deadline (2023-09-29) to submit claims in front of the deadline 29.09.2023**

There was no responsible delay of my part in submitting the claim:
**Having received the information after the deadline, it was not possible for me to** assert the claim in front to the deadline

## My Chronology of late received informations

With the email from Kroll I received the following information on Date 07/8/2024, I did not get any Informations before the deadline Date on 29.09.2023

I got the informations of the deadline for filing general proofs of claim after the deadline (September 29,2023, at 4 p.m. ET) - containing the information, that Kroll will continue to process claims as they are received; however, the debtors may object on the basis of lateness, among other reasons.

„Please notice that on June 26, 2024, after theDisclosure Statement Hearing, the United States Bankruptcy Court for the District of Delaware("the Court")entered the Order(I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Packages; (III)Approving theForms of Ballots; (IV) Establishing, Solicitation, and Tabulation Procedures; and (V) EstablishingNoticeand Objection Procedures for theConfirmation of the Plan [D.I. 19068]("The Solicitation Process Order")".

Additionally, the treatment of claims will be governed by a Chapter 11 plan that will be filed at a later date and subject to approval by the United States Bankruptcy Court for the District of Delaware. Parties will have an opportunity to review the plan and certain creditors may be able to vote to accept or reject that plan. Please continue to monitor the docket located on the case website:
https://restructuring.ra.kroll.com/FTX/Home-DocketInfo
https://restructuring.ra.kroll.com/FTX/Home-DocketInfo

I received the information in Docket 13628 separately by mail from Kroll, with reference to the initiation of the repayment process, as well as further postal information filed 05/01/24 from Kroll with reference to the option according to the FTX Customer Claim Portal

Than later having recieved a letter with Docket 29127, electronically filed 03/01/25 I got the informations by post-letter on 3. February 2025 from Kroll Restructuring Administration, FDRStation, P.O. Box 5293,New York, NY 10150-9998

The letter was marked as„Legal NoticeEnclosed,Direkt toAttention OfThe Addressee OrPresident/ General Counsel and
Containing Case22-11068-JTD, Docket 29127.Notice of effective Date oft the second amended Joint Chapter 11 Plan of Reorganization of FTX trading LTD, and ist Deptor Afiliates

**I received all information in this Proceeding after the Deadline 29.09.2023.**

Therefore, it wasnot possible for me sending my claim on29-09-2023 or before.

## 2.) Cybercriminal office oft the Police in Berlin /Germany

The determination of the loss amount of my transferred money to my FTX account was compiled and verified by the **Cybercriminal office oft the Police in Berlin /Germany**
(attached is a screenshot of the Compilation and confirmation of my loss amount from the Cybercriminal office oft the Police in Berlin /Germany and a screenshot oft he FTX account from and a screenshot from Kroll´s Website under https://restructuring.ra.kroll.com/FTX/ https://restructuring.ra.kroll.com/FTX/

## 3. ) Failing objections

In the Docket 30313 regarding the Exhibit listing the late Claims attempting to eliminate further arguments of objection failed, because these objections are not individually differentiated , so not substantiell regarding the contents of each claims. The objections against all claims listed contain identical announcement objections without reasons for all claims and not individuel specifide. This proceeding is to simple and not acceptable without evidences and without any assessment oft he claims in the Exhibit, without correctness and truth.

It must be doubted if the Proceedings regarding the underlined identical arguments against all the claiments listed („A robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of the claiment") are really carefully checked - more beeing contestable and a not akzeptable and unchecked pretext - so giving my objection against these objections of the trust, it seems necessary to file the amount of my claim eliminating all doubts in Claims and Chronology.

So i need explaining the proceedings with my claim

## 4.) Proceedings with my claims

- My first Claim No.: 96443 was emitted on July 22nd, 2024 and was replaced by ClaimNo. 96477 due to the Kyc.

- Both the claims were initially running with these Claim numbers.

- with Docket No 27177 filed 10-23-24 my Claim No. 96443 was listed as „to be Disallowed" and my Claim No.96477 was listed as „surviving claim"

- In the docket 28225 filed 11/22/24 on page 673, both my claim Numbers were listed and referred to „unverified" due to KYC requirements.

