**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 9585** |
| In re: | Chapter 11 |
| FTX CRYPTO SERVICES LTD., | Case No. 22-11165 (KBO) |
| Debtor. | |
| In re: | Chapter 11 |
| FTX EU LTD., | Case No. 22-11166 (KBO) |
| Debtor. | |
| In re: | Chapter 11 |
| FTX SWITZERLAND GMBH, | Case No. 22-11169 (KBO) |
| Debtor. | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0082107.}

| | |
|---|---|
| In re:<br><br>FTX TRADING GMBH,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11123 (KBO) |
| In re:<br><br>FTX CERTIFICATES GMBH,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11164 (KBO) |
| In re:<br><br>FTX STRUCTURED PRODUCTS AG,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11122 (KBO) |

## NOTICE REGARDING DISMISSAL OF
## THE FTX EUROPE SUBSIDIARIES' CHAPTER 11 CASES

**PLEASE TAKE NOTICE** that on March 18, 2024 the Court entered the *Order Authorizing and Approving (I) Entry Into, and Performance Under, the Share and Asset Purchase Agreement; (II) the Sale of the Shares of the Transferred Subsidiaries, Shares of the Minority Entities and Transferred Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; and (III) Dismissing the Chapter 11 Cases of the FTX Europe Subsidiaries* [D.I. 9585] (the "EU Sale and Dismissal Order")[2] that, among other things, approved the sale of the Shares and Transferred Assets and dismissal of the FTX Europe Subsidiaries' Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that the Closing of the Sale Transaction occurred on May 10, 2024.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the EU Sale and Dismissal Order the Chapter 11 Cases of (a) the Transferred Subsidiaries were dismissed effective upon the Closing and (b) FTX Crypto Services was dismissed effective upon entry of the EU Sale and Dismissal Order.  EU Sale and Dismissal Order ¶ 15.

---

[2]   Capitalized terms not defined herein shall have the meaning ascribed to them in the EU Sale and Dismissal Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the EU Sale and Dismissal Order following the dismissals of the Chapter 11 Cases of the Transferred Subsidiaries and FTX Crypto Services, Kroll Restructuring Administration LLC is authorized to remove and expunge all proofs of claim and proofs of interest filed against the Transferred Subsidiaries and FTX Crypto Services (the "FTX EU Claims") from the claims registry.  EU Sale and Dismissal Order ¶ 17.  All FTX EU Claims and distributions on account thereof are not being administered in the Chapter 11 process.

**PLEASE TAKE FURTHER NOTICE** that copies of the EU Sale and Dismissal Order and all other documents filed in the Chapter 11 Cases may be obtained (i) for a nominal fee from the U.S. Bankruptcy Court's electronic docket for the  Chapter 11 Cases at https://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or (ii) free of charge by accessing https://restructuring.ra.kroll.com/FTX.

Dated: June 16, 2025
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*

{1368.003-W0082107.}