# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF REQUEST FOR REMOVAL FROM ALL MAILING LISTS

**PLEASE TAKE NOTICE** that David S. Forsh, Esquire kindly requests that the Clerk of United States Bankruptcy Court remove him from the electronic (NEF) and paper noticing matrix for the above-captioned cases.

**RAINES FELDMAN LITTRELL LLP**

Dated: June 18, 2025

*/s/ David S. Forsh*
David S. Forsh
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
(917) 790-7100
dforsh@raineslaw.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryon's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.