UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

RECEIVED
2025 JUN 17 A 10: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)

Debtors

Chapter 11

22-11068

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

**Name of Transferor:**
REDACTED

**Name of Transferee:**
Lars Kroijer

**Name and Address where notices and payments to transferee should be sent:**

Dubai Convention Centre Emirates Post
Exhibition Gate, Hall No. 8
World Trade Centre
Dubai, United Arab Emirates
lkroijer@gmail.com

| Claim No./Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Debtor Schedule F No: 5467579 | Lindy Digital Fund Limited | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Lars Kroijer*

Date: June 6, 2025

Transferee / Transferee's Agent

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, creditor REDACTED hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to Lars Kroijer its successors and assigns all right, title and interest in and to the claim(s) identified below, against FTX Trading LTD et al:

| | |
|---|---|
| **Schedule F Claim #:** | 5467579 |
| **Claim Amount:** | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

**BUYER:**                                                          **SELLER:**

*Lars Kroijer*
Name: Lars Kroijer
Email: lkroijer@gmail.com

Date: June 6, 2025                                             REDACTED

                                                                          Date: June 6, 2025




**PRIORITY MAIL EXPRESS**

$31.40

S2324P503146-79

19801

RDC 07

ER 177 029 286 US

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**

- ☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 37919
Date Accepted (MM/DD/YY): 6/11/25
Time Accepted: 11:49 AM
Weight: 2.0 oz ☐ Flat Rate

Scheduled Delivery Date: 
Scheduled Delivery Time: ☐ 6:00 PM
Postage: $31.40
Insurance Fee:
Return Receipt Fee:
Live Animal Transportation Fee:
Total Postage & Fees: $31.40

Acceptance Employee Initials: [signature]
Sunday/Holiday Premium Fee:
Special Handling/Fragile:

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

MALCOLM KAPUZA
101 E 5TH AVE APT A207
KNOXVILLE, TN 37917

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT) PHONE ( )

US BANKRUPTCY COURT
824 N MARKET ST.
THIRD FLOOR
WILMINGTON, DE

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 8 0 1 - _ _ _ _

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

EP13F October 2023
OD: 12 1/2 x 9 1/2

PS10001000006