-13-

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

TO: U.S. Bankruptcy Court for the District of Delaware ("<u>Court</u>")

AND TO: FTX Trading Ltd., et al., ("<u>Debtor</u>")

Case No. 22-11068 (JTD) ("<u>Case</u>")

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| Lantern FTX Holdings, L.L.C. | ▮▮▮▮▮▮▮▮▮▮ |
| Name and Address where notices to Transferee should be sent: | Name and Address where notices to Transferor should be sent: |
| Lantern FTX Holdings, L.L.C.<br>One Madison Avenue,<br>Suite 1600<br>New York, NY 10010<br>Attention: Jonathan Farnham<br>Email:  j.farnham@benefitstreetpartners.com | ▮▮▮▮▮▮▮▮▮▮ |

| Claim No. / Schedule | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Unique Creditor ID: 00153722<br><br>Scheduled ID: 6263370<br><br>Claim Number(s): 64103<br><br>Confirmation ID: 3265-70-FJUVI-446948244 |  | 100%<br><br>See attached description. | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Lantern FTX Holdings, L.L.C.**

*[signature]*

**By:** _____  **Date:**  June 18, 2025
Name: Chris Zikakis
Title: Managing Director

## EVIDENCE OF TRANSFER OF CLAIM

### Annex B

TO: U.S. Bankruptcy Court for the District of Delaware ("Bankruptcy Court")

AND: FTX Trading Ltd., et al. ("Debtor") Case No. 22-11068 (JTD) ("Case")

Proof of Claim #: 64103 ("Proof of Claim")
Schedule #: 6263370 ("Schedule")
Confirmation ID #: 3265-70-FJUVI-446948244 ("Confirmation ID")
Customer Code #: 00153722 ("Customer Code")
_____ ("Seller"), for good and valuable consideration... does hereby unconditionally and irrevocably sell, transfer and assign unto:

for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

LANTERN FTX HOLDINGS L.L.C.

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights in and to: (a) the Proof of Claim; (b) the Schedule; (c) the Confirmation ID; (d) the Customer Code ((a) - (d) collectively, the "Claim") against Debtor in this Case; (e) any secured claim, collateral or any liens held by Seller; (f) vote on any question relating to the Claim in the Case; and (g) cash, interest, principal, securities or other property in connection with the Case.

Seller hereby certifies that it unconditionally waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated June 18, 2025.

| **SELLER** | **BUYER** |
|---|---|
| | LANTERN FTX HOLDINGS L.L.C |



By: _____
Name: Chris Zikakis
Title: Managing Director

32448/2003
06/18/2025 315072303.2

-14-

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.

# KROLL
## Creditor Data Details - Claim # 64103

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/24/2023

**Claim Number**
64103
**Schedule Number**
6263370
**Confirmation ID**
3265-70-FJUVI-446948244

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | $0.00 | Set by Objection Order |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | ALGOBULL | ASSERTED | 8.817000000000000 | 8.817000000000000 |
| CRYPTO | AMPL | ASSERTED | 0.021263356883017 | 0.021263356883017 |
| CRYPTO | BNB | ASSERTED | 3.010000000000000 | 3.010000000000000 |
| CRYPTO | BTC-MOVE-WK-20191227 | ASSERTED | 0.000000000000000 | 0.000000000000000 |
| CRYPTO | CVX | ASSERTED | 39,995.938840000000000 | 39,995.938840000000000 |
| CRYPTO | EOSBULL | ASSERTED | 0.001053000000000 | 0.001053000000000 |
| CRYPTO | ETH | ASSERTED | 150.008319842844000 | 150.008319842844000 |
| CRYPTO | ETHW | ASSERTED | -43.189957590479800 | -43.189957590479800 |
| CRYPTO | FTM | ASSERTED | 525,368.724300000000000 | 525,368.724300000000000 |
| CRYPTO | LINK | ASSERTED | 0.005746722694755 | 0.005746722694755 |
| CRYPTO | MAPS | ASSERTED | 0.787500000000000 | 0.787500000000000 |
| CRYPTO | RUNE | ASSERTED | 0.064630000000000 | 0.064630000000000 |
| CRYPTO | USD | ASSERTED | 167,868.233575804900000 | 83,934.233575804900000 |
| CRYPTO | USDT | ASSERTED | 236,709.094137721000000 | 236,709.094137721000000 |
| FIAT | USD | ASSERTED | 167,868.233575804900000 | 83,934.233575804900000 |

## Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 04/15/2024 | Omnibus Objection to Claims - (Redacted) Debtors'... | 05/30/2024 | Order Sustaining Debtors' Twenty-Sixth (Substanti... | Overstated Portal Claims | Ordered |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

| | | |
|---|---|---|
| 00153722 | | ALGOBULL[8.817], AMPL[0.02126335], AMPL-PERP[0], BAL-PERP[0], BNB[3.01], BTC-MOVE-WK-20191227[0], BTC-MOVE-WK-20200103[0], BTC-PERP[0], CVX[39995.93884], DEFI-PERP[0], EOSBULL[.001053], ETH[150.00831984], ETH-PERP[0], ETHW[-43.18995759], FTM[525368.7243], FTM-PERP[0], GRT-PERP[0], LEO-PERP[0], LINK[0.00574672], LINK-PERP[0], MAPS[.7875], MATIC-PERP[0], MTA-PERP[0], ROOK-PERP[0], RUNE[.06463], SOL-PERP[0], SUSHI-PERP[0], SXP-PERP[0], USD[83934.23], USDT[236709.09413772] |