IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED
2025 JUN 18 P 3: 49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 13, 2025

The Honorable John T. Dorsey

Chief Judge

United States Bankruptcy Court for the District of Delaware

824 N. Market St., 5th Floor

Wilmington, DE 19801

Re: Correction to Letter Dated March 3, 2025, Regarding Case No. 22-11068 (JTD), In Re: FTX Trading Ltd. et al.

Dear Chief Judge John T. Dorsey,

I am writing to you today on behalf of my firm, Lawjibsa, to correct a translation error in the letter(Doc No.29899) our firm submitted to the Court on March 3, 2025.

An error was identified in Section 4, "Request for Relief," on page 3 of our previous submission.

In the original document, the relevant sentence reads:

"Approve the Motion for Leave to Amend Proof of Claim No. 87144 to substitute Hyung Cheol Lim, Aimed, Inc., Blocore Pte. Ltd., Ji Woong Choi, and Mosaic Co. Ltd. as the rightful claimants."

This sentence was a result of a mistranslation. The intended meaning is as follows:

"We do not support the claims asserted by Hyung Cheol Lim and Ji Woong Choi in the Motion of Hyung Cheol Lim, Aimed, Inc., Blocore Pte., Ltd., Ji Woong Choi, and Mosaic Co. Ltd. for an Order, Pursuant to Rules 3001 and 3020(d) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 105(a) and 1142(b), for Leave to Amend Proof of Claim No. 87144 to Correct Claimant's Name and Address [D.I. 29345] (the "Motion"). Rather, we maintain that they are merely among the numerous creditors of Junho Bang, comparable to Haru Invest and Delio (Traum Infotech). Accordingly, any rights they seek to assert must be exercised solely in their capacity as creditors, and they hold no priority or distinction above the other creditors of Mr. Bang."

We respectfully request that the Court consider this correction when reviewing our position on the matter. The core of our argument remains that the assets in question belong to the victims of the Haru Invest and Delio fraud, and the associated FTX claims should be adjudicated accordingly.

We apologize for any confusion this translation error may have caused. We appreciate the Court's time and consideration in this matter and remain available should further clarification be required.

Respectfully submitted,

/s/ Jung Yup Lee

Jungyup Lee

Representative Attorney

Lawjibsa

6th floor, Doowon Building, 20 Banpo-daero 28-gil, Seocho-gu, Seoul, Republic of Korea



The Honorable John T. Dorsey
Chief Judge

United States Bankruptcy Court for the
District of Delaware
824 N. Market St., 5th Floor
Wilmington, DE 19801

+1 302-252-2900



법무법인 로집사
(우)06648 서울시 서초구 반포대로28길 20(서초동,두원빌딩) 6층
www.lawjibsa.co.kr
T. 02-523-1910  F. 02-523-1916

LAWJIBSA





0.5 kg / 1 lb

DHL Express