## **SCHEDULE 1**

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Sixty-First Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| Claim Number | Name | Asserted Claims Debtor | Modified Claim Debtor |
|---|---|---|---|
| 58703* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18053* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31957 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94773* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15880 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 72019* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34699 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98729 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 98602 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 76326 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 17745 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26933 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 16009 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98518 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34861 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 53468* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 13430* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 299* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60388* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 76 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56825* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19995 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 3165 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 63501 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32643* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 9313 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 31274 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 753 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98226 | Name on file | FTX EU Ltd. | Quoine Pte Ltd |
| 97461 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 48131 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98656 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15998 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

58703*: Claim is also included as a Surviving Claim in the FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
18053*: Claim is also included as a Surviving Claim in the FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
94773*: Claim is also included as a Surviving Claim in the FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
72019*: Claim is also included as a Surviving Claim in the FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
53468*: Claim is also included as a Surviving Claim in the FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
13430*: Claim is also included as a Surviving Claim in the FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
299*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Fifth (Substantive) Omnibus Objection to Certain Misclassified Proofs of Claim (Customer Claims)
60388*: Claim is also included as a Surviving Claim in the FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
56825*: Claim is also included as a Surviving Claim in the FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)
32643*: Claim is also included as a Surviving Claim in the FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims)