**<u>SCHEDULE 1</u>**

**Overstated Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Sixty-Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity | |
| 59731 | Name on file | FTX Trading Ltd. | ADA-PERP | | | FTX Trading Ltd. | 0.000000000000000 | |
| | | | ALGO-PERP | | | | 0.000000000000000 | |
| | | | ATOM-PERP | | | | 0.000000000000021 | |
| | | | AVAX-PERP | | | | 0.000000000000000 | |
| | | | BNB | 120.780000000000000 | | | 120.780000000000000 | |
| | | | BNB-PERP | | | | -0.000000000000014 | |
| | | | BTC | 1.267410000000000 | | | 1.267417522707350 | |
| | | | BTC-PERP | | | | 0.000000000000000 | |
| | | | BTTPRE-PERP | | | | 0.000000000000000 | |
| | | | C98-PERP | | | | 0.000000000000000 | |
| | | | CAKE-PERP | | | | 0.000000000000000 | |
| | | | DEFI-PERP | | | | 0.000000000000000 | |
| | | | DFL | | | | 7.600000000000000 | |
| | | | DOGE | 49,398.000000000000000 | | | 49,398.000000000000000 | |
| | | | DOGE-PERP | | | | 0.000000000000000 | |
| | | | DOT-PERP | | | | -0.000000000001364 | |
| | | | ETC-PERP | | | | 0.000000000000000 | |
| | | | ETH | | | | 0.000145367786989 | |
| | | | ETH-PERP | | | | -0.000000000000017 | |
| | | | ETHW | | | | 0.000145367786989 | |
| | | | FIDA | | | | 0.461600000000000 | |
| | | | FIL-PERP | | | | 0.000000000000000 | |
| | | | FTT | | | | 0.126108522058598 | |
| | | | FTT-PERP | | | | -0.000000000000227 | |
| | | | HXRO | | | | 0.186800000000000 | |
| | | | JASMY-PERP | | | | 0.000000000000000 | |
| | | | KSM-PERP | | | | 0.000000000000000 | |
| | | | LINK-PERP | | | | -0.000000000000170 | |
| | | | LTC-PERP | | | | 0.000000000000000 | |
| | | | OXY | | | | 0.992650000000000 | |
| | | | RAY | | | | 0.841000000000000 | |
| | | | RSR-PERP | | | | 0.000000000000000 | |
| | | | SC-PERP | | | | 0.000000000000000 | |
| | | | SHIB-PERP | | | | 0.000000000000000 | |
| | | | SOL | 5.902000000000000 | | | 0.073970300000000 | |
| | | | SOL-20211231 | | | | 0.000000000000000 | |
| | | | SOL-PERP | | | | 0.000000000000270 | |
| | | | SRM | 13.956000000000000 | | | 13.956156760000000 | |
| | | | SRM_LOCKED | | | | 62.866843124000000 | |
| | | | SRM-PERP | | | | 0.000000000000000 | |
| | | | TRX | 26.000000000000000 | | | 26.000000000000000 | |
| | | | TRX-PERP | | | | 0.000000000000000 | |
| | | | USD | 3.593000000000000 | | | 3.593713335552646 | |
| | | | USDT | 28,346.556095000000000 | | | 28,346.556951069455000 | |
| | | | XTZ-PERP | | | | 0.000000000000000 | |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity | |
|---|---|---|---|---|---|---|---|---|
| 93636 | Name on file | West Realm Shires Services Inc. | BRZ | | | West Realm Shires Services Inc. | 1.000000000000000 | |
| | | | POC Other NFT Assertions: CHAMPION | | | | | |
| | | | CHIP RING LAKERS RING | 2.000000000000000 | | | 0.000000000000000 | |
| | | | DOGE | | | | 1.000000000000000 | |
| | | | ETHW | | | | 0.004881300000000 | |
| | | | HKD | 100.220000000000000 | | | 178.734401420000000 | |
| | | | NFT (31867498685141798S/GSW 75 ANNIVERSARY DIAMOND #448) | | | | 1.000000000000000 | |
| | | | NFT (33043828618689312I/BARCELONA TICKET STUB #84) | | | | 1.000000000000000 | |
| | | | NFT (33793946768013744S/GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #915) | | | | 1.000000000000000 | |
| | | | NFT (34927058335954827S/WARRIORS HOOP #589) | | | | 1.000000000000000 | |
| | | | NFT (35143811170441502S/AUSTRALIA TICKET STUB #604) | | | | 1.000000000000000 | |
| | | | NFT (35815211068466480Z/GSW WESTERN CONFERENCE SEMIFINALS COMMEMORATIVE TICKET #479) | | | | 1.000000000000000 | |
| | | | NFT (36591960159385864I/GSW CHAMPIONSHIP COMMEMORATIVE RING) | | | | 1.000000000000000 | |
| | | | NFT (39895664753660503I/GSW CHAMPIONSHIP COMMEMORATIVE RING) | | | | 1.000000000000000 | |
| | | | NFT (42055277826236538S/GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #914) | | | | 1.000000000000000 | |
| | | | NFT (43587921310986431S/GSW WESTERN CONFERENCE SEMIFINALS COMMEMORATIVE TICKET #478) | | | | 1.000000000000000 | |
| | | | NFT (48192352009029800S/GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #916) | | | | 1.000000000000000 | |
| | | | NFT (50441168387106991S/GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #913) | | | | 1.000000000000000 | |
| | | | NFT (51396960469928891O/ENTRANCE VOUCHER #569) | | | | 1.000000000000000 | |
| | | | NFT (55278071808385436.4/GSW ROUND 1 COMMEMORATIVE TICKET #416) | | | | 1.000000000000000 | |
| | | | SHIB | 26,000,300.000000000000000 | | | 26,268,325.659150240000000 | |
| | | | SOL | 5.000000000000000 | | | 2.012356840000000 | |
| | | | TRX | 5.000000000000000 | | | 1.000000000147258 | |
| | | | USD | 5.000000000000000 | | | 5.737784043017825 | |
| | | | USDT | | | | 0.000000007942918 | |
| | | | XRP | 12.000000000000000 | | | 0.000000000000000 | |

