## SCHEDULE 1

**Fully or Partially Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Sixty-Ninth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 98660* | Name on file | FTX Trading Ltd. | BRZ | Undetermined* | West Realm Shires Services Inc. | 0.000000006369433 |
| | | | BTC | | | 0.000000004241776 |
| | | | DOGE | | | 0.000000007852567 |
| | | | MATIC | | | 0.000000005327145 |
| | | | NEAR | | | 0.000000008532856 |
| | | | SOL | | | 2.521640434861886 |
| | | | TRX | | | 0.000000002194475 |
| | | | USD | | | 0.000000152675783 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98792 | Name on file | FTX Trading Ltd. | AAVE-PERP | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
| | | | ADA-PERP | | | 0.000000000000000 |
| | | | APT | | | 0.009800000000000 |
| | | | ATOM-PERP | | | 0.000000000000000 |
| | | | AVAX-PERP | | | 0.000000000000000 |
| | | | BTC | | | 0.004756695016743 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | CEL-PERP | | | 0.000000000000000 |
| | | | DOGE-PERP | | | 0.000000000000000 |
| | | | DOT | | | 0.025086240000000 |
| | | | DOT-PERP | | | 0.000000000000000 |
| | | | DYDX | | | 1.000000000000000 |
| | | | ETHW | | | 0.019773670000000 |
| | | | FIL-PERP | | | 0.000000000000113 |
| | | | JASMY-PERP | | | 0.000000000000000 |
| | | | KSHIB-PERP | | | 0.000000000000000 |
| | | | LINK-PERP | | | 0.000000000000000 |
| | | | LRC-PERP | | | 0.000000000000000 |
| | | | LUNA2 | | | 0.050090113700000 |
| | | | LUNA2_LOCKED | | | 0.116876932000000 |
| | | | LUNC-PERP | | | 0.000000000000000 |
| | | | MANA-PERP | | | 0.000000000000000 |
| | | | MASK | | | 2.009217830000000 |
| | | | MATIC-PERP | | | 0.000000000000000 |
| | | | RUNE-PERP | | | 0.000000000000000 |
| | | | SOL | | | 1.000164380000000 |
| | | | SOL-PERP | | | 0.000000000000003 |
| | | | USD | | | -16.175435633245254 |
| | | | VET-PERP | | | 0.000000000000000 |
| | | | ZIL-PERP | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98632 | Name on file | West Realm Shires Services Inc. | BTC | Undetermined* | West Realm Shires Services Inc. | 0.000408610000000 |
| | | | ETH | | | 0.005889690000000 |
| | | | ETHW | | | 0.005821290000000 |
| | | | PAXG | | | 0.007934720000000 |
| | | | SOL | | | 0.174769200000000 |
| | | | USD | | | 2.124493145866834 |
| | | | USDT | | | 2.102323800000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 50953 | Name on file | FTX Trading Ltd. | BTC | 1.144512260000000 | FTX Trading Ltd. | 1.144512267814903 |
| | | | ETHW | | | 0.000352820000000 |
| | | | USD | | | 0.000155344433335 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 34555 | Name on file | FTX Trading Ltd. | AAVE | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | ADABULL | 0.000000000000000 | | 0.000000000000000 |
| | | | AKRO | 0.000000000000000 | | 0.000000000000000 |
| | | | APE | 0.000000000000000 | | 0.000000000000000 |
| | | | ARS | 0.000000000000000 | | 0.000000000000000 |
| | | | ATLAS | 0.000000000000000 | | 0.000000000000000 |
| | | | ATOM | 0.000000000000000 | | 0.000000000000000 |
| | | | AUD | 0.000000000000000 | | 0.000000000000000 |
| | | | AURY | 0.000000000000000 | | 0.000000000000000 |
| | | | AVAX | 0.000000000000000 | | 0.000000000000000 |
| | | | BAO | 0.000000000000000 | | 0.000000000000000 |
| | | | BAT | 0.000000000000000 | | 0.000000000000000 |
| | | | BCH | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB | 0.000000000000000 | | 0.000000000000000 |
| | | | BRL | 0.000000000000000 | | 0.000000000000000 |
| | | | BRZ | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC | 0.000000000000000 | | 0.000000000000000 |
| | | | BULL | 0.000000000000000 | | 0.000000000000000 |
| | | | CAD | 0.000000000000000 | | 0.000000000000000 |
| | | | CEL | 0.000000000000000 | | 0.000000000000000 |
