# SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Seventy-First Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Debtor** |
| 24243 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98660[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98443 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98787 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98675[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2024 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98382 | Name on file | FTX US Trading, Inc. | West Realm Shires Services Inc. |
| 87361 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 32938 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1853 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98322 | Name on file | Liquid Securities Singapore Pte Ltd | Quoine Pte Ltd |
| 941[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98598[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 819[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 107 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98566[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96397 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 16208 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96895 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 3032[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96679 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 410 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 54558[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 73180[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 28199[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95328 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 72[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60042 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 585 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98523 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82807 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1948 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 95501 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98711[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 162 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 38953 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29141 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98546 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20710[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98654[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98444[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 92915 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 68680 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 88977 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 14788[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79436 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 3030[b] | Name on file | FTX US Trading, Inc. | West Realm Shires Services Inc. |
| 1796[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 48076[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 37701 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 35150[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62426 | Name on file | FTX Japan K.K. | Quoine Pte Ltd |
| 82[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 81858[f] | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 756 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1859[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 890 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98273 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 16192[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29555 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 5648[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1259 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29210[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 21410 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 70945 | Name on file | FTX Trading Ltd. | FTX EU Ltd. |
| 78062 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1501[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2410[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2001 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98593[a] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |

|  |  | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 90852 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2380 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84425[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98653 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 69288[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 39958[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 91389[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1151 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2961 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98700 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 23347 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 5627 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2341[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 7166[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 17785 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 3049 | Name on file | FTX US Services, Inc. | West Realm Shires Services Inc. |
| 828 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 15014[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 19674 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 41083[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1499[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79805[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27064 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 826[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 4059 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98672[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98647[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 33692[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 18168 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 56236[b] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98522 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96366 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29868[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 77548 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 25237 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 34077 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98622[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65236 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93726 | Name on file | FTX EU Ltd. | West Realm Shires Services Inc. |
| 98172[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 940 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 54308 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98640[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93919[b] | Name on file | FTX Japan K.K. | Quoine Pte Ltd |
| 1792[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98575[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 744 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79301[e] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98678 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 3261[c] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97692[c] | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 17398 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98707[d] | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

A: Claim is also included in the FTX Recovery Trust's One Hundred Sixty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
B: Claim is also included in the FTX Recovery Trust's One Hundred Sixty-Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
C: Claim is also included in the FTX Recovery Trust's One Hundred Sixty-Eighth (Non-Substantive) Omnibus Objection to Certain Partially Unliquidated Proofs of Claim (Customer Claims)
D: Claim is also included in the FTX Recovery Trust's One Hundred Sixty-Ninth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims)
E: Claim is also included in the FTX Recovery Trust's One Hundred Seventieth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
F: Claim is also included as a Surviving Claim in the FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Proofs of Claim (Customer Claims) and the One Hundred Sixty-Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)