# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: June 18, 2025

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 18, 2025, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Paul Pullo*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 28790 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 3/7/2025 |
| 29359 | Name on File<br>Address on File<br>Email Address on File | BFCP IV LLC as Transferee of Name on File<br>c/o Nexxus Holdings Operations LLC<br>Attn: Tim Babich<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109<br>Email:tim.babich@nexxus-holdings.com | 3/7/2025 |
| 29401 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:12017192157@tls.ldsprod.com, rbeacher@pryorcashman.com | 3/7/2025 |
| 29409 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XIV LLC as Transferee of Name on File<br>Attn: S. Kim<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: skim@diametercap.com | 3/14/2025 |
| 29416 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email:mlinn@farcap.com | 3/7/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29491 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St. #210<br>Wilmington, DE 19801<br>Email: paxtbi.xyz@gmail.com | 3/14/2025 |
| 29496 | Name on File<br>Address on File<br>Email Address on File | Trup Recovery LLC as Transferee of Name on File<br>c/o Riva Ridge Capital Management LP<br>Attn: Peter Finelli<br>55 Fifth Avenue, 18th Floor<br>New York, NY 10003<br>Email:RivaTrades@rivalp.com | 3/7/2025 |
| 29498 | Name on File<br>Address on File<br>Email Address on File | DCP Master Investments XV LLC as Transferee of Name on File<br>Attn: Michael Cohn<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email:legal@diametercap.com | 3/7/2025 |
| 29505 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia LLC as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email:tlin@crowell.com,<br>ftx@kingstreet.com | 3/7/2025 |
| 29521 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email:ezra@serrurco.com | 3/7/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29529 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email:ezra@serrurco.com | 3/7/2025 |
| 29541 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC as Transferee of Name on File<br>c/o Hudson Bay Capital Management LP<br>Attn: Matthew Weinstein & Chad Flick<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email:cflick@hudsonbaycapital.com, mweinstein@hudsonbaycapital.com | 3/7/2025 |
| 29551 | Name on File<br>Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue, Ste. 416 / #20<br>Brooklyn, NY 11222<br>Email:ezra@serrurco.com | 3/7/2025 |
| 29556 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29559 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC as Transferee of Name on File<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email:vjel@cherokeeacq.com | 3/7/2025 |
| 29570 | Name on File<br>Address on File | Confusion Capital Inc as Transferee of Name on File<br>Attn: Nevin Freeman<br>450 Sinclair St.<br>Reno, NV 89501 | 3/7/2025 |
| 29580 | Name on File<br>Address on File<br>Email Address on File | Figure Markets Inc as Transferee of Name on File<br>Attn: Dan Grueter<br>650 California Street, Suite 2700<br>San Francisco, CA 94108 | 3/7/2025 |
| 29585 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue<br>Suite 416 #20<br>Brooklyn, NY 11222<br>Email:ezra@serrurco.com | 3/7/2025 |
| 29586 | Name on File<br>Address on File<br>Email Address on File | SIP SPV I LLC as Transferee of Name on File<br>Attn: Ezra Serrur<br>37 Greenpoint Avenue<br>Suite 416 #20<br>Brooklyn, NY 11222<br>Email:ezra@serrurco.com | 3/7/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29598 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>c/o Benefit Street Partners<br>Attn: Max Rudenstein<br>100 Federal Street, Floor 22-BSP<br>Boston, MA 02110<br>Email:m.rudenstein@benefitstreetpartners.com | 3/7/2025 |
| 29600 | Name on File<br>Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>Attn: Jonathan Farnham<br>9 West 57th Street, Suite 4920<br>New York, NY 10019<br>Email:j.farnham@benefitstreetpartners.com | 3/7/2025 |
| 29608 | Name on File<br>Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>c/o Benefit Street Partners<br>Attn: Max Rudenstein<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110<br>Email:m.rudenstein@benefitstreetpartners.com | 3/7/2025 |
| 29614 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:paxtibi.xyz@gmail.com | 3/7/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29703 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>c/o Benefit Street Partners<br>Attn: Max Rudenstein<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110<br>Email: m.rudenstein@benefitstreetpartners.com | 3/14/2025 |
| 29708 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as Transferee of Name on File<br>c/o Benefit Street Partners, LLC<br>Attn: Max Rudenstein<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110<br>Email:m.rudenstein@benefitstreetpartners.com | 3/7/2025 |
| 29710 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com, 12017192157@tls.ldsprod.com | 3/14/2025 |
| 29713 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia, LLC as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com, FTX@kingstreet.com | 3/14/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29715 | Name on File<br>Address on File<br>Email Address on File | The Canyon Value Realization Master Fund LP as Transferee of Name on File<br>Attn: James Pagnam<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th floor<br>Los Angeles, CA 90067<br>Email: Legal@canyonpartners.com, Jpagnam@canyonparters.com | 3/14/2025 |
| 29718 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia LLC as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attention: Timothy Lin<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com, FTX@kingstreet.com | 3/14/2025 |
| 29724 | Name on File<br>Address on File<br>Email Address on File | Fire Bouvardia LLC as Transferee of Name on File<br>Attn: Timothy Lin<br>c/o Crowell & Moring LLP<br>389 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: FTX@Kingstreet.com, tlin@crowell.com | 3/14/2025 |
| 29745 | Name on File<br>Address on File<br>Email Address on File | Grand Teton Systems Inc as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Avenue<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/14/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29746 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Avenue<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/14/2025 |
| 29755 | Name on File<br>Address on File<br>Email Address on File | SLFAQ LLC as Transferee of Name on File<br>Attn: Freddie Smithson<br>670 White Plains Rd. - Penthouse<br>Scarsdale, NY 10583<br>Email: freddie@slfaqllc.com | 3/14/2025 |
| 29759 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29760 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29762 | Name on File<br>Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29793 | Name on File<br>Address on File<br>Email Address on File | Make Investments LTD as Transferee of Name on File<br>Attn: Ian Delorie<br>PO Box 1657, Suite 212, Second Floor Block A, Unity House<br>Victoria, Mahé, Seychelles<br>Email: sc.make@gmail.com | 3/14/2025 |
| 29802 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29803 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29810 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29811 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29812 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29814 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29816 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29817 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29818 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29819 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29820 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29839 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/21/2025 |
| 29843 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP,c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London, W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/14/2025 |
| 29844 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>Attestor Value Master Fund LP c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW United Kingdom<br>Email: settlements@attestorcapital.com | 3/21/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29848 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 3/14/2025 |
| 29852 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 3/14/2025 |
| 29880 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/14/2025 |
| 29884 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 3/19/2025 |
| 29894 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com, rbeacher@pryorcashman.com | 3/19/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 29911 | Name on File<br>Address on File<br>Email Address on File | FXCL Acquisition LLC as Transferee of Name on File<br>85 Broad Street, 22nd Floor<br>New York, NY 10004<br>Email: danieksilverstein@opco.com; SA-FTX@opco.com | 3/21/2025 |
| 29927 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC as Transferee of Name on File<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 3/21/2025 |
| 29930 | Name on File<br>Address on File<br>Email Address on File | 117 Partners LLC as Transferee of Name on File<br>Attn: Thomas Braziel and Bruce Tan<br>130 Canal St., #602<br>Pooler, GA 31322<br>Email: tom@117partners.com; bruce@117partners.com | 3/21/2025 |
| 29934 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email: 12017192157@tls.ldsprod.com, rbeacher@pryorcashman.com | 3/19/2025 |
| 29939 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 3/21/2025 |