# **Exhibit 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| ALAMEDA GLOBAL SERVICES LTD., | Case No. 22-11134 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| ALAMEDA RESEARCH (BAHAMAS) LTD, | Case No. 22-11105 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. _____ |
| In re: | Chapter 11 |
| ALAMEDA RESEARCH HOLDINGS INC, | Case No. 22-11069 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| ALAMEDA RESEARCH KK, | Case No. 22-11106 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMEDA RESEARCH LTD, | Case No. 22-11067 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| ALAMEDA RESEARCH LLC, | Case No. 22-11066 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| ALAMEDA RESEARCH YANKARI LTD, | Case No. 22-11108 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| ALAMEDA TR LTD, | Case No. 22-11078 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| ALAMEDA TR SYSTEMS S. DE R. L., | Case No. 22-11109 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| ALLSTON WAY LTD, | Case No. 22-11079 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| ATLANTIS TECHNOLOGY LTD., | Case No. 22-11081 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| BANCROFT WAY LTD, | Case No. 22-11082 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| BLOCKFOLIO, INC., | Case No. 22-11110 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| BLUE RIDGE LTD, | Case No. 22-11083 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| CARDINAL VENTURES LTD, | Case No. 22-11084 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| CEDAR BAY LTD, | Case No. 22-11085 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| CEDAR GROVE TECHNOLOGY SERVICES, LTD., | Case No. 22-11162 (KBO) |
| | (Jointly Administered) |
| Debtor. | Ref. No. ___ |
| In re: | Chapter 11 |
| CLIFTON BAY INVESTMENTS LLC, | Case No. 22-11070 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| CLIFTON BAY INVESTMENTS LTD, | Case No. 22-11111 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| COTTONWOOD GROVE LTD, | Case No. 22-11112 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| COTTONWOOD TECHNOLOGIES LTD, | Case No. 22-11136 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| CRYPTO BAHAMAS LLC, | Case No. 22-11113 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| DECK TECHNOLOGIES HOLDINGS LLC, | Case No. 22-11138 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| DECK TECHNOLOGIES INC., | Case No. 22-11139 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| DEEP CREEK LTD, | Case No. 22-11114 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| DIGITAL CUSTODY INC., | Case No. 22-11115 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| EUCLID WAY LTD, | Case No. 22-11141 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX (GIBRALTAR) LTD, | Case No. 22-11116 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| FTX CANADA INC, | Case No. 22-11117 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX DIGITAL ASSETS LLC, | Case No. 22-11143 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD, | Case No. 22-11118 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX EMEA LTD., | Case No. 22-11145 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX EQUITY RECORD HOLDINGS LTD, | Case No. 22-11099 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX EUROPE AG, | Case No. 22-11075 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| FTX HONG KONG LTD, | Case No. 22-11101 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX LEND INC., | Case No. 22-11167 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX MARKETPLACE, INC., | Case No. 22-11168 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX PROPERTY HOLDINGS LTD, | Case No. 22-11076 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX SERVICES SOLUTIONS LTD., | Case No. 22-11120 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX US SERVICES, INC., | Case No. 22-11171 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| FTX US TRADING, INC., | Case No. 22-11149 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX VENTURES LTD, | Case No. 22-11172 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX ZUMA LTD., | Case No. 22-11124 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| GG TRADING TERMINAL LTD, | Case No. 22-11173 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| GLOBAL COMPASS DYNAMICS LTD., | Case No. 22-11125 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| GOOD LUCK GAMES, LLC, | Case No. 22-11174 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| GOODMAN INVESTMENTS LTD., | Case No. 22-11126 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| HANNAM GROUP INC, | Case No. 22-11175 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| HAWAII DIGITAL ASSETS INC., | Case No. 22-11127 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| HILLTOP TECHNOLOGY SERVICES LLC, | Case No. 22-11176 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| HIVE EMPIRE TRADING PTY LTD, | Case No. 22-11150 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| ISLAND BAY VENTURES INC., | Case No. 22-11129 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| KILLARNEY LAKE INVESTMENTS LTD, | Case No. 22-11131 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| LP BITCOIN YIELD ENHANCEMENT FUND SUCCESSOR, LLC (F/K/A LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND, LLC), | Case No. 22-11177 (KBO) |
| | (Jointly Administered) |
| Debtor. | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP, | Case No. 22-11155 (KBO) |
| | (Jointly Administered) |
| Debtor. | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| LEDGERPRIME VENTURES, LP, | Case No. 22-11159 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| LT BASKETS LTD., | Case No. 22-11077 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| MACLAURIN INVESTMENTS LTD., | Case No. 22-11087 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| MANGROVE CAY LTD, | Case No. 22-11088 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| NORTH DIMENSION INC., | Case No. 22-11153 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| NORTH DIMENSION LTD, | Case No. 22-11160 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| NORTH WIRELESS DIMENSION INC., | Case No. 22-11154 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| PAPER BIRD INC., | Case No. 22-11089 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| PIONEER STREET INC., | Case No. 22-11090 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| QUOINE PTE LTD, | Case No. 22-11161 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| STRATEGY ARK COLLECTIVE LTD., | Case No. 22-11094 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| TECHNOLOGY SERVICES BAHAMAS LIMITED, | Case No. 22-11095 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| VERDANT CANYON CAPITAL LLC, | Case No. 22-11096 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| WEST INNOVATIVE BARISTA LTD., | Case No. 22-11097 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| WEST REALM SHIRES FINANCIAL SERVICES INC., | Case No. 22-11072 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| WEST REALM SHIRES INC., | Case No. 22-11183 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| WEST REALM SHIRES SERVICES INC., | Case No. 22-11071 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| WESTERN CONCORD ENTERPRISES LTD., | Case No. 22-11098 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| FTX JAPAN HOLDINGS K.K., | Case No. 22-11074 (KBO) |
| Debtor. | (Jointly Administered) |
| | Ref. No. ___ |
| In re: | Chapter 11 |
| LH SUCCESSOR INC. (F/K/A LEDGER HOLDINGS INC.), | Case No. 22-11073 (KBO) |
| | (Jointly Administered) |
| Debtor. | Ref. No. ___ |
| In re: | Chapter 11 |
| LP SUCCESSOR ENTITY LLC (F/K/A LEDGER PRIME LLC), | Case No. 22-11158 (KBO) |
| | (Jointly Administered) |
| Debtor. | Ref. No. ___ |

| | |
|---|---|
| In re: | Chapter 11 |
| LP DIGITAL ASSET OPPORTUNITIES FUND SUCCESSOR, LLC (F/K/A LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND, LLC), | Case No. 22-11156 (KBO) |
| | (Jointly Administered) |
| | Ref. No. ___ |
| Debtor. | |
| In re: | Chapter 11 |
| LP DIGITAL ASSET OPPORTUNITIES MASTER FUND SUCCESSOR LP (F/K/A LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP), | Case No. 22-11157 (KBO) |
| | (Jointly Administered) |
| | Ref. No. ___ |
| Debtor. | |

## FINAL DECREE (I) CLOSING THE CHAPTER 11 CASES OF THE CONSOLIDATED DEBTORS AND (II) CLOSING THE CHAPTER 11 CASES OF THE SEPARATE SUBSIDIARIES ON THE APPLICABLE CLOSING DATE

Upon the motion (the "Motion")[2] of the FTX Recovery Trust for entry of a final decree (this "Final Decree") pursuant to sections 105(a) and 350(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 3022-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), entering a final decree (i) closing the Chapter 11 Cases of the Consolidated Debtors upon entry of this Final Decree and (ii) closing the Chapter 11 Cases of the Separate Subsidiaries on the applicable Closing Date; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a

---

[2]    Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

final decree consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and upon the record of all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the FTX Recovery Trust, its stakeholders and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Chapter 11 Cases of the Debtors listed on the attached <u>Schedule 1</u> (such Debtors, the "<u>Consolidated Debtors</u>") shall be deemed closed as of the date hereof; *provided* that the Court shall retain jurisdiction as provided in Article 14 of the Plan, and entry of this Final Decree is without prejudice to the rights of the FTX Recovery Trust or any party-in-interest to seek to reopen any of the chapter 11 cases listed on <u>Schedule 1</u> for cause pursuant to section 350(b) of the Bankruptcy Code.

3.      Following the full administration of each of the Separate Subsidiaries listed on the attached <u>Schedule 2</u>, the Plan Administrator shall file a notice substantially in the form attached hereto as <u>Exhibit A</u> on the docket of these Chapter 11 Cases (such notice, a "<u>Closing Notice</u>").  If no objections to the Closing Notice are received by the Plan Administrator

within ten (10) days after such Closing Notice is served, the Chapter 11 Case of the applicable

Separate Subsidiary shall be deemed closed; *provided* that the closing of such Chapter 11 Case is

without prejudice to the rights of the FTX Recovery Trust or any party-in-interest to seek to

reopen such Chapter 11 Case for cause pursuant to section 350(b) of the Bankruptcy Code.  If a

timely objection to a Closing Notice is received by the Plan Administrator and is not resolved

among the parties, the Chapter 11 Case of the applicable Separate Subsidiary shall not be

deemed closed absent further order of the Court.

4.      The Clerk of the Court and other relevant parties are authorized and shall

take any actions necessary to update the ECF filing system and their respective records to mark

the dockets of the Closing Debtors as "Closed".

5.      To the extent not already paid, the fees required to be paid to the United

States Trustee under 28 U.S.C. § 1930(a) shall be paid by the FTX Recovery Trust on behalf of

all closed chapter 11 cases as soon as reasonably practicable after the date of entry of this Final

Decree.  The FTX Recovery Trust shall not be obligated to pay any fees to the United States

Trustee for any Consolidated Debtors (excluding, for the avoidance of doubt, FTX Recovery

Trust, Case No. 22-11068, which shall continue to be obligated to pay such fees) for any period

following the entry of this Final Decree.  The Separate Subsidiaries shall remain obligated to pay

any fees to the United States Trustee for their respective cases through the closing of such cases.

6.      This Final Decree is without prejudice to the rights of the FTX Recovery

Trust with respect to any and all adversary proceedings and contested matters (or any other

actions or proceedings whether ongoing or not yet commenced) regarding claims or causes of

actions retained by the FTX Recovery Trust, which may still be commenced, prosecuted and

determined according to the terms of the Plan.

7.      The requirement under Local Rule 3022-1(a)(ii) to file a final report with respect to the Closing Debtors is hereby waived, and the FTX Recovery Trust shall file a consolidated final report, including the information required under Local Rule 3022-1(a) as to each Debtor, along with a motion to close the Lead Case, which will remain open pending further order of this Court.

8.      The FTX Recovery Trust and the claims agent are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Final Decree.

9.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Final Decree.


Dated: _____
       Wilmington, Delaware                    _____
                                               The Honorable Karen B. Owens
                                               Chief United States Bankruptcy Judge

<u>**Schedule 1**</u>

**Consolidated Debtors**

| Entity Name | Case Number |
|---|---|
| Alameda Global Services Ltd. | 22-11134 |
| Alameda Research (Bahamas) Ltd | 22-11105 |
| Alameda Research Holdings Inc. | 22-11069 |
| Alameda Research KK | 22-11106 |
| Alameda Research Ltd | 22-11067 |
| Alameda Research LLC | 22-11066 |
| Alameda Research Yankari Ltd | 22-11108 |
| Alameda TR Ltd | 22-11078 |
| Alameda TR Systems S. de R. L. | 22-11109 |
| Allston Way Ltd | 22-11079 |
| Atlantis Technology Ltd. | 22-11081 |
| Bancroft Way Ltd | 22-11082 |
| Blockfolio, Inc. | 22-11110 |
| Blue Ridge Ltd | 22-11083 |
| Cardinal Ventures Ltd | 22-11084 |
| Cedar Bay Ltd | 22-11085 |
| Cedar Grove Technology Services, Ltd. | 22-11162 |
| Clifton Bay Investments LLC | 22-11070 |
| Clifton Bay Investments Ltd | 22-11111 |
| Cottonwood Grove Ltd | 22-11112 |
| Cottonwood Technologies Ltd | 22-11136 |
| Crypto Bahamas LLC | 22-11113 |
| Deck Technologies Holdings LLC | 22-11138 |
| Deck Technologies Inc. | 22-11139 |
| Deep Creek Ltd | 22-11114 |
| Digital Custody Inc. | 22-11115 |
| Euclid Way Ltd | 22-11141 |
| FTX (Gibraltar) Ltd | 22-11116 |
| FTX Canada Inc | 22-11117 |
| FTX Digital Assets LLC | 22-11143 |
| FTX Digital Holdings (Singapore) Pte Ltd | 22-11118 |
| FTX EMEA Ltd. | 22-11145 |
| FTX Equity Record Holdings Ltd | 22-11099 |
| FTX Europe AG | 22-11075 |
| FTX Hong Kong Ltd | 22-11101 |

| | |
|---|---|
| FTX Lend Inc. | 22-11167 |
| FTX Marketplace, Inc. | 22-11168 |
| FTX Property Holdings Ltd | 22-11076 |
| FTX Services Solutions Ltd. | 22-11120 |
| FTX US Services, Inc. | 22-11171 |
| FTX US Trading, Inc. | 22-11149 |
| FTX Ventures Ltd | 22-11172 |
| FTX Zuma Ltd | 22-11124 |
| GG Trading Terminal Ltd | 22-11173 |
| Global Compass Dynamics Ltd. | 22-11125 |
| Good Luck Games, LLC | 22-11174 |
| Goodman Investments Ltd. | 22-11126 |
| Hannam Group Inc | 22-11175 |
| Hawaii Digital Assets Inc. | 22-11127 |
| Hilltop Technology Services LLC | 22-11176 |
| Hive Empire Trading Pty Ltd | 22-11150 |
| Island Bay Ventures Inc. | 22-11129 |
| Killarney Lake Investments Ltd | 22-11131 |
| LP Bitcoin Yield Enhancement Fund Successor, LLC f/k/a LedgerPrime Bitcoin Yield Enhancement Fund, LLC | 22-11177 |
| LedgerPrime Bitcoin Yield Enhancement Master Fund LP | 22-11155 |
| LedgerPrime Ventures, LP | 22-11159 |
| LT Baskets Ltd. | 22-11077 |
| Maclaurin Investments Ltd. | 22-11087 |
| Mangrove Cay Ltd | 22-11088 |
| North Dimension Inc. | 22-11153 |
| North Dimension Ltd | 22-11160 |
| North Wireless Dimension Inc. | 22-11154 |
| Paper Bird Inc. | 22-11089 |
| Pioneer Street Inc. | 22-11090 |
| Quoine Pte Ltd | 22-11161 |
| Strategy Ark Collective Ltd. | 22-11094 |
| Technology Services Bahamas Limited | 22-11095 |
| Verdant Canyon Capital LLC | 22-11096 |
| West Innovative Barista Ltd. | 22-11097 |
| West Realm Shires Financial Services Inc. | 22-11072 |
| West Realm Shires Inc. | 22-11183 |
| West Realm Shires Services Inc. | 22-11071 |
| Western Concord Enterprises Ltd. | 22-11098 |

**Schedule 2**

**Separate Subsidiaries**

| Entity Name | Case Number |
|---|---|
| FTX Japan Holdings K.K. | 22-11074 |
| LH Successor Inc. f/k/a Ledger Holdings Inc. | 22-11073 |
| LP Successor Entity LLC f/k/a Ledger Prime LLC | 22-11158 |
| LP Digital Asset Opportunities Fund Successor, LLC f/k/a LedgerPrime Digital Asset Opportunities Fund, LLC | 22-11156 |
| LP Digital Asset Opportunities Master Fund Successor LP f/k/a LedgerPrime Digital Asset Opportunities Master Fund LP | 22-11157 |

**<u>EXHIBIT A</u>**

**Form of Closing Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref No.** |

**NOTICE OF FULL ADMINISTRATION AND CLOSING DATE
OF CHAPTER 11 CASE OF [●]**

**PLEASE TAKE NOTICE** that on June 4, 2025, the FTX Recovery Trust[2] filed the *Motion of the FTX Recovery Trust and the Separate Subsidiaries for Entry Of A Final Decree (I) Closing the Chapter 11 Cases of the Consolidated Debtors and (II) Closing the Chapter 11 Cases of the Separate Subsidiaries on the Applicable Closing Date*[3] [D.I. [●]] (the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that on [●], 2025, the Court approved the Motion and entered the *Final Decree (I) Closing the Chapter 11 Cases of the Consolidated Debtors and (II) Closing the Chapter 11 Cases of the Separate Subsidiaries on the Applicable Closing Date* [D.I. [●]] (the "<u>Order</u>").

**PLEASE TAKE FURTHER NOTICE** that, as of [●], 2025, the Chapter 11 Case of [●] (the "<u>Closing Debtor</u>") has been fully administered because:

    a.    The Closing Debtor has no prospects of commencing any business activities in the future and has no remaining assets or liabilities;

    b.    the Plan Administrator has assumed the management of the property of the Closing Debtor;

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]     The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' (as defined below) confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

[3]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

c. the Plan Administrator has assumed reconciling all claims associated with the Closing Debtor; and

d. all contested matters, adversary proceedings and motions concerning the Closing Debtor have either been resolved, will be resolved, or have transferred to the Plan Administrator, resulting in no substantive change to any litigation nor any prejudice to any interested party.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to this notice must be filed electronically with on the docket of *In re FTX Trading, Ltd.*, et al., Case No. 22-11068 (KBO), in accordance with Local Rule 5005-4, and must (a) be in writing and state with specificity the basis for objecting; (b) comply with the Bankruptcy Code, Bankruptcy Rules, Local Rules and the Order and (c) be filed with the Court and served (which service may be by email) on counsel to the Plan Administrator, (1) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Andrew G. Dietderich (dietdericha@sullcrom.com) and Alexa J. Kranzley (kranzleya@sullcrom.com) and (2) Landis Rath & Cobb LLP, 919 N. Market St., Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com) **so as to be received on or before** [●] (the "Closing Objection Deadline"). Only those responses or objections that are timely filed, served and received will be considered.

**PLEASE TAKE FURTHER NOTICE** that absent order of the Court to the contrary, any party failing to timely file and serve an objection or response before the Closing Objection Deadline in accordance with the Order and this notice **shall be forever barred from asserting any objection to closing the Chapter 11 Case of the Closing Debtor**.

Dated: [●], 2025
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)

-6-

Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*