# Annex 2

THE RT. HON. LORD NEUBERGER OF ABBOTSBURY

David Neuberger read chemistry at Oxford, graduating in 1970.He then spent three years as an investment banker, and then studied to be a barrister, being called to the Bar in 1975. He practised as a barrister in the English and Welsh courts largely in property law, and in 1987 he became a Queen's Counsel. In 1996, he was appointed a High Court Judge, sitting in the Chancery Division in London, and from 2001 he was also Supervisory Chancery Judge for the Midland, Wales and Chester and Western Circuits. In 2004, he was promoted to the Court of Appeal, and made a member of the Privy Council. The following year, he became Judge in charge of IT and modernisation. In 2007 he was appointed a Lord of Appeal in Ordinary (a Law Lord) and was made a member of the House of Lords. He then became Master of the Rolls in 2009. In 2012, he became the President of the United Kingdom Supreme Court, a position from which he retired in September 2017.

In 2006-7, Lord Neuberger chaired an investigation for the Bar Council into widening access to the barristers' profession, which resulted in a report whose recommendations were generally implemented..

Since 2010, Lord Neuberger has been a Non-Permanent Judge of the Hong Kong Court of Final Appeal; in January 2018, he became a Judge of the Singapore International Commercial Court.

Since 2017, Lord Neuberger has been practising as an arbitrator, mediator and legal expert from One Essex Court in the Temple, London.

Lord Neuberger was elected an honorary Fellow of the Royal Society in 2017, and has been an honorary member of the Royal Institution of Chartered Surveyors since 2005. Lord Neuberger is the Chancellor of the University of Law in London, and is President of the British Institute of International and Comparative Law. He chairs the Institute of Family Law Arbitrators and is a trustee of Mental Health Research UK and also of Prisoners Abroad, and Patron of Sapere. Since 2022 he has been President of the Academy of Experts.

His wife worked for many years as a producer of films and programmes for the BBC and now produces TV programmes and writes on a freelance, basis as well as being a governor of Arts University Bournemouth.  They have three children, all of whom are solicitors – and are married to solicitors.