# Annex 3

Cases in which Lord Neuberger of Abbotsbury has testified by deposition

1. Titan Consortium 1 LLC v (1) Teinver Sa, (2) Autobuses Urbanos Del Sur Sa, and (3) Transportes De Cercanías Sa (in the Commercial Court in Madrid, Spain). Evidence as to the enforceability in English law of a litigation funding agreement;

2. OOO "Insurance Company Chubb" v Enka Insaat ve Sanayi AS (in the Arbitrazh (Commercial) Court of Moscow City, Russia). Evidence on the effect in English law of an arbitration agreement;

3. Mobile Telecommunications Company Ksc v HRH Prince Hussam Bin Saudi Bin Abdulaziz Al Saud (in the Saudi Arabia Court of Appeal in Riyadh). Evidence as to the meaning and enforceability of an English law arbitration award;

4. Deutsche Bank AG v. Sebastian Holdings, Inc. et al. (in the Superior Court of Connecticut, Docket No. (X08) FST-CV13-5014167-S). Evidence on the English law on piercing the corporate veil);

5. Levien and Westhead v Hibu plc et al. (in the United States District Court for the Eastern District of Pennsylvania no. 2:19-cv-03239-MMB). Evidence on the English law of deceit and misrepresentation in a claim against companies and company directors;

6. Jaguar Land Rover Limited v. Bentley Motors Limited, and Bentley Motors, Inc. (in the United States District Court for the Eastern District of Virginia Norfolk Division, Case No. 2:18cv320).Evidence as to the effective assignment of a patent; and

7. Ericsson Inc. and Telefonaktiebolaget LM Ericsson v Apple Inc. (in the United States District Court Eastern District of Texas Civil Action No. 2:21-cv-376) Evidence as to the effect of provisions in a patent licence agreement.