# Annex 4

1. *Reasonableness and Good Faith in International Arbitration Law*, Emmanuel Gaillard Lecture 31st October 2023;

2. *Reflections on Recent Developments in the Law of Contract* Harris Society Lecture, 13 June 2022;

3. *AI and Regulation,* Strathclyde University Centre for Professional Legal Studies Talk. 11 May 2022;

4. *Introductory Talk*, Royal Society, Goodenough College, Jesus College Oxford Colloquium on AI and Regulation, 24 March 2022;

5. *Personal Autonomy – a blessing or a curse?  Montgomery v Lanarkshire in context* Medico-Legal Society Annual Lecture 12th January 2022;

6. *Sanctions in International Arbitration: Pros, Cons, and Implications,* Singapore Institute of Arbitrators Annual Lecture 2021, 12 October 2021;

7. *John Laws and his Contribution to Public and Administrative Law* Administrative Law Bar Association Annual Lecture July 2020;

8. *Civil Justice 2019 and 2029: No Change Or All Change?* Peter Taylor Memorial Lecture 30th April 2019

9. *Judicial impartiality: essential or impossible?* - Hibernian Law Journal – H.L.J. 2018, 17, 139-143;

10. *The role of equivalents in UK patent law* – Dutch Patent Law conference 2018

11. *Commercial Cases in the Supreme Court: Another round in the Case of Certainty & Principle v Fairness & Flexibility* Commercial Bar annual lecture 2018

12. *Twenty Years a Judge: Reflections and Refractions*; The Neill Lecture 2017

13. *The law and medicine - one family's view* – Medico-Legal Journal – Med. Leg. J. 2016, 84(4), 185-190;

14. *The constitutional role of the Supreme Court in the context of devolution in the UK* The Lord Rodger Lecture 2016

15. *The process of judging* University of Surrey 2016

16. *Ethics and Advocacy* Lord Slynn Lecture 2016

17. *Some thoughts on judicial reasoning across the jurisdictions* The Mitchell lecture 2016

18. *The Role of the Judge: Umpire in a Contest, Seeker of the Truth or Something in Between?* Singapore Panel on Judicial Ethics 2016

19. *The Role of the Supreme Court Seven Years On – Lessons Learnt* Bar Council Law Reform Lecture 2016

20. *The Grace of God is in Courtesy* Lecture in memory of John Gilling 2016

21. *UK Supreme Court decisions on private and commercial law: The role of public policy and public interest* Centre for Commercial Law Studies

22. *Reflections on the ICLR top fifteen cases: a talk to commemorate the ICLR's 150th anniversary* - Construction Law Journal – Const. L.J. 2016, 32(2), 149-166;

23. *Science and Law: Contrasts and Cooperation* The Royal Society London 2015

24. *Is nothing secret? Confidentiality, Privacy, Freedom of Information and Whistleblowing in the Internet Age* Singapore Academy of Law Annual Lecture 2015

25. *Magna Carta: The Bible of the English Constitution or a disgrace to the English nation?* Guildford Cathedral 2015

26. *Magna Carta and the Holy Grail* Lincoln's Inn Magna Carta Lecture 2015

27. *Fairness in the Courts – the best we can do* Criminal Justice Alliance 2015

28. *Keynote speech* – Arbitration 2015, 81(4), 427-433;

29. *Arbitration and the rule of law* – Arbitration 2015, 81(3), 276-287;

30. *Property law in a changing world* – Estates Gazette – E.G. 2015, 1527, 78-80;

31. *'Judge not, that ye be not judged': judging judicial decision-making.* F A Mann Lecture 2015

32. *Framing a new procedural culture* – Civil Justice Quarterly Availability – C.J.Q. 2015, 34(3), 237-243;

33. *Trade Mark Dilution and Parody* Fox Intellectual Property Lecture, Toronto 2015

34. *The British and Europe* Freshfields Annual Lecture 2015

35. *Intellectual property in the United Kingdom and Europe* – European Intellectual Property Review – E.I.P.R. 2014, 36(11), 693-699;

36. *Some reflections on the legal profession* – Bar Review 2014, 19(4), 80-86;

37. *Expert Witnesses* Bond Solon Expert Witness Conference 2014

38. *The Judicial Committee of the Privy Council in the 21st century* – Cambridge Journal of International and Comparative Law – C.J.I.C.L. 2014, 3(1), 30-45;

39. *Tweaking the Curial Veil* Blackstone Lecture 2014

40. *The UK Constitutional Settlement and the Role of the UK Supreme Court* Legal Wales Conference 2014

41. *The Supreme Court and the Rule of Law* Conkerton Lecture Liverpool 2014

42. *The Remedial Constructive Trust -  Fact or Fiction* Banking Services and Finance Law Association Conference, Queenstown, New Zealand 2014

43. *The role of judges in human rights jurisprudence: a comparison of the Australian and UK experience* Supreme Court of Victoria, Australia

44. *Equity - The soul and spirit of all law or a roguish thing?* Lehane Lecture, Supreme Court of New South Wales, 2014

45. *Sausages and the Judicial Process: The Limits of Transparency* Annual Conference of the Supreme Court of New South Wales 2014,

46. *Intellectual Property in the UK and Europe* Burrell Lecture for the Competition Law Association 2014

47. *Rainbow Lecture on Diversity* House of Commons 2014

48. *Justice and Security* Northern Ireland Judicial Studies Board 2014

49. *AI and Dispute Resolution* Worshipful Company of Arbitrators 2025