# Exhibit B

1. Proof of Claim Against FTX Trading, Ltd. Filed on 27 March 2025 by the Joint Liquidators of Three Arrows Capital Ltd. *and Attachment*.

2. FTX Terms of Service Dated 13 May 2022.

3. Line of Credit Agreement between 3AC and FTX dated 30 March 2022.

4. Line of Credit Agreement between 3AC and FTX dated 22 October 2021.

5. Declaration of the Rt. Hon. Lord Neuberger of Abbotsbury *and Annexes*, *In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del. Sept. 30, 2024), ECF No. 26042.

6. Declaration of Edgar W. Mosley II In Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates, *In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del. Sept. 30, 2024), ECF No. 26044.

7. Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of A Foreign Main Proceeding and Related Relief *and Exhibits*, *In re Three Arrows Capital, Ltd.*, No. 22-10920 (Bankr. S.D.N.Y. July 1, 2022), ECF No. 3.