# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF BENJAMIN S. BELLER IN SUPPORT OF
### THE OBJECTION OF THE FTX RECOVERY TRUST TO THE AMENDED PROOF OF
### CLAIM FILED BY THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL LTD.

I, Benjamin S. Beller, hereby declare under penalty of perjury:

1. I am a member in good standing of the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I am a partner of Sullivan & Cromwell LLP and am one of the attorneys representing the FTX Recovery Trust in the above-captioned proceedings. I submit this declaration in support of the *Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd.* (including all exhibits and schedules thereto, the "Objection"), filed concurrently herewith, to place before the Court certain documents referenced in the Objection.[2]

2. Attached hereto as Exhibit A is a true and correct copy of a screenshot of a post by Kyle Davies (@KyleLDavies) dated December 9, 2022, which was accessed from X

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of post-effective date debtor entities in these chapter 11 cases, a complete list of the post-effective date debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Recovery Trust's claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

-2-

(formerly known as Twitter) at https://x.com/KyleLDavies/status/1601140724984033280 on December 3, 2024.

        3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a group chat between former employees of FTX and 3AC bearing production numbers Tackett_3AC_000000158 through Tackett_3AC_000000227, which was received from Zane Tackett and produced by the FTX Recovery Trust to the Joint Liquidators.

        4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of a June 14, 2022 Slack conversation between Zane Tackett and Sam Bankman-Fried bearing production numbers FTX_3AC_000001594 through FTX_3AC_000001596, which was produced by the Debtors to the Joint Liquidators.

        5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of a June 14, 2022 email from Zane Tackett to Kyle Davies bearing production number FTX_3AC_000000764, which was produced by the Debtors to the Joint Liquidators.

Dated: June 20, 2025        */s/ Benjamin S. Beller*
        Benjamin S. Beller