# Exhibit C

# Short Message Report

| Conversations: 2 | Participants: 15 |
|---|---|
| Total Messages: 16 | Date Range: 6/14/2022 |

## Outline of Conversations

**ftx-locs** • 8 messages on 6/14/2022 • Allison • BHYJ9GQ4C • BUPC56PDJ • Chase Branham • Cheryl • Gustavo Miguel • N • Nate Clancy • Nishad Singh • Richard Chang • Ryan Salame • Sam Bankman-Fried • Sebastian • Swee Rong • Zane Tackett

**ftx-locs** • 8 messages on 6/14/2022 • Allison • BHYJ9GQ4C • BUPC56PDJ • Chase Branham • Cheryl • Gustavo Miguel • N • Nate Clancy • Nishad Singh • Richard Chang • Ryan Salame • Sam Bankman-Fried • Sebastian • Swee Rong • Zane Tackett

CONFIDENTIAL                                    FTX_3AC_000001594

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **ftx-locs**

| | | |
|---|---|---|
| ZT | **Zane Tackett** <br> they're the same per-user | 6/14/2022, 12:02 AM |
| ZT | **Zane Tackett** <br> Yeah they're different. | 6/14/2022, 12:04 AM |
| ZT | **Zane Tackett** <br> @Nishad Singh they're now $20mm in the hole and stopped responding 😦 | 6/14/2022, 2:42 AM |
| SB | **Sam Bankman-Fried** <br> which 'they' | 6/14/2022, 2:45 AM |
| ZT | **Zane Tackett** <br> 3ac | 6/14/2022, 2:48 AM |
| SB | **Sam Bankman-Fried** <br> oof | 6/14/2022, 2:48 AM |
| ZT | **Zane Tackett** <br> yeah… | 6/14/2022, 2:49 AM |

ZT  **Zane Tackett**  6/14/2022, 6:17 AM

<https://twitter.com/cburniske/status/1536563762227949568?s=20&amp;t=mJAjGO1pK0Z0GdRDuBsbTw>
Attachments:

{
  "author_name": "Chris Burniske",
  "service_name": "twitter",
  "fallback": "<https://twitter.com/cburniske|@cburniske>: <https://twitter.com/bryptocapital|@bryptocapital> We may be hearing the same rumors",
  "from_url": "https://twitter.com/cburniske/status/1536563762227949568?s=20&amp;t=mJAjGO1pK0Z0GdRDuBsbTw",
  "id": "1",
  "text": "<https://twitter.com/bryptocapital|@bryptocapital> We may be hearing the same rumors",
  "service_url": "https://twitter.com/",
  "author_link": "https://twitter.com/cburniske/status/1536563762227949568",
  "original_url": "https://twitter.com/cburniske/status/1536563762227949568?s=20&amp;t=mJAjGO1pK0Z0GdRDuBsbTw",
  "author_icon": "https://pbs.twimg.com/profile_images/1494841994572562433/I-j4N9Z7_normal.jpg",
  "footer": "Twitter",
  "footer_icon": "https://a.slack-edge.com/80588/img/services/twitter_pixel_snapped_32.png",
  "ts": "1655180323"
}

---

💬 **ftx-locs**

| | | |
|---|---|---|
| B | **BUPC56PDJ** <br> Users that need to top up on some sub: | 6/14/2022, 10:00 AM |
| B | **BHYJ9GQ4C** <br> Users that need to top up on some sub: | 6/14/2022, 10:00 AM |

**Redacted - Sensitive Information**

# Redacted - Sensitive Information

| | | |
|---|---|---|
| SB | **Sam Bankman-Fried** <br> is there an easy way to see all the LoCs for an account? | 6/14/2022, 1:09 PM |
| RC | **Richard Chang** <br> I think there's something to this 3AC rumor | 6/14/2022, 1:17 PM |
| SB | **Sam Bankman-Fried** <br> yuuup | 6/14/2022, 1:18 PM |
| ZT | **Zane Tackett** <br> <http://Ftx.com/admin/locs\|Ftx.com/admin/locs> | 6/14/2022, 1:45 PM |
| RC | **Richard Chang** <br> Do we have the legal right to delete the LOC? If so we should probably do so in case they try to withdraw more from the accont? | 6/14/2022, 4:07 PM |
| SB | **Sam Bankman-Fried** <br> we've turned off withdrawals <br> 👍 1 • Richard Chang | 6/14/2022, 4:08 PM |