# Exhibit D

Message

**From:** Zane Tackett [zane@ftx.com]
on behalf of   Zane Tackett <zane@ftx.com> [zane@ftx.com]
**Sent:** 6/14/2022 3:53:09 PM
**To:** kyle@threearrowscap.com
**Subject:** Regarding your line of credit on FTX

3AC,

Your account is in an undesirable state. We've tried to reach you several times; consider this something like a final warning.

As per the Line of Credit agreement you signed, we have the right to request information from you to assess your continued eligibility for the LOC at any time, and have the right to remove the it at any time.

Currently your account has about $13m in value outside of your $120m line of credit. Note that, per section 5 of our Line of Credit agreement, you are obligated to maintain 200% of the line of credit ($240m) in your account at all times, and that FTX has the right to charge 10%/day on any shortcomings there. You are currently $227m short on this obligation, and so FTX has the right to charge you $22.7m/day. Further, we noticed that last night around 4AM ET, you did not respond to our inquiries and withdrew even more from your account, thereby actively becoming even more delinquent on your obligation and acting against the spirit of our agreement.

We will remove your $120m line of credit in whichever comes sooner: 4pm ET, your account reaching $3m of value. If the state of your account does not change substantially, this will result in you being levered long crypto on FTX: negative USD, positive crypto. And depending on the state of that leverage, your account may be liquidated.

These are busy times. We know that you are likely overwhelmed with short-term responsibilities. Separate from this discussion, if you wanted to discuss financial relief options for your firm as a whole, we would be open to a conversation there. If you did want to pursue this route, we'd want a conversation with your CEO to assess the situation very shortly.

Cheers,
Zane Tackett

CONFIDENTIAL TREATMENT REQUESTED BY FTX                                                                                    FTX_3AC_000000764