IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| In re: | Case No. 22-11068 (JTD) |
|---|---|
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Ceratosaurus Investors, L.L.C.**
Name of Transferee

**Address for all Notices and Payments:**
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Michael Linn
Email: MLinn@FarallonCapital.com

**FXCL Acquisition LLC**
Name of Transferor

**Address:** On file with Debtors

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule Number: **6001773** | Name (Redacted) | As described on Schedule F | West Realm Shires Services Inc. | 22-11071 |
| Claim Number: **95437** | Name (Redacted) | As described on the Proof of Claim | West Realm Shires Services Inc. | 22-11071 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael G Linn* (DocuSigned)
Transferee/Transferee's Agent

Date: June 13, 2025

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

NYACTIVE-25320389.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

   For value received, the adequacy and sufficiency of which are hereby acknowledged, FXCL Acquisition LLC (the "Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Ceratosaurus Investors, L.L.C. (the "Buyer"), 100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against West Realm Shires Services Inc. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Claim Information | Customer Code | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Customer Claim Confirmation ID:<br><br>3265-70-SGART-213824326<br><br><br>Claim No.: 95437 | Schedule F Customer Code:<br><br>09294337 | 100% of Seller's Claim as described on Schedule F (see attached) and the Customer Claim Form | West Realm Shires Services Inc. | 22-11071 |

   Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing with respect to such transfer as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(*remainder of page blank*)

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13th day of June, 2025.

**SELLER**:

FXCL ACQUISITION LLC, as Seller

By: _____
Name: Dennis McNamara
Title: SVP

**BUYER**:

CERATOSAURUS INVESTORS, L.L.C., as Buyer
By: Farallon Capital Management, L.L.C., Its Manager

By: _____
Name: Michael G. Linn
Title: Managing Director