# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Ceratosaurus Investors, L.L.C. | Paradigm Fund LP |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Michael Linn<br>E-mail: MLinn@FarallonCapital.com;<br>loanops@FarallonCapital.com<br>(tel) 415-421-2132 | c/o<br>Paradigm<br>548 Market Street<br>Suite 46425<br>San Francisco, CA 94104<br><br>Attn:    Alex Walterspiel<br>E-mail:  awalterspiel@paradigm.xyz<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attn:   John R. Luze, P.C.<br>Email:  john.luze@kirkland.com |

*[continues on next page]*

Type and Amount of Interest Transferred:

| Transferor | **Paradigm Fund LP** |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 1,782,965 |
| Series B preferred stock issued by FTX Trading Ltd. | 1,081,013 |
| Series C preferred stock issued by FTX Trading Ltd. | 175,789 |
| Class A common stock issued by West Realm Shires Inc. | 4,640,667 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

<u>Transferee</u>
**CERATOSAURUS INVESTORS, L.L.C.**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: *Michael Linn*
Name: Michael G Linn
Title: Managing Member

<u>Transferor</u>
**PARADIGM FUND LP**
By:    Paradigm Fund GP LLC
Its:    Managing Member

By: _____
Name:  Matt Huang
Title:    Authorized Signatory

NYACTIVE-25321108.2