Honorable Judge Karen B. Owens
United States Bankruptcy Court
District of Delaware
824 Market Street North, 3rd Floor
Wilmington, DE 19801
United States of America

RECEIVED
2025 JUN 23 A 10: 28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 9, 2025

**Re: Request for Equal Treatment and Catch-Up Distribution under the FTX Bankruptcy Plan (Case No. 22-11068)** KBO

Dear Judge Owens,

We, the undersigned creditors in the above-captioned bankruptcy case and members of the FTXCreditor Group, respectfully submit this letter to request equal treatment under the distribution framework outlined in the confirmed Plan.

Each of us holds a claim marked as "disputed" on the basis of a similar Addendum. None of us filed a response to the FTX Recovery Trust's One Hundred Sixtieth Substantive Omnibus Objection [Docket No. 29733]; the response deadline was April 10, and our claims were subsequently modified pursuant to the Order entered on May 9, 2025 [Docket No. 30392].

As of today, we have not received any distribution. However, we are aware that a similarly situated creditor—whose claim was also disputed due to the same Addendum—openly disclosed during the April 17 hearing that she had received a Stipulation Agreement in March 2025 allowing her disputed claim to be deemed allowed, with a catch-up payment to follow within fourteen (14) days. After consideration, she signed the agreement on May 18, 2025; it was subsequently signed by Mr. John J. Ray III on May 22, 2025, and resulted in payment on June 4, 2025.

The Bankruptcy Code requires that similarly situated claims be treated equally. This principle is codified in 11 U.S.C. § 1123(a)(4), which mandates that a plan "shall provide the same treatment for each claim or interest of a particular class, unless the holder of a particular claim or interest agrees to a less favorable treatment." We have not agreed to any less favorable treatment.

Regardless of formal class designation (Class 5A or Class 7A), we believe we are similarly situated: our claims are of substantial size, all disputed due to similar Addendum content, and all

excluded from distributions to date for the same reason—pending unresolved dispute status. Yet, we have not been offered the same opportunity to resolve our claims or to receive a catch-up distribution.

Accordingly, we respectfully request the opportunity to resolve our claims through a similar Stipulation Agreement or alternative mechanism, and to receive a catch-up distribution without further delay.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
/s/ Adrien HERISSE

Co-Signatories / Joinders

| Name | Claim No. | Email | Signature |
|---|---|---|---|
| Adrien HERISSE | 92410 | mindstrider@gmail.com | /s/ Adrien HERISSE |
| Laura Gilberti | 93874 | gilbertilaura@gmail.com | /s/ Laura Gilberti |
| Gunawan | 92224 | prince.sammy91@gmail.com | /s/ Gunawan |
| Michael Leslie Sinay | 92665 | mic23q@hotmail.com | /s/ Michael Leslie Sinay |
| Yauhen Fiadzenia | 92212 | yf.ftx22@gmail.com | /s/ Yauhen Fiadzenia |



EXP: HERISSE ADRIEN
RHEINSTR. 129 C
76275 ETTLINGEN
GERMANY




E JUDGE KAREN B. OWENS
ATES BANKRUPTCY COURT
F DELAWARE
T STREET NORTH, 3RD FLOOR
N, DE 19801
TATES OF AMERICA