# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Ceratosaurus Investors, L.L.C. | Paradigm One LP |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Ceratosaurus Investors, L.L.C. <br> c/o Farallon Capital Management, L.L.C. <br> One Maritime Plaza, Suite 2100 <br> San Francisco, CA 94111 <br> Attn: Michael Linn <br> E-mail: MLinn@FarallonCapital.com; loanops@FarallonCapital.com <br> (tel) 415-421-2132 | c/o <br> Paradigm <br> 548 Market Street <br> Suite 46425 <br> San Francisco, CA 94104 <br><br> Attn:    Alex Walterspiel <br> E-mail:   awalterspiel@paradigm.xyz <br><br> With a copy (which shall not constitute notice) to: <br><br> Kirkland & Ellis LLP <br> 333 W. Wolf Point Plaza <br> Chicago, IL 60654 <br> Attn:   John R. Luze, P.C. <br> Email:  john.luze@kirkland.com |

*[continues on next page]*

Type and Amount of Interest Transferred:

| Transferor | **Paradigm One LP** |
| --- | --- |
| Series A preferred stock issued by West Realm Shires Inc. | 3,565,929 |
| Series B preferred stock issued by FTX Trading Ltd. | 0 |
| Series C preferred stock issued by FTX Trading Ltd. | 351,578 |
| Class A common stock issued by West Realm Shires Inc. | 0 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

<u>Transferee</u>
**CERATOSAURUS INVESTORS, L.L.C.**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: *Michael Linn*
Name: Michael G Linn
Title: Managing Member

<u>Transferor</u>
**PARADIGM ONE LP**
By:    Paradigm One GP LLC
Its:    Managing Member

By: _____
Name:   Matt Huang
Title:   Authorized Signatory

NYACTIVE-25321108.2