IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) )  ) ) ) ) ) | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) |
| Debtors. | | |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Ceratosaurus Investors, L.L.C. <br> Name of Transferee | Paradigm Green Fortitudo LP <br> Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Ceratosaurus Investors, L.L.C. <br> c/o Farallon Capital Management, L.L.C. <br> One Maritime Plaza, Suite 2100 <br> San Francisco, CA 94111 <br> Attn: Michael Linn <br> E-mail: MLinn@FarallonCapital.com; loanops@FarallonCapital.com <br> (tel) 415-421-2132 | c/o <br> Paradigm <br> 548 Market Street <br> Suite 46425 <br> San Francisco, CA 94104 <br><br> Attn:    Alex Walterspiel <br> E-mail:    awalterspiel@paradigm.xyz <br><br> With a copy (which shall not constitute notice) to: <br><br> Kirkland & Ellis LLP <br> 333 W. Wolf Point Plaza <br> Chicago, IL 60654 <br> Attn:    John R. Luze, P.C. <br> Email:    john.luze@kirkland.com |

*[continues on next page]*

Type and Amount of Interest Transferred:

| Transferor | **Paradigm Green Fortitudo LP** |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 1,945,052 |
| Series B preferred stock issued by FTX Trading Ltd. | 508,712 |
| Series C preferred stock issued by FTX Trading Ltd. | 191,770 |
| Class A common stock issued by West Realm Shires Inc. | 2,183,666 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

<u>Transferee</u>
**CERATOSAURUS INVESTORS, L.L.C.**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: *Michael Linn*  
Name: Michael G Linn
Title: Managing Member

<u>Transferor</u>
**PARADIGM GREEN FORTITUDO LP**
By:     Paradigm Green Fortitudo GP LLC
Its:    Managing Member

By: _____ (DocuSigned by Matt Huang, 9976896D66E2497...)
Name:  Matt Huang
Title:   Authorized Signatory

NYACTIVE-25321108.2