# CERTIFICATE OF SERVICE

I, Shannon A. Forshay, do hereby certify that on June 23, 2025, I caused a copy of the foregoing **Motion for Entry of an Order Authorizing Filing Response Under Seal** to be served on the parties listed below by electronic mail.

*/s/ Shannon A. Forshay*
Shannon A. Forshay (No. 7293)

| **Counsel to the Debtors** | **Counsel to the Debtors** |
|---|---|
| Adam G. Landis, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>LANDIS RATH & COBB LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com | Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Biran D. Glueckstein, Esq.<br>Christian P. Jensen, Esq.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com;<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       jensenc@sullcrom.com |
| Benjamin A. Hackman, Esq.<br>David Gerardi, Esq.<br>John Lipshie, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035<br>Email:  benjamin.hackman@usdoj.com<br>        david.gerardi@usdoj.com<br>        jon.lipshie@usdoj.com | |

IMPAC - 12318114v.1