## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 30629 & 30931** |
| In re:<br><br>ALAMEDA GLOBAL SERVICES LTD.,<br><br>　　Debtor. | Chapter 11<br><br>Case No. 22-11134 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA RESEARCH (BAHAMAS) LTD,<br><br>　　Debtor. | Chapter 11<br><br>Case No. 22-11105 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA RESEARCH HOLDINGS INC,<br><br>　　Debtor. | Chapter 11<br><br>Case No. 22-11069 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA RESEARCH KK,<br><br>　　Debtor. | Chapter 11<br><br>Case No. 22-11106 (KBO)<br><br>(Jointly Administered) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| In re:<br><br>ALAMEDA RESEARCH LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11067 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA RESEARCH LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11066 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA RESEARCH YANKARI LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11108 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA TR LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11078 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA TR SYSTEMS S. DE R. L.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11109 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALLSTON WAY LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11079 (KBO)<br><br>(Jointly Administered) |

| | |
|---|---|
| In re:<br><br>ATLANTIS TECHNOLOGY LTD.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11081 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>BANCROFT WAY LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11082 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>BLOCKFOLIO, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11110 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>BLUE RIDGE LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11083 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>CARDINAL VENTURES LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11084 (KBO) (Jointly Administered) |
| In re:<br><br>CEDAR BAY LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11085 (KBO)<br><br>(Jointly Administered) |

| | |
|---|---|
| In re: <br><br> CEDAR GROVE TECHNOLOGY SERVICES, LTD., <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11162 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> CLIFTON BAY INVESTMENTS LLC, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11070 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> CLIFTON BAY INVESTMENTS LTD, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11111 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> COTTONWOOD GROVE LTD, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11112 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> COTTONWOOD TECHNOLOGIES LTD, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11136 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> CRYPTO BAHAMAS LLC, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11113 (KBO) <br><br> (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| DECK TECHNOLOGIES HOLDINGS LLC, | Case No. 22-11138 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| DECK TECHNOLOGIES INC., | Case No. 22-11139 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| DEEP CREEK LTD, | Case No. 22-11114 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| DIGITAL CUSTODY INC., | Case No. 22-11115 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| EUCLID WAY LTD, | Case No. 22-11141 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX (GIBRALTAR) LTD, | Case No. 22-11116 (KBO) |
| Debtor. | (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| FTX CANADA INC, | Case No. 22-11117 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX DIGITAL ASSETS LLC, | Case No. 22-11143 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD, | Case No. 22-11118 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX EMEA LTD., | Case No. 22-11145 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX EQUITY RECORD HOLDINGS LTD, | Case No. 22-11099 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX EUROPE AG, | Case No. 22-11075 (KBO) |
| Debtor. | (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| FTX HONG KONG LTD, | Case No. 22-11101 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX LEND INC., | Case No. 22-11167 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX MARKETPLACE, INC., | Case No. 22-11168 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX PROPERTY HOLDINGS LTD, | Case No. 22-11076 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX SERVICES SOLUTIONS LTD., | Case No. 22-11120 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| FTX US SERVICES, INC., | Case No. 22-11171 (KBO) |
| Debtor. | (Jointly Administered) |

-8-

| | |
|---|---|
| In re: <br><br> FTX US TRADING, INC., <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11149 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> FTX VENTURES LTD, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11172 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> FTX ZUMA LTD., <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11124 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> GG TRADING TERMINAL LTD, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11173 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> GLOBAL COMPASS DYNAMICS LTD., <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11125 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> GOOD LUCK GAMES, LLC, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11174 (KBO) <br><br> (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| GOODMAN INVESTMENTS LTD., | Case No. 22-11126 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| HANNAM GROUP INC, | Case No. 22-11175 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| HAWAII DIGITAL ASSETS INC., | Case No. 22-11127 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| HILLTOP TECHNOLOGY SERVICES LLC, | Case No. 22-11176 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| HIVE EMPIRE TRADING PTY LTD, | Case No. 22-11150 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| ISLAND BAY VENTURES INC., | Case No. 22-11129 (KBO) |
| Debtor. | (Jointly Administered) |

| | |
|---|---|
| In re:<br>KILLARNEY LAKE INVESTMENTS LTD,<br>    Debtor. | Chapter 11<br>Case No. 22-11131 (KBO)<br>(Jointly Administered) |
| In re:<br>LP BITCOIN YIELD ENHANCEMENT FUND SUCCESSOR, LLC (F/K/A LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND, LLC),<br>    Debtor. | Chapter 11<br>Case No. 22-11177 (KBO)<br>(Jointly Administered) |
| In re:<br>LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP,<br>    Debtor. | Chapter 11<br>Case No. 22-11155 (KBO) (Jointly Administered) |
| In re:<br>LEDGERPRIME VENTURES, LP,<br>    Debtor. | Chapter 11<br>Case No. 22-11159 (KBO)<br>(Jointly Administered) |
| In re:<br>LT BASKETS LTD.,<br>    Debtor. | Chapter 11<br>Case No. 22-11077 (KBO)<br>(Jointly Administered) |
| In re:<br>MACLAURIN INVESTMENTS LTD.,<br>    Debtor. | Chapter 11<br>Case No. 22-11087 (KBO)<br>(Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| MANGROVE CAY LTD, | Case No. 22-11088 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| NORTH DIMENSION INC., | Case No. 22-11153 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| NORTH DIMENSION LTD, | Case No. 22-11160 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| NORTH WIRELESS DIMENSION INC., | Case No. 22-11154 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| PAPER BIRD INC., | Case No. 22-11089 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| PIONEER STREET INC., | Case No. 22-11090 (KBO) |
| Debtor. | (Jointly Administered) |

| | |
|---|---|
| In re:<br><br>QUOINE PTE LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11161 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>STRATEGY ARK COLLECTIVE LTD.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11094 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>TECHNOLOGY SERVICES BAHAMAS LIMITED,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11095 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>VERDANT CANYON CAPITAL LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11096 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>WEST INNOVATIVE BARISTA LTD.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11097 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>WEST REALM SHIRES FINANCIAL SERVICES INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11072 (KBO)<br><br>(Jointly Administered) |

| | |
|---|---|
| In re: <br><br> WEST REALM SHIRES INC., <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11183 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> WEST REALM SHIRES SERVICES INC., <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11071 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> WESTERN CONCORD ENTERPRISES LTD., <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11098 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> FTX JAPAN HOLDINGS K.K., <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11074 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> LH SUCCESSOR INC. (F/K/A LEDGER HOLDINGS INC.), <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11073 (KBO) <br><br> (Jointly Administered) |
| In re: <br><br> LP SUCCESSOR ENTITY LLC (F/K/A LEDGER PRIME LLC), <br><br>    Debtor. | Chapter 11 <br><br> Case No. 22-11158 (KBO) <br><br> (Jointly Administered) |

| | |
|---|---|
| In re:<br><br>LP DIGITAL ASSET OPPORTUNITIES FUND SUCCESSOR, LLC (F/K/A LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND, LLC),<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11156 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>LP DIGITAL ASSET OPPORTUNITIES MASTER FUND SUCCESSOR LP (F/K/A LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP),<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11157 (KBO)<br><br>(Jointly Administered) |

**FINAL DECREE (I) CLOSING THE CHAPTER 11 CASES OF THE CONSOLIDATED DEBTORS AND (II) CLOSING THE CHAPTER 11 CASES OF THE SEPARATE SUBSIDIARIES ON THE APPLICABLE CLOSING DATE**

Upon the motion (the "Motion")[2] of the FTX Recovery Trust for entry of a final decree (this "Final Decree") pursuant to sections 105(a) and 350(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 3022-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), entering a final decree (i) closing the Chapter 11 Cases of the Consolidated Debtors upon entry of this Final Decree and (ii) closing the Chapter 11 Cases of the Separate Subsidiaries on the applicable Closing Date; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a

---

[2]    Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

final decree consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and upon the record of all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the FTX Recovery Trust, its stakeholders and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED as set forth herein.

    2.    The Chapter 11 Cases of the Debtors listed on the attached Schedule 1 (such Debtors, the "Consolidated Debtors") shall be deemed closed as of the date hereof; *provided* that the Court shall retain jurisdiction as provided in Article 14 of the Plan, and entry of this Final Decree is without prejudice to the rights of the FTX Recovery Trust or any party-in-interest to seek to reopen any of the chapter 11 cases listed on Schedule 1 for cause pursuant to section 350(b) of the Bankruptcy Code.

    3.    Following the full administration of each of the Separate Subsidiaries listed on the attached Schedule 2, the Plan Administrator shall file a notice substantially in the form attached hereto as Exhibit A on the docket of these Chapter 11 Cases (such notice, a "Closing Notice"). If no objections to the Closing Notice are received by the Plan Administrator

within ten (10) days after such Closing Notice is served, the Chapter 11 Case of the applicable Separate Subsidiary shall be deemed closed; *provided* that the closing of such Chapter 11 Case is without prejudice to the rights of the FTX Recovery Trust or any party-in-interest to seek to reopen such Chapter 11 Case for cause pursuant to section 350(b) of the Bankruptcy Code. If a timely objection to a Closing Notice is received by the Plan Administrator and is not resolved among the parties, the Chapter 11 Case of the applicable Separate Subsidiary shall not be deemed closed absent further order of the Court.

4. The Clerk of the Court and other relevant parties are authorized and shall take any actions necessary to update the ECF filing system and their respective records to mark the dockets of the Closing Debtors as "Closed".

5. To the extent not already paid, the fees required to be paid to the United States Trustee under 28 U.S.C. § 1930(a) shall be paid by the FTX Recovery Trust on behalf of all closed chapter 11 cases as soon as reasonably practicable after the date of entry of this Final Decree. The FTX Recovery Trust shall not be obligated to pay any fees to the United States Trustee for any Consolidated Debtors (excluding, for the avoidance of doubt, FTX Recovery Trust, Case No. 22-11068, which shall continue to be obligated to pay such fees) for any period following the entry of this Final Decree. The Separate Subsidiaries shall remain obligated to pay any fees to the United States Trustee for their respective cases through the closing of such cases.

6. This Final Decree is without prejudice to the rights of the FTX Recovery Trust with respect to any and all adversary proceedings and contested matters (or any other actions or proceedings whether ongoing or not yet commenced) regarding claims or causes of actions retained by the FTX Recovery Trust, which may still be commenced, prosecuted and determined according to the terms of the Plan.

7.  The requirement under Local Rule 3022-1(a)(ii) to file a final report with respect to the Closing Debtors is hereby waived, and the FTX Recovery Trust shall file a consolidated final report, including the information required under Local Rule 3022-1(a) as to each Debtor, along with a motion to close the Lead Case, which will remain open pending further order of this Court.

8.  The FTX Recovery Trust and the claims agent are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Final Decree.

9.  This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Final Decree.

Dated: June 24th, 2025  
Wilmington, Delaware

*Ka B. O—*  
KAREN B. OWENS  
CHIEF JUDGE