**Schedule 1**

**Consolidated Debtors**

| Entity Name | Case Number |
|---|---|
| Alameda Global Services Ltd. | 22-11134 |
| Alameda Research (Bahamas) Ltd | 22-11105 |
| Alameda Research Holdings Inc. | 22-11069 |
| Alameda Research KK | 22-11106 |
| Alameda Research Ltd | 22-11067 |
| Alameda Research LLC | 22-11066 |
| Alameda Research Yankari Ltd | 22-11108 |
| Alameda TR Ltd | 22-11078 |
| Alameda TR Systems S. de R. L. | 22-11109 |
| Allston Way Ltd | 22-11079 |
| Atlantis Technology Ltd. | 22-11081 |
| Bancroft Way Ltd | 22-11082 |
| Blockfolio, Inc. | 22-11110 |
| Blue Ridge Ltd | 22-11083 |
| Cardinal Ventures Ltd | 22-11084 |
| Cedar Bay Ltd | 22-11085 |
| Cedar Grove Technology Services, Ltd. | 22-11162 |
| Clifton Bay Investments LLC | 22-11070 |
| Clifton Bay Investments Ltd | 22-11111 |
| Cottonwood Grove Ltd | 22-11112 |
| Cottonwood Technologies Ltd | 22-11136 |
| Crypto Bahamas LLC | 22-11113 |
| Deck Technologies Holdings LLC | 22-11138 |
| Deck Technologies Inc. | 22-11139 |
| Deep Creek Ltd | 22-11114 |
| Digital Custody Inc. | 22-11115 |
| Euclid Way Ltd | 22-11141 |
| FTX (Gibraltar) Ltd | 22-11116 |
| FTX Canada Inc | 22-11117 |
| FTX Digital Assets LLC | 22-11143 |
| FTX Digital Holdings (Singapore) Pte Ltd | 22-11118 |
| FTX EMEA Ltd. | 22-11145 |
| FTX Equity Record Holdings Ltd | 22-11099 |
| FTX Europe AG | 22-11075 |
| FTX Hong Kong Ltd | 22-11101 |

| | |
|---|---|
| FTX Lend Inc. | 22-11167 |
| FTX Marketplace, Inc. | 22-11168 |
| FTX Property Holdings Ltd | 22-11076 |
| FTX Services Solutions Ltd. | 22-11120 |
| FTX US Services, Inc. | 22-11171 |
| FTX US Trading, Inc. | 22-11149 |
| FTX Ventures Ltd | 22-11172 |
| FTX Zuma Ltd | 22-11124 |
| GG Trading Terminal Ltd | 22-11173 |
| Global Compass Dynamics Ltd. | 22-11125 |
| Good Luck Games, LLC | 22-11174 |
| Goodman Investments Ltd. | 22-11126 |
| Hannam Group Inc | 22-11175 |
| Hawaii Digital Assets Inc. | 22-11127 |
| Hilltop Technology Services LLC | 22-11176 |
| Hive Empire Trading Pty Ltd | 22-11150 |
| Island Bay Ventures Inc. | 22-11129 |
| Killarney Lake Investments Ltd | 22-11131 |
| LP Bitcoin Yield Enhancement Fund Successor, LLC f/k/a LedgerPrime Bitcoin Yield Enhancement Fund, LLC | 22-11177 |
| LedgerPrime Bitcoin Yield Enhancement Master Fund LP | 22-11155 |
| LedgerPrime Ventures, LP | 22-11159 |
| LT Baskets Ltd. | 22-11077 |
| Maclaurin Investments Ltd. | 22-11087 |
| Mangrove Cay Ltd | 22-11088 |
| North Dimension Inc. | 22-11153 |
| North Dimension Ltd | 22-11160 |
| North Wireless Dimension Inc. | 22-11154 |
| Paper Bird Inc. | 22-11089 |
| Pioneer Street Inc. | 22-11090 |
| Quoine Pte Ltd | 22-11161 |
| Strategy Ark Collective Ltd. | 22-11094 |
| Technology Services Bahamas Limited | 22-11095 |
| Verdant Canyon Capital LLC | 22-11096 |
| West Innovative Barista Ltd. | 22-11097 |
| West Realm Shires Financial Services Inc. | 22-11072 |
| West Realm Shires Inc. | 22-11183 |
| West Realm Shires Services Inc. | 22-11071 |
| Western Concord Enterprises Ltd. | 22-11098 |