**Schedule 2**

**Separate Subsidiaries**

| Entity Name | Case Number |
|---|---|
| FTX Japan Holdings K.K. | 22-11074 |
| LH Successor Inc. f/k/a Ledger Holdings Inc. | 22-11073 |
| LP Successor Entity LLC f/k/a Ledger Prime LLC | 22-11158 |
| LP Digital Asset Opportunities Fund Successor, LLC f/k/a LedgerPrime Digital Asset Opportunities Fund, LLC | 22-11156 |
| LP Digital Asset Opportunities Master Fund Successor LP f/k/a LedgerPrime Digital Asset Opportunities Master Fund LP | 22-11157 |