# EXHIBIT A

**Form of Closing Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref No.** |

### NOTICE OF FULL ADMINISTRATION AND CLOSING DATE
### OF CHAPTER 11 CASE OF [●]

**PLEASE TAKE NOTICE** that on June 4, 2025, the FTX Recovery Trust[2] filed the *Motion of the FTX Recovery Trust and the Separate Subsidiaries for Entry Of A Final Decree (I) Closing the Chapter 11 Cases of the Consolidated Debtors and (II) Closing the Chapter 11 Cases of the Separate Subsidiaries on the Applicable Closing Date*[3] [D.I. [●]] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on [●], 2025, the Court approved the Motion and entered the *Final Decree (I) Closing the Chapter 11 Cases of the Consolidated Debtors and (II) Closing the Chapter 11 Cases of the Separate Subsidiaries on the Applicable Closing Date* [D.I. [●]] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, as of [●], 2025, the Chapter 11 Case of [●] (the "Closing Debtor") has been fully administered because:

    a.    The Closing Debtor has no prospects of commencing any business activities in the future and has no remaining assets or liabilities;

    b.    the Plan Administrator has assumed the management of the property of the Closing Debtor;

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' (as defined below) confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

[3]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

  c.  the Plan Administrator has assumed reconciling all claims associated with the Closing Debtor; and

  d.  all contested matters, adversary proceedings and motions concerning the Closing Debtor have either been resolved, will be resolved, or have transferred to the Plan Administrator, resulting in no substantive change to any litigation nor any prejudice to any interested party.

  **PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to this notice must be filed electronically with on the docket of *In re FTX Trading, Ltd.*, et al., Case No. 22-11068 (KBO), in accordance with Local Rule 5005-4, and must (a) be in writing and state with specificity the basis for objecting; (b) comply with the Bankruptcy Code, Bankruptcy Rules, Local Rules and the Order and (c) be filed with the Court and served (which service may be by email) on counsel to the Plan Administrator, (1) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Andrew G. Dietderich (dietdericha@sullcrom.com) and Alexa J. Kranzley (kranzleya@sullcrom.com) and (2) Landis Rath & Cobb LLP, 919 N. Market St., Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com) **so as to be received on or before** [●] (the "Closing Objection Deadline").  Only those responses or objections that are timely filed, served and received will be considered.

  **PLEASE TAKE FURTHER NOTICE** that absent order of the Court to the contrary, any party failing to timely file and serve an objection or response before the Closing Objection Deadline in accordance with the Order and this notice **shall be forever barred from asserting any objection to closing the Chapter 11 Case of the Closing Debtor**.

Dated: [●], 2025
  Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
   brown@lrclaw.com
   pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)

Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*