# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) ) ) ) ) ) | Chapter 11 |
| Debtors. | | Case No. 22-11068 (JTD) |
| | | (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

**Boston Patriot Arlington St LLC**

Name of Transferee

Name and Address where notices to transferee should be sent:

Boston Patriot Arlington St LLC
1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
cmclafferty@oaktreecapital.com
amkim@oaktreecapital.com
vofacctng@oaktreecapital.com

**Paradigm Fund LP**

Name of Transferor

Name and Address where notices to transferors should be sent:

PARADIGM FUND LP
c/o
Paradigm
548 Market Street
Suite 46425
San Francisco, CA 94104

Attn:     Alex Walterspiel
E-mail:   awalterspiel@paradigm.xyz

With a copy (which shall not constitute notice) to:

Kirkland & Ellis LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Attn:   John R. Luze, P.C.
Email:  john.luze@kirkland.com

*[continues on next page]*

032-8473/7283321.1

Type and Amount of Interest Transferred:

|  | Paradigm Fund LP |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 248,367 |
| Series B preferred stock issued by FTX Trading Ltd. | 150,585 |
| Series C preferred stock issued by FTX Trading Ltd. | 24,487 |
| Class A common stock issued by West Realm Shires Inc. | 646,445 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| <u>Transferee</u> | <u>Transferor</u> |
|---|---|
| **Boston Patriot Arlington St LLC** | **PARADIGM FUND LP** |
|  | By:   Paradigm Fund GP LLC |
|  | Its:   Managing Member |
| By: _(Colin McLafferty, DocuSigned)_ | By: _(Matt Huang, DocuSigned)_ |
| Name:   Colin McLafferty | Name:   Matt Huang |
| Title:   Senior Vice President | Title:   Authorized Signatory |
| By: _(Steven Tesoriere, Signed)_ |  |
| Name:   Steven Tesoriere |  |
| Title:   Managing Director |  |

032-8473/7283321.1