# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 22-11068 (JTD) |
| ) | (Jointly Administered) |
| ) | |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| **Boston Patriot Arlington St LLC** | **Paradigm Green Fortitudo LP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Boston Patriot Arlington St LLC<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br>amkim@oaktreecapital.com<br>vofacctng@oaktreecapital.com | PARADIGM GREEN FORTITUDO LP<br>c/o<br>Paradigm<br>548 Market Street<br>Suite 46425<br>San Francisco, CA 94104<br><br>Attn:     Alex Walterspiel<br>E-mail:   awalterspiel@paradigm.xyz<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attn:   John R. Luze, P.C.<br>Email:  john.luze@kirkland.com |

*[continues on next page]*

032-8473/7283321.1

Type and Amount of Interest Transferred:

|  | **Paradigm Green Fortitudo LP** |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 270,946 |
| Series B preferred stock issued by FTX Trading Ltd. | 70,864 |
| Series C preferred stock issued by FTX Trading Ltd. | 26,714 |
| Class A common stock issued by West Realm Shires Inc. | 304,185 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| Transferee | Transferor |
|---|---|
| **Boston Patriot Arlington St LLC** | **PARADIGM GREEN FORTITUDO LP** |
| By: _/s/ Colin McLafferty_<br>Name: Colin McLafferty<br>Title: Senior Vice President | By: Paradigm Green Fortitudo GP LLC<br>Its: Managing Member<br>By: _/s/ Matt Huang_<br>Name: Matt Huang<br>Title: Authorized Signatory |
| By: _/s/ Steve Tesoriere_<br>Name: Steven Tesoriere<br>Title: Managing Director | |

032-8473/7283321.1