# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) ) ) ) ) ) | Chapter 11 |
| Debtors. | | Case No. 22-11068 (JTD) |
| | | (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| **Oaktree London Liquid Value Opportunities Fund (VOF), L.P.** | **Paradigm Fund LP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Oaktree London Liquid Value Opportunities Fund (VOF), L.P.<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br>amkim@oaktreecapital.com<br>vofacctng@oaktreecapital.com | PARADIGM FUND LP<br>c/o<br>Paradigm<br>548 Market Street<br>Suite 46425<br>San Francisco, CA 94104<br><br>Attn:    Alex Walterspiel<br>E-mail:    awalterspiel@paradigm.xyz<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attn:    John R. Luze, P.C.<br>Email:  john.luze@kirkland.com |

*[continues on next page]*

032-8475/7283347.2

Type and Amount of Interest Transferred:

|  | **Paradigm Fund LP** |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 423,097 |
| Series B preferred stock issued by FTX Trading Ltd. | 256,524 |
| Series C preferred stock issued by FTX Trading Ltd. | 41,715 |
| Class A common stock issued by West Realm Shires Inc. | 1,101,230 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| Transferee | Transferor |
|---|---|
| **Oaktree London Liquid Value Opportunities Fund (VOF), L.P.** | **PARADIGM FUND LP** |
| By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P. | By: Paradigm Fund GP LLC |
| Its: General Partner | Its: Managing Member |
| By: Oaktree London Liquid Value Opportunities GP Ltd. | By: _____ *(Matt Huang signature)* |
| Its: General Partner | Name: Matt Huang |
| By: Oaktree Capital Management, L.P. | Title: Authorized Signatory |
| Its: Director | |
| By: _____ *(Colin McLafferty signature)* | |
| Name: Colin McLafferty | |
| Title: Senior Vice President | |
| By: _____ *(Steven Tesoriere signature)* | |
| Name: Steven Tesoriere | |
| Title: Managing Director | |

032-8475/7283347.2