**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| **Oaktree London Liquid Value Opportunities Fund (VOF), L.P.** | **Paradigm Green Fortitudo LP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Oaktree London Liquid Value Opportunities Fund (VOF), L.P. <br> 1301 Avenue of the Americas <br> 34th Floor <br> New York, NY 10019 <br> Attention: Colin McLafferty <br> cmclafferty@oaktreecapital.com <br> amkim@oaktreecapital.com <br> vofacctng@oaktreecapital.com | PARADIGM GREEN FORTITUDO LP <br> c/o <br> Paradigm <br> 548 Market Street <br> Suite 46425 <br> San Francisco, CA 94104 <br><br> Attn:    Alex Walterspiel <br> E-mail:  awalterspiel@paradigm.xyz <br><br> With a copy (which shall not constitute notice) to: <br><br> Kirkland & Ellis LLP <br> 333 W. Wolf Point Plaza <br> Chicago, IL 60654 <br> Attn:   John R. Luze, P.C. <br> Email:  john.luze@kirkland.com |

*[continues on next page]*

032-8475/7283347.2

Type and Amount of Interest Transferred:

|  | **Paradigm Green Fortitudo LP** |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 461,561 |
| Series B preferred stock issued by FTX Trading Ltd. | 120,717 |
| Series C preferred stock issued by FTX Trading Ltd. | 45,507 |
| Class A common stock issued by West Realm Shires Inc. | 518,184 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| Transferee | Transferor |
|---|---|
| **Oaktree London Liquid Value Opportunities Fund (VOF), L.P.** | **PARADIGM GREEN FORTITUDO LP** |
| By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.<br>Its: General Partner<br>By: Oaktree London Liquid Value Opportunities GP Ltd.<br>Its: General Partner<br>By: Oaktree Capital Management, L.P.<br>Its: Director<br><br>By: _____*Colin McLafferty*_____<br>Name: Colin McLafferty<br>Title: Senior Vice President<br><br>By: _____*Steve Tesoriere*_____<br>Name: Steven Tesoriere<br>Title: Managing Director | By: Paradigm Green Fortitudo GP LLC<br>Its: Managing Member<br><br>By: _____*Matt Huang*_____<br>Name: Matt Huang<br>Title: Authorized Signatory |

032-8475/7283347.2