**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| **Oaktree London Liquid Value Opportunities Fund (VOF), L.P.** | **Paradigm One LP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Oaktree London Liquid Value Opportunities Fund (VOF), L.P.<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br>amkim@oaktreecapital.com<br>vofacctng@oaktreecapital.com | PARADIGM ONE LP<br>c/o<br>Paradigm<br>548 Market Street<br>Suite 46425<br>San Francisco, CA 94104<br><br>Attn:     Alex Walterspiel<br>E-mail:   awalterspiel@paradigm.xyz<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attn:   John R. Luze, P.C.<br>Email:  john.luze@kirkland.com |

*[continues on next page]*

032-8475/7283347.2

Type and Amount of Interest Transferred:

|  | **Paradigm One LP** |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 846,195 |
| Series B preferred stock issued by FTX Trading Ltd. | 0 |
| Series C preferred stock issued by FTX Trading Ltd. | 83,430 |
| Class A common stock issued by West Realm Shires Inc. | 0 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| Transferee | Transferor |
|---|---|

**Oaktree London Liquid Value Opportunities Fund (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner
By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

By: _____ /s/ Colin McLafferty
Name:  Colin McLafferty
Title:  Senior Vice President

By: _____ /s/ Steven Tesoriere
Name:  Steven Tesoriere
Title:  Managing Director

**PARADIGM ONE LP**

By:     Paradigm One GP LLC
Its:    Managing Member

By: _____ /s/ Matt Huang
Name:  Matt Huang
Title:  Authorized Signatory

032-8475/7283347.2