IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>    Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) <br> ) |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| **Oaktree Phoenix Investment Fund, L.P.** | **Paradigm Fund LP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Oaktree Phoenix Investment Fund, L.P.<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br>amkim@oaktreecapital.com<br>vofacctng@oaktreecapital.com | PARADIGM FUND LP<br>c/o<br>Paradigm<br>548 Market Street<br>Suite 46425<br>San Francisco, CA 94104<br><br>Attn: Alex Walterspiel<br>E-mail: awalterspiel@paradigm.xyz<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attn: John R. Luze, P.C.<br>Email: john.luze@kirkland.com |

*[continues on next page]*

032-8474/7283349.2

Type and Amount of Interest Transferred:

|  | Paradigm Fund LP |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 164,033 |
| Series B preferred stock issued by FTX Trading Ltd. | 99,453 |
| Series C preferred stock issued by FTX Trading Ltd. | 16,173 |
| Class A common stock issued by West Realm Shires Inc. | 426,941 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| Transferee | Transferor |
|---|---|
| **Oaktree Phoenix Investment Fund, L.P.** | **PARADIGM FUND LP** |
| By: Oaktree Phoenix Investment Fund GP, L.P. | |
| Its: General Partner | By:   Paradigm Fund GP LLC |
| By: Oaktree Phoenix Investment Fund GP Ltd. | Its:   Managing Member |
| Its: General Partner | |
| By: Oaktree Capital Management, L.P. | By: _____ |
| Its: Director | Name: Matt Huang |
| | Title: Authorized Signatory |
| By: _Colin McLafferty_ | |
| Name: Colin McLafferty | |
| Title: Senior Vice President | |
| | |
| By: _Steve Tesoriere_ | |
| Name: Steven Tesoriere | |
| Title: Managing Director | |

17

032-8474/7283349.2