# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) ) | Case No. 22-11068 (JTD) (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

**Oaktree Phoenix Investment Fund, L.P.**

Name of Transferee

Name and Address where notices to transferee should be sent:

Oaktree Phoenix Investment Fund, L.P.
1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
cmclafferty@oaktreecapital.com
amkim@oaktreecapital.com
vofacctng@oaktreecapital.com

**Paradigm Green Fortitudo LP**

Name of Transferor

Name and Address where notices to transferors should be sent:

PARADIGM GREEN FORTITUDO LP
c/o
Paradigm
548 Market Street
Suite 46425
San Francisco, CA 94104

Attn:      Alex Walterspiel
E-mail:    awalterspiel@paradigm.xyz

With a copy (which shall not constitute notice) to:

Kirkland & Ellis LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Attn:   John R. Luze, P.C.
Email:  john.luze@kirkland.com

*[continues on next page]*

20

032-8474/7283349.2

Type and Amount of Interest Transferred:

|  | **Paradigm Green Fortitudo LP** |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 178,945 |
| Series B preferred stock issued by FTX Trading Ltd. | 46,802 |
| Series C preferred stock issued by FTX Trading Ltd. | 17,643 |
| Class A common stock issued by West Realm Shires Inc. | 200,897 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| Transferee | Transferor |
|---|---|
| **Oaktree Phoenix Investment Fund, L.P.** | **PARADIGM GREEN FORTITUDO LP** |
| By: Oaktree Phoenix Investment Fund GP, L.P. | |
| Its: General Partner | By: Paradigm Green Fortitudo GP LLC |
| By: Oaktree Phoenix Investment Fund GP Ltd. | Its: Managing Member |
| Its: General Partner | |
| By: Oaktree Capital Management, L.P. | By: _____ |
| Its: Director | Name: Matt Huang |
| | Title: Authorized Signatory |
| By: _Colin McLafferty_ | |
| Name: Colin McLafferty | |
| Title: Senior Vice President | |
| By: _Steve Tesoriere_ | |
| Name: Steven Tesoriere | |
| Title: Managing Director | |

21

032-8474/7283349.2