# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |
| Debtors. |  |  |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| **Oaktree Phoenix Investment Fund, L.P.** | **Paradigm One LP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Oaktree Phoenix Investment Fund, L.P.<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br>amkim@oaktreecapital.com<br>vofacctng@oaktreecapital.com | PARADIGM ONE LP<br>c/o<br>Paradigm<br>548 Market Street<br>Suite 46425<br>San Francisco, CA 94104<br><br>Attn:    Alex Walterspiel<br>E-mail:    awalterspiel@paradigm.xyz<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attn:    John R. Luze, P.C.<br>Email:    john.luze@kirkland.com |

*[continues on next page]*

18

032-8474/7283349.2

|  | **Paradigm One LP** |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 328,065 |
| Series B preferred stock issued by FTX Trading Ltd. | 0 |
| Series C preferred stock issued by FTX Trading Ltd. | 32,345 |
| Class A common stock issued by West Realm Shires Inc. | 0 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

<u>Transferee</u>                                                      <u>Transferor</u>

**Oaktree Phoenix Investment Fund, L.P.**          **PARADIGM ONE LP**
By: Oaktree Phoenix Investment Fund GP, L.P.
Its: General Partner                                                    By:        Paradigm One GP LLC
By: Oaktree Phoenix Investment Fund GP Ltd.      Its:        Managing Member
Its: General Partner
By: Oaktree Capital Management, L.P.                   By:        _____
Its: Director                                                               Name:    Matt Huang
                                                                                      Title:      Authorized Signatory
By: *Colin McLafferty*
Name:   Colin McLafferty
Title:    Senior Vice President

By: *Steve Tesoriere*
Name:   Steven Tesoriere
Title:    Managing Director

19

032-8474/7283349.2