# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

**Oaktree Value Opportunities Fund Holdings, L.P.**

Name of Transferee

Name and Address where notices to transferee should be sent:

Oaktree Value Opportunities Fund Holdings, L.P.
1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
cmclafferty@oaktreecapital.com
amkim@oaktreecapital.com
vofacctng@oaktreecapital.com

**Paradigm Green Fortitudo LP**

Name of Transferor

Name and Address where notices to transferors should be sent:

PARADIGM GREEN FORTITUDO LP
c/o
Paradigm
548 Market Street
Suite 46425
San Francisco, CA 94104

Attn:     Alex Walterspiel
E-mail:    awalterspiel@paradigm.xyz

With a copy (which shall not constitute notice) to:

Kirkland & Ellis LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Attn:    John R. Luze, P.C.
Email:  john.luze@kirkland.com

*[continues on next page]*

20

032-8476/7283351.3

Type and Amount of Interest Transferred:

|  | Paradigm Green Fortitudo LP |
| --- | --- |
| Series A preferred stock issued by West Realm Shires Inc. | 1,033,600 |
| Series B preferred stock issued by FTX Trading Ltd. | 270,329 |
| Series C preferred stock issued by FTX Trading Ltd. | 101,906 |
| Class A common stock issued by West Realm Shires Inc. | 1,160,401 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| Transferee | Transferor |
| --- | --- |
| **Oaktree Value Opportunities Fund Holdings, L.P.** | **PARADIGM GREEN FORTITUDO LP** |
| By: Oaktree Value Opportunities Fund GP, L.P.<br>its: General Partner<br>By: Oaktree Value Opportunities Fund GP, Ltd.<br>its: General Partner<br>By: Oaktree Capital Management, L.P.<br>its: Director<br><br>By: _____ *Colin McLafferty* _____<br>Name:   Colin McLafferty<br>Title:  Senior Vice President<br><br>By: _____ *Steve Tesoriere* _____<br>Name:   Steven Tesoriere<br>Title:  Managing Director | By: Paradigm Green Fortitudo GP LLC<br>Its: Managing Member<br><br>By: _____ *Matt Huang* _____<br>Name:  Matt Huang<br>Title:  Authorized Signatory |

21

032-8476/7283351.3