**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) ) | Case No. 22-11068 (JTD) (Jointly Administered) |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| **Oaktree Value Opportunities Fund Holdings, L.P.** | **Paradigm Fund LP** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Oaktree Value Opportunities Fund Holdings, L.P.<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br>amkim@oaktreecapital.com<br>vofacctng@oaktreecapital.com | PARADIGM FUND LP<br>c/o<br>Paradigm<br>548 Market Street<br>Suite 46425<br>San Francisco, CA 94104<br><br>Attn:    Alex Walterspiel<br>E-mail:    awalterspiel@paradigm.xyz<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attn:    John R. Luze, P.C.<br>Email:    john.luze@kirkland.com |

*[continues on next page]*

16

032-8476/7283351.3

Type and Amount of Interest Transferred:

|  | Paradigm Fund LP |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 947,467 |
| Series B preferred stock issued by FTX Trading Ltd. | 574,451 |
| Series C preferred stock issued by FTX Trading Ltd. | 93,414 |
| Class A common stock issued by West Realm Shires Inc. | 2,466,050 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| Transferee | Transferor |
|---|---|
| **Oaktree Value Opportunities Fund Holdings, L.P.** | **PARADIGM FUND LP** |
| By: Oaktree Value Opportunities Fund GP, L.P. | By:   Paradigm Fund GP LLC |
| its: General Partner | Its:   Managing Member |
| By: Oaktree Value Opportunities Fund GP, Ltd. | |
| its: General Partner | By:   _/s/ Matt Huang_ |
| By: Oaktree Capital Management, L.P. | Name: Matt Huang |
| its: Director | Title: Authorized Signatory |
| By:   _/s/ Colin McLafferty_ | |
| Name:   Colin McLafferty | |
| Title:   Senior Vice President | |
| By:   _/s/ Steven Tesoriere_ | |
| Name:   Steven Tesoriere | |
| Title:   Managing Director | |

17

032-8476/7283351.3