IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 22-11068 (JTD) |
| ) | (Jointly Administered) |
| ) | |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Space Walnut, Ltd. | Paradigm Fund LP |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| c/o Crowell & Moring LLP<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Attention: Timothy Lin<br>Email 1: tlin@crowell.com<br>Email 2: FTX@kingstreet.com | c/o<br>Paradigm<br>548 Market Street<br>Suite 46425<br>San Francisco, CA 94104<br><br>Attn:     Alex Walterspiel<br>E-mail:  awalterspiel@paradigm.xyz<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attn:   John R. Luze, P.C.<br>Email: john.luze@kirkland.com |

*[continues on next page]*

032-8473/7282865.1

Type and Amount of Interest Transferred:

| Transferor | **Paradigm Fund LP** |
|---|---|
| | Shares being transferred |
| Series A preferred stock issued by West Realm Shires Inc. | 1,782,965 |
| Series B preferred stock issued by FTX Trading Ltd. | 1,081,012 |
| Series C preferred stock issued by FTX Trading Ltd. | 175,789 |
| Class A common stock issued by West Realm Shires Inc. | 4,640,667 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**SPACE WALNUT, LTD.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory

Transferor
**PARADIGM FUND LP**

By:   Paradigm Fund GP LLC
Its:  Managing Member

By: _____
Name: Matt Huang
Title: Authorized Signatory

032-8473/7282865.1