# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) )  (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Space Walnut, Ltd.<br>Name of Transferee | Paradigm Green Fortitudo LP<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>c/o Crowell & Moring LLP<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Attention: Timothy Lin<br>Email 1: tlin@crowell.com<br>Email 2: FTX@kingstreet.com | Name and Address where notices to transferors should be sent:<br><br>c/o<br>Paradigm<br>548 Market Street<br>Suite 46425<br>San Francisco, CA 94104<br><br>Attn:       Alex Walterspiel<br>E-mail:    awalterspiel@paradigm.xyz<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attn:   John R. Luze, P.C.<br>Email: john.luze@kirkland.com |

*[continues on next page]*

032-8473/7282865.1

Type and Amount of Interest Transferred:

| Transferor | Paradigm Green Fortitudo LP Shares being transferred |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 1,945,053 |
| Series B preferred stock issued by FTX Trading Ltd. | 508,711 |
| Series C preferred stock issued by FTX Trading Ltd. | 191,770 |
| Class A common stock issued by West Realm Shires Inc. | 2,183,667 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**SPACE WALNUT, LTD.**

By: _/s/ Timothy Lin_
Name: Timothy Lin
Title: Authorized Signatory

Transferor
**PARADIGM GREEN FORTITUDO LP**

By:   Paradigm Green Fortitudo GP LLC
Its:   Managing Member

By: _/s/ Matt Huang_ (DocuSigned, 9976898D66E2497...)
Name: Matt Huang
Title: Authorized Signatory

032-8473/7282865.1