IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

  A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Paxtibi LLP<br>221 W 9th St.<br>Wilmington, DE 19801<br>Tel: +971 504209612<br>Email: paxtibi.xyz@gmail.com | [name and address on file] |

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule 6264180 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code 01029292 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Signed by:
*Federico Natali*
D5041B50C4DD4BD...

Role: Transferee/Transferee's Agent
Name: Federico Natali

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AAVE-PERP | ASSERTED | 0.0000000000003872 | 0.0000000000003872 |
| CRYPTO | AGLD-PERP | ASSERTED | 0.0000000000051159 | 0.0000000000051159 |
| CRYPTO | ALT-PERP | ASSERTED | 0.0000000000000001 | 0.0000000000000001 |
| CRYPTO | AURY | ASSERTED | 808.0315998 | 808.0315998 |
| CRYPTO | AVAX-PERP | ASSERTED | -0.0000000000045475 | -0.0000000000045475 |
| CRYPTO | AXS-PERP | ASSERTED | 0.0000000000034106 | 0.0000000000034106 |
| CRYPTO | BADGER-PERP | ASSERTED | -0.0000000000002842 | -0.0000000000002842 |
| CRYPTO | BNB-PERP | ASSERTED | 0.0000000000009095 | 0.0000000000009095 |
| CRYPTO | BTC | ASSERTED | 0.000077782 | 0.000077782 |
| CRYPTO | BTC-PERP | ASSERTED | 0.0000000000000333 | 0.0000000000000333 |
| CRYPTO | CLV | ASSERTED | 26295.3033 | 26295.3033 |
| CRYPTO | COMP-PERP | ASSERTED | -0.0000000000000284 | -0.0000000000000284 |
| CRYPTO | DODO-PERP | ASSERTED | -0.000000000007276 | -0.000000000007276 |
| CRYPTO | DOT-PERP | ASSERTED | 0.0000000000010232 | 0.0000000000010232 |
| CRYPTO | DYDX-PERP | ASSERTED | -0.000000000001819 | -0.000000000001819 |
| CRYPTO | EOS-PERP | ASSERTED | -0.000000000003638 | -0.000000000003638 |
| CRYPTO | ETCBULL | ASSERTED | 1.14 | 1.14 |

| | | | | |
|---|---|---|---|---|
| CRYPTO | ETC-PERP | ASSERTED | -0.0000000000005684 | -0.0000000000005684 |
| CRYPTO | ETH | ASSERTED | 0.00000001 | 0.00000001 |
| CRYPTO | ETH-PERP | ASSERTED | -0.0000000000001137 | -0.0000000000001137 |
| CRYPTO | FTT | ASSERTED | 280.57312915783 | 280.57312915783 |
| CRYPTO | FTT-PERP | ASSERTED | -0.000000000001819 | -0.000000000001819 |
| CRYPTO | HMT | ASSERTED | 25756.67820542 | 25756.67820542 |
| CRYPTO | HT-PERP | ASSERTED | 0.0000000000027285 | 0.0000000000027285 |
| CRYPTO | ICP-PERP | ASSERTED | 0.0000000000001705 | 0.0000000000001705 |
| CRYPTO | LINK-PERP | ASSERTED | -0.0000000000013642 | -0.0000000000013642 |
| CRYPTO | LTC-PERP | ASSERTED | -0.0000000000003411 | -0.0000000000003411 |
| CRYPTO | LUNC-PERP | ASSERTED | -0.0000000000065029 | -0.0000000000065029 |
| CRYPTO | MCB | ASSERTED | 912.49 | 912.49 |
| CRYPTO | NEO-PERP | ASSERTED | -0.0000000000002274 | -0.0000000000002274 |
| CRYPTO | OMG-PERP | ASSERTED | -0.0000000000090949 | -0.0000000000090949 |
| CRYPTO | RUNE-PERP | ASSERTED | -0.0000000000045475 | -0.0000000000045475 |
| CRYPTO | SOL-PERP | ASSERTED | -0.000000000003638 | -0.000000000003638 |
| CRYPTO | TLM | ASSERTED | 0.0906 | 0.0906 |
| CRYPTO | TONCOIN | ASSERTED | 893.0 | 893.0 |
| CRYPTO | TRX | ASSERTED | 0.000052 | 0.000052 |
| CRYPTO | UNI-PERP | ASSERTED | 0.0000000000011369 | 0.0000000000011369 |
| CRYPTO | USDT | ASSERTED | 1000.8428982243105 | 1000.8428982243105 |
| CRYPTO | XMR-PERP | ASSERTED | 0.0000000000001705 | 0.0000000000001705 |
| CRYPTO | XRP | ASSERTED | 763211.108367 | 763211.108367 |
| CRYPTO | XTZ-PERP | ASSERTED | -0.0000000000500222 | -0.0000000000500222 |
| CRYPTO | ZEC-PERP | ASSERTED | -0.0000000000003184 | -0.0000000000003184 |
| FIAT | USD | ASSERTED | -29913.74494080802 | -29913.74494080802 |