# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 22, 2025 at 9:30 a.m. (ET)**<br>**Objection Deadline: July 7, 2025 at 4:00 p.m. (ET)**<br>**Re: Docket Nos. 30911 & 30992** |

## NOTICE OF MOTION FOR ENTRY OF AN ORDER
## AUTHORIZING FILING OF RESPONSE UNDER SEAL

**PLEASE TAKE NOTICE** that on June 23, 2025, Customer with the unique ID code of 911658 ("Claimant"), by and through its undersigned counsel filed the *Motion for Entry of an Order Authorizing Filing of Response Under Seal* [Docket No. 30992] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **July 7, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Karen B. Ownes at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801 on **July 22, 2025 at 9:30 a.m. (ET)**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 26, 2025  
       Wilmington, Delaware

Respectfully Submitted,

*/s/ Shannon A. Forshay*  
R. Stephen McNeill (No. 5210)  
Shannon A. Forshay (No. 7293)  
**POTTER ANDERSON & CORROON LLP**  
1313 N. Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
Facsimile:  (302) 658-1192  
Email: rmcneill@potteranderson.com  
       sforshay@potteranderson.com

*Counsel for Claimant*

2

12330153