## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

TO:   U.S. Bankruptcy Court for the District of Delaware ("Court")

AND TO:   FTX Trading Ltd., et al., ("Debtor")

Case No. 22-11068 (JTD) ("Case")

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

**Name of Transferee**
Lantern FTX Holdings, L.L.C.

**Name of Transferor**

Name and Address where notices to Transferee should be sent:

Name and Address where notices to Transferor should be sent:

Lantern FTX Holdings, L.L.C.
One Madison Avenue,
Suite 1600
New York, NY 10010
Attention: Jonathan Farnham
Email: j.farnham@benefitstreetpartners.com

| Claim No. / Schedule | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Unique Creditor ID: 01917996<br><br>Scheduled ID: 6421368<br><br>Claim Number(s): 8663<br><br>Claim Confirmation Number(s): 3265-70-QWCCJ-069206539 |  | 100%<br><br>See attached description. | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Lantern FTX Holdings, L.L.C.**

By: _____          Date:   June 27, 2025
Name:  Chris Zikakis

## EVIDENCE OF TRANSFER OF CLAIM

### Annex B

TO: U.S. Bankruptcy Court for the District of Delaware ("Bankruptcy Court")

AND: FTX Trading Ltd., et al. ("Debtor") Case No. 22-11068 (JTD) ("Case")

Proof of Claim #: 8663 ("Proof of Claim")
Schedule #: 6421368 ("Schedule")
Confirmation ID #: 3265-70-QWCCJ-069206539 ("Confirmation ID")
Customer Code #: 01917996 ("Customer Code")
███████████████ ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

LANTERN FTX HOLDINGS L.L.C

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights in and to: (a) the Proof of Claim; (b) the Schedule; (c) the Confirmation ID; (d) the Customer Code ((a) - (d) collectively, the "Claim") against Debtor in this Case; (e) any secured claim, collateral or any liens held by Seller; (f) vote on any question relating to the Claim in the Case; and (g) cash, interest, principal, securities or other property in connection with the Case.

Seller hereby certifies that it unconditionally waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated June 27, 2025.

**SELLER**

[redacted]

**BUYER**
LANTERN FTX HOLDINGS L.L.C

By: _____ (signed)
Name: Chris Zikakis
Title: Managing Director



**NOTICE OF CHANGE OF
PHYSICAL MAILING ADDRESS, and
EMAIL ADDRESS**

**June 27, 2025**

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
Attn: James L. Bromley

Re: FTX Trading Ltd., et al., Case No. 22-11068 (JTD)
   Proof of Claim #: 8663
   Schedule #: 6421368
   Confirmation ID #: 3265-70-QWCCJ-069206539
   Customer Code #: 01917996

To Whom It May Concern:

Effective immediately, all future notices, payments, remittances, and disbursements concerning above-referenced claims should be sent to the following physical address, and email address:

LANTERN FTX HOLDINGS L.L.C
c/o One Madison Avenue, Suite 1600, New York, NY 10010
Attn: Jonathan Farnham
Tel: (415) 343-6317
Email: j.farnham@benefitstreetpartners.com

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the official claims register for the above-referenced Case.

Very truly yours,



LANTERN FTX HOLDINGS L.L.C

By: _____
Name: Chris Zikakis
Title: Managing Director
**Email:** c.zikakis@benefitstreetpartners.com

Cc:  Alvarez & Marsal North America, LLC    Kroll
     600 Madison Avenue                      55 East 52nd Street, 17 Fl
     New York, NY 10022 Attn: FTX Claims     New York NY 10055
                                             Attn: FTX Claims

32448/2003
06/26/2025 314135465.1

-14-

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.



| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 01917996 | | ATOM-PERP[0], BTC-PERP[0], ETH-PERP[0], KNC-PERP[0], LUNC-PERP[0], REN[0], TRX-PERP[0], USD[90906.13], USDT[0.00000001] | | |