# SCHEDULE 1

**Superseded Claims**

Case 22-11068-KBO   Doc 31084-1   Filed 06/27/25   Page 1 of 3

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Sixty-Second Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| Claims to be Disallowed | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 58510 | Name on file | FTX Trading Ltd. | DOGE<br>ETH<br>ETHW<br>USD | 53,194.796850220000000<br>13.002804160000000<br>0.000000005115970<br>0.000017500287109 | 58703* | Name on file | FTX Trading Ltd. | DOGE<br>ETH<br>ETHW<br>USD | 53,194.796850220000000<br>13.002804160000000<br>0.000000005115970<br>0.000017500287109 |
| 58638 | Name on file | FTX Trading Ltd. | DOGE<br>ETH<br>ETHW<br>USD | 53,194.796850220000000<br>13.002804160000000<br>0.000000005115970<br>0.000017500287109 | 58703* | Name on file | FTX Trading Ltd. | DOGE<br>ETH<br>ETHW<br>USD | 53,194.796850220000000<br>13.002804160000000<br>0.000000005115970<br>0.000017500287109 |
| 10042 | Name on file | FTX Trading Ltd. | SOL<br>USD | 0.000000007232406<br>700.208135009131300 | 18053* | Name on file | FTX Trading Ltd. | SOL<br>USD | 0.000000007232406<br>700.208135009131300 |
| 845 | Name on file | FTX Trading Ltd. | USD | 1,581.690000000000000 | 94773* | Name on file | FTX Trading Ltd. | BF_POINT<br>CUSDT<br>DOGE<br>ETH<br>ETHW<br>GRT<br>LTC<br>SHIB<br>TRX<br>USD | 300.000000000000000<br>9.000000000000000<br>5,236.480513620000000<br>0.006744670000000<br>0.006662590000000<br>31.061828930000000<br>0.039283460000000<br>3,005,550.841713030000000<br>1.000000000000000<br>1,568.079421765233500 |
| 9336 | Name on file | FTX Trading Ltd. | | Undetermined* | 56585 | Name on file | FTX Trading Ltd. | ETH<br>ETHW<br>FTT<br>SAND<br>SOL-PERP<br>SRM<br>SRM_LOCKED<br>TRX<br>USD<br>USDT | 1.546052360000000<br>1.005185173314755<br>0.088174290000000<br>1.000000000000000<br>0.000000000000000<br>30.039031150000000<br>276.740589170000000<br>0.000784000000000<br>0.000000013560162<br>2,614.632199232879000 |
| 3583 | Name on file | FTX Trading Ltd. | | Undetermined* | 48163 | Name on file | FTX Trading Ltd. | AAVE-PERP<br>ADA-PERP<br>AUD<br>BTC<br>BTC-PERP<br>CEL-0930<br>CEL-PERP<br>DOGE<br>DOT<br>DOT-PERP<br>ETH<br>ETH-PERP<br>ETHW<br>FTT<br>FTT-PERP<br>ICP-PERP<br>LOCKED_MAPS_STRIKE-0.07_VEST-2030<br>LOCKED_OXY_STRIKE-0.03_VEST-2030<br>LOCKED_SRM_STRIKE-0.1_VEST-2030<br>LUNA2<br>LUNA2_LOCKED<br>LUNC<br>LUNC-PERP<br>MER-PERP<br>MNGO-PERP<br>MSOL<br>OXY-PERP<br>RAY-PERP<br>SLRS<br>SOL<br>SOL-0325<br>SOL-PERP<br>SRM-PERP<br>USD<br>USDT<br>USTC<br>USTC-PERP<br>WAVES-PERP<br>XMR-PERP | 0.000000000000000<br>0.000000000000000<br>3.550924312121490<br>0.000083502461895<br>-0.000000000000003<br>0.000000000000000<br>0.000000000000000<br>5.000000000000000<br>0.082980794317273<br>0.000000000000000<br>0.001763851819218<br>0.000000000000000<br>0.001763851819218<br>0.013209042031860<br>0.000000000000000<br>0.000000000000000<br>100,000.000000000000000<br>100,000.000000000000000<br>100,000.000000000000000<br>0.017082062846100<br>0.039858146656800<br>2,266.340752771166000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.003789390000000<br>0.000000000000000<br>0.000000000000000<br>455,184.090750000000000<br>0.003567394342327<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>23,441.535514664370000<br>0.000993868202448<br>0.944760910000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000 |
| 1320 | Name on file | FTX Trading Ltd. | USD | 8,000.000000000000000 | 72019* | Name on file | FTX Trading Ltd. | ETH<br>ETHW<br>SOL | 0.972030690000000<br>0.972030690000000<br>22.067120900000000 |
| 2823 | Name on file | Quoine Pte Ltd | ATOM<br>BCH<br>CEL<br>DASH<br>ETH<br>GALA<br>QASH<br>SNX<br>UNI<br>XRP | 76.750000000000000<br>4.047393770000000<br>2,068.845000000000000<br>10.195944280000000<br>0.000566040000000<br>1,623.000000000000000<br>6,329.827294000000000<br>13.803572410000000<br>5.136308190000000<br>126.654506000000000 | 39686 | Name on file | Quoine Pte Ltd | ATOM<br>BCH<br>BTC<br>CEL<br>DASH<br>ETH<br>ETHW<br>GALA<br>QASH<br>SNX<br>UNI<br>USD<br>USDC<br>USDT<br>XRP | 80.000000000000000<br>4.047393770000000<br>0.000000835000000<br>2,068.845000000000000<br>10.201944280000000<br>0.000560490000000<br>0.000560490000000<br>2,000.000000000000000<br>6,329.827294000000000<br>13.803572410000000<br>5.136308190000000<br>5.672500000000000<br>0.032503000000000<br>1,507.463018000000000<br>126.654505340000000 |
| 16242 | Name on file | FTX Trading Ltd. | | Undetermined* | 62594 | Name on file | FTX Trading Ltd. | | Undetermined* |
| 2822 | Name on file | Quoine Pte Ltd | USD | 16,938.980000000000000 | 39668 | Name on file | Quoine Pte Ltd | BTC<br>ETH<br>ETHW<br>FANZ<br>GAT<br>LDC<br>QASH<br>SGD<br>USD<br>USDT<br>XRP | 0.090668880000000<br>13.218263080000000<br>24.220663080000000<br>160.000000000000000<br>59,880.000000000000000<br>10,000.000000000000000<br>1,699.825423720000000<br>9.694390000000000<br>16,769.517489999900000<br>4.301317000000000<br>0.000092540000000 |
| 2300 | Name on file | Quoine Pte Ltd | USD | 51,677.000000000000000 | 39678 | Name on file | Quoine Pte Ltd | BCH<br>BTC<br>ETH<br>ETHW<br>FANZ<br>NEO<br>QASH<br>SGD<br>SOL<br>USD<br>USDC<br>USDT<br>XRP | 0.000531150000000<br>0.624560560000000<br>32.119501710000000<br>32.119501710000000<br>160.000000000000000<br>0.004817720000000<br>16,817.299015430000000<br>10,890.090550000000000<br>20.000000000000000<br>42,347.840240000000000<br>1.513878000000000<br>0.327867000000000<br>2,124.435119820000000 |
| 323 | Name on file | West Realm Shires Inc. | USD | 3,051.000000000000000 | 81858* | Name on file | FTX Trading Ltd. | EUR | 3,051.000000000000000 |
| 50838 | Name on file | FTX Trading Ltd. | BAT<br>BRZ<br>BTC<br>CUSDT<br>DOGE<br>ETH<br>ETHW<br>GRT<br>SHIB<br>TRX<br>USD<br>USDT | 2.067262610000000<br>4.000000000000000<br>0.000000001230617<br>3.000000000000000<br>50,076.995537454070000<br>1.502541140000000<br>1.501909960000000<br>4.135242960000000<br>28,103,845.281490180000000<br>6.000000000000000<br>0.000000000204378<br>1.076443170000000 | 53468* | Name on file | FTX Trading Ltd. | BAT<br>BRZ<br>BTC<br>CUSDT<br>DOGE<br>ETH<br>ETHW<br>GRT<br>SHIB<br>TRX<br>USD<br>USDT | 2.067262610000000<br>4.000000000000000<br>0.000000001230617<br>3.000000000000000<br>50,076.995537454070000<br>1.502541140000000<br>1.501909960000000<br>4.135242960000000<br>28,103,845.281490180000000<br>6.000000000000000<br>0.000000000204378<br>1.076443170000000 |
| 123 | Name on file | FTX Trading Ltd. | USD | 74,760.000000000000000 | 13430* | Name on file | FTX Trading Ltd. | ETH<br>ETHW<br>LTC<br>SHIB<br>SOL<br>USD | 32.282482000000000<br>32.282482000000000<br>119.106300000000000<br>584,849,400.000000000000000<br>251.873570000000000<br>1,393.144963650000000 |
| 20577 | Name on file | FTX Trading Ltd. | FTT<br>LTC<br>TRX<br>USD<br>USDT | 2.900000000000000<br>0.200066780000000<br>302.000000000000000<br>41,505.036183593020000<br>18,541.458686169000000 | 93534 | Name on file | FTX Trading Ltd. | FTT<br>LTC<br>TRX<br>USD<br>USDC<br>USDT | 2.900000000000000<br>0.200066780000000<br>302.000000000000000<br>0.000000000000000<br>41,505.036183593020000<br>18,541.458686169000000 |
| 60729 | Name on file | FTX Trading Ltd. | FTT<br>LTC<br>TRX<br>USD<br>USDT | 2.900000000000000<br>0.200066780000000<br>302.000000000000000<br>41,505.036183593020000<br>18,541.458686169000000 | 93534 | Name on file | FTX Trading Ltd. | FTT<br>LTC<br>TRX<br>USD<br>USDC<br>USDT | 2.900000000000000<br>0.200066780000000<br>302.000000000000000<br>0.000000000000000<br>41,505.036183593020000<br>18,541.458686169000000 |
| 31217 | Name on file | FTX Trading Ltd. | BTC<br>USDT | 0.865600710000000<br>23.840000000000000 | 76697 | Name on file | Quoine Pte Ltd | BTC<br>ETH<br>ETHW<br>NEO<br>USD<br>USDT | 0.865600710000000<br>0.000000010000000<br>0.000000010000000<br>0.675546000000000<br>0.013250000000000<br>23.841142000000000 |
| 56188 | Name on file | FTX Trading Ltd. | LINK<br>TRX<br>USDC | 214.496035000000000<br>13,777.777450000000000<br>7.140065000000000 | 60388* | Name on file | FTX Trading Ltd. | LINK<br>TRX<br>USD | 214.496035000000000<br>13,777.777450000000000<br>7.140065000000000 |
| 24049 | Name on file | FTX Trading Ltd. | AAVE-20201225<br>AAVE-20210326<br>AAVE-20210625<br>AAVE-PERP<br>ADA-20210326<br>ADA-20210625<br>ADA-PERP<br>ALCX<br>ALGO-20201225<br>ALGO-PERP<br>ALT-20201225<br>ALT-20210625<br>ALT-PERP<br>AMPL-PERP<br>ATOM-20210326<br>ATOM-20210625<br>ATOM-PERP<br>AVAX-PERP<br>BADGER-PERP<br>BAL-20210625<br>BAL-PERP | 0.000000000000000<br>0.000000000000005<br>-0.000000000000014<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000010000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>-0.000000000000227<br>0.000000000000000<br>-0.000000000000909<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000 | 57145 | Name on file | FTX Trading Ltd. | AAVE-20201225<br>AAVE-20210326<br>AAVE-20210625<br>AAVE-PERP<br>ADA-20210326<br>ADA-20210625<br>ADA-PERP<br>ALCX<br>ALGO-20201225<br>ALGO-PERP<br>ALT-20201225<br>ALT-20210625<br>ALT-PERP<br>AMPL-PERP<br>ATOM-20210326<br>ATOM-20210625<br>ATOM-PERP<br>AVAX-PERP<br>BADGER-PERP<br>BAL-20210625<br>BAL-PERP | 0.000000000000000<br>0.000000000000005<br>-0.000000000000014<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000010000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000<br>-0.000000000000227<br>0.000000000000000<br>-0.000000000000909<br>0.000000000000000<br>0.000000000000000<br>0.000000000000000 |

58703* Claim is also included in the FTX Recovery Trust's One Hundred Sixty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
18053* Claim is also included in the FTX Recovery Trust's One Hundred Sixty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
94773* Claim is also included in the FTX Recovery Trust's One Hundred Sixty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
72019* Claim is also included in the FTX Recovery Trust's One Hundred Sixty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
81858* Claim is also included in the FTX Recovery Trust's One Hundred Sixty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
53468* Claim is also included in the FTX Recovery Trust's One Hundred Sixty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
13430* Claim is also included in the FTX Recovery Trust's One Hundred Sixty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
60388* Claim is also included in the FTX Recovery Trust's One Hundred Sixty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | Claims to be Disallowed | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| | | | BAND-PERP | 0.000000000000000 | | | | BAND-PERP | 0.000000000000000 |
| | | | BCH-PERP | 0.000000000000004 | | | | BCH-PERP | 0.000000000000004 |
| | | | BNB-20210326 | 0.000000000000000 | | | | BNB-20210326 | 0.000000000000000 |
| | | | BNB-20210625 | 0.000000000000000 | | | | BNB-20210625 | 0.000000000000000 |
| | | | BNB-PERP | 0.000000000000000 | | | | BNB-PERP | 0.000000000000000 |
| | | | BNT-PERP | 0.000000000000000 | | | | BNT-PERP | 0.000000000000000 |
| | | | BSV-PERP | 0.000000000000000 | | | | BSV-PERP | 0.000000000000000 |
| | | | BTC | 0.000000001607537 | | | | BTC | 0.000000001607537 |
| | | | BTC-20201225 | 0.000000000000000 | | | | BTC-20201225 | 0.000000000000000 |
| | | | BTC-20210326 | 0.000000000000000 | | | | BTC-20210326 | 0.000000000000000 |
| | | | BTC-20210625 | 0.000000000000000 | | | | BTC-20210625 | 0.000000000000000 |
| | | | BTC-20210924 | 0.000000000000000 | | | | BTC-20210924 | 0.000000000000000 |
| | | | BTC-20211231 | 0.000000000000000 | | | | BTC-20211231 | 0.000000000000000 |
| | | | BTC-HASH-2020Q4 | -0.000000000000028 | | | | BTC-HASH-2020Q4 | -0.000000000000028 |
| | | | BTC-HASH-2021Q1 | -0.000000000000007 | | | | BTC-HASH-2021Q1 | -0.000000000000007 |
| | | | BTC-PERP | -0.000000000000017 | | | | BTC-PERP | -0.000000000000017 |
| | | | BULL | 0.000000003381370 | | | | BULL | 0.000000003381370 |
| | | | CARLSEN2021 | 0.000000000000000 | | | | CARLSEN2021 | 0.000000000000000 |
| | | | COMP-20210326 | -0.000000000000001 | | | | COMP-20210326 | -0.000000000000001 |
| | | | COMP-PERP | -0.000000000000046 | | | | COMP-PERP | -0.000000000000046 |
| | | | CREAM-20210326 | 0.000000000000000 | | | | CREAM-20210326 | 0.000000000000000 |
| | | | CREAM-PERP | 0.000000000000006 | | | | CREAM-PERP | 0.000000000000006 |
| | | | CRV-PERP | 0.000000000000000 | | | | CRV-PERP | 0.000000000000000 |
| | | | DAI | 0.000000005537820 | | | | DAI | 0.000000005537820 |
| | | | DEFI-20201225 | 0.000000000000000 | | | | DEFI-20201225 | 0.000000000000000 |
| | | | DEFI-20210326 | 0.000000000000000 | | | | DEFI-20210326 | 0.000000000000000 |
| | | | DEFI-20210625 | 0.000000000000000 | | | | DEFI-20210625 | 0.000000000000000 |
| | | | DEFI-PERP | 0.000000000000000 | | | | DEFI-PERP | 0.000000000000000 |
| | | | DEMSENATE | 0.000000000000028 | | | | DEMSENATE | 0.000000000000028 |
| | | | DOGE-20201225 | 0.000000000000000 | | | | DOGE-20201225 | 0.000000000000000 |
| | | | DOGE-20210326 | 0.000000000000000 | | | | DOGE-20210326 | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | | | DOGE-PERP | 0.000000000000000 |
| | | | DRGN-PERP | 0.000000000000000 | | | | DRGN-PERP | 0.000000000000000 |
| | | | EOS-PERP | 0.000000000000000 | | | | EOS-PERP | 0.000000000000000 |
| | | | ETH | 0.000000037970340 | | | | ETH | 0.000000037970340 |
| | | | ETH-20210326 | 0.000000000000007 | | | | ETH-20210326 | 0.000000000000007 |
| | | | ETH-20210625 | -0.000000000000017 | | | | ETH-20210625 | -0.000000000000017 |
| | | | ETH-20211231 | -0.000000000000001 | | | | ETH-20211231 | -0.000000000000001 |
| | | | ETHHALF | 0.000000000600000 | | | | ETHHALF | 0.000000000600000 |
| | | | ETH-PERP | 0.000000000000074 | | | | ETH-PERP | 0.000000000000074 |
| | | | EXCH-PERP | 0.000000000000000 | | | | EXCH-PERP | 0.000000000000000 |
| | | | FIDA | 5.530389040000000 | | | | FIDA | 5.530389040000000 |
| | | | FIDA_LOCKED | 31.531471950000000 | | | | FIDA_LOCKED | 31.531471950000000 |
| | | | FIDA-PERP | 0.000000000000000 | | | | FIDA-PERP | 0.000000000000000 |
| | | | FIL-PERP | 0.000000000000000 | | | | FIL-PERP | 0.000000000000000 |
| | | | FTM | 0.000000006776253 | | | | FTM | 0.000000006776253 |
| | | | FTT | 0.000000009963207 | | | | FTT | 0.000000009963207 |
| | | | IOTA-PERP | 0.000000000000000 | | | | IOTA-PERP | 0.000000000000000 |
| | | | KSM-PERP | 0.000000000000000 | | | | KSM-PERP | 0.000000000000000 |
| | | | LEO | 0.000000000236430 | | | | LEO | 0.000000000236430 |
| | | | LINK-20210326 | 0.000000000000000 | | | | LINK-20210326 | 0.000000000000000 |
| | | | LINK-20210625 | 0.000000000000000 | | | | LINK-20210625 | 0.000000000000000 |
| | | | LINKBULL | 0.000000008000000 | | | | LINKBULL | 0.000000008000000 |
| | | | LINK-PERP | 0.000000000000000 | | | | LINK-PERP | 0.000000000000000 |
| | | | LTC-20210326 | 0.000000000000028 | | | | LTC-20210326 | 0.000000000000028 |
| | | | LTC-20210625 | 0.000000000000000 | | | | LTC-20210625 | 0.000000000000000 |
| | | | LTC-PERP | 0.000000000000000 | | | | LTC-PERP | 0.000000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | | | LUNC-PERP | 0.000000000000000 |
| | | | MKR-PERP | 0.000000000000000 | | | | MKR-PERP | 0.000000000000000 |
| | | | MTA-PERP | 0.000000000000000 | | | | MTA-PERP | 0.000000000000000 |
| | | | NEO-PERP | 0.000000000000000 | | | | NEO-PERP | 0.000000000000000 |
| | | | OMG-20210326 | 0.000000000000000 | | | | OMG-20210326 | 0.000000000000000 |
| | | | OMG-PERP | 0.000000000000000 | | | | OMG-PERP | 0.000000000000000 |
| | | | ONE-PERP | 0.000000000000000 | | | | ONE-PERP | 0.000000000000000 |
| | | | REN | 0.000000000351930 | | | | REN | 0.000000000351930 |
| | | | REN-PERP | 0.000000000000000 | | | | REN-PERP | 0.000000000000000 |
| | | | RUNE-PERP | 0.000000000000000 | | | | RUNE-PERP | 0.000000000000000 |
| | | | SECO-PERP | 0.000000000000000 | | | | SECO-PERP | 0.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | | | SHIB-PERP | 0.000000000000000 |
| | | | SHIT-20201225 | 0.000000000000000 | | | | SHIT-20201225 | 0.000000000000000 |
| | | | SNX-PERP | 0.000000000000113 | | | | SNX-PERP | 0.000000000000113 |
| | | | SOL | 0.000000005487166 | | | | SOL | 0.000000005487166 |
| | | | SOL-PERP | 0.000000000000000 | | | | SOL-PERP | 0.000000000000000 |
| | | | SUSHI-20210326 | 0.000000000000000 | | | | SUSHI-20210326 | 0.000000000000000 |
| | | | SUSHI-20210625 | 0.000000000000000 | | | | SUSHI-20210625 | 0.000000000000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | | SUSHI-PERP | 0.000000000000000 |
| | | | THETA-20210326 | 0.000000000000000 | | | | THETA-20210326 | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000000 | | | | THETA-PERP | 0.000000000000000 |
| | | | TOMO-PERP | 0.000000000000000 | | | | TOMO-PERP | 0.000000000000000 |
| | | | TRUMPFEB | 0.000000000003637 | | | | TRUMPFEB | 0.000000000003637 |
| | | | TRX-PERP | 0.000000000000000 | | | | TRX-PERP | 0.000000000000000 |
| | | | UNI-20210326 | 0.000000000000000 | | | | UNI-20210326 | 0.000000000000000 |
| | | | UNI-PERP | 0.000000000000000 | | | | UNI-PERP | 0.000000000000000 |
| | | | UNISWAP-20210326 | 0.000000000000000 | | | | UNISWAP-20210326 | 0.000000000000000 |
| | | | UNISWAP-20210625 | 0.000000000000000 | | | | UNISWAP-20210625 | 0.000000000000000 |
| | | | UNISWAP-PERP | 0.000000000000000 | | | | UNISWAP-PERP | 0.000000000000000 |
| | | | USD | 7,773.791295691934500 | | | | USD | 7,773.791295691934500 |
| | | | USDT | 0.000000010405506 | | | | USDT | 0.000000010405506 |
| | | | USTC | 0.000000009850452 | | | | USTC | 0.000000009850452 |
| | | | WAVES-20210326 | 0.000000000000000 | | | | WAVES-20210326 | 0.000000000000000 |
| | | | WBTC | 0.000000007497684 | | | | WBTC | 0.000000007497684 |
| | | | XLM-PERP | 0.000000000000000 | | | | XLM-PERP | 0.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 | | | | XRP-PERP | 0.000000000000000 |
| | | | YFI | 0.000000007446480 | | | | YFI | 0.000000007446480 |
| | | | YFI-20210326 | 0.000000000000000 | | | | YFI-20210326 | 0.000000000000000 |
| | | | YFI-PERP | 0.000000000000000 | | | | YFI-PERP | 0.000000000000000 |
| | | | ZEC-PERP | -0.000000000000170 | | | | ZEC-PERP | -0.000000000000170 |
| | | | ZRX-PERP | 0.000000000000000 | | | | ZRX-PERP | 0.000000000000000 |
| 32828 | Name on file | FTX Trading Ltd. | USD | 1,600.010000000000000 | 56825* | Name on file | FTX Trading Ltd. | USD | 1,600.010000000000000 |
| 19340 | Name on file | West Realm Shires Services Inc. | BAT | 1.000000000000000 | 94898 | Name on file | West Realm Shires Services Inc. | BAT | 1.000000000000000 |
| | | | BTC | 0.631306240000000 | | | | BTC | 0.631306240000000 |
| | | | ETH | 4.259185530000000 | | | | ETH | 4.259185530000000 |
| | | | ETHW | 0.592868730000000 | | | | ETHW | 0.592868730000000 |
| | | | GRT | 1.000000000000000 | | | | GRT | 1.000000000000000 |
| | | | LINK | 219.390695020000000 | | | | LINK | 219.390695020000000 |
| | | | MATIC | 9,009.455387490000000 | | | | MATIC | 9,009.455387490000000 |
| | | | SHIB | 6,621,522.571802080000000 | | | | SHIB | 6,621,522.571802080000000 |
| | | | SOL | 72.211674540000000 | | | | SOL | 72.211674540000000 |
| | | | USD | 0.008411577006679 | | | | USD | 0.008411577006679 |
| 34715 | Name on file | Quoine Pte Ltd | XDC | 33,060.731523470000000 | 92481 | Name on file | Quoine Pte Ltd | USD | 0.003580000000000 |
| | | | | | | | | USDT | 0.000330000000000 |
| | | | | | | | | XDC | 33,060.731523470000000 |
| 19447 | Name on file | FTX Trading Ltd. | AVAX | 0.879763330000000 | 32643* | Name on file | FTX Trading Ltd. | AVAX | 0.879763330000000 |
| | | | BTC | 0.043196320000000 | | | | BTC | 0.043196320000000 |
| | | | ETH | 0.615026080000000 | | | | ETH | 0.615026080000000 |
| | | | ETHW | 0.614767700000000 | | | | ETHW | 0.614767700000000 |
| | | | USD | 100.319153000000000 | | | | USD | 100.319153000000000 |
| 16508 | Name on file | Quoine Pte Ltd | | Undetermined* | 58857 | Name on file | Quoine Pte Ltd | BTC | 0.724065990000000 |
| | | | | | | | | ETH | 0.161300000000000 |
| | | | | | | | | ETHW | 0.161300000000000 |
| | | | | | | | | SGD | 7,502.935500000000000 |
| | | | | | | | | USD | 1.812310000000000 |
| 25529 | Name on file | Quoine Pte Ltd | SGD | 7,502.000000000000000 | 58857 | Name on file | Quoine Pte Ltd | BTC | 0.724065990000000 |
| | | | USD | 12,347.000000000000000 | | | | ETH | 0.161300000000000 |
| | | | | | | | | ETHW | 0.161300000000000 |
| | | | | | | | | SGD | 7,502.935500000000000 |
| | | | | | | | | USD | 1.812310000000000 |
| 42847 | Name on file | Quoine Pte Ltd | BTC | 0.724065990000000 | 58857 | Name on file | Quoine Pte Ltd | BTC | 0.724065990000000 |
| | | | ETH | 0.161300000000000 | | | | ETH | 0.161300000000000 |
| | | | ETHW | 0.161300000000000 | | | | ETHW | 0.161300000000000 |
| | | | SGD | 7,502.935500000000000 | | | | SGD | 7,502.935500000000000 |
| | | | USD | 1.812310000000000 | | | | USD | 1.812310000000000 |
| 53300 | Name on file | FTX Trading Ltd. | CQT | 23,636.236360000000000 | 68114 | Name on file | FTX Trading Ltd. | CQT | 23,636.236360000000000 |
| | | | ETH | 0.094310650000000 | | | | ETH | 0.094310650000000 |
| | | | ETHW | 0.094310650000000 | | | | ETHW | 0.094310650000000 |
| | | | FTT | 0.000927300000000 | | | | FTT | 0.000927300000000 |
| | | | SRM | 78.288727260000000 | | | | SRM | 78.288727260000000 |
| | | | SRM_LOCKED | 659.471277240000000 | | | | SRM_LOCKED | 659.471277240000000 |
| | | | USD | 48,471.362011874030000 | | | | USD | 48,471.362011874030000 |
| | | | USDT | 0.000000006996479 | | | | USDT | 0.000000006996479 |
| 30565 | Name on file | FTX Trading Ltd. | BTC | 0.065000000000000 | 93505 | Name on file | FTX Trading Ltd. | BTC | 0.064833520000000 |
| | | | RAY | 1,806.000000000000000 | | | | RAY | 1,806.292521830000000 |
| | | | | | | | | USD | 0.049013280000000 |
| | | | | | | | | USDT | 0.000000014951997 |
| 33415 | Name on file | Quoine Pte Ltd | BTC | 0.016000000000000 | 40644 | Name on file | Quoine Pte Ltd | BTC | 0.016000000000000 |
| | | | SGD | 0.892810000000000 | | | | SGD | 0.892810000000000 |
| | | | USDT | 96,195.170000000000000 | | | | TRX | 0.000080000000000 |
| | | | | | | | | USDT | 87,366.600000000000000 |
| 9516 | Name on file | FTX Trading Ltd. | AMZNPRE | -0.000000005000000 | 53988 | Name on file | FTX Trading Ltd. | AMZNPRE | -0.000000005000000 |
| | | | APE-PERP | -0.000000000000003 | | | | APE-PERP | -0.000000000000003 |
| | | | AXS-PERP | 0.000000000000000 | | | | AXS-PERP | 0.000000000000000 |
| | | | BNB | 0.000000010879499 | | | | BNB | 0.000000010879499 |
| | | | BTC | 0.101800528391030 | | | | BTC | 0.101800528391030 |
| | | | BTC-PERP | 0.000000000000000 | | | | BTC-PERP | 0.000000000000000 |
| | | | DAI | 0.003141000000000 | | | | DAI | 0.003141000000000 |
| | | | DOT-PERP | 0.000000000000003 | | | | DOT-PERP | 0.000000000000003 |
| | | | ETC-PERP | 0.000000000000000 | | | | ETC-PERP | 0.000000000000000 |
| | | | ETH | 3.006353409880880 | | | | ETH | 3.006353409880880 |
| | | | ETH-PERP | 0.000000000000000 | | | | ETH-PERP | 0.000000000000000 |
| | | | ETHW | 2.452516493206625 | | | | ETHW | 2.452516493206625 |
| | | | EUR | 1,078.755160415629200 | | | | EUR | 1,078.755160415629200 |
| | | | FTT | 150.033681640000000 | | | | FTT | 150.033681640000000 |
| | | | FTT-PERP | 0.000000000000000 | | | | FTT-PERP | 0.000000000000000 |
| | | | LINK | 0.000000000003600 | | | | LINK | 0.000000000003600 |
| | | | LUNA2 | 0.000129560464800 | | | | LUNA2 | 0.000129560464800 |
| | | | LUNA2_LOCKED | 0.000302307751300 | | | | LUNA2_LOCKED | 0.000302307751300 |
| | | | LUNC-PERP | 0.000000000000369 | | | | LUNC-PERP | 0.000000000000369 |
| | | | RUNE | 0.000000002647360 | | | | RUNE | 0.000000002647360 |
| | | | RUNE-PERP | 0.000000000000000 | | | | RUNE-PERP | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000003 | | | | SOL-PERP | 0.000000000000003 |
| | | | USD | 1.018089094003144 | | | | USD | 1.018089094003144 |
| | | | USDT | 0.031896541615649 | | | | USDT | 0.031896541615649 |
| | | | USDT-PERP | 0.000000000000000 | | | | USDT-PERP | 0.000000000000000 |
| | | | USTC | 0.018339913650785 | | | | USTC | 0.018339913650785 |
| | | | USTC-PERP | 0.000000000000000 | | | | USTC-PERP | 0.000000000000000 |

56825* Claim is also included in the FTX Recovery Trust's One Hundred Sixty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
32643* Claim is also included in the FTX Recovery Trust's One Hundred Sixty-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts