# SCHEDULE 1

**Partially Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Sixty-Eighth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| 3236 | Name on file | FTX Trading Ltd. | | | | FTX Trading Ltd. | |
| | | | BRZ | | | | 0.000000005319209 |
| | | | LTC | | | | 0.002246260000000 |
| | | | MATIC | | | | 0.000000000263415 |
| | | | USD | 717.720000000000000 | | | 717.715503975643700 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 98675* | Name on file | FTX Trading Ltd. | BAT | Undetermined* | West Realm Shires Services Inc. | 3.156471980000000 |
|---|---|---|---|---|---|---|
| | | | BRZ | | | 1.000000000000000 |
| | | | BTC | | | 0.185373290000000 |
| | | | CUSDT | | | 2.000000000000000 |
| | | | DOGE | | | 2.000000000000000 |
| | | | GRT | | | 2.015737430000000 |
| | | | SOL | | | 58.644087730000000 |
| | | | TRX | | | 6.000000000000000 |
| | | | USD | | | 0.000015491547651 |
| | | | USDT | | | 0.000008814490860 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 98598* | Name on file | FTX Trading Ltd. | ETH | | West Realm Shires Services Inc. | 0.017827259044000 |
|---|---|---|---|---|---|---|
| | | | ETHW | | | 0.017827259044000 |
| | | | USD | 0.000001795151136 | | 0.000001795151136 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 84517 | Name on file | West Realm Shires Services Inc. | SHIB | Undetermined* | West Realm Shires Services Inc. | 16,851,186.118368090000000 |
|---|---|---|---|---|---|---|

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 3032* | Name on file | FTX Trading Ltd. | ETH | | West Realm Shires Services Inc. | 0.681000000000000 |
|---|---|---|---|---|---|---|
| | | | ETHW | | | 0.681000000000000 |
| | | | USD | 1.340000000000000 | | 1.345062560000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 54558* | Name on file | FTX Trading Ltd. | DOGE | | West Realm Shires Services Inc. | 1.000000000000000 |
|---|---|---|---|---|---|---|
| | | | MATIC | | | 106.455480980000000 |
| | | | SHIB | | | 7.000000000000000 |
| | | | USD | 624.520000000000000 | | 624.527150560996000 |
| | | | USDT | | | 0.000008432248453 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 28674* | Name on file | FTX Trading Ltd. | AAVE | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
|---|---|---|---|---|---|---|
| | | | ADABULL | 0.000000000000000 | | 0.000000000000000 |
| | | | AKRO | 0.000000000000000 | | 0.000000000000000 |
| | | | APE | 0.000000000000000 | | 0.000000000000000 |
| | | | ARS | 0.000000000000000 | | 0.000000000000000 |
| | | | ATLAS | 0.000000000000000 | | 0.000000000000000 |
| | | | ATOM | 0.000000000000000 | | 0.000000000000000 |
| | | | AUD | 0.000000000000000 | | 0.000000000000000 |
| | | | AURY | 0.000000000000000 | | 0.000000000000000 |
| | | | AVAX | 0.000000000000000 | | 0.000000000000000 |
| | | | BAO | 0.000000000000000 | | 0.000000000000000 |
| | | | BAT | 0.000000000000000 | | 0.000000000000000 |
| | | | BCH | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB | 0.000000000000000 | | 0.000000000000000 |
| | | | BRL | 0.000000000000000 | | 0.000000000000000 |
| | | | BRZ | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC | 0.000000000000000 | | 0.000000000000000 |
| | | | BULL | 0.000000000000000 | | 0.000000000000000 |
| | | | CAD | 0.000000000000000 | | 0.000000000000000 |
| | | | CEL | 0.000000000000000 | | 0.000000006179317 |
| | | | CHF | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ | 0.000000000000000 | | 0.000000000000000 |
| | | | COPE | 0.000000000000000 | | 0.000000000000000 |
| | | | CRO | 0.000000000000000 | | 0.000000000000000 |
| | | | CUSDT | 0.000000000000000 | | 0.000000000000000 |
| | | | DENT | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGEBULL | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHBULL | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 0.000000000000000 | | 0.000000000000000 |
| | | | EUR | 0.000000000000000 | | 0.000000000000000 |
| | | | FTM | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 0.000000000000000 | | 0.000000000000000 |
| | | | GALA | 0.000000000000000 | | 0.000000000000000 |
| | | | GBP | 0.000000000000000 | | 0.000000000000000 |
| | | | GHS | 0.000000000000000 | | 0.000000000000000 |
| | | | GRT | 0.000000000000000 | | 0.000000000000000 |
| | | | HKD | 0.000000000000000 | | 0.000000000000000 |
| | | | IMX | 0.000000000000000 | | 0.000000000000000 |
| | | | JPY | 0.000000000000000 | | 0.000000000000000 |
| | | | KIN | 0.000000000000000 | | 0.000000000000000 |
| | | | LINK | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC | 0.000000000000000 | | 0.000000000000000 |
| | | | LUNA2 | 0.000000000000000 | | 0.000000000000000 |
| | | | LUNC | 0.000000000000000 | | 0.000000000000000 |
| | | | MANA | 0.000000000000000 | | 0.000000000000000 |
| | | | MATIC | 0.000000000000000 | | 0.000000000000000 |
| | | | MXN | 0.000000000000000 | | 0.000000000000000 |
| | | | POLIS | 0.000000000000000 | | 0.000000000000000 |
| | | | RAY | 0.000000000000000 | | 0.000000000000000 |
| | | | RSR | 0.000000000000000 | | 0.000000000000000 |
| | | | RUNE | 0.000000000000000 | | 0.000000000000000 |
| | | | SAND | 0.000000000000000 | | 0.000000000000000 |

98675*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
98598*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
3032*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
54558*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
28674*: Claim was ordered modified on the FTX Recovery Trust's Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

|  |  |  | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|  |  |  | SGD | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | SHIB | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | SOL | 0.000000000000000 |  | 1.274468960000000 |
|  |  |  | SPELL | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | SRM | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | STEP | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | SUSHI | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | SXP | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | TONCOIN | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | TRX | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | TRY | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | UBXT | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | UNI | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | USD | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | USDC | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | USDT | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | USTC | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | VND | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | XOF | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | XRP | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | XRPBULL | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | ZAR | 0.000000000000000 |  | 0.000000000000000 |
|  |  |  | Other Activity Asserted: None - None |  |  | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 1386 | Name on file | FTX Trading Ltd. | BAO |  | FTX Trading Ltd. | 1.000000000000000 |
|---|---|---|---|---|---|---|
|  |  |  | BTC |  |  | 0.503392330000000 |
|  |  |  | EUR |  |  | 0.001013258831097 |
|  |  |  | FTT |  |  | 9.133598580000000 |
|  |  |  | PAXG |  |  | 1.256513180000000 |
|  |  |  | RSR |  |  | 1.000000000000000 |
|  |  |  | USD | 10,000.000000000000 |  | 0.000005746003264 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 41718* | Name on file | FTX Trading Ltd. | BNB |  | FTX Trading Ltd. | 0.005950134570820 |
|---|---|---|---|---|---|---|
|  |  |  | FTT | 0.325368960000000 |  | 0.325368960000000 |
|  |  |  | LINK |  |  | 1.000121236134560 |
|  |  |  | USD | 0.000000388000491 |  | 0.000000388000491 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 52178* | Name on file | FTX Trading Ltd. | BTC | 1.645840140000000 | FTX Trading Ltd. | 1.645840140000000 |
|---|---|---|---|---|---|---|
|  |  |  | CHZ |  |  | 650.000000000000000 |
|  |  |  | ETH | 15.852828830000000 |  | 15.852828830000000 |
|  |  |  | USDT | 80,017.110000000000 |  | 80,003.993771660000 |
|  |  |  | XRP | 1,170.720202850000 |  | 1,170.720202850000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 98611 | Name on file | FTX Trading Ltd. | AAVE-PERP |  | FTX Trading Ltd. | 0.000000000000000 |
|---|---|---|---|---|---|---|
|  |  |  | ADA-PERP |  |  | 0.000000000000000 |
|  |  |  | AGLD-PERP |  |  | 0.000000000000000 |
|  |  |  | ALCX-PERP |  |  | 0.000000000000000 |
|  |  |  | ALPHA-PERP |  |  | 0.000000000000000 |
|  |  |  | ANC-PERP |  |  | 0.000000000000000 |
|  |  |  | APE-PERP |  |  | 0.000000000000000 |
|  |  |  | APT-PERP |  |  | 0.000000000000000 |
|  |  |  | ASD |  |  | 0.000000007850000 |
|  |  |  | ASD-PERP |  |  | 0.000000000000000 |
|  |  |  | ATLAS | 0.000000008541000 |  | 0.000000008541000 |
|  |  |  | ATLAS-PERP |  |  | 0.000000000000000 |
|  |  |  | AXS-PERP |  |  | 0.000000000000000 |
|  |  |  | BAND-PERP |  |  | 0.000000000000000 |
|  |  |  | BAO-PERP |  |  | 0.000000000000000 |
|  |  |  | BNB | 0.000000005124097 |  | 0.000000005124097 |
|  |  |  | BNB-PERP |  |  | 0.000000000000000 |
|  |  |  | BTC | 0.002740123436239 |  | 0.002740123436239 |
|  |  |  | BTC-PERP |  |  | 0.000000000000000 |
|  |  |  | BTT-PERP |  |  | 0.000000000000000 |
|  |  |  | CAKE-PERP |  |  | 0.000000000000000 |
|  |  |  | CEL-PERP |  |  | 0.000000000000000 |
|  |  |  | COMP-PERP |  |  | 0.000000000000000 |
|  |  |  | DOGE-PERP |  |  | 0.000000000000000 |
|  |  |  | EDEN-PERP |  |  | 0.000000000000000 |
|  |  |  | ETC-PERP |  |  | 0.000000000000000 |
|  |  |  | ETH | 0.000000008884030 |  | 0.000000008884030 |
|  |  |  | ETH-PERP |  |  | 0.000000000000000 |
|  |  |  | FLM-PERP |  |  | 0.000000000000000 |
|  |  |  | FTM | 0.000000010000000 |  | 0.000000010000000 |
|  |  |  | FTM-PERP |  |  | 0.000000000000000 |
|  |  |  | FTT | 100.000000000000000 |  | 0.084360000645396 |
|  |  |  | FTT-PERP |  |  | 0.000000000000000 |
|  |  |  | FXS-PERP |  |  | 0.000000000000000 |
|  |  |  | GALA-PERP |  |  | 0.000000000000000 |
|  |  |  | GLMR-PERP |  |  | 0.000000000000000 |
|  |  |  | GMT-PERP |  |  | 0.000000000000000 |
|  |  |  | GST-PERP |  |  | 0.000000000000000 |
|  |  |  | HNT-PERP |  |  | 0.000000000000000 |
|  |  |  | JASMY-PERP |  |  | 0.000000000000000 |
|  |  |  | KNC-PERP |  |  | 0.000000000000000 |
|  |  |  | KSHIB-PERP |  |  | 0.000000000000000 |
|  |  |  | LINA |  |  | 2.676000000000000 |
|  |  |  | LOOKS-PERP |  |  | 0.000000000000000 |
|  |  |  | LRC-PERP |  |  | 0.000000000000000 |
|  |  |  | LUNA2 | 0.000000034286694 |  | 0.000000034286694 |
|  |  |  | LUNA2_LOCKED |  |  | 0.000000080002288 |
|  |  |  | LUNC |  |  | 0.007466000000000 |
|  |  |  | LUNC-PERP |  |  | 0.000000001491571 |
|  |  |  | MATIC | 0.000000005831242 |  | 0.000000005831242 |
|  |  |  | MATIC-PERP |  |  | 0.000000000000000 |
|  |  |  | NEO-PERP |  |  | 0.000000000000000 |

41718*: Claim was ordered modified on the FTX Recovery Trust's Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
52178*: Claim was ordered modified on the FTX Recovery Trust's Fifty-Eighth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)

| Claim Number | Name | Debtor | Asserted Claims Tickers | Asserted Claims Ticker Quantity | Modified Claim Debtor | Modified Claim Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | ONE-PERP | | | 0.000000000000000 |
| | | | OP-PERP | | | 0.000000000000000 |
| | | | PEOPLE-PERP | | | 0.000000000000000 |
| | | | PUNDIX-PERP | | | 0.000000000000000 |
| | | | REEF-PERP | | | 0.000000000000000 |
| | | | RNDR-PERP | | | 0.000000000000000 |
| | | | RSR-PERP | | | 0.000000000000000 |
| | | | SECO-PERP | | | 35.000000000000000 |
| | | | SHIB-PERP | | | 0.000000000000000 |
| | | | SLP-PERP | | | 0.000000000000000 |
| | | | SNX-PERP | | | 0.000000000000000 |
| | | | SOL | | | 0.000000000150699 |
| | | | SOL-PERP | | | -0.000000000000021 |
| | | | SPELL-PERP | | | 0.000000000000000 |
| | | | SRN-PERP | | | 0.000000000000000 |
| | | | STEP-PERP | | | 0.000000000000000 |
| | | | STORJ-PERP | | | 0.000000000000000 |
| | | | TRU-PERP | | | 0.000000000000000 |
| | | | TRX-PERP | | | 0.000000000000000 |
| | | | USD | | | -50.564440400047310 |
| | | | USDC | 11.833559599953293 | | 0.000000000000000 |
| | | | USDT | 0.000000009192415 | | 0.000000009192415 |
| | | | USTC-PERP | | | 0.000000000000000 |
| | | | XMR-PERP | | | 0.000000000000000 |
| | | | XRP | 0.087052769305796 | | 0.087052769305796 |
| | | | XRP-PERP | | | 0.000000000000000 |
| | | | ZIL-PERP | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 29210* | Name on file | FTX Trading Ltd. | AVAX | Undetermined* | West Realm Shires Services Inc. | 0.000139230000000 |
| | | | BTC | | | 0.000000250000000 |
| | | | DOGE | | | 1.000000000000000 |
| | | | ETH | | | 3.449249600000000 |
| | | | SHIB | | | 798,631.317695350000000 |
| | | | USD | | | 0.000007982441498 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98765 | Name on file | FTX Trading Ltd. | 1INCH-PERP | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
| | | | AAVE-PERP | | | 0.000000000000000 |
| | | | ADA-PERP | | | 0.000000000000000 |
| | | | ALGO-PERP | | | 0.000000000000000 |
| | | | ALICE-PERP | | | 0.000000000000000 |
| | | | ALPHA-PERP | | | 0.000000000000000 |
| | | | APE-PERP | | | 0.000000000000000 |
| | | | ATOM-PERP | | | 0.000000000000000 |
| | | | AVAX-PERP | | | 0.000000000000000 |
| | | | AXS-PERP | | | 0.000000000000000 |
| | | | BNB | | | 0.001620360000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | BULL | | | 0.000003718925000 |
| | | | C98-PERP | | | 0.000000000000000 |
| | | | CELO-PERP | | | 0.000000000000000 |
| | | | CEL-PERP | | | 0.000000000000000 |
| | | | CHR-PERP | | | 0.000000000000000 |
| | | | CHZ-PERP | | | 0.000000000000000 |
| | | | CONV-PERP | | | 0.000000000000000 |
| | | | CRO-PERP | | | 0.000000000000000 |
| | | | CRV-PERP | | | 0.000000000000000 |
| | | | CVC-PERP | | | 0.000000000000000 |
| | | | DODO-PERP | | | 0.000000000000000 |
| | | | DOGE-PERP | | | 0.000000000000000 |
| | | | DOT-PERP | | | 0.000000000000000 |
| | | | DYDX-PERP | | | 0.000000000000000 |
| | | | EGLD-PERP | | | 0.000000000000000 |
| | | | ENJ-PERP | | | 0.000000000000000 |
| | | | EOS-PERP | | | 0.000000000000000 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | FLM-PERP | | | 0.000000000000000 |
| | | | FTM-PERP | | | 0.000000000000000 |
| | | | GMT-PERP | | | 0.000000000000000 |
| | | | GRT-PERP | | | 0.000000000000000 |
| | | | HBAR-PERP | | | 0.000000000000000 |
| | | | HNT-PERP | | | 0.000000000000000 |
| | | | ICP-PERP | | | 0.000000000000000 |
| | | | KAVA-PERP | | | 0.000000000000000 |
| | | | KSM-PERP | | | 0.000000000000000 |
| | | | LINK-PERP | | | 0.000000000000000 |
| | | | LRC-PERP | | | 0.000000000000000 |
| | | | LTC | | | 0.001867000000000 |
| | | | LUNA2 | | | 0.068885671500000 |
| | | | LUNA2_LOCKED | | | 0.160733233500000 |
| | | | LUNC-PERP | | | 0.000000000000000 |
| | | | MANA-PERP | | | 0.000000000000000 |
| | | | MATIC-PERP | | | 0.000000000000000 |
| | | | MKR-PERP | | | 0.000000000000000 |
| | | | NEAR-PERP | | | 0.000000000000000 |
| | | | NEO-PERP | | | 0.000000000000000 |
| | | | OMG-PERP | | | 0.000000000000000 |
| | | | ONE-PERP | | | 0.000000000000000 |
| | | | OP-PERP | | | 0.000000000000000 |
| | | | PERP-PERP | | | 0.000000000000000 |
| | | | QTUM-PERP | | | 0.000000000000000 |
| | | | RAY-PERP | | | 0.000000000000000 |
| | | | REEF-0624 | | | 0.000000000000000 |
| | | | RNDR-PERP | | | 0.000000000000000 |
| | | | ROSE-PERP | | | 0.000000000000000 |
| | | | RSR-PERP | | | 0.000000000000000 |
| | | | RUNE-PERP | | | 0.000000000000002 |
| | | | SAND-PERP | | | 0.000000000000000 |
| | | | SHIB-PERP | | | 0.000000000000000 |
| | | | SKL-PERP | | | 0.000000000000000 |
| | | | SOL | | | 11.956697729231584 |

29210*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | SOL-PERP | | | | 0.000000000000001 |
| | | | SOS-PERP | | | | 0.000000000000000 |
| | | | STX-PERP | | | | 0.000000000000000 |
| | | | SUSHI-PERP | | | | 0.000000000000000 |
| | | | TRX-PERP | | | | 0.000000000000000 |
| | | | UNI-PERP | | | | 0.000000000000000 |
| | | | UNISWAP-PERP | | | | 0.000000000000000 |
| | | | USD | | | | -0.971729928334616 |
| | | | USDT | | | | 0.000000006047566 |
| | | | WAVES-PERP | | | | 0.000000000000000 |
| | | | XRP-PERP | | | | 0.000000000000000 |
| | | | YFII-PERP | | | | 0.000000000000000 |
| | | | ZIL-PERP | | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 98628 | Name on file | West Realm Shires Services Inc. | BCH | Undetermined* | | West Realm Shires Services Inc. | 1.102589020000000 |
| | | | DOGE | | | | 2,480.999245480000000 |
| | | | ETH | | | | 0.521452000000000 |
| | | | ETHW | | | | 0.521452000000000 |
| | | | TRX | | | | 3,059.400003000000000 |
| | | | USD | | | | 6.428172789095123 |
| | | | USDT | | | | 0.000000000596544 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 84425* | Name on file | FTX Trading Ltd. | SHIB | | | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | TRX | | | | 1,222.108605420000000 |
| | | | USD | 10.000000000000000 | | | 10.270731101190272 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 60772 | Name on file | FTX Trading Ltd. | AAVE-PERP | 0.000000000000000 | | FTX Trading Ltd. | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | BNT-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | | 0.051499999999999 |
| | | | DOGE-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ETH | 0.363390440000000 | | | 0.363390440000000 |
| | | | ETH-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ETHW | 0.363390440000000 | | | 0.363390440000000 |
| | | | FTM-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | FTT | 0.013610886892139 | | | 0.013610886892139 |
| | | | FTT-PERP | 0.000000000000008 | | | 0.000000000000008 |
| | | | SOL | 15.266555900000000 | | | 15.266555900000000 |
| | | | SOL-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | POC Other Fiat Assertions: | | | | |
| | | | SUBACCOUNT | 819.620000000000000 | | | 0.000000000000000 |
| | | | SUN | 86,448.590000000000000 | | | 86,448.590000000000000 |
| | | | USD | 83.924500628131040 | | | 83.924500628131040 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 98680 | Name on file | Quoine Pte Ltd | BTC | | | Quoine Pte Ltd | 0.000002540000000 |
| | | | USDC | 321.000000000000000 | | | 321.034000000000000 |
| | | | XCF | | | | 15,000.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 98761 | Name on file | FTX Trading Ltd. | ATLAS-PERP | | | FTX Trading Ltd. | 0.000000000000000 |
| | | | AVAX-PERP | | | | -0.000000000000014 |
| | | | AXS | | | | 0.074379000000000 |
| | | | BNB | 0.005974730000000 | | | 0.005974730000000 |
| | | | BTC | 0.033214960000000 | | | 0.033214965500000 |
| | | | BTC-PERP | | | | 0.000000000000000 |
| | | | CRO | 0.097050000000000 | | | 0.097050000000000 |
| | | | CRO-PERP | | | | 0.000000000000000 |
| | | | ETH | 0.000291140000000 | | | 0.000291140000000 |
| | | | ETH-PERP | | | | 0.000000000000000 |
| | | | ETHW | 0.000291140000000 | | | 0.000291140000000 |
| | | | FTT-PERP | | | | 0.000000000000000 |
| | | | HNT | | | | 0.002619000000000 |
| | | | LINA | | | | 12,400.062000000000000 |
| | | | SOL | 11.670058300000000 | | | 11.670058300000000 |
| | | | USD | 3,679.010000000000000 | | | 3,679.007163392570400 |
| | | | USDT | | | | 0.000000007002094 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 98649 | Name on file | FTX Trading Ltd. | ETHW | Undetermined* | | FTX Trading Ltd. | 5.102030430000000 |
| | | | FTT | | | | 0.057224000000000 |
| | | | MANA | | | | 5,057.038980000000000 |
| | | | USD | | | | 4.119024019230000 |
| | | | USDT | | | | 2,507.330451574000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 7166* | Name on file | FTX Trading Ltd. | BRZ | | | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | DOGE | | | | 1.000000000000000 |
| | | | ETHW | | | | 0.000011250000000 |
| | | | SHIB | | | | 1.000000000000000 |
| | | | TRX | | | | 1.000000000000000 |
| | | | USD | 1,047.667774591379742 | | | 1,047.667774591379800 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 98744 | Name on file | FTX Trading Ltd. | BTC | 0.189009320000000 | | FTX Trading Ltd. | 0.189009323781866 |
| | | | FTT | | | | 0.000000009504510 |
| | | | SRM | | | | 2.413245980000000 |
| | | | SRM_LOCKED | | | | 12.673910580000000 |
| | | | USD | | | | 0.000134983502427 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 15014* | Name on file | FTX Trading Ltd. | ETH | 0.189000000000000 | | West Realm Shires Services Inc. | 0.189000000000000 |

84425*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
7166*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
15014*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | ETHW | | | | 0.189000000000000 |
| | | | USD | 4.340000000000000 | | | 4.341202440000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 45484* | Name on file | FTX Trading Ltd. | ADA-PERP | Undetermined* | | FTX Trading Ltd. | 0.000000000000000 |
| | | | BTC | | | | 0.004614214764000 |
| | | | ETH | | | | 0.057992600000000 |
| | | | ETHW | | | | 0.021000000000000 |
| | | | SOL | | | | 5.999000000000000 |
| | | | USD | | | | 32.734262875000000 |
| | | | Other Activity Asserted: USD 5.9990000000000000 - Cash | | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 41083* | Name on file | FTX Trading Ltd. | BCH | 0.321000000000000 | | West Realm Shires Services Inc. | 0.321000000000000 |
| | | | BTC | 0.002199640000000 | | | 0.002199640000000 |
| | | | DOGE | 139.000000000000000 | | | 139.000000000000000 |
| | | | ETH | 0.031986500000000 | | | 0.031986500000000 |
| | | | ETHW | 0.295986500000000 | | | 0.295986500000000 |
| | | | KSHIB | 130.000000000000000 | | | 130.000000000000000 |
| | | | LINK | 0.200000000000000 | | | 0.200000000000000 |
| | | | LTC | 0.170000000000000 | | | 0.170000000000000 |
| | | | MATIC | 5.991000000000000 | | | 5.991000000000000 |
| | | | PAXG | | | | 0.006092080000000 |
| | | | SHIB | 100,000.000000000000000 | | | 100,000.000000000000000 |
| | | | SOL | 0.149775000000000 | | | 0.149775000000000 |
| | | | SUSHI | 7.000000000000000 | | | 7.000000000000000 |
| | | | TRX | 82.925300000000000 | | | 82.925300000000000 |
| | | | USD | 0.100000000000000 | | | 0.005958302100000 |
| | | | USDT | | | | 0.000000002653924 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 79805* | Name on file | FTX Trading Ltd. | BAT | Undetermined* | | West Realm Shires Services Inc. | 655.211627360000000 |
| | | | BRZ | | | | 1.000000000000000 |
| | | | DOGE | | | | 3.000000000000000 |
| | | | ETH | | | | 0.000009190000000 |
| | | | LINK | | | | 100.622025670000000 |
| | | | NFT (3435671449502222227/THE HILL BY FTX #8720) | | | | 1.000000000000000 |
| | | | SHIB | | | | 10.000000000000000 |
| | | | TRX | | | | 3.000000000000000 |
| | | | UNI | | | | 0.000343790000000 |
| | | | USD | | | | 0.008991529964056 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 78393 | Name on file | West Realm Shires Services Inc. | USD | 10,000.000000000000000 | | West Realm Shires Services Inc. | 17,227.537037814300000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 2967 | Name on file | West Realm Shires Services Inc. | BRZ | | | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | BTC | | | | 0.048178960000000 |
| | | | DOGE | | | | 3.000000000000000 |
| | | | ETH | | | | 0.514181225753558 |
| | | | ETHW | | | | 0.384596535753558 |
| | | | LINK | | | | 1.000347010000000 |
| | | | NFT (4918044398904447762/SAUDI ARABIA TICKET STUB #2328) | | | | 1.000000000000000 |
| | | | SHIB | | | | 5.000000000000000 |
| | | | TRX | | | | 1.000000000000000 |
| | | | USD | 2,620.260000000000000 | | | 1,530.720900278950000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 98690 | Name on file | FTX Trading Ltd. | APT-PERP | | | FTX Trading Ltd. | 0.000000000000000 |
| | | | ATOM-PERP | | | | 0.000000000000000 |
| | | | AURY | 0.000000010000000 | | | 0.000000010000000 |
| | | | AVAX | 0.060000000000000 | | | 0.060000002841064 |
| | | | AVAX-PERP | | | | 0.000000000000007 |
| | | | BTC-PERP | | | | 0.000000000000000 |
| | | | CRV-PERP | | | | 0.000000000000000 |
| | | | DOGE-PERP | | | | 0.000000000000000 |
| | | | ETH | 3.090158000000000 | | | 3.090158000000000 |
| | | | ETH-PERP | | | | 0.000000000000000 |
| | | | FTM-PERP | | | | 0.000000000000000 |
| | | | FTT | 0.050522100000000 | | | 0.050522103683539 |
| | | | LOOKS-PERP | | | | 0.000000000000000 |
| | | | NEAR-PERP | | | | 0.000000000000000 |
| | | | SHIB-PERP | | | | 0.000000000000000 |
| | | | SOL-PERP | | | | 0.000000000000000 |
| | | | POC Other Crypto Assertions: STARGATE (STG) | 0.900000000000000 | | | 0.000000000000000 |
| | | | STG | | | | 0.900000000000000 |
| | | | USD | 4,091.640000000000000 | | | 4,091.642233233289000 |
| | | | YFI-PERP | | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 98755 | Name on file | Quoine Pte Ltd | BTC | Undetermined* | | Quoine Pte Ltd | 0.042776210000000 |
| | | | DENT | | | | 0.000000000000000 |
| | | | POC Other Crypto Assertions: LUMENS (XLM) | | | | 0.000000000000000 |
| | | | XLM | | | | 647.039792950000000 |
| | | | XRP | | | | 1,199.779912000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| 26722 | Name on file | West Realm Shires Services Inc. | BTC | Undetermined* | | West Realm Shires Services Inc. | 0.101009280000000 |
| | | | DOGE | | | | 92,342.990566270000000 |
| | | | TRX | | | | 17,279.813471200000000 |

45484*: Claim was ordered modified on the FTX Recovery Trust's Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
41083*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
79805*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

|  |  | Asserted Claims | | | Modified Claim | |
| --- | --- | --- | --- | --- | --- | --- |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records. | | | | | | |
| 98640* | Name on file | FTX Trading Ltd. | BAT | | West Realm Shires Services Inc. | 333.000000000000000 |
| | | | LINK | | | 10.989000000000000 |
| | | | NFT (413343652802745956/ENTRANCE VOUCHER #2011) | | | 1.000000000000000 |
| | | | USD | 420.350000000000000 | | 420.354772800000000 |
| Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records. | | | | | | |
| 7560 | Name on file | FTX Trading Ltd. | AUDIO | 10.000000000000000 | FTX Trading Ltd. | 10.000000000000000 |
| | | | BIT | 7.000000000000000 | | 7.000000000000000 |
| | | | BIT-PERP | | | 0.000000000000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | IMX | | | 2.600000000000000 |
| | | | LUNC-PERP | | | 0.000000000000000 |
| | | | MANA | 6.000000000000000 | | 6.000000000000000 |
| | | | MANA-PERP | | | 0.000000000000000 |
| | | | NEXO | 14.000000000000000 | | 14.000000000000000 |
| | | | USD | 1.282379953250000 | | 1.282379953250000 |
| Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records. | | | | | | |
| 3261* | Name on file | FTX Trading Ltd. | | | West Realm Shires Services Inc. | |
| | | | NFT (536253608467597569/ENTRANCE VOUCHER #29618) | | | 1.000000000000000 |
| | | | SOL | | | 18.359152610000000 |
| | | | USD | 5,539.060000000000000 | | 5,541.061042241491000 |
| | | | USDT | | | 1.000553420000000 |
| Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records. | | | | | | |
| 97692* | Name on file | FTX EU Ltd. | ETH | | FTX Trading Ltd. | 0.761000000000000 |
| | | | USD | 17.250000000000000 | | 17.250998640000000 |
| | | | VGX | | | 654.000000000000000 |
| | | | POC Other Crypto Assertions: VOYAGER TOKEN | | | 0.000000000000000 |
| Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records. | | | | | | |

98640*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
3261*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
97692*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)