## **SCHEDULE 1**

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Seventy-Second Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | **Asserted Claims** | | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 60410 | Name on file | FTX Trading Ltd. | POC Other NFT Assertions: COACHELLA | 2.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 71262 | Name on file | FTX Trading Ltd. | BTC | 0.019161590000000 |
| | | | ETH | 0.864885570000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 98634 | Name on file | FTX Trading Ltd. | ETH | 161.000000000000000 |
| | | | MATIC | 166.000000000000000 |
| | | | SOL | 28.000000000000000 |
| | | | USD | 22.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 58984 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 98581 | Name on file | West Realm Shires Services Inc. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 88968 | Name on file | FTX Trading Ltd. | ADABULL | 100.000000000000000 |
| | | | DOGE | 1,000.000000000000000 |
| | | | DOGEBULL | 1,000.000000000000000 |
| | | | FTT | 25.000000000000000 |
| | | | GALA | 50.000000000000000 |
| | | | LINK | 100.000000000000000 |
| | | | LTC | 10.000000000000000 |
| | | | MATIC | 50.000000000000000 |
| | | | SHIB | 10,000.000000000000000 |
| | | | SOL | 200.000000000000000 |
| | | | XRP | 25.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 97858 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 2069 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 1847 | Name on file | FTX Trading Ltd. | USD | 209,009.500000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 14932 | Name on file | FTX Trading Ltd. | | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 96930 | Name on file | FTX Trading Ltd. | BNB | 80.113000000000000 |
| | | | BTC | 299.652900000000000 |
| | | | CUSDT | 20.126077000000000 |
| | | | ETH | 0.001000000000000 |
| | | | ETHBULL | 0.001000000000000 |
| | | | ETHW | 2.175772000000000 |
| | | | GBTC | 535.794999000000000 |
| | | | SRM | 1.813296900000000 |
| | | | POC Other Crypto Assertions: SRM LOCKED | 15.760943000000000 |
| | | | USDT | 20.126077000000000 |
| | | | POC Other Crypto Assertions: WHTC | 6.539600000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 98560 | Name on file | FTX Trading Ltd. | USDT | 1,396,470.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 97915 | Name on file | FTX Trading Ltd. | | Undetermined* |

"Undetermined*": Indicates claim contains unliquidated and/or undetermined amounts

| | | Asserted Claims | | |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant. | | | | |