# SCHEDULE 1

**Overstated and/or Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Seventy-Fourth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 22657 | Name on file | West Realm Shires Services Inc. | ETH | 0.000935000000000 | West Realm Shires Services Inc. | 0.000935000000000 |
| | | | ETHW | 0.000935000000000 | | 0.000935000000000 |
| | | | USD | 9,176.941091452000000 | | 4,588.471091452000000 |
| | | | USDT | 0.004840000000000 | | 0.004840000000000 |
| | | | Other Activity Asserted: 1,000,000 $ - The amount in FTX exchange was all of my savings and their illegal activities striped me of my life savings. | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records. In addition and pursuant to Paragraphs 41 and 93 of the Confirmation Order and Section 5.2 of the Plan, the Global Settlement resolves, among other things, "(a) the actual or purported fraud, unjust enrichment, misappropriation, conversion and misconduct of former Insiders;", "(c) the purported commingling and misuse of customer deposits and corporate funds;", and "(g) the effects and consequences of the Debtors' Terms of Service and whether the assets held by the FTX.com Exchange and the FTX.US Exchange are property of the Debtors' Estates;". Therefore, the FTX Recovery Trust's liability is limited to Allowed Customer Entitlement Claims under the Plan and all components of the Overstated and/or Unliquidated Claims asserting generalized Claims and causes of action should be reduced to zero.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 92100 | Name on file | FTX Trading Ltd. | BCH-PERP | -0.000000000000014 | FTX Trading Ltd. | -0.000000000000014 |
| | | | BTC | 2.030636410000000 | | 2.030636410000000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | COMP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 296.007706593974800 | | 296.007706593974800 |
| | | | USDT | 114,054.262187196290000 | | 114,054.262187196290000 |
| | | | YFI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: See Addendum. - See Addendum, which provides additional information and should be considered an amendment to my existing claim. | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records. In addition and pursuant to Paragraphs 41 and 93 of the Confirmation Order and Section 5.2 of the Plan, the Global Settlement resolves, among other things, "(a) the actual or purported fraud, unjust enrichment, misappropriation, conversion and misconduct of former Insiders;", "(c) the purported commingling and misuse of customer deposits and corporate funds;", and "(g) the effects and consequences of the Debtors' Terms of Service and whether the assets held by the FTX.com Exchange and the FTX.US Exchange are property of the Debtors' Estates;". Therefore, the FTX Recovery Trust's liability is limited to Allowed Customer Entitlement Claims under the Plan and all components of the Overstated and/or Unliquidated Claims asserting generalized Claims and causes of action should be reduced to zero.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 26417 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | FTX Trading Ltd. | 0.035689471014486 |
| | | | DOGE | | | 1,259.189106930000000 |
| | | | USD | | | 0.000084006518366 |
| | | | USDT | | | 1,256.714264419723300 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 94630 | Name on file | West Realm Shires Services Inc. | AVAX | 0.000000005394850 | West Realm Shires Services Inc. | 0.000000005394850 |
| | | | BTC | 1.150000000000000 | | 0.916093000000000 |
| | | | ETH | 0.000000008673835 | | 0.000000008673835 |
| | | | ETHW | 0.999941868723748 | | 0.999941868723748 |
| | | | GRT | 26.394385952690140 | | 26.394385952690140 |
| | | | MATIC | 0.000000003619875 | | 0.000000003619875 |
| | | | MKR | 0.000000002535840 | | 0.000000002535840 |
| | | | SOL | 0.000000008960390 | | 0.000000008960390 |
| | | | USD | 0.000000004307259 | | 0.000000004307259 |
| | | | USDT | 0.000000006154660 | | 0.000000006154660 |
| | | | YFI | 0.000000005000000 | | 0.000000005000000 |
| | | | Other Activity Asserted: unknown - ftx.com account | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The transaction activity referenced in the claimant's other activity relates to an account with an active scheduled claim. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 597 | Name on file | FTX Trading Ltd. | 1INCH-PERP | | FTX Trading Ltd. | 0.000000000000000 |
| | | | AAPL | | | 0.000000006079722 |
| | | | AAVE-PERP | | | 0.000000000000000 |
| | | | ATOM-PERP | | | 0.000000000000000 |
| | | | AVAX-PERP | | | 0.000000000000000 |
| | | | AXS-PERP | | | 0.000000000000000 |
| | | | BNB-PERP | | | 0.000000000000000 |
| | | | BTC | | | 0.000000002534669 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | CRV-PERP | | | 0.000000000000000 |
| | | | DOGE-PERP | | | 0.000000000000000 |
| | | | EGLD-PERP | | | 0.000000000000000 |
| | | | ENJ-PERP | | | 0.000000000000000 |
| | | | EOS-PERP | | | 0.000000000000000 |
| | | | ETH | | | 0.235845150000000 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | ETHW | | | 0.235845150000000 |
| | | | EUR | | | 0.000000004124886 |
| | | | FTT | | | 0.000000007305974 |
| | | | GLXY | | | 0.000000007206475 |
| | | | GRT-PERP | | | 0.000000000000000 |
| | | | HBAR-PERP | | | 0.000000000000000 |
| | | | ICX-PERP | | | 0.000000000000000 |
| | | | KSM-PERP | | | 0.000000000000001 |
| | | | LTC-PERP | | | 0.000000000000000 |
| | | | LUNC-PERP | | | 0.000000000000000 |
| | | | MKR-PERP | | | 0.000000000000000 |
| | | | RUNE-PERP | | | 0.000000000000000 |
| | | | SAND-PERP | | | 0.000000000000000 |
| | | | THETA-PERP | | | 0.000000000000000 |
| | | | USD | 8,854.000000000000000 | | 4,222.704266253658000 |
| | | | USDT | | | 4,243.679410641878000 |
| | | | XRP | | | 0.000000004673317 |
| | | | XRP-PERP | | | 0.000000000000000 |
| | | | XTZ-PERP | | | 0.000000000000000 |
| | | | ZEC-PERP | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 87729 | Name on file | West Realm Shires Services Inc. | BRZ | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | CUSDT | 1.000000000000000 | | 1.000000000000000 |
| | | | LINK | 6.052765940000000 | | 6.052765940000000 |
| | | | MATIC | 267.352454940000000 | | 267.352454940000000 |

*Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Asserted Claims Tickers | Asserted Claims Ticker Quantity | Modified Claim Debtor | Modified Claim Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | USD | 500.000000000000000 | | 0.000000372122098 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 8411 | Name on file | FTX Trading Ltd. | BTC | 0.000014830000000 | FTX Trading Ltd. | 0.000014837975000 |
| | | | BTC-PERP | | | 0.195500000000000 |
| | | | BULL | | | 0.000000008506500 |
| | | | CBSE | | | 0.000000004000000 |
| | | | CRV-PERP | | | 0.000000000000000 |
| | | | FTT | 4.060455990000000 | | 4.060455999982196 |
| | | | USD | 0.000000000000000 | | -1,647.678267515542300 |
| | | | Other Activity Asserted: $5,962.75 - BTC-PERP | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 92289 | Name on file | FTX Trading Ltd. | 1INCH | 54.135386110000000 | FTX Trading Ltd. | 54.135386110000000 |
| | | | BTC | 0.398861533276988 | | 0.398861533276988 |
| | | | FTT | 73.208717560000000 | | 73.208717560000000 |
| | | | JPY | 7.168006305145000 | | 7.168006305145000 |
| | | | MANA | 400.092976500000000 | | 400.092976500000000 |
| | | | SAND | 357.434116890000000 | | 357.434116890000000 |
| | | | SRM | 59.466586950000000 | | 59.466586950000000 |
| | | | SUSHI | 101.555921260000000 | | 101.555921260000000 |
| | | | UNI | 24.799835760000000 | | 24.799835760000000 |
| | | | USD | 1,538.431451113352000 | | 1,538.431451113352000 |
| | | | Other Activity Asserted: See Addendum - See Addendum | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records. In addition and pursuant to Paragraphs 41 and 93 of the Confirmation Order and Section 5.2 of the Plan, the Global Settlement resolves, among other things, "(a) the actual or purported fraud, unjust enrichment, misappropriation, conversion and misconduct of former Insiders;", "(c) the purported commingling and misuse of customer deposits and corporate funds;", and "(g) the effects and consequences of the Debtors' Terms of Service and whether the assets held by the FTX.com Exchange and the FTX.US Exchange are property of the Debtors' Estates;". Therefore, the FTX Recovery Trust's liability is limited to Allowed Customer Entitlement Claims under the Plan and all components of the Overstated and/or Unliquidated Claims asserting generalized Claims and causes of action should be reduced to zero.

| 92575 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | AAVE | 0.000000007948788 | | 0.000000007948788 |
| | | | AAVE-PERP | -0.000000000000468 | | -0.000000000000468 |
| | | | ADA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AGLD-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALCX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALICE-PERP | -0.000000000000909 | | -0.000000000000909 |
| | | | ALPHA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ANC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | APE-PERP | 0.000000000000159 | | 0.000000000000159 |
| | | | APT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ASD-PERP | -0.000000000014551 | | -0.000000000014551 |
| | | | ATLAS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000013187 | | 0.000000000013187 |
| | | | AUDIO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AVAX-PERP | 0.000000000000176 | | 0.000000000000176 |
| | | | AXS-PERP | 0.000000000001818 | | 0.000000000001818 |
| | | | BADGER-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BAL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BAND-PERP | -0.000000000000045 | | -0.000000000000045 |
| | | | BAO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BAT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BIT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB | 0.016023860000000 | | 0.016023860000000 |
| | | | BNB-PERP | -0.000000000000255 | | -0.000000000000255 |
| | | | BNT-PERP | -0.000000000001273 | | -0.000000000001273 |
| | | | BOBA-PERP | -0.000000000000181 | | -0.000000000000181 |
| | | | BTC | 0.000011155209250 | | 0.000011155209250 |
| | | | BTC-0325 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-PERP | -0.000000000000004 | | -0.000000000000004 |
| | | | BTTPRE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | C98-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CAKE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CELO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CEL-PERP | -0.000000000009094 | | -0.000000000009094 |
| | | | CHR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CLV-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | COMP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CREAM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CRO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CRV-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CVX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DENT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DODO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE | 5.000000000000000 | | 5.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000001818 | | 0.000000000001818 |
| | | | DYDX-PERP | 0.000000000005456 | | 0.000000000005456 |
| | | | EDEN-PERP | 0.000000000014551 | | 0.000000000014551 |
| | | | EGLD-PERP | 0.000000000000056 | | 0.000000000000056 |
| | | | ENJ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ENS-PERP | -0.000000000000795 | | -0.000000000000795 |
| | | | EOS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETC-PERP | -0.000000000000002 | | -0.000000000000002 |
| | | | ETH | 131.498000000000000 | | 131.498000000000000 |
| | | | ETH-PERP | -0.000000000000046 | | -0.000000000000046 |
| | | | ETHW-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | EUR | 0.00000005198158 | | 0.00000005198158 |
| | | | FB-20211231 | 0.000000000000000 | | 0.000000000000000 |
| | | | FIDA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FIL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FLM-PERP | -0.000000000003637 | | -0.000000000003637 |
| | | | FLOW-PERP | 0.000000000000909 | | 0.000000000000909 |
| | | | FTM-PERP | 0.000000000000000 | | 0.000000000000000 |

| Claim Number | Name | Debtor | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| | | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | FTT | 25.018734962091900 | | 25.018734962091900 |
| | | | FTT-PERP | 0.000000000000909 | | 0.000000000000909 |
| | | | FTXDXY-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FXS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GALA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GAL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GBP | 0.243303628576000 | | 0.243303628576000 |
| | | | GMT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GRT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GST-PERP | 0.000000000000909 | | 0.000000000000909 |
| | | | HBAR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | HNT-PERP | 0.000000000000022 | | 0.000000000000022 |
| | | | HOLY-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | HOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | HT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ICP-PERP | 0.000000000000085 | | 0.000000000000085 |
| | | | ICX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | IMX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | INJ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | IOST-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | IOTA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | JASMY-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | JPY-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | JST | 19.000000000000000 | | 19.000000000000000 |
| | | | KAVA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | KNC-PERP | -0.000000000009094 | | -0.000000000009094 |
| | | | KSHIB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | KSM-PERP | -0.000000000000056 | | -0.000000000000056 |
| | | | LDO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LEO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LINA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LINK | 0.000000010000000 | | 0.000000010000000 |
| | | | LINK-PERP | 0.000000000006821 | | 0.000000000006821 |
| | | | LOOKS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LRC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LUNC | 50,000.000000000000000 | | 50,000.000000000000000 |
| | | | LUNC-PERP | -0.000000000001080 | | -0.000000000001080 |
| | | | MANA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MASK-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MCB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MID-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MINA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MKR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MNGO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MTA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MTL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NEAR-PERP | -0.000000000008185 | | -0.000000000008185 |
| | | | NEO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NFT (348443853672524242/THE HILL BY FTX #16129) | 1.000000000000000 | | 1.000000000000000 |
| | | | OMG-PERP | 0.000000000000545 | | 0.000000000000545 |
| | | | ONE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | OP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | OXY-PERP | -0.000000000003637 | | -0.000000000003637 |
| | | | PAXG | 0.001500000000000 | | 0.001500000000000 |
| | | | PEOPLE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | PERP-PERP | 0.000000000000454 | | 0.000000000000454 |
| | | | POLIS-PERP | 0.000000000000454 | | 0.000000000000454 |
| | | | PROM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RAY-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | REEF-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | REN-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RNDR-PERP | -0.000000000003637 | | -0.000000000003637 |
| | | | ROOK | 0.000000010000000 | | 0.000000010000000 |
| | | | ROOK-PERP | -0.000000000000105 | | -0.000000000000105 |
| | | | ROSE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RSR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RUNE-PERP | -0.000000000001818 | | -0.000000000001818 |
| | | | SAND-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SECO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SLP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SNX | 0.098917820000000 | | 0.098917820000000 |
| | | | SNX-PERP | -0.000000000004001 | | -0.000000000004001 |
| | | | SOL-PERP | -0.000000000000625 | | -0.000000000000625 |
| | | | SPELL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SRM | 653.675901210000000 | | 653.675901210000000 |
| | | | SRM_LOCKED | 4,518.145540490000000 | | 4,518.145540490000000 |
| | | | SRM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SRN-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | STEP-PERP | -0.000000000046566 | | -0.000000000046566 |
| | | | STG-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | STX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SUSHI | 0.000000010000000 | | 0.000000010000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SXP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TLM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TOMO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TONCOIN-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRU-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRX | 1.001000000000000 | | 1.001000000000000 |
| | | | TRX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRY | 0.236950878200000 | | 0.118475439100000 |
| | | | TULIP-PERP | -0.000000000000625 | | -0.000000000000625 |
| | | | UNI-PERP | 0.000000000000909 | | 0.000000000000909 |
| | | | USD | 152.172234440918000 | | 152.172234440918000 |
| | | | USDT | 0.001417450521235 | | 0.001417450521235 |
| | | | USDT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | VET-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | WAVES-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XLM-PERP | 0.000000000000000 | | 0.000000000000000 |

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | XRP-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | XTZ-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | YFII-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | YFI-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ZEC-PERP | 0.000000000000028 | | | 0.000000000000028 |
| | | | ZIL-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ZRX-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | Other Activity Asserted: see addendum - see addendum | | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records. In addition and pursuant to Paragraphs 41 and 93 of the Confirmation Order and Section 5.2 of the Plan, the Global Settlement resolves, among other things, "(a) the actual or purported fraud, unjust enrichment, misappropriation, conversion and misconduct of former Insiders;", "(c) the purported commingling and misuse of customer deposits and corporate funds;", and "(g) the effects and consequences of the Debtors' Terms of Service and whether the assets held by the FTX.com Exchange and the FTX.US Exchange are property of the Debtors' Estates;". Therefore, the FTX Recovery Trust's liability is limited to Allowed Customer Entitlement Claims under the Plan and all components of the Overstated and/or Unliquidated Claims asserting generalized Claims and causes of action should be reduced to zero.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 16938* | Name on file | FTX Trading Ltd. | EUR | 0.000000000454800 | FTX Trading Ltd. | 0.000000000454800 |
| | | | XRP | 58.912420630000000 | | 58.912420630000000 |
| | | | Other Activity Asserted: 58.91242063 XRP - I meant to choose EU on first page so resubmitting | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 53306 | Name on file | FTX Trading Ltd. | ADABULL | 0.000000001080000 | FTX Trading Ltd. | 0.000000001080000 |
| | | | ADA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BNBBULL | 0.000000001500000 | | 0.000000001500000 |
| | | | BNB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 801.663090000000000 | | 30.834828582783828 |
| | | | USDT | 0.007050121750000 | | 0.007050121750000 |
| | | | VET-PERP | 0.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 28596 | Name on file | West Realm Shires Services Inc. | POC Other NFT Assertions: NFT | 3.000000000000000 | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | NFT (351684481156144184/NIGHT LIGHT #743) | | | 1.000000000000000 |
| | | | NFT (429313053011206114/REFLECTION '15 #06) | | | 1.000000000000000 |
| | | | NFT (466001376881689790/FERRIS FROM AFAR #311) | | | 1.000000000000000 |
| | | | USD | | | 0.000000652532452 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 91571* | Name on file | FTX Trading Ltd. | ALICE | 54.589080000000000 | FTX Trading Ltd. | 54.589080000000000 |
| | | | BTC | 0.090288300000000 | | 0.090288300000000 |
| | | | CHZ | 1,000.000000000000000 | | 1,000.000000000000000 |
| | | | DOGE | 5,983.000000000000000 | | 5,983.000000000000000 |
| | | | ETH | 0.489928004553253 | | 0.489928004553253 |
| | | | ETHW | 0.489928000000000 | | 0.489928000000000 |
| | | | GRT | 1,000.000000000000000 | | 1,000.000000000000000 |
| | | | IMX | 132.373520000000000 | | 132.373520000000000 |
| | | | LRC | 0.492400000000000 | | 0.492400000000000 |
| | | | LUNA2 | 0.572281585300000 | | 0.572281585300000 |
| | | | LUNA2_LOCKED | 1.335323699000000 | | 1.335323699000000 |
| | | | LUNC | 124,615.520068000000000 | | 124,615.520068000000000 |
| | | | SHIB | 10,032,735.510000000000000 | | 10,032,735.510000000000000 |
| | | | SOL | 15.199610000000000 | | 15.199610000000000 |
| | | | TRYB | 1,000.000000000000000 | | 1,000.000000000000000 |
| | | | USD | -2.282164050261110 | | -2.282164050261110 |
| | | | USDT | 0.000000007325064 | | 0.000000007325064 |
| | | | XRP | 1,036.000000000000000 | | 1,036.000000000000000 |
| | | | Other Activity Asserted: crypto - crypto listed in box 7 | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 27687 | Name on file | West Realm Shires Services Inc. | AAVE | 1.260000000000000 | West Realm Shires Services Inc. | 1.264713650000000 |
| | | | AVAX | 2.086000000000000 | | 2.086680430000000 |
| | | | BAT | 1.010000000000000 | | 1.014821000000000 |
| | | | BRZ | 11.720000000000000 | | 11.715307060000000 |
| | | | BTC | 0.126000000000000 | | 0.126043890000000 |
| | | | CUSDT | 92.500000000000000 | | 92.502414560000000 |
| | | | DOGE | 773.740000000000000 | | 773.745768990000000 |
| | | | ETH | 0.937900000000000 | | 0.937935780000000 |
| | | | ETHW | 0.859660000000000 | | 0.859660020000000 |
| | | | GRT | 1.000000000000000 | | 1.001272290000000 |
| | | | LINK | 9.809700000000000 | | 9.809722740000000 |
| | | | MATIC | 178.270000000000000 | | 178.275555510000000 |
| | | | NEAR | 29.580000000000000 | | 29.581080340000000 |
| | | | SHIB | 162,735.799000000000000 | | 162,735.799497560000000 |
| | | | SOL | 1.118000000000000 | | 1.118496300000000 |
| | | | SUSHI | 8.990000000000000 | | 8.995112330000000 |
| | | | TRX | 38.230000000000000 | | 38.238943600000000 |
| | | | UNI | 4.204000000000000 | | 4.204554210000000 |
| | | | USD | 4,815.350000000000000 | | 3,915.349121316780000 |
| | | | USDT | 1.080000000000000 | | 1.076572000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98370 | Name on file | Quoine Pte Ltd | BTC | Undetermined* | Quoine Pte Ltd | 0.276471980000000 |
| | | | EWT | | | 1,680.538552040000000 |
| | | | UBT | | | 2,013.189521280000000 |
| | | | USD | | | 22.096580000000000 |

16938*: Claim was ordered modified on the FTX Recovery Trust's Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
91571*: Claim was ordered modified on the FTX Recovery Trust's Fiftieth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| 50965 | Name on file | FTX Trading Ltd. | AAVE-PERP | 0.000000000000000 | | FTX Trading Ltd. | 0.000000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | APE-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | APT-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | AR-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ATOM-0325 | 0.000000000000056 | | | 0.000000000000056 |
| | | | ATOM-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | AVAX-PERP | 0.000000000000007 | | | 0.000000000000007 |
| | | | AXS | 0.000000006404724 | | | 0.000000006404724 |
| | | | BAO-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | BNB-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | BTC | 0.000061983568320 | | | 0.000061983568320 |
| | | | BTC-MOVE-1027 | 0.000000000000000 | | | 0.000000000000000 |
| | | | BTC-MOVE-1028 | 0.000000000000000 | | | 0.000000000000000 |
| | | | BTC-MOVE-1029 | 0.000000000000000 | | | 0.000000000000000 |
| | | | BTC-MOVE-WK-1104 | 0.000000000000000 | | | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | CEL-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | CRV-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ETH-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | FIL-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | FLM-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | FTM-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | FTT-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | GALA-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | GAL-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | GMT-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | GODS | 49.993180000000000 | | | 49.993180000000000 |
| | | | HOT-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | IMX-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | INJ-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | LINK-PERP | -0.000000000000007 | | | -0.000000000000007 |
| | | | LUNA2 | 4.821310439000000 | | | 4.821310439000000 |
| | | | LUNA2_LOCKED | 11.249724360000000 | | | 11.249724360000000 |
| | | | LUNC | 1,049,850.498800000000000 | | | 1,049,850.498800000000000 |
| | | | LUNC-PERP | 0.000000000372523 | | | 0.000000000372523 |
| | | | MANA-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | NEAR-PERP | 0.000000000000001 | | | 0.000000000000001 |
| | | | NEO-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | PERP-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | RNDR-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | RSR-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | RUNE-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | SCRT-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | SOL | 5.909302000000000 | | | 5.909302000000000 |
| | | | SOL-PERP | -0.000000000000454 | | | -0.000000000000454 |
| | | | SRM-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | STG-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | USD | 0.000000000000000 | | | -156.768267131704700 |
| | | | USDT | 0.000000012295489 | | | 0.000000012295489 |
| | | | WAVES-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | YGG | 49.990000000000000 | | | 49.990000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 90551 | Name on file | West Realm Shires Services Inc. | BTC | 0.012502350000000 | | West Realm Shires Services Inc. | 0.012502350000000 |
|---|---|---|---|---|---|---|---|
| | | | DOGE | 0.000000008391930 | | | 0.000000008391930 |
| | | | USD | 239.370000000000000 | | | 0.000186105261612 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.