**To:**
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801
USA

**RE:** *Claimant Identification and Unauthorized Access to FTX Account – Request for Recognition and Protection of Legal Rights*
**Case:** In re: FTX Trading Ltd., et al., Debtors
**Case No.:** 22-11068 (JTD)

**From:**
Liubomyr Hnatiuk
Email: Liubomir.gnatiuk@outlook.com
Date: June 10, 2025

---

**Honorable Judge John T. Dorsey,**

My name is **Liubomyr Hnatiuk**, and I am an individual creditor and rightful claimant in the FTX bankruptcy proceedings.

I respectfully submit this letter to verify my identity and report that third parties, including **Yurii Hordetskyi**, may be attempting to unlawfully access my assets held within the FTX estate. To support my identity and legal claim, I am attaching the following documents:

- Ukrainian internal passport;
- Birth certificate.

These official documents confirm my identity and legal ownership of the account. No third party holds these documents or is authorized to act on my behalf.

Therefore, I respectfully request the Court to:

1. Recognize me, **Liubomyr Hnatiuk**, as the lawful account holder and beneficiary of the associated FTX assets;
2. Prevent any unauthorized access or use of my assets;
3. Record my new contact email: **Liubomir.gnatiuk@outlook.com** for all future communication;
4. Consider a settlement agreement, if appropriate, to amicably resolve this matter.

I am willing to provide further documentation or appoint legal representation as needed.

Sincerely,
**Liubomyr Hnatiuk**
June 10, 2025