

2025 JUN 27 AM 9: 46

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Clerk's Office**
U.S. Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801
USA

Luxembourg le 12/06/2025

**Subject:** Clarification and Documentation Regarding Disputed Claim – Urgent Review Requested

Dear FTX Claims Administrator,

I am writing to follow up on the status of our claim, which is currently marked as **"Disputed" (TBD)** on the FTX claims portal. I respectfully request a review of our situation and the supporting materials we have submitted, as I believe there may be a misrepresentation of our actual holdings on the platform at the time of its collapse.

Our claim is based on the **Net Asset Value (NAV)** established by an **independent accounting firm** as of **October 31, 2022**, which amounted to **€1,650,000**. We also submitted **screenshots taken on November 5, 2022**, just days before the platform's collapse, clearly reflecting a balance of **$1,270,812 USD**.

However, the amounts currently shown in your records do not reflect this reality. Our structure included **one main account and three sub-accounts**, each managed via API by different third-party asset managers. As you can see in the screenshots provided, all sub-accounts were credited, yet they now appear with a zero balance on your registry.

Due to the extreme instability of the platform during its final days, no further transactions could be carried out to rectify or consolidate these balances. As acknowledged publicly by the liquidator, the internal accounting systems of FTX were poorly maintained, often manipulated, and in some cases non-existent by standard accounting principles.

Furthermore, it is important to note that our holdings were in **digital assets (cryptocurrencies)**, many of which have significantly appreciated in value since November 2022. The fact that repayments are made in USD, without accounting for this appreciation, results in a substantial financial penalty for long-term holders.

We are fully committed to cooperating and are ready to provide **any additional documents or explanations** that could assist in resolving this matter swiftly and fairly. After more than two and a half years of uncertainty, we remain hopeful for a prompt resolution.

Thank you for your attention and understanding.

Best regards,
Tahar SLIMANI
Digital Access

Claim: #46220 - ID 33260845 - Unique Customer Code 1546700

Digital Access 5 rue Glesener L-1631 Luxembourg
RCS B 231309
+352 621 664 279 – ts@digitalaccess.lu

Funds held on FTX at November 5, 2022

**Total: 1 270 812 USD**

Sub-account: Digital Trading: 912 990.79 USD



Sub-account: Madafi : 138 113.23



Sub-account: Invao Active : 88316.16



Sub-account: Invao Algo : 131 392.44



FTX Trading Ltd. 22-11068 (JTD)
One Hundred Eighteenth Omnibus Claims Objection
Schedule 1 - Substantive Duplicate Claims

| Claim Number | Claims to be Disallowed | | | | Claim Number | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Debtor | Tickers | Ticker Quantity | | Name | Debtor | Tickers | Ticker Quantity |
| 89664 | Digital Equity | FTX Trading Ltd. | ALT-PERP | 0.0000000000000032 | 46220* | Digital Access Sàrl | FTX Trading Ltd. | ALT-PERP | 0.0000000000000032 |
| | | | ASD | 0.0000000050000000 | | | | ASD | 0.0000000050000000 |
| | | | ATOM | 5,795.0322785340000000 | | | | ATOM | 298,241.9300000000000000 |
| | | | ATOM-PERP | 0.0000000000000000 | | | | ATOM-PERP | 0.0000000001643058 |
| | | | AVAX | 0.0000000001643058 | | | | AVAX | 0.0000000000000000 |
| | | | AVAX-PERP | 0.0000000000000000 | | | | AVAX-PERP | 0.0000000000000000 |
| | | | BCH-PERP | 0.0000000000000000 | | | | BCH-PERP | 0.0000000000000000 |
| | | | BTC | 0.0000600008250000 | | | | BTC | 0.0000600008250000 |
| | | | BTC-MOVE-20210827 | -0.0000000000000015 | | | | BTC-MOVE-20210827 | -0.0000000000000015 |
| | | | BTC-MOVE-20210828 | 0.0000000000000028 | | | | BTC-MOVE-20210828 | 0.0000000000000028 |
| | | | BTC-MOVE-20210829 | 0.0000000000000000 | | | | BTC-MOVE-20210829 | 0.0000000000000000 |
| | | | BTC-MOVE-20210901 | 0.0000000000000000 | | | | BTC-MOVE-20210901 | 0.0000000000000000 |
| | | | BTC-MOVE-20210909 | 0.0000000000000003 | | | | BTC-MOVE-20210909 | 0.0000000000000003 |
| | | | BTC-MOVE-20210910 | 0.0000000000000001 | | | | BTC-MOVE-20210910 | 0.0000000000000001 |
| | | | BTC-PERP | 0.0000000000000001 | | | | BTC-PERP | 0.0000000000000001 |
| | | | ETC-PERP | 0.0000000000000000 | | | | ETC-PERP | 0.0000000000000000 |
| | | | ETH | 0.0000000050000000 | | | | ETH | 254,766.1500000000000000 |
| | | | ETH-PERP | -0.0000000000000092 | | | | ETH-PERP | -0.0000000000000092 |
| | | | ETHW | 0.0000000050000000 | | | | ETHW | 3,184.1100000000000000 |
| | | | FTT | 0.0000001316451 | | | | FTT | 1,080.8300000000000000 |
| | | | FTT-PERP | 0.0000000000000000 | | | | FTT-PERP | 0.0000000000000000 |
| | | | LUNA2 | 142.0744507150000000 | | | | LUNA2 | 366.4800000000000000 |
| | | | LUNA2_LOCKED | 331.5070516590000000 | | | | LUNA2_LOCKED | 331.5070516590000000 |
| | | | LUNC-PERP | 0.0000000000000000 | | | | LUNC-PERP | 0.0000000000000000 |
| | | | MATIC | 22,838.4454950000000000 | | | | MATIC | 199,674.9000000000000000 |
| | | | MID-PERP | 0.0000000000000024 | | | | MID-PERP | 0.0000000000000024 |
| | | | SAND | 70,687.7050080900000000 | | | | SAND | 67,018.3000000000000000 |
| | | | SAND-PERP | 0.0000000000000000 | | | | SAND-PERP | 0.0000000000000000 |
| | | | SHIT-PERP | 0.0000000000000000 | | | | SHIT-PERP | 0.0000000000000000 |
| | | | TRX | 0.0000010000000000 | | | | STARS | 28,953.7607000000000000 |
| | | | USD | 1,270,812.0000000000000000 | | | | TRX | 0.0000010000000000 |
| | | | USDT | 0.0144943267124 | | | | USD | 359,541.6254750240000 |
| | | | USTC-PERP | 0.0000000000000000 | | | | USDT | 445,504.3200000000000000 |
| | | | | | | | | USTC-PERP | 0.0000000000000000 |

Reason: The claim to be disallowed is substantively duplicative of the surviving claim which was adjourned on the Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).

Surviving Claim was adjourned on the Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)