IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                     )
                                           )
                                           ) Chapter 11
                                           )
FTX Trading Ltd., et al.                   ) Case Number: 22-11068
                                           )
                                           )

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Min Ju Kim
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 85355
Date Claim Filed: 09/29/2023

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Email: greenidea20@naver.com
Last four digits of Acct.#   N/A

Name and Current Address of Transferor:

Phone: 516-255-1801
Last four digits of Acct#:   N/A

Min Ju Kim
319-19 Dongtanjiseong-ro Hwaseong-si, SK View Park (3rd) 103- 101-, Gyeonggi-do 18394
Republic of Korea (South Korea)

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#:   N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                      Date: June 30th, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex A

## EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO:  Clerk, United States Bankruptcy Court, District of Delaware

**Min Ju Kim,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **TRC Master Fund LLC**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

|          | Debtor          | Case No. | Claim Identifier(s)                                                                      | Claim Amount                                                                |
|----------|-----------------|----------|------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------|
| Claim(s) | FTX Trading Ltd.| 22-11068 | Unique Customer Code: 05841435 Confirmation ID: 3265-70-ADFGZ-992164450 Claim #: 85355 | As described on Schedule F (see Exhibit A for Supporting Documents)         |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

| Buyer: | | Seller: | |
|---|---|---|---|
| **TRC Master Fund LLC** | | **Min Ju Kim** | |
| By: | *DocuSigned by:* TERREL ROSS (73F51C3A3995457...) | By: | *DocuSigned by:* (F8430B9719714D4...) |
| Name: | Terrel Ross | Name: | Min Ju Kim |
| Title: | Managing Member | Title: | Claim Holder |
| Email: | tross@trcmllc.com | Email: | greenidea20@naver.com |
| Date: | 03/28/2024 | Date: | 03/27/2024 |

| Claim Number | Name | Debtor | Tickers | Asserted Claims Ticker Quantity | Debtor | Modified Claims Ticker Quantity |
|---|---|---|---|---|---|---|
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. | | | | | |
| 59180 | Name on file | FTX Trading Ltd. | ALT-20190927 | 0.000000000000011 | FTX Trading Ltd. | 0.000000000000011 |
| | | | ALT-20191227 | -0.000000000000028 | | -0.000000000000028 |
| | | | AURY | 321.112969810000000 | | 321.112969810000000 |
| | | | AVAX-PERP | 0.000000000000056 | | 0.000000000000056 |
| | | | BAL-PERP | 0.000000000000113 | | 0.000000000000113 |
| | | | BNB | 11.401998160711600 | | 11.401998160711600 |
| | | | BTC | | | 1.490805466262000 |
| | | | BTC-20191227 | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 0.076000006070458 | | 0.076000006070458 |
| | | | EXCH-20191227 | -0.000000000000049 | | -0.000000000000049 |
| | | | EXCH-PERP | 0.000000000000014 | | 0.000000000000014 |
| | | | FTT | 0.087881300320360 | | 0.087881300320360 |
| | | | LUNC-PERP | -0.000000005966285 | | -0.000000005966285 |
| | | | MATIC | 3,641.855850000000000 | | 3,641.855850000000000 |
| | | | MID-20191227 | -0.000000000000056 | | -0.000000000000056 |
| | | | MID-PERP | 0.000000000000025 | | 0.000000000000025 |
| | | | MTA | 2,845.000000000000000 | | 2,845.000000000000000 |
| | | | RAY | 729,009.491440199000000 | | 729,009.491440199000000 |
| | | | RUNE | 432.585066079679000 | | 432.585066079679000 |
| | | | SHIT-20190927 | 0.000000000000003 | | 0.000000000000003 |
| | | | SHIT-20191227 | 0.000000000000038 | | 0.000000000000038 |
| | | | SHIT-PERP | 0.000000000000039 | | 0.000000000000039 |
| | | | SOL | 5.150000008116690 | | 5.150000008116690 |
| | | | SOL-PERP | -0.000000000000056 | | -0.000000000000056 |
| | | | SRM | 2,999.992767880000000 | | 2,999.992767880000000 |
| | | | SRM_LOCKED | 4.811917120000000 | | 4.811917120000000 |
| | | | USD | 322,613.167910182000000 | | 322,613.167910182000000 |
| | | | USDT | 149,616.972641441000000 | | 149,616.972641441000000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. | | | | | |
| 83497 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 5.769329669091800 |
| | | | ETH | | | 10.013355820830700 |
| | | | LUNA2 | 4.417150091000000 | | 4.417150091000000 |
| | | | LUNA2_LOCKED | 10.306683550000000 | | 10.306683550000000 |
| | | | LUNC | 961,843.732145300000000 | | 961,843.732145300000000 |
| | | | TRX | | | 0.210336239818740 |
| | | | USD | 0.248859299971976 | | 0.248859299971976 |
| | | | USDT | | | 38,735.543805334600000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. | | | | | |
| 85355 | Name on file | FTX Trading Ltd. | ATOM | | FTX Trading Ltd. | 0.031872790000000 |
| | | | BTC | | | 2.606997567000000 |
| | | | DOGE | | | 0.873778000000000 |
| | | | MANA | | | 0.701795000000000 |
| | | | MATIC | | | 0.033551540000000 |
| | | | SOL | | | 0.009754875000000 |
| | | | TRX | | | 3,284.000000000000000 |
| | | | USD | | Undetermined* | 230,179.748797615000000 |
| | | | USDT | | | 0.000000000471206 |
| | | | XRP | | | 0.476098770000000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. | | | | | |
| 3117 | Name on file | FTX Trading Ltd. | USD | 307,838.940000000000000 | West Realm Shires Services Inc. | 307,838.949213399000000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, based on the Debtors' review of their books and records, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim. | | | | | |
| 728 | Name on file | FTX Trading Ltd. | BTC | 20.293006370000000 | FTX Trading Ltd. | 10.000000000000000 |
| | | | EUR | | | 0.000000006000000 |
| | | | KIN | | | 1.000000000000000 |
| | | | RAY | 3,034.190774000000000 | | 3,034.190774300000000 |
| | | | SOL | 565.642416450000000 | | 21.742416460896300 |
| | | | USD | | | 187,207.942232355000000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. | | | | | |
| 40696 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 2.555205421412560 |
| | | | ETH | | | 15.717988745336300 |
| | | | ETHW | 15.677622204029400 | | 15.677622204029400 |
| | | | FTT | 510.971589591601000 | | 510.971589591601000 |
| | | | SGD | 0.000000326864196 | | 0.000000326864196 |
| | | | SRM | 15.183175540000000 | | 15.183175540000000 |
| | | | SRM_LOCKED | 143.936824460000000 | | 143.936824460000000 |
| | | | USD | 0.000000200970064 | | 0.000000200970064 |
| | | | USDT | 0.000037521297336 | | 0.000037521297336 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. | | | | | |
| 71129 | Name on file | West Realm Shires Services Inc. | USD | 360,000.000000000000000 | West Realm Shires Services Inc. | 360,004.280837840000000 |
|  | Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to modify the asserted claim to match their books and records. | | | | | |
| 50090 | Name on file | FTX Trading Ltd. | ALT-20200327 | -0.000000000000007 | FTX Trading Ltd. | -0.000000000000007 |
| | | | ALT-PERP | 0.000000000000004 | | 0.000000000000004 |
| | | | AMPL | 0.619155615029576 | | 0.619155615029576 |
| | | | APE-PERP | 0.000000000001818 | | 0.000000000001818 |
| | | | ASD-PERP | -0.000000000011709 | | -0.000000000011709 |
| | | | ATOM-20200327 | 0.000000000000875 | | 0.000000000000875 |
| | | | ATOM-PERP | 0.000000000002728 | | 0.000000000002728 |
| | | | AVAX-PERP | 0.000000000002614 | | 0.000000000002614 |
| | | | BCH-20200327 | 0.000000000000005 | | 0.000000000000005 |
| | | | BCH-PERP | 0.000000000000014 | | 0.000000000000014 |
| | | | BNB | | | 1.561931568760460 |
| | | | BNB-20200327 | 0.000000000000099 | | 0.000000000000099 |
| | | | BNB-20210625 | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB-PERP | -0.000000000000014 | | -0.000000000000014 |
| | | | BOBA-PERP | -0.000000000000227 | | -0.000000000000227 |
| | | | BSV-20200327 | -0.000000000000024 | | -0.000000000000024 |
| | | | BSV-PERP | -0.000000000000006 | | -0.000000000000006 |
| | | | BTC | 0.010695106832138 | | 0.010695106832138 |
| | | | BTC-20200626 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000014 | | 0.000000000000014 |
| | | | BTMX-20200327 | 0.000000000133070 | | 0.000000000133070 |
| | | | CREAM-PERP | 0.000000000000049 | | 0.000000000000049 |
| | | | DAI | 0.000000003305288 | | 0.000000003305288 |
| | | | DODO-PERP | -0.000000000003637 | | -0.000000000003637 |
| | | | DOT-PERP | -0.000000000000227 | | -0.000000000000227 |
| | | | DRGN-20191227 | -0.000000000000019 | | -0.000000000000019 |
| | | | DRGN-20200327 | -0.000000000000003 | | -0.000000000000003 |
| | | | DRGN-PERP | -0.000000000000005 | | -0.000000000000005 |
| | | | EOS-20200327 | -0.000000000000454 | | -0.000000000000454 |
| | | | EOS-PERP | 0.000000000025011 | | 0.000000000025011 |
| | | | ETC-20200327 | -0.000000000000227 | | -0.000000000000227 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts