IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Nos. 17671 & 31120 |

**OMNIBUS ORDER APPROVING SECOND INTERIM
APPLICATION OF ERNST & YOUNG LLP**

Upon consideration the Certification of Counsel second interim fee application of Ernst & Young LLP (the "Applicant") [D.I. 17671] (the "Interim Application") tax services provider to the above captioned debtors and debtors-in-possession (collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases") for allowance of certain fees and expenses for the period set forth on the Interim Application which was filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834]; and upon the *Fee Examiner's Summary Report on Fee Review Process and Eighth Interim Fee Applications* [D.I. 29857] and the *Fee Examiner's Summary Report on Final Fee Applications* [D.I. 30064]; and it appearing to the Court that all of the requirements, as applicable, of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, and rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware have been satisfied; and it further appearing that

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0082353.}

the expenses incurred were reasonable and necessary; and that notice of the Interim Application was appropriate; and after due deliberation and sufficient good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Interim Application is hereby APPROVED in the amount set forth on **Exhibit 1** attached hereto.

2. The Interim Application is granted on an interim basis in the respective amounts set forth as approved on **Exhibit 1** hereto, including any and all holdbacks.

3. The FTX Recovery Trust is authorized to remit payment to the Applicant in the amount set forth on **Exhibit 1**, less any monies previously paid on account of such fees and expenses.

4. All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to the Applicant.

5. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: July 2nd, 2025  
Wilmington, Delaware

KAREN B. OWENS  
CHIEF JUDGE