# **EXHIBIT 1**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Interim Application

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In-Possession* | 2/1/2023 – 4/30/2023 D.I. 17671 Filed 6/14/2024 | $4,184,211.75 | $324,710.33 | $43,766.03 | $2,207.47 | $3,859,501.42 | $41,558.56 |