IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                                                                   :

In re:                                                           :    Chapter 11

FTX TRADING LTD., *et al.*,[1]                  :    Case No. 22-11068 (KBO)

Debtors.                             :    (Jointly Administered)

------------------------------------------------------------ x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 2, 2025, counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd. caused the attached *Joint Liquidators of Three Arros Capital, Ltd.'s Sixth Set of Requests for the Production of Documents Directed to the FTX Recovery Trust*, to be served via email upon the following counsel of record:

Brian D. Glueckstein
Benjamin S. Beller
Samuel G. Darby
Sienna Liu
**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004
Email: darbys@sullcrom.com
          bellerb@sullcrom.com
          gluecksteinb@sullcrom.com
          lius@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

<table>
<tr><td>Dated: July 2, 2025<br>Wilmington, Delaware</td><td>Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Zachary F. Proulx (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  chris.harris@lw.com<br>        adam.goldberg@lw.com<br>        zachary.proulx@lw.com<br>        nacif.taousse@lw.com<br><br>– and –<br><br>*/s/ Alexis R. Gambale*<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email:  jweiss@pashmanstein.com<br>        jbarsalona@pashmanstein.com<br>        agambale@pashmanstein.com<br><br>*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*</td></tr>
</table>