United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
United States

June 07, 2025

To whom it may concern, to the Clerk and to the Honorable Karen B. Owens,

Please find attached my formal objection regarding the One Hundred Seventy-Third Omnibus Objection relating to my claim in the FTX bankruptcy proceedings (Case No. 22-11068 (KBO)).

This objection is being sent today via email and will also be delivered as a physical letter via registered mail.

Sincerely,

Jannis Päper
Thadenstraße 48
22767 Hamburg
Germany
jannis.paeper@web.de

RECEIVED 2025 JUL -2 AM 11:19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
United States

To the Honorable Karen B. Owens,
United States Bankruptcy Judge

**Case: FTX Crypto Bankruptcy**

Dear Judge Owens,

I am writing to respectfully object to the inclusion of my claim in the list of late-filed customer claims referenced in the One Hundred Seventy-Third Omnibus Objection filed by the FTX Recovery Trust on April 28, 2025, arrived on May 28, 2025 in my mailbox.

My claim was submitted in good faith and within the designated deadline. However, as a non-native English speaker residing in Germany and a retail investor, I may have inadvertently made a submission error due to language and technical misunderstandings during the claims process. It was never my intention to provide incomplete information, and I believed at the time that the documentation I submitted was correct and complete.

Due to the language barrier, I have asked for help with this letter to ensure it is clearly and properly written in English. I sincerely hope that this will not be held against me, and that my objection will be considered on its merits rather than rejected due to procedural issues.

The amount in question represents a significant portion of my personal savings, and its continued absence has caused considerable financial stress. I kindly request the Court to consider the circumstances under which the filing occurred, and allow my claim to be treated as timely filed, or at least not dismissed on procedural grounds alone.

Furthermore, I had already reached out to Kroll via email twice—on December 5, 2024 and again on May 2, 2025—regarding both the issue with my claim submission and a serious data protection breach involving the disclosure of my personal information. I never received any response. I respectfully ask the Court to consider these messages (attached to this letter) as evidence of my good-faith attempts to resolve the matter in a timely and cooperative manner.

I also request that the Kroll Restructuring Administration be required to provide internal records to confirm when my claim submission process was initiated, as I firmly believe it was timely.

As I am located in Germany and unable to attend the hearing in person, I respectfully request permission to participate in the hearing scheduled for June 25, 2025, via Zoom.

Thank you for your understanding and for considering my objection.

Sincerely,

*[signature]*

Jannis Päper

Thadenstraße 48
22767 Hamburg
jannis.paeper@web.de

 FreeMail

# Claim not submitted

| | |
|---|---|
| Von: | "Jannis Päper" <jannis.paeper@web.de> |
| An: | FTXInfo@ra.kroll.com |
| Datum: | 05.12.2024 19:19:08 |

Dear Team of kroll,

I am confused about the not sumitted claim of my account on ftx. I always got informed via mail (not e-mail). But in the last year, no mail arrived. Now I just logged into the ftx account and and I see that my claim: started at the beginning of 2023 was not submitted. Would you please explain to me? How do I get my money back. I see a number of around 2000 dollars.

Thanks for your advice up front and

Best regards
Jannis Päper



**FreeMail**

# Concerning Data Breach and Status of Timely Submitted Claim

| | |
|---|---|
| **Von:** | "Jannis Päper" <jannis.paeper@web.de> |
| **An:** | FTXquestions@kroll.com |
| **Datum:** | 02.05.2025 10:49:58 |

Dear Kroll Restructuring Administration Team,

I am writing in response to your recent communication regarding the inadvertent disclosure of my personal information to other FTX claimants.

Let me be very clear: the mishandling of sensitive personal data—including my name, address, email, phone number, and claim information—is absolutely unacceptable. The fact that this occurred in the context of an already deeply distressing insolvency process only adds to the frustration and concern.

I expect a full explanation of how you will ensure this does not happen again, and how you will support and protect affected claimants going forward.

Furthermore, I request immediate clarification on the **status of my claim**. I submitted my claim **before the Customer Bar Date** on September 29, 2023. However, I now see my name included in documents related to **late-filed claim objections**. This raises serious concerns.

**Please confirm as soon as possible whether my claim has been correctly categorized as timely filed, and whether it is being processed accordingly.** If there has been any error, I expect it to be corrected immediately.

I look forward to your prompt and transparent response.

Sincerly,

Jannis Päper

United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington Delaware 11801
UNITED STATES

Jannis Paper - Naderstraße 40 · 22767 HH · GERM 44

