# **SCHEDULE 1**

**Misclassified Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Seventy-Fifth Omnibus Claims Objection**
**Schedule 1 - Misclassified Claims**

| | | | | | Asserted | Reclassified |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Priority / Plan Class | Plan Class |
| 1660* | Name on file | FTX Trading Ltd. | BTC | 106.291840000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | LTC | 598.790000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | XRP | 26,298,957.728400000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | USD | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements which should be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Priority / Plan Class | Plan Class |
|---|---|---|---|---|---|---|
| 299* | Name on file | FTX Trading Ltd. | USD | 4,090.430000000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements which should be reclassified to the Plan Class provided under the Modified Claim section.