# EXHIBIT B

**Potentially Restricted Foreign Jurisdictions**

**Potentially Restricted Foreign Jurisdictions**

Afghanistan

Algeria

Andorra

Aruba

Bangladesh

Belarus

Burundi

Cambodia

Cameroon

Chad

China

Colombia

Democratic Republic of the Congo

Republic of the Congo

Cuba

Curacao

Egypt

Ethiopia

Fiji

Gabon

Guernsey

Honduras

Iran

Iraq

Jordan

Kuwait

Lebanon

Lesotho

Libya

Macau

-2-

Malawi

Maldives

Moldova

Montenegro

Morocco

Myanmar (Burma)

Nepal

North Korea

Pakistan

Qatar

Russia

Rwanda

Saudi Arabia

Somalia

Sudan

Syria

Tunisia

Ukraine

Zimbabwe