IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Ceratosaurus Investors, L.L.C.**
Name of Transferee

**Address for all Notices and Payments:**
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Michael Linn
Email: MLinn@FarallonCapital.com

**Arceau 507 II LLC**
Name of Transferor

**Address:** On file with Debtors

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim Number: 2048 | Arceau 507 II LLC | As described on the Proof of Claim | FTX Trading Ltd. | 22-11068 |
| Schedule Number: 6275319 | Arceau 507 II LLC | As described on Schedule F | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Michael G Linn_ (DocuSigned, 2EE8C7127A89416...)      Date: July 2, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

NYACTIVE-25343623.4

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Arceau 507 II LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Ceratosaurus Investors, L.L.C.** (the "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against FTX Trading Ltd. (the "Debtor"), the debtor in Case No. 22-11068 (JTD) (Jointly Administered) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim filed by Assignor or its predecessor-in-interest with the Bankruptcy Court, including as set forth below.

| Schedule Number | Claim Number |
|---|---|
| 6275319 | 2048 |

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2nd day of July, 2025.

**ASSIGNOR**:

**ARCEAU 507 II LLC**

By: *Michael Bottjer* (Signed by: 8B7AF248965F43C...)
Name: Michael Bottjer
Title: Manager Partner

**ASSIGNEE**:

**Ceratosaurus Investors, L.L.C.**
By: Farallon Capital Management, L.L.C., Its Manager

By: *Michael G Linn* (DocuSigned by: 2EE8C7127A89416...)
Name: Michael G Linn
Title: Managing Member

NYACTIVE-25343623.4