**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.  Case No. 22-11068 (JTD) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Daryl Lim Shi Neng** | ■■■■■■■■ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Daryl Lim Shi Neng
Attention: Daryl Lim
Email: Daryllimsn@gmail.com
Address: 458 Ang Mo Kio Ave 10, #18-1584, S560458

Confidential Creditor with Unique Customer Code: 02296847

FTX Account ID: 49234062

Name and Address where notices to Transferor should be sent: <u>Address on file</u>

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 34568 | ■■■■ | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID No. 3265-70-GGAVB-003635081 | ■■■■ | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Daryl Lim Shi Neng            Date: 2025.06.30
Name: Daryl Lim Shi Neng

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8071/6970891.2

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, District of Delaware

███████████ (with Unique Customer Code: **02296847** and FTX Account ID 49234062) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Daryl Lim Shi Neng** ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully in Claim No. 34568 (Customer Claim Confirmation ID No. 3265-70-GGAVB-003635081), collectively, the "**Claim**").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 30th day of June 2025.

SELLER:

[redacted]

BUYER:

**Daryl Lim Shi Neng**

By: _____
Name: Daryl Lim Shi Neng

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

FTX Trading Ltd. Amended Customer Claim Schedule

| 02296847 | | AAPL-0325[0], AAPL-0930[0], AAPL-1230[0], AAPL-20211231[0], ADA-PERP[0], AMD[0.01703723], AMZN-0325[0], APE-PERP[0], ARKK-0624[0], AVAX[0.09534948], AVAX-PERP[0], AXS-PERP[0], BNB-PERP[0], BTC[0], BTC-0930[0], BTC-PERP[-2.55], CAKE-PERP[0], COIN[0], CRO-PERP[0], CRV-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[-3], EUR[-0.08], FTT[25.68227872], FTT-PERP[0], GALA-PERP[0], GMT-PERP[0], GOOGL-0325[0], GST-PERP[0], HNT-PERP[0], INJ-PERP[0], KAVA-PERP[0], KNC-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], NEAR-PERP[0], OKB-PERP[0], OP-PERP[0], SOL-PERP[-200], SPY[-29.47621293], SPY-0325[0], SPY-0624[0], TRX[9553.000006], TRX-PERP[0], TSLA[-0.04162948], TSLA-0325[0], TSLAPRE[0], USD[96169.06], USDT[57.84067686], XAUT-PERP[0], XRP-PERP[0], YFII-PERP[0] |

Kroll Website Claim Entry



### Creditor Data Details - Claim # 34568

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
08/03/2023

**Claim Number**
34568

**Schedule Number**
n/a

**Confirmation ID**
3265-70-GGAVB-003635081

### Claim Amounts

#### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | FTX Token (FTT) | STAKED | 25.6822782 | 25.6822782 |
| CRYPTO | TRON (TRX) | ASSERTED | 9553 | 9553 |
| FIAT | US Dollar(USD) USD/USD = 1.00000 | ASSERTED | 96169.06 | 96169.06 |