THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., et al.,[1]<br>　　　　Debtors. | Chapter 11<br>Case No. 22-11068 (JTD)<br>(Jointly Administered) Ref Nos. 28225 & 29350 |

RECEIVED 2025 JUL -3 A 11: 55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Clarification Regarding Ref. Nos. 30297 and 30298**

Claimant Jonas Paasch respectfully submits this clarification to the Honorable Court to specify that his filing docketed April 28, 2025 (Ref. No. 30297, with accompanying Exhibit Ref. No. 30448), is intended to include a request for relief from the prior Order sustaining the One Hundred First Omnibus Objection (Ref. No. 29466).
This request is made pursuant to **Rule 60(b)(1)** (excusable neglect) and **Rule 60(b)(6)** (exceptional circumstances), as discussed in Section 3, "Procedural Barriers." The Claimant was unaware of the Order and has acted promptly upon its discovery

Additionally, the separately filed motion (Ref. No. 30298) raises class-wide issues concerning a group of similarly situated creditors. Both filings are interdependent and were drafted simultaneously, with the intent that they be reviewed together in the interest of judicial efficiency.

Respectfully submitted,
June 28, 2025

*/s/ Paasch/*

Pro Se
Jonas Paasch
jonas-paasch@proton.me
700 Dovercourt Dr Unit 31 #163
Winnipeg, MB R3Y 1X5 Canada

---

[1] TIN ending on 3288 (4063 for Almeda Research LLC). List of entities: cases.ra.kroll.com/FTX

1

## CERTIFICATE OF SERVICE

I, Jonas Paasch, hereby certify that on this 28th day of June, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated:

(1) By registered mail upon:

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

(2) By email upon the following parties:

- Debtors' Counsel
  Adam G. Landis, Kimberly A. Brown, Matthew R. Pierce

- Debtors' Co-Counsel (Sullivan & Cromwell LLP)
  Andrew Dietderich, James Bromley, Brian Glueckstein, Alexa Kranzley

- Counsel to the Official Committee of Unsecured Creditors (Paul Hastings LLP)
  Kristopher M. Hansen, Luc A. Despins, G. Alexander Bongartz

- U.S. Trustee for the District of Delaware
  Juliet Sarkessian

- Kroll Restructuring Administration LLC (claims agent)
  *ftxinfo@ra.kroll.com*

*[signature]*

Pro Se
Jonas Paasch
jonas-paasch@proton.me
700 Dovercourt Dr Unit 31 #163
Winnipeg, MB R3Y 1X5 Canada

2

875578X1X1XPRI
Jonas Paasch
PO BOX 100729
Arlington, VA 22210-3729

1*************************SNGLP 480

United States Bankruptcy Court
USBC District of Delaware
824 N Market St FL 3
Wilmington, DE 19801