# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(a) & (b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Colin R. Robinson, Teddy M. Kapur, and Jason H. Rosell hereby withdraw their appearance appearance as counsel for D1 Ventures Ltd. ("D1 Ventures"), in the above-captioned cases (the "Cases"), and request that they be removed from any applicable service lists in the Cases on behalf of D1 Ventures.

PLEASE TAKE FURTHER NOTICE that Laurel D. Roglen of Ballard Spahr LLP and Joseph P. Sakai of Sakai LLP hereby substitute their appearance as counsel for D1 Ventures in these Cases.

PLEASE TAKE FURTHER NOTICE that D1 Ventures, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Local Rule 2002-1(d), requests that copies of

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

all pleadings, motions, notices, and other papers filed or served in this bankruptcy case, be served upon D1 Ventures through the undersigned attorneys as follows:

> Laurel D. Roglen, Esquire
> BALLARD SPAHR LLP
> 919 N. Market Street, 11th Floor
> Wilmington, Delaware 19801-3034
> Telephone: (302) 252-4465
> Facsimile: (302) 252-4466
> E-mail: roglenl@ballardspahr.com

> and

> Joseph P. Sakai, Esquire
> SAKAI LLP
> 2655 Franklin Street, No. 1
> San Francisco, CA 94123
> Telephone: (702) 526-4929
> E-mail: joseph@sakaillp.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Substitution of Counsel and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of D1 Ventures including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case,

controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which D1 Ventures is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 7, 2025
Respectfully submitted,

| /s/ Jason H. Rosell | /s/ Laurel D. Roglen |
|---|---|
| Colin R. Robinson (DE Bar No. 5524) | Laurel D. Roglen (DE Bar No. 5759) |
| Teddy M. Kapur (admitted *pro hac vice*) | BALLARD SPAHR LLP |
| Jason H. Rosell (admitted *pro hac vice*) | 919 N. Market Street, 11th Floor |
| PACHULSKI STANG ZIEHL & JONES LLP | Wilmington, Delaware 19801-3034 |
| 919 N. Market Street, 17th Floor | Telephone: (302) 252-4465 |
| Wilmington, DE 19801 | Facsimile: (302) 252-4466 |
| Telephone: (302) 652-4100 | E-mail: roglenl@ballardspahr.com |
| Facsimile: (302) 653-4400 | |
| E-mail: crobinson@pszjlaw.com | and |
|         tkapur@pszjlaw.com | |
|         jrosell@pszjlaw.com | Joseph P. Sakai |
| | SAKAI LLP |
| *Withdrawing Counsel to D1 Ventures, LLC* | 2655 Franklin Street, No. 1 |
| | San Francisco, CA 94123 |
| | Telephone: (702) 526-4929 |
| | E-mail: joseph@sakaillp.com |
| | |
| | *Counsel to D1 Ventures, LLC* |