## **CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, hereby certify that on this 7th day of July 2025, I caused a true and correct copy of the foregoing pleading to be served electronically on those parties requesting electronic service through the Court's CM/ECF system.

| | |
|---|---|
| Dated: July 7, 2025<br>Wilmington, Delaware | */s/ Laurel D. Roglen*<br>Laurel D. Roglen (DE 5759)<br>BALLARD SPAHR LLP |