# EXHIBIT A

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | **Related Docket No.** _____ |

**ORDER ESTABLISHING CLAIMS DETERMINATION SCHEDULE**
**FOR ELD CAPITAL LLC'S CLAIMS**

Upon the *Motion of ELD Capital LLC for Entry of Order Establishing Claims Determination Schedule for its Claims* (the "Motion") of ELD Capital LLC ("ELD"),[2] under Sections 102 and 105(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Fed. R. Bankr. P. 9014, and Local Rule 9013-1; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the Court, dated February 29, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court being able to enter a final order consistent with Article III of the U.S. Constitution; and proper and adequate notice of the Motion and the relief requested therein having been provided in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules, and that no other or further notice is necessary; and objections, if any, to the relief requested having been withdrawn, resolved, or overruled on the merits; and a hearing, to the extent

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] ELD's claims are listed on the claims register as Nos. 87743, 91933, and 96369.

2

necessary, having been held to consider the relief requested; and this Court finding, after due deliberation thereon, sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

1. The Motion is GRANTED.

2. The schedule set forth below shall govern the adjudication of the ELD Claims, with such deadlines subject to amendment by written consent from both ELD and Debtors or by order of the Court:

| **Schedule for Determination ELD Capital LLC's Claims** | |
|---|---|
| Objection to ELD's Claims | August 21, 2025 |
| Reply to Objection to ELD's Claims | September 4, 2025 |
| Evidentiary Hearing on ELD's Claims | September 11, 2025 |

Dated: _____
     Wilmington, Delaware

**THE HONORABLE KAREN B. OWENS**
**United States Bankruptcy Judge**