## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: July 15, 2025** |
| | **Hearing: July 22, 2025 at 9:30 a.m. (ET)** |

### NOTICE OF MOTION OF ELD CAPITAL LLC FOR ENTRY OF ORDER ESTABLISHING CLAIMS DETERMINATION SCHEDULE FOR ITS CLAIMS

PLEASE TAKE NOTICE that on July 8, 2025, ELD Capital LLC, a customer-claimant in these Chapter 11 cases, filed the *Motion of ELD Capital LLC for Entry of Order Establishing Claims Determination Schedule for its Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.[2]

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion shall: (1) be in writing; (2) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Delaware, and all General Orders applicable to the above-captioned Chapter 11 cases; (3) be filed electronically with the Court by **July 15, 2025** (the "Objection Deadline"); *and* (4) be promptly served upon the undersigned counsel to ELD Capital LLC, Attn: Peter C. Hughes, 800 N. King Street, Suite 202, Wilmington, DE 19801; James E. Miller and Alec J. Berin, 1845 Walnut Street, Philadelphia, PA 19103, and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] ELD's claims are listed on the claims register as Nos. 87743, 91933, and 96369

all persons and entities that have filed a request for notice and service of filings in these Chapter 11 cases pursuant to Fed. R. Bankr. P. 2002 and Local Rule 2002-1(b) by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion to Expedite ELD's Claims is scheduled for **July 22, 2025 at 9:30 a.m. (ET)** (the "Hearing Date") before the Honorable Karen B. Ownes in the United States Bankruptcy Court for the District of Delaware at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that if no responses or objections to the Motion are timely filed, served, and received in accordance with this Notice, the Court may grant the relief requested in the Motion Expedite ELD's Claims without further notice or hearing.

| | |
|---|---|
| Dated: July 8, 2025 | Respectfully submitted, |

**DILWORTH PAXSON LLP**

By: */s/ Peter C. Hughes*
Peter C. Hughes, Esquire
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone: (215) 575-7282
Email: phughes@dilworthlaw.com

**MILLER SHAH LLP**

James E. Miller, Esquire
Alec J. Berin, Esquire
1845 Walnut Street
Philadelphia, PA 19103
Phone: (866) 540-5505
Email: jemiller@millershah.com
ajberin@millershah.com

*Counsel for ELD Capital LLC*

**CERTIFICATE OF SERVICE**

     I, Peter C. Hughes, hereby certify that on July 8, 2025, I caused to be served true and correct copies of the *Notice of Motion of ELD Capital LLC for Entry of Order Establishing a Claims Determination Schedule for its Claims* via electronic mail upon: (1) counsel for Debtor; (2) the U.S. Trustee, and upon all parties who have filed a request for service of notices under Fed. R. Bankr. P. 2002(i) via ECF service.

| | |
|---|---|
| Dated: July 8, 2025 | **DILWORTH PAXSON LLP** |
| | By: */s/ Peter C. Hughes* |
| | Peter C. Hughes, Esquire |
| | 800 N. King Street, Suite 202 |
| | Wilmington, DE 19801 |
| | Telephone: (215) 575-7282 |
| | Email: phughes@dilworthlaw.com |
| | |
| | *Counsel for ELD Capital LLC* |

#125095172v1