# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
FTX TRADING LTD., *et al.*,[1]                             :   Case No. 22-11068 (KBO)
                                                           :
                         Debtors.                          :   (Jointly Administered)
                                                           :
---------------------------------------------------------- x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 7, 2025, counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd. caused the *Joint Liquidators of Three Arrows Capital, Ltd. Responses and Objections to the FTX Recovery Trust's Third Request for Production of Documents* to be served via email upon the following counsel of record:

Brian D. Glueckstein
Benjamin S. Beller
Samuel G. Darby
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Email: darbys@sullcrom.com
       bellerb@sullcrom.com
       gluecksteinb@sullcrom.com

Adam G. Landis
Kimberly A. Brown
Matthew B. McGuire
Matthew R. Pierce
Georgia A. Williams III
Elizabeth A. Rogers

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800,
Wilmington, Delaware 19801,
Email: landis@lrclaw.com
       brown@lrclaw.com
       williams@lrclaw.com
       pierce@lrclaw.com;
       mcguire@lrclaw.com
       erogers@lrclaw.com

Dated: July 8, 2025
      Wilmington, Delaware

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Zachary F. Proulx (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  christopher.harris@lw.com
        adam.goldberg@lw.com
        zachary.proulx@lw.com
        nacif.taousse@lw.com

– and –

*/s/ Alexis R. Gambale*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
        jbarsalona@pashmanstein.com
        agambale@pashmanstein.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*