July 03, 2025

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 Market Street North, 3rd Floor
Wilmington, DE 19801
United States of America



Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO)

Dear Clerk of the Court,

Please find enclosed for filing in the above-referenced case the following documents submitted by creditor Tony Nguyen, appearing pro se:

1. Limited Objection to Notice of Proposed Reduction of Disputed Claims Reserve Amount [D.I. 31085]
2. Request for Status Conference Regarding Creditor Motion [D.I. 30686]

Kindly file these documents on the docket. A self-addressed stamped envelope is enclosed for the return of a file-stamped copy for my records.

Should you have any questions or require further information, please do not hesitate to contact me at the information below.

Respectfully submitted,


Tony Nguyen

Customer Code: 9362832
9113 Tefall CV E
Cordova, TN 38016
Tn60777@gmail.com

Date: July 03, 2025

# REQUEST FOR STATUS CONFERENCE REGARDING PENDING MOTION [D.I. 30686]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

Creditor Tony Nguyen, appearing pro se, respectfully requests that this Court schedule a status conference or compel a response from the Debtors regarding his pending motion filed on June 6, 2025 [D.I. 30686].

## RELIEF REQUESTED

The Creditor requests that the Court:
1. Schedule a status conference to address the pending motion;
2. Or enter an order requiring the Debtors to respond by a date certain.

## REASONS

1. The motion was properly filed and has not been addressed.
2. The Debtors have taken subsequent actions that may prejudice the Creditor's claim.
3. The Creditor seeks due process and a fair opportunity to be heard.

## CONCLUSION

Creditor respectfully asks the Court to take up the matter or require a formal response from the Debtors.

Respectfully submitted,

Tony Nguyen

Customer number: 9362832
9113 Tefall CV E
Cordova, TN 38016
Tn60777@gmail.com

Date: July 03, 2025

## LIMITED OBJECTION TO NOTICE OF PROPOSED REDUCTION OF DISPUTED CLAIMS RESERVE AMOUNT [D.I. 31085]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

Creditor Tony Nguyen, appearing pro se (the creditor"), respectfully submits this Limited Objection to the "Notice of Proposed Reduction of Disputed Claims Reserve Amount" [D.I. 31085] (the "Notice") filed by the FTX Recovery Trust on June 27, 2025.

### BACKGROUND

1. The Creditor filed a motion on June 6, 2025 [D.I. 30686] concerning the reclassification of his claim from Class 5 to Class 7.

2. No response has been received from the Debtors, and the matter was not addressed during the June 25, 2025 hearing.

3. On June 27, 2025, the Debtors filed the Notice, which may affect Creditor's classification without resolving his pending motion.

### OBJECTION

4. The Debtors should not take administrative action impacting the Creditor's rights before responding to the Creditor's motion.

5. Doing so is procedurally improper and violates the Creditor's due process rights.

### RELIEF REQUESTED

Creditor respectfully requests:
- That the Court defer ruling on the Reserve Reduction with respect to this Creditor.
- That the Court compel the Debtors to respond to the Creditor's motion [D.I. 30686].
- That all rights related to the Creditor's claim classification be preserved.

Respectfully submitted,

Tony Nguyen (pro se)

Customer number: 9362832
9113 Tefall CV E
Cordova, TN 38016
Tn60777@gmail.com
Date: July 03, 2025

*[signature]*

PME
MEMPHIS, TN 38134
JUL 07, 2025

ER 203 429 559 US

**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 38134
Scheduled Delivery Date (MM/DD/YY): 7/8/25
Postage: $31.40
Date Accepted (MM/DD/YY): 7-7-25
Scheduled Delivery Time: ☐ 10:30 AM ☑ 6:00 PM
Insurance Fee / COD Fee
Time Accepted: 3:30 ☐ AM ☑ PM
Return Receipt Fee / Live Animal Transportation Fee
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $31.40
Weight: ___ lbs. ___ ozs. ☑ Flat Rate
Acceptance Employee Initials: RX
Employee Signature

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) / Time ☐ AM ☐ PM
Delivery Attempt (MM/DD/YY) / Time ☐ AM ☐ PM
Employee Signature

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( 901 ) 425-5021
TONY NGUYEN
9113 Tefall Cv E Cordova
TN 38016

U.S.M.S.
X-RAY

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
Honorable Judge Karen B. Owens
United State Bankruptcy Court
District of Delaware.
824 Market Street North 3rd floor
Wilmington, DE 19801

ZIP + 4® (U.S. ADDRESSES ONLY)
■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

◁ PEEL FROM THIS CORNER

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP13F October 2023
OD: 12 1/2 x 9 1/2

PS10001000006








Tony Nguyen
9113 Tefatt Cv E
Cordova, TN 38016

Honorable Judge Karen B. Owens
United State Bankruptcy Court
District of Delaware
824 Market Street North, 3rd Floor
Wilmington, DE 19801