# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 30911 & 30992 |

## ORDER AUTHORIZING THE FILING OF RESPONSE UNDER SEAL

Upon consideration of the *Motion for Entry of an Order Authorizing the Filing of Response Under Seal* (the "Motion to Seal")[2] filed by Claimant, pursuant to sections 107 of the Bankruptcy Code and Bankruptcy Rule 9018; the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion to Seal has been given, and no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of this proceeding and this Motion to Seal is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation, and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion to Seal is **GRANTED** as set forth herein.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Seal.

2. Claimant is authorized to file the Response under seal and is not required to file a redacted copy of the Response for public viewing.

3. Unredacted copies of the Response shall not be made available to anyone except for this Court, the FTX Recovery Trust, the U.S. Trustee, and others solely upon agreement of Claimant or further Court order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

|  |  |
|---|---|
| **Dated: July 10th, 2025**<br>**Wilmington, Delaware** | *Ka B. O——.*<br>KAREN B. OWENS<br>CHIEF JUDGE |

12346700v.1