[林凯凯 Lin Kaikai]

[Guangying Building, Shuangyu Street, Lucheng District,

Wenzhou City, Zhejiang Province, China]

[l84946469@ouotlook.com]

July 7, 2025


Honorable Judge Karen B. Owens

United States Bankruptcy Court

District of Delaware

824 North Market Street, 3rd Floor

Wilmington, Delaware 19801


**Re: Objection to Designation of China as a "Restricted**

**Foreign Jurisdiction"**

*In re: FTX Trading Ltd., et al., Case No. 22-11068 (KBO)*


Dear Judge Owens:


**OBJECTION TO MOTION OF FTX RECOVERY TRUST TO**

**IMPLEMENT RESTRICTED JURISDICTION PROCEDURES**

Submitted by: [林凯凯 Lin Kaikai], Tax Resident of China,

and Representative of Chinese FTX Creditors

---

### Preliminary Statement

I submit this objection both individually and as the representative of an organized group exceeding 300 Chinese FTX creditors. Members have collectively entrusted me to advocate for their shared interests throughout these proceedings.

My family holds one KYC-verified FTX accounts with aggregate claims USD 16,181.87 (Unique Customer Code:4297923). We have fully complied with all Plan requirements. The Trust's motion now arbitrarily jeopardizes our distribution rights.

The designation of China as a "Restricted Jurisdiction" lacks factual or legal foundation. As demonstrated below, no credible basis exists to conclude that distributions to Chinese creditors would expose the Trust or its agents to regulatory or criminal liability.

---

### I. USD-Denominated Distributions Are Legally Feasible

1. **Claims are valued and payable in USD.** Though originating from crypto investments, the Plan adopts a USD-denominated framework. Distributions are fiat-based, functionally equivalent to traditional monetary claims [1].

2. **USD transfers are lawful.** The Trust's partnerships with Payoneer, BitGo, and Kraken enable fiat disbursements. Chinese residents may lawfully receive USD via Hong Kong accounts without violating capital controls [2][3].

3. **Precedent confirms viability.** In *In re Celsius Network LLC* (Case No. 22-10964), Chinese creditors received USD via wire transfers. Similar mechanisms apply here [4].

4. **Conclusion:** The USD's status as a global reserve currency permits lawful transmission to China. Denying equal access to distributions based on speculative regulatory risks is unjustified and contravenes bankruptcy equity principles.

---

### II. Crypto-Based Distributions Are Legally Permissible

1. **China recognizes virtual assets as property.** Chinese courts consistently affirm cryptocurrencies as protected personal property under the Civil Code [5][6][7][8].

2. **Hong Kong's regulatory clarity.** As a Special Administrative Region of China, Hong Kong operates a licensed crypto framework permitting retail participation [9][10][11][12].

3.**Macau's policy misconstrued.** The Trust cites Macau's 2017 ICO guidance—irrelevant to personal crypto receipt [13][14].

4. **International precedents:**

- Celsius Network: USD wires to Chinese creditors approved.

- Mt. Gox: Chinese creditors received BTC/BCH via Kraken without jurisdictional barriers [15][16].

---

Conclusion

Distributions to Chinese creditors pose no legal risk and are integral to the bankruptcy process. The motion's designation of China as "Restricted" is factually and legally unsound. I respectfully urge the Court to reject this exclusionary measure.

Respectfully submitted,

[林凯凯 Lin Kaikai]

[Your Signature]

**Date:** July 7, 2025

---

Appendix A: References

[1]https://www.coindesk.com/markets/2025/05/16/ftx-to-pay-over-usd5b-to-creditors-as-bankrupt-exchange-gears-up-for-distribution

[2]https://www.prnewswire.com/news-releases/ftx-recovery-trust-to-distribute-more-than-5-billion-to-creditors-in-second-distribution-on-may-30-2025-302456976.html

[3]https://www.coinspeaker.com/ftx-adds-payoneer-as-payment-method-for-creditors

[4]https://www.nysb.uscourts.gov/content/re-22-10964-mg-celsius-network-llc-21

[5]https://watcher.guru/news/bitcoin-is-now-recognized-as-a-legal-virtual-property-by-shanghai-high-court#google_vignette

[6]https://www.mondaq.com/fin-tech/1577154/shanghai-court-recognises-the-legality-of-crypto-ownership-for-individuals

[7]https://www.coindesk.com/markets/2018/10/26/chinese-court-rules-bitcoin-should-be-protected-as-property

[8] https://news.bitcoin.com/chinese-court-ethereum-legal

[9]https://www.info.gov.hk/gia/general/202210/31/P2022103000454.htm

[10]https://www.reuters.com/technology/crypto-exchange-hashkey-bags-licence-update-serve-retail-users-2023-08-03

[11]https://cointelegraph.com/news/hong-kong-welcomes-first-licensed-retail-crypto-exchange-hashkey

[12]https://www.engage.hoganlovells.com/knowledgeservices/news/hong-kong-government-policy-announcement-on-virtual-asset-exchanges-hong-kong-fintech-week-2022

[13] https://www.gov.mo/en/news/74177

[14]https://www.amcm.gov.mo/zh-hant/news-notice/statement/detail/alert-to-risks-of-virtual-commodities-and-tokens/642

[15]https://www.theblock.co/post/303624/mt-gox-creditors-may-have-to-wait-for-up-to-three-months-to-receive-their-bitcoin

[16]https://cointelegraph.com/news/mt-gox-confirm-bitcoin-addresses-repayment

CERTIFICATE OF SERVICE

I, [林凱凱 Lin Kaikai], hereby certify that on July 5, 2025, I caused a copy of the foregoing Objection to the Motion of the FTX Recovery Trust to Implement Restricted Jurisdiction Procedures to be served via electronic mail upon the following parties:

Sullivan & Cromwell LLP

- James L. Bromley – bromleyj@sullcrom.com

- Alexa J. Kranzley – kranzleya@sullcrom.com

- Andrew G. Dietderich – dietdericha@sullcrom.com

- Brian D. Glueckstein – gluecksteinb@sullcrom.com

Landis Rath & Cobb LLP

- Adam G. Landis – landis@lrclaw.com

- Kimberly A. Brown – brown@lrclaw.com

- Matthew R. Pierce – pierce@lrclaw.com

Office of the United States Trustee (UST)

-Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov

-Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov

-David Gerardi – david.gerardi@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2025

Hongkong

林凯凯 Lin Kaikai

8

UNITED STATES | **PRIORITY**
POSTAL SERVICE ® | L

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PM
SAN JOSE, CA 95118
JUL 08, 2025

$10.10

19801            S2323A500981-15

RDC 03        0 Lb 2.00 Oz

EXPECTED DELIVERY DAY    07/11/25

USPS TRACKING®

USPS TRACKING® #

9505 5114 6291 5189 2621 28

USPS.COM/PICKUP

EP14F October 2023

PACKED ■ INSURED

AT F
RATE ■

Retail

S Tracking®

ed deliv
stic shipm

c internat

used internationally, a customs declaration form is required.

does not cover certain items. For details regarding claims
ic Mail Manual at *http://pe.usps.com*.
ternational Mail Manual at *htt*

al destinations.

e free Package Pickup,
n the QR code.

ns of coverage.

see the

PAPER
POUCH
howtorecycle.info

**FROM:** Kar Kar Lim.
1175 Branham Ln.
San Jose, CA. 95118

**TO:** Clerk of the Court
US Bankruptcy Court
824 N Market st. 3rd floor
Wilmington, DE. 19801.

U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.