# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Benefit Street Partners, L.L.C.** | **Lantern FTX Holdings, L.L.C.** |
| Name and Address where notices to Transferor should be sent: | Name and Address where notices to Transferee should be sent: |
| Benefit Street Partners, L.L.C.<br>One Madison Avenue<br>Suite 1600<br>New York, NY 10010<br>Attention: Jonathan Farnham<br>Email: j.farnham@benefitstreetpartners.com | Lantern FTX Holdings, L.L.C.<br>One Madison Avenue<br>Suite 1600<br>New York, NY 10010<br>Attention: Jonathan Farnham<br>Email: j.farnham@benefitstreetpartners.com |

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 3191<br>As allowed by order and stipulation<br>[D.I. 22493] | Benefit Street Partners, L.L.C. | 100% of Claim | Alameda Research Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Benefit Street Partners, L.L.C.**

By: _/s/ Max Rudenstein_
Max Rudenstein
Authorized Signer
Date: July 11, 2025

32448/2003#315310578.2

# EVIDENCE OF TRANSFER OF CLAIM

TO:              U.S. Bankruptcy Court for the District of Delaware ("Court")

AND TO:      Alameda Research Ltd. ("Debtor")
                      Case No. 22-11068 (JTD) ("Case")

**Benefit Street Partners, L.L.C.** ("Seller"), effective as of July 11, 2025, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Lantern FTX Holdings, L.L.C.**,

its successors and assigns ("Buyer"), 100% of all rights, title, and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules or against Debtor in the Court or any other court with jurisdiction over Debtor's Case, which claims are described more fully as follows (collectively, the "Claim"):

| Claim No. / Schedule | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 3191 As allowed by order and stipulation [D.I. 22493] | Benefit Street Partners, L.L.C. | 100% of Claim | Alameda Research Ltd. | 22-11068 |

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further acknowledges that this Evidence of Transfer may, upon execution of the Simple Assignment of Claim ("Assignment"), be filed by Buyer with the Court as evidence of the Assignment.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated July 11, 2025.

[*Signature Page Follows.*]

Page 2

IN WITNESS WHEREOF, each of the undersigned has duly executed this Assignment by its duly authorized representative on July 11, 2025 ("Assignment Date").

Benefit Street Partners, L.L.C.

By: _____

Name: Max Rudenstein

Title:   Authorized Signatory

Lantern FTX Holdings, L.L.C.

By: _____

Name: Max Rudenstein

Title:   Authorized Signatory

Page 2