**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.  Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

**Loke Weng Keong**

Name of Transferee

Name of Transferor

Name and Address where notices to Transferee should be sent:

Loke Weng Keong
Address: 600 NORTH BRIDGE ROAD, #11-08,
PARKVIEW SQUARE, SINGAPORE 188778
Email: Lokewk@proton.me

Confidential Creditor with Unique Customer Code: 02248232

FTX Account ID: 48272678

Name and Address where notices to Transferor should be sent: <u>Address on file</u>

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 5368617 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_
Name: Loke Weng Keong

Date: 2025.07.10

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8071/6970891.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

▬▬▬▬▬▬▬ with Unique Customer Code: **02248232** and FTX Account ID 48272678) ("<u>**Seller**</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Loke Weng Keong** ("<u>**Buyer**</u>"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully in identified assigned Schedule No. 5368617.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 10th day of July, 2025.

SELLER:

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

BUYER:



By: _____
Name: Loke Weng Keong

Sign.com Document ID: 0db2be9623 - Page 14/15

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

FTX Trading Ltd. Amended Customer Claim Schedule

| 02248232 | | HKD[0.14], TRX[.001619], USD[28572.39], USDT[21.20520000] |
|---|---|---|

Kroll Website Claim Entry



### Creditor Information - Schedule # 5368617

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on File | FTX Trading Ltd. | n/a |
| Address on File | Date Filed | Schedule Number |
| | n/a | 5368617 |
| | | Confirmation ID |
| | | n/a |

**Claim Amounts**

**Claim Additional Info**

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | HKD | ASSERTED | 0.1350871 | 0.1350871 |
| CRYPTO | TRX | ASSERTED | 0.001619 | 0.001619 |
| CRYPTO | USDT | ASSERTED | 21.205200002290024 | 21.205200002290024 |
| FIAT | USD | ASSERTED | 28572.392221207534 | 28572.392221207534 |