| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br><br>Debtors | Chapter 11<br><br>No. 22-11068-(JTD)<br><br>(Jointly Administered) |

FILED
2025 JUL 15 P 2:00
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:



Name of Transferee:
DINGDINGKE LTD

Name and Address where notices and payments to transferee should be sent:

Address:

Xianmin Yan
71-75 Shelton Street, Covent Garden, London, United Kingdom, WC2H 9JQ
info@dingdingke.org

| Claim No./Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Kroll Schedule |  | Described on Schedule F | FTX Trading Ltd (22-11068) |
| Debtor Schedule F No: | | Described on Schedule F | FTX Trading Ltd (22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Transfer Agreement**

By: *xianmin yan*
Transferee / Transferee's Agent

Date:  07/06/2025

Transfer Agreement

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to DINGDINGKE LTD, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading LTD et al.**

| Schedule F Claim #: | 01622969 |
|---|---|
| Claim Amount: | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 07/06/2025

| BUYER: | SELVER: |
|---|---|
| 签署人：<br>xianmin yan<br>E1A020FBB1F149F... | [redacted] |
| Name: xianmin yan | |
| Email: info@dingdingke.org | Email: [redacted] |

Transfer Agreement

**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE — ANY WEIGHT

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 747 963 935 US

FROM: (PLEASE PRINT) PHONE ( ) 909-5063786
Xianmin You
843 Balboa Way
Upland CA 91784

TO: (PLEASE PRINT) PHONE ( )
Clerk of the Court
US Bankruptcy Court, District
of Delaware 824 Market St
3rd Floor, Wilmington
DE
1980 1

PO ZIP Code: 91784
Date Accepted: 07/09/25
Time Accepted: 5:35 PM
Flat Rate
Weight: — 
Postage: $31.40
Acceptance Employee Initials: MM
Total Postage & Fees: $31.40






# Transfer Agreement

| SELLER: | 张信华 zxh9006@gmail.com |
|---|---|
| BUYER: | DINGDINGKE LTD |
| EFFECTIVE DATE: | 07/06/2025 |
| DEBTOR: | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| COURT: | United States Bankruptcy Court, District of Delaware |
| CLAIM(S): | 100% |

| Claim Type | Unique Identifying # | Claim Amount |
|---|---|---|
| Schedule Claim | 01622969 | $403.58 |

SELLER and BUYER (each a "Party" and together the "Parties") hereby enter into this Transfer Agreement ("Agreement") as of the Effective Date to govern and effect the sale from SELLER to BUYER of the Claim(s) and other Assigned Rights. This Agreement incorporates the **Terms and Conditions** (the "Standard Terms") in their entirety and without modification. In the event of any conflict or inconsistency between this Agreement and the Standard Terms, this Agreement shall govern and control. Capitalized terms used but not otherwise defined in this Agreement shall have the meanings set forth in the Standard Terms.

| Buyer: | Seller: |
|---|---|
| 签署人: *xianmin yan* E1A020FBB1F149F... | 签署人: 张信华 44BD7B01404B48E... |
| Name: xianmin yan | Name: 张信华 |
| Email: info@dingdingke.org | Email: zxh9006@gmail.com |

22-11068 -33

Xianmin Yan

c/o Judy Zhu

1843 Balboa Way, Upland CA, 91784

info@dingdingke.org

7/9/2025

RECEIVED
2025 JUL 15 A 11: 19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the Court
U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801
USA

Re: FTX Trading Ltd. et al.

Case No. 22-11068 (JTD)

Dear Clerk,

Enclosed please find:

1. One signed unredacted copy of Form 2100A with assignment agreement (for court use);
2. One redacted copy of Form 2100A (for public docketing);
3. A stamped return envelope.

Please file the redacted version and return a stamped copy to me. Thank you. No xtra copy provided. GM 7-15-2025

Sincerely,
Xianmin Yan