22-11068-40

**United States Bankruptcy Court**
**District of Delaware**

RECEIVED
2025 JUL 15 P 1:28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: FTX Trading Ltd., *et al.*

Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

Yufu Ma
Name of Transferee

Dijie Wang
Name of Transferor

Name and Address where notices to Transferee should be Confidential Creditor with Unique Customer Code: 06718517 sent:

FTX Account ID: 150128195

Address:
43227 Kimberly Anne Ct,
Ashburn, VA 20147
Email: mumuhappy2019@gmail.com

Name and Address where notices to Transferor should be sent: Address on file

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6486080 | Dijie Wang | 100% | FTX Trading Ltd. | 22-11068 |
| Claim No.N/A | Dijie Wang | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID Nos. 3265-70-QFVDT-596218686 | Dijie Wang | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Yufu Ma
Name: Yufu Ma

Date: July 4, 2025

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, District of Delaware

**Dijie Wang** (with Unique Customer Code: **06718517** and FTX Account ID 150128195) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Yufu Ma**("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully (i) in Claim No. **N/A**(Customer Claim Confirmation ID No. 3265-70-QFVDT-596218686) and (ii) identified assigned Schedule No. 6486080 ((i) and (ii), collectively, the "**Claim**").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.
IN WITNESS WHEREOF, dated as of the 4th day of July, 2025.

SELLER:

DijieWang

Dijie Wang

BUYER:

By: Yufu Ma
Name: Yufu Ma

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Kroll Website Claim Entry



CLOSE



## Creditor Information - Schedule # 6486080

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
n/a

**Claim Number**
n/a

**Schedule Number**
6486080

**Confirmation ID**
3265-70-QFVDT-596218686

### Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | FTT | ASSERTED | 3039.70887589 | 3039.70887589 |
| CRYPTO | KIN | ASSERTED | 1.0 | 1.0 |
| CRYPTO | USDT | ASSERTED | 114762.87223914595 | 114762.87223914595 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.

Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or


To:
YUFU MA
(202) 868-9589
THE UPS STORE #6862
STE 164
43330 JUNCTION PLZ
ASHBURN VA 20147-3408
1 LBS
1 OF 1
SHP WT: 1 LBS
DATE: 14 JUL 2025
SHIP TO: DISTRICT OF DELAWARE
UNITED STATES BANKRUPTCY CT
3RD FLOOR
824 MARKET ST N
WILMINGTON DE 19801
DE 197 9-25
UPS GROUND
TRACKING #: 1Z C1C 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 0211
BILLING: P/P
MM7DMGRBB2MS3 ISH 13.00C ZZP 450 25.5V 06/2025
SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 0225
HE UPS STORE
Do not fold or bend