**CERTIFICATE OF SERVICE**

     I, William D. Sullivan, hereby certify that on the 15th day of July 2025, a copy of the foregoing *WeiWei Ji's Objection to Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel for the FTX Recovery Trust:*

| | |
|---|---|
| Adam G. Landis, Esq. <br> Kimberly A. Brown, Esq. <br> Matthew R. Pierce, Esq. <br> **LANDIS RATH & COBB LLP** <br> 919 Market Street, Suite 1800 <br> Wilmington, Delaware 19801 <br> landis@lrclaw.com <br> brown@lrclaw.com <br> pierce@lrclaw.com | Andrew G. Dietderich, Esq. <br> James L. Bromley, Esq. <br> Brian D. Glueckstein, Esq. <br> Alexa J. Kranzley, Esq. <br> **SULLIVAN & CROMWELL LLP** <br> 125 Broad Street <br> New York, NY 10004 <br> dietdericha@sullcrom.com <br> bromleyj@sullcrom.com <br> gluecksteinb@sullcrom.com <br> kranzleya@sullcrom.com |

July 15, 2025                                                                */s/ William D. Sullivan*
Date                                                                                   William D. Sullivan