# EXHIBIT A

Case 22-11068-KBO    Doc 31447-1    Filed 07/15/25    Page 1 of 3

 **Outlook**

## Your Celsius Claim Distribution in USD was Successfully Sent

**From** Celsius Network LLC <do-not-reply@updates.celsius.network>
**Date** Sat 8/17/2024 2:03 AM
**To** ding_hl@hotmail.com <ding_hl@hotmail.com>



Dear HONGLIANG DING,

**You are receiving this email because your claim distribution was successfully sent.**\*

See the details of this wire below:

Sent: 7/24/24

Amount: $18489.35 USD

From: Celsius Network LLC at Citizens Bank

Purpose: This is a creditor claim distribution by order of the U.S. Bankruptcy Court Southern District of New York (https://cases.stretto.com/celsius/)

Fed Reference #: 240724006392

\**Please note that in some cases, the Beneficiary Bank or Intermediary Bank may subsequently reject funds due to internal banking policies. We suggest confirming with your bank before withdrawing these funds.*

Celsius Claim Distributions

Celsius Network LLC - 50 Harrison St. Suite 209F Hoboken NJ 07030, USA

Celsius Network Limited - 167-169 Great Portland Street, 5th Floor, London W1W 5PF, UK

©2024 Celsius Network

This e-mail has been sent to ding_hl@hotmail.com to provide updates on creditor claim distributions from Celsius Network LLC Case Number: 22-10964. Click here to unsubscribe.

After unsubscribing you may not receive important communications regarding claim distributions.