# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Nos. 26404, 28102, 28103, 28689, 31085 and 31086 |

## NOTICE OF HEARING ON PROPOSED
## REDUCTION OF DISPUTED CLAIMS RESERVE

**PLEASE TAKE NOTICE** that on December 11, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Establishing the Amount of the Disputed Claims Reserve* [D.I. 28689] (the "Order").[2] The Order, among other things, established a Disputed Claims Reserve based on an aggregate amount of Disputed Claims in the amount of $6.533 billion.

**PLEASE TAKE FURTHER NOTICE** that on June 27, 2025, in accordance with paragraph 6 of the Order, the FTX Recovery Trust filed the *Notice of Proposed Reduction of Disputed Claims Reserve Amount* [D.I. 31085] (the "Notice") and the *Declaration of Steven P. Coverick in Support of Proposed Reduction of Disputed Claims Reserve Amount* [D.I. 31086] to adjust the amount of the Disputed Claims Reserve. You were previously served with a copy of the Notice.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Order or the Notice (as defined below).

{1368.003-W0082610.}

-2-

**PLEASE TAKE FURTHER NOTICE** that the FTX Recovery Trust received four (4) responses (the "Responses") to the Notice prior to the July 11, 2025 objection deadline identified therein.

**PLEASE TAKE FURTHER NOTICE** that in accordance with paragraph 6 of the Order, the Notice and the Responses shall be considered at a hearing before the Honorable Karen B. Owens at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801 on **July 22, 2025 at 9:30 a.m. (ET)**.

| | |
|---|---|
| Dated: July 15, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile:  (302) 467-4450<br>E-mail:  landis@lrclaw.com<br>           brown@lrclaw.com<br>           pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile:  (212) 558-3588<br>E-mail:  dietdericha@sullcrom.com<br>           bromleyj@sullcrom.com<br>           gluecksteinb@sullcrom.com<br>           kranzleya@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust* |