IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2025 JUL 15 P 3: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,1<br><br>Debtors.<br><br>Claimant, Pavel Vorobets<br>Claim Number: 85324 | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br>Objection Deadline: July 15, 2025 at 4:00 P.M. ET |

## CLAIMANT 85324'S RESPONSE
## IN OPPOSITION TO THE DEBTORS' 181st OMNIBUS OBJECTION

Claimant 85324, Pavel Vorobets, herein submits his response to the Debtors' 129th Omnibus Objection. In the 181st Omnibus Objection, the Debtors objected to the Claimant's Proof of Claim, stating that after "Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account." *See* Schedule 1 of Debtors' 129th Omnibus Objection (Doc. No. 30631-2) at p. 18.

| 85324 | Name on file | FTX Trading Ltd. | USD | 17,000.000000000000000 |
|---|---|---|---|---|
| Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. | | | | |

However, contrary to the Debtors' objection that the asserted amounts do not align with the records maintained by the Trust, the FTX Customer Claims Portal confirms that Claimant 85324 held digital asset positions supporting a total claim value of **$21,904.47 (USD)**. Furthermore, the screenshot provided below, which was pulled directly from the FTX Customer Claims Portal, reflects the following holdings at the time of bankruptcy:



By applying the cryptocurrency values from the Conversion Table to the positions held by Claimant at the time of the bankruptcy, the Claimant has a total entitlement of $21,904.47 (USD), as set forth below:

- BTC 0.3 x $16,871.63 = $5,061.49
- CHZ 26,150 x $0.2197552 = $5,746.60
- CRO 62,040 x $0.0875500 = $5,431.60
- ETH 4.5 x $1,258.84 = $5,664.78

**Total Entitlement Owed: $21,904.47**

As such, Claimant respectfully disagrees with the Debtors' objection, as the Debtors' own Customer Claims Portal confirms that Claimant 85324 held digital asset positions at the time of bankruptcy that support a total claim value of $21,904.47 (USD)Wherefore, Claimant 85324 respectfully moves for an order modifying his entitlement to $21,904.47 (USD).

## CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing Claimant's Response in Opposition to the Debtors' 181st Omnibus Objection was filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and a copy served on Counsel for Debtors and Debtors-in-Possession at landis@lrclaw.com, brown@lrclaw.com, pierce@lrclaw.com, dietdericha@sullcrom.com, bromleyj@sullcrom.com, gluecksteinb@sullcrom.com, and kranzleya@sullcrom.com on July 15, 2024.

By:

/s/ *Daniel J. Thornburgh*
Daniel J. Thornburgh
Aylstock, Witkin, Kreis
& Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for CLAIMANT 85324*

# EXHIBIT A to
# Claimant 85324's Response to 181th Objection

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| FTX TRADING LTD., *et al.*,1 | Chapter 11 |
| Debtors. | Case No. 22-11068 (JTD) |
| This Document Relates to: | (Jointly Administered) |
| Claimant, Pavel Vorobets<br>Claim Number: 85324 | Objection Deadline: July 15, 2025 at 4:00 P.M. ET |

### DECLARATION OF DANIEL J. THORNBURGH

I, Daniel J. Thornburgh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen and competent to make this declaration.

2. I submit this declaration in support of Claimant 85324's response to the objection filed by the Debtors in the above-captioned bankruptcy case regarding Claimant 85324's Proof of Claim.

3. The facts set forth in this declaration are based on my personal knowledge, my review of relevant documents, and information available to me in my capacity as the legal representative of Claimant 85324.

4. Attached hereto as Exhibit 1 is a true and correct copy of a screenshot from the FTX Customer Claims Portal for Claimant 85324 from December 2, 2024 and July 15, 2025.

5. Claimant's Claim was originally included on the 129th Omnibus Objection, but withdrawn. Debtors' then included Claimant 85324's Claim on the 181st Objection.

1

6. The information contained in Exhibit 1 accurately reflects the data provided by the FTX Customer Claims Portal as of July 15, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 15th day of July, 2025, at Pensacola, Florida.

/s/ *Daniel J. Thornburgh*
Daniel J. Thornburgh, Esq.

# EXHIBIT 1 to
Daniel J. Thornburgh Declaration in Support of Claimant's Response to 181th Objection

Account ID 17168288

Unique Customer Code 806515

Email pvorobets@hotmail.com

Platform FTX_COM



# Total Customer Entitlement Claim

**$7,397.10 USD**

Balances   Deposits   Withdrawals   Positions   Fills   P2P Transfers   Airdrops   Ref

## Positions

| Market | Side | Position Size | USD Value |
|---|---|---|---|
| BTC-PERP | Long | 0.3 BTC | $5,132.40 |
| CHZ-PERP | Long | 26,150 CHZ | $4,896.59 |
| CRO-PERP | Long | 62,040 CRO | $5,127.61 |
| ETH-PERP | Long | 4.5 ETH | $5,504.63 |

Rows per page: 100 ▼   1-4 / 4

CLOSE

# KROLL

## Creditor Data Details - Claim # 85324

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/29/2023

**Claim Number**
85324

**Schedule Number**
n/a

**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | Unliquidated | U | $0.00 | Expunged |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | **$0.00** | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 06/04/2025 | (REDACTED) FTX Recovery Trust's One Hundred Eight... | | | Modified Claims | Pending |
| 10/23/2024 | (REDACTED) Debtors' One Hundred Twenty-Ninth (Non... | 03/12/2025 | Order Sustaining Debtors' One Hundred Twenty-Nint... | No Liability Claims | Ordered |



Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.