IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2025 JUL 15 P 3: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,1<br><br>Debtors.<br><br>Claimant, Darius Feaster<br>Claim Number: 49494 | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br>**Objection Deadline: July 15, 2025 at 4:00 P.M. ET** |

**CLAIMANT 49494'S RESPONSE**
**IN OPPOSITION TO THE DEBTORS' 177th OMNIBUS OBJECTION**

Claimant 49494, Darius Feaster, hereby submits this response to the Debtors' 177th Omnibus Objection. In the 177th Omnibus Objection, the Debtors seek to modify the named Debtor on Claimant's Proof of Claim by reassigning it from FTX Trading Ltd. to West Realm Shires Services Inc. See Schedule 1 of Debtors' 177th Omnibus Objection (Doc. No. 30626-2) at p. 7.

| 49494 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
|---|---|---|---|

However, Claimant disputes the Debtors' reassignment and maintains that Claim No. 49494 was properly filed against FTX Trading Ltd. The claim relates to account activity, asset holdings, and services accessed through the FTX.com platform, which was operated by FTX Trading Ltd. and not by West Realm Shires Services Inc (FTX.us) ( Claimant opened his account in February 2020, prior to the creation of FTX.us (January 2021). Claimant also participated in the FTX Earn Program (Blockfolio). This program was never made available to customers of FTX.us due to regulatory restrictions. The Earn Program was exclusively associated with

FTX.com / FTX Trading Ltd. At no time did Claimant receive notice of, consent to, or complete a migration to an FTX.us account prior to the bankruptcy in 2022.

As such, Claimant respectfully objects to the proposed debtor reassignment and requests that Claim No. 49494 remain against FTX Trading Ltd., the proper entity based on platform usage and account history.

## CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing Claimant's Response in Opposition to the Debtors' 177th Omnibus Objection was filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and a copy served on Counsel for Debtors and Debtors-in-Possession at landis@lrclaw.com, brown@lrclaw.com, pierce@lrclaw.com, dietdericha@sullcrom.com, bromleyj@sullcrom.com, gluecksteinb@sullcrom.com, and kranzleya@sullcrom.com on July 15, 2025

By:

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh
Aylstock, Witkin, Kreis
& Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for CLAIMANT 49494*