# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,

Debtors.



Chapter 11

Case No. 22-11068 (KBO)

(Jointly Administered)

## OBJECTION TO MOTION REGARDING POTENTIALLY RESTRICTED FOREIGN JURISDICTIONS

Mr. Weifeng Fan, a creditor and pro se claimant in the above-captioned case, respectfully submits this objection to the Debtors' proposed motion regarding the designation of certain jurisdictions, including China, as "Restricted Foreign Jurisdictions."

1. Celsius Network LLC, a case under the same jurisdiction of the United States Bankruptcy Court for the Southern District of New York, allowed claims and made distributions to creditors residing in China via wire transfer, without discrimination or designation of China as a restricted jurisdiction.

2. In numerous legal cases within China involving cryptocurrency or digital assets, courts have allowed rightful claims and permitted financial restitution, which demonstrates a pattern of tolerance and acceptance under certain regulated circumstances.

3. To date, there has been no similar international bankruptcy or claims resolution process that has excluded Chinese creditors from distribution solely based on jurisdiction.

4. The proposed motion, if adopted, would unfairly discriminate against creditors from China and potentially deprive them of their rightful distributions, in contradiction to the principles of equitable treatment and creditor protection.

WHEREFORE, Mr.Weifeng Fan respectfully requests that the Court deny the Debtors' motion to designate China as a "Restricted Foreign Jurisdiction," and instead direct the FTX Recovery Trust to implement wire transfer or other commonly accepted international payment methods to ensure fair and lawful distributions to Chinese creditors.

Dated: July 7, 2025

Respectfully submitted,    *Weifeng Fan*

Mr.Weifeng Fan

[Claim ID: my claim #86357 in the Bahamas Process]

SF Express shipping label and UPS shipping label.

SF Express:
运单号 SF 028 509 733 1450
2025-07-11 13:49:37
Hotline 卧085601911133
9987543

UPS SAVER
SHIP TO:
HONORABLE JUDGE KAREN B. OWENS
HONORABLE JUDGE KAREN B. OWENS
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE, 824 MARKET STREET NORTH, 3RD FLOOR
WILMINGTON DE 19801
UNITED STATES

SHP#: 144A W78F T7R
SHP WT: 0.5 KG
DATE: 12 JUL 2025
1 KG    1 OF 1

DE 197 9-25
TRACKING #: 1Z 144 AW7 04 1525 7249
BILLING: P/P
DESC: DOC
Trx Ref No.: SF028509733145O

From: PENGJINGJING
15391695009
Room 1009, New World Center, F
518128 SHENZHEN CITY GUANG
CHINA MAINLAND

www.sf-express.com
95338