RECEIVED

2025 JUL 14 AM 11: 04

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

LU ZHIQI

T2-23G, Zhuoyuegianhaiyihao, Guiwan 5 rd, Nanshan District

LUKGKEI@hotmail.com]

July 09, 2025

Re: Objection to the Designation of China as a "Restricted Foreign Jurisdiction"

In re: FTX Trading Ltd., et al., Case No. 22-11068 (KBO)

To Whom It May Concern:

## OBJECTION TO MOTION OF FTX RECOVERY TRUST TO IMPLEMENT RESTRICTED JURISDICTION PROCEDURES

Submitted by: LU ZHIQI, Chinese FTX Creditor

---

Preliminary Statement

I submit this motion based on my personal circumstances. I am a diligent and hardworking Chinese user who, after years of dedicated effort, am now the father of a 13-year-old girl and the husband of a loving wife. Driven by confidence in the booming digital currency market and trust in the FTX exchange, I invested nearly all my savings into it. Unfortunately, FTX subsequently faced a liquidity crisis and bankruptcy. My claim amount is $19,342.11 （unique customer number is 2129452）, a sum significant enough to alter the trajectory of our lives. I have fully complied with all procedural requirements of the bankruptcy process; however, this proposal severely infringes upon the rights of certain creditors in a highly inequitable manner.

This motion to designate China as a "Restricted Jurisdiction" is unsupported by either fact or law. As outlined below, there is no credible legal basis to conclude that distributions to Chinese creditors would subject the Trust, or any distribution agent, to regulatory or criminal risk.

---

I. FTX Claims Are USD-Denominated and Payable via Lawful Channels

1. FTX claims are denominated and settled in U.S. Dollars. While these claims originate from crypto investments, the Debtors' Plan explicitly adopts a USD-denominated valuation and distribution framework. The proposed distributions are fiat-based and do not require engagement with virtual assets, rendering them functionally indistinguishable from traditional monetary claims.[1]

2. USD wire transfers are lawful and standard payment mechanisms. FTX Recovery Trust has announced partnerships with global payment platforms (e.g., Payoneer, BitGo) and distribution agents (e.g., Kraken) to facilitate fiat disbursements. Chinese residents can lawfully receive USD wires via Hong Kong-based accounts, which is outside the scope of capital control violations.[2][3]

3. USD settlement mechanisms exist for Chinese creditors. Even if crypto-based payouts are avoided, there are sufficient and lawful channels for distributing USD. In the Celsius Network LLC case, the bankruptcy court successfully disbursed USD to Chinese creditors via standard international wire transfers, confirming the existence of practical and compliant financial infrastructure.[4]

4. Conclusion to Section I. Given that the FTX bankruptcy estate values and settles creditor claims in U.S. Dollars, this case is fundamentally no different from other bankruptcy proceedings when it comes to distribution. The U.S. Dollar is a global reserve currency and can be lawfully transmitted to Chinese creditors through established channels. Equal access to USD compensation is essential to preserving fairness and equity in the bankruptcy process. The FTX Recovery Trust's attempt to withhold distributions from Chinese creditors based on jurisdictional interpretations of crypto regulation is both unreasonable and legally unfounded. Chinese creditors are entitled to equal treatment in USD distributions just like creditors in other jurisdictions. Any attempt to block such distributions based on speculative regulatory interpretations is not only unjust but lacks legal basis.

---

II. Even Crypto-Based Distributions Are Legally Permissible in China

1. China Recognizes Virtual Assets as Legal Property.

Chinese courts have consistently held that cryptocurrencies such as Bitcoin and Ethereum constitute personal property under the Civil Code. These rulings confirm that individual ownership is lawful.[5][6][7][8]

2. Hong Kong Supports Crypto Regulation and Retail Participation.

As a Special Administrative Region (SAR) of the People's Republic of China, Hong Kong operates under the 'one country, two systems' framework, which allows it to establish its own financial and regulatory policies. However, it remains an integral part of China. Not only does Hong Kong allow individuals and institutions to hold and trade virtual assets, but it has also proactively embraced digital assets with a comprehensive licensing regime. Its progressive and well-defined regulatory framework aims to attract global digital asset firms and provide robust investor protection mechanisms.[9][10][11][12]

3. Mischaracterization of Macau Policy.

The Trust references Macau's 2017 ICO-related warning, but this merely restricts financial institutions from participating in token issuances. It does not prohibit personal ownership or receipt of crypto assets.[13][14]

4. International Precedents Support Distributions to Chinese Creditors.

In Celsius Network LLC (Case No. 22-10964, S.D.N.Y.), the court approved USD distributions to Chinese claimants via wire. In the Mt. Gox rehabilitation, Chinese creditors lawfully received crypto (BTC, BCH) through Kraken. No jurisdictional restrictions were imposed in either case.[15][16]

---

Conclusion

In conclusion, distributing claims to Chinese creditors poses no legal risk to the Trustee or its agents and constitutes a required step under the bankruptcy process. The motion to classify China as a "Restricted Jurisdiction" lacks factual foundation and misapplies legal principles. I respectfully urge the Court to reject any designation that would exclude Chinese creditors from distributions under the Plan.


Respectfully submitted,

LU ZHIQI

Dated: July 09, 2025


---

Appendix A: Reference Links

[1] https://www.coindesk.com/markets/2025/05/16/ftx-to-pay-over-usd5b-to-creditors-as-bankrupt-exchange-gears-up-for-distribution

[2] https://www.prnewswire.com/news-releases/ftx-recovery-trust-to-distribute-more-than-5-billion-to-creditors-in-second-distribution-on-may-30-2025-302456976.html

[3] https://www.coinspeaker.com/ftx-adds-payoneer-as-payment-method-for-creditors

[4] https://www.nysb.uscourts.gov/content/re-22-10964-mg-celsius-network-llc-21

[5] https://watcher.guru/news/bitcoin-is-now-recognized-as-a-legal-virtual-property-by-shanghai-high-court#google_vignette

[6] https://www.mondaq.com/fin-tech/1577154/shanghai-court-recognises-the-legality-of-crypto-ownership-for-individuals

[7] https://www.coindesk.com/markets/2018/10/26/chinese-court-rules-bitcoin-should-be-protected-as-property

[8] https://news.bitcoin.com/chinese-court-ethereum-legal

[9] https://www.info.gov.hk/gia/general/202210/31/P2022103000454.htm

[10] https://www.reuters.com/technology/crypto-exchange-hashkey-bags-licence-update-serve-retail-users-2023-08-03

[11] https://cointelegraph.com/news/hong-kong-welcomes-first-licensed-retail-crypto-exchange-hashkey

[12] https://www.engage.hoganlovells.com/knowledgeservices/news/hong-kong-government-policy-announcement-on-virtual-asset-exchanges-hong-kong-fintech-week-2022

[13] https://www.gov.mo/en/news/74177

[14] https://www.amcm.gov.mo/zh-hant/news-notice/statement/detail/alert-to-risks-of-virtual-commodities-and-tokens/642

[15] https://www.theblock.co/post/303624/mt-gox-creditors-may-have-to-wait-for-up-to-three-months-to-receive-their-bitcoin

[16] https://cointelegraph.com/news/mt-gox-confirm-bitcoin-addresses-repayment

## CERTIFICATE OF SERVICE

I, LU ZHIQI, hereby certify that on July 9, 2025, I caused a copy of the foregoing Objection to the Motion of the FTX Recovery Trust to Implement Restricted Jurisdiction Procedures to be served via electronic mail upon the following parties:

Sullivan & Cromwell LLP

- James L. Bromley – bromleyj@sullcrom.com

- Alexa J. Kranzley – kranzleya@sullcrom.com

- Andrew G. Dietderich – dietdericha@sullcrom.com

- Brian D. Glueckstein – gluecksteinb@sullcrom.com



Landis Rath & Cobb LLP

- Adam G. Landis – landis@lrclaw.com

- Kimberly A. Brown – brown@lrclaw.com

- Matthew R. Pierce – pierce@lrclaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2025

Shenzhen, China

_____

LU ZHIQI



SHIP TO:
3022522900
CLERK OF THE COURT
CLERK OF THE COURT
ST 3RD FLOOR,WILMINGTON,DELAWARE
U.S.BANKRUPTCY COURT,824 N MARKET
WILMINGTON DE 19801
UNITED STATES

SHP#: 144A W78S RNG
SHP WT:0.5 KG
DATE:10 JUL 2025

1 KG        1 OF 1

LUZHIQI
13002246595
LUZHIQI,GUIWAN 5TH ROAD EXCELLENCE QIA
5181 T2-23G SHENZHEN CITY GUANG
CHINA MAINLAND

UPS SAVER
TRACKING #: 1Z 144 AW7 D9 1717 4393

DE 197 9-25        1P

EDI-DOC

BILLING: P/P
SIGNATURE REQUIRED
DESC: DOC

Tx Ref No.: SF028503627680

**SF EXPRESS 顺丰速运**        特快

Hotline 0018552011133
4209283T 已验收 NEXT 4 2025-07-10 09:23:12

运单号 SF 028 503 627 6802

**755VM-USA**

To
J25
3022522900
U.S.Bankruptcy Court,824
N Market St 3rd Floor, Wi
lmington,Delaware  Wilmi
ngton Delaware(19801)

From LUZHIQI 13002246595  Guiwan 5th Road Excellence Qianha
i No.1 T2-23G Nanshan District Shenzhen City Guangdong Prov
ince China

US        文件
          Doc

已验收    GZJH-2503-X

**SF EXPRESS 顺丰速运**        特忄

Hotline 0018552011133
4209283T 已验收 NEXT 4 2025-07-10 09:23:12

运单号 SF 028 503 627 6802

Payment 付款方式:
寄付现结

ActualWT实际重量:0.500
ChargeWT计费重量:0.500

Freight 运费:368.00CNY: 1.00 CNY : 19.90 CNY
: 0 CNY : 0 CNY TES: 0 CNY : 0 CNY FSC: 65.00
CNY
TTL Charge 费用合计:453.90CNY

Description 托寄物:
DOC:1;

已验收    GZJH-2503-X

PE-LD