**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Hearing Date:  August 12, 2025 at 9:30 a.m. (ET)<br>Obj. Deadline:   June 16, 2025 at 4:00 p.m. (ET)<br>(extended to August 5, 2025 at 4:00 p.m. (ET)<br><br>Re: Docket No. 30579 and 30896 |

**RE-NOTICE OF MOTION BY FOLKVANG LTD. FOR ENTRY OF AN ORDER (I) AUTHORIZING REPURCHASE OF EQUITY INTEREST IN FOLKVANG LTD. HELD BY DEBTOR ALAMEDA RESEARCH LTD., (II) AUTHORIZING FOLKVANG LTD.'S REPAYMENT OF LOAN MADE BY DEBTOR MACLAURIN INVESTMENTS LTD., (III) ALLOWING SETOFF OF REPURCHASE AND REPAYMENT AMOUNTS**

　　**PLEASE TAKE NOTICE** that on June 2, 2025, Folkvang Ltd. ("Folkvang") filed the *Motion by Folkvang Ltd. for Entry of An Order (I) Authorizing Repurchase of Equity Interest in Folkvang Ltd. held by Debtor Alameda Research Ltd., (II) Authorizing Folkvang Ltd.'s Repayment of Loan made by Debtor Maclaurin Investments Ltd., (III) Allowing Setoff of Repurchase and Repayment Amounts* [D.I. 30579] (the "Motion").

　　**PLEASE TAKE FURTHER NOTICE** that objections to the Motion were due to be filed on or before June 16, 2025 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.  Folkvang is continuing the Motion upon the Debtors' request to try to settle

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1

matters consensually.  The Objection Deadline has been extended to **August 5, 2025 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has been continued to **August 12, 2025 at 9:30 a.m. (ET)** before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:  July 17, 2025    **BARNES & THORNBURG LLP**

*/s/  Amy E. Tryon*
Mark R. Owens (DE No. 4364)
Amy E. Tryon (DE No. 6945)
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801
Tel: (302) 300-3434
Email:  Mark.Owens@btlaw.com
Email:  Amy.Tryon@btlaw.com

Kenneth P. Kansa (*pro hac vice*)
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-4583
Email: KKansa@btlaw.com

Leah Anne O'Farrell (*pro hac vice*)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Telephone: (781) 888-1516
Email:  LOFarrell@btlaw.com

*Counsel for Folkvang Ltd.*