**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record and on counsel listed below by email.

| | |
|---|---|
| Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com | Matthew B. Harvey<br>Jonathan M. Weyand<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>mharvey@morrisnichols.com<br>jweyand@morrisnichols.com |
| Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com | Matthew B. Lunn<br>Robert F. Poppiti, Jr.<br>Jared W. Kochenash<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>mlunn@ycst.com<br>rpoppiti@ycst.com<br>jkochenash@ycst.com |
| Benjamin A. Hackman<br>Joseph James McMahon, Jr.<br>David Gerardi<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov<br>joseph.mcmahon@usdoj.gov<br>David.Gerardi@usdoj.gov | |

Dated: July 17, 2025                        /s/ *Amy E. Tryon*
                                                        Amy E. Tryon