IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 ) |
| Debtors. | ) Case No. 22-11068 (JTD) ) (Jointly Administered) ) |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Ceratosaurus Investors, L.L.C. | CCM Opportunity Fund Limited |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Michael Linn<br>E-mail: MLinn@FarallonCapital.com;<br>loanops@FarallonCapital.com | CCM Opportunity Fund Limited<br>1 Fusionopolis Place<br>#17-10, Galaxis<br>Singapore 138522<br>Attn: General Counsel<br>E-mail: investments@sea.com |

**Type and Amount of Interest Transferred:**

| Transferor | **CCM Opportunity Fund Limited** |
|---|---|
| Series B-1 preferred stock issued by FTX Trading Ltd. | 190,778 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| Transferee | Transferor |
|---|---|
| **CERATOSAURUS INVESTORS, L.L.C.** | **CCM OPPORTUNITY FUND LIMITED** |
| By: Farallon Capital Management, L.L.C., Its Manager | |
| By: _Michael G Linn_ (DocuSigned)<br>Name: Michael G Linn<br>Title: Managing Member | By: _[signature]_<br>Name: Li Xiaodong<br>Title: Authorized Signatory |