## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
:
In re:                                   :   Chapter 11
:
FTX TRADING LTD., *et al.*,[1]           :   Case No. 22-11068 (KBO)
:
Debtors.                          :   (Jointly Administered)
:
------------------------------------------------------- x

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 15, 2025, counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd. (the "Joint Liquidators") caused *The Joint Liquidators' Responses and Objections to the FTX Recovery Trust's Second Request for Production of Documents* and *The Joint Liquidators' Responses and Objections to the FTX Recovery Trust's Second Set of Interrogatories* to be served via email upon the following counsel of record, and that on July 16, 2025, counsel to the Joint Liquidators caused *The Joint Liquidators' (i) Seventh Set of Requests for the Production of Documents; (ii) Sixth Set of Interrogatories and (iii) Second Set of Requests for Admission Directed to the FTX Recovery Trust* to be served via email upon the following counsel of record:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

Brian D. Glueckstein
Benjamin S. Beller
Samuel G. Darby
Sienna Liu
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Email:  gluecksteinb@sullcrom.com
 bellerb@sullcrom.com
 darbys@sullcrom.com
 lius@sullcrom.com

Adam G. Landis
Kimberly A. Brown
Matthew B. McGuire
Matthew R. Pierce
Georgia A. Williams III
Elizabeth A. Rogers
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Email: landis@lrclaw.com
 brown@lrclaw.com
 williams@lrclaw.com
 pierce@lrclaw.com
 mcguire@lrclaw.com
 erogers@lrclaw.com

| | |
|---|---|
| Dated:  July 17, 2025<br>　　　　Wilmington, Delaware | Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Zachary F. Proulx (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  christopher.harris@lw.com<br>　　　　adam.goldberg@lw.com<br>　　　　zachary.proulx@lw.com<br>　　　　nacif.taousse@lw.com<br><br>– and –<br><br>*/s/ Alexis R. Gambale*<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email:  jweiss@pashmanstein.com<br>　　　　jbarsalona@pashmanstein.com<br>　　　　agambale@pashmanstein.com<br><br>*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.* |