## Exhibit A

**Woohyun Kang Objection**

**From:**        lucky17smile@gmail.com
**Subject:**    [EXTERNAL] Objection to Proposed Reduction of Disputed Claims Reserve – [Woohyun Kang]
**Date:**        Thursday, July 3, 2025 12:56:40 AM

To Whom It May Concern,

I am a creditor in the FTX bankruptcy case (Case No. 22-11068 (KBO)).

I am writing to formally object to the proposed reduction of the Disputed Claims Reserve from $6.533 billion to $4.599 billion, as described in the Notice dated June 27, 2025.

Due to the expiration of the KYC certification period, I am currently unable to log in to the FTX creditor portal or complete the identity verification process. I was not given sufficient notice or a fair opportunity to complete KYC. I believe this should not result in my claim being disadvantaged, reclassified, or excluded from the reserve.

Therefore, I respectfully request:
1. That my claim remain eligible for full consideration, and
2. That the proposed reduction be reevaluated to protect the rights of creditors who were unable to complete KYC for reasons beyond their control.

Please confirm receipt of this objection and inform me of any further steps I need to take.

Sincerely,
Woohyun Kang
lucky17smile@gmail.com (FTX.com account)

**\*\*This is an external message from: lucky17smile@gmail.com \*\***