# EXHIBIT A

**In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (KBO)**

**Objections and Responses to**
*Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions* **[D.I. 31148]**[1]

|  | **D.I., Date Filed and Objection Title** | **Objecting Party** |
|---|---|---|
| 1. | D.I. 31287, 31344, 31466, filed on July 8, 9 & 16, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Weiwei Ji |
| 2. | D.I. 31311, filed on July 9, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Hu Huaxiang |
| 3. | D.I. 31314, filed on July 9, 2025, *Objection to the Debtors' Motion to Implement Restricted Jurisdiction Procedures* | Mr. DongSheng Li |
| 4. | D.I. 31315, filed on July 9, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Yong Li |
| 5. | D.I. 31316, filed on July 10, 2025, Email: *Formal Objection to the Motion Excluding Chinese Creditors from Distributions* | Xuzhou Yin |
| 6. | D.I. 31317, filed on July 10, 2025, *Objection to the Designation of China as a "Restricted Foreign Jurisdiction"* | Jianxue Lu |
| 7. | D.I. 31318, filed on July 10, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Wensong Lin |
| 8. | D.I. 31322, filed on July 10, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Hongliang Ding |
| 9. | D.I. 31340, filed on July 10, 2025, *Objection to the Implementation of the Restricted Jurisdiction Procedures and to the Inclusion of China as a "Potentially Restricted Foreign Jurisdiction"* | Zhu Ming |
| 10. | D.I. 31341, filed on July 10, 2025, (**Sealed**) *Objection to the Debtors' Motion to Implement Restricted Jurisdiction Procedures* | Han Liu |
| 11. | D.I. 31343, filed on July 11, 2025, (**Sealed**) *Objection to the Implementation of the Restricted Jurisdiction Procedures* | Unknown Creditor (BR) |
| 12. | D.I. 31345, filed on July 10, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Chao Wang |

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the relevant objection.

\* Indicates that an objection was filed after the objection deadline.

{1368.003-W0082640.6}

|     | **D.I., Date Filed and Objection Title** | **Objecting Party** |
| --- | --- | --- |
| 13. | D.I. 31346, filed on July 10, 2025, *Objection to FTX Recovery Trust's Motion to Implement Restricted Jurisdiction Procedures* | Lin Lin |
| 14. | D.I. 31347, filed on July 10, 2025, *Objection to the Debtors' Motion to Implement Restricted Jurisdiction Procedures* | Xinzhi Du |
| 15. | D.I. 31348, filed on July 10, 2025, *Objection to FTX Recovery Trust's Motion to Implement Restricted Jurisdiction Procedures* | Qin Yi |
| 16. | D.I. 31349, filed on July 11, 2025, (**Sealed**) *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Liu Mingmin |
| 17. | D.I. 31350, filed on July 10, 2025, *Objection to Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions* | Heng Lu |
| 18. | D.I. 31351, filed on July 11, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Xufei Bai |
| 19. | D.I. 31353, filed on July 10, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Lingjian Kong |
| 20. | D.I. 31354, filed on July 11, 2025, *Objection to the Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions* | QiaoQin Liang |
| 21. | D.I. 31355, filed on July 11, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Lin Kaikai |
| 22. | D.I. 31356, filed on July 11, 2025, *Objection to the Debtors' Motion to Implement Restricted Jurisdiction Procedures* | Xin Huang |
| 23. | D.I. 31357, filed on July 11, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Fangmin Ye |
| 24. | D.I. 31358, filed on July 10, 2025, *Objection to the Debtors' Motion to Implement Restricted Jurisdiction Procedures* | Xiaodong Wong |
| 25. | D.I. 31359, filed on July 11, 2025, *Objection to the FTX Recovery Trust's Motion to Implement Restricted Jurisdiction Procedures* | Weipeng Zhao |
| 26. | D.I. 31421, filed on July 10, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Wang Juntao |
| 27. | D.I. 31422, filed on July 10, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Delong Yang |

|    | **D.I., Date Filed and Objection Title** | **Objecting Party** |
|----|------------------------------------------|---------------------|
| 28.| D.I. 31423, filed on July 10, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Lingchi Yang |
| 29.| D.I. 31424, filed on July 10, 2025, *Objection to the FTX Recovery Trust's Motion for Entry of an Order Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures [D.I. 31148]* | Manqiu Cai |
| 30.| D.I. 31425, filed on July 10, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Cenjun Zhu |
| 31.| D.I. 31433, filed on July 15, 2025, *Motion of the FTX Recovery Trust ("FTX") for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions* | The holders of claim numbers: 0409059, 256237l, 02717792 & 00599594 |
| 32.| D.I. 31440, filed on July 11, 2025, Email: *Objection to the Designation of China as a "Restricted Foreign Jurisdiction"* | Li Luo |
| 33.| D.I. 31441, filed on July 11, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Xiaochun Liu |
| 34.| D.I. 31443, filed on July 14, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Xu Yongqiang |
| 35.| D.I. 31444, filed on July 14, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Yang Fan |
| 36.| D.I. 31445, filed on July 14, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Yicheng Zhong |
| 37.| D.I. 31446, filed on July 15, 2025, *Weiwei Ji's Objection to Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions*<br><br>D.I. 31447, filed on July 15, 2025, *Weiwei Ji's Declaration in Support of Weiwei's Objection to Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions* | Weiwei Ji |
| 38.| D.I. 31461 & 31501, filed on July 16 & 14, 2025, *Objection of Affected Chinese Creditors to the Motion of the FTX Recovery Trust for Entry of an Order Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions* | Wei Nan |
| 39.| D.I. 31463 & 31472, filed on July 15 & 14, 2025, *Objection of Claimant Ping Liu to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Ping Liu |

|     | **D.I., Date Filed and Objection Title** | **Objecting Party** |
| --- | --- | --- |
| 40. | D.I. 31464, filed on July 14, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Deliang Lian |
| 41. | D.I. 31468, filed on July 14, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Peiyi Li |
| 42. | D.I. 31469, filed on July 16, 2025, *Objection to the Designation of China as a "Restricted Foreign Jurisdiction"** | Zhang Qingqing |
| 43. | D.I. 31470, filed on July 14, 2025, *Objection to Motion Regarding Potentially Restricted Foreign Jurisdictions* | Weifeng Fan |
| 44. | D.I. 31473, filed on July 16, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures** | Yan Junyi |
| 45. | D.I. 31474, filed on July 14, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Lanqi Yu |
| 46. | D.I. 31475, filed on July 14, 2025, *Objection to the Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions* | Ye Shenghong |
| 47. | D.I. 31476, filed on July 16, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures** | Liu Jiaying |
| 48. | D.I. 31477, filed on July 14, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Lu Zhiqi |
| 49. | D.I. 31478, filed on July 16, 2025, *Memorandum of Points and Authorities in Opposition to Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions** | Ilya Zusman |
| 50. | D.I. 31479, filed on July 14, 2025, *Objection to the Debtors' Motion to Implement Restricted Jurisdiction Procedures* | BaCui Sun |
| 51. | D.I. 31480, filed on July 14, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Lianfu Xie |
| 52. | D.I. 31481, filed on July 14, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Hou Han Yun |
| 53. | D.I. 31482, filed on July 16, 2025, *Objection to Motion Seeking to Exclude Certain Creditors Based on Local Legal Risk Assessments** | Ronge Lu |
| 54. | D.I. 31483, filed on July 16, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures** | Qi Wei |

| | **D.I., Date Filed and Objection Title** | **Objecting Party** |
|---|---|---|
| 55. | D.I. 31484, filed on July 16, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures** | Shengning Lang |
| 56. | D.I. 31485, filed on July 16, 2025, *Objection to Motion Seeking to Exclude Certain Creditors Based on Local Legal Risk Assessments** | Honghong Liu |
| 57. | D.I. 31486, filed on July 16, 2025, *Objection of Creditor Huimin Zhong (Unique Customer Code: 5994556) to Debtors' Motion to Implement Restricted Jurisdiction Procedures** | Huimin Zhong |
| 58. | D.I. 31488, filed on July 16, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures** | Yongjun Wen |
| 59. | D.I. 31489, filed on July 16, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures (D.I. 31148) ** | Haichuan Shang |
| 60. | D.I. 31490, filed on July 16, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures** | Wang Shirong |
| 61. | D.I. 31493, filed on July 17, 2025, *Objection to Debtors' Motion Regarding Claims from Certain Jurisdictions** | Faisal Saad Almutairi |
| 62. | D.I. 31494, filed on July 17, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures** | Hejia Zhao |
| 63. | D.I. 31498, filed on July 14, 2025, Email: *Objection Letter Re: FTX Restricted Jurisdiction Motion - Sen Wang* | Sen Wang, on behalf of himself and Yong Ping Hu |
| 64. | D.I. 31499, filed on July 14, 2025, *Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures* | Liu Zhenxu |
| 65. | Informal Response, received via email dated July 13, 2025 | Alex Liu |
| 66. | Informal Response, received via email dated July 11, 2025 | An Xu |
| 67. | Informal Response, received via email dated July 7, 2025 | Haijing Ma |
| 68. | Informal Response, received via email dated July 6, 2025 | Jianhua Jin |
| 69. | Informal Response, received via email dated July 7, 2025 | Li |
| 70. | Informal Response, received via email dated July 7, 2025 | Luqian Yang |
| 71. | Informal Response, received via email dated July 17, 2025* | Petro Rybchak |
| 72. | Informal Response, received via email dated July 8, 2025 | Unidentified Party |
| 73. | Informal Response, received via email dated July 8, 2025 | Unidentified Party |
| 74. | Informal Response, received via email dated July 14, 2025 | Wang Hongwei |
| 75. | Informal Response, received via email dated July 9, 2025 | Wengxiaowang |
| 76. | Informal Response, received via email dated July 5, 2025 | Wenjie Yi |
| 77. | Informal Response, received via email dated July 8, 2025 | Xinxu |
| 78. | Informal Response, received via email dated July 7, 2025 | Xiong Wang |
| 79. | Informal Response, received via email dated July 14, 2025 | Yang Xie |
| 80. | Informal Response, received via email dated July 8, 2025 | Zhou Lu |
| 81. | Informal Response, received via email dated July 7, 2025 | Zhouqi Shao |