IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x
                                                               :   Chapter 11
In re:                                                         :
                                                               :   Case No. 22-11068 (KBO)
FTX TRADING LTD., et al.,                                      :
                                                               :   Jointly Administered
          Debtors.                                             :
-------------------------------------------------------------- :
                                                               x
```

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Michele L. Angell as proposed counsel for WeiWei Ji.

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE  19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

WESTERMAN BALL EDERER MILLER ZUCKER
& SHARFSTEIN, LLP

*/s/ Michele L. Angell*
Michele L. Angell
1201 RXR Plaza
Uniondale, NY   11556
Tel: 516-622-9200
Email: mangell@westermanllp.com

### ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated:** July 21st, 2025
Wilmington, Delaware

**KAREN B. OWENS**
**CHIEF JUDGE**
