# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
| --- | --- |
| FTX Trading Ltd. (d/b/a "FTX") Case No. 22-11068 | 22-11068 |
| Debtors. | (Jointly Administered) |

# NOTICE OF WITHDRAWAL OF TRANSFER

# OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE**, FTXCREDITOR, LLC hereby withdraws the *Transfer of Claim Other Than For Security [Docket No. 31428]*, filed on 07/15/2025, in the above-captioned Chapter 11 case.

Dated: July 21, 2025                                                    **FTXCREDITOR, LLC**

By: *Michael Bottjer*
CA2272A6B6CB4B3...

Name: Michael Bottjer

Title: President