## SCHEDULE 1

**Overstated and/or Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Seventy-Eighth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 93601* | Name on file | West Realm Shires Services Inc. | ETH | 5.000441010000000 | West Realm Shires Services Inc. | 0.000000010000000 |
| | | | ETHW | 27.101757420000000 | | 27.101757420000000 |
| | | | USD | 19,000.000000002700000 | | 0.000000002699380 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 27852* | Name on file | West Realm Shires Services Inc. | BTC | 0.079124760000000 | West Realm Shires Services Inc. | 0.079124760000000 |
|---|---|---|---|---|---|---|
| | | | ETH | 0.438000000000000 | | 0.438000000000000 |
| | | | ETHW | 0.438000000000000 | | 0.438000000000000 |
| | | | GRT | 5,270.000000000000000 | | 5,270.000000000000000 |
| | | | UNI | 80.700000000000000 | | 80.700000000000000 |
| | | | USD | 2,767.120000000000000 | | 1,383.562060030000000 |
| | | | Other Activity Asserted: None - None | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 60264* | Name on file | West Realm Shires Services Inc. | BTC | 0.228565300000000 | West Realm Shires Services Inc. | 0.193902600000000 |
|---|---|---|---|---|---|---|
| | | | USD | 3,871.910000000000000 | | 7.620616020000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 1523* | Name on file | West Realm Shires Services Inc. | BAT | | West Realm Shires Services Inc. | 201.102726990000000 |
|---|---|---|---|---|---|---|
| | | | BRZ | | | 14,311.948056830000000 |
| | | | BTC | | | 0.236043030000000 |
| | | | CUSDT | | | 94.646240080000000 |
| | | | DOGE | | | 699.271128990000000 |
| | | | ETH | | | 1.153262880000000 |
| | | | ETHW | | | 1.152778300000000 |
| | | | GRT | | | 3.000000000000000 |
| | | | LINK | | | 1.385568190000000 |
| | | | LTC | | | 2.664729760000000 |
| | | | MATIC | | | 1,320.857170250000000 |
| | | | NFT (330336717900272066/METAVERSE MASKS #20) | | | 1.000000000000000 |
| | | | NFT (340678128239383050/PARALLEL SCENE #21) | | | 1.000000000000000 |
| | | | NFT (473871459577857966/INJECT AND OBEY) | | | 1.000000000000000 |
| | | | SHIB | | | 16,784,313.748228700000000 |
| | | | SOL | | | 4.453950320000000 |
| | | | TRX | | | 6,030.326148090000000 |
| | | | USD | 11,240.000000000000000 | | 0.002829943598044 |
| | | | YFI | | | 0.058718920000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 97743* | Name on file | West Realm Shires Services Inc. | ALGO | Undetermined* | West Realm Shires Services Inc. | 0.280741000000000 |
|---|---|---|---|---|---|---|
| | | | ETH | | | 0.414929630000000 |
| | | | SHIB | | | 0.000000010000000 |
| | | | USD | | | 101.852361380623000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 19759* | Name on file | West Realm Shires Services Inc. | ETH | | West Realm Shires Services Inc. | 0.000000010000000 |
|---|---|---|---|---|---|---|
| | | | POC Other NFT Assertions: GOLDEN STATE WARRIORS | 4.000000000000000 | | 0.000000000000000 |
| | | | NFT (315509725445924351/GSW WESTERN CONFERENCE SEMIFINALS COMMEMORATIVE TICKET #736) | | | 1.000000000000000 |
| | | | NFT (345974164362123388/WARRIORS FOAM FINGER #243 (REDEEMED)) | | | 1.000000000000000 |
| | | | NFT (383457554091913683/GSW CHAMPIONSHIP COMMEMORATIVE RING) | | | 1.000000000000000 |
| | | | NFT (395037637974986018/GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #1411) | | | 1.000000000000000 |
| | | | NFT (473301362031422239/GSW ROUND 1 COMMEMORATIVE TICKET #24) | | | 1.000000000000000 |
| | | | NFT (538390643161905758/GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #1412) | | | 1.000000000000000 |
| | | | USD | | | 57.581402861022800 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 310* | Name on file | West Realm Shires Services Inc. | ETH | | West Realm Shires Services Inc. | 0.000320630000000 |
|---|---|---|---|---|---|---|
| | | | ETHW | | | 1.128320630000000 |
| | | | USD | 1,700.000000000000000 | | 1,364.941464115170000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 80218 | Name on file | West Realm Shires Services Inc. | SOL | | West Realm Shires Services Inc. | 273.889841010000000 |
|---|---|---|---|---|---|---|
| | | | USD | 1,000.000000000000000 | | 1,000.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 87752 | Name on file | West Realm Shires Services Inc. | CUSDT | 2.000000000000000 | West Realm Shires Services Inc. | 2.000000000000000 |
|---|---|---|---|---|---|---|
| | | | DOGE | 1.000000000000000 | | 1.000000000000000 |
| | | | LTC | 0.052722210000000 | | 0.052722210000000 |
| | | | MATIC | 234.125518360000000 | | 234.125518360000000 |
| | | | SOL | 17.259580460000000 | | 17.259580460000000 |
| | | | SUSHI | 26.942284720000000 | | 26.942284720000000 |
| | | | TRX | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 1.220003442264732 | | 0.000003442264732 |

93601*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
27852*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
60264*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
1523*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
97743*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
19759*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
310*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Forty-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | Asserted Claims | | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** | | **Debtor** | **Ticker Quantity** |
| | | | Other Activity Asserted: 2,000 - FTX us | | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.