# SCHEDULE 1

**Fully or Partially Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Seventy-Ninth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| 13914 | Name on file | FTX Trading Ltd. | BEAR | Undetermined* | | FTX Trading Ltd. | 6,676.489475000000000 |
| | | | ETHBEAR | | | | 344,928.769271450000000 |
| | | | USD | | | | 0.016990258500000 |
| | | | USDT | | | | 0.000000005569482 |
| | | | XTZBULL | | | | 0.383698620000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 29577* | Name on file | FTX Trading Ltd. | BF_POINT | Undetermined* | | West Realm Shires Services Inc. | 300.000000000000000 |
| | | | BTC | | | | 0.000000011276550 |
| | | | SHIB | | | | 16.000000000000000 |
| | | | USD | | | | 0.000071844400110 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 97857 | Name on file | FTX Trading Ltd. | USDT | 6,753.271000000000000 | | FTX Trading Ltd. | 7,053.453111434373000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 48483* | Name on file | West Realm Shires Services Inc. | ALGO | Undetermined* | | West Realm Shires Services Inc. | 192.061565900000000 |
| | | | SHIB | | | | 4.000000000000000 |
| | | | USD | | | | 0.003593829820516 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 98578* | Name on file | FTX Trading Ltd. | AAVE | Undetermined* | | West Realm Shires Services Inc. | 5.206410360000000 |
| | | | ALGO | | | | 608.867546760000000 |
| | | | AVAX | | | | 77.395883970000000 |
| | | | BAT | | | | 1,834.069592980000000 |
| | | | BCH | | | | 20.886690450000000 |
| | | | BRZ | | | | 100.805004620000000 |
| | | | BTC | | | | 0.872434550000000 |
| | | | CUSDT | | | | 14.000000000000000 |
| | | | DOGE | | | | 13.001443340000000 |
| | | | ETH | | | | 2.883114120000000 |
| | | | ETHW | | | | 39.230561310000000 |
| | | | GRT | | | | 35,410.668450530000000 |
| | | | KSHIB | | | | 18,444.790591680000000 |
| | | | LINK | | | | 27.539074840000000 |
| | | | LTC | | | | 7.312719420000000 |
| | | | MATIC | | | | 0.000533990000000 |
| | | | MKR | | | | 0.293902700000000 |
| | | | NEAR | | | | 311.186731260000000 |
| | | | PAXG | | | | 0.119091600000000 |
| | | | SHIB | | | | 21,262,707.010883610000000 |
| | | | SOL | | | | 424.869939672383850 |
| | | | SUSHI | | | | 0.001440570000000 |
| | | | TRX | | | | 3,149.768166750000000 |
| | | | UNI | | | | 72.775446100000000 |
| | | | USD | | | | -3,796.606557050073700 |
| | | | USDT | | | | 12.212719368026479 |
| | | | WBTC | | | | 0.000000130000000 |
| | | | YFI | | | | 0.069428180000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 60546 | Name on file | West Realm Shires Services Inc. | USD | 0.000000010095901 | | West Realm Shires Services Inc. | 0.000000010095901 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 20961* | Name on file | FTX Trading Ltd. | USD | Undetermined* | | West Realm Shires Services Inc. | 2.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 62594* | Name on file | FTX Trading Ltd. | ALGO | Undetermined* | | West Realm Shires Services Inc. | 765.998885120000000 |
| | | | BTC | | | | 0.026823921891748 |
| | | | ETH | | | | 0.064126020000000 |
| | | | MATIC | | | | 50.523581710016074 |
| | | | SHIB | | | | 64.446772300000000 |
| | | | USD | | | | 0.000025593681175 |
| | | | USDT | | | | 0.000000017789307 |
| | | | WBTC | | | | 0.010450280000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 63332 | Name on file | FTX Trading Ltd. | AUD | Undetermined* | | FTX Trading Ltd. | 0.484676162859371 |
| | | | DENT | | | | 1.000000000000000 |
| | | | TRX | | | | 1.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 44531* | Name on file | FTX Trading Ltd. | AVAX | Undetermined* | | West Realm Shires Services Inc. | 0.000000005222009 |
| | | | BTC | | | | 0.019266541335945 |
| | | | ETH | | | | 0.000059999907638 |
| | | | ETHW | | | | 0.000059999907638 |
| | | | LINK | | | | 0.000000007575860 |
| | | | LTC | | | | 0.000000004949144 |
| | | | MATIC | | | | 0.000000001426091 |
| | | | SOL | | | | 0.000000002014965 |
| | | | USD | | | | 1.380952087787105 |
| | | | WBTC | | | | 0.000000005738222 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| 71060 | Name on file | FTX Trading Ltd. | ATLAS | Undetermined* | | FTX Trading Ltd. | 9.618000000000000 |
| | | | DOGE | | | | 0.941000000000000 |
| | | | USD | | | | 98.943100325000000 |
| | | | USDT | | | | 0.194230001370384 |

29577*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Seventh (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
48483*: Claim was ordered modified in the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
98578*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Seventh (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
20961*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Seventh (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
62594*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Seventh (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
44531*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Seventh (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 3872 | Name on file | FTX Trading Ltd. | BNB | | FTX Trading Ltd. | 0.002730330000000 |
| | | | BTC | | | 0.032390938900000 |
| | | | ENJ | | | 0.349649000000000 |
| | | | ETH | | | 0.000279103000000 |
| | | | ETHW | | | 0.000279103000000 |
| | | | FTT | | | 0.041881159202049 |
| | | | SOL | | | 0.008770510000000 |
| | | | USD | 10,000.000000000000000 | | 10,554.266380239202000 |
| | | | USDT | | | 0.000000006300000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98600 | Name on file | FTX Trading Ltd. | ATOM-PERP | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
| | | | BTC | | | 0.000000000339475 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | ETH | | | 0.000000009986407 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | FTT | | | 0.000000006700000 |
| | | | FTT-PERP | | | 0.000000000000000 |
| | | | LINK-PERP | | | 0.000000000000000 |
| | | | LUNC-PERP | | | 0.000000000000000 |
| | | | SOL | | | 0.000000003294370 |
| | | | USD | | | 8,892.707654275988000 |
| | | | USDT | | | 0.087409937250000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 29041 | Name on file | FTX Trading Ltd. | AKRO | | FTX Trading Ltd. | 0.068914320000000 |
| | | | BTC | | | 0.000000005910000 |
| | | | FTT | 20.300000000000000 | | 20.301419300000000 |
| | | | GRT | | | 0.007449370000000 |
| | | | POLIS | | | 0.000824210000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | USD | | | 0.131038336383997 |
| | | | USDT | | | 0.000000105317513 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98559 | Name on file | West Realm Shires Services Inc. | NFT (359567047359990266/WONKY STONK #2573) | | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | POC Other NFT Assertions: WONKY STONK | 1.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 65683 | Name on file | West Realm Shires Services Inc. | USD | 0.000000009352056 | West Realm Shires Services Inc. | 0.000000009352056 |
| | | | Other Activity Asserted: Zero - None error correct answer to 8 would be No | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97099 | Name on file | FTX Trading Ltd. | GODS | | FTX Trading Ltd. | 300.000000000000000 |
| | | | POC Other NFT Assertions: GODS UNCHAINED | 300.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 29798 | Name on file | FTX Trading Ltd. | LUNA2 | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
| | | | LUNA2_LOCKED | | | 372.203583200000000 |
| | | | USD | | | 0.005681515840000 |
| | | | USDT | | | 0.000000004625082 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 2237 | Name on file | FTX Trading Ltd. | BEAR | | FTX Trading Ltd. | 0.320000000000000 |
| | | | BNB | | | 0.000018580276950 |
| | | | DOGEBULL | | | 302.510686314448200 |
| | | | DOGE-PERP | | | 0.000000000000000 |
| | | | ETHBEAR | | | 12,982,899.999999990000000 |
| | | | LTC | | | 0.000023150000000 |
| | | | LUNC-PERP | | | 0.000000000000000 |
| | | | SUSHIBULL | | | 3,232,116.970653900000000 |
| | | | TRX | | | 0.002406881660000 |
| | | | TRX-PERP | | | 0.000000000000000 |
| | | | USD | 50.000000000000000 | | 0.000352004014982 |
| | | | USDT | | | 0.002679174228968 |
| | | | XRPBULL | | | 531,415.240018193000000 |
| | | | XRP-PERP | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 43282* | Name on file | West Realm Shires Services Inc. | BCH | Undetermined* | West Realm Shires Services Inc. | 0.418536580000000 |
| | | | BRZ | | | 1.000000000000000 |
| | | | BTC | | | 0.006860390000000 |
| | | | CUSDT | | | 3.000000000000000 |
| | | | DOGE | | | 179.425403530000000 |
| | | | ETH | | | 0.113649900000000 |
| | | | ETHW | | | 0.113649900000000 |
| | | | POC Other NFT Assertions: I DIDN'T REMEMBER EXACT QUANTITY OF CRYPTO I HAVE IN MY ACCOUNT | | | 0.000000000000000 |
| | | | LTC | | | 0.282392020000000 |
| | | | TRX | | | 1,467.430731110000000 |
| | | | USD | | | 52.619733804684990 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98764 | Name on file | Quoine Pte Ltd | BTC | | Quoine Pte Ltd | 0.000001400000000 |
| | | | CPH | | | 7,525.856052130000000 |
| | | | POC Other Crypto Assertions: CYPHERIUM (CPH) | 7,525.856000000000000 | | 0.000000000000000 |
| | | | DASH | | | 0.000727240000000 |

"43282": Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
"Undetermined": Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | ETH | | | | 0.000008530000000 |
| | | | ETHW | | | | 0.000008530000000 |
| | | | HOT | | | | 0.000063900000000 |
| | | | POC Other Crypto Assertions: OTHER (BTC) | 0.000005430000000 | | | 0.000000000000000 |
| | | | SGD | | | | 0.005900000000000 |
| | | | SNX | | | | 0.042541120000000 |
| | | | USD | | | | 0.009780000000000 |
| | | | USDT | | | | 0.218002000000000 |
| | | | XRP | | | | 0.003378620000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 80687 | Name on file | FTX Trading Ltd. | FTT | Undetermined* | FTX Trading Ltd. | 25.338164974724000 |
| | | | USD | | | 0.446000473651350 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 72413 | Name on file | FTX Trading Ltd. | FTT | 11.954057007492796 | FTX Trading Ltd. | 11.954057007492796 |
| | | | LUNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 0.000000000000000 | | -8.354300559272750 |
| | | | USDT | 0.007764000000000 | | 0.007764000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 62006* | Name on file | FTX Trading Ltd. | BTC | Undetermined* | West Realm Shires Services Inc. | 1.487249700000000 |
| | | | ETH | | | 4.996374010000000 |
| | | | ETHW | | | 4.996374010000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 29247 | Name on file | West Realm Shires Services Inc. | BTC | Undetermined* | West Realm Shires Services Inc. | 0.000000003890000 |
| | | | ETH | | | 0.000000004102565 |
| | | | LTC | | | 0.000000001747718 |
| | | | SOL | | | 50.630086011858860 |
| | | | USD | | | 0.000000128412118 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 63259 | Name on file | Quoine Pte Ltd | ETH | Undetermined* | Quoine Pte Ltd | 0.056810000000000 |
| | | | ETHW | | | 0.056810000000000 |
| | | | GYEN | | | 26.229151000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 58151 | Name on file | FTX Trading Ltd. | ALGO | Undetermined* | FTX Trading Ltd. | 0.003819609929229 |
| | | | BTC | | | 0.000584589531654 |
| | | | BTT | | | 5,000,000.000000005000000 |
| | | | CONV | | | 330,000.000000006000000 |
| | | | CONV-PERP | | | 0.000000000000000 |
| | | | DENT | | | 220,000.000000005380000 |
| | | | ETH | | | 0.000001544545548 |
| | | | FTT | | | 1.154645970000000 |
| | | | LUNA2 | | | 7.508417735000000 |
| | | | LUNA2_LOCKED | | | 17.519641380000000 |
| | | | LUNC | | | 204,973.770000000000000 |
| | | | RAY | | | 17.218206270000000 |
| | | | REN | | | 0.000000000604137 |
| | | | SHIB | | | 0.000000000813520 |
| | | | SOL | | | 0.480093513299102 |
| | | | SRM | | | 10.425420122744890 |
| | | | SRM_LOCKED | | | 0.031476630000000 |
| | | | SUN | | | 11,201.044239931849000 |
| | | | USD | | | 0.000000097059581 |
| | | | XRP | | | 4.009381112489000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 94228 | Name on file | Quoine Pte Ltd | BTC | 0.150000000000000 | Quoine Pte Ltd | 0.171608350000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 30164 | Name on file | FTX Trading Ltd. | AKRO | | FTX Trading Ltd. | 3.000000000000000 |
| | | | BAO | | | 1.000000000000000 |
| | | | DENT | | | 3.000000000000000 |
| | | | DOGE | | | 0.000000007125500 |
| | | | ETHW | | | 0.310373510000000 |
| | | | GBP | 766.730000000000000 | | 766.739108449653400 |
| | | | KIN | | | 3.000000000000000 |
| | | | MATH | | | 1.000000000000000 |
| | | | RSR | | | 1.000000000000000 |
| | | | USD | | | 0.000000021479170 |
| | | | Other Activity Asserted: £766.73 - I made my withdrawal on 09/11/2022 for amount £766.73 but its not complete. I am not received any amount in bank.my payment stuck somewhere .I sale my crypto that time made withdrawal but not received. I have all screenshot and email I made my withdrawal. | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 19510 | Name on file | FTX Trading Ltd. | AUD | Undetermined* | FTX Trading Ltd. | 0.000213168578276 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 24610* | Name on file | FTX Trading Ltd. | ALGO | | West Realm Shires Services Inc. | 86.367888010000000 |
| | | | BAT | | | 2.006848770000000 |
| | | | BRZ | | | 7.120420300000000 |
| | | | BTC | | | 0.114384105548208 |
| | | | CUSDT | | | 36.000000000000000 |
| | | | DOGE | | | 8.039999050000000 |
| | | | ETH | | | 1.050047910000000 |
| | | | ETHW | | | 0.657747410000000 |
| | | | GRT | | | 1.000000000000000 |

62006* Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Seventh (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
24610* Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Seventh (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

|  |  |  | Asserted Claims |  |  | Modified Claim |  |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |  | Debtor | Ticker Quantity |
|  |  |  | NFT (330368596301550954/GENTLEMAN MONKEY #10) | 1.000000000000000 |  |  | 1.000000000000000 |
|  |  |  | NFT (505489430040943856/MARILYN MONROE SET #2) | 1.000000000000000 |  |  | 1.000000000000000 |
|  |  |  | NFT (510582046990575311/TOBY ) | 1.000000000000000 |  |  | 1.000000000000000 |
|  |  |  | NFT (517483169548407080/THOMAS JEFFERSON SET #1) | 1.000000000000000 |  |  | 1.000000000000000 |
|  |  |  | NFT (533006468693730277/THE MICK) |  |  |  | 1.000000000000000 |
|  |  |  | NFT (539778981107320796/FAMOUS PACK #2) |  |  |  | 1.000000000000000 |
|  |  |  | NFT (559663251602282317/BITCOIN ART #9) |  |  |  | 1.000000000000000 |
|  |  |  | SHIB |  |  |  | 6.000000000000000 |
|  |  |  | SOL |  |  |  | 5.638886780000000 |
|  |  |  | TRX |  |  |  | 0.008764410000000 |
|  |  |  | USD |  |  |  | 0.000803052100260 |
|  |  |  | USDT |  |  |  | 1.000584650000000 |
|  |  |  | Other Activity Asserted: None - None |  |  |  | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 33314 | Name on file | FTX Trading Ltd. | ALPHA-PERP | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
|  |  |  | AMPL |  |  | 0.000000002165378 |
|  |  |  | AMPL-PERP |  |  | 0.000000000000000 |
|  |  |  | ASD-PERP |  |  | -0.000000000000046 |
|  |  |  | BAO-PERP |  |  | 0.000000000000000 |
|  |  |  | BTC |  |  | 0.032800000000000 |
|  |  |  | CBSE |  |  | -0.000000005000000 |
|  |  |  | CHZ-PERP |  |  | 0.000000000000000 |
|  |  |  | COIN |  |  | 0.007634677084000 |
|  |  |  | DOGE |  |  | 4.000000000000000 |
|  |  |  | ETH |  |  | 0.094000000000000 |
|  |  |  | ETH-20211231 |  |  | 0.000000000000000 |
|  |  |  | ETH-PERP |  |  | 0.000000000000000 |
|  |  |  | ETHW |  |  | 0.094000000000000 |
|  |  |  | FIDA-PERP |  |  | 0.000000000000000 |
|  |  |  | FTT |  |  | 148.105566350000000 |
|  |  |  | FTT-PERP |  |  | 0.000000000000000 |
|  |  |  | HOLY-PERP |  |  | 0.000000000000000 |
|  |  |  | HUM-PERP |  |  | 0.000000000000000 |
|  |  |  | LEO-PERP |  |  | 0.000000000000000 |
|  |  |  | MATIC-PERP |  |  | 0.000000000000000 |
|  |  |  | MKR |  |  | 0.000010200000000 |
|  |  |  | MKR-PERP |  |  | 0.000000000000000 |
|  |  |  | PUNDIX-PERP |  |  | 0.000000000000000 |
|  |  |  | REN-PERP |  |  | 0.000000000000000 |
|  |  |  | ROOK-PERP |  |  | 0.000000000000000 |
|  |  |  | RSR-PERP |  |  | 0.000000000000000 |
|  |  |  | RUNE |  |  | 0.000000004400000 |
|  |  |  | RUNE-PERP |  |  | -0.000000000000409 |
|  |  |  | SOL-20210625 |  |  | 0.000000000000000 |
|  |  |  | SOL-PERP |  |  | 0.000000000000000 |
|  |  |  | SUSHI-PERP |  |  | 0.000000000000000 |
|  |  |  | SXP-PERP |  |  | 0.000000000000000 |
|  |  |  | TOMO-PERP |  |  | 0.000000000001818 |
|  |  |  | TRX |  |  | 0.000797000000000 |
|  |  |  | TSLA |  |  | 0.030000000000000 |
|  |  |  | USD |  |  | 0.135942825233220 |
|  |  |  | USDT |  |  | 2.406628743328902 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97912 | Name on file | FTX Trading Ltd. | BTC | 0.037195250000000 | FTX Trading Ltd. | 0.000000000000000 |
|  |  |  | CHZ |  |  | 950.339345560000000 |
|  |  |  | ETH | 0.144096280000000 |  | 0.000000000000000 |
|  |  |  | ETHW | 0.143194220000000 |  | 0.000000000000000 |
|  |  |  | KIN |  |  | 1.000000000000000 |
|  |  |  | UBXT |  |  | 1.000000000000000 |
|  |  |  | USD | 0.000179809472986 |  | 0.000000003192742 |
|  |  |  | XRP |  |  | 1,628.891724850000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 79720 | Name on file | FTX Trading Ltd. | FTT | Undetermined* | FTX Trading Ltd. | 34.300000000000000 |
|  |  |  | TRX |  |  | 0.000001000000000 |
|  |  |  | USDT |  |  | 2.586085050000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted a blank or fully unliquidated claim on account of the holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to liquidate the asserted claim to match their books and records.

*Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts