# SCHEDULE 1

**Partially Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Eightieth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 459* | Name on file | West Realm Shires Services Inc. | USD | 4,000.000000000000 | West Realm Shires Services Inc. | 4,010.413413670000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 86317 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 0.565916881820925 |
| | | | ETHW | | | 0.000526590000000 |
| | | | FTT | | | 0.096524600000000 |
| | | | RAY | | | 33.785101440000000 |
| | | | SRM | | | 122.663297300000000 |
| | | | SRM_LOCKED | | | 2.184990590000000 |
| | | | USD | 120.000000000000 | | 1.489873136937205 |
| | | | USDT | | | 120.638734637387230 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 96821 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 0.139384119000000 |
| | | | EUR | 2,000.000000000000 | | 0.000033362692943 |
| | | | USDT | | | 0.004124214284876 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 96947* | Name on file | West Realm Shires Services Inc. | BRZ | | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | BTC | | | 0.109062170000000 |
| | | | DOGE | | | 2.000000000000000 |
| | | | ETH | | | 2.248790540000000 |
| | | | ETHW | | | 2.247846060000000 |
| | | | GRT | | | 1.000000000000000 |
| | | | SHIB | | | 1.000000000000000 |
| | | | TRX | | | 2.000000000000000 |
| | | | USD | 0.000000000000 | | 2,088.105382615448400 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 31163 | Name on file | FTX Trading Ltd. | BRL | 2.610000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | BRZ | | | 2,610.401510352103300 |
| | | | BTC | 0.079852200000000 | | 0.079852200000000 |
| | | | USD | | | -0.014152615237430 |
| | | | USDT | | | 0.000260019324728 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 92* | Name on file | West Realm Shires Services Inc. | MATIC | | West Realm Shires Services Inc. | 0.000000010000000 |
| | | | SOL | | | 0.000000005850000 |
| | | | USD | 1,200.000000000000 | | 1,224.444540324191800 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 3675 | Name on file | FTX Trading Ltd. | SHIB | | FTX Trading Ltd. | 2,410,784.950202590000000 |
| | | | USD | 80.000000000000 | | 0.007189439670233 |
| | | | USDT | | | 0.000948560000000 |
| | | | XRP | | | -0.008695285231079 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 1605* | Name on file | West Realm Shires Services Inc. | BCH | | West Realm Shires Services Inc. | 5.903526620000000 |
| | | | DOGE | | | 2.000000000000000 |
| | | | ETH | | | 0.554239890000000 |
| | | | ETHW | | | 0.554007130000000 |
| | | | GRT | | | 1.000000000000000 |
| | | | LTC | | | 6.860985090000000 |
| | | | SHIB | | | 5.000000000000000 |
| | | | SOL | | | 9.883648710000000 |
| | | | TRX | | | 2.000000000000000 |
| | | | USD | 1,859.170000000000 | | 0.000996709880953 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 96585 | Name on file | FTX Trading Ltd. | ADA-PERP | | FTX Trading Ltd. | 0.000000000000000 |
| | | | ATOM-PERP | | | 0.000000000000003 |
| | | | BNB-PERP | | | 0.000000000000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | DOT-PERP | | | 0.000000000000000 |
| | | | ETH | 0.000816650000000 | | 0.000816650000000 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | ETHW | 0.000816650000000 | | 0.000816650000000 |
| | | | EUR | | | 0.000000001500000 |
| | | | FTT | 25.084622080000000 | | 25.084622080000000 |
| | | | LRC-PERP | | | 0.000000000000000 |
| | | | LUNC-PERP | | | 2,118,000.000000000000000 |
| | | | MANA | 54.000000000000000 | | 54.000000000000000 |
| | | | MATIC-PERP | | | 0.000000000000000 |
| | | | NEAR-PERP | | | 0.000000001500000 |
| | | | ONE-PERP | | | 2,640.000000000000000 |
| | | | SHIB | 96,352.000000000000000 | | 96,352.000000000000000 |
| | | | SHIB-PERP | | | 0.000000000000000 |
| | | | SOL-PERP | | | -0.000000000000003 |
| | | | USD | 28.980000000000 | | 28.977874571997344 |
| | | | XRP-PERP | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97649 | Name on file | FTX Trading Ltd. | AUD | | FTX Trading Ltd. | 0.000000007951200 |
| | | | EOS-PERP | | | 0.000000000000000 |
| | | | GALA | 673,802.888000000000000 | | 673,802.888000000000000 |
| | | | USD | | | 0.336181390320969 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 16154 | Name on file | FTX Trading Ltd. | ATOM-PERP | | FTX Trading Ltd. | 0.000000000000000 |

459*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Forty-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
96947*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
92*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Forty-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
1605*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Forty-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)

| Claim Number | Name | Debtor | Asserted Claims Tickers | Asserted Claims Ticker Quantity | Modified Claim Debtor | Modified Claim Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | AUDIO-PERP | | | 0.000000000000000 |
| | | | AVAX-PERP | | | 0.000000000000000 |
| | | | BICO | | | 1.998000000000000 |
| | | | BTC | 0.018396320000000 | | 0.018396320000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | CRO | 89.994000000000000 | | 89.994000000000000 |
| | | | DOT-PERP | | | 0.000000000000000 |
| | | | DYDX | | | 2.000000000000000 |
| | | | DYDX-PERP | | | 0.000000000000000 |
| | | | ETH | | | 0.000000006631182 |
| | | | FTM-PERP | | | 0.000000000000000 |
| | | | GALA | 130.000000000000000 | | 130.000000000000000 |
| | | | IMX | | | 5.100000000000000 |
| | | | SAND | 49.985600000000000 | | 49.985600000000000 |
| | | | SHIB-PERP | | | 0.000000000000000 |
| | | | SOL | 9.990000000000000 | | 9.990000000000000 |
| | | | SOL-PERP | | | 0.000000000000000 |
| | | | USD | 1.610000000000000 | | 1.607055426999087 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97552 | Name on file | FTX Trading Ltd. | BNB | | FTX Trading Ltd. | 0.855424250000000 |
| | | | USD | 72,989.640000000000000 | | 72,989.635326228980000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97930 | Name on file | FTX Trading Ltd. | AAVE | | FTX Trading Ltd. | 0.000000003061450 |
| | | | APT | | | 0.000000003148470 |
| | | | AVAX | | | 0.000000008570490 |
| | | | BNT | | | 0.000000009060991 |
| | | | CEL | | | 0.000000005863400 |
| | | | DOGE | | | 0.000000004287878 |
| | | | DOGEBULL | 284.660631765000000 | | 284.660631765000000 |
| | | | DOT | | | 0.000000003155330 |
| | | | ETHW | | | 0.000000005101583 |
| | | | EUR | 0.000000011936853 | | 0.000000011936853 |
| | | | FTT | | | 0.000000005334165 |
| | | | GRT | | | 0.000000006431777 |
| | | | KIN | 1.000000000000000 | | 1.000000000000000 |
| | | | KNC | | | 0.000000002710806 |
| | | | KNCBULL | 123,377.584760400000000 | | 123,377.584760400000000 |
| | | | LINK | | | 0.000000008225287 |
| | | | LOOKS | | | 0.000000002439257 |
| | | | LTC | | | 0.000000007340740 |
| | | | MKR | | | 0.000000000999660 |
| | | | PAXG | | | 0.000000001084233 |
| | | | PAXGBULL | | | 0.000077811620428 |
| | | | RAY | 1,741.015238156640000 | | 1,741.015238156640600 |
| | | | REN | | | 0.000000001704276 |
| | | | RSR | | | 0.000000007073207 |
| | | | SNX | | | 0.000000005659890 |
| | | | SOL | | | 0.000000002660590 |
| | | | SUSHI | | | 0.000000000822340 |
| | | | TOMO | | | 0.000000004270900 |
| | | | TRX | | | 0.000000006143266 |
| | | | UNI | | | 0.000000004895352 |
| | | | USD | 3,453.549445352720000 | | 3,453.549445352723000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 96966 | Name on file | FTX Trading Ltd. | ADA-PERP | | FTX Trading Ltd. | 90.000000000000000 |
| | | | AVAX-PERP | | | 0.000000000000000 |
| | | | BNB-PERP | | | 0.000000000000000 |
| | | | BTC | -0.021107990000000 | | -0.021107987597414 |
| | | | BTC-PERP | | | 0.070099999999999 |
| | | | BTC-PERP LONG | 0.003600000000000 | | 0.000000000000000 |
| | | | CRO-PERP | | | 420.000000000000000 |
| | | | ETH-PERP | | | 0.105000000000000 |
| | | | EUR | 3,075.150000000000000 | | 3,075.145996055960000 |
| | | | FTM-PERP | | | 0.000000000000000 |
| | | | FTT-PERP | | | 0.000000000000000 |
| | | | IOTA-PERP | | | 0.000000000000000 |
| | | | LOOKS-PERP | | | 95.000000000000000 |
| | | | LUNC-PERP | | | -0.000000000000002 |
| | | | MANA-PERP | | | 0.000000000000000 |
| | | | MTA-PERP | | | 0.000000000000000 |
| | | | SOL-PERP | | | 1.000000000000000 |
| | | | USD | -2,139.660000000000000 | | -2,139.657961362976000 |
| | | | USDT | 28.430000000000000 | | 28.429861673220490 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98538 | Name on file | West Realm Shires Services Inc. | DOGE | 800.000000000000000 | West Realm Shires Services Inc. | 800.000000000000000 |
| | | | USD | 124.990000000000000 | | 124.992591769151330 |
| | | | USDT | | | 0.081461842697119 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 92603 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000004573633 | West Realm Shires Services Inc. | 0.000000004573633 |
| | | | POC Other Fiat Assertions: $40,000 USD | | | 0.000000000000000 |
| | | | USD | 0.000052283051256 | | 40,600.000052283100000 |
| | | | USDT | 0.000399431873264 | | 0.000399431873264 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 94223 | Name on file | FTX Trading Ltd. | AURY | 1.000000000000000 | FTX Trading Ltd. | 0.000000010000000 |
| | | | TRX | 1,554.000000000000000 | | 0.001554000000000 |
| | | | USD | | | 0.000000008753617 |
| | | | USDT | 3.443870000000000 | | 3,443.873850484849000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 64189 | Name on file | FTX Trading Ltd. | APT | 134.000000000000000 | FTX Trading Ltd. | 134.000000000000000 |

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | BTC | | | 0.000000000704000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | DOGE | 1.000000000000000 | | 1.000000000000000 |
| | | | ETH | | | 0.000000005000000 |
| | | | FTT | 922.562883000000000 | | 922.562883000000000 |
| | | | KIN | | | 1.000000000000000 |
| | | | SRM | | | 0.730969310000000 |
| | | | SRM_LOCKED | | | 30.469030690000000 |
| | | | USD | | | 0.000000016171133 |
| | | | USDT | 10,668.490000000000000 | | 10,668.490381220000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 3280* | Name on file | West Realm Shires Services Inc. | BTC | 0.005694870000000 | West Realm Shires Services Inc. | 0.005694870000000 |
| | | | ETH | 0.009991000000000 | | 0.009991000000000 |
| | | | ETHW | | | 0.009991000000000 |
| | | | LINK | | | 0.008500000000000 |
| | | | SOL | 103.241908000000000 | | 103.241908000000000 |
| | | | USD | | | 1.386452905000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97653 | Name on file | Quoine Pte Ltd | BTC | 0.000231880000000 | Quoine Pte Ltd | 0.000231880000000 |
| | | | CEL | 914.248838550000000 | | 914.248838550000000 |
| | | | CPH | | | 400.000000000000000 |
| | | | DOGE | 100.000000000000000 | | 100.000000000000000 |
| | | | DOT | 5.000000000000000 | | 5.000000000000000 |
| | | | ETH | 0.029971710000000 | | 0.029971710000000 |
| | | | ETHW | 0.029971710000000 | | 0.029971710000000 |
| | | | EUR | 351.950000000000000 | | 351.945980000000000 |
| | | | FTT | 0.000044520000000 | | 0.000044520000000 |
| | | | FUSE | | | 600.000000000000000 |
| | | | POC Other Crypto Assertions: FUSE (FUSE) | 600.000000000000000 | | 0.000000000000000 |
| | | | LINK | 1.546597380000000 | | 1.546597380000000 |
| | | | QASH | | | 0.000005590000000 |
| | | | REDI | | | 15,000.000000000000000 |
| | | | RSR | 400.000000000000000 | | 400.000000000000000 |
| | | | SNX | 228.335716980000000 | | 228.335716980000000 |
| | | | SPDR | | | 10,000.000000886700000 |
| | | | UNI | 10.274532180000000 | | 10.274532180000000 |
| | | | USD | 1.120000000000000 | | 1.118110000000000 |
| | | | USDT | 0.030000000000000 | | 0.031395000000000 |
| | | | XDC | 3,000.000000000000000 | | 3,000.000000000000000 |
| | | | ZIL | | | 400.000000000000000 |
| | | | POC Other Crypto Assertions: ZIL (ZIL) | 400.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 3101 | Name on file | FTX Trading Ltd. | BAO | | FTX Trading Ltd. | 3.000000000000000 |
| | | | BNB | | | 0.000000070000000 |
| | | | BTC | | | 0.000000940000000 |
| | | | DOGE | | | 0.000000030000000 |
| | | | ETH | | | 0.000031010000000 |
| | | | ETHW | 3.678245441239090 | | 3.678245441239093 |
| | | | FTT | 7.927136750000000 | | 7.927136750000000 |
| | | | GRT | 3,314.693025820000000 | | 3,314.693025820000000 |
| | | | KIN | | | 1.000000000000000 |
| | | | LINK | | | 0.000000040000000 |
| | | | OKB | 5.203515340000000 | | 5.203515340000000 |
| | | | QI | 6,203.773652920000000 | | 6,203.773652920000000 |
| | | | SHIB | | | 0.000005730000000 |
| | | | SOL | | | 0.000000003850000 |
| | | | TRX | | | 0.000000060000000 |
| | | | UNI | 19.490759710000000 | | 19.490759710000000 |
| | | | USD | | | 0.000000004652821 |
| | | | XRP | | | 0.000000070000000 |
| | | | YFI | 0.006604440000000 | | 0.006604440000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97195 | Name on file | FTX Trading Ltd. | 1INCH | | FTX Trading Ltd. | 1.361743090000000 |
| | | | POC Other Crypto Assertions: 1INCH (1INCH) | 1.361743090000000 | | 0.000000000000000 |
| | | | 1INCH-PERP | | | 0.000000000000000 |
| | | | AAVE-PERP | | | 0.000000000000000 |
| | | | ADA-PERP | | | 0.000000000000000 |
| | | | ALPHA | 0.639000000000000 | | 0.639000000000000 |
| | | | ALPHA-PERP | | | 0.000000000000000 |
| | | | ATOM-PERP | | | 0.000000000000000 |
| | | | AVAX-PERP | | | 0.000000000000000 |
| | | | BOBA-PERP | | | 0.000000000000000 |
| | | | BTC | 5.159248760000000 | | 5.159248760000000 |
| | | | BTC-20210326 | | | 0.000000000000000 |
| | | | BTC-PERP | | | -0.000000000000002 |
| | | | COIN | | | 0.000000003600000 |
| | | | DOT-PERP | | | 0.000000000001818 |
| | | | EDEN-PERP | | | -0.000000000000738 |
| | | | ENS | 156.767346820000000 | | 156.767346820000000 |
| | | | ETH | 6.585969540000000 | | 6.585969540000000 |
| | | | ETH-PERP | | | -0.000000000000002 |
| | | | ETHW | | | 0.006259440000000 |
| | | | FTM-PERP | | | 0.000000000000000 |
| | | | FTT | | | 0.000000008351800 |
| | | | FTT-PERP | | | 0.000000000000000 |
| | | | HMT | | | 0.995500000000000 |
| | | | POC Other Crypto Assertions: HUMAN PROTOCL (HUM) | 0.995500000000000 | | 0.000000000000000 |
| | | | LTC-PERP | | | 0.000000000000000 |
| | | | RAY | | | 0.000000010000000 |
| | | | RAY-PERP | | | 0.000000000000000 |
| | | | SOL-PERP | | | 0.000000000000000 |
| | | | SPELL-PERP | | | 0.000000000000000 |
| | | | TRUMPFEB | | | 0.000000000000000 |

3280* Claim was ordered modified on the FTX Recovery Trust's One Hundred Forty-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)

|  |  | Asserted Claims | | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |
|  |  |  | UNI-PERP | |  |  | 0.000000000000000 |
|  |  |  | UNISWAP-PERP | |  |  | 0.000000000000000 |
|  |  |  | USD | | -173.470000000000000 |  | -173.474445978146950 |
|  |  |  | USDT | | 143.960000000000000 |  | 143.962264311995280 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98542* | Name on file | West Realm Shires Services Inc. | BRZ |  | West Realm Shires Services Inc. | 2.000000000000000 |
|  |  |  | DOGE |  |  | 5.000000000000000 |
|  |  |  | LINK |  |  | 87.534333940000000 |
|  |  |  | LTC |  |  | 0.758302940000000 |
|  |  |  | SHIB |  |  | 49,388.744786270000000 |
|  |  |  | POC Other Crypto Assertions: SHIBAINU |  |  | 0.000000000000000 |
|  |  |  | TRX |  |  | 1.000000000000000 |
|  |  |  | USD | 203.030000000000000 |  | 203.033494189384560 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 77786 | Name on file | FTX Trading Ltd. | AAVE-20210625 |  | FTX Trading Ltd. | 0.000000000000000 |
|  |  |  | AAVE-PERP |  |  | 0.000000000000000 |
|  |  |  | ADA-20210326 |  |  | 0.000000000000000 |
|  |  |  | ATOM-PERP |  |  | 0.000000000000000 |
|  |  |  | AVAX-20210625 |  |  | 0.000000000000000 |
|  |  |  | AVAX-PERP |  |  | 0.000000000000000 |
|  |  |  | BNB-PERP |  |  | 0.000000000000000 |
|  |  |  | BTC |  |  | 0.000000005000000 |
|  |  |  | BTC-MOVE-20211215 |  |  | 0.000000000000000 |
|  |  |  | BTC-PERP |  |  | 0.000000000000000 |
|  |  |  | BTTPRE-PERP |  |  | 0.000000000000000 |
|  |  |  | DOGE-PERP |  |  | 0.000000000000000 |
|  |  |  | DOT-PERP |  |  | 0.000000000000000 |
|  |  |  | EOS-PERP |  |  | 0.000000000000000 |
|  |  |  | ETC-PERP |  |  | 0.000000000000000 |
|  |  |  | ETH |  |  | 0.050000000000000 |
|  |  |  | ETH-PERP |  |  | 0.000000000000000 |
|  |  |  | ETHW |  |  | 0.050000000000000 |
|  |  |  | FTM-PERP |  |  | 0.000000000000000 |
|  |  |  | FTT |  |  | 25.000000967282630 |
|  |  |  | LINA-PERP |  |  | 0.000000000000000 |
|  |  |  | LINK-20210326 |  |  | 0.000000000000000 |
|  |  |  | LINK-PERP |  |  | 0.000000000000000 |
|  |  |  | LTC-20210326 |  |  | 0.000000000000056 |
|  |  |  | LTC-20210625 |  |  | 0.000000000000000 |
|  |  |  | LTC-PERP |  |  | 0.000000000000000 |
|  |  |  | MATIC-PERP |  |  | 0.000000000000000 |
|  |  |  | OMG-20210625 |  |  | 0.000000000000000 |
|  |  |  | OXY-PERP |  |  | 0.000000000000000 |
|  |  |  | RAY-PERP |  |  | 0.000000000000000 |
|  |  |  | REEF-20210625 |  |  | 0.000000000000000 |
|  |  |  | ROOK-PERP |  |  | 0.000000000000000 |
|  |  |  | SC-PERP |  |  | 0.000000000000000 |
|  |  |  | SOL-20210625 |  |  | 0.000000000000000 |
|  |  |  | SOL-PERP |  |  | 0.000000000000000 |
|  |  |  | SRM-PERP |  |  | 0.000000000000000 |
|  |  |  | STEP-PERP |  |  | 0.000000000000000 |
|  |  |  | STORJ-PERP |  |  | 0.000000000000000 |
|  |  |  | SUSHI-20210625 |  |  | 0.000000000000000 |
|  |  |  | SUSHI-PERP |  |  | 0.000000000000000 |
|  |  |  | SXP-20210625 |  |  | 0.000000000000000 |
|  |  |  | TRX-PERP |  |  | 0.000000000000000 |
|  |  |  | USD | 10,552.000000000000000 |  | 10,552.876264853820000 |
|  |  |  | XRP-PERP |  |  | 0.000000000000000 |
|  |  |  | XTZ-20210326 |  |  | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

98542*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)