# SCHEDULE 1

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Seventy-Sixth Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | **Asserted Claims** | | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 97599 | Name on file | FTX Trading Ltd. | USD | 14,745,615.200000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 88295 | Name on file | FTX Trading Ltd. | BTC | 0.006400000000000 |
| | | | USD | 30.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.