## SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Seventy-Seventh Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| | | Asserted Claims | Modified Claim |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 13496 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29577* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29162 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22740 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 72557 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1161 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 7807 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98578* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94323 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 53980 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 6511 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62969 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 20961* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 66214 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62594* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 44531* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27207 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98568 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 27970 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22713 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1458 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 5645 | Name on file | FTX US Services, Inc. | West Realm Shires Services Inc. |
| 98399* | Name on file | Alameda Research (Bahamas) Ltd | West Realm Shires Services Inc. |
| 58362 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 62006* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97091 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93934 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 24610* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98474 | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 63260 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 66172 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 30796 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 48364 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22759 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 94613 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 83101 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

29577*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
98578*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
20961*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
62594*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
44531*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
98399*: Claim is also included in the FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
62006*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
24610*: Claim is also included in the FTX Recovery Trust's One Hundred Seventy-Ninth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)