# **<u>SCHEDULE 1</u>**

FTX Trading Ltd. 22-11068 (KBO)
Notice of Full Satisfaction
Schedule 1

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity |
| 55214 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000005000000 |
| | | | ETH | 0.000528880000000 |
| | | | MATIC | 6.200000000000000 |
| | | | SOL | 0.003191000000000 |
| | | | UNI | 0.005000000000000 |
| | | | USD | 25,000.005086765683000 |
| | | | USDT | 0.001133000000000 |
| Reason: Claim has been fully satisfied via withdrawal of 97,505.600000000000000 USD. | | | | |
| 68430 | Name on file | West Realm Shires Services Inc. | | |
| | | | ALGO | 0.000000000000000 |
| | | | BTC | 0.000000005000000 |
| | | | ETH | 0.000000000000000 |
| | | | USD | 1,168.940263260382600 |
| | | | USDT | 0.000000007164016 |
| Reason: Claim has been fully satisfied via withdrawal of 1,001.048099999999977 ALGO, 0.529993650000000 ETH and 218.440000000000000 USD. | | | | |
| 12777 | Name on file | West Realm Shires Services Inc. | USD | 2,001.646149550000000 |
| | | | USDC | 0.000000000000000 |
| Reason: Claim has been fully satisfied via withdrawal of 2,001.646149550000018 USDC. | | | | |
| 6810 | Name on file | FTX Trading Ltd. | AUD | 0.000000000000000 |
| | | | TRX | 0.508510520000000 |
| | | | USDT | 650.157653773921000 |
| Reason: Claim has been fully satisfied via withdrawal of 1,000.000000000000000 AUD. | | | | |
| 98239 | Name on file | West Realm Shires Services Inc. | BTC | 0.119086760000000 |
| | | | LTC | 0.001212500000000 |
| | | | USD | 450.992356475000000 |
| Reason: Claim has been fully satisfied via withdrawal of 0.148486760000000 BTC and 0.001212500000000 LTC. | | | | |
| 63487 | Name on file | West Realm Shires Services Inc. | BTC | 0.199202703075142 |
| | | | SOL | 0.000000009936000 |
| | | | USD | 5,000.252924132071000 |
| | | | USDT | 0.000000012384363 |
| Reason: Claim has been fully satisfied via withdrawal of 0.049202700000000 BTC and 7,858.960000000000000 USD. | | | | |
| 42864 | Name on file | FTX Trading Ltd. | AUD | 647.172576694703500 |
| | | | LUNA2_LOCKED | 0.000000017631899 |
| | | | LUNC | 0.001645450000000 |
| | | | USD | 0.000024455669040 |
| Reason: Claim has been fully satisfied via withdrawal of 647.169999999999959 AUD. | | | | |
| 75628 | Name on file | West Realm Shires Services Inc. | BTC | 0.273919645895000 |
| | | | USD | 0.167540809158392 |
| Reason: Claim has been fully satisfied via withdrawal of 0.484193640000000 BTC. | | | | |