# SCHEDULE 2

**FTX Trading Ltd. 22-11068 (KBO)**
**Notice of Full Satisfaction**
**Schedule 2**

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | **Asserted Claims** | |
| 6098942 | Name on file | West Realm Shires Services Inc. | BTC | 0.034511390000000 |
| | | | ETH | 0.514669430000000 |
| | | | ETHW | 0.514669430000000 |
| | | | USD | 0.000020585651282 |
| *Reason: Claim has been fully satisfied via withdrawal of 0.034511390000000 BTC, 0.514669430000000 ETH, and 0.514669430000000 ETHW.* | | | | |
| 6488338 | Name on file | West Realm Shires Services Inc. | SHIB | 10,244,377.145717730000000 |
| | | | USD | 0.000000000000228 |
| *Reason: Claim has been fully satisfied via withdrawal of 10,244,377.145717730745673 SHIB.* | | | | |
| 5439349 | Name on file | FTX Trading Ltd. | AUD | 470.795850040000000 |
| | | | BTC-PERP | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 |
| | | | USD | 0.004526001276185 |
| *Reason: Claim has been fully satisfied via withdrawal of 470.790000000000020 AUD.* | | | | |
| 5471454 | Name on file | West Realm Shires Services Inc. | BTC | 0.049482750000000 |
| | | | DOGE | 145.147183780000000 |
| | | | SHIB | 1,451,483.620914420000000 |
| | | | SOL | 37.000000000000000 |
| *Reason: Claim has been fully satisfied via withdrawal of 0.049482740000000 BTC, 145.147183780000006 DOGE, 1,451,483.620914420112967 SHIB, and 37.000000000000000 SOL.* | | | | |
| 6496330 | Name on file | West Realm Shires Services Inc. | ETH | 0.000000006726566 |
| | | | SOL | 94.487031101692600 |
| | | | TRX | 0.128732538533854 |
| | | | USD | 0.000001266584387 |
| | | | USDT | 0.000001534557622 |
| *Reason: Claim has been fully satisfied via withdrawal of 94.487031099999996 SOL.* | | | | |
| 6565557 | Name on file | West Realm Shires Services Inc. | ETH | 0.039408240000000 |
| | | | USD | 0.000004352354957 |
| | | | USDT | 0.000000015019789 |
| *Reason: Claim has been fully satisfied via withdrawal of 0.039408240000000 ETH.* | | | | |
| 6475009 | Name on file | FTX Trading Ltd. | AUD | 0.000022722202326 |
| | | | BAO | 2.000000000000000 |
| | | | BTC | 0.667714840000000 |
| | | | DENT | 1.000000000000000 |
| | | | TRX | 1.000000000000000 |
| | | | USD | 0.000000014517128 |
| | | | USDT | 0.000000007708224 |
| *Reason: Claim has been fully satisfied via withdrawal of 17,675.889999999999418 AUD.* | | | | |
| 6514119 | Name on file | West Realm Shires Services Inc. | USD | 407.994792580000000 |
| | | | USDC | 0.000000000000000 |
| *Reason: Claim has been fully satisfied via withdrawal of 407.994792580000023 USDC.* | | | | |
| 6193713 | Name on file | West Realm Shires Services Inc. | BTC | 0.005003840000000 |
| | | | ETH | 0.301196130000000 |
| | | | ETHW | 0.301196130000000 |
| | | | USD | 0.000026860500371 |
| *Reason: Claim has been fully satisfied via withdrawal of 0.005003840000000 BTC, 0.301196130000000 ETH, and 0.301196130000000 ETHW.* | | | | |
| 6579344 | Name on file | West Realm Shires Services Inc. | SHIB | 1,085,684.698970510000000 |
| | | | USD | 0.000000007820207 |
| *Reason: Claim has been fully satisfied via withdrawal of 1,085,684.698970509925857 SHIB.* | | | | |
| 5458219 | Name on file | West Realm Shires Services Inc. | BTC | 0.028588160000000 |
| | | | USD | 0.000675243590386 |
| *Reason: Claim has been fully satisfied via withdrawal of 0.028588160000000 BTC.* | | | | |
| 5349832 | Name on file | West Realm Shires Services Inc. | BTC | 0.014874250000000 |
| | | | USD | 0.000162966109812 |
| *Reason: Claim has been fully satisfied via withdrawal of 0.014874250000000 BTC.* | | | | |
| 17515* | Name on file | West Realm Shires Services Inc. | ETH | 0.000000010000000 |
| | | | ETHW | 556.728090000000000 |
| | | | NEAR | 0.090000000000000 |
| | | | SHIB | 0.000000000000000 |
| | | | TRX | 0.000007000000000 |
| | | | USD | 312.145679864581700 |

17515*: Claimant has elected to accept stipulated amount for allowance and distribution purposes

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | | **Asserted Claims** |
| | | | USDC | 0.000000000000000 |
| | | | USDT | 0.000000007805211 |

Reason: Claim has been fully satisfied via withdrawal of 1,065.887504000000035 ETHW, 476.038900000000012 NEAR, and 12,887,100.000000000000000 SHIB.

| 6546453 | Name on file | West Realm Shires Services Inc. | BTC | 0.017504330000000 |
| | | | USD | 0.000058620163781 |
| | | | USDT | 0.000000004099872 |

Reason: Claim has been fully satisfied via withdrawal of 0.017504330000000 BTC.

| 5667365 | Name on file | FTX Trading Ltd. | AUD | 53,700.992410310000000 |
| | | | USD | 0.000000004254278 |
| | | | USDT | 0.007502352802835 |

Reason: Claim has been fully satisfied via withdrawal of 53,700.989999999997963 AUD.

| 5305848 | Name on file | West Realm Shires Services Inc. | | |
| | | | BTC | 0.000000010427550 |
| | | | TRX | 0.000197000000000 |
| | | | USD | 0.000000005216770 |
| | | | USDT | 75,139.000000001620000 |

Reason: Claim has been fully satisfied via withdrawal of 75,139.000000000000000 USDT.

| 6828550 | Name on file | West Realm Shires Services Inc. | AAVE | 0.556464680000000 |
| | | | ALGO | 101.336480143500000 |
| | | | AVAX | 1.935339950000000 |
| | | | BTC | 0.013023540000000 |
| | | | DOGE | 169.521930910000000 |
| | | | ETH | 0.070968017420000 |
| | | | ETHW | 0.000340440000000 |
| | | | LINK | 4.452504212400000 |
| | | | MATIC | 0.002416710000000 |
| | | | SOL | 1.314277950000000 |
| | | | USD | 9.487805620958174 |

Reason: Claim has been fully satisfied via withdrawal of 755.590000000000000 USD.

| 7394644 | Name on file | West Realm Shires Services Inc. | AAVE | 0.001946800000000 |
| | | | BTC | 0.004173680000000 |
| | | | ETH | 0.000038560000000 |
| | | | ETHW | 0.000038560000000 |
| | | | LINK | 0.090964000000000 |
| | | | MATIC | 3.763200000000000 |
| | | | SOL | 0.006217800000000 |
| | | | USD | 578,152.930020069500000 |

Reason: Claim has been fully satisfied via withdrawal of 34.308845030000001 BTC.

| 6205902 | Name on file | FTX Trading Ltd. | AUD | 2,918.297730189954600 |
| | | | BF_POINT | 200.000000000000000 |
| | | | CEL | 0.000000008830003 |
| | | | STETH | 0.000000000866087 |
| | | | USD | 0.000000010275208 |

Reason: Claim has been fully satisfied via withdrawal of 2,918.289999999999964 AUD.

| 6716975 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000006066117 |
| | | | ETH | 0.000000056650460 |
| | | | ETHW | 0.000000055278520 |
| | | | SOL | 23.623891612003100 |
| | | | USD | -0.050410062954991 |

Reason: Claim has been fully satisfied via withdrawal of 23.621214020000000 SOL.

| 5559335 | Name on file | FTX Trading Ltd. | AUD | 10,549.483437980000000 |
| | | | USD | 0.003201275079423 |

Reason: Claim has been fully satisfied via withdrawal of 10,549.479999999999563 AUD.

| 5955533 | Name on file | West Realm Shires Services Inc. | SHIB | 1.000000000000000 |
| | | | USD | 0.000000012673860 |
| | | | USDT | 162.280000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 162.280000000000001 USDT.

| 6194922 | Name on file | West Realm Shires Services Inc. | SOL | 22.159924993006000 |
| | | | USD | 0.000000435310041 |

Reason: Claim has been fully satisfied via withdrawal of 22.159924990000000 SOL.

| 5977026 | Name on file | West Realm Shires Services Inc. | DOGE | 458.450117820000000 |
| | | | USD | 0.000000001748371 |

Reason: Claim has been fully satisfied via withdrawal of 458.450117820000003 DOGE.

|  |  |  | Asserted Claims | |
| --- | --- | --- | --- | --- |
| **Claim / Schedule Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 6127979 | Name on file | West Realm Shires Services Inc. | SOL | 11.174795920000000 |
| Reason: Claim has been fully satisfied via withdrawal of 11.174795919999999 SOL. | | | | |
| 6630738 | Name on file | West Realm Shires Services Inc. | SHIB | 9,271,660.071493180000000 |
|  |  |  | USD | 0.000116893280486 |
| Reason: Claim has been fully satisfied via withdrawal of 9,271,660.071493180468678 SHIB. | | | | |
| 5348025 | Name on file | West Realm Shires Services Inc. | BTC | 0.011686500000000 |
|  |  |  | ETH | 0.067898000000000 |
|  |  |  | LINK | 2.596800000000000 |
|  |  |  | LTC | 1.158020000000000 |
|  |  |  | SOL | 0.009560000000000 |
|  |  |  | USD | 485.046405745490000 |
| Reason: Claim has been fully satisfied via withdrawal of 0.055112760000000 BTC. | | | | |
| 6015564 | Name on file | West Realm Shires Services Inc. | USD | 2,000.262246240000000 |
|  |  |  | USDC | 0.000000000000000 |
| Reason: Claim has been fully satisfied via withdrawal of 2,000.262246239999968 USDC. | | | | |
| 6195907 | Name on file | West Realm Shires Services Inc. | BTC | 0.000014700000000 |
|  |  |  | SOL | 0.000000010000000 |
|  |  |  | USD | 1.104060584687161 |
| Reason: Claim has been fully satisfied via withdrawal of 0.677707840000000 BTC and 1.050000000000000 SOL. | | | | |
| 6316675 | Name on file | West Realm Shires Services Inc. | BTC | 0.480918600000000 |
|  |  |  | USD | 1,603.929000000000000 |
| Reason: Claim has been fully satisfied via withdrawal of 0.575124300000000 BTC and 100.000000000000000 USD. | | | | |
| 5880150 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000005000000 |
|  |  |  | ETH | 0.108000000000000 |
|  |  |  | LINK | 6.400000000000000 |
|  |  |  | USD | 3,831.315675741918300 |
|  |  |  | USDT | 0.000000006823992 |
| Reason: Claim has been fully satisfied via withdrawal of 0.266146920000000 BTC. | | | | |
| 5490883 | Name on file | FTX Trading Ltd. |  |  |
|  |  |  | AUD | 160,772.737832696180000 |
|  |  |  | BTC-PERP | 0.000000000000000 |
|  |  |  | ETC-PERP | 0.000000000000000 |
|  |  |  | FTT-PERP | 0.000000000000000 |
|  |  |  | SOL-PERP | 0.000000000000000 |
|  |  |  | USD | 0.000000010140636 |
|  |  |  | USDT | 0.000000005000000 |
| Reason: Claim has been fully satisfied via withdrawal of 160,772.730000000010477 AUD. | | | | |
| 6274696 | Name on file | West Realm Shires Services Inc. | SOL | 138.000000000000000 |
|  |  |  | USD | 22.372858581008000 |
|  |  |  | USDC | 0.000000000000000 |
| Reason: Claim has been fully satisfied via withdrawal of 138.000000000000000 SOL and 22.372858579999999 USDC. | | | | |
| 6567699 | Name on file | West Realm Shires Services Inc. | DOGE | 845.513938860000000 |
|  |  |  | USD | 0.005000250000000 |
| Reason: Claim has been fully satisfied via withdrawal of 845.513938860000053 DOGE. | | | | |
| 6464674 | Name on file | West Realm Shires Services Inc. | CUSDT | 4.000000000000000 |
|  |  |  | DOGE | 162.207558100000000 |
|  |  |  | ETH | 0.642356920000000 |
|  |  |  | ETHW | 0.642356920000000 |
|  |  |  | TRX | 2.000000000000000 |
|  |  |  | USD | 0.000034434114988 |
|  |  |  | USDC | 0.000000000000000 |
| Reason: Claim has been fully satisfied via withdrawal of 991.851540549999982 USDC. | | | | |
| 6255957 | Name on file | FTX Trading Ltd. | AUD | 553.509725354067000 |
|  |  |  | USDT | 0.000000001231468 |
| Reason: Claim has been fully satisfied via withdrawal of 553.500000000000000 AUD. | | | | |
| 6522375 | Name on file | West Realm Shires Services Inc. | CUSDT | 1.000000000000000 |
|  |  |  | DOGE | 4.408838591121844 |
|  |  |  | ETH | 0.404077190000000 |
|  |  |  | ETHW | 0.403907450000000 |
|  |  |  | USD | 53.750402716951220 |
|  |  |  | USDC | 0.000000000000000 |
| Reason: Claim has been fully satisfied via withdrawal of 0.404077190000000 ETH, 0.403907450000000 ETHW, and 54.124506320000002 USDC. | | | | |
| 6218964 | Name on file | West Realm Shires Services Inc. | SHIB | 50,000,000.000000010000000 |

| Claim / Schedule | | | Asserted Claims | |
| Number | Name | Debtor | Tickers | Ticker Quantity |
| --- | --- | --- | --- | --- |
| | | | USD | 0.000662880000061 |

Reason: Claim has been fully satisfied via withdrawal of 50,000,000.000000000000000 SHIB.

| 5559054 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000000000000 |
| | | | SOL | 0.045001329048651 |
| | | | TRX | 0.000001000000000 |
| | | | USD | 12,894.699005455410000 |
| | | | USDT | 0.002101662342666 |

Reason: Claim has been fully satisfied via withdrawal of 0.766304000000000 BTC.

| 5905032 | Name on file | West Realm Shires Services Inc. | ETHW | 4.655447460000000 |
| | | | SHIB | 8,273,859.558317330000000 |

Reason: Claim has been fully satisfied via withdrawal of 4.655447460000000 ETHW and 8,273,859.558317329734564 SHIB.

| 6833246 | Name on file | West Realm Shires Services Inc. | ALGO | 0.001353540000000 |
| | | | BRZ | 2.000000000000000 |
| | | | BTC | 0.060987750000000 |
| | | | DOGE | 1.000000000000000 |
| | | | ETH | 0.767047160000000 |
| | | | ETHW | 0.000007510000000 |
| | | | GRT | 1.000000000000000 |
| | | | NEAR | 82.183434810000000 |
| | | | SHIB | 52.000000000000000 |
| | | | SOL | 0.638454070000000 |
| | | | TRX | 61.973355970000000 |
| | | | USD | 776.576007205034700 |

Reason: Claim has been fully satisfied via withdrawal of 0.060987750000000 BTC, 3.000000000000000 ETH and 4,937.440000000000000 USD.

| 6852897 | Name on file | West Realm Shires Services Inc. | | |
| | | | USD | 108.005000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 201.740000000000000 USD.

| 6591130 | Name on file | West Realm Shires Services Inc. | SHIB | 14,787,610.309465060000000 |

Reason: Claim has been fully satisfied via withdrawal of 14,787,610.309465000405908 SHIB.

| 6846845 | Name on file | West Realm Shires Services Inc. | SOL | 0.000058840000000 |
| | | | USD | 18.042917706302630 |
| | | | USDC | 0.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 18.042917700000000 USDC and 13.940000000000000 USD.

| 5326623 | Name on file | West Realm Shires Services Inc. | BTC | 0.025351939376000 |
| | | | DOGE | 0.157000000000000 |
| | | | ETHW | 0.365837550000000 |
| | | | GRT | 0.000000006373480 |
| | | | SUSHI | 35.000000000000000 |
| | | | USD | 0.017097078213763 |

Reason: Claim has been fully satisfied via withdrawal of 0.028310470000000 BTC.

| 6094543 | Name on file | FTX Trading Ltd. | AUD | 3,752.433447588829000 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | USD | 0.000014722420988 |

Reason: Claim has been fully satisfied via withdrawal of 3,752.429999999999836 AUD.

| 6040411 | Name on file | West Realm Shires Services Inc. | SOL | 30.750000000000000 |
| | | | USD | 194.347934280000000 |
| | | | USDC | 0.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 30.750000000000000 SOL and 194.347934280000004 USDC.

| 6590015 | Name on file | West Realm Shires Services Inc. | BTC | 0.048644530000000 |
| | | | USD | 0.000770638662715 |
| | | | USDT | 0.000000008574847 |

Reason: Claim has been fully satisfied via withdrawal of 0.048644530000000 BTC.

| 6475933 | Name on file | West Realm Shires Services Inc. | BTC | 0.056863980000000 |
| | | | DOGE | 33.323964640000000 |

Reason: Claim has been fully satisfied via withdrawal of 0.056863980000000 BTC and 33.323964640000000 DOGE.

| 5643422 | Name on file | West Realm Shires Services Inc. | BCH | 27.416308440000000 |
| | | | BTC | 0.008963600000000 |

Reason: Claim has been fully satisfied via withdrawal of 27.416308440000002 BCH and 0.008963600000000 BTC.

| 6528556 | Name on file | West Realm Shires Services Inc. | BTC | 0.023977040000000 |
| | | | DOGE | 9,177.602250020000000 |
| | | | ETH | 1.707672860000000 |
| | | | ETHW | 1.706955710000000 |
| | | | USD | 0.000000010807815 |

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | **Asserted Claims** | |

Reason: Claim has been fully satisfied via withdrawal of 0.023977040000000 BTC, 9,177.602250019999701 DOGE, 1.707672860000000 ETH, and 1.706955710000000 ETHW.

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 6625432 | Name on file | West Realm Shires Services Inc. | BTC | 0.692410240000000 |
| | | | SHIB | 201,215,543.325636630000000 |
| | | | USD | 0.000153755368780 |
| | | | USDT | 0.000000006892582 |

Reason: Claim has been fully satisfied via withdrawal of 0.692410240000000 BTC and 201,215,543.325636625289917 SHIB.

| 6649483 | Name on file | West Realm Shires Services Inc. | GRT | 40,633.601209030000000 |
| | | | USD | 0.000000122714293 |
| | | | USDT | 0.000000011716679 |

Reason: Claim has been fully satisfied via withdrawal of 40,633.601209029999154 GRT.

| 6664825 | Name on file | West Realm Shires Services Inc. | BTC | 0.523732010000000 |
| | | | SHIB | 2.000000000000000 |
| | | | USD | 0.000155365208163 |

Reason: Claim has been fully satisfied via withdrawal of 0.523732010000000 BTC.

| 6707881 | Name on file | West Realm Shires Services Inc. | BTC | 0.000545590000000 |
| | | | DOGE | 1,061.267130600000000 |
| | | | USD | 0.000000003395105 |

Reason: Claim has been fully satisfied via withdrawal of 0.000545590000000 BTC and 1,061.267130599999973 DOGE.

| 5623401 | Name on file | West Realm Shires Services Inc. | BTC | 0.000598490000000 |
| | | | MKR | 0.012987000000000 |
| | | | PAXG | 0.010900000000000 |
| | | | USD | 21.382287683931910 |
| | | | USDC | 0.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 0.000598490000000 BTC, 0.012987000000000 MKR, 0.010900000000000 PAXG, and 21.382287680000001 USDC.

| 6855691 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000000000000 |
| | | | USD | 700.000000007509700 |
| | | | USDT | 0.000000013011932 |

Reason: Claim has been fully satisfied via withdrawal of 0.043900000000000 BTC and 1,134.000000000000000 USD.

| 5496812 | Name on file | West Realm Shires Services Inc. | BTC | 0.005084250000000 |
| | | | SOL | 0.000000010000000 |
| | | | USD | 75.349234980848000 |

Reason: Claim has been fully satisfied via withdrawal of 0.010379480000000 BTC.

| 5307207 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000009180000 |
| | | | USD | 214.337055812325470 |
| | | | USDC | 0.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 214.337055810000010 USDC.

| 6576592 | Name on file | West Realm Shires Services Inc. | BTC | 0.182351960000000 |
| | | | USD | 0.000197799587880 |

Reason: Claim has been fully satisfied via withdrawal of 0.182351960000000 BTC.

| 5615569 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000000000000 |
| | | | DOGE | 2,970.361777660000000 |
| | | | ETH | 0.000681000000000 |
| | | | ETHW | 0.000681000000000 |
| | | | LINK | 9.990000000000000 |
| | | | LTC | 0.934855620000000 |
| | | | MATIC | 399.600000000000000 |
| | | | SUSHI | 69.930000000000000 |
| | | | TRX | 171.065000000000000 |
| | | | USD | 46,320.852632626000000 |

Reason: Claim has been fully satisfied via withdrawal of 2.924672400000000 BTC, 2,970.361777659999916 DOGE, 0.934855620000000 LTC, and 69.930000000000007 SUSHI.

| 5585694 | Name on file | West Realm Shires Services Inc. | BTC | 0.000075320000000 |
| | | | USD | 463.858985936116500 |

Reason: Claim has been fully satisfied via withdrawal of 0.030046820000000 BTC.

| 5423815 | Name on file | West Realm Shires Services Inc. | BTC | 0.276323400000000 |
| | | | ETH | 0.000000009082035 |
| | | | ETHW | 0.000660489082035 |
| | | | USD | 42.952892112000000 |
| | | | USDC | 0.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 0.276323400000000 BTC and 42.952892110000001 USDC.

| 6096142 | Name on file | FTX Trading Ltd. | AUD | 53,150.895035231790000 |

| Claim / Schedule Number | Name | Debtor | Asserted Claims | |
|---|---|---|---|---|
| | | | Tickers | Ticker Quantity |
| | | | BTC | 0.000000009896000 |
| | | | ETH | 0.000000006742351 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | IOTA-PERP | 0.000000000000000 |
| | | | SOL | 0.000000010000000 |
| | | | USD | 0.000000026159366 |

Reason: Claim has been fully satisfied via withdrawal of 53,150.889999999999418 AUD.

| 5746414 | Name on file | West Realm Shires Services Inc. | BTC | 0.219403240000000 |
| | | | ETH | 4.081000000000000 |
| | | | USD | 115.177741041641710 |
| | | | USDC | 0.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 0.219403240000000 BTC, 4.081000000000000 ETH, and 115.177741040000001 USDC.

| 6096024 | Name on file | FTX Trading Ltd. | AUD | 207,094.990268036990000 |
| | | | USD | 0.000000009363029 |
| | | | USDT | 0.000000004172036 |

Reason: Claim has been fully satisfied via withdrawal of 207,094.989999999990687 AUD.

| 6235279 | Name on file | West Realm Shires Services Inc. | TRX | 0.011145000000000 |
| | | | USDT | 1,000.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 1,000.000000000000000 USDT.

| 6480904 | Name on file | West Realm Shires Services Inc. | BCH | 1.323593560000000 |
| | | | BF_POINT | 200.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 1.323593560000000 BCH.

| 5495414 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000000000000 |
| | | | USD | 22,950.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 1.712200000000000 BTC.

| 5835446 | Name on file | West Realm Shires Services Inc. | ETH | 0.302192950000000 |
| | | | ETHW | 0.302192950000000 |
| | | | USD | 0.000000263201332 |

Reason: Claim has been fully satisfied via withdrawal of 0.302192950000000 ETH and 0.302192950000000 ETHW.

| 5890368 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000008740800 |
| | | | ETHW | 0.000966300000000 |
| | | | USD | 12,845.758168265262000 |
| | | | USDT | 0.000000007829091 |

Reason: Claim has been fully satisfied via withdrawal of 0.780957390000000 BTC.

| 6191314 | Name on file | West Realm Shires Services Inc. | BAT | 1.000000000000000 |
| | | | BTC | 0.000681680000000 |
| | | | TRX | 1.000000000000000 |
| | | | UNI | 1.000000000000000 |
| | | | USD | 8,876.486977755392000 |
| | | | USDC | 0.000000000000000 |
| | | | USDT | 8,459.227278499668000 |

Reason: Claim has been fully satisfied via withdrawal of 206.000000000000000 USDC and 21,507.220000000001164 USDT.

| 6209983 | Name on file | West Realm Shires Services Inc. | BTC | 0.013305000000000 |

Reason: Claim has been fully satisfied via withdrawal of 0.013305000000000 BTC.

| 6515517 | Name on file | West Realm Shires Services Inc. | DOGE | 6,960.795125630000000 |
| | | | SHIB | 1.000000000000000 |
| | | | USD | 0.000229267864982 |
| | | | USDT | 0.000000001775100 |

Reason: Claim has been fully satisfied via withdrawal of 6,960.795125630000257 DOGE.

| 6229077 | Name on file | West Realm Shires Services Inc. | USD | 3,140.361676800000000 |
| | | | USDC | 0.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 3,140.361676800000168 USDC.

| 5497857 | Name on file | West Realm Shires Services Inc. | SOL | 25.674300000000000 |
| | | | USD | 0.003953805000000 |
| | | | USDT | 0.009270000000000 |

Reason: Claim has been fully satisfied via withdrawal of 25.674299999999999 SOL.

| 92207* | Name on file | West Realm Shires Services Inc. | BTC | 1.815903144400000 |
| | | | SOL | 0.004676320000000 |
| | | | USD | 0.830107800000000 |

Reason: Claim has been fully satisfied via withdrawal of 36,634.030000000000000 USD.

| 6111207 | Name on file | West Realm Shires Services Inc. | ETHW | 26.245000000000000 |

92207*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

| | | | Asserted Claims | |
|---|---|---|---|---|
| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity |
| Reason: Claim has been fully satisfied via withdrawal of 26.245000000000001 ETHW. | | | | |
| 5814596 | Name on file | West Realm Shires Services Inc. | BTC | 0.011417570000000 |
| | | | MKR | 0.007127650000000 |
| | | | USDT | 308.073000000378200 |
| Reason: Claim has been fully satisfied via withdrawal of 0.011417570000000 BTC, 0.007127650000000 MKR, and 308.072999999999979 USDT. | | | | |
| 6432491 | Name on file | West Realm Shires Services Inc. | ALGO | 1,668.828000000000000 |
| | | | BTC | 0.696072100000000 |
| | | | DOGE | 12,821.199060510000000 |
| | | | ETH | 5.577325190000000 |
| | | | ETHW | 1.614976190000000 |
| | | | GRT | 5,181.389000000000000 |
| | | | SOL | 56.244926580000000 |
| | | | USD | 1,878.310903803458600 |
| Reason: Claim has been fully satisfied via withdrawal of 0.846872100000000 BTC, 12,821.199060509999981 DOGE, 5.638325190000000 ETH, 3,908.389000000000124 GRT, and 56.244926579999998 SOL. | | | | |
| 5931048 | Name on file | West Realm Shires Services Inc. | DOGE | 104,383.147307500000000 |
| Reason: Claim has been fully satisfied via withdrawal of 104,383.147307499995804 DOGE. | | | | |
| 6466952 | Name on file | West Realm Shires Services Inc. | BTC | 0.143902980000000 |
| | | | ETH | 0.788347590000000 |
| | | | ETHW | 0.788347590000000 |
| | | | LTC | 0.079095800000000 |
| | | | SOL | 26.161994990000000 |
| | | | USD | 0.001864953693706 |
| Reason: Claim has been fully satisfied via withdrawal of 0.143902980000000 BTC, 0.788347590000000 ETH, 0.788347590000000 ETHW, 0.079095800000000 LTC, and 26.161994990000000 SOL. | | | | |
| 5390877 | Name on file | FTX Trading Ltd. | AUD | 2,370.160385393633000 |
| | | | OP-PERP | 0.000000000000000 |
| | | | USD | 0.012787324982092 |
| Reason: Claim has been fully satisfied via withdrawal of 2,370.170000000000073 AUD. | | | | |
| 6846837 | Name on file | West Realm Shires Services Inc. | BRZ | 1.000000000000000 |
| | | | PAXG | 1.180377580000000 |
| | | | SHIB | 1.000000000000000 |
| | | | USD | 0.000000005709301 |
| Reason: Claim has been fully satisfied via withdrawal of 1.180377580000000 PAXG and 3,041.540000000000000 USD. | | | | |
| 5504214 | Name on file | West Realm Shires Services Inc. | BTC | 0.034581920000000 |
| Reason: Claim has been fully satisfied via withdrawal of 0.034581910000000 BTC. | | | | |
| 6667375 | Name on file | West Realm Shires Services Inc. | ALGO | 0.773635430000000 |
| | | | BCH | 0.000304150000000 |
| | | | BTC | 0.003412780000000 |
| | | | ETH | 0.000614720000000 |
| | | | ETHW | 27.459048870000000 |
| | | | LTC | 0.001482090000000 |
| | | | MATIC | 426.328983320000000 |
| | | | SOL | 0.000131370000000 |
| | | | TRX | 3.000000000000000 |
| | | | USD | 0.026261621157391 |
| | | | USDT | 0.307146980000000 |
| Reason: Claim has been fully satisfied via withdrawal of 0.032812780000000 BTC and 27.459048870000000 ETHW. | | | | |
| 5808888 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000003927597 |
| | | | ETHW | 0.097000000000000 |
| | | | SOL | 0.009270000000000 |
| | | | USD | 208,984.781940385900000 |
| Reason: Claim has been fully satisfied via withdrawal of 12.479388100000000 BTC. | | | | |
| 6277838 | Name on file | West Realm Shires Services Inc. | BTC | 2.500000000000000 |
| | | | USD | 0.197687790238707 |
| | | | USDT | 14,581.878454710000000 |
| Reason: Claim has been fully satisfied via withdrawal of 3.486700000000000 BTC. | | | | |
| 6391952 | Name on file | FTX Trading Ltd. | AUD | 29,246.708506585600000 |
| | | | USD | 0.000000013185204 |
| | | | USDT | 0.000000004438234 |
| Reason: Claim has been fully satisfied via withdrawal of 29,246.700000000000728 AUD. | | | | |
| 6057592 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000009752869 |
| | | | ETH | 4.314498176602740 |
| | | | ETHW | 4.267349466602740 |
| | | | USD | 17.245729263126865 |

|  |  |  | **Asserted Claims** |  |
| --- | --- | --- | --- | --- |
| **Claim / Schedule Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
|  |  |  | USDC | 0.000000000000000 |
|  |  |  | USDT | 0.000011416077509 |

Reason: Claim has been fully satisfied via withdrawal of 4.314498170000000 ETH, 4.267349460000000 ETHW, and 17.245729260000001 USDC.

| 5464799 | Name on file | FTX Trading Ltd. | AUD | 26,010.277999810000000 |
| --- | --- | --- | --- | --- |
|  |  |  | BTC-PERP | 0.000000000000000 |
|  |  |  | CRV-PERP | 0.000000000000000 |
|  |  |  | ETH-PERP | 0.000000000000000 |
|  |  |  | LUNC-PERP | 0.000000000000000 |
|  |  |  | USD | 0.000000006528901 |
|  |  |  | USDT | 0.000000008649782 |

Reason: Claim has been fully satisfied via withdrawal of 26,010.270000000000437 AUD.

| 6833417 | Name on file | West Realm Shires Services Inc. | BRZ | 1.000000000000000 |
| --- | --- | --- | --- | --- |
|  |  |  | BTC | 0.000000000000000 |
|  |  |  | CUSDT | 2.000000000000000 |
|  |  |  | DOGE | 773.800698880000000 |
|  |  |  | GRT | 1.003288100000000 |
|  |  |  | LINK | 63.653693490000000 |
|  |  |  | SHIB | 1,598,839.804342810000000 |
|  |  |  | SOL | 91.562788350000000 |
|  |  |  | SUSHI | 197.600739960000000 |
|  |  |  | TRX | 4.000000000000000 |
|  |  |  | USD | 23.971378078730120 |

Reason: Claim has been fully satisfied via withdrawal of 0.001382620000000 BTC, 773.800698880000027 DOGE, 1,598,839.804342810064554 SHIB, 91.562788350000005 SOL, 197.600739959999999 SUSHI, and 2,416.290000000000000 USD.

| 5699088 | Name on file | West Realm Shires Services Inc. | SOL | 222.461300000000000 |
| --- | --- | --- | --- | --- |
|  |  |  | USD | 34.965724000000000 |
|  |  |  | USDC | 0.000000000000000 |

Reason: Claim has been fully satisfied via withdrawal of 222.461299999999994 SOL and 34.965724000000002 USDC.

| 6708872 | Name on file | West Realm Shires Services Inc. | BTC | 0.261200000000000 |
| --- | --- | --- | --- | --- |
|  |  |  | SOL | 0.057087230000000 |
|  |  |  | USD | 0.006494775403187 |

Reason: Claim has been fully satisfied via withdrawal of 0.261200000000000 BTC and 0.057087230000000 SOL.

| 5458407 | Name on file | West Realm Shires Services Inc. | AAVE | 2.667330000000000 |
| --- | --- | --- | --- | --- |
|  |  |  | BTC | 0.061338600000000 |
|  |  |  | ETH | 5.142828000000000 |
|  |  |  | ETHW | 4.954017000000000 |
|  |  |  | USD | 379.995000000000000 |
|  |  |  | USDT | 1,689.527322000000000 |

Reason: Claim has been fully satisfied via withdrawal of 2.667330000000000 AAVE, 0.061338600000000 BTC, 5.342628000000000 ETH, and 1,868.268201999999974 USDT.

| 5652720 | Name on file | West Realm Shires Services Inc. | SHIB | 2,600,000.000000000000000 |
| --- | --- | --- | --- | --- |
|  |  |  | SOL | 0.000000010000000 |
|  |  |  | USD | 0.000000003034266 |

Reason: Claim has been fully satisfied via withdrawal of 2,600,000.000000000000000 SHIB.