**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 25718 & 28544 |

**THE FTX RECOVERY TRUST'S NOTICE OF
WITHDRAWAL OF CERTAIN OMNIBUS CLAIM OBJECTIONS
AS TO CERTAIN CUSTOMER AND NON-CUSTOMER CLAIMS**

**PLEASE TAKE NOTICE** that the FTX Recovery Trust[2] hereby files this notice (this "Notice") withdrawing certain omnibus claim objections without prejudice solely as they relate to claim no. 95553, claim no. 95770, claim no. 95771, and claim no. 95772 (the "Withdrawn Claims").

**PLEASE TAKE FURTHER NOTICE** that on September 25, 2024, the Debtors filed *Debtors' One Hundred Nineteenth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims)* [D.I. 25718] (the "119th Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that the FTX Recovery Trust hereby withdraws the 119th Omnibus Objection without prejudice solely as to claim no. 95770.

**PLEASE TAKE FURTHER NOTICE** that on December 4, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed *Debtors' One Hundred Thirty-*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

{1368.003-W0082698.6}

*Ninth (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer and Non-Customer Claims Claims)* [D.I. 28544] (the "139th Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that the FTX Recovery Trust hereby withdraws the 139th Omnibus Objection without prejudice solely as to claim no. 95553, claim no. 95771, and claim no. 95772.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

| | |
|---|---|
| Dated: July 24, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>Christian P. Jensen (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br>         jensenc@sullcrom.com<br><br>*Counsel to the FTX Recovery Trust* |