## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 30932** |

## <u>CERTIFICATION OF COUNSEL</u>

I, Kimberly A. Brown, counsel to the FTX Recovery Trust[2], hereby certify as follows to the best of my knowledge, information and belief:

1.     On June 30, 2023, the Joint Liquidators of Three Arrows Capital, Ltd. (the "<u>Joint Liquidators</u>") filed identical proofs of claim (the "<u>Original Proofs of Claim</u>") on behalf of Three Arrows Capital, Ltd. ("<u>3AC</u>") against FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "<u>Debtors</u>").

2.     On July 8, 2024, the Debtors filed the *Debtors' Objection to Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital, Ltd.* [D.I. 19797], seeking an order disallowing and expunging the claims asserted in the Original Proofs of Claim.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]     The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established through the Debtors' confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates (the "<u>Plan</u>") [D.I. 26404], which became effective on January 3, 2025 [D.I. 29127].  Capitalized terms not defined herein shall have the means assigned to the Plan.

3.      On November 6, 2024, the Joint Liquidators moved for leave to file an amended proof of claim (the "Motion for Leave") [D.I. 27755], which the Debtors opposed [D.I. 28587].

4.      On March 13, 2025, the Court granted the Motion for Leave [D.I. 29924].

5.      On March 27, 2025, the Joint Liquidators submitted their amended proof of claim to the FTX Recovery Trust, which was assigned claim number 100078 and superseded claim number 5319 (the "Amended Proof of Claim").

6.      On June 20, 2025, the FTX Recovery Trust filed an Objection to the Amended Proof of Claim [D.I. 30932] (the "Objection")[3].

7.      The FTX Recovery Trust and the Joint Liquidators, by and through their respective counsel, have discussed in good faith a schedule with respect to litigation of the Amended Proof of Claim, which is memorialized in the *Stipulation Governing Litigation of the FTX Recovery Trust's Objection to Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital, Ltd.* (the "Stipulation").  Attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") approving the Stipulation.  Attached as **Exhibit 1** to the Proposed Order is the Stipulation, as agreed to by and among the Parties.

8.      The Parties have no objection to entry of the Proposed Order.  In accordance with the Court's electronic order processing procedures, a copy of the Proposed Order shall be uploaded to CM/ECF.

9.      Accordingly, the FTX Recovery Trust respectfully requests that the Court enter the Order at its earliest convenience.

---

[3]  Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation or the Claim Objection, as applicable.

Dated: July 24, 2025
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      mcguire@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      bellerb@sullcrom.com

*Counsel for the FTX Recovery Trust*