**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068-KBO<br><br>(Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Name of Transferee:** QQG Inc. | **Name of Transferor:** Redacted |
| **Last Four Digits of Account #:** NA | **Last Four Digits of Account #:** NA |
| **Name and address where notices and payments to transferee should be sent:**<br><br>QQG Inc.<br>11703 Annapolis Drive<br>Rancho Cucamonga, CA 91730<br>Attention Caroline JH Liu<br>E-mail: carolineus1001@gmail.com | **Address of Transferor:** Redacted; on file with the Debtors<br><br>Case No.: 22-11068 |

| Claim Information | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 986 | Redacted | 100% of the amount of the claim | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Signed by:

855BD8C51DC94B0...

Dated: July 24, 2025      By:_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

-2-

IDENTITY OF TRANSFEROR

Transferee has attached an Evidence of Transfer signed by the Transferor. In order to protect the identity of the Transferor, Transferee has redacted the Transferor's name or address.

Upon written request, Transferee is prepared to provide a copy of the unredacted, signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   U.S. Bankruptcy Court
     District of Delaware
     ("Court")

AND TO:  FTX Trading Ltd. ("Debtor")
     Case No. 22-11068 ("Case")

**Re: Claim No. 986**

███████ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**QQG INC**
11703 Annapolis Dr
Rancho Cucamonga, CA 91730
Email: carolineus1001@gmail.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in connection with the above referenced claim with **Claim Number 986** (the "Claim"), which represents 100% of Seller's total claim amount against Debtor.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered, and the Debtor's claims register may be modified, in each case without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated July 23, 2025.

**QQG INC**

Signed by:

By: _____
  855BD8C51DC94B0...
Name: CAROLINE JH LIU
Title: Director