**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,<br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>Jointly Administered |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Guilherme Cherman Perdigao de Oliveira**
Name of Transferee

**Name and Address where notices and payment to transferee should be sent:**

Guilherme Cherman Perdigao de Oliveira
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Daniel Brenner
Email: dbrenner@pryorcashman.com

**BC Racing LLC**
Name and current address of Transferor

BC Racing LLC
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Daniel Brenner
Email: dbrenner@pryorcashman.com

| Claim Information | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| • Claim #: 44136<br>• Schedule #: 6854388<br>• Confirmation ID #: 3265-70-ZUKFM-225644886<br>• Customer Code: 00161025 | Redacted | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Guilherme Cherman Perdigao de Oliveira

By: *[signature]*
Transferee/Transferee's Agent

Date: July 25, 2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357