# UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX Trading Ltd., *et al.* | Case No. 22-11068 |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Wang Xiaqing（王夏青)** | **Northway Housing, LLC** |
| Transferee's address for notices and payment: | Transferee's address for notices and payment: |
| 金盘岭镇马田村, 上饶市鄱阳县, | 222 Rockaway Tpke Ste 3, |
| 333100, China | Cedarhurst, NY 11516 |
|  | Email: northwayftx@gmail.com. |

| | Debtor | Case No. | Claim Identifier(s) | Amount |
|---|---|---|---|---|
| Claim | FTX Trading Ltd. | 22-11068 | Schedule #: 7341090<br>Confirmation ID 3265-70-IJJLS-688666341 | **100%** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_     Date: 7/28/2025

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

**Wang Xiaqing（王夏青),** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Northway Housing, LLC**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

|  | Debtor | Case No. | Claim Identifier(s) | Amount |
|---|---|---|---|---|
| Claim | FTX Trading Ltd. | 22-11068 | Schedule #: 7341090<br><br>Confirmation ID 3265-70-IJJLS-688666341 | **100%** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**Northway Housing, LLC**

By: _(signature)_
Name: Nathan Amoyelle
Title: Authorized Signatory
Email: northwayftx@gmail.com

Date: 7/28/2025

**Seller:**

**Wang Xiaqing（王夏青)**

By: _(signature: 王夏青)_
Name: **Wang Xiaqing（王夏青)**
Title: Self
Email: 70809934@qq.com
Date:



## Creditor Information - Schedule # 7341090

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
7341090
**Confirmation ID**
3265-70-IJJLS-688666341

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Transfer History

| Date Filed | Transfer Document | Transferor | Transferee |
|---|---|---|---|
| 09/05/2024 | Limited Transfer/Assignment of Claim. Fee Amount $28 Transfer Agreement 3001 (e) 2 Transferor: Northway Housing, LLC To Wang Xiaqing). Filed by Northway Housing, LLC. | Name on File | Name on File |