**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,<br>          Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Alexander Chalermklao Wice**<br>Name of Transferee | **SP Multi Claims Holdings, LLC**<br>Name and current address of Transferor |
| **Name and Address where notices and payment to transferee should be sent:**<br>Alexander Chalermklao Wice<br>93/172 Sukhumvit Soi 39<br>DS Tower 2<br>Bangkok, Thailand 10110<br>Email: alexwice@gmail.com | SP Multi Claims Holdings, LLC<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Attn: Operations<br>Email: 12017192157@tls.ldsprod.com -and-<br>          rbeacher@pryorcashman.com |

| Claim Information | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule Number: 6716891<br><br>Confirmation ID: 3265-70-BUAGI-679709293 | SP Multi Claims Holdings, LLC | 100% of the claim | West Realm Shires Services Inc. | 22-11071 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Alexander Chalermklao Wice**

By: _____
Transferee/Transferee's Agent

Date: June 17, 2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

## EVIDENCE OF TRANSFER OF CLAIM

TO:      U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND:      West Realm Shires Services Inc. ("Debtor")
Case No. 22-11071 (JTD) ("Case")

Schedule Number #: 6716891 ("Schedule")
Customer Claim Confirmation ID: 3265-70-BUAGI-679709293 ("CCCID")

**SP Multi Claims Holdings, LLC** ("Transferor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Alexander Chalermklao Wice**
93/172 Sukhumvit Soi 39
DS Tower 2
Bangkok, Thailand 10110
Email: alexwice@gmail.com

its successors and assigns ("Transferee"), all rights, title and interest in and to (a) the CCCID against the Debtor in the Case; and (b) and all amounts listed on the Schedule (collectively "the Claim").

Transferor hereby waives: (a) any objection to the transfer of the Claim to Transferee on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Transferee.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated June 27, 2025.

| | |
|---|---|
| **Alexander Chalermklao Wice** | **SP Multi Claims Holdings, LLC** |
| | By: Silver Point Capital LP, its manager |
| By: _____ | By: _____ |
| Name: Alexander Chalermklao Wice | Name: Jennifer Poccia |
| | Title: Authorized Signatory |

