## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Michael J. Joyce, Esq. and the law firm of Joyce, LLC and

Frank Scardino and the Boston Law Group, PC hereby enter their appearance on behalf of

Blooming Triumph International Limited in the above-captioned matter and hereby request that

copies of all notices and pleadings given or filed in this case be given and served upon the

undersigned at the addresses listed below.  In addition, it is respectfully requested that, pursuant

to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the

Court's Mailing Matrix:

| | |
|---|---|
| Michael J. Joyce (No. 4563) | Frank Scardino, Esq. |
| **JOYCE, LLC** | **BOSTON LAW GROUP, PC** |
| 1225 King Street | 825 Beacon Street |
| Suite 800 | Suite 20 |
| Wilmington, DE 19801 | Newton Center, MA 02459 USA |
|  (302)-388-1944 | (617) 928-1805 |
| mjoyce@mjlawoffices.com | frank@bostonlawgroup.com |

---

[1]	The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.  This Notice of Appearance shall not constitute a submission by Blooming Triumph International Limited to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited-service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: July 29, 2025
Wilmington, DE

/s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
Telephone: (302)-388-1944
mjoyce@mjlawoffices.com

*Counsel to Blooming Triumph International Limited*