UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:   Chapter 11

Case No. 22-11068 (KBO)

Debtor: FTX Trading Ltd.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Frank Scardino to represent Blooming Triumph International Limited in this action.

/s/ Michael J. Joyce (No. 4563)

Firm Name: Joyce, LLC
Address: 1225 King St, Ste. 800, Wilmington, DE 19801
Phone: 302-388-1944
Email: mjoyce@mjlawoffices.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Frank Scardino

Firm Name: Boston Law Group, PC
Address: 825 Beacon St. Ste 20, Newton, MA 02459
Phone: 617-928-1805
Email: frank@bostonlawgroup.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105