Mr Jean-Claude ROLAND
10 rue Vincent d'Indy
91590 Guigneville-sur-Essonne
France
Phone : +33 6 70 57 96 36
E-mail : roland.j-c@orange.fr (or jcroland91@gmail.com)



Subject: Notice of global objection to proof of claim – Omnibus objection

**FTX Trading Ltd. 22-11068 (KBO) – Omni181_0064 – Schedule 1 – Modified claims**

To the attention of the Clerk of the United States Bankruptcy Court – District of Delaware

July 2, 2025

Clerk of the United States Bankruptcy Court for the
District of Delaware
c/o Kroll Restructuring Administration LLC
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Dear Sir/Madam,

In connection with the "ONE HUNDRED AND EIGHTY-ONE (SUBSTANTIVE) OF THE FTX RECOVERY TRUST - OMNIBUS OBJECTION TO CERTAIN OVERVALUED CLAIMS
EVIDENCE OF CLAIM (CUSTOMER CLAIMS)," I am writing to contest the FTX Recovery Trust's determinations regarding overvalued claims.

Attached is an Excel spreadsheet that reconciles the data relating to my proof of claim registered under number 1141 on Tuesday, March 7, 2023, with the data relating to the document "FTX Trading Ltd. 22-11068 (KBO) - Omni181_0064 - Schedule 1 - Modified Claims."

This document highlights the valuation discrepancies in the amounts identified by ticker, and in particular the following three main points:

1) there is no disagreement regarding the number of tickers between the parties (FTX Recovery Trust and Claimant)
2) 2) the first valuation discrepancy is based on the price in US dollars: the prices validated by myself are the prices in US dollars at the opening of the stock markets on November 8, 2022 (the source used is the COINGECKO website), whereas I was unable to identify the prices used by the FTX Recovery Trust (it was impossible to identify the valuation date used by the FTX Recovery Trust)
3) 3) The second valuation discrepancy is based on the failure to take into account the FTT ticker, which amounts to 362.6111417 tickers for a total amount of US $ 8,006.45 (price in US dollars at the opening of the stock markets on November 8, 2022).

I hope that these documents will be sufficient to support my proof of claim. I am willing to provide any additional information or answer any questions you may have.

Thank you for your attention to this matter.

Sincerely,

**Mr Jean-Claude ROLAND**

Enc. the above-mentioned documents (1 page)

**FTX Trading Ltd. 22-11068 (KBO)**

**Claim number: 1141 - Claimant's name: Roland, Jean-Claude - Debtor: FTX Trading Ltd.**

Number of tickers held by FTX sub-accounts
(data extracted via screenshots from the FTX exchange platform on November 8, 2022, at 3:40 p.m.)

Prices on November 8, 2022, (opening day prices)

| Ticker | Ticker Quantity | sub-account Main account | sub-account CryptoTrader | sub-account Ex-IG | sub-account FTT pour Frais | sub-account PSY-IEO | Global $ valuation | Unit $ valuation ticker |
|---|---|---|---|---|---|---|---|---|
| AAVE | 7,27069479 | 7,27069479 | | 0 | | | $ 635,68 | $ 87,43 |
| ATOM | 82,70714848 | 82,64425011 | 0 | 0,06289837 | | | $ 1 181,06 | $ 14,28 |
| AVAX | 20,77685145 | 20,77685145 | 0 | | | 0 | $ 375,02 | $ 18,05 |
| BAL | 0 | 0 | | | 0 | | $ - | |
| BAND | 0 | 0 | | | 0 | | $ - | |
| BNB | 0 | 0 | | | 0 | | $ - | |
| BTC | 0,34349983 | 0,34349983 | 0 | | | 0 | $ 7 075,41 | $ 20 598,00 |
| BULL | 0,09502047 | 0,09502047 | | | | | $ 9,59 | $ 100,93 |
| CHZ | 0 | 0 | | 0 | | | $ - | |
| ETH | 30,01081703 | 30,01081703 | 0 | 0 | | 0 | $ 47 116,68 | $ 1 569,99 |
| ETHW | 1,93169477 | 1,93169477 | | | | | $ 11,71 | $ 6,06 |
| EUR | 47,02523007 | 47,02523007 | | | | | $ 47,11 | $ 1,00 |
| FTT | 362,6111417 | 0 | | 362,6111417 | | 0 | $ 8 006,45 | $ 22,08 |
| HNT | 0 | 0 | | | | | $ - | |
| LINK | 41,35697605 | 41,35697605 | 0 | 0 | | | $ 367,25 | $ 8,88 |
| LTC | 0 | 0 | | 0 | | | $ - | |
| MATIC | 2633,240709 | 2633,240709 | 0 | 0 | | | $ 3 291,55 | $ 1,25 |
| RAY | 60,40347802 | 60,40347802 | | | | 0 | $ 28,96 | $ 0,48 |
| SNX | 0,00002187 | 0,00002187 | | | | | $ - | |
| SOL | 87,16997109 | 87,16997109 | 0 | 0 | | 0 | $ 2 575,87 | $ 29,55 |
| STETH | 15,2405706 | 15,2405706 | | | | | $ 23 842,81 | $ 1 564,43 |
| USD | 54757,06156 | 0,07741209 | 54757,31378 | | 0,00000441 | | $ 54 757,06 | $ 1,00 |
| USDT | 131,4693224 | 131,4693224 | 0 | -0,32963156 | | 4,00E-08 | $ 131,60 | $ 1,00 |
| VETBULL | 5676,028375 | 5676,028375 | 0 | 0 | | | $ 0,75 | $ 0,00 |
| YFI | 0 | 0 | | 0 | | | $ - | |
| **TOTALS** | **63954,74308** | | | | | | **$ 149 454,56** | |

**FTX Trading Ltd. 22-11068 (KBO)**
**Omni181_0064**
**Schedule 1 - Modified Claims**

| Ticker | Ticker Quantity | Global $ valuation | Unit $ valuation ticker |
|---|---|---|---|
| AAVE | 7,270694794 | $ 464,75 | $ 63,92 |
| ATOM | 82,70714848 | $ 959,33 | $ 11,60 |
| AVAX | 20,77685145 | $ 294,85 | $ 14,19 |
| BAL | 9,5E-09 | | |
| BAND | 1,07472E-08 | | |
| BNB | 8,64461E-09 | | |
| BTC | 0,343499851 | $ 5 795,40 | $ 16 871,62 |
| BULL | 0,095020475 | $ 4,45 | $ 46,83 |
| CHZ | 0 | | |
| ETH | 30,25667563 | $ 38 088,31 | $ 1 258,84 |
| ETHW | 1,931694776 | $ 8,02 | $ 4,15 |
| EUR | 47,02523008 | $ 48,01 | $ 1,02 |
| FTT | 362,6111417 | $ - | |
| HNT | 2,16912E-09 | | |
| LINK | 41,35697606 | $ 280,95 | $ 6,79 |
| LTC | 6,9776E-09 | | |
| MATIC | 2633,240709 | $ 2 703,11 | $ 1,03 |
| RAY | 60,40347802 | $ 15,30 | $ 0,25 |
| SNX | 0,000021875 | $ - | |
| SOL | 87,1699711 | $ 1 416,26 | $ 16,25 |
| STETH | 15,2405706 | $ 19 088,28 | $ 1 252,46 |
| USD | 54757,06146 | $ 54 757,06 | $ 1,00 |
| USDT | 131,4693225 | $ 131,15 | $ 1,00 |
| VETBULL | 5676,028375 | $ 0,27 | $ 0,00 |
| YFI | 4,00000E-10 | | |
| **TOTALS** | **63954,98884** | **$ 124 055,50** | |

| Ticker | Global $ valuation Differences | Unit $ valuation ticker Differences |
|---|---|---|
| AAVE | -$170,93 | -$23,51 |
| ATOM | -$221,73 | -$2,68 |
| AVAX | -$80,17 | -$3,86 |
| BAL | | |
| BAND | | |
| BNB | | |
| BTC | -$1 280,01 | -$3 726,38 |
| BULL | -$5,14 | -$54,09 |
| CHZ | | |
| ETH | -$9 028,37 | -$311,15 |
| ETHW | -$3,69 | -$1,91 |
| EUR | $0,90 | $0,02 |
| FTT | -$8 006,45 | -$22,08 |
| HNT | | |
| LINK | -$86,30 | -$2,09 |
| LTC | | |
| MATIC | -$588,44 | -$0,22 |
| RAY | -$13,66 | -$0,23 |
| SNX | | |
| SOL | -$1 159,61 | -$13,30 |
| STETH | -$4 754,53 | -$311,97 |
| USD | $0,00 | $0,00 |
| USDT | -$0,45 | $0,00 |
| VETBULL | -$0,48 | -$0,00 |
| YFI | | |
| **Total** | **-$25 399,06** | |

My postal address:
Mr Jean-Claude ROLAND
10 rue Vincent d'Indy
91590 Guigneville-sur-Essonne
FRANCE

My E-mail addresses:
roland.j-c@orange.fr
or
jcroland91@gmail.com

My phone N°:
+33 6 70 53 ...





Clerk of the United States Bankruptcy Court
for the District of Delaware
c/o Kroll Restructuring Administration LLC
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
U.S.A

MR. Jean-Claude ROLAND

---

CN07 - V4 - MSR 2A - 23-10323 - 11/23

LA POSTE

AVIS DE RÉCEPTION / ADVICE OF RE...

La Poste - SA au capital de 5 857 785 892 euros - 356 000 000 RCS PARIS - Siège social : 9 RUE DU COLONEL PIERRE AV...