# EXHIBIT A

M&M FTX Customers Unable to Log Into KYC Portal Following Request for Assistance from FTX Support on 2/27/2025 & 2/28/2025 *

| FTX Customer Name | Total Claim Amount |
|---|---:|
| Lewis Brown | $22,146.30 |
| Junist Aurelien | $6,700.00 |
| Andrew Craig | $465,795.00 |
| Kevin Totten | $25,000.00 |
| Mark Marra | $10,405.50 |
| Philip Knowles | $10,000.00 |
| Surya Kalyana | $2,703.09 |
| Mark Palomba | $500,000.00 |
| Kristopher Lewis | $1,733.20 |
| Kabinga, Kay | $135,000.00 |

* Claim number shall be provided upon request by the Court or counsel for Debtor

M&M FTX Customers - Unable to Comply with KYC Requirements Before June 1, 2025 Claims Bar Deadline Following Request for Assistance from FTX Support on 2/27/2025 & 2/28/2025 *

| FTX Customer Name | Total Claim Amount |
|---|---:|
| Alam, Mashood | $7,332.85 |
| Albaine, Jean | $10,000.00 |
| Aper, Rusty | $15,000.00 |
| Apolo, Jonah | $100,000.00 |
| Applegate, Benjamin | $1,427.23 |
| Arevalos, Robert | $25,000.00 |
| Ayadi, Haithem | $50,000.00 |
| Ayala, Carlos | $25,000.00 |
| Ayers, Jacob | $1,762.52 |
| Bailey, Raynard | $25,000.00 |
| Bakx, Cody | $4,508.61 |
| Ball, Brett | $25,000.00 |
| Benitez, Orlando | $25,000.00 |
| Chanes, Steven | $25,000.00 |
| Chawla, Karan | $500,000.00 |
| Chen, Yee | $1,635.04 |
| Cobb, Bennie | $25,000.00 |
| Collado, Christopher | $303.46 |
| Columnas, Kevin | $5,000.00 |
| Connolly, Ryan | $16,875.00 |
| Dale, Arsenio | $25,000.00 |
| Daniel, Gregg | $2,500.00 |
| Deal, Colton J. | $5,000.00 |
| DeAngelis, Scott | $25,000.00 |

| | |
|---|---:|
| DeBonis, Matthew | $7,870.74 |
| Estrella, Jose | $25,000.00 |
| Fair, Scott | $25,000.00 |
| Fanning, Alex | $2,000.00 |
| Ferrante, Gianni | $25,000.00 |
| Forbes, Damian | $500,000.00 |
| Freireich, Samuel | $25,000.00 |
| Galindo, Kameron | $25,000.00 |
| Ghobrial, Mark | $5,168.52 |
| Gil, Jose | $25,000.00 |
| Glasson, Dominic | $520.54 |
| Gwaltney, Gavin | $25,000.00 |
| Ha, Lance | $25,000.00 |
| Henry, Josiah | $1,300.00 |
| Her, Chaming | $1,148.51 |
| Heredia, Luis | $25,000.00 |
| Householder, Nicholas | $5,005.04 |
| Hubbard, Samuel | $25,000.00 |
| Hughes, Alexander | $25,000.00 |
| Humphrey, David | $2,000.00 |
| Hurlock, Omar | $1,000.00 |
| Hurtado, Marco | $1,000.00 |
| Irwin, Eric | $25,000.00 |
| Ishola, Saeed | $100,000.00 |
| Jacobs, Angel | $25,000.00 |
| Jensen, Jon | $5,888.00 |
| Jones, Guy | $10,000.00 |
| Kabinga, Kay | $135,000.00 |
| Kalil, Kristian | $24,572.70 |
| Kalyana, Surya | $2,703.09 |
| Kamiksisian, Harout | $2,681.49 |
| Knight, Brandon | $25,000.00 |

| Name | Amount |
|---|---:|
| Lee, Murray | $5,000.00 |
| Longval, Matthew | $22,095.38 |
| Lopin, Eugene | $25,002.01 |
| Louis, Zane | $499.91 |
| Ma, Kelvin | $8,384.23 |
| Maldonado, Pablo | $25,000.00 |
| Margolis, Daniel Everette | $25,000.00 |
| McClure, Thomas | $25,000.00 |
| Mcdaniel, Edward Joshua | $25,000.00 |
| Mclaughlin, Ryan | $25,000.00 |
| Meehan, Ryan | $1,954.79 |
| Morales, Carlos | $500,000.00 |
| Moreno, Orlando | $100,000.00 |
| Motta, Aaron | $25,000.00 |
| Muntaser, Fady | $25,000.00 |
| Myers, Justin | $25,000.00 |
| Myszka, Tyler Austin | $864.75 |
| Navarro, Dilan | $25,000.00 |
| Nemer-Kaiser, Brian | $25,000.00 |
| Nguyen, Huy | $60,000.00 |
| Nystrom, Trevor Lee | $100,000.00 |
| Olsen, Andreas | $5,290.75 |
| Omobhude, Ehis | $25,000.00 |
| Ortikov, Sanjar | $25,000.00 |
| Ostorga, Paulino | $500,000.00 |
| Padacheril, Sunil | $25,000.00 |
| Padilla, Wilmar | $25,000.00 |
| Pal, Leslie Powellcraft | $500,000.00 |
| Palazzo, Brian | $25,000.00 |
| Patel, Mihir | $25,000.00 |
| Patrick, Ryan | $25,000.00 |
| Paulson, Cody | $25,000.00 |

| Name | Amount |
|---|---|
| Powers, Michael | $25,000.00 |
| Prince, Shawn | $25,000.00 |
| Pursley, Tanner Kye | $25,000.00 |
| Reyes, Ramon | $1,260.00 |
| Richardson III, Anthony A | $25,000.00 |
| Rocco, Chase | $2,400.00 |
| Rodriguez-Novas Catala, Manuel | $869.38 |
| Romero, Juan | $5,000.00 |
| Santoro, Phil | $72,500.00 |
| Schantz, Christian Thomas | $25,000.00 |
| Schilling, Kristopher | $100,000.00 |
| Scott, Derrick | $500,000.00 |
| Shbib, Basel | $25,000.00 |
| Smith, Bradon Matthew | $25,000.00 |
| Spann, Nicholas | $25,000.00 |
| Spittle, James | $5,000.00 |
| Srungavarapu, Pruthvi | $25,000.00 |
| Staniscia, Corey | $10,000.08 |
| Steidley, Brandon | $25,000.00 |
| Swithenbank, Nicholas | $25,000.00 |
| Todisco, Spencer | $25,000.00 |
| Torres, Brent | $20,174.59 |
| Tramblay, Alec | $25,000.00 |
| Waters, Dominic | $25,000.00 |
| Worgull, Dawson | $2,248.93 |
| Wright, Daniel Spike | $25,000.00 |
| Yates, Masen | $2,316.12 |

\* Claim number shall be provided upon request by the Court or counsel for Debtor

M&M FTX Customers - Disputed Claims- Potentially Unable to Comply With KYC Requirements Before June 1, 2025, Claims Bar Deadline Following Request for Assistance From FTX Support on 2/27/2025 & 2/28/2025*

| FTX Customer Name | Total Claim Amount |
|---|---:|
| Alberti, Victor | $25,000.00 |
| Alonso, Manuel | $25,000.00 |
| Anderson, Michael | $25,000.00 |
| Bartley, Landon | $15,000.00 |
| Betti, Gregory | $500,000.00 |
| Brown, David | $4,762.00 |
| Brown, Tyler | $25,000.00 |
| Buckley, Michael | $463,000.00 |
| Butrus, Michael | $100,000.00 |
| Caravella, Nicholas | $25,000.00 |
| Chern, John | $25,000.00 |
| Chumoviskiy, Dmitry | $25,000.00 |
| Clark, John | $2,266.48 |
| Cobb, Bennie | $25,000.00 |
| Cole, Cornelius | $25,000.00 |
| Craig, Andre | $465,795.00 |
| Diallo, Souleymane | $13,000.00 |
| Ferrari, Manolo de | $16,846.70 |
| Franklin, Stephen | $25,000.00 |
| Franks, Cody | $5,000.00 |
| Franta, Phillip | $14,000.00 |
| Freeland, Jared | $25,000.00 |
| Gardner, Travis | $500,000.00 |
| Gershon, Ben | $25,000.00 |

| | |
|---|---:|
| Golay, Steven | $100,000.00 |
| Gummow, Matt | $5,000.00 |
| Gutierrez, Jose | $5,000.00 |
| Guy, Demorrious | $100,000.00 |
| Haddad, Yazen | $25,000.00 |
| Harris, Tommy | $25,000.00 |
| Hash, Timothy | $500,000.00 |
| Hernandez, Pedro | $25,000.00 |
| Herrera, Diana | $25,000.00 |
| Higashino, James | $25,000.00 |
| Howard, Michael | $25,000.00 |
| Jacques, Seth Louis | $25,000.00 |
| Jones, Kenneth | $100,000.00 |
| Justiniano, Edwin | $25,000.00 |
| Karney, Patrick Franklin | $1,254.41 |
| King, Wahaj | $25,000.00 |
| Knowles, Philip | $10,000.00 |
| Knox, Lquil | $25,000.00 |
| Koran, Michael | $5,000.00 |
| Lester, Jeffrey | $10,000.00 |
| Marble, Kevin | $25,000.00 |
| Martinez, John Paul | $25,000.00 |
| McNamara, Jay | $5,000.00 |
| Metcalf, Stephen | $25,000.00 |
| Miller, Justin | $25,000.00 |
| Moore, Sinjin | $5,000.00 |
| Nichols, John | $25,000.00 |
| Richter, Jibreel | $25,000.00 |
| Robertson, Jeremy | $15,000.00 |
| Ruffins, Dustin | $25,000.00 |
| Russell, Zechariah | $500,000.00 |
| Sagastizado, Santos Antonio | $25,000.00 |
| Sale, Kenny | $25,000.00 |

| | |
|---|---|
| Saxon, Daelon | $2,795.00 |
| Schleicher, Tyler | $25,000.00 |
| Schmidt, Peter | $25,000.00 |
| Shadis, Jesse | $25,000.00 |
| Smith, Joshua | $25,000.00 |
| Sotillet Rojas, Luis | $25,000.00 |
| Squitieri, Nicholas | $557.32 |
| Stamps, John | $25,000.00 |
| Swift, Rickey | $25,000.00 |
| Taylor, Zachary | $25,000.00 |
| Thomas, Derrick | $25,000.00 |
| Vanegas, Justin | $15,000.00 |
| Vogel, Michael | $4,002.02 |
| Wells, Damian | $50,000.00 |
| White, Courtney | $25,000.00 |
| Wilson, David | $25,000.00 |
| Woodruff, Nick | $25,000.00 |
| Woods, Craig | $100,000.00 |
| Zhu, Chenxi | $25,000.00 |
| Young, Karyn | $130,000 |

\* Claim number shall be provided upon request by the Court or counsel for Debtor

## M&M FTX Customers - Completed KYC *

| FTX Customer Name | Total Claim Amount |
|---|---:|
| Akmyradov, Chary | $2,028 |
| Alhassan, Samer | $175,000.00 |
| Apiou, Josias | $604.15 |
| Aquino-Quiroz, Enrique | $91,835.63 |
| Arazmo, Dominic | $8,320.66 |
| JOSEPH, BARTHLEY | $100,000.00 |
| Bent, Blake | $4,541.44 |
| Bernstein, Joey | $25,000.00 |
| Berry, Andrew | $3,123.49 |
| Bhatt, Nimish | $25,000.00 |
| Bonilla Alexander, Douglas | $9,000.00 |
| Cirillo, Matthew | $28,947.28 |
| Cohen, Jonathan | $1,000.00 |
| Daniel, Horace | $25,000.00 |
| Delcore, Joseph | $25,000.00 |
| Delgado, Leonard | $9,604.37 |
| Dickinson, Joseph | $25,000.00 |
| Duque, Cameron | $25,000.00 |
| Elkins, Samuel Christopher | $12,342.82 |
| Garcia, Ricardo Licona | $219.55 |
| Giles, Dangelo | $7,000.71 |
| Gonzalez, Marc Rene | $1,553.23 |
| Guzman, Luis | $1,000.00 |
| Hall, Jermal | $25,000.00 |
| Ham, Jae | $12,400.00 |
| Hawkins, Ariel | $18,000.00 |
| Khachadour, Leon | $476.43 |
| Lasalandra, Vito | $100,000.00 |
| Lee, Joe | $1,046.16 |
| Liebenauer, Eric | $29,630.45 |

| Name | Amount |
|---|---:|
| Marcu, Joshua | $3,497.74 |
| Mclain, Ryan | $25,000.00 |
| Mecklenburg, William | $1,000.00 |
| Molina, Cameron | $25,000.00 |
| Moroian, Eduardo | $10,000.00 |
| Nieters, Ty | $2,393.10 |
| Padilla, Mark | $25,000.00 |
| Pajares, Julber | $13,192.07 |
| Papoulis, John | $100,000.00 |
| Parshall, Joel | $5,000.00 |
| Perez, Pedro | $2,952.86 |
| Pichardo, Jose | $2,000.00 |
| Pigurina, Juan Antonio | $25,000.00 |
| Pizzoferrato, Joseph | $25,000.00 |
| Race, Thompson | $25,000.00 |
| Rancel, Alexander | $2,679.52 |
| Randolph, Carter | $4,000.00 |
| Robinson, Matthew | $25,000.00 |
| Roosta, Hootan | $5,000.00 |
| Roper, Phillip | $25,000.00 |
| Rubio, Wilber | $1,747.98 |
| Russo, Asten | $4,600.00 |
| Sarmini, Bilal Mahmoud | $25,000.00 |
| Serajian, Vahid | $3,025.12 |
| Shapiro, Matthew | $28,327.68 |
| Sharif, Gabriele | $5,657.15 |
| Sheetz, Adam | $10,000.00 |
| Shuvo, Mdnasirul | $500,000.00 |
| Stellwagen, Henry | $3,130.21 |
| Switzer, Bruce | $4,744.93 |
| Valero, Rene III | $25,000.00 |
| Wagner, Parker | $2,712.86 |

| | |
|---|---:|
| Yanez, Diego | $2,490.45 |
| Zori, Facundo | $20,000.00 |

\* Claim number shall be provided upon request by the Court or counsel for Debtor