# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTIRCT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| FTX TRADING, LTD., *et al.* | CASE NO. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| _____/ | |

## DECLARATION OF BENJAMIN WEBSTER

I, Benjamin Webster, hereby declare under penalty of perjury:

1. I am over the age of 18, have personal knowledge of the matters set forth below, and am otherwise competent to testify as to the matters set forth in this Declaration.

2. I am an attorney at Morgan & Morgan, P.A. ("Morgan & Morgan") and in charge of running the department at Morgan & Morgan that represents the clients discussed below.

3. To the best of my knowledge and belief, each of the FTX Customer Clients listed on the attached Exhibit A and on the Rule 2019 Statement, signed a written "Engagement Agreement" with Morgan & Morgan for my firm to represent them in connection with the FTX Bankruptcy Case.

I hereby declare, verify, certify and state, under penalty of perjury that the

1

foregoing is true and correct.

Executed on: July 29, 2025

_____
Benjamin Webster