# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTIRCT OF DELAWARE

In re:                                          CHAPTER 11

FTX TRADING, LTD., *et al.*                     CASE NO. 22-11068 (KBO)

              Debtors.                     (Jointly Administered)

_____/

## DECLARATION OF PAITYN NELSON

I, Paityn E. Nelson, declare that I have read the following declaration and that the facts stated in it are true, except when a verification on information or belief is permitted by law, in which words "to the best of my knowledge and belief" have been added.

1.      I am over the age of eighteen years, a resident of Orange County, Florida, and am otherwise competent to testify as to the matters set forth in this Declaration.

2.      I am a Paralegal at Morgan & Morgan, P.A. ("M&M") and have personal knowledge of the matters set forth below.

3.      To the best of my knowledge and belief, there are over three hundred (300) FTX customers that signed up as clients at M&M ("M&M FTX Customers") seeking representation in the FTX Trading, LTD Bankruptcy Case (the "FTX Case").

4.      I have been working on the FTX Case with Attorney Amir Isaiah of

1

Morgan & Morgan, P.A. representing M&M FTX Customers with their claims in the FTX Case.

5.    Over the past months, I have personally assisted M&M FTX Customers in their efforts to comply with their respective KYC requirements, and in communications with FTX Support, regarding various issues M&M FTX Customers have faced.

6.    Over the past months, I have personally communicated with FTX Support (via support@ftx.com) and/or Counsel for FTX, regarding various issues faced by M&M FTX Customers, including not being able to log into their respective account or access their respective KYC portal.

Under penalty of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true, except when a verification on information or belief is permitted by law, in which the case the words "to the best of my knowledge and belief" has been added.

Paityn Nelson

Paityn E. Nelson

Dated: July 29 , 2025