**CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2025, I caused a true and correct copy of the *Amended Motion to Extend Time to Complete KYC Requirements as to Morgan & Morgan P.A. Clients Who Are Bone Fide FTX Customers* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties below via electronic mail:

| | |
|---|---|
| LANDIS RATH & COBB LLP<br>Adam G. Landis<br>Matthew B. McGuire<br>Kimberly A. Brown<br>Matthew R. Pierce<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com<br>mcguire@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com | SULLIVAN & CROMWELL LLP<br>Stephanie G. Wheeler<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, NY 10004<br>E-mail: wheelers@sullcrom.com<br>gluecksteinb@sullcrom.com |
| Office of the United States Trustee<br>Benjamin A. Hackman<br>Jonathan Lipshie<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov<br>jon.lipshie@usdoj | |

Dated: July 29, 2025

                                            */s/ Margaret M. Manning*
                                            Margaret M. Manning (DE 4183)