# EXHIBIT B

Docusign Envelope ID: C1DE66C7-9574-4BF0-844C-CD447B1C1AAB

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTIRCT OF DELAWARE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| FTX TRADING, LTD., *et al.* | CASE NO. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

_____/

**<u>DECLARATION OF BENJAMIN WEBSTER</u>**

I, Benjamin Webster, hereby declare under penalty of perjury:

1.      I am over the age of 18, have personal knowledge of the matters set forth below, and am otherwise competent to testify as to the matters set forth in this Declaration.

2.      I am an attorney at Morgan & Morgan, P.A. ("Morgan & Morgan") and in charge of running the department at Morgan & Morgan that represents the clients discussed below.

3.      To the best of my knowledge and belief, each of the FTX Customer Clients listed on the attached <u>Exhibit A</u> and on the Rule 2019 Statement, signed a written "Engagement Agreement" with Morgan & Morgan for my firm to represent them in connection with the FTX Bankruptcy Case.

I hereby declare, verify, certify and state, under penalty of perjury that the

1

Docusign Envelope ID: C1DE66C7-9574-4BF0-844C-CD447B1C1AAB

foregoing is true and correct.

Executed on: July 29, 2025

_____
Benjamin Webster