IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>Related DI No. \_\_\_\_ |

**ORDER GRANTING AMENDED MOTION TO APPEAR REMOTELY
VIA VIDEO CONFERENCE**

Upon the *Amended Motion to Appear Remotely Via Video Conference* ("Motion")[2] filed by the M&M FTX Customers seeking entry of an order allowing their counsel at Morgan & Morgan PA, to appear via video conference for the hearing scheduled for August 12, 2025, and all future hearings in the above-captioned chapter 11 proceedings; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the M&M FTX Customers having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and no objections to the Motion having been filed with this Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED AND DECREED THAT:

1. The Motion is granted as set forth herein.

2. Counsel for M&M FTX Customers at Morgan & Morgan PA are permitted to appear via video conference for the hearing scheduled for August 12, 2025, and all future hearings in the above-captioned Chapter 11 proceedings.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.