**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br>     Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>Hearing Date: August 12, 2025 at 9:30 am (ET)<br>Objection Deadline: August 5, 2025 at 4:00 pm (ET) |

**NOTICE OF AMENDED MOTION TO APPEAR REMOTELY VIA**
**VIDEO CONFERENCE**

 **PLEASE TAKE NOTICE** that on July 29, 2025, the M&M FTX Customers, by and through undersigned counsel filed the *Amended Motion to Appear Remotely Via Video Conference* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

 **PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **August 5, 2025, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

 **PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is scheduled for **August 12, 2025,** at **9:30 am (ET)** before the Honorable Karen B. Owens, Chief Judge, in Courtroom No. 3, 6th Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

 **IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: July 29, 2025            GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Margaret M. Manning*
Michael Busenkell (DE 3933)
Margaret M. Manning (No. 4183)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
mmanning@gsbblaw.com

By: */s/ Amir Isaiah*
Amir A. Isaiah
Florida Bar No. 32101
MORGAN & MORGAN, P.A.
2O North Orange Avenue, 16th Floor
Orlando, FL 32801
Office: (407) 867-4825
isaiah@forthepeople.com

*Counsel to the M&M FTX Customers*