Moises Montano Ruiz
226 Mortimer lane
Marina, CA 93933
Montano55927@gmail.com
831-884-6640

July 26, 2025

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

RECEIVED
2025 JUL 29 P 12: 16
CLERK
US BANKRUPTCY COURT

Re: Late-Filed Proof of Claim — FTX Trading Ltd. (Case No. 22-11068-JTD)

Dear Clerk of the Court,

Please find enclosed the following documents for submission in the above-captioned case:
  1.   Motion to Allow Late-Filed Proof of Claim (signed)
  2.   Proof from my former educational institution confirming the deletion of my school-issued email address on May 31, 2022
  3.   (Optional) Any additional supporting documents or references

I respectfully request that this motion and its attachments be filed and forwarded to the appropriate party for review. Please feel free to contact me if further information is required.

Thank you for your time and assistance.

Sincerely,
Moises Montano Ruiz

*[signature]*

Moises Montano Ruiz
226 Mortimer Lane
Marina, CA 93933
831.884.6640
montano55927@gmail.com

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:
FTX TRADING LTD., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (JTD)

---

MOTION TO ALLOW LATE-FILED PROOF OF CLAIM

I, Moises Montano Ruiz, respectfully submit this motion to allow the late filing of my proof of claim in the above-captioned matter.

   1.   I held digital assets (cryptocurrency) on the FTX platform prior to its collapse and bankruptcy filing.
   2.   My FTX account was registered under a school-issued email address, which was deactivated upon my graduation from that institution.
   3.   Because my email address had been shut down, I did not receive notice of the FTX bankruptcy, including the bar date, or any communications from the FTX Recovery Trust or Kroll regarding claim procedures.
   4.   I filed a proof of claim on July 21, 2025, shortly after learning about the claims process. Unfortunately, the court had entered an order on July 17, 2025 disallowing late claims.
   5.   I respectfully ask the Court to consider my circumstances and allow my claim due to lack of proper notice, which was outside of my control.
   6.   I did not willfully delay or ignore the process, and I filed as soon as I learned I had the opportunity to recover my assets. Allowing my claim would serve the interest of fairness and justice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 26th, 2025
Signed: _____
Print Name: Moises Montano Ruiz

 Moises Montano <montano55927@gmail.com>

## Information Request: CSUMB Alumni Email Communications

**CSUMB Alumni** <alumni@csumb.edu>  Fri, Jul 25 at 4:54 PM
To: Montano55927@gmail.com <montano55927@gmail.com>

Hello -

Thank you for reaching out this morning. I was able to track down an email that was sent to alumni regarding the shutting off of their @csumb.edu emails. Hopefully this is along the lines of what you may have needed. Please let us know if you have any additional questions.

Thank you,

CSUMB Alumni Relations

On Tue, May 24, 2022 at 8:02 AM CSUMB Information Security <informationsecurity@csumb.edu> wrote:

# California State University, Monterey Bay

# Dear Alumni Association member,

We regret that CSUMB can no longer offer alumni email accounts. This change is necessary because of increases in cyberattacks against institutions of higher education.

To assist you with this transition, members of the Alumni Association have until May 31 to:

1. Transfer all documents and emails to a personal email account or file storage service
2. <u>Update your preferred email address</u> with the CSUMB Alumni Association

The <u>Checklist for Students Graduating or Leaving CSUMB</u> contains directions on how to export and download your data from Gmail.

Active employees and enrolled students are not affected by this change and will continue to access all Google Workspace tools and storage and other web services offered by CSUMB.

### Still want to show Otter pride with an email address?

Going forward, current and past alumni have the option to use a free email forwarding address that ends with **@alumni.csumb.edu**. Complete the <u>Information Update Form</u>, and you will receive confirmation in seven to ten business days that your new CSUMB alumni email address is ready to use.

Thank you,

**Information Security Office**
**Division of Information Technology**
**California State University, Monterey Bay**

   

Apply  |  Explore  |  Give



This email was sent to: nchico@csumb.edu

This email was sent by: California State University, Monterey Bay

100 Campus Center Seaside, CA 93955-8001 US

We respect your right to privacy. View our policy.

Manage Subscriptions | Update Profile | Unsubscribe

########

--

Office of Alumni Relations
California State University, Monterey Bay
Alumni & Visitor Center
100 Campus Center
Seaside, CA 93955

CSUMB.EDU/alumni

Phone: 831-582-GRAD (4723)
Fax: 831-582-4117

Find us on:
Facebook
LinkedIn
Twitter

