**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on July 29, 2025, a true and correct copy of *Claimant No. 911658 First Set of Discovery Requests to the FTX Recovery Trust* was served upon the parties listed below in the manner indicated.

*Via Email*
Bradley A. Harsch, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY   10004
Email:  harschb@sullcrom.com

*Via Email*
Matthew R. Pierce, Esq.
Elizabeth A. Rogers, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE   19801
Email:  pierce@lrclaw.com
       erogers@lrclaw.com

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated:  July 30, 2025
          Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Shannon A. Forshay*
R. Stephen McNeill (No. 5210)
Shannon A. Forshay (No. 7293)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: rmcneill@potteranderson.com
         sforshay@potteranderson.com

*Counsel for Claimant*