**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: September 11, 2025 at 1:00 p.m. (ET)** |
| | **Objections due by: August 18, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION BY CLAIMANT LAWRENCE D. VAN DYN HOVEN TO RECONSIDER CUSTOMER CLAIM NO. 98560, EXTEND THE APPLICABLE BAR DATE AND ALLOW THAT CLAIM, OR, IN THE ALTERNATIVE, TO EXTEND THE APPLICABLE BAR DATE AND ALLOW NON-CUSTOMER CLAIM NO. 100112**

To:  (a) counsel for the FTX Recovery Trust; (b) the U.S. Trustee; (c) counsel to the Committee; (d) any interested or affected governmental or regulatory entity, including the Internal Revenue Service, the Securities and Exchange Commission and the United States Department of Justice; (e) any other party that has requested notice pursuant to Bankruptcy Rule 2002.

PLEASE TAKE NOTICE that the **Motion by Lawrence D. Van Dyn Hoven to Reconsider Customer Claim No. 98560, Extend the Applicable Bar Date, and Allow That Claim, or, In the Alternative, To Extend the Applicable Bar Date and Allow Non-Customer Claim No. 10012** (the "Motion") was filed on August 1, 2025, with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed on or before **August 18, 2025 at 4:00 p.m. (ET)** with the United States Bankruptcy Court for the District of Delaware at 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection or response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE MOTION IS SCHEDULED FOR **SEPTEMBER 11, 2025 AT 1:00PM (ET)** BEFORE THE HONORABLE KAREN B. OWENS, CHIEF UNITED STATES BANKRUPTCY JUDGE, IN

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

    PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

    */s/ Alexander Chiquoine*
Alexander D. Chiquoine (MN #0396420)
Leif T. Simonson (NY #4173316; MN #0389764)
McGOVERN WEEMS LLC
3 Columbus Circle, 15th Floor
New York, NY 10019
alec@mcgovernweems.com
leif@mcgovernweems.com
Tel.: (312) 550-6895 (Alec)
      (612) 418-4271 (Leif)

*Attorneys for Claimant Lawrence Van Dyn Hoven*