IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. No. ___ |

**ORDER GRANTING MOTION OF CLAIMANT LAWRENCE D. VAN DYN HOVEN TO RECONSIDER CUSTOMER CLAIM NO. 98560, EXTEND THE APPLICABLE BAR DATE, AND ALLOW THAT CLAIM, OR, IN THE ALTERNATIVE, TO EXTEND THE APPLICABLE BAR DATE AND ALLOW NON-CUSTOMER CLAIM NO. 10012**

Upon consideration of the *Motion of Claimant Larry Van Dyn Hoven to Reconsider Customer Claim No. 98560, Extend the Applicable Bar Date, and Allow That Claim, Or, In the Alternative, to Extend the Applicable Bar Date and Allow Non-Customer Claim No. 10012* (the "Motion"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Objection in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and the Court having reviewed the Motion, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted; and after due deliberation and sufficient cause appearing therefore;

    IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as and to the extent set forth herein.
2. Claim No. 98560 is hereby reconsidered.
3. The Bar Date as to Claim No. 98560 is hereby extended and such Claim is deemed timely.
4. Upon reconsideration, Claim No. 98560 is hereby allowed.

[In the alternative:]

1. The Motion is GRANTED as and to the extent set forth herein.
2. The Bar Date as to Claim No. 100112 is hereby extended and such Claim is deemed timely.
3. Claim No. 10012 is hereby determined to be a Customer Claim.
4. FTX Trust's objection to such Claim [D.I. 31060] is hereby overruled.
5. Claim Number 100112 is hereby allowed as a Customer Clai.

Dated: _____
    Wilmington, Delaware

    _____
    The Honorable Karen B. Owens
    Chief United States Bankruptcy Judge