# EXHIBIT G

From: **FTX Info** <FTXInfo@duffandphelps.mail.onmicrosoft.com>
Date: Mon, Dec 16, 2024 at 7:15 AM
Subject: Automatic reply: [EXTERNAL] "Larry Van Dyn Hoven - Dispute Resolution Letter"
To: Larry Van Dyn Hoven <██████████@gmail.com>

Thank you for your email.

For information regarding the FTX Debtors' Chapter 11 proceedings, please visit https://restructuring.ra.kroll.com/FTX . We have developed Frequently Asked Questions available under the "Quick Links" section of the website to assist with customer concerns. We hope you find these useful for any questions you may have regarding the bankruptcy process.

Should you still require assistance after reading the Frequently Asked Questions, please reply to this email with the nature of the assistance needed and your phone contact information (including your local time zone). Depending on the nature of the assistance needed, we will respond in the most efficient manner, including by making updates to the Frequently Asked Questions, or by responding directly to you. Replying to this email will result in an identical autoreply, but please know that your email has been received.

Regards.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.