# EXHIBIT K

| | |
|---|---|
| From: | Larry Van Dyn Hoven |
| To: | ftxinfo@ra.kroll.com |
| Bcc: | Kate Lapin |
| Subject: | Re: [Please use support.ftx.com] Re: Re: REMINDER - FTX Customer Portal Pre-Distribution Requirements |
| Date: | Thursday, July 31, 2025 7:34:29 PM |

FTX Support,

Please see I'm forwarding my email per Maria in FTX Support as a non-customer claim.

Thank you for your prompt attention to this claim.

Larry Van Dyn Hoven

On Wed, Feb 5, 2025 at 9:08 AM FTX Support <support@ftx.com> wrote:

> ##- Please type your reply above this line -##
>
> Your request (281716) has been updated.
>
> To add additional comments, reply to this email.
>
> ---
>
>  **Maria (Please use support.ftx.com)**
> Feb 5, 2025, 07:08 PST
>
> Hi Larry,
>
> Thank you for reaching out.
>
> This sounds like a non-customer claim concern. For concerns regarding non-customer claims, please contact ftxinfo@ra.kroll.com.
>
> Thank you for understanding.
>
> FTX Customer Support





Larry Van Dyn Hoven

Feb 5, 2025, 07:02 PST

Dear FTX Customer Support,

I am in receipt of your email regarding the completion of the Know Your Customer (KYC) process, tax information submission, and onboarding with a distribution service provider. However, I would like to clarify my position in this matter.

I am not an FTX customer and do not hold an account on your platform. Rather, I submitted an FTX Proof of Claim because I was a victim of a trading scam, and based on the results of crypto transaction tracing, FTX was identified as the beneficiary of the stolen funds. Specifically, the scammers' wallet was found to be held within your platform, and as such, I believe FTX has a responsibility to address this matter.

Since I do not have an account to log into, I am unable to complete the steps outlined in your email. Please advise on the appropriate process for claimants in my situation who are seeking restitution for funds fraudulently transferred to FTX-related wallets.

I appreciate your prompt attention to this matter and look forward to your guidance on the next steps.

Best regards,
Larry Van Dyn Hoven

On Wed, Jan 29, 2025 at 10:02 PM FTX Support <support@ftx.com> wrote:



Dear Customer,

You are receiving this email in connection with the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26404-1] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

Our records indicate that you have not completed the Know Your Customer ("KYC") and sanctions screening process on the FTX Customer Portal. Please return to Step 3 on the FTX Customer Portal to complete your KYC.

Additionally, certain tax information is required to be provided in order for Distributions to be made. Once KYC is completed, please use Step 7 on the FTX Customer Portal to provide the requisite tax information on a completed, applicable IRS Form W-9 or IRS Form W-8. Once tax is completed, please use Step 8 to onboard with a distribution service provider ("Distribution Service Provider"). Customers may not receive a Distribution unless and until all of this information is provided.

For more information, please visit the FTX FAQs on Tax Requirements.

Please disregard this email if you have already completed Steps 3, 7 & 8 in the FTX Customer Portal.

**Important Note Regarding Distributions:** On December 16, 2024, the FTX Debtors announced BitGo and Kraken as official Distribution Service Providers to assist in Distributions to customers in supported jurisdictions. Additional Distribution Service Providers may be announced in the future.

The effective date of the Plan occurred on January 3, 2025. The initial distribution on account of allowed claims in class 7 (the "Convenience Classes") is expected to occur within 60 days of the effective date of the Plan.

**REMINDER: The deadline to select a Distribution Service Provider for holders of allowed claims in the Convenience Classes to be eligible for the Initial Distribution has passed. Any late selections of Distribution Service Providers may be eligible for subsequent Distributions (as permissible under the Plan).**

Customers in supported jurisdictions should proceed to the [FTX Customer Portal](#) to select a Distribution Service Provider. For more information, please visit the [FTX FAQs on Distributions](#).

Customer onboarding with a Distribution Service Provider is a necessary step for receiving any Distribution and cannot be completed until all KYC and tax requirements are satisfied. Any delay in providing such required information could jeopardize customers' ability to receive any Distribution in a timely manner, or at all, following the Effective Date of the Plan.

Thank you,

FTX Customer Support

> This email is a service from Please use [support.ftx.com](support.ftx.com). Delivered by [Zendesk](Zendesk)