# EXHIBIT L

| | |
|---|---|
| **From:** | FTX Trading Ltd. |
| **To:** | vandynhovenl@gmail.com |
| **Subject:** | Re: [EXTERNAL] Fwd: Scan from Amfam MFD |
| **Date:** | Wednesday, May 28, 2025 7:54:29 AM |

Lawrence,

Thank you for your inquiry.

Your claim withdrawal form has been received and will be processed accordingly.

Please note, this form is intended to withdraw a proof of claim form previously filed in the bankruptcy proceedings. This form is not intended to request a withdrawal of funds.

Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,


**Kroll Inquiries**
www.kroll.com


*Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.


--------------- Original Message ---------------
**From:** Larry Van Dyn Hoven [vandynhovenl@gmail.com]
**Sent:** 5/19/2025, 10:58 AM
**To:** ftxinfo@ra.kroll.com
**Subject:** Re: [EXTERNAL] Fwd: Scan from Amfam MFD

Kroll Inquiries,

The claim withdrawal form is intended to withdraw a claim submitted as a "Customer Claim, of which I am not. Please withdraw claim #98560.

Thank You,

Lawrence Van Dyn Hoven

On Mon, May 19, 2025 at 9:42 AM FTX Trading Ltd. <ftxinfo@ra.kroll.com> wrote:
> Lawrence,
>
> Thank you for your inquiry.
>
> Please note, the claim withdrawal form you have submitted is intended to withdraw a proof of claim form previously filed in the bankruptcy proceedings.  This form is not intended to request a withdrawal of funds.  Please confirm your intention.  If you intend to submit a proof of claim, please review the below information.
>
> The deadline for filing general proofs of claim was September 29, 2023, at 4 p.m. ET.  Kroll will continue to process claims as they are received; however, the debtors may object on the basis of lateness, among other reasons.
>
> To streamline the process for customers, the FTX Debtors created an online claims portal for customers at https://claims.ftx.com  The FTX Customer Claims Portal enables you to access your FTX account information, obtain historical information and account balance as of the petition date.
>
> Standard proof of claim forms and information regarding how to file a claim are available at https://restructuring.ra.kroll.com/FTX/EPOC-Index
>
> Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/
>
> PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases.  As such, we are not permitted to provide legal or financial advice.  Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.
>
> Regards,
>
> _____
>
> **Kroll Inquiries**
> www.kroll.com
>
>
> *Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.
>
>
> --------------- Original Message ---------------
>
> From: Larry Van Dyn Hoven [vandynhovenl@gmail.com]
> Sent: 5/9/2025, 11:52 AM
> To: ftxinfo@ra.kroll.com
> Subject: [EXTERNAL] Fwd: Scan from Amfam MFD
>
> FTX,
>
> Attached, please find a Claim Withdrawal form for claim #98560.
>
> Thank You,
>
> Lawrence Van Dyn Hoven
> This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure.

> Our Privacy Policy is available at <https://www.kroll.com/en/privacy-policy>.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.