# EXHIBIT A

# coinbase

**Transaction report for Larry Van Dyn Hoven**

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Coinbase Earn transactions, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

**Date range**

From: 2012-01-01T00:00:00Z

To: 2022-06-16T14:35:33Z

**Filter**

Type: all

Asset: all

**Customer**

vandynhovenl@gmail.com

621c192ae7a819e11cca3025

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-03-12T03:29:06Z | Buy | BTC | 0.00012764 | USD | 39172.55 | $5.00 | $5.00 | Bought 0.00012764 BTC for $5.00 USD |
| 2022-03-12T03:31:35Z | Buy | ETH | 0.01842724 | USD | 2605.38 | $48.01 | $50.00 | Bought 0.01842724 ETH for $50.00 USD |
| 2022-03-20T19:49:09Z | Send | ETH | 0.01842724 | USD | 2868.22 | | | Sent 0.01842724 ETH to 0x8fDF9959246dCF995E13085872387c6dd83A1b6c |
| 2022-04-11T22:08:50Z | Send | ETH | 0.09862209 | USD | 2970.91 | | | Sent 0.09862209 ETH to 0x4B62e934635B76A0C4E54Bf3836509315b48C166 |
| 2022-03-12T03:29:01Z | Buy | ETC | 1.79186588 | USD | 26.79 | $48.01 | $50.00 | Bought 1.79186588 ETC for $50.00 USD |
| 2022-03-12T03:41:04Z | Buy | USDT | 48903.204434 | USD | 1.01 | $49,157.55 | $49,890.00 | Bought 48,903.204434 USDT for $49,890.00 USD |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-03-20T18:41:30Z | Send | USDT | 47982.290688 | USD | 1.00 | | | Sent 47,982.290688 USDT to 0x8fDF9959246dCF995E13085872387c6dd83A1b6c |
| 2022-04-08T21:35:26Z | Buy | USDT | 98012.258245 | USD | 1.01 | $98,522.02 | $99,990.00 | Bought 98,012.258245 USDT for $99,990.00 USD |
| 2022-04-08T22:05:22Z | Send | USDT | 96997.950056 | USD | 1.00 | | | Sent 96,997.950056 USDT to 0x8fDF9959246dCF995E13085872387c6dd83A1b6c |
| 2022-04-11T20:47:42Z | Buy | USDT | 2097797.394809 | USD | 1.01 | $2,108,572.27 | $2,139,990.00 | Bought 2,097,797.394809 USDT for $2,139,990.00 USD |
| 2022-04-11T21:43:47Z | Send | USDT | 2099433.642145 | USD | 1.00 | | | Sent 2,099,433.642145 USDT to 0x4B62e934635B76A0C4E54Bf3836509315b48C166 |
| 2022-04-11T22:03:24Z | Convert | USDT | 298.974599 | USD | 1.00 | $292.84 | $298.99 | Converted 298.974599 USDT to 0.09862209 ETH |
| 2022-05-26T16:12:53Z | Buy | USDT | 330360.928109 | USD | 1.00 | $331,749.09 | $336,692.15 | Bought 330,360.928109 USDT for $336,692.15 USD |
| 2022-05-26T16:44:00Z | Send | USDT | 330360.928109 | USD | 0.990000 | | | Sent 330,360.928109 USDT to 0x79F9A3551c49c0214f69dfe17aefC21E101c65E8 |
| 2022-05-27T16:49:39Z | Buy | USDT | 6861.62284 | USD | 1.00 | $6,887.38 | $6,990.00 | Bought 6,861.62284 USDT for $6,990.00 USD |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Spot Price Currency | Spot Price at Transaction | Subtotal | Total (inclusive of fees) | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-05-27T17:04:30Z | Send | USDT | 6662.977569 | USD | 0.990000 | | | Sent 6,662.977569 USDT to 0x79F9A3551c49c0214f69dfe17aefC21E101c65E8 |