# EXHIBIT C

From: Larry Van Dyn Hoven <​@gmail.com>
Date: Thu, Jun 29, 2023 at 2:16 PM
Subject: Fraud Department - ADR Letter
To: support@ftx.com <support@ftx.com>, contact@ftx.com <contact@ftx.com>, <feedback@ftx.com>, <hello@ftx.com>, <info@ftx.com>

FTX,

Attached, please find my Fraud Demand Letter.

I look forward to a prompt response.

Sincerely,

Larry Van Dyn Hoven

One attachment • Scanned by Gmail


FTX ADR lettter- …