# EXHIBIT E



**Attachments:**   Larry Van Dyn Hoven ADR Protocol Letter to FTX (1).pdf

---------- Forwarded message ---------
From: Larry Van Dyn Hoven ████████@gmail.com>
Date: Mon, Dec 16, 2024 at 7:14 AM
Subject: "Larry Van Dyn Hoven - Dispute Resolution Letter"
To: <ftxinfo@ra.kroll.com>

Dear Sir/Madam,

I hope this email has correctly found itself within your complaints
department as it is very essential to me that you become aware of the
ordeal I have had to go through.

Attached to this email you will find a document in pdf concerning my
request to your organization. I kindly look forward to your response
on this matter.


Kind regards,
Larry Van Dyn Hoven