# EXHIBIT H

From: <noreply.efiling@ra.kroll.com>
Date: Wed, Dec 18, 2024 at 2:34 AM
Subject: Electronic Proof of Claim_3265-70-LRAKM-651069366[[CSALT#900807#CF]] is Signed and Filed! Your confirmation ID is 3265-70-LRAKM-651069366.
To: @gmail.com>

You have completed your submission of Electronic Proof of Claim_3265-70-LRAKM-651069366. Please see the attached for your completed proof of claim form and submitted supporting documentation.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

*Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. All emails sent by Kroll Restructuring Administration LLC will now have the domain @Kroll.com. We recommend that you update your email permissions for "@Kroll.com" to continue receiving messages from us. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by Kroll Restructuring Administration LLC in connection with the purpose for which it is held

One attachment • Scanned by Gmail 


Customer Claim ...