# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX Trading Ltd. (d/b/a "FTX") | ) Chapter 11 |
| | ) |
| | ) Case No. 22-11068 |
| Debtors. | ) |
| | ) |

RECEIV

2025 JUL 31 A 11: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **52901** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/7/2025

| Name of Alleged Transferor: | Tatiana Glinskaya |
|---|---|
| Address of Alleged Transferor: | REDACTED |

| Name of Transferee: | Evgeny Glinsky |
|---|---|
| Address of Transferee: | REDACTED |

**~DEADLINE TO OBJECT TO TRANSFER~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

Local Form 138A

1842388-WILSR01A - MSW

Docusign Envelope ID: C0B784A2-9A09-4566-B245-64B976DAF6E1
Case 22-11068-KBO    Doc 32063    Filed 07/31/25    Page 2 of 3

# EVIDENCE OF TRANSFER OF CLAIM

Re: FTX Trading Ltd., Case No. 22-11068 (JTD)

The undersigned Transferor hereby transfers and assigns to the Transferee all rights, title, and interest in and to the following claim:

Claim Number: 52901

Confirmation ID: 3265-70-GESOS-255702943

Scheduled number: 6816133

Debtor: FTX Trading Ltd. (d/b/a "FTX")

Transfer Type: Full (100%) transfer

This transfer is made with the full understanding and consent of both parties and without any monetary consideration.

Transferor: Tatiana Glinskaya

Signature: *Tatiana Glinskaya*           Date: 7/7/2025

Transferee: Evgeny Glinsky

Signature: *Evgeny Glinsky*             Date: 7/7/2025

Generated: Jul 31, 2025 11:42AM                                                                                     Page 1/1



# U.S. Bankruptcy Court

### Delaware Bankruptcy - Wilmington

Receipt Date: Jul 31, 2025 11:42AM

Evgeny Glinsky
2693 Biggar Court
Palm Harbor, Fl 34684-4508

Rcpt. No: 10095682 　　　　　Trans. Date: Jul 31, 2025 11:42AM 　　　　　Cashier ID: #CH (4638)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| TOC | TransferofClaim$ | 22-11068-KBO | 1 | 28.00 | 28.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #4700 | 07/31/2025 | | $28.00 |
| | | | Total Due Prior to Payment: | | $28.00 |
| | | | Total Tendered: | | $28.00 |
| | | | Total Cash Received: | | $0.00 |

**Debtor**: FTX Trading Ltd.

Exact change only.