# Response to 186th Omnibus Objection to Late Filed Claims

David Stephen Sun
142 Joel Terrace
Mount Lawley Australia 6150
david77sun@gmail.com
+61 457659000

RECEIVED
2025 JUL 31  A 10:38

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 03, 2025

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

RE: Response to 186th Omnibus Objection to Late Filed Claims (Claim No. 99967)
In re: FTX Trading Ltd., et al., Case No. 22-11068 (KBO)

## 1. Lack of Proper Notice of Bar Date

At no time did I receive adequate or effective notice of the September 29, 2023, customer bar date. As an ordinary customer outside the United States, I had no legal or technical awareness of the bankruptcy proceedings or their deadlines. I relied entirely on communication from FTX, and none was provided regarding the bar date or instructions for filing a claim within that time frame. Denying my claim based solely on a missed deadline that I had no reasonable opportunity to know about is a violation of due process.

## 2. Validity of Claim

My claim represents actual assets that were deposited and held in my FTX account. These assets include:
- 0.063438 BTC
- 0.000039 ETH
- 4.889103 FTT
- 1.601438 USD

These balances were visible in my FTX account until the platform halted withdrawals. I request that these digital assets and fiat balances be recognized and restored to the best of the Trust's ability.

### 3. Equity and Fairness

The bankruptcy process must uphold fairness for all customers. Denying recovery for claims like mine—based solely on technical filing deadlines without full notice—unjustly punishes victims of fraud and mismanagement. I ask the Court to permit the claim to proceed in the interest of justice and equity.

### Contact Details for Communication

I am self-represented and can be contacted at:
David Sun
Email: david77sun@gmail.com
Phone: +61 457659000

### Request for Hearing Participation

If necessary, I request the right to appear at the hearing scheduled for August 12, 2025, at 9:30 a.m. (ET). I am unable to attend in person and therefore request Zoom participation, as permitted for self-represented parties.

Thank you for your consideration.

Respectfully,

David Stephen Sun

Claimant – Claim No. 99967

## Australia Post — Registered — International Post

**Senders Name:** David Sun   22-11068 (KBO), Claim No. 99967

**Address:** 142 Joel Tce, Mount Lawley, AuS, 6150

### Add a feature

You can purchase optional features at any Post Office, including:

- Extra Cover - recommended when sending valuable goods and documents. Up to $5000 cover^

^ Subject to Extra Cover Terms & Conditions. Country specific limitations apply, check the International Post Guide for details. This does not limit any rights you may have under the Australian Consumer Law

### Double check

Please make sure:

- The delivery address is complete, including postcode and contact details
- The destination city and country are written in English
- The sender's details are complete, including contact details
- The envelope doesn't weigh more than 500g
- The envelope is less than 20mm in thickness

### Post

To send your item overseas:

- Take this item to the counter at any Post Office and pay for the postage
- Signed record of delivery in most countries where these services are available. Check the International Post Guide for details

† This service is available to most overseas destinations. See the International Post Guide for country specific limitations.



Australia Post acknowledges the Traditional Custodians of the land on which we operate, live and gather as employees, and recognise their continuing connection to land, water and community. We pay respect to Elders past, present and emerging.



International Post Registered 250g DL Envelope 44640

Limitation of Liability This service is not suitable for sending items valued over $100. If you are sending higher value items, you should purchase Extra Cover which provides loss or damage cover from $100 up to $5,000.Unless otherwise required by law, we do not accept liability for late delivery or any consequential or indirect loss or damage. If your parcel is lost or damaged, compensation of up to $100 and a postage refund may be payable. Notwithstanding our limitation of liability, you may have additional rights under applicable laws, including the Australian Consumer Law. Terms and Conditions Please see auspost.com.au/sending or ask at a Post Office for Terms and Conditions, and information on our services, including sending options, tracking and other features, transit times, dangerous goods and prohibited goods, our compensation scheme and Extra Cover. Check the International Post Guide for details and limitations for international sending.

