## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on August 1, 2025, the *FTX Recovery Trust's Third Set of Interrogatories and Fourth Set of Request for Production to the Joint Liquidators of Three Arrows Capital, Ltd.* was served on the following counsel to the Joint Liquidators of Three Arrows Capital, Ltd. via Electronic Mail and/or First-Class Mail.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0082948.}

| | |
|---|---|
| Christopher Harris<br>Adam J. Goldberg<br>Nacif Taousse<br>Zachary Proulx<br>Daniel Sack<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: chris.harris@lw.com<br>　　　　adam.goldberg@lw.com<br>　　　　nacif.taousse@lw.com<br>　　　　zachary.proulx@lw.com<br>　　　　daniel.sack@lw.com | John W. Weiss<br>Joseph C. Barsalona II<br>Alexis R. Gambale<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email: jweiss@pashmanstein.com<br>　　　　jbarsalona@pashmanstein.com<br>　　　　agambale@pashmanstein.com |
| Tiffany M. Ikeda<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: tiffany.ikeda@lw.com | |

| | |
|---|---|
| Dated: August 4, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>　　　　mcguire@lrclaw.com<br>　　　　brown@lrclaw.com<br>　　　　pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>　　　　bromleyk@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com<br>　　　　bellerb@sullcrom.com<br><br>*Counsel to the FTX Recovery Trust* |