# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Re: Docket No. 30580 and 30897 |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO FILE UNDER SEAL PORTIONS OF (A) MOTION OF FOLKVANG LTD. FOR ENTRY OF AN ORDER (I) AUTHORIZING REPURCHASE OF EQUITY INTEREST IN FOLKVANG LTD. HELD BY DEBTOR ALAMEDA RESEARCH LTD., (II) AUTHORIZING FOLKVANG LTD.'S REPAYMENT OF LOAN MADE BY DEBTOR MACLAURIN INVESTMENTS LTD., (III) ALLOWING SETOFF OF REPURCHASE AND REPAYMENT AMOUNTS, AND (IV) GRANTING RELATED RELIEF, AND (B) DECLARATION OF MICHAEL LAURENS VAN ROSSUM IN SUPPORT THEREOF**

PLEASE TAKE NOTICE that Folkvang Ltd. ("Folkvang") hereby withdraws without prejudice the *Motion to File Under Seal Portions of (A) Motion of Folkvang Ltd. for Entry of An Order (I) Authorizing Repurchase of Equity Interest in Folkvang Ltd. Held by Debtor Alameda Research Ltd., (II) Authorizing Folkvang Ltd.'s Repayment of Loan Made by Debtor Maclaurin Investments Ltd., (III) Allowing Setoff of Repurchase and Repayment Amounts, and (IV) Granting Related Relief, and (B) Declaration of Michael Laurens Van Rossum in Support Thereof* [D.I. 30580] (the "Motion").

| | |
|---|---|
| Dated: August 5, 2025<br>Wilmington, Delaware | **BARNES & THORNBURG LLP**<br><br>/s/ Amy E. Tryon<br>Mark R. Owens (DE No. 4364)<br>Amy E. Tryon (DE No. 6945)<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801 |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Tel: (302) 300-3434
Email:  Mark.Owens@btlaw.com
Email:  Amy.Tryon@btlaw.com

Kenneth P. Kansa (*pro hac vice*)
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-4583
Email: KKansa@btlaw.com

Leah Anne O'Farrell (*pro hac vice*)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Telephone: (781) 888-1516
Email:  LOFarrell@btlaw.com

*Counsel for Folkvang Ltd.*