**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM FOR SECURITY**
**ECF No. 29126**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee previously gave evidence and notice (the "Notice")[1] pursuant to Rule 3001(e)(4) of the Federal Rules of Bankruptcy Procedure of the transfer for security of the claim referenced therein and below (the "Claim"). See ECF No. 29126. The Transferee hereby withdraws the Notice, and requests that the Clerk of this Court, or its duly-appointed Claims Agent, update the official claims register for Debtor FTX Trading Ltd. to reflect this withdrawal.

| Claim No./Schedule | Customer Code/UID | Confirmation ID | Debtor | Case No. |
|---|---|---|---|---|
| 39451/6805726 | 00152327 | 3265-70-SSUMS-088554961 | FTX Trading Ltd. | 22-11068 |

*[Signatures appear on following page]*

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Notice.

1

IN WITNESS WHEREOF, this Withdrawal of Transfer of Claim for Security is executed on August 5 2025

Galaxy Trading Asia Limited, as Transferee

By: _____
    Name: John Cahill
    Title: COO - Asia