**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4) of the Federal Rules of Bankruptcy Procedure of the transfer for security, of the claim referenced in this evidence and notice. The terms of the transfer are set forth in that certain LOAN AGREEMENT, dated as of August 5th, 2025 among ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (the "Borrower"), the subsidiaries of the Borrower from time to time party thereto as Subsidiary Guarantors, and KestrelX Limited, as Lender.

| Name of Transferor: | Name of Transferee for security: |
|---|---|
| ▇▇▇▇▇▇▇▇ | **KestrelX Limited** |

| Name and Current Address of Transferor: | Name and Address of Transferee: |
|---|---|
|  | **KestrelX Limited**<br>Walkers Corporate Limited,<br>190 Elgin Avenue, George Town,<br>Grand Cayman KY1-9008,<br>Cayman Islands<br>Email: legal@falconx.com |

| Claim No./Schedule | Customer Code/UID | Confirmation ID | Debtor | Case No. |
|---|---|---|---|---|
| 26267 | 01811386 | 3265-70-OKRSX-989143722 | FTX Trading Ltd. | 22-11068 |

*[Signatures appear on following page]*

1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

KestrelX Limited, as Transferee

By:_____
Name:
Title:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

KestrelX Limited, as Transferee

By: *Bruce Urquhart* (DocuSigned by: 325F891C0553492...)

Name: Bruce Urquhart

Title: Vice President of Operations

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not included the Transferor's signature to the Evidence of Transfer.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

**EVIDENCE OF TRANSFER OF CLAIM FOR SECURITY**

TO THE DEBTOR AND THE BANKRUPTCY COURT:

      Pursuant to that certain Guarantee and Collateral Agreement, dated as of August 5th, 2025, by and among ▇▇▇▇▇▇▇▇, the subsidiaries of ▇▇▇ from time to time party thereto, and KestrelX Limited ("**FalconX**"), ▇▇▇ granted a security interest in all of ▇▇▇▇▇▇ right, title and interest in, to and under, the claim(s) referenced in the table below (the "**Claim**") against FTX Trading Ltd. (the "**Debtor**") in In re FTX Trading Ltd., et al., (Case No. 22-11068 (JTD)), pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

| Claim No./Schedule | Customer Code/UID | Confirmation ID | Debtor | Case No. |
|---|---|---|---|---|
| 26267 | 01811386 | 3265-70-OKRSX-989143722 | FTX Trading Ltd. | 22-11068 |

      ▇▇▇▇▇▇ hereby waives any objection to the transfer of the Claim for security to FalconX on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, or other applicable law.

*[Signatures appear on following page]*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim for Security is executed on August 7, 2025.



IN WITNESS WHEREOF, this Evidence of Transfer of Claim for Security is executed on August 5, 2025.

KestrelX Limited, as Transferee

By: *Bruce Urquhart* (DocuSigned)

Name: Bruce Urquhart

Title: Vice President of Operations