**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| In re:<br>ALAMEDA GLOBAL SERVICES LTD.,<br><br>    Debtor. | Chapter 11<br>Case No. 22-11134 (KBO)<br><br>(Jointly Administered) |
| In re:<br>ALAMEDA RESEARCH (BAHAMAS) LTD,<br><br>    Debtor. | Chapter 11<br>Case No. 22-11105 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA RESEARCH HOLDINGS INC,<br>    Debtor. | Chapter 11<br><br>Case No. 22-11069 (KBO)<br>(Jointly Administered) |
| In re:<br><br>ALAMEDA RESEARCH KK,,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11106 (KBO)<br><br>(Jointly Administered) |
| In re:<br>ALAMEDA RESEARCH LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11067 (KBO)<br><br>(Jointly Administered) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| In re:<br><br>ALAMEDA RESEARCH LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11066 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA RESEARCH YANKARI LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11108 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA TR LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11078 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALAMEDA TR SYSTEMS S. DE R. L.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11109 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ALLSTON WAY LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11079 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>ATLANTIS TECHNOLOGY LTD.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11081 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>BANCROFT WAY LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11082 (KBO)<br><br>(Jointly Administered) |

2

| | |
|---|---|
| In re:<br><br>BLOCKFOLIO, INC.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11110 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>BLUE RIDGE LTD,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11083 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>CARDINAL VENTURES LTD,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11084 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>CEDAR BAY LTD,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11085 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>CEDAR GROVE TECHNOLOGY SERVICES, LTD.,<br>     Debtor. | Chapter 11<br><br>Case No. 22-11162 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>CLIFTON BAY INVESTMENTS LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11070 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>CLIFTON BAY INVESTMENTS LTD,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11111 (KBO)<br><br>(Jointly Administered) |

| | |
|---|---|
| In re:<br><br>COTTONWOOD GROVE LTD,<br><br>   Debtor. | Chapter 11<br><br>Case No. 22-11112 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>COTTONWOOD TECHNOLOGIES LTD,<br><br><br>   Debtor. | Chapter 11<br><br>Case No. 22-11136 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>CRYPTO BAHAMAS LLC,<br><br>   Debtor. | Chapter 11<br>Case No. 22-11113 (KBO)<br><br>(Jointly Administered) |
| In re:<br>DECK TECHNOLOGIES HOLDINGS LLC,<br><br>   Debtor. | Chapter 11<br>Case No. 22-11138 (KBO)<br><br>(Jointly Administered) |
| In re:<br>DECK TECHNOLOGIES INC.,<br><br>   Debtor. | Chapter 11<br>Case No. 22-11139 (KBO)<br><br>(Jointly Administered) |
| In re:<br>DEEP CREEK LTD,<br><br><br>   Debtor. | Chapter 11<br>Case No. 22-11114 (KBO)<br><br><br>(Jointly Administered) |
| In re:<br><br>DIGITAL CUSTODY INC.,<br>   Debtor. | Chapter 11<br>Case No. 22-11115 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>EUCLID WAY LTD,<br>   Debtor. | Chapter 11<br>Case No. 22-11141 (KBO)<br><br>(Jointly Administered) |

| | |
|---|---|
| In re:<br><br>FTX (GIBRALTAR) LTD,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-11116 (KBO)<br><br>(Jointly Administered) |
| In re:<br>FTX CANADA INC,<br><br>Debtor. | Chapter 11<br>Case No. 22-11117 (KBO)<br><br>(Jointly Administered) |
| In re:<br>FTX DIGITAL ASSETS LLC,<br><br><br>Debtor. | Chapter 11<br><br>Case No. 22-11143 (KBO)<br><br>(Jointly Administered) |
| In re:<br>FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD,<br>Debtor. | Chapter 11<br><br>Case No. 22-11118 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>FTX EMEA LTD.,<br><br>Debtor. | Chapter 11<br>Case No. 22-11145 (KBO)<br><br>(Jointly Administered) |
| In re:<br>FTX EQUITY RECORD HOLDINGS LTD,<br><br>Debtor. | Chapter 11<br>Case No. 22-11099 (KBO)<br><br>(Jointly Administered) |
| In re:<br>FTX EUROPE AG,<br><br>Debtor. | Chapter 11<br>Case No. 22-11075 (KBO)<br><br>(Jointly Administered) |
| In re:<br>FTX HONG KONG LTD,<br><br>Debtor. | Chapter 11<br>Case No. 22-11101 (KBO)<br><br>(Jointly Administered) |

| | |
|---|---|
| In re:<br><br>FTX LEND INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11167 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>FTX MARKETPLACE, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11168 (KBO)<br>(Jointly Administered) |
| In re:<br><br>FTX PROPERTY HOLDINGS LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11076 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>FTX SERVICES SOLUTIONS LTD.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11120 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>FTX US SERVICES, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11171 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>FTX US TRADING, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11149 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>FTX VENTURES LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11172 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>FTX ZUMA LTD.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11124 (KBO)<br><br>(Jointly Administered) |

| | |
|---|---|
| In re:<br><br>GG TRADING TERMINAL LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11173 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>GLOBAL COMPASS DYNAMICS LTD.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11125 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>GOOD LUCK GAMES, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11174 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>GOODMAN INVESTMENTS LTD.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11126 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>HANNAM GROUP INC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11175 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>HAWAII DIGITAL ASSETS INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11127 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>HILLTOP TECHNOLOGY SERVICES LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11176 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>HIVE EMPIRE TRADING PTY LTD,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11150 (KBO)<br><br>(Jointly Administered) |

| | |
|---|---|
| In re:<br><br>ISLAND BAY VENTURES INC.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11129 (KBO)<br><br>(Jointly Administered) |
| In re:<br>KILLARNEY LAKE INVESTMENTS LTD,<br><br>     Debtor. | Chapter 11<br>Case No. 22-11131 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>LP BITCOIN YIELD ENHANCEMENT FUND SUCCESSOR, LLC (F/K/A LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND, LLC),<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11177 (KBO)<br><br><br><br>(Jointly Administered) |
| In re:<br>LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP,<br>     Debtor. | Chapter 11<br>Case No. 22-11155 (KBO)<br>(Jointly Administered) |
| In re:<br><br>LEDGERPRIME VENTURES, LP,<br>     Debtor. | Chapter 11<br><br>Case No. 22-11159 (KBO)<br>(Jointly Administered) |
| In re:<br><br><br>LT BASKETS LTD.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11077 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>MACLAURIN INVESTMENTS LTD.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 22-11087 (KBO)<br><br>(Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| MANGROVE CAY LTD, | Case No. 22-11088 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| NORTH DIMENSION INC., | Case No. 22-11153 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| NORTH DIMENSION LTD, | Case No. 22-11160 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| NORTH WIRELESS DIMENSION INC., | Case No. 22-11154 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| PAPER BIRD INC., | Case No. 22-11089 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| PIONEER STREET INC., | Case No. 22-11090 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| QUOINE PTE LTD, | Case No. 22-11161 (KBO) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| STRATEGY ARK COLLECTIVE LTD., | Case No. 22-11094 (KBO) |
| Debtor. | (Jointly Administered) |

| | |
|---|---|
| In re:<br><br>TECHNOLOGY SERVICES BAHAMAS LIMITED,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11095 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>VERDANT CANYON CAPITAL LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11096 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>WEST INNOVATIVE BARISTA LTD.,<br>    Debtor. | Chapter 11<br><br>Case No. 22-11097 (KBO)<br>(Jointly Administered) |
| In re:<br><br>WEST REALM SHIRES FINANCIAL SERVICES INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11072 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>WEST REALM SHIRES INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11183 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>WEST REALM SHIRES SERVICES INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11071 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>WESTERN CONCORD ENTERPRISES LTD.,<br>    Debtor. | Chapter 11<br><br>Case No. 22-11098 (KBO)<br>(Jointly Administered) |
| In re:<br><br>FTX JAPAN HOLDINGS K.K.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11074 (KBO)<br><br>(Jointly Administered) |

| | |
|---|---|
| In re:<br><br>LH SUCCESSOR INC. (F/K/A LEDGER HOLDINGS INC.),<br>    Debtor. | Chapter 11<br><br>Case No. 22-11073 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>LP SUCCESSOR ENTITY LLC (F/K/A LEDGER PRIME LLC),<br>    Debtor. | Chapter 11<br><br>Case No. 22-11158 (KBO)<br><br>(Jointly Administered) |
| In re:<br>LP DIGITAL ASSET OPPORTUNITIES FUND SUCCESSOR, LLC (F/K/A LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND, LLC),<br><br>    Debtor. | Chapter 11<br>Case No. 22-11156 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>LP DIGITAL ASSET OPPORTUNITIES MASTER FUND SUCCESSOR LP (F/K/A LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP),<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11157 (KBO)<br><br>(Jointly Administered) |

11

## **AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 24, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served by method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Final Decree (I) Closing the Chapter 11 Cases of the Consolidated Debtors and (II) Closing the Chapter 11 Cases of the Separate Subsidiaries on the Applicable Closing Date [Docket No. 30997]

Dated: August 1, 2025

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 1, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 89496

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: KENNETH P. KANSA<br>ONE N. WACKER DRIVE<br>SUITE 4400<br>CHICAGO IL 60606-2833 | KKANSA@BTLAW.COM | Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: LEAH ANNE O'FARRELL<br>ONE MARINA PARK DRIVE<br>SUITE 1530<br>BOSTON MA 02210 | LOFARRELL@BTLAW.COM | Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON DE 19801 | MARK.OWENS@BTLAW.COM<br>AMY.TRYON@BTLAW.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO DEFENDANT DIGITAL LEGEND HODLINGS LTD. | CAHILL GORDON & REINDEL LLP | ATTN: GREGORY STRONG<br>221 W. 10TH STREET<br>3RD FLOOR<br>WILMINGTON DE 19801 | GSTRONG@CAHILL.COM | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ.<br>800 N. KING STREET<br>SUITE 202<br>WILMINGTON DE 19801 | PHUGHES@DILWORTHLAW.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: CHRISTOPHER HARRIS, ADAM J. GOLDBERG, NACIF TAOUSSE<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CHRIS.HARRIS@LW.COM,<br>ADAM.GOLDBERG@LW.COM,<br>NACIF.TAOUSSE@LW.COM | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: TIFFANY M. IKEDA<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES CA 90071 | TIFFANY.IKEDA@LW.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ., GASTON LOOMIS, ESQ. 300 DELAWARE AVENUE SUITE 1014 WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM, GLOOMIS@MDMC-LAW.COM | Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON LOOMIS, ESQ. 300 DELAWARE AVENUE SUITE 1014 WILMINGTON DE 19801 | GLOOMIS@MDMC-LAW.COM | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ. 1845 WALNUT STREET SUITE 806 PHILADELPHIA PA 19103 | AJBERIN@MILLERSHAH.COM | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ. 65 MAIN STREET CHESTER CT 06412 | JEMILLER@MILLERSHAH.COM | Email |
| COUNSEL TO SAMUEL BANKMAN-FRIED, JOSEPH BANKMAN, BARBARA FRIED, RYAN SALAME, MATTHEW NASS, MATTHEW PLACE, JOSHUA UTTER-LEYTON, JOHN CONBERE, AND LUIS SCOTTVARGAS (COLLECTIVELY, THE "PARTIES") | MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP | ATTN: R. MONTGOMERY DONALDSON, STEFANIA A. ROSCA 1105 NORTH MARKET STREET 15TH FLOOR WILMINGTON DE 19801 | SROSCA@MMWR.COM RDONALDSON@MMWR.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE 844 KING STREET, ROOM 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV DAVID.GERARDI@USDOJ.GOV JON.LIPSHIE@USDOJ.GOV | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II, ALEXIS R. GAMBALE 824 NORTH MARKET STREET SUITE 800 WILMINGTON DE 19801 | JWEISS@PASHMANSTEIN.COM, JBARSALONA@PASHMANSTEIN.COM, AGAMBALE@PASHMANSTEIN.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQ.<br>2005 MARKET STREET<br>SUITE 2600<br>PHILADELPHIA PA 19103 | DPEREIRA@STRADLEY.COM | Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE<br>125 BROAD STREET<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM<br>HOLLEYS@SULLCROM.COM<br>EHRENBERGS@SULLCROM.COM<br>DUNNEC@SULLCROM.COM | Email |
| COUNSEL TO PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG AND SHERIDAN INVESTMENT HOLDINGS, LLC ("INTERESTED PARTIES") | THE DALEY LAW FIRM LLC | ATTN: DARRELL M. DALEY, SAMANTHA R. NEAL<br>4845 PEARL EAST CIRCLE, SUITE 101<br>BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM<br>SAMANTHA@DALEYLAWYERS.COM | Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700 P.O. BOX 2046 WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE 600 MASSACHUSETTS AVENUE, NW WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN 1201 N. MARKET STREET SUITE 1400 WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL A. WEINER 151 WEST 42ND STREET NEW YORK NY 10036 | JSSABIN@VENABLE.COM, CWEINERLEVY@VENABLE.COM | Email |