# **EXHIBIT 1**



# About the FTX Foundation

The FTX Foundation is a philanthropic collective that aims to find and support the most effective solutions to the world's most pressing problems. We make grants and investments to improve global health, prevent pandemics, reduce animal suffering, protect the climate and improve humanity's prospects of long-term survival and flourishing.

The majority of the Foundation's funding is provided by Sam Bankman-Fried and other senior principals at FTX. FTX users and employees also support the Foundation's activities, through the FTX Giving program, by contributing to FTX Philanthropy Inc., a non-profit organization organized for tax-exempt purposes.

MEET THE TEAM

LEADERSHIP





## Sam Bankman-Fried

FOUNDER

Sam Bankman-Fried is the founder of the cryptocurrency exchange FTX.

Sam has been drawn to the philosophy of effective altruism for much of his life, donating to charitable interventions that focus on pandemic preparedness and biosecurity, global poverty mitigation, climate change, reducing animal suffering, voter registration, and artificial intelligence safety, among other issues. He believes in doing as much good as possible and plans to donate the great majority of his fortune to effective organizations and causes.

## Nick Beckstead

CEO

Nick Beckstead is the CEO of the FTX Foundation.

Nick has been working as a grantmaker and researcher in the effective altruism community since 2009. Prior to joining the team, Nick was an early employee at Open Philanthropy, where he worked for 7 years. Before that, he was a Research Fellow at the Future of Humanity Institute at Oxford University, completed a Ph.D. in moral philosophy at Rutgers University, and helped launch the Centre for Effective Altruism.

BOARD





## Caroline Ellison

Caroline Ellison is the co-CEO of Alameda Research, a cryptocurrency trading firm.

Before joining Alameda in 2018, Caroline worked at Jane Street as a trader on the equities desk. She's been involved in the effective altruism community since college and started working in finance with the goal of earning money to donate to good causes.

## Gary Wang

Gary Wang is the CTO of FTX.

Prior to founding FTX, Gary was a software engineer at Google, where he built systems to aggregate prices across millions of flights, decreasing latency and memory usage by over 50%. He graduated from MIT with a degree in Mathematics with Computer Science.



# Nishad Singh

Nishad Singh is Director of Engineering at FTX.

Nishad was previously a software engineer at Facebook, where he worked on applied machine learning. He graduated summa cum laude from the University of California at Berkeley. Nishad has been involved with the effective altruism community since college and is committed to doing as much good as possible with his time and resources.



© FTX Foundation, 2022

Designed by And—Now

# **EXHIBIT 2**



# The FTX Foundation works to save lives, prevent suffering, and build a flourishing future.

The FTX Foundation is a philanthropic collective. We make grants and investments to improve global health, prevent pandemics, reduce animal suffering, protect the climate and improve humanity's prospects of long-term survival and flourishing.

We are funded principally by Sam Bankman-Fried and other senior professionals at FTX. Our charitable activities are also supported by FTX users and employees who make contributions to FTX Philanthropy Inc, a non-profit organization, through the FTX Gives program.

LEARN MORE




Effective philanthropy can save millions of lives and leave a brighter future to generations of our descendants. It's a privilege to be part of the effort to create a better world.

**Sam Bankman-Fried** Founder

## Our Grantees and Partners

Working with our grantees and partners, we seek to address the world's most pressing problems with the most effective solutions we can find.

MORE ABOUT US









© FTX Foundation, 2022

Designed by And—Now

# **EXHIBIT 3**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | User ID | Main Account ID | Account ID | AM Subaccount Flag | Deleted | Created At | Display Name | Vip Level | KYC Type | KYC Status | KYC Drive | KYC Application Status | KYC Level | Email | Tenant | Investor Name | Jurisdiction | Jurisdiction State | Settings | Chat App | Chat Handle | Username | Nickname | Market Maker | Min Init | Maker Fee |
| 2 | ▇ | ▇ | ▇ | main | | 04/10/2021 | ▇ | 0 | individual | not_started | 1RwfCxH6EMc11olOiqWPTR0mn1Ue1LCg- | not_started | 1 | ▇ | ftx | Angelo Wolfe | | | {"trialMMLevel": "0", "trialMakerFee": "0.0002", "trialTakerFee": "0.0007", "trialVipLevel": "0", "dailyConvertVolume": 0.0, "monthlyConvertVolume": 0.0} | | @angelobtc | ▇ | | FALSE | 0.1 | $    0.00 |

| A | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV |
|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| User ID | Taker Fee | Liquidating | Backstop Provider | Borrow | Can Withdraw Below Borrow | Allow Negative | Can Trade Futures | Use Ftt Collateral | Ignore Imf Factors | Fee Voucher | Charge Interest On Negative USD | Spot Margin Enabled | Spot Margin Lending Enabled | Spot Margin Approved | Spot Margin Lending Approved | Clp | Ftx Account | Accounting Type | Delayed Liquidation | Whitelisted Mm | Allow Concurrent Block Trades | Cannot Enable Spot Margin |
| ▓▓▓▓▓▓ | $  0.00 | FALSE | FALSE | 0 | FALSE | FALSE | TRUE | TRUE | FALSE | $ | FALSE | FALSE | FALSE | FALSE | FALSE | | | | | | | |

# **EXHIBIT 4**

| Source Main Account ID | Source Account ID | Source Email | Destination Main Account ID | Destination Account ID | Destination Email | Created At | Ticker | Ticker Mapped | Size | Category | Destination Credited | Admin ID | Notes | Internal Notes | Stats Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 11678954 | 11678954 | donations@ftx.com | 04/10/2021 | USD | USD | 0.69 | donation | TRUE | | FTX Foundation Donation | | |
| | | | 11678954 | 11678954 | donations@ftx.com | 04/10/2021 | USD | USD | 100.00 | donation | TRUE | | FTX Foundation Donation | | |
| | | | 11678954 | 11678954 | donations@ftx.com | 04/12/2021 | USD | USD | 319.31 | donation | TRUE | | FTX Foundation Donation | | |
| | | | 11678954 | 11678954 | donations@ftx.com | 04/13/2021 | USD | USD | 690,000.00 | donation | TRUE | | FTX Foundation Donation | | |

Transfers

Page 1 of 1

# **EXHIBIT 5**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Source Main Account ID | Source Account ID | Source Email | Destination Main Account ID | Destination Account ID | Destination Email | Created At | Ticker | Ticker Mapped | Size | Category | Destination Credited | Admin ID | Notes | Internal Notes | Stats Category |
| 2 | 11678954 | 11678954 | donations@ftx.com | 1266182 | 1266182 | jenclw@gmail.com | 05/24/2021 | USD | USD | 15,000.00 | | TRUE | auth0\|5e7ae479b574e50cf9e281f2 | Reimbursement of donations made by credit card of Jen Chan https://wireless-mouse.slack.com/archives/C01LNBJP6GH/p1621489193003100 | | |
| 3 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/12/2021 | AUD | AUD | 26,360.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | Lighthouse Foundation Donation | | |
| 4 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/12/2021 | AUD | AUD | 6,622.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | Hands on India Donation, --> HiveEx | | |
| 5 | 11678954 | 11678954 | donations@ftx.com | 1415476 | 1415476 | expenses@ftx.com | 07/12/2021 | USD | USD | 500,000.00 | donation_repayment | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | OneMoreBreath donation, --> Prime Trust | FTX Foundation donated 500k OneMoreBreath. Expenses@ made the payment, this is the receivable | |
| 6 | 11678954 | 11678954 | donations@ftx.com | 1327025 | 1327025 | 1390508778@qq.com | 07/22/2021 | USD | USD | 154,620.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | Donation for flood in Zheng Zhou from FTX Foundation Group | | |
| 7 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/29/2021 | USD | USD | 50,000.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | Bryson DeChambeau charity | | |
| 8 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/29/2021 | USD | USD | 200,000.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | Phil and Amy Mickelson Foundation | | |
| 9 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/29/2021 | USD | USD | 50,000.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | TB12 Foundation | | |
| 10 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/29/2021 | USD | USD | 200,000.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | North Valley Community Foundation | | |
| 11 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/29/2021 | USD | USD | 100,000.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | GivingGreen.earth | | |
| 12 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/29/2021 | USD | USD | 200,000.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | CarbonPlan | | |
| 13 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/29/2021 | USD | USD | 250,000.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | Good Food Institute | | |
| 14 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/29/2021 | USD | USD | 56,000.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | Burn Stoves | | |
| 15 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/29/2021 | USD | USD | 960,000.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | Pachama | | |
| 16 | 11678954 | 11678954 | donations@ftx.com | 9 | 9 | info@alameda-research.com | 07/29/2021 | USD | USD | 50,000.00 | | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | he Honnold Foundation | | |
| 17 | 11678954 | 11678954 | donations@ftx.com | 1907830 | 1907830 | damienzagozen@gmail.com | 09/07/2021 | USD | USD | 100,000.00 | | TRUE | auth0\|5e6afa740318890c8b4bda60 | Refunding donations | | |
| 18 | 11678954 | 11678954 | donations@ftx.com | 1415476 | 1415476 | expenses@ftx.com | 10/18/2021 | USD | USD | 8,000,000.00 | donation_repayment | TRUE | auth0\|5d32dc34388ef40cbe4b7e26 | Donatino money transfer --> New Venture Fund; reimbursing wire from Prime Trust FTX account | | |

Transfers

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | User ID | Main Account ID | Account ID | Email | Created At | Completed At | Status | Ticker | Size | Address | Txid | Notes | Type | Fee | Cancel Reason | Cancelled At | Bank | Admin ID | Acknowledged By Bank At | Automatic | Sent Via Api | Internal Notes | Sent Manually | Failure Reason | Gen Setup Request ID | Error Code | Reversal Fee ID | Support Ticket ID | Data |
| 2 | user\|donations@ftx.com | 11678954 | 11678954 | donations@ftx.com | 05/03/2021 | 05/06/2021 | complete | USD | 700,000.00 | {"funds-transfer-type":"wire_international","beneficiary-address":{"country":"IN"},"bank-name":"Bank of America","bank-account-name":"Oxygen for India","bank-account-number":"226003017201","bank-account-address":"Bank of America, 3 Dupont Circle, Washington, DC, 20036 USA","swift-code":"BOFAUS3N"} | | | | fiat_withdrawal | $ - | | | silvergate | user\|beatrice@ftx.com | | FALSE | FALSE | | | | | | | | |
| 3 | user\|donations@ftx.com | 11678954 | 11678954 | donations@ftx.com | 05/04/2021 | 05/04/2021 | complete | BTC | 0.27 | 1FJy7Wxrcmja5pt4YB7crW6yg9H7mK4X24A | dbacb0299b433ce8e7d15-27fb1eec1da4369ffedb9-f560a3bc2401497fc8940-194c | | crypto | $ - | | | | | | | | | | | | | | | |
| 4 | user\|donations@ftx.com | 11678954 | 11678954 | donations@ftx.com | 07/22/2021 | 07/22/2021 | complete | USDC | 175,000.00 | 0x0aC59E6F995BE28c809a102670F325ad94f519b | 2b3d7d03fb2a0c2659e-51b3d0f70a1423716f90d-2bbba25723ecf9c388436-f2e6115 | iDota Charity Donation to GiveDirectly | crypto | $ 2.50 | | | | | | | | | | | | | | | |
| 5 | user\|donations@ftx.com | 11678954 | 11678954 | donations@ftx.com | 07/29/2021 | 07/29/2021 | complete | USDC | 200,000.00 | 0x915dE456069240F2cF19c12E98d431811EA387 | 20ca5321179e0aa551af-2efe63dc917db4bd81dcf-2637993f6df4f1cce6b44-09abbf | MBK (My Brothers Keepers) | crypto | $ 2.50 | | | | | | | | | | | | | | | |
| 6 | user\|donations@ftx.com | 11678954 | 11678954 | donations@ftx.com | 09/07/2021 | 09/08/2021 | complete | USD | 680,191.56 | {"funds-transfer-type":"wire","beneficiary-address":{"country":"US","street-1":"JP Morgan Chase Bank","street-2":"Chase Tower","city":"New York","region":"NY","postal-code":"10004"},"bank-account-number":"530963102","bank-account-address":"JPMorgan Chase, Chase Tower, New York, New York, 10004","routing-number":"021000021","bank-account-name":"Ronald McDonald House Charities, Inc"} | | | fiat_withdrawal | $ - | | | silvergate | user\|roshan@ftx.com | | FALSE | FALSE | | TRUE | | | | | | |

Withdrawals

| | A | B | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | User ID | Main Account ID | Uploaded File | Uploaded File Name | Completion Response | Update Response | Returned Bank Record ID | Sent Via Ftx Gateway | Reversed Automatically | Bank Account Number | Bank Account ID | Extra Info | Stripe Payment Method ID | Client ID | Tag | Wallet | IP | Attempts | Fee USD | Marked Not Sus By Admin ID | Processing At | Suspicious Reason | Pending Reason | Sign Attempts | Last Automatic Resend Attempt | Checked All Txinfos | Settings |
| 2 | user\|donations@ft x.com | 11678954 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | user\|donations@ft x.com | 11678954 | | | | | | | | | | | | | | | 163.28.44.24 | 1 | $ | | | | | | 0 | | |
| 4 | user\|donations@ft x.com | 11678954 | | | | | | | | | | | | | | erc20 | 210.3.166.243 | 1 | $    2.50 | | | | | | 0 | | |
| 5 | user\|donations@ft x.com | 11678954 | | | | | | | | | | | | | | erc20 | 218.103.52.194 | 1 | $    2.50 | | 07/28/2021 | | | | 0 | | |
| 6 | user\|donations@ft x.com | 11678954 | | | | | | | | | | | | | | | | | | | | | | | | | |

Withdrawals

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Bank | Entity | Debtor or Non-Debtor | Common Account | Account Type | Transaction Date | Transaction Type |
| 2 | Goldfield | Hive Empire Trading Pty Ltd | Debtor | ■■■■■ | Checking | 7/7/2021 | Transfer |
| 3 | Goldfield | Hive Empire Trading Pty Ltd | Debtor | ■■■■■ | Checking | 7/7/2021 | Transfer |
| 4 | Prime Trust | FTX Trading Ltd | Debtor | ■■■■■ | | 5/13/2021 | wire |
| 5 | Silvergate | Alameda Research Ltd | Debtor | ■■■■■ | Checking | 7/27/2021 | Other Debit |
| 6 | Silvergate | Alameda Research Ltd | Debtor | ■■■■■ | Checking | 7/27/2021 | Other Debit |
| 7 | Silvergate | Alameda Research Ltd | Debtor | ■■■■■ | Checking | 7/27/2021 | Other Debit |
| 8 | Silvergate | Alameda Research Ltd | Debtor | ■■■■■ | Checking | 7/27/2021 | Other Debit |
| 9 | Silvergate | Alameda Research LLC | Debtor | ■■■■■ | Checking | 7/22/2021 | Other Debit |
| 10 | Silvergate | Alameda Research LLC | Debtor | ■■■■■ | Checking | 7/21/2021 | Other Debit |
| 11 | Silvergate | Alameda Research LLC | Debtor | ■■■■■ | Checking | 7/21/2021 | Other Debit |
| 12 | Prime Trust | FTX Trading Ltd | Debtor | ■■■■■ | | 7/21/2021 | wire |
| 13 | Prime Trust | FTX Trading Ltd | Debtor | ■■■■■ | | 7/23/2021 | wire |
| 14 | Silvergate | Alameda Research LLC | Debtor | ■■■■■ | Checking | 7/27/2021 | Other Debit |
| 15 | Prime Trust | FTX Trading Ltd | Debtor | ■■■■■ | | 10/8/2021 | wire |

| | H | I | J | K |
|---|---|---|---|---|
| 1 | Currency | Transaction Amount | Customer Reference | Bank Reference |
| 2 | AUD | (26,360.00) | | |
| 3 | AUD | (6,622.00) | | |
| 4 | USD | (500,000.00) | | GIVE FOUNDATION INC. |
| 5 | USD | (50,000.00) | | |
| 6 | USD | (200,000.00) | | |
| 7 | USD | (50,000.00) | | |
| 8 | USD | (200,000.00) | | |
| 9 | USD | (100,000.00) | | |
| 10 | USD | (200,000.00) | | |
| 11 | USD | (250,000.00) | | |
| 12 | USD | (56,000.00) | | BURN MANUFACTURING COMPANY |
| 13 | USD | (960,000.00) | | Pachama Inc. |
| 14 | USD | (50,000.00) | | |
| 15 | USD | (8,000,000.00) | | New Venture Fund |

| | L | M | N |
|---|---|---|---|
| 1 | Description | AM Counter Party | AM Notes |
| 2 | TRANSFER TO 013006 775349347 LIGHTHOUSE  FOUNDATION FTX230630 | Lighthouse Foundation | |
| 3 | TRANSFER TO 062155 10610536 HANDS ON INDIA LTD   FTXINV127 | Hands On India | |
| 4 | GIVE FOUNDATION INC. | Give Foundation Inc | |
| 5 | L07RK4926PHCLNKC  BENE: THE BRYSON DECHAMBEAU FOUNDATION | The Bryson Dechambeau Foundation | |
| 6 | L07RK4927QQCBOLA  BENE: PHIL AND AMY MICKELSON FOUNDATION | Phil And Amy Mickelson Foundation | |
| 7 | L07RK4925MWD8XF8  BENE: TB12 FOUNDATION, INC | Tb12 Foundation Inc | |
| 8 | L07RK4921HDD17C3  BENE: NORTH VALLEY COMMUNITY FOUNDATION | North Valley Community Foundation | |
| 9 | L07MK01425IB3N8Q BENE: ID INSIGHT INC. | Id Insight Inc | |
| 10 | L07LE484109AEN68 BENE : CARBONPLAN | Carbonplan | |
| 11 | L07LE484614AEN9E BENE : THE GOOD FOOD INSTITUTE , INC . | The Good Food Institute Inc | |
| 12 | BURN MANUFACTURING COMPANY | Burn Manufacturing Company | |
| 13 | Pachama Inc. | Pachama Inc | |
| 14 | L07RK4920GPCLNG1 BENE: HONNOLD FOUNDATION | Honnold Foundation | |
| 15 | New Venture Fund | New Venture Fund | |

| | O | P | Q | R |
|---|---|---|---|---|
| 1 | Transaction Method | File Name | Page Number | Source of File |
| 2 | | 24-06-2021 to 23-07-2021.pdf | 16 | Third Party |
| 3 | | 24-06-2021 to 23-07-2021.pdf | 16 | Third Party |
| 4 | | FTX Trading Ltd - ███████ - Complete Transaction History _Account_Analysis | | Third Party |
| 5 | | 6 7. Acct 4464 July 2021.pdf | 1 | Third Party |
| 6 | | 6 7. Acct 4464 July 2021.pdf | 1 | Third Party |
| 7 | | 6 7. Acct 4464 July 2021.pdf | 1 | Third Party |
| 8 | | 6 7. Acct 4464 July 2021.pdf | 1 | Third Party |
| 9 | | 6 7. Acct 6056 July 2021.pdf | 5 | Third Party |
| 10 | | 6 7. Acct 5587 July 2021.pdf | 1 | Third Party |
| 11 | | 6 7. Acct 5587 July 2021.pdf | 1 | Third Party |
| 12 | | FTX Trading Ltd - ███████ - Complete Transaction History _Account_Analysis | | Third Party |
| 13 | | FTX Trading Ltd - ███████ - Complete Transaction History _Account_Analysis | | Third Party |
| 14 | | 6 7. Acct 6056 July 2021.pdf | 5 | Third Party |
| 15 | | FTX Trading Ltd - ███████ - Complete Transaction History _Account_Analysis | | Third Party |

| | S | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|---|
| 1 | Check Number | AM File Type | AM ID | AM ID - Unique | AM Account Number | Start of Month | End of Month |
| 2 | | Statements_PDF | 528,614 | 484,198 | 1676 | 7/1/2021 | 7/31/2021 |
| 3 | | Statements_PDF | 528,613 | 484,197 | 1676 | 7/1/2021 | 7/31/2021 |
| 4 | | Transaction_CSV | 1,080,391 | 287,393 | 8563 | 5/1/2021 | 5/31/2021 |
| 5 | | Statements_PDF | 85,020 | 567,840 | 4464 | 7/1/2021 | 7/31/2021 |
| 6 | | Statements_PDF | 85,018 | 567,838 | 4464 | 7/1/2021 | 7/31/2021 |
| 7 | | Statements_PDF | 85,016 | 567,836 | 4464 | 7/1/2021 | 7/31/2021 |
| 8 | | Statements_PDF | 85,019 | 567,839 | 4464 | 7/1/2021 | 7/31/2021 |
| 9 | | Statements_PDF | 729,763 | 871,804 | 6056 | 7/1/2021 | 7/31/2021 |
| 10 | | Statements_PDF | 51,244 | 539,378 | 5587 | 7/1/2021 | 7/31/2021 |
| 11 | | Statements_PDF | 51,243 | 539,377 | 5587 | 7/1/2021 | 7/31/2021 |
| 12 | | Transaction_CSV | 1,080,525 | 349,532 | 8563 | 7/1/2021 | 7/31/2021 |
| 13 | | Transaction_CSV | 1,080,558 | 458,219 | 8563 | 7/1/2021 | 7/31/2021 |
| 14 | | Statements_PDF | 729,777 | 871,818 | 6056 | 7/1/2021 | 7/31/2021 |
| 15 | | Transaction_CSV | 1,080,679 | 221,417 | 8563 | 10/1/2021 | 10/31/2021 |

| | Z |
|---|---|
| 1 | **Combined Search Field** |
| 2 | Goldfield Hive Empire Trading Pty Ltd ▮▮▮ Checking 2021-07-07 Transfer AUD -26360.00000000000000000000  TRANSFER TO ▮ ▮ LIGHTHOUSE  FOUNDATION FTX230630 24-06-2021 to 23-07-2021.pdf 16  Statements_PDF ▮ 2021-07-01 2021-07-31 |
| 3 | Goldfield Hive Empire Trading Pty Ltd ▮ Checking 2021-07-07 Transfer AUD -6622.00000000000000000000  TRANSFER TO ▮ |
| 4 | Prime Trust FTX Trading Ltd ▮ 2021-05-13 wire USD -500000.00000000000000000000  GIVE FOUNDATION INC. GIVE FOUNDATION INC. FTX Trading Ltd - ▮ - Complete Transaction History _Account_Analysis  Transaction_CSV ▮ 2021-05-01 2021-05-31 |
| 5 | Silvergate Alameda Research Ltd ▮ Checking 2021-07-27 Other Debit USD -50000.00000000000000000000  L07RK4926PHCLNKC BENE: THE BRYSON DECHAMBEAU FOUNDATION 6 7. Acct 4464 July 2021.pdf 1 Statements_PDF ▮ 2021-07-01 2021-07-31 The |
| 6 | Silvergate Alameda Research Ltd ▮ Checking 2021-07-27 Other Debit USD -200000.00000000000000000000  L07RK4927QQCBOLA BENE: PHIL AND AMY MICKELSON FOUNDATION 6 7. Acct 4464 July 2021.pdf 1 Statements_PDF ▮2021-07-01 2021-07-31 Phil And |
| 7 | Silvergate Alameda Research Ltd ▮ Checking 2021-07-27 Other Debit USD -50000.00000000000000000000  L07RK4925MWD8XF8 |
| 8 | Silvergate Alameda Research Ltd ▮ Checking 2021-07-27 Other Debit USD -200000.00000000000000000000  L07RK4921HDD17C3 BENE: NORTH VALLEY COMMUNITY FOUNDATION 6 7. Acct 4464 July 2021.pdf 1 Statements_PDF ▮ 2021-07-01 2021-07-31 North |
| 9 | Silvergate Alameda Research LLC ▮ Checking 2021-07-22 Other Debit USD -100000.00000000000000000000  L07MK01425IB3N8Q |
| 10 | Silvergate Alameda Research LLC ▮ Checking 2021-07-21 Other Debit USD -200000.00000000000000000000  L07LE484109AEN68 |
| 11 | Silvergate Alameda Research LLC ▮ Checking 2021-07-21 Other Debit USD -250000.00000000000000000000  L07LE484614AEN9E BENE : THE GOOD FOOD INSTITUTE , INC . 6 7. Acct 5587 July 2021.pdf 1 Statements_PDF ▮2021-07-01 2021-07-31 The Good Food |
| 12 | Prime Trust FTX Trading Ltd ▮ 2021-07-21 wire USD -56000.00000000000000000000  BURN MANUFACTURING COMPANY BURN MANUFACTURING COMPANY FTX Trading Ltd - ▮ - Complete Transaction History _Account_Analysis  Transaction_CSV 1080525 |
| 13 | Prime Trust FTX Trading Ltd ▮2021-07-23 wire USD -960000.00000000000000000000  Pachama Inc. Pachama Inc. FTX Trading Ltd - |
| 14 | Silvergate Alameda Research LLC ▮ Checking 2021-07-27 Other Debit USD -50000.00000000000000000000  L07RK4920GPCLNG1 |
| 15 | Prime Trust FTX Trading Ltd ▮ 2021-10-08 wire USD -8000000.00000000000000000000  New Venture Fund New Venture Fund FTX Trading Ltd - ▮ - Complete Transaction History _Account_Analysis  Transaction_CSV ▮ 2021-10-01 2021-10-31 New |

# **EXHIBIT 6**



REQUEST OXYGEN          **DONATE**



## Building a resilient health system

Oxygen is still in short supply in many places. Join our efforts as we build a National Oxygen Grid to ensure a reliable supply of medical oxygen across India.



**OxygenForIndia Announces New Partners – Swasth Alliance and Indiaspora**

OxygenForIndia (OFI), a volunteer-run campaign to deliver medical oxygen in response to the COVID-19 second wave in India, recently welcomed on board new partners - Swasth Alliance and Indiaspora to assist in its effort to form a National Oxygen Grid.



**Dr. Indu Bhushan to co-lead OFI's National Oxygen Grid initiative**

OxygenForIndia (OFI), a volunteer-run campaign to deliver medical oxygen in response to the COVID-19 second wave in India announced that Dr. Indu Bhushan will co-lead its effort to form a national oxygen grid.

## About us

The OxygenForIndia initiative came into being in the wake of the unprecedented oxygen crisis in April 2021, with a vision to ensure that no one in India dies due to the lack of medical oxygen. In the short term, we deployed 20,000 reusable oxygen cylinders and 3,000 oxygen concentrators in 57 urban and rural centers across India. Meanwhile, we are working with partners to establish a stable, reliable oxygen supply system for India for the long term.

## Strengthening Oxygen Supplies



Improving access to facilities.  →



## 20000
Reusable oxygen cylinders deployed



## 3000
Oxygen concentrators deployed



**57**
Urban

**NO FOOD WASTE**

Date: 11th October 2021

From,

M.Dinesh,
Co-Founder & Executive Director,
No Food Waste,
Coimbatore, Tamilnadu.

Dear Oxygenforindia Team,

Subject: Appreciation of Oxygen Service for COVID

No Food Waste is a not-for-profit organization working on surplus food recovery, hunger alleviation, emergency food assistance, nutritional development activities etc.

No Food Waste has been working on various solutions to address the above-mentioned problems including connecting untouched edible surplus food from various bulk food sources such as wedding halls, restaurants, corporate canteens with needy and hungry people. During COVID-19, No Food Waste has carried out several relief activities for helping the needy and deserving people.

In the middle of the 2nd wave of COVID the most difficult item to source was Oxygen, we tried our best to source locally and otherwise but couldn't find many ready and reliable options. We heard about Oxygenforindia and approached you for sourcing concentrators to carry out our service. You provided oxygen concentrators and cylinders at minimal charges to enable organisations like us to carry out oxygen service.

We have taken 17 concentrators against payment of refundable deposit from Oxygenforindia. We were very happy with the quality of equipment and effort to ensure we get the equipment quickly despite many restrictions during COVID wave. We have done a partial return of equipment as some patients continue use concentrators. For all equipment returned we have got refund of deposit minus charges as agreed in contract.

We thank the Oxygenforindia team for their service and effort in enabling us to perform Oxygen service to communities in Coimbatore and surrounding areas

Warm Regards

For NO FOOD WASTE

EXECUTIVE DIRECTOR

M.Dinesh,

Co-Founder & Executive Director, No Food Waste.

Mail : nofoodwaste.in@gmail.com        Visit : www.nofoodwaste.in        Help Line : 90877 90877

**3/5**

*" Your service of providing concentrators against a fully refundable deposit, transporting to our centre at very minimal charges was hard to believe at first. However, when your team got the concentrators delivered to us despite COVID restrictions, we were extremely happy. "*

## Rotary Club of Salem Metropolis

VIEW IMPACT



OxygenForIndia.Org

OxygenForIndia was founded in April 2021 with the goal to avert deaths from the lack of oxygen in the country. Deploying reusable oxygen cylinders and concentrators across the country, OxygenForIndia has successfully provided medical oxygen to major cities and rural districts, saving countless lives.

Our journey is just beginning. OxygenForIndia is working toward establishing a national oxygen grid in the country to prevent a crisis like this in the future.

Our mission is to ensure that no one in India dies from the lack of medical oxygen.

## The pandemic exposed critical gaps in access to medical oxygen

The lack of access to medical oxygen has preceded the pandemic and will continue to threaten lives if we don't act now. OFI is working to establish a National Oxygen Grid. Help us reach the goal of averting preventable deaths.

## DONATE HERE

---

Home  |  About us  |  Donate Now  |  National Oxygen Grid  |  Privacy Policy

© 2022 OxygenForIndia



# **<u>EXHIBIT 7</u>**

# WeSave! Charity Play

From Liquipedia Dota 2 Wiki

[e]

**WePlay Esports Events**

WePlay! presents **WeSave! Charity Play**, a global online charity tournament to combat
the spread of COVID-19.[1] The tournament will feature 24 teams and a prize pool of
$120,000 USD (United States Dollar), spread evenly across six regions. Prize pool and all
donations collected during the tournament will be equally divided between the CEPI (http
s://cepi.net/) and GlobalGiving (https://www.globalgiving.org/) funds.[2]

## Contents

- 1 Format
- 2 Goals
- 3 Placement
  - 3.1 EU & CIS
  - 3.2 North America
  - 3.3 South America
  - 3.4 China
  - 3.5 Southeast Asia
- 4 Participants
  - 4.1 Europe
  - 4.2 CIS
  - 4.3 North America
  - 4.4 South America
  - 4.5 China
  - 4.6 Southeast Asia
- 5 Results
  - 5.1 EU & CIS
  - 5.2 North America
  - 5.3 3v3 NA All-Star
  - 5.4 South America
  - 5.5 China
  - 5.6 Southeast Asia
- 6 External Links
  - 6.1 Streams
  - 6.2 Broadcast Talent
  - 6.3 Highlights
  - 6.4 Others
- 7 References

## Format

- **Participants:**



**WeSave! Charity Play** [e][h]



### League Information

| | |
|---|---|
| **Organizer:** | WePlay! |
| **Sponsor(s):** | GOSU.AI (https://gosu.ai/) HyperX (https://www.hyp erxgaming.com/) Huya (http://huya.com/) Pepsi (https://pepsi.ua/) bestdota2.me (http://best dota2.me/) |
| **Type:** | Online |
| **Location:** | 🌎 World |
| **Format:** | Single-elimination |
| **Prize Pool:** | $120,000 USD (United States Dollar) |
| **Start Date:** | 2020-03-20 |
| **End Date:** | 2020-03-26 |
| **Game:** | Dota 2 |
| **Version:** | 7.25a – 7.25b |
| **Teams:** | 24 |
| **Liquipedia Tier:** | Showmatch (Tier 1) |

### Links

(https://weplay.tv/events/dota-2/we-save-charit

y-play)          (https://www.datdota.com/leagues/1101

5)          (https://www.dotabuff.com/esports/leagues/

- Twenty four invited teams (four teams for each region)
- **Online Stage:**
  - Six single-elimination format groups
  - Each group has 4 teams
  - All matches are Bo3 (Best of 3)
  - Bo5 (Best of 5) Finals

## Goals

11015)        (https://stratz.com/leagues/11015)

(https://weplay.tv/legal/we-save-charity-play-tournam

ent-regulations)        (https://facebook.com/WePlayE

sportsGlobal)        (https://www.instagram.com/wepl

ay_eng)        (https://www.reddit.com/user/r/weplay

_dota2)        (https://twitter.com/weplay_dota2)

(https://www.vk.com/weplayesports)        (http

s://www.twitch.tv/team/weplay)        (https://www.yo

utube.com/channel/UCB1Cp_eNvUGWoIt4K0ZGDDg)

(https://www.youtube.com/channel/UCBiFae7Ft

ktcnHAwmgUTOIg)

188,880 / 200,000

| $120,000 USD (United States Dollar) ✓ | $150,000 USD (United States Dollar) ✓ | $160,000 USD (United States Dollar) ✓ | $180,000 USD (United States Dollar) ✓ | $200,000 USD (United States Dollar) |
|---|---|---|---|---|
| 24 teams from 6 regions | **EU vs. CIS Final** (A match where the winners of the two regions will compete against each other.) | **3v3 NA All-Star match** (All star in North America will be split into two teams to faceoff in a 3v3 match.) | **Finals format — BO5** (We'll change the format of the finals and the EU and CIS super finals from BO3 to BO5.) | **WePlay! Premium for all WeSavers** (All WeSavers will get WePlay! Premium access for 3 months.) |

## Placement

## EU & CIS

| Place | Participant |
|-------|-------------|
| 🥇 1st | Team Nigma |
| 🥈 2nd | HellRaisers |
| 🎖 3rd-4th | Team Liquid |
| | Natus Vincere |
| 5th-8th | OG |
| | Team Secret |
| | B8 |
| | Virtus.pro |

## North America

| Place | Participant |
|-------|-------------|
| 🥇 1st | Evil Geniuses |
| 🥈 2nd | CR4ZY |
| 🎖 3rd-4th | Cloud9 |
| | business associates |

## South America

| Place | Participant |
|-------|-------------|
| 🥇 1st | Thunder Predator |
| 🥈 2nd | NoPing e-sports |
| 🎖 3rd-4th | FURIA Esports |
| | beastcoast |

## China

| Place | Participant |
|-------|-------------|
| 🥇 1st | PSG.LGD |
| 🥈 2nd | Vici Gaming |
| 🎖 3rd-4th | Invictus Gaming |
| | EHOME |

## Southeast Asia

| Place | Participant |
|-------|-------------|
| 🥇 1st | Team Adroit |
| 🥈 2nd | Geek Fam |
| 🎖 3rd-4th | BOOM Esports |
| | TNC Predator |

## Participants

Show Players

### Europe

**Team Liquid** [1]        **Team Secret** [1]        **Team Nigma** [1]        **OG** [3]        Notes (Click to Toggle)



### CIS

**Virtus.pro** [1]        **HellRaisers** [1]        **Natus Vincere** [5]        **B8** [6]






### North America

**business associates** [1]        **CR4ZY** [5]        **Cloud9** [7]        **Evil Geniuses** [7]        Notes (Click to Toggle)






### South America

**NoPing e-sports** [1]



**Thunder Predator** [1]



**beastcoast** [1]    Notes (Click to Toggle)    **FURIA Esports** [5]





## China

**EHOME** [1]



**Invictus Gaming** [1]



**Vici Gaming** [7]



**PSG.LGD** [7]



## Southeast Asia

**Geek Fam** [1]



**BOOM Esports** [1]    Notes (Click to Toggle)    **TNC Predator** [1]    Notes (Click to Toggle)    **Team Adroit** [6]







## Results

| EU & CIS | North America | South America | China | Southeast Asia | Show All |



## External Links

### Streams

- Twitch.tv : 🏴 WePlay EN (https://www.twitch.tv/weplayesport_en) | 🏴 WePlay RU (https://www.twitch.tv/weplayesport_ru) | 🏴 WePlay UA (https://www.twitch.tv/weplayesport_ua) | 🏴 Canko (https://www.twitch.tv/canko) | 🏴 Missclick TV (https://www.twitch.tv/missclick_tv) | BeyondTheSummitPT (https://twitch.tv/beyondthesummit_pt) | 🏴 FroggedTV (https://www.twitch.tv/froggedtv) | 🏴 EmpirePlay (https://www.twitch.tv/EmpirePlay) | 🏴 shokzTV (https://www.twitch.tv/shokzTV) | 🏴 MGLCasterEG (https://www.twitch.tv/mglcastereg) | 🏴 bandiT (https://www.twitch.tv/bandit_live) | 🏴 CZ/SK Cast (https://www.twitch.tv/c1rceezy)
- Huya : 🏴 BurNIng (https://www.huya.com/520888) | LongDD (https://www.huya.com/longdd) | ROtK (https://www.huya.com/741988) | Ferrari_430 (https://www.huya.com/430430)
- Astro : 🏴 eGG (http://www.egg.network/)
- Facebook : 🏴 MGLCasterEG (https://www.facebook.com/gaming/mglcastereg) | 2 (https://www.facebook.com/gaming/Dgamersmn) | 3 (https://www.facebook.com/gaming/TelmuunGroove) | 🏴 Kuyanic (https://www.facebook.com/gaming/kuyanicwxc)
- YouTube : 🏴 ANONIM- (https://www.youtube.com/channel/UCaMKaSneK–9QLtkDlj2dag) | Ligagame Esport (https://www.youtube.com/channel/UC0uITTSZIN8D2SnOXV9tkzA)

## Broadcast Talent



**English** Russian Ukrainian Other Show All

The talent for the English broadcast was announced on March 16th, 2020.[1]

- **Casters:**
  - 🏴 KillerPigeon (Darren Elmy)
  - 🏴 Kyle (Kyle Freedman)
  - 🏴 Lacoste (Dominik Stipić)
  - 🏴 lizZard (Admir Salkanović)
  - 🏴 Moxxi (Michelle Song)
  - 🏴 Nomad (Jared Bajina)
  - 🏴 ODPixel (Owen Davies)
  - 🏴 Sheever (Jorien van der Heijden)
  - 🏴 syndereN (Troels Lyngholt Nielsen)
  - 🏴 TeaGuvnor (Robson Merritt)

- **Casters:**
  - 🏴 BananaSlamJamma (Brian Canavan)
  - 🏴 BanKs (James Banks)
  - 🏴 Danog (Matt Joyce)
  - 🏴 Fluke (Luke Pate)
  - 🏴 hairy_freak (Nikola Babić)
  - 🏴 Kips (Muriëlle Huisman)
  - 🏴 Lyrical (Gabriel Thomas Cruz)
  - 🏴 s4 (Gustav Magnusson)
  - 🏴 SUNSfan (Shannon Scotten)
  - 🏴 Trent (Trent MacKenzie)

- **Observers:**
  - 🏴 jenyashy (Eugene Shytikov)
  - 🏴 LittleP1g (Stas Kashpruk)

## Highlights

- 2020-03-21 | 🏴 *Best moments - Day1 (https://youtu.be/3B9cKrY2MZU)* by WePlay! Esports Dota2
- 2020-03-22 | 🏴 *Best moments - Day2 (https://youtu.be/TucZNahxbo8)* by WePlay! Esports Dota2
- 2020-03-23 | 🏴 *Best moments - Day3 (https://youtu.be/XrYBlgFtroU)* by WePlay! Esports Dota2
- 2020-03-24 | 🏴 *Best moments - Day4 (https://youtu.be/ops9_8jD7Pk)* by WePlay! Esports Dota2
- 2020-03-24 | 🏴 *Geek Fam vs Adroit - Best moments (https://youtu.be/OEUowl5BVwc)* by WePlay! Esports Dota2
- 2020-03-24 | 🏴 *NaVi vs HellRaisers - Best moments (https://youtu.be/txrbc3SK7rg)* by WePlay! Esports Dota2
- 2020-03-24 | 🏴 *CR4ZY vs Evil Geniuses - Best moments (https://youtu.be/IP0ZODNqKDc)* by WePlay! Esports Dota2
- 2020-03-25 | 🏴 *PSG.LGD vs Vici Gaming - Best moments (https://youtu.be/NboYc44vKN4)* by WePlay! Esports Dota2
- 2020-03-25 | 🏴 *Liquid vs Nigma - Best moments (https://youtu.be/-aL_oWqRyt0)* by WePlay! Esports Dota2

- 2020-03-25 | 🏴 *NoPing vs Thunder Predator - Best moments (https://youtu.be/Z62D6g92eZk)* by WePlay! Esports Dota2
- 2020-03-26 | 🏴 *HellRaisers vs Nigma - Best moments (https://youtu.be/-gf6QNxo2M0)* by WePlay! Esports Dota2

## Others

**ABOUT**

**AFFILIATED SITES**

Privacy policy

TL.net

Send an email

About Liquipedia Dota 2 Wiki

Chat with us

Disclaimers

Contact

API



This page was last edited on 2 April 2025, at 17:25.
Text/code is available under CC-BY-SA. Licenses for other media varies.

# EXHIBIT 8



Donate     Q

# My Brother's Keeper Alliance

### About ▾

### Our Impact ▾

### Get Involved ▾

### Resources ▾



# Mission & History

We believe communities are the unit of change to realize improved life outcomes for boys and young men of color. Research shows that the collective work of community leaders, members, and public and private agencies pursuing the same goals for boys and young men of color can lead to sustainable, place-based change.

# Our History

President Obama launched the My Brother's Keeper program in February 2014, in response to the death of Trayvon Martin. The program sought to address the persistent opportunity gaps boys and young men of color face and to ensure all young people can reach their full potential.

We believe communities are the unit of change to realize improved life outcomes for boys and young men of color. Research shows that the collective work of community leaders, members, and public and private agencies pursuing the same goals for boys and young men of color can lead to sustainable, place-based change.

▶

## My Brother's Keeper Alliance at the Obama Foundation

In 2018, 19 organizations across 10 states and Puerto Rico were chosen as national models to expand evidence-based initiatives to reduce youth violence, grow effective mentorship programs, and measurably improve the lives of boys and young men of color. The MBK Alliance team is working with these Impact and Seed communities to support the development of long-term strategic plans that chart life outcomes changes for boys and young men of color across the six milestones.

The Alliance is working with partners to offer tools, resources, and convening opportunities designed to support the growing network of nearly 250 MBK Communities that participated in the My Brother's Keeper Community Challenge.

Our goal is to bolster the network of MBK Communities and all those that share our mission while promoting action, strengthening interventions, and sharing practices and policies that work.

# Our approach

MBK Alliance works to unleash the power of communities working together to solve problems for boys and young men of color, at a level to improve real life outcomes. We believe communities are the unit of change to realize improved life outcomes for boys and young men of color. Research shows that collective work of community leaders, members, and public and private agencies pursuing the same goals for boys and young men of color can lead to sustainable, place-based change.

We believe that cross-sector collaborative action is central to how communities will achieve improved outcomes for boys and young men of color.

## Local leaders

Local leaders champion efforts across departments to shift policies and improve outcomes for boys and young men of color.

## Nonprofits

Nonprofits are healthy and increasing scale of high-quality service offerings directed towards boys and young men of color from cradle to career.

## Corporations

Corporations commit resources to support boys and young men of color and create targeted hiring and retention strategies

## Philanthropy

Philanthropy commits sustained financial resources to support boys and young men of color.

## Residents

Residents (e.g., YOUTH) are
engaged and commit time and
their voices to shape priorities
and initiatives.

# SUPPORT BOYS AND YOUNG MEN OF COLOR

Help unleash the power of communities
working together by giving to the Obama
Foundation today.

Donate to the Barack Obama Foundation. The
Barack Obama Foundation is registered as a
501(c)(3) non-profit organization (EIN 46-
4950751).



| One-time | ♥ Monthly |
| --- | --- |

| $10 | $25 | **$44** |
| --- | --- | --- |
| $100 | $125 | $150 |

$ 44                                    USD ▾

Donate



# 6 Key Milestones to Success

The MBK Equity Framework will help you uncover the disparate outcomes for boys and young men of color in your community.

**Learn more →**

## Our challenges

Our country's persistent social inequities are widespread, rooted in structural and institutional racism, and prevent our boys and young men of color from reaching their full potential.

## How we do it

# My Brother's Keeper Alliance at the Obama Foundation





## Accelerate Impact in Exemplary Communities

## Strengthen the MBK Network and Promote What Works

Learn more

Learn more →

# Latest news

All My Brother's Keeper Alliance →





MBK Alliance    Stories

## MBK Yonkers, the journey to impact

MBK Yonkers received recognition as an MBK
Model Community in 2023 for demonstrating
population-level impact in Milestone 3,
achieving a graduation rate of 91% by 2021.

**Learn more** →

MBK Alliance    Youth

## MBK Omaha, the journey to impact

MBK Omaha has become a Model Community
for showing a population-level impact on
Milestone 6, all youth remain safe from violent
crimes by demonstrating a 30 percent decrease
in homicides from 2011 to 2022.

**Learn more** →





MBK Alliance    Stories

## MBK Tulsa, the journey to impact

ImpactTulsa has fostered a network of
partners in Tulsa, Oklahoma, who are
specifically focused on impacting the systems
that affect BYMOC.

**Learn more** →

MBK Alliance    Stories

## MBK Newark, the journey to impact

**Learn more** →





MBK Alliance    Health & Wellbeing

## Six reflections on Black mental health and self-care

Here at the My Brother's Keeper Alliance, we support communities of color across the United States and Puerto Rico that are taking action to create systemic solutions to the most pressing issues facing boys and young men of color.

**Learn more  →**



MBK Alliance    Youth

## Freedom Summer 2023

Check out the Freedom Summer 2023 grant recipients!

**Learn more  →**



# Sign up for the My Brother's Keeper Alliance newsletter

Support MBK Alliance and stay informed about our work. (All fields required.)

## First name

## Last name

# Email

_____

☐  **Yes, I agree to the <u>Terms of Service</u>**

┌─────────────┐
│  **Sign Up**  │
└─────────────┘

# DONATE  TODAY

We need your help to turn hope into action—to inspire,
empower, and connect people to change their world.

## Donate



**The Foundation**

About

Our Mission

Leadership

Press & Media

The Obama Administration

**The Obama Foundation Shop**

## Get Involved

Ways to Give

Careers

Vendor Information

Host an Event

Signup for Newsletters

FAQ

Contact Us

## Financial

Annual Reports

Financial Information

The Obama Foundation is a nonpartisan 501(c)(3) nonprofit organization on a mission to inspire, empower, and connect people to change their world. Read more  about our tax-exempt status.

© 2025 The Barack Obama Foundation.

Terms of service      Privacy policy

# EXHIBIT 9

A Christian ministry
of loving service
and education

(https://www.mybrotherskeeper.org/)



WELCOME TO

## My Brother's Keep

We are a vibrant, welcoming
ministry with locations in Ea
Dartmouth, MA, that delivers
and food to families in need
mission: "To bring the Love a
Jesus Christ to those in nee

**LEARN MORE**
(/who-we-are)

WELCOME TO

## My Brother's Keeper

We are a vibrant, welcoming Christian ministry with locations in Easton and Dartmouth, MA, that delivers furniture and food to families in need. Our mission: "To bring the Love and Hope of Jesus Christ to those in need."

**LEARN MORE (/WHO-WE-ARE)**



## Christmas in July Toy Drive



In 2024 My Brother's Keeper delivered Christmas to 3,270 families throughout Massachusetts. Please help us replenish our toys to bring the joy of Christmas to families in need in 2025.

**AMAZON WISHLIST**

(https://www.amazon.com/5Y22NW1GB?ref=gr_search_page_result)

(https://www.walmart.com/registry/ER/2d1ccd16-78b7-4a3a-a788-acd85790ba7f)

## New Mentoring Program

My Brother's Keeper will soon pilot a career-focused mentoring program designed to help disadvantaged college students begin successful careers aligned with their major.

**LEARN MORE**

(https://www.mybrotherskeeper.org/mentoring/)



"Sometimes I hope the person we're delivering food to can't meet us at their front door, so we can bring the food up and spend more time with them."
— Mike, volunteer

## 2025 Mission Appeal

While the furniture and food we deliver each week is important to those we serve, what is more important is that we can help them experience God's love through our deliveries. We humbly ask for your support in "Reflecting the Love of Jesus" through our work this year.

LEARN MORE

(https://www.mybrotherskeeper.org/appeal2025/)



## Faithful Friends Giving Program

Faithful Friends are those who support the mission of My Brother's Keeper by making financial donations throughout the year.  Through this important support, My Brother's Keeper delivers healthy groceries, much-needed household furniture, and Christmas gifts to local families in need.

LEARN MORE

(www.mybrotherskeeper.org/faithful-friends)



**In Loving Memory of James "Jim" Orcutt 1940 - 2024**

**OBITUARY**

(https://www.mybrotherskeeper.org/jim-orcutt/)

**WATCH JIM'S FUNERAL MASS**

(https://www.youtube.com/watch?v=IGK6TykO00Q)



# Policy Videos

Over the last two decades, the My Brother's Keeper Board of Directors enacted eight policies to help the ministry remain mission-focused. Each policy is borne out of some personal experience which gave our leadership an invaluable insight that will guide our work for generations to come. Listen to co-founders, Jim & Terry, share firsthand stories of how My Brother's Keeper came to be in this video series.

**WATCH VIDEO**

(https://www.mybrotherskeeper.org/policies/)



# Easton Building Project

The cornerstone of the Easton Building Project is building out a full second floor. This will add significant work and storage space within the _____ ___ments.

**LEARN MORE**

(/eastonbuildingproject)



# Mission Video

One of our Dartmouth volunteers, Stephanie Richard from Upstream Visual Works, produced a beautiful video focusing on our mission, "*To Bring the Love and Hope of Jesus Christ to those we serve*". This video premiered at the first annual Spring Together for Love & Hope event on April 29, 2022. We are excited to share it with you now, and hope it makes you feel proud to be part of the My Brother's Keeper family, or if you aren't already, to join us. Enjoy!

**WATCH VIDEO**

(/spring-together-for-love-hope)

## Our Annual Sponsors

Thank you to our Annual Sponsors for your support and generosity. Your gifts make possible our mission and work serving families and neighbors in need. For information about becoming an annual sponsor, click below.

**LEARN MORE**
(http://weblink.donorperfect.com/annual-sponsors)





## Make a prayer request

I would like to have the volunteers at My Brother's Keeper offer their daily prayers and service for the following intention:

Enter your prayer request here...

**SEND**



## WHO WE ARE

A vibrant, welcoming Christian ministry with locations in
Easton and Dartmouth, MA with a community of over 5,000
volunteers.

**LEARN MORE**

(/who-we-are)



## WHAT WE DO

We deliver furniture, food, and Christmas gifts free of charge
to those in need.

**LEARN MORE**

(/programs/)

## WHY WE DO IT

To accomplish our mission "To bring the Love and Hope of Jesus Christ to those we serve"

**LEARN MORE**

(/mission/)



## Check Out Our Newsletter

Want to see what we've been up to at My Brother's Keeper? View the PDF here, or use this form to sign up and receive the latest news.

**VIEW THE LATEST NEWSLETTER**

(https://www.mybrotherskeeper.org/looking-ahead-new-my-brothers-keeper-mentoring-program/)

**SIGN UP FOR NEWSLETTER AND MINISTRY UPDATES (HTTPS://INTERLAND3.DONORPERFECT.NET/WEBLINK/WEBLINK.ASPX?NAME=E355421&ID=45)**

# By the Numbers

My Brother's Keeper is 100% privately funded. Because we are a Christian community serving in Christ's name, we do not accept any local, state, or federal funding. And unlike many charities, no donated items are ever sold — the best we have goes directly to those we serve.

**37**
Years of dedicated service

**18**
Caring Employees

**5,000**
Volunteers per Year

**20,920**
Deliveries in 2024

**250,000+**
Total Deliveries Completed

**91%**
Directed to programs serving those in need

**3%**
Management & General Expenses

**6%**
Development Expenses



Spending



**Easton Facility**

PO Box 338

Easton, MA 02356

508–238–7512

**Dartmouth Facility**

PO Box 70273

N. Dartmouth, MA 02747

774–305–4577







About (https://www.mybrotherskeeper.org/whatwe-are-about/)
Mission (https://www.mybrotherskeeper.org/mission/)
History (https://www.mybrotherskeeper.org/our-history/)
Education (https://www.mybrotherskeeper.org/a-ministry-of-education/)
Staff (https://www.mybrotherskeeper.org/staff/)
Boards (https://www.mybrotherskeeper.org/board/)
Policies (https://www.mybrotherskeeper.org/policies/)
Jobs (https://www.mybrotherskeeper.org/job-posts-and-internships/)

**How We're Funded (/100-privately-funded/)**
Funding (https://www.mybrotherskeeper.org/100-privately-funded/)
Stewardship (https://www.mybrotherskeeper.org/good-stewardship/)
Management (https://www.mybrotherskeeper.org/financial-management-philosophy/)
Bequests (https://www.mybrotherskeeper.org/bequest-program/)

**Contact Us (/contact)**
Inquiries (https://www.mybrotherskeeper.org/contact/)

**Request Assistance (/furniture/)**
Furniture (https://www.mybrotherskeeper.org/furniture/)
Food (https://www.mybrotherskeeper.org/food-assistance/)
Christmas (https://www.mybrotherskeeper.org/christmas/)

Furniture (https://www.mybrotherskeeper.org/programs/furniture/)
Food (https://www.mybrotherskeeper.org/programs/food/)
Christmas (https://www.mybrotherskeeper.org/programs/christmas/)
Credibility (https://www.mybrotherskeeper.org/programs/credentials-for-credibility/)

**News & Events (/news)**
News (https://www.mybrotherskeeper.org/news/)
Events (https://www.mybrotherskeeper.org/2024events/)

**Donate (/donate-furniture/)**
Financial (https://www.mybrotherskeeper.org/donate/)
Furniture (https://www.mybrotherskeeper.org/donate-furniture/)

**Find us on Social Media**

(https://www.linkedin.com/company/my-brothers-keeper-

keeper- (https://www.facebook.com/mybrotherskeeperMA/) (https://www.instagram.com/mybrotherskeeperMA/)

COPYRIGHT © 2025 MY BROTHER'S KEEPER. ALL RIGHTS RESERVED.
WEBSITE CREATED BY ICON ADVERTISING & DESIGN INC.

# **EXHIBIT 10**

Pachama – Learn about us, our work and nature

EXPLORE THE PLATFORM

 Pachama



# CHANGE

We believe that technology can unleash the full potential of natural systems to address climate change and protect life on earth.

JOIN US



# Our statement of intent

Now is the moment to reimagine the relationship between business and nature. To harness technology to shift our perspective and restore integrity and confidence in nature.

It's time to see carbon in action.



# Our story

ORIGINS

## ⌄  Inspired by the Amazon, born in the Redwoods

Pachama's founders were born and raised in South America where they witnessed the
devastating deforestation of the mighty Amazon rainforest, prompting them to action. As
technologists, they moved to Silicon Valley and, from a cabin in the mighty Redwood forests,
Pachama was born to bridge accelerating technologies with the urgent need for
conservation and restoration funding to address climate change and biodiversity loss.

GROWTH

## Restoring millions of hectares

Pachama's mission swiftly attracted talented engineers, scientists and investors from around the world, who felt called to invest their time and money in the cause. In the subsequent years, Pachama helped fund projects that restored more than 10K hectares and conserved more than 2M hectares of native forest around the world, equipping dozens of Fortune 500 companies with the insights needed to confidently invest in nature. Today, Pachama continues to advance its technology platform and ecosystem to catalyze a new generation of nature-based carbon projects, helping carbon markets evolve.



FUTURE

## Cultivating a natural renaissance

We envision a world in which a flourishing nature, new technologies and human collaboration unite our economies and our ecologies. Where businesses have an inherent positive impact on the Earth's biosphere and atmosphere, of which they are a part. Pachama is committed to continue investing with conviction in the innovations needed to restore nature at climate scale, helping businesses invest in nature with trust.

# Recognized by respected institutions

# The FTX Foundation Group Launches the FTX Climate Program

FTX Climate program includes carbon neutral initiatives, research funding, special projects, and carbon removal solutions



NEWS PROVIDED BY
**FTX Trading Ltd.** ➔
27 Jul, 2021, 13:00 ET

ANTIGUA, July 27, 2021 /PRNewswire/ -- The FTX Foundation Group, a collective group consisting of companies owned by Sam Bankman-Fried and related contributors ("FTX Foundation"), today announced the launch of the FTX Climate program.

This global initiative is the first major program launched by the FTX Foundation and is centered around four ambitious goals: 1) meeting FTX Trading Limited's ("FTX") commitment to becoming carbon neutral this year, 2) funding research and policy initiatives that will have an outsized impact on the climate crisis, 3) supporting the growth of carbon removal solutions and 4) funding other climate related special projects.

FTX CEO Sam Bankman-Fried commented on today's news, "FTX Climate is an important step for us in leaving the planet in a better place than it is today. We consider ourselves lucky to live in the world as we do, and we feel a responsibility to make sure future generations get to experience it as well. When we announced our commitment to

becoming carbon neutral in May, we said we were going to do this right and find a holistic and impactful way to address climate change. This is just the first of many programs we plan to undertake in order to effectively support organizations trying to save our planet."

## **Carbon Neutrality**

FTX & the FTX Foundation publicly committed to spending a minimum of $1 million this year to offset the environmental impact of cryptocurrency mining and storage. As a result, the FTX Climate program has already purchased over $1 million (or 100,000 tons) in carbon offsets through two organizations, BurnStoves and Pachama:

- BurnStoves created an inexpensive and environmentally friendly stove for African countries. The sale of 7,000 VER carbon credits will allow BurnStoves to increase scale and reduce the cost of the stoves they produce.
- Pachama allows corporations to buy forest based carbon offsets from projects around the world. FTX Climate has purchased 93,000 carbon credits to support the Kootznoowoo project in Alaska, Bajo Calima y Bahía Málaga project in Colombia, and the Nicaforest project in Nicaragua.

## **Research & Policy Funding**

FTX Climate is dedicated to furthering research on how best to solve the climate crisis and how public policy can be shaped to effect change. In support of that, FTX Climate has committed over $500,000 combined to three organizations working on research and policy initiatives relating to climate change: Giving Green, CarbonPlan, and the Good Food Institute.

Further information on these organizations and the commitments made to them can be found on the Research & Policy page of the FTX Climate website.

## **Carbon Removal**

Another key area of focus for FTX Climate will be Carbon Removal, with the program committing $1,000,000 to permanent carbon capture and storage. While there have been great strides made in terms of renewable energy, Carbon Removal looks to mitigate and hopefully reverse the impacts of climate change that we're already seeing by extracting carbon dioxide from the atmosphere and storing it permanently. While no solutions exist currently to conduct carbon removal at a globally relevant scale for a feasible cost, the $1 million committed by the FTX Climate program is being set aside to work with the organizations looking to make this into a globally effective solution.

## Special Projects

As its first special project, FTX Climate has also made a three-year commitment to The Honnold Foundation to install solar panels in the places they are needed the most. This year, FTX has committed $50,000 to help complete the current joint effort between the Honnold Foundation and the Ceibo Alliance with an additional $100,000 per year to be committed in 2022 & 2023 in order to fully fund two new solar panel projects in the Amazon.

The FTX Foundation is centered around the FTX team's desire to live in a world where everyone has the same opportunities. With the pledge of one percent of all net fees going towards charitable giving, the FTX Foundation manages and disperses these funds to the most effective organizations around the world. The FTX Foundation has already earmarked more than $10 million for charity this year with more than 3 million dollars already donated to support a variety of charities including those addressing the recent flooding in the Henan Province in China and the oxygen crisis in India.

To learn more about the FTX Climate program, please visit: FTX Climate

## About FTX

FTX.COM is a cryptocurrency exchange built by traders, for traders. It offers innovative products, including industry-leading derivatives, options and volatility products, tokenized stocks, prediction markets, leveraged tokens and an OTC desk. FTX.COM strives to be an

intuitive yet powerful platform for all kinds of users, and to be the most innovative exchange in the industry. FTX.COM has grown quickly since its founding, becoming one of the most respected cryptocurrency exchanges in the world in less than 2 years.

To learn more about FTX.COM, please visit: https://ftx.com/

FTX.COM is not available to US residents or residents of other prohibited jurisdictions, as set out in its Terms of Service.

**About FTX.US**

FTX.US is a US-regulated cryptocurrency exchange, built from the ground up. Our mission is for FTX.US to grow the digital currency ecosystem, offer US traders a platform that inspires their loyalty and become the market leading US cryptocurrency exchange by volume over the next two years.

To learn more about FTX.US, please visit: https://ftx.us/

**Media Contact:**

Jay Morakis

M Group Strategic Communications (for FTX)

+1 646-859-5951

ftx@mgroupsc.com

SOURCE FTX Trading Ltd.



# PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

**Submit**

By signing up you agree to receive content from us

Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.