# **<u>EXHIBIT 11</u>**

This site uses cookies and similar technologies to store information on your computer or device. By continuing to use this site, you agree to the placement of cookies and similar technologies. Read our updated Privacy & Cookies Notice to learn more.

I Accept

# Online Giving Disclosures

Contributions to Ronald McDonald House Charities will support the organization's mission to create, find and support programs that improve the health and well-being of children, consistent with the organization's core values. Ronald McDonald House Charities is a public charity described in Internal Revenue Code (the "Code") sections 509(a) and 501(c)(3). Contributions to Ronald McDonald House Charities are tax deductible in accordance with Section 170 of the Code. Please consult your tax advisor for questions regarding deductibility.

Information concerning Ronald McDonald House Charities, including financial, licensing and charitable purposes may be obtained without cost by writing to:
Ronald McDonald House Charities
26345 Network Place,
Chicago, IL 60673

Information concerning RMHC audited financials can also be found at **Media Center and Financials | RMHC (/about-us/media-center)**.

In addition, residents of the following states may obtain financial and/or licensing information from their states, as indicated. Registration with these states, or any other state, does not imply endorsement by the state.

## Florida

Ronald McDonald House Charities principal place of business is in the state of Illinois, but it is registered in the state of Florida under registration number CH456.

A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING TOLL-FREE, WITHIN THE STATE, 1-800-HELPFLA, OR VIA THE INTERNET AT WWW.800HELPFLA.COM (https://www.fdacs.gov/ConsumerServices). REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL OR RECOMMENDATION BY THE STATE.

## Maryland

For the cost of copies and postage, documentation and information submitted under the Maryland Charitable Solicitations Act is available from the Maryland Secretary of State, State House, Annapolis, MD 21401, 410-974-5534.

## Michigan

The registration number of Ronald McDonald House Charities in the state of Michigan is MICS - 10179.

## Mississippi

The official registration and financial information of Ronald McDonald House Charities may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167. Registration by the Secretary of State does not imply endorsement by the Secretary of State.

## New Jersey

INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION AND THE PERCENTAGE OF CONTRIBUTIONS RECEIVED BY THE CHARITY DURING THE LAST REPORTING PERIOD THAT WERE DEDICATED TO THE CHARITABLE PURPOSE MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING (973) 504-6215 AND IS AVAILABLE ON THE INTERNET AT http://www.state.nj.us/lps/ca/charfrm.htm (http://www.state.nj.us/lps/ca/charfrm.htm). REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT.

## New York

Information concerning Ronald McDonald House Charities, including financial, licensing and charitable purposes may be obtained from the New

York Secretary of State's office by calling 1-212-416-8401, or by sending a written request by email (charities.bureau@ag.ny.gov).

Ronald McDonald House Charities may from time to time make grants to non-affiliated charities. A list of grantees is included in the organization's IRS Form 990 which is available on the organization's website.

## North Carolina

Ronald McDonald House Charities is registered in the state of North Carolina, but its principal place of business is in the state of Illinois.

Financial information about this organization and a copy of its license are available from the State Solicitation Licensing Branch at 1-888-830-4989 (within North Carolina) or (919) 807-2214 (outside of North Carolina). The license is not an endorsement by the state.

## Ohio

Ronald McDonald House Charities is registered in the state of Ohio, but its principal place of business is in the state of Illinois.

## Pennsylvania

The official registration and financial information of Ronald McDonald House Charities may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement.

## Rhode Island

Ronald McDonald House Charities may from time to time make grants to non-affiliated charities. A list of grantees is included in the organization's IRS Form 990 which is available on the organization's website.

## Virginia

A copy of the financial statement is available upon request from the State Office of Consumer Affairs in the Department of Agriculture and Consumer Services, P.O. Box 1163, Richmond, VA 23218.

## Washington

Ronald McDonald House Charities is registered in the state of Washington, but its principal place of business is in the state of Illinois.

Financial information or other information regarding Ronald McDonald House Charities may be obtained from the office of the Secretary of State, Charities Division, Olympia, WA 98504 or by calling, 1-800-332-4483.

## West Virginia

Inquiries can be made to Nick Collman at Ronald McDonald House Charities by writing to Ronald McDonald House Charities, 26345 Network Place, Chicago, IL 60673.

West Virginia residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. Registration does not imply endorsement.

Each step in the online donation process is part of a secure website. During the process, you will exit RMHC.org and will be subject to the new site's policies, including the privacy policy.

**Follow RMHC**



(https://www.facebook.com/rmhcglobal?
ref=ts)   (https://instagram.com/rmhcglobal)   (https://linkedin.com/company/835537)   (https://youtube.com/c/RMHCGlobal)

**About Us (/about-us)**

**Our Core Programs (/our-core-**

**Get Involved (/get-involved)**

**Ways to Give (/ways-to-give)**



**FIND A CHAPTER (/FIND-A-CHAPTER)**

**Accessibility (/accessibility)**

**Careers (/careers)**

**Contact Us (/contact-us)**

**Online Giving Disclosures (/online-giving-disclosures)**

**Privacy Policy (/privacy-policy)**

**Terms and Conditions (/terms-and-conditions)**

Celebrating Mission Leaders (/about-us/Celebrating-Mission-Leaders)

Our Impact (/about-us/our-impact)

Board of Trustees (/about-us/board-of-trustees)

Our Partners (/about-us/our-partners)

Media Center and Financials (/about-us/media-center)

Inclusion & Belonging (/about-us/diversity)

Our History (/about-us/our-history)

RMHC and McDonald's (/about-us/RMHC-and-McDonalds)

RMHC Research (/about-us/research)

RMHC Leadership (/about-us/leadership)

programs)

Ronald McDonald House Programs (/our-core-programs/ronald-mcdonald-house-programs)

Ronald McDonald Family Room Programs (/our-core-programs/ronald-mcdonald-family-room-programs)

Ronald McDonald Care Mobile Programs (/our-core-programs/ronald-mcdonald-care-mobile-programs)

Volunteer (/get-involved/volunteer)

Run For RMHC (/get-involved/run-for-rmhc)

Host a Fundraiser (/ways-to-give/host-a-fundraiser)

Become a Corporate Partner (/ways-to-give/become-a-corporate-partner)

Family Impact Fund (/ways-to-give/Family-Impact-Fund)

RMHC Global Giving Collective (/ways-to-give/global-giving-collective)

Give at McDonald's (/ways-to-give/give-at-mcdonalds)

Fulfill a Wishlist (/ways-to-give/fulfill-a-wishlist)

**Events (https://run.rmhc.org)**

Team RMHC (https://run.rmhc.org)

© RMHC The following trademarks used herein are owned by McDonald's Corporation and its affiliates: McDonald's, Ronald McDonald House Charities, Ronald McDonald House Charities Logo, RMHC, Ronald McDonald House, Ronald McDonald Family Room, Ronald McDonald Care Mobile, and Keeping families close.

RMHC is recognized as a public charity under Internal Revenue Code section 509(a) and has 501(c)(3) status. Donations to RMHC are deductible. Donors should consult their tax advisor for questions regarding deductibility. The RMHC EIN is 36-2934689. A copy of the RMHC determination letter is available upon request.

(https://www.give.org/charity-reviews/national/children-and-youth/ronald-mcdonald-house-charities-in-oak-brook-il-195)

(https

# **EXHIBIT 12**

# Lighthouse Foundation

✔ Charity is registered.                                        ✔ Charity reporting is up to date.

## Charity details

**ABN:**
12101549508

**Address:**
13 Adolph St
Cremorne
VIC, 3121, Australia

**Email:**
office@lighthousefoundation.org.au

**Address For Service email:**
terrieb@lighthousefoundation.org.au

**Website:**
lighthousefoundation.org.au

**Phone:**
(03) 9093 7500

**Charity Size:**
Large

**Who the charity helps:**
Children - aged 6 to under 15
Early childhood - aged under 6
Females
People at risk of homelessness/ people experiencing homelessness
People from a culturally and linguistically diverse background
Youth - 15 to under 25

**Date established:**
31 December 1990

**Last reported:**
27 November 2024

**Next report due:**
30 January 2026

**Financial year end:**
30/06

## Summary of activities

Lighthouse Foundation creates pathways to end youth homelessness, together. We provide young people who are homeless, or at risk of homelessness, with the care and support they need to heal, thrive and achieve a lifelong sense of belonging. Through community collaboration and our evidence-based Lighthouse Model of Care, we create therapeutic homes and deliver tailored support programs to transform the lives of children and young people. Our Lighthouse Homes, Foster and Family Care and In Community care environments ensure our support reaches the children and youth who need it, where they need it, for as long as they need it.

## Charity programs

Therapeutic Tailored Care Program
Supported housing                                                                                                  ⌄

Foster Care Program
Out-of-home care                                                                                                   ⌄

Secure Base Program
Out-of-home care                                                                                                   ⌄

Young Parents & Babies Program
Supported housing                                                                                                  ⌄



Young Women's Freedom Program
Supported housing

Community Connect (Outreach) Program
Youth services

Transition Program
Transitional housing

Family Support Program
Family services

**Using the information on the Register**

Information on the Charity Register has been provided to the ACNC by charities. If information is not shown, this may be because it has not yet been provided. The ACNC may also approve information be withheld from the Charity Register in certain circumstances. Read more about information on the Charity Register.

# People

## Responsible people

The role of a 'Responsible Person' is an important one for registered charities. Generally, a charity's Responsible People are its board or committee members, or trustees.



**Amit Holckner**
**Role:** Director

Associated charities →

**Christine Campbell**
**Role:** Director

Associated charities →

**Kristiana Greenwood**
**Role:** Director

Associated charities →

**Leonard Warson**
**Role:** Director

Associated charities →

**Loralle Slater**
**Role:** Director

Associated charities →

**Michael Day**
**Role:** Director

Associated charities →

Susan Barton

### Terrie Barton

**Role:** Secretary

Associated charities →

### Tracy Beaton

**Role:** Director

Associated charities →

## Documents

### Annual reporting

| Title | Due date | Date received | Download |
|---|---|---|---|
| Annual Information Statement 2026 | 30 December 2026 | Not yet submitted | — |
| Financial Report 2026 | 30 December 2026 | Pending | — |
| Annual Information Statement 2025 | 30 January 2026 | Not yet submitted | — |
| Financial Report 2025 | 30 January 2026 | Pending | — |
| Annual Information Statement 2024 | 30 January 2025 | 27 November 2024 | 📄 View AIS |
| Financial Report 2024 | 30 January 2025 | 27 November 2024 | 📄 Download |
| Annual Information Statement 2023 | 30 January 2024 | 30 November 2023 | 📄 View AIS |
| Financial Report 2023 | 30 January 2024 | 30 November 2023 | 📄 Download |
| Annual Information Statement 2022 | 30 January 2023 | 23 November 2022 | 📄 View AIS |
| Financial Report 2022 | 30 January 2023 | 23 November 2022 | 📄 Download |
| Annual Information Statement 2021 | 30 January 2022 | 24 November 2021 | 📄 View AIS |
| Financial Report 2021 | 30 January 2022 | 24 November 2021 | 📄 Download |
| Annual Information Statement 2020 | 30 January 2021 | 17 December 2020 | 📄 View AIS |
| Financial Report 2020 | 30 January 2021 | 17 December 2020 | 📄 Download |
| Annual Information Statement 2019 | 30 January 2020 | 3 March 2020 | 📄 View AIS |
| Financial Report 2019 | 30 January 2020 | 3 March 2020 | 📄 Download |
| Annual Information Statement 2018 | 30 March 2019 | 6 March 2019 | 📄 View AIS |
| Financial Report 2018 | 30 March 2019 | 6 March 2019 | 📄 Download |
| Annual Information Statement 2017 | 30 January 2018 | 12 November 2017 | 📄 View AIS |
| Financial Report 2017 | 30 January 2018 | 12 November 2017 | 📄 Download |
| Annual Information Statement 2016 | 30 January 2017 | 14 November 2016 | 📄 View AIS |
| Financial Report 2016 | 30 January 2017 | 14 November 2016 | 📄 Download |
| Annual Information Statement 2015 | 30 January 2016 | 6 December 2015 | 📄 View AIS |
| Financial Report 2015 | 30 January 2016 | 6 December 2015 | 📄 Download |
| Annual Information Statement 2014 | 30 January 2015 | 3 December 2014 | 📄 View AIS |
| Financial Report 2014 | 30 January 2015 | 3 December 2014 | 📄 Download |
| Annual Information Statement 2013 | 30 March 2014 | 2 December 2013 | 📄 View AIS |
| Financial Report 2013 | No due date | Not required | — |

## Documents

| Title | Date | Reporting year | Download |
|---|---|---|---|
| Annual Report | 4 March 2020 | 2019 | 🗎 Download |
| Governing Document | 27 June 2013 | — | 🗎 Download |

# History

## The charity's subtype history

| Purpose | Start date | End date |
|---|---|---|
| Public Benevolent Institution (PBI) | 31 December 2013 | — |
| 2012 Public benevolent institution | 2 December 2012 | 30 December 2013 |
| 2012 Another purpose beneficial to the community | 2 December 2012 | 30 December 2013 |

## Registration status history

| Effective date | Status |
|---|---|
| 2 December 2012 | Registered |

# **<u>EXHIBIT 13</u>**

All Donors      Major Gifts

# GiveDirectly

<u>Donate</u>   ☰

**About GiveDirectly**

# We give cash directly to people living in poverty.

GiveDirectly is a nonprofit that lets donors like you <u>send money directly</u> to the world's poorest households. In doing so, we aim to accelerate the <u>end of extreme poverty</u> globally.



**Recipients paid, last 12 mos.**
## 101,659

Updated 4 days ago
6,587 recipients reached in Jul

100k

Aug     Nov     Feb     May

Monthly                               12 month cumulative

**Dollars delivered, last 12 mos.**

**Total donations received, last 12 mos.**

**$ 91,174,518**

Updated 1 month ago
$8,199,616 delivered in Jun

**220,473**

Updated 4 days ago
13,131 donations received in Jul

Since 2009, we've delivered $900M+ in cash directly into the hands of over 1.7 million people living in poverty. We currently have operations in DRC, Kenya, Liberia, Malawi, Mozambique, Rwanda, Uganda, and the U.S. Here's how it works:

Giving cash is a hugely scalable poverty solution | The Economist



## People in poverty deserve to choose how best to improve their lives.

Traditional aid often decides for people what they need, when they need it, and how they should use it. It's well-intentioned, but often disempowering. Giving cash shifts power to the person living in poverty, recognizing they are the expert in their own lives and granting them the dignity to choose for themselves.

## Research finds they spend cash aid in impactful and creative ways.

We read the research. And we did our own research. And it found people use cash on medicine, cows and goats and chickens, school fees, solar panels, tin roofs, irrigation, motortaxis, new businesses and more.

Years later, these investments have raised incomes, lowered malnutrition, and grown the local economy by as much as 2.5x what is given.

## And no, they don't just blow it on booze.

It's ok — many people think that at first. But dozens of studies show cash recipients don't work less or drink more on the whole. And men spend it just as well as women.

## If you think about it, doesn't giving directly make sense?

Cash allows individuals to invest in what they need, instead of relying on aid organizations and donors thousands of miles away to choose for them. Isn't this what you would prefer?

## Our funders and partners think so.

  

 

Our programs are funded by individual donors, foundations, businesses, and institutions.

## Together, we can end extreme poverty in our lifetimes.

Today, 700 million people are living on less than $2.15/day, and cash transfers are a proven way to accelerate their escape from poverty. By delivering your donations and studying the impact, we aim to demonstrate a path to ending extreme poverty.

Give now

---

# Recent press

### The Economist

### The Washington Post

The Economist

**GiveDirectly does what it says on the tin**

The Washington Post

**A revolution in helping Africa's poor: Cash with no strings attached**

# Newsletter sign up

Sign up and stay informed about  stories from recipients, exclusive event invites, research updates.

EMAIL*

FIRST NAME

Sign up

TAKE ACTION

Donate

Edit monthly donation

Download receipts

Employer match

Fundraise

Shop merchandise

More ways to help

FOCUS AREAS

Poverty relief

Basic income

Emergency relief

Refugees

United States

ORGANIZATION

About

Why poverty

Values

People

RESOURCES

Policy & advocacy

Financials

FAQ

Blog

Funders & partners

Risks

Whistleblowing

## STAY CONNECTED

     

Newsletter

Contact us

Press inquiries

Careers

 US ⌄      Tax EIN: 27-1661997

Privacy Policy      Terms of Use      Charity Disclosure      © GiveDirectly, Inc., 501(c)(3) Non-Profit

# **EXHIBIT 14**



About  Expeditions  History  Contact Us

FAQs

Donate

# About



## Mission & Vision

Hands on India is a not-for-profit, secular charity organisation powered by volunteers. Our objective is to help Indian children and women achieve their true potential through education, healthcare, and empowerment.

The rural communities we work with are heavily marginalised - and we place great importance on ensuring that our work is not only inclusive, but respectful and accruing of their communities. We work closely with them to co-design continuous learning and improvement.

Read More

About   Expeditions   History   Contact Us
FAQs

Donate

On India team to continue to make an
impact on each Indian tour.

Read More





## Our NGO Partner

Hands On India Ltd partners the
registered Indian NGO, Seva Kendra
Social Services Centre, Siliguri, West
Bengal.

Read More

## Our History

It all started in 2004, when Brett Dellar, a
second year chiropractor student,
wanted hands on experience within the
university program and wanted to
make a difference by helping those
less fortunate overseas.



HANDS ON INDIA

About   Expeditions   History   Contact Us

FAQs

Donate



## What exactly do we do?

Women's Empowerment

Early Primary Education

Health & Hygiene Centres

Nursing Scholarships

Health Camps

Read More



About  Expeditions  History  Contact Us

FAQs

Donate



## Annual Report 2024

Read the 2024 Annual Report

Read Report

# Make a donation

Donate Now

HANDS ON INDIA Ltd

**Hands On India**

HANDS ON INDIA

About  Expeditions  History  Contact Us

FAQs

Donate

Action

FAQs

Facebook

Made by The Sampsons

# EXHIBIT 15

Donate to
ProPublica



**Nonprofit Explorer** ■ New York

**Nonprofits**  | Search for a nonprofit

Subscribe

organization.

## Type of Nonprofit

**Designated as a 501(c)(3)**

**Category**: Philanthropy, Voluntarism and Grantmaking Foundations / Private Independent Foundations (NTEE)

**Donations to this organization are tax deductible.**





Source: Form 990 tax filings from 2011 to 2023

# Tax Filings by Year

**Form 990** is an information return that most organizations claiming federal tax-exempt status must file yearly with the IRS.

Show more

### See an issue with the data?

Contact Us

Fiscal Year Ending Dec.
## 2023

### Revenue          **$27,596**

| | | |
|---|---|---|
| **Expenses** | **Net Income** | **Net Assets** |
| $79,102 | -$51,506 | $1,156,549 |

+ View More Financial Data

### Compensation

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mcbride (President) | $0 | $0 |
| Philip A Mickelson (Vice President) | $0 | $0 |
| Amy Mcbride Mickelson (Vice President) | $0 | $0 |

+ View more people



**990-PF**
Filed on April 30, 2024
Primary tax return for a private foundation's activities, finances, and governance

[ View Filing ]

[ Schedules ▼ ]   [ XML ]

---

Fiscal Year Ending Dec.
## 2022

### Revenue          **$25,569**

| | | |
|---|---|---|
| **Expenses** | **Net Income** | **Net Assets** |
| $404,417 | -$378,848 | $1,198,926 |

+ View More Financial Data

### Compensation

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mcbride (President) | $0 | $0 |
| Philip A Mickelson (Vice President) | $0 | $0 |
| Amy Mcbride Mickelson (Vice President) | $0 | $0 |

+ View more people



**990-PF**
Filed on June 7, 2023
Primary tax return for a private foundation's activities, finances, and governance

[ View Filing ]

[ Schedules ▼ ]   [ PDF ]

[ XML ]

---

Fiscal Year Ending Dec.
## 2021

### Revenue          **$350,594**

| | | |
|---|---|---|
| **Expenses** | **Net Income** | **Net Assets** |
| $892,874 | -$542,280 | $1,577,774 |

+ View More Financial Data

### Compensation





**990-PF**
Filed on Nov. 14, 2022
Primary tax return for a private foundation's activities, finances, and governance

[ View Filing ]

[ Schedules ▼ ]   [ XML ]

Case 22-11068-KBO   Doc 32218-2   Filed 08/06/25   Page 26 of 60

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mcbride (President) | $0 | $0 |
| Philip A Mickelson (Vice President) | $0 | $0 |
| Amy Mcbride Mickelson (Vice President) | $0 | $0 |

+ View more people

---

Fiscal Year Ending Dec.
## 2020

### Revenue     $505,364

| Expenses | Net Income | Net Assets |
|---|---|---|
| $124,178 | $381,186 | $2,120,053 |

+ View More Financial Data



### 990-PF
Filed on Nov. 15, 2021
Primary tax return for a private foundation's activities, finances, and governance

View Filing

Schedules ▼    PDF

XML

### Compensation

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mcbride (President) | $0 | $0 |
| Philip A Mickelson (Vice President) | $0 | $0 |
| Amy Mcbride Mickelson (Vice President) | $0 | $0 |

+ View more people

---

Fiscal Year Ending Dec.
## 2019

### Revenue     $885,532

| Expenses | Net Income | Net Assets |
|---|---|---|
| $841,775 | $43,757 | $1,738,867 |

+ View More Financial Data



### 990-PF
Filed on Nov. 16, 2020
Primary tax return for a private foundation's activities, finances, and governance

View Filing

Schedules ▼    XML

### Compensation

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mcbride (President) | $0 | $0 |
| Philip A Mickelson (Vice President) | $0 | $0 |
| Amy Mcbride Mickelson (Vice President) | $0 | $0 |

+ View more people



**Fiscal Year Ending Dec.**

## 2018

| | | |
|---|---|---|
| **Revenue** | | **$1,133,139** |
| **Expenses** | **Net Income** | **Net Assets** |
| **$1,294,668** | **-$161,529** | **$1,695,111** |

+ View More Financial Data

**Compensation**

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mc Bride (President) | $0 | $0 |
| Phillip A Mickelson (Vice President) | $0 | $0 |
| Amy Mc Bride Mickelson (Vice President) | $0 | $0 |

+ View more people



**990-PF**

Filed on Nov. 16, 2019

Primary tax return for a private foundation's activities, finances, and governance

View Filing

Schedules ▼   PDF

XML

**990-T**

For unrelated business income from activities not substantially related to the organization's tax-exempt purpose

PDF

---

**Fiscal Year Ending Dec.**

## 2017



| | | |
|---|---|---|
| **Revenue** | | **$1,952,341** |
| **Expenses** | **Net Income** | **Net Assets** |
| **$470,554** | **$1,481,787** | **$1,856,640** |

+ View More Financial Data

**Compensation**

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mc Bride (President) | $0 | $0 |
| Phillip A Mickelson (Vice President) | $0 | $0 |
| Amy Mc Bride Mickelson (Vice President) | $0 | $0 |

+ View more people



**990-PF**

Filed on Nov. 15, 2018

Primary tax return for a private foundation's activities, finances, and governance

View Filing

Schedules ▼   PDF

XML

---

**Fiscal Year Ending Dec.**

## 2016



| | | |
|---|---|---|
| **Revenue** | | **$588,019** |
| **Expenses** | **Net Income** | **Net Assets** |
| **$261,280** | **$326,739** | **$374,853** |

+ View More Financial Data



**990-PF**

Filed on Nov. 15, 2017

Primary tax return for a private foundation's activities, finances, and governance

View Filing

Schedules ▼   PDF

## Compensation

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mc Bride (President) | $0 | $0 |
| Phillip A Mickelson (Vice President) | $0 | $0 |
| Amy Mc Bride Mickelson (Vice President) | $0 | $0 |

+ View more people

---

Fiscal Year Ending Dec.
## 2014

### Revenue    $155,051



| Expenses | Net Income | Net Assets |
|---|---|---|
| $371,788 | -$216,737 | $48,114 |

+ View More Financial Data



### 990-PF

Filed on Nov. 14, 2016
Primary tax return for a private foundation's activities, finances, and governance

View Filing

Schedules ▼    PDF

XML

## Compensation

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mc Bride (President) | $0 | $0 |
| Phillip A Mickelson (Vice President) | $0 | $0 |
| Amy Mc Bride Mickelson (Vice President) | $0 | $0 |

+ View more people

---

Fiscal Year Ending Dec.
## 2014

### Revenue    $476,527

| Expenses | Net Income | Net Assets |
|---|---|---|
| $314,610 | $161,917 | $264,851 |

+ View More Financial Data



### 990-PF

Filed on May 15, 2015
Primary tax return for a private foundation's activities, finances, and governance

View Filing

Schedules ▼    PDF

XML

## Compensation

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mc Bride (President) | $0 | $0 |
| Phillip A Mickelson (Vice President) | $0 | $0 |
| Amy Mc Bride Mickelson (Vice President) | $0 | $0 |

+ View more people

Kids And Adolescents Charitable Foundation - Nonprofit Explorer - ProPublica

---

Fiscal Year Ending
Dec.
## 2013



**Revenue**                    **$100,929**

Expenses          Net Income          Net Assets
**$220,157**        **-$119,228**        **$102,934**

+ View More Financial Data



**990-PF**
Filed on Aug. 15, 2014
Primary tax return for a private
foundation's activities, finances, and
governance

View Filing

Schedules ▼          PDF

XML

---

**Compensation**

| Key Employees and Officers | Compensation | Other |
|---|---|---|
| Gary Mc Bride (President) | $0 | $0 |
| Phillip A Mickelson (Vice President) | $0 | $0 |
| Amy Mc Bride Mickelson (Vice President) | $0 | $0 |

+ View more people

---

Fiscal Year Ending
Dec.
## 2012

**Revenue**                    **$703,460**

Expenses          Net Income          Net Assets
**$565,347**        **$138,113**        **$222,161**

+ View More Financial Data

**990-PF**
Primary tax return for a private
foundation's activities, finances, and
governance

PDF

---

Fiscal Year Ending
Dec.
## 2011

**Revenue**                    **$550,313**

Expenses          Net Income          Net Assets
**$628,731**        **-$78,418**        **$84,048**

+ View More Financial Data

**990-PF**
Primary tax return for a private
foundation's activities, finances, and
governance

PDF

---

Fiscal Year Ending
Dec.
## 2010

Extracted financial data is not available for the forms filed in this tax period, but Form
990 documents are available for download.

**990-PF**
Primary tax return for a private
foundation's activities, finances, and

governance

PDF

---

**Fiscal Year Ending Dec.**

# 2009

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

### 990-PF

Primary tax return for a private foundation's activities, finances, and governance

PDF

### 990-T

For unrelated business income from activities not substantially related to the organization's tax-exempt purpose

PDF

---

**Fiscal Year Ending Dec.**

# 2008

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

### 990-PF

Primary tax return for a private foundation's activities, finances, and governance

PDF

### 990-T

For unrelated business income from activities not substantially related to the organization's tax-exempt purpose

PDF

---

**Fiscal Year Ending Dec.**

# 2007

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

### 990-PF

Primary tax return for a private foundation's activities, finances, and governance

PDF

---

8/4/25, 11:07 AM

Case 22-11068-KBO  Doc 32218-2  Filed 08/06/25  Page 31 of 60
Kim and Amy Ouda... Charitable Foundation - Nonprofit Explorer - ProPublica

Fiscal Year Ending
Dec.

# 2006

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.



### 990-PF

Primary tax return for a private foundation's activities, finances, and governance

PDF

---

# Nonprofit Explorer

Browse millions of annual returns filed by tax-exempt organizations with ProPublica's Nonprofit Explorer. See details like executive compensation, revenue, expenses and more. Search for an organization or a person, or search the full text of filings.

By Andrea Suozzo, Alec Glassford, Ash Ngu and Brandon Roberts.

Design by Jeff Frankl. Additional development by Ken Schwencke, Mike Tigas, and Sisi Wei.

E-file viewer adapted from IRS e-File Viewer by Ben Getson. Code for scraping audit documents adapted from Govwiki.

Updated June 30, 2025

## About This Data

What Is This Data?                          ⌄

Which Organizations Are Here?               ⌄

Types of Nonprofits                         ⌄

Get the Data                                ⌄

API                                         ⌄

See an issue with the data?                    Contact Us



# Support Nonprofit Explorer's Commitment to Publicly Accessible Information

ProPublica is committed to ensuring publicly available information on tax-exempt organizations is truly available to the public via Nonprofit Explorer. As a nonprofit organization ourselves, we are powered by individual donations. Support us in making this data easier to see and use by donating today.

[Donate to ProPublica](#)

# EXHIBIT 16



ABOUT  ⌄  EVENTS  CONTACT



# *HELPING ATHLETES MAXIMIZE THEIR HEALTH AND POTENTIAL*

## **MISSION**

The TB12 Foundation is a nonprofit organization founded by three-time NFL MVP and seven-time Super Bowl winning quarterback Tom Brady.  Its mission is to help educate and inspire athletes to excel in both sports and life by providing access to innovative health



ABOUT     ⌄    *EVENTS*     *CONTACT*



## APPLICATION PROCESS

The TB12 Foundation is focused on serving at-risk athletes and others who would not ordinarily be able to access or afford high-quality post-injury rehabilitation and/or performance enhancement training.

Copyright 2025 TB12 Foundation, Inc. All rights reserved

 

# **EXHIBIT 17**



Fund Advisor Portal          Grant Portal          ♥ Donate



🔍 Search...                    English ⌄

About    Disaster Relief    Initiatives    Our Funds    News & Media    Charitable Gift Planning



**OUR TEAM**

North Valley Community Foundation team shares a common belief in the inherent good of humanity, and the incredible power of each person to make a positive and unique contribution to a better world.





Alexa Benson-Valavanis



David Little



Logan Todd

President & CEO

Executive Vice President

Vice President, Operations/COO

Read More

Read More

Read More





## Karsen Bradley

Chief Financial Officer

## Carolyn Engstrom

Client Care Manager

## Bill Hubbard

General Counsel/Director of Gift Planning

Read More

Read More

Read More







## Debbie Blue

Executive Assistant

## Rich Lougee

Staff Accountant

## Megan Smith

Senior Content Creator

Read More

Read More

Read More



### Patrice Berry

Digital Content Creator

Read More



### Nadia Hill

Digital Content Creator

Read More



### Kim DuFour

Director of Strategic Grantmaking

Read More



### Dr. Sésha Zinn, PsyD

CARE Team Director

Read More



### Michele Thorpe

Youth Mental Health & Suicide
Prevention Coordinator

Read More



### Morgan Warnock

Engagement Coordinator

Read More

# BOARD OF DIRECTORS



### Alexa Benson-Valavanis

President & CEO

Read More



### Elizabeth Goldblatt, Chair

Founder and Co-owner, Six Degrees Coffee

Read More



### Vanessa Sundin, Vice Chair

Partner, Johnston, Kinney & Zulaica LLP

Read More



### Todd Lewis, Treasurer

President and CFO, Northern California National Bank

Read More



### Angela Quail, Secretary

Principal Consultant, Table Group

Read More



### Farshad Azad

Owner of Azad's Martial Arts Center; CEO of Azad's International Inc.

Read More



**Manoah Mohanraj**

President, Hope House
International

Read More



**Kevin Thompson**

CEO, Oroville Southside
Community Improvement
Association

Read More

# FORMER BOARD MEMBERS

| | | |
|---|---|---|
| Abe Baily | Mark Johnson | Lori Paris |
| Dr. Bill Wesley Brown | Aveed Khaki | Diane Ruby |
| Jack Coots | Joe King | Deborah Rossi |
| Laura Cootsona | Sophie Konuwa | Howard Slater |
| Thomas Dwyer | Lee Laney | Joan Stoner |
| Harry Edelstein | Brent Largent | Brian Sweeney |
| Fred Ehrensvard | Richard Matson | Terry Taylor-Vodden |
| Bill Fishkin | Bill Nathan | Roger Williams |
| Linda Furr | Carolyn Nava | Janet Wietbrock |
| Sherry Holbrook | Marc Nemanic | Joe Wilson |
| Earl Jessee | Sandora Nishio | |



# In remembrance of Diane Ruby

Diane Ruby served on our board of directors for nearly 10 years, handpicked by our CEO and president because she is precisely the type of loving individual who can identify with and guide the heart-centered work we do at the foundation. Diane was the co-owner of Sheraton Real Estate Management. Diane died on May 24, 2020. She was 63.

# HISTORY OF NVCF

The North Valley Community Foundation traces its history to 1989.

It started as the Chico Community Foundation and was formed by the Chico Chamber of Commerce as a way to make tax-deductible donations to benefit the community. Early examples of programs included a graffiti eradication program and Volunteers In Police Service, or VIPS.

The foundation became independent from the Chico Chamber of Commerce in 1996. The foundation decided to expand its geographic scope and changed its name to North Valley Community Foundation, with the objective of doing work in all of Butte, Glenn and Tehama counties. It later added Colusa County.

The foundation was run by volunteers for years until Bill Hubbard, who had been with the foundation since the beginning, became the first paid executive director in 1997. Hubbard left his position at the end of 2000.

Volunteer board members, especially Joan Stoner and Richard Matson, held the foundation together in the ensuing years until the board hired Alexa Benson-Valavanis to lead the organization in 2005. Benson-Valavanis was the only employee and had an initial annual budget of $35,000. She quickly began the rebuilding effort.

During her time as president and CEO, Benson-Valavanis engineered a new business model focused on engaging and partnering with anyone with a dream to make the world better regardless of wealth, influence or resources. The foundation immediately started opening charitable project funds serving the North Valley and around the globe. We opened funds with zero dollars, and with no start-up costs or minimums so money wasn't a barrier to entry. Social entrepreneurs from 8 years old to 98 years old poured in with ideas to change the world.



NVCF went from serving a dozen clients to hundreds of clients within the first few years of the rebuild. Assets grew from a little over $1 million to more than $60 million and grants awarded increased from thousands of dollars to millions of dollars to our communities.

One of the most significant programs during the rebuilding years was called the Annie B's grant program. NVCF launched the first of its kind community-wide grant program that united hundreds of local nonprofits and thousands of donors. The 10-year program resulted in more than $15 million being raised for the local service providers.

By the time the Camp Fire struck the region, NVCF was a mighty team of six people, all but one of whom was a part-time employee. We had the trust, faith and track record necessary to transform overnight into the lead philanthropic disaster response organization after the fire. NVCF raised more than $70 million in donations from across the country after the Camp Fire devastated Butte County on Nov. 8, 2018.



Since then, NVCF has activated grant programs for the Bear/North Complex Fire, the Dixie Fire and others. In addition, NVCF distributed more than $3 million in response to the COVID-19 pandemic and more than $1 million for drought response in Glenn County.

In 2020 we launched Thrive, an initiative focused on the mental health and well-being of North Valley residents, including suicide prevention among young people.

The longtime core of our organization remains the same and growing — the nearly 500 funds started by community members and organizations who want to act on their ideas for social good anywhere in the world.

# FINANCIAL STATEMENTS

- NVCF Form W-9
- IRS Determination Letter

- Audited Financial Statements for Fiscal Year Ended June 30, 2024

North Valley Community Foundation is a registered 501(c)(3) tax-exempt organization, and our Employer Identification Number (EIN) is #EIN 68-0161455.

Below are our recent fiscal year financial statements and tax returns.



The Foundation Building
1811 Concord Ave., Suite 220
Chico, CA 95928

(530) 891-1150

Office hours:
Monday - Thursday, 9 a.m. to 3 p.m.
Friday, 9 a.m. to 12 p.m

NVCF DIGEST    Subscribe to our monthly newsletter

*indicates required

Email Address *

First Name *

Last Name *

Zip Code

Subscribe

©2025 North Valley Community Foundation
A 501(c)(3) Nonprofit Organization, EIN 68-0161455. All rights reserved.

NVCF.org Privacy Policies, Terms & Conditions

Icons made by Freepik from www.flaticon.com

# EXHIBIT 18



Recommendations    Research    About us    News    Work with us    GIVE NOW

**How do I support Giving Green's work?** ⌄

**What is the Giving Green Fund? What's the difference between the Giving Green Fund, and Giving Green?** ⌄

**Where does money given to the Giving Green Fund go?** ⌄

**Does Giving Green take a cut of donations to the Giving Green Fund?** ⌄

**Are Giving Green and the Giving Green Fund 501(c)(3)? What is Giving Green's EIN?** ⌃

Giving Green is a project incubated by the 501(c)(3) IDinsight (EIN 27-4933181). This means that your money goes to IDinsight, and your gift (if you are in the United States) is tax-deductible.

The Giving Green Fund is hosted by Giving What We Can, which accepts tax-deductible donations in a number of countries through its funding partners.

**What is "Giving What We Can"? Why does your website take me to givingwhatwecan.org?** ⌄

**How can I give to the Giving Green Fund via check, bank transfer, IRA, or DAF?** ⌄

**How can I manage, change, or cancel my donation? Where can I find my receipts?** ⌄

# **EXHIBIT 19**

# About

## Our mission

Addressing the climate crisis requires action on several fronts. In addition to rapidly achieving deep emission reductions, we also need gigaton-scale carbon removal and sound strategies for adapting to climate change. Our solutions must respect

(carbon)plan 

○
We're a nonprofit that analyzes climate solutions based on the best available science and data.

∨

Our __team__ analyzes the design and implementation of climate programs across the public and private sectors. Our work focuses primarily on carbon offsets, carbon removal, and climate risks. In all three areas, we aim to ensure the scientific integrity and transparency of climate services and solutions.

## How we work

### RESEARCH

We study fundamental climate science topics relevant to both mitigation and adaptation, and we analyze the implementation of climate programs to ensure that they line up with the science.

### POLICY

We work with companies, nonprofits, and government organizations to develop robust climate programs, and we collaborate with journalists to raise public awareness and promote accountability.

SOFTWARE

We build open tools and resources to surface critical dimensions of climate solutions with interactive data and visuals, and we contribute to high-leverage open science and open source ecosystems.

# Browse our latest research ↗

# Read our press coverage ↗

### RESEARCH HIGHLIGHTS

DOR efficiency ↗
OffsetsDB ↗
Risk (dis)agreement ↗
Extreme heat ↗

### PRESS HIGHLIGHTS

CNN ↗
Bloomberg ↗
Politico ↗
Axios ↗

# Explore more

Read about our team members          Check out our open source code

TEAM ↗

Learn about our sources of funding

FUNDING ↗

GITHUB ↗

Donate to our organization

DONATE ↗

---

**EMAIL**

hello@carbonplan.org



**NEWSLETTER**

Subscribe

CarbonPlan is a registered nonprofit public benefit corporation in California
with 501(c)(3) status.

(c) 2025
CARBONPLAN

TERMS OF USE
PRIVACY POLICY

# EXHIBIT 20



PARTNERS    ABOUT    STORIES    NEWS

SUPPORTERS    DONATE

# With Marginalized Communities To Expand Equitable Solar Energy Access.

DONATE NOW



# Steps Towards A Brighter World

The Honnold Foundation builds trust-based partnerships with community organizations working to advance solar energy access all over the world. No matter who you are, we believe that energy should be easy to access, affordable, and have a low impact on the natural world.

We empower organizations whose work reduces environmental impact and increases social and economic equity with funding, storytelling amplification, and wrap-around support.

**TAKE ACTION**

Honnold Foundation

PARTNERS    ABOUT    STORIES    NEWS
SUPPORTERS    DONATE

# Solar Energy Access For All

Meet our Partners



PARTNERS    ABOUT    STORIES    NEWS

SUPPORTERS    DONATE





## Anambas

Installing solar systems to power 3 recycling centers and develop income-generating opportunities for local residents in the remote Anambas Islands.

2022 Core Partner, Indonesia

## Asociación ProPurús

Solar-powered aguaje fruit processing center, technician workforce development, and sustainable forest management training for a rural Indigenous community in the Amazon.

2022 Core Partner, Peru

**SHOW MORE**



PARTNERS    ABOUT    STORIES    NEWS
SUPPORTERS    DONATE

# Ceibo Alliance

Solar energy for remote indigenous communities fighting to protect their ancestral ways of life along with some of the most biodiverse rainforests on the planet.

LEARN MORE

## Take Action

**LEARN MORE**



PARTNERS    ABOUT    STORIES    NEWS    SUPPORTERS    DONATE

Developing Puerto Rico's first cooperatively managed, community owned solar microgrid

LEARN MORE

Subscribe

Learn more about the Honnold Foundation's work worldwide— sign up for our quarterly newsletter.

| Email Address | SIGN UP |

We respect your privacy.

PARTNERS    ABOUT    STORIES    NEWS

SUPPORTERS    DONATE

# Latest News







## Our 2024 Impact

Apr 16, 2025

## Meet Our 2024 Winter Partners

Dec 9, 2024

## Preview: River Of Spirits

Dec 5, 2024

**SUBSCRIBE TO OUR NEWSLETTER:**

**SOCIAL**

Instagram

Facebook

Twitter

Blog

**INFO**

About

Justice and Equity Statement

Careers

PARTNERS   ABOUT   STORIES   NEWS
SUPPORTERS   DONATE

**SIGN UP**

Sustainabili
ty Tick List

Press

Privacy
Policy

The Honnold Foundation is a 501(c)(3) not
for profit organization.