# EXHIBIT 41

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

FTX TRADING LTD., *et al.*,[1]

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## JOINT STIPULATION BETWEEN THE FTX DEBTORS
## AND THE GOOD FOOD INSTITUTE, INC.

This *Stipulation* ("Stipulation") is being entered into between FTX Trading Ltd. d/b/a FTX.com, West Realm Shires Services, Inc. d/b/a FTX US, Alameda Research LLC, and the other debtors and debtors in possession in the chapter 11 bankruptcy cases pending in the United States Bankruptcy Court for the District of Delaware jointly administered under Case No. 22-11068 (collectively, the "FTX Debtors") and (ii) The Good Food Institute, Inc. The FTX Debtors and The Good Food Institute, Inc. are each a "Party" and collectively, the "Parties."

**WHEREAS**, on July 21, 2021, Alameda Research LLC transferred a donation of $250,000.00 to The Good Food Institute, Inc. and on February 16, 2022, the New Venture Fund transferred a grant of $1,500,000.00 to The Good Food Institute, Inc., which was funded by a contribution received from FTX Trading Ltd. (the "Funds");

**WHEREAS**, the Parties agree that the Funds constituted funds of the FTX Debtors;

---

[1]     Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**WHEREAS**, on November 11, 2022, and November 14, 2022, each FTX Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**WHEREAS**, The Good Food Institute, Inc. no longer retains possession of the Funds but has an amount of funds sufficient to return an equivalent sum;

**WHEREAS**, the FTX Debtors and The Good Food Institute, Inc. have engaged in arm's length negotiations concerning the return of the Funds.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for the Parties as follows:

1.      **Return of Funds**.  The Good Food Institute, Inc. will pay to the FTX Debtors the sum of $1,750,000.00 constituting the Funds or an equivalent amount (the "Settlement Amount") within thirty (30) days after the later of (i) the receipt by each Party of a countersigned copy of the Stipulation and (ii) The Good Food Institute Inc.'s receipt of payment instructions and such additional information as is necessary for The Good Food Institute, Inc. to properly disburse, record and account for the payment, all to be provided by the FTX Debtors.

2.      **Release of Claims**.  Upon receipt by the FTX Debtors of the Settlement Amount, each of the Parties unconditionally and irrevocably releases, acquits and forever discharges the other Parties and their officers, members, directors, employees, agents, attorneys and stockholders from any and all claims, counterclaims, demands, liabilities, suits, debts, costs, expenses, and causes of action, at law or in equity, including, but not limited to, claims for interest, compensatory, exemplary, statutory, punitive or restitutionary damages, and expert or attorneys' fees and costs, arising out of the Funds or the return thereof in the form of the Settlement Amount.

-2-

3.    **Reservation of Rights**. Except as otherwise set forth in this Stipulation, each Party reserves any and all rights, claims, and defenses against any other Party.

4.    **No Admission of Wrongdoing**. This Stipulation does not constitute an admission by any of the Parties of any wrongful action or violation of any federal, state, or commonwealth statutory or common law rights, or any other possible or claimed violation of law or rights. The Stipulation shall not be construed as an admission of liability.

5.    **Good Faith and Understanding**. The Parties expressly represent and warrant that this Stipulation is given in good faith and acknowledge that execution of this Stipulation is not the product or result of any duress, economic or otherwise. The Parties represent and warrant that they have read and understand the terms of this Stipulation. The Parties further represent and warrant that each individual signing the Stipulation on behalf of such Party is fully authorized to sign on behalf of said Party.

6.    **Cooperation**. Each Party shall cooperate with each other Party and take such actions as are reasonably necessary to obtain approval of this Stipulation by the Bankruptcy Court and entry of approval orders, and to effectuate their terms.

7.    **Counterparts**. The Parties may execute this Stipulation in multiple counterparts, each of which constitutes an original as against the Party that signed it, and all of which together constitute one agreement.

8.    **Effectiveness.** This Stipulation shall become effective upon the execution of the same by all Parties and delivery of counterparts of such signatures to the other Party. The Parties irrevocably consent to the jurisdiction of the Bankruptcy Court with respect to any action to enforce the terms and provisions of this Stipulation and expressly waive any right to commence any such action in any other forum.

**AGREED BY**:

October 12, 2023

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler
Christopher J. Dunne
Bradley A. Harsch
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: wheelers@sullcrom.com
        dunnec@sullcrom.com
        harschb@sullcrom.com

*Counsel for the FTX Debtors*

**THE GOOD FOOD INSTITUTE, INC.**
Sarah A. David
PO Box 96503 PMB 42019
Washington, DC 20090-6503
Telephone: 1 (561) 365-5686
Email: sarahdavid@gfi.org

*The Good Food Institute, Inc. General Counsel, Secretary, and Treasurer*

# **<u>EXHIBIT 42</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

FTX TRADING LTD., *et al.*,[1]

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## STIPULATION BETWEEN THE FTX DEBTORS
## AND GIVEWELL

This stipulation and settlement agreement ("Stipulation") is being entered into between

FTX Trading Ltd. d/b/a FTX.com, West Realm Shires Services, Inc. d/b/a FTX US, Alameda

Research LLC, and each of the other debtors and debtors in possession in the chapter 11

bankruptcy cases pending in the United States Bankruptcy Court for the District of Delaware

jointly administered under Case No. 22-11068 (collectively, the "FTX Debtors") and The Clear

Fund dba GiveWell, a not for profit corporation ("GiveWell"). The FTX Debtors and GiveWell

are each a "Party" and collectively, the "Parties."

**WHEREAS**, on November 11, 2022, and November 14, 2022, the FTX Debtors filed

voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the

"Bankruptcy Court").

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and
4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the
Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list
of such information may be obtained on the website of the Debtors' claims and noticing agent at
https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is
Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**WHEREAS**, FTX Trading Ltd. transferred $8,000,000 to New Venture Fund ("NVF") on or about October 8, 2021;  NVF transferred $1,500,000 to GiveWell on or about February 1, 2022 (the "NVF Funds"), and GiveWell re-granted the NVF Funds to third-party grantees Against Malaria Foundation, Helen Keller International, and New Incentives (together, the "GiveWell Re-Grantees").

**WHEREAS**, Alameda Research LLC made the following transfers to GiveWell: $265,000 on or about December 31, 2019; $145,645 on or about November 6, 2018; $238,000 and $7000 on or about October 31, 2018; and $163,333 on or about July 13, 2018; and Samuel Bankman-Fried dba Alameda Research LLC transferred $55,000 to GiveWell on or about January 23, 2018. (collectively, the "Alameda Transfers" and together with the NVF Funds", the "Transfers"). GiveWell re-granted the Alameda Transfers.

**WHEREAS**, the FTX Debtors allege that the Transfers constituted funds of the FTX Debtors and the Transfers are potentially avoidable transfers under the Bankruptcy Code.

**WHEREAS**, the Bankruptcy Court entered an order approving procedures authorizing, *inter alia*, the FTX Debtors to settle so-called "Small Estate Claims" and release settling parties without further Bankruptcy Court approval orders.  Pursuant to that authority the FTX Debtors are entering into this Stipulation.  The FTX Debtors and GiveWell have engaged in arm's length negotiations.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for the Parties as follows:

1.    **Settlement Payment.** GiveWell will pay to the estate of the FTX Debtors the sum of $625,000 (the "Settlement Amount") within thirty (30) days after the later of (i) the receipt by each Party of a countersigned copy of the Stipulation,  (ii) GiveWell's receipt of confirmation

-2-

from counsel to the FTX Debtors that the Stipulation has been approved and authorized in accordance with applicable  Bankruptcy Court orders and (iii) GiveWell's receipt of payment instructions and such additional information as is necessary for GiveWell to properly disburse, record and account for the payment, all to be provided by counsel to the FTX Debtors.

2.      **Release of Claims**.  Upon receipt by the FTX Debtors of the Settlement Amount, the FTX Debtors, on behalf of themselves and their respective bankruptcy estates, creditors, committees, predecessors, successors (including any subsequently appointed trustee, administrator or post-confirmation fiduciary), and assigns (the "Estate Parties"), unconditionally and irrevocably release, acquit and forever discharge GiveWell and the GiveWell Re-Grantees, and their officers, members, directors, trustees, employees, managers, agents, attorneys, stockholders, insurers and underwriters from any and all claims, counterclaims, demands, liabilities, suits, debts, costs, expenses, and causes of action, at law or in equity, related to or arising out of the Transfers or the return thereof in accordance with the terms of this Stipulation, including, but not limited to, claims for interest, compensatory, exemplary, statutory, punitive or restitutionary damages, and expert or attorneys' fees and costs.

3.      **Subsequently Transferred Funds.**  FTX Debtors acknowledge that they are entitled to only a single satisfaction under 11 U.S.C. § 550(d), and that in addition to the Settlement Amount, the FTX Debtors and their estates have recovered $640,000 of the NVF Funds from NVF and are precluded from seeking further recovery from subsequent recipients.  The FTX Debtors, on behalf of themselves and the Estate Parties, covenant not to seek to recover the NVF Funds from GiveWell or the GiveWell Re-Grantees.

4.      **Covenant Not to Sue.**  To the fullest extent permitted by law, upon receipt by the FTX Debtors of the Settlement Amount, the FTX Debtors, on behalf of themselves and the Estate

-3-

Parties, agree not to permit, authorize, initiate, encourage, support, join or continue any lawsuit or other proceeding, including discovery, against any person or entity released pursuant to Paragraphs 2 and 3 of this Stipulation on account of claims released in such Paragraphs.

5.    **Waiver.** GiveWell waives any and all rights it may have to a claim under Section 502(d) of the Bankruptcy Code on account of its payment of the Settlement Amount. GiveWell avers that it has not filed a proof of claim against the FTX Debtors.

6.    **Reservation of Rights**. Except as otherwise set forth in this Stipulation, each Party reserves any and all rights, claims, and defenses against any other Party.

7.    **No Admission of Wrongdoing**. This Stipulation does not constitute an admission by any of the Parties of any wrongful action or violation of any federal, state, or commonwealth statutory or common law rights, or any other possible or claimed violation of law or rights. The Stipulation shall not be construed as an admission of liability.

8.    **Good Faith and Understanding**. The Parties expressly represent and warrant that this Stipulation is given in good faith and acknowledge that execution of this Stipulation is not the product or result of any duress, economic or otherwise. The Parties represent and warrant that they have read and understand the terms of this Stipulation and have had the advice of counsel. The Parties further represent and warrant that each counsel and individual signing the Stipulation on behalf of such Party is fully authorized to sign on behalf of said Party.

9.    **Counterparts**. The Parties may execute this Stipulation in multiple counterparts, each of which constitutes an original as against the Party that signed it, and all of which together constitute one agreement.

10.    **Effectiveness.** This Stipulation shall become effective upon the execution of the same by all Parties and delivery of counterparts of such signatures to the other Party and

-4-

confirmation by counsel to the FTX Debtors that the Stipulation has been authorized by all necessary parties.  The Parties irrevocably consent to the jurisdiction of the Bankruptcy Court with respect to any action to enforce the terms and provisions of this Stipulation and expressly waive any right to commence any such action in any other forum.

**AGREED BY**:

April 17, 2024

_Stephanie G. Wheeler_

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler
Christopher J. Dunne
Bradley A. Harsch
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email:  wheelers@sullcrom.com
             dunnec@sullcrom.com
             harschb@sullcrom.com

*Counsel for the FTX Debtors*

April 16, 2024

_Mary J. Dowd_

**ARENTFOX SCHIFF**
Mary Joanne Dowd
1717 K Street NW
Washington, DC 20006
Telephone: (202) 857-6059
Email:  mary.dowd@afslaw.com
NOT ADMITTED IN DELAWARE

*Counsel for The Clear Fund dba GiveWell*

-6-

# EXHIBIT 43

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**JOINT STIPULATION OF SETTLEMENT AMONG THE**
**FTX DEBTORS AND CLEAN AIR TASK FORCE**

This *Stipulation* ("Stipulation") is being entered into between FTX Trading Ltd. d/b/a FTX.com, West Realm Shires Services, Inc. d/b/a FTX US, Alameda Research LLC, and the other debtors and debtors in possession in the chapter 11 bankruptcy cases pending in the United States Bankruptcy Court for the District of Delaware jointly administered under Case No. 22-11068 (collectively, the "FTX Debtors") and Clean Air Task Force, a Massachusetts not-for-profit corporation ("CATF").  The FTX Debtors and CATF are each a "Party" and collectively are the "Parties."

**WHEREAS**, on or before October 9, 2021, New Venture Fund, a District of Columbia not-for-profit corporation ("NVF"), received $8,000,000 from one of the FTX Debtors as a grant to be used by NVF for certain charitable purposes;

**WHEREAS**, NVF transferred $1,000,000 on February 1, 2022 and $100,000 on March 22, 2022 (the "Funds") to CATF for CATF's use as specified in its written agreement with NVF;

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**WHEREAS**, the FTX Debtors assert that the Funds constituted funds of the FTX Debtors; and CATF asserts that, even if FTX's assertion was true, CATF was not an "initial transferee" of the Funds and was a "subsequent transferee" of funds from NVF (as such terms are used in Section 550 of the Bankruptcy Code);

**WHEREAS**, on November 11, 2022, and November 14, 2022 (the "Petition Date"), the FTX Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**WHEREAS**, the FTX Debtors have requested that CATF return the Funds to the relevant FTX Debtor, and CATF has asserted a defense that it is a subsequent transferee;

**WHEREAS**, the FTX Debtors and CATF have engaged in arm's length negotiations concerning the FTX Debtors' request for the return of the Funds to the relevant FTX Debtor;

**WHEREAS**, as a result of their negotiations, and to resolve the disputes without further legal proceedings and expense, the Parties negotiated and wish to enter into this Stipulation;

**WHEREAS**, the economic terms of this Stipulation have been provided to and approved by the "Noticed Parties", as such term is defined in, and pursuit to the procedure established by, the *Order Authorizing and Approving Procedures for Settling Certain Existing and Future Litigation Claims and Causes Of Action* entered by the above Bankruptcy Court on September 11, 2023 [ECF No. 2487] ("Settlement Procedures Order"); and

**WHEREAS,** pursuant to the Settlement Procedures Order, no further notice, proceeding or court order is required for the Parties to execute and perform this Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the Parties as follows:

1.      **Payment by CATF**.  CATF will pay to the FTX Debtors the sum of $500,000 (the "Settlement Amount") not later than thirty (30) calendar days after the later of: (i) the receipt by the Parties of the fully signed Stipulation; and (ii) CATF's receipt of payment instructions and such additional information as is necessary for CATF to properly disburse, record and account for the payment, all to be provided by the FTX Debtors.

2.      **Release of Claims**.  Upon receipt by the FTX Debtors of the Settlement Amount, each Party unconditionally and irrevocably releases, acquits and forever discharges the other Party and such Party's officers, members, directors, employees, consultants, agents, attorneys and affiliates from any and all claims, counterclaims, demands, liabilities, suits, debts, costs, expenses, and causes of action, at law or in equity, whether know or unknown, including, but not limited to, claims for interest, compensatory, exemplary, statutory, punitive or restitution damages, and expert or attorneys' fees and costs, arising out of or related to the Funds, or the return thereof in the form of the Settlement Amount.

3.      **Reservation of Rights**.  Except as otherwise set forth in this Stipulation, each Party reserves any and all rights, claims, and defenses against any other person or entity arising from the terms and performance of this Stipulation.

4.      **No Admission of Wrongdoing**.  This Stipulation does not constitute an admission by either Party of any wrongful act or omission, violation of any federal, state, or commonwealth statutory or common law rights, or other possible or claimed violation of law or rights.  The Stipulation shall not be construed as an admission of liability by CATF.

5.      **Good Faith and Understanding**.  The Parties expressly represent and warrant that this Stipulation is given in good faith and acknowledge that execution of this Stipulation is not the product or result of any duress, economic or otherwise.  Each Party represents and warrants that it

has read and understands the terms of this Stipulation, and has had an opportunity to confer with counsel of its own choosing prior to executing this Stipulation.  Each Party further represents and warrants that the respective attorney signing the Stipulation on behalf of such Party is fully authorized to sign on behalf of said Party and to bind such Party to the terms of this Stipulation.

6.      **Counterparts**.  The Parties may execute this Stipulation in multiple counterparts, each of which constitutes an original as against the Party that signed it, and all of which together constitute one agreement.

7.      **Effectiveness.**  This Stipulation shall become effective upon the execution of the same by all Parties and delivery of counterparts of such signatures to the other Party.  The Parties irrevocably consent to the jurisdiction of the Bankruptcy Court with respect to any action or proceeding to enforce the terms and provisions of this Stipulation and expressly waive any right to commence any such action or proceeding in any other forum.

**AGREED BY**:

June 21, 2024

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler
Christopher J. Dunne
Bradley A. Harsch
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email:wheelers@sullcrom.com
        dunnec@sullcrom.com
        harschb@sullcrom.com
*Counsel for the FTX Debtors*

June 25, 2024

**PRYOR CASHMAN LLP**
Richard Levy, Jr.
Shveta Kakar
7 Times Square, 40th Floor
New York, NY 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
Email:  rlevy@pryorcashman.com
        skakar@pryorcashman.com

*Counsel for Clean Air Task Force*

# EXHIBIT 44

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*,[1]

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## JOINT STIPULATION
## BETWEEN THE FTX DEBTORS AND CARBONPLAN

This *Stipulation* ("Stipulation") is being entered into between (i) FTX Trading Ltd. d/b/a FTX.com, West Realm Shires Services, Inc. d/b/a FTX US, Alameda Research LLC, and the other debtors and debtors in possession in the chapter 11 bankruptcy cases pending in the United States Bankruptcy Court for the District of Delaware jointly administered under Case No. 22-11068 (collectively, the "FTX Debtors") and (ii) CarbonPlan. The FTX Debtors and CarbonPlan are each a "Party" and collectively, the "Parties."

**WHEREAS**, Alameda Research LLC transferred $200,000.00 to CarbonPlan on July 21, 2021 ( the "Funds");

**WHEREAS**, the Parties agree that the Funds constituted funds of the FTX Debtors;

**WHEREAS**, on November 11, 2022, and November 14, 2022, each FTX Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**WHEREAS,** CarbonPlan retains possession of the Funds or has an amount of funds otherwise sufficient to return an equivalent sum and desires to return the Funds to the FTX Debtors; and

**WHEREAS,** the FTX Debtors and CarbonPlan have engaged in arm's length negotiations concerning the return of the Funds.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for the Parties as follows:

1.      **Return of Funds.** CarbonPlan will pay to the FTX Debtors the sum of $200,000.00 constituting the Funds or an equivalent amount (the "Settlement Amount") within thirty (30) days after the later of (i) the receipt by each Party of a countersigned copy of the Stipulation and (ii) CarbonPlan's receipt of payment instructions and such additional information as is necessary for CarbonPlan to properly disburse, record and account for the payment, all to be provided by the FTX Debtors.

2.      **Release of Claims.** Upon receipt by the FTX Debtors of the Settlement Amount, each of the Parties unconditionally and irrevocably releases, acquits and forever discharges the other Parties and their officers, members, directors, employees, agents, attorneys and stockholders from any and all claims, counterclaims, demands, liabilities, suits, debts, costs, expenses, and causes of action, at law or in equity, including, but not limited to, claims for interest, compensatory, exemplary, statutory, punitive or restitutionary damages, and expert or attorneys' fees and costs, arising out of the Funds or the return thereof in the form of the Settlement Amount.

3.      **Reservation of Rights.** Except as otherwise set forth in this Stipulation, each Party reserves any and all rights, claims, and defenses against any other Party.

-2-

4.      **No Admission of Wrongdoing**.  This Stipulation does not constitute an admission by any of the Parties of any wrongful action or violation of any federal, state, or commonwealth statutory or common law rights, or any other possible or claimed violation of law or rights.  The Stipulation shall not be construed as an admission of liability.

5.      **Good Faith and Understanding**.  The Parties expressly represent and warrant that this Stipulation is given in good faith and acknowledge that execution of this Stipulation is not the product or result of any duress, economic or otherwise.  The Parties represent and warrant that they have read and understand the terms of this Stipulation.  The Parties further represent and warrant that each individual signing the Stipulation on behalf of such Party is fully authorized to sign on behalf of said Party.

6.      **Counterparts**.  The Parties may execute this Stipulation in multiple counterparts, each of which constitutes an original as against the Party that signed it, and all of which together constitute one agreement.

7.      **Effectiveness**.  This Stipulation shall become effective upon the execution of the same by all Parties and delivery of counterparts of such signatures to the other Party.  The Parties irrevocably consent to the jurisdiction of the Bankruptcy Court with respect to any action to enforce the terms and provisions of this Stipulation and expressly waive any right to commence any such action in any other forum.

**AGREED BY**:

January 19, 2024

*[signature]*

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler
Christopher J. Dunne
Bradley A. Harsch
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: wheelers@sullcrom.com
        dunnec@sullcrom.com
        harschb@sullcrom.com

*Counsel for the FTX Debtors*

*[signature]*

**CARBONPLAN**
Jeremy Freeman
2443 Fillmore St 380-6048
San Francisco, CA 94115
Telephone: (716) 465-5303
Email: jeremy@carbonplan.org

*CarbonPlan*

# EXHIBIT 45

kycType:
individual

fullLegalName:
Angelo Wolfe

country:
PRT

stateProvinceRegion:
Lisbon

chatHandle:
@angelobtc

client:
web

# EXHIBIT 46

Customer Claim Form

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

| Creditor Name | Email Address |
|---|---|
| Angelo Breen | ██████████████████ |

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

<u>Submission of Claim Data</u>

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.
Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;

**Claim Number: 96754**

Customer Claim Form

• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click [Terms of Use](#).

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
◯ Reject

# Instructions

# Claim Information

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?
◯ No
◉ Yes

First Name

| Angelo |
|---|

Middle Name

| |
|---|

Last Name

| Breen |
|---|

Other names the creditor used with the debtor (if any)

| @angelobtc |
|---|

Do you know the creditor's FTX customer main account number?
◯ No
◉ Yes

FTX customer main account number:

| 19452901 |
|---|

Do you know the creditor's FTX customer email address that was used at sign up?

○ No
⦿ Yes

FTX customer email address used at account sign up:

████████████████████████

**2. Has this claim been acquired from someone else?**

⦿ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

Angelo Breen

Address 1 (Street address, "Care of:", or "Attention To:"):

█████████████████

Address 2:

Address 3:

Address 4:

City:

Crockett

State or Province (use 2-letter abbreviation if US or Canada):

TX

Zip Code | Postal Code:

75835

**Is the creditor address outside of the US?**

⦿ No
○ Yes

Contact phone:

███████████

Contact email:

████████████████████████

Should payments go to a different address?

⦿ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

⦿ No
○ Yes

**4. Does this claim amend one already filed?**

⦿ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

## Additional Claim Information

Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
○ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

### Fiat

#### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000000 | 690,420.000000000 | 690,420.000000000 |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |

| | | | |
|---|---|---|---|
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.00709 3000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767 000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.72350 0000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.03800 0000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.05409 1000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.05758 0000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.00004 0000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531 000 | | |

Do you want to add any other fiat not previously listed?

○ Yes
◉ No

## Loaned Fiat

### LOANED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |

| | | | |
|---|---|---|---|
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

○ Yes
○ No

## Asserted Crypto

### Asserted Crypto Tokens

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |

Customer Claim Form

| | |
|---|---|
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| Crypto.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |

Customer Claim Form

| | |
|---|---|
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?

○ Yes
○ No

## Loaned Crypto

### Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |

| | |
|---|---|
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-loan.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |

Customer Claim Form

| Step Finance (STEP) | |
| --- | --- |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?

○ Yes
○ No

## Staked Crypto

### Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
| --- | --- |
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |

Customer Claim Form

| | |
|---|---|
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-stak.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |

| | |
|---|---|
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?

○ Yes
○ No

## NFTs

### NFTs (non-fungible tokens)

| NFT Description | NFT Identifier | Quantity of NFT | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**8.** Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.

○ No
◉ Yes

If yes, please describe:

$690,420.00 USD Donation to the FTX Foundation Certificate #67

If yes, how much is the claim?

$690,420.00

## Please provide any relevant supporting documentation necessary to support a claim related to any Other Activity.

Please identify all relevant Debtor(s) you are asserting this claim against below, you may check more than one Debtor.

- ☑ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ☐ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd.) (Case No. 22-11166)
- ☐ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ☐ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ☐ West Realm Shires Services (d/b/a "FTX US") Inc. (Case No. 22-11071)
- ☐ Alameda Aus Pty Ltd (Case No. 22-11104)
- ☐ Alameda Global Services Ltd. (Case No. 22-11134)
- ☐ Alameda Research (Bahamas) Ltd (Case No. 22-11105)
- ☐ Alameda Research Holdings Inc. (Case No. 22-11069)
- ☐ Alameda Research KK (Case No. 22-11106)
- ☐ Alameda Research LLC (Case No. 22-11066)
- ☐ Alameda Research Ltd (Case No. 22-11067)
- ☐ Alameda Research Pte Ltd (Case No. 22-11107)
- ☐ Alameda Research Yankari Ltd (Case No. 22-11108)
- ☐ Alameda TR Ltd (Case No. 22-11078)
- ☐ Alameda TR Systems S. de R. L. (Case No. 22-11109)
- ☐ Allston Way Ltd (Case No. 22-11079)
- ☐ Analisya Pte Ltd (Case No. 22-11080)
- ☐ Atlantis Technology Ltd. (Case No. 22-11081)
- ☐ Bancroft Way Ltd (Case No. 22-11082)
- ☐ Blockfolio, Inc. (Case No. 22-11110)
- ☐ Blue Ridge Ltd (Case No. 22-11083)
- ☐ Cardinal Ventures Ltd (Case No. 22-11084)
- ☐ Cedar Bay Ltd (Case No. 22-11085)
- ☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)
- ☐ Clifton Bay Investments LLC (Case No. 22-11070)
- ☐ Clifton Bay Investments Ltd (Case No. 22-11111)
- ☐ Cottonwood Grove Ltd (Case No. 22-11112)
- ☐ Cottonwood Technologies Ltd (Case No. 22-11136)
- ☐ CryptoCrypto Bahamas LLC (Case No. 22-11113)
- ☐ DAAG Trading, DMCC (Case No. 22-11163)
- ☐ Deck Technologies Holdings LLC (Case No. 22-11138)
- ☐ Deck Technologies Inc. (Case No. 22-11139)
- ☐ Deep Creek Ltd (Case No. 22-11114)
- ☐ Digital Custody Inc. (Case No. 22-11115)
- ☐ Euclid Way Ltd (Case No. 22-11141)
- ☐ FTX (Gibraltar) Ltd (Case No. 22-11116)
- ☐ FTX Canada Inc (Case No. 22-11117)
- ☐ FTX Certificates GmbH (Case No. 22-11164)
- ☐ FTX Crypto Services Ltd. (Case No. 22-11165)
- ☐ FTX Digital Assets LLC (Case No. 22-11143)
- ☐ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118)
- ☐ FTX EMEA Ltd. (Case No. 22-11145)
- ☐ FTX Equity Record Holdings Ltd (Case No. 22-11099)
- ☐ FTX Europe AG (Case No. 22-11075)
- ☐ FTX Exchange FZE (Case No. 22-11100)
- ☐ FTX Hong Kong Ltd (Case No. 22-11101)
- ☐ FTX Japan Holdings K.K. (Case No. 22-11074)
- ☐ FTX Japan Services KK (Case No. 22-11103)
- ☐ FTX Lend Inc. (Case No. 22-11167)
- ☐ FTX Marketplace, Inc. (Case No. 22-11168)
- ☐ FTX Products (Singapore) Pte Ltd (Case No. 22-11119)
- ☐ FTX Property Holdings Ltd (Case No. 22-11076)
- ☐ FTX Services Solutions Ltd. (Case No. 22-11120)
- ☐ FTX Structured Products AG (Case No. 22-11122)
- ☐ FTX Switzerland GmbH (Case No. 22-11169)
- ☐ FTX Trading GmbH (Case No. 22-11123)

Customer Claim Form

☐ FTX US Services, Inc. (Case No. 22-11171)
☐ FTX US Trading, Inc. (Case No. 22-11149)
☐ FTX Ventures Ltd. (Case No. 22-11172)
☐ FTX Zuma Ltd (Case No. 22-11124)
☐ GG Trading Terminal Ltd (Case No. 22-11173)
☐ Global Compass Dynamics Ltd. (Case No. 22-11125)
☐ Good Luck Games, LLC (Case No. 22-11174)
☐ Goodman Investments Ltd. (Case No. 22-11126)
☐ Hannam Group Inc (Case No. 22-11175)
☐ Hawaii Digital Assets Inc. (Case No. 22-11127)
☐ Hilltop Technology Services LLC (Case No. 22-11176)
☐ Hive Empire Trading Pty Ltd (Case No. 22-11150)
☐ Innovatia Ltd (Case No. 22-11128)
☐ Island Bay Ventures Inc (Case No. 22-11129)
☐ Killarney Lake Investments Ltd (Case No. 22-11131)
☐ Ledger Holdings Inc. (Case No. 22-11073)
☐ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177)
☐ LedgerPrime Bitcoin Yield Enhancement Master Fund LP (Case No. 22-11155)
☐ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156)
☐ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157)
☐ LedgerPrime LLC (Case No. 22-11158)
☐ LedgerPrime Ventures, LP (Case No. 22-11159)
☐ Liquid Financial USA Inc. (Case No. 22-11151)
☐ Liquid Securities Singapore Pte Ltd (Case No. 22-11086)
☐ LiquidEX LLC (Case No. 22-11152)
☐ LT Baskets Ltd. (Case No. 22-11077)
☐ Maclaurin Investments Ltd. (Case No. 22-11087)
☐ Mangrove Cay Ltd (Case No. 22-11088)
☐ North Dimension Inc (Case No. 22-11153)
☐ North Dimension Ltd (Case No. 22-11160)
☐ North Wireless Dimension Inc. (Case No. 22-11154)
☐ Paper Bird Inc (Case No. 22-11089)
☐ Pioneer Street Inc. (Case No. 22-11090)
☐ Quoine India Pte Ltd (Case No. 22-11091)
☐ Quoine Vietnam Co. Ltd (Case No. 22-11092)
☐ Strategy Ark Collective Ltd. (Case No. 22-11094)
☐ Technology Services Bahamas Limited (Case No. 22-11095)
☐ Verdant Canyon Capital LLC (Case No. 22-11096)
☐ West Innovative Barista Ltd. (Case No. 22-11097)
☐ West Realm Shires Financial Services Inc. (Case No. 22-11072)
☐ West Realm Shires Inc. (Case No. 22-11183)
☐ Western Concord Enterprises Ltd. (Case No. 22-11098)
☐ Zubr Exchange Ltd (Case No. 22-11132)

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
◯ I am the creditor's attorney or authorized agent.
◯ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
◯ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

08/16/2024

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

Angelo Breen

E-Signature:

Angelo Breen

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Angelo Breen

Address 1:

██████████████

Address 2:

City:

Crockett

State or Province (use 2-letter abbreviation if US or Canada):

TX

Zip Code | Postal Code:

75835

Is this address outside of the US?

◉ No
○ Yes

Contact phone:

████████

Contact email:

██████████████

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 📄 FTX_Bankruptcy_Claim_Angelo_Breen.pdf | 2 MB |

**File Name**

FTX_Bankruptcy_Claim_Angelo_Breen.pdf

## Proof of FTX Claim Submission

Bankruptcy Case Information:

Case Name: FTX Trading Ltd. Bankruptcy

Case Number: 22-11068

Court: United States Bankruptcy Court for the District of Delaware

Court Address: 824 Market St N, 3rd Floor, Wilmington, DE 19801

Submitted by:

Angelo Breen, Pro Se

████████████████████████

Crockett, TX 75835 USA

Tel: ████████████

FTX Account ID: ████████

FTX Unique Customer Code: ██████

Date of Submission: Aug 16, 2024

## Table of Contents

Opening Statement ................................................................................................................ 3

Request for Excusable Neglect ........................................................................................... 5

Details of Claim .................................................................................................................. 8

    Donation Withdraw from Trading Account ...................................................................... 8

    Proof of Withdraw via Internal Transfers by FTX ......................................................... 9

    Proof of Donation Certificate .......................................................................................... 9

Supporting Evidence ......................................................................................................... 10

    •   Misuse of Charitable Contributions ......................................................................... 10

    •   Extravagant and Unrelated Expenditures ................................................................. 10

    •   Condemnation by FTX's Current Management ........................................................ 10

    •   Excerpt Systemic Failures at FTX ........................................................................... 10

    •   Excerpt Evidence Supporting the Misuse of Donations ........................................... 10

    •   Excerpt Mismanagement and Commingling of Funds ..............................................11

    •   Forensic Accountant's Findings ............................................................................... 12

    •   U.S. Department of Justice Indictment .................................................................... 12

    •   Internal Inconsistencies and Mismanagement ......................................................... 12

    •   Involvement of Sam Bankman-Fried's Parents ....................................................... 13

    •   Resignation of FTX Foundation CEO and Other Leaders ....................................... 13

    FTX Foundation Marketing & Promotion ..................................................................... 14

    FTX Foundation Website Altruism Claims .................................................................... 14

Closing Statement .............................................................................................................. 16

Supporting Evidence – Images .......................................................................................... 17

    FTX Foundation Marketing & Promotion ..................................................................... 17

    FTX Foundation Website Altruism Claims .................................................................... 25

Appendices ........................................................................................................................ 30

    Appendix A - Table of News Articles ............................................................................ 30

    Appendix B - Table of Websites and Documents ........................................................... 31

## Opening Statement

I am filing this claim for the recovery of funds donated through my FTX trading account, which were explicitly labeled as "FTX Foundation Donation." These donations, four transactions totaling $690,420, were made between April 10, 2021 to April 13, 2021 with the understanding that they would be used for charitable purposes as marketed and promised by FTX.

According to the FTX Foundation leaderboard, I was the third-largest donor at the time, under the username "@angelobtc" However, it has since come to light, as detailed in the FTX Bankruptcy Report (Second Interim Report Of John J. Ray III on June 26, 2023), that these funds were likely commingled with other customer deposits and misappropriated, making it impossible to verify their use for the intended charitable causes. FTX's failure to protect and segregate these funds, as well as the company's broader misrepresentation of its practices, has led to the mismanagement of my donation. This claim seeks the return of the donated funds due to FTX's failure to fulfill its obligations and the misappropriation of these assets.

Due to a delay in receiving notice from Kroll, which was sent to a dormant email account that I only accessed in July 2024, I was not immediately aware of the bankruptcy proceedings and the necessity to file a claim. Upon discovering these notices, I took immediate action to compile and submit this claim.

## Nature of the Claim:

- The claim pertains to a donation made directly from my FTX trading account to the FTX Foundation. Although the funds were withdrawn from my trading account by FTX, they were intended for charitable purposes as promised by FTX.
- The donation was made before the bankruptcy filing (pre-petition).
- This claim is submitted as an unsecured creditor claim, given that the funds, despite being part of my trading account, were intended and classified as charitable donations and were not used as promised.

This document contains all relevant evidence to support my claim, including screenshots of the withdrawals from my FTX account showing the transactions labeled as donations; the leaderboard verifying my position as a top donor; screenshots and wayback machine hyperlinks to

the now defunct FTX Foundation website showing marketing materials and promises regarding the use of the donations; evidence and excerpts from the FTX Bankruptcy Report highlighting FTX's mismanagement and commingling of funds and subsequent failure to use these funds as promised; and a table of hyperlinks and headlines from credible news sources covering the FTX scandal and Bankruptcy.

I believe that the evidence provided in this claim clearly demonstrates the systemic failures at FTX that directly led to the mishandling of my donation. I respectfully request that the court considers this claim with the seriousness it deserves and makes a fair and favorable decision.

### Request for Excusable Neglect

Re: Explanation for Late Filing of Proof of Claim – Case of FTX Trading Ltd.

Dear Honorable Judge John T. Dorse,

I am writing to respectfully request the acceptance of my late-filed proof of claim in the bankruptcy case of FTX Trading Ltd. (Case No. 22-11068). Due to circumstances beyond my control, I was unable to meet the original filing deadline of September 2023. Below, I provide a detailed explanation of the reasons for my delay, which I believe constitute excusable neglect under Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure.

**1. Personal Health Challenges**: Over the past few years, I have been suffering from serious health issues related to Irritable Bowel Syndrome (IBS), which have required continuous medication and medical attention. This condition has significantly impacted my ability to manage my personal affairs, including financial and legal matters. The physical and mental strain caused by this condition made it challenging to promptly address the complex requirements of filing a bankruptcy claim, contributing to the delay in submitting my proof of claim.

**2. Delay in Receiving Notice from Kroll**: The first notice I received from Kroll regarding the FTX bankruptcy was in May 2024 via email. However, this notice was sent to an email account that I had stopped using after FTX collapsed. Consequently, the email account remained dormant until July 2024, when I logged in and discovered six emails from Kroll, dated May 1, July 7, July 9 (two emails), July 12, and July 14, 2024. The delay in accessing these notices further contributed to my late filing, as I was not aware of the necessary actions I needed to take regarding my claim until much later.

**3. Complexity and Confusion Regarding the Nature of the Claim**: My claim involves substantial donations made through my FTX trading account, specifically labeled as withdrawals to the FTX Foundation. The donations totaled $690,420 and were made on April 10, 12, and 13 of 2021. According to the FTX Foundation leaderboard, I was the third-largest donor at the time,

FTX Bankruptcy Case No. 22-11068

under the username "@angelobtc".  Initially, I was under the impression that this transaction would not fall under the typical customer claims process and that it should be addressed separately as a charitable donation claim. This created significant confusion regarding the appropriate procedure and form to use, resulting in delays as I sought clarification.

**4. Delayed Recognition of the Necessity to File**: I was not immediately aware that the failure to utilize the donated funds as promised by FTX could be addressed through the bankruptcy claims process. The complexity of the situation, combined with the ongoing revelations of fraud within FTX, made it difficult to ascertain the correct course of action. Only after extensive research and legal consultations did I realize that my donation, classified internally as a withdrawal, fell within the scope of customer claims. This realization occurred well after the initial deadline had passed.

**5. Challenges in Gathering Supporting Documentation**: The process of gathering the necessary documentation to support my claim has been very time-consuming and extensive. I compiled transaction records of my FTX trading account evidencing the donations which occurred in April 2021. Additionally, I gathered communications and marketing materials from FTX and the FTX Foundation that detailed promises and representations about how the donations would be utilized, and many links and articles regarding the FTX controversies. Given the ongoing legal proceedings and media coverage exposing fraud within FTX, it has taken considerable time to fully understand the implications of my donation and to compile all supporting materials and separate the hyperbole and misinformation. This documentation is essential to substantiate my claim, and the time required to collect it contributed to the delay.

**6. Good Faith Effort to Comply**: Despite these challenges, I have made continuous and good faith efforts to comply with all procedural requirements. I have actively monitored the FTX bankruptcy case, consulted with legal advisors, and compiled detailed documentation to ensure that my claim is accurately and thoroughly presented.

**Conclusion:** Given the above circumstances, I respectfully submit that my delay in filing was due to excusable neglect. I sincerely request that the court accept my late-filed proof of claim to ensure that my substantial donation is given due consideration in the distribution of FTX's assets. I believe that allowing my claim will not prejudice the interests of other creditors and is in the interest of justice.

Thank you for your understanding and consideration.

Sincerely,

Angelo Breen, Pro Se

Crockett, TX 75835 USA

Tel:

FTX Account ID:

FTX Unique Customer Code:

Date of Submission: Aug 16, 2024

FTX Bankruptcy Case No. 22-11068

### Details of Claim

**Donation Withdraw from Trading Account**: FTX performed an *internal transfer* to withdraw a total of $690,420 from my trading account ███████ and labeled each withdrawal *"FTX Foundation Donation"* as follows:

| FTX Trading Account Information | | | | |
|---|---|---|---|---|
| FTX Trading Account Number:<br>FTX Unique customer code:<br>FTX Platform:<br>My Email for the Account: | ████<br><br>FTX_COM<br>████████████ | | | |
| **Date** | **Time** | **Coin** | **Amount** | **Description** |
| April 13, 2021 | 01:53:35 AM | USD Fiat | $690,000.00 | FTX Foundation Donation |
| April 12, 2021 | 12:04:41 AM | USD Fiat | $319.31 | FTX Foundation Donation |
| April 10, 2021 | 02:58:15 AM | USD Fiat | $100.00 | FTX Foundation Donation |
| April 10, 2021 | 02:57:45 AM | USD Fiat | $0.69 | FTX Foundation Donation |
| **Total** | | | **$690,420.00** | |

FTX Bankruptcy Case No. 22-11068

## Proof of Withdraw via Internal Transfers by FTX



*Figure 1: Screenshot of my FTX Trading Account ID* ▮▮▮▮ *Unique Customer Code* ▮▮▮▮ *and the four internal transfers by FTX to withdraw from my Trading Account for the "FTX Foundation Donation" - Source:* https://claims.ftx.com

## Proof of Donation Certificate



*Figure 2: Screenshot of my FTX Trading account* ▮▮▮▮ *Unique Customer Code* ▮▮▮▮ *and the FTX Foundation Group Donation Certificate #67 - Source:* https://claims.ftx.com

## Supporting Evidence

To substantiate my claim, I refer to the second investigative report released by FTX Debtors on June 26, 2023 (*Second Interim Report Of John J. Ray III on June 26, 2023*). This report contains critical allegations of misappropriation of funds and extravagant spending on unrelated projects by former executives of the bankrupt company. The report specifically addresses the misuse of client funds and provides insight into the activities of the nonprofit FTX Foundation, through which my donation was processed. Key findings from the report include:

- **Misuse of Charitable Contributions**: The FTX Foundation distributed $700,000 in "grants," with $400,000 allegedly given to an entity producing animated YouTube videos that had no connection to cryptocurrencies or Web3. Additionally, a $300,000 grant was awarded to an individual for publishing a book exploring human utility functions. These grants were funded using a combination of FTX customer funds held in various bank accounts controlled by FTX, Alameda Research, and affiliated businesses.

- **Extravagant and Unrelated Expenditures**: The report also exposed the inclusion of a $1.8 million property named "Pineapple House" in FTX's portfolio of Bahamian properties, which was part of a broader portfolio worth $243 million. This property was allegedly purchased using client funds, further illustrating the extent of financial misconduct.

- **Condemnation by FTX's Current Management**: In a press release accompanying the report, John J. Ray III, CEO and Chief Restructuring Officer of the FTX Debtors, condemned the actions of the previous senior executives, stating that the image portrayed by the FTX Group as a customer-focused digital leader was nothing but an illusion.

- **Excerpt Systemic Failures at FTX**: "The report highlights a severe lack of internal controls within FTX, allowing for unchecked withdrawals, transfers, and misallocation of customer funds. This environment enabled the widespread commingling and misuse of funds, including those intended for charitable purposes, without oversight or accountability."

- **Excerpt Evidence Supporting the Misuse of Donations**:  "FTX failed to allocate funds earmarked for charitable causes, instead diverting these funds for non-charitable

expenditures such as political contributions, luxury real estate, and personal enrichment of executives."

- **Excerpt Mismanagement and Commingling of Funds**: "The report reveals that FTX systematically commingled customer deposits with corporate funds, rendering it impossible to trace individual contributions. An illustrative 'spaghetti diagram' depicts the complex and intertwined flow of funds within the organization, highlighting the lack of segregation between customer funds, charitable donations, and other financial activities."

These findings provide strong evidence that the FTX Foundation, under the previous management, did not use funds as intended for legitimate charitable purposes. Instead, they were diverted to unrelated and extravagant projects, funded by misappropriated customer assets. This directly supports my claim that the funds withdrawn from my FTX trading account, labeled as donations to the FTX Foundation, were likely misused and should be returned to the bankruptcy estate.



*Figure 3: Spaghetti Diagram of FTX Commingled Funds from Bankruptcy Report - Source: jj-ray-3-second-interim-report.pdf*

To further demonstrate the alleged misuse of funds by the FTX Foundation, I have gathered credible sources and evidence that substantiate these claims. Various articles and investigations have highlighted the potential misappropriation of customer funds, which may have also involved foundation-related activities. Key points include:

- **Forensic Accountant's Findings**: Forensic accountant Peter Easton testified that FTX misused customer funds by investing in various businesses and making political contributions, which might include donations from the FTX Foundation. This suggests a possible misuse of funds intended for charitable purposes (Source: SA Legal News).
- **U.S. Department of Justice Indictment**: The DOJ has charged Sam Bankman-Fried with multiple counts of fraud and money laundering. The charges involve allegations of misappropriating billions of dollars from FTX customers for personal use, including political contributions and investments. These funds could encompass those from FTX and potentially the FTX Foundation (Source: Justice.gov).
- **Internal Inconsistencies and Mismanagement**: Reports indicate that FTX and Alameda Research engaged in complex financial dealings that obscured the true use of funds. This might have involved using foundation donations for purposes other than those publicly stated, although the specifics around the FTX Foundation's funds require further investigation (Source: CoinDesk).

To further support my claim, I also want to highlight the ongoing efforts by the bankruptcy trustee to claw back donations made by FTX, including those made to charities and political candidates. These efforts underscore the likelihood that my donation was misappropriated and should be returned to the bankruptcy estate.

FTX, currently undergoing bankruptcy proceedings, has requested that recipients of donations made by the company and its former executives return the funds. This includes both political donations and charitable contributions made by FTX's charity arm, Future Fund. The new management of FTX is seeking to recover these funds, arguing that they may have been made with misappropriated money (Sources: VTDigger, Investopedia, Coin Telegraph, Yahoo).

In particular, the company has reached out to political candidates and organizations to request the return of approximately $93 million in donations. The company has indicated that if these funds

are not returned voluntarily, they may pursue legal action to recover them (Sources: VTDigger, Investopedia).

For charities, the situation is similar. The new FTX management is actively seeking the return of donations as part of the bankruptcy process. Even if the funds have already been re-donated or spent, FTX asserts that these funds still belong to the bankruptcy estate and should be returned (Source: Coin Telegraph).

These clawback efforts further demonstrate that the funds withdrawn from my FTX trading account, labeled as donations to the FTX Foundation, were likely part of the broader pattern of financial mismanagement. Therefore, I respectfully request that the court consider this evidence and recognize that my donation was misappropriated and should be returned to the bankruptcy estate.

In addition to the systemic financial mismanagement detailed in the FTX Bankruptcy Report, there are further indications of internal instability and recognition of misconduct at the highest levels of the organization, specifically:

- **Involvement of Sam Bankman-Fried's Parents**: The report and various news sources have highlighted that Sam Bankman-Fried's parents were beneficiaries of significant funds misappropriated by FTX. These funds were allegedly used for personal gains, such as real estate purchases. This involvement underscores the extensive mismanagement and misuse of customer funds, which likely included those intended for charitable purposes through the FTX Foundation.

- **Resignation of FTX Foundation CEO and Other Leaders**: Key figures, including the CEO of the FTX Foundation, resigned amid growing concerns over the mismanagement of funds within the organization. This resignation is a clear indicator that those responsible for overseeing the Foundation recognized the significant failures in its operation, further supporting the argument that donations, such as mine, were mismanaged and should be returned to the bankruptcy estate.

### FTX Foundation Marketing & Promotion

The FTX Foundation was presented as a key part of FTX's commitment to philanthropy, marketed through various channels, particularly social media. FTX's official Twitter account (@FTX_Official) actively promoted the foundation, using a combination of donation leaderboards, retweets of prominent donors like myself, and public milestones to create a sense of community and urgency around charitable giving.

As a well-known figure in the cryptocurrency community, my donation of $690,420 was highlighted by FTX in multiple tweets to enhance the visibility of the foundation and to encourage others to contribute. Despite my initial intention of simply making a charitable donation, FTX leveraged my social media influence—through retweets and mentions—to market the foundation to a broader audience, suggesting that my participation was part of a larger, community-driven effort.

This strategic use of social proof, where my name and donation were prominently displayed, was intended to drive more donations under the guise of transparency and community engagement. However, the subsequent revelations about the misuse and commingling of these funds indicate that this marketing campaign was misleading and manipulative, designed to exploit the trust of donors like myself.

### FTX Foundation Website Altruism Claims

In addition to social media marketing, the FTX Foundation's website played a central role in projecting an image of altruism and transparency. The website, as archived by the Wayback Machine, prominently featured the bios of key leaders and their commitments to effective altruism. These leaders were portrayed as individuals deeply committed to using the foundation's resources to achieve the greatest possible positive impact on the world.

The website's content emphasized the foundation's alignment with the principles of effective altruism, a philosophy that seeks to use evidence and reason to determine the most effective ways to benefit others. This messaging was intended to build trust with potential donors by highlighting the credentials and ethical commitments of the foundation's leadership.

However, the subsequent revelations of mismanagement and misuse of funds suggest that these claims were misleading. The website's portrayal of the foundation and its leaders as dedicated

to maximizing positive outcomes was, in reality, part of a broader effort to attract donations under false pretenses.

The discrepancies between FTX Foundation's publicly stated altruistic intentions and the actual mismanagement of funds raise serious concerns about the integrity of its operations. These concerns are further substantiated by a series of documented promotional efforts and website claims that were designed to attract donations under false pretenses.

To provide further evidence supporting these narratives, I have compiled a series of images and screenshots that illustrate FTX's marketing strategies, the specific claims made on the FTX Foundation's website, the use of my personal donation in their promotional efforts, and finally, a Table of Links of News Articles from reputable sources that further corroborate the claims made in this submission. The images and table have been organized and placed at the end of this document for ease of reference.

Please refer to the **Supporting Evidence – Images** section at the end of this document to review the visual evidence that underscores the key points discussed above. This section includes:

- **Marketing**: FTX's general marketing activities on social media.
- **Website**: Screenshots from the Wayback Machine capturing the FTX Foundation's website content, including leadership bios and altruism claims.
- **Promotional**: unauthorized use of my personal donation to drive further contributions to the FTX Foundation.
- **Table of Articles**: links and headlines of credible news articles from reputable sources.

## Closing Statement

In light of the evidence and arguments presented in this submission, it is clear that the FTX Foundation, under the previous management, engaged in a systematic pattern of financial mismanagement and misrepresentation. My donation, along with many others, was used in a manner inconsistent with the charitable purposes for which it was intended, and the funds were likely misappropriated.

If needed to substantiate these claims further, I may seek legal counsel to explore the possibility of accessing more detailed financial records through legal processes such as subpoenas or discovery in litigation. The information gathered could provide the necessary evidence to show that funds were not used as intended by the FTX Foundation.

I respectfully request that the court accept my late-filed proof of claim and recognize that the donation withdrawn from my FTX trading account was part of the broader mismanagement by FTX. The return of these funds to the bankruptcy estate is essential to achieving justice for all creditors involved in this case.

The principles of equity and justice demand that the misappropriated funds be recovered and redistributed in accordance with the law. By accepting my claim, the court will be taking an important step in holding those responsible accountable and ensuring a fair resolution for all affected parties.

Thank you for your time and consideration.

Respectfully submitted,

Angelo Breen, Pro Se

█████████████████████

Crockett, TX 75835 USA

Tel: ███████████

FTX Account ID: ██████

FTX Unique Customer Code: █████

## Supporting Evidence – Images

## FTX Foundation Marketing & Promotion



*Figure 4: (Feb 7, 2021) FTX officially announces the launch of The FTX Foundation, promoting its commitment to charitable giving – Source: https://x.com/FTX_Official/status*

FTX Bankruptcy Case No. 22-11068



*Figure 5: (Mar 25, 2021) FTX tweets a 30 sec Marketing Video with these slides to promote user donations.*
*Source:* https://x.com/FTX_Official/status

FTX Bankruptcy Case No. 22-11068



*Figure 6: (Apr 12, 2021) FTX shares the first user donation leaderboard, using competition among top donors to drive further contributions – Source: https://x.com/ftx_official/status*

FTX Bankruptcy Case No. 22-11068



*Figure 7: (Apr 13, 2021) My tweet announcing a donation of $690,240 to The FTX Foundation, which placed me first on the User Donation Leaderboard, and which was retweeted by FTX on April 13, 2021 and exploited for their deceptive marketing strategy (See next figure 9) – Source:* https://x.com/angelobtc/status

FTX Bankruptcy Case No. 22-11068

A closer look at the previous image shows the Leaderboard, which shows I made the largest donation at the time. The Light Blue Donate button is actually how you started the donation process. The leaderboard was actually the landing page of the FTX Foundation in the beginning, and when you clicked the donate button, it would allow you to enter an amount in USD, and then they would transfer it out of your FTX Trading LTD. Account. They would lure you to the donation website with the leaderboard.



*Figure 8: The leaderboard served as the landing page for The FTX Foundation, directly linking user competition with the donation process, while displaying images of food drives, children in Africa, and icebergs melting on the main page of the FTX Foundation – Source: https://x.com/angelobtc/status*

FTX Bankruptcy Case No. 22-11068



*Figure 9: (Apr 13, 2021) FTX retweets my tweet of my donation to amplify visibility and encourage more donations through social media with a misleading and manipulative marketing campaign - Source: https://x.com/ftx_official/status*



*Figure 10: (Apr 13, 2021) FTX again uses my donation and social media influence for a misleading and manipulative marketing campaign to promote crossing the $5 million milestone – Source:* *https://x.com/ftx_official/status*

FTX Bankruptcy Case No. 22-11068



*Figure 11: (Jun 1, 2021) An updated leaderboard to celebrate $7M contributed by users for donations to charity, and to show additional user donations - Source:* [https://x.com/ftx_official/status](https://x.com/ftx_official/status)



*Figure 12: (Jun 12, 2021) FTX tweets to celebrate the foundation reaching $10 million and $55 million milestones earmarked for charity - Source:* *(unavailable and date of the $55M tweet unknown)*

FTX Bankruptcy Case No. 22-11068

## Supporting Evidence – Images

## FTX Foundation Website Altruism Claims



*Figure 13 The FTX Foundation Website is now defunct and no longer exists – Source: https://ftxfoundation.org. However, there is a wayback machine archive of the ftxfoundation.org website dated Oct 24, 2022, which demonstrates their "Charade of Altruism", which is now known that their claims of charitable intent were not fulfilled as promised. Please see figure 15*



*Figure 14 "The FTX Foundation works to saves lives and prevents suffering... The FTX Foundation is a philanthropic collective We are funded principally by Sam Bankman freed and other senior principals at FTX. Our charitable activities are also supported by FTX users and employees…" - Source: FTX Foundation (archive.org)*

FTX Bankruptcy Case No. 22-11068



*Figure 15 Sam Bankman Fried helps to save millions of lives and creates a better world – Source: [FTX Foundation (archive.org)](FTX Foundation (archive.org))*



*Figure 16 The FTX Foundation solves the world's most pressing problems – Source: [https://ftxfoundation.org/about/](https://ftxfoundation.org/about/)*

FTX Bankruptcy Case No. 22-11068



*Figure 17 The Altruists Sam Bankman Fried & Nick Beckstead. Sam wants to do as much good as possible, and Nick has a Ph.D in moral philosophy – Source: https://ftxfoundation.org/about/*



*Figure 18 The Altruists Caroline Ellison & Gary Wang. Caroline wants to donate to good causes, and Gary is good at math – Source: https://ftxfoundation.org/about/*

FTX Bankruptcy Case No. 22-11068



*Figure 19 The Altruist Nishad Singh. Nishad has been involved with the effective altruism community since college and is committed to doing as much good as possible with his time and resources - Source: https://ftxfoundation.org/about/*



*Figure 20 The FTX Foundation helps to solve global poverty, death, disease, animal suffering, and pandemics*

FTX Bankruptcy Case No. 22-11068



*Figure 21 The Future Fund improves long term survival of humanity*



*Figure 22 The FTX Foundation helps to fight climate change*

FTX Bankruptcy Case No. 22-11068

# Appendices

## Appendix A - Table of News Articles

| Link | Headline |
|---|---|
| https://www.civilsociety.co.uk/news | Charity agrees to repay millions to failed US crypto platform's estate |
| https://www.forbes.com | Effective Altruism-Linked Group Used Millions Donated By FTX To Buy A Czech Castle |
| https://www.marketwatch.com | Sam Bankman-Fried's philanthropic fund halts donations amid FTX collapse and 'questions about legitimacy' |
| https://finance.yahoo.com | Nearly All FTX Creditors Will Get 118% of Their Funds Back in Cash, Estate Says in New Plan |
| https://www.bloomberg.com | FTX Found the Money - Cryptocurrency exchange FTX has amassed billions of dollars more than it needs to cover what customers lost in its November 2022 collapse |
| https://www.bbc.com/news | Top lieutenant to 'Crypto King' jailed for seven years - Salame - who was a top lieutenant to Sam Bankman-Fried, the bankrupt crypto exchange's founder -pleaded guilty in September last year to violating political campaign finance laws and operating an illegal money-transmitting business. |
| https://protos.com | Where in the world is Sam Trabucco? FTX victims launch manhunt - Money Squandered on Yacht: |
| https://apnews.com | Stanford says it will return all gifts from FTX following suit against Sam Bankman-Fried's parents |
| https://forum.effectivealtruism.org | The FTX Future Fund team has resigned - Nick Beckstead says he is leaving because he questions the integrity of the operation: |
| https://www.cnbc.com https://www.justice.gov | FTX exec who turned on Sam Bankman-Fried sentenced to 7.5 years in prison. Salame pleaded guilty to conspiracy to make unlawful political contributions, defraud the Federal Election Commission, and conspiracy to operate an unlicensed money-transmitting business. Salame spent millions on real estate and campaign donations during his tenure. |
| https://www.nbcnews.com https://www.cnbc.com https://www.cnbc.com/2022/11/30 | Sam Bankman-Fried charged with using stolen funds for over $100 million in political donations |
| https://www.lawcommentary.com | Forensic Accountant Uncovers Misuse of $9 Billion in FTX Customer Funds |
| https://www.theguardian.com/business | Old-fashioned embezzlement': where did all of FTX's money go? |
| https://www.gov.uk/government | Charity Commission concludes its inquiry into charity with links to failed cryptocurrency firm FTX |

FTX Bankruptcy Case No. 22-11068

## Appendix B - Table of Websites and Documents

| Link | FTX Marketing and Promotional Tweets and Websites |
| --- | --- |
| https://ftx.medium.com | The FTX Foundation for Charitable Giving – FTX Marketing and Promotion for Donations to the FTX Foundation. Article from the FTX account on ftx.medium.com posted on Feb 7, 2021 and is most likely the first documentation of the Foundation. This was posted 2 months before I donated. |
| https://x.com/FTX_Official/status | Here is the first tweet on Twitter from the official FTX Twitter account, @FTX_Official, about The FTX Foundation and linking the ftx.medium.com article. *"With great happiness, we are announcing the FTX Foundation"* |
| https://ftxfuturefund.org | Who we are - The Future Fund |
| jj-ray-3-second-interim-report.pdf | PDF Document: FTX Bankruptcy Report (Second Interim Report Of John J. Ray III on June 26, 2023) |
| https://web.archive.org/../https:/ftxfoundation.org | Wayback Machine Archive of The FTX Foundation Website |
| | |
| | |

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

### Your Form has been successfully submitted...

DOCUMENT ID

| 69fbf58aeab09a942c9debf6060e8184c694b52b |
| --- |

Submitted Date Time

| 2024-08-16T19:58:40.926Z |
| --- |

Status

| Submitted |
| --- |

CONFIRMATION ID

| 3265-70-LFUEK-239972215 |
| --- |

# EXHIBIT 47
# <u>FILED UNDER SEAL</u>

# EXHIBIT 48
# <u>FILED UNDER SEAL</u>

# **EXHIBIT 49**



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**



Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ANGELO BREEN

SEATTLE, WA  98101-1056

# Your Adv Relationship Banking

for June 6, 2024 to July 9, 2024                    Account number: ✕✕✕✕✕✕✕✕

**ANGELO BREEN**

## Account summary

Beginning balance on June 6, 2024

Deposits and other additions

Withdrawals and other subtractions

Checks

Service fees



**Ending balance on July 9, 2024**

*Interest Paid Year To Date: $0.54.*
*Your account is enrolled in Balance Connect™ for overdraft protection.  You can*
*manage your overdraft protection preferences, including linked accounts, in*
*Online and Mobile Banking.*

---

 ## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                    SSM-09-23-0692.A  |  6039180

# EXHIBIT 50
# <u>FILED UNDER SEAL</u>

# <u>EXHIBIT 51</u>

| Transaction Hash | Date of Transaction | Source Address | Destination Address | Token Type | Token Quantity |
|---|---|---|---|---|---|
| 09be829db2aed314ecf79f4f2b7caa39d756a99541573e036d0a186e1c514840 | 4/10/2021 | 3HEwc2qbZw9nSkJQrTi24rVmZDjvkf9ViE3D4bGfsVkyFirQzvwQXYBVBMhZkkLtKSp6 | bc1qhcadn5ksmgqnqp5n4sj06xgs5n892apshrh00n | BTC | 7.09 |
| 5ceb73fe730d6f010a81ecbe1f89187db6f198c16e869a9793f519f61d12f7ae | 4/10/2021 | bc1qhcadn5ksmgqnqp5n4sj06xgs5n892apshrh00n | 3GtcUAStd1AmEWZURytxQ5d75E4CsXC4on | BTC | 7.09 |
| 5ceb73fe730d6f010a81ecbe1f89187db6f198c16e869a9793f519f61d12f7ae | 4/10/2021 | 3GtcUAStd1AmEWZURytxQ5d75E4CsXC4on | FTX Account - 19452901 | BTC | 7.09 |
| | | | | | |
| 5fa33b8149272e2a104fac759e61de6655b8e1fe968f1d535f21e93019e9ef15 | 4/11/2021 | 3DxdSqxtC2PWqXpatgbioXsihrBgYkF8GQ 3KYnNFo6Ztc42ZxY8Z3gV9anbAJBZTwkjK 3BzqXFHz7Li9PWMnpjM1n2CwLRHZjs5WFH 3MuYNSXmyPg6rt3Zce8qdxd1FGE4bWcmVa 3BvLDJ5Dv8o5dBsbTcJhfqoxHZ9jpPcrfg 3Pb8kJjnuhDaviSALWCHAXDdMCvLqX3mpp 38TBDBfdvjrmHutH7wd71pzgdXWADkfHCJ 3Epadf4gUjnrYi7X5wdspcyzmW4WEni7f7 | bc1qhcadn5ksmgqnqp5n4sj06xgs5n892apshrh00n | BTC | 4.53 |
| 7a45ac70cb64d9772877f698a6b4e77316cf31f3cffab8e771b4b184890f6d20 | 4/11/2021 | bc1qhcadn5ksmgqnqp5n4sj06xgs5n892apshrh00n | 3GtcUAStd1AmEWZURytxQ5d75E4CsXC4on | BTC | 4.53 |
| 7a45ac70cb64d9772877f698a6b4e77316cf31f3cffab8e771b4b184890f6d20 | 4/11/2021 | 3GtcUAStd1AmEWZURytxQ5d75E4CsXC4on | FTX Account - 19452901 | BTC | 4.53 |

BTC Receipt

| Fill ID | Order ID | Email | Main Account ID | Account ID | Created At | Fill Type | Liquidity | Side | Pair | Base Wallet | Quote Wallet | Fee Wallet | Market Ticker | Base Ticker | Quote Ticker | Fee Ticker | Size | Price | Gross Fee USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1494866642 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.08 |
| 1494868644 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.14 |
| 1494868902 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.02 | 60725 | $ 0.21 |
| 1494864762 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.09 | 60725 | $ 1.04 |
| 1494867322 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.14 |
| 1494867968 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.10 |
| 1494864756 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.03 | 60725 | $ 0.36 |
| 1494864382 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.03 | 60725 | $ 0.33 |
| 1494866486 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.02 | 60725 | $ 0.21 |
| 1494864352 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.00 |
| 1494866494 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.03 |
| 1494864298 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 1.90 | 60725 | $ 23.03 |
| 1494867460 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.04 |
| 1494869226 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 1.00 | 60725 | $ 12.15 |
| 1494867350 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.08 |
| 1494869016 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.03 | 60725 | $ 0.40 |
| 1494865978 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.57 | 60725 | $ 6.93 |

BTC Sales 4.10-4.12

| Fill ID | Order ID | Email | Main Account ID | Account ID | Created At | Fill Type | Liquidity | Side | Pair | Base Wallet | Quote Wallet | Fee Wallet | Market Ticker | Base Ticker | Quote Ticker | Fee Ticker | Size | Price | Gross Fee USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1494864300 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.07 | 60725 | $ 0.87 |
| 1494864320 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.74 | 60725 | $ 9.01 |
| 1494868944 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.09 |
| 1494864664 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.02 | 60725 | $ 0.21 |
| 1494867392 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.08 |
| 1494867974 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.09 | 60725 | $ 1.04 |
| 1494869014 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.04 |
| 1494868956 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.00 |
| 1494866618 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.08 |
| 1494864296 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.02 | 60725 | $ 0.25 |
| 1494865776 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.00 |
| 1494864370 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.13 | 60725 | $ 1.58 |
| 1494864322 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.07 | 60725 | $ 0.84 |
| 1494868658 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.00 |
| 1494867810 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.01 |
| 1494869482 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.33 | 60725 | $ 4.01 |
| 1494864372 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.07 | 60725 | $ 0.85 |

BTC Sales 4.10-4.12

| Fill ID | Order ID | Email | Main Account ID | Account ID | Created At | Fill Type | Liquidity | Side | Pair | Base Wallet | Quote Wallet | Fee Wallet | Market Ticker | Base Ticker | Quote Ticker | Fee Ticker | Size | Price | Gross Fee USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1494864554 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.04 |
| 1494864368 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.12 | 60725 | $ 1.46 |
| 1494868528 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.00 |
| 1494864356 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.07 | 60725 | $ 0.87 |
| 1494867370 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.08 |
| 1494867196 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.00 |
| 1494867328 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.08 |
| 1494864274 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 1.48 | 60725 | $ 18.00 |
| 1494864366 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.02 | 60725 | $ 0.24 |
| 1494866308 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60725 | $ 0.00 |
| 1494866484 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.03 | 60725 | $ 0.42 |
| 1494864354 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.05 | 60725 | $ 0.61 |
| 1494866682 | 39053019090 | | | | 04/10/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.01 | 60725 | $ 0.11 |
| 1515952973 | 39467263402 | | | | 04/12/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 2.00 | 60729 | $ 24.29 |
| 1515953009 | 39467263402 | | | | 04/12/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.48 | 60729 | $ 5.89 |
| 1515952971 | 39467263402 | | | | 04/12/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 2.04 | 60729 | $ 24.82 |
| 1515952997 | 39467263402 | | | | 04/12/2021 | order | maker | sell | BTC/USD | btc | | | BTC/USD | BTC | USD | USD | 0.00 | 60729 | $ 0.04 |

BTC Sales 4.10-4.12

| User ID | Main Account ID | Account ID | Email | Type | Origin | Created At | IP | Device ID | Data |
|---|---|---|---|---|---|---|---|---|---|
| | | | | page_load | site | 04/11/2021 | 34.243.191.55 | ceba88dd-a191-485f-8035-c9f8073eac7b | {"url": "https://ftx.com/foundation", "apiTime": 538, "browser": {"os": {"name": "macOS", "version": "11.0.1"}, "engine": {"name": "Blink"}, "browser": {"name": "Chrome", "version": "88.0.4324.192"}, "platform": {"type": "desktop", "vendor": "Apple"}}, "country": "IE", "timings": {"name": "https://ftx.com/foundation", "type": "back_forward", "duration": 2036.4999999292195, "entryType": "navigation", "startTime": 0, "connectEnd": 16.254999674856663, "fetchStart": 16.254999674856663, "domComplete": 2031.1300000175834, "redirectEnd": 0, "responseEnd": 27.19500008970499, "workerStart": 0, "connectStart": 16.254999674856663, "loadEventEnd": 2036.4999999292195, "requestStart": 23.215000052005053, "serverTiming": [], "transferSize": 0, "workerTiming": [], "initiatorType": "navigation", "redirectCount": 0, "redirectStart": 0, "responseStart": 24.960000067949295, "domInteractive": 432.0449996739626, "loadEventStart": 2031.1599997803569, "unloadEventEnd": 33.10499992221594, "decodedBodySize": 6506, "domainLookupEnd": 16.254999674856663, "encodedBodySize": 2911, "nextHopProtocol": "h2", "unloadEventStart": 32.540000043809414, "domainLookupStart": 16.254999674856663, "secureConnectionStart": 16.254999674856663, "domContentLoadedEventEnd": 434.0049996972084, "domContentLoadedEventStart": 432.109999936074}, "apiProxy": {"ready": false, "nextId": 0, "channelPort": false, "shouldUseProxy": false, "apiProxyEnabled": true}, "apiTimes": {"ftx.com": [209, 205, 369, 400], "ftx.cool": [744, 190, 188, 378], "ftx.tech": [285, 49, 48, 184], "hk.ftx.tech": [460, 54, 45, 226]}, "useProxy": false, "useApiProxy": false, "apiTimesCached": {"ftx.com": [250, 382, 286, 216], "ftx.cool": [195, 187, 189, 181], "ftx.tech": [186, 45, 49, 39], "hk.ftx.tech": [247, 43, 50, 34]}, "apiTimesUncached": {"ftx.com": [433, 419, 434, 465], "ftx.cool": [242, 251, 262, 680], "ftx.tech": [163, 171, 164, 246], "hk.ftx.tech": [577, 266, 268, 284]}} |
| | | | | page_load | site | 04/13/2021 | 34.243.191.55 | ceba88dd-a191-485f-8035-c9f8073eac7b | {"url": "https://ftx.com/foundation", "apiTime": 550, "browser": {"os": {"name": "macOS", "version": "11.0.1"}, "engine": {"name": "Blink"}, "browser": {"name": "Chrome", "version": "88.0.4324.192"}, "platform": {"type": "desktop", "vendor": "Apple"}}, "country": "IE", "timings": {"name": "https://ftx.com/foundation", "type": "reload", "duration": 1310.4900000616908, "entryType": "navigation", "startTime": 0, "connectEnd": 4.70499973744154, "fetchStart": 4.70499973744154, "domComplete": 1307.4849997647107, "redirectEnd": 0, "responseEnd": 296.2599997408688, "workerStart": 0, "connectStart": 4.70499973744154, "loadEventEnd": 1310.4900000616908, "requestStart": 23.870000150054693, "serverTiming": [], "transferSize": 112, "workerTiming": [], "initiatorType": "navigation", "redirectCount": 0, "redirectStart": 0, "responseStart": 293.47999999299645, "domInteractive": 524.4350000284612, "loadEventStart": 1307.5099997222424, "unloadEventEnd": 301.9949998706579, "decodedBodySize": 6663, "domainLookupEnd": 4.70499973744154, "encodedBodySize": 3008, "nextHopProtocol": "h2", "unloadEventStart": 301.1799999512732, "domainLookupStart": 4.70499973744154, "secureConnectionStart": 4.70499973744154, "domContentLoadedEventEnd": 558.1100000999868, "domContentLoadedEventStart": 524.534999858588}, "apiProxy": {"ready": false, "nextId": 0, "channelPort": false, "shouldUseProxy": false, "apiProxyEnabled": true}, "apiTimes": {"ftx.com": [205, 233, 219, 412], "ftx.cool": [797, 186, 186, 376], "ftx.tech": [286, 46, 62, 1162], "hk.ftx.tech": [319, 50, 61, 245]}, "useProxy": false, "useApiProxy": false, "apiTimesCached": {"ftx.com": [215, 399, 281, 392], "ftx.cool": [180, 183, 185, 184], "ftx.tech": [158, 46, 48, 40], "hk.ftx.tech": [208, 43, 43, 34]}, "apiTimesUncached": {"ftx.com": [471, 1508, 623, 476], "ftx.cool": [255, 243, 244, 247], "ftx.tech": [164, 165, 181, 169], "hk.ftx.tech": [268, 580, 283, 284]}} |

■ Foundation Loads

| User ID | Main Account ID | Account ID | Email | Type | Origin | Created At | IP | Device ID | Data |
|---|---|---|---|---|---|---|---|---|---|
| | | | | page_load | site | 04/13/2021 | 34.243.191.55 | ceba88dd-a191-485f-8035-c9f8073eac7b | {"url": "https://ftx.com/foundation", "apiTime": 576, "browser": {"os": {"name": "macOS", "version": "11.0.1"}, "engine": {"name": "Blink"}, "browser": {"name": "Chrome", "version": "88.0.4324.192"}, "platform": {"type": "desktop", "vendor": "Apple"}}, "country": "IE", "timings": {"name": "https://ftx.com/foundation", "type": "reload", "duration": 1231.1599999666214, "entryType": "navigation", "startTime": 0, "connectEnd": 5.434999708086252, "fetchStart": 5.434999708086252, "domComplete": 1227.9399996623397, "redirectEnd": 0, "responseEnd": 215.77499993145466, "workerStart": 0, "connectStart": 5.434999708086252, "loadEventEnd": 1231.1599999666214, "requestStart": 15.73999971151352, "serverTiming": [], "transferSize": 244, "workerTiming": [], "initiatorType": "navigation", "redirectCount": 0, "redirectStart": 0, "responseStart": 213.8049998320639, "domInteractive": 568.4199999086559, "loadEventStart": 1227.9649996198714, "unloadEventEnd": 220.86499957367778, "decodedBodySize": 6506, "domainLookupEnd": 5.434999708086252, "encodedBodySize": 2949, "nextHopProtocol": "h2", "unloadEventStart": 220.42999975383282, "domainLookupStart": 5.434999708086252, "secureConnectionStart": 5.434999708086252, "domContentLoadedEventEnd": 602.914999704808, "domContentLoadedEventStart": 568.4449998661876}, "apiProxy": {"ready": false, "nextId": 0, "channelPort": false, "shouldUseProxy": false, "apiProxyEnabled": true}, "apiTimes": {"ftx.com": [206, 202, 383, 381], "ftx.cool": [690, 191, 363, 250], "ftx.tech": [264, 44, 1499, 46], "hk.ftx.tech": [1157, 49, 48, 467]}, "useProxy": false, "useApiProxy": false, "apiTimesCached": {"ftx.com": [216, 320, 374, 383], "ftx.cool": [187, 184, 183, 534], "ftx.tech": [166, 38, 34, 38], "hk.ftx.tech": [528, 35, 32, 38]}, "apiTimesUncached": {"ftx.com": [427, 438, 439, 487], "ftx.cool": [245, 249, 244, 244], "ftx.tech": [161, 776, 995, 997], "hk.ftx.tech": [273, 262, 271, 268]}} |
| | | | | page_load | site | 04/13/2021 | 34.243.191.55 | ceba88dd-a191-485f-8035-c9f8073eac7b | {"url": "https://ftx.com/foundation", "apiTime": 547, "browser": {"os": {"name": "macOS", "version": "11.0.1"}, "engine": {"name": "Blink"}, "browser": {"name": "Chrome", "version": "88.0.4324.192"}, "platform": {"type": "desktop", "vendor": "Apple"}}, "country": "IE", "timings": {"name": "https://ftx.com/foundation", "type": "reload", "duration": 3623.155000153929, "entryType": "navigation", "startTime": 0, "connectEnd": 2.2700000554323196, "fetchStart": 2.2700000554323196, "domComplete": 3616.640000138432, "redirectEnd": 0, "responseEnd": 225.38000019267201, "workerStart": 0, "connectStart": 2.2700000554323196, "loadEventEnd": 3623.155000153929, "requestStart": 9.590000379830599, "serverTiming": [], "transferSize": 69, "workerTiming": [], "initiatorType": "navigation", "redirectCount": 0, "redirectStart": 0, "responseStart": 222.6900001987815, "domInteractive": 2430.6800002232194, "loadEventStart": 3616.6600002907217, "unloadEventEnd": 231.7350003683414, "decodedBodySize": 6506, "domainLookupEnd": 2.2700000554323196, "encodedBodySize": 2916, "nextHopProtocol": "h2", "unloadEventStart": 231.20500007644296, "domainLookupStart": 2.2700000554323196, "secureConnectionStart": 2.2700000554323196, "domContentLoadedEventEnd": 2473.3049999922514, "domContentLoadedEventStart": 2430.7349999435246}, "apiProxy": {"ready": false, "nextId": 0, "channelPort": false, "shouldUseProxy": false, "apiProxyEnabled": true}, "apiTimes": {"ftx.com": [253, 219, 235, 385], "ftx.cool": [734, 348, 286, 352], "ftx.tech": [305, 54, 185, 237], "hk.ftx.tech": [624, 60, 55, 246]}, "useProxy": false, "useApiProxy": false, "apiTimesCached": {"ftx.com": [525, 217, 377, 214], "ftx.cool": [179, 183, 184, 186], "ftx.tech": [172, 44, 100, 45], "hk.ftx.tech": [231, 96, 80, 45]}, "apiTimesUncached": {"ftx.com": [488, 568, 582, 468], "ftx.cool": [244, 235, 240, 236], "ftx.tech": [173, 175, 172, 206], "hk.ftx.tech": [277, 276, 279, 280]}} |