August 5, 2025

The Honourable Judge
United States Bankruptcy Court

Re: FTX Trading Ltd., et al., Chapter 11 Bankruptcy Case

Dear Judge:



I sincerely thank you for giving me the opportunity to speak during the hearing on July 22, 2025. As someone who has been hurt in this process, that moment made me feel that my voice was finally heard by the Court. My name is Shirong Wang. I currently reside in Canada and am an ordinary Chinese creditor in the FTX bankruptcy case. I write this letter with the utmost sincerity and urgency, respectfully requesting that the Court pay attention to the obstacles I – and others in similar situations – am facing in the claims process, and to urge FTX to complete the compensation distribution before September 30, 2025.

1. I have followed the Court's instructions to complete all necessary updates, but the system feedback and synchronization process remain unclear.

Based on Your Honour's instructions at the July 22 hearing, I have completed the following key actions:
   • In Step 3 (KYC Verification), I updated my residential address to my current location in Canada and uploaded a Canadian government-issued driver's license and bank statement as proof of address;
   • In Step 7, I resubmitted the W-8BEN tax form to ensure consistency between my address and tax residency information;
   • In Step 9, I confirmed with Kraken platform support that my account is linked and the address is synchronized;
   • However, I have repeatedly contacted FTX support to confirm whether these actions were fully synchronized, but have never received a clear answer. I am still unable to view my submitted KYC details on the FTX portal, making it impossible for me to verify whether the information in Steps 3, 7, and 9 are consistent. Furthermore, the Step 9 section still displays a "Disputed" status, which leaves me uncertain and worried about my eligibility for the third distribution round.

2. I missed the second distribution only because of vague "jurisdictional" classification, which caused me significant mental and emotional distress.

As a Chinese creditor, my funds have been frozen since the FTX collapse in November 2022 – almost three years now. During this time, my family has endured immense financial stress, and I personally have suffered from ongoing anxiety and distress. Even through all this, I have followed every official channel, completing the claims process lawfully and in good faith.

Yet, during the second round of distribution, I was excluded solely due to the vague classification of "judicial jurisdiction" – not because of any fault on my part. This left me feeling marginalized and discriminated against. Chinese creditors like myself did not cause this loss, yet we have been sidelined in the legal proceedings.

3. I strongly request that FTX include me and others in similar situations in the third distribution round, to avoid further harm.

According to the FTX support team's email on July 24, 2025, the next round of distribution is scheduled for September 30, with an eligibility deadline of August 15. I completed all updates before this deadline and should be included as a qualified distribution recipient.

However, due to the lack of transparency and timely system feedback, I still cannot confirm my qualification status. If I am excluded again under such technical ambiguity, it would be a major blow to my already fragile trust in the process.

Therefore, I respectfully ask the Court to:
- Require FTX to provide a clear and verifiable status feedback mechanism;
- Require FTX to publicly confirm whether my address has been fully synchronized across all relevant steps;
- Require FTX to confirm and include me – and others who have completed their updates – in the September 30 distribution, and not let us be excluded again due to system delays or internal process failures.

4. I am not asking for special treatment, only to be treated fairly.

I do not seek any privilege – only a clear, transparent, and compliant path forward. I am ready to provide any documents or cooperate with further verification as needed. My only request is this: please do not let system obstacles or communication failures cause a second round of harm to those of us who have already suffered so much from FTX.

Respectfully submitted,

Shirong Wang
Canada
August 2025

CERTIFICATE OF SERVICE

I, Shirong Wang, hereby certify that on August 5, 2025, I caused a copy of this letter to be transmitted via email upon the following parties. In addition, I sent a cover letter and copy of this objection to the Office of the United States Trustee.

Sullivan & Cromwell LLP
    James L. Bromley – bromleyj@sullcrom.com
    Alexa J. Kranzley – kranzleya@sullcrom.com
    Andrew G. Dietderich – dietdericha@sullcrom.com
    Brian D. Glueckstein – gluecksteinb@sullcrom.com

Landis Rath & Cobb LLP
    Adam G. Landis – landis@lrclaw.com
    Kimberly A. Brown – brown@lrclaw.com
    Matthew R. Pierce – pierce@lrclaw.com

Office of the United States Trustee
    Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
    Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
    David Gerardi – david.gerardi@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 5, 2025

*/s/ Shirong Wang*
Shirong Wang

Objection to FTX Recovery Trust's Motion to Implement Restricted Jurisdiction Procedures — Case No. 22-11068 (KBO)

www.purolator.com    1 888 SHIP

85% post consumer recycled content.
85% de cet emballage est fait de produits recyclés post-consommation.

S.M.S. X-RAY

1.0 LBS LTR    1 OF 1
SHP#: A420 6YGF DGD
DATE: 06 AUG 2025

FEI ITA SOUTH
1 (416) 725-8988
FEI ITA SOUTH
UNIT 8 250 DUNDAS STREET WEST
TORONTO ON M5T 2Z5
CANADA

SHIP TO:
CLERK OF THE COURT
(302) 252-2900
CLERK OF THE COURT
DISTRICT OF DELAWARE U S BANKRUP
824 N MARKET ST 3RD FLOOR
WILMINGTON DE 19801
UNITED STATES

DE 197 9-25

UPS SAVER
TRACKING #: 1Z A42 06Y 04 4258 3653

EDI-DO

BILLING: P/P
DESC: DOCUMENT ONLY
PUROLATOR PIN: 6938145955
PIECE PIN: 6938145955

918.A.000 ZPL 26.5V 06/2

APPLY LABEL HERE
APPOSER L'ÉTIQUETTE D'EXPÉDITION ICI