## SCHEDULE 1

**Superseded Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Eighty-Second Omnibus Claims Objection**
**Schedule 1 - Superseded Claims**

| **Claims to be Disallowed** | | | | | **Surviving Claims** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 82919 | Name on file | FTX Trading Ltd. | USD | 1,726.550000000000000 | 82955 | Name on file | West Realm Shires Services Inc. | USD | 1,726.550000000000000 |
| 97087 | Name on file | West Realm Shires Services Inc. | USD | Undetermined* | 97382* | Name on file | West Realm Shires Services Inc. | CUSDT | 1.000000000000000 |
| | | | | | | | | SOL | 0.000000002455953 |
| | | | | | | | | USD | 21,326.154218350000000 |

97382*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Fourth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts