# SCHEDULE 1

**Overstated Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Eighty-Third Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 80028 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 1.613130920000000 |
| | | | ETH | | | 6.598870160000000 |
| | | | SHIB | | | 1,713,564,806.633430500000000 |
| | | | USD | 192,000.000000000000000 | | 3,437.077502897301700 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 85328 | Name on file | FTX Trading Ltd. | DOGE | | FTX Trading Ltd. | 2,718.777309060000000 |
| | | | ETHW | | | 0.031145550000000 |
| | | | USD | 12,000.000000000000000 | | 3,618.330000003424600 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.