# SCHEDULE 1

**Misclassified Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Eighty-Fourth Omnibus Claims Objection**
**Schedule 1 - Misclassified Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 2889* | Name on file | West Realm Shires Services Inc. | BTC | 0.013338450000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | SHIB | 2.000000000000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | TRX | 1.000000000000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | USD | 10,405.132714141500000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 1688* | Name on file | West Realm Shires Services Inc. | USD | 3,000.000000000000000 | Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 3483 | Name on file | West Realm Shires Services Inc. | BTC | 0.013338450000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | CUSDT | 7.000000000000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | ETH | 0.201366600000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | ETHW | 0.201216110000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | LINK | 33.313456910000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | MATIC | 59.259969750000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | SOL | 5.797494560000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | TRX | 5.000000000000000 | Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
|  |  |  | USD | 33,619.470000000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

2889*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
1688*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)