## SCHEDULE 1

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Eighty-Fifth Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | | | Asserted Claims |
|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 39227 | Name on file | FTX Trading Ltd. | | |
| | | | AVAX-PERP | 0.000000000000007 |
| | | | SHIT-PERP | 0.000000000000000 |
| | | | USDC | 0.000000038631137 |

Other Activity Asserted: Withdrawal - 13184.33679143 USDC

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. No liability exists on account of the other activity asserted. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| | | | | |
|---|---|---|---|---|
| 94813 | Name on file | FTX Trading Ltd. | | |
| | | | ETH-PERP | 0.000000000000000 |
| | | | EUR | 0.000000008564305 |
| | | | KIN | 1.000000000000000 |
| | | | USDT | 1,060.949819827260000 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date are being resolved in the Bahamas process.

| | | | | |
|---|---|---|---|---|
| 14921 | Name on file | FTX Trading Ltd. | | |
| | | | AAVE | 0.855504220000000 |
| | | | ALGO | 165.890586260000000 |
| | | | DOT | 36.218609460000000 |
| | | | ETH | 1.787919040000000 |
| | | | ETHW | 1.787919040000000 |
| | | | EUR | 1,250.000016631340000 |
| | | | FTM | 220.807747410000000 |
| | | | GRT | 470.825575690000000 |
| | | | MATIC | 586.685106410000000 |
| | | | SAND | 59.326322080000000 |
| | | | USD | 0.000000503962825 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases.

| | | | | |
|---|---|---|---|---|
| 69709 | Name on file | West Realm Shires Services Inc. | | |
| | | | ATOM | 5.097372300000000 |
| | | | BTC | 0.028496400000000 |
| | | | ETH | 0.589789920000000 |
| | | | FTT | 10.221364520000000 |
| | | | KIN | 2.000000000000000 |
| | | | USD | 0.987283080544938 |

Reason: This claim was asserted against West Realm Shires Services Inc. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date are being resolved in the Bahamas process.

| | | | | |
|---|---|---|---|---|
| 1353 | Name on file | FTX Trading Ltd. | USD | 4,000.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 67272 | Name on file | FTX Trading Ltd. | | |
| | | | ETH | 0.000900000000000 |
| | | | ETH-PERP | -0.000000000000004 |
| | | | ETHW | 0.000900000000000 |
| | | | EUR | 0.000000002148328 |
| | | | USDT | 3,949.973174620655550 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| | | | | |
|---|---|---|---|---|
| 67287 | Name on file | FTX Trading Ltd. | | |
| | | | ETH | 0.000900000000000 |
| | | | ETH-PERP | -0.000000000000004 |
| | | | ETHW | 0.000900000000000 |
| | | | EUR | 0.000000002148328 |
| | | | USDT | 3,949.973174620655550 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| | | | | |
|---|---|---|---|---|
| 37508 | Name on file | FTX Trading Ltd. | | Undetermined* |

Other Activity Asserted: I have a claim Against FTX EU - USD 29558.7 + USDC 1450

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. No liability exists on account of the other activity asserted. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| | | | | |
|---|---|---|---|---|
| 15176 | Name on file | FTX Trading Ltd. | LTC | 1.193014460000000 |

| | | | Asserted Claims | |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 15182 | Name on file | FTX Trading Ltd. | LTC | Undetermined* |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 66802 | Name on file | FTX Trading Ltd. | BUSD | 6,846.592328790000000 |
| | | | EUR | 54,996.056482251200000 |
| | | | PAXG | 1.592800270000000 |
| | | | SXP | 0.000000000000000 |
| | | | USDC | 5,231.460942880000000 |
| | | | USDT | 62.429817488700000 |

Other Activity Asserted: My account is to my understanding on FTX EU - this application reflects to total value of the assets at FTX at the time of service termination - Total asset value 42 523.339Ã¢â¬Å¬

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. No liability exists on account of the other activity asserted. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 66433 | Name on file | FTX Trading Ltd. | AUD | 0.000314435784392 |
| | | | USDT | 0.000172115170085 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| 96095 | Name on file | FTX Trading Ltd. | BTC | 0.046656070000000 |
| | | | DOT | 0.000000190000000 |
| | | | ETH | 0.203707020000000 |
| | | | ETHW | 0.000000001188224 |
| | | | LTC | 0.582512200000000 |
| | | | MATIC | 6.545895850000000 |
| | | | NEXO | 0.000000008095000 |
| | | | SOL | 0.000000010000000 |
| | | | TLM | 0.000000005449114 |
| | | | USDT | 0.000000162318765 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 21495 | Name on file | FTX Trading Ltd. | APT | 38.010001760000000 |
| | | | ETH | 0.285813830000000 |
| | | | EUR | 6,400.000000000000000 |
| | | | SWEAT | 12,040.777082400000000 |

Other Activity Asserted: FTX Europe - 7123 Euros

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. No liability exists on account of the other activity asserted. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 93794 | Name on file | FTX Trading Ltd. | ETH | 0.336320890000000 |
| | | | EURT | 7,325.462488580000000 |
| | | | MATIC | 337.152238870000000 |
| | | | MSOL | 8.224832390000000 |
| | | | USDC | 1,232.658748170000000 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 59850 | Name on file | FTX Trading Ltd. | BTC | 0.146060009849408 |
| | | | ETH | 1.720000000000000 |
| | | | EUR | 943.900018258693913 |
| | | | FTT | 25.900000087670138 |
| | | | KIN | 2.000000000000000 |
| | | | LUNA2 | 0.000000088671473 |
| | | | LUNA2_LOCKED | 0.000000206900104 |
| | | | LUNC | 0.019308400000000 |
| | | | SOL | 0.000000006000000 |
| | | | USDT | 0.000000034496259 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 65828 | Name on file | FTX Trading Ltd. | BNB | 0.006007260000000 |
| | | | ETH | 0.002782000000000 |
| | | | ETHW | 0.001346120000000 |
| | | | MATIC | 0.800000000000000 |
| | | | NEAR | 0.124000000000000 |
| | | | SOL | 0.010309620000000 |

| | | | Asserted Claims | |
|---|---|---|---|---|

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | TRX | 0.364924000000000 |
| | | | USDC | 5,627.940000000000000 |
| | | | USDT | 986.880000000000000 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date are being resolved in the Bahamas process.

| 47149 | Name on file | FTX Trading Ltd. | BTC | 0.063831190000000 |
| | | | ETH | 0.810041100324773 |
| | | | EUR | 0.000000035050178 |
| | | | LINK | 60.221932020000000 |
| | | | USD | 30.000000000000000 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 52690 | Name on file | FTX Trading Ltd. | USDC | 1,254.448674260000000 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 40487 | Name on file | FTX Trading Ltd. | BTC | |
| | | | ETH | 2.524948130000000 |
| | | | USD | 1.590000000000000 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 41814 | Name on file | FTX Trading Ltd. | BTC | |
| | | | ETH | 2.524948130000000 |
| | | | ETHW | 0.000948130000000 |
| | | | USD | 1.590000000000000 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 55097 | Name on file | FTX Trading Ltd. | BTC | |
| | | | ETH | 2.524948130000000 |
| | | | ETHW | 0.000948130000000 |
| | | | USD | 1.590000000000000 |

Other Activity Asserted: FTX EU Ltd. my main account (non-trading) - around 1-1.5 eth also

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. No liability exists on account of the other activity asserted. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 90930 | Name on file | FTX Trading Ltd. | BTC-PERP | 0.000000000000000 |
| | | | BUSD | 2,573.393820450000000 |
| | | | ETH-PERP | 0.000000000000006 |
| | | | FTT | 0.016017920000000 |
| | | | TRX | 0.001560000000000 |
| | | | USDC | 20,000.000000000000000 |
| | | | USDT | 81.168501225453318 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 58394 | Name on file | West Realm Shires Services Inc. | USD | 8,433.060000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| 95978 | Name on file | FTX Trading Ltd. | AVAX-PERP | 0.000000000000003 |
| | | | ETH-PERP | 0.000000000000000 |
| | | | SOL-PERP | 0.000000000000007 |
| | | | USDC | 3,539.291531110000000 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 93488 | Name on file | FTX Trading Ltd. | ETH | 0.000000000000000 |
| | | | ETHW | 0.501899600000000 |
| | | | EUR | 1,001.815000000000000 |

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date have been satisfied by Distributions made pursuant to the Plan.

| 67541 | Name on file | FTX Trading Ltd. | BTC | 0.000000000000000 |
| | | | DENT | 0.000000000000000 |

| | | | | |
|---|---|---|---|---|
| | | | Asserted Claims | |

| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| | | | DOGE | 0.000000000000000 |
| | | | ETH | 1.734928470000000 |
| | | | EUR | 0.001157564434048 |
| | | | KIN | 0.000000000000000 |
| | | | TRX | 0.000000000000000 |

Other Activity Asserted: I have filed with FTX Europe but because I attempted to transfer 1.73492847 ETH on november 10th, they tell me I have to file with FTX for that amount. - 1.73492847 ETH

Reason: This claim was asserted against FTX Trading Ltd. but was scheduled and had a customer account at the non-debtor entity FTX EU Ltd. The FTX EU Ltd. Chapter 11 Case has been dismissed from these Chapter 11 Cases. The FTX EU Ltd. assets were not Debtor assets that vested in the Wind Down Entities pursuant to the Plan, and claims filed against FTX EU Ltd. are not being reconciled and administered in these Chapter 11 Cases. No liability exists on account of the other activity asserted. Additionally, any pending cryptocurrency transfers from the claimant's account on the Petition Date are being resolved in the Bahamas process.