## Exhibit A

**Proposed Order**

IMPAC 11367507v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 29733, 30911, & 32216 |

**ORDER GRANTING MOTION OF CLAIMANT NO. 911658 FOR LEAVE TO FILE AND SERVE SUR-REPLY IN SUPPORT OF CLAIMANT'S RESPONSE**

Upon consideration of the *Motion of Claimant No. 911658 for Leave to File and Serve Sur-reply in Support of Claimant's Response* (the "Motion for Leave");[2] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Leave is GRANTED; and

2. Claimant is authorized to file its Sur-reply attached as **Exhibit B** to the Motion for Leave.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed in the Motion for Leave.

IMPAC 11367507v.1