## CERTIFICATE OF SERVICE

I, Shannon A. Forshay, do hereby certify that on August 8, 2025, I caused a copy of the **Motion of Claimant No. 911658 for Leave to File and Serve Sur-Reply in Support of Claimant's Response** to be served on the parties listed below via email.

| **Counsel to the FTX Recovery Trust**<br>Adam G. Landis, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>LANDIS RATH & COBB LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com;<br>brown@lrclaw.com; pierce@lrclaw.com | **Counsel to the FTX Recovery Trust**<br>Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Biran D. Glueckstein, Esq.<br>Christian P. Jensen, Esq.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com;<br>bromleyj@sullcrom.com;<br>gluecksteinb@sullcrom.com;<br>jensenc@sullcrom.com |
|---|---|
| Benjamin A. Hackman, Esq.<br>David Gerardi, Esq.<br>John Lipshie, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>Email: benjamin.hackman@usdoj.com<br>david.gerardi@usdoj.com<br>jon.lipshie@usdoj.com | |

                                            */s/ Shannon A. Forshay*
                                            Shannon A. Forshay (No. 7293)