## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

RECEIVED
2025 AUG -8 A 9:20
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

_____Haixin Ma_____
Name of Transferee

███████████
Name of Transferor

Name and Address where notices to transferee
should be sent:
Haixin Ma
13657 SE 67Th LN
Newcastle, WA, 98059
haixinma@gmail.com

Last known address:

███████████████████

Type and Amount of Interest Transferred:

| Claim No./Schedule | Creditor Name | % Transferred | Debtor |
|---|---|---|---|
| Schedule No.: 6317384 | ███████ | 100% | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Unique Customer Code: 01247304 | ███████ | 100% | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Haixin Ma_____
Transferee

Date: _8/2/2025_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

_____

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals

Docusign Envelope ID: 7F8DD9C8-F86B-44F3-B043-56A68137F37D

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, creditor ███████ hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to its successors and assigns all right, title and interest in and to the claim(s) identified below, against **Haixin Ma**:

| **Unique Customer Code** | 01247304 |
|---|---|
| **Claim Amount:** | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date:  8/2/2025

| **Buyer:** | **Seller:** |
|---|---|
| DocuSigned by: *Haixin Ma* 247D4E91B977467... | Signed by: ████████ 35EC3EF6ED9C400... |
| Name: Haixin Ma  Email: haixinm@gmail.com | Name: ████████  Email: ████████ |

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

# PRIORITY® MAIL

se.

estrictions apply).*

nd many international destinations.

n form is required.

claims exclusions see the

 bility and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



**USPS.COM/PICKUP**



how2recycle.info

**PAPER**
**POUCH**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



**PRIORITY MAIL**
**U.S. POSTAGE PAID**
Shippo
USPS Ship

## USPS PRIORITY MAIL

HAIXIN MA
13657 SE 67TH LN
NEWCASTLE WA 98059

Ship Date: 08/05/25
Flat Rate Env

**RDC 03**



CLERK OF THE U.S. BANKRUPTCY COURT
824 N MARKET ST FL 3
WILMINGTON DE 19801-3024

**USPS TRACKING # USPS Ship**



9205 5903 4737 5218 3792 94