## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following documents to be served on the date and by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Sustaining FTX Recovery Trust's One Hundred Seventy Eighth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [Docket No. 31742] (the "***One Hundred Seventy Eighth Omnibus Objection Order***")

- Order Sustaining FTX Recovery Trust's One Hundred Seventy Ninth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims) [Docket No. 31743] (the "***One Hundred Seventy Ninth Omnibus Objection Order***")

- Order Sustaining FTX Recovery Trust's One Hundred Eightieth (Non-Substantive) Omnibus Objection to Certain Partially Unliquidated Proofs of Claim (Customer Claims) [Docket No. 31744] (the "***One Hundred Eightieth Omnibus Objection Order***")

- Order Sustaining FTX Recovery Trust's One Hundred Seventy-Sixth (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [Docket No. 31745] (the "***One Hundred Seventy-Sixth Omnibus Objection Order***")

- Order Sustaining FTX Recovery Trust's One Hundred Seventy Seventh (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [Docket No. 31746] (the "***One Hundred Seventy Seventh Omnibus Objection Order***")

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Order Sustaining FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [Docket No. 31747] (the "***One Hundred Eighty-First Omnibus Objection Order***")

- Order Granting the FTX Recovery Trust's Motion for Leave to File Omnibus Reply to the Objections to FTX Recovery Trust's Motion to Implement the Restricted Jurisdictions Procedures in Potentially Restricted Foreign Jurisdictions [Docket No. 31767] (the "***Motion for Leave Order***")

At my direction and under my supervision, employees of Kroll caused the One Hundred Seventy Eighth Omnibus Objection Order to be served via first class mail on July 22, 2025 to 2 Customers and via email on July 23, 2025 to 48 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. trustee, and any Official Committee upon request.

On July 23, 2025, at my direction and under my supervision, employees of Kroll caused the One Hundred Seventy Ninth Omnibus Objection Order to be served via email to 124 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. trustee, and any Official Committee upon request.

On July 23, 2025, at my direction and under my supervision, employees of Kroll caused the One Hundred Eightieth Omnibus Objection Order to be served via email to 69 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. trustee, and any Official Committee upon request.

On July 23, 2025, at my direction and under my supervision, employees of Kroll caused the One Hundred Seventy-Sixth Omnibus Objection Order to be served via email to 20 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. trustee, and any Official Committee upon request.

At my direction and under my supervision, employees of Kroll caused the One Hundred Seventy Seventh Omnibus Objection Order to be served via first class mail on July 22, 2025 to 1 Customer and via email on July 23, 2025 to 159 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. trustee, and any Official Committee upon request.

On July 23, 2025, at my direction and under my supervision, employees of Kroll caused the One Hundred Eighty-First Omnibus Objection Order to be served via email to 416 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. trustee, and any Official Committee upon request.

At my direction and under my supervision, employees of Kroll caused the Motion for Leave Order to be served (1) via First Class Mail on July 22, 2025 on (ADRID: 12120476), whose name and address has been redacted in the interest of privacy, and (2) via email on July 23, 2025 on the Restricted Jurisdiction Objector Email Service List attached hereto as **Exhibit B**.

Dated: August 5, 2025

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 5, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 90232

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: KENNETH P. KANSA<br>ONE N. WACKER DRIVE<br>SUITE 4400<br>CHICAGO IL 60606-2833 | KKANSA@BTLAW.COM | July 23, 2025 by Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: LEAH ANNE O'FARRELL<br>ONE MARINA PARK DRIVE<br>SUITE 1530<br>BOSTON MA 02210 | LOFARRELL@BTLAW.COM | July 23, 2025 by Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON DE 19801 | MARK.OWENS@BTLAW.COM<br>AMY.TRYON@BTLAW.COM | July 23, 2025 by Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | July 23, 2025 by Email |
| COUNSEL TO DEFENDANT DIGITAL LEGEND HODLINGS LTD. | CAHILL GORDON & REINDEL LLP | ATTN: GREGORY STRONG<br>221 W. 10TH STREET<br>3RD FLOOR<br>WILMINGTON DE 19801 | GSTRONG@CAHILL.COM | July 23, 2025 by Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | July 23, 2025 by Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | July 23, 2025 by Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | July 23, 2025 by Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ.<br>800 N. KING STREET<br>SUITE 202<br>WILMINGTON DE 19801 | PHUGHES@DILWORTHLAW.COM | July 23, 2025 by Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | July 22, 2025 by First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | July 22, 2025 by First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | July 22, 2025 by First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | July 22, 2025 by First Class Mail |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM | July 23, 2025 by Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: CHRISTOPHER HARRIS, ADAM J. GOLDBERG, NACIF TAOUSSE<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CHRIS.HARRIS@LW.COM,<br>ADAM.GOLDBERG@LW.COM,<br>NACIF.TAOUSSE@LW.COM | July 23, 2025 by Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: TIFFANY M. IKEDA<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES CA 90071 | TIFFANY.IKEDA@LW.COM | July 23, 2025 by Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ., GASTON LOOMIS, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM, GLOOMIS@MDMC-LAW.COM | July 23, 2025 by Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON LOOMIS, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GLOOMIS@MDMC-LAW.COM | July 23, 2025 by Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ.<br>1845 WALNUT STREET<br>SUITE 806<br>PHILADELPHIA PA 19103 | AJBERIN@MILLERSHAH.COM | July 23, 2025 by Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ.<br>65 MAIN STREET<br>CHESTER CT 06412 | JEMILLER@MILLERSHAH.COM | July 23, 2025 by Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SAMUEL BANKMAN-FRIED, JOSEPH BANKMAN, BARBARA FRIED, RYAN SALAME, MATTHEW NASS, MATTHEW PLACE, JOSHUA UTTER-LEYTON, JOHN CONBERE, AND LUIS SCOTTVARGAS (COLLECTIVELY, THE "PARTIES") | MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP | ATTN: R. MONTGOMERY DONALDSON, STEFANIA A. ROSCA 1105 NORTH MARKET STREET 15TH FLOOR WILMINGTON DE 19801 | SROSCA@MMWR.COM RDONALDSON@MMWR.COM | July 23, 2025 by Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | July 23, 2025 by Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE 844 KING STREET, ROOM 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV DAVID.GERARDI@USDOJ.GOV JON.LIPSHIE@USDOJ.GOV | July 23, 2025 by Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II, ALEXIS R. GAMBALE 824 NORTH MARKET STREET SUITE 800 WILMINGTON DE 19801 | JWEISS@PASHMANSTEIN.COM, JBARSALONA@PASHMANSTEIN.COM, AGAMBALE@PASHMANSTEIN.COM | July 23, 2025 by Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F. STREET NE WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | July 23, 2025 by Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE 200 VESEY STREET, STE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | July 23, 2025 by Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | July 23, 2025 by Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | July 23, 2025 by Email |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQ. 2005 MARKET STREET SUITE 2600 PHILADELPHIA PA 19103 | DPEREIRA@STRADLEY.COM | July 23, 2025 by Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE 125 BROAD STREET NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM BROMLEYJ@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM KRANZLEYA@SULLCROM.COM PETIFORDJ@SULLCROM.COM HOLLEYS@SULLCROM.COM EHRENBERGS@SULLCROM.COM DUNNEC@SULLCROM.COM | July 23, 2025 by Email |
| COUNSEL TO PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG AND SHERIDAN INVESTMENT HOLDINGS, LLC ("INTERESTED PARTIES") | THE DALEY LAW FIRM LLC | ATTN: DARRELL M. DALEY, SAMANTHA R. NEAL 4845 PEARL EAST CIRCLE, SUITE 101 BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM SAMANTHA@DALEYLAWYERS.COM | July 23, 2025 by Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | July 22, 2025 by First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700 P.O. BOX 2046 WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | July 23, 2025 by Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE 600 MASSACHUSETTS AVENUE, NW WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | July 23, 2025 by Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN 1201 N. MARKET STREET SUITE 1400 WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | July 23, 2025 by Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN,          CAROL A. WEINER 151 WEST 42ND STREET NEW YORK NY 10036 | JSSABIN@VENABLE.COM, CWEINERLEVY@VENABLE.COM | July 23, 2025 by Email |

**Exhibit B**

**Due to the confidential nature of Debtor's records, the Restricted Jurisdiction Objector Service List has been redacted. The Restricted Jurisdiction Objector Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.**