**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| BLOC CLAIMS LLC | |

| Name and address where notices and payments to transferee should be sent: | Name and Address where notices to Transferor should be sent: |
|---|---|
| BLOC CLAIMS LLC<br>1309 Coffeen Avenue STE 1200<br>Sheridan, Wyoming 82801<br>United States of America<br>Attention: Viktor Kurako<br>Email: contact@ftxclaims.com |  |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6676287 | | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-GBHAT-737896956 | | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00444970 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Viktor Kurako*

By: _____
Name: Viktor Kurako
Transferee/Transferee's Agent

Date: August 10, 2025

EVIDENCE OF TRANSFER OF CLAIM

TO: U.S. Bankruptcy Court
for the District of Delaware ("Court")

AND: FTX Trading Ltd., et al., ("Debtor")
Case No. 22-11068 (JTD) ("Case")

CLAIM: Schedule No. 6676287 ("Schedule")
Confirmation ID 3265-70-GBHAT-737896956 ("Confirmation ID")
Customer Code No. 00444970 ("Customer Code")

███████████████ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

BLOC CLAIMS LLC
1309 Coffeen Avenue STE 1200
Sheridan, Wyoming 82801 United States of America
Attention: Viktor Kurako
Email: contact@ftxclaims.com

and its successors and assigns ("Buyer"), all rights, title, and interest in and to (a) the Schedule, (b) the Confirmation ID and (c) the Customer Code (collectively the "Claim") and all cash, principal, interest, and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions on account of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to Buyer.

IN WITNESS WHEREOF, dated as of August 10, 2025.

| **BUYER**: | **SELLER:** |
|---|---|
| **BLOC CLAIMS LLC** | |
| By: *Viktor Kurako* | ███████████ |
| Name: Viktor Kurako | |
| Title: Authorized Signatory | |

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

## Creditor Information - Schedule # 6676287

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
6676287
**Confirmation ID**
3265-70-GBHAT-737896956

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BLT | ASSERTED | 0.77662 | 0.77662 |
| CRYPTO | CLV | ASSERTED | 0.076666 | 0.076666 |
| CRYPTO | EMB | ASSERTED | 24404.32155906 | 24404.32155906 |
| CRYPTO | ETH | ASSERTED | 0.00101011 | 0.00101011 |
| CRYPTO | ETHW | ASSERTED | 0.00100787 | 0.00100787 |
| CRYPTO | FTT | ASSERTED | 1288.21710756 | 1288.21710756 |
| CRYPTO | GRT | ASSERTED | 18778.41478803 | 18778.41478803 |
| CRYPTO | HMT | ASSERTED | 1990.05726896 | 1990.05726896 |
| CRYPTO | PSY | ASSERTED | 9392.01871781 | 9392.01871781 |
| CRYPTO | RAY | ASSERTED | 0.220381 | 0.220381 |
| CRYPTO | SLND | ASSERTED | 0.000641 | 0.000641 |
| CRYPTO | SOL | ASSERTED | 0.00001 | 0.00001 |
| CRYPTO | STEP | ASSERTED | 0.02713565 | 0.02713565 |
| CRYPTO | TRX | ASSERTED | 0.000003 | 0.000003 |
| CRYPTO | USDT | ASSERTED | 0.0000000016947777 | 0.0000000016947777 |
| FIAT | USD | ASSERTED | 2.599970255887383 | 2.599970255887383 |