# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Related D.I. No's. 30432, 30898, 31992, 32097 |

## NOTICE OF WITHDRAWAL OF MOTION AND AMENDED MOTION
## TO EXTEND TIME TO COMPLETE KYC REQUIREMENTS

On May 16, 2025, Morgan & Morgan Claimants filed their Motion to Extend Time to Complete KYC Requirements (the "Motion") [D.I. No. 30432]. On June 18, 2025, the FTX Recovery Trust filed an Objection [D.I. No. 30898].

On July 29, 2025, Morgan & Morgan Claimants filed the Amended Motion to Extend Time to Complete KYC Requirements as to Morgan & Morgan, P.A. Clients Who Are Bona Fide FTX Customers (the "Amended Motion") [D.I. No. 31992]. On August 5, 2025, the FTX Recovery Trust filed an Objection [D.I. No. 32097].

Morgan & Morgan Clients hereby give notice of withdrawal of the Motion and Amended Motion.

Dated: August 11, 2025
                                           GELLERT SEITZ BUSENKELL & BROWN, LLC

                                           */s/ Margaret M. Manning*
                                           Michael Busenkell (DE Bar No. 3933)
                                           Margaret M. Manning (DE Bar No. 4183)
                                           1201 North Orange Street, Suite 300

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
       mmanning@gsbblaw.com

By: */s/ Amir Isaiah*
Amir A. Isaiah
Florida Bar No. 32101
MORGAN & MORGAN, P.A.
2O North Orange Avenue, 16th Floor
Orlando, FL 32801
Office: (407) 867-4825
isaiah@forthepeople.com

*Counsel to the M&M FTX Customers*