IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 31140, 31141 & 32263 |

## ORDER APPROVING EIGHTH AND NINTH INTERIM FEE APPLICATIONS OF THE FEE EXAMINER AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE EXAMINER

Upon consideration of the Certification of Counsel, the *Eighth Consolidated Monthly and Eighth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2024 Through January 31, 2025* [D.I. 31140] and *Ninth Consolidated Monthly and Ninth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2025 Through April 30, 2025* [D.I. 31141] (together as the "Interim Applications")[2] submitted by the Fee Examiner in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and Godfrey & Kahn, S.C. as counsel to the counsel to the Fee (collectively, the "Fee Examiner"), for allowance of compensation and reimbursement of expenses for the period set forth in the Interim Applications, which was filed pursuant to the *Order Establishing Procedures for Interim Compensation and*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Interim Applications.

{1368.002-W0082887.3}

*Reimbursement of Expenses of Professionals* [D.I. 435] and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834]; and it appearing to the Court that all of the requirements, as applicable, of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code"), as well as rule 2016 of the Federal Rules of Bankruptcy Procedure and rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and that notice of the Interim Applications was appropriate; and after due deliberation and sufficient good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Interim Applications are hereby APPROVED in the amount set forth on **Exhibit 1** attached hereto.

2. The Interim Applications are granted on an interim basis in the respective amount set forth as approved on **Exhibit 1** hereto, including any and all holdbacks.

3. The FTX Recovery Trust is authorized to remit payment to the Fee Examiner in the amount set forth on **Exhibit 1**, less any monies previously paid on account of such fees and expenses.

4. All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to the Fee Examiner.

5. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: August 11th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE