# **<u>EXHIBIT 1</u>**

FTX TRADING LTD., *et al.*
Case No. 22-11068 (KBO)
Chart of Fees and Expenses for the *Eighth and Ninth Interim Fee Requests of the Fee Examiner and Godfrey & Kahn, S.C.*

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Interim Expenses Requested | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|
| **Godfrey & Kahn, S.C.,** *Counsel to the Fee Examiner* | 11/1/2024 - 1/31/2025<br>D.I. 31140<br>Filed 7/2/2025 | $405,220.50 | $5,610.52 | $405,220.50 | $5,610.52 |
| **Godfrey & Kahn, S.C.,** *Counsel to the Fee Examiner* | 2/1/2025 - 4/30/2025<br>D.I. 31141<br>Filed 7/2/2025 | $212,728.25 | $3,429.89 | $212,728.25 | $3,429.89 |