**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                  Plaintiff,<br>- against –<br><br>GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI,<br><br>                  Defendants. | Adv. Pro. No. 24-50184 (KBO) |
| FTX RECOVERY TRUST,<br><br>                  Plaintiff,<br><br>                 -against-<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>                  Defendants. | Adv. Pro. No. 24-50188 (KBO) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>       Plaintiffs,<br><br>       - against -<br><br>AMERICAN ACTION NETWORK, INC.,<br><br>       Defendant. | Adv. Pro. No. 24-50189 (KBO) |
| FTX RECOVERY TRUST,<br><br>       Plaintiffs,<br><br>       - against -<br><br>AMERICAN PROSPERITY ALLIANCE,<br><br>       Defendant. | Adv. Pro. No. 24-50190 (KBO) |
| FTX RECOVERY TRUST,<br><br>       Plaintiffs,<br><br>       - against –<br><br>AMERICAN VALUES COALITION, INC.,<br><br>       Defendant. | Adv. Pro. No. 24-50191 (KBO) |
| FTX RECOVERY TRUST,<br><br>       Plaintiffs,<br><br>       - against -<br><br>CONGRESSIONAL LEADERSHIP FUND,<br><br>       Defendant. | Adv. Pro. No. 24-50193 (KBO) |

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>     Plaintiffs,<br><br>    - against -<br><br>FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, d/b/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN,<br><br>     Defendant. | Adv. Pro. No. 24-50197 (KBO) |
| FTX RECOVERY TRUST,<br><br>     Plaintiffs,<br><br>    - against -<br><br>NEW YORK SOLIDARITY NETWORK,<br><br>     Defendant | Adv. Pro. No. 24-50199 (KBO) |
| FTX RECOVERY TRUST,<br><br>     Plaintiffs,<br><br>    - against -<br><br>ONE NATION, INC.,<br><br>     Defendant. | Adv. Pro. No. 24-50200 (KBO) |
| FTX RECOVERY TRUST,<br><br>     Plaintiffs,<br><br>    - against -<br><br>PROSPERITY ALLIANCE, INC.,<br><br>     Defendant. | Adv. Pro. No. 24-50201 (KBO) |
| FTX RECOVERY TRUST,<br><br>     Plaintiffs,<br><br>    - against – | Adv. Pro. No. 24-50202 (KBO) |

| | |
|---|---|
| SENATE LEADERSHIP FUND,<br><br>    Defendant. | |
| FTX RECOVERY TRUST,<br><br>    Plaintiffs,<br><br>  - against -<br><br>VOTO LATINO INC.,<br><br>    Defendant. | Adv. Pro. No. 24-50203 (KBO) |
| FTX RECOVERY TRUST,<br><br>    Plaintiffs,<br><br>  - against -<br><br>WORKING AMERICA,<br><br>    Defendant. | Adv. Pro. No. 24-50204 (KBO) |
| FTX RECOVERY TRUST,<br><br>    Plaintiffs,<br><br>  - against -<br><br>SECUREBIO, INC. dba SECUREBIO,<br><br>    Defendant. | Adv. Pro. No. 24-50211 (KBO) |
| FTX RECOVERY TRUST,<br><br>    Plaintiffs,<br><br>  - against –<br><br>THE GOODLY INSTITUTE dba GOODLY LABS,<br><br>    Defendant. | Adv. Pro. No. 24-50212 (KBO) |

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>    Plaintiffs,<br><br>    - against -<br><br>SPARTZ PHILANTHROPIES, dba<br>RETHINK CHARITY and NONLINEAR,<br><br>    Defendant. | Adv. Pro. No. 24-50213 (KBO) |
| FTX RECOVERY TRUST,<br><br>    Plaintiffs,<br><br>    - against –<br><br>MANIFOLD MARKETS, INC,<br><br>    Defendant. | Adv. Pro. No. 24-50214 (KBO) |
| FTX RECOVERY TRUST, FTX DIGITAL<br>MARKETS, LTD.<br><br>    Plaintiffs,<br><br>    v.<br><br>BINANCE HOLDINGS LIMITED., BINANCE<br>CAPITAL MANAGEMENT CO. LTD,<br>BINANCE HOLDINGS (IE) LIMITED,<br>BINANCE (SERVICES) HOLDINGS LIMITED,<br>CHANGPENG ZHAO, DINGHUA XIAO,<br>SAMUEL WENJUN LIM, and DOES 1-1000<br><br>    Defendants. | Adv. Pro. No. 24-50222 (KBO) |
| FTX RECOVERY TRUST,<br><br>    Plaintiff,<br><br>    - against -<br><br>KUROSEMI INC.,<br><br>    Defendant. | Adv. Pro. No. 25-50635 (KBO) |

# AFFIDAVIT OF SERVICE

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 22, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Core/2002 Service List attached hereto as **Exhibit A**, Ad Hoc Service List attached hereto as **Exhibit B**, Adversary Service List attached hereto as **Exhibit C**, Restricted Jurisdiction Motion Service List attached hereto as **Exhibit D**, D1 Ventures LTD., Pachulski Stang Ziehl & Jones LLP, Tkapur@Pszjlaw.Com; Jrosell@Pszjlaw.Com; Crobinson@Pszjlaw.Com and Counsel to Seth Melamed, Dadler@Mccarter.Com; Shumiston@Mccarter.Com:

- Second Amended Notice of Agenda for Hearing Scheduled for July 22, 2025 at 9:30 a.m. (ET), before the Honorable Karen B. Owens, Chief Judge at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 [Docket No. 31757]

Dated: August 1, 2025

                                                    */s/ Eladio Perez*
                                                    Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 1, 2025, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Core/2002 Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: KENNETH P. KANSA | KKANSA@BTLAW.COM |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: LEAH ANNE O'FARRELL | LOFARRELL@BTLAW.COM |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON | MARK.OWENS@BTLAW.COM AMY.TRYON@BTLAW.COM |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER | ATTN: SHAWN M. CHRISTIANSON, ESQ. | SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO DEFENDANT DIGITAL LEGEND HODLINGS LTD. | CAHILL GORDON & REINDEL LLP | ATTN: GREGORY STRONG | GSTRONG@CAHILL.COM |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX | DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT | STATETREASURER@STATE.DE.US |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ. | PHUGHES@DILWORTHLAW.COM |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV | LANDIS@LRCLAW.COM BROWN@LRCLAW.COM PIERCE@LRCLAW.COM JENNER@LRCLAW.COM WILLIAMS@LRCLAW.COM MCGUIRE@LRCLAW.COM ROBERTSON@LRCLAW.COM |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: CHRISTOPHER HARRIS, ADAM J. GOLDBERG, NACIF TAOUSSE | CHRIS.HARRIS@LW.COM ADAM.GOLDBERG@LW.COM NACIF.TAOUSSE@LW.COM |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: TIFFANY M. IKEDA | TIFFANY.IKEDA@LW.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ., GASTON LOOMIS, ESQ. | GBRESSLER@MDMC-LAW.COM GLOOMIS@MDMC-LAW.COM |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON LOOMIS, ESQ. | GLOOMIS@MDMC-LAW.COM |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ. | AJBERIN@MILLERSHAH.COM |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ. | JEMILLER@MILLERSHAH.COM |
| COUNSEL TO SAMUEL BANKMAN-FRIED, JOSEPH BANKMAN, BARBARA FRIED, RYAN SALAME, MATTHEW NASS, MATTHEW PLACE, JOSHUA UTTER-LEYTON, JOHN CONBERE, AND LUIS SCOTTVARGAS (COLLECTIVELY, THE "PARTIES") | MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP | ATTN: R. MONTGOMERY DONALDSON, STEFANIA A. ROSCA | SROSCA@MMWR.COM RDONALDSON@MMWR.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | KCORDRY@NAAG.ORG |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE | BENJAMIN.A.HACKMAN@USDOJ.GOV DAVID.GERARDI@USDOJ.GOV JON.LIPSHIE@USDOJ.GOV |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II, ALEXIS R. GAMBALE | JWEISS@PASHMANSTEIN.COM JBARSALONA@PASHMANSTEIN.COM AGAMBALE@PASHMANSTEIN.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | SECBANKRUPTCY@SEC.GOV |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQ. | DPEREIRA@STRADLEY.COM |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE | DIETDERICHA@SULLCROM.COM BROMLEYJ@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM KRANZLEYA@SULLCROM.COM PETIFORDJ@SULLCROM.COM HOLLEYS@SULLCROM.COM EHRENBERGS@SULLCROM.COM DUNNEC@SULLCROM.COM |

Exhibit A
Core/2002 Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG AND SHERIDAN INVESTMENT HOLDINGS, LLC ("INTERESTED PARTIES") | THE DALEY LAW FIRM LLC | ATTN: DARRELL M. DALEY, SAMANTHA R. NEAL | DARRELL@DALEYLAWYERS.COM SAMANTHA@DALEYLAWYERS.COM |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN | DAOBRIEN@VENABLE.COM |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN,         CAROL A. WEINER | JSSABIN@VENABLE.COM CWEINERLEVY@VENABLE.COM |

**Exhibit B**

Exhibit B
Ad Hoc Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM; SARAHPAUL@EVERSHEDS-SUTHERLAND.COM; PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM; LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY | MHARVEY@MORRISNICHOLS.COM |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: DANIEL A. O'BRIEN | DAOBRIEN@VENABLE.COM |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | JSSABIN@VENABLE.COM; XSSTROHBEHN@VENABLE.COM; CWEINERLEVY@VENABLE.COM; AAPELED@VENABLE.COM |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM |

**Exhibit C**

Exhibit C
Adversary Service List
Served via Email

| ADV. PRO. NO. | DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|---|
| 24-50203 | COUNSEL TO DEFENDANT | BAKER & HOSTETLER LLP | ATTN: JEFFREY LYONS; KEITH R. PURPHY; FERNANDO BOHORQUEZ | JJLYONS@BAKERLAW.COM; KMURPHY@BAKERLAW.COM; FBOHORQUEZ@BAKERLAW.COM |
| 24-50197 | Counsel to Defendants | Baker, Donelson, Bearman, Caldwell & Ber | Attn: Tonya Kelly Cronin | tykelly@bakerdonelson.com |
| 24-50191 | Counsel to Defendant American Values Coalition, Inc. | BROWNSTEIN HYATT FARBER SCHRECK, LLP | Attn: Michael J. Pankow | mpankow@bhfs.com |
| 24-50222 | Counsel to Defendants | CAHILL GORDON & REINDEL LLP | Attn: Gregory Strong | GStrong@cahill.com |
| 24-50222 | Counsel to Defendants | CAHILL GORDON & REINDEL LLP | Attn: Samson A. Enzer, Herbert S. Washer, Edward N. Moss, Joel H. Levitin, Gregory Mortenson | SEnzer@cahill.com; HWasher@cahill.com; EMoss@cahill.com; JLevitin@cahill.com; GMortenson@cahill.com |
| 24-50204 | COUNSEL TO DEFENDANT | DLA Piper LLP (US) | Attn: Rachel E. Albanese | rachel.albanese@us.dlapiper.com |
| 24-50204 | COUNSEL TO DEFENDANT | DLA Piper LLP (US) | Attn: Matthew Steven Sarna | matthew.sarna@us.dlapiper.com |
| 24-50197 | Counsel to Defendants | FAEGRE DRINKER BIDDLE & REATH LLP | Attn: Brett D. Fallon | brett.fallon@faegredrinker.com |
| 24-50201 | Counsel to Defendants | Ferry Joseph, PA | Attn: Rick S. Miller | rmiller@ferryjoseph.com |
| 24-50214 | COUNSEL TO DEFENDANT | GOETZ FITZPATRICK LLP | Attn: Scott D. Simon | ssimon@goetzfitz.com |
| 24-50189 | COUNSEL TO DEFENDANT | JONES DAY | ATTN: Daniel T Moss, David S. Torborg, Megan Newton, Ryan Sims | dtmoss@jonesday.com; dstorborg@jonesday.com; msowardsnewton@jonesday.com; rsims@jonesday.com |
| 24-50188 | COUNSEL TO DEFENDANT | K&L GATES LLP | Attn: Robert Honeywell | Robert.Honeywell@klgates.com |
| 24-50188 | COUNSEL TO DEFENDANT | K&L GATES LLP | Attn: Emily Steele | Emily.Steele@klgates.com |
| 24-50213 | Counsel to Defendant Spartz Philanthropies | McCARTER & ENGLISH, LLP | Attn: Kate R. Buck | kbuck@mccarter.com |
| 24-50222 | Counsel to Defendants | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. | Attn: Karen R. King, Peter Menz | kking@maglaw.com; pmenz@maglaw.com |
| 24-50193 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Dylan Trache | dylan.trache@nelsonmullins.com |
| 24-50193 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Adam Herring | adam.herring@nelsonmullins.com |
| 24-50200 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Dylan Trache | dylan.trache@nelsonmullins.com |
| 24-50200 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Adam Herring | adam.herring@nelsonmullins.com |
| 24-50202 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Dylan Trache | dylan.trache@nelsonmullins.com |
| 24-50202 | COUNSEL TO DEFENDANT | Nelson Mullins Riley & Scarborough LLP | ATTN: Adam Herring | adam.herring@nelsonmullins.com |
| 24-50212 | Counsel to Defendant SecureBio, Inc. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: Daniel A. Mason, William A. Clareman, Vida J. Robinson | dmason@paulweiss.com; wclareman@paulweiss.com; virobinson@paulweiss.com |
| 25-50635 | Counsel to KUROSEMI INC. | POTTER ANDERSON | Attn: R. Mcneill | RMCNEILL@POTTERANDERSON.COM |
| 24-50189 | COUNSEL TO DEFENDANT | Potter Anderson & Corroon | ATTN: Jeremy Ryan, James R. Risener, III., Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |
| 24-50190 | COUNSEL TO DEFENDANT | Potter Anderson & Corroon LLP | ATTN: James R. Risener, III., Jeremy W. Ryan, Ethan H. Sulik | jrisener@potteranderson.com; jryan@potteranderson.com; esulik@potteranderson.com |
| 24-50193 | COUNSEL TO DEFENDANT | Potter Anderson & Corroon LLP | ATTN: Jeremy Ryan, James R. Risener, III., Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |
| 24-50200 | COUNSEL TO DEFENDANT | Potter Anderson & Corroon LLP | ATTN: Jeremy Ryan, James R. Risener, III., Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |
| 24-50202 | COUNSEL TO DEFENDANT | Potter Anderson & Corroon LLP | ATTN: Jeremy Ryan, James R. Risener, III., Ethan H. Sulik | jryan@potteranderson.com; jrisener@potteranderson.com; esulik@potteranderson.com |

Exhibit C
Adversary Service List
Served via Email

| ADV. PRO. NO. | DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|---|
| 24-50184 | COUNSEL TO DEFENDANT | ROPES & GRAY LLP | CHRIS L. DICKERSON | CHRIS.DICKERSON@ROPESGRAY.COM |
| 24-50199 | Counsel to Defendant New York Solidarity Network | STARK & STARK, P.C. | Attn: Joseph H. Lemkin | jlemkin@stark-stark.com |
| 24-50211 | Counsel to Defendant SecureBio, Inc. | SULLIVAN HAZELTINE ALLINSON LLC | Attn: William D. Sullivan | bsullivan@sha-llc.com |
| 24-50190 | COUNSEL TO DEFENDANT | WILEY REIN LLP | ATTN: Caleb P Burns, Rebecca L. Saitta | cburns@wiley.law; rsaitta@wiley.law |
| 24-50201 | Counsel to Defendants | Zeiger, Tigges & Little LLP | Attn: Marion Little | little@litohio.com |

**Exhibit D**

Exhibit D
Restricted Jurisdiction Motion Service List
Served via Email

| NAME | EMAIL |
|---|---|
| Alex Liu (pro se) | liualexiang@gmail.com |
| An Xu (pro se) | dentistvdrn@gmail.com |
| BaCui Sun (pro se) | koboy000@gmail.com |
| Cenjun Zhu (pro se) | mr.zhucj@gmail.com |
| Chao Wang (pro se) | 15705425754@163.com |
| Deliang Lian (pro se), on behalf of Deliang Lian and Pingxiang Zhang | liandeliang@gmail.com |
| Delong Yang (pro se) | delongya@gmail.com |
| DongSheng Li (pro se) | dongsingli@gmail.com |
| Faisal Saad Almutairi (pro se) | abosaad3743@gmail.com |
| Fangmin Ye (pro se) | 13484041876@163.com |
| Fatih Turker Arguc (pro se)Gomec Sk. No: 27, TR-34718, Acibadem, KadikoyIstanbul, Turkey+90 533 425 75 72 | turker@arguc.com |
| Haichuan Shang (pro se) | cbox996@gmail.com |
| Haijing Ma (pro se) | mahaijing_2020@gmail.com |
| Han Liu (pro se) | iamh4n@gmail.com |
| Hejia Zhao (pro se) | hz263@cornell.edu |
| Heng Lu (pro se) | lv.gobbin@gmail.com |
| Honghong Liu (pro se) | liuhonghong82@126.com |
| Hongliang Ding (pro se) | ding_hl@hotmail.com |
| Hou Han Yun (pro se) | hanyun.hou@gmail.com |
| HU HUAXIANG (pro se) | provswin@126.com |
| Huimin Zhong (pro se) | 0x8794@gmail.com |
| Ilya Zusman (pro se) | ilz31977@gmail.com |
| JIANHUA JIN  (pro se) | 41172424@qq.com |

Exhibit D
Restricted Jurisdiction Motion Service List
Served via Email

| NAME | EMAIL |
| --- | --- |
| Jianxue Lu (pro se) | ljx641@gmail.com |
| Jonathan Perez (pro se)439 South Catalina Street, Apt 2Los Angeles, CA 90020213-469-9565 | jonathanramirez339@yahoo.com |
| Lanqi Yu (pro se) | 250953879@qq.com |
| Li (pro se) | liyongxty@163.com |
| Li Luo (pro se) | ilixir0409@gmail.com |
| LIANFU XIE (pro se) | michael@favalue.com |
| Limarov Vladyslav (pro se) | 666tathagata@gmail.com |
| Lin Kaikai (pro se) | l84946469@outlook.com |
| Lin Lin (pro se) | 185066447@qq.com |
| Lingchi Yang (pro se) | superylc1@protonmail.com |
| Lingjian Kong (pro se) | Mrseasonk@gmail.com |
| Liu Jiaying (pro se) | davidqw@gmail.com |
| Liu Mingmin (pro se) | diveintotomorrow@gmail.com |
| Liu Zhenxu (pro se) | zhenxliu@outlook.com |
| Lu Zhiqi (pro se) | LUKGKEI@hotmail.com |
| Luqian Yang (pro se) | wangxiong202058@gmail.com |
| Manqiu Cai (pro se) | slowslowchill@gmail.com |
| Oxana Kozlov (attorney for claimants numbers 0409059, 256237l, 02717792 and | okozlov@gmail.com |
| Peiyi Li (pro se) | abc1550030776@gmail.com |
| Petro Rybchak (pro se) | transmetalcorp@gmail.com |
| Ping Liu (pro se) | 18349947610@163.com |
| Qi Wei (pro se) | davidqw@protonmail.com |
| QiaoQin Liang (pro se) | timsensor@hotmail.com |
| Qin Yi (pro se) | 17641365@qq.com |

Exhibit D
Restricted Jurisdiction Motion Service List
Served via Email

| NAME | EMAIL |
|---|---|
| Ronge Lu (pro se) | housebit17@gmail.com |
| Sen Wang (pro se), on behalf of himself and Yong Ping Hu | vincentwangbj@gmail.com |
| Shengning Lang (pro se) | saniylang@gmail.com |
| Tony Nguyen (pro se) | Tn60777@gmail.com |
| Unidentified Party (pro se) | minigift2017@gmail.com |
| Unidentified Party (pro se) | beyondmoon201@gmail.com |
| Wang Hongwei (pro se) | 874014778@qq.com |
| Wang Juntao (pro se) | cyber.punk.9012@gmail.com |
| Wang Shirong (pro se) | shirongwang920@gmail.com |
| Wei Nan (pro se) | wein_btc@outlook.com |
| Weipeng Zhao (pro se) | roczhao@outlook.com |
| Weiwei Ji | weiweiji@hotmail.com |
| Weiwei Ji (pro se) | weiweiji@hotmail.com |
| Wengxiaowang (pro se) | iamxiaowang@icloud.com |
| Wenjie Yi (pro se) | 673383636@qq.com |
| Wensong Lin (pro se) | adamlin1208@gmail.com |
| Woohyun Kang (pro se) | lucky17smile@gmail.com |
| Xiaochun Liu (pro se) | rakehart@gmail.com |
| Xiaodong Wong (pro se) | go4ld4@gmail.com |
| Xin Huang (pro se) | huangxin201@gmail.com |
| XINXU (pro se) | yyyueying@gmail.com |
| Xinzhi Du (pro se) | 541300977@qq.com |
| Xiong Wang (pro se) | wangxiong202058@gmail.com |
| Xu Yongqiang (pro se) | xingle518@qq.com |
| Xufei Bai (pro se) | weiqingh@gmail.com |
| Xuzhou Yin (pro se) | 13126585051@163.com |
| Yan Junyi (pro se) | bxie1028@gmail.com |

Exhibit D
Restricted Jurisdiction Motion Service List
Served via Email

| NAME | EMAIL |
|---|---|
| Yang Fan (pro se) | 712651413@qq.com |
| Yang Xie (pro se) | 1142941755forfreedom@gmail.com |
| Ye Shenghong (pro se) | greatysh@gmail.com |
| Yicheng Zhong (pro se) | mastermind.zyc@hotmail.com |
| Yong Li (pro se) | liyongxty@163.com |
| Yongjun Wen (pro se) | yongjun.wen@outlook.com |
| Zhang Qingqing (pro se) | zhansenking@foxmail.com |
| Zhou Lu (pro se) | luzhou960@gmail.com |
| Zhouqi Shao (pro se) | hxxxwangwang@gmail.com |
| Zhu Ming (pro se) | zming345@163.com |