# EXHIBIT A

**(Proposed Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 32154-32165 |

## ORDER AUTHORIZING THE RE-FILING or RE-LOADING OF NOTICES OF WITHDRAWALS OF TRANSFERS OF CLAIMS FOR SECURITY

Upon consideration of the *Motion for Entry of an Order Authorizing the Re-Filing or Re-Loading of Notices of Withdrawals of Transfers of Claims for Security* (the "**Motion**") filed on behalf of Transferee, the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion has been given, and no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation, and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. Transferee is hereby authorized to have re-filed and the clerk of this Court is hereby directed to re-load and replace the Notices of Withdrawals of Claims for Security identified as D.I. 32154 through 32165 with identical PDFs with different file names, as attached as Exhibits 1 through 12 to the Motion.

3. This Court retains jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.