# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Nos. 29733, 29744, 30911, 32216 & 32264 |

### FTX RECOVERY TRUST'S WITNESS AND EXHIBIT LIST
### FOR HEARING ON AUGUST 12, 2025 AT 9:30 A.M. (ET)

**PLEASE TAKE NOTICE** that the FTX Recovery Trust[2] hereby provides the following information regarding the witness it intends to present and the list of potential exhibits it may seek to introduce (the "Witness & Exhibit List") at the hearing scheduled for August 12, 2025 at 9:30 a.m. (ET) (the "Hearing") on the *FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* [D.I. 29733 & 29744], which is currently scheduled to be heard solely as to claim number 96754 (the "Contested Claim").

## WITNESS INFORMATION

1. Name and title of witness: Michael S. Leto, Managing Director at Alvarez & Marsal North America, LLC.

2. Scope of Testimony: Mr. Leto will be attending the Hearing and available to testify in person. The content of Mr. Leto's direct testimony is set forth in the *Declaration of Michael S. Leto in Support of Debtors' Objection to Proof of Claim Filed by*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' (as defined below) confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26404-1].

{1368.003-W0083021.4}

*Angelo Breen* [D.I. 32217] (the "Leto Declaration"). The FTX Recovery Trust may elicit additional direct or rebuttal testimony from Mr. Leto at the Hearing.

## EXHIBITS

In connection with the Hearing on the Contested Claim, the FTX Recovery Trust may seek to use any one or more of the following documents:

| Number | Docket Ref. | Description |
|---|---|---|
| FTX-1 | 32217 | *Declaration of Michael S. Leto in Support of Debtors' Objection to Proof of Claim Filed by Angelo Breen* and any and all exhibits attached thereto |

## RESERVATION OF RIGHTS

The FTX Recovery Trust reserves the right to amend and supplement this Witness and Exhibit List at any time at or prior to the Hearing. Additionally, the FTX Recovery Trust reserves all rights to (i) cross examine any and all witnesses proffered at the Hearing, (ii) to call any rebuttal witnesses as they may deem necessary at the Hearing, (iii) use additional exhibits for purposes of rebuttal or impeachment and to supplement the foregoing exhibit list as appropriate, and (iv) rely upon and use as evidence (a) any exhibits included on the exhibit lists of any other party in interest and (b) any pleading, hearing transcript, order, or other document filed with the Court in these Chapter 11 Cases.

| | |
|---|---|
| Dated: August 11, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>           brown@lrclaw.com<br>           pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>           bromleyj@sullcrom.com<br>           gluecksteinb@sullcrom.com<br>           kranzleya@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust* |