**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket Nos. 29733, 29744, 30911, 32216 & 32264** |

**WITNESS AND EXHIBIT LIST OF CLAIMANT NO. 911658**
**FOR THE HEARING ON AUGUST 12, 2025 AT 9:30 A.M. (ET)**

**PLEASE TAKE NOTICE** that Claimant No. 911658 ("Claimant"), by and through his undersigned counsel, hereby submits this Witness and Exhibit List in connection with the hearing scheduled for **August 12, 2025 at 9:30 a.m. (ET)**, before the Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "Hearing"), at which time the *FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* [D.I. 29733 & 29744] (the "Claim Objection") will be heard.

**EXHIBITS**

Claimant designates the following exhibits that may be used at the Hearing in connection with the Claim Objection:

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2

| Exhibit Reference | Docket No. | Description |
|---|---|---|
| Exhibit A | D.I. 30911-1 | Exhibit A to the Response of Claimant to the FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Claims |
| Exhibit B | D.I. 30911-2 | Exhibit B to the Response of Claimant to the FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Claims |

Claimant also cross designates all exhibits designated by the FTX Recovery Trust in connection with the Claim Objection.

Claimant reserves the right to use additional exhibits for rebuttal or impeachment purposes.

## WITNESSES

Claimant does not presently intend to offer live testimony from any witness but reserves the right to do so. Claimant further reserves the right to call any witness(es) for rebuttal or impeachment purposes.

## RESERVATION OF RIGHTS

Claimant reserves the right to amend this witness and exhibit list prior to the Hearing.

IMPAC 11209769v.4

Dated: August 11, 2025
      Wilmington, Delaware

Respectfully submitted,

*/s/ Shannon A. Forshay*
R. Stephen McNeill (No. 5210)
Shannon A. Forshay (No. 7293)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: rmcneill@potteranderson.com
      sforshay@potteranderson.com

*Counsel for Claimant*

3