## **CERTIFICATE OF SERVICE**

I, Shannon A. Forshay, do hereby certify that on August 11, 2025, I caused a copy of the foregoing **Witness and Exhibit List of Claimant No. 911658 for the Hearing on August 12, 2025 at 9:30 a.m. (ET)** to be served upon those parties registered to receive electronic notices via the Courts' CM/ECF electronic noticing system and on the parties listed below by email.

                                                 */s/ Shannon A. Forshay*
                                                 Shannon A. Forshay (No. 7293)

| **Counsel to the FTX Recovery Trust**<br>Adam G. Landis, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>LANDIS RATH & COBB LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com | **Counsel to the FTX Recovery Trust**<br>Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Brian D. Glueckstein, Esq.<br>Alexa J. Kranzley, Esq.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com;<br>        bromleyj@sullcrom.com<br>        glueksteinb@sullcrom.com<br>        kranzleya@sullcrom.com |
|---|---|
| Benjamin A. Hackman, Esq.<br>David Gerardi, Esq.<br>John Lipshie, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>Email: benjamin.hackman@usdoj.com<br>        david.gerardi@usdoj.com<br>        jon.lipshie@usdoj.com | |

12410379v.1