## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: August 12, 2025

*/s/Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me August 12, 2025, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 30036 | Name on file<br>Address on File<br>Email address on File | Cedar Advance LLC<br>Alan C. Hochheiser<br>5401 Collins Avenue<br>Suite CU-9A<br>Miami Beach, FL 33140 | 7/28/2025 |
| 30438 | Name on file<br>Address on File<br>Email address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/21/2025 |
| 30665 | Name on file<br>Address on File<br>Email address on File | Oroboros FTX I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 7/21/2025 |
| 30713 | Name on file<br>Address on File<br>Email address on File | Oroboros FTX I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 7/3/2025 |
| 30722 | Name on file<br>Address on File<br>Email address on File | Oroboros FTX I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 7/3/2025 |
| 30745 | Name on file<br>Address on File<br>Email address on File | Svalbard II Holdings Limited<br>Attention: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, WIH 7JW<br>United Kingdom<br>Email: settlements@attestorcapital.com | 7/3/2025 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 30756 | Name on file<br>Address on File<br>Email address on File | Svalbard II Holdings Limited<br>Attention: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, WIH 7JW<br>United Kingdom<br>Email:<br>settlements@attestorcapital.com | 7/3/2025 |
| 30765 | Name on file<br>Address on File<br>Email address on File | Svalbard II Holdings Limited<br>Attention: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, WIH 7JW<br>United Kingdom<br>Email:<br>settlements@attestorcapital.com | 7/3/2025 |
| 30767 | Name on file<br>Address on File<br>Email address on File | Svalbard II Holdings Limited<br>Attention: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London, WIH 7JW<br>United Kingdom<br>Email:<br>settlements@attestorcapital.com | 7/3/2025 |
| 30768 | Name on file<br>Address on File<br>Email address on File | Svalbard II Holdings Limited<br>Attention: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW<br>United Kingdom<br>Email:<br>settlements@attestorcapital.com | 7/21/2025 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 30782 | Name on file<br>Address on File<br>Email address on File | Svalbard II Holdings Limited<br>Attention: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW<br>United Kingdom<br>Email:<br>settlements@attestorcapital.com | 7/21/2025 |
| 30784 | Name on file<br>Address on File<br>Email address on File | Svalbard II Holdings Limited<br>Attention: Steve Gillies<br>c/o Attestor Limited<br>7 Seymour Street<br>London,  W1H 7JW<br>United Kingdom<br>Email:<br>settlements@attestorcapital.com | 7/21/2025 |
| 30859 | Name on file<br>Address on File<br>Email address on File | Oroboros FTX I, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 7/21/2025 |
| 30889 | Name on file<br>Address on File<br>Email address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 7/3/2025 |
| 31092 | Name on file<br>Address on File<br>Email address on File | FTXCreditor LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 7/21/2025 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31156 | Name on file<br>Address on File<br>Email address on File | Ceratosaurus Investors, L.L.C.<br>Attn: Michael Linn<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 7/28/2025 |
| 31199 | Name on file<br>Address on File<br>Email address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/21/2025 |
| 31202 | Name on file<br>Address on File<br>Email address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/21/2025 |
| 31207 | Name on file<br>Address on File<br>Email address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/21/2025 |
| 31212 | Name on file<br>Address on File<br>Email address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/21/2025 |
| 31214 | Name on file<br>Address on File<br>Email address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/21/2025 |
| 31215 | Name on file<br>Address on File<br>Email address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/21/2025 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31216 | Name on file<br>Address on File<br>Email address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/21/2025 |
| 31219 | Name on file<br>Address on File<br>Email address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/21/2025 |
| 31224 | Name on file<br>Email address on File | Paxtibi LLP<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/28/2025 |
| 31362 | Name on file<br>Address on File<br>Email address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 7/21/2025 |