Lanqi Yu

Address: On file with Kroll / Debtors

250953879@qq.com

August 7, 2025

**Clerk's office / Helpdesk**

United States Bankruptcy Court

District of Delaware

824 North Market Street

Wilmington, Delaware 19801

USA

## Privacy Request Regarding Public Filing

Submitted by: Lanqi Yu

-----

For privacy reasons, I respectfully request that **my personal information contained in documents and express packaging (such as address and email)** be redacted or withheld from public court records and websites.

If some information must be made public, please help me hide as much other personal information as possible.

**Part 1**

Please help me redact personal information from the document titled **'Several perspectives on paying compensation to Chinese and other 'Restricted Foreign Jurisdiction' creditors,'** which is being mailed with this request.

1

Part 2

I would like to hide my personal information published on the following link:

**https://restructuring.ra.kroll.com/ftx/Home-DocketInfo**

My personal information is contained in the following documents:

https://restructuring.ra.kroll.com/ftx/Home-DownloadPDF?id1=Mzc1ODg3MA==&id2=-1

**The document ID is 31474**

Please help me hide the address, email address, and Unique Customer Code.

Just like the picture below:



Thank you for your time and consideration.

Respectfully submitted.

2

*Lanqi Yu*

Lanqi Yu

China

250953879@qq.com

Dated: August 7, 2025

*Lanqi Yu*

Lanqi Yu
Address: On file with Kroll / Debtors
250953879@qq.com

August 7 2025

To: United States Bankruptcy Court
Attn: Clerk of the Court / Helpdesk
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
Re: Privacy Request Regarding Public Filing
— Case No. 22-11068 (KBO)

