THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Interest, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Interest Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: August 12, 2025

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 12, 2025, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Paul Pullo*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Defective Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 30393 | Name on file<br>Address on File<br>Email address on File | Space Walnut, Ltd.<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: FTX@kingstreet.com,<br>tlin@crowell.com | 7/3/2025 |
| 30394 | Name on file<br>Address on File<br>Email address on File | Space Walnut, Ltd.<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: FTX@kingstreet.com,<br>tlin@crowell.com | 7/3/2025 |