## SCHEDULE 1

**Overstated Claim**

{1368.003-W0083043.4}

**FTX Trading Ltd. 22-11068 (JTD)**
**One Hundred Sixtieth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 96754 | Name on file | FTX Trading Ltd. | BTC-PERP | | FTX Trading Ltd. | 0.000000000000000 |
| | | | ETH-PERP | | | -0.000000000000014 |
| | | | ICP-PERP | | | 0.000000000000000 |
| | | | LTC-PERP | | | 0.000000000000000 |
| | | | NFT (5331479002480343316/FTX FOUNDATION GROUP DONATION CERIFICATE #67) | | | 1.000000000000000 |
| | | | SOL-PERP | | | 0.000000000000000 |
| | | | USD | 690,420.000000000000000 | | 0.565666940017389 |
| | | | Other Activity Asserted: $690,420.00 - $690,420.00 USD Donation to the FTX Foundation Certificate #67 | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records. In addition and pursuant to Paragraphs 41 and 93 of the Confirmation Order and Section 5.2 of the Plan, the Global Settlement resolves, among other things, "(a) the actual or purported fraud, unjust enrichment, misappropriation, conversion and misconduct of former Insiders;", "(c) the purported commingling and misuse of customer deposits and corporate funds;", and "(g) the effects and consequences of the Debtors' Terms of Service and whether the assets held by the FTX.com Exchange and the FTX.US Exchange are property of the Debtors' Estates;". Therefore, the FTX Recovery Trust's liability is limited to Allowed Customer Entitlement Claims under the Plan and all components of the Overstated Claims asserting generalized Claims and causes of action should be reduced to zero.