# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., ) ) Debtors. ) ) ) | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Svalbard II Holdings Limited<br>Name of Transferee | SVF II Tempest (DE) LLC<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Svalbard II Holdings Limited[2]<br>c/o Attestor Limited<br>7 Seymour Street<br>W1H 7JW<br>London, United Kingdom<br><br>Attn: Steve Gillies<br>settlements@attestor.com<br>Phone: +44(0)20 7074 9653 | SVF II Tempest (DE) LLC<br>c/o SB Investment Advisers (US) Inc.<br>300 El Camino Real<br>Menlo Park, CA 94025<br><br>Attn:     Legal<br>E-mail:   legal@softbank.com<br><br>With a copy (which shall not constitute notice) to:<br><br>Kirkland & Ellis LLP<br>333 W. Wolf Point Plaza<br>Chicago, IL 60654<br>Attn:   John R. Luze, P.C.<br>Email:  john.luze@kirkland.com |

*[continues on next page]*

---

[2] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Svalbard II Holdings Limited.

Type and Amount of Interest Transferred:

| Share Type | Share Count |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 4,376,367 |
| Series B preferred stock issued by FTX Trading Ltd. | 2,861,504 |
| Series C preferred stock issued by FTX Trading Ltd. | 215,741 |
| Class A common stock issued by West Realm Shires Inc. | 12,284,000 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee
**SVALBARD II HOLDINGS LIMITED**

By: _____
Name:  Christopher Guth
Title:  Authorized Attorney

Transferor
**SVF II TEMPEST (DE) LLC**

By: _____
Name:  Jonathan Duckles
Title:  Director