# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al.,  )  | Chapter 11 |
| ) | |
| Debtors.  ) | Case No. 22-11068 (JTD) |
| ) | (Jointly Administered) |
| ) | |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

**Oaktree Value Opportunities Fund Holdings, L.P.**

Name of Transferee

Name and Address where notices to transferee should be sent:

Oaktree Value Opportunities Fund Holdings, L.P.
1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
cmclafferty@oaktreecapital.com
amkim@oaktreecapital.com
vofacctng@oaktreecapital.com

**Paradigm Fund LP**

Name of Transferor

Name and Address where notices to transferors should be sent:

PARADIGM FUND LP
c/o
Paradigm
548 Market Street
Suite 46425
San Francisco, CA 94104

Attn:     Alex Walterspiel
E-mail:   awalterspiel@paradigm.xyz

With a copy (which shall not constitute notice) to:

Kirkland & Ellis LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Attn:  John R. Luze, P.C.
Email: john.luze@kirkland.com

Type and Amount of Interest Transferred:

| | Paradigm Fund LP |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. Series B preferred stock issued by FTX Trading Ltd. Series C preferred stock issued by FTX Trading Ltd. Class A common stock issued by West Realm Shires Inc. | 1 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**Oaktree Value Opportunities Fund Holdings, L.P.**
By: Oaktree Value Opportunities Fund GP, L.P.
its: General Partner
By: Oaktree Value Opportunities Fund GP, Ltd.
its: General Partner
By: Oaktree Capital Management, L.P.
its: Director

By: _/s/ Colin McLafferty_
Name:  Colin McLafferty
Title:  Senior Vice President

By: _/s/ Steven Tesoriere_
Name:  Steven Tesoriere
Title:  Managing Director

Transferor

**PARADIGM FUND LP**

By: Paradigm Fund GP LLC
Its: Managing Member

By: _/s/ Matt Huang_
Name:  Matt Huang
Title:  Authorized Signatory