# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

**October 23, 2025 at 9:30 a.m. (ET)**

**November 20, 2025 at 9:30 a.m. (ET)**

**December 18, 2025 at 9:30 a.m. (ET)**

Dated: August 19th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE