**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Claim ID | Claim No. | Date | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| 3265-70-JOCJY-253576994 | 68378 | September 25, 2023 | ▮ (100% of all claims) | FTX Trading Ltd. | 22-11068 (JTD) |

▮
_____
Name of Transferee

▮
_____
Name of Transferor

Name and address where notices to transferee should be sent:

▮

Name of transferor:

▮

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: August __15__, 2025

Signature of Transferee / Transferee's Agent: _____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## IDENTITY OF TRANSFEROR

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor. To protect the identity of the Transferee, the Transferee's name or address has not been disclosed and the signed Evidence of Transfer of Claim has not been attached to this Notice of Transfer of Claim. Upon written request to counsel to the Transferee listed below, counsel to the Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the clerk of the United States Bankruptcy Court for the District of Delaware, the Debtors, the Debtors' claims agent, and relevant professionals.

***Counsel to Transferee***
Dennis C. O'Donnell
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10021
dennis.odonnell@us.dlapiper.com