**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
Case No.: 22-11068 (KBO)
Related Docket Nos.: 31148, 32231



## SUPPLEMENTAL STATEMENT OF SHIRONG WANG REGARDING CLAIM NO. 38517

**Honorable Judge Owens:**

I, **Shirong Wang**, respectfully submit this supplemental statement to clarify the procedural history and correspondence related to my allowed claim and the Recovery Trust's request that I withdraw my pending court letter.

## 1. Claim Background

- **Original Claim Number:** 24587

- **Updated Claim Number (as amended and allowed):** 38517

- **Allowed Claim Amount:** USD $351,005.17

- **Current Status:** The claim portal records the amount of $351,005.17 with the status "Asserted," but in an email confirmation from counsel it is explicitly stated as "Allowed." I have completed all pre-distribution requirements, and my Kraken account is fully linked and ready to receive funds immediately.

## 2. Procedural Timeline

### (a) First Proposal – August 8 2025 ("Proposal A")

- I received an email from FTX counsel **Alexa J. Kranzley** requesting that I withdraw my court letter (Docket No. 32231).

- I responded with **Proposal A**, stating that I would only consider withdrawal if I received formal written confirmation of the following:
  1. My claim (#38517) remains valid, allowed, and in good standing;
  2. I am fully included in the **September 30 2025** distribution eligibility list, and the "Disputed" status shown in Step 9 will not affect my inclusion;
  3. Withdrawing my letter will not prejudice my rights in any way or limit my ability to raise issues with the Court in the future if necessary.

- Counsel replied with the informal phrase "confirm the following points" and, in the signature block, incorrectly spelled my name as "**Wan Shirong**" instead of the correct **"Wang Shirong."** I consider this reply to lack the formality and legal enforceability necessary to protect my rights.

**(b) Second Proposal – August 8 2025 ("Proposal B")**

- Due to the lack of formal written confirmation, I sent **Proposal B** later the same day, reiterating the above conditions and additionally proposing an advance administrative payment before the **August 12 2025** hearing.

- My circumstances include:
  • Severe current financial hardship;
  • Advance payment before the hearing would allow me to withdraw my court letter, saving court time and resources;
  • Early payment would not alter the ultimate distribution result but would alleviate my urgent situation.

- As of **August 11 2025**, I had not received any substantive reply to **Proposal B**.

- On **August 11 2025**, I sent a follow-up email urging counsel to respond, but to date, I have still received no reply. I have printed and archived all email correspondence with FTX counsel and submit them to the Court as part of this statement.

## 3. Position

I have made two good-faith proposals aimed at resolving this matter without further litigation. Both proposals are reasonable, compliant, and in the interest of procedural efficiency. However, the Recovery Trust has failed to provide formal written confirmation or a timely substantive response, leaving my court letter (Docket No. 32231) in place to protect my rights.

## 4. Request

I respectfully request that the Court:

1. Take note of my good-faith efforts to resolve this matter cooperatively;
2. Direct the Recovery Trust to provide the necessary formal written confirmation or a substantive response to **Proposal B**;
3. Alternatively, maintain my current letter and objection on the docket until I receive sufficient assurances.

I will present all email correspondence with counsel and respectfully request that Your Honor oversee the Recovery Trust's fulfilment of its commitment to pay my Claim No. 38517 on or before **September 30**. I no longer have the strength to endure another delay. Thank you, Your Honor, for taking the time out of your busy schedule to read my case file and to hear my voice.

*Dated: August 17 2025*
**Respectfully submitted,**

**Shirong Wang**

### Exhibits

- **Exhibit A:** Claim portal screenshot (showing Claim #38517 – Amount $351,005.17 – Status "Asserted," but confirmed as "Allowed" in counsel's email)

- **Exhibit B:** Complete printed email correspondence with FTX counsel

## CERTIFICATE OF SERVICE

I, **Wang Shirong**, hereby certify that on **August 5 2025**, I caused a copy of this Motion (letter to the Court) to be sent by email to the parties listed below. In addition, I sent a cover letter and copy of this objection to the Office of the United States Trustee.

### Sullivan & Cromwell LLP
- James L. Bromley – bromleyj@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com
- Andrew G. Dietderich – dietdericha@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com

### Landis Rath & Cobb LLP
- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com

### Office of the United States Trustee
- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

*Dated: August 17 2025*

**Shirong Wang**

# KROLL
## Creditor Data Details - Claim # 38517

| Creditor | | Debtor Name | FTX Trading Ltd. | Claim Number | 38517 |
|---|---|---|---|---|---|
| Name on file | | Date Filed | 08/13/2023 | Schedule Number | n/a |
| Address on file | | | | Confirmation ID | |



## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

CLOSE

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| FIAT | US Dollar(USD) USD/USD = 1.00000 | ASSERTED | 351005.17 | 351005.17 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are produced in their entirety by the official register of claims and the

☑ Open in new window





FTX will never ask you to connect to a wallet.                                    ✕

Privacy    FAQ    Support    User Guide    文A English ▾    My Account ▾

# Distributions Dashboard

Values in U.S. Dollars (USD)

## May 30th Distribution - Non-Convenience Class Customers                    ⌄

| | Kraken |
|---|---|
| Distribution Method | ⊖ |
| Est. Distribution Date | TBD  ⊖ |
| Claim Classification | TBD  ⊖ |
| Claim Status | Disputed  ⊖ |

## Distribution Calculation

| | |
|---|---|
| Claim Amount | TBD  ⊖ |
| Principal Recovery % | TBD  ⊖ |

**STEP 1**
Initiate Account Owner
Authentication                    ◁

**STEP 2**
Verify Identity of the Original
FTX Account Owner                 ◁

**STEP 3**
KYC                          ◁   ⌄

**STEP 4**
View Account Balances        ◁   ⌄

**STEP 5**
View Your Proof of Claim Status   ◁

**STEP 6**
Voting                            ◁

**STEP 7**
Distributions - Tax
Requirements                      ⌄

STEP 4
View Account Balances ⌄

STEP 5
View Your Proof of Claim Status ⌄

STEP 6
Voting ⌄

STEP 7
Distributions - Tax Requirements ⌄

STEP 8
Distributions: Select Provider ⌄

STEP 9
Distribution Amounts - Summary ⌄

| | | |
|---|---|---|
| Claim Classification | TBD | ⊖ |
| Claim Status | Disputed | ⊖ |

## Distribution Calculation

| | | |
|---|---|---|
| Claim Amount | TBD | ⊖ |
| Principal Recovery % | TBD | ⊖ |
| **Total Principal Recovery** | **TBD** | ⊖ |
| (Forfeited Distribution) | TBD | ⊖ |
| (Tax Withholding) | TBD | ⊖ |
| Post-Petition Interest Distribution | TBD | ⊖ |
| **Total Current Round Distribution** | **TBD** | ⊖ |
| Recovery % (Prior to Tax Withholding) | TBD | ⊖ |

The data above is static and pertains solely to the Next Distribution on May 30, 2025. Any subsequent changes or updates (e.g., tax or distribution service provider) will be reflected in the Distributions Dashboard (Step 9) for the next distribution.

 **Gmail**                                    **Shirong Wang <shirongwang920@gmail.com>**

---

## Proposal for Immediate Administrative Payment and Withdrawal of Court Letter – Claim No. #38517

---

**Shirong Wang <▓▓▓▓▓▓▓▓@gmail.com>**                            8月8日 周五 下午9:40
收件人：Kranzley, Alexa J. <kranzleya@sullcrom.com>

Dear Alexa J.

I am writing to propose a direct and efficient resolution regarding my approved distribution under Claim No. #38517 (amount: USD 351,005.17, status: approved).

In the letter I previously submitted to the Court, I made it clear that I strongly request to ensure payment on the scheduled distribution date of September 30, 2025. One of the key reasons for this request is my current severe financial hardship. In light of these circumstances, I respectfully request that the Recovery Trust, on humanitarian and administrative grounds, process my distribution as an administrative payment and complete it before the August 12, 2025 hearing, so that I may have the opportunity to withdraw my letter from the Court.

I understand that the Trust already intends to make payment to me on September 30; therefore, making the payment earlier will not alter the substantive distribution outcome but will address the urgency of my situation. This would serve as a critical relief measure for my current financial condition.

I have also completed all pre-distribution requirements and have a fully linked Kraken account ready to receive the funds immediately.

If the Trust is able to confirm and execute this payment without delay, I will:

1. Immediately withdraw my current letter from the Court; and

2. Provide a written statement confirming that this matter is fully resolved and that no further Court oversight is necessary.

This arrangement would avoid unnecessary hearing time, reduce legal and administrative costs, and demonstrate the Trust's goodwill in responding to a creditor's genuine hardship.

Please let me know if the Trust is willing to proceed under this arrangement so we can coordinate the next steps.

Sincerely,

Shirong Wang

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午8:21写道：

Confirmed on the points below.


**Alexa J. Kranzley**
+1 212 558 7893 (T) | +1 917 587 0849 (M)




**From:** Shirong Wang <███████████@gmail.com>
**Sent:** Friday, August 08, 2025 4:37 PM
**To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
**Subject:** [EXTERNAL] Response to Request for Withdrawal of Court Letter – Claim #38517


Dear Alexa,


I acknowledge your request regarding the withdrawal of my recent letter filed with the United States Bankruptcy Court (Claim #38517).


Before I can consider any withdrawal, I require written confirmation from you that:

1. My claim (#38517) remains active, allowed, and in good standing, and that I have completed all pre-distribution requirements.
2. I am fully included in the eligibility list for the September 30, 2025 distribution, and the current "Disputed" status shown in Step 9 will not affect my inclusion.
3. Withdrawing my letter will not prejudice my rights in any way or limit my ability to raise issues with the Court in the future if necessary.


For your reference, I have attached a screenshot from my claims portal showing my claim amount of USD 351,005.17 as "ASSERTED," confirming the amount has not changed. This record will remain on file with the Court until I have received the written confirmation requested above.


Once I have received a written confirmation addressing the above points, I will review and consider your request. Until then, I will maintain my filing on the Court's docket to protect my rights.


Thank you for your understanding, and I look forward to your written reply.


Sincerely,

Shirong Wan

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午4:20写道：

Thank you for the quick response – we ask that you kindly withdraw your letter with the Court.


**Alexa J. Kranzley**
+1 212 558 7893 (T) I +1 917 587 0849 (M)

---

**From:** Shirong Wang <██████████@gmail.com>
**Sent:** Friday, August 08, 2025 4:19 PM
**To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
**Subject:** [EXTERNAL] Thank You – Claim #38517


**Dear Alexa,**


**Thank you for your prompt reply and for confirming that my claim (#38517) has been approved, that I have completed all pre-distribution requirements, and that I am scheduled to receive my distribution on September 30, 2025, following the final sanctions screening.**


**I appreciate your assistance and the clarity you have provided throughout this process.**


**Best regards,**

**Shirong Wang**


Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午4:05写道：

We are in receipt of both of your follow up emails.  Please note that the 'disputed' status in step 9 will not be updated until closer to the September 30th distribution date.  Please note, though, however, as I mentioned in my previous email, based on our books and records, your proof of claim number 38517, in the amount of $351,005.17, is allowed and you have completed all of your pre-distribution requirements.  Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.


**Alexa J. Kranzley**
+1 212 558 7893 (T) I +1 917 587 0849 (M)

**From:** Shirong Wang <████████@gmail.com>
**Sent:** Friday, August 08, 2025 3:20 PM
**To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
**Subject:** [EXTERNAL] Request for Written Confirmation and Removal of "Disputed" Status – Claim #38517

Dear FTX Recovery Trust,

Thank you for your recent email confirming that my claim (#38517) in the amount of USD 351,005.17 is active, allowed, and that I have completed all pre-distribution requirements.

However, when I log into my FTX claims portal, I still see the following:

1. Step 9 shows "Claim Status: Disputed" (see attached screenshot).
2. Claim Additional Info and Claim Detail pages both indicate status codes "D=Disputed" and "F=Foreign" (see attached screenshots).

This discrepancy is causing concern, as I want to ensure that my record is fully synchronized in the system and that there is no technical risk of being excluded from the September 30, 2025 distribution.

I respectfully request:

- Written confirmation that the "Disputed" and "Foreign" flags will not affect my eligibility for the September 30 distribution; and
- If possible, the removal of the "D=Disputed" flag in your system to avoid any potential technical exclusion.

Please treat this request as urgent due to the August 15, 2025 eligibility deadline.

Thank you for your prompt attention, and I look forward to your written confirmation.

Sincerely,

Shirong Wang

Email: ████████@gmail.com

Claim Number: 38517

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五上午11:20写道：

Dear Shirong Wang,

We are in receipt of the attached letter that you filed with the United States Bankruptcy Court for the District of Delaware in the Chapter 11 proceedings of FTX Trading.

The FTX Recovery Trust has reviewed the books and records, and our understanding is that you currently have an active claim, proof of claim number 38517, in the amount of $351,005.17, that this claim is allowed and that you have completed all of your pre-distribution requirements.  Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.

Please confirm that this resolves the issues you raised in the attached letter.  If so, we kindly ask that you withdraw this letter.  If you have any other questions, please let me know.  Thank you.

Best regards,

Alexa

**Alexa J. Kranzley**
Sullivan & Cromwell LLP

125 Broad Street | New York, NY 10004-2498 [google.com]
+1 212 558 7893 (T) | +1 917 587 0849 (M)
kranzleya@sullcrom.com | www.sullcrom.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

**This is an external message from:** ████████@gmail.com **

Screenshot – FTX Claims Portal – Claim #38517

 **Gmail**                                    **Shirong Wang <shirongwang920@gmail.com>**

---

## FTX - Letter Re Claim

**Kranzley, Alexa J.** <kranzleya@sullcrom.com>                              8月8日 周五 上午11:20
收件人：Shirong Wang ████████████@gmail.com>
抄送：Glueckstein, Brian D. <gluecksteinb@sullcrom.com>

Dear Shirong Wang,


We are in receipt of the attached letter that you filed with the United States Bankruptcy Court for the District of Delaware in the Chapter 11 proceedings of FTX Trading.


The FTX Recovery Trust has reviewed the books and records, and our understanding is that you currently have an active claim, proof of claim number 38517, in the amount of $351,005.17, that this claim is allowed and that you have completed all of your pre-distribution requirements. Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.


Please confirm that this resolves the issues you raised in the attached letter.  If so, we kindly ask that you withdraw this letter.  If you have any other questions, please let me know.  Thank you.


Best regards,

Alexa



**Alexa J. Kranzley**
Sullivan & Cromwell LLP
125 Broad Street | New York, NY 10004-2498
+1 212 558 7893 (T) | +1 917 587 0849 (M)
kranzleya@sullcrom.com | www.sullcrom.com

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.
Shirong Wang Letter.pdf

 Gmail                                   **Shirong Wang <shirongwang920@gmail.com>**

---

## Step 9 Status Still Shows "Disputed" in My Account

**Shirong Wang <⬛⬛⬛⬛⬛@gmail.com>**                                         8月8日 周五 下午12:04
收件人：Kranzley, Alexa J. <kranzleya@sullcrom.com>

Dear [FTX Support / Recovery Trust],

Thank you for your reply confirming that my claim (#38517) is active, allowed, and that I have completed all pre-distribution requirements.

However, when I log into my FTX claims portal, I see that Step 9 still shows the status "Disputed" (please see attached screenshot). This is causing me concern because I want to ensure that my record is fully synchronized and there is no technical issue that could affect my eligibility for the September 30, 2025 distribution.

Could you please clarify why Step 9 still shows "Disputed" and confirm in writing that this will not affect my upcoming distribution?

Thank you for your assistance, and I look forward to your prompt reply.

Sincerely,

Shirong Wang



Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五上午11:20写道：

> Dear Shirong Wang,
>
> We are in receipt of the attached letter that you filed with the United States Bankruptcy Court for the District of Delaware in the Chapter 11 proceedings of FTX Trading.
>
> The FTX Recovery Trust has reviewed the books and records, and our understanding is that you currently have an active claim, proof of claim number 38517, in the amount of $351,005.17, that this claim is allowed and that you have completed all of your pre-distribution requirements. Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.

Please confirm that this resolves the issues you raised in the attached letter.  If so, we kindly ask that you withdraw this letter.  If you have any other questions, please let me know.  Thank you.


Best regards,

Alexa



**Alexa J. Kranzley**
Sullivan & Cromwell LLP
125 Broad Street | New York, NY 10004-2498
+1 212 558 7893 (T) | +1 917 587 0849 (M)
kranzleya@sullcrom.com | www.sullcrom.com

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

 **Gmail**

**Shirong Wang <shirongwang920@gmail.com>**

---

## Request for Written Confirmation and Removal of "Disputed" Status – Claim #38517
2 条消息

---

**Shirong Wang** ████████████@gmail.com>                                       8月8日 周五 下午3:20
收件人：Kranzley, Alexa J. <kranzleya@sullcrom.com>

Dear FTX Recovery Trust,

Thank you for your recent email confirming that my claim (#38517) in the amount of USD 351,005.17 is active, allowed, and that I have completed all pre-distribution requirements.

However, when I log into my FTX claims portal, I still see the following:

1. Step 9 shows "Claim Status: Disputed" (see attached screenshot).
2. Claim Additional Info and Claim Detail pages both indicate status codes "D=Disputed" and "F=Foreign" (see attached screenshots).

This discrepancy is causing concern, as I want to ensure that my record is fully synchronized in the system and that there is no technical risk of being excluded from the September 30, 2025 distribution.

I respectfully request:

- Written confirmation that the "Disputed" and "Foreign" flags will not affect my eligibility for the September 30 distribution; and
- If possible, the removal of the "D=Disputed" flag in your system to avoid any potential technical exclusion.

Please treat this request as urgent due to the August 15, 2025 eligibility deadline.

Thank you for your prompt attention, and I look forward to your written confirmation.

Sincerely,

Shirong Wang

Email: ████████████@gmail.com

Claim Number: 38517

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五上午11:20写道：

Dear Shirong Wang,

We are in receipt of the attached letter that you filed with the United States Bankruptcy Court for the District of Delaware in the Chapter 11 proceedings of FTX Trading.

The FTX Recovery Trust has reviewed the books and records, and our understanding is that you currently have an active claim, proof of claim number 38517, in the amount of $351,005.17, that this claim is allowed and that you have completed all of your pre-distribution requirements. Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.

Please confirm that this resolves the issues you raised in the attached letter.  If so, we kindly ask that you withdraw this letter.  If you have any other questions, please let me know.  Thank you.

Best regards,

Alexa

**Alexa J. Kranzley**
Sullivan & Cromwell LLP
125 Broad Street | New York, NY 10004-2498
+1 212 558 7893 (T) | +1 917 587 0849 (M)
kranzleya@sullcrom.com | www.sullcrom.com

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.
IMG_A19CB7F0-6456-45CF-9694-84A923870FBA.jpeg,   IMG_AB5A2D8B-3B3A-4EEB-A658-756A123C1348.jpeg,   IMG_6C54F55C-96B4-44A4-B0E2-5211AF009F67.jpeg

---

Kranzley, Alexa J. <kranzleya@sullcrom.com>                                    8月8日 周五 下午4:05
收件人：Shirong Wang <▮▮▮▮▮▮▮▮▮▮@gmail.com>
抄送：Glueckstein, Brian D. <gluecksteinb@sullcrom.com>

We are in receipt of both of your follow up emails.  Please note that the 'disputed' status in step 9 will not be updated until closer to the September 30th distribution date.  Please note, though, however, as I mentioned in my previous email, based on our books and records, your proof of claim number 38517, in the amount of $351,005.17, is allowed and you have completed all of your pre-distribution requirements.

Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.

**Alexa J. Kranzley**
+1 212 558 7893 (T) | +1 917 587 0849 (M)

[引用文字已隐藏]
[引用文字已隐藏]
[引用文字已隐藏]

[引用文字已隐藏]

[引用文字已隐藏]

125 Broad Street | New York, NY 10004-2498 [google.com]
+1 212 558 7893 (T) | +1 917 587 0849 (M)
kranzleya@sullcrom.com | www.sullcrom.com

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

---

**This is an external message from: ████████@gmail.com **

 Gmail

**Shirong Wang <shirongwang920@gmail.com>**

---

# Thank You – Claim #38517
2 条消息

---

**Shirong Wang <██████████@gmail.com>**                                    8月8日 周五 下午4:19
收件人：Kranzley, Alexa J. <kranzleya@sullcrom.com>

Dear Alexa,

Thank you for your prompt reply and for confirming that my claim (#38517) has been approved, that I have completed all pre-distribution requirements, and that I am scheduled to receive my distribution on September 30, 2025, following the final sanctions screening.

I appreciate your assistance and the clarity you have provided throughout this process.

Best regards,

Shirong Wang

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午4:05写道：

> We are in receipt of both of your follow up emails.  Please note that the 'disputed' status in step 9 will not be updated until closer to the September 30th distribution date.  Please note, though, however, as I mentioned in my previous email, based on our books and records, your proof of claim number 38517, in the amount of $351,005.17, is allowed and you have completed all of your pre-distribution requirements.  Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.
>
> **Alexa J. Kranzley**
> +1 212 558 7893 (T) | +1 917 587 0849 (M)
>
> **From:** Shirong Wang <██████████@gmail.com>
> **Sent:** Friday, August 08, 2025 3:20 PM
> **To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
> **Subject:** [EXTERNAL] Request for Written Confirmation and Removal of "Disputed" Status – Claim #38517

Dear FTX Recovery Trust,

Thank you for your recent email confirming that my claim (#38517) in the amount of USD 351,005.17 is active, allowed, and that I have completed all pre-distribution requirements.

However, when I log into my FTX claims portal, I still see the following:

1. Step 9 shows "Claim Status: Disputed" (see attached screenshot).
2. Claim Additional Info and Claim Detail pages both indicate status codes "D=Disputed" and "F=Foreign" (see attached screenshots).

This discrepancy is causing concern, as I want to ensure that my record is fully synchronized in the system and that there is no technical risk of being excluded from the September 30, 2025 distribution.

I respectfully request:

- Written confirmation that the "Disputed" and "Foreign" flags will not affect my eligibility for the September 30 distribution; and
- If possible, the removal of the "D=Disputed" flag in your system to avoid any potential technical exclusion.

Please treat this request as urgent due to the August 15, 2025 eligibility deadline.

Thank you for your prompt attention, and I look forward to your written confirmation.

Sincerely,

Shirong Wang

Email: ██████████@gmail.com

Claim Number: 38517

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五上午11:20写道：

> Dear Shirong Wang,
>
> We are in receipt of the attached letter that you filed with the United States Bankruptcy Court for the District of Delaware in the Chapter 11 proceedings of FTX Trading.
>
> The FTX Recovery Trust has reviewed the books and records, and our understanding is that you currently have an active claim, proof of claim number 38517, in the amount of $351,005.17, that this claim is allowed and that you have completed all of your pre-

distribution requirements.  Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.

Please confirm that this resolves the issues you raised in the attached letter.  If so, we kindly ask that you withdraw this letter.  If you have any other questions, please let me know.  Thank you.

Best regards,

Alexa

**Alexa J. Kranzley**
Sullivan & Cromwell LLP

125 Broad Street | New York, NY 10004-2498 [google.com]
+1 212 558 7893 (T) | +1 917 587 0849 (M)
kranzleya@sullcrom.com | www.sullcrom.com

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

---

**This is an external message from: ▮▮▮▮▮▮▮▮@gmail.com **

---

**Kranzley, Alexa J.** <kranzleya@sullcrom.com>                                    8月8日 周五 下午4:20
收件人：Shirong Wang <▮▮▮▮▮▮▮▮@gmail.com>
抄送：Glueckstein, Brian D. <gluecksteinb@sullcrom.com>

Thank you for the quick response – we ask that you kindly withdraw your letter with the Court.

[引用文字已隐藏]



**Shirong Wang <shirongwang920@gmail.com>**

---

# Response to Request for Withdrawal of Court Letter – Claim #38517
2 条消息

---

**Shirong Wang <⬛⬛⬛⬛⬛@gmail.com>**                                            8月8日 周五 下午4:36
收件人：Kranzley, Alexa J. <kranzleya@sullcrom.com>

Dear Alexa,

I acknowledge your request regarding the withdrawal of my recent letter filed with the United States Bankruptcy Court (Claim #38517).

Before I can consider any withdrawal, I require written confirmation from you that:

1. My claim (#38517) remains active, allowed, and in good standing, and that I have completed all pre-distribution requirements.

2. I am fully included in the eligibility list for the September 30, 2025 distribution, and the current "Disputed" status shown in Step 9 will not affect my inclusion.

3. Withdrawing my letter will not prejudice my rights in any way or limit my ability to raise issues with the Court in the future if necessary.

For your reference, I have attached a screenshot from my claims portal showing my claim amount of USD 351,005.17 as "ASSERTED," confirming the amount has not changed. This record will remain on file with the Court until I have received the written confirmation requested above.

Once I have received a written confirmation addressing the above points, I will review and consider your request. Until then, I will maintain my filing on the Court's docket to protect my rights.

Thank you for your understanding, and I look forward to your written reply.

Sincerely,

Shirong Wan

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午4:20写道：

> Thank you for the quick response – we ask that you kindly withdraw your letter with the Court.
>
>
> **Alexa J. Kranzley**

+1 212 558 7893 (T) | +1 917 587 0849 (M)

**From:** Shirong Wang <█████████@gmail.com>
**Sent:** Friday, August 08, 2025 4:19 PM
**To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
**Subject:** [EXTERNAL] Thank You – Claim #38517

Dear Alexa,

Thank you for your prompt reply and for confirming that my claim (#38517) has been approved, that I have completed all pre-distribution requirements, and that I am scheduled to receive my distribution on September 30, 2025, following the final sanctions screening.

I appreciate your assistance and the clarity you have provided throughout this process.

Best regards,

Shirong Wang

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午4:05写道:

We are in receipt of both of your follow up emails. Please note that the 'disputed' status in step 9 will not be updated until closer to the September 30th distribution date. Please note, though, however, as I mentioned in my previous email, based on our books and records, your proof of claim number 38517, in the amount of $351,005.17, is allowed and you have completed all of your pre-distribution requirements. Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.

**Alexa J. Kranzley**
+1 212 558 7893 (T) | +1 917 587 0849 (M)

**From:** Shirong Wang <█████████@gmail.com>
**Sent:** Friday, August 08, 2025 3:20 PM
**To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
**Subject:** [EXTERNAL] Request for Written Confirmation and Removal of "Disputed" Status – Claim #38517

Dear FTX Recovery Trust,

Thank you for your recent email confirming that my claim (#38517) in the amount of USD 351,005.17 is active, allowed, and that I have completed all pre-distribution requirements.

However, when I log into my FTX claims portal, I still see the following:

1. Step 9 shows "Claim Status: Disputed" (see attached screenshot).
2. Claim Additional Info and Claim Detail pages both indicate status codes "D=Disputed" and "F=Foreign" (see attached screenshots).

This discrepancy is causing concern, as I want to ensure that my record is fully synchronized in the system and that there is no technical risk of being excluded from the September 30, 2025 distribution.

I respectfully request:

- Written confirmation that the "Disputed" and "Foreign" flags will not affect my eligibility for the September 30 distribution; and
- If possible, the removal of the "D=Disputed" flag in your system to avoid any potential technical exclusion.

Please treat this request as urgent due to the August 15, 2025 eligibility deadline.

Thank you for your prompt attention, and I look forward to your written confirmation.

Sincerely,

Shirong Wang

Email: ████████████@gmail.com

Claim Number: 38517

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五上午11:20写道:

> Dear Shirong Wang,
>
> We are in receipt of the attached letter that you filed with the United States Bankruptcy Court for the District of Delaware in the Chapter 11 proceedings of FTX Trading.
>
> The FTX Recovery Trust has reviewed the books and records, and our understanding is

that you currently have an active claim, proof of claim number 38517, in the amount of $351,005.17, that this claim is allowed and that you have completed all of your pre-distribution requirements.  Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.

Please confirm that this resolves the issues you raised in the attached letter.  If so, we kindly ask that you withdraw this letter.  If you have any other questions, please let me know.  Thank you.

Best regards,

Alexa

**Alexa J. Kranzley**
Sullivan & Cromwell LLP

125 Broad Street | New York, NY 10004-2498 [google.com]
+1 212 558 7893 (T) | +1 917 587 0849 (M)
kranzleya@sullcrom.com | www.sullcrom.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

**This is an external message from: ▓▓▓▓▓▓▓@gmail.com **

Screenshot – FTX Claims Portal – Claim #38517

IMG_5444.jpeg,  IMG_5445.jpeg,   IMG_AB5A2D8B-3B3A-4EEB-A658-756A123C1348.jpeg

---

**Kranzley, Alexa J.** <kranzleya@sullcrom.com>                                      8月8日 周五 下午8:21
收件人：Shirong Wang ▓▓▓▓▓▓▓@gmail.com>
抄送：Glueckstein, Brian D. <gluecksteinb@sullcrom.com>

Confirmed on the points below.

[引用文字已隐藏]

 **Gmail**

**Shirong Wang <shirongwang920@gmail.com>**

---

## Response to Request for Withdrawal of Court Letter – Claim #38517

**Shirong Wang <▓▓▓▓▓▓@gmail.com>**                                          8月8日 周五 下午4:36
收件人：Kranzley, Alexa J. <kranzleya@sullcrom.com>

Dear Alexa,

I acknowledge your request regarding the withdrawal of my recent letter filed with the United States Bankruptcy Court (Claim #38517).

Before I can consider any withdrawal, I require written confirmation from you that:

1. My claim (#38517) remains active, allowed, and in good standing, and that I have completed all pre-distribution requirements.

2. I am fully included in the eligibility list for the September 30, 2025 distribution, and the current "Disputed" status shown in Step 9 will not affect my inclusion.

3. Withdrawing my letter will not prejudice my rights in any way or limit my ability to raise issues with the Court in the future if necessary.

For your reference, I have attached a screenshot from my claims portal showing my claim amount of USD 351,005.17 as "ASSERTED," confirming the amount has not changed. This record will remain on file with the Court until I have received the written confirmation requested above.

Once I have received a written confirmation addressing the above points, I will review and consider your request. Until then, I will maintain my filing on the Court's docket to protect my rights.

Thank you for your understanding, and I look forward to your written reply.

Sincerely,

Shirong Wan

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午4:20写道：

> Thank you for the quick response – we ask that you kindly withdraw your letter with the Court.
>
>
> **Alexa J. Kranzley**

+1 212 558 7893 (T) | +1 917 587 0849 (M)

**From:** Shirong Wang <███████████@gmail.com>
**Sent:** Friday, August 08, 2025 4:19 PM
**To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
**Subject:** [EXTERNAL] Thank You – Claim #38517

Dear Alexa,

Thank you for your prompt reply and for confirming that my claim (#38517) has been approved, that I have completed all pre-distribution requirements, and that I am scheduled to receive my distribution on September 30, 2025, following the final sanctions screening.

I appreciate your assistance and the clarity you have provided throughout this process.

Best regards,

Shirong Wang

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午4:05写道:

We are in receipt of both of your follow up emails.  Please note that the 'disputed' status in step 9 will not be updated until closer to the September 30th distribution date.  Please note, though, however, as I mentioned in my previous email, based on our books and records, your proof of claim number 38517, in the amount of $351,005.17, is allowed and you have completed all of your pre-distribution requirements.  Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.

**Alexa J. Kranzley**
+1 212 558 7893 (T) | +1 917 587 0849 (M)

---

**From:** Shirong Wang <███████████@gmail.com>
**Sent:** Friday, August 08, 2025 3:20 PM
**To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
**Subject:** [EXTERNAL] Request for Written Confirmation and Removal of "Disputed" Status – Claim #38517

Dear FTX Recovery Trust,

Thank you for your recent email confirming that my claim (#38517) in the amount of USD 351,005.17 is active, allowed, and that I have completed all pre-distribution requirements.

However, when I log into my FTX claims portal, I still see the following:

1. Step 9 shows "Claim Status: Disputed" (see attached screenshot).
2. Claim Additional Info and Claim Detail pages both indicate status codes "D=Disputed" and "F=Foreign" (see attached screenshots).

This discrepancy is causing concern, as I want to ensure that my record is fully synchronized in the system and that there is no technical risk of being excluded from the September 30, 2025 distribution.

I respectfully request:

- Written confirmation that the "Disputed" and "Foreign" flags will not affect my eligibility for the September 30 distribution; and
- If possible, the removal of the "D=Disputed" flag in your system to avoid any potential technical exclusion.

Please treat this request as urgent due to the August 15, 2025 eligibility deadline.

Thank you for your prompt attention, and I look forward to your written confirmation.

Sincerely,

Shirong Wang

Email: ████████████@gmail.com

Claim Number: 38517

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五上午11:20写道：

> Dear Shirong Wang,
>
> We are in receipt of the attached letter that you filed with the United States Bankruptcy Court for the District of Delaware in the Chapter 11 proceedings of FTX Trading.
>
> The FTX Recovery Trust has reviewed the books and records, and our understanding is

that you currently have an active claim, proof of claim number 38517, in the amount of $351,005.17, that this claim is allowed and that you have completed all of your pre-distribution requirements. Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.

Please confirm that this resolves the issues you raised in the attached letter. If so, we kindly ask that you withdraw this letter. If you have any other questions, please let me know. Thank you.

Best regards,

Alexa

**Alexa J. Kranzley**
Sullivan & Cromwell LLP

125 Broad Street | New York, NY 10004-2498 [google.com]
+1 212 558 7893 (T) | +1 917 587 0849 (M)
kranzleya@sullcrom.com | www.sullcrom.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

**This is an external message from: ███████████@gmail.com **

Screenshot – FTX Claims Portal – Claim #38517

IMG_5444.jpeg,  IMG_5445.jpeg,  IMG_AB5A2D8B-3B3A-4EEB-A658-756A123C1348.jpeg

 Gmail

**Shirong Wang <shirongwang920@gmail.com>**

---

## Follow-up on Proposal for Immediate Administrative Payment – Claim #38517

**Shirong Wang <██████@gmail.com>**                                                        8月11日 周一 上午11:06
收件人：Kranzley, Alexa J. <kranzleya@sullcrom.com>

Dear Alexa ,


I am following up on my email dated August 8, 2025, regarding my proposal for an immediate administrative payment in connection with Claim #38517 (Amount: USD 351,005.17 – Approved).


Given the urgency of my current financial circumstances and the fact that I am prepared to withdraw my pending court letter upon confirmation of payment, I respectfully request your reply within 48 hours so that I can take timely procedural steps.


Please confirm whether the Recovery Trust is willing to proceed under the proposed arrangement at your earliest convenience.


Thank you for your prompt attention to this matter.


Sincerely,

Shirong Wang


Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午8:21写道：

> Confirmed on the points below.
>
>
> **Alexa J. Kranzley**
> +1 212 558 7893 (T) | +1 917 587 0849 (M)
>
>
>
> **From:** Shirong Wang <██████@gmail.com>
> **Sent:** Friday, August 08, 2025 4:37 PM
> **To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
> **Subject:** [EXTERNAL] Response to Request for Withdrawal of Court Letter – Claim #38517

Dear Alexa,

I acknowledge your request regarding the withdrawal of my recent letter filed with the United States Bankruptcy Court (Claim #38517).

Before I can consider any withdrawal, I require written confirmation from you that:

1. My claim (#38517) remains active, allowed, and in good standing, and that I have completed all pre-distribution requirements.
2. I am fully included in the eligibility list for the September 30, 2025 distribution, and the current "Disputed" status shown in Step 9 will not affect my inclusion.
3. Withdrawing my letter will not prejudice my rights in any way or limit my ability to raise issues with the Court in the future if necessary.

For your reference, I have attached a screenshot from my claims portal showing my claim amount of USD 351,005.17 as "ASSERTED," confirming the amount has not changed. This record will remain on file with the Court until I have received the written confirmation requested above.

Once I have received a written confirmation addressing the above points, I will review and consider your request. Until then, I will maintain my filing on the Court's docket to protect my rights.

Thank you for your understanding, and I look forward to your written reply.

Sincerely,

Shirong Wan

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午4:20写道:

Thank you for the quick response – we ask that you kindly withdraw your letter with the Court.

**Alexa J. Kranzley**
+1 212 558 7893 (T) | +1 917 587 0849 (M)

---

**From:** Shirong Wang <███████████@gmail.com>
**Sent:** Friday, August 08, 2025 4:19 PM
**To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
**Subject:** [EXTERNAL] Thank You – Claim #38517

Dear Alexa,

Thank you for your prompt reply and for confirming that my claim (#38517) has been approved, that I have completed all pre-distribution requirements, and that I am scheduled to receive my distribution on September 30, 2025, following the final sanctions screening.

I appreciate your assistance and the clarity you have provided throughout this process.

Best regards,

Shirong Wang

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五下午4:05写道：

> We are in receipt of both of your follow up emails.  Please note that the 'disputed' status in step 9 will not be updated until closer to the September 30th distribution date.  Please note, though, however, as I mentioned in my previous email, based on our books and records, your proof of claim number 38517, in the amount of $351,005.17, is allowed and you have completed all of your pre-distribution requirements.  Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.
>
> **Alexa J. Kranzley**
> +1 212 558 7893 (T) I +1 917 587 0849 (M)
>
> ---
>
> **From:** Shirong Wang ██████████@gmail.com>
> **Sent:** Friday, August 08, 2025 3:20 PM
> **To:** Kranzley, Alexa J. <kranzleya@sullcrom.com>
> **Subject:** [EXTERNAL] Request for Written Confirmation and Removal of "Disputed" Status – Claim #38517
>
> Dear FTX Recovery Trust,
>
> Thank you for your recent email confirming that my claim (#38517) in the amount of USD 351,005.17 is active, allowed, and that I have completed all pre-distribution requirements.
>
> However, when I log into my FTX claims portal, I still see the following:

1. Step 9 shows "Claim Status: Disputed" (see attached screenshot).
2. Claim Additional Info and Claim Detail pages both indicate status codes "D=Disputed" and "F=Foreign" (see attached screenshots).

This discrepancy is causing concern, as I want to ensure that my record is fully synchronized in the system and that there is no technical risk of being excluded from the September 30, 2025 distribution.

I respectfully request:

- Written confirmation that the "Disputed" and "Foreign" flags will not affect my eligibility for the September 30 distribution; and
- If possible, the removal of the "D=Disputed" flag in your system to avoid any potential technical exclusion.

Please treat this request as urgent due to the August 15, 2025 eligibility deadline.

Thank you for your prompt attention, and I look forward to your written confirmation.

Sincerely,

Shirong Wang

Email: ██████████@gmail.com

Claim Number: 38517

Kranzley, Alexa J. <kranzleya@sullcrom.com>于2025年8月8日 周五上午11:20写道：

> **Dear Shirong Wang,**
>
> **We are in receipt of the attached letter that you filed with the United States Bankruptcy Court for the District of Delaware in the Chapter 11 proceedings of FTX Trading.**
>
> **The FTX Recovery Trust has reviewed the books and records, and our understanding is that you currently have an active claim, proof of claim number 38517, in the amount of $351,005.17, that this claim is allowed and that you have completed all of your pre-distribution requirements. Subject to final sanctions screening (which is done for all claims prior to distribution), you will be receiving a distribution on account of this claim on September 30, 2025.**
>
> **Please confirm that this resolves the issues you raised in the attached letter. If so, we kindly ask that you withdraw this letter. If you have any other questions, please let me**

know.  Thank you.


Best regards,

Alexa



**Alexa J. Kranzley**
Sullivan & Cromwell LLP

125 Broad Street | New York, NY 10004-2498 [google.com]
<u>+1 212 558 7893</u> (T) | <u>+1 917 587 0849</u> (M)
kranzleya@sullcrom.com | www.sullcrom.com

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

---

**This is an external message from:** ████████████@gmail.com **

Screenshot – FTX Claims Portal – Claim #38517

Purolator Express™

urolator Express

velope/Enveloppe

Re: Objection to FTX Recovery Trust's Motion to Implement Restricted

Jurisdiction Procedures — Case No. 22—11068 (KBO)



Purolator

DO NOT COVER

Pour ouvrir, tir

U.S.M.S.
X-RAY

**1.0 LBS LTR**  **1 OF 1**
SHP#: A420 6YGG 943
DATE: 19 AUG 2026

FEI GTA SOUTH
1 (416) 726-9988
FEI GTA SOUTH
UNIT 6 250 DUNDAS STREET WEST
TORONTO ON M5T 2Z5
CANADA

SHIP
TO:
CLERK OF THE COURT
(302) 252-2900
CLERK OF THE COURT
824 NORTH MARKET STREET
WILMINGTON DE 19801
UNITED STATES

RE.
DITION ICI.

DE 197 9-25                    1P

**UPS SAVER**
TRACKING #: 1Z A42 06Y 04 4273 6989

EDI-DO

BILLING: P/P
DESC: DOCUMENT ONLY
PUROLATOR PIN: 6938225615
PIECE PIN: 6938225615

PUROLATOR PIN    PIECE PIN

918.A.000 ZPL 26.6V 06/2

AT
APPOSER I

Complet
· This env
· For duti
  docume
· For deta
  our web

**Print an**

**Veuillez**
· Cette el
  Express.
· Pour les
  veuillez
· Pour obtenir c
  consulter les r

**Imprimer et a**
**cette envelop**

**Envelope is intended to carry c**
**Cette enveloppe sert à transporter jusqu'à**

tab to open.

nsumer
tent.
mballage
oduits recyclés
mation.