## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 21, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **<u>Exhibit A</u>**, (2) via email on the Notice Parties Email Service List attached hereto as **<u>Exhibit B</u>**, (3) via email on the Restricted Jurisdictions Email Service List attached hereto as **<u>Exhibit C</u>**, and (4) via First Class Mail on (KRID ID_0170752) whose name and address have been redacted in the interest of privacy:

- Amended Notice of Agenda for Hearing Scheduled for July 22, 2025 at 9:30 a.m. (ET), before the Honorable Karen B. Owens, Chief Judge at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 [Docket No. 31626] (the "***Amended Notice of Agenda***")

On July 22, 2025, at my direction and under my supervision, employees of Kroll caused the Amended Notice of Agenda to be served via email on the Adversary Proceeding Email Service List attached hereto as **<u>Exhibit D</u>**.

On July 22, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Office of the United States Trustee, Attn: Benjamin A. Hackman, David Gerardi, Jon.Lipshie, benjamin.a.hackman@usdoj.gov; david.gerardi@usdoj.gov; jon.lipshie@usdoj.gov:

- Chapter 11 Post-Confirmation Report for Case Number 22-11068 (FTX Recovery Trust) for the Quarter Ending: 06/30/2025 [Docket No. 31627]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Chapter 11 Post-Confirmation Report for Case Number 22-11068 (FTX Trading Ltd.) for the Quarter Ending: 06/30/2025 [Docket No. 31628]

- Chapter 11 Post-Confirmation Report for Case Number 22-11134 (Alameda Global Services Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31629]

- Chapter 11 Post-Confirmation Report for Case Number 22-11105 (Alameda Research (Bahamas) Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31630]

- Chapter 11 Post-Confirmation Report for Case Number 22-11069 (Alameda Research Holdings Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31631]

- Chapter 11 Post-Confirmation Report for Case Number 22-11106 (Alameda Research KK) for the Quarter Ending: 06/24/2025 [Docket No. 31632]

- Chapter 11 Post-Confirmation Report for Case Number 22-11066 (Alameda Research LLC) for the Quarter Ending: 06/24/2025 [Docket No. 31633]

- Chapter 11 Post-Confirmation Report for Case Number 22-11067 (Alameda Research Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31634]

- Chapter 11 Post-Confirmation Report for Case Number 22-11108 (Alameda Research Yankari Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31635]

- Chapter 11 Post-Confirmation Report for Case Number 22-11078 (Alameda TR Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31636]

- Chapter 11 Post-Confirmation Report for Case Number 22-11109 (Alameda TR Systems S. de R. L.) for the Quarter Ending: 06/24/2025 [Docket No. 31637]

- Chapter 11 Post-Confirmation Report for Case Number 22-11079 (Allston Way Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31639]

- Chapter 11 Post-Confirmation Report for Case Number 22-11081 (Atlantis Technology Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31641]

- Chapter 11 Post-Confirmation Report for Case Number 22-11082 (Bancroft Way Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31642]

- Chapter 11 Post-Confirmation Report for Case Number 22-11110 (Blockfolio, Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31643]

- Chapter 11 Post-Confirmation Report for Case Number 22-11083 (Blue Ridge Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31644]

- Chapter 11 Post-Confirmation Report for Case Number 22-11084 (Cardinal Ventures Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31645]

- Chapter 11 Post-Confirmation Report for Case Number 22-11085 (Cedar Bay Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31646]

- Chapter 11 Post-Confirmation Report for Case Number 22-11162 (Cedar Grove Technology Services, Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31647]

- Chapter 11 Post-Confirmation Report for Case Number 22-11070 (Clifton Bay Investments LLC) for the Quarter Ending: 06/24/2025 [Docket No. 31648]

- Chapter 11 Post-Confirmation Report for Case Number 22-11111 (Clifton Bay Investments Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31649]

- Chapter 11 Post-Confirmation Report for Case Number 22-11112 (Cottonwood Grove Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31650]

- Chapter 11 Post-Confirmation Report for Case Number 22-11136 (Cottonwood Technologies Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31651]

- Chapter 11 Post-Confirmation Report for Case Number 22-11113 (Crypto Bahamas LLC) for the Quarter Ending: 06/24/2025 [Docket No. 31652]

- Chapter 11 Post-Confirmation Report for Case Number 22-11138 (Deck Technologies Holdings LLC) for the Quarter Ending: 06/24/2025 [Docket No. 31653]

- Chapter 11 Post-Confirmation Report for Case Number 22-11139 (Deck Technologies Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31654]

- Chapter 11 Post-Confirmation Report for Case Number 22-11114 (Deep Creek Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31655]

- Chapter 11 Post-Confirmation Report for Case Number 22-11115 (Digital Custody Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31656]

- Chapter 11 Post-Confirmation Report for Case Number 22-11141 (Euclid Way Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31657]

- Chapter 11 Post-Confirmation Report for Case Number 22-11116 (FTX (Gibraltar) Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31658]

- Chapter 11 Post-Confirmation Report for Case Number 22-11117 (FTX Canada Inc) for the Quarter Ending: 06/24/2025 [Docket No. 31659]

- Chapter 11 Post-Confirmation Report for Case Number 22-11143 (FTX Digital Assets LLC) for the Quarter Ending: 06/24/2025 [Docket No. 31660]

- Chapter 11 Post-Confirmation Report for Case Number 22-11118 (FTX Digital Holdings (Singapore) Pte Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31661]

- Chapter 11 Post-Confirmation Report for Case Number 22-11145 (FTX EMEA Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31662]

- Chapter 11 Post-Confirmation Report for Case Number 22-11099 (FTX Equity Record Holdings Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31663]

- Chapter 11 Post-Confirmation Report for Case Number 22-11075 (FTX Europe AG) for the Quarter Ending: 06/24/2025 [Docket No. 31664]

- Chapter 11 Post-Confirmation Report for Case Number 22-11101 (FTX Hong Kong Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31665]

- Chapter 11 Post-Confirmation Report for Case Number 22-11167 (FTX Lend Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31666]

- Chapter 11 Post-Confirmation Report for Case Number 22-11168 (FTX Marketplace, Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31667]

- Chapter 11 Post-Confirmation Report for Case Number 22-11076 (FTX Property Holdings Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31668]

- Chapter 11 Post-Confirmation Report for Case Number 22-11120 (FTX Services Solutions Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31669]

- Chapter 11 Post-Confirmation Report for Case Number 22-11171 (FTX US Services, Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31670]

- Chapter 11 Post-Confirmation Report for Case Number 22-11149 (FTX US Trading, Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31671]

- Chapter 11 Post-Confirmation Report for Case Number 22-11172 (FTX Ventures Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31672]

- Chapter 11 Post-Confirmation Report for Case Number 22-11124 (FTX Zuma Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31673]

- Chapter 11 Post-Confirmation Report for Case Number 22-11173 (GG Trading Terminal Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31675]

- Chapter 11 Post-Confirmation Report for Case Number 22-11125 (Global Compass Dynamics Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31677]

- Chapter 11 Post-Confirmation Report for Case Number 22-11174 (Good Luck Games, LLC) for the Quarter Ending: 06/24/2025 [Docket No. 31678]

- Chapter 11 Post-Confirmation Report for Case Number 22-11126 (Goodman Investments Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31679]

- Chapter 11 Post-Confirmation Report for Case Number 22-11175 (Hannam Group Inc) for the Quarter Ending: 06/24/2025 [Docket No. 31680]

- Chapter 11 Post-Confirmation Report for Case Number 22-11127 (Hawaii Digital Assets Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31681]

- Chapter 11 Post-Confirmation Report for Case Number 22-11176 (Hilltop Technology Services LLC) for the Quarter Ending: 06/24/2025 [Docket No. 31682]

- Chapter 11 Post-Confirmation Report for Case Number 22-11150 (Hive Empire Trading Pty Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31683]

- Chapter 11 Post-Confirmation Report for Case Number 22-11129 (Island Bay Ventures Inc) for the Quarter Ending: 06/24/2025 [Docket No. 31684]

- Chapter 11 Post-Confirmation Report for Case Number 22-11131 (Killarney Lake Investments Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31685]

- Chapter 11 Post-Confirmation Report for Case Number 22-11155 (LedgerPrime Bitcoin Yield Enhancement Master Fund LLP) for the Quarter Ending: 06/24/2025 [Docket No. 31686]

- Chapter 11 Post-Confirmation Report for Case Number 22-11159 (LedgerPrime Ventures, LP) for the Quarter Ending: 06/24/2025 [Docket No. 31687]

- Chapter 11 Post-Confirmation Report for Case Number 22-11177 (LP Bitcoin Yield Enhancement Fund Successor, LLC) for the Quarter Ending: 06/24/2025 [Docket No. 31688]

- Chapter 11 Post-Confirmation Report for Case Number 22-11077 (LT Baskets Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31689]

- Chapter 11 Post-Confirmation Report for Case Number 22-11087 (Maclaurin Investments Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31690]

- Chapter 11 Post-Confirmation Report for Case Number 22-11088 (Mangrove Cay Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31691]

- Chapter 11 Post-Confirmation Report for Case Number 22-11153 (North Dimension Inc) for the Quarter Ending: 06/24/2025 [Docket No. 31692]

- Chapter 11 Post-Confirmation Report for Case Number 22-11160 (North Dimension Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31693]

- Chapter 11 Post-Confirmation Report for Case Number 22-11154 (North Wireless Dimension Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31694]

- Chapter 11 Post-Confirmation Report for Case Number 22-11089 (Paper Bird Inc) for the Quarter Ending: 06/24/2025 [Docket No. 31695]

- Chapter 11 Post-Confirmation Report for Case Number 22-11090 (Pioneer Street Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31696]

- Chapter 11 Post-Confirmation Report for Case Number 22-11161 (Quoine Pte Ltd) for the Quarter Ending: 06/24/2025 [Docket No. 31697]

- Chapter 11 Post-Confirmation Report for Case Number 22-11094 (Strategy Ark Collective Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31698]

- Chapter 11 Post-Confirmation Report for Case Number 22-11095 (Technology Services Bahamas Limited) for the Quarter Ending: 06/24/2025 [Docket No. 31699]

- Chapter 11 Post-Confirmation Report for Case Number 22-11096 (Verdant Canyon Capital LLC) for the Quarter Ending: 06/24/2025 [Docket No. 31700]

- Chapter 11 Post-Confirmation Report for Case Number 22-11097 (West Innovative Barista Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31701]

- Chapter 11 Post-Confirmation Report for Case Number 22-11072 (West Realm Shires Financial Services Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31702]

- Chapter 11 Post-Confirmation Report for Case Number 22-11183 (West Realm Shires Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31703]

- Chapter 11 Post-Confirmation Report for Case Number 22-11071 (West Realm Shires Services Inc.) for the Quarter Ending: 06/24/2025 [Docket No. 31704]

- Chapter 11 Post-Confirmation Report for Case Number 22-11098 (Western Concord Enterprises Ltd.) for the Quarter Ending: 06/24/2025 [Docket No. 31705]

- Chapter 11 Post-Confirmation Report for Case Number 22-11074 (FTX Japan Holdings K.K.) for the Quarter Ending: 06/30/2025 [Docket No. 31706]

- Chapter 11 Post-Confirmation Report for Case Number 22-11073 (LH Successor Inc.) for the Quarter Ending: 06/30/2025 [Docket No. 31707]

- Chapter 11 Post-Confirmation Report for Case Number 22-11156 (LP Digital Asset Opportunities Fund Successor, LLC) for the Quarter Ending: 06/30/2025 [Docket No. 31708]

- Chapter 11 Post-Confirmation Report for Case Number 22-11157 (LP Digital Asset Opportunities Master Fund Successor LP) for the Quarter Ending: 06/30/2025 [Docket No. 31709]

- Chapter 11 Post-Confirmation Report for Case Number 22-11158 (LP Successor Entity LLC) for the Quarter Ending: 06/30/2025 [Docket No. 31710]

Dated: August 15, 2025

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 15, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 90213

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: KENNETH P. KANSA<br>ONE N. WACKER DRIVE<br>SUITE 4400<br>CHICAGO IL 60606-2833 | KKANSA@BTLAW.COM | July 20, 2025 by Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: LEAH ANNE O'FARRELL<br>ONE MARINA PARK DRIVE<br>SUITE 1530<br>BOSTON MA 02210 | LOFARRELL@BTLAW.COM | July 20, 2025 by Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON DE 19801 | MARK.OWENS@BTLAW.COM<br>AMY.TRYON@BTLAW.COM | July 20, 2025 by Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | July 20, 2025 by Email |
| COUNSEL TO DEFENDANT DIGITAL LEGEND HODLINGS LTD. | CAHILL GORDON & REINDEL LLP | ATTN: GREGORY STRONG<br>221 W. 10TH STREET<br>3RD FLOOR<br>WILMINGTON DE 19801 | GSTRONG@CAHILL.COM | July 20, 2025 by Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | July 20, 2025 by Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | July 20, 2025 by Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | July 20, 2025 by Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ.<br>800 N. KING STREET<br>SUITE 202<br>WILMINGTON DE 19801 | PHUGHES@DILWORTHLAW.COM | July 20, 2025 by Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | July 21, 2025 by First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | July 21, 2025 by First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | July 21, 2025 by First Class Mail |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | July 21, 2025 by First Class Mail |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM | July 20, 2025 by Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: CHRISTOPHER HARRIS, ADAM J. GOLDBERG, NACIF TAOUSSE<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CHRIS.HARRIS@LW.COM<br>ADAM.GOLDBERG@LW.COM<br>NACIF.TAOUSSE@LW.COM | July 20, 2025 by Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: TIFFANY M. IKEDA<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES CA 90071 | TIFFANY.IKEDA@LW.COM | July 20, 2025 by Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ., GASTON LOOMIS, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM<br>GLOOMIS@MDMC-LAW.COM | July 20, 2025 by Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON LOOMIS, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GLOOMIS@MDMC-LAW.COM | July 20, 2025 by Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ.<br>1845 WALNUT STREET<br>SUITE 806<br>PHILADELPHIA PA 19103 | AJBERIN@MILLERSHAH.COM | July 20, 2025 by Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ.<br>65 MAIN STREET<br>CHESTER CT 06412 | JEMILLER@MILLERSHAH.COM | July 20, 2025 by Email |
| COUNSEL TO SAMUEL BANKMAN-FRIED, JOSEPH BANKMAN, BARBARA FRIED, RYAN SALAME, MATTHEW NASS, MATTHEW PLACE, JOSHUA UTTER-LEYTON, JOHN CONBERE, AND LUIS SCOTTVARGAS (COLLECTIVELY, THE "PARTIES") | MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP | ATTN: R. MONTGOMERY DONALDSON, STEFANIA A. ROSCA<br>1105 NORTH MARKET STREET<br>15TH FLOOR<br>WILMINGTON DE 19801 | SROSCA@MMWR.COM<br>RDONALDSON@MMWR.COM | July 20, 2025 by Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | July 20, 2025 by Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV | July 20, 2025 by Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II, ALEXIS R. GAMBALE<br>824 NORTH MARKET STREET<br>SUITE 800<br>WILMINGTON DE 19801 | JWEISS@PASHMANSTEIN.COM<br>JBARSALONA@PASHMANSTEIN.COM<br>AGAMBALE@PASHMANSTEIN.COM | July 20, 2025 by Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | July 20, 2025 by Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | July 20, 2025 by Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | July 20, 2025 by Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | July 20, 2025 by Email |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQ.<br>2005 MARKET STREET<br>SUITE 2600<br>PHILADELPHIA PA 19103 | DPEREIRA@STRADLEY.COM | July 20, 2025 by Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE<br>125 BROAD STREET<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM<br>HOLLEYS@SULLCROM.COM<br>EHRENBERGS@SULLCROM.COM<br>DUNNEC@SULLCROM.COM | July 20, 2025 by Email |
| COUNSEL TO PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG AND SHERIDAN INVESTMENT HOLDINGS, LLC ("INTERESTED PARTIES") | THE DALEY LAW FIRM LLC | ATTN: DARRELL M. DALEY, SAMANTHA R. NEAL<br>4845 PEARL EAST CIRCLE, SUITE 101<br>BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM<br>SAMANTHA@DALEYLAWYERS.COM | July 20, 2025 by Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | July 21, 2025 by First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | DATE AND METHOD OF SERVICE |
|---|---|---|---|---|
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700 P.O. BOX 2046 WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | July 20, 2025 by Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE 600 MASSACHUSETTS AVENUE, NW WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | July 20, 2025 by Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN 1201 N. MARKET STREET SUITE 1400 WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | July 20, 2025 by Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL A. WEINER 151 WEST 42ND STREET NEW YORK NY 10036 | JSSABIN@VENABLE.COM CWEINERLEVY@VENABLE.COM | July 20, 2025 by Email |

**Exhibit B**

## Exhibit B
Notice Parties Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO SETH MELAMED | COUNSEL TO SETH MELAMED | DADLER@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| COUNSEL TO ELD CAPITAL LLC | DILWORTH PAXSON LLP | PHUGHES@DILWORTHLAW.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM; SARAHPAUL@EVERSHEDS-SUTHERLAND.COM; PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM; LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM |
| NAME ON FILE | NAME ON FILE | EMAIL ADDRESS ON FILE |
| NAME ON FILE | NAME ON FILE | EMAIL ADDRESS ON FILE |
| NAME ON FILE | NAME ON FILE | EMAIL ADDRESS ON FILE |
| COUNSEL TO ELD CAPITAL LLC | MILLER SHAH LLP | JEMILLER@MILLERSHAH.COM; AJBERIN@MILLERSHAH.COM |
| MORGAN & MORGAN, P.A. | MORGAN & MORGAN, P.A. | ISAIAH@FORTHEPEOPLE.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MHARVEY@MORRISNICHOLS.COM |
| D1 VENTURES LTD. | PACHULSKI STANG ZIEHL & JONES LLP | TKAPUR@PSZJLAW.COM; JROSELL@PSZJLAW.COM; CROBINSON@PSZJLAW.COM |
| NAME ON FILE | NAME ON FILE | EMAIL ADDRESS ON FILE |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | DAOBRIEN@VENABLE.COM |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | JSSABIN@VENABLE.COM XSSTROHBEHN@VENABLE.COM CWEINERLEVY@VENABLE.COM AAPELED@VENABLE.COM |

Exhibit B
Notice Parties Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | AJCURRIE@VENABLE.COM |
| NAME ON FILE | NAME ON FILE | EMAIL ADDRESS ON FILE |

**<u>Exhibit C</u>**

**Due to the confidential nature of Debtor's records, the Restricted Jurisdictions Email Service List has been redacted. The Restricted Jurisdictions Email Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.**

**Exhibit D**

# Exhibit D
## Adversary Proceeding Email Service List
### Served via Email

| NAME | EMAIL |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BER | TYKELLY@BAKERDONELSON.COM |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | MPANKOW@BHFS.COM |
| CAHILL GORDON & REINDEL LLP | GSTRONG@CAHILL.COM |
| CAHILL GORDON & REINDEL LLP | SENZER@CAHILL.COM;<br>HWASHER@CAHILL.COM;<br>EMOSS@CAHILL.COM;<br>JLEVITIN@CAHILL.COM;<br>GMORTENSON@CAHILL.COM |
| DLA PIPER LLP (US) | MATTHEW.SARNA@US.DLAPIPER.COM |
| DLA PIPER LLP (US) | RACHEL.ALBANESE@US.DLAPIPER.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | BRETT.FALLON@FAEGREDRINKER.COM |
| FERRY JOSEPH, PA | RMILLER@FERRYJOSEPH.COM |
| GOETZ FITZPATRICK LLP | SSIMON@GOETZFITZ.COM |
| JONES DAY | DTMOSS@JONESDAY.COM;<br>DSTORBORG@JONESDAY.COM;<br>MSOWARDSNEWTON@JONESDAY.COM;<br>RSIMS@JONESDAY.COM |
| K&L GATES LLP | ROBERT.HONEYWELL@KLGATES.COM |
| K&L GATES LLP | EMILY.STEELE@KLGATES.COM |
| KUROSEMI INC. | RMCNEILL@POTTERANDERSON.COM |
| MCCARTER & ENGLISH, LLP | KBUCK@MCCARTER.COM |
| MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. | KKING@MAGLAW.COM;<br>PMENZ@MAGLAW.COM |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | DYLAN.TRACHE@NELSONMULLINS.COM |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | ADAM.HERRING@NELSONMULLINS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | DMASON@PAULWEISS.COM;<br>WCLAREMAN@PAULWEISS.COM;<br>VIROBINSON@PAULWEISS.COM |
| POTTER ANDERSON & CORROON LLP | JRYAN@POTTERANDERSON.COM;<br>JRISENER@POTTERANDERSON.COM;<br>ESULIK@POTTERANDERSON.COM |
| ROPES & GRAY LLP | CHRIS.DICKERSON@ROPESGRAY.COM |

Exhibit D
Adversary Proceeding Email Service List
Served via Email

| NAME | EMAIL |
|---|---|
| STARK & STARK, P.C. | JLEMKIN@STARK-STARK.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | BSULLIVAN@SHA-LLC.COM |
| WILEY REIN LLP | CBURNS@WILEY.LAW; RSAITTA@WILEY.LAW |
| ZEIGER, TIGGES & LITTLE LLP | LITTLE@LITOHIO.COM |