# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>           Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (KBO) <br> ) (Jointly Administered) <br> ) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| <u>Oaktree Value Opportunities Fund Holdings, L.P.</u><br>Name of Transferee | <u>INSIGHT PARTNERS XII (CO-INVESTORS), L.P.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Oaktree Value Opportunities Fund Holdings, L.P.<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br>vofacctng@oaktreecapital.com | 1114 Avenue of the Americas<br>36th Floor<br>New York, NY 10036<br>Attention: Legal Notices<br>Email: legalnotices@insightpartners.com<br><br>With a copy to:<br><br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attention: Matthew Haddad, Stephanie Moran, Joseph Minias<br>Email: mhaddad@willkie.com, smoran@willkie.com, jminias@willkie.com |

Type and Amount of Interest Transferred:

| | West Realm Shires Inc. Series A Preferred | FTX Trading Ltd Series B Preferred | FTX Trading Ltd Series B-1 Preferred | West Realm Shires Inc. Class A Common | FTX Trading Ltd. Common | FTX Trading Ltd. Series C Preferred |
|---|---|---|---|---|---|---|
| Insight Partners XII (Co-Investors), L.P. | - | 122.00 | 5.00 | - | 21.00 | 7.00 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**Oaktree Value Opportunities Fund Holdings, L.P.**
By: Oaktree Value Opportunities Fund GP, L.P.
its: General Partner
By: Oaktree Value Opportunities Fund GP, Ltd.
its: General Partner
By: Oaktree Capital Management, L.P.
its: Director

By: _____ *(DocuSigned by: Colin McLafferty)*
Name:   Colin McLafferty
Title:  Senior Vice President

By: _____ *(Signed by: Steve Tesoriere)*
Name:   Steven Tesoriere
Title:  Managing Director

**EVIDENCE OF TRANSFER OF EQUITY INTEREST**

TO:  United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") and FTX Trading Ltd. and its affiliated debtors and debtors in possession (the "<u>Debtor</u>")

<u>In re FTX Trading Ltd., et al.</u>, Case No. 22-11068 (KBO) (the "<u>Bankruptcy Cases</u>")

For value received, the adequacy and sufficiency of which are hereby acknowledged, Insight Partners XII (Co-Investors), L.P. ("<u>Transferor</u>") hereby unconditionally and irrevocably sells, transfers and assigns unto Oaktree Value Opportunities Fund Holdings, L.P. (the "<u>Transferee</u>") an undivided 100% share of Transferor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Transferor's preferred and common equity interests set out below, that was asserted against the Debtor or may be asserted against the Debtor and its non-debtor affiliates (collectively, "<u>FTX</u>") and any and all other proofs of interest filed by Transferor with the Bankruptcy Court in respect of the foregoing preferred and common equity interests.

|  | West Realm Shires Inc. Series A Preferred | FTX Trading Ltd Series B Preferred | FTX Trading Ltd Series B-1 Preferred | West Realm Shires Inc. Class A Common | FTX Trading Ltd. Common | FTX Trading Ltd. Series C Preferred |
|---|---|---|---|---|---|---|
| Insight Partners XII (Co-Investors), L.P. | - | 122.00 | 5.00 | - | 21.00 | 7.00 |

Transferor hereby waives any objection to the transfer of the equity interest to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing equity interest and recognizing Transferee as the sole owners and holders of the equity interest.  Transferor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the equity interest, and all payments or distributions of money or property in respect of the equity interest, are to be delivered or made to Transferee.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Interest by their duly authorized representative dated August 15, 2025.

TRANSFEREE

**Oaktree Value Opportunities Fund Holdings, L.P.**
By: Oaktree Value Opportunities Fund GP, L.P.
its: General Partner
By: Oaktree Value Opportunities Fund GP, Ltd.
its: General Partner
By: Oaktree Capital Management, L.P.
its: Director

By: *Colin McLafferty* (DocuSigned)
Name:   Colin McLafferty
Title:  Senior Vice President

By: *Steve Tesoriere* (Signed)
Name:   Steven Tesoriere
Title:  Managing Director

TRANSFEROR

**Insight Partners XII (Co-Investors), L.P.**

By: Insight Associates XII, L.P, its General Partner

By: Insight Associates XII, Ltd., the General Partner of the General Partner

By: _____
Name: Andrew Prodromos
Title: Authorized Officer

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Interest by their duly authorized representative dated August 15, 2025.

TRANSFEREE

**Oaktree Value Opportunities Fund Holdings, L.P.**
By: Oaktree Value Opportunities Fund GP, L.P.
its: General Partner
By: Oaktree Value Opportunities Fund GP, Ltd.
its: General Partner
By: Oaktree Capital Management, L.P.
its: Director


By: _____
Name:   Colin McLafferty
Title:  Senior Vice President


By: _____
Name:   Steven Tesoriere
Title:  Managing Director


TRANSFEROR

**Insight Partners XII (Co-Investors), L.P.**

By: Insight Associates XII, L.P, its General Partner

By: Insight Associates XII, Ltd., the General Partner of the General Partner

By: *Andrew Prodromos*
Name: Andrew Prodromos
Title: Authorized Officer