IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
FTX TRADING LTD., et al.,¹                             :   Case No. 22-11068 (KBO)
                                                       :
            Debtors.                                   :   (Jointly Administered)
                                                       :
------------------------------------------------------ x
```

## NOTICE OF DEPOSITION OF JOHN J. RAY III

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to this matter by Rules 7026, 7030, and 9014(c) of the Federal Rules of Bankruptcy Procedure, Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives and joint liquidators (the "Joint Liquidators") of Three Arrows Capital, Ltd., by and through their undersigned counsel, will take the deposition upon oral examination of John J. Ray III on **September 8, 2025 at 9:00 a.m. prevailing Eastern Time**, at the offices of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, or at such other date, time, and location that is agreed by the parties.

The deposition will be taken before a person authorized to administer oaths and will be recorded by videographic and/or stenographic means. Testimony will be taken for purposes of discovery relating to the *Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd* (Claim No. 100078), including the Attachment and all Exhibits thereto, and the *Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

of Three Arrows Capital Ltd. [D.I. 30932], including all declarations, exhibits, and annexes submitted in support thereof, and for any other permissible purposes.

| | |
|---|---|
| Dated: August 21, 2025<br>New York, New York | /s/ Alexis R. Gambale<br><br>Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Zachary F. Proulx (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email:  christopher.harris@lw.com<br>         adam.goldberg@lw.com<br>         zachary.proulx@lw.com<br>         nacif.taousse@lw.com<br><br>– and –<br><br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email:  jweiss@pashmanstein.com<br>         jbarsalona@pashmanstein.com<br>         agambale@pashmanstein.com<br><br>*Counsel to the Joint Liquidators*<br>*of Three Arrows Capital, Ltd.* |