# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>        Debtors. | ) <br>) Chapter 11 <br>) <br>) Case No. 22-11068 (KBO) <br>) (Jointly Administered) <br>) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| CERATOSAURUS INVESTORS, L.L.C. | INSIGHT PARTNERS (EU) XII, S.C.S.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ceratosaurus Investors, L.L.C.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Michael Linn
E-mail: MLinn@FarallonCapital.com;
loanops@FarallonCapital.com

Name and Address where notices to transferors should be sent:

1114 Avenue of the Americas
36th Floor
New York, NY 10036
Attention: Legal Notices
Email: legalnotices@insightpartners.com

With a copy to:

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Attention: Matthew Haddad, Stephanie Moran, Joseph Minias
Email: mhaddad@willkie.com, smoran@willkie.com, jminias@willkie.com

Type and Amount of Interest Transferred:

|  | West Realm Shires Inc. Series A Preferred | FTX Trading Ltd Series B Preferred | FTX Trading Ltd Series B-1 Preferred | West Realm Shires Inc. Class A Common | FTX Trading Ltd. Common | FTX Trading Ltd. Series C Preferred |
|---|---|---|---|---|---|---|
| Insight Partners (EU) XII, S.C.Sp. | - | 27,192.00 | 1,165.00 | - | 4,662.00 | 723.00 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**CERATOSAURUS INVESTORS, L.L.C.**
By: Farallon Capital Management, L.L.C., Its Manager

By: _____*Michael G Linn*_____
Name: Michael G Linn
Title: Managing Member

# EVIDENCE OF TRANSFER OF EQUITY INTEREST

TO:   United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and FTX Trading Ltd. and its affiliated debtors and debtors in possession (the "Debtor")

In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) (the "Bankruptcy Cases")

For value received, the adequacy and sufficiency of which are hereby acknowledged, Insight Partners (EU) XII, S.C.s.p. ("Transferor") hereby unconditionally and irrevocably sells, transfers and assigns unto Ceratosaurus Investors, L.L.C. (the "Transferee") an undivided 100% share of Transferor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Transferor's preferred and common equity interests set forth below, that was asserted against the Debtor or may be asserted against the Debtor and its non-debtor affiliates (collectively, "FTX") and any and all other proofs of interest filed by Transferor with the Bankruptcy Court in respect of the foregoing preferred and common equity interests.

|  | West Realm Shires Inc. Series A Preferred | FTX Trading Ltd Series B Preferred | FTX Trading Ltd Series B-1 Preferred | West Realm Shires Inc. Class A Common | FTX Trading Ltd. Common | FTX Trading Ltd. Series C Preferred |
|---|---|---|---|---|---|---|
| Insight Partners (EU) XII, S.C.Sp. | - | 27,192.00 | 1,165.00 | - | 4,662.00 | 723.00 |

Transferor hereby waives any objection to the transfer of the equity interest to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing equity interest and recognizing Transferee as the sole owners and holders of the equity interest. Transferor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the equity interest, and all payments or distributions of money or property in respect of the equity interest, are to be delivered or made to Transferee.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Interest by their duly authorized representative dated August 15, 2025.

TRANSFEREE

**CERATOSAURUS INVESTORS, L.L.C.**
By: Farallon Capital Management, L.L.C., Its Manager

By: *Michael G Linn*
Name: Michael G Linn
Title: Managing Member


TRANSFEROR

**Insight Partners (EU) XII, S.C.s.p.**

By: Insight Associates (EU) XII S.à r.l., its General Partner

By: _____
Name: Andrew Prodromos_____
Title: Authorized Officer_____

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Interest by their duly authorized representative dated August 15, 2025.

TRANSFEREE

**CERATOSAURUS INVESTORS, L.L.C.**
By: Farallon Capital Management, L.L.C., Its Manager

By: _____
Name: Michael G Linn
Title: Managing Member

TRANSFEROR

**Insight Partners (EU) XII, S.C.s.p.**

By: Insight Associates (EU) XII S.à r.l., its General Partner

By: *Andrew Prodromos*
Name: Andrew Prodromos
Title: Authorized Officer