Edward Ornelas

703 FM 1385

Aubrey, TX 76227

Phone: 575-513-6238 | Email: ornelasedward@rocketmail.com

August 20, 2025

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Re: URGENT – Notice of Appeal Filed Pursuant to FRBP 8002

Dear Clerk,

Please accept for filing the enclosed Notice of Appeal regarding the Court's Order entered on August 7, 2025, in the above-captioned matter. This filing is being submitted within the 14-day appeal deadline set forth in Federal Rule of Bankruptcy Procedure 8002 and is therefore time-sensitive.

I respectfully request that this Notice of Appeal be docketed promptly. Copies are being served concurrently on Debtors' Counsel, Delaware Co-Counsel, and the Office of the United States Trustee.

Thank you for your attention to this urgent filing.

Respectfully,

Edward Ornelas

United States Bankruptcy Court
District of Delaware

In re:
FTX Trading Ltd., et al., Debtors.
Case No. 22-11068 (JTD)
Chapter 11



## Notice of Appeal

Edward Ornelas, creditor and party in interest, hereby appeals to the United States District Court for the District of Delaware from the Order of the Bankruptcy Court entered on August 7, 2025, disallowing Claim No. 39530275.

This appeal is filed pursuant to Federal Rule of Bankruptcy Procedure 8002 and is timely.

Date: August 20, 2025

Respectfully submitted,

Edward Ornelas
703 FM 1385
Aubrey, TX 76227
Phone: 575-513-6238
Email: ornelasedward@rocketmail.com

## Certificate of Service

I, Edward Ornelas, hereby certify that on August 20, 2025, I caused a true and correct copy of the foregoing Notice of Appeal to be served via U.S. Mail, postage prepaid, upon the following:

 - Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004 (Debtors' Counsel)

 - Landis Rath & Cobb LLP, 919 N. Market Street, Suite 1800, Wilmington, DE 19801 (Delaware Co-Counsel)

 - Office of the United States Trustee, District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801


Respectfully submitted,

Edward Ornelas
703 FM 1385
Aubrey, TX 76227
Phone: 575-513-6238
Email: ornelasedward@rocketmail.com

