UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 22-11068          BK ⦿ AP ◯

If AP, related BK case number:

**Title of Order Appealed:** Order Sustaining FTX Recovery Trust's One Hundred and Eighty-Sixth (Non-Substantive) Omnibus Objection to Certain Late Filed Claims (Customer Claims)

**Docket #:** 32238          **Date Entered:** 8/7/25

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ☑ | **Notice of Appeal** | **Docket #:** 32530 | **Date Filed:** 8/22/25 |
| ☐ | **Amended Notice of Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Cross Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Motion for Leave to Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Request for Certification of Direct Appeal** | **Docket #:** | **Date Filed:** |

**Appellant/Cross Appellant:**

Edward Ornelas (Pro se)
703 FM 1385
Aubrey, TX  76227

**Appellee/Cross Appellee**

FTX Trading Ltd

**Counsel for Appellant/Cross Appellant:**

N/A

**Counsel for Appellee/Cross Appellee:**

Adam G Landis
Matthew Pierce
919 N Market St, Suite 1800
PO Box 2087
Wilmington, DE  19899

| | | |
|---|---|---|
| **Filing fee paid?** | Yes ◯ | No ⦿ |
| **IFP application filed by applicant?** | Yes ◯ | No ⦿ |
| **Have additional appeals of the same order been filed?** | Yes ◯ | No ⦿ |
| **\*If Yes, has District Court assigned a Civil Action Number?** | Yes ◯ | No ⦿ |
| **Civil Action Number:** | | |

*(continued on next page)*

***Notice of Filing Fee Due sent to Appellant 8/22/25.

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 8/22/25

/s/ Kimberly Ross

by:_____

**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   25-37