## CERTIFICATE OF SERVICE

I, Alexis R. Gambale, hereby certify that on August 26, 2025 I caused a copy of the foregoing *Certification of Counsel* to be served on all parties who are registered to receive notice through the Court's CM/ECF system.

| | |
|---|---|
| Dated: August 26, 2025<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>Alexis R. Gambale (No. 7150)<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email:  agambale@pashmanstein.com<br><br>*Counsel to the Joint Liquidators*<br>*of Three Arrows Capital, Ltd.* |

1