To whom it may concern,

Information regarding Case, court, name of debtors and title of notice

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**
In re:
FTX TRADING LTD., *et al.*,
Debtors.
Chapter 11
Case No. 22-11068 (KBO) DOC 31800
**NOTICE OF PARTIAL SATISFACTION OF CLAIMS**

Claimant Name:  Brendon Piper
Schedule #6429011
Claim#57973
Email: Brendonpiper223@gmail.com
Phone #: 978-869-0996
Address 7759 Corte Bianca Ct, Las Vegas NV, 89113

I Brendon Piper am opposing the factual basis/disputing the FTX's recovery trust's determination that its partially satisfied claim has been partially satisfied. Based off the attached schedule 2 form stating that I received a partial distribution of 0.132782450000000 BTC.  This distribution amount is an overstatement of at least 0.10440072 BTC.  Looking at the withdrawal activity on my account, you can see the withdrawal amount recorded twice with two different destination addresses.



The 0.10440072 BTC as recorded being sent to **3MKAbdK8ZyJBXN9RfGqT82wKEJhtFZCY9r** was never sent. This can also be seen at the following URL provided via the FTX.com portal in my account: https://blockchair.com/bitcoin/address/3MKAbdK8ZyJBXN9RfGqT82wKEJhtFZCY9r?from=ftx



Above screenshot shows 0 transaction activity ever to this address. Below screenshot is an alternative source, also showing no activity ever to this address.



Please let me know if any additional information is needed in order to have these figures properly corrected. I can be reached at Brendonpiper223@gmail.com or 978-869-0996.

Thank You,

Brendon Piper

**Schedule 2 claim that I am disputing as incorrect**



3

Brendon Piper
7759 Corte Bianca Ct
Las Vegas, NV 89113

Office of the Clerk of the United States Bankruptcy Court
for the District of Delaware
**824 Market Street, 3rd Floor**
**Wilmington, Delaware 19801**