**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| FTX TRADING LTD., *et al.*,[1] | : Case No. 22-11068 (KBO) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------- x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd. (the "Joint Liquidators") caused (i) *The Joint Liquidators' Responses and Objections to the FTX Recovery Trust's Third Set of Interrogatories* and (ii) *Fourth Set of Requests for Production* to be served via email upon the following counsel of record:

On August 25, 2025:
Brian D. Glueckstein
Benjamin S. Beller
Samuel G. Darby
Sienna Liu
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Email: gluecksteinb@sullcrom.com
        bellerb@sullcrom.com
        darbys@sullcrom.com
        lius@sullcrom.com

On August 26, 2025:
Adam G. Landis
Kimberly A. Brown
Matthew B. McGuire
Matthew R. Pierce

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

Elizabeth A. Rogers
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800,
Wilmington, Delaware 19801
Email: landis@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com;
         mcguire@lrclaw.com
         erogers@lrclaw.com

Dated:  August 27, 2025
         Wilmington, Delaware

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Zachary F. Proulx (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  christopher.harris@lw.com
         adam.goldberg@lw.com
         zachary.proulx@lw.com
         nacif.taousse@lw.com

– and –

*/s/ Alexis R. Gambale*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
         jbarsalona@pashmanstein.com
         agambale@pashmanstein.com

*Counsel to the Joint Liquidators of Three Arrows
Capital, Ltd.*