**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

　　I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

　　On August 7, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on (1) the Affected Claimants Service List attached hereto as **Exhibit A**, and (2) Office of the United States Trustee, Attn: Benjamin A. Hackman, David Gerardi, Jon Lipshie, benjamin.a.hackman@usdoj.gov; david.gerardi@usdoj.gov; jon.lipshie@usdoj.gov:

- FTX Recovery Trust's Reply to Response of Claimant Angelo Breen to the One Hundred Sixtieth (Substantive) Omnibus Objection to Claims [Docket No. 32216]

- Declaration of Michael S. Leto in Support of Debtors' Objection to Proof of Claim Filed by Angelo Breen [Docket No. 32218]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: August 13, 2025

                                                                                            */s/ Eladio Perez*
                                                                                               Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 13, 2025, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

## Exhibit A
Affected Claimants Service List
Served via email

| AddressID | Name | Email |
|---|---|---|
| 26391632 | Name on File | Email on File |
| 26391633 | Name on File | Email on File |