## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 32305** |

## EIGHTH ORDER AUTHORIZING THE CONTINUED REDACTION OR WITHHOLDING OF CERTAIN CONFIDENTIAL INFORMATION OF CUSTOMERS

Upon the motion (the "Motion")[2] of the FTX Recovery Trust[3] for entry of an order (this "Order") authorizing the FTX Recovery Trust to redact the names, addresses and e-mail addresses of the Debtors' customers from any filings with the Court or made publicly available in these Chapter 11 Cases; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that no other or

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

[3] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

further notice is necessary; and upon the record before this Court; and this Court having found and determined that the relief set forth in this Order is in the best interests of the FTX Recovery Trust and its beneficiaries; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The FTX Recovery Trust is authorized, pursuant to section 107(b)(1) of the Bankruptcy Code, to redact the names, addresses and e-mail addresses of all of the Debtors' customers from all filings with the Court or made publicly available in these Chapter 11 Cases; *provided*, *however*, that the authorization pursuant to section 107(b)(1) to redact the names of all customers, and to redact the names, addresses and e-mail addresses of customers who are not natural persons, is only through and including December 31, 2025 (such date, the "Extended Redaction Deadline"); *provided*, *further*, that the authorization to redact the names of customers, whether they are natural persons or entities, and the addresses of customers who are not natural persons, is limited to those documents in which disclosure would indicate the status of such person or entity as a customer.

3.      The right of the FTX Recovery Trust and all other parties-in-interest to seek an extension of the Extended Redaction Deadline, or to request authorization to redact any personal information of customers, creditors or equity holders on any other grounds, is reserved.

4.      Other than as to the Extended Redaction Deadline set forth in paragraph 2 and referenced in paragraph 7 of the First Extension Order, nothing in this Order alters or modifies any provisions of the Original Order, the First Extension Order, the Second Extension Order, the Third Extension Order, the Fourth Extension Order, the Fifth Extension Order, the Sixth Extension

Order or the Seventh Extension Order.  Each of the Original Order, the First Extension Order, the Second Extension Order, the Third Extension Order, the Fourth Extension Order, the Fifth Extension Order, the Sixth Extension Order and the Seventh Extension Order remains in full force and effect.

5.      The FTX Recovery Trust is authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

6.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

**Dated: August 28th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**