# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) ) Chapter 11 |
| Debtors. | ) ) Case No. 22-11068 (JTD) ) (Jointly Administered) ) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| **Oaktree Value Opportunities Fund Holdings, L.P.** | Svalbard II Holdings Limited |
| Name of Transferee | Name of Transferor |
| Name and Address where notices and payments to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Oaktree Value Opportunities Fund Holdings, L.P.<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br>vofacctng@oaktreecapital.com | Svalbard II Holdings Limited<br>c/o Attestor Limited<br>7 Seymour Street<br>W1H 7JW<br>London, United Kingdom<br><br>Attn:    Steve Gillies<br>E-mail:  settlements@attestor.com<br>Phone:  +44 0207 074 9653 |

*[continues on next page]*

032-8524/7308905.1

Doc ID: 833a05d0a62c7c27e9fd7a1bc19542ca6b028808

**PORTION OF CLAIM TRANSFERRED: 13.64% OF THE 100% TOTAL CLAIM HELD BY THE TRANSFEROR AS NOTED BELOW**

Type and Amount of Interest Transferred:

| Share Type | Share Count |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 596,623.00 |
| Series B preferred stock issued by FTX Trading Ltd. | 390,104.00 |
| Series C preferred stock issued by FTX Trading Ltd. | 29,412.00 |
| Class A common stock issued by West Realm Shires Inc. | 1,674,657.00 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

<u>Transferee</u>

**Oaktree Value Opportunities Fund Holdings, L.P.**
By: Oaktree Value Opportunities Fund GP, L.P.
its: General Partner
By: Oaktree Value Opportunities Fund GP, Ltd.
its: General Partner
By: Oaktree Capital Management, L.P.
its: Director

By: _____*Colin McLafferty*_____
Name:   Colin McLafferty
Title:   Senior Vice President

By: _____*Steve Tesoriere*_____
Name:   Steven Tesoriere
Title:   Managing Director

<u>Transferor</u>

**SVALBARD II HOLDINGS LIMITED**

By: _____
Name:   Christopher Guth
Title:    Authorized Attorney

032-8524/7308905.1

Doc ID: 833a05d0a62c7c27e9fd7a1bc19542ca6b028808