**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| BOSTON PATRIOT ARLINGTON ST LLC | Svalbard II Holdings Limited |
| Name of Transferee | Name of Transferor |
| Name and Address where notices and payments to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| 1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br>vofacctng@oaktreecapital.com | Svalbard II Holdings Limited<br>c/o Attestor Limited<br>7 Seymour Street<br>W1H 7JW<br>London, United Kingdom<br><br>Attn:     Steve Gillies<br>E-mail:   settlements@attestor.com<br>Phone:  +44 0207 074 9653 |

*[continues on next page]*

032-8524/7308911.1

**\*\*PORTION OF CLAIM TRANSFERRED: 3.03% OF THE 100% TOTAL CLAIM HELD BY THE TRANSFEROR AS NOTED BELOW\*\***

Type and Amount of Interest Transferred:

| Share Type | Share Count |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 132,772.00 |
| Series B preferred stock issued by FTX Trading Ltd. | 86,813.00 |
| Series C preferred stock issued by FTX Trading Ltd. | 6,545.00 |
| Class A common stock issued by West Realm Shires Inc. | 372,676.00 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| Transferee | Transferor |
|---|---|
| **BOSTON PATRIOT ARLINGTON ST LLC** | **SVALBARD II HOLDINGS LIMITED** |
| By: Oaktree Capital Management, L.P.<br>Its: Investment Manager | By: _/s/ Christopher Guth_<br>Name: Christopher Guth<br>Title: Authorized Attorney |
| By: _/s/ Colin McLafferty_<br>Name: Colin McLafferty<br>Title: Senior Vice President | |
| By: _/s/ Steven Tesoriere_<br>Name: Steven Tesoriere<br>Title: Managing Director | |

032-8524/7308911.1