**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Nos. 31794, 31795, 31796, 31797, 31798, 31799, 31803, 31804, 31805, 31806, 31807, 31808 & 31949 |

**OMNIBUS NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM
REGARDING THE FTX RECOVERY TRUST'S ONE HUNDRED EIGHTY-SEVENTH
THROUGH ONE HUNDRED NINETY-THIRD OMNIBUS OBJECTIONS
TO CERTAIN PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that on August 28, 2025, the undersigned counsel to the FTX Recovery Trust[2] submitted to Chambers copies of the proofs of claim, along with any attachments, identified on the schedules attached to the proposed order attached as <u>Exhibit A</u> to each of the following omnibus claim objections in accordance with Rule 3007-1(d)(vi) of the Local Rules of the United States Bankruptcy Court for the District of Delaware:

1. FTX Recovery Trust's One Hundred Eighty-Seventh (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [31794 & 31803, filed on July 22, 2025]

2. FTX Recovery Trust's One Hundred Eighty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [31795 & 31804, filed on July 22, 2025]

3. FTX Recovery Trust's One Hundred Eighty-Ninth (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims) [31796 & 31805, filed on July 22, 2025]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

{1368.003-W0082958.}

4. FTX Recovery Trust's One Hundred Ninetieth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [31797 & 31806, filed on July 22, 2025]

5. FTX Recovery Trust's One Hundred Ninety-First (Substantive) Omnibus Objection to Certain Misclassified Claims (Customer Claims) [31798 & 31807, filed on July 22, 2025]

6. FTX Recovery Trust's One Hundred Ninety-Second (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims) [31799 & 31808, filed on July 22, 2025]

7. FTX Recovery Trust's One Hundred Ninety-Third (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims) [31949, filed on July 25, 2025]

| | |
|---|---|
| Dated: August 29, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>            brown@lrclaw.com<br>            pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>Christian P. Jensen (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>            bromleyj@sullcrom.com<br>            gluecksteinb@sullcrom.com<br>            kranzleya@sullcrom.com<br>            jensenc@sullcrom.com<br><br>*Counsel to the FTX Recovery Trust* |