# **SCHEDULE 1**

**FTX Trading Ltd. 22-11068 (KBO)**
**Notice of Partial Satisfaction**
**Schedule 1**

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity (Asserted) | Debtor (Modified) | Ticker Quantity (Modified) |
|---|---|---|---|---|---|---|
| | | | **Asserted Claims** | | **Modified Claims** | |
| 64142 | Name on file | FTX Trading Ltd. | NFT: 384660584714417860 | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | NFT: 401047694656303000 | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT: 493430419918309440 | 1.000000000000000 | | 1.000000000000000 |
| | | | BTC | 0.000737870000000 | | 0.000000000000000 |
| | | | USD | 0.000218654801892 | | 0.000218654801892 |

Reason: Claim has been partially satisfied via withdrawal of 0.000737870000000 BTC.

| | | | | | | |
|---|---|---|---|---|---|---|
| 84203 | Name on file | FTX Trading Ltd. | BF_POINT | 200.000000000000000 | West Realm Shires Services Inc. | 200.000000000000000 |
| | | | BTC | 0.000000021597570 | | 0.000000021597570 |
| | | | ETH | 0.007973876988481 | | 0.007973876988481 |
| | | | FTX_EQUITY | 143.000000000000000 | | 143.000000000000000 |
| | | | SHIB | 529,132.957859420000000 | | 529,132.957859420000000 |
| | | | SOL | 0.000000003383643 | | 0.000000003383643 |
| | | | USD | 600.469223473182800 | | -467.160776526818000 |
| | | | WEST_REALM_EQUITY_POSTSPLIT | 1,137.000000000000000 | | 1,137.000000000000000 |

Reason: Claim has been partially satisfied via withdrawal of 1067.63 USD.