# **SCHEDULE 1**

FTX Trading Ltd. 22-11068 (KBO)
Notice of Full Satisfaction
Schedule 1

| | | | Asserted Claims | |
|---|---|---|---|---|
| **Claim / Schedule Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 76261 | Name on file | West Realm Shires Services Inc. | AAVE | -0.000000000203045 |
| | | | BTC | 0.000000009586457 |
| | | | ETH | 0.000000010000000 |
| | | | ETHW | 0.000000009071977 |
| | | | MATIC | 0.000000008448335 |
| | | | SHIB | 0.000000000269900 |
| | | | SOL | 0.000000004624589 |
| | | | USD | 384.228716146295940 |
| Reason: Claim has been fully satisfied via withdrawal of 893.21 USD. | | | | |
| 46351 | Name on file | West Realm Shires Services Inc. | ALGO | 994.475733338935600 |
| | | | BAT | 0.000000009152254 |
| | | | ETH | 0.000000008400000 |
| | | | USD | 0.000000045609693 |
| Reason: Claim has been fully satisfied via withdrawal of 379.66 USD. | | | | |
| 19657 | Name on file | FTX Trading Ltd. | AUD | 14,981.240000000000000 |
| Reason: Claim has been fully satisfied via withdrawal of 14,981.24 AUD. | | | | |