# SCHEDULE 2

**FTX Trading Ltd. 22-11068 (KBO)**
**Notice of Full Satisfaction**
**Schedule 2**

| | | | Asserted Claims | |
|---|---|---|---|---|

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity |
|---|---|---|---|---|
| 29247* | Name on file | West Realm Shires Services Inc. | BTC | 0.000000003890000 |
| | | | ETH | 0.000000004102565 |
| | | | LTC | 0.000000001747718 |
| | | | SOL | 50.630086011858860 |
| | | | USD | 0.000000128412118 |

Reason: Claim has been fully satisfied via withdrawal of 50.630086009999999 SOL.

| | | | | |
|---|---|---|---|---|
| 65325* | Name on file | West Realm Shires Services Inc. | BTC | 0.000082280000000 |
| | | | SOL | 683.302439150000000 |
| | | | USD | 3,606.803760812900000 |
| | | | USDT | 0.000000000575225 |

Reason: Claim has been fully satisfied via withdrawal of 683.302439140000047 SOL and 5866.36 USD.

29247* Claim was ordered modified on the FTX Recovery Trust's One Hundred Seventy-Ninth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).
65325* Claim was ordered modified on the FTX Recovery Trust's One Hundred Seventieth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).