# **SCHEDULE 3**

**FTX Trading Ltd. 22-11068 (KBO)**
**Notice of Full Satisfaction**
**Schedule 3**

| Claim / Schedule Number | Claimant Name | Debtor | Scheduled Claims Scheduled Claim Amount |
|---|---|---|---|
| 8617835 | Name on file | Cottonwood Grove Ltd | $ 10,251.22 |

Claim has been fully satisfied via payment of $14,934.47 (114,144.12 HKD) to Fastlane Consulting on February 10, 2023.

| | | | |
|---|---|---|---|
| 8617851 | Name on file | Quoine Pte Ltd | $ 322,993.99 |

Claim has been fully satisfied via payment of $20,024.88 (27,677.79 SGD) on 12/20/2022 and $489,820.65 (654,000.00 SGD) on April 2, 2025.