# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jessica H. Goldman, Esquire of Sullivan & Cromwell LLP to serve as counsel to the FTX Recovery Trust in the above captioned case.

Dated: September 3, 2025
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Howard W. Robertson*
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: robertson@lrclaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: September 3, 2025

*/s/ Jessica H. Goldman*
Jessica H. Goldman, Esquire
**SULLIVAN & CROMWELL LLP**
8 125 Broad Street
New York, NY  10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: goldmanj@sullcrom.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: September 3rd, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE