# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Nos. 27969, 27980, 28289, 28869 & 30870 |

## CERTIFICATION OF COUNSEL

I, Kimberly A. Brown, counsel to the FTX Recovery Trust[2], hereby certify as follows to the best of my knowledge, information and belief:

1. On November 15, 2024, Perella Weinberg Partners LP ("PWP") filed the *Final Fee Application of Perella Weinberg Partners LP* [D.I. 27980] (the "PWP Fee Application").

2. On November 25, 2025, PWP filed the *Notice of Supplement to Final Fee Application of Perella Weinberg Partners LP* [D.I. 28289] in supplement of the PWP Fee Application (the "PWP Supplement" and together with the PWP Fee Application, the "PWP Final Fee Application").

3. On November 15, 2024, Rothschild & Co US Inc. ("Rothschild & Co" and together with PWP, the "Investment Bankers") filed its *Combined Eleventh Monthly and Fifth Interim Fee Application (for the Period from August 1, 2024 through October 8, 2024) and Final Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

{1368.003-W0082205.3}

*Ad Hoc Committee of Non-U.S. Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2023, through October 8, 2024* [D.I. 27969] (the "Rothschild & Co. Final Fee Application" together with the PWP Final Fee Application, the "Fee Applications").

4. Objections to each of the Fee Applications, if any, were to be filed and served no later than the objection deadline set forth on each of the Fee Applications (as applicable, the "Objection Deadline"), which expired on December 5, 2024.

5. On December 17, 2024, the Court entered the *Order Approving Final Fees of Rothschild & Co US Inc. and Perella Weinberg Partners LP* [D.I. 28869], approving the fees of the Fee Applications with respect to the final fees requested and adjourning the Fee Applications with respect to the final expenses requested.

6. Pursuant to the Fee Examiner Order, on June 17, 2025, Katherine Stadler, (the "Fee Examiner") filed the *Fee Examiner's Summary Report on Interim and Final Fee Applications* [D.I. 30870] (the "Fee Examiner Report") recommending, among other things, approval of the final expenses of the Investment Bankers.

7. The undersigned hereby certifies that the Court's docket has been reviewed and no other answer, objection, or other responsive pleading to the Fee Applications appear thereon.

8. A copy of the Proposed Order approving the Fee Applications has been circulated to the Fee Examiner and the Office of the United States Trustee (together, the "Parties"). The Parties have advised that they do not object to entry of the Proposed Order.

9. In accordance with the Court's electronic order processing procedures, a clean copy of the Proposed Order shall be uploaded to CM/ECF.

WHEREFORE the undersigned, on behalf of the Investment Bankers, respectfully requests that the Proposed Order, substantially in the form attached hereto as **Exhibit A**, be entered at the Court's earliest convenience.

Dated: September 3, 2025
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel to the FTX Recovery Trust*