**Response to Case 22-11068-KBO Doc 31800 Filed 07/22/25**
**NOTICE OF PARTIAL SATISFACTION OF CLAIMS**

RECEIVED
2025 SEP -3 A 9:44
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.**

To be also served upon counsel to the FTX Recovery Trust, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004

- Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP,
- 919 Market Street, Suite 1800, Wilmington, Delaware 19801,
  Attn: Kimberly A. Brown Case 22-11068-KBO Doc 31800 Filed 07/22/25 Page 2 of 4 3 (brown@lrclaw.com) and Matthew R. Pierce (pierce@lrclaw.com),

**Claimant: Bijan Mostafavi**
**Debtors: FTX TRADING LTD., et al., 1**
**Claim schedule number 6501659**

Dispute:
Please allow this letter and back up documents to serve as my dispute with the FTX Recovery Trust's determination that my claim has been partially satisfied.I attempted to withdraw all of my funds on November 11 th , 2022. As you can see from the included documents no such transactions occurred. I did receive confirmation from FTX that the transactions took place, yet they did not actually go through. I tried several times to reach out to customer support as you can see from the attached emails. My access to the FTX app was then blocked and I could no longer access TO troubleshoot. I have included that screenshot in the emails as well. I was attempting to withdraw my money at the same time as the site was going down.

Furthermore, I have included my bank account transactions for the relevant dates. This shows all transactions as of November 11, 2022 through December 5th, 2022. That shows there were no transactions or deposits from FTX during that given time frame. Their standard is 3-5 business days. I never received my money. This is the only bank account I had linked to FTX. I am no longer able to log onto the FTX site to provide that verification. Yet I did include another set of bank transactions that show FTX transactions from August of 2022 to show this was the linked bank account.

I have also attached articles that show FTX suspended withdrawals starting on November 10th , 2022. This was prior to my November 11 th attempted withdraws.

My claim was not partially satisfied by either the four options listed below:

- Australian payments from KordaMentha pursuant to the Australian proceedings of non-Debtor affiliates FTX Australia Pty Ltd. and FTX Express Pty Ltd.,
- postpetition withdrawals of cryptocurrency and/or fiat currency on the FTX

Exchanges without the Debtors' consent,

- postpetition withdrawals from the Embed Financial Technologies platform or
- postpetition withdrawals and returns of deposits from Debtor Quoine Pte Ltd.

**Claimant or the Claimant's legal representative) with whom counsel for the FTX Recovery Trust should communicate with:**

NAME: Bijan Mostafavi
ADDRESS: 8465 June Lake Dr. San Diego, CA 92119
TELEPHONE: (619)368-9118
Email: allstarcomedyshows@gmail.com

STEP 1
Initiate Account Owner Authentication
STEP 2
Verify Identity of the Original FTX Account Owner
STEP 3
KYC
STEP 4
View Account Balances
View your FTX account — you can view your balances as of the Petition Date (unless otherwise noted), and historical activity.
STEP 5
View Your Proof of Claim Status
STEP 6
Voting
STEP 7
Distributions - Tax Requirements
STEP 8
Distributions: Select Provider
STEP 9
Distribution Amounts - Summary
Portfolio
Main Account
Total Customer Entitlement Claim
$2,849.05 USD 1
Balances
Deposits
Withdrawals
Positions
Fills
P2P Transfers
Al
Balances
Show Quantities
Show USD
Coin
All Subaccounts Customer Entitlement Claim (USD)
Subaccount Customer Entitlement Claim (USD)
USD USD $2.41 $2.41
Bitcoin BTC $1,283.49 $1,283.49
Ethereum ETH $1,438.94 $1,438.94
Solana SOL $58.01 $58.01
Dogecoin DOGE $52.55 $52.55
Sushi SUSHI $8.65 $8.65
Ethereum (Proof of Work) ETHW $4.51 $4.51
TRON TRX $0.33 $0.33
Brazilian Digital Token BRZ $0.16 $0.16
Shiba Inu SHIB $0.00 $0.00
Rows per page: 15
1-10 / 10
The USD value is calculated using the prices set forth in the Digital Asset Conversion Table ordered by the Court on February 7, 2024 (Docket no. 7090)
Core Transactions
Transactions will be downloaded for the user's main account or the currently selected subaccount. This download may not include additional balance adjustments. Please download these using the adjustments tab.
Download

Gmail

Search mail

Compose

Inbox 3,828
Starred
Snoozed
Important
Sent
Drafts 290
Categories
More

Labels

Comedy Palace

38 of 10,580

FTX US fiat withdrawal sent Inbox ×

**FTX US** <support@ftx.us>
to me
Fri, Nov 11, 2022, 3:18 PM

Hello allstarcomedyshows@gmail.com,

Your fiat withdrawal of 1353.50 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account.

**FTX US** <support@ftx.us>
to me
Fri, Nov 11, 2022, 3:30 PM

Hello allstarcomedyshows@gmail.com,

Your fiat withdrawal of 1475.67 USD has been processed. Please allow three to five business days for the transfer to arrive in your bank account.

**Bijan Mostafavi** <allstarcomedyshows@gmail.com>
to FTX
Thu, Nov 17, 2022, 11:49 AM

What do I do if I do not receive the funds by the end of tomorrow? That's passed 5 business days.

...

**Bijan Mostafavi** <allstarcomedyshows@gmail.com>
to FTX
Fri, Nov 18, 2022, 1:38 PM

Hi there,

I did not receive my deposits, how do I follow up?

Thanks,
Bijan



mail.google.com/mail/u/0/?tab=rm&ogbl#inbox/FMfcgzGqRZbjKZPQHBGCXCZMPZSCNVKj

Gmail

Search mail

Compose

Inbox 3,828
Starred
Snoozed
Important
Sent
Drafts 290
Categories
More

Labels

Comedy Palace

38 of 10,580

**Bijan Mostafavi** <allstarcomedyshows@gmail.com>
to FTX

Nov 19, 2022, 9:13 AM

Hi there,

(3rd attempt to reach out about this).

Will someone please contact me regarding my these withdrawals that I never received?

-Bijan

**Bijan Mostafavi** <allstarcomedyshows@gmail.com>
to FTX

Nov 21, 2022, 11:31 AM

Hi there,

Checking in again.

**Bijan Mostafavi** <allstarcomedyshows@gmail.com>
to me

Aug 14, 2025, 8:32 PM (8 days ago)

 Bijan Mostafavi <allstarcomedyshows@gmail.com>

# FTX Support

**support@ftx.us** <support@ftx.us> Thu, Nov 17, 2022 at 11:50 AM
Reply-To: support@ftx.us
To: Bijan Mostafavi <allstarcomedyshows@gmail.com>

Hello,

To reach our support team with a question or issue please create a ticket using https://ftx.us/support

If you are contacting us about a login issue please be aware that you can submit a support ticket without being logged into your FTX account.

Please note that you can find our support articles here: https://help.ftx.us/hc/en-us

*this email thread will be auto-archived on our end*

Thanks,
FTX.us Support

—
FTX

Telegram: https://t.me/FTX_US_Official
Twitter: https://twitter.com/FTX_Official

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

 Bijan Mostafavi <allstarcomedyshows@gmail.com>

## FTX Support

**Bijan Mostafavi** <allstarcomedyshows@gmail.com> Thu, Nov 24, 2022 at 11:02 AM
To: support@ftx.us

Hi this site does not work, is there another way to contact?

On Thu, Nov 17, 2022 at 11:50 AM support@ftx.us <support@ftx.us> wrote:

Hello,

To reach our support team with a question or issue please create a ticket using https://ftx.us/support

If you are contacting us about a login issue please be aware that you can submit a support ticket without being logged into your FTX account.

Please note that you can find our support articles here: https://help.ftx.us/hc/en-us

*this email thread will be auto-archived on our end*

Thanks,
FTX.us Support

—
FTX

Telegram: https://t.me/FTX_US_Official
Twitter: https://twitter.com/FTX_Official

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

 Bijan Mostafavi <allstarcomedyshows@gmail.com>

# FTX Support

**Bijan Mostafavi** <allstarcomedyshows@gmail.com> Mon, Nov 28, 2022 at 2:29 PM
To: support@ftx.us

Hi, just checking back.

On Thu, Nov 24, 2022 at 11:02 AM Bijan Mostafavi <allstarcomedyshows@gmail.com> wrote:

> Hi this site does not work, is there another way to contact?
>
> On Thu, Nov 17, 2022 at 11:50 AM support@ftx.us <support@ftx.us> wrote:
>
>> Hello,
>>
>> To reach our support team with a question or issue please create a ticket using https://ftx.us/support
>>
>> If you are contacting us about a login issue please be aware that you can submit a support ticket without being logged into your FTX account.
>>
>> Please note that you can find our support articles here: https://help.ftx.us/hc/en-us
>>
>> *this email thread will be auto-archived on our end*
>>
>> Thanks,
>> FTX.us Support
>>
>> —
>>
>> FTX
>>
>> Telegram: https://t.me/FTX_US_Official
>> Twitter: https://twitter.com/FTX_Official
>>
>> **Disclaimer**
>>
>> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.
>>
>> This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

 Bijan Mostafavi <allstarcomedyshows@gmail.com>

## FTX Support

**Bijan Mostafavi** <allstarcomedyshows@gmail.com> Tue, Nov 29, 2022 at 10:30 AM
To: support@ftx.us

I tried to create a ticket, am I not getting my money?

10:29



Done ftx.us AA



# Access denied

Error code 1020

You cannot access ftx.us. Refresh the page or contact the site owner to request access.

# Troubleshooting information

Copy and paste the Ray ID when you contact the site owner.



Ray ID:    771d68ce7bee312b    Copy

 Bijan Mostafavi <allstarcomedyshows@gmail.com>

## FTX Support

**Bijan Mostafavi** <allstarcomedyshows@gmail.com> Sun, Dec 4, 2022 at 2:05 PM
To: support@ftx.us

Hello?
[Quoted text hidden]

 Bijan Mostafavi <allstarcomedyshows@gmail.com>

## FTX Support

**Bijan Mostafavi** <allstarcomedyshows@gmail.com> Wed, Dec 7, 2022 at 6:03 PM
To: support@ftx.us

Checking back
[Quoted text hidden]



finance.yahoo.com/news/1-ftx-suspends-addition-clients-113544375.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAF9kKh70Mvg0MNmKCudyhc621CnGiQhNo9DVozuBVdOp5DX...

yahoo!finance | Search for news, tickers or companies | News | Finance | Sports | More | Mail | Sign in

My Portfolio | News | Markets | Research | Personal Finance | Videos | Watch Now | Upgrade to Premium

REUTERS

# UPDATE 1-FTX suspends addition of new clients, withdrawals

Reuters
November 10, 2022 · 1 min read

(Adds background on Binance deal)

Nov 10 (Reuters) - FTX on Thursday suspended onboarding of new clients as well as withdrawals until further notice as hopes of a rescue for the cryptocurrency exchange fade after rival Binance walked away from a deal to bail out the company.

In a message on its website, the company also asked clients to avoid depositing their funds. It was not immediately clear if FTX US, the company's U.S. unit that was not part of Binance's failed buyout, too is included in the latest move.

An FTX spokesperson did not immediately respond to requests seeking comments.

Chief Executive Sam Bankman-Fried has told employees in a internal memo that he was exploring all options to avoid a collapse that analysts have said could trigger a meltdown in the entire crypto industry. (Reporting by Niket Nishant in Bengaluru; Editing by Arun Koyyur)

View Comments

Terms and Privacy Policy | Your Privacy Choices | CA Privacy Notice

Quote Lookup

U.S. markets closed

US | Europe | Asia | Cryptocurrencies | Rat

| S&P 500 | Dow 30 | Nasdaq |
|---|---|---|
| 6,466.91 | 45,631.74 | 21,496.54 |
| +96.74 (+1.52%) | +846.24 (+1.89%) | +396.22 (+1.88%) |

| Russell 20... | VIX | Gold |
|---|---|---|
| 2,361.95 | 14.22 | 3,417.60 |
| +87.86 (+3.86%) | -2.38 (-14.34%) | +36.00 (+1.06%) |

Portfolio

Sign in to access your portfolio

Sign in

Top gainers

| Symbol | Name | Price | Change |
|---|---|---|---|
| OPEN | Opendoor Techn... | 5.01 | +1.41 (+39.17%) |
| UI | Ubiquiti Inc. | 510.23 | +119.66 (+30.64%) |
| MNSO | MINISO Group H... | 26.63 | +4.46 (+20.12%) |
| RXO | RXO, Inc. | 16.97 | +2.27 (+15.44%) |
| NIO | NIO Inc. | 6.34 | +0.80 (+14.44%) |

Top losers

| Symbol | Name | Price | Change |
|---|---|---|---|
| NEGG | Newegg Commer... | 100.75 | -15.03 (-12.98%) |
| BJ | BJ's Wholesale C... | 97.11 | -9.05 (-8.57%) |
| INTU | Intuit Inc. | 662.66 | -35.10 (-5.03%) |
| DUOL | Duolingo, Inc. | 331.87 | -13.65 (-3.95%) |
| CSX | CSX Corporation | 34.58 | -1.29 (-3.60%) |



investing.com/news/stock-market-news/ftx-suspends-onboarding-of-new-clients-2939545

# FTX suspends addition of new clients, withdrawals

REUTERS Stock Markets

Published 11/10/2022, 06:04 AM Updated 11/10/2022, 06:41 AM

© Reuters. FILE PHOTO: FTX logo is seen in this illustration taken, November 8, 2022. REUTERS/Dado Ruvic/Illustration/File photo

(Reuters) -FTX on Thursday suspended onboarding of new clients as well as withdrawals until further notice as hopes of a rescue for the cryptocurrency exchange fade after rival Binance walked away from a deal to bail out the company.

In a message on its website, the company also asked clients to avoid depositing their funds. It was not immediately clear if FTX US, the company's U.S. unit that was not part of Binance's failed buyout, too is included in the latest move.

Summer Sale
Get 50% off
Claim sale

| | Time | Coin | Amount | Destinatior | Status | Transaction ID |
|---|---|---|---|---|---|---|
| [redacted] | 2022-11-11T23:30:27.301993+00:00 | USD | 1475.67 | **** | complete | Bank transfer |
| [redacted] | 2022-11-11T23:18:10.549147+00:00 | USD | 1353.5 | **** | complete | Bank transfer |

Did not get dispursed

fee

2

2

No Deposits from FTX

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 20, 2022 through November 17, 2022
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

[redacted]
BIJAN MOSTAFAVI
8465 JUNE LAKE DR
SAN DIEGO CA 92119-3103

00252970301000000023

**Review our updated overdraft information at the end of this statement**

We've included our overdraft services and associated fees that are available for your personal checking account(s) at the end of this statement. If you're enrolled in Chase Debit Card Coverage℠, please review the refreshed information on this service. As a reminder, overdraft services are not available for Chase Secure Checking℠ or Chase First Checking℠. Standard Overdraft Practice and Chase Debit Card Coverage are not available for Chase High School Checking℠.

If you have questions, please visit **chase.com/overdraft** or call us at the number on your statement. We accept operator relay calls.

## CHECKING SUMMARY

Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$6,635.47** |
| Deposits and Additions | 11,265.28 |
| Checks Paid | -2,600.00 |
| ATM & Debit Card Withdrawals | -4,454.24 |
| Electronic Withdrawals | -5,400.73 |
| Fees | -9.00 |
| **Ending Balance** | **$5,436.78** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 125 ^ | 11/01 | $2,600.00 |
| **Total Checks Paid** | | **$2,600.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.



CHASE

October 20, 2022 through November 17, 2022
Account Number: [redacted]

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/07 | Card Purchase 11/05 Walgreens #7176 San Diego CA Card [redacted] | -22.93 | 5,999.52 |
| 11/07 | Card Purchase 11/05 American Comedy Company San Diego CA Card [redacted] | -16.08 | 5,983.44 |
| 11/07 | Card Purchase With Pin 11/06 Rite Aid 05656 San Diego CA Card [redacted] | -46.00 | 5,937.44 |
| 11/07 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -52.77 | 5,884.67 |
| 11/07 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -38.52 | 5,846.15 |
| 11/07 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -30.30 | 5,815.85 |
| 11/07 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -28.75 | 5,787.10 |
| 11/07 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -8.99 | 5,778.11 |
| 11/07 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -5.07 | 5,773.04 |
| 11/07 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -4.81 | 5,768.23 |
| 11/07 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -4.07 | 5,764.16 |
| 11/07 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -4.00 | 5,760.16 |
| 11/07 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -4.00 | 5,756.16 |
| 11/07 | ATM Withdrawal 11/07 8850 Navajo Rd San Diego CA Card [redacted] | -300.00 | 5,456.16 |
| 11/08 | Ihss2 St of CA Ihsscmipse PPD ID: [redacted] | **1,803.84** | 7,260.00 |
| 11/08 | SD Gas & Elec Paid Sdge PPD ID: [redacted] | -379.46 | 6,880.54 |
| 11/08 | Paypal Inst Xfer Uber Eats Web ID: Paypalsi77 | -62.66 | 6,817.88 |
| 11/09 | Card Purchase 11/09 Amzn Mktp US*Hb9Ty1A Amzn.Com/Bill WA Card [redacted] | -39.86 | 6,778.02 |
| 11/09 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -21.37 | 6,756.65 |
| 11/09 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -4.76 | 6,751.89 |
| 11/10 | City of San Dieg Payroll PPD ID: [redacted] | **2,626.84** | 9,378.73 |
| 11/10 | Card Purchase 11/10 Ic* Albertso Via Ins Httpswww.Albe CA Card [redacted] | -131.66 | 9,247.07 |
| 11/10 | Card Purchase 11/10 Ic* Instacart*2246 Httpsinstacar CA Card [redacted] | -61.52 | 9,185.55 |
| 11/10 | Card Purchase With Pin 11/10 Shell Service Station LA Mesa CA Card [redacted] | -4.48 | 9,181.07 |
| 11/10 | Card Purchase With Pin 11/10 Shell Service Station LA Mesa CA Card [redacted] | -70.89 | 9,110.18 |
| 11/14 | Paypal Transfer PPD ID: [redacted] | **38.47** | 9,148.65 |
| 11/14 | Card Purchase 11/10 Carls Jr 423 San Diego CA Card [redacted] | -7.20 | 9,141.45 |
| 11/14 | Cox Comm San Bank Draft PPD ID: [redacted] | -120.49 | 9,020.96 |
| 11/14 | Recurring Card Purchase 11/11 Fubotv Inc 844-4413826 NY Card [redacted] | -69.99 | 8,950.97 |
| 11/14 | Non-Chase ATM Withdraw 11/11 5301 Lake Murray Blvd LA Mesa CA Card [redacted] | -117.50 | 8,833.47 |
| 11/14 | Card Purchase 11/12 Tst* Sombrero Mexican F LA Mesa CA Card [redacted] | -18.38 | 8,815.09 |
| 11/14 | ATM Withdrawal 11/11 8850 Navajo Rd San Diego CA Card [redacted] | -200.00 | 8,615.09 |
| 11/14 | Card Purchase 11/12 Ic* Food4Les Via Ins Delivery.Food CA Card [redacted] | -50.70 | 8,564.39 |
| 11/14 | Recurring Card Purchase 11/12 Ic* Instacart*Subscr Httpsinstacar CA Card [redacted] | -9.99 | 8,554.40 |
| 11/14 | Card Purchase 11/13 Jack IN The Box 3080 LA Mesa CA Card [redacted] | -12.01 | 8,542.39 |
| 11/14 | Card Purchase 11/13 Ic* Food4Les Via Ins Delivery.Food CA Card [redacted] | -54.73 | 8,487.66 |
| 11/14 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -57.64 | 8,430.02 |
| 11/14 | Sharp Rees-Stly Internet 043000093440782 Web ID: [redacted] | -50.00 | 8,380.02 |
| 11/14 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -46.52 | 8,333.50 |
| 11/14 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -41.65 | 8,291.85 |
| 11/14 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -5.00 | 8,286.85 |
| 11/14 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -3.00 | 8,283.85 |
| 11/14 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -3.00 | 8,280.85 |

CHASE

October 20, 2022 through November 17, 2022
Account Number: [redacted]

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/14 | Capital One Auto Carpay [redacted] Web ID: [redacted] | -1,070.59 | 7,210.26 |
| 11/14 | Venmo Payment [redacted] Web ID: [redacted] | -50.00 | 7,160.26 |
| 11/14 | Card Purchase With Pin 11/14 Cvs/Pharm 04768--510 C San Diego CA Card [redacted] | -3.59 | 7,156.67 |
| 11/14 | Card Purchase With Pin 11/14 Cvs/Pharm 04768--510 C San Diego CA Card [redacted] | -4.30 | 7,152.37 |
| 11/14 | Non-Chase ATM Fee-With | -3.00 | 7,149.37 |
| 11/15 | Card Purchase Return 11/14 Amzn Mktp US Amzn.Com/Bill WA Card [redacted] | **31.25** | 7,180.62 |
| 11/15 | Capital One Mobile Pmt 3Mtveb6I90H11Tu Web ID: [redacted] | -1,500.00 | 5,680.62 |
| 11/15 | Recurring Card Purchase 11/15 Netflix.Com Netflix.Com CA Card [redacted] | -15.49 | 5,665.13 |
| 11/15 | Card Purchase With Pin 11/15 Albertsons #2785 San Diego CA Card [redacted] | -95.77 | 5,569.36 |
| 11/15 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -64.17 | 5,505.19 |
| 11/15 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -2.00 | 5,503.19 |
| 11/16 | Card Purchase 11/14 Coffee N Talk San Diego CA Card [redacted] | -9.41 | 5,493.78 |
| 11/16 | Card Purchase 11/16 Amazon.Com*HI9Eo9J50 Amzn.Com/Bill WA Card [redacted] | -17.83 | 5,475.95 |
| 11/16 | Card Purchase 11/15 Ic* Instacart*2246 Httpsinstacar CA Card [redacted] | -37.18 | 5,438.77 |
| 11/16 | Paypal Inst Xfer Google Google S Web ID: Paypalsi77 | -1.99 | 5,436.78 |
| | **Ending Balance** | | **$5,436.78** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.** (Your total electronic deposits this period were $11,467.32. Note: some deposits may be listed on your previous statement)
- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.** (Your lowest beginning day balance was $5,456.16)
- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.** (Your average beginning day balance of qualifying linked deposits and investments was $7,493.37)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

10252970303000000063



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 18, 2022 through December 16, 2022
Account Number:

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

BIJAN MOSTAFAVI
8465 JUNE LAKE DR
SAN DIEGO CA 92119-3103

## Get tips for spotting a scam

The four common signs it's a scam are: pretending to be someone you know, pressuring you to act immediately, presenting you with a conditional prize or problem, or asking you to pay in a specific way.

To learn more and see tips on how to help protect your money, visit **chase.com/FraudAwareness**

## CHECKING SUMMARY

Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$5,436.78** |
| Deposits and Additions | 13,851.86 |
| Checks Paid | -2,600.00 |
| ATM & Debit Card Withdrawals | -5,606.55 |
| Electronic Withdrawals | -3,604.87 |
| Fees | -12.00 |
| **Ending Balance** | **$7,465.22** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 127 ^ | 12/02 | $2,600.00 |
| **Total Checks Paid** | | **$2,600.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$5,436.78** |
| 11/18 | ATM Withdrawal 11/18 8850 Navajo Rd San Diego CA Card | -300.00 | 5,136.78 |
| 11/18 | Card Purchase With Pin 11/18 Cvs/Pharm 04768--510 C San Diego CA Card | -5.97 | 5,130.81 |
| 11/21 | Ihss2 St of CA Ihsscmipse PPD ID: | **1,831.61** | 6,962.42 |
| 11/21 | Venmo Cashout PPD ID | **860.00** | 7,822.42 |



CHASE

November 18, 2022 through December 16, 2022
Account Number: [redacted]

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/21 | Card Purchase 11/19 Walgreens #7176 800-289-2273 CA Card [redacted] | -32.00 | 7,790.42 |
| 11/21 | Card Purchase With Pin 11/20 Beverage City LA Mesa CA Card [redacted] | -17.91 | 7,772.51 |
| 11/21 | Card Purchase 11/21 Ic* Instacart Httpsinstacar CA Card [redacted] | -68.26 | 7,704.25 |
| 11/21 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -35.09 | 7,669.16 |
| 11/21 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -4.78 | 7,664.38 |
| 11/21 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -3.94 | 7,660.44 |
| 11/21 | Venmo Payment 1023599156778 Web ID: [redacted] | -575.00 | 7,085.44 |
| 11/21 | Venmo Payment 1023599131184 Web ID: [redacted] | -150.00 | 6,935.44 |
| 11/21 | Venmo Payment 1023599172057 Web ID: [redacted] | -100.00 | 6,835.44 |
| 11/21 | Venmo Payment 1023598104551 Web ID: [redacted] | -30.00 | 6,805.44 |
| 11/21 | Venmo Payment 1023599158335 Web ID: [redacted] | -25.00 | 6,780.44 |
| 11/21 | Sprin[redacted] Achbillpay PPD ID: [redacted] | -130.00 | 6,650.44 |
| 11/22 | Card Purchase 11/21 Walgreens #7176 619-667-8764 CA Card [redacted] | -1.35 | 6,649.09 |
| 11/22 | Card Purchase With Pin 11/22 Big Lots 6145 Lake Mu LA Mesa CA Card [redacted] | -54.05 | 6,595.04 |
| 11/22 | Card Purchase With Pin 11/22 Albertsons #2785 San Diego CA Card [redacted] | -79.46 | 6,515.58 |
| 11/22 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -20.07 | 6,495.51 |
| 11/22 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -7.94 | 6,487.57 |
| 11/22 | Paypal Inst Xfer Uber Eats Web ID: [redacted] | -4.00 | 6,483.57 |
| 11/23 | St of CA Dmv Internet 020088346221122 Web ID: [redacted] | -237.00 | 6,246.57 |
| 11/23 | Card Purchase With Pin 11/23 Cvs/Pharm 04768--510 C San Diego CA Card [redacted] | -7.14 | 6,239.43 |
| 11/23 | Card Purchase With Pin 11/23 Vons #3327 LA Mesa CA Card [redacted] | -48.42 | 6,191.01 |
| 11/25 | City of San Dieg Payroll PPD [redacted] | **2,595.64** | 8,786.65 |
| 11/25 | Card Purchase 11/24 Amzn Mktp US*Hw3Ud88 Amzn.Com/Bill WA Card [redacted] | -26.95 | 8,759.70 |
| 11/25 | Card Purchase 11/25 Amzn Mktp US*Hw3Hy9V Amzn.Com/Bill WA Card [redacted] | -37.70 | 8,722.00 |
| 11/25 | Prog Select Ins Ins Prem PPD ID: [redacted] | -114.83 | 8,607.17 |
| 11/25 | Non-Chase ATM Withdraw 11/25 8630 Lk Murray Bl San Diego CA Card [redacted] | -503.00 | 8,104.17 |
| 11/25 | Non-Chase ATM Fee-With | -3.00 | 8,101.17 |
| 11/28 | Card Purchase 11/23 Coffee N Talk San Diego CA Card [redacted] | -8.74 | 8,092.43 |
| 11/28 | Card Purchase 11/26 Amzn Mktp US*Hw2Wm47 Amzn.Com/Bill WA Card [redacted] | -20.45 | 8,071.98 |
| 11/28 | Card Purchase 11/26 Amzn Mktp US*Hw66L7S Amzn.Com/Bill WA Card [redacted] | -10.33 | 8,061.65 |
| 11/28 | Card Purchase 11/26 Amzn Mktp US*Hw2S29W Amzn.Com/Bill WA Card [redacted] | -16.78 | 8,044.87 |
| 11/28 | Card Purchase 11/27 Amazon.Com*Hw4Tp3U91 Amzn.Com/Bill WA Card [redacted] | -35.01 | 8,009.86 |
| 11/28 | Capital One Mobile Pmt 3Mweqeut99Q1Rpe Web ID: [redacted] | -500.00 | 7,509.86 |
| 11/28 | Venmo Payment 1023714116530 Web ID[redacted] | -105.00 | 7,404.86 |
| 11/28 | Card Purchase 11/27 Amazon.Com*Hw21O2Yj0 Amzn.Com/Bill WA Card [redacted] | -126.79 | 7,278.07 |
| 11/28 | Card Purchase 11/27 Amzn Mktp US*Hz9Ik6C Amzn.Com/Bill WA Card [redacted] | -24.77 | 7,253.30 |
| 11/28 | Card Purchase 11/27 Amzn Mktp US*Hw8Hn0I Amzn.Com/Bill WA Card [redacted] | -21.79 | 7,231.51 |
| 11/28 | Card Purchase 11/28 Amzn Mktp US*Hw94B6D Amzn.Com/Bill WA Card [redacted] | -522.65 | 6,708.86 |
| 11/28 | Card Purchase 11/27 Amzn Mktp US*Hw7T61U Amzn.Com/Bill WA Card [redacted] | -92.45 | 6,616.41 |
| 11/28 | Card Purchase With Pin 11/26 Ebk Fuel San Diego CA Card [redacted] | -41.33 | 6,575.08 |



November 18, 2022 through December 16, 2022
Account Number:

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/28 | Card Purchase 11/27 Jolly Joker San Diego CA Card | -42.79 | 6,532.29 |
| 11/28 | Card Purchase 11/28 Amazon.Com*Hz7040Ov1 Amzn.Com/Bill WA | -37.70 | 6,494.59 |
| 11/28 | Paypal Inst Xfer Uber Eats Web ID: | -31.91 | 6,462.68 |
| 11/28 | Paypal Inst Xfer Uber Eats Web ID: | -29.59 | 6,433.09 |
| 11/28 | Paypal Inst Xfer Uber Eats Web ID | -4.48 | 6,428.61 |
| 11/28 | Paypal Inst Xfer Uber Eats Web ID: | -3.00 | 6,425.61 |
| 11/28 | Non-Chase ATM Withdraw 11/28 5301 Lake Murray Blvd LA Mesa CA Card | -57.50 | 6,368.11 |
| 11/28 | Card Purchase With Pin 11/28 Cvs/Pharm 04768--510 C San Diego CA Card | -4.30 | 6,363.81 |
| 11/28 | Non-Chase ATM Fee-With | -3.00 | 6,360.81 |
| 11/29 | Card Purchase 11/29 Amzn Mktp US*Hw7Vv69 Amzn.Com/Bill WA Card | -163.69 | 6,197.12 |
| 11/29 | Card Purchase 11/28 Amazon.Com*Xh0Pz4Bd3 Amzn.Com/Bill WA Card | -21.59 | 6,175.53 |
| 11/29 | Card Purchase 11/28 Amazon.Com*TN59Y6R83 Amzn.Com/Bill WA Card 5919 | -8.46 | 6,167.07 |
| 11/29 | Card Purchase 11/29 Ic* Instacart Httpsinstacar CA Card | -20.00 | 6,147.07 |
| 11/29 | Card Purchase 11/29 Ic* Instacart Httpsinstacar CA Card | -1.59 | 6,145.48 |
| 11/29 | Card Purchase 11/29 Ic* Instacart Httpsinstacar CA Card | -3.00 | 6,142.48 |
| 11/29 | Paypal Inst Xfer Uber Eats Web ID: | -33.24 | 6,109.24 |
| 11/29 | Paypal Inst Xfer Uber Eats Web ID: | -2.00 | 6,107.24 |
| 11/30 | Card Purchase 11/29 Amzn Mktp US*F03Xb47 Amzn.Com/Bill WA Card | -21.86 | 6,085.38 |
| 11/30 | Card Purchase 11/29 Amzn Mktp US*Tz0Ys84 Amzn.Com/Bill WA Card | -6.77 | 6,078.61 |
| 11/30 | Card Purchase 11/29 Walgreens #7176 San Diego CA Card | -42.39 | 6,036.22 |
| 11/30 | Card Purchase 11/30 Subway 50758 San Diego CA Card | -11.90 | 6,024.32 |
| 11/30 | Card Purchase With Pin 11/30 Albertsons #2785 San Diego CA Card | -64.02 | 5,960.30 |
| 12/01 | Card Purchase 11/30 Dave & Buster's #27 San Diego CA Card | -38.00 | 5,922.30 |
| 12/01 | Card Purchase 12/01 Jack IN The Box 3080 LA Mesa CA Card | -38.14 | 5,884.16 |
| 12/01 | Card Purchase With Pin 12/01 Northgate Market #036 San Diego CA Card | -145.65 | 5,738.51 |
| 12/02 | Card Purchase 12/02 Jack IN The Box 0054 El Cajon CA Card | -37.06 | 5,701.45 |
| 12/02 | Non-Chase ATM Withdraw 12/02 8508 San Carlos DR San Diego CA Card | -303.50 | 5,397.95 |
| 12/02 | Check # 127 | -2,600.00 | 2,797.95 |
| 12/02 | Paypal Inst Xfer Uber Eats Web ID: | -105.00 | 2,692.95 |
| 12/02 | Paypal Inst Xfer Uber Eats Web ID: | -30.88 | 2,662.07 |
| 12/02 | Paypal Inst Xfer Uber Eats Web ID: | -10.00 | 2,652.07 |
| 12/02 | Paypal Inst Xfer Uber Eats Web ID: | -4.00 | 2,648.07 |
| 12/02 | Non-Chase ATM Fee-With | -3.00 | 2,645.07 |
| 12/05 | Online Transfer From Chk ...0989 Transaction#: | **895.00** | 3,540.07 |
| 12/05 | Card Purchase 12/03 Amzn Mktp US*Tg1Fv8N Amzn.Com/Bill WA Card | -46.29 | 3,493.78 |
| 12/05 | Card Purchase 12/03 Jack IN The Box 0090 San Diego CA Card | -22.03 | 3,471.75 |
| 12/05 | Card Purchase 12/04 7-Eleven 13650 Httpswww.7Ele TX Card | -25.09 | 3,446.66 |
| 12/05 | Card Purchase With Pin 12/04 Albertsons #0710 LA Mesa CA Card | -104.34 | 3,342.32 |
| 12/05 | Card Purchase 12/05 Senor Burro Mexican Foo LA Mesa CA Card | -28.84 | 3,313.48 |
| 12/05 | Card Purchase With Pin 12/04 Super Star Gas LA Mesa CA Card | -56.45 | 3,257.03 |
| 12/05 | Card Purchase 12/05 Ic* Instacart Httpsinstacar CA Card | -46.85 | 3,210.18 |

Shows this bank ← account was liked to FTX via transactions on 8/02/2022

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 20, 2022 through August 16, 2022

Account Number: [redacted]

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

BIJAN MOSTAFAVI
8465 JUNE LAKE DR
SAN DIEGO CA 92119-3103

**Good news – we're increasing the daily purchase limit on some of our debit cards**

On August 21, we're increasing the daily limit for purchases made with the Chase Debit Card, Chase Liquid Card and Chicago Skyline Debit Card (IL only) to $5,000, up from $3,000. As a reminder, here are the limits:

- Purchases: Now $5,000
- Chase In-Branch ATM: $3,000
- Other Chase ATM: $1,000
- Non-Chase ATM: $500 ($1,000 for accounts opened in CT, NJ, NY)

This change doesn't affect the limits on our other debit cards. For more information about our other debit cards and their limits, please review the Card Purchase and Withdrawal Limits section in the Additional Banking Services and Fees document on **chase.com/disclosures**.

If you have any questions, please call the number on the back of your card or on this statement. We accept operator relay calls.

## CHECKING SUMMARY

Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$12,987.71** |
| Deposits and Additions | 8,798.71 |
| Checks Paid | -2,600.00 |
| ATM & Debit Card Withdrawals | -2,687.22 |
| Electronic Withdrawals | -4,068.39 |
| Fees | -3.00 |
| **Ending Balance** | **$12,427.81** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 121 ^ | 08/01 | $2,600.00 |
| **Total Checks Paid** | | **$2,600.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

 CHASE

July 20, 2022 through August 16, 2022
Account Number: [redacted]

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$12,987.71** |
| 07/20 | Card Purchase 07/19 Ic* Instacart*1102 Httpsinstacar CA Card [redacted] | -26.82 | 12,960.89 |
| 07/20 | Sprint [redacted] Achbillpay PPD ID: [redacted] | -161.25 | 12,799.64 |
| 07/20 | Card Purchase With Pin 07/20 Albertsons #278 San Diego CA Card [redacted] | -54.51 | 12,745.13 |
| 07/21 | Ihss2 St of CA Ihsscmipse PPD ID: [redacted] | **1,815.46** | 14,560.59 |
| 07/21 | Card Purchase 07/21 Amzn Mktp US*I984Q1E Amzn.Com/Bill WA Card [redacted] | -10.76 | 14,549.83 |
| 07/21 | Capital One Auto Carpay 006206276644288 Web ID: [redacted] | -281.09 | 14,268.74 |
| 07/21 | Non-Chase ATM Withdraw 07/21 5307 Lake Murray Blvd LA Mesa CA Card [redacted] | -77.75 | 14,190.99 |
| 07/21 | Non-Chase ATM Fee-With | -3.00 | 14,187.99 |
| 07/22 | City of San Dieg Payroll PPD ID: [redacted] | **1,678.06** | 15,866.05 |
| 07/22 | Card Purchase 07/21 365 Market 888 432-329 Troy MI Card [redacted] | -2.38 | 15,863.67 |
| 07/22 | Card Purchase 07/21 365 Market 888 432-329 Troy MI Card [redacted] | -2.56 | 15,861.11 |
| 07/22 | Card Purchase 07/22 Ic* Instacart*1102 Httpsinstacar CA Card [redacted] | -117.21 | 15,743.90 |
| 07/25 | Card Purchase 07/23 Uber Eats Help.Uber.Com CA Card [redacted] | -22.72 | 15,721.18 |
| 07/25 | Card Purchase 07/23 Uber Eats 8005928996 CA Card [redacted] | -3.10 | 15,718.08 |
| 07/25 | Capital One Mobile Pmt 3M5Swu9Oc266Ooy Web ID: [redacted] | -500.00 | 15,218.08 |
| 07/25 | Card Purchase 07/23 Uber Eats Help.Uber.Com CA Card [redacted] | -39.25 | 15,178.83 |
| 07/25 | Card Purchase 07/23 Uber Eats 8005928996 CA Card [redacted] | -5.22 | 15,173.61 |
| 07/25 | Card Purchase 07/24 Amzn Mktp US*S54O24T Amzn.Com/Bill WA Card [redacted] | -25.15 | 15,148.46 |
| 07/25 | Card Purchase 07/24 Uber Eats Help.Uber.Com CA Card [redacted] | -27.38 | 15,121.08 |
| 07/25 | Card Purchase 07/24 Uber Eats 8005928996 CA Card [redacted] | -3.80 | 15,117.28 |
| 07/25 | Card Purchase With Pin 07/24 Rite Aid 05656 San Diego CA Card [redacted] | -36.00 | 15,081.28 |
| 07/25 | Card Purchase 07/25 Uber Eats Help.Uber.Com CA Card [redacted] | -28.75 | 15,052.53 |
| 07/25 | Card Purchase 07/25 Uber Eats 8005928996 CA Card [redacted] | -4.01 | 15,048.52 |
| 07/25 | Venmo Payment 1021369875271 Web ID: [redacted] | -300.00 | 14,748.52 |
| 07/25 | Prog Select Ins Ins Prem PPD ID: [redacted] | -114.83 | 14,633.69 |
| 07/25 | Ftxus Blockfolio Bp2207250H Cir3Hknjqq Web ID: [redacted] | -200.00 | 14,433.69 |
| 07/26 | Card Purchase Return 07/26 Uber Eats 800-592-8996 CA Card [redacted] | **12.15** | 14,445.84 |
| 07/26 | Recurring Card Purchase 07/26 Lawncare* Lawnstarte Httpswww.Lawn TX Card [redacted] | -37.99 | 14,407.85 |
| 07/26 | Card Purchase With Pin 07/26 Express Gas And San Diego CA Card [redacted] | -49.36 | 14,358.49 |
| 07/27 | Card Purchase 07/27 Uber Eats Help.Uber.Com CA Card [redacted] | -36.96 | 14,321.53 |
| 07/27 | Card Purchase 07/27 Uber Eats 8005928996 CA Card [redacted] | -3.00 | 14,318.53 |
| 07/28 | Card Purchase 07/28 Ic* Instacart*1102 Httpsinstacar CA Card [redacted] | -37.58 | 14,280.95 |
| 07/28 | Venmo Payment 1021442965809 Web ID: [redacted] | -105.00 | 14,175.95 |
| 07/28 | Card Purchase With Pin 07/28 Express Gas And San Diego CA Card [redacted] | -12.72 | 14,163.23 |
| 07/28 | ATM Withdrawal 07/28 8850 Navajo Rd San Diego CA Card [redacted] | -100.00 | 14,063.23 |
| 07/29 | Card Purchase 07/28 Walgreens #7176 800-289-2273 CA Card [redacted] | -50.36 | 14,012.87 |
| 07/29 | Ftxus Blockfolio Bp2207290M Cirb2Izzdq Web ID: [redacted] | -200.00 | 13,812.87 |
| 08/01 | Card Purchase 07/30 7-11*13650 San Dieg Httpswww.7Ele TX Card [redacted] | -17.98 | 13,794.89 |
| 08/01 | Card Purchase 07/30 Ic* Instacart*2246 Httpsinstacar CA Card [redacted] | -72.58 | 13,722.31 |
| 08/01 | Card Purchase 07/31 Amzn Mktp US*Zv8Sr5B Amzn.Com/Bill WA Card [redacted] | -16.11 | 13,706.20 |
| 08/01 | Card Purchase 07/31 Amzn Mktp US*Jx5Et32 Amzn.Com/Bill WA Card [redacted] | -57.00 | 13,649.20 |
| 08/01 | Card Purchase 07/31 Uber Eats Help.Uber.Com CA Card [redacted] | -54.25 | 13,594.95 |
| 08/01 | Card Purchase 08/01 Uber Eats 8005928996 CA Card [redacted] | -5.22 | 13,589.73 |
| 08/01 | Card Purchase With Pin 07/31 Vons #3327 LA Mesa CA Card [redacted] | -28.09 | 13,561.64 |



CHASE

July 20, 2022 through August 16, 2022
Account Number: [redacted]

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 08/01 | Check # 121 | -2,600.00 | 10,961.64 |
| 08/01 | Card Purchase With Pin 08/01 Walgreens Store 8766 N San Diego CA Card [redacted] | -68.64 | 10,893.00 |
| 08/02 | Card Purchase 08/02 Amzn Mktp US*TD3F69Q Amzn.Com/Bill WA Card [redacted] | -149.19 | 10,743.81 |
| 08/02 | Ftxus Blockfolio Bp2208020A Ciriizwm2A Web ID: Y463394676 | -100.00 | 10,643.81 |
| 08/02 | Ftxus Blockfolio Bp2208020A Cir67Guroi Web ID: Y463394676 | -50.50 | 10,593.31 |
| 08/02 | Ftxus Blockfolio Bp2208020A Ciri4Plkhq Web ID: Y463394676 | -25.50 | 10,567.81 |
| 08/03 | ATM Check Deposit 08/03 8850 Navajo Rd San Diego CA Card [redacted] | **100.00** | 10,667.81 |
| 08/03 | Online Transfer From Chk ...0989 Transaction#: [redacted] | **890.00** | 11,557.81 |
| 08/03 | Card Purchase 08/02 365 Market 888 432-329 Troy MI Card [redacted] | -3.70 | 11,554.11 |
| 08/03 | Card Purchase 08/03 Uber Eats Help.Uber.Com CA Card [redacted] | -24.22 | 11,529.89 |
| 08/03 | Card Purchase 08/03 Uber Eats 8005928996 CA Card [redacted] | -3.33 | 11,526.56 |
| 08/03 | Card Purchase With Pin 08/03 Express Gas And San Diego CA Card [redacted] | -11.02 | 11,515.54 |
| 08/03 | ATM Withdrawal 08/03 8850 Navajo Rd San Diego CA Card [redacted] | -100.00 | 11,415.54 |
| 08/03 | Card Purchase With Pin 08/03 Walgreens Store 8766 N San Diego CA Card [redacted] | -12.92 | 11,402.62 |
| 08/04 | Card Purchase 08/03 Walgreens #7176 800-289-2273 CA Card [redacted] | -1.35 | 11,401.27 |
| 08/04 | Card Purchase 08/04 Ic* Instacart*1102 Httpsinstacar CA Card [redacted] | -44.16 | 11,357.11 |
| 08/04 | Card Purchase With Pin 08/04 Albertsons #278 San Diego CA Card [redacted] | -36.03 | 11,321.08 |
| 08/05 | City of San Dieg Payroll PPD ID[redacted] | **2,474.91** | 13,795.99 |
| 08/05 | Ihss2 St of CA Ihsscmipse PPD ID: [redacted] | **1,828.13** | 15,624.12 |
| 08/05 | Card Purchase 08/05 Ic* Instacart Httpsinstacar CA Card [redacted] | -50.00 | 15,574.12 |
| 08/05 | Card Purchase 08/05 Ic* Instacart Httpsinstacar CA Card [redacted] | -7.85 | 15,566.27 |
| 08/05 | Card Purchase 08/05 7-11*13650 San Dieg Httpswww.7Ele TX Card [redacted] | -25.57 | 15,540.70 |
| 08/05 | Ftxus Blockfolio Bp2208050N Cirnllzjmi Web ID:[redacted] | -100.00 | 15,440.70 |
| 08/08 | Capital One Mobile Pmt 3M8Rln3Ufon8Nlu Web ID: [redacted] | -500.00 | 14,940.70 |
| 08/08 | Venmo Payment 1021610556923 Web ID: [redacted] | -105.00 | 14,835.70 |
| 08/08 | Card Purchase 08/06 Srs Clinic Santee Santee CA Card [redacted] | -30.00 | 14,805.70 |
| 08/08 | ATM Withdrawal 08/06 8850 Navajo Rd San Diego CA Card [redacted] | -60.00 | 14,745.70 |
| 08/08 | Card Purchase 08/06 Uber Eats Help.Uber.Com CA Card [redacted] | -26.62 | 14,719.08 |
| 08/08 | Card Purchase 08/07 Uber Eats 8005928996 CA Card [redacted] | -3.69 | 14,715.39 |
| 08/08 | Card Purchase 08/07 Uber Eats Help.Uber.Com CA Card [redacted] | -56.77 | 14,658.62 |
| 08/08 | Card Purchase 08/07 Uber Eats 8005928996 CA Card [redacted] | -3.00 | 14,655.62 |
| 08/08 | Card Purchase 08/07 Uber Eats Help.Uber.Com CA Card [redacted] | -28.57 | 14,627.05 |
| 08/08 | Card Purchase 08/07 Uber Eats 8005928996 CA Card [redacted] | -4.78 | 14,622.27 |
| 08/08 | Card Purchase 08/07 7-11*13650 San Dieg Httpswww.7Ele TX Card [redacted] | -21.69 | 14,600.58 |
| 08/08 | Card Purchase 08/07 Uber Eats Help.Uber.Com CA Card [redacted] | -24.41 | 14,576.17 |
| 08/08 | Card Purchase 08/07 Uber Eats 8005928996 CA Card [redacted] | -4.03 | 14,572.14 |
| 08/08 | Card Purchase With Pin 08/07 Fast Pumper Oil San Diego CA Card [redacted] | -22.49 | 14,549.65 |
| 08/08 | Paypal Inst Xfer Zbioticscom Web ID: [redacted] | -30.60 | 14,519.05 |
| 08/08 | Ftxus Blockfolio Bp2208080L PPD ID: [redacted] | -50.50 | 14,468.55 |
| 08/08 | Ftxus Blockfolio Bp2208080L PPD ID: [redacted] | -25.50 | 14,443.05 |
| 08/09 | Card Purchase 08/08 Ic* Instacart Httpsinstacar CA Card [redacted] | -61.38 | 14,381.67 |
| 08/09 | Recurring Card Purchase 08/09 Ic* Instacart*Subscr Httpsinstacar CA Card [redacted] | -9.99 | 14,371.68 |
| 08/09 | Robinhood Debits 841210214 Web ID: [redacted] | -50.00 | 14,321.68 |
| 08/09 | Card Purchase With Pin 08/09 7-Eleven San Diego CA Card [redacted] | -15.48 | 14,306.20 |
| 08/10 | SD Gas & Elec Paid Sdge PPD ID: [redacted] | -619.64 | 13,686.56 |
| 08/10 | Ftxus Blockfolio Bp2208100N PPD ID: [redacted] | -50.50 | 13,636.06 |



United States Bankruptcy Court District of Delaware

**This case or an associated case has a claims agent. File all claims with the agent shown below.**
**If none is shown, please contact the debtor's attorney to file a claim.**

Kroll Restructuring Administration LLC
www.kroll.com/kra
1 World Trade Center
31st Floor
New York, NY 10007
Phone: (212) 257-5450
Email: info@ra.kroll.com

To Try Again Click Here

Filed

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Response Deadline: September 4, 2025 at 4:00 p.m. (ET)** |

## NOTICE OF PARTIAL SATISFACTION OF CLAIMS

**YOUR RIGHTS MAY BE AFFECTED BY A FAILURE TO RESPOND TO THIS NOTICE BY THE DEADLINE SET FORTH HEREIN. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND PARTIALLY SATISFIED CLAIMS ON SCHEDULE 1, SCHEDULE 2 OR SCHEDULE 3 ATTACHED HERETO AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN. THIS NOTICE IS WITHOUT PREJUDICE TO THE FTX RECOVERY TRUST'S RIGHTS TO PURSUE FURTHER SUBSTANTIVE OR NON-SUBSTANTIVE OBJECTIONS AGAINST ANY AND ALL CLAIMS, INCLUDING THE PARTIALLY SATISFIED CLAIMS LISTED ON SCHEDULE 1, SCHEDULE 2 AND SCHEDULE 3 HERETO.**

**PLEASE TAKE NOTICE** that the FTX Recovery Trust[2] hereby files this notice (this "Notice") of partial satisfaction of certain scheduled Claims (the "Partially Satisfied Scheduled Claims") and filed Claims (the "Partially Satisfied Proofs of Claim" and together with the Partially Satisfied Scheduled Claims, the "Partially Satisfied Claims"), as set forth on **Schedule 1, Schedule 2 and Schedule 3** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that on October 7, 2024, the Court confirmed the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1] (the "Plan"), and on October 8, 2024, entered the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404]. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

---

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2 The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

**PLEASE TAKE FURTHER NOTICE** that on January 3, 2025, the effective date of the Plan occurred (the "Effective Date"), which, among other things, established the FTX Recovery Trust and transferred, assigned, and vested all of the Debtors' assets in the FTX Recovery Trust. *See Notice of Effective Date of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 29127].

**PLEASE TAKE FURTHER NOTICE** that The FTX Recovery Trust, with the assistance of its advisors, has been reviewing and reconciling all Claims, including any supporting documentation attached thereto, and reconciling the Claims with the Debtors' filed schedules of assets and liabilities and books and records to determine the validity and/or status of the asserted and scheduled Claims. While this analysis and reconciliation is ongoing, the FTX Recovery Trust has determined that the Partially Satisfied Claims identified on **Schedule 1, Schedule 2 and Schedule 3** have been partially satisfied, and accordingly, should be reduced.

**PLEASE TAKE FURTHER NOTICE** that section 7.12 of the Plan authorizes the Plan Administrator to reduce the amount of any Claims to reflect any payments received from a party that is not a Debtor on account of such Claims.

**PLEASE TAKE FURTHER NOTICE** that the Partially Satisfied Claims listed on **Schedule 1, Schedule 2 or Schedule 3** were partially satisfied via (i) Australian payments from KordaMentha pursuant to the Australian proceedings of non-Debtor affiliates FTX Australia Pty Ltd. and FTX Express Pty Ltd., (ii) postpetition withdrawals of cryptocurrency and/or fiat currency on the FTX Exchanges without the Debtors' consent, (iii) postpetition withdrawals from the Embed Financial Technologies platform or (iv) postpetition withdrawals and returns of deposits from Debtor Quoine Pte Ltd. Accordingly, the FTX Recovery Trust intends to have its claims and noticing agent, Kroll, reduce, on the official register of claims maintained in these Chapter 11 Cases (the "Claims Register"), the Partially Satisfied Claims to reflect such partial satisfactions as set forth on **Schedule 1, Schedule 2 and Schedule 3**.

**PLEASE TAKE FURTHER NOTICE** that after reduction to reflect the partial satisfaction, certain Partially Satisfied Claims have remaining amounts of less than $10. Pursuant to section 7.6 of the Plan, the Plan Administrator and the Distribution Agent shall not be required to make Distributions in Cash or payments of less than $10. Accordingly, such de minimis balances of the Partially Satisfied Claims shall not receive Distributions unless and until postpetition interest accrual, if any, results in such balances to exceed the $10 threshold.

**PLEASE TAKE FURTHER NOTICE** that any holder of a Partially Satisfied Claim (a "Claimant") who disputes the FTX Recovery Trust's determination that its Partially Satisfied Claim has been partially satisfied as set forth on **Schedule 1, Schedule 2 or Schedule 3** must file and serve a written response to this Notice (a "Response") so that it is received no later than **September 4, 2025 at 4:00 p.m. (ET)** (the "Response Deadline"). Each Response to this Notice must be filed with the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon counsel to the FTX Recovery Trust, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Kimberly A. Brown

(brown@lrclaw.com) and Matthew R. Pierce (pierce@lrclaw.com), so as to be actually received by no later than the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that each Response must, at a minimum, contain the following information: (i) a caption setting forth the name of the Court, the name of the Debtors, the lead case number and the title of the Notice to which the Response is directed; (ii) the name of the Claimant, the claim or schedule number, and a description of the basis for the amount of the claim; (iii) the specific factual basis and supporting legal argument upon which the Claimant will rely in opposing this Notice; (iv) all documentation and other evidence upon which the Claimant will rely to support the basis for opposing this Notice; and (v) the name, address, telephone number, fax number and/or email address of the person(s) (which may be the Claimant or the Claimant's legal representative) with whom counsel for the FTX Recovery Trust should communicate with respect to the Partially Satisfied Claim or the Notice and who possesses authority to reconcile, settle, or otherwise resolve the response to this Notice on behalf of the Claimant. If a Response is properly and timely filed and served in accordance with the above procedures, the FTX Recovery Trust will determine whether there is a basis upon which to sustain the Claimant's assertion that its Partially Satisfied Claim has not in fact been partially satisfied as set forth on **Schedule 1, Schedule 2 and Schedule 3** hereto. In the event the parties are unable to reach a resolution, the FTX Recovery Trust may schedule a hearing on the Partially Satisfied Claim. The FTX Recovery Trust reserves the right to contest any new assertions of liability against the Debtors and/or the FTX Recovery Trust made by Claimants with respect to their Partially Satisfied Claim(s). If the Claimant fails to file and serve a timely Response by the Response Deadline in accordance with the procedures set forth herein, then (i) such Claimant is deemed to have consented to this Notice and the FTX Recovery Trust's determination with respect to its Partially Satisfied Claim, as set forth on **Schedule 1**, **Schedule 2 and Schedule 3,** and (ii) without further notice to any party (including the Claimant) or order of the Bankruptcy Court, Kroll shall update the Claims Register to reflect such Partially Satisfied Claim as satisfied in part as set forth on **Schedule 1, Schedule 2 and Schedule 3**.

**PLEASE TAKE FURTHER NOTICE** that The FTX Recovery Trust reserves any and all rights to amend, supplement, or otherwise modify this Notice and the list of Partially Satisfied Claims identified on **Schedule 1, Schedule 2 and Schedule 3** attached hereto. The FTX Recovery Trust also reserves the right to file objections to any other claims (filed in these Chapter 11 Cases or not) that may be asserted against the Debtors, their estates or the FTX Recovery Trust. The FTX Recovery Trust also reserves any and all rights, claims, and defenses with respect to any and all of the Partially Satisfied Claims identified on **Schedule 1**, **Schedule 2 and Schedule 3**, and nothing included or omitted from this Notice shall impair, prejudice, or otherwise affect any such rights, claims, and defenses. Notwithstanding anything contained in this Notice or the exhibit attached hereto, nothing herein will be construed as a waiver of any rights that the FTX Recovery Trust may have to enforce rights of setoff against the Claimants.

Dated: July 22, 2025
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

<u>*/s/ Kimberly A. Brown*</u>
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel to the FTX Recovery Trust*



P
US POSTAGE PAID
$11.00
Origin: 92101
08/29/25
0567300101-63
PRIORITY MAIL®
0 Lb 6.60 Oz
RDC 03
EXPECTED DELIVERY DAY: 09/02/25
C012
SHIP TO:
824 N MARKET ST
WILMINGTON DE 19801-3024
USPS TRACKING® #
9505 5152 0298 5241 8726 55

PI

- Date c
- USPS
  interna
- Limitec
- Pick up
- Order s
- When u
  declara

* Domes

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:
Bijan Mostofavi
8465 June Lake Dr.
San Diego, CA 92119

TO:
Office of the Clerk
U.S. Bankruptcy Court for
The District of Delaware:
824 Market St. 3rd floor
Wilmington, Delaware 198

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL U

* Domestic only. * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.