IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

RECEIVED
2025 SEP -2  P 1:38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## MOTION FOR PERMISSION TO USE ELECTRONIC CASE FILING (CM/ECF)

Movant, pro se, Kihyuk Nam, respectfully moves the Court for an order granting permission to file documents electronically through the Court's Case Management/Electronic Case Filing ("CM/ECF") system in this case.

1. I reside in Incheon, South Korea. Physical filing by paper and service by international courier are subject to significant logistical delays, time zone differences, and cost, which increase the risk of late filings and prejudice to all parties.

2. Fed. R. Bankr. P. 5005(a)(2)(A) and the Court's Administrative Procedures permit the Court, in its discretion, to authorize a pro se litigant to file electronically. I seek such authorization and will comply with all applicable Local Rules and the Court's CM/ECF Administrative Procedures.

3. I have reliable internet access and the ability to generate and submit PDF documents. I consent to electronic service via CM/ECF at the email address below and agree to maintain my CM/ECF registration and contact information current.

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**WHEREFORE,** for the reasons set forth herein, Movant respectfully requests that the Court enter the accompanying proposed order (a) granting permission to use CM/ECF in these cases, (b) directing Movant to complete any required registration or training and to comply with all applicable rules and procedures, and (c) granting such other and further relief as is just and proper.

Dated: September 1, 2025
       Incheon, South Korea

Respectfully submitted,

**KIHYUK NAM**

/s/ *Kihyuk Nam*
Kihyuk Nam
107 Haedoji-ro, Building 2, 2404
Yeonsu-gu, Incheon 21997
South Korea
Telephone: (+82) 10-2914-4866
Facsimile: (+82) 508-911-8431
E-mail: kihyuknam@hanyang.ac.kr

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (KBO)<br>)<br>) (Jointly Administered)<br>) |

### ORDER GRANTING PERMISSION TO USE CM/ECF

Upon the Motion for Permission to Use Electronic Case Filing (CM/ECF) filed by pro se Movant, Kihyuk Nam; and after due consideration; IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. Movant is authorized to file electronically in these cases via the Court's CM/ECF system, subject to completion of any required registration or training and ongoing compliance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Court's CM/ECF Administrative Procedures.

3. Movant consents to service by electronic means through CM/ECF at the email address provided in the Motion, and shall keep his CM/ECF registration information current.

4. The Court retains jurisdiction to interpret and enforce this Order.

Dated: September ____, 2025
Wilmington, Delaware

                                                                                    **THE HONORABLE**
                                                                                    **KAREN B. OWENS**
                                                                                    **CHIEF JUDGE**