# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., et al.,[1] | ) Case No. 22-11068 (KBO) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

RECEIVED
2025 SEP -2 P 1:39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kihyuk Nam, hereby certify that on September 1, 2025, I served true and correct copies of the following documents upon counsel for FTX Recovery Trust (substituted for FTX Trading Ltd. and its affiliated Appellees) by electronic mail:

Motion for (I) Status Conference and Limited Administrative Relief Regarding Disposition of FTT; and (II) in the Alternative, Order under 11 U.S.C. § 554(b); • Declaration of Kihyuk Nam in support thereof, with Exhibits (including Exhibit A, Exhibit B and Exhibit C); • Motion to Shorten Notice; • [Proposed] Order Shortening Notice; • [Proposed] Order (substantive relief); • Notice of Motion; and • Motion for Permission to Use Electronic Case Filing (CM/ECF) and [Proposed] Order.

All documents were emailed on September 1, 2025 to the addresses below:

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

**SERVICE LIST**

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, DE 19899
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Counsel for Appellee
**Electronic Mail**

United States Trustee for Region 3
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
E-mail: USTPRegion03.WL.ECF@usdoj.gov

United States Trustee
**Electronic Mail**

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
Michael O'Connor
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com
oconnorm@sullcrom.com

Counsel for Appellee
**Electronic Mail**

Dated: September 1, 2025
Incheon, South Korea

Respectfully submitted,

**KIHYUK NAM**

/s/ *Kihyuk Nam*
Kihyuk Nam
107 Haedoji-ro, Building 2, 2404
Yeonsu-gu, Incheon
21997 South Korea
Telephone: (+82) 10-2914-4866
Facsimile: (+82) 508-911-8431
E-mail: kihyuknam@hanyang.ac.kr

2