# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 27969, 27980, 28289, 28869, 30870 & 32614 |

## OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR REIMBURSEMENT OF EXPENSES OF CERTAIN PROFESSIONALS

Upon consideration of the final fee applications (each a "Fee Application" and, collectively, the "Fee Applications") of those professionals listed on **Exhibit 1** attached hereto (each an "Applicant" and, collectively, the "Applicants") for allowance of certain expenses for the period set forth on each of the Fee Applications (the "Compensation Period"), filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "Interim Compensation Order"), the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] (the "Fee Examiner Order"), the *Supplemental Order Expanding the Scope of the Fee Examiner's Duties with Respect to Certain Professionals* [D.I. 28868] (the "Supplemental Fee Examiner Order"), and the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404] (the "Confirmation Order"); and the Court having entered the *Order Approving Final Fees of Rothschild & Co US Inc. and Perella Weinberg Partners LP* [D.I. 28869] (the "Investment Bankers' Final Fee Order"); and Katherine

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Stadler, as the Court-appointed fee examiner (the "Fee Examiner"), having reviewed the Fee Applications, and filed the *Fee Examiner's Summary Report on Interim and Final Fee Applications* [D.I. 30870] (the "Summary Report") consistent with the terms of the Fee Examiner Order, Investment Bankers' Final Fee Order and the Supplemental Fee Examiner Order; and the Court having reviewed the Fee Applications and the Summary Report; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Applications was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fee Applications; and upon the full record of all proceedings in this case; and after due deliberation and sufficient good cause having been shown therefor;

        IT IS HEREBY ORDERED THAT:

1. Each Fee Application is granted and approved as set forth herein.

2. Each of the Applicants is allowed, on a final basis, reimbursement for actual and necessary expenses incurred during the Compensation Period in the amounts set forth on **Exhibit 1** hereto.

3. To the extent not already paid, the FTX Recovery Trust is authorized and directed to pay each of the Applicants one-hundred percent (100%) of the expenses listed on **Exhibit 1** hereto that have not yet been paid in satisfaction of the allowed fees for expenses incurred during the Compensation Period.

4. This Order shall be deemed a separate order with respect to each of the Fee Applications. Any stay of this Order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is the subject of such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any of the other Applicants.

5. Except as set forth herein, nothing in this Order shall alter, amend, supersede or otherwise modify the Investment Bankers' Final Fee Order.

6. The FTX Recovery Trust is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

7. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: September 4th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE