# **EXHIBIT 1**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Certain Interim and Final Fee Applications

| Professional & Role in Case | Final Compensation Period & Final Fee Application[1] | Total Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Total Expenses Approved on a Final Basis |
|---|---|---|---|---|
| **Perella Weinberg Partners LP** *Investment Banker to the Debtors and Debtors-In-Possession* | 11/16/22 – 10/8/24 D.I. 27980 & 28289 Filed 11/15/24 | $1,491,353.18 | $37,559.98 | $1,453,793.20 |
| **Rothschild & Co US Inc.** *Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-U.S. Customers of FTX.com* | 8/1/23 – 10/8/24 D.I. 27969 Filed 11/15/24 | $79,871.23 | $1,576.47 | $78,294.76 |

---

[1] The requested final fees previously were awarded pursuant to the *Order Approving Final Fees of Rothschild & Co US Inc. and Perella Weinberg Partners LP* [D.I. 28869].