# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) |
| | ) (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Ceratosaurus Investors, L.L.C. | Svalbard II Holdings Limited |
| Name of Transferee | Name of Transferor |
| Name and Address where notices and payments to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Michael Linn<br>E-mail: MLinn@FarallonCapital.com;<br>loanops@FarallonCapital.com | Svalbard II Holdings Limited<br>c/o Attestor Limited<br>7 Seymour Street<br>W1H 7JW<br>London, United Kingdom<br><br>Attn:    Steve Gillies<br>E-mail:    settlements@attestor.com<br>Phone:  +44 0207 074 9653 |

*[continues on next page]*

**PORTION OF CLAIM TRANSFERRED: 16.67% OF THE 100% TOTAL CLAIM HELD BY THE TRANSFEROR AS NOTED BELOW**

Type and Amount of Interest Transferred:

| Share Type | Share Count |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 729,394.00 |
| Series B preferred stock issued by FTX Trading Ltd. | 476,917.00 |
| Series C preferred stock issued by FTX Trading Ltd. | 35,956.00 |
| Class A common stock issued by West Realm Shires Inc. | 2,047,333.00 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

<u>Transferee</u>
**Ceratosaurus Investors, L.L.C.**
By: Farallon Capital Management, L.L.C., Its Manager

By: _____(Michael G Linn)_____
Name: Michael G Linn
Title: Managing Member

<u>Transferor</u>
**SVALBARD II HOLDINGS LIMITED**

By: _____
Name: Christopher Guth
Title: Authorized Attorney

Doc ID: d551f3ea8ebf1024e9623c410827127c86a06f2c