IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Space Walnut, Ltd. <br> Name of Transferee | Svalbard II Holdings Limited <br> Name of Transferor |
| Name and Address where notices and payments to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| c/o Crowell & Moring LLP <br> 375 9th Ave, 44th Floor <br> New York, NY 10001 <br><br> Attention: Timothy Lin <br> Email 1: tlin@crowell.com <br> Email 2: FTX@kingstreet.com | Svalbard II Holdings Limited <br> c/o Attestor Limited <br> 7 Seymour Street <br> W1H 7JW <br> London, United Kingdom <br><br> Attn: Steve Gillies <br> E-mail: settlements@attestor.com <br> Phone: +44 0207 074 9653 |

*[continues on next page]*

Doc ID: 96238a1c98b49da187e0b8bf74b1e80182f9c029

**\*\*PORTION OF CLAIM TRANSFERRED: 16.67% OF THE 100% TOTAL CLAIM HELD BY THE TRANSFEROR AS NOTED BELOW\*\***

Type and Amount of Interest Transferred:

| Share Type | Share Count |
|---|---|
| Series A preferred stock issued by West Realm Shires Inc. | 729,394.00 |
| Series B preferred stock issued by FTX Trading Ltd. | 476,917.00 |
| Series C preferred stock issued by FTX Trading Ltd. | 35,956.00 |
| Class A common stock issued by West Realm Shires Inc. | 2,047,333.00 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

<u>Transferee</u>
**Space Walnut, Ltd.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory

<u>Transferor</u>
**SVALBARD II HOLDINGS LIMITED**

By: _____
Name:  Christopher Guth
Title:   Authorized Attorney