IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket Nos. 32632 & 32633** |

**ORDER DENYING (A) MOTION TO SHORTEN NOTICE WITH RESPECT TO MOTION FOR (I) STATUS CONFERENCE AND LIMITED ADMINISTRATIVE RELIEF REGARDING DISPOSITION OF FTT; AND IN THE ALTERNATIVE, ORDER UNDER 11 U.S.C. § 554(b) AND (B) MOTION FOR PERMISSION TO USE ELECTRONIC CASE FILING (CM/ECF)**

After consideration of Kihyuk Nam's *Motion to Shorten Notice With Respect To Motion For (I) Status Conference And Limited Administrative Relief Regarding Disposition Of FTT; And In The Alternative, Order Under 11 U.S.C. § 554(b)* (the "Motion to Shorten"), the FTX Recovery Trust's objection to the Motion to Shorten, and Kihyuk Nam's *Motion For Permission To Use Electronic Case Filing (CM/ECF)* ("Motion to Electronically File"), **IT IS HEREBY ORDERED**:

1. The Motion to Shorten and Motion to Electronically File are **DENIED**.

2. The *Motion For (I) Status Conference And Limited Administrative Relief Regarding Disposition Of FTT; And In The Alternative, Order Under 11 U.S.C. § 554(b)* (the "Motion") shall be heard on **October 23, 2025 at 9:30 a.m. (Eastern Time)**.

3. Objections to the Motion shall be filed no later than **October 16, 2025 at 4:00 p.m. (Eastern Time)**.

4. Any reply in support of the Motion shall be filed by **October 21, 2025 at 4:00 p.m. (Eastern time)**.

1

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

6. The FTX Recovery Trust shall serve a copy of this Order on Kihyuk Nam by electronic mail or express mail and file an affidavit of service reflecting such service within 2 business days.

Dated: September 8, 2025
Wilmington, Delaware

Karen B. Owens
Chief Judge