To whom it may concern,

Information regarding Case, court, name of debtors and title of notice

RECEIVED
2025 SEP -8  AM 9:41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**
In re:
FTX TRADING LTD., *et al.*,
Debtors.
Chapter 11
Case No. 22-11068 (KBO) DOC 31800
**NOTICE OF PARTIAL SATISFACTION OF CLAIMS**

Claimant Name:  Brendon Piper
Schedule #6429011
Claim#57973
Email: Brendonpiper223@gmail.com
Phone #: 978-869-0996
Address 7759 Corte Bianca Ct, Las Vegas NV, 89113

I Brendon Piper am opposing the factual basis/disputing the FTX's recovery trust's determination that its partially satisfied claim has been partially satisfied. Based off the attached schedule 2 form stating that I received a partial distribution of 0.132782450000000 BTC.  This distribution amount is an overstatement of at least 0.10440072 BTC.  Looking at the withdrawal activity on my account, you can see the withdrawal amount recorded twice with two different destination addresses.



The 0.10440072 BTC as recorded being sent to **3MKAbdK8ZyJBXN9RfGqT82wKEJhtFZCY9r** was never sent.   This can also be seen at the following URL provided via the FTX.com portal in my account:
https://blockchair.com/bitcoin/address/3MKAbdK8ZyJBXN9RfGqT82wKEJhtFZCY9r?from=ftx



Above screenshot shows 0 transaction activity ever to this address.  Below screenshot is an alternative source, also showing no activity ever to this address.



Please let me know if any additional information is needed in order to have these figures properly corrected. I can be reached at Brendonpiper223@gmail.com or 978-869-0996.

Thank You,

Brendon Piper

**Schedule 2 claim that I am disputing as incorrect**

FTX Trading Ltd. 22-11068 (KBO)
Notice of Partial Satisfaction
Schedule 2

| Claim / Schedule Number | Name | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 57973* | Piper, Brendon | West Realm Shires Services Inc. | BTC | 0.028381730000000 | West Realm Shires Services Inc. | -0.104400720000000 |
| | | | ETHW | 0.000968650000000 | | 0.000968650000000 |
| | | | SOL | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 1,291.781124971451400 | | 1,291.781124971451400 |
| | | | USDT | 1,782.050460250000000 | | 1,782.050460250000000 |

Reason: Claim has been partially satisfied via withdrawal of 0.132782450000000 BTC.

Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)

3






**PRIORITY MAIL EXPRESS**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

US POSTAGE PAID IMI
2025-09-02
89113
C7264544
Commercial
FLAT RATE ENV

USPS PRIORITY MAIL EXPRESS
0007

SIGNATURE REQUIRED

SHIP TO:
BRENDON PIPER
7759 CORTE BIANCA CT
LAS VEGAS NV 89113-4130

OFFICE OF THE COURT CLERK
UNITED STATES BANKRUPTCY COURT FLOOR #3
824 N MARKET ST
WILMINGTON DE 19801-3024

USPS SIGNATURE TRACKING #
9481 7361 0619 4274 3841 04

EP13F July 2022