IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED

2025 SEP -8  AM 8:19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FTX TRADING LTD., et al., | ) |
| | ) Case No. |
| 22-11068 (KBO) | ) |
| Debtors. | ) (Jointly |
| Administered) | |
| | ) |
| | ) Ref. Docket |

No. 31799

RESPONSE TO FTX RECOVERY TRUST'S ONE HUNDRED NINETY-SECOND (NON-SUBSTANTIVE) OMNIBUS

OBJECTION TO CERTAIN LATE FILED PROOFS OF CLAIMS (CUSTOMER CLAIMS)

I, Serla Pepper (also known as Serita Pepper), residing at 4/582 Old South Head Road, Rose Bay, Sydney NSW 2029, Australia, am filing this response pro se (representing myself without an attorney) to the FTX Recovery Trust's Omnibus Objection filed on July 22, 2025 (Docket No. 31799). My email address is sdp@spepper.com.au, and my phone number is +64 403 718 449.

My Proof of Claim relates to my account with Liquid (which was associated with FTX), Account Number 816278. I submitted the claim on June 12, 2025, with Confirmation ID 322571EJOK764350289. The claim asserts holdings in multiple fiat currencies (such as USD) and cryptocurrencies (including XRP, and others), as detailed in my submission. Unfortunately, I did not include supporting documentation at the time of filing because, due to the late filing and subsequent issues, I now have no access to my Liquid account. This means I cannot retrieve or view any information regarding my holdings, personal details, or account numbers associated with it.

I acknowledge that my claim was filed after the Customer Bar Date of September 29, 2023, but I respectfully ask the Court to overrule the objection and allow my claim to proceed. My delay was due to excusable neglect under Bankruptcy Rule 9006(b)(1), as the circumstances were beyond my control and I made every reasonable effort to file on time. Here's what happened, explained step by step:

After the FTX collapse, I made multiple attempts to access my Liquid account to gather the information needed for my claim. However, the account was blocked, and my login authenticator was denied and disabled, creating a major roadblock that took significant time to resolve. Additionally, I encountered IP address issues that I had to rectify on my end—my IP wasn't matching up to the account, even though I've only used one computer the entire time.

It took me considerable time to figure out and fix this mismatch. I contacted both FTX and Liquid support repeatedly for assistance, as I couldn't proceed without their help. Responses took weeks—and sometimes months—to arrive. Each verification step revealed additional issues, requiring more time to fix. For instance, resolving one access problem often led to another technical or verification hurdle.

Attached as Exhibit A are redacted copies of key email correspondence proving these efforts and delays. As soon as access was finally restored, I promptly logged the required information and submitted my claim. By then, however, the bar date had passed. I believe this delay is justified, especially since many other FTX customers received timely notifications via email or mail about the bar date and claims process.

As an international customer in Australia and a Liquid user (rather than a direct FTX account holder), I may not have been given the same level of notice or support—whether due to my location or account type. These bottlenecks were entirely outside my control, and I did my best to address them quickly.

In summary, my late filing resulted from unavoidable access issues (including the IP mismatch), slow support responses, and potential notification disparities for international affiliate customers like me—not from any negligence on my part. Allowing my claim would not harm the estate, as the delay was reasonable in context and won't affect others' distributions. I request that the Court find excusable neglect and deny the objection as to my claim. I am available to provide more details or discuss this further. I consent to service of notices via email at

sdp@spepper.com.au.

Dated: August 13, 2025

Sydney, Australia

Respectfully submitted,

/s/ Serla Pepper

Serla Pepper (pro se)

4/582 Old South Head Road

Rose Bay, Sydney NSW 2029

Australia

Email: sdp@spepper.com.au

CERTIFICATE OF SERVICE

I certify that on August 13, 2025, I served copies of this Response (including Exhibit A) via email to the following counsel

for the FTX Recovery Trust:

- Andrew G. Dietderich (dietdericha@sullcrom.com)

- James L. Bromley (bromleyj@sullcrom.com)

- Brian D. Glueckstein (gluecksteinb@sullcrom.com)

- Christian P. Jensen (jensenc@sullcrom.com)

- Alexa J. Kranzley (kranzleya@sullcrom.com)

Sullivan & Cromwell LLP

125 Broad Street

New York, NY 10004

- Adam G. Landis (landis@lrclaw.com)

- Kimberly A. Brown (brown@lrclaw.com)

- Matthew R. Pierce (pierce@lrclaw.com)

Landis Rath & Cobb LLP

919 Market Street, Suite 1800

Wilmington, DE 19801

/s/ Serla Pepper

**Re:**

From: serita pepper sdp@spepper.com.au
To: Jason Gunn jason.gunn@liquid.com
Date: Thu, 31 Jul 2025, 4:27 pm

Hi Jason,

Hope all is well.

Can you please tell me my account ID?

I have no access to my account due to portal access been disbaled.

Thank you,

Serita

Get Outlook for iOS

---

From: Jason Gunn jason.gunn@liquid.com
To: serita pepper sdp@spepper.com.au
Date: Fri, 1 Aug 2025, 11:34 am

Hello

So you want to know the email address your Liquid account was under?

Its not the one you are emailing from

What is your full name and address

Regards
**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet

## Re:

From: Jason Gunn jason.gunn@liquid.com

To: serita pepper sdp@spepper.com.au

Date: Fri, 30 May 2025, 12:14 pm

There may be available options at a later stage so please look out for updates

Regards

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com

On Fri, May 30, 2025 at 10:11 AM serita pepper <sdp@spepper.com.au> wrote:

Do I have an avenue to go down to recover my funds?

Get Outlook for iOS

**From:** serita pepper <sdp@spepper.com.au>
**Sent:** Friday, May 30, 2025 12:09:37 PM
**To:** Jason Gunn <jason.gunn@liquid.com>
**Subject:** Re:

Hi Jason,

I was not able to. This is what I am trying to get at.

I could not submit a claim, which i tried and couldn't proceed because I couldn't access my account.

Get Outlook for iOS

**From:** Jason Gunn <jason.gunn@liquid.com>

**Sent:** Friday, May 30, 2025 11:43:14 AM
**To:** serita pepper <sdp@spepper.com.au>
**Subject:** Re:

Hello

Have you filed a claim already?

Please be advised that access to the FTX Customer Portal has been disabled for customers that did not log into the FTX Customer Portal and begin Step 3 by March 3, 2025 at 4:00 p.m. (ET).

In accordance with the Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 29464] (the "Order"), this was the deadline to commence the KYC submission process. In the event that the Original Holder of an Unverified Claim listed on Schedule 1 attached to the Order does not commence the KYC submission process with respect to such Unverified Claim on or prior the deadline, the Order states that such Unverified Claim shall be disallowed and expunged in its entirety.

Please refer to the Notice of Expungement of Unverified Customer Entitlement Claims [D.I. 30042] for a listing of claims that are disallowed and expunged under the Order.

More information regarding deadlines associated with the KYC process can be found here: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,
**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com


On Fri, May 30, 2025 at 6:41 AM serita pepper <sdp@spepper.com.au> wrote:

Hi Jason ,

Hope your good.

Ftx has nortifed me that Liquid can help me in regards to claims even though I am outside of the claim window.

Is this correct?

Thanks,

Serita

# You've successfully changed your Liquid account password

**From:** Liquid support@liquid.com
**To:** serita pepper sdp@spepper.com.au
**Date:** Wed, 28 May 2025, 9:16 pm



# Password Change

Hi Serita Daniella ,

You've successfully changed your Liquid account password!

If you did not perform this action, you can recover access at
https://app.liquid.com/forgot-password.

For any other queries, reply directly to this email.

Sincerely,

The Liquid Team

Help Centre    Contact Us

80RR, 08-01, 80 Robinson Road Singapore 068898

Quoine Pte. Ltd. or Quoine Corporation (altogether "Quoine") do not provide any investment or legal advice. If this email contains information regarding financial products or topics relevant to investments, the exclusive purpose of this information is to give general guidance on financial services provided by Quoine. Quoine assumes no responsibility for any losses incurred from any changes or errors in information provided to you and related third parties. Trade or invest at your own risk.

## Re:

From: Jason Gunn jason.gunn@liquid.com
To: serita pepper sdp@spepper.com.au
Date: Fri, 30 May 2025, 1:17 pm

Hello

You can check social media, also try to log into the portal from time to time and then the Kroll website will be good for updates –
https://restructuring.ra.kroll.com/ftx/

Regards

**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com

On Fri, May 30, 2025 at 10:27 AM serita pepper <sdp@spepper.com.au> wrote:

Okay, thank you.

What is the best way to keep up to date with updates?

Twitter?

Get Outlook for iOS

**From:** Jason Gunn <jason.gunn@liquid.com>
**Sent:** Friday, May 30, 2025 12:14:21 PM

**To:** serita pepper <sdp@spepper.com.au>
**Subject:** Re:

## Please Confirm Your New IP Address

---

**From:** Liquid support@liquid.com
**To:** serita pepper sdp@spepper.com.au
**Date:** Fri, 23 May 2025, 7:27 pm



# IP Address Confirmation

Hi Serita Daniella ,

This is to notify you that we have detected a login from an IP address that has not been seen on your account before. This will happen if you have a dynamic IP address, which is common.

Here are your login details:

Email: **serita.pepper@spepper.com.au**
IP Address: **2a09:bac3:189:105::1a:92 (Australia)**
Operating System: **iOS 18.0.1**
Browser: **Mobile Safari 18.0.1**

To confirm the login, please click the button below:

Confirm Login

If this wasn't you, we recommend suspending your account immediately and contact support@liquid.com to report this incident.

For any other queries, reply directly to this email.

Best,
The Liquid Team

Help Centre    Contact Us

80RR, 08-01, 80 Robinson Road Singapore 068898

Quoine Pte. Ltd. or Quoine Corporation (altogether "Quoine") do not provide any investment or legal advice. If this email contains information regarding financial products or topics relevant to investments, the exclusive purpose of this information is to give general guidance on financial services provided by Quoine. Quoine assumes no responsibility for any losses incurred from any changes or errors in information provided to you and related third parties. Trade or invest at your own risk.

**Re:**

From: Jason Gunn
To: serita pepper
Date: Fri, 23 May 2025, 6:43 pm

Password reset ticket was successfully approved. User 816278 - Serita Daniella Pepper - serita.pepper@spepper.com.au has temporary password **VhVRTw7x**

**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com

On Tue, May 20, 2025 at 6:09 AM serita pepper <sdp@spepper.com.au> wrote:

Thank you!!

Get Outlook for iOS

**From:** Jason Gunn <jason.gunn@liquid.com>
**Sent:** Monday, May 19, 2025 2:50:07 PM
**To:** serita pepper <sdp@spepper.com.au>
**Subject:** Re:

Thank you for contacting us.

To reset/update your password, please provide the following:

1. **Your Liquid account email address.**

2. **Selfie of you holding both your identity document and a handwritten note detailing your request**.

Requirements for selfie:

- Please use a light, neutral background.

- Please look straight at the camera.

- Selfie must be in color.

Requirements for identity document:

- Identity document can be national ID, international passport, or driving license.

- Identity document must contain your date of birth.

- Identity document must be original (not photocopied).

- Identity document should be in characters of the Latin alphabet. Japan driving license is accepted.

- Information on the document must be clearly visible.

Requirements for handwritten note:

- Note must contain a reference to Liquid and time/date of your request, for example **"LIQUID I want to reset password 2021-MM-DD"**

- Note must be handwritten and original (not photocopied).



Once we can verify your identity, we will reset the password of your account and provide a **temporary password**.

Warm regards,

**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com

On Sat, May 17, 2025 at 12:19 PM serita pepper <sdp@spepper.com.au> wrote:

Hey Jason,

Hope all is good.

Can you please reset my password again?

The last reset didn't work.

I am have my old PC. Hoping this will work.

Thank you,

**Serita Pepper**
Jeffersons Group

0403 718 449
serita.pepper@spepper.com.au
PO Box 633 Rose Bay NSW 2029

## Re:

From: Jason Gunn jason.gunn@liquid.com
To: serita pepper sdp@spepper.com.au
Date: Mon, 19 May 2025, 2:50 pm

Thank you for contacting us.

To reset/update your password, please provide the following:

1. **Your Liquid account email address.**

2. **Selfie of you holding both your identity document and a handwritten note detailing your request**.

Requirements for selfie:

- Please use a light, neutral background.

- Please look straight at the camera.

- Selfie must be in color.

Requirements for identity document:

- Identity document can be national ID, international passport, or driving license.

- Identity document must contain your date of birth.

- Identity document must be original (not photocopied).

- Identity document should be in characters of the Latin alphabet. Japan driving license is accepted.

- Information on the document must be clearly visible.

Requirements for handwritten note:

- Note must contain a reference to Liquid and time/date of your request, for example **"LIQUID I want to reset password 2021-MM-DD"**

- Note must be handwritten and original (not photocopied).



Once we can verify your identity, we will reset the password of your account and provide a **temporary password**.

Warm regards,

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com


On Sat, May 17, 2025 at 12:19 PM serita pepper <sdp@spepper.com.au> wrote:

Hey Jason,

Hope all is good.

Can you please reset my password again?

The last reset didn't work.

I am have my old PC. Hoping this will work.

Thank you,

**Serita  Pepper**
Jeffersons Group

0403 718 449
serita.pepper@spepper.com.au
PO Box 633 Rose Bay NSW 2029

**Re:**

From: Jason Gunn jason.gunn@liquid.com

To: serita pepper sdp@spepper.com.au

Date: Tue, 7 May 2024, 12:57 pm

There is no updates as yet, although there could be some news in the coming weeks, as you would have gotten from the email Kroll sent last week, I know its been slow, the legal teams are not that quick to move

As soon as there is news we will share, also follow the Kroll links for their updates, they will know more than us

Regards
**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com

On Tue, May 7, 2024 at 10:40 AM serita pepper <sdp@spepper.com.au> wrote:

Hi Team,

Is there any news?

There has been no updates in months from Liquid.

Serita

Get Outlook for iOS

## Re:

From: Jason Gunn jason.gunn@liquid.com

To: serita pepper sdp@spepper.com.au

Date: Tue, 25 Mar 2025, 12:24 pm

That error message is suggesting you are not using the same web browser to log on, check IP address and confirm

are you doing that?

Regards

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com

On Thu, Mar 20, 2025 at 10:20 PM serita pepper <sdp@spepper.com.au> wrote:

Hey Jason,

I waited three days then repeated the process and waited anther three days.

What do you suggest?

Thanks,

Serita

Get Outlook for iOS

**From:** Jason Gunn <jason.gunn@liquid.com>

**Sent:** Thursday, March 6, 2025 4:27:10 PM

**To:** serita pepper <sdp@spepper.com.au>

**Subject:** Re:

Hello

For the IP address issue, please make sure you are logging on via web using the same web browser for both the log in and the email box your emails go too from Liquid

Re password, the cooling period is 3 days, wait til that passes and you will be fine

Regards
**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com


On Thu, Mar 6, 2025 at 9:36 AM serita pepper <sdp@spepper.com.au> wrote:

Hey Jason,

There seems to be a problem.

I cannot log in from the link you sent even though I confirmed my new IP login address from a new link sent to my email.

I also try to change the password to speed up the process, but I keep getting the notification (see attached) even when I give it a few hours/day.

Do you know what could be the issue here?

Thanks, Jason.

Serita



Get Outlook for iOS

**From:** Jason Gunn <jason.gunn@liquid.com>

**Please Confirm Your New IP Address**

**From:** Liquid support@liquid.com

**To:** serita pepper sdp@spepper.com.au

**Date:** Fri, 21 Mar 2025, 1:17 am



# IP Address Confirmation

Hi Serita Daniella ,

This is to notify you that we have detected a login from an IP address that has not been seen on your account before. This will happen if you have a dynamic IP address, which is common.

Here are your login details:

Email: **serita.pepper@spepper.com.au**
IP Address: **2a09:bac2:189:105::1a:90 (Australia)**
Operating System: **iOS 18.0.1**
Browser: **Mobile Safari 18.0.1**

To confirm the login, please click the button below:

> Confirm Login

If this wasn't you, we recommend suspending your account immediately and contact support@liquid.com to report this incident.

For any other queries, reply directly to this email.

Best,
The Liquid Team

80RR, 08-01, 80 Robinson Road Singapore 068898

Quoine Pte. Ltd. or Quoine Corporation (altogether "Quoine") do not provide any investment or legal advice. If this email contains information regarding financial products or topics relevant to investments, the exclusive purpose of this information is to give general guidance on financial services provided by Quoine. Quoine assumes no responsibility for any losses incurred from any changes or errors in information provided to you and related third parties. Trade or invest at your own risk.

**Please Confirm Your New IP Address**

**From:** Liquid support@liquid.com
**To:** serita pepper sdp@spepper.com.au
**Date:** Thu, 6 Mar 2025, 12:32 pm


# IP Address Confirmation

Hi Serita Daniella ,

This is to notify you that we have detected a login from an IP address that has not been seen on your account before. This will happen if you have a dynamic IP address, which is common.

Here are your login details:

Email: **serita.pepper@spepper.com.au**
IP Address: **2a09:bac3:18b:105::1a:a0 (Australia)**
Operating System: **iOS 18.0.1**
Browser: **Mobile Safari 18.0.1**

To confirm the login, please click the button below:

Confirm Login

If this wasn't you, we recommend suspending your account immediately and contact support@liquid.com to report this incident.

For any other queries, reply directly to this email.

Best,
The Liquid Team

Help Centre    Contact Us

80RR, 08-01, 80 Robinson Road Singapore 068898

Quoine Pte. Ltd. or Quoine Corporation (altogether "Quoine") do not provide any investment or legal advice. If this email contains information regarding financial products or topics relevant to investments, the exclusive purpose of this information is to give general guidance on financial services provided by Quoine. Quoine assumes no responsibility for any losses incurred from any changes or errors in information provided to you and related third parties. Trade or invest at your own risk.

## Re:

From: Jason Gunn jason.gunn@liquid.com

To: serita pepper sdp@spepper.com.au

Date: Thu, 6 Mar 2025, 4:27 pm

Hello

For the IP address issue, please make sure you are logging on via web using the same web browser for both the log in and the email box your emails go too from Liquid

Re password, the cooling period is 3 days, wait til that passes and you will be fine

Regards

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com

On Thu, Mar 6, 2025 at 9:36 AM serita pepper <sdp@spepper.com.au> wrote:

Hey Jason,

There seems to be a problem.

I cannot log in from the link you sent even though I confirmed my new IP login address from a new link sent to my email.

I also try to change the password to speed up the process, but I keep getting the notification (see attached) even when I give it a few hours/day.

Do you know what could be the issue here?

Thanks, Jason.

Serita

Get Outlook for iOS

---

**From:** Jason Gunn <jason.gunn@liquid.com>
**Sent:** Tuesday, March 4, 2025 11:56:55 AM
**To:** serita pepper <sdp@spepper.com.au>
**Subject:** Re:

Sincere apologies for the delay, your 2FA has now been disabled, you can now log onto https://app.liquid.com/sign-in/ and set up another 2FA so that you can log onto the FTX Claims Portal

We also highly recommend you save the back-up codes in either QR or text format in case you lose your 2FA device and need to re-enable 2FA with a new phone.

Here's a useful Liquid article on 2FA: How to set up 2-factor authentication?

Warm regards
**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com


On Sat, Mar 1, 2025 at 8:53 AM serita pepper <sdp@spepper.com.au> wrote:

Hey Jason,

Hope your good!!

Did you manage to find my address?

Thanks.

Serita

**Please Confirm Your New IP Address**

**From:** Liquid support@liquid.com
**To:** serita pepper sdp@spepper.com.au
**Date:** Wed, 5 Mar 2025, 5:26 pm



# IP Address Confirmation

Hi Serita Daniella ,

This is to notify you that we have detected a login from an IP address that has not been seen on your account before. This will happen if you have a dynamic IP address, which is common.

Here are your login details:

Email: **serita.pepper@spepper.com.au**
IP Address: **2a09:bac3:189:105::1a:e2 (Australia)**
Operating System: **iOS 18.0.1**
Browser: **Mobile Safari 18.0.1**

To confirm the login, please click the button below:

Confirm Login

If this wasn't you, we recommend suspending your account immediately and contact support@liquid.com to report this incident.

For any other queries, reply directly to this email.

Best,
The Liquid Team

Help Centre    Contact Us

80RR, 08-01, 80 Robinson Road Singapore 068898

Quoine Pte. Ltd. or Quoine Corporation (altogether "Quoine") do not provide any investment or legal advice. If this email contains information regarding financial products or topics relevant to investments, the exclusive purpose of this information is to give general guidance on financial services provided by Quoine. Quoine assumes no responsibility for any losses incurred from any changes or errors in information provided to you and related third parties. Trade or invest at your own risk.

## Re:

From: Jason Gunn jason.gunn@liquid.com
To: serita pepper sdp@spepper.com.au
Date: Tue, 4 Mar 2025, 11:57 am

Sincere apologies for the delay, your 2FA has now been disabled, you can now log onto https://app.liquid.com/sign-in/ and set up another 2FA so that you can log onto the FTX Claims Portal

We also highly recommend you save the back-up codes in either QR or text format in case you lose your 2FA device and need to re-enable 2FA with a new phone.

Here's a useful Liquid article on 2FA: How to set up 2-factor authentication?

Warm regards

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com

On Sat, Mar 1, 2025 at 8:53 AM serita pepper <sdp@spepper.com.au> wrote:

Hey Jason,

Hope your good!!

Did you manage to find my address?

Thanks.

Serita

Get Outlook for iOS

**From:** Jason Gunn <jason.gunn@liquid.com>
**Sent:** Thursday, February 27, 2025 11:53:43 AM

**To:** serita pepper <sdp@spepper.com.au>
**Subject:** Re:

I can help with that

Please allow 24 hours for it to be done

Regards

**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com

On Thu, Feb 27, 2025 at 8:39 AM serita pepper <sdp@spepper.com.au> wrote:

Thanks, Jason.

Who do I reach out to help with my liquid account.

I don't have access to my 6-digit verification code.

Thank you.

Serita

Get Outlook for iOS

**From:** Jason Gunn <jason.gunn@liquid.com>
**Sent:** Thursday, February 27, 2025 10:57:07 AM
**To:** serita pepper <sdp@spepper.com.au>
**Subject:** Re:

Thanks for reaching out.

We are unable to give an exact date for the resolution of your claim, however, the Court-

approved Chapter 11 Plan of Reorganization (the "Plan") became effective on January 3, 2025. For more information regarding Distributions, please refer to https://support.ftx.com/hc/en-us/articles/33190623459092-General-Information-on-Distribution-Service-Providers

If you have completed Steps 3 to 8, the next step is to wait for updates from Kroll, the court appointed Claims Administrator and Noticing Agent.

Thank you,

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com

On Thu, Feb 27, 2025 at 7:50 AM serita pepper <sdp@spepper.com.au> wrote:

Hi Team,

Ftx has started dispersing funds back.

When will we have access to our funds?

Thanks,

Serita

Get Outlook for iOS

**Re:**

From: Jason Gunn jason.gunn@liquid.com
To: serita pepper sdp@spepper.com.au
Date: Thu, 27 Feb 2025, 11:54 am

I can help with that

Please allow 24 hours for it to be done

Regards

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com

On Thu, Feb 27, 2025 at 8:39 AM serita pepper <sdp@spepper.com.au> wrote:

Thanks, Jason.

Who do I reach out to help with my liquid account.

I don't have access to my 6-digit verification code.

Thank you.

Serita

Get Outlook for iOS

**From:** Jason Gunn <jason.gunn@liquid.com>
**Sent:** Thursday, February 27, 2025 10:57:07 AM
**To:** serita pepper <sdp@spepper.com.au>
**Subject:** Re:

Thanks for reaching out.

We are unable to give an exact date for the resolution of your claim, however, the Court-approved Chapter 11 Plan of Reorganization (the "Plan") became effective on January 3, 2025. For more information regarding Distributions, please refer to https://support.ftx.com/hc/en-us/articles/33190623459092-General-Information-on-Distribution-Service-Providers

If you have completed Steps 3 to 8, the next step is to wait for updates from Kroll, the court appointed Claims Administrator and Noticing Agent.

Thank you,

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com


On Thu, Feb 27, 2025 at 7:50 AM serita pepper <sdp@spepper.com.au> wrote:

Hi Team,

Ftx has started dispersing funds back.

When will we have access to our funds?

Thanks,

Serita

Get Outlook for iOS

**Re:**

From: Jason Gunn jason.gunn@liquid.com
To: serita pepper sdp@spepper.com.au
Date: Thu, 27 Feb 2025, 10:57 am

Thanks for reaching out.

We are unable to give an exact date for the resolution of your claim, however, the Court-approved Chapter 11 Plan of Reorganization (the "Plan") became effective on January 3, 2025. For more information regarding Distributions, please refer to https://support.ftx.com/hc/en-us/articles/33190623459092-General-Information-on-Distribution-Service-Providers

If you have completed Steps 3 to 8, the next step is to wait for updates from Kroll, the court appointed Claims Administrator and Noticing Agent.

Thank you,
**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com

On Thu, Feb 27, 2025 at 7:50 AM serita pepper <sdp@spepper.com.au> wrote:

Hi Team,

Ftx has started dispersing funds back.

When will we have access to our funds?

Thanks,

Serita

Get Outlook for iOS

## Re:

From: Jason Gunn jason.gunn@liquid.com
To: serita pepper sdp@spepper.com.au
Date: Thu, 27 Feb 2025, 4:45 pm

What email address is the account under?

I checked for the one you are using to email on

Regards

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com

On Thu, Feb 27, 2025 at 8:56 AM serita pepper <sdp@spepper.com.au> wrote:

Thank you, Jason.

Serita

Get Outlook for iOS

**From:** Jason Gunn <jason.gunn@liquid.com>
**Sent:** Thursday, February 27, 2025 11:53:43 AM
**To:** serita pepper <sdp@spepper.com.au>
**Subject:** Re:

I can help with that

Please allow 24 hours for it to be done

Regards

**Jason Gunn**

Head of Customer Support

www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com


On Thu, Feb 27, 2025 at 8:39 AM serita pepper <sdp@spepper.com.au> wrote:

Thanks, Jason.

Who do I reach out to help with my liquid account.

I don't have access to my 6-digit verification code.

Thank you.

Serita

Get Outlook for iOS

---

**From:** Jason Gunn <jason.gunn@liquid.com>
**Sent:** Thursday, February 27, 2025 10:57:07 AM
**To:** serita pepper <sdp@spepper.com.au>
**Subject:** Re:

Thanks for reaching out.

We are unable to give an exact date for the resolution of your claim, however, the Court-approved Chapter 11 Plan of Reorganization (the "Plan") became effective on January 3, 2025. For more information regarding Distributions, please refer to https://support.ftx.com/hc/en-us/articles/33190623459092-General-Information-on-Distribution-Service-Providers

If you have completed Steps 3 to 8, the next step is to wait for updates from Kroll, the court appointed Claims Administrator and Noticing Agent.

Thank you,
**Jason Gunn**
Head of Customer Support

www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com


On Thu, Feb 27, 2025 at 7:50 AM serita pepper <sdp@spepper.com.au> wrote:

Hi Team,

Ftx has started dispersing funds back.

When will we have access to our funds?

Thanks,

Serita

Get Outlook for iOS

**Re:**

From: Jason Gunn jason.gunn@liquid.com
To: serita pepper sdp@spepper.com.au
Date: Wed, 8 May 2024, 11:26 am

This was the kroll email content

Please find below a link to the following important document recently filed in the bankruptcy proceedings of FTX Trading Ltd., et al., Case No. 22-11068, United States Bankruptcy Court for the District of Delaware:

- **Notice Of Hearing Of Motion Of The Debtors For Entry Of An Order (I) Approving The Adequacy Of The Disclosure Statement; (II) Approving Solicitation Packages; (III) Approving The Forms Of Ballots; (IV) Establishing Voting, Solicitation And Tabulation Procedures; And (V) Establishing Notice And Objection Procedures For The Confirmation Of The Plan [Docket No. 13628]**

Please take notice that the Debtors intend to file their Amended Joint Plan of Reorganization and the Disclosure Statement related thereto on or about May 7, 2024. These and certain documents related to the Plan and Disclosure Statement are or will be posted to the following page:

**https://media.ra.kroll.com/ftx/plananddisclosurestatement/1/FTXDisclosureStatement.html**.

For additional information, and to download all documents filed in the Debtors' chapter 11 cases free of charge, please visit **https://restructuring.ra.kroll.com/FTX**

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

**Regards**

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com

On Tue, May 7, 2024 at 6:46 PM serita pepper <sdp@spepper.com.au> wrote:

Hi Jason,

1 / 2

Thank you for the prompt reply.

I never received the Kroll e-mail can you please forward that to me?

Glad to hear there is some communication and yes legal teams like to drag the time out.

Thanks, Jason.

Regards
Serita

Get Outlook for iOS

---

**From:** Jason Gunn <jason.gunn@liquid.com>
**Sent:** Tuesday, May 7, 2024 12:57:05 PM
**To:** serita pepper <sdp@spepper.com.au>
**Subject:** Re:

There is no updates as yet, although there could be some news in the coming weeks, as you would have gotten from the email Kroll sent last week, I know its been slow, the legal teams are not that quick to move

As soon as there is news we will share, also follow the Kroll links for their updates, they will know more than us

Regards
**Jason Gunn**
Head of Customer Support
www.liquid.com
QUOINE Pte. Ltd. / QUOINE Corporation
Blockchain - Exchange - Payment - Wallet
jason.gunn@liquid.com

On Tue, May 7, 2024 at 10:40 AM serita pepper <sdp@spepper.com.au> wrote:

Hi Team,

Is there any news?

There has been no updates in months from Liquid.

Serita

Get Outlook for iOS

**Re:**



From: Jason Gunn jason.gunn@liquid.com

To: serita pepper sdp@spepper.com.au

Cc: Liquid support@liquid.com

Date: Fri, 28 Jul 2023, 4:53 pm

We will provide an update in due course.

In the meantime, please visit the following site for updates on the proceedings: https://restructuring.ra.kroll.com/FTX/Home-Index.

If you wish to make a claim please see details on the included article – https://help.liquid.com/en/articles/8165529-making-a-claim-on-the-ftx-claims-portsl

Thank you for your understanding.

Regards

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com

On Thu, Jul 27, 2023 at 5:03 PM serita pepper <sdp@spepper.com.au> wrote:

Hi Team,

If people are able to redeem their FTX holdings why are people still locked out of their Liquid accounts?

When will this be resolved? There must be a rough date available.

It is getting beyond ridiculous now, wouldn't you think?

Thanks you,

Serita

## Re: Hi Team, Has there been any further updates in regards to realise o...

**From:** Jason from Liquid Jason.gunn@liquid.com

**To:** serita pepper sdp@spepper.com.au

**Date:** Sun, 4 Jun 2023, 4:11pm

We will provide an update in due course.
In the meantime, please visit the following site for updates on the proceedings:
https://restructuring.ra.kroll.com/FTX/Home-Index.
Thank you for your understanding.
Regards
Jason Gunn
Head of Customer Support

**Jason**
Liquid

On Sun, Jun 4, 2023 at 09:55 AM, "Serita pepper" <sdp@spepper.com.au> wrote:

Hi Team,

Has there been any further updates in regards to realise of funds?

Or any updates whatsoever?

Thank you,

Serita

Get Outlook for iOS

**Re:**

From: Jason Gunn jason.gunn@liquid.com

To: serita pepper sdp@spepper.com.au

Cc: Liquid support@liquid.com

Date: Thu, 2 Nov 2023, 11:16 am

We will provide an update in due course.

In the meantime, please visit the following site for updates on the proceedings:
https://restructuring.ra.kroll.com/FTX/Home-Index.

here is some articles that may help, you can still do a claim now, even though the Bar date has passed

https://help.liquid.com/en/articles/8165529-making-a-claim-on-the-ftx-claims-portal

https://help.liquid.com/en/articles/8230816-actions-required-before-the-bar-date-on-september-29-2023

Thank you for your understanding.

Regards

**Jason Gunn**

Head of Customer Support

www.liquid.com

QUOINE Pte. Ltd. / QUOINE Corporation

Blockchain - Exchange - Payment - Wallet

jason.gunn@liquid.com

On Wed, Nov 1, 2023 at 11:02 PM serita pepper <sdp@spepper.com.au> wrote:

Hi Team,

1 / 2

Is there any update? Been months now with zero communication.

Thank you,

Serita

Get Outlook for iOS

Serita

Get Outlook for iOS

---

From: Rubylin from Liquid rubylin.necesario@liquid.com
To: serita pepper sdp@spepper.com.au
Date: Sat, 19 Nov 2022, 12:10 am

Hi Serita,

We understand where you're coming from. We will provide updates when available.

Kindly follow our social media accounts and help article for updates:

https://help.liquid.com/en/articles/6740246-deposits-and-withdrawals-at-liquid
Twitter | Facebook | IG | LinkedIn

Warm regards,
Rubylin Necesario
Liquid Customer Support
---
Liquid Vision: easily manage and track your portfolio in one place. Only at app.liquid.com/vision

 **Rubylin** from Liquid

On Thu, Nov 17, 2022 at 06:57 PM, "Serita pepper" <sdp@spepper.com.au> wrote:
Hi Ruby,

Honestly, tell the higher-ups if the money is gone, to rip the band-aid off quicker.

People are just so over the lies.

Liquid - do better!!

Get Outlook for iOS

## Re: Hi Team, Looking for an update. The radio silence quite frankly, is...

**From:** Adonis from Liquid adonis.camaing@liquid.com

**To:** serita pepper sdp@spepper.com.au

**Date:** Wed, 7 Dec 2022, 3:02 pm

Hi Serita,

This is Don from Liquid Customer Support.

We are still in discussion with lawyers and regulators about removing the restraining order on our customers funds that are safely stored on Cold Wallets and banks. this is due to the incident with FTX filling for Chapter 11.

Our management is tirelessly working reaching out to people involved to unfreeze these funds.

We are hoping by sometime on the end of the year the Liquid Platform will be back to normalcy and get customers fund flowing again.

We will provide updates when available our social media channels.
https://twitter.com/liquid_global
https://facebook.com/LiquidGlobal/

Warm regards,

Adonis Camaing
Liquid Support team

Liquid Help Center
Follow us: Twitter | Facebook | IG | LinkedIn

 **Adonis** from Liquid

On Wed, Dec 7, 2022 at 11:34 AM, "Serita pepper" <sdp@spepper.com.au> wrote:

Hi Team,

Looking for an update.

The radio silence quite frankly, is terrible.

As customers, I feel we deserve more updates on the situation.


Thanks,


Serita

Get Outlook for iOS

---

From:   Jason from Liquid jason.gunn@liquid.com
   To:   serita pepper sdp@spepper.com.au
 Date:   Wed, 7 Dec 2022, 6:16 pm

Hi Serita,

Just wanted to jump in here and assist, the timeline that Adonis mentioned is very approximate and unrealistic at this stage, and I would not want to lead you to thinking that a solution is only a couple of weeks away, I would love to be able to give you more regular or positive updates but as the suspension is in compliance with the voluntary chapter 11 proceedings in the US we need to wait for them to provide updates, this does unfortunately take time, I fully sympathize with you and will keep you posted as I hear progress, we all want that as soon as possible

Thank you for yur patience

Jason Gunn
Head of Customer Support

**Jason** from Liquid


On Wed, Dec 7, 2022 at 12:46 PM, "Serita pepper" <sdp@spepper.com.au> wrote:
   Hi Adonis,


   Thank you for taking the time to explain.


   Very thorough thank you.

2 / 7

Hopefully we get some good news soon, likewise glad to hear customers funds were not on FTX books.


Thanks,


Serita


Get Outlook for iOS
On Wed, Dec 7, 2022 at 12:02 PM, "Adonis Camaing" <adonis.camaing@liquid-6caa763d297b.intercom-mail.com> wrote:

> Hi Serita,
>
> This is Don from Liquid Customer Support.
>
> We are still in discussion with lawyers and regulators about removing the restraining order on our customers funds that are safely stored on Cold Wallets and banks. this is due to the incident with FTX filling for Chapter 11.
>
> Our management is tirelessly working reaching out to people involved to unfreeze these funds.
>
> We are hoping by sometime on the end of the year the Liquid Platform will be back to normalcy and get customers fund flowing again.
>
> We will provide updates when available our social media channels.
> https://twitter.com/liquid_global
> https://facebook.com/LiquidGlobal/
>
> Warm regards,
>
> Adonis Camaing
> Liquid Support team
>
> Liquid Help Center
> Follow us: Twitter | Facebook | IG | LinkedIn
> On Wed, Dec 7, 2022 at 11:34 AM, "Serita pepper" <sdp@spepper.com.au> wrote:
>
>> Hi Team,
>>
>>
>> Looking for an update.

2 / 7

The radio silence quite frankly, is terrible.

As customers, I feel we deserve more updates on the situation.

Thanks,

Serita

Get Outlook for iOS

---

**From:** Jason from Liquid jason.gunn@liquid.com

**To:** serita pepper sdp@spepper.com.au

**Date:** Thu, 8 Dec 2022, 10:53 am

Appreciate that feedback, Ill see if we can share a few more details a bit more regularly

Thanks
Jason

**Jason** from Liquid

On Thu, Dec 8, 2022 at 06:26 AM, "Serita pepper" <sdp@spepper.com.au> wrote:

Hi Jason,

Thank you.

It's fine. I knew it would take longer than a few weeks.

I think Liquid's social media presence needs more updates.

Even just a few snippets of what's going on more regularly.

Thanks, Jason.

Serita

Get Outlook for iOS
On Wed, Dec 7, 2022 at 03:15 PM, "Jason" <jason.gunn@liquid-6caa763d297b.intercom-mail.com> wrote:

Hi Serita,

Just wanted to jump in here and assist, the timeline that Adonis mentioned is very approximate and unrealistic at this stage, and I would not want to lead you to thinking that a solution is only a couple of weeks away, I would love to be able to give you more regular or positive updates but as the suspension is in compliance with the voluntary chapter 11 proceedings in the US we need to wait for them to provide updates, this does unfortunately take time, I fully sympathize with you and will keep you posted as I hear progress, we all want that as soon as possible

Thank you for yur patience

Jason Gunn
Head of Customer Support
On Wed, Dec 7, 2022 at 12:46 PM, "Serita pepper" <sdp@spepper.com.au> wrote:

Hi Adonis,

Thank you for taking the time to explain.

Very thorough thank you.

Hopefully we get some good news soon, likewise glad to hear customers funds were not on FTX books.

Thanks,

**CF 167 123 698 AU**

August 2021 8840472

**CN23**

**AIR MAIL**
INTERNATIONAL
PARCEL

## Instructions
1. Please read the Australia Post Terms and Conditions applying to this service, available at www.auspost.com.au or at a Post Office.
2. Please press firmly with a ballpoint pen - you are making multiple copies. Please write the destination city and country in ENGLISH. If you also wish to address the item in the language of destination, please attach a separate address directly to the package.

## 1. From (Sender)
Name: Sevita Peggier
Address: C/132 Old South Head Road, Rose Bay
City / State / Postcode: NSW 2027
Country: Australia
Email:
Company Name:
Telephone No.: 0403 716 449

## 2. To (Receiver)
Name: Office of the Clerk
Importer's Reference No.:
Address: United States bankruptcy court for district of Delaware, 824 North Market Street, 3rd floor
City / State / Postcode: Wilmington, DE 19801
Country: United States
Email:
Company Name:
Telephone No.:

## 3. Customs Declaration

| Category Of Item (Tick ✓) | Full Description Of Goods | No. Of Items | Net Weight (kgs) | Value (AUD$) | HS Tariff No. | Country Of Origin |
|---|---|---|---|---|---|---|
| ☐ Documents  ☐ Merchandise  ☐ Commercial Sample  ☐ Gift  ☐ Other  ☐ Returned Goods | Booklet | | | $30.- | 49/11/99 | |
| | | | | $ | | |
| | | | | $ | | |
| Reason For Export | TOTAL | | | $ | | |

Export Clearance No.**
For Commercial Items Only

**For goods with a value of $2,000 (AUD) or more

## 4. Extra Cover
☐ Extra Cover (Tick) — For UPU purposes Extra Cover means Insured Value
Amount Of Cover (AUD$)

## 5. In Case Of Non-Delivery
☐ Return By Most Economical Route  ☐ Treat As Abandoned

## 6. Sender's Authorisation And Signature

Signature Of Sender: X
Article without this declaration signed will not be delivered.

### Limitations Of Liability
Australia Post is not a common carrier and accepts no liability as such. The Warsaw Convention may apply to the carriage of goods under this service and exclude or limit Australia Post's liability for losses. See the Australia Post Terms and Conditions at www.auspost.com.au or at a Post Office.

Australia Post



**CF 167 123 698 AU**