## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*,[1]

Debtors.

Chapter 11

Case No. 22-11068 (KBO)

(Jointly Administered)

Response Deadline: September 4, 2025 at 4:00 p.m. (ET)

Ref. Nos. 31800 & 31809

# RESPONSE TO NOTICE OF THE FTX RECOVERY TRUST'S NOTICE OF PARTIAL SATISFACTION OF CLAIMS

## Claim Information

Name of Claimant: Ailan Hu

Claim/Schedule Number: 81137*

Amount claimed from Debtor: 0.55 BTC, 0.000028 TRX, 7.56 USD

Amount asserted from Claimant: 0.6 BTC, 0.000028 TRX, 845.11USD

Name, address, telephone number, email address of the Claimant:
Ailan Hu
40428 Citrus Dr
Fremont CA 94538
Tel: 5102705547
Email: ehallcs@gmail.com

## Factual Basis

An account withdrawal history downloaded from FTX.us is presented in Exhibit A. As seen on line 1, 2, 4 and 6, an amount of $845.11 US dollars was requested to withdraw, two requests of withdraw of 0.05 BTC were cancelled, and a request of withdraw 0.5 BTC was made. None of them were withdrawn successfully to the bank or the destination exchange.

## **Relief Requested**

I respectfully request that the Court:

1. Deny the reduction of my claim as set forth in the Notice of Partial Satisfaction of Claims, and
2. Allow my claim in the asserted amount of **0.6 BTC, $845.11 USD, and 0.000028 TRX**

Date: **August 31st, 2025**

Respectfully submitted,

_____
Ailan Hu

# EXHIBIT A

**Withdrawal History shows the red items were not withdrawn or canceled. This is in a total of USD $845.11 and BTC 0.05+0.5+0.05=0.6**

| | Time | Coin | Amount | Destination | Status | Transaction ID | fee |
|---|---|---|---|---|---|---|---|
| 37040 | 2022-11-12T03:12:54.797774+00:00 | USD | 845.11 | *****1970 | requested | Bank transfer to *****1970 | 0 |
| 1512800 | 2022-11-12T01:24:57.537786+00:00 | BTC | 0.05 | 1FEL9esEmJZdJW7oS7FmrZ3nYaZLv8Zrqr | cancelled | | 0 |
| 1507311 | 2022-11-11T20:32:23.566562+00:00 | BTC | 0.5813521 | 1FEL9esEmJZdJW7oS7FmrZ3nYaZLv8Zrqr | complete | b951cd6a873680ee9a43e72f3a13b0086bb6146542790b2f1b7cf425dc3f6cb5 | 0 |
| 1507258 | 2022-11-11T20:30:23.113574+00:00 | BTC | 0.5 | 0xdfcad4d9f725a8dede7df29bb808cbbecdb7481f | requested | | 0 |
| 1507054 | 2022-11-11T20:22:22.326927+00:00 | BTC | 0.05 | 1FEL9esEmJZdJW7oS7FmrZ3nYaZLv8Zrqr | complete | 709b84fdee5dc40246bb1b5428c30181ecd4d6e05d51338b87256d79a7a3568d | 0 |
| 1487930 | 2022-11-11T02:56:14.540263+00:00 | BTC | 0.05 | 0xdfcad4d9f725a8dede7df29bb808cbbecdb7481f | cancelled | | 0 |

# CERTIFICATE OF SERVICE

I hereby certify that on **August 31st, 2025**, I caused a copy of the foregoing **Response to Notice of Partial Satisfaction of Claim** to be served by USPS Priority Mail upon the following:

- **Clerk of the Court**
  U.S. Bankruptcy Court for the District of Delaware
  824 Market Street, 3rd Floor
  Wilmington, DE 19801

And Email upon the following:

- **Counsel for the FTX Recovery Trust**:
    - Sullivan & Cromwell LLP
      Attn: Alexa J. Kranzley
      125 Broad Street
      New York, NY 10004
      (kranzleya@sullcrom.com)
    - Landis Rath & Cobb LLP
      Attn: Kimberly A. Brown & Matthew R. Pierce
      919 Market Street, Suite 1800
      Wilmington, DE 19801
      (brown@lrclaw.com; pierce@lrclaw.com)

Dated: August 31st, 2025

Ailan Hu
40428 Citrus Dr
Fremont, CA 94538
ehallcs@gmail.com

- 1 -

Allan Hu
40428 Citrus Dr.
Fremont CA 94538

OAKLAND CA 945
2 SEP 2025 PM 6 L

Clerk of the Court
U.S. Bankruptcy Court for the District of Delaware
824 Market St. 3rd floor
Wilmington, DE 19801

U.S.M.S. X-RAY

19801-302499