# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
FTX TRADING LTD., *et al.*,[1] : Case No. 22-11068 (KBO)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------ x

## NOTICE OF INTENT TO SERVE SUBPOENA ON CAROLINE ELLISON

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable through Rule 9016 of the Federal Rules of Bankruptcy Procedure, Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (the "Joint Liquidators") of Three Arrows Capital, Ltd. ("3AC"), by and through their attorneys, intend to serve the subpoena annexed hereto as Exhibit A on non-party Caroline Ellison.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the subpoena, the deposition shall commence on **October 14, 2025 starting at 9:00 a.m. Eastern Time**, at Federal Correctional Institution Danbury, 33 1/2 Pembroke Rd, Danbury, CT 06811.

The deposition will be taken upon oral examination by a person authorized to administer oaths and will be recorded by video and stenographic means, subject to permissions by the warden facility and its security protocol. In accordance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, this deposition will be taken for the purpose of discovery and/or used as evidence in connection with the above-captioned proceeding.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: September 9, 2025  /s/ Alexis R. Gambale
New York, New York

John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email: jweiss@pashmanstein.com
   jbarsalona@pashmanstein.com
   agambale@pashmanstein.com

– and –

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Zachary F. Proulx (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com
   adam.goldberg@lw.com
   zachary.proulx@lw.com
   nacif.taousse@lw.com

*Counsel to the Joint Liquidators
of Three Arrows Capital, Ltd.*