IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :
In re:                                                       : Chapter 11
                                                             :
FTX TRADING LTD., *et al.*,[1]                               : Case No. 22-11068 (KBO)
                                                             :
            Debtors.                                         : (Jointly Administered)
                                                             :
------------------------------------------------------------ x

### NOTICE OF INTENT TO SERVE SUBPOENA ON SAM BANKMAN-FRIED

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable through Rule 9016 of the Federal Rules of Bankruptcy Procedure, Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (the "Joint Liquidators") of Three Arrows Capital, Ltd. ("3AC"), by and through their attorneys, intend to serve the subpoena annexed hereto as Exhibit A on non-party Sam Bankman-Fried.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the subpoena, the deposition shall commence on **October 14, 2025 starting at 10:00 a.m. Pacific Time**, at Federal Correctional Institution Terminal Island, 1299 S Seaside Ave, San Pedro, CA 90731.

The deposition will be taken upon oral examination by a person authorized to administer oaths and will be recorded by video and stenographic means, subject to permissions by the warden facility and its security protocol. In accordance with the Federal Rules of Civil Procedure and the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Federal Rules of Bankruptcy Procedure, this deposition will be taken for the purpose of discovery and/or used as evidence in connection with the above-captioned proceeding.

| | |
|---|---|
| Dated: September 9, 2025<br>New York, New York | */s/ Alexis R. Gambale*<br><br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email:  jweiss@pashmanstein.com<br>           jbarsalona@pashmanstein.com<br>           agambale@pashmanstein.com<br><br>– and –<br><br>Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Zachary F. Proulx (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  christopher.harris@lw.com<br>           adam.goldberg@lw.com<br>           zachary.proulx@lw.com<br>           nacif.taousse@lw.com<br><br>*Counsel to the Joint Liquidators*<br>*of Three Arrows Capital, Ltd.* |