UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
In re                                                                  :    Chapter 11
                                                                       :
**FTX TRADING LTD.,** *et al.***,**                                    :    Case No. 22-11068 (KBO)
                                                                       :
              **Debtors.**                                             :    (Jointly Administered)
-------------------------------------------------------------------x

NOTICE OF WITHDRAWAL OF
NOTICE OF TRANSFER OF EQUITY INTEREST

Oaktree Value Opportunities Fund Holdings, L.P., by its undersigned counsel, hereby withdraws the following Notice of Transfer of Equity Interest:

    Docket Number 32459, filed on August 21, 2025.

In addition, Oaktree Value Opportunities Fund Holdings, L.P., by its undersigned counsel, hereby requests the removal from the docket the document filed under such Docket Number.

Dated: September 11, 2025

                                    /s/ Edward J. Leen
                                    Edward J. Leen

                                    MANDEL, KATZ & BROSNAN LLP
                                    100 Dutch Hill Road, Unit 390
                                    Orangeburg, New York 10962
                                    (845) 639 7800

                                    *Attorneys for Oaktree Value Opportunities Fund Holdings, L.P.*

032-8516/7315702.1