# SCHEDULE 1

**Misclassified Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Ninety-First Omnibus Claims Objection**
**Schedule 1 - Misclassified Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 1703** | Name on file | West Realm Shires Services Inc. | NFT (315193340054217403)/THE WEIRD APES #36) | 1.000000000000000 | Class 3B - Other Secured Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (357814217847105622)/THE WEIRD APES #30) | 1.000000000000000 | Class 3B - Other Secured Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (440558029733073696)/CUTE AXOLOTLS COLLECTION #28) | 1.000000000000000 | Class 3B - Other Secured Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (489818026635042715/AADAM APE 04) | 1.000000000000000 | Class 3B - Other Secured Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (528505559304801061/DOLL #6) | 1.000000000000000 | Class 3B - Other Secured Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (531685565161766801/THE CALABS #47) | 1.000000000000000 | Class 3B - Other Secured Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (554452792087008041/TRAVEL SPROUTS COLLECTION #114) | 1.000000000000000 | Class 3B - Other Secured Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | USD | 144.000000000000000 | Class 3B - Other Secured Claims | Class 7B - U.S. Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 80** | Name on file | FTX Trading Ltd. | BTC | 0.071505370000000 | Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | ETH | 1.000000000000000 | Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | ETHW | 1.000000000000000 | Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | EUR | 0.000000264095080 | Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | FTT | 18.522551890000000 | Class 2 - Other Priority Claims | Class 17 - FTT Claims and Interests |
| | | | LINK | 517.115260410000000 | Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | USD | 0.944604872250453 | Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | USDT | 2,274.382151611680000 | Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 81055* | Name on file | FTX Trading Ltd. | BNB | 0.000021140000000 | Administrative, Class 2 - Other Priority Claims, & Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | FRONT | 4,040.512740000000000 | Administrative, Class 2 - Other Priority Claims, & Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | LINA | 7.594550000000000 | Administrative, Class 2 - Other Priority Claims, & Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | LTCBULL | 1,780.171080850000000 | Administrative, Class 2 - Other Priority Claims, & Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | LUA | 1,199,304.436020000000000 | Administrative, Class 2 - Other Priority Claims, & Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | PERP | 9,211.883913000000000 | Administrative, Class 2 - Other Priority Claims, & Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | USD | 0.000153109000826 | Administrative, Class 2 - Other Priority Claims, & Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | USDT | 0.000000009942487 | Administrative, Class 2 - Other Priority Claims, & Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | VETBULL | 111.089888910000000 | Administrative, Class 2 - Other Priority Claims, & Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | WRX | 285,165.562860000000000 | Administrative, Class 2 - Other Priority Claims, & Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 3030* | Name on file | West Realm Shires Services Inc. | AVAX | 10.277600770000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | BRZ | 1.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | BTC | 0.322848840000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | ETH | 0.130354740000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | ETHW | 0.129290090000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | SHIB | 4.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | SOL | 8.166393230000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | TRX | 2.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | USD | 0.000203080278890 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 82*** | Name on file | West Realm Shires Services Inc. | BCH | 9.990000000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | BTC | 0.449805500000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | DOGE | 149.850000000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | ETH | 7.997000000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | ETHW | 7.997000000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | SOL | 9.990000000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | USD | 9,729.200000000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 993** | Name on file | FTX Trading Ltd. | BTC | 0.000045065000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | EUR | 76,856.788413240000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | TRX | 0.010153000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | USD | 0.560279695700000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | USDT | 0.006250000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 5A - Dotcom Customer Entitlement Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 1026* | Name on file | West Realm Shires Services Inc. | BTC | 0.000000000188361 | 503(b)(9) | Class 7B - U.S. Convenience Claims |
| | | | ETHW | 0.125462850000000 | 503(b)(9) | Class 7B - U.S. Convenience Claims |
| | | | SHIB | 30.000000000000000 | 503(b)(9) | Class 7B - U.S. Convenience Claims |
| | | | USD | 37,302.511351597000000 | 503(b)(9) | Class 7B - U.S. Convenience Claims |
| | | | USDT | 0.000175623462915 | 503(b)(9) | Class 7B - U.S. Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 5649* | Name on file | FTX Trading Ltd. | AMPL | 0.000000000183668 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | ATLAS | 5,650.000000000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | AVAX | 1.690100000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | BCH | 0.006553200000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | BTC | 0.593113787925403 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | BULL | 0.000000006000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | CEL | 3.169020000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | COMP | 2.508083300000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | DOT | 0.591360000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | EDEN | 100.594700000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | ETH | 0.354105720000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | ETHW | 0.384105720000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | EUR | 1,001.008410766550000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | FTT | 0.495920000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 17 - FTT Claims and Interests |
| | | | HGET | 51.199410000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | LINK | 0.685720000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | LTC | 0.009796000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | MATIC | 31.970400000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | OMG | 31.483800000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | SLRS | 429.924800000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | SOL | 20.248662000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | SUSHI | 3.960700000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | UNI | 12.675810000000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | USD | 147.043208367218000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | USDT | 1.042903280000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |
| | | | YFI | 0.004094140000000 | Class 2 - Other Priority Claims & Class 7B - U.S. Convenience Claims | Class 7A - Dotcom Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 641** | Name on file | West Realm Shires Services Inc. | BTC | 0.038376680000000 | 503(b)(9) & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | CUSDT | 3.000000000000000 | 503(b)(9) & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | DOGE | 1,593.703206380000000 | 503(b)(9) & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | ETH | 0.469712780000000 | 503(b)(9) & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | ETHW | 0.469511150000000 | 503(b)(9) & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | LTC | 7.356103120000000 | 503(b)(9) & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | SHIB | 3.000000000000000 | 503(b)(9) & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | TRX | 330.906090620000000 | 503(b)(9) & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |
| | | | USD | 6.945171555813810 | 503(b)(9) & Class 7B - U.S. Convenience Claims | Class 7B - U.S. Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 246** | Name on file | FTX Trading Ltd. | EUR | 3,000.000000000000000 | Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 5705* | Name on file | FTX Trading Ltd. | ADABULL | 0.259600000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | ALGOBULL | 1,419,006.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | ATOMBULL | 612.897205000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | BCHBULL | 1,013.416010000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | BNBBULL | 0.631791670000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | COMPBULL | 91.300000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | DOGEBULL | 18.656611540400000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | EOSBULL | 52,664.746100000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | ETCBULL | 2.059557300000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | ETHBULL | 0.084294030000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | GRTBULL | 62.876233400000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | LINKBULL | 124.624309000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | LTCBULL | 62.036544000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | MATICBULL | 46.647324000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |

1703**: Claim was ordered modified on the FTX Recovery Trust's One Hundred Eighth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).
80**: Claim was ordered modified on the FTX Recovery Trust's One Hundred Twenty-Third (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims).
3030*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Sixtieth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims).
82***: Claim was ordered modified on the FTX Recovery Trust's One Hundred Sixty-Seventh (Substantive) Omnibus Objection to Certain Proofs of Claim. Claim was also included in the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).
993**: Claim was ordered modified on the FTX Recovery Trust's One Hundred Eighth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).
1026*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Sixty-Seventh (Substantive) Omnibus Objection to Certain Proofs of Claim (Customer Claims).
5649*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).
641**: Claim was ordered modified on the FTX Recovery Trust's One Hundred Seventy-First (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims).
246**: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).
5705*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Eighth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims).

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| | | | MIDBULL | 0.000007006000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | MKRBULL | 0.912000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | SUSHIBULL | 1,180,000.336800000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | THETABULL | 3.829217020000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | TRX | 0.000013000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | USD | 0.108723043125819 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |
| | | | USDT | 0.000000012857918 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7A - Dotcom Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 669** | Name on file | FTX Trading Ltd. | ADA-PERP | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | BAL-PERP | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | BTC-PERP | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | CHZ-PERP | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | ETH | 164.247726908436000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | FTT-PERP | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | LINK-PERP | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | LTC-PERP | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | MATIC-PERP | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | NEAR-PERP | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | SOL-PERP | 0.000000000000000 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | STETH | 0.000000004136262 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |
| | | | USD | 0.326810137086179 | Class 3B - Other Secured Claims | Class 5A - Dotcom Customer Entitlement Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 221** | Name on file | West Realm Shires Services Inc. | NFT (29251700839124918 3/Doak Walker's Playbook: Texas vs. SMU - November 1, 1947 #43) | 1.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (336957214897128525/Earl Campbell's Playbook: LA Rams vs Houston Oilers - September 4th, 1978 #43) | 1.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (341208949779252703/Earl Campbell's Playbook: Rice vs. Texas - October 1st, 1977 #48) | 1.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (351534738522489011/Doak Walker's Playbook: Texas vs. SMU - November 1, 1947 #42) | 1.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (404100248211573317/Earl Campbell's Playbook: Houston Oilers vs. Chicago Bears - November 16, 1980 #49) | 1.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (445058385291084702/Doak Walker's Playbook: Cleveland Brown vs. Detroit Lions - December 27, 1953 #43) | 1.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (479431984712602080/Doak Walker's Playbook: Detroit Lions vs. Cleveland Browns - December 28, 1952 #35) | 1.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (528818622763180363/Doak Walker's Playbook: SMU vs. Santa Clara - September 27, 1947 #44) | 1.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | NFT (552894883069897267/Doak Walker's Playbook: Detroit Lions vs. Cleveland Browns - December 28, 1952 #36) | 1.000000000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5C - NFT Customer Entitlement Claims |
| | | | BAT | 180.136012740000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | DOGE | 2,674.097435200000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | BRZ | 1,349.835112900000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | CUSDT | 11,584.143532780000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | GRT | 331.284510910000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | KSHIB | 9,409.503661090000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | LINK | 15.728613800000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | SHIB | 153,841,758.488118000000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | TRX | 15,158.821066720000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |
| | | | USD | 13,119.835932418000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 7B - U.S. Convenience Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Asserted Priority / Plan Class | Reclassified Plan Class |
|---|---|---|---|---|---|---|
| 689** | Name on file | West Realm Shires Services Inc. | BTC | 0.000000004000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5B - U.S. Customer Entitlement Claims |
| | | | ETHW | 0.000166950000000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5B - U.S. Customer Entitlement Claims |
| | | | USD | 90,325.048940076400000 | 503(b)(9) & Class 2 - Other Priority Claims | Class 5B - U.S. Customer Entitlement Claims |

Reason: The claimant asserts a priority claim classification for customer entitlements without any evidence to support such claim, and should accordingly be reclassified to the Plan Class provided under the Modified Claim section.

669**: Claim was ordered modified on the FTX Recovery Trust's Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
221**: Claim was ordered modified on the FTX Recovery Trust's One Hundred Third (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
689**: Claim was ordered modified on the FTX Recovery Trust's Forty-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)