# Exhibit A

**Proposed Order Granting Motion of Pu Ke for Status Conference and Limited Administrative Relief**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (KBO) <br><br> (Jointly Administered) <br><br> Related Docket No(s).: [Main Motion D.I. — to be completed by the Clerk] |

## ORDER GRANTING MOTION OF PU KE FOR STATUS CONFERENCE AND LIMITED ADMINISTRATIVE RELIEF

Upon the Motion of Pu Ke (the "Motion") and the certificate of service; the Court finding proper notice and no timely objection (or that objections have been resolved); and after due deliberation, IT IS HEREBY ORDERED:

1. The Motion is GRANTED as set forth herein.

2. The September 30, 2025 distribution confirmation. For the September 30, 2025 distribution, Claim No. 33657 (Class 5A) shall be included and shall not be deferred or kept "Disputed" based solely on residency or nationality.

3. Forward-looking guardrails (Plan-compliant). (a) Absent further order or a material change in facts, residency or nationality alone shall not be used to defer or mark "Disputed" Claim 33657 in subsequent distributions; (b) if the Trust intends to defer or re-dispute Claim 33657 in any subsequent distributions, it shall provide written notice and file a short statement at least 45 days before the applicable record date identifying the Plan/court authority, claim-specific facts, and any cure that permits inclusion in that distribution.

4. Preservation of rights. Nothing in this Order limits rights preserved under the Plan or 11 U.S.C. § 502(j)/FRBP 3008 (including reconsideration), or defenses such as setoff/recoupment, subordination, or avoidance actions. Any future action affecting Claim 33657 shall be taken on notice and not based solely on residency/nationality absent further order.

5. The Court retains jurisdiction to enforce and interpret this Order.

Dated: _____, 2025

Wilmington, Delaware

_____
THE HONORABLE KAREN B. OWENS
CHIEF UNITED STATES BANKRUPTCY JUDGE