# Exhibit B

Email Thread with Counsel for the FTX Recovery Trust (Sept. 11–12, 2025). Produced by Movant. Personal contact information of Movant redacted; content otherwise unchanged.

---

Re: Courtesy notice — D.I. 32687 — Sept 30 distribution status — Claim 33657 (5A) — FTX 22-11068 (KBO)

✦ Summarize this email

  Sep 11, 2025, 9:15 PM (2 days ago)
to bromleyj, kranzleya, dietdericha, gluecksteinb, landis, brown, pierce, juliet.m.sarkessian, benjamin.a.hackman, david.gerardi ▾

Counsel for the FTX Recovery Trust,

This is a courtesy notice that my pro se letter regarding the September 30, 2025 distribution was filed yesterday as D.I. 32687. For avoidance of doubt, I completed all Plan-dictated pre-distribution requirements before the August 15, 2025 record date.

For planning purposes, please confirm in writing by 5:00 p.m. (ET) on September 12, 2025 that:

- Claim No. 33657 (Class 5A) is not "Disputed" and will not be deferred based on my residency or citizenship/nationality given that no restricted-jurisdiction order was in effect as of the August 15, 2025 Record Date; and
- My claim will be included in the September 30, 2025 distribution.

To be clear, I am seeking an administrative, non-dispositive confirmation.

If you cannot confirm either point, please identify (a) the specific Plan or court-order provision(s) relied upon (with D.I. citation); (b) the factual basis specific to my claim; and (c) any same-cycle cure steps you require.

Please treat this email as a written meet-and-confer limited to this thread. Absent timely, formal confirmation, I intend to promptly seek limited relief from the Court on an expedited basis.

Please respond on this thread so the record is clear. Nothing herein waives any rights.

Respectfully,
Pu Ke
Claim No. 33657 (Class 5A)

---

  Sep 12, 2025, 9:15 PM (21 hours ago)
to bromleyj, kranzleya, dietdericha, gluecksteinb, landis, brown, pierce, juliet.m.sarkessian, benjamin.a.hackman, david.gerardi ▾

Counsel for the FTX Recovery Trust,

This is a quick follow-up to my previous email. The administrative, non-dispositive confirmation regarding Claim No. 33657 (Class 5A) is due by 5:00 p.m. ET today, September 12, 2025.

If you are unable to confirm either point, please provide the specific Plan or court order provision(s) relied upon (with D.I. citation), the factual basis specific to Claim No. 33657, and any same-cycle cure steps you require.

Please reply within this thread to ensure the record remains clear. Nothing in this email waives any rights.

Respectfully,
Pu Ke
Claim No. 33657 (Class 5A)