# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Related to: D.I. 26404-1, D.I. 31148, D.I. 31764, D.I. 32687 |

## NOTICE OF MOTION OF PU KE FOR STATUS CONFERENCE AND LIMITED ADMINISTRATIVE RELIEF REGARDING CLAIM NO. 33657

PLEASE TAKE NOTICE that Pu Ke has filed the *Motion for Status Conference and Limited Administrative Relief Regarding Claim No. 33657* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any response or objection must be filed with the Court and served on the undersigned so as to be actually received by September 17, 2025 at 5:00 p.m. (ET)(or such other time set by order on the concurrently filed Motion to Shorten Notice).

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION AND ENTER AN ORDER WITHOUT FURTHER NOTICE OR HEARING.

See Del. Bankr. L.R. 9013-1(e).

If an objection is timely filed and served, a hearing will be scheduled by the Court (including, if appropriate, a special or emergency hearing under Del. Bankr. L.R. 2002-1(a)(ii)). Only those objections made in writing and timely filed will be considered by the Court.

Dated: Beijing China, September 15, 2025

*Pu Ke*

Pu Ke (pro se)
Room 501, Unit 3, Building 12
No. 1 Courtyard, Gaojiayuan East Street, Mentougou district, Beijing, China
Email: kepu_ftx@superbloch.com
Tel: +86 15210847154