# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Relates To: Motion of Pu Ke for Status Conference and Limited Administrative Relief |
| | Related To: D.I. 31148, D.I. 32687 |

## DECLARATION OF PU KE PURSUANT TO 28 U.S.C. § 1746

I, Pu Ke, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a creditor in these jointly administered cases (Claim No. 33657, Class 5A), appearing pro se. I submit this declaration in support of my Motion for Status Conference and Limited Administrative Relief regarding Claim No. 33657 (the "Motion"). I have personal knowledge of the facts set forth herein.

2. Before August 15, 2025 record date, I (a) completed all know-your-customer ("KYC") requirements; (b) submitted a valid tax form; and (c) completed distribution service provider ("DSP") onboarding.

3. As of August 15, 2025, the Customer Portal reflected the status "Onboarding Complete" for my account.

4. The factual statements set forth in paragraphs 3 through 11 of the Motion are true and correct to the best of my knowledge, information, and belief. The statements in paragraphs 3–5 are based on my review of the confirmed Plan and the Court's docket; the statements in paragraphs 6–11 are based on my personal knowledge and records.

5. The attached Exhibit B is a true and correct copy of my Sept 11–12, 2025 email thread with counsel for the FTX Recovery Trust; only my personal contact information (email/phone/Chinese characters of my name) has been redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2025, at Beijing China.

Pu Ke (pro se)   *Pu Ke*
Room 501, Unit 3, Building 12
No. 1 Courtyard, Gaojiayuan East Street, Mentougou district, Beijing, China
Email: kepu_ftx@superbloch.com
Tel: +86 15210847154