# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br>Relates To: Motion of Pu Ke for Status Conference and Limited Administrative Relief<br>Related To: D.I. 31148, D.I. 32687 |

# MOTION OF PU KE TO SHORTEN NOTICE REGARDING THE MOTION FOR STATUS CONFERENCE AND LIMITED ADMINISTRATIVE RELIEF

Pu Ke ("Movant"), pro se, moves under FRBP 9006(c)(1) and Del. Bankr. L.R. 9006-1(e) for an order shortening notice and setting an expedited schedule for the concurrently filed Motion, and states:

1. Exigency. The next distribution date is September 30, 2025. Movant completed all pre-distribution requirements before Aug 15, 2025 record date. Movant seeks a narrow, administrative confirmation for the September 30, 2025 distribution.

2. Meet-and-Confer. On September 11–12, 2025, Movant sent written meet-and-confer emails to counsel for the FTX Recovery Trust (Sullivan & Cromwell LLP and Landis Rath & Cobb LLP) and to the Office of the United States Trustee asking for a simple administrative confirmation by September 12, 5:00 p.m. (ET); No timely, formal confirmation was provided.

3. Proposed schedule. Set an objection deadline of September 17, 2025 at 5:00 p.m. (ET); provide that if no timely objection is filed, the Court may decide the Motion on the papers and enter the Proposed Order without a hearing; and, if contested, schedule a brief special/emergency hearing before September 26, 2025.

4. Delaware-counsel averment (L.R. 9006-1(e)). Movant is pro se and respectfully requests that the Court excuse the requirement of an averment of Delaware counsel and accept this pro se averment for good cause. Movant will promptly serve all required parties and file a certificate of service.

WHEREFORE, Movant respectfully requests entry of the Proposed Order attached hereto as **Exhibit A**.

Dated: Beijing China, September 15, 2025

Pu Ke (pro se) *Pu Ke*
Room 501, Unit 3, Building 12
No. 1 Courtyard, Gaojiayuan East Street, Mentougou district, Beijing, China
Email: kepu_ftx@superbloch.com
Tel: +86 15210847154