# Exhibit A

**Proposed Order Shortening Notice and Setting Expedited Schedule**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Related Docket No(s).: [Motion to Shorten Notice D.I. — to be completed by the Clerk] |

## ORDER SHORTENING NOTICE AND SETTING EXPEDITED SCHEDULE REGARDING THE MOTION OF PU KE FOR STATUS CONFERENCE AND LIMITED ADMINISTRATIVE RELIEF

Upon the Motion to Shorten Notice; IT IS HEREBY ORDERED:

1. The Motion to Shorten Notice is GRANTED.

2. The objection deadline for the underlying Motion is September 17, 2025 at 5:00 p.m. (ET).

3. If no timely objection is filed, the Court may decide the Motion on the papers and enter the Proposed Order without a hearing.

4. If an objection is filed, the Court will schedule a special/emergency hearing to occur before September 26, 2025; Movant shall give notice.

5. Movant shall promptly serve this Order, the Motion, and the Notice on the parties required by the rules and file a certificate of service.

6. The Court retains jurisdiction to enforce and interpret this Order.

Dated: _____, 2025

Wilmington, Delaware

_____
THE HONORABLE KAREN B. OWENS
CHIEF UNITED STATES BANKRUPTCY JUDGE