# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket Nos. 32712** |

## ORDER SETTING STATUS CONFERENCE ON MOTION OF THE FTX RECOVERY TRUST FOR ENTRY OF AN ORDER IN SUPPORT OF THE CONFIRMED PLAN AUTHORIZING THE FTX RECOVERY TRUST TO IMPLEMENT THE RESTRICTED JURISDICTION PROCEDURES IN POTENTIALLY RESTRICTED FOREIGN JURISDICTIONS

Upon consideration of the *Motion of Pu Ke to Shorten Notice Regarding the Motion for Status Conference and Limited Administrative Relief* [D.I. 32713], the related *Motion of Pu Ke for Status Conference and Limited Administrative Relief* [D.I. 32712], and similar submissions of interested parties (*see, e.g.,* D.I. 32231, 32266, 32269, 32290, 32359, 32384, 32434, 32440, & 32672) (together with Pu Ke's submissions, the "Related Filings"), **IT IS HEREBY ORDERED THAT**:

1. The Court will conduct a status conference on the pending *Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restriction Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions* [D.I. 32712] (the "Motion") at the omnibus hearing scheduled for **October 23, 2025 at 9:30 a.m. (prevailing Eastern time)**.

2. At the status conference, counsel for the FTX Recovery Trust should come prepared to discuss with the Court the status of the Motion as well as the administrative concerns articulated in the Related Filings.

1

2

3. The FTX Recovery Trust shall serve a copy of this Order on all affected parties and file an affidavit of service reflecting such service within 2 business days.

Dated: September 16, 2025
Wilmington, Delaware

Karen B. Owens
Chief Judge

2