# SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Eighty-Seventh Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| | | Asserted Claims | Modified Claims |
|---|---|---|---|
| Claim Number | Name | Debtor | Debtor |
| 91392* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98267* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 80028* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97663* | Name on file | FTX EU Ltd. | FTX Trading Ltd. |
| 821** | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 82224 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 85328* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79994* | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 1443* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97625* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 50750* | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |

91392*: Claim is also included in the FTX Recovery Trust's One Hundred Eighty-Ninth (Substantive) Omnibus Objection to Certain Fully and Partially Uniliquidated Proofs of Claim (Customer Claims)
98267*: Claim is also included in the FTX Recovery Trust's One Hundred Eighty-Ninth (Substantive) Omnibus Objection to Certain Fully and Partially Uniliquidated Proofs of Claim (Customer Claims)
80028*: Claim is pending modification on the FTX Recovery Trust's One Hundred Eighty-Third (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
97663*: Claim is also included in the FTX Recovery Trust's One Hundred Eighty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
821**: Claim is pending modification on the FTX Recovery Trust's One Hundred Eighty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
85328*: Claim is pending modification on the FTX Recovery Trust's One Hundred Eighty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
79994*: Claim is also included in the FTX Recovery Trust's One Hundred Eighty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
1443*: Claim is also included in the FTX Recovery Trust's One Hundred Eighty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
97625*: Claim is also included in the FTX Recovery Trust's One Hundred Eighty-Ninth (Substantive) Omnibus Objection to Certain Fully and Partially Uniliquidated Proofs of Claim (Customer Claims)
50750*: Claim is also included in the FTX Recovery Trust's One Hundred Eighty-Eighth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)