**[Cover Letter for Clerk of Court]**

Clerk of Court
U.S. Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801, USA

Date: 9TH SEPT, 2025

Re: **In re FTX Trading Ltd., et al.**
Case No. 22-11068 (JTD)
Chapter 11

Dear Clerk of Court,

Enclosed please find a **Notice of Appearance and Request for Service of Papers** submitted by pro se creditor **James Goddard** (Claim #29755) in the above-captioned case. Please file this Notice of Appearance on the docket and ensure that Mr. Goddard is added to the service list for all future pleadings and notices concerning his claim.

Thank you for your assistance.

Sincerely,

James Goddard

☐

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:
FTX Trading Ltd., et al.,
Debtors.
Case No. 22-11068 (JTD)
Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR**

Pursuant to Bankruptcy Rule 2002 and 9010, the undersigned, **James Goddard**, hereby enters his appearance in the above-captioned case and requests that all notices, pleadings, motions, orders, or other papers filed or served in this case be served upon him at the address and email set forth below.

**Name:** James Goddard
**Claim Number:** 29755
**Address:** 12 Springfield Way, Threemilestone, Truro, Cornwall, UK, TR3 6BJ
**Email:** james.goddard.19@ucl.ac.uk

Date: 9TH SEPT, 2025

Signature: *(signed)*

James Goddard (Pro Se Creditor)

CLERK OF COURT,
U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE
824 N. MARKET STREET,
3RD FLOOR
WILMINGTON,
DE 19801,
USA



Royal Mail.u
POSTAGE PAID UK.5
11/09/25 £8.50 TR3
2T8555          1-3T1340

· SINGLE USE ONLY ·

PRIORITY MAIL
Scan
Signature Required

RF 5419 5492 4GB  Sig req
RF 5419 5492 4GB  Sig req
RF 5419 5492 4GB  Sig req
RF 5419 5492 4GB  Sig req

REGISTERED DELIVERY

FROM
GODDARD
TR3 6BJ   U/C  NO 12