## SCHEDULE 1

**Fully or Partially Unliquidated Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Eighty-Ninth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claims** |
| 98510 | Name on file | FTX Trading Ltd. | FTT | Undetermined* | FTX Trading Ltd. | 158.313782542240000 |
| | | | IMX | | | 384.300000000000000 |
| | | | LINK | | | 141.958810220000000 |
| | | | SLP | | | 34,530.000000000000000 |
| | | | SNX | | | 509.700000000000000 |
| | | | SRM | | | 687.931200000000000 |
| | | | UNI | | | 183.214440610000000 |
| | | | USD | | | 0.000023851044377 |
| | | | USDT | | | 0.000000002556428 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 44176 | Name on file | FTX Trading Ltd. | AAVE | 4.691187630000000 | FTX Trading Ltd. | 4.691187630000000 |
| | | | DOGE | 4,167.136335370000000 | | 4,167.136335370000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DYDX | 58.481029650000000 | | 58.481029650000000 |
| | | | ETH | 1.072954467257600 | | 1.072954467257600 |
| | | | ETHW | 1.072954467257600 | | 1.072954467257600 |
| | | | FTT | 32.070316710000000 | | 32.070316710000000 |
| | | | LTC | 2.538849160000000 | | 2.538849160000000 |
| | | | MANA | 251.822455130000000 | | 251.822455130000000 |
| | | | SOL | | | 8.260323560098720 |
| | | | USD | 0.017272079584893 | | 0.017272079584893 |
| | | | USDT | 4.625155441532351 | | 4.625155441532351 |
| | | | XRP | 849.221121130000000 | | 849.221121130000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 91392* | Name on file | West Realm Shires Services Inc. | BTC | Undetermined* | West Realm Shires Services Inc. | 0.572905810000000 |
| | | | CUSDT | | | 1.000000000000000 |
| | | | LINK | | | 721.536347740000000 |
| | | | NFT (572020712849028788/PARIS ) | | | 1.000000000000000 |
| | | | SOL | | | 66.501498060000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | USD | | | 0.017020640602322 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 78876 | Name on file | FTX Trading Ltd. | ADA-PERP | 1.000000000000000 | FTX Trading Ltd. | 1.000000000000000 |
| | | | ATLAS | 30.000000000000000 | | 30.000000000000000 |
| | | | AUDIO | 4.999430000000000 | | 4.999430000000000 |
| | | | AXS | 0.050000000000000 | | 0.050000000000000 |
| | | | BTC | | | 0.008320871787000 |
| | | | CRO | 540.000000000000000 | | 540.000000000000000 |
| | | | DOGE | | | 38.114897404276000 |
| | | | DOGE-20211231 | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | | | 0.017270313630000 |
| | | | ETHW | 0.017177179980000 | | 0.017177179980000 |
| | | | EUR | 0.000000006097887 | | 0.000000006097887 |
| | | | FTT | 1.000000000000000 | | 1.000000000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MATIC | | | 4.247061320000000 |
| | | | RAY | 2.394616140000000 | | 2.394616140000000 |
| | | | SHIB | 100,000.000000000000000 | | 100,000.000000000000000 |
| | | | SOL | | | 0.768299407117803 |
| | | | SUSHI | 0.500000000000000 | | 0.500000000000000 |
| | | | USD | 98.505769187954120 | | 98.505769187954120 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 36727 | Name on file | FTX Trading Ltd. | BNB | 0.000000002163400 | FTX Trading Ltd. | 0.000000002163400 |
| | | | BTC | 0.004322521603428 | | 0.004322521603428 |
| | | | CEL | 42.068900000000000 | | 42.068900000000000 |
| | | | DAI | 0.000000000828550 | | 0.000000000828550 |
| | | | DFL | 800.007450000000000 | | 800.007450000000000 |
| | | | DOGE | 0.000000004721470 | | 0.000000004721470 |
| | | | ETH | 3.774260018172540 | | 3.774260018172540 |
| | | | ETHW | 3.481255293505157 | | 3.481255293505157 |
| | | | FTT | 150.000000001621120 | | 150.000000001621120 |
| | | | LINK | 2.998080000000000 | | 2.998080000000000 |
| | | | PAXG | 0.000000014224390 | | 0.000000014224390 |
| | | | SOL | 0.000000002112640 | | 0.000000002112640 |
| | | | SRM | 14.991920250000000 | | 14.991920250000000 |
| | | | TRX | 0.000001000000000 | | 0.000001000000000 |
| | | | USD | 404.336424040874700 | | 404.336424040874700 |
| | | | USDT | 0.000000001978616 | | 0.000000001978616 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 31902 | Name on file | FTX Trading Ltd. | ABNB | 40.850000000000000 | FTX Trading Ltd. | 40.850000000000000 |
| | | | AMD | | | 3.200000000000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | ETH | 0.005542260000000 | | 0.005542260000000 |
| | | | ETH-PERP | | | 0.000000000000035 |
| | | | ETHW | 0.005422600000000 | | 0.005422600000000 |
| | | | FTT | 25.372850000000000 | | 25.372850000000000 |
| | | | GST-PERP | | | 0.000000000000000 |
| | | | LINK-PERP | | | 0.000000000000000 |
| | | | LUNC-PERP | | | 0.000000000000000 |
| | | | NFT (290502744139403191/FTX EU - WE ARE HERE! #89818) | | | 1.000000000000000 |
| | | | NFT (525308031336393436/FTX EU - WE ARE HERE! #89933) | | | 1.000000000000000 |
| | | | NFT (530820589373869156/FTX EU - WE ARE HERE! #89282) | | | 1.000000000000000 |
| | | | NVDA | 4.800000000000000 | | 4.800000000000000 |
| | | | PYPL | 159.185000000000000 | | 159.185000000000000 |
| | | | SAND | | | 0.002000000000000 |
| | | | SOL | | | 0.001579740000000 |
| | | | SOL-PERP | | | -0.000000000000028 |

| | | | | Asserted Claims | | Modified Claims |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | SPY | 1.668000000000000 | | 1.668000000000000 |
| | | | TRX | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 1,187.290000000000000 | | 1,187.294448093559000 |
| | | | USDT | | | 0.002387008154335 |

Other Activity Asserted: These stocks are worth about USD 22,003.92 - I own some tokenized stocks, My Unique Customer Code is ********, I own ABNB[40.85], AMD[3.2], NVDA[4.8], PYPL[159.185], SPY[1.668] | 0.000000000000000

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The holdings mentioned in the claimant's other activity are listed in the modified tickers and quantities above. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 32745 | Name on file | FTX Trading Ltd. | ETH | Undetermined* | FTX Trading Ltd. | 0.008679000000000 |
| | | | ETH-0930 | | | 0.000000000000000 |
| | | | ETH-PERP | | | -0.000000000000000 |
| | | | ETHW | | | 0.008679000000000 |
| | | | FTT | | | 0.004702216485960 |
| | | | TRX | | | 681.864380000000000 |
| | | | USD | | | 0.009560279451150 |
| | | | USDT | | | 24.051623004000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 81217 | Name on file | FTX Trading Ltd. | AKRO | 23,385.299000000000000 | FTX Trading Ltd. | 23,386.468883130000000 |
| | | | BTC | 1.631200000000000 | | 1.631311490000000 |
| | | | CHR | | | 318.610223130000000 |
| | | | ETH | 20.741800000000000 | | 20.742817740000000 |
| | | | FTT | | | 0.002054930000000 |
| | | | HOLY | | | 1.002381190000000 |
| | | | SOL | 41.721700000000000 | | 41.723738440000000 |
| | | | TRX | | | 0.000777000000000 |
| | | | USD | 7,340.690000000000000 | | 7,342.388199292000500 |
| | | | USDT | | | 0.000000004097805 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 16135 | Name on file | FTX Trading Ltd. | AAVE-PERP | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ATLAS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AUD | 14,865.884973010783000 | | 14,865.884973010783000 |
| | | | AVAX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AXS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BADGER-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BAO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC | | | 0.361288609583530 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CEL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CLV-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 0.001077294770329 | | 0.001077294770329 |
| | | | ETH-PERP | 0.000000000000001 | | 0.000000000000001 |
| | | | ETHW | 0.001077294770329 | | 0.001077294770329 |
| | | | FTM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 0.069146903185750 | | 0.069146903185750 |
| | | | FTT-PERP | 0.000000000000007 | | 0.000000000000007 |
| | | | IOTA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LOGAN2021 | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC | -7.958283641079911 | | -7.958283641079911 |
| | | | LTC-PERP | 0.000000000000001 | | 0.000000000000001 |
| | | | LUNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MANA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MATIC | 19.968846479199850 | | 19.968846479199850 |
| | | | MATIC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NFT (42032130179302807/ME&AMP;YOU) | 1.000000000000000 | | 0.000000000000000 |
| | | | NFT (42032130179302807/ME&YOU) | | | 1.000000000000000 |
| | | | NFT (45089841885934718/BLEEDING HEART.) | 1.000000000000000 | | 1.000000000000000 |
| | | | ONE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | POLIS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RAMP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RAY | 0.000000001152273 | | 0.000000001152273 |
| | | | RAY-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ROOK-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RUNE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SOL | 0.015894430000000 | | 0.015894430000000 |
| | | | SOL-PERP | -0.000000000000024 | | -0.000000000000024 |
| | | | SRM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SXP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 2,408.479649657616000 | | 2,408.479649657616000 |
| | | | USDT | 10.767716502980864 | | 10.767716502980864 |
| | | | USTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | WAVES-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XRP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XTZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | YFII-PERP | 0.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 27509 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | FTX Trading Ltd. | 0.008562140000000 |
| | | | XRP | | | 986.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 58086 | Name on file | FTX Trading Ltd. | 1INCH | 0.000000009208987 | FTX Trading Ltd. | 0.000000009208987 |
| | | | 1INCH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AAVE | 0.000000009264625 | | 0.000000009264625 |
| | | | ALGO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AVAX-PERP | -0.000000000000454 | | -0.000000000000454 |
| | | | BCH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB | 0.000000002075140 | | 0.000000002075140 |

| | | | Asserted Claims | | Modified Claims | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | BNB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC | 0.000257600032786 | | 0.000257600032786 |
| | | | BTC-MOVE-WK-20210205 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CRO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE | 0.000000006547664 | | 0.000000006547664 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | | | 3.177223119247231 |
| | | | ETH-PERP | 0.000000000000016 | | 0.000000000000016 |
| | | | ETHW | 3.055676309660431 | | 3.055676309660431 |
| | | | FTM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 150.000000000000000 | | 150.000000000000000 |
| | | | LINK | 0.000000004144646 | | 0.000000004144646 |
| | | | LINK-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LUNC-PERP | 0.000000000000966 | | 0.000000000000966 |
| | | | MATIC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NEAR-PERP | 0.000000000000227 | | 0.000000000000227 |
| | | | RUNE | 0.000000009207762 | | 0.000000009207762 |
| | | | SNX | 0.000000009633781 | | 0.000000009633781 |
| | | | SOL | 0.000000008796470 | | 0.000000008796470 |
| | | | SOL-PERP | 0.000000000000170 | | 0.000000000000170 |
| | | | SRM | 10.058252250000000 | | 10.058252250000000 |
| | | | SRM_LOCKED | 45.585836670000000 | | 45.585836670000000 |
| | | | SUSHI | 0.000000008256864 | | 0.000000008256864 |
| | | | UNI | 0.000000008235079 | | 0.000000008235079 |
| | | | USD | -6.088901889703577 | | -6.088901889703577 |
| | | | USDT | 0.000000017852594 | | 0.000000017852594 |
| | | | YFI | 0.000000004914463 | | 0.000000004914463 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| | | | Asserted Claims | | Modified Claims | |
|---|---|---|---|---|---|---|
| 86314 | Name on file | FTX Trading Ltd. | ETH | 0.000131700000000 | FTX Trading Ltd. | 0.000131700000000 |
| | | | ETHW | 1.000131702641350 | | 1.000131702641350 |
| | | | FTM | 369.926000000000000 | | 369.926000000000000 |
| | | | FTT | 1.007305130000000 | | 1.007305130000000 |
| | | | LTC | 0.009740500000000 | | 0.009740500000000 |
| | | | TRX | 0.000031000000000 | | 0.000031000000000 |
| | | | USD | 1,808.223940853628400 | | 1,808.223940853628400 |
| | | | USDT | | | 25,768.633728376960000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| | | | Asserted Claims | | Modified Claims | |
|---|---|---|---|---|---|---|
| 44875 | Name on file | FTX Trading Ltd. | ALGO-20210625 | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALICE-PERP | -0.000000000000454 | | -0.000000000000454 |
| | | | ALPHA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ASD | 0.000000006424861 | | 0.000000006424861 |
| | | | ASD-PERP | 0.000000000001705 | | 0.000000000001705 |
| | | | AVAX-20210924 | 0.000000000000000 | | 0.000000000000000 |
| | | | AXS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BADGER-PERP | 0.000000000000203 | | 0.000000000000203 |
| | | | BAL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BAND | | | 1.445046261584208 |
| | | | BAO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB | 0.010087920744780 | | 0.010087920744780 |
| | | | BNB-20210625 | 0.000000000000007 | | 0.000000000000007 |
| | | | BNB-20210924 | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB-PERP | -0.000000000000001 | | -0.000000000000001 |
| | | | BTC | 0.000013300000000 | | 0.000096330375800 |
| | | | BTC-20210625 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-20210924 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | C98 | 0.004000000000000 | | 0.004000000000000 |
| | | | CHZ-20210625 | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | COPE | 0.003265000000000 | | 0.003265000000000 |
| | | | CREAM-20210625 | 0.000000000000000 | | 0.000000000000000 |
| | | | CREAM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DENT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DMG-PERP | 0.000000000036379 | | 0.000000000036379 |
| | | | DOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 0.000978056640681 | | 0.000978056640681 |
| | | | ETH-0325 | -0.000000000000003 | | -0.000000000000003 |
| | | | ETH-20210625 | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHBULL | 0.000000008465000 | | 0.000000008465000 |
| | | | ETH-PERP | 0.000000000000002 | | 0.000000000000002 |
| | | | ETHW | 0.000964742052150 | | 0.000964742052150 |
| | | | EXCH-20210625 | 0.000000000000000 | | 0.000000000000000 |
| | | | EXCH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FIL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FLOW-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 150.000226502497330 | | 150.000226502497330 |
| | | | FTT-PERP | 0.000000000000227 | | 0.000000000000227 |
| | | | GRT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GST | 0.059767750000000 | | 0.059767750000000 |
| | | | HT-PERP | -0.000000000000909 | | -0.000000000000909 |
| | | | ICP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | KIN-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | KNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | KSM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LINA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LRC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MAPS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MER-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MKR | 0.000001012480010 | | 0.000001012480010 |
| | | | MKR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NFT (29664884288721436 3)/AUSTRIA TICKET STUB #563) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (30604690110352918 4)/NETHERLANDS TICKET STUB #1848) | 1.000000000000000 | | 1.000000000000000 |

| | | | | Asserted Claims | | | Modified Claims | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity | |
| | | | NFT (30894667710656306/JAPAN TICKET STUB #1324) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (317987425383261712/FTX EU - WE ARE HERE! #143571) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (338287515075529660/MEDALLION OF MEMORIA) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (344678376933015759/FTX CRYPTO CUP 2022 KEY #1089) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (353803025758956571/FTX EU - WE ARE HERE! #143226) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (371992596084144191/THE HILL BY FTX #4583) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (381081195500338573/FTX AU - WE ARE HERE! #54296) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (384510158665428997/BAKU TICKET STUB #2381) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (429411566714827301/THE REFLECTION OF LOVE #4679) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (436162850817781443/SINGAPORE TICKET STUB #714) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (447040478573299774/MEXICO TICKET STUB #1900) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (457485998536698833/MEDALLION OF MEMORIA) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (463589996065220654/MONZA TICKET STUB #1343) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (464552540090591624/AUSTIN TICKET STUB #482) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (486032921759512156/HUNGARY TICKET STUB #1297) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (528940046485191877/MONTREAL TICKET STUB #61) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | NFT (574406326076888376/BELGIUM TICKET STUB #1754) | 1.000000000000000 | | | 1.000000000000000 | |
| | | | OKB-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | RAY-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | RUNE-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | SC-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | SHIT-20210625 | 0.000000000000000 | | | 0.000000000000000 | |
| | | | SHIT-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | SNX | 0.0033838659849981 | | | 0.0033838659849981 | |
| | | | SOL | 0.015523306069605 | | | 0.015523306069605 | |
| | | | SOL-20210625 | 0.000000000000000 | | | 0.000000000000000 | |
| | | | SOL-20210924 | 0.000000000000000 | | | 0.000000000000000 | |
| | | | SOL-20211231 | 0.000000000000000 | | | 0.000000000000000 | |
| | | | SOL-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | SRM | 219.314513960000000 | | | 219.314513960000000 | |
| | | | SRM_LOCKED | 1,183.683058900000000 | | | 1,183.683058900000000 | |
| | | | SRM-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | STEP-PERP | -0.000000000000909 | | | -0.000000000000909 | |
| | | | SUSHI-20210625 | 0.000000000000000 | | | 0.000000000000000 | |
| | | | SUSHI-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | TOMO-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | TRU-20210625 | 0.000000000000000 | | | 0.000000000000000 | |
| | | | TRU-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | TRX | 0.000000000000000 | | | 0.000028170923250 | |
| | | | USD | -92,180.215744276100000 | | | -92,180.215744276100000 | |
| | | | USDT | 122,020.100000000000000 | | | 187,512.699887098160000 | |
| | | | XEM-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | XMR-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | XRP | 0.202567917269260 | | | 0.202567917269260 | |
| | | | XRP-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | XTZ-20210625 | -0.000000000000454 | | | -0.000000000000454 | |
| | | | XTZ-PERP | 0.000000000000227 | | | 0.000000000000227 | |
| | | | YFII-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | ZRX | 0.965253750000000 | | | 0.965253750000000 | |
| | | | Other Activity Asserted: None - None | | | | 0.000000000000000 | |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 39583 | Name on file | FTX Trading Ltd. | AAVE | 6.158768000000000 | | FTX Trading Ltd. | 6.158768000000000 | |
| | | | DOT | 58.385049593000000 | | | 58.385049593000000 | |
| | | | ETH | 0.000928800000000 | | | 0.000928800000000 | |
| | | | ETHW | 0.355928800000000 | | | 0.355928800000000 | |
| | | | FTM | 3,198.658600000000000 | | | 3,198.658600000000000 | |
| | | | IMX | 1,318.736380000000000 | | | 1,318.736380000000000 | |
| | | | LUNC-PERP | 0.000000000000000 | | | 0.000000000000000 | |
| | | | POLIS | 615.342960000000000 | | | 615.342960000000000 | |
| | | | SOL | 26.814636000000000 | | | 26.814636000000000 | |
| | | | USD | 569.184397050900000 | | | 569.184397050900000 | |
| | | | YFI-PERP | 0.000000000000000 | | | 0.000000000000000 | |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 28272 | Name on file | West Realm Shires Services Inc. | AVAX | | | West Realm Shires Services Inc. | 42.811366510000000 | |
| | | | ETH | | | | 0.514043160000000 | |
| | | | NFT (307096225435158291/BARCELONA TICKET STUB #1495) | | | | 1.000000000000000 | |
| | | | NFT (497019430822088355/AUSTRALIA TICKET STUB #2479) | | | | 1.000000000000000 | |
| | | | SOL | | | | 35.297778720000000 | |
| | | | TRX | | | | 1,237.687893330000000 | |
| | | | USD | 9.760000000000000 | | | 9.761948840322976 | |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 52354 | Name on file | FTX Trading Ltd. | ADA-PERP | 774.000000000000000 | | FTX Trading Ltd. | 774.000000000000000 | |

| | | | Asserted Claims | | Modified Claims | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | BTC | 0.092569574590000 | | 0.092569574590000 |
| | | | DOGE | 7,038.126127276800000 | | 7,038.126127276800000 |
| | | | ETH | 0.176118278935500 | | 0.176118278935500 |
| | | | ETHW | 0.175967563200000 | | 0.175967563200000 |
| | | | FTT | 4.000000000000000 | | 4.000000000000000 |
| | | | LINK | 12.206462462000000 | | 12.206462462000000 |
| | | | LINK-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LUNC-PERP | -0.000000001862645 | | -0.000000001862645 |
| | | | MBS | 361.000000000000000 | | 361.000000000000000 |
| | | | SOL | 8.249216725000000 | | 8.249216725000000 |
| | | | USD | -826.844000574443800 | | -826.844000574443800 |
| | | | USDT | 1,000.433785007213900 | | 1,000.433785007213900 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 96372 | Name on file | FTX Trading Ltd. | AAVE | 36.176262000000000 | FTX Trading Ltd. | 36.176262000000000 |
| | | | BTC | 0.399720000000000 | | 0.399720000000000 |
| | | | EDEN | 776.950914000000000 | | 776.950914000000000 |
| | | | ETH | 5.296290000000000 | | 5.286290000000000 |
| | | | ETHW | | | 5.286290000000000 |
| | | | FTT | 124.976351400000000 | | 124.976351400000000 |
| | | | RAY | 699.874000000000000 | | 699.874000000000000 |
| | | | RUNE | | | 749.704750000000000 |
| | | | SOL | 109.924000000000000 | | 109.924000000000000 |
| | | | SUSHI | 764.612000000000000 | | 764.612000000000000 |
| | | | USD | 1,620.070000000000000 | | 1,620.065504899796500 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 68869 | Name on file | FTX Trading Ltd. | ATLAS | 1,000.005000000000000 | FTX Trading Ltd. | 1,000.005000000000000 |
| | | | BNB | 0.016015402000000 | | 0.016015402000000 |
| | | | BTC | 3.500880661520000 | | 3.500880661520000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ | 1,440.000000000000000 | | 1,440.000000000000000 |
| | | | CHZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | COIN | | | 1.353160451282727 |
| | | | CRO | 2,269.437410000000000 | | 2,269.437410000000000 |
| | | | DOGE | | | 1,292.597238550720000 |
| | | | ENJ | 79.000000000000000 | | 79.000000000000000 |
| | | | ETH | | | 2.542285646851710 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 2.528718004635866 | | 2.528718004635866 |
| | | | FIDA | 134.000000000000000 | | 134.000000000000000 |
| | | | FTT | 244.041971180000000 | | 244.041971180000000 |
| | | | LINK | | | 18.153227101681680 |
| | | | LTC | 0.001445330000000 | | 0.001445330000000 |
| | | | LUNA2 | 0.003814776136000 | | 0.003814776136000 |
| | | | LUNA2_LOCKED | 0.008901144318000 | | 0.008901144318000 |
| | | | MANA | 118.000000000000000 | | 118.000000000000000 |
| | | | MATIC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NFT (39275912265100712 7/THE HILL BY FTX #36166) | | | 1.000000000000000 |
| | | | POLIS | 17.800089000000000 | | 17.800089000000000 |
| | | | SHIB | 22,297,187.050000000000000 | | 22,297,187.050000000000000 |
| | | | SHIB-PERP | | | 0.000000000000000 |
| | | | SOL | | | 28.729159837292040 |
| | | | SOL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRX | 6.009395000000000 | | 6.009395000000000 |
| | | | USD | 1.176569263547091 | | 1.176569263547091 |
| | | | USDT | 3,765.346141697816000 | | 3,765.346141697816000 |
| | | | USTC | 0.540000000000000 | | 0.540000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 11507 | Name on file | FTX Trading Ltd. | AAVE | 0.000000006950640 | FTX Trading Ltd. | 0.000000006950640 |
| | | | ADA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB | 2.213481877306070 | | 2.213481877306070 |
| | | | BTC | 0.201606182369925 | | 0.201606182369925 |
| | | | DOGE | | | 1,018.385200000000000 |
| | | | DOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 2.047008517500000 | | 2.047008517500000 |
| | | | ETHW | 0.000000005500000 | | 0.000000005500000 |
| | | | FTT | 0.000000010000000 | | 0.000000010000000 |
| | | | GBP | 99.981000000000000 | | 99.981000000000000 |
| | | | LINK | 0.000000006221890 | | 0.000000006221890 |
| | | | LUNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MATIC | 270.736186623152260 | | 270.736186623152260 |
| | | | SOL | 0.001775707000000 | | 0.001775707000000 |
| | | | UNI | 0.000000005510000 | | 0.000000005510000 |
| | | | USD | 35.816877897127190 | | 35.816877897127190 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 6805 | Name on file | FTX Trading Ltd. | ATLAS | 0.000000004436272 | FTX Trading Ltd. | 0.000000004436272 |
| | | | BNB | 0.000000008968503 | | 0.000000008968503 |
| | | | BNBBULL | 0.000000008000000 | | 0.000000008000000 |
| | | | BTC | | | 0.023932620845098 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CEL | 0.000000005470582 | | 0.000000005470582 |
| | | | DOGE | 0.000000005860698 | | 0.000000005860698 |
| | | | ETH | 0.000000010851326 | | 0.000000010851326 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 0.000000004424720 | | 0.000000004424720 |
| | | | ICP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC | 0.000000002000765 | | 0.000000002000765 |
| | | | LUNA2 | 0.007245492408000 | | 0.007245492408000 |
| | | | LUNA2_LOCKED | 0.016906148950000 | | 0.016906148950000 |
| | | | RUNE | 0.000000007601366 | | 0.000000007601366 |
| | | | SNX | 0.000000007066831 | | 0.000000007066831 |
| | | | TRX | 0.000000006127583 | | 0.000000006127583 |
| | | | UNI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 305.627140912658900 | | 305.627140912658900 |

| | | | | Asserted Claims | | Modified Claims |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | USDT | 0.000000024180868 | | 0.000000024180868 |
| | | | USTC | 1.025634473688335 | | 1.025634473688335 |
| | | | XAUT | 0.000000007072620 | | 0.000000007072620 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 84878 | Name on file | FTX Trading Ltd. | 1INCH | 0.000000008730264 | FTX Trading Ltd. | 0.000000008730264 |
| | | | AAVE | -0.002566123427444 | | -0.002566123427444 |
| | | | ALCX | 0.000003890000000 | | 0.000003890000000 |
| | | | ALGO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALPHA | 0.000000009145933 | | 0.000000009145933 |
| | | | ATLAS | 5.167540000000000 | | 5.167540000000000 |
| | | | AVAX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BADGER-PERP | 0.000000000000001 | | 0.000000000000001 |
| | | | BAT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BCH | 0.000000004766916 | | 0.000000004766916 |
| | | | BCH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC | 0.026039504994994 | | 0.026039504994994 |
| | | | BTC-MOVE-20200601 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CAKE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | COIN | 0.000000002500000 | | 0.000000002500000 |
| | | | COMP | 0.000090000000000 | | 0.000090000000000 |
| | | | COMP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CREAM | 0.000113655000000 | | 0.000113655000000 |
| | | | DEFIBULL | 0.000000001735000 | | 0.000000001735000 |
| | | | DFL | 2.400000000000000 | | 2.400000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ENJ | 0.004200000000000 | | 0.004200000000000 |
| | | | EOS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 0.000441991615749 | | 0.000441991615749 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 0.000441988955514 | | 0.000441988955514 |
| | | | EXCHBULL | 0.000000006182000 | | 0.000000006182000 |
| | | | EXCH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FIL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FLOW-PERP | 0.000000000000005 | | 0.000000000000005 |
| | | | FTM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 0.455255095059483 | | 0.455255095059483 |
| | | | FTT-PERP | 0.000000000000014 | | 0.000000000000014 |
| | | | GBP | 0.018840970000000 | | 0.018840970000000 |
| | | | GRT | 0.964504000000000 | | 0.964504000000000 |
| | | | KSM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LINK-20210326 | 0.000000000000000 | | 0.000000000000000 |
| | | | LINKBULL | 0.000000001900000 | | 0.000000001900000 |
| | | | LINK-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC | -2.594813905921495 | | -2.594813905921495 |
| | | | LTCBULL | 0.000000005000000 | | 0.000000005000000 |
| | | | LTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MAPS | 0.004860000000000 | | 0.004860000000000 |
| | | | MIDBULL | 0.000000005400000 | | 0.000000005400000 |
| | | | OXY | 0.004235000000000 | | 0.004235000000000 |
| | | | OXY-PERP | 0.000000000000056 | | 0.000000000000056 |
| | | | POLIS | 0.050444200000000 | | 0.050444200000000 |
| | | | PORT | 0.000200000000000 | | 0.000200000000000 |
| | | | RAY-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | REN-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ROOK | 0.000000000250000 | | 0.000000000250000 |
| | | | RSR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SNX-PERP | 0.000000000000005 | | 0.000000000000005 |
| | | | SOL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SRM | 0.947530760000000 | | 0.947530760000000 |
| | | | SRM_LOCKED | 0.087737180000000 | | 0.087737180000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRX | 0.000046000000000 | | 0.000046000000000 |
| | | | TRX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | UNI | -130.144758360018520 | | -130.144758360018520 |
| | | | USD | 1,022.044565150978800 | | 1,022.044565150978800 |
| | | | USDT | 0.000000000000000 | | 3,986.288181502877700 |
| | | | XRP | -0.613377970515675 | | -0.613377970515675 |
| | | | XTZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | YFI | 0.000000000100000 | | 0.000000000100000 |
| | | | YFI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ZEC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ZIL-PERP | 0.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 24217 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 0.326411067523613 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | | | 1.513342196477240 |
| | | | ETHW | 1.505412999705620 | | 1.505412999705620 |
| | | | EUR | 0.000000169323937 | | 0.000000169323937 |
| | | | FTT | 4.445584857553600 | | 4.445584857553600 |
| | | | TRX | 0.000001000000000 | | 0.000001000000000 |
| | | | USD | 1,654.726286690321800 | | 1,654.726286690321800 |
| | | | USDT | 0.127678814672257 | | 0.127678814672257 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 77464* | Name on file | FTX Trading Ltd. | DOGE | Undetermined* | FTX Trading Ltd. | 0.260370010000000 |
| | | | SHIB | | | 56,840,203.410355374000000 |
| | | | USDT | | | 0.000000000000069 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98445 | Name on file | FTX Trading Ltd. | ATLAS | Undetermined* | FTX Trading Ltd. | 0.058950910000000 |
| | | | AVAX | | | 0.000036900000000 |
| | | | AXS | | | 0.000037560000000 |
| | | | ETH | | | 21.958148550000000 |
| | | | ETHW | | | 0.000204900000000 |
| | | | EUR | | | 0.000000004730600 |

| | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | HOLY | | | 0.000009710000000 |
| | | | LUNA2 | | | 0.000017505000000 |
| | | | LUNA2_LOCKED | | | 0.000020000000000 |
| | | | USD | | | 0.000000007349279 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97625* | Name on file | West Realm Shires Services Inc. | SOL | Undetermined* | West Realm Shires Services Inc. | 16.025430000000000 |
| | | | USD | | | 0.416562300000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 21686 | Name on file | FTX Trading Ltd. | AAVE-PERP | -0.000000000000003 | FTX Trading Ltd. | -0.000000000000003 |
| | | | ADA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALICE-PERP | -0.000000000000035 | | -0.000000000000035 |
| | | | ALPHA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | APE-PERP | -0.000000000000284 | | -0.000000000000284 |
| | | | ATOM-PERP | 0.000000000000170 | | 0.000000000000170 |
| | | | AVAX | 7.433227166820210 | | 7.433227166820210 |
| | | | AVAX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AXS-PERP | -0.000000000000028 | | -0.000000000000028 |
| | | | BTC | 0.681812164406980 | | 0.681812164406980 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | COMP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CRO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CRV-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT | 65.971254160183800 | | 65.971254160183800 |
| | | | DOT-PERP | 0.000000000000014 | | 0.000000000000014 |
| | | | EGLD-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ENS-PERP | -0.000000000000056 | | -0.000000000000056 |
| | | | EOS-PERP | -0.000000000000227 | | -0.000000000000227 |
| | | | ETH | 11.364969005175740 | | 11.364969005175740 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 11.350789145525380 | | 11.350789145525380 |
| | | | FLM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTM | 408.563527424391400 | | 408.563527424391400 |
| | | | FTM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 41.192584000000000 | | 41.192584000000000 |
| | | | FTT-PERP | -0.000000000000033 | | -0.000000000000033 |
| | | | GMT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GRT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | HBAR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | HOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | IMX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | KSHIB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LINK | 95.001215109126780 | | 95.001215109126780 |
| | | | LINK-PERP | -0.000000000000012 | | -0.000000000000012 |
| | | | LOOKS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LRC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC | 82.454997336883300 | | 82.454997336883300 |
| | | | LTC-PERP | -0.000000000000021 | | -0.000000000000021 |
| | | | LUNC-PERP | 0.000000000000014 | | 0.000000000000014 |
| | | | MANA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MATIC | 678.601918179531100 | | 678.601918179531100 |
| | | | MATIC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NEAR-PERP | 0.000000000000142 | | 0.000000000000142 |
| | | | ONE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | OP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ROSE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RSR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RUNE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SAND-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SHIB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SLP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SOL-PERP | -0.000000000000028 | | -0.000000000000028 |
| | | | SRM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | STEP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SXP | 2,615.112564922448000 | | 2,615.112564922448000 |
| | | | SXP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TOMO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRU-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRX | 2.680876848974750 | | 2.680876848974750 |
| | | | TRX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | UNI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | -36,791.077819601510000 | | -36,791.077819601510000 |
| | | | USDT | | | 51,849.464433115485000 |
| | | | VET-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | WAVES-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XRP | 6,661.132332382892000 | | 6,661.132332382892000 |
| | | | XRP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XTZ-PERP | -0.000000000000341 | | -0.000000000000341 |
| | | | YFI-PERP | 0.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 44283 | Name on file | FTX Trading Ltd. | AAVE | 0.727115620000000 | FTX Trading Ltd. | 0.727115620000000 |
| | | | BAO | 5.000000000000000 | | 5.000000000000000 |
| | | | BCH | | | 0.382910314536080 |
| | | | BTC | 0.011072110000000 | | 0.011072110000000 |
| | | | ETH | 0.150064030000000 | | 0.150064030000000 |
| | | | ETHW | 0.083115080000000 | | 0.083115080000000 |
| | | | KIN | 4.000000000000000 | | 4.000000000000000 |
| | | | LTC | 0.406723880000000 | | 0.406723880000000 |
| | | | NFT (306135290603492894/HUNGARY TICKET STUB #1022) | | | 1.000000000000000 |
| | | | NFT (346189688578952120/SINGAPORE TICKET STUB #274) | | | 1.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| | | | | Asserted Claims | | Modified Claims | |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|---|
| | | | NFT (37178263555929090940/MEXICO TICKET STUB #976) | | | | 1.000000000000000 |
| | | | NFT (478881661166545781/BELGIUM TICKET STUB #108) | | | | 1.000000000000000 |
| | | | NFT (4851869005514444540/THE HILL BY FTX #2039) | | | | 1.000000000000000 |
| | | | NFT (492692903035698242/JAPAN TICKET STUB #66) | | | | 1.000000000000000 |
| | | | NFT (521055147458422248/MONZA TICKET STUB #210) | | | | 1.000000000000000 |
| | | | SOL | 0.264824060000000 | | | 0.264824060000000 |
| | | | TRX | 0.000097000000000 | | | 0.000097000000000 |
| | | | UBXT | 1.000000000000000 | | | 1.000000000000000 |
| | | | USDT | 360.168732317030600 | | | 360.168732317030600 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.