# SCHEDULE 1

**Overstated and/or Unliquidated Claims**

Case 22-11068-KBO    Doc 32742-1    Filed 09/18/25    Page 1 of 5

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Ninetieth Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | Asserted Claims | | | | Modified Claims | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 85348* | Name on file | West Realm Shires Services Inc. | USD | 4,000.000000000000000 | West Realm Shires Services Inc. | 2,000.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 78986* | Name on file | West Realm Shires Services Inc. | BAT | 3.226646850000000 | West Realm Shires Services Inc. | 3.226646850000000 |
| | | | BRZ | 6.312051610000000 | | 6.312051610000000 |
| | | | BTC | 0.080644770188905 | | 0.080644770188905 |
| | | | CUSDT | 8.000000000000000 | | 8.000000000000000 |
| | | | DOGE | 9.074016021626896 | | 9.074016021626896 |
| | | | GRT | 4.180635320000000 | | 4.180635320000000 |
| | | | SHIB | 1.000000000000000 | | 1.000000000000000 |
| | | | SOL | 0.000000010000000 | | 0.000000010000000 |
| | | | TRX | 8.000000000000000 | | 8.000000000000000 |
| | | | USD | 1,297.980385124341200 | | 0.000385124341165 |
| | | | USDT | 3.252169250000000 | | 3.252169250000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 93782* | Name on file | West Realm Shires Services Inc. | BRZ | 3.000000000000000 | West Realm Shires Services Inc. | 3.000000000000000 |
| | | | SHIB | 15.000000000000000 | | 15.000000000000000 |
| | | | TRX | 4.000000000000000 | | 4.000000000000000 |
| | | | USD | 23,623.763644187435000 | | 11,811.883644187400000 |
| | | | USDT | 3,017.632209060000000 | | 3,017.632209060000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 45180* | Name on file | West Realm Shires Services Inc. | BTC | 0.020024650000000 | West Realm Shires Services Inc. | 0.020024650000000 |
| | | | DOGE | 2.000000000000000 | | 2.000000000000000 |
| | | | USD | 2,776.341024279062400 | | 1,376.341024279060000 |
| | | | USDT | 1.025431970000000 | | 1.025431970000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 79985* | Name on file | West Realm Shires Services Inc. | BAT | 5.373350340000000 | West Realm Shires Services Inc. | 5.373350340000000 |
| | | | BRZ | 3.000000000000000 | | 3.000000000000000 |
| | | | CUSDT | 11,648.639733010000000 | | 11,648.639733010000000 |
| | | | DOGE | 17,914.436033140000000 | | 17,914.436033140000000 |
| | | | ETH | 1.885752280000000 | | 1.885752280000000 |
| | | | ETHW | 1.884943000000000 | | 1.884943000000000 |
| | | | SHIB | 183,874,201.872046740000000 | | 183,874,201.872046740000000 |
| | | | TRX | 12,841.319161230000000 | | 12,841.319161230000000 |
| | | | USD | 2,440.630005568006000 | | 0.000005568005690 |
| | | | USDT | 1.108413550000000 | | 1.108413550000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 93260* | Name on file | West Realm Shires Services Inc. | ALGO | 0.028193650000000 | West Realm Shires Services Inc. | 0.028193650000000 |
| | | | BAT | 1.000000000000000 | | 1.000000000000000 |
| | | | BRZ | 1.000000000000000 | | 1.000000000000000 |
| | | | DOGE | 1.000000000000000 | | 1.000000000000000 |
| | | | ETHW | 0.437449400000000 | | 0.437449400000000 |
| | | | LINK | 75.991382550000000 | | 75.991382550000000 |
| | | | MATIC | 611.851470420000000 | | 611.851470420000000 |
| | | | NFT (300521746909285737/FTX PLANET #1) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (323773100295146105/HALL OF FANTASY LEAGUE #146) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (400979301768641358/HALL OF FANTASY LEAGUE #135) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (405898396382772630/HALL OF FANTASY LEAGUE #159) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (521163808217713853/HALL OF FANTASY LEAGUE #144) | 1.000000000000000 | | 1.000000000000000 |
| | | | SHIB | 6.000000000000000 | | 6.000000000000000 |
| | | | TRX | 2.000000000000000 | | 2.000000000000000 |
| | | | USD | 5,467.613498036509000 | | 2,162.913498036510000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 607** | Name on file | West Realm Shires Services Inc. | USD | 21,106.557297830000000 | West Realm Shires Services Inc. | 10,558.557297830000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 15385* | Name on file | West Realm Shires Services Inc. | BTC | 0.165615670000000 | West Realm Shires Services Inc. | 0.165615670000000 |
| | | | ETH | 2.274761850000000 | | 2.274761850000000 |
| | | | ETHW | 2.274102300000000 | | 2.274102300000000 |
| | | | EUR | 84,279.134572920000000 | | 84,279.134572920000000 |
| | | | USD | 5,416.660151672274000 | | 0.190151672273714 |
| | | | USDT | 0.000000008128394 | | 0.000000008128394 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 2016* | Name on file | West Realm Shires Services Inc. | BTC | 0.068589516975203 | West Realm Shires Services Inc. | 0.068589516975203 |
| | | | ETH | 0.963264359018544 | | 0.963264359018544 |
| | | | ETHW | 45.304922681582380 | | 45.304922681582380 |
| | | | MATIC | 0.862381774516532 | | 0.862381774516532 |
| | | | SOL | 0.007470000000000 | | 0.007470000000000 |
| | | | USD | 91,500.821415606300000 | | 58,250.411415606300000 |
| | | | USDT | 0.688876872462136 | | 0.688876872462136 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 93858* | Name on file | West Realm Shires Services Inc. | BCH | 0.179080210000000 | West Realm Shires Services Inc. | 0.179080210000000 |
| | | | BTC | 0.019151180000000 | | 0.019151180000000 |
| | | | DOGE | 570.034890670000000 | | 570.034890670000000 |
| | | | LTC | 1.192179100000000 | | 1.192179100000000 |
| | | | USD | 2,156.643149850000000 | | 1,078.323149850000000 |

| | | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 68422* | Name on file | West Realm Shires Services Inc. | BAT | 1.009280300000000 | | West Realm Shires Services Inc. | 1.009280300000000 |
| | | | BRZ | 1.000000000000000 | | | 1.000000000000000 |
| | | | BTC | 0.245243310000000 | | | 0.245243310000000 |
| | | | CUSDT | 20.000000000000000 | | | 20.000000000000000 |
| | | | DOGE | 13.323941530000000 | | | 13.323941530000000 |
| | | | ETH | 4.445691290000000 | | | 4.445691290000000 |
| | | | ETHW | 1.720991780000000 | | | 1.720991780000000 |
| | | | GRT | 3.019573110000000 | | | 3.019573110000000 |
| | | | LINK | 1.077460290000000 | | | 1.077460290000000 |
| | | | SHIB | 11.000000000000000 | | | 11.000000000000000 |
| | | | SOL | 59.376760980000000 | | | 59.376760980000000 |
| | | | TRX | 10.000000000000000 | | | 10.000000000000000 |
| | | | USD | 30,993.549464962565000 | | | 11,196.779464962600000 |
| | | | USDT | 1.063735460000000 | | | 1.063735460000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 59705* | Name on file | West Realm Shires Services Inc. | USD | 4,056.584498600000000 | | West Realm Shires Services Inc. | 2,056.584498600000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 1468* | Name on file | West Realm Shires Services Inc. | BTC | 0.001036290000000 | | West Realm Shires Services Inc. | 0.001036290000000 |
| | | | USD | 49,310.606715185000000 | | | 24,655.306715185000000 |
| | | | USDT | 0.000223757667600 | | | 0.000223757667600 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 609** | Name on file | West Realm Shires Services Inc. | BTC | 0.322206230000000 | | West Realm Shires Services Inc. | 0.322206230000000 |
| | | | USD | 5,185.180378589673000 | | | 0.000378589672437 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 87901* | Name on file | West Realm Shires Services Inc. | CUSDT | 2.000000000000000 | | West Realm Shires Services Inc. | 2.000000000000000 |
| | | | DOGE | 4.000000000000000 | | | 4.000000000000000 |
| | | | GRT | 1.000000000000000 | | | 1.000000000000000 |
| | | | MATIC | 7,624.384536830000000 | | | 7,624.384536830000000 |
| | | | SOL | 158.704278610000000 | | | 158.704278610000000 |
| | | | TRX | 1.000000000000000 | | | 1.000000000000000 |
| | | | USD | 9,620.839836208732000 | | | 7.399836208731360 |
| | | | USDT | 2.000000000000000 | | | 2.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 68448* | Name on file | West Realm Shires Services Inc. | BTC | 0.000000002327845 | | West Realm Shires Services Inc. | 0.000000002327845 |
| | | | ETH | 4.169273256017530 | | | 4.169273256017530 |
| | | | ETHW | 4.167522186017530 | | | 4.167522186017530 |
| | | | LTC | 0.000000002998346 | | | 0.000000002998346 |
| | | | SHIB | 41,876.418056320000000 | | | 41,876.418056320000000 |
| | | | USD | 5,291.910020697662000 | | | 0.000020697661967 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 40582* | Name on file | West Realm Shires Services Inc. | BTC | 0.002397600000000 | | West Realm Shires Services Inc. | 0.002397600000000 |
| | | | DOGE | 0.715000000000000 | | | 0.715000000000000 |
| | | | SOL | 90.368350000000000 | | | 90.368350000000000 |
| | | | USD | 1,611.663827600000000 | | | 1.783827600000000 |
| | | | USDT | 0.190208826000000 | | | 0.190208826000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 80147* | Name on file | West Realm Shires Services Inc. | DOGE | 1.000000000000000 | | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | SHIB | 2.000000000000000 | | | 2.000000000000000 |
| | | | USD | 10,044.242392375229000 | | | 7,794.242392375230000 |
| | | | USDT | 1.000182612579867 | | | 1.000182612579867 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 43254* | Name on file | West Realm Shires Services Inc. | USD | 125,010.000000000000000 | | West Realm Shires Services Inc. | 75,010.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 30720* | Name on file | West Realm Shires Services Inc. | USD | 23,442.123901294828000 | | West Realm Shires Services Inc. | 13,442.123901294800000 |
| | | | USDT | 0.000000009479571 | | | 0.000000009479571 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 1108* | Name on file | West Realm Shires Services Inc. | BTC | 0.000275210000000 | | West Realm Shires Services Inc. | 0.000275210000000 |
| | | | SHIB | 1.000000000000000 | | | 1.000000000000000 |
| | | | USD | 12,468.782246262700000 | | | 6,234.392246262700000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 63240* | Name on file | West Realm Shires Services Inc. | USD | 62,000.000000000000000 | | West Realm Shires Services Inc. | 31,000.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 28183* | Name on file | West Realm Shires Services Inc. | BAT | 1.000000000000000 | | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | BRZ | 3.000000000000000 | | | 3.000000000000000 |
| | | | CUSDT | 6.000000000000000 | | | 6.000000000000000 |
| | | | DOGE | 1.000000000000000 | | | 1.000000000000000 |
| | | | ETHW | 3.457173320000000 | | | 3.457173320000000 |
| | | | GRT | 2.003854680000000 | | | 2.003854680000000 |
| | | | TRX | 8.000000000000000 | | | 8.000000000000000 |
| | | | USD | 17,344.588327375433000 | | | 8,672.298327375430000 |
| | | | USDT | 3.211489550000000 | | | 3.211489550000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 29114* | Name on file | West Realm Shires Services Inc. | USD | 154,745.001698770000000 | | West Realm Shires Services Inc. | 104,745.001698770000000 |

Footnotes (illegible at resolution) indicating claims were ordered modified by various FTX Recovery Trust Omnibus Objections to Certain Fully/Partially Unliquidated Proofs of Claim (Customer Claims).

| | | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | | Ticker Quantity |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 5776* | Name on file | West Realm Shires Services Inc. | ETH | 0.000790680000000 | West Realm Shires Services Inc. | 0.000790680000000 |
| | | | ETHW | 3.000790680000000 | | 3.000790680000000 |
| | | | SOL | 0.001390000000000 | | 0.001390000000000 |
| | | | USD | 36,280.745679550000000 | | 19,680.745679550000000 |
| | | | USDT | 0.000000005490180 | | 0.000000005490180 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 83467* | Name on file | West Realm Shires Services Inc. | BAT | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | BTC | 0.477879930000000 | | 0.477879930000000 |
| | | | DOGE | 3.000000000000000 | | 3.000000000000000 |
| | | | SHIB | 4.000000000000000 | | 4.000000000000000 |
| | | | TRX | 8.000000000000000 | | 8.000000000000000 |
| | | | USD | 7,634.392128162622000 | | 0.002128162621375 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 594** | Name on file | West Realm Shires Services Inc. | BAT | 3.121273520000000 | West Realm Shires Services Inc. | 3.121273520000000 |
| | | | BRZ | 3.000000000000000 | | 3.000000000000000 |
| | | | CUSDT | 7.000000000000000 | | 7.000000000000000 |
| | | | DOGE | 2.008999690000000 | | 2.008999690000000 |
| | | | ETH | 0.000028770000000 | | 0.000028770000000 |
| | | | ETHW | 0.000028770000000 | | 0.000028770000000 |
| | | | GRT | 1.000000000000000 | | 1.000000000000000 |
| | | | KSHIB | 5,999.919607968000000 | | 5,999.919607968000000 |
| | | | SOL | 93.158798830000000 | | 93.158798830000000 |
| | | | TRX | 5.000000000000000 | | 5.000000000000000 |
| | | | USD | 14,072.809158904809000 | | 7,036.409158904810000 |
| | | | USDT | 0.000883741247586 | | 0.000883741247586 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 51703* | Name on file | FTX Trading Ltd. | AAPL | | FTX Trading Ltd. | 0.257607910000000 |
| | | | AAVE | 0.004972000000000 | | 3.306235755000000 |
| | | | AAVE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALGO | | | 152.044009680000000 |
| | | | ALGO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AMD | | | 0.409626560000000 |
| | | | APE | | | 7.101752280000000 |
| | | | ATLAS | | | 21,156.446366034000000 |
| | | | ATOM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AVAX | | | 15.502135935899300 |
| | | | AVAX-PERP | | | 0.000000000000000 |
| | | | BIDEN | | | -0.000000000000007 |
| | | | BNB | | | 1.571742840000000 |
| | | | BNB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BSV-PERP | | | 0.000000000000000 |
| | | | BTC | 0.013223924476281 | | 0.569756159809859 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CBSE | | | -0.000000005000000 |
| | | | CEL-PERP | | | 0.000000000000000 |
| | | | COIN | | | 1.519568946432000 |
| | | | COMP-PERP | | | 0.000000000000000 |
| | | | CRV-PERP | | | 0.000000000000000 |
| | | | DEFI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE | 3,242.373400000000000 | | 0.000000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOT | | | 18.839289310000000 |
| | | | DOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 0.508060000000000 | | 5.564813125393540 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 2.008060000000000 | | 0.000000018695537 |
| | | | FB-0624 | | | 0.000000000000000 |
| | | | FB-0930 | | | 0.000000000000000 |
| | | | FTM | | | 136.784002945500000 |
| | | | FTT | 47.100000000000000 | | 150.100938796243000 |
| | | | FTT-PERP | 0.000000000000000 | | -270.300000000000000 |
| | | | GBP | 16,579.051910680000000 | | 0.000000000000000 |
| | | | GMT-PERP | | | 0.000000000000000 |
| | | | GOOGLPRE | | | -0.000000005000000 |
| | | | GST-PERP | | | 0.000000000000000 |
| | | | HNT | 200.000000000000000 | | 0.000000000000000 |
| | | | HNT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | IOTA-PERP | | | 0.000000000000000 |
| | | | JOE | | | 122.801752810000000 |
| | | | KNC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LINK | 0.285780000000000 | | 50.368860662347000 |
| | | | LINK-PERP | 0.000000000000000 | | -0.000000000000004 |
| | | | LTC | | | -14.677193072003500 |
| | | | LTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LUNC | | | 0.000000003934563 |
| | | | LUNC-PERP | 0.000000000000000 | | -0.000000000000028 |
| | | | MANA | | | 0.000000009555000 |
| | | | MATIC | | | 270.074170082718000 |
| | | | MATIC-PERP | | | 0.000000000000000 |
| | | | MID-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MKR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MSTR | | | 0.342711205500000 |
| | | | NEAR | | | 35.438056102600000 |
| | | | NEO-PERP | | | 0.000000000000000 |
| | | | NIO-20210924 | | | 0.000000000000000 |
| | | | NIO-20211231 | | | 0.000000000000000 |
| | | | NVDA | | | 0.216608630000000 |
| | | | OXY | 562.605900000000000 | | 0.000000000000000 |
| | | | RAY | | | 200.303103009500000 |
| | | | RAY-PERP | | | -3,600.000000000000000 |
| | | | RUNE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SHIB-PERP | | | 0.000000000000000 |

5776* Claim was ordered modified on the FTX Recovery Trust's One Hundred Twenty Third (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims)
83467* Claim was ordered modified on the FTX Recovery Trust's One Hundred Second (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
594** Claim was ordered modified on the FTX Recovery Trust's One Hundred Third (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
51703* Claim was ordered modified on the FTX Recovery Trust's One Hundred Twenty Third (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims)

| Claim Number | Name | Debtor | Tickers | Asserted Claims Ticker Quantity | Debtor | Modified Claims Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | SHIT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SNX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SOL | 0.030000000000000 | | 15.729646364449400 |
| | | | SOL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SPY | | | 0.090934740000000 |
| | | | SPY-0325 | | | 0.000000000000000 |
| | | | SRM | 199.860000000000000 | | 339.604213902300000 |
| | | | SRM-PERP | | | -500.000000000000000 |
| | | | SUSHI | 0.343100000000000 | | 0.000000000000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SXP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TOMO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRUMP | | | 0.000000000000000 |
| | | | TRUMP2024 | | | 0.000000000000000 |
| | | | TRX | | | 0.001816002500000 |
| | | | TRX-PERP | | | 0.000000000000000 |
| | | | UNI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 39.919566715698400 | | 1,653.856282306750000 |
| | | | USDT | | | -1,380.326357445890000 |
| | | | USTC | | | 0.000000006099525 |
| | | | USTC-PERP | | | 0.000000000000000 |
| | | | XMR-PERP | | | 0.000000000000000 |
| | | | XRP | | | 0.000000007537016 |
| | | | XRP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XTZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | YFI | 0.000975400000000 | | 0.000000000000000 |
| | | | ZEC-PERP | 0.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 73663* | Name on file | West Realm Shires Services Inc. | AAVE | 0.001309700000000 | West Realm Shires Services Inc. | 0.001309700000000 |
| | | | BTC | 0.000194940000000 | | 0.000194940000000 |
| | | | MATIC | 119.880000000000000 | | 119.880000000000000 |
| | | | SOL | 3.788000000000000 | | 3.788000000000000 |
| | | | USD | 43,473.929700308625000 | | 21,736.969700308600000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 14896* | Name on file | West Realm Shires Services Inc. | BAT | 60.817904820000000 | West Realm Shires Services Inc. | 60.817904820000000 |
| | | | BRZ | 7.048654600000000 | | 7.048654600000000 |
| | | | BTC | 0.013437680000000 | | 0.013437680000000 |
| | | | CUSDT | 31.000000000000000 | | 31.000000000000000 |
| | | | DOGE | 3.000000000000000 | | 3.000000000000000 |
| | | | ETH | 0.408959130000000 | | 0.408959130000000 |
| | | | ETHW | 0.000000008070120 | | 0.000000008070120 |
| | | | GRT | 4,425.266136080000000 | | 4,425.266136080000000 |
| | | | MKR | 0.025107410000000 | | 0.025107410000000 |
| | | | SHIB | 71.000000000000000 | | 71.000000000000000 |
| | | | SOL | 0.022438670000000 | | 0.022438670000000 |
| | | | TRX | 21.232830990000000 | | 21.232830990000000 |
| | | | USD | 12,733.541462432879000 | | 8,483.541462432880000 |
| | | | USDT | 0.000000004552100 | | 0.000000004552100 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 68200* | Name on file | West Realm Shires Services Inc. | BTC | 0.027850940000000 | West Realm Shires Services Inc. | 0.027850940000000 |
| | | | SOL | 3.842578910000000 | | 3.842578910000000 |
| | | | TRX | 2.000000000000000 | | 2.000000000000000 |
| | | | USD | 7,269.474979131543500 | | 3,372.074979131540000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 33911* | Name on file | West Realm Shires Services Inc. | USD | 12,437.465740420000000 | West Realm Shires Services Inc. | 6,218.735740420000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

73663*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Seventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
14896*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Twenty-Third (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim (Customer Claims)
68200*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Twenty-Fifth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)
33911*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Thirty-Fifth (Substantive) Omnibus Objection to Certain Fully Unliquidated Proofs of Claim (Customer Claims)