## SCHEDULE 1

**Late Filed Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Ninety-Second Omnibus Claims Objection**
**Schedule 1 - Late Filed Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| | | | | **Asserted Claims** | |
| 100295 | Name on file | FTX Trading Ltd. | 6/2/2025 | | Undetermined* |
| | | | | | |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100314 | Name on file | FTX Trading Ltd. | 6/5/2025 | POC Other Crypto Assertions: 3XDOGEBEAR(SHORT) | 759,468.000000000000000 |
| | | | | POC Other Crypto Assertions: 3XETHBEAR(SHORT) | 399,720.000000000000000 |
| | | | | ETHBULL | 5.420000000000000 |
| | | | | USD | 24,856.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100260 | Name on file | FTX Trading Ltd. | 5/28/2025 | DOGE | 12,545.893004300000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100263 | Name on file | West Realm Shires Services Inc. | 5/29/2025 | BCH | 12,000.000000000000000 |
| | | | | BTC | 3.000000000000000 |
| | | | | ETH | 10,000.000000000000000 |
| | | | | FTT | 64.270000000000000 |
| | | | | USDC | 13,000.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100267 | Name on file | FTX Trading Ltd. | 5/29/2025 | USD | 2,000.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100344 | Name on file | FTX Trading Ltd. | 6/17/2025 | USD | 16,937.320000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100328 | Name on file | FTX Trading Ltd. | 6/9/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100308 | Name on file | FTX Trading Ltd. | 6/4/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100269 | Name on file | FTX Trading Ltd. | 5/29/2025 | ATLAS | 1,699.677000000000000 |
| | | | | BTC | 0.000100000000000 |
| | | | | BULL | 0.000400000000000 |
| | | | | ETHW | 0.003000000000000 |
| | | | | FTT | 37.172300000000000 |
| | | | | LUNA2 | 0.000900000000000 |
| | | | | LUNC | 200.000000000000000 |
| | | | | MATIC | 1.000700000000000 |
| | | | | POLIS | 35.093300000000000 |
| | | | | SOL | 34.545700000000000 |
| | | | | USD | 1.350000000000000 |
| | | | | USDT | 0.006600000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100198 | Name on file | FTX Trading Ltd. | 5/13/2025 | USD | 659,100.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100281 | Name on file | FTX Trading Ltd. | 5/31/2025 | BTC | 0.000028769220000 |
| | | | | USD | 0.292362000000000 |
| | | | | XRP | 489.900200000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100322 | Name on file | FTX Trading Ltd. | 6/9/2025 | USD | 62,000.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100292 | Name on file | FTX Trading Ltd. | 6/2/2025 | | Undetermined* |
| | | | | Other Activity Asserted: 9500 - change my phone number | |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100276 | Name on file | FTX Trading Ltd. | 5/30/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100291 | Name on file | FTX Trading Ltd. | 6/2/2025 | DOT | 0.004982764000000 |
| | | | | EUR | 0.091017802000000 |
| | | | | FTM | 0.005507910000000 |
| | | | | FTT | 0.001642060000000 |
| | | | | LINK | 0.007834542900000 |
| | | | | SUSHI | 0.003211000000000 |
| | | | | USD | 0.002109900300000 |
| | | | | USDT | 0.001156919150000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100256 | Name on file | FTX Trading Ltd. | 5/27/2025 | BTC | Undetermined* |
| | | | | FTT | |
| | | | | LUNC | |
| | | | | POC Other Crypto Assertions: MASK NETWORK | |
| | | | | USDC | |
| | | | | USDT | |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100341 | Name on file | FTX Trading Ltd. | 6/16/2025 | | Undetermined* |

| | | | | | Asserted Claims |
|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100313 | Name on file | FTX Trading Ltd. | 6/5/2025 | XRPBULL | 603,150,000.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100191 | Name on file | FTX Digital Assets LLC | 5/11/2025 | BTC | 0.041900000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100226 | Name on file | West Realm Shires Services Inc. | 5/19/2025 | USD | 21,106.560000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100270 | Name on file | FTX Trading Ltd. | 5/29/2025 | USD | 1,673.980000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100273 | Name on file | FTX Trading Ltd. | 5/30/2025 | USD | 48,000.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100333 | Name on file | FTX Trading Ltd. | 6/11/2025 | POC Other Crypto Assertions: 1INCH (1INCH) | 6.998670000000000 |
| | | | | BTC | 0.000000005971950 |
| | | | | CHZ | 50.000000000000000 |
| | | | | POC Other Crypto Assertions: COMPOUND (COMP) | 0.000000005000000 |
| | | | | FTT | 0.423134969228389 |
| | | | | USD | 43.303490773484854 |
| | | | | USDT | 0.000000000928978 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100327 | Name on file | FTX Trading Ltd. | 6/9/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100296 | Name on file | FTX Trading Ltd. | 6/3/2025 | BAO | 2.000000000000000 |
| | | | | DENT | 2.000000000000000 |
| | | | | ETH | 0.136357000000000 |
| | | | | FTT | 56.282110000000000 |
| | | | | KIN | 2.000000000000000 |
| | | | | TRX | 1.000000000000000 |
| | | | | USD | 14,258.960000000000000 |
| | | | | USDT | 0.000000000000000 |
| | | | | Other Activity Asserted: im not sure, i dont remember - im not sure, i dont remember | |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100265 | Name on file | FTX Trading Ltd. | 5/29/2025 | BRZ | 1.000000000000000 |
| | | | | SHIB | 2.000000000000000 |
| | | | | TRX | 275.000000000000000 |
| | | | | USDC | 0.000000011404580 |
| | | | | USDT | 6,379.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100288 | Name on file | FTX Trading Ltd. | 6/1/2025 | BNB | 1.100110000000000 |
| | | | | DOGE | 50.000000000000000 |
| | | | | FTT | 1.999620000000000 |
| | | | | MATIC | 80.000000000000000 |
| | | | | SOL | 3.120000000000000 |
| | | | | SRM | 10.000000000000000 |
| | | | | UNI | 17.000000000000000 |
| | | | | USDC | 4.380000000000000 |
| | | | | USDT | 0.570000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100268 | Name on file | FTX Trading Ltd. | 5/29/2025 | BTC | 10.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100283 | Name on file | FTX Trading Ltd. | 6/1/2025 | USD | 53.158763790000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100324 | Name on file | FTX Trading Ltd. | 6/9/2025 | 1INCH | 54.135386110000000 |
| | | | | BTC | 0.398861530000000 |
| | | | | FTT | 73.208717560000000 |
| | | | | JPY | 7.168006300000000 |
| | | | | MANA | 400.092976500000000 |
| | | | | SAND | 357.434116890000000 |
| | | | | SRM | 59.466586950000000 |
| | | | | SUSHI | 101.555921260000000 |
| | | | | UNI | 24.799835760000000 |
| | | | | USD | 1,538.431451110000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100318 | Name on file | FTX Trading Ltd. | 6/6/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100278 | Name on file | FTX Trading Ltd. | 5/31/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100286 | Name on file | FTX Trading Ltd. | 6/1/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100284 | Name on file | FTX Trading Ltd. | 6/1/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100299 | Name on file | FTX Trading Ltd. | 6/3/2025 | AAVE | 4.033083330000000 |

| | | Asserted Claims | | | |
|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
| | | | | AVAX | 10.561094390000000 |
| | | | | DOGE | 1.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100254 | Name on file | FTX Trading Ltd. | 5/27/2025 | USD | 14,658.411359550000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100204 | Name on file | FTX Trading Ltd. | 5/12/2025 | USD | 2,000.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100297 | Name on file | FTX Trading Ltd. | 6/3/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100301 | Name on file | FTX Trading Ltd. | 6/3/2025 | BTC | 5.463698040000000 |
| | | | | SOL | 1,076.227006400000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100282 | Name on file | FTX Trading Ltd. | 5/31/2025 | BTC | 0.019000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100337 | Name on file | FTX Trading Ltd. | 6/12/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100258 | Name on file | Quoine Pte Ltd | 5/28/2025 | BTC | 0.355825060000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100323 | Name on file | FTX Trading Ltd. | 6/9/2025 | DOGE | 826,188.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100289 | Name on file | FTX Trading Ltd. | 6/1/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100271 | Name on file | FTX Trading Ltd. | 5/30/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100257 | Name on file | FTX Trading Ltd. | 5/28/2025 | POC Other Crypto Assertions: ASTAR(ASTR) | 10,000.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100285 | Name on file | FTX Trading Ltd. | 6/1/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100274 | Name on file | FTX Trading Ltd. | 5/30/2025 | BNB | 0.000396020000000 |
| | | | | BTC | 0.008561623070680 |
| | | | | DOGE | 0.000000008082965 |
| | | | | ETH | 8.492708316460560 |
| | | | | FTT | 25.022722514992090 |
| | | | | USD | 27,101.906049014270000 |
| | | | | USDT | 2,070.784140722885000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100315 | Name on file | FTX Trading Ltd. | 6/6/2025 | USD | 40,511.590000000000000 |
| | | | | USDT | 15,841.610000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100340 | Name on file | Quoine Pte Ltd | 6/16/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100317 | Name on file | FTX Trading Ltd. | 6/6/2025 | ADABULL | 86,000.000000000000000 |
| | | | | APE | 100,000,000.000000000000000 |
| | | | | ATOM | 25,000.000000000000000 |
| | | | | AVAX | 1,000,000,000.000000000000000 |
| | | | | BRL | 86,000.000000000000000 |
| | | | | CUSDT | 3,500,000.000000000000000 |
| | | | | DOGEBULL | 1,367.000000000000000 |
| | | | | ETHBULL | 89.000000000000000 |
| | | | | LINK | 20,800,000.000000000000000 |
| | | | | LTC | 100,000,000.000000000000000 |
| | | | | MANA | 457.000000000000000 |
| | | | | SHIB | 564,000,000,000.000000000000000 |
| | | | | SOL | 138.000000000000000 |
| | | | | SPELL | 860,000.000000000000000 |
| | | | | SUSHI | 3,800,000.000000000000000 |
| | | | | UNI | 18,000.000000000000000 |
| | | | | XRP | 3,000,000.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100211 | Name on file | West Realm Shires Services Inc. | 5/16/2025 | USD | 12,473.430000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100298 | Name on file | FTX Trading Ltd. | 6/3/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100255 | Name on file | FTX Trading Ltd. | 5/27/2025 | FTT | 65.884000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100262 | Name on file | FTX Trading Ltd. | 5/28/2025 | ZAR | 162,000.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100307 | Name on file | FTX Trading Ltd. | 6/4/2025 | | Undetermined* |

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100343 | Name on file | Quoine Pte Ltd | 6/17/2025 | SGD | 2,544.800000000000000 |
| | | | | USDT | 1,420.542939000000000 |
| | | | | XRP | 900.689400000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100300 | Name on file | FTX Trading Ltd. | 6/3/2025 | BTC | 0.071872720000000 |
| | | | | ETH | 0.167818250000000 |
| | | | | ETHW | 0.167818250000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100272 | Name on file | FTX Trading Ltd. | 5/30/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100345 | Name on file | FTX Trading Ltd. | 6/17/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100325 | Name on file | FTX Trading Ltd. | 6/9/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100293 | Name on file | FTX Trading Ltd. | 6/2/2025 | BAO | 450,000.000000000000000 |
| | | | | ETH | 10.000000000000000 |
| | | | | ETHBULL | 15.000000000000000 |
| | | | | FTT | 1.000000000000000 |
| | | | | GALA | 10.000000000000000 |
| | | | | GRT | 23.000000000000000 |
| | | | | MATIC | 10.000000000000000 |
| | | | | RAY | 4.000000000000000 |
| | | | | RSR | 900.000000000000000 |
| | | | | SHIB | 1,500,000.000000000000000 |
| | | | | SRM | 1.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100329 | Name on file | FTX Trading Ltd. | 6/9/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100287 | Name on file | FTX Trading Ltd. | 6/1/2025 | ALGO | 1,351.006755000000000 |
| | | | | AMPL | 0.000405534804170 |
| | | | | EDEN | 0.003225810000000 |
| | | | | EUR | 12,000.118500000000000 |
| | | | | FTT | 31,212.272232500000000 |
| | | | | SOL | 0.009045430000000 |
| | | | | SPELL | 3.286045610000000 |
| | | | | TONCOIN | 0.017342000000000 |
| | | | | TRX | 0.000025000000000 |
| | | | | USD | 942,527.340000000000000 |
| | | | | USDT | 259,001.060000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100330 | Name on file | West Realm Shires Services Inc. | 6/10/2025 | BTC | 6.291100000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100342 | Name on file | FTX Trading Ltd. | 6/17/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100326 | Name on file | West Realm Shires Services Inc. | 6/9/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100332 | Name on file | FTX Trading Ltd. | 6/11/2025 | USD | 1,300.000000000000000 |
| | | | | USDC | 1,300.000000000000000 |
| | | | | USDT | 6,977.060000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100253 | Name on file | FTX Trading Ltd. | 5/27/2025 | BTC | 0.052220270000000 |
| | | | | CRV | 1.016759070000000 |
| | | | | ETH | 0.564540010000000 |
| | | | | ETHW | 0.325239360000000 |
| | | | | SOL | 0.001680690000000 |
| | | | | TRX | 0.001643000000000 |
| | | | | USD | 31.310000000000000 |
| | | | | USDT | 27.970000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100320 | Name on file | FTX Trading Ltd. | 6/7/2025 | KIN | 52,391.925761650000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100221 | Name on file | Ledger Holdings Inc. | 5/19/2025 | USD | 1,000.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100305 | Name on file | FTX Trading Ltd. | 6/4/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100309 | Name on file | FTX Trading Ltd. | 6/4/2025 | SOL | 176.655550900000000 |
| | | | | USD | 2,514.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100339 | Name on file | FTX Trading Ltd. | 6/15/2025 | BAO | 2.000000000000000 |
| | | | | BULL | 0.006349970000000 |
| | | | | ETHBULL | 0.018051930000000 |
| | | | | EUR | 40.130000000000000 |

| | Asserted Claims | | | | |
|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
| | | | | TRX | 1.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100201 | Name on file | FTX Trading Ltd. | 5/14/2025 | POC Other Crypto Assertions: 3XBITCOIN BULL | 18.000000000000000 |
| | | | | POC Other Crypto Assertions: 3X ETH | 58.000000000000000 |
| | | | | BTC | 6.000000000000000 |
| | | | | USD | 68,523.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100311 | Name on file | FTX Trading Ltd. | 6/5/2025 | POC Other NFT Assertions: COACHELLA NFT | 15.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100310 | Name on file | FTX Trading Ltd. | 6/4/2025 | BTC | 1.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100280 | Name on file | FTX Trading Ltd. | 5/31/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100261 | Name on file | FTX Trading Ltd. | 5/28/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100331 | Name on file | FTX Trading Ltd. | 6/10/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100302 | Name on file | FTX Trading Ltd. | 6/3/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100316 | Name on file | FTX Trading Ltd. | 6/6/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100321 | Name on file | FTX Trading Ltd. | 6/8/2025 | ETH | 0.000998100000000 |
| | | | | ETHW | 0.000998100000000 |
| | | | | KIN | 1.000000000000000 |
| | | | | USD | 232.100000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100275 | Name on file | FTX Trading Ltd. | 5/30/2025 | ETH | 2.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100338 | Name on file | FTX Trading Ltd. | 6/15/2025 | USDT | 703.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| | | | | | |
|---|---|---|---|---|---|
| 100279 | Name on file | FTX Trading Ltd. | 5/31/2025 | USD | 4,000.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.