# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **Folkvang Ltd.'s Objections and Responses to FTX Recovery Trust's Requests for Production of Documents** was caused to be served on September 18, 2025 upon the following counsel by email:

Jacob M. Croke
Sullivan & Cromwell LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
crokej@sullcrom.com

Alexandra Li
Brian D. Glueckstein
Daniel P. O'Hara
Lisa V. Wang
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
lial@sullcrom.com
gluecksteinb@sullcrom.com
oharad@sullcrom.com
wanglisa@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1

|  |  |
|---|---|
| Dated: September 19, 2025 | **BARNES & THORNBURG LLP** |

<u>/s/  Amy E. Tryon</u>
Mark R. Owens (DE No. 4364)
Amy E. Tryon (DE No. 6945)
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801
Tel: (302) 300-3434
Email:  Mark.Owens@btlaw.com
Email:  Amy.Tryon@btlaw.com

Kenneth P. Kansa (*pro hac vice*)
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-4583
Email: KKansa@btlaw.com

Leah Anne O'Farrell (*pro hac vice*)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Telephone: (781) 888-1516
Email:  LOFarrell@btlaw.com

*Counsel for Folkvang Ltd.*