## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re: FTX Trading Ltd., et al.                Case No. 22-11068 (JTD)

(Fed. R. Bankr. P. 3001(e)(2); Local Form 138A)

2025 SEP 15 A 10: 24

Name and Address of Transferor (Seller):
Aleksey Smirnov
str Granitnaya 54-3-138, Saint-Petersburg, 195213, Russia
Email: ikmad07@gmail.com   Phone: +7 981 823-70-49

Name and Address of Transferee (Buyer):
Name: Daniel Demtschenko
Address: 33 Harry Agganis Way, Boston MA, 02215
Email: daniel.demtschenko@gmail.com Phone: (330) 687-8603

Claim Information:
Proof of Claim No.: 59838
Debtor: In re: FTX Trading Ltd., et al.
Amount/Type: Customer Entitlement (Undetermined)
POC Filing Date: 2023-09-22

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 3001(e)(2), the Transferor has transferred to the Transferee all right, title, and interest in the above-referenced claim. No action is required by any party unless an objection is filed.
If you object to the transfer, you must file a written objection with the Clerk of the Court within twenty-one (21) days of the mailing of this notice, stating the grounds for the objection, and serve a copy on the Transferee at the address above. If no objection is timely filed, the transfer will be recorded and the Transferee shall be substituted for the Transferor on the claims register.
Dated: 09/04/2025

Respectfully submitted,
Daniel Demtschenko (Transferee)
By: _____
Name/Title: Daniel Demtschenko
Address: 33 Harry Agganis Way, Boston MA, 02215
Email: daniel.demtschenko@gmail.com Phone: (330) 687-8603

**EVIDENCE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re: FTX Trading Ltd., et al.                     Case No. 22-11068 (JTD)

(Fed. R. Bankr. P. 3001(e)(2); Local Form 138)

1. Transferor (Seller):
   Name: Aleksey Smirnov
   Address: Russia 195213 Saint-Petersburg str Granitnaya 54-3-138
   Email: ikmad07@gmail.com
2. Transferee (Buyer):
   Name: Daniel Demtschenko
   Address: 33 Harry Agganis Way, Boston MA, 02215
   Email: daniel.demtschenko@gmail.com  Phone: (330) 687-8603
3. Transferred Claim:
   Proof of Claim No.: 59838
   Debtor: In re: FTX Trading Ltd., et al.
   Amount/Type: Customer Entitlement (Undetermined)
   POC Filing Date: 2023-09-22
4. Statement.
For value received, Transferor hereby transfers, assigns, and conveys to Transferee all right, title, and interest in and to the above-described claim against the Debtors in Case No. 22-11068 (JTD), together with all rights and remedies thereunder and all distributions, to the extent permitted by applicable law and the underlying assignment agreement.
5. Additional Identifiers (for Kroll validation):
   FTX Account ID: 82824481
   Unique Customer Code: 3725091
   Platform: FTX_COM
   Confirmation ID (Kroll e-filing): 3265-70-UWJGA-780869304
   Schedule ID: 221106806794866
Executed on: 09/04/2025

TRANSFEROR (Seller):
By: _____
Name/Title: Aleksey Smirnov, Individual (Transferor)
Date: 09/04/2025

TRANSFEREE (Buyer):
By: _____
Name/Title: Daniel Demtschenko, Transferee
Date: 09/04/2025

Declaration under penalty of perjury:
I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.
Signature: _____    Date: 09/04/2025

**EXHIBIT A to Evidence of Transfer of Claim (Local Form 138)**

In re FTX Trading Ltd., et al. — Case No. 22-11068 (JTD) — U.S. Bankruptcy Court, District of Delaware

**EXHIBIT A — SHORT-FORM ASSIGNMENT OF CLAIM**

Assignor (Transferor): Aleksey Smirnov, Individual
Assignee (Transferee): Daniel Demtschenko
Case: In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD), U.S. Bankruptcy Court, District of Delaware
Claim: Proof of Claim No. 59838; type: Customer Entitlement; filing date: September 22, 2023

Assignment. For good and valuable consideration (consideration redacted), the receipt and sufficiency of which are hereby acknowledged, Assignor hereby transfers, assigns and conveys to Assignee all right, title and interest in and to the above-described Claim (together with all rights appurtenant thereto and all distributions thereon), other than for security, pursuant to Fed. R. Bankr. P. 3001(e)(2).
Identifiers (for validation, non-substantive): Account ID 82824481; Unique Customer Code 3725091; Platform FTX_COM; Confirmation ID 3265-70-UWJGA-780869304; Schedule ID 221106806794866.
Unredacted copy of the purchase agreement will be provided to the claims agent (Kroll) upon request.
Effective Date: as provided in the parties' agreement and/or upon lapse of the Rule 3001(e)(2) objection period.

**SIGNATURES**

TRANSFEROR (Seller):

By: _____
Name/Title: Aleksey Smirnov, Individual (Transferor)
Date: 09/04/2025

TRANSFEREE (Buyer):

By: _____
Name/Title: Daniel Demtschenko, Transferee
Date: 09/04/2025



# U.S. Bankruptcy Court

## Delaware Bankruptcy - Wilmington

Receipt Date: Sep 15, 2025 1:23PM

Daniel Demtschenko
410 Westhampton Way
Richmond, VA 23173-0006

| Rcpt. No: 10095765 | Trans. Date: Sep 15, 2025 1:23PM | | Cashier ID: #SP (6534) | |
|---|---|---|---|---|
| **CD** **Transaction** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| TOC  TransferofClaim$ | 22-11068-KBO | 1 | 28.00 | 28.00 |

| **CD** **Tender** | | | | **Amt** |
|---|---|---|---|---|
| CH  CHECK | #109 | 09/15/2025 | | $28.00 |
| | | Total Due Prior to Payment: | | $28.00 |
| | | Total Tendered: | | $28.00 |
| | | Total Cash Received: | | $0.00 |

**Debtor**: FTX Trading Ltd.

Exact change only.