IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Loredana B. Miranda of White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020-1095, to represent, in the above-captioned cases, (i) certain of the Debtors and (ii) Brian C. Simms, Kevin G. Cambridge, and Peter Greaves, in their capacity as joint official liquidators and foreign representatives of FTX Digital Markets Ltd.

Dated:   September 23, 2025

*/s/ Brendan J. Schlauch*
Brendan J. Schlauch (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: schlauch@rlf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: September 23, 2025

*/s/ Loredana B. Miranda*
Loredana B. Miranda
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: loredana.miranda@whitecase.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

RLF1 33834184v.1