IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on September 17, 2025, the (i) *Notice of Deposition of Russell Crumpler* and (ii) *Notice of Deposition of Three Arrows Capital, Ltd. Pursuant to Fed. R. Civ. P. 30(b)(6)* were served on the following counsel to the Joint Liquidators of Three Arrows Capital, Ltd. via Electronic Mail.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0083472.}

## SERVICE LIST

Christopher Harris
Adam J. Goldberg
Zachary F. Proulx
Nacif Taousse
Zijun Zhao
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: chris.harris@lw.com
   adam.goldberg@lw.com
   zachary.proulx@lw.com
   nacif.taousse@lw.com
   zijun.zhao@lw.com

John W. Weiss
Alexis R. Gambale
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email: jweiss@pashmanstein.com
   agambale@pashmanstein.com

Daniel Wayland Sack
**LATHAM & WATKINS LLP**
200 Clarendon Street
Boston, MA  02116
Telephone: (617) 948-6000
Facsimile: (617) 671-0406
Email: daniel.sack@lw.com

| | |
|---|---|
| Dated: September 24, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>　　　　mcguire@lrclaw.com<br>　　　　brown@lrclaw.com<br>　　　　pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>　　　　bromleyk@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com<br>　　　　bellerb@sullcrom.com<br><br>*Counsel to the FTX Recovery Trust* |