## Cover Letter to the Clerk of Court

September 25, 2025



Clerk of Court – Intake

United States Bankruptcy Court for the District of Delaware

824 North Market Street, 3rd Floor

Wilmington, DE 19801

**Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) — EMERGENCY MOTION OF HEJIA ZHAO (PRO SE) TO CONFIRM ELIGIBILITY FOR SEPTEMBER 30, 2025 DISTRIBUTION**

**AND MOTION FOR SHORTENED NOTICE UNDER LOCAL RULE 9006-1(e)**

Dear Clerk of Court:

Enclosed for filing in the above-referenced case, please find the following documents submitted by pro se creditor Hejia Zhao:

- Certificate of No Objection (no responses received by the Sept. 24, 2025 deadline)
- Proposed Order (granting relief requested in Emergency Motion (D.I. 32759) and Supplemental Emergency Motion (served Sept. 23, 2025))
- Certificate of Service (service via email on Sept. 25, 2025 to FTX counsel and the U.S. Trustee)

As I am a pro se movant without CM/ECF privileges, I respectfully request that the enclosed clean Proposed Order be routed for electronic signature in accordance with the Court's Electronic Order Processing procedures.

I respectfully request expedited docketing in light of the upcoming September 30, 2025 distribution date. Thank you for your assistance.

Respectfully,

*[signature: Hejia Zhao]*

Hejia Zhao (Pro Se)

Customer Code: 2696746

Email: hz263@cornell.edu

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br>FTX Trading Ltd., et al.,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 22-11068 (KBO)**<br><br>**(Jointly Administered)**<br><br>Re: D.I. 32759 and Supplemental Emergency Motion (served Sept. 23, 2025) |

**CERTIFICATE OF NO OBJECTION**

I, Hejia Zhao (Customer Code 2696746), the pro se movant in the above-captioned case, hereby certify as follows:

1. Emergency Motion Filed. I filed an emergency motion (the "Emergency Motion") at D.I. 32759 seeking confirmation that I am included in the September 30, 2025 distribution via Kraken. I also served a related Supplemental Emergency Motion on September 23, 2025 (together with the Emergency Motion, the "Motions").

2. Service and Response Deadline. The Motions were properly served on the required parties with a stated deadline for responses or objections of September 24, 2025 at 12:00 p.m. (Eastern Time) (the "Response Deadline").

3. No Objections Received. As of the Response Deadline, no objections or responses to the Motions have been filed with the Court or served on me. I have reviewed the docket for Case No. 22-11068 (KBO) and no pleading opposing or responding to the Motions appears thereon.

4. Local Rule Compliance. Because the Response Deadline has passed with no objections or responses filed or served, I submit this Certificate of No Objection pursuant to Del. Bankr. L.R. 9013-1 and 7007-4 and respectfully request that the Court enter the Proposed Order granting the relief requested in the Motions without further notice or a hearing.

WHEREFORE, I respectfully request entry of the Proposed Order at the Court's earliest convenience.

Dated: September 25, 2025

*/s/ Hejia Zhao*

Hejia Zhao (Pro Se)

Customer Code: 2696746

Email: hz263@cornell.edu

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br>FTX Trading Ltd., et al.,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 22-11068 (KBO)**<br><br>**(Jointly Administered)**<br><br>Re: D.I. 32759 and Supplemental Emergency Motion (served Sept. 23, 2025) |

**ORDER GRANTING EMERGENCY MOTION (D.I. 32759) AND SUPPLEMENTAL EMERGENCY MOTION OF HEJIA ZHAO (PRO SE)**

Upon consideration of the Emergency Motion of Hejia Zhao, pro se, filed at D.I. 32759, and her related Supplemental Emergency Motion (together, the "Motion"); the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion has been given and no further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Movant Hejia Zhao (Customer Code 2696746) is confirmed to be eligible for and entitled to receive the distribution scheduled to occur on or about September 30, 2025 via the Kraken platform, having satisfied all necessary eligibility prerequisites as of the August 15, 2025 record date.

3. The FTX Recovery Trust, the Plan Administrator, and/or any relevant distribution agent are authorized and directed to take all actions necessary to effectuate the distribution to Hejia Zhao through Kraken in accordance with the applicable plan and distribution procedures, and to promptly update Movant's status on the Customer Claims Portal to reflect approval for the September 30, 2025 distribution.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| FTX Trading Ltd., et al., | |
| Debtors. | Case No. 22-11068 (KBO) |
| | **(Jointly Administered)** |
| | Re: D.I. 32759 and Supplemental Emergency Motion (served Sept. 23, 2025) |

## CERTIFICATE OF SERVICE

I, Hejia Zhao, hereby certify that on September 25, 2025, I caused copies of my Certificate of No Objection and Proposed Order to be served via email upon the following recipients:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov

- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov

- David Gerardi – david.gerardi@usdoj.gov


**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com

- James L. Bromley – bromleyj@sullcrom.com

- Brian D. Glueckstein – gluecksteinb@sullcrom.com

- Alexa J. Kranzley – kranzleya@sullcrom.com


**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com

- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

Request for Consent / Reservation: By this certificate and the cover email, Movant requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent or the Court requires alternate service, Movant will promptly cure by effecting service consistent with FRBP 7004/9014.

I certify that the foregoing statements are true and correct.

Dated: September 25, 2025

*/s/ Hejia Zhao/*

Hejia Zhao (Pro Se)

Customer Code: 2696746

Email: hz263@cornell.edu

Case 22-11068-KBO   Doc 32773   Filed 09/25/25   Page 9

SHIP CLERK OF THE COURT  CASE JUDGE KBO   FL 3
TO: (302) 252-2900
   DISTRICT OF DELAWARE, U.S. BANKRUPT
   824 N MARKET ST

   WILMINGTON DE 19801-3024



DE 197 9-25

UPS NEXT DAY AIR SAVER  1P
TRACKING #: 1Z Y2W 716 13 2520 1016

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT



MMX79EH4E5EER ISH 13.00C ZZP 450 34.5V 08/2025

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD 0825





theupsstore.com to find a location near you.

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground®
UPS Standard®
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit theupsstore.com to learn more about our Print & Business Services.

Serving you for more