**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 32746** |

**ORDER DENYING MOTION TO SHORTEN NOTICE WITH
RESPECT TO MOTION FOR COLLABORATIVE, CLAIM-SPECIFIC
ADMINISTRATIVE RELIEF REGARDING CLAIM NO. 33657**

After consideration of Movant Pu Ke's *Motion to Shorten Notice With Respect To Motion For Collaborative, Claim-Specific Administrative Relief Regarding Claim No. 33657* [D.I. 32746] (the "Motion to Shorten"), **IT IS HEREBY ORDERED**:

1. The Motion to Shorten is **DENIED**.

2. Movant's *Motion for Collaborative, Claim-Specific Administrative Relief Regarding Claim No. 33657* [D.I. 32739] shall be included in the status conference to be held on **October 23, 2025 at 9:30 a.m. (Eastern Time)** in accordance with the Court's prior September 16, 2025 *Order Setting Status Conference on Motion Of The FTX Recovery Trust For Entry Of An Order In Support Of The Confirmed Plan Authorizing The FTX Recovery Trust To Implement The Restricted Jurisdiction Procedures In Potentially Restricted Foreign Jurisdictions* [D.I. 32720].

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

1

2

4. The FTX Recovery Trust shall serve a copy of this Order on Movant by electronic mail or express mail and file an affidavit of service reflecting such service within 2 business days.

Dated: September 26, 2025
Wilmington, Delaware

Karen B. Owens
Chief Judge