| | |
|---|---|
| **From:** | Scott D. Simon |
| **To:** | Wheeler, Stephanie G. |
| **Cc:** | Scott D. Simon; Glueckstein, Brian D.; Mayberry, Keila M. |
| **Subject:** | RE: proposed order allowing Ross"s claim |
| **Date:** | Wednesday, July 2, 2025 5:16:00 PM |

Hi Stephanie,

Your revisions are acceptable. I will submit the proposed order, as revised, to the Court.

The Designated Beneficiary, as defined in the proposed order, is Manifold for Charity, d/b/a Manifund, EIN 88-3668801. Banking details are at https://manifoldmarkets.notion.site/Manifund-Deposit-via-DAF-ACH-wire-or-crypto-02aee92e884a47e49efd4d93242e2080

Let me know if you need any additional information to identify the Designated Beneficiary, or if Kroll needs any documents to make the distribution. sds

--

Scott D. Simon | Partner
Goetz Platzer LLP | 914-500-8737

**From:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Sent:** Tuesday, July 1, 2025 9:21 AM
**To:** Scott D. Simon <ssimon@goetzplatzer.com>
**Cc:** Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Mayberry, Keila M. <mayberryk@sullcrom.com>; Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Subject:** RE: proposed order allowing Ross's claim

Dear Scott,

Attached are our revisions to the proposed order.

Best,

Stephanie

**From:** Scott D. Simon <ssimon@goetzplatzer.com>
**Sent:** Thursday, June 26, 2025 4:10 PM
**To:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Cc:** Scott D. Simon <ssimon@goetzplatzer.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Mayberry, Keila M. <mayberryk@sullcrom.com>
**Subject:** [EXTERNAL] proposed order allowing Ross's claim

Stephanie,

Attached is a proposed order allowing Ross's FDU claim. Please let me know if you have any comments.

Ross will identify a charity for payment of the claim. Once he does so, I will advise you of the charity's name, address, and contact information.



**Scott D. Simon**
Partner
Goetz Platzer LLP
One Penn Plaza | Suite 3100 | NY, NY 10119
T 914.500.8737 | F 212.629.4013
goetzplatzer.com [goetzfitz.com]

*The information in this transmission may be privileged and confidential. It is intended for the use of specific recipients.*
*In the event of an error, no waiver is intended, and we request that you notify the sender and destroy the original message.*

**\*\*This is an external message from:** ssimon@goetzplatzer.com **\*\***

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.