# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING, LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against –<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>Defendants. | Adv. Pro. No. 24-50214 (KBO) |

**DECLARATION OF SCOTT D. SIMON IN SUPPORT OF ROSS RHEINGANS-YOO'S MOTION FOR SANCTIONS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105**

Scott D. Simon hereby declares under penalty of perjury as follows:

1. I am a member in good standing of the Bar of the State of New York and have been admitted to practice *pro hac vice* before this Court. I am a partner of Goetz Platzer LLP, counsel for Ross Rheingans-Yoo ("Ross") in the above-captioned proceedings. I submit this declaration in support of Ross's *Motion for Sanctions Under Federal Rule of Bankruptcy 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105* ("Motion"), filed concurrently herewith, to place before the Court certain documents and information referenced in the Motion.

2. Annexed as **Exhibit A** is a certified copy of the transcript from the June 25, 2025

hearing at which the Court overruled the objection of the FTX Recovery Trust ("Trust") [1] to Ross's FDU Claim.

3. Annexed as **Exhibit B** is a true and correct copy of the Stipulation of Undisputed Facts Relating to Ross Rheingans-Yoo's FDU Claim filed in connection with the Trust's objection to Ross's FDU Claim [D.I. 29218].

4. Annexed as **Exhibit C** is a true and correct copy of the "Bonus Memo" – a September 1, 2022 memorandum created by Bankman-Fried and shared with Rheingans-Yoo with the file name "Ross Rheingans-Yoo Review 2022S1 -- SBF -> RRY."

5. Annexed as **Exhibit D** is a true and correct copy of correspondence between me and counsel for the Trust dated July 2, 2025.

6. Annexed as **Exhibit E** is a true and correct copy of correspondence between me and counsel for the Trust dated August 14-15, 2025.

7. Annexed as **Exhibit F** is a true and correct copy of correspondence between me and counsel for the Trust in which I served notice of Ross's intent to make this Motion.

8. I served Trust counsel with notice of Ross's intent to make this Motion at least 21 days prior to filing it. The Trust declined to withdraw the offending pleadings.

Dated: September 12, 2025
      New York, New York

                                                  */s/ Scott D. Simon*
                                                  Scott D. Simon

---

[1] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].