# EXHIBIT F



**Scott D. Simon**
Partner
ssimon@goetzplatzer.com

<u>By Email</u>

August 21, 2025

| | |
|---|---|
| Landis Rath & Cobb LLP | Sullivan & Cromwell LLP |
| Adam G. Landis | Stephanie G. Wheeler |
| Matthew B. McGuire | Brian D. Glueckstein |
| Kimberly A. Brown | 125 Broad Street |
| Matthew R. Pierce | New York, NY 10004 |
| 919 Market Street, Suite 1800 | |
| Wilmington, Delaware 19801 | |

Re:  In re FTX Trading Ltd., et al., No. 22-11068 (KBO)
  Ross Rheingans-Yoo – Motion to Reconsider and Adversary Proceeding
  <u>Bankruptcy Rule 9011(c)(2) Service of Motion for Sanctions</u>

Dear Counselors:

This firm represents Ross Rheingans-Yoo ("<u>Ross</u>") in connection with the motion for reconsideration [D.I. 31846, "<u>Motion for Reconsideration</u>"] filed by the FTX Recovery Trust ("<u>Trust</u>") and the first amended complaint filed by the Trust in Adv. Pro. No. 24-50214 (KBO) [Adv. Pro. D.I. 38, "<u>Amended Complaint</u>"]. After careful review of the Motion for Reconsideration and Amended Complaint, we have concluded that these pleadings violate Rule 9011(b) of the Federal Rules of Bankruptcy Procedure in multiple, independent respects.

The specific conduct that violates Rule 9011(b) is described in the accompanying motion for sanctions. Please confirm in writing when the Trust has withdrawn the Motion for Reconsideration and (as to Ross) the Amended Complaint. The failure to do so within 21 days will leave us no choice but to file the enclosed motion seeking sanctions under Bankruptcy Rule 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105.

Nothing herein can or shall be construed as a waiver of Ross's rights, all of which are expressly reserved.

Very truly yours,

GOETZ PLATZER LLP

By: _____
Scott D. Simon

225 Broad Hollow Road | Suite 303
Melville, NY 11747
T: 212.695.8100 / 212.593.3000
F: 212.629.4013

One Penn Plaza | Suite 3100
New York, NY 10119
T: 212.695.8100 / 212.593.3000
F: 212.629.4013

105 Eisenhower Parkway | #401
Roseland, NJ 07068
T: 201.612.4444
F: 973.226.0031

goetzplatzer.com