## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 26, 2025, I caused a true and correct copy of the foregoing Ross Rheingans-Yoo's Motion For Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 to be electronically filed the with the Clerk of Court in Case No. 22-11068 and Adv. Case No. 24-50214 and served on the parties on the service list below via CM/ECF and first-class mail.

Dated: September 26, 2025

                                                        */s/ Michael Joyce*
                                                        Michael J. Joyce

| | |
|---|---|
| Adam G. Landis | Matthew B. Lunn |
| Kimberly A. Brown | Robert F. Poppiti, Jr. |
| Matthew R. Pierce | Jared W. Kochenash |
| LANDIS RATH & COBB LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 919 Market Street | |
| Suite 1800 | 1000 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| landis@lrclaw.com | mlunn@ycst.com |
| brown@lrclaw.com | rpoppiti@ycst.com |
| pierce@lrclaw.com | jkochenash@ycst.com |
| | |
| Matthew B. Harvey | Benjamin A. Hackman |
| Jonathan M. Weyand | Joseph James McMahon, Jr. |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | David Gerardi |
| | Office of the United States Trustee |
| 1201 North Market Street | 844 King Street |
| 16th Floor | Suite 2207 |
| Wilmington, Delaware 19801 | Lockbox 35 |
| mharvey@morrisnichols.com | Wilmington, DE 19801 |
| jweyand@morrisnichols.com | benjamin.a.hackman@usdoj.gov |
| Andrew G. Dietderich | joseph.mcmahon@usdoj.gov |
| James L. Bromley | David.Gerardi@usdoj.gov |
| Brian D. Glueckstein | |
| Alexa J. Kranzley | |
| SULLIVAN & CROMWELL LLP | |
| 125 Broad Street | |
| New York, NY 10004 | |
| dietdericha@sullcrom.com | |
| bromleyj@sullcrom.com | |
| gluecksteinb@sullcrom.com | |