

**Alameda County
Office of the Treasurer
and Tax Collector**

Henry C. Levy,
Treasurer Tax Collector

Vishal B. Thacker, Assistant Treasurer
Elvia O. Quiroga, Chief Deputy Tax Collector

9/22/2025

United States Bankruptcy Court
District of Delaware
824 N. Market Street 3rd Floor
Wilmington, De 19801

Re: FTX Trading LTD., et al
 DBA: Alameda Research LLC
 Case# 22-11066
 Account #00-389784-00-001-23-00-00
 Withdrawal Letter

Dear Sir/Madam:

Since our one Unsecured claim, i.e. $3,803.43 has been paid in full by FTX Recovery Trust for account #00-389784-00-001-23-00-00, on 7/21/2025, please withdraw Alameda County Tax Collector claim for Case #22-11066.

**Please mail a confirmation copy in the attached envelope.**

If you have any questions or concerns, please contact me.

Thank you.

Hareth Normart
Tax Spec. III
Alameda County Tax Collector
(510) 272-6847

Email: hareth.normart@acgov.org

# Normart, Hareth, Treasurer

| | |
|---|---|
| **From:** | Liscano, Mark, Treasurer |
| **Sent:** | Tuesday, July 22, 2025 9:55 AM |
| **To:** | Normart, Hareth, Treasurer |
| **Cc:** | Acosta, Leila - Treasurer; Ancheta, George F. - Treasurer |
| **Subject:** | EFT - FTX RECOVERY TRUST |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning, Hareth.

We received an EFT Payment from FTX RECOVERY TRUST.

Please see the transaction details below.

Thank you,
Mark

| **Dollar Amount** | **Transaction Details** |
|---|---|
| $3,803.43 | PAR NUMBER: 250721B0071F <br> FED REF: 000028 <br> DATE/TIME COMPLETED: 07/21/2025 07:02:00 AM <br> SENDERS REFERENCE: 520205350085 <br> DEBTOR: 8866581039 FTX RECOVERY TRUST, 2600 S SHORE BLVD SUITE 300 LEAGUE CITY 77573 US <br> DEBTOR AGENT: Western Alliance Bank, One East Washington Street Phoenix US <br> INSTRUCTING AGENT: 122105980 WESTERN ALLIANCE BANK OF PHOENIX AZ <br> INSTRUCTED AGENT: 122235821 <br> CREDITOR AGENT: US Bank National Association, 42140 Big Bear Blvd Big Bear Lake CA 92315 US <br> CREDITOR: 158300243009 COUNTY OF ALAMEDA, 1221 Oak Street Room 131 Oakland, CA 94612 Attn Hareth Normart - Bankruptcy <br> CREDITOR REF: 250721120148978 <br> REMITTANCE INFORMATION: For Credit To Property Tax AlamedaResearch LLC Claim 87135 <br> IMAD: 20250721MMQFMPXM000028 <br> CHARGING OPTION: SHAR <br> UETR: 38cdfea3-a30e-421e-92ce-6e0c2ab701f0 <br> Transaction Reference: 520205350085 |

1

# 2023-24 ALAMEDA COUNTY UNSECURED PROPERTY TAX STATEMENT

For Fiscal Year Beginning July 1, 2023 and Ending June 30, 2024

Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612
(510) 272-6800

**DUPLICATE**

| Assessee Account Number | Parcel Number | Tax-Rate Area |
|---|---|---|
| 00-389784-00-001-23-00-00 | 57-2026-7-2 | 13-000 |

**Location of Property**
2000 CENTER ST BERKELEY
Assessed to on January 1, 2023
ALAMEDA RESEARCH LLC

ALAMEDA RESEARCH LLC
2000 CENTER ST 4TH
BERKELEY CA 94704-1223

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |

### Other Charges

| Description | Amount |
|---|---|
| | |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | 23,084 | | |
| TOTAL REAL PROPERTY | 23,084 | | |
| PERSONAL PROPERTY | 289,390 | | |
| GROSS ASSESSMENT & TAX | 312,474 | 1.2172% | 3,803.43 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 312,474 | 1.2172% | 3,803.43 |
| | | | 3,803.43 |
| SUBTOTAL | | | 3,803.43 |
| **TOTAL AMOUNT DUE** | | | **PAID** |

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 3,124.74 |
| COUNTY GO BOND | .0103% | 32.20 |
| CITY OF BERKELEY | .0623% | 194.67 |
| SCHOOL UNIFIED | .0839% | 262.16 |
| SCHOOL COMM COLL | .0409% | 127.80 |
| BAY AREA RAPID TRANSIT | .0140% | 43.74 |
| EAST BAY REGIONAL PARK | .0058% | 18.12 |
| TOTAL | 1.2172% | 3,803.43 |

### PLEASE READ IMPORTANT MESSAGES

- Tax bill is for personal property and/or trade fixtures.
- $ FULL VALUE INCLUDES 10% PENALTY ASSESSMENT, $345.75 OF THE TOTAL TAX ATTRIBUTABLE TO THE PENALTY ASSESSMENT.

 ECHECKS AND CREDIT CARDS (VISA, MASTERCARD, DISCOVER, AMERICAN EXPRESS) ACCEPTED ONLINE @ propertytax.alamedacountyca.gov OR BY PHONE @ (510)272-6800. THERE IS A CONVENIENCE FEE FOR PAYING WITH A CREDIT CARD AND NO FEES WHEN PAYING BY ECHECK

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ propertytax.alamedacountyca.gov

*PLEASE SEE REVERSE FOR MORE INFORMATION*

- **Business Property Valuation** (510) 272-3836
- **Tax Rates** (510) 272-6564
- **Possessory Interest / ILL** (510) 272-3787
- **Boats and Aircraft** (510) 272-3838
- **Exemptions** (510) 272-6587
- **Payments** (510) 272-6800

### General Information

Ownership of property on the January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes; the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and a $ 50.00 delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash.

A fee of $ 61.00 will be imposed on all returned or dishonored payments.

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

---

**UNSECURED ROLL TAX PAYMENT STUB**
**FISCAL YEAR 2023-24**

| ASSESSEE ACCOUNT NUMBER | 00-389784-00-001-23-00-00 |
|---|---|
| PARCEL NUMBER | 57-2026-7-2 |

PAY THIS AMOUNT BY JUL 21, 2025    **PAID**

If payment is submitted after this date, contact (510) 272-6800 for the correct amount due.

DUPLICATE

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

82509 03897840000 0001230000 40000000000 4

Form 114-USTB (rev.11/05)



HENRY C. LEVY
ALAMEDA COUNTY
TREASURER-TAX COLLECTOR
1221 OAK STREET, ROOM 131
OAKLAND, CA 94612

US POSTAGE PITNEY BOWES
ZIP 94612 $001.90
02 4W
0000376346 SEP 22 2025

United States Bankruptcy Court
District of Delaware
824 N. Market Street 3rd Floor
Wilmington, De 19801