# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 17, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on Lawrence D. Van Dyn Hove, (ADRID: 30646717), Leif.simonson@simonsonlaw.com:

- FTX Recovery Trust's Objection to Motion by Claimant Lawrence D. Van Dyn Hoven to Reconsider Customer Claim No. 98560, Extend the Applicable Bar Date and Allow That Claim, or, in the Alternative, to Extend the Applicable Bar Date for Non-Customer Claim No. 100112 [Docket No. 32590] (the "***Objection to Motion***")

- FTX Recovery Trust's Amended Objection to Non-Customer Proof of Claim No. 100112 Filed by Lawrence D. Van Dyn Hoven [Docket No. 32591] (the "***Amended Objection***")

- Declaration of Michael S. Leto in Support of the FTX Recovery Trust's (A) Amended Objection to Non-Customer Proof of Claim No. 100112 Filed by Lawrence D. Van Dyn Hoven and (B) Objection to Motion by Claimant Lawrence D. Van Dyn Hoven to Reconsider Customer Claim No. 98560, Extend the Applicable Bar Date and Allow That Claim, or, in the Alternative, to Extend the Applicable Bar Date for Non-Customer Claim No. 100112 [Docket No. 32592](the "***Declaration of Michael Leto***")

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

      On September 18, 2025, at my direction and under my supervision, employees of Kroll caused the Objection to Motion, Amended Objection & Declaration of Michael Leto to be served via First-Class Mail on Lawrence D. Van Dyn Hove, (ADRID: 30646717), C/O Simonson Law PLLC, Attn: Leif T. Simonson, 400 South Fourth Street, Suite 401, Minneapolis, MN, 55415.

Dated: September 23, 2025

                                                            */s/ Amy Castillo*
                                                              Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 23, 2025, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026