## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I, James O'Neill, hereby certify that on the 29th day of September, 2025, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Motion of OTOY International, SEZC for Leave to Amend Proof of Claim**

**Motion of OTOY International, SEZC for Leave to Amend Proof of Claim**

*/s/ James O'Neill*
James O'Neill (DE Bar No. 4042)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

FTX Trading 2002 Service List FCM and Email
Case No. 22-11068-JTD
Document No.  4891-1667-5726v2
007 – First Class Mail
001 – Foreign First Class Mail
247 – Electronic Mail


*(COUNSEL TO D1 VENTURES)*
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR, JASON H. ROSELL
919 N. MARKET STREET
17TH FLOOR
WILMINGTON, DE  19801
**EMAIL:  TKAPUR@PSZJLAW.COM JROSELL@PSZJLAW.COM**

*(COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS)*
PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, PETER J. KEANE
919 N. MARKET STREET, 17TH FLOOR
PO BOX 8705
WILMINGTON, DE 19899-8705
**EMAIL:  LJONES@PSZJLAW.COM PKEANE@PSZJLAW.COM**

*(COUNSEL TO OTOY INTERNATIONAL, SEZC)*
PACHULSKI STANG ZIEHL & JONES LLP
JAMES O'NEILL
STANLEY E. GOLDICH
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DE  19899-8705
(COURIER 19801)
**EMAIL: JONEILL@PSZJLAW.COM; SGOLDICH@PSZJLAW.COM**

*FIRST CLASS MAIL*
IRS INSOLVENCY SECTION
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

*FIRST CLASS MAIL*
ENVIRONMENTAL PROTECTION AGENCY
ATTN: GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL 2310A
1200 PENNSYLVANIA AVE NW, 2310A
WASHINGTON, DC 20460

*FIRST CLASS MAIL*
ENVIRONMENTAL PROTECTION AGENCY - REGION 2
ATTN BANKRUPTCY DIVISION
290 BROADWAY
NEW YORK, NY 10007-1866

*FIRST CLASS MAIL*
UNITED STATES OF AMERICA
ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

*FIRST CLASS MAIL*
(COUNSEL TO AMERICAN EXPRESS NATIONAL BANK
BECKET & LEE LLP
ATTN: SHRADDHA BHARATIA
PO BOX 3001
MALVERN, PA 19355-0701

*FIRST CLASS MAIL*
*(COUNSEL TO THE GEORGIA*
*DEPARTMENT OF BANKING AND*
*FINANCE)*
OFFICE OF THE ATTORNEY GENERAL
OF GEORGIA
AMY L. PATTERSON
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334

*FIRST CLASS MAIL*
BLOOMING TRIUMPH
INTERNATIONAL LIMITED
C/O BOSTON LAW GROUP, PC
ATTN: VAL GURVITS, ESQ.
825 BEACON STREET, SUITE 20
NEWTON CENTRE, MA  02459

*FOREIGN FIRST CLASS MAIL*
*(DEBTORS)*
FTX TRADING LTD.
ATTN: PRESIDENT OR GENERAL
COUNSEL
10-11 MANDOLIN PLACE
FRIARS HILL ROAD
ST. JOHN'S   AG-04 ANTINGUA AND
BARBUDA

*ELECTRONIC MAIL*
*(COUNSEL TO DEBTORS AND DEBTORS*
*IN POSSESSION/FTX RECOVERY TRUST)*
LANDIS RATH & COBB LLP
ADAM G. LANDIS,
KIMBERLY A. BROWN,
MATTHEW R. PIERCE,
NICOLAS E. JENNER,
GEORGE A. WILLIAMS III
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801
**EMAIL:  LANDIS@LRCLAW.COM**
**BROWN@LRCLAW.COM**
**PIERCE@LRCLAW.COM**
**JENNER@LRCLAW.COM**
**WILLIAMS@LRCLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO DEBTORS AND DEBTORS*
*IN POSSESSION/FTX RECOVERY TRUST)*
SULLIVAN & CROMWELL LLP
ANDREW G. DIETDERICH,
JAMES L. BROMLEY,
BRIAN D. GLUECKSTEIN,
ALEXA J. KRANZLEY
CHRISTIAN P. JENSEN
JACOB M. CROKE
125 BROAD STREET
NEW YORK, NY 10004
**EMAIL:**
**DIETDERICHA@SULLCROM.COM**
**BROMLEYJ@SULLCROM.COM**
**GLUECKSTEINB@SULLCROM.COM**
**KRANZLEYA@SULLCROM.COM**
**PETIFORDJ@SULLCROM.COM**
**JENSENC@SULLCROM.COM**
**CROKEJ@SULLCROM.COM**

*ELECTRONIC MAIL*
DELAWARE DIVISION OF REVENUE
CHRISTINA ROJAS
820 N FRENCH ST
WILMINGTON, DE 19801
**EMAIL:  FASNOTIFY@STATE.DE.US**

*ELECTRONIC MAIL*
DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER, DE 19903
**EMAIL:**
**DOSDOC_FTAX@STATE.DE.US**

*ELECTRONIC MAIL*
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD, STE 100
DOVER, DE 19904
**EMAIL:**
**STATETREASURER@STATE.DE.US**

DE:4891-1667-5726.2 70948.001

***ELECTRONIC MAIL***
US ATTORNEY FOR DELAWARE
DAVID C. WEISS C/O ELLEN SLIGHTS
1007 ORANGE ST STE 700
PO BOX 2046
WILMINGTON, DE 19899-2046
**EMAIL:**
**USADE.ECFBANKRUPTCY@USDOJ.G
OV**

***ELECTRONIC MAIL***
STATE OF DELAWARE ATTORNEY
GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE 19801
**EMAIL:**
**ATTORNEY.GENERAL@STATE.DE.U
S**

***ELECTRONIC MAIL***
OFFICE OF THE UNITED STATES
TRUSTEE
BENJAMIN A. HACKMAN,
DAVID GERARDI,
JON.LIPSHIE
844 KING STREET, ROOM 2207
LOCKBOX #35
WILMINGTON, DE 19899-0035
**EMAIL:**
**BENJAMIN.A.HACKMAN@USDOJ.GO
V**
**DAVID.GERARDI@USDOJ.GOV**
**JON.LIPSHIE@USDOJ.GOV**

***ELECTRONIC MAIL***
SECURITIES & EXCHANGE
COMMISSION
SECRETARY OF THE TREASURY
100 F. STREET NE
WASHINGTON, DC 20549
**EMAIL:**
**SECBANKRUPTCY@SEC.GOV**

***ELECTRONIC MAIL***
SECURITIES & EXCHANGE
COMMISSION - PHILADELPHIA
OFFICE
BANKRUPTCY DEPT
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA, PA 19103
**EMAIL:**
**SECBANKRUPTCY@SEC.GOV**

***ELECTRONIC MAIL***
SECURITIES & EXCHANGE
COMMISSION - NY OFFICE
BANKRUPTCY DEPT
BROOKFIELD PLACE
200 VESEY STREET, STE 400
NEW YORK, NY 10281-1022
**EMAIL:**
**BANKRUPTCYNOTICESCHR@SEC.G
OV**
**NYROBANKRUPTCY@SEC.GOV**

***ELECTRONIC MAIL***
*(COUNSEL TO BLOCKFI INC. AND
AFFILIATES)*
DEREK C. ABBOTT
MORRIS NICHOLS ARSHT & TUNNELL
LLP
1201 N MARKET STREET, SUITE 1600
WILMINGTON, DE 19801
**EMAIL:**
**DABBOTT@MORRISNICHOLS.COM**

***ELECTRONIC MAIL***
*(COUNSEL TO BLOCKFI INC. AND
AFFILIATES)*
RICHARD KANOWITZ
HAYNES AND BOONE, LLP
30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK, NY 10112
**EMAIL:**
**RICHARD.KANOWITZ@HAYNESBO
ONE.COM**

DE:4891-1667-5726.2 70948.001

*ELECTRONIC MAIL*
*(COUNSEL TO BLOCKFI INC. AND*
*AFFILIATES)*
RICHARD D. ANIGIAN,
CHARLES M. JONES II
HAYNES AND BOONE, LLP
2323 VICTORY AVENUE
SUITE 700
DALLAS, TX 75219
**EMAIL:**
**RICK.ANIGIAN@HAYNESBOONE.CO**
**M**
**CHARLIE.JONES@HAYNESBOONE.C**
**OM**

*ELECTRONIC MAIL*
*(COUNSEL TO CHAINALYSIS INC.)*
NICHOLAS A. PASALIDES, ESQ.
REICH REICH & REICH, P.C.
235 MAIN STREET, SUITE 450
WHITE PLAINS, NY 10601
**EMAIL:**
**NPASALIDES@REICHPC.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO JOINT PROVISIONAL*
*LIQUIDATORS OF FTX)*
WARREN E. GLUCK, ESQ.,
MARIE E. LARSEN, ESQ.,
DAVID W. WIRT,
JESSICA MAGEE,
SHARDUL DESAI
HOLLAND & KNIGHT LLP
31 W. 52ND STREET
NEW YORK, NY 10019
**EMAIL:**
**WARREN.GLUCK@HKLAW.COM**
**MARIE.LARSEN@HKLAW.COM**
**DAVID.WIRT@HKLAW.COM**
**JESSICA.MAGEE@HKLAW.COM**
**SHARDUL.DESAI@HKLAW.COM**

*ELECTRONIC MAIL*
THE SECURITIES COMMISSION OF
THE BAHAMAS
PRESIDENT OR GENERAL COUNSEL
POINCIANA HOUSE, NORTH
BUILDING, 2ND FLOOR 31A
EAST BAY STREET, PO BOX N-8347
NASSAU,  THE BAHAMAS
**EMAIL:  INFO@SCB.GOV.BS**

*ELECTRONIC MAIL*
*(PROVISIONAL LIQUIDATOR OF FTX*
*DIGITAL MARKETS LTD.)*
BRIAN SIMMS, K.C.,
KEVIN CAMBRIDGE,
PETER GREAVES
3 BAYSIDE EXECUTIVE PARK, WEST
BAY STREET & BLAKE ROAD
PO BOX N-4875
NASSAU,  THE BAHAMAS
**EMAIL:**
**BSIMMS@LENNOXPATON.COM**
**KEVIN.CAMBRIDGE@PWC.COM**
**PETER.GREAVES@HK.PWC.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CLOUDFLARE, INC.)*
SABRINA L. STREUSAND, ANH
NGUYEN
STREUSAND, LANDON, OZBURN &
LEMMON, LLP
1801 S. MOPAC EXPRESSWAY, SUITE
320
AUSTIN, TX 78746
**EMAIL:  STREUSAND@SLOLLP.COM**
**NGUYEN@SLOLLP.COM**

DE:4891-1667-5726.2 70948.001

***ELECTRONIC MAIL***
*(COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY, NEW JERSEY BUREAU OF SECURITIES)*
GARY D. BRESSLER
GASTON LOOMIS
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
300 DELAWARE AVENUE, SUITE 1014
WILMINGTON, DE 19801
**EMAIL: GBRESSLER@MDMC-LAW.COM**
**GLOOMIS@MDMC-LAW.COM**

***ELECTRONIC MAIL***
*(COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY )*
MICHAEL R. MORANO, ESQ.
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 MT. KEMBLE AVENUE
PO BOX 2075
MORRISTOWN, NJ 07962
**EMAIL: MMORANO@MDMC-LAW.COM**

***ELECTRONIC MAIL***
*(COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY)*
JEFFREY S. PRICE,
MELISSA J. LEE,
SCOTT C. WILLIAMS
MANIER HEROD, P.C.
1201 DEMONBREUN STREET
SUITE 900
NASHVILLE, TN 37213
**EMAIL:**
**JPRICE@MANIERHEROD.COM**
**MLEE@MANIERHEROD.COM**
**SWILLIAMS@MANIERHEROD.COM**

***ELECTRONIC MAIL***
*(COUNSEL TO OKC ENTITIES, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. (COLLECTIVELY, THE "PRINCIPALS")))*
DANIEL A. O'BRIEN
VENABLE LLP
1201 N. MARKET ST.
SUITE 1400
WILMINGTON, DE 19801
**EMAIL:**
**DAOBRIEN@VENABLE.COM**

***ELECTRONIC MAIL***
*(COUNSEL TO OKC ENTITIES, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD., AND HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. (COLLECTIVELY, THE "PRINCIPALS"))*
JEFFREY S. SABIN,
XOCHITL S. STROHBEHN,
CAROL A. WEINER,
ARIE A. PELED
VENABLE LLP
151 W. 42ND STREET
NEW YORK, NY 10036
**EMAIL: JSSABIN@VENABLE.COM**
**XSSTROHBEHN@VENABLE.COM**
**CWEINERLEVY@VENABLE.COM**
**AAPELED@VENABLE.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO OKC ENTITIES, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. (COLLECTIVELY, THE "PRINCIPALS"))*
ANDREW J. CURRIE
VENABLE LLP
600 MASSACHUSETTS AVENUE, NW
WASHINGTON, DC 20001
**EMAIL:  AJCURRIE@VENABLE.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE UNITED STATES OF AMERICA)*
U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, COMMERCIAL LITIGATION BRANCH
PO BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
**EMAIL:**
**SETH.SHAPIRO@USDOJ.GOV**

*ELECTRONIC MAIL*
*(COUNSEL TO THE TEXAS STATE SECURITIES BOARD AND THE TEXAS DEPARTMENT OF BANKING)*
OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION
ROMA N. DESAI
LAYLA D. MILLIGAN
Tisha Savannah
PO BOX 12548 MC008
AUSTIN, TX 78711-2548
**EMAIL:  roma.desai@oag.texas.gov**
**layla.milligan@oag.texas.gov;**
**tisha.savannah@oag.texas.gov**

*ELECTRONIC MAIL*
*(COUNSEL TO EVOLVE BANK & TRUST)*
SCOTT D. COUSINS, ESQ.,
COUSINS LAW LLC
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE, SUITE 301
WILMINGTON, DE 19801
**EMAIL:**
**SCOTT.COUSINS@COUSINS-LAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO EVOLVE BANK & TRUST)*
MARTIN SOSLAND
BUTLER SNOW LLP
2911 TURTLE CREEK BLVD., SUITE 1400
DALLAS, TX 75219
**EMAIL:**
**MARTIN.SOSLAND@BUTLERSNOW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO EVOLVE BANK & TRUST)*
JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER
BUTLER SNOW LLP
CRESCENT CENTER, SUITE 500
6075 POPLAR AVENUE, PO BOX 171443
MEMPHIS, TN 38187
**EMAIL:**
**JEB.BAILEY@BUTLERSNOW.COM**
**CAM.HILLYER@BUTLERSNOW.COM**

DE:4891-1667-5726.2 70948.001

*ELECTRONIC MAIL*
*(COUNSEL TO THE JOINT OFFICIAL*
*LIQUIDATORS OF FTX DIGITAL*
*MARKETS LTD. (IN OFFICIAL*
*LIQUIDATION))*
KEVIN GROSS,
PAUL N. HEATH,
DAVID T. QUEROLI,
BRENDAN J. SCHLAUCH
RICHARDS, LAYTON & FINGER, P.A.
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801
**EMAIL:  GROSS@RLF.COM**
**HEATH@RLF.COM**
**QUEROLI@RLF.COM**
**SCHLAUCH@RLF.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE JOINT OFFICIAL*
*LIQUIDATORS OF FTX DIGITAL*
*MARKETS LTD. (IN OFFICIAL*
*LIQUIDATION))*
JESSICA C. LAURIA,
J. CHRISTOPHER SHORE,
BRIAN D. PFEIFFER,
BRETT BAKEMEYER
WHITE & CASE LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095
**EMAIL:**
**JESSICA.LAURIA@WHITECASE.CO**
**M**
**CSHORE@WHITECASE.COM**
**BRIAN.PFEIFFER@WHITECASE.CO**
**M**
**BRETT.BAKEMEYER@WHITECASE.**
**COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE JOINT OFFICIAL*
*LIQUIDATORS OF FTX DIGITAL*
*MARKETS LTD. (IN OFFICIAL*
*LIQUIDATION))*
THOMAS E LAURIA,
RICHARD S. KEBRDLE
WHITE & CASE LLP
200 S BISCAYNE BLVD., SUITE 4900
SOUTHEAST FINANCIAL CENTER
MIAMI, FL 33131
**EMAIL:**
**TLAURIA@WHITECASE.COM**
**RKEBRDLE@WHITECASE.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BASTION WORLDWIDE*
*LIMITED)*
JACQUELYN H. CHOI
RIMON, P.C.
2029 CENTURY PARK EAST, SUITE
400N
LOS ANGELES, CA 90067
**EMAIL:**
**JACQUELYN.CHOI@RIMONLAW.CO**
**M**

*ELECTRONIC MAIL*
*TN DEPT OF FINANCIAL INSTITUTIONS*
OFFICE OF THE TN ATTORNEY
GENERAL, BANKRUPTCY DIVISION
Laura L. McCloud
PO BOX 20207
NASHVILLE, TN 37202-0207
**EMAIL:**
**AGBANKDELAWARE@AG.TN.GOV**

DE:4891-1667-5726.2 70948.001

*ELECTRONIC MAIL*
*(COUNSEL TO ILLINOIS DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION)*
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
JOHN P. REDING
100 W. RANDOLPH ST.
SUITE 13-225
CHICAGO, IL 60601
**EMAIL:  JOHN.REDING@ILAG.GOV**

*ELECTRONIC MAIL*
*(COUNSEL TO CELSIUS NETWORK LLC AND ITS AFFILIATED DEBTORS)*
ANTHONY M. SACCULLO,
MARY E. AUGUSTINE
A. M. SACCULLO LEGAL, LLC
27 CRIMSON KING DRIVE
BEAR, DE 19701
**EMAIL:
AMS@SACCULLOLEGAL.COM
MEG@SACCULLOLEGAL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM)*
MATTHEW B. HARVEY,
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 NORTH MARKET STREET, 16TH FLOOR
WILMINGTON, DE 19801
**EMAIL:
MHARVEY@MORRISNICHOLS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM)*
PETER A. IVANICK,
SARAH E. PAUL,
LYNN W. HOLBERT
EVERSHEDS SUTHERLAND (US) LLP
THE GRACE BUILDING, 40TH FLOOR
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
**EMAIL:
PETERIVANICK@EVERSHEDS-SUTHERLAND.COM
SARAHPAUL@EVERSHEDS-SUTHERLAND.COM
LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM)*
ERIN E. BRODERICK
EVERSHEDS SUTHERLAND (US) LLP
227 WEST MONROE STREET, SUITE 6000
CHICAGO, IL 60606
**EMAIL:
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM)*
MARK D. SHERRILL
EVERSHEDS SUTHERLAND (US) LLP
1001 FANNIN STREET, SUITE 3700
HOUSTON, TX 77002
**EMAIL:
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM)*
ANDREA L. GORDON
EVERSHEDS SUTHERLAND (US) LLP
700 SIXTH STREET NW, SUITE 700
WASHINGTON, DC 20001
**EMAIL:**
**ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM**

*ELECTRONIC MAIL*
*(COUNSEL FOR THE WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS)*
OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
STEPHEN MANNING
P. O. BOX 40100
OLYMPIA, WA 98504-4010
**EMAIL:**
**STEPHEN.MANNING@ATG.WA.GOV**

*ELECTRONIC MAIL*
*(COUNSEL FOR ORACLE AMERICA, INC.)*
SHAWN M. CHRISTIANSON, ESQ.
BUCHALTER, A PROFESSIONAL CORPORATION
425 MARKET STREET, SUITE 2900
SAN FRANCISCO, CA 94105-3493
**EMAIL:**
**SCHRISTIANSON@BUCHALTER.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BITGO TRUST COMPANY, INC.)*
JANE VANLARE, BRANDON M. HAMMER
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
**EMAIL:  JVANLARE@CGSH.COM**
**BHAMMER@CGSH.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BITGO TRUST COMPANY, INC. & MERCEDES-BENZ GRAND PRIX LIMITED)*
RICARDO PALACIO,
GREGORY A. TAYLOR
ASHBY & GEDDES, P.A.
500 DELAWARE AVENUE, 8TH FLOOR
PO BOX 1150
WILMINGTON, DE 19899
**EMAIL:**
**RPALACIO@ASHBYGEDDES.COM**
**GTAYLOR@ASHBYGEDDES.COM**

*ELECTRONIC MAIL*
*(COUNSEL FOR THE STATE OF VERMONT)*
VERMONT DEPARTMENT OF FINANCIAL REGULATION
JENNIFER ROOD
89 MAIN STREET, THIRD FLOOR
MONTPELIER, VT 05620
**EMAIL:**
**JENNIFER.ROOD@VERMONT.GOV**

*ELECTRONIC MAIL*
*(COUNSEL TO THE UNITED STATES OF AMERICA)*
U.S. DEPARTMENT OF JUSTICE
WARD W. BENSON
PO BOX 227, BEN FRANKLIN STATION
WASHINGTON, DC 20044
**EMAIL:**
**WARD.W.BENSON@USDOJ.GOV**

DE:4891-1667-5726.2 70948.001

*ELECTRONIC MAIL*
*(COUNSEL FOR WORD OF GOD FELLOWSHIP, INC.)*
WILLIAM D. SULLIVAN
SULLIVAN HAZELTINE  ALLINSON LLC
919 NORTH MARKET STREET, SUITE 420
WILMINGTON, DE 19801
**EMAIL:  BSULLIVAN@SHA-LLC.COM**

*ELECTRONIC MAIL*
*COUNSEL FOR WORD OF GOD FELLOWSHIP, INC.)*
LOUIS M. PHILLIPS
KELLY HART & HALLMAN LLP
301 MAIN ST., SUITE 1600
BATON ROUGE, LA 70801
**EMAIL: LOUIS.PHILLIPS@KELLYHART.COM**

*ELECTRONIC MAIL*
*COUNSEL FOR WORD OF GOD FELLOWSHIP, INC.)*
MICHAEL D. ANDERSON
KELLY HART & HALLMAN LLP
201 MAIN STREET, SUITE 2500
FORT WORTH, TX 76102
**EMAIL: MICHAEL.ANDERSON@KELLYHART.COM**

*ELECTRONIC MAIL*
U.S. DEPARTMENT OF JUSTICE
SETH B. SHAPIRO
CIVIL DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON, DC 20005
**EMAIL: SETH.SHAPIRO@USDOJ.GOV**

*ELECTRONIC MAIL*
*(COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC)*
JAMIE L. EDMONSON
ROBINSON & COLE LLP
1201 N. MARKET STREET
SUITE 1406
WILMINGTON, DE 19801
**EMAIL:  JEDMONSON@RC.COM**

*ELECTRONIC MAIL*
*(COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC)*
BRIAN DAVIDOFF
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 CENTURY PARK EAST
STE 2600
LOS ANGELES, CA 90067-4590
**EMAIL: BDAVIDOFF@GREENBERGGLUSKER.COM**

10

*ELECTRONIC MAIL*
*(COUNSEL TO OFFICIAL COMMITTEE*
*OF UNSECURED CREDITORS)*
GABE E. SASSON,
KRISTOPHER M. HANSEN,
KENNETH PASQUALE,
LUC A. DESPINS,
EREZ E. GILAD
SAMANTHA MARTIN
PAUL HASTINGS
200 PARK AVENUE
NEW YORK, NY 10166
**EMAIL:
GABESASSON@PAULHASTINGS.CO
M
KRISHANSEN@PAULHASTINGS.CO
M
KENPASQUALE@PAULHASTINGS.C
OM
EREZGILAD@PAULHASTINGS.COM
LUCDESPINS@PAULHASTINGS.COM
SAMANTHAMARTIN@PAULHASTIN
GS.COM**

*ELECTRONIC MAIL*
*MISSOURI DEPARTMENT OF REVENUE*
MO BANKRUPTCY UNIT
STEVEN A. GINTHER, GENERAL
COUNSEL
PO BOX 475
JEFFERSON CITY, MO 65105-0475
**EMAIL:  DEECF@DOR.MO.GOV**

*ELECTRONIC MAIL*
*(COUNSEL TO THE JOINT PROVISIONAL*
*LIQUIDATORS OF EMERGENT FIDELITY*
*TECHNOLOGIES LTD)*
JODY C. BARILLARE
MORGAN, LEWIS & BOCKIUS LLP
1201 N. MARKET STREET
SUITE 2201
WILMINGTON, DE 19801
**EMAIL:
JODY.BARILLARE@MORGANLEWIS
.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE JOINT PROVISIONAL*
*LIQUIDATORS OF EMERGENT FIDELITY*
*TECHNOLOGIES LTD)*
JOHN C. GOODCHILD III;
MATTHEW C. ZIEGLER
MORGAN, LEWIS & BOCKIUS LLP
1701 MARKET STREET
PHILADELPHIA, PA 19103
**EMAIL:
JOHN.GOODCHILD@MORGANLEWI
S.COM
MATTHEW.ZIEGLER@MORGANLE
WIS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE JOINT PROVISIONAL*
*LIQUIDATORS OF EMERGENT FIDELITY*
*TECHNOLOGIES LTD)*
JOSHUA DORCHAK;
DAVID K. SHIM
MORGAN, LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY 10178
**EMAIL:
JOSHUA.DORCHAK@MORGANLEWI
S.COM
DAVID.SHIM@MORGANLEWIS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO OFFICIAL COMMITTEE*
*OF UNSECURED CREDITORS)*
MATTHEW B. LUNN,
ROBERT F. POPPITI, JR.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
1000 NORTH KING STREET
WILMINGTON, DE 19801
**EMAIL:  MLUNN@YCST.COM
RPOPPITI@YCST.COM**

11

*ELECTRONIC MAIL*
*(COUNSEL TO GABRIEL RECCHIA)*
ANN KASHISHIAN
LEWIS BRISBOIS BISGAARD & SMITH
LLP
500 DELAWARE AVE., SUITE 700
WILMINGTON, DE  19801
**EMAIL:**
**ANN.KASHISHIAN@LEWISBRISBOIS.**
**COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE COMMISSIONER*
*MASSACHUSETTS DEPARTMENT OF*
*REVENUE)*
MASSACHUSETTS DEPARTMENT OF
REVENUE
CELINE E. DE LA FOSCADE-CONDON
100 CAMBRIDGE STREET, PO BOX
9565
BOSTON, MA 02114
**EMAIL:**
**DELAFOSCAC@DOR.STATE.MA.US**

*ELECTRONIC MAIL*
*(COUNSEL TO LIGHTSPEED STRATEGIC*
*PARTNERS I L.P., LIGHTSPEED*
*OPPORTUNITY FUND, L.P.)*
M. NATASHA LABOVITZ, ESQ.,
ELIE J. WORENKLEIN, ESQ.,
MICHAEL C. GODBE, ESQ.
DEBEVOISE & PLIMPTON LLP
66 HUDSON BOULEVARD
NEW YORK, NY 10001
**EMAIL:**
**NLABOVITZ@DEBEVOISE.COM**
**EWORENKLEIN@DEBEVOISE.COM**
**MCGODBE@DEBEVOISE.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO LIGHTSPEED STRATEGIC*
*PARTNERS I L.P., LIGHTSPEED*
*OPPORTUNITY FUND, L.P.)*
NORMAN L. PERNICK, ESQ.,
COLE SCHOTZ P.C.
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE 19801
**EMAIL:**
**NPERNICK@COLESCHOTZ.COM**

*ELECTRONIC MAIL*
*(COUNSEL FOR THE UNITED STATES*
*OF AMERICA)*
U.S. DEPARTMENT OF JUSTICE, THE
INTERNAL REVENUE SERVICE
ELISABETH M. BRUCE
PO BOX 227
WASHINGTON, DC 20044
**EMAIL:**
**ELISABETH.M.BRUCE@USDOJ.GOV**

*ELECTRONIC MAIL*
MIAMI-DADE OFFICE OF THE TAX
COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI, FL 33128
**EMAIL:**
**PRISCILLA.WINDLEY@MIAMIDADE.**
**GOV**
**MDTCBKC@MIAMIDADE.GOV**

*ELECTRONIC MAIL*
*(COUNSEL TO MERCEDES-BENZ*
*GRAND PRIX LIMITED)*
MICHAEL J. SMALL
FOLEY & LARDNER LLP
321 NORTH CLARK STREET, SUITE
3000
CHICAGO, IL 60654
**EMAIL:  MSMALL@FOLEY.COM**

DE:4891-1667-5726.2 70948.001

**ELECTRONIC MAIL**
*(COUNSEL TO MERCEDES-BENZ*
*GRAND PRIX LIMITED)*
SAMANTHA RUPPENTHAL
FOLEY & LARDNER LLP
90 PARK AVENUE
NEW YORK, NY 10016
**EMAIL:**
**SRUPPENTHAL@FOLEY.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO BH TRADING LTD.,*
*GRANT KIM AND PETER KIM)*
FREDERICK SCHMIDT
COZEN O'CONNOR
3WTC, 175 GREENWICH STREET
55TH FLOOR
NEW YORK, NY 10007
**EMAIL:  ESCHMIDT@COZEN.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO NEW JERSEY BUREAU OF*
*SECURITIES)*
JEFFREY BERNSTEIN
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
570 BROAD STREET
SUITE 1401
NEWARK, NJ 07102
**EMAIL:  JBERNSTEIN@MDMC-**
**LAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO CADIAN)*
THOMAS A. PITTA, ESQ.
EMMET, MARVIN & MARTIN, LLP
120 BROADWAY, 32ND FLOOR
NEW YORK, NY 10271
**EMAIL:**
**TPITTA@EMMETMARVIN.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO ORACLE AMERICA, INC.)*
AMISH R. DOSHI
DOSHI LEGAL GROUP, P.C.
1979 MARCUS AVENUE, SUITE 210E
LAKE SUCCESS, NY 11042
**EMAIL:  AMISH@DOSHILEGAL.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO OKC ENTITIES)*
JEFFREY S. SABIN,
XOCHITL S. STROHBEHN,
CAROL A. WEINER,
ARIE A. PELED
VENABLE LLP
151 WEST 42ND ST., 48TH FLOOR
NEW YORK, NY 10036
**EMAIL:  JSSABIN@VENABLE.COM**
**XSSTROHBEHN@VENABLE.COM**
**CWEINERLEVY@VENABLE.COM**
**AAPELED@VENABLE.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO LAURENCE BEAL)*
ERIC J. MONZO,
SARAH M. ENNIS
TARA C. PAKROUTH
MORRIS JAMES LLP
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON, DE 19801
**EMAIL:**
**EMONZO@MORRISJAMES.COM**
**SENNIS@MORRISJAMES.COM**
**TPAKROUH@MORRISJAMES.COM**

DE:4891-1667-5726.2 70948.001

*ELECTRONIC MAIL*
*(COUNSEL TO ALUMNI VENTURES*
*GROUP AND ALUMNI VENTURES*
*GROUP - EMBEDDED FINANCIAL*
*TECHNOLOGIES TRUST A)*
ROBERT T. HONEYWELL, ESQ.
K&L GATES LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6030
**EMAIL:**
**ROBERT.HONEYWELL@KLGATES.C**
**OM**

*ELECTRONIC MAIL*
*(COUNSEL TO ALUMNI VENTURES*
*GROUP AND ALUMNI VENTURES*
*GROUP - EMBEDDED FINANCIAL*
*TECHNOLOGIES TRUST A)*
STEVEN L. CAPONI, ESQ.,
MATTHEW B. GOELLER, ESQ.
K&L GATES LLP
600 N. KING STREET
SUITE 901
WILMINGTON, DE 19801
**EMAIL:**
**STEVEN.CAPONI@KLGATES.COM**
**MATTHEW.GOELLER@KLGATES.C**
**OM**

*ELECTRONIC MAIL*
*(COUNSEL TO PI-CRYPTO LTD., PI 1.0*
*LP)*
AARON R. CAHN
CARTER LEDYARD & MILBURN LLP
28 LIBERTY STREET
41ST FLOOR
NEW YORK, NY 10005
**EMAIL:  BANKRUPTCY@CLM.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE DEFENDANT*
*WILLIAM HOCKEY LIVING TRUST &*
*DEFENDANTS LISTED ON EXHIBIT A)*
LUCIAN B. MURLEY
SAUL EWING LLP
1201 NORTH MARKET STREET, SUITE
2300
PO BOX 1266
WILMINGTON, DE 19899
**EMAIL:**
**LUKE.MURLEY@SAUL.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE DEFENDANT*
*WILLIAM HOCKEY LIVING TRUST &*
*DEFENDANTS LISTED ON EXHIBIT A)*
CULLEN D. SPECKHART
COOLEY LLP
1299 PENNSYLVANIA AVENUE NW
SUITE 700
WASHINGTON, DC 20004
**EMAIL:**
**CSPECKHART@COOLEY.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE DEFENDANT*
*WILLIAM HOCKEY LIVING TRUST &*
*DEFENDANTS LISTED ON EXHIBIT A)*
MICHAEL KLEIN,
ARIC WU,
CAROLINE PIGNATELLI,
ERICA J. RICHARDS
COOLEY LLP
55 HUDSON YARDS
NEW YORK, NY 10001
**EMAIL:  MKLEIN@COOLEY.COM**
**AHWU@COOLEY.COM**
**CPIGNATELLI@COOLEY.COM**
**ERICHARDS@COOLEY.COM**

DE:4891-1667-5726.2 70948.001

*ELECTRONIC MAIL*
*(COUNSEL TO CRAIG*
*SHINDLEDECKER, ADAM BORYENACE,*
*LINDSEY BOERNER, TANA A. LAWLER,*
*STANTON CAMP, MICHAEL MCGEE*
*AND TIM MILLAR)*
ZHAO RUBY LIU,
FREDERICK B. ROSNER
THE ROSNER LAW GROUP LLC
824 N. MARKET STREET
SUITE 810
WILMINGTON, DE 19801
**EMAIL:**
**ROSNER@TEAMROSNER.COM**
**LIU@TEAMROSNER.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO DEFENDANT CAROLINE*
*ELLISON)*
PETER G. NEIMAN,
NICHOLAS WERLE
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 WORLD TRADE CENTER
150 GREENWICH STREET
NEW YORK, NY 10007
**EMAIL:**
**PETER.NEIMAN@WILMERHALE.CO**
**M**
**NICK.WERLE@WILMERHALE.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO CRAIG*
*SHINDLEDECKER, ADAM BORYENACE,*
*LINDSEY BOERNER, TANA A. LAWLER,*
*STANTON CAMP, MICHAEL MCGEE*
*AND TIM MILLAR)*
CHAD S. CABY
LEWIS ROCA ROTHGERBER CHRISTIE
LLP
1601 19TH STREET, SUITE 1000
DENVER, CO 80202-2995
**EMAIL:  CCABY@LEWISROCA.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO SILICON VALLEY*
*ACCOUNTANTS)*
J. PETER GLAWS, IV, ESQ.
CARR MALONEY P.C.
2000 PENNSYLVANIA AVE, NW
STE. 8001
WASHINGTON, DC 20006
**EMAIL:**
**PETER.GLAWS@CARRMALONEY.C**
**OM**

*ELECTRONIC MAIL*
*(PLAN ADMINISTRATOR (THE "PLAN*
*ADMINISTRATOR") AS MANAGER OF*
*VOYAGER DIGITAL HOLDINGS, INC.,*
*VOYAGER DIGITAL LTD., AND*
*VOYAGER DIGITAL, LLC, THE WIND-*
*DOWN DEBTORS)*
MARIS J. KANDESTIN
MCDERMOTT WILL & EMERY LLP
THE NEMOURS BUIDLING
1007 NORTH ORANGE STREET, 10TH
FLOOR
WILMINGTON, DE 19801
**EMAIL:  MKANDESTIN@MWE.COM**

*ELECTRONIC MAIL*
*(PLAN ADMINISTRATOR (THE "PLAN*
*ADMINISTRATOR") AS MANAGER OF*
*VOYAGER DIGITAL HOLDINGS, INC.,*
*VOYAGER DIGITAL LTD., AND*
*VOYAGER DIGITAL, LLC, THE WIND-*
*DOWN DEBTORS)*
DARREN AZMAN,
JOHN J. CALANDRA
JOSEPH B. EVANS,
ELIZABETH RODD
MCDERMOTT WILL & EMERY LLP
ONE VANDERBILT AVENUE
NEW YORK, NY 10017-3852
**EMAIL:  DAZMAN@MWE.COM**
**JCALANDRA@MWE.COM**
**JBEVANS@MWE.COM**
**ERODD@MWE.COM**

DE:4891-1667-5726.2 70948.001

**ELECTRONIC MAIL**
*(COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS AND ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS)*
CHRISTOPHER P. SIMON
CROSS & SIMON, LLC
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DE 19801
**EMAIL:  CSIMON@CROSSLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS AND ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS)*
DENNIS H. TRACEY, III,
JOHN D. BECK,
MAYA JUMPER,
HOGAN LOVELLS US LLP
390 MADISON AVENUE
NEW YORK, NY 10017
**EMAIL:**
**DENNIS.TRACEY@HOGANLOVELLS.COM**
**DENNIS.TRACEY@HOGANLOVELLS.COM**
**MAYA.JUMPER@HOGANLOVELLS.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P.)*
ELIZABETH WANG,
DANIEL A. MASON
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
500 DELAWARE AVENUE, SUITE 200, PO BOX 32
WILMINGTON, DE 19899-0032
**EMAIL:**
**DMASON@PAULWEISS.COM**
**EWANG@PAULWEISS.COM**

***ELECTRONIC MAIL***
*(COUNSEL TO EMBED SHAREHOLDER*
*DEFENDANTS THE 2016 KARKAL FAMILY*
*TRUST; ACREW CAPITAL FUND (A), L.P.;*
*ACREW CAPITAL FUND, L.P.; ACREW CAPITAL*
*MGP, LLC; BAIN CAPITAL VENTURE FUND 2019*
*LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP*
*VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD*
*PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC;*
*BUCKLEY VENTURES, LP; CORRELATION*
*VENTURES II, LP; FIN VC REGATTA I, LP;*
*HOMEBREW VENTURES III, LP; JONATHAN*
*CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD*
*CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2*
*VENTURES FUND II, L.P.; PROPEL VENTURE*
*PARTNERS, LLC; PROPEL VENTURE PARTNERS*
*US FUND I LP; PUTNAM (WARREN LOWELL*
*PUTNAM & BRYNN JINNETT PUTNAM, TENANTS*
*IN COMMON); SAMUEL JONES; TORCH*
*CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O*
*TI PLATFORM FUND II; TI PLATFORM NLI*
*VENTURE LIMITED II; TRANSPOSE PLATFORM*
*FINTECH FUND II, L.P.; TI PLATFORM FUND II,*
*LP; TREASURY FUND I, LP; Y COMBINATOR; Y*
*COMBINATOR ES20, LLC; AND YCC20, L.P.)*
WILLIAM A. CLAREMAN,
GREGORY F. LAUFER,
KENNETH S. ZIMAN
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
**EMAIL:**
**WCLAREMAN@PAULWEISS.COM**
**GLAUFER@PAULWEISS.COM**
**KZIMAN@PAULWEISS.COM**

***ELECTRONIC MAIL***
*(COUNSEL TO EMBED SHAREHOLDER*
*DEFENDANTS THE 2016 KARKAL FAMILY*
*TRUST; ACREW CAPITAL FUND (A), L.P.;*
*ACREW CAPITAL FUND, L.P.; ACREW CAPITAL*
*MGP, LLC; BAIN CAPITAL VENTURE FUND 2019*
*LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP*
*VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD*
*PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC;*
*BUCKLEY VENTURES, LP; CORRELATION*
*VENTURES II, LP; FIN VC REGATTA I, LP;*
*HOMEBREW VENTURES III, LP; JONATHAN*
*CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD*
*CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2*
*VENTURES FUND II, L.P.; PROPEL VENTURE*
*PARTNERS, LLC; PROPEL VENTURE PARTNERS*
*US FUND I LP; PUTNAM (WARREN LOWELL*
*PUTNAM & BRYNN JINNETT PUTNAM, TENANTS*
*IN COMMON); SAMUEL JONES; TORCH*
*CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O*
*TI PLATFORM FUND II; TI PLATFORM NLI*
*VENTURE LIMITED II; TRANSPOSE PLATFORM*
*FINTECH FUND II, L.P.; TI PLATFORM FUND II,*
*LP; TREASURY FUND I, LP; Y COMBINATOR; Y*
*COMBINATOR ES20, LLC; AND YCC20, L.P.)*
RANDALL S. LUSKEY
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 MISSION STREET
24TH FLOOR
SAN FRANCISCO, CA 94105
**EMAIL:**
**RLUSKEY@PAULWEISS.COM**

***ELECTRONIC MAIL***
*(COUNSEL TO NATHANIEL PARKE)*
DANIEL M. PEREIRA
STRADLEY RONON STEVENS &
YOUNG, LLP
1000 N. WEST STREET
SUITE 1200
WILMINGTON, DE 19801
**EMAIL:**
**DPEREIRA@STRADLEY.COM**

17

***ELECTRONIC MAIL***
*(COUNSEL TO LIGHTCONE INFRASTRUCTURE)*
KATE ROGGIO BUCK
MCCARTER & ENGLISH LLP
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON, DE 19801
**EMAIL:  KBUCK@MCCARTER.COM**

***ELECTRONIC MAIL***
*(COUNSEL TO AAVCF3 LP, ADAPT VC LLC, AKHIL PAUL, BAUDOIN, KIARA, CAROL H. DUGGAN REVOCABLE LIVING TRUST, CATHEXIS SUBSIDIARIES GP, LLC; CATHEXIS VENTURES, LP, CLARK, DEREK, DUARTE, JONATHAN, DWYER, JOHN, EM FUND I, A SERIES OF CHRIS GOLDA INVESTMENTS, LP, EMBEDFI JUNE 2021, A SERIES OF PARTY ROUND LLC, FAIRCHILD FUND III, LLC, FERRARI, MICHAEL, FRANK, AARON, FUND I, A SERIES OF 20VC, LP, FUND I, A SERIES OF NOT BORING CAPITAL, LP, GARDNER, CLAYTON, GILES, MICHAEL, HARLAND GROUP LLC, HARPER, CHRISTOPHER, HARPER, STEPHEN, JABRE, PHILIPPE, JOHNSON, BRENT, KV5 PTY LTD ATF KV5 TRUST, KERR INVESTMENT HOLDINGS PTY LTD A/T/F THE KERR FAMILY TRUST, KICK THE HIVE LLC, LONDERGAN, BENJAMIN, LOVERO, JUSTIN, LYON, MATTHEW, MANN, BRANDON, MEENTS, DAVID, MOTIVATE VENTURES FUND I, LP, MOTIVATE VENTURES QP FUND I, LP, NICHOLS, JAMES, NORDBY, CHRISTIAN, OPERATOR PARTNERS, LLC, PERCOCO, JOE, PETER T. LAWLER LIVING TRUST, PRUVEN CAPITAL PARTNERS FUND I, LP, S20, A SERIES OF CHRIS GOLDA INVESTMENTS, LP, SWS HOLDING COMPANY, LLC STUART SOPP, SAUGSTAD, MONIQUE, SILVERSTONE VENTURE INVESTMENTS LIMITED, SLATE, JOSHUA ALLEN, SOMA CAPITAL FUND, III, LP, SOMA CAPITAL FUND III PARTNERS LLC, SOPP, STUART, THE GARDNER 2008 LIVING TRUST, THOMAS G. MIGLIS REVOCABLE TRUST, TRIPLEPOINT PRIVATE VENTURE CREDIT INC., TRIPLEPOINT VENTURE LENDING FUND, LLC, TRIPLEPOINT VENTURES 5 LLC, VENTURESOUQ CAPITAL SPC O/B/O VSQ SP 59 (YCS20), WEINER, JONATHAN, WEVER, DENA, YASELLERAPH FINANCE PTY LTD ATF YASELLERAPH FINANCE TRUST, YOUNG, CHRISTOPHER, Z PERRET TRUST, 9YARDS CAPITAL INVESTMENTS II LP AND WILLIAM HOCKEY LIVING TRUST)*
PHILIP M. BOWMAN, ESQ.
COOLEY LLP
55 HUDSON YARDS
NEW YORK, NY 10001
**EMAIL:  PBOWMAN@COOLEY.COM**

18

*ELECTRONIC MAIL*
*(COUNSEL TO RIBOSCIENCE LLC AND*
*4J THERAPEUTICS INC.)*
MICHAEL D. DEBAECKE
ASHBY & GEDDES, P.A.
500 DELAWARE AVENUE
8TH FLOOR
WILMINGTON, DE 19899-1150
**EMAIL:**
**MDEBAECKE@ASHBYGEDDES.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO RIBOSCIENCE LLC AND*
*4J THERAPEUTICS INC.)*
TIFFANY STRELOW COBB, ESQ.
VORYS, SATER, SEYMOUR AND
PEASE LLP
52 EAST GAY STREET
PO BOX 1008
COLUMBUS, OH 43216-1008
**EMAIL:  TSCOBB@VORYS.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO LOREM IPSUM UG,*
*PATRICK GRUHN, AND ROBIN MATZKE)*
JOSEPH T. MOLDOVAN,
HEATH D. ROSENBLAT,
JASON P. GOTTLIEB
MORRISON COHEN LLP
909 THIRD AVENUE, 27TH FLOOR
NEW YORK, NY 10022
**EMAIL:**
**JMOLDOVAN@MORRISONCOHEN.C**
**OM**
**HROSENBLAT@MORRISONCOHEN.**
**COM**
**JGOTTLIEB@MORRISONCOHEN.CO**
**M**

*ELECTRONIC MAIL*
*(COUNSEL TO LOREM IPSUM UG,*
*PATRICK GRUHN, ROBIN MATZKE AND*
*SHERIDAN INVESTMENT HOLDINGS,*
*LLC)*
DARRELL DALEY,
SAMANTHA NEAL
THE DALEY LAW FIRM
4845 PEARL EAST CIRCLE
SUITE 101
BOULDER, CO 80301
**EMAIL:**
**DARRELL@DALEYLAWYERS.COM**
**SAMANTHA@DALEYLAWYERS.CO**
**M**

*ELECTRONIC MAIL*
*(COUNSEL TO LATONA BIOSCIENCES*
*GROUP AND ROSS RHEINGANS-YOO)*
MICHAEL J. JOYCE, ESQ.
JOYCE, LLC
1225 KING STREET
SUITE 800
WILMINGTON, DE 19801
**EMAIL:**
**MJOYCE@MJLAWOFFICES.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO LATONA BIOSCIENCES*
*GROUP AND ROSS RHEINGANS-YOO)*
SCOTT D. SIMON, ESQ.
GOETZ FITZPATRICK LLP
ONE PENN PLAZA
SUITE 3100
NEW YORK, NY 10119
**EMAIL:  SSIMON@GOETZFITZ.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BRANDON WILLIAMS)*
GREGORY L. ARBOGAST
GEBHARDT & SMITH LLP
1000 N. WEST STREET
SUITE 1200
WILMINGTON, DE 19081
**EMAIL:**
**GARBOGAST@GEBSMITH.COM**

DE:4891-1667-5726.2 70948.001

*ELECTRONIC MAIL*
*(COUNSEL TO ISLAND CAPITAL AND*
*PAUL F. ARANHA)*
JAMIE L. EDMONSON, ESQ.
ROBINSON & COLE LLP
1201 N. MARKET STREET
SUITE 1406
WILMINGTON, DE 19081
**EMAIL: JEDMONSON@RC.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ISLAND CAPITAL AND*
*PAUL F. ARANHA)*
JANE KIM, GABRIELLE L. ALBERT
KELLER BENVENUTTI KIM LLP
650 CALIFORNIA ST. #1900
SAN FRANCISCO, CA 94108
**EMAIL: JKIM@KBKLLP.COM**
**GALBERT@KBKLLP.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ISLAND CAPITAL AND*
*PAUL F. ARANHA)*
SHARON FRASE
BOERSCH & ILLOVSKY LLP
1611 TELEGRAPH AVE.,
SUITE 806
OAKLAND, CA 94612
**EMAIL: SHARON@BOERSCH-**
**ILLOVSKY.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ROCKET INTERNET*
*CAPITAL PARTNERS II SCS, ROCKET*
*INTERNET CAPITAL PARTNERS (EURO)*
*II SCS, GFC GLOBAL FOUNDERS*
*CAPITAL GMBH AND GFC GLOBAL*
*FOUNDERS CAPITAL GMBH & CO.*
*BETEILIGUNGS KG NR. 1)*
CHRISTOPHER P. SIMON
CROSS & SIMON, LLC
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DE 19801
**EMAIL: CSIMON@CROSSLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO ROCKET INTERNET*
*CAPITAL PARTNERS II SCS, ROCKET*
*INTERNET CAPITAL PARTNERS (EURO)*
*II SCS, GFC GLOBAL FOUNDERS*
*CAPITAL GMBH AND GFC GLOBAL*
*FOUNDERS CAPITAL GMBH & CO.*
*BETEILIGUNGS KG NR. 1)*
DENNIS H. TRACEY, III,
JOHN D. BECK
MAYA JUMPER
HOGAN LOVELLS US LLP
390 MADISON AVENUE
NEW YORK, NY 10017
**EMAIL:**
**DENNIS.TRACEY@HOGANLOVELLS.**
**COM**
**JOHN.BECK@HOGANLOVELLS.COM**
**MAYA.JUMPER@HOGANLOVELLS.C**
**OM**

*ELECTRONIC MAIL*
*(COUNSEL TO THE NEW YORK STATE*
*DEPARTMENT OF TAXATION AND*
*FINANCE ("NYSTAX"))*
OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL
ROBERT J. ROCK
THE CAPITOL
ALBANY, NY 12224-0341
**EMAIL:**
**ROBERT.ROCK@AG.NY.GOV**

DE:4891-1667-5726.2 70948.001

*ELECTRONIC MAIL*
*(COUNSEL TO LOREM IPSUM UG,*
*PATRICK GRUHN, ROBIN MATZKE, AND*
*BRANDON WILLIAMS)*
DARRELL DALEY
SAMANTHA NEAL
THE DALEY LAW FIRM
4845 PEARL EAST CIRCLE
SUITE 101
BOULDER, CO 80301
**EMAIL:**
**DARRELL@DALEYLAWYERS.COM**
**SAMANTHA@DALEYLAWYERS.CO**
**M**

*ELECTRONIC MAIL*
*(COUNSEL TO LOREM IPSUM UG,*
*PATRICK GRUHN, ROBIN MATZKE, AND*
*BRANDON WILLIAMS)*
JOSEPH T. MOLDOVAN,
HEATH D. ROSENBLAT;
JASON P. GOTTLIEB,
MICHAEL MIX
MORRISON COHEN LLP
909 THIRD AVENUE
27TH FLOOR
NEW YORK, NY 10022
**EMAIL:**
**JMOLDOVAN@MORRISONCOHEN.C**
**OM**
**HROSENBLAT@MORRISONCOHEN.**
**COM**
**JGOTTLIEB@MORRISONCOHEN.CO**
**M**
**MMIX@MORRISONCOHEN.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO LIQUIDITY SOLUTIONS*
*GLOBAL LTD. (THE "LSG"))*
ANDREW BEHLMANN,
COLLEEN M. RESTEL
LOWENSTEIN SANDLER LLP
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068
**EMAIL:**
**ABEHLMANN@LOWENSTEIN.COM**
**CRESTEL@LOWENSTEIN.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO LIQUIDITY SOLUTIONS*
*GLOBAL LTD. (THE "LSG"))*
KEVIN S. MANN
CROSS & SIMON LLC
1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DE 19801
**EMAIL:  KMANN@CROSSLAW.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO FULCRUM DISTRESSED*
*PARTNERS LIMITED)*
JOSEF W. MINTZ
BLANK ROME LLP
1201 MARKET STREET
SUITE 800
WILMINGTON, DE 19801
**EMAIL:**
**JOSEF.MINTZ@BLANKROME.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO BLOCKFI INC. AND*
*AFFILIATES AS WINDDOWN DEBTORS)*
RICHARD KANOWITZ
HAYNES AND BOONE, LLP
30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK, NY 10112
**EMAIL:**
**RICHARD.KANOWITZ@HAYNESBO**
**ONE.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO BLOCKFI INC. AND*
*AFFILIATES AS WINDDOWN DEBTORS)*
RICHARD D. ANIGIAN,
CHARLES M. JONES II
HAYNES AND BOONE, LLP
2323 VICTORY AVENUE
SUITE 700
DALLAS, TX 75219
**EMAIL:**
**RICK.ANIGIAN@HAYNESBOONE.CO**
**M**
**CHARLIE.JONES@HAYNESBOONE.C**
**OM**

**ELECTRONIC MAIL**
*(COUNSEL TO BLOCKFI INC. AND*
*AFFILIATES AS WINDDOWN DEBTORS)*
MICHAEL BUSENKELL
GELLERT SCALI BUSENKELL &
BROWN, LLC
1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
**EMAIL:**
**MBUSENKELL@GSBBLAW.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO BLOCKFI INC. AND*
*AFFILIATES AS WINDDOWN DEBTORS)*
KENNETH J. AULET,
JEFFREY L. JONAS,
MICHAEL WINOGRAD,
ALEXANDER F. KASNETZ
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036
**EMAIL:**
**KAULET@BROWNRUDNICK.COM**
**JJONAS@BROWNRUDNICK.COM**
**MWINOGRAD@BROWNRUDNICK.C**
**OM**
**AKASNETZ@BROWNRUDNICK.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO BLOCKFI INC. AND*
*AFFILIATES AS WINDDOWN DEBTORS)*
TRISTAN G. AXELROD,
SHARI I. DWOSKIN,
MATTHEW A. SAWYER
BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111
**EMAIL:**
**TAXELROD@BROWNRUDNICK.COM**
**SDWOSKIN@BROWNRUDNICK.COM**
**MSAWYER@BROWNRUDNICK.COM**

**ELECTRONIC MAIL**
*(COUNSEL TO CENTER FOR APPLIED*
*RATIONALITY ("CFAR"))*
KATE ROGGIO BUCK
MCCARTER & ENGLISH LLP
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON, DE 19801
**EMAIL:  KBUCK@MCCARTER.COM**

**ELECTRONIC MAIL**
*(COMMITTEE OF UNSECURED*
*CREDITORS)*
COINCIDENT CAPITAL
INTERNATIONAL, LTD
C/O SUNIL SHAH
1805 N. CARSON CITY ST.,
SUITE X-108
CARSON CITY, NV 89701
**EMAIL:**
**FTXCC@COINCIDENTCAPITAL.CO**
**M**

**ELECTRONIC MAIL**
*(COMMITTEE OF UNSECURED*
*CREDITORS)*
OCTOPUS INFORMATION LTD
LINFENG DONG, OMC CHAMBERS
WICKHAMS CAY 1
ROAD TOWN, TORTOLA BRITISH
VIRGIN ISLANDS
**EMAIL:  OCTOPUS_FTX@TEAMB.CN**

DE:4891-1667-5726.2 70948.001

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED*
*CREDITORS)*
PULSAR GLOBAL LTD
MICHELE WAN AND JACKY YIP
UNIT 903-905, K11 ATELIER VICTORIA
DOCKSIDE
18 SALISBURY ROAD
KOWLOON,  HONG KONG
**EMAIL:**
**MICHELE.WAN@PULSAR.COM**
**JACKY.YIP@PULSAR.COM**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED*
*CREDITORS)*
WINCENT INVESTMENT FUND PCC
LTD
CHARLES MELVIN,
C/O WINCENT CAPITAL
MANAGEMENT
OLD POLICE STATION
120B
IRISH TOWN, GIBRALTAR GX11 1AA
**EMAIL:  LEGAL@WINCENT.CO**

*ELECTRONIC MAIL*
*(COMMITTEE OF UNSECURED*
*CREDITORS)*
WINTERMUTE ASIA PTE. LTD
LEGAL DEPARTMENT
24 EAN KIAM PLACE
, 429115 SINGAPORE
**EMAIL:**
**LEGAL@WINTERMUTE.COM**

*ELECTRONIC MAIL*
*(COUNSEL TO MICHAEL BURGESS, HUY*
*XUAN "KEVIN" NGUYEN, JING YU*
*"DARREN" WONG, MATTHEW*
*BURGESS, LESLEY BURGESS, 3TWELVE*
*VENTURES LTD., AND BDK*
*CONSULTING LTD)*
STIPE VULETA,
LACHLAN MCBRIDE,
SEBASTIAN BRODOWSKI,
SAM KEYS-ASGILL
CHAMBERLAINS LAW FIRM
LEVEL 12 59 GOULBURN STREET
SYDNEY, NSW 2002 Australia
**EMAIL:**
**STIPE.VULETA@CHAMBERLAINS.C**
**OM.AU**
**LACHLAN.MCBRIDE@CHAMBERLA**
**INS.COM.AU**
**SEBASTIAN.BRODOWSKI@CHAMBE**
**RLAINS.COM.AU**
**SAM.KEYSASGILL@CHAMBERLAIN**
**S.COM.AU**

*ELECTRONIC MAIL*
*(COUNSEL TO MICHAEL BURGESS, HUY*
*XUAN "KEVIN" NGUYEN, JING YU*
*"DARREN" WONG, MATTHEW*
*BURGESS, LESLEY BURGESS, 3TWELVE*
*VENTURES LTD., AND BDK*
*CONSULTING LTD)*
ERIC J. MONZO,
TARA C. PAKROUH
MORRIS JAMES LLP
500 DELAWARE AVENUE SUITE 1500
WILMINGTON, DE 19801
**EMAIL:**
**EMONZO@MORRISJAMES.COM**
**TPAKROUH@MORRISJAMES.COM**

DE:4891-1667-5726.2 70948.001

*ELECTRONIC MAIL*
*(COUNSEL TO MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., AND BDK CONSULTING LTD)*
HUGH SMITH ESQUIRE
CHAMBERLAINS
LEVEL 8 224 BUNDA STREET
CANBERRA CITY, ACT 2601 Australia
**EMAIL:**
**HUGH.SMITH@CHAMBERLAINS.CO M.AU**

*ELECTRONIC MAIL*
*(COUNSEL TO APPLIED RATIONALITY)*
MATTHEW J. RIFINO
McCARTER & ENGLISH LLP
RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR
WILMINGTON, DE 19801
**EMAIL:**
**MRIFINO@MCCARTER.COM**

*ELECTRONIC MAIL*
(SPECIAL COUNSEL TO THE DEBTORS)
MICHAEL A. BARLOW, ESQ.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 DELAWARE AVENUE, SUITE 220
WILMINGTON, DE 19801
**EMAIL:**
**MICHAELBARLOW@QUINNEMANU EL.COM**

*ELECTRONIC MAIL*
(COUNSEL TO LUKAS BARTUSEK)
"J" JACKSON SHRUM, ESQ.
JACK SHRUM, P.A.
919 N. MARKET STREET, SUITE 1410
WILMINGTON, DE 19801
**EMAIL:**
**JSHRUM@JSHRUMLAW.COM**

*ELECTRONIC MAIL*
(COUNSEL TO THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. (IN LIQUIDATION))
JOHN W. WEISS
JOSEPH C. BARSALONA II
ALEXIS R. GAMBALE
PASHMAN STEIN WALDER HAYDEN, P.C.
824 N. MARKET STREET, SUITE 800
WILMINGTON, DE 19801
**EMAIL:**
**JWEISS@PASHMANSTEIN.COM; JBARSALONA@PASHMANSTEIN.CO M; AGAMBALE@PASHMANSTEIN.COM**

*ELECTRONIC MAIL*
(COUNSEL TO THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. (IN LIQUIDATION))
ADAM J. GOLDBERG
NACIF TAOUSSE
LATHAM & WATKINS LLP
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
**EMAIL:**
**ADAM.GOLDBERG@LW.COM; NACIF.TAOUSSE@LW.COM**

*ELECTRONIC MAIL*
(COUNSEL TO THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. (IN LIQUIDATION))
TIFFANY M. IKEDA
LATHAM & WATKINS LLP
355 S. GRAND AVENUE, SUITE 100
LOS ANGELES, CA 90071
**EMAIL:  TIFFANY.IKEDA@LW.COM**

24

*ELECTRONIC MAIL*
(COUNSEL TO ELD CAPITAL LLC,
DOMINIC JOHN CUBITT AND LEONA
SAMMON)
PETER C. HUGHES
DILWORTH PAXSON LLP
800 N. KING STREET, SUITE 202
WILMINGTON, DE  19801
**EMAIL:**
**PHUGHES@DILWORTHLAW.COM**

*ELECTRONIC MAIL*
(COUNSEL TO ELD CAPITAL LLC,
DOMINIC JOHN CUBITT AND LEONA
SAMMON)
JAMES E. MILLER
MILLER SHAH LLP
65 MAIN STREET
CHESTER, CT  06412
**EMAIL:**
**JEMILLER@MILLERSHAH.COM**

*ELECTRONIC MAIL*
(COUNSEL TO ELD CAPITAL LLC,
DOMINIC JOHN CUBITT AND LEONA
SAMMON)
ALEC J. BERIN
MILLER SHAH LLP
1845 WALNUT STREET, SUITE 806
PHILADELPHIA, PA  19103
**EMAIL:**
**AJBERIN@MILLERSHAH.COM**

*ELECTRONIC MAIL*
(COUNSEL TO SAMUEL BANKMAN-FRIED, JOSEPH
BANKMAN, BARBARA FRIED, RYAN SALAME,
MATTHEW NASS, MATTHEW PLACE, JOSHUA
UTTER-LEYTON, JOHN CONBERE, AND LUIS
SCOTT-VARGAS)
R. MONTGOMERY DONALDSON
STEFANIA A. ROSCA
MONTGOMERY MCCRACKEN
WALKER & RHOADS, LLP
1105 NORTH MARKET STREET, 15TH
FLOOR
WILMINGTON, DE  19801
**EMAIL:**
**RDONALDSON@MMWR.COM;**
**SROSCA@MMWR.COM**

*ELECTRONIC MAIL*
(COUNSEL TO FOLKVANG LTD.)
MARK R. OWENS
AMY E. TRYON
BARNES & THORNBURG LLP
222 DELAWARE AVENUE, SUITE 1200
WILMINGTON, DE  19801
**EMAIL:**
**MARK.OWENS@BTLAW.COM;**
**AMY.TRYON@BTLAW.COM**

*ELECTRONIC MAIL*
(COUNSEL TO FOLKVANG LTD.)
KENNETH P. KANSA
BARNES & THORNBURG LLP
ONE N. WACKER DRIVE, SUITE 4400
CHICAGO, IL  60606-2833
**EMAIL:  KKANSA@BTLAW.COM**

*ELECTRONIC MAIL*
(COUNSEL TO FOLKVANG LTD.)
LEAH ANNE O'FARRELL
BARNES & THORNBURG LLP
ONE MARINA PARK DRIVE, SUITE
1530
BOSTON, MA  02210
**EMAIL:  LOFARRELL@BTLAW.COM**

***ELECTRONIC MAIL***
(COUNSEL TO BLOOMING TRIUMPH
INTERNATIONAL LIMITED)
FRANK SCARDINO
BOSTON LAW GROUP, PC
825 BEACON STREET, SUITE 20
NEWTON CENTER, MA  02459
**EMAIL:**
**FRANK@BOSTONLAWGROUP.COM**

***ELECTRONIC MAIL***
(COUNSEL TO BLOOMING TRIUMPH
INTERNATIONAL LIMITED)
MICHAEL J. JOYCE
JOYCE, LLC
1225 KING STREET, SUITE 800
WILMINGTON, DE  19801
**EMAIL:**
**MJOYCE@MJLAWOFFICES.COM**

***ELECTRONIC MAIL***
(COUNSEL TO LAWRENCE D. VAN
DYN HOVEN)
LEIF T. SIMONSON
SIMONSON LAW PLLC
400 S. FOURTH STREET, SUITE 401
MINNEAPOLIS, MN  55415
**EMAIL:**
**LEIF.SIMONSON@SIMONSONLAW.C
OM**

DE:4891-1667-5726.2 70948.001