IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 17, 2025, counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd. (the "Joint Liquidators") caused *The Joint Liquidators' Responses and Objections to Notice of Deposition of the Joint Liquidators of Three Arrows Capital, Ltd. Pursuant to Fed. R. Civ. P. 30(b)(6)* to be served via email upon the following counsel of record:

Brian D. Glueckstein
Benjamin S. Beller
Samuel G. Darby
Sienna Liu
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Email: gluecksteinb@sullcrom.com
bellerb@sullcrom.com
darbys@sullcrom.com
lius@sullcrom.com


Adam G. Landis
Kimberly A. Brown
Matthew B. McGuire
Matthew R. Pierce
Elizabeth A. Rogers

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800,
Wilmington, Delaware 19801
Email: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com;
      mcguire@lrclaw.com
      erogers@lrclaw.com

Dated: September 30, 2025
      Wilmington, Delaware

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Zachary F. Proulx (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com
      adam.goldberg@lw.com
      zachary.proulx@lw.com
      nacif.taousse@lw.com

– and –

*/s/ Alexis R. Gambale*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email: jweiss@pashmanstein.com
      jbarsalona@pashmanstein.com
      agambale@pashmanstein.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*