## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                Plaintiff,<br><br>      -against-<br><br>GATE TECHNOLOGU INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI,<br><br>               Defendants. | Adv. Pro. No. 24-50184 (KBO) |
| FTX RECOVERY TRUST,<br><br>                Plaintiff,<br><br>      -against-<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>               Defendants. | Adv. Pro. No. 24-50188 (KBO) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

FTX RECOVERY TRUST,

                            Plaintiffs,          Adv. Pro. No. 24-50191 (KBO)

            -against-

AMERICAN VALUES COALITION, INC.,

                            Defendant.

FTX RECOVERY TRUST,

                            Plaintiffs,          Adv. Pro. No. 24-50198 (KBO)

            -against-

NAWAAZ MOHAMMAD MEERUN

                            Defendant.

FTX RECOVERY TRUST,

                            Plaintiffs,          Adv. Pro. No. 24-50201 (KBO)

            -against-

PROSPERITY ALLIANCE, INC.,

                            Defendant.

FTX RECOVERY TRUST,

                            Plaintiffs,          Adv. Pro. No. 24-50204 (KBO)

            -against-

WORKING AMERICA,

                            Defendant.

FTX RECOVERY TRUST,

                                   Plaintiffs,

                    -against-

SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP
HOLDINGS LLC, DIGITAL MACRO FUND LP f/k/a
SKYBRIDGE COIN FUND LP, SALT VENTURE
GROUP LLC, ANTHONY SCARAMUCCI, and BRETT
MESSING,

                         Defendant.

Adv. Pro. No. 24-50209 (KBO)

---

FTX RECOVERY TRUST,

                                   Plaintiffs,

                    -against-

THE GOODLY INSTITUTE dba GOODLY LABS,

                         Defendant.

Adv. Pro. No. 24-50212 (KBO)

---

FTX RECOVERY TRUST,

                                   Plaintiffs,

                    -against-

MANIFOLD MARKETS, INC,

                         Defendant.

Adv. Pro. No. 24-50214 (KBO)

---

FTX RECOVERY TRUST,

                                   Plaintiffs,

                    -against-

DENG JUN, SHEN LING, TU JING, DENG
DINGYUAN, DENG LAN, DENG JIAN, TU FAN, PAN
YANG LIAN, HU JINGMING, HU SIFENG, YANG
YUHUA, QIN YONG QIANG, HUANG YAO, DAI
FUYANG, FU LING, CHEN CHAO, SHEN LIUGEN,

Adv. Pro. No. 24-50220 (KBO)

LIN GUODONG, YANG YIBO, XU MIN, XU HONG, WAN JIAN, WU QIAO, WU TIANMING, LI PING, JIA SHUYUN, and JOHN DOES 1-20

                    Defendants.

---

FTX RECOVERY TRUST,

                    Plaintiffs,                          Adv. Pro. No. 24-50635 (KBO)

          -against-

KUROSEMI INC.,

                    Defendant.

---

FTX RECOVERY TRUST,

                    Plaintiffs,                          Adv. Pro. No. 24-50636 (KBO)

          -against-

NFT STARS LIMITED,

                    Defendant.

---

FTX RECOVERY TRUST,

                    Plaintiffs,                          Adv. Pro. No. 24-51054 (KBO)

          -against-

NEWURTH S.A., B TRANSFER SERVICES LIMITED, BT PAYMENT SERVICES NIGERIA LTD, TRANSFERZERO MONEY TRANSFER EP SA, BT PAYMENTS SERVICES UGANDA LTD, ELIZABETH ROSSIELLO, ADAM GOUVEIA, MARLEEN HAYE, CALLUM DRYDEN, MIN-SI WANG, CHARLENE CHEN, LINDA LEVINSON, and TOMOYUKI NII, ,

                    Defendant.

FTX RECOVERY TRUST, and LP DIGITAL ASSET
OPPORTUNITIES MASTER FUND SUCCESSOR LP,

                                          Plaintiffs,

                       -against-

WANDILLA HOLDINGS LIMITED,

                                     Defendants.

Adv. Pro. No. 24-51059 (KBO)

## AFFIDAVIT OF SERVICE

       I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

       On September 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on (1) the Core/2002 Service List attached hereto as **Exhibit A**, and (2) DN 32675 Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of Agenda for Hearing Scheduled for September 11, 2025 at 1:00 P.M. (ET) Before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 [Docket No. 32675]

Dated: September 17, 2025

                                               */s/ Nelson Crespin*
                                              Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 17, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 91490

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON DE 19801 | MARK.OWENS@BTLAW.COM<br>AMY.TRYON@BTLAW.COM | Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: LEAH ANNE O'FARRELL<br>ONE MARINA PARK DRIVE<br>SUITE 1530<br>BOSTON MA 02210 | LOFARRELL@BTLAW.COM | Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: KENNETH P. KANSA<br>ONE N. WACKER DRIVE<br>SUITE 4400<br>CHICAGO IL 60606-2833 | KKANSA@BTLAW.COM | Email |
| COUNSEL TO BLOOMING TRIUMPH INTERNATIONAL LIMITED | BOSTON LAW GROUP, PC | ATTN: FRANK SCARDINO<br>825 BEACON STREET<br>SUITE 20<br>NEWTON CENTER MA 02459 | FRANK@BOSTONLAWGROUP.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO DEFENDANT DIGITAL LEGEND HODLINGS LTD. | CAHILL GORDON & REINDEL LLP | ATTN: GREGORY STRONG<br>221 W. 10TH STREET<br>3RD FLOOR<br>WILMINGTON DE 19801 | GSTRONG@CAHILL.COM | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ.<br>800 N. KING STREET<br>SUITE 202<br>WILMINGTON DE 19801 | PHUGHES@DILWORTHLAW.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO BLOOMING TRIUMPH INTERNATIONAL LIMITED | JOYCE, LLC | ATTN: MICHAEL J. JOYCE<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 | MJOYCE@MJLAWOFFICES.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: CHRISTOPHER HARRIS, ADAM J. GOLDBERG, NACIF TAOUSSE<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CHRIS.HARRIS@LW.COM;<br>ADAM.GOLDBERG@LW.COM;<br>NACIF.TAOUSSE@LW.COM | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: TIFFANY M. IKEDA<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES CA 90071 | TIFFANY.IKEDA@LW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ., GASTON LOOMIS, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM;<br>GLOOMIS@MDMC-LAW.COM | Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON LOOMIS, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GLOOMIS@MDMC-LAW.COM | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ.<br>65 MAIN STREET<br>CHESTER CT 06412 | JEMILLER@MILLERSHAH.COM | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ.<br>1845 WALNUT STREET<br>SUITE 806<br>PHILADELPHIA PA 19103 | AJBERIN@MILLERSHAH.COM | Email |
| COUNSEL TO SAMUEL BANKMAN-FRIED, JOSEPH BANKMAN, BARBARA FRIED, RYAN SALAME, MATTHEW NASS, MATTHEW PLACE, JOSHUA UTTER-LEYTON, JOHN CONBERE, AND LUIS SCOTTVARGAS (COLLECTIVELY, THE "PARTIES") | MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP | ATTN: R. MONTGOMERY DONALDSON, STEFANIA A. ROSCA<br>1105 NORTH MARKET STREET<br>15TH FLOOR<br>WILMINGTON DE 19801 | SROSCA@MMWR.COM<br>RDONALDSON@MMWR.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II, ALEXIS R. GAMBALE<br>824 NORTH MARKET STREET<br>SUITE 800<br>WILMINGTON DE 19801 | JWEISS@PASHMANSTEIN.COM;<br>JBARSALONA@PASHMANSTEIN.COM;<br>AGAMBALE@PASHMANSTEIN.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQ. 2005 MARKET STREET SUITE 2600 PHILADELPHIA PA 19103 | DPEREIRA@STRADLEY.COM | Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE 125 BROAD STREET NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM BROMLEYJ@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM KRANZLEYA@SULLCROM.COM PETIFORDJ@SULLCROM.COM HOLLEYS@SULLCROM.COM EHRENBERGS@SULLCROM.COM DUNNEC@SULLCROM.COM | Email |
| COUNSEL TO PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG AND SHERIDAN INVESTMENT HOLDINGS, LLC ("INTERESTED PARTIES") | THE DALEY LAW FIRM LLC | ATTN: DARRELL M. DALEY, SAMANTHA R. NEAL 4845 PEARL EAST CIRCLE, SUITE 101 BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM SAMANTHA@DALEYLAWYERS.COM | Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700 P.O. BOX 2046 WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN 1201 N. MARKET STREET SUITE 1400 WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL A. WEINER 151 WEST 42ND STREET NEW YORK NY 10036 | JSSABIN@VENABLE.COM; CWEINERLEVY@VENABLE.COM | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE 600 MASSACHUSETTS AVENUE, NW WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | Email |

**Exhibit B**

Exhibit B
DN 32675 Notice Parties Service List
Served as set forth below

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| ADV_003 | Baker, Donelson, Bearman, Caldwell & Ber | | | | | | | | tykelly@bakerdonelson.com | Email |
| ADV_011 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_012 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_013 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_014 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_015 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_016 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_006 | DLA Piper LLP (US) | | | | | | | | matthew.sarna@us.dlapiper.com | Email |
| ADV_007 | DLA Piper LLP (US) | | | | | | | | rachel.albanese@us.dlapiper.com | Email |
| ADV_005 | Ferry Joseph, PA | | | | | | | | rmiller@ferryjoseph.com | Email |
| ADV_017 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_010 | GOETZ FITZPATRICK LLP | | | | | | | | ssimon@goetzfitz.com | Email |
| ADV_018 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_019 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_020 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_021 | Name on File | | | | | | | | Email Address on File | Email |
| 12986255 | K&L GATES LLP | | | | | | | | Emily.Steele@klgates.com | Email |

Exhibit B
DN 32675 Notice Parties Service List
Served as set forth below

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| ADV_040 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_037 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_038 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_041 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_022 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_023 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_036 | NEWURTH S.A. | | | | | | | | DCULVER@MNAT.COM | Email |
| 12865949 | Name on File | | | | | | | | Email Address on File | Email |
| 13 | OFFICE OF THE UNITED STATES TRUSTEE | | | | | | | | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JON.LIPSHIE@USDOJ.GOV | Email |
| ADV_039 | PACHULSKI STANG ZIEHL & JONES LLP | | | | | | | | TKAPUR@PSZJLAW.COM; JROSELL@PSZJLAW.COM; CROBINSON@PSZJLAW.COM | Email |
| ADV_024 | Name on File | | | | | | | | Email Address on File | Email |
| 17 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | | | | | | | | dmason@paulweiss.com; wclareman@paulweiss.com; virobinson@paulweiss.com | Email |
| ADV_025 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_002 | ROPES & GRAY LLP | | | | | | | | CHRIS.DICKERSON@ROPESGRAY.COM | Email |

Exhibit B

DN 32675 Notice Parties Service List
Served as set forth below

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 27771826 | ROPES & GRAY LLP | ATTN: CHRIS DICKERSON | 191 NORTH WACKER DR | 32ND FLOOR | CHICAGO | IL | 60606 | | | First-Class Mail |
| ADV_001 | SEQUOR LAW | ATTN: JOSEPH ROME | 1111 BRICKELL AVE | SUITE 1250 | MIAMI | FL | 33131 | | | First-Class Mail |
| ADV_026 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_027 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_008 | SkyBridge Capital II, LLC | | | | | | | | nbaker@stblaw.com; ashley.gherlone@stblaw.com; jgochman@stblaw.com; batoul.hussain@stblaw.com; jyoungwood@stblaw.com | Email |
| ADV_009 | SkyBridge Capital II, LLC | | | | | | | | jrisener@potteranderson.com; jryan@potteranderson.com; esulik@potteranderson.com; jlevy@potteranderson.com | Email |
| ADV_028 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_029 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_030 | Name on File | | | | | | | | Email Address on File | Email |
| 30605824 | WANDILLA HOLDINGS LIMITED | C/O VISTRA CORPORATE SERVICES CENTRE | WICKHAMS CAY II | | TORTOLA, ROAD TOWN | | VG1110 | BRITISH VIRGIN ISLANDS | | First-Class Mail |
| 30605823 | WANDILLA HOLDINGS LIMITED | 15 WEST 27TH STREET | 11TH FLOOR | | NEW YORK | NY | 10001 | | | First-Class Mail |
| ADV_030 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_031 | Name on File | | | | | | | | Email Address on File | Email |

Exhibit B
DN 32675 Notice Parties Service List
Served as set forth below

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| ADV_032 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_033 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_034 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_035 | Name on File | | | | | | | | Email Address on File | Email |
| ADV_004 | Zeiger, Tigges & Little LLP | | | | | | | | little@litohio.com | Email |