**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
| --- | --- |
| FTX Trading Ltd. (d/b/a "FTX") | 22-11068 |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

*A CLAIM HAS BEEN FILED IN THIS CASE* or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

| **Name of Transferor:** | **Name of Transferee:** |
| --- | --- |
| Grand Teton C I, LLC | Oroboros FTX I, LLC |
| **Name and Current Address of Transferor:** | **Name and Address where notices and payments to transferee should be sent:** |
| 1509 Bent Ave., Cheyenne, WY 82001 | 1509 Bent Ave., Cheyenne, WY 82001 |
| as Transferee of ▇▇▇ | |

| Claim No./Schedule | Original Creditor Name | Amount | Debtor |
| --- | --- | --- | --- |
| Kroll Schedule: 221106805867026 Debtor Schedule F: 02563041 | ▇▇▇ | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Claim No: 1893 | ▇▇▇ | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

*I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.*

Name: Michael Bottjer

Signature: *Signed by:* Michael Bottjer — CA2272A6B6CB4B3...

*Transferee / Transferee's Agent*
Date: Tue Sep 30 2025

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*EVIDENCE OF TRANSFER OF CLAIM*

*TO: Clerk, United States Bankruptcy Court, Southern District of New York, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged,* Grand Teton C I, LLC *has unconditionally and irrevocably sold, transferred and assigned to* Oroboros FTX I, LLC *its successors and assigns, all right, title and interest in and to the claim(s) identified below, against FTX Trading LTD et al.*

| Schedule F #:  | 02563041 |
|---|---|
| Claim Amount:  | as detailed on Schedule F |

*Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.*

*You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.*

Date:  Tue Sep 30 2025

| BUYER: <br> Oroboros FTX I, LLC <br><br> *Signed by:* <br> *Michael Bottjer* <br> CA2272A6B6CB4B3... <br><br> Name: Michael Bottjer <br> Email: claims@ftxcreditor.com <br> Title: President | SELLER: <br> Grand Teton C I, LLC <br><br> *Signed by:* <br> *Michael Bottjer* <br> CA2272A6B6CB4B3... <br><br> Name: Michael Bottjer <br> Email: claims@ftxcreditor.com <br> Title: President |
|---|---|