**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtor. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court"), Conor Barry Daly hereby withdraws as counsel to creditor the Commodity Futures Trading Commission ("CFTC"). With Mr. Daly's withdrawal, the CFTC remains represented by counsel Carlin Metzger, Robert B. Wasserman, and Alex T. Case.

Dated: September 30, 2025

                                            Respectfully submitted,

                                            */s/ Conor Daly*
                                            Conor B. Daly
                                              *Counsel*
                                            Commodity Futures Trading Commission
                                            1155 21st Street, NW
                                            Washington, D.C. 20581-0001
                                            Phone: (202) 834-9752
                                            cdaly@cftc.gov
                                            *Counsel for CFTC*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I caused to be served a true copy of the foregoing on all parties registered to receive email notice/service for this case by the court's CM/ECF system.

/s/ Conor B. Daly