IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE



In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32720*

## NOTICE OF INTENT TO INCLUDE ENGLISH–MANDARIN INTERPRETER FOR OCTOBER 23, 2025 HEARING (D.I. 32720)

Creditor Hejia Zhao (Claim ID: 6718003), appearing pro se, respectfully submits this Notice regarding the omnibus hearing scheduled for October 23, 2025 at 9:30 a.m. (Eastern Time) before the Honorable Karen B. Owens (D.I. 32720). Consistent with the Court's prior observation that an interpreter would assist Mandarin-speaking participants, the undersigned intends to include one qualified English–Mandarin interpreter for the benefit of Mandarin-speaking creditors. The interpreter will participate remotely via Zoom. The undersigned is working on logistical guidance via email with Ms. Kimberly Ross and will comply with the Court's procedures.

**Interpreter Participation and Compliance**

- The interpreter will appear remotely via Zoom and will comply with all Court procedures and directives.
- The interpreter's name and contact information are being finalized and will be promptly provided once confirmed.
- The interpreter will register or be listed for remote participation in accordance with the Court's remote-appearance procedures.
- The interpreter will take any oath required by the Court, interpret accurately and impartially, and will not present argument or evidence.
- The interpreter will remain muted except when interpreting as directed by the

Court or its staff, and will not record, broadcast, or otherwise transmit the proceedings.

Dated: September 29, 2025

Respectfully submitted,

*Hejia Zhao*

Hejia Zhao (pro se)

Claim ID: 6718003

Mood Lyndhurst, [Apt redacted], 38 Lyndhurst Terrace, Central, Hong Kong

Email: hz263@cornell.edu