IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.



Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32720*

## NOTICE OF SUPPLEMENTAL RELATED DOCUMENTS

## FOR THE OCTOBER 23, 2025 HEARING (D.I. 32720)

Hejia Zhao (pro se, Claim ID: 6718003) respectfully submits this Notice to identify additional docket entries that are directly relevant to the matters scheduled for the October 23, 2025, 9:30 a.m. ET status conference (D.I. 32720). This Notice mirrors the request previously sent to Debtors'/Trust's Delaware counsel by email and is filed so the record is clear.

The following filings should be included as Related Documents for the October 23, 2025 hearing:

1) Filed by Hejia Zhao: D.I. 32774, 32773, 32759

2) Filed by Weiwei Ji: D.I. 32271, 32230

3) Filed by Pu Ke: D.I. 32746, 32739, 32713, 32687

4) Filed by Kaikai Lin: D.I. 32775

5) All objections to D.I. 31148 (please include each objection entry under this item)

Movant respectfully requests that Debtors'/Trust's Delaware counsel update the agenda to include the foregoing as Related Documents and ensure they are included in the hearing binder for chambers' review.

Dated: September 29, 2025

Respectfully submitted,

*Hejia Zhao*

Hejia Zhao (pro se)

Claim ID: 6718003

Mood Lyndhurst, [Apt redacted], 38 Lyndhurst Terrace, Central, Hong Kong

Email: hz263@cornell.edu

September 29, 2025

Clerk of Court

United States Bankruptcy Court for the District of Delaware

824 N. Market Street, 3rd Floor

Wilmington, DE 19801

**Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) — Request to Docket Three Separate Filings**

**Related to the October 23, 2025 Status Conference (D.I. 32720)**

Dear Clerk of Court:

I am a pro se creditor (Claim ID: 6718003) in the above-captioned case. Enclosed please find three separate papers for filing, each related to the status conference scheduled for October 23, 2025 at 9:30 a.m. ET (D.I. 32720). I respectfully request that the Clerk docket these as three distinct docket entries, each shown as related to D.I. 32720:

1) Joinder and Statement in Support of Motion D.I. 32230 (and related to D.I. 32720).

2) Notice of Supplemental Related Documents for the October 23, 2025 Hearing (D.I. 32720).

3) Notice of Intent to Include an English–Mandarin Interpreter for the October 23, 2025 Hearing (related to D.I. 32720).

These documents are submitted separately so that chambers and parties can readily identify each item on the docket. If any administrative revisions are required for docketing, I will promptly re-submit in the form preferred by the Court.

Thank you for your assistance.

Respectfully submitted,

*Hejia Zhao*

Hejia Zhao (pro se)

Claim ID: 6718003

Mood Lyndhurst, [Apt redacted], 38 Lyndhurst Terrace, Central, Hong Kong

Email: hz263@cornell.edu

```
FANGZHENG LI                              1 LBS        1 OF 1
(626) 426-7298                                    SHP WT: 1 LBS
THE UPS STORE #7387                               DATE: 29 SEP 2025
416 BERGEN ST
HARRISON NJ 07029-2291

SHIP  DELAWARE,US BANKRUPTCY COURT 3RD FL
TO:   (302) 252-2900
      CLERK OF THE COURT CASE JUDGE KBO
      824 N MARKET ST

      WILMINGTON DE 19801-3024
```

DE 197 9-25

UPS GROUND
TRACKING #: 1Z Y2W 716 03 5856 3575

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT


U.S.M.S. X-RAY

MMX79EHM8S22J I5H 13.00C ZZP 450 37.5V 09/2025

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.    RRD 0825

Photo Document Mailer

From:

THE UPS STORE