IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32230 and D.I. 32720*

**JOINDER AND STATEMENT IN SUPPORT OF**

**MOTION D.I. 32230 – MOTION FOR CLARIFICATION REGARDING THE**

**CURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN**

Creditor Hejia Zhao (the "Joinder Party"), appearing pro se (Claim ID 6718003), respectfully states as follows:

**JOINDER**

1. The Joinder Party respectfully supports and joins in Motion D.I. 32230 (the "Motion"), including all arguments, authorities, and requested relief therein, as if set forth fully herein.

2. The Joinder Party seeks no separate or additional relief beyond that requested in the Motion. For the avoidance of doubt, this Joinder is submitted without waiver of any rights, claims, or defenses, and the Joinder Party reserves the right to be heard at the October 23, 2025 omnibus hearing (D.I. 32720).

**WHEREFORE** the Joinder Party respectfully requests that the Court grant Motion D.I. 32230 and grant such other and further relief as the Court deems just and proper.


Dated: September 29, 2025

Respectfully submitted,

*Hejia Zhao*

Hejia Zhao (pro se)

Claim ID: 6718003

Mood Lyndhurst, [Apt redacted], 38 Lyndhurst Terrace, Central, Hong Kong

Email: hz263@cornell.edu

September 29, 2025

2025 SEP 30 A 10: 53

Clerk of Court

United States Bankruptcy Court for the District of Delaware

824 N. Market Street, 3rd Floor

Wilmington, DE 19801

**Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) — Request to Docket Three Separate Filings**

**Related to the October 23, 2025 Status Conference (D.I. 32720)**

Dear Clerk of Court:

I am a pro se creditor (Claim ID: 6718003) in the above-captioned case. Enclosed please find three separate papers for filing, each related to the status conference scheduled for October 23, 2025 at 9:30 a.m. ET (D.I. 32720). I respectfully request that the Clerk docket these as three distinct docket entries, each shown as related to D.I. 32720:

1) Joinder and Statement in Support of Motion D.I. 32230 (and related to D.I. 32720).

2) Notice of Supplemental Related Documents for the October 23, 2025 Hearing (D.I. 32720).

3) Notice of Intent to Include an English–Mandarin Interpreter for the October 23, 2025 Hearing (related to D.I. 32720).

These documents are submitted separately so that chambers and parties can readily identify each item on the docket. If any administrative revisions are required for docketing, I will promptly re-submit in the form preferred by the Court.

Thank you for your assistance.

Respectfully submitted,

*Hejia Zhao*

Hejia Zhao (pro se)

Claim ID: 6718003

Mood Lyndhurst, [Apt redacted], 38 Lyndhurst Terrace, Central, Hong Kong

Email: hz263@cornell.edu

```
FANGZHENG LI                                    1 LBS        1 OF 1
(626) 426-7298                                  SHP WT: 1 LBS
THE UPS STORE #7387                             DATE: 29 SEP 2025
416 BERGEN ST
HARRISON  NJ 07029-2291

SHIP  DELAWARE,US BANKRUPTCY COURT 3RD FL
TO:   (302) 252-2900
      CLERK OF THE COURT CASE JUDGE KBO
      824 N MARKET ST

      WILMINGTON DE 19801-3024
```



DE 197 9-25

UPS GROUND
TRACKING #: 1Z Y2W 716 03 5856 3575

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT



U.S.M.S. X-RAY

MMX79EHM8S22J ISH 13.0OC ZZP 450 37.5V 09/2025



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.    RRD 0825

Photo Document Mailer

From: _____



THE UPS STORE