**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM**
**OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**NAME OF TRANSFEREE**

Next Claims Capital Limited

**Address for all Notices and Payments:**

Email: transfers@cnclaims.com
Sea Meadow House, P.O. Box 116
Road Town, Tortola
British Virgin Islands
Attn: Jinfeng Chen

**NAME OF TRANSFEROR**

**Address**:



| Schedule/Claim | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 8134 | | Entire Claim (as described on Schedule F) | FTX Trading Ltd. | 22-11068 |
| Customer Code: 00178863 | | Entire Claim (as described on Schedule F) | FTX Trading Ltd. | 22-11068 |

Doc ID: 58eddf9eda07cafbb2e21aeb24a74efa2dfa1be3

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                                            Date: July 30, 2025

　　　Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, the Transferor's name or address has not been disclosed and the signed Evidence of Transfer of Claim has not been attached to this Notice of Transfer of Claim.

Upon written request to Transferee, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the clerk of the United States Bankruptcy Court for the District of Delaware, the Debtors, the Debtors' claims agent, and relevant professionals.

Doc ID: 58eddf9eda07cafbb2e21aeb24a74efa2dfa1be3