**So, after supplementing the KYC (Step 8, W-8BEN Form-activation of Bitgo), I got the new ID Claim 3265-70-VPQIZ-419170292, Claim No. 99205, Gert Heinrich Pistor with the Date of 2025-01-21** und

**Step 8 in the ftx customer portal now was confirmed and with the confirmation by FTX in the FTX Customer Portal marked green - so ok.**

- With Docket 30323-2 filed 04/28/25 the current Claim IDClaim_3265-70-VPQIZ-419170292 with Claim No. 99205 was described as „late" with a notice that this claim could be eliminated due to the late submission and could therefore be prohibited from paying back

- In Docket 30323-2 Filed 04/28/25 a response to the presentation of the "late sending" was recommended

**The specified Claim Amount of 448000,- € never was changed in all my Claim numbers.**

No substantial changes in the Claims accounts were made and all the three proofs of Claims were given with an attachment with an amount of loss and claim for backpaying of 448000,00 €

**This always unchanged attachment with the amount of my lost of 448000,00 € transmitted to my FTX-Account was compiled, verified and confirmed by the Cybercriminal Ofice oft thePolice in Berlin/Germany (s. attachment )**

## In Summary

- There was no responsible delay on my part in submitting the claim:

- I became aware of the deadline of 29.09.2023 after this date.

- My claim amount is proven by the money transfer to my FTX account and the List compiled and verified by the Cypercrimal Office of the Police in Berlin/Germany*

- My Loss is 448000,00 €*

- My KYC with FTX is OK including Step 8 regarding Bitgo

- The objection oft the trust failed

"THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. CLAIMANTS RECEIVING THIS OBJECTION SHOULD CAREFULLY REVIEW THIS OBJECTION AND LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THIS OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN"

**Please note my new supplemented attachment from Kroll containing explanations about:**

- the actual Details of my Claim in Kroll Website and

- Screenshot of my FTX account with my Deposits in the overview oft he FTX Customers portal

- The List of my loss compiled, controlled, verified and confirmed by the Cyberkriminal Office of the Police in Berlin /Germany

Regards
Gert Heinrich Pistor

# KROLL

## Creditor Data Details - Claim # 99205

| Creditor | | |
|---|---|---|
| Name on file | Debtor Name | FTX Trading Ltd. |
| Address on file | Date Filed | 01/21/2025 |
| | Claim Number | 99205 |
| | Schedule Number | n/a |
| | Confirmation ID | 3265-70-VPQIZ-419170292 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 04/28/2025 | (REDACTED) FTX Recovery Trust's One Hundred Seven... | | | Late Filed Claims | Pending |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the...


Open in new window

**Polizei Berlin**
Landeskriminalamt
LKA 325



Polizei Berlin • LKA 325 • Columbiadamm 4, 10965 Berlin

only by email

FTX Trading Ltd.
Bahamas

legal@ftx.com

GeschZ. (bei Antwort bitte angeben)
**211108-1529-i00462**

Bearbeiterin: Kretzschmar
Zimmer: 4101

Dienstgebäude:
Columbiadamm 4; 10965 Berlin, Germany

Tel.: Durchwahl    +49 30 4664-932505
Vermittlung       +49 30 4664-0
Fax: Durchwahl    +49 30 4664-932599
E-Mail:
susanne.kretzschmar@polizei.berlin.de
LKA325@polizei.berlin.de

www.polizei.berlin.de
www.110prozent.berlin

07.12.2021

**Official request concerning section 163 German Code of Criminal Procedure**

Attachment: Statement of the injured party

Dear Sir or Madam,

I am investigating suspected fraud with the file number **211108-1529-i00462** in connection with the trading platform **Internationals MA / BI Level World Ltd**

The injured party (**Mr. Dr. Gert Pistor**) transferred a total of 448.000,00 EUR to your account at

**UAB Phoenix Payments, LT85 3220 0200 0082 9000**,

between 23th August 2021 and 14th October 2021.

The following individual transfers were involved:

| Datum | Betrag |
|---|---|
| 23.08.2021 | 10.000,00 € |
| 26.08.2021 | 30.000,00 € |
| 26.08.2021 | 3.000,00 € |
| 31.08.2021 | 100.000,00 € |
| 07.09.2021 | 105.000,00 € |
| 10.09.2021 | 50.000,00 € |
| 21.09.2021 | 14.200,00 € |
| 21.09.2021 | 15.214,00 € |
| 22.09.2021 | 2.015,00 € |

Verkehrsverbindungen:    Zahlungen bitte bargeldlos nur    Geldinstitut
                         an die Landeshauptkasse Berlin    Postbank Berlin
                         10179 Berlin
                         IBAN: DE12 1001 0010 0000 1371 06
                         BIC: PBNKDEFFXXX



| 14.10.2021 | 25.000,00 € |
|---|---|
| 14.10.2021 | 93.571,00 € |

Please let me know to which account / which recipient these payments have been forwarded.

The authorization by the customer has already taken place.

Thank you in advance for your support.

Best regards

Susanne Kretzschmar
(Chief Detective)



Attn: Gert Heinrich Pistor
Suttashr 15, 14169 Berlin
Germany