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 34971 | Name on file | FTX Trading Ltd. | APE-PERP | | FTX Trading Ltd. | 0.00000000000000 |
| | | | APT | 10.00000000000000 | | 10.00000000000000 |
| | | | AVAX-PERP | | | -0.00000000000029103 |
| | | | AXS | | | -0.02410190018372 |
| | | | AXS-PERP | | | 0.00000000000000 |
| | | | BNB | | | -2.08641898102681 |
| | | | BNB-PERP | | | 0.00000000000000 |
| | | | BTC | 0.01111522000000 | | 0.01111522010920 |
| | | | BTC-PERP | | | -0.00000000000000056 |
| | | | CRV-PERP | | | 0.00000000000000 |
| | | | DOGE | 126.00000000000000 | | 126.00000000000000 |
| | | | DOT | 2.30000000000000 | | 2.30000000000000 |
| | | | DYDX-PERP | | | 0.00000000000000 |
| | | | ETC-PERP | | | 0.00000000000000113 |
| | | | ETH | 0.01000000000000 | | 0.01000000000000 |
| | | | ETH-PERP | | | 0.00000000000000653 |
| | | | EUR | 0.13000000000000 | | 0.12512586000000 |
| | | | FTT | 943.71939590000000 | | 943.71939587000000 |
| | | | GMT-PERP | | | 0.00000000000000 |
| | | | GST-PERP | | | 0.00000000000000 |
| | | | JPY | 44,526.59000000000000 | | 44,526.59479597032000 |
| | | | LINKBULL | 61,000.00000000000000 | | 61,000.00000000000000 |
| | | | MKR | | | 0.00000000246731 |
| | | | MKR-PERP | | | 0.00000000000000 |
| | | | OP-PERP | | | 0.00000000000000 |
| | | | PAXG | 0.02000000000000 | | 0.02000000000000 |
| | | | SOL | 0.01490000000000 | | 0.01490000000000 |
| | | | SOL-PERP | | | 0.00000000000011638 |
| | | | SUSHI | 7.50000000000000 | | 7.50000000000000 |
| | | | TRX | 27.00000000000000 | | 27.00000000000000 |
| | | | TRY | 26,606.72000000000000 | | 26,606.71897553410000 |
| | | | USD | 106,335.16000000000000 | | 106,335.16020028743000 |
| | | | USDT | 800.21000000000000 | | 800.21433296092210 |
| | | | XRP | 6.00000000000000 | | 6.00000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 79255 | Name on file | FTX Trading Ltd. | AAVE | 0.38174627000000 | FTX Trading Ltd. | 0.38174627000000 |
| | | | AKRO | 3.00000000000000 | | 3.00000000000000 |
| | | | ATOM | 4.60917298000000 | | 4.60917298000000 |
| | | | BAO | 27.00000000000000 | | 27.00000000000000 |
| | | | BTC | 0.01140602000000 | | 0.01140602000000 |
| | | | CHZ | 241.09921161000000 | | 241.09921161000000 |
| | | | DENT | 1.00000000000000 | | 1.00000000000000 |
| | | | ENJ | 22.40611139000000 | | 22.40611139000000 |
| | | | ETH | 0.04880883000000 | | 0.04880883000000 |
| | | | ETHW | | | 0.01526600000000 |
| | | | EUR | 65.00000000000000 | | 0.00034832780546 |
| | | | FTM | 75.32647945000000 | | 75.32647945000000 |
| | | | GALA | | | 0.00000000966000 |
| | | | GOOGL | | | 0.01960877000000 |
| | | | POC Other Crypto Assertions: | | | |
| | | | GOOGL(GOOGEL STOCK) | 0.01960877000000 | | 0.00000000000000 |
| | | | KIN | 31.00000000000000 | | 31.00000000000000 |
| | | | MANA | 37.07783945000000 | | 37.07783945000000 |
| | | | MATIC | 52.23002833000000 | | 52.23002833000000 |
| | | | MSTR | | | 0.13803098000000 |
| | | | NEAR | | | 0.55223771000000 |
| | | | RSR | 2,534.28706287000000 | | 2,534.28706287000000 |
| | | | SAND | 37.37312300000000 | | 37.37312300000000 |
| | | | SOL | 6.11781750000000 | | 6.11781750000000 |
| | | | TRX | 3.00000000000000 | | 3.00000000000000 |
| | | | TSLA | 0.55470621000000 | | 0.55470621000000 |
| | | | UBXT | | | 1.00000000000000 |
| | | | UNI | 1.38263404000000 | | 1.38263404000000 |
| | | | XRP | 124.88608718000000 | | 124.88608718000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 16281 | Name on file | West Realm Shires Services Inc. | BTC | 0.00976539000000 | West Realm Shires Services Inc. | 0.00976539000000 |
| | | | POC Other Crypto Assertions: SOLANO | 8.00000000000000 | | 0.00000000000000 |
| | | | USD | 0.00000000000000 | | -15.999989999687012 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 941* | Name on file | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | 0.00955890000000 |
| | | | ETH | | | 0.21237397000000 |
| | | | ETHW | | | 0.21237397000000 |
| | | | SOL | | | 3.87482070000000 |
| | | | USD | 850.00000000000000 | | 0.00376090601903 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98** | Name on file | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | 0.00000000374000 |
| | | | SOL | | | 100.39271559000000 |
| | | | USD | 3,500.00000000000000 | | 0.32664620000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 819** | Name on file | FTX Trading Ltd. | DOGE | | West Realm Shires Services Inc. | 13,102.20334839000000 |
| | | | USD | 11,500.00000000000000 | | 5,355.739610028717000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98566* | Name on file | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | 0.03836616000000 |
| | | | DOGE | | | 2.00000000000000 |
| | | | ETH | | | 0.54563363000000 |
| | | | ETHW | | | 0.48748125000000 |
| | | | USD | 1,635.04000000000000 | | 0.000781663495096 |

941*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
98**: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
819**: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
98566*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claim** |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 2318 | Name on file | FTX Trading Ltd. | ADABULL | | FTX Trading Ltd. | 0.164417810000000 |
| | | | BEAR | | | 0.006827030000000 |
| | | | DOGEBULL | | | 7.854000000000000 |
| | | | ETHBULL | | | 0.053056430000000 |
| | | | USD | 913.000000000000000 | | 105.873839462105750 |
| | | | USDT | | | 807.269315487739000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 73180* | Name on file | FTX Trading Ltd. | USD | 22,992.280000000000000 | West Realm Shires Services Inc. | 92.283373195954940 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 72** | Name on file | FTX Trading Ltd. | ETH | | West Realm Shires Services Inc. | 0.606528630000000 |
| | | | USD | 1,000.000000000000000 | | 0.000001324861778 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 93620* | Name on file | FTX Trading Ltd. | POC Other Fiat Assertions: 650 USD | | FTX Trading Ltd. | 0.000000000000000 |
| | | | ADABULL | 320.583700000000000 | | 320.583700000000000 |
| | | | BSVBULL | 3,500,000.000000000000000 | | 3,500,000.000000000000000 |
| | | | DENT-PERP | 502,700.000000000000000 | | 502,700.000000000000000 |
| | | | DOGEBULL | 2,322.840000000000000 | | 2,322.840000000000000 |
| | | | ETHBULL | 32.940000000000000 | | 32.940000000000000 |
| | | | KNCBULL | 600.000000000000000 | | 600.000000000000000 |
| | | | MATICBULL | 332,679.828900000000000 | | 332,679.828900000000000 |
| | | | RAY | 177.410024150000000 | | 177.410024150000000 |
| | | | TOMOBULL | 510,000.000000000000000 | | 510,000.000000000000000 |
| | | | TRX | 0.000778000000000 | | 0.000778000000000 |
| | | | USD | 650.000000000000000 | | 426.231499611500000 |
| | | | USDT | 0.000000008415717 | | 0.000000008415717 |
| | | | XRPBULL | 175.000000000000000 | | 175.000000000000000 |
| | | | ZECBULL | 1,100.000000000000000 | | 1,100.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 71739 | Name on file | FTX Trading Ltd. | ETH | | FTX Trading Ltd. | 0.500000000000000 |
| | | | FTT | | | 0.000000000000000 |
| | | | USD | 735.520000000000000 | | 0.000000000000000 |
| | | | USDT | 1,539.351700000000000 | | 1,539.351758570000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98444* | Name on file | FTX Trading Ltd. | DOGE | 2,000.000000000000000 | West Realm Shires Services Inc. | 671.651409840000000 |
| | | | SHIB | 200,000.000000000000000 | | 40,577.372184680000000 |
| | | | USD | | | 0.000000009015775 |
| | | | XRP | 100.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 14788* | Name on file | FTX Trading Ltd. | KSHIB | | West Realm Shires Services Inc. | 2.359914870000000 |
| | | | LINK | | | 5.581032240000000 |
| | | | LTC | | | 2.188991430000000 |
| | | | SHIB | | | 69,297.921562930480000 |
| | | | SOL | | | 32.108809803333415 |
| | | | USD | 4,000.000000000000000 | | 0.000005328449010 |
| | | | USDT | | | 0.000000000000349 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 72784 | Name on file | FTX Trading Ltd. | 1INCH-PERP | | FTX Trading Ltd. | 0.000000000000000 |
| | | | AAVE | | | 2.698720538408402 |
| | | | ADA-PERP | | | 0.000000000000000 |
| | | | ANC-PERP | | | 0.000000000000000 |
| | | | APT | | | 9.000000000000000 |
| | | | AVAX | | | -0.000000002398020 |
| | | | AVAX-PERP | | | 0.000000000000000 |
| | | | BNB-PERP | | | 0.000000000000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | CEL-PERP | | | 0.000000000000738 |
| | | | DOGE | | | 0.962000000000000 |
| | | | EGLD-PERP | | | 0.000000000000000 |
| | | | ETC-PERP | | | 0.000000000000000 |
| | | | ETH | | | 0.122000003888169 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | FTT | | | 0.000000009579169 |
| | | | FTT-PERP | | | 0.000000000000000 |
| | | | GALA-PERP | | | 0.000000000000000 |
| | | | GLMR-PERP | | | 0.000000000000000 |
| | | | GMT | | | 191.000000000000000 |
| | | | HNT-PERP | | | 0.000000000000000 |
| | | | IMX-PERP | | | 0.000000000000000 |
| | | | LINK | | | 7.699886003726284 |
| | | | LINK-PERP | | | 0.000000000000005 |
| | | | LOOKS-PERP | | | 0.000000000000000 |
| | | | MATIC-PERP | | | 0.000000000000000 |
| | | | MKR | | | 0.000000004329271 |
| | | | NEAR-PERP | | | 0.000000000000003 |
| | | | SOL | | | 6.638151001748803 |
| | | | SOL-PERP | | | 0.000000000000004 |
| | | | SRN-PERP | | | 0.000000000000000 |
| | | | SUSHI | | | 0.496707775016715 |
| | | | TRX | | | 511.902910000000000 |
| | | | TRX-PERP | | | 0.000000000000000 |
| | | | UNI-PERP | | | 0.000000000000014 |
| | | | USD | 1,295.000000000000000 | | 487.907659057301770 |
| | | | USDT | | | 131.846008298944600 |
| | | | WAVES-PERP | | | 0.000000000000000 |
| | | | XRP | | | 0.000000003722574 |
| | | | XRP-PERP | | | 0.000000000000000 |

73180*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
72**: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
93620*: Claim was ordered modified on the FTX Recovery Trust's Fifteenth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
98444*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
14788*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)

| Claim Number | Name | Debtor | Tickers | Asserted Claims Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 3030** | Name on file | FTX US Trading, Inc. | AVAX | | West Realm Shires Services Inc. | 10.277600770000000 |
| | | | BRZ | | | 1.000000000000000 |
| | | | BTC | | | 0.322848400000000 |
| | | | ETH | | | 0.130354740000000 |
| | | | ETHW | | | 0.129290090000000 |
| | | | SHIB | | | 4.000000000000000 |
| | | | SOL | | | 8.166393230000000 |
| | | | TRX | | | 2.000000000000000 |
| | | | USD | 10,000.000000000000 | | 0.000203080278889 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 2047 | Name on file | FTX Trading Ltd. | AAVE-PERP | | FTX Trading Ltd. | 0.000000000000000 |
| | | | ADA-PERP | | | -74.000000000000000 |
| | | | ALGO-PERP | | | 146.000000000000000 |
| | | | ALT-PERP | | | 0.000000000000000 |
| | | | APE-PERP | | | -0.000000000000021 |
| | | | ATOM-PERP | | | 0.000000000000000 |
| | | | AVAX-PERP | | | -0.000000000000005 |
| | | | AXS-PERP | | | -2.600000000000010 |
| | | | BCH-PERP | | | 0.000000000000000 |
| | | | BNB | | | 0.047322480000000 |
| | | | BNB-PERP | | | 0.000000000000000 |
| | | | BTC | | | 0.072350546000000 |
| | | | BTC-0930 | | | 0.000000000000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | CAKE-PERP | | | 0.000000000000000 |
| | | | CHZ-PERP | | | 60.000000000000000 |
| | | | CRV-PERP | | | 52.000000000000000 |
| | | | DOGE-PERP | | | 509.000000000000000 |
| | | | DOT-PERP | | | -3.000000000000010 |
| | | | EGLD-PERP | | | -0.460000000000000 |
| | | | ENJ-PERP | | | 1.000000000000000 |
| | | | EOS-PERP | | | 15.000000000000000 |
| | | | ETC-PERP | | | 1.100000000000000 |
| | | | ETH | | | 1.008352478800000 |
| | | | ETH-PERP | | | 0.030000000000000 |
| | | | ETHW | | | 1.007600000000000 |
| | | | FIL-PERP | | | -5.799999999999990 |
| | | | FTM-PERP | | | 0.000000000000000 |
| | | | FTT | | | 35.211883130000000 |
| | | | GALA-PERP | | | 0.000000000000000 |
| | | | LINK-PERP | | | 10.000000000000000 |
| | | | LOOKS-PERP | | | -128.000000000000000 |
| | | | LTC-PERP | | | 0.359999999999999 |
| | | | MATIC-PERP | | | 20.000000000000000 |
| | | | NEAR-PERP | | | 0.000000000000028 |
| | | | OKB-PERP | | | -0.009999999999995 |
| | | | OMG-PERP | | | 13.300000000000000 |
| | | | OP-PERP | | | 19.000000000000000 |
| | | | RSR-PERP | | | 4,120.000000000000000 |
| | | | SAND-PERP | | | 10.000000000000000 |
| | | | SNX-PERP | | | 0.000000000000000 |
| | | | SOL-PERP | | | 5.279999999999990 |
| | | | SRM-PERP | | | 0.000000000000000 |
| | | | SUSHI-PERP | | | 0.500000000000000 |
| | | | SXP-PERP | | | 0.000000000000028 |
| | | | THETA-PERP | | | 0.000000000000014 |
| | | | TRX | | | 0.001643000000000 |
| | | | TRX-PERP | | | 0.000000000000000 |
| | | | UNI-PERP | | | 0.000000000000000 |
| | | | USD | 8,004.560000000000 | | 4,825.820785272163000 |
| | | | USDT | | | 101.000001211906750 |
| | | | VET-PERP | | | 0.000000000000000 |
| | | | XRP-PERP | | | 328.000000000000000 |
| | | | XTZ-PERP | | | 0.000000000000024 |
| | | | ZEC-PERP | | | 1.650000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 35150* | Name on file | FTX Trading Ltd. | ALGO | 5,812.426900001267000 | West Realm Shires Services Inc. | 5,812.426900001267000 |
| | | | BTC | 0.000000002665000 | | 0.000000002665000 |
| | | | LINK | 0.000000001704536 | | 0.000000001704536 |
| | | | MATIC | 6,837.785380000000000 | | 6,837.785380000000000 |
| | | | NEAR | 1,282.744825000000000 | | 1,282.744825000000000 |
| | | | SOL | 0.000000006612542 | | 0.000000006612542 |
| | | | TRX | 0.000000004659781 | | 0.000000004659781 |
| | | | USD | 0.085566172855353 | | 0.085566172855353 |
| | | | YFI | 0.000073982000000 | | 0.000073982000000 |
| | | | Other Activity Asserted: $600 -$1500 ? - They were not giving me adjusted lower commission &amp; lower trading fees related to people I got to sign up. | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  No liability exists on account of the other activity asserted.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 82** | Name on file | FTX Trading Ltd. | BCH | | West Realm Shires Services Inc. | 9.990000000000000 |
| | | | BTC | | | 0.449805500000000 |
| | | | DOGE | | | 149.800000000000000 |
| | | | ETH | | | 7.997000000000000 |
| | | | ETHW | | | 7.997000000000000 |
| | | | SOL | | | 9.990000000000000 |
| | | | USD | 42,000.000000000000 | | 9,729.200000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 32270 | Name on file | FTX Trading Ltd. | ATLAS | 33,280.166400000000000 | FTX Trading Ltd. | 33,280.166400000000000 |
| | | | AVAX | 168.347555420000000 | | 168.347555420000000 |
| | | | AVAX-PERP | | | 0.000000000000000 |
| | | | BTC | | | 0.000000000500000 |
| | | | COMP-20210924 | | | 0.000000000000000 |
| | | | DFL | 12,230.030650000000000 | | 12,230.030650000000000 |
| | | | ETH | 21.840701030000000 | | 21.840701035000000 |

3030**: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
35150*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
82**: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)

| | | | | Asserted Claims | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | ETHW | 21.840701030000000 | | 21.840701037610980 |
| | | | FTT | | | 0.000000000417488 |
| | | | HNT | 109.100434500000000 | | 109.100434500000000 |
| | | | LUNA2 | 21.017853790000000 | | 21.017853790000000 |
| | | | LUNA2_LOCKED | 49.041658840000000 | | 49.041658840000000 |
| | | | LUNC | 4,576,681.913295150000000 | | 4,576,681.913295150000000 |
| | | | LUNC-PERP | | | 0.000000000000000 |
| | | | SOL | 598.537289650000000 | | 598.537289650000000 |
| | | | SOL-PERP | | | 0.000000000000000 |
| | | | TRX | | | -259.663703412741200 |
| | | | USD | | | -1,341.931818107936800 |
| | | | USDT | | | 0.000000002381021 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 2780 | Name on file | FTX Trading Ltd. | ADA-PERP | | FTX Trading Ltd. | 0.000000000000000 |
| | | | APE-PERP | | | 0.000000000000000 |
| | | | AVAX-PERP | | | 0.000000000000000 |
| | | | BLT | | | 0.000000008750000 |
| | | | BNB-PERP | | | 0.000000000000000 |
| | | | BTC | | | 0.101270290021692 |
| | | | BTC-0325 | | | 0.000000000000000 |
| | | | BTC-MOVE-1103 | | | 0.000000000000000 |
| | | | BTC-MOVE-1108 | | | 0.000000000000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | BTTPRE-PERP | | | 0.000000000000000 |
| | | | DENT-PERP | | | 0.000000000000000 |
| | | | DOGE-PERP | | | 0.000000000000000 |
| | | | ETH | | | 0.000000004900000 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | FLM-PERP | | | 0.000000000000000 |
| | | | FTT-PERP | | | 0.000000000000000 |
| | | | GALA-PERP | | | 0.000000000000000 |
| | | | LINK-PERP | | | 0.000000000000000 |
| | | | LUNC-PERP | | | 0.000000000000000 |
| | | | OP-PERP | | | 0.000000000000000 |
| | | | RAMP-PERP | | | 0.000000000000000 |
| | | | SOL | | | 0.000000001950000 |
| | | | SOL-PERP | | | 0.000000000000000 |
| | | | UNI-PERP | | | 0.000000000000000 |
| | | | USD | 1,687.050000000000000 | | -35.706676325723020 |
| | | | VET-PERP | | | 0.000000000000000 |
| | | | XRP | | | 0.172127125803160 |
| | | | XRP-PERP | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 82808 | Name on file | FTX Trading Ltd. | ENJ | 3,554.491497990000000 | FTX Trading Ltd. | 3,554.491497990000000 |
| | | | ETH | 3.831699140000000 | | 3.831699140000000 |
| | | | EUR | 19.230000000000000 | | 0.000000000000000 |
| | | | MANA | 1,351.363475320000000 | | 1,351.363475320000000 |
| | | | SAND | 770.244839580000000 | | 770.244839580000000 |
| | | | YFI | 0.021242560000000 | | 0.021242560000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 2343 | Name on file | FTX Trading Ltd. | 1INCH-PERP | | FTX Trading Ltd. | 0.000000000000000 |
| | | | AAVE-PERP | | | 0.000000000000000 |
| | | | ADA-PERP | | | -48.000000000000000 |
| | | | ALGO-PERP | | | 100.000000000000000 |
| | | | ALT-PERP | | | 0.000000000000000 |
| | | | APE-PERP | | | -0.000000000000008 |
| | | | ATOM-PERP | | | 0.000000000000000 |
| | | | AVAX-PERP | | | -0.000000000000007 |
| | | | AXS-PERP | | | -1.800000000000000 |
| | | | BCH-PERP | | | 0.000000000000000 |
| | | | BNB-PERP | | | 0.000000000000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | C98-PERP | | | 0.000000000000000 |
| | | | CAKE-PERP | | | 0.000000000000000 |
| | | | CHZ-PERP | | | 80.000000000000000 |
| | | | CRV-PERP | | | 36.000000000000000 |
| | | | DOGE-PERP | | | 346.000000000000000 |
| | | | DOT-PERP | | | -2.000000000000040 |
| | | | EGLD-PERP | | | -0.309999999999998 |
| | | | ENJ-PERP | | | 1.000000000000000 |
| | | | EOS-PERP | | | 10.200000000000000 |
| | | | ETC-PERP | | | 0.900000000000002 |
| | | | ETH-PERP | | | 0.022000000000000 |
| | | | EXCH-PERP | | | 0.000000000000000 |
| | | | FIL-PERP | | | -3.799999999999980 |
| | | | FTM-PERP | | | -95.000000000000000 |
| | | | GALA-PERP | | | 0.000000000000000 |
| | | | ICP-PERP | | | 0.000000000000001 |
| | | | KIN-PERP | | | 0.000000000000000 |
| | | | LINK-PERP | | | 6.800000000000010 |
| | | | LOOKS-PERP | | | -73.000000000000000 |
| | | | LTC-PERP | | | 0.250000000000001 |
| | | | LUNC-PERP | | | -0.000000000000002 |
| | | | MATIC-PERP | | | 14.000000000000000 |
| | | | MID-PERP | | | 0.000000000000000 |
| | | | NEAR-PERP | | | -0.000000000000010 |
| | | | NFT (5457517819481989974/FTX CRYPTO CUP 2022 KEY #12432) | | | 1.000000000000000 |
| | | | OKB-PERP | | | -0.009999999999970 |
| | | | OMG-PERP | | | 0.000000000000014 |
| | | | OP-PERP | | | 13.000000000000000 |
| | | | RSR-PERP | | | 2,810.000000000000000 |
| | | | SAND-PERP | | | 5.000000000000000 |
| | | | SNX-PERP | | | -0.000000000000007 |
| | | | SOL-PERP | | | 3.520000000000000 |
| | | | SRM-PERP | | | 32.000000000000000 |
| | | | SUSHI-PERP | | | 0.500000000000000 |
| | | | SXP-PERP | | | 0.000000000000000 |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | **Modified Claim** | |
| | | | THETA-PERP | | | -0.000000000000042 |
| | | | TRX-PERP | | | 0.000000000000000 |
| | | | UNI-PERP | | | 0.000000000000003 |
| | | | USD | 1,635.680000000000000 | | 1,290.543973533786400 |
| | | | VET-PERP | | | 0.000000000000000 |
| | | | XRP-PERP | | | 224.000000000000000 |
| | | | XTZ-PERP | | | 0.000000000000045 |
| | | | ZEC-PERP | | | 1.050000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 5648* | Name on file | FTX Trading Ltd. | AAVE | | West Realm Shires Services Inc. | 0.000000000142908 |
| | | | AVAX | | | 0.000000005260344 |
| | | | BAT | | | 0.000000002324000 |
| | | | BCH | | | 0.000000006813000 |
| | | | BRZ | | | 0.000000001850607 |
| | | | BTC | | | 0.000614280091012 |
| | | | DOGE | | | 38,219.083972037410000 |
| | | | ETH | | | 0.002935967287921 |
| | | | GRT | | | 0.000000000939970 |
| | | | LINK | | | 0.000000007813675 |
| | | | LTC | | | 0.000000003172000 |
| | | | MATIC | | | 0.000000008004545 |
| | | | NFT (49728838073055242/IMOLA TICKET STUB #1409) | | | 1.000000000000000 |
| | | | NFT (519931479515300252/ENTRANCE VOUCHER #2729) | | | 1.000000000000000 |
| | | | SOL | | | 0.000000004262239 |
| | | | SUSHI | | | 0.000000009607480 |
| | | | TRX | | | 0.000000005068118 |
| | | | USD | 5,000.000000000000000 | | 600.193851482721400 |
| | | | USDT | | | 0.000000002712742 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 29805 | Name on file | FTX Trading Ltd. | 1INCH-PERP | | FTX Trading Ltd. | 0.000000000000000 |
| | | | AAVE-PERP | | | -0.000000000000003 |
| | | | ADA-PERP | | | 0.000000000000000 |
| | | | ALT-PERP | | | 0.000000000000000 |
| | | | AUD | | | 0.000000026184325 |
| | | | BAL-PERP | | | -0.000000000000227 |
| | | | BAT-PERP | | | 0.000000000000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | DOT-PERP | | | 0.000000000000341 |
| | | | DOTPRESPLIT-2020PERP | | | -0.000000000000014 |
| | | | ETH-PERP | | | 0.000000000000001 |
| | | | FIL-PERP | | | 0.000000000000014 |
| | | | FLM-PERP | | | 0.000000000000000 |
| | | | FTM-PERP | | | 0.000000000000000 |
| | | | FTT | 517.068300000000000 | | 517.068270530000000 |
| | | | FTT-PERP | | | -0.000000000001113 |
| | | | GAL | | | 204.221874730000000 |
| | | | GARI | | | 5,013.734833890000000 |
| | | | HOOD | | | 0.000000010000000 |
| | | | HXRO | 10,593.646800000000000 | | 10,593.646789725940000 |
| | | | LINK-PERP | | | 0.000000000000028 |
| | | | LRC-PERP | | | 0.000000000000000 |
| | | | MATIC-PERP | | | 0.000000000000000 |
| | | | MKR-PERP | | | 0.000000000000000 |
| | | | MNGO | 101,163.763600000000000 | | 101,163.763586350600000 |
| | | | MOB | 645.742800000000000 | | 650.742835830000000 |
| | | | OXY | | | 0.000000000000000 |
| | | | OXY_LOCKED | | | 410,305.343511680000000 |
| | | | RUNE-PERP | | | 0.000000000000000 |
| | | | SLND | | | 791.700000000000000 |
| | | | SNY | | | 3,432.572070900000000 |
| | | | SOL | 188.103800000000000 | | 188.165520070000000 |
| | | | SRM | 1,257.549400000000000 | | 1,257.904929060000000 |
| | | | SRM_LOCKED | | | 173.178233850000000 |
| | | | SXP-PERP | | | 0.000000000000000 |
| | | | SYN | 3,432.572100000000000 | | 0.000000000000000 |
| | | | THETA-PERP | | | 0.000000000003637 |
| | | | TOMO-PERP | | | 0.000000000000000 |
| | | | TRUMP | | | 0.000000000000000 |
| | | | UNI-PERP | | | 0.000000000000000 |
| | | | USD | | | 0.102872892629028 |
| | | | USDT | | | 0.0000000016067484 |
| | | | XLM-PERP | | | 0.000000000000000 |
| | | | YFI-PERP | | | 0.000000000000000 |
| | | | YGG | | | 887.531761780000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 5667* | Name on file | West Realm Shires Services Inc. | BCH | | West Realm Shires Services Inc. | 0.112601990000000 |
| | | | BRZ | | | 3.000000000000000 |
| | | | BTC | | | 0.068935780000000 |
| | | | DOGE | | | 124.774139140000000 |
| | | | ETH | | | 0.734952650000000 |
| | | | ETHW | | | 0.669449109724244 |
| | | | LTC | | | 0.958569010000000 |
| | | | SHIB | | | 2,062,746.981827920000000 |
| | | | SOL | | | 14.133877730000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | USD | 9,218.620000000000000 | | 5,975.187190477293000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 1501* | Name on file | FTX Trading Ltd. | ETH | | West Realm Shires Services Inc. | 3.000000000000000 |
| | | | ETHW | | | 3.000000000000000 |
| | | | USD | 7,000.000000000000000 | | 1,094.797790000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 2410* | Name on file | FTX Trading Ltd. | BAT | | West Realm Shires Services Inc. | 1.016555500000000 |

5648* Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
5667* Claim is also ordered modified on the FTX Recovery Trust's Fifteenth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
1501* Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
2410* Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | BTC | | | | 0.118982270000000 |
| | | | DOGE | | | | 4.000000000000000 |
| | | | ETH | | | | 1.123584990000000 |
| | | | ETHW | | | | 1.123113030000000 |
| | | | SHIB | | | | 7.000000000000000 |
| | | | SOL | | | | 2.200163690000000 |
| | | | TRX | | | | 5.000000000000000 |
| | | | USD | | 3,777.420000000000000 | | 0.963932318383817 |
| | | | USDT | | | | 1.105372180000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 2810 | Name on file | FTX Trading Ltd. | BAO | | | FTX Trading Ltd. | 5.000000000000000 |
| | | | BTC | | | | 0.028080710000000 |
| | | | DENT | | | | 2.000000000000000 |
| | | | ETH | | | | 0.017786230000000 |
| | | | ETHW | | | | 0.017567190000000 |
| | | | EUR | | | | 0.422725949540409 |
| | | | KIN | | | | 1.000000000000000 |
| | | | MANA | | | | 21.205620660000000 |
| | | | SAND | | | | 21.241281930000000 |
| | | | SOL | | | | 1.024552110000000 |
| | | | STG | | | | 20.914190840000000 |
| | | | TRX | | | | 1.000000000000000 |
| | | | UBXT | | | | 1.000000000000000 |
| | | | USD | | 567.590000000000000 | | 1.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 3330 | Name on file | West Realm Shires Services Inc. | DOGE | | | West Realm Shires Services Inc. | 22,439.917824460000000 |
| | | | KSHIB | | | | 5,380.859162000000000 |
| | | | LTC | | | | 5.129505980000000 |
| | | | MATIC | | | | 14.334117380000000 |
| | | | NFT (30630175799670237B/1ST.EDDY-KLAUS XRP THE PREDICTOR (RARE)) | | | | 1.000000000000000 |
| | | | NFT (34740482917091595O/SWORD OF THE KING PERSIA) | | | | 1.000000000000000 |
| | | | NFT (38681932443257414I/ABSTRACT ARTILLERY #16) | | | | 1.000000000000000 |
| | | | NFT (45817563256417762Z/SWORD OF THE ZEUS) | | | | 1.000000000000000 |
| | | | NFT (57381558389196663S/POP ART #39) | | | | 1.000000000000000 |
| | | | SHIB | | | | 178.769637760000000 |
| | | | SOL | | | | 40.847912130000000 |
| | | | TRX | | | | 88.979800290000000 |
| | | | USD | | 3,150.000000000000000 | | 0.411533986628376 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 1499* | Name on file | FTX Trading Ltd. | ETH | | | West Realm Shires Services Inc. | 9.178545550000000 |
| | | | ETHW | | | | 9.178545550000000 |
| | | | USD | | 19,000.000000000000000 | | 0.272169710000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 3307 | Name on file | FTX Trading Ltd. | 1INCH-PERP | | | FTX Trading Ltd. | 0.000000000000000 |
| | | | ADA-PERP | | | | 0.000000000000000 |
| | | | AGLD-PERP | | | | 0.000000000000000 |
| | | | ALCK-PERP | | | | 0.000000000000000 |
| | | | ALGO-PERP | | | | 0.000000000000000 |
| | | | ALICE-PERP | | | | 0.000000000000000 |
| | | | ANC-PERP | | | | 0.000000000000000 |
| | | | APE-PERP | | | | 0.000000000000010 |
| | | | ASD-PERP | | | | 0.000000000000000 |
| | | | ATOM-PERP | | | | 0.000000000000001 |
| | | | AVAX-PERP | | | | 0.000000000000000 |
| | | | AXS-PERP | | | | 0.000000000000000 |
| | | | BADGER-PERP | | | | -0.000000000000001 |
| | | | BAO-PERP | | | | 0.000000000000000 |
| | | | BTC | | | | 0.177512619000000 |
| | | | BTC-PERP | | | | 0.000000000000000 |
| | | | BTTPRE-PERP | | | | 0.000000000000000 |
| | | | C98-PERP | | | | 0.000000000000000 |
| | | | CAKE-PERP | | | | 0.000000000000000 |
| | | | CEL-PERP | | | | 0.000000000000000 |
| | | | CHR-PERP | | | | 0.000000000000000 |
| | | | CHZ-PERP | | | | 0.000000000000000 |
| | | | CLV-PERP | | | | 0.000000000000000 |
| | | | CRO-PERP | | | | 0.000000000000000 |
| | | | CRV-PERP | | | | 0.000000000000000 |
| | | | DODO-PERP | | | | -0.000000000000113 |
| | | | DOGE-PERP | | | | 0.000000000000000 |
| | | | DOT-PERP | | | | 0.000000000000000 |
| | | | DYDX-PERP | | | | 0.000000000000000 |
| | | | EGLD-PERP | | | | 0.000000000000000 |
| | | | ENJ-PERP | | | | 0.000000000000000 |
| | | | ENS-PERP | | | | 0.000000000000000 |
| | | | EOS-PERP | | | | 0.000000000000014 |
| | | | ETH | | | | 3.203640770000000 |
| | | | ETH-PERP | | | | 0.000000000000000 |
| | | | ETHW | | | | 2.714118345977765 |
| | | | FIDA-PERP | | | | 0.000000000000000 |
| | | | FIL-PERP | | | | 0.000000000000000 |
| | | | FLM-PERP | | | | -0.000000000000113 |
| | | | FTM-PERP | | | | 0.000000000000000 |
| | | | FTT-PERP | | | | 0.000000000000001 |
| | | | FXS-PERP | | | | 0.000000000000000 |
| | | | GALA-PERP | | | | 0.000000000000000 |
| | | | GAL-PERP | | | | 0.000000000000000 |
| | | | GMT-PERP | | | | 0.000000000000000 |
| | | | GST-PERP | | | | 0.000000000000000 |
| | | | HNT-PERP | | | | 0.000000000000000 |
| | | | ICX-PERP | | | | 0.000000000000000 |

| | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | IMX-PERP | | | 0.0000000000000000 |
| | | | IOTA-PERP | | | 0.0000000000000000 |
| | | | JASMY-PERP | | | 0.0000000000000000 |
| | | | KAVA-PERP | | | 0.0000000000000000 |
| | | | KIN-PERP | | | 0.0000000000000000 |
| | | | KNC-PERP | | | 0.0000000000000000 |
| | | | KSHIB-PERP | | | 0.0000000000000000 |
| | | | LDO-PERP | | | 0.0000000000000000 |
| | | | LINA-PERP | | | 0.0000000000000000 |
| | | | LINK-PERP | | | 0.0000000000000003 |
| | | | LOOKS-PERP | | | 3.0000000000000000 |
| | | | LRC-PERP | | | 0.0000000000000000 |
| | | | LTC-PERP | | | 0.0000000000000000 |
| | | | LUNC-PERP | | | 0.0000000000000000 |
| | | | MANA-PERP | | | 0.0000000000000000 |
| | | | MAPS-PERP | | | 0.0000000000000000 |
| | | | MATIC | | | 251.0000000000000000 |
| | | | MATIC-PERP | | | 0.0000000000000000 |
| | | | MCB-PERP | | | 0.0000000000000000 |
| | | | MKR-PERP | | | 0.0000000000000000 |
| | | | MNGO-PERP | | | 0.0000000000000000 |
| | | | MOB-PERP | | | -0.0000000000000028 |
| | | | NEAR-PERP | | | -0.0000000000000000 |
| | | | ONE-PERP | | | 0.0000000000000000 |
| | | | OP-PERP | | | 0.0000000000000000 |
| | | | OXY-PERP | | | 0.0000000000000000 |
| | | | PEOPLE-PERP | | | 0.0000000000000000 |
| | | | PERP-PERP | | | 0.0000000000000000 |
| | | | PROM-PERP | | | 0.0000000000000000 |
| | | | PUNDIX-PERP | | | 0.0000000000000000 |
| | | | RAMP-PERP | | | 0.0000000000000000 |
| | | | REN-PERP | | | 0.0000000000000000 |
| | | | RNDR-PERP | | | 0.0000000000000000 |
| | | | RON-PERP | | | 0.0000000000000000 |
| | | | ROOK-PERP | | | 0.0000000000000000 |
| | | | ROSE-PERP | | | 0.0000000000000000 |
| | | | RSR-PERP | | | 0.0000000000000000 |
| | | | RUNE-PERP | | | 0.0000000000000000 |
| | | | SAND-PERP | | | 0.0000000000000000 |
| | | | SHIB-PERP | | | 0.0000000000000000 |
| | | | SLP-PERP | | | 0.0000000000000000 |
| | | | SNX-PERP | | | -0.0000000000000014 |
| | | | SOL | | | 15.5507227700000000 |
| | | | SOL-PERP | | | 0.0000000000000003 |
| | | | SPELL-PERP | | | 0.0000000000000000 |
| | | | SRM-PERP | | | 0.0000000000000000 |
| | | | SRN-PERP | | | 0.0000000000000000 |
| | | | STEP-PERP | | | 0.0000000000000000 |
| | | | SUSHI-PERP | | | 0.0000000000000000 |
| | | | SXP-PERP | | | 0.0000000000000227 |
| | | | TONCOIN-PERP | | | 0.0000000000000000 |
| | | | TRU-PERP | | | 0.0000000000000000 |
| | | | TRX-PERP | | | 0.0000000000000000 |
| | | | USD | 8,654.9600000000000000 | | 2.6453402601541480 |
| | | | USDT | | | 0.2205050209553374 |
| | | | USTC-PERP | | | 0.0000000000000000 |
| | | | VET-PERP | | | 0.0000000000000000 |
| | | | WAVES-PERP | | | 0.0000000000000000 |
| | | | XEM-PERP | | | 0.0000000000000000 |
| | | | XRP | 1,337.0000000000000000 | | |
| | | | XRP-PERP | | | 0.0000000000000000 |
| | | | XTZ-PERP | | | 0.0000000000000000 |
| | | | YFII-PERP | | | 0.0000000000000000 |
| | | | ZIL-PERP | | | 0.0000000000000000 |
| | | | ZRX-PERP | | | 0.0000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 2240 | Name on file | FTX Trading Ltd. | USD | 24,221.4500000000000000 | FTX Trading Ltd. | 12,183.2626921494610000 |
| | | | USDT | | | 12,038.9296390000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 56236* | Name on file | FTX Trading Ltd. | BTC | | West Realm Shires Services Inc. | 4.0000000000000000 |
| | | | CUSDT | | | 0.00000000591178220 |
| | | | DOGE | | | 15.0000000000000000 |
| | | | GRT | | | 23,158.4862691600000000 |
| | | | TRX | | | 3.1940439000000000 |
| | | | USD | 23,158.480000000000000 | | 3.0000000000000000 |
| | | | | | | -14.9999999887575920 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 93919* | Name on file | FTX Japan K.K. | ETH | | Quoine Pte Ltd | 0.1430509800000000 |
| | | | ETHW | | | 0.1430509800000000 |
| | | | EUR | 738.9600000000000000 | | 0.0000000000000000 |
| | | | USD | | | 0.1346900000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 83376 | Name on file | West Realm Shires Services Inc. | BTC | 0.00132026904625 | West Realm Shires Services Inc. | 0.00132026904625250 |
| | | | DOGE | 257.0000000000000000 | | 0.0000000000000000 |
| | | | ETH | 0.0000000003600000 | | 0.0000000003600000 |
| | | | MKR | 0.0090000000000000 | | 0.0090000000000000 |
| | | | USD | 2,003.3559111128288200 | | 2,564.8459111128280000 |
| | | | POC Other Fiat Assertions: USD never reached my bank account | 561.4900000000000000 | | 0.0000000000000000 |
| | | | USDT | 0.0000000014839965 | | 0.0000000014839965 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.