| | | | CHF | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ | 0.000000000000000 | | 0.000000000000000 |
| | | | COPE | 0.000000000000000 | | 0.000000000000000 |
| | | | CRO | 0.000000000000000 | | 0.000000000000000 |
| | | | CUSDT | 0.000000000000000 | | 0.000000000000000 |
| | | | DENT | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGEBULL | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 0.000000000000000 | | 0.000000004179620 |
| | | | ETHBULL | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 0.000000000000000 | | 0.000000000000000 |
| | | | EUR | 0.000000000000000 | | 0.000000000000000 |
| | | | FTM | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 0.000000000000000 | | 0.000000000000000 |
| | | | GALA | 0.000000000000000 | | 0.000000000000000 |
| | | | GBP | 0.000000000000000 | | 0.000000000000000 |
| | | | GHS | 0.000000000000000 | | 0.000000000000000 |
| | | | GRT | 0.000000000000000 | | 0.000000000000000 |
| | | | HKD | 0.000000000000000 | | 0.000000000000000 |

98660*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | Asserted Claims | | | Modified Claim | |
| --- | --- | --- | --- | --- | --- | --- |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | IMX | 0.000000000000000 | | 0.000000000000000 |
| | | | JPY | 0.000000000000000 | | 0.000000000000000 |
| | | | KIN | 0.000000000000000 | | 0.000000000000000 |
| | | | LINK | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC | 0.000000000000000 | | 0.000000000000000 |
| | | | LUNA2 | 0.000000000000000 | | 0.000000000000000 |
| | | | LUNC | 0.000000000000000 | | 0.000000000000000 |
| | | | MANA | 0.000000000000000 | | 0.000000000000000 |
| | | | MATIC | 0.000000000000000 | | 0.000000000000000 |
| | | | MXN | 0.000000000000000 | | 0.000000000000000 |
| | | | NFT (330754205060863002/BELGIUM TICKET STUB #1026) | | | 1.000000000000000 |
| | | | NFT (337846984432415991/FTX CRYPTO CUP 2022 KEY #13887) | | | 1.000000000000000 |
| | | | NFT (349852868312757852/MONZA TICKET STUB #421) | | | 1.000000000000000 |
| | | | NFT (425456062448943793/FTX EU - WE ARE HERE! #124132) | | | 1.000000000000000 |
| | | | NFT (438281016558602540/FTX EU - WE ARE HERE! #123989) | | | 1.000000000000000 |
| | | | NFT (536549151672567523/THE HILL BY FTX #2956) | | | 1.000000000000000 |
| | | | NFT (539264584002687491/FRANCE TICKET STUB #1828) | | | 1.000000000000000 |
| | | | NFT (562243968011480747/FTX EU - WE ARE HERE! #123784) | | | 1.000000000000000 |
| | | | POLIS | 0.000000000000000 | | 0.000000000000000 |
| | | | RAY | 0.000000000000000 | | 0.000000000000000 |
| | | | RSR | 0.000000000000000 | | 0.000000000000000 |
| | | | RUNE | 0.000000000000000 | | 0.000000000000000 |
| | | | SAND | 0.000000000000000 | | 0.000000000000000 |
| | | | SGD | 0.000000000000000 | | 0.000000000000000 |
| | | | SHIB | 0.000000000000000 | | 0.000000000000000 |
| | | | SOL | 0.000000000000000 | | 0.000000000000000 |
| | | | SPELL | 0.000000000000000 | | 0.000000000000000 |
| | | | SRM | 0.000000000000000 | | 0.000000000000000 |
| | | | STEP | 0.000000000000000 | | 0.000000000000000 |
| | | | SUSHI | 0.000000000000000 | | 0.000000000000000 |
| | | | SXP | 0.000000000000000 | | 0.000000000000000 |
| | | | TONCOIN | 0.000000000000000 | | 0.000000000000000 |
| | | | TRX | 0.000000000000000 | | 0.000000000000000 |
| | | | TRY | 0.000000000000000 | | 0.000000000000000 |
| | | | UBXT | 0.000000000000000 | | 0.000000000000000 |
| | | | UNI | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 0.000000000000000 | | 0.000000010074753 |
| | | | USDC | 0.000000000000000 | | 0.000000000000000 |
| | | | USDT | | | 12,499.989056140486000 |
| | | | USTC | 0.000000000000000 | | 0.000000000000000 |
| | | | VND | 0.000000000000000 | | 0.000000000000000 |
| | | | XOF | 0.000000000000000 | | 0.000000000000000 |
| | | | XRP | 0.000000000000000 | | 0.000000000000000 |
| | | | XRPBULL | 0.000000000000000 | | 0.000000000000000 |
| | | | ZAR | 0.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| --- | --- | --- | --- | --- | --- | --- |
| 98551 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | FTX Trading Ltd. | 2.749324530000000 |
| | | | DOGE | | | 1.000000000000000 |
| | | | HOLY | | | 1.011483280000000 |
| | | | KIN | | | 1.000000000000000 |
| | | | UBXT | | | 1.000000000000000 |
| | | | USD | | | 0.903798975793013 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| --- | --- | --- | --- | --- | --- | --- |
| 98682 | Name on file | FTX Trading Ltd. | BADGER | Undetermined* | FTX Trading Ltd. | 1.274692370000000 |
| | | | FTM | | | 6.722542910000000 |
| | | | FTT | | | 0.237642880000000 |
| | | | GALA | | | 46.044882700000000 |
| | | | MATIC | | | 8.332867900000000 |
| | | | RUNE | | | 1.339220760000000 |
| | | | SOL | | | 0.118096560000000 |
| | | | USD | | | 12.807438000000000 |
| | | | USDT | | | 106.693127911259850 |
| | | | VETBULL | | | 86.982600000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| --- | --- | --- | --- | --- | --- | --- |
| 28199* | Name on file | FTX Trading Ltd. | BTC | Undetermined* | West Realm Shires Services Inc. | 0.068914770000000 |
| | | | ETH | | | 1.083232700000000 |
| | | | ETHW | | | 1.083232700000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| --- | --- | --- | --- | --- | --- | --- |
| 98711* | Name on file | FTX Trading Ltd. | BAT | Undetermined* | West Realm Shires Services Inc. | 351.363843030000000 |
| | | | MATIC | | | 125.109636590000000 |
| | | | SHIB | | | 2.000000000000000 |
| | | | USD | | | 0.000000002705024 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| --- | --- | --- | --- | --- | --- | --- |
| 98654* | Name on file | FTX Trading Ltd. | ALGO | Undetermined* | West Realm Shires Services Inc. | 0.000000000800000 |
| | | | BTC | | | 0.000000009158583 |
| | | | ETH | | | 0.000000008771469 |
| | | | ETHW | | | 0.000014088771469 |
| | | | GRT | | | 0.000000007262727 |
| | | | LINK | | | 0.000036990000000 |
| | | | MATIC | | | 0.000000005666305 |
| | | | NFT (336350130283523886/BARCELONA TICKET STUB #2441) | | | 1.000000000000000 |
| | | | NFT (561334821883367856/MIAMI TICKET STUB #408) | | | 1.000000000000000 |
| | | | USD | | | 1,150.334824782461500 |

28199*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
98711*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
98654*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | USDT | | | 0.000000010125238 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| | | | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| 298 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 0.000071741345200 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | FTT | | | 0.971158680000000 |
| | | | TRX | | | 0.018873000000000 |
| | | | USD | 2,000.000000000000000 | | 2,079.464992418891000 |
| | | | USDT | | | 0.000000012274173 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 98753 | Name on file | FTX Trading Ltd. | ETH | Undetermined* | FTX Trading Ltd. | 11.747000000000000 |
| | | | ETHW | | | 11.747000000000000 |
| | | | FTT | | | 0.070132000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 48076* | Name on file | FTX Trading Ltd. | BRZ | Undetermined* | West Realm Shires Services Inc. | 2.000000000000000 |
| | | | BTC | | | 0.024757550000000 |
| | | | DOGE | | | 34.241966450000000 |
| | | | ETH | | | 0.543067810000000 |
| | | | ETHW | | | 0.542839650000000 |
| | | | LTC | | | 2.081188980000000 |
| | | | SHIB | | | 8.000000000000000 |
| | | | SOL | | | 5.779735690000000 |
| | | | USD | | | 0.000040531644463 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 98683 | Name on file | FTX Trading Ltd. | BNB | Undetermined* | FTX Trading Ltd. | 0.001000000000000 |
| | | | BTC | | | 0.043966245904550 |
| | | | ETH | | | 0.006260320000000 |
| | | | TRX | | | 0.910640910000000 |
| | | | USD | | | 1.396628867126238 |
| | | | USDT | | | 0.000000007062500 |
| | | | XRP | | | 0.566169000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 98694 | Name on file | FTX Trading Ltd. | AVAX | Undetermined* | FTX Trading Ltd. | 569.835024660000000 |
| | | | BAT | | | 15,514.917774480000000 |
| | | | LRC | | | 11,538.284175000000000 |
| | | | TRX | | | 0.070033000000000 |
| | | | USDT | | | 4,326.748981988872000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 98597 | Name on file | FTX Trading Ltd. | GOG | Undetermined* | FTX Trading Ltd. | 165.793390066221950 |
| | | | MAPS | | | 0.000000000086685 |
| | | | USDT | | | 0.000000007816715 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 16399 | Name on file | FTX Trading Ltd. | | | FTX Trading Ltd. | |
| | | | BRL | Undetermined* | | 0.000000000000000 |
| | | | BRZ | | | 756.115166780000000 |
| | | | EUR | | | 0.005594664895274 |
| | | | TRX | | | 0.000037000000000 |
| | | | USD | | | 0.000000009294150 |
| | | | USDT | | | 0.000000014738410 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 98204 | Name on file | West Realm Shires Services Inc. | AAVE | Undetermined* | West Realm Shires Services Inc. | 0.000000007850784 |
| | | | AUD | | | 0.000000009962368 |
| | | | BAT | | | 0.000000003651850 |
| | | | BCH | | | 0.000215108840248 |
| | | | BRZ | | | 0.000000005690904 |
| | | | BTC | | | 0.000000009903994 |
| | | | POC Other NFT Assertions: CRYTOID | | | 0.000000000000000 |
| | | | EUR | | | 0.000000006235097 |
| | | | FTT | | | 0.000000000000000 |
| | | | GRT | | | 0.000000009381911 |
| | | | PAXG | | | 0.000000006494748 |
| | | | SOL | | | 0.000000012682772 |
| | | | SUSHI | | | 0.000000000000000 |
| | | | TRX | | | 0.000000009561494 |
| | | | USD | | | 0.000000937239678 |
| | | | USDT | | | 0.000000015500290 |
| | | | XRP | | | 0.000000000000000 |
| | | | YFI | | | 0.000000001538005 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 98717 | Name on file | FTX Trading Ltd. | ATLAS | Undetermined* | FTX Trading Ltd. | 2,900.290001550216400 |
| | | | BRZ | | | 0.000000000000000 |
| | | | FTT | | | 1.253648497464477 |
| | | | USD | | | 0.000000153870706 |
| | | | USDT | | | 0.000000013442141 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 39958* | Name on file | FTX Trading Ltd. | BTC | Undetermined* | West Realm Shires Services Inc. | 0.010336590000000 |
| | | | ETH | | | 0.052172790000000 |
| | | | ETHW | | | 0.051526500000000 |
| | | | SHIB | | | 2.000000000000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | USD | | | 0.022089618156200 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 91389* | Name on file | FTX Trading Ltd. | AVAX | Undetermined* | West Realm Shires Services Inc. | 1.531852970000000 |

48076*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
39958*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
91389*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | BTC | | | 0.149586360000000 |
| | | | ETH | | | 1.238790650000000 |
| | | | ETHW | | | 1.204873750000000 |
| | | | LTC | | | 7.106057230000000 |
| | | | SHIB | | | 1,327,557.321666530000000 |
| | | | SOL | | | 2.369545220000000 |
| | | | SUSHI | | | 36.178467280000000 |
| | | | USD | | | 1.206074005000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98762 | Name on file | FTX Trading Ltd. | ATLAS | Undetermined* | FTX Trading Ltd. | 0.896516997408450 |
| | | | BTC | | | 0.041826805365504 |
| | | | USD | | | 0.003947092082781 |
| | | | XRP | | | 0.000000000203890 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19226* | Name on file | FTX Trading Ltd. | AKRO | Undetermined* | FTX Trading Ltd. | 0.000000006421898 |
| | | | APE | | | 0.000000005861019 |
| | | | DENT | | | 0.000000008304001 |
| | | | FTM | | | 0.000000007519416 |
| | | | FTT | | | 20.767761234240265 |
| | | | GBP | | | 0.000000008652703 |
| | | | USD | | | 0.000730660619323 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 97578 | Name on file | FTX Trading Ltd. | ETH | Undetermined* | FTX Trading Ltd. | 0.000020715000000 |
| | | | FTM-PERP | | | 0.000000000000000 |
| | | | FTT | | | 780.117360000000000 |
| | | | FTT-PERP | | | 0.000000000000000 |
| | | | SOL | | | 0.200000000000000 |
| | | | SOL-PERP | | | 0.000000000000000 |
| | | | SRM | | | 10.020865560000000 |
| | | | SRM_LOCKED | | | 117.299134440000000 |
| | | | USD | | | 22,742.725238549390000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98655 | Name on file | FTX Trading Ltd. | ATLAS | Undetermined* | FTX Trading Ltd. | 99.330704740000000 |
| | | | GENE | | | 1.004270400000000 |
| | | | RAY | | | 2.378828500000000 |
| | | | SPELL | | | 1,543.575761160000000 |
| | | | USD | | | 170.282778948524600 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98668 | Name on file | FTX Trading Ltd. | AVAX-PERP | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
| | | | ETH | | | 0.000496750000000 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | ETHW | | | 0.000496751401580 |
| | | | GODS | | | 0.056928000000000 |
| | | | MANA | | | 0.994000000000000 |
| | | | TRX | | | 0.000077000000000 |
| | | | USD | | | 854.497522525074000 |
| | | | USDT | | | 0.003268887965607 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98622* | Name on file | FTX Trading Ltd. | USD | Undetermined* | West Realm Shires Services Inc. | 263.014600250000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98709 | Name on file | FTX Trading Ltd. | FRONT | | FTX Trading Ltd. | 0.817980000000000 |
| | | | FTT | 40.000000000000000 | | 3.800000000000000 |
| | | | TRX | | | 0.000000200000000 |
| | | | USD | | | 0.104548085625000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98172* | Name on file | FTX Trading Ltd. | USD | | West Realm Shires Services Inc. | 25,000.000000000000000 |
| | | | Other Activity Asserted: $25,000 - Wired $25,000 to FTX to purchase Bitcoin to invest in Novatech, but money was never returned, neither did I receive Bitcoin purchase. | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98575* | Name on file | FTX Trading Ltd. | NFT (415029817013946565/NORTHERN LIGHTS #108) | | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | POC Other NFT Assertions: NORTHERN LIGHTS #108 | 1.000000000000000 | | 0.000000000000000 |
| | | | SOL | | | 0.310000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98722 | Name on file | West Realm Shires Services Inc. | ALGO | Undetermined* | West Realm Shires Services Inc. | 1,610.666474989000000 |
| | | | BAT | | | 1.000000000000000 |
| | | | BRZ | | | 1.000000000000000 |
| | | | BTC | | | 0.045603570000000 |
| | | | DOGE | | | 2.000000000000000 |
| | | | NEAR | | | 539.859318630000000 |
| | | | TRX | | | 2.000000000000000 |
| | | | USD | | | 0.072448024974720 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| | | | | | | |
|---|---|---|---|---|---|---|
| 98707* | Name on file | FTX Trading Ltd. | USD | Undetermined* | West Realm Shires Services Inc. | 1,997.690000000000000 |

19226*: Claim was ordered modified on the FTX Recovery Trust's One Hundredth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
98622*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
98172*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
98575*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
98707*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 98548 | Name on file | FTX Trading Ltd. | TRX<br>USDT | Undetermined* | FTX Trading Ltd. | 0.006589000000000000<br>744.060000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts