IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,1<br><br>Debtors.<br><br>Claimant, Arian X. Fontal<br>Claim Number: 49501 | Chapter 11<br><br>Case No. 22-11068 (KBO)<br>**Ref. Doc. 31797**<br><br>(Jointly Administered)<br>**Objection Deadline: October 6, 2025 at 4:00 P.M. ET**<br>(By agreement) |

**CLAIMANT 49501'S RESPONSE
IN OPPOSITION TO THE DEBTORS' 190th OMNIBUS OBJECTION**

Claimant 49501, Arian X. Fontal, hereby submits this response to the Debtors' 190th Omnibus Objection. In the 190th Omnibus Objection, the Debtors objected to the Claimant's Proof of Claim, stating that "the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts". See Schedule 1 of Debtors' 190th Omnibus Objection (Doc. No. 31797-2) at p. 7.

FTX Trading Ltd. 22-11068 (KBO)
One Hundred Ninetieth Omnibus Claims Objection
Schedule 1 - Modified Claims

| | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 49501* | Name on file | West Realm Shires Services Inc. | BF_POINT | 100.000000000000000 | West Realm Shires Services Inc. | 100.000000000000000 |
| | | | BRZ | 1.000000000000000 | | 1.000000000000000 |
| | | | BTC | 0.112189590000000 | | 0.112189590000000 |
| | | | CUSDT | 1.000000000000000 | | 1.000000000000000 |
| | | | DOGE | 1.000000000000000 | | 1.000000000000000 |
| | | | ETH | 1.638004150000000 | | 1.638004150000000 |
| | | | ETHW | 1.302903072611476 | | 1.302903072611476 |
| | | | LTC | 14.814667960000000 | | 14.814667960000000 |
| | | | NFT (493551617205124038/ENTRANCE VOUCHER #2306) | 1.000000000000000 | | 1.000000000000000 |
| | | | SHIB | 20.000000000000000 | | 20.000000000000000 |
| | | | TRX | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 25,010.804977128966000 | | 12,507.904977129000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

Even though Claimant agrees with the other assets that remain in the Debtors' records, there is a clear discrepancy regarding the USD: in the Thirty-Second (Substantive) Objection, and according to the Debtors' own records, the total asset for the USD was indicated as

1

$25,010,804.977128966000. *See* Order Granting Debtor's Thirty-Second Omnibus Objection to Claims, Doc No. 19967-1 at page 7.

Subsequently, without any explanation, reasonable justification, or evidentiary support, the Debtors attempted to alter this value to $12,507,904.977129000, which is inconsistent with their prior statements and undermines the credibility of their current objection. The chart below is from the Order Granting the Thirty-Second (Substantive) Omnibus Objection.

| Claim Number | Name | Debtor | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| | | | Tickers | | Ticker Quantity | Debtor | Ticker Quantity |
| 49501 | Name on file | FTX Trading Ltd. | BF_POINT | | | West Realm Shires Services Inc. | 100.000000000000000 |
| | | | BRZ | | 1.000000000000000 | | 1.000000000000000 |
| | | | BTC | | 11,218,959.000000000000000 | | 0.112189590000000 |
| | | | CUSDT | | 1.000000000000000 | | 1.000000000000000 |
| | | | DOGE | | 1.000000000000000 | | 1.000000000000000 |
| | | | ETH | | 163,800,415.000000000000000 | | 1.638004150000000 |
| | | | ETHW | | 1,302,903,073.000000000000000 | | 1.302903072611476 |
| | | | LTC | | 1,481,466,796.000000000000000 | | 14.814667960000000 |
| | | | NFT (493551617205124038/ENTRANCE VOUCHER #2306) | | 1.000000000000000 | | 1.000000000000000 |
| | | | SHIB | | 20.000000000000000 | | 20.000000000000000 |
| | | | TRX | | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | | 25,010.800000000000000 | | 25,010.804977128966000 |

Furthermore, the Thirty-Second (Substantive) Omnibus Objection was previously sustained by this Court on July 10, 2024, confirming the validity of the USD asset as reflected in the Debtors' own records. The Debtors' subsequent, unexplained attempt to alter this value represents a direct contradiction of their prior filings and the Court's determination, creating an inconsistency between their communications and official records. Such a unilateral and unsupported change not only undermines the reliability of the Debtors' current objection but also directly threatens Claimant's ability to recover the assets to which he is entitled.

Accordingly, the Debtors' Customer Claims Portal confirms that the total USD asset continues to reflect $25,010.804977128966000, which is consistent with the amount indicated by the Debtors in the Thirty-Second (Substantive) Omnibus Objection and confirmed in the order previously sustained by this Court.:



Given that the Debtors' records reflect a total USD asset of $25,010.804977128966000, which aligns with the Thirty-Second (Substantive) Omnibus Objection and the order previously sustained by this Court, and considering the other assets held in the Claimant's account, the total amount of the Claimant's claim is $29,869.26 USD, as follows

USD:   $25,010.804977128966000

BTC*: $ 0.11218959 x $16,871.63  = $ 1,892.22

ETH: $1.63800415 x $1,258.84

LTC: $14.814667960000000 x $60.6106 = $ 897.18

ETHW $1.302903072611476 x $4.1505988 = $ 5.41

BRZ: $1.000000000000000 x $0.1562968  = 0.16

DOGE: $1.000000000000000 x $0.0828523 = 0.08

TRX: $1.000000000000000 x $0.0556107 = 0.06

SHIB: $20.00000000000000000 x $0.0000098 = 0.0002

BF_POINT: $100.000000000000000 x 0.0000

CUSDT: $1.0000000000000000 X 0.0218002 ) $0.0218

3

**Total: $ 29,869.26USD**

In light of the clear discrepancy in the Debtors' records and their unsupported attempt to alter the USD asset, the Debtors' 190th (Substantive) Omnibus Objection lacks merit and should therefore be denied.

As such, the Claimant respectfully disagrees with the Debtors' objection, as the Debtors' own Customer Claims Portal shows that Claimant 49501 is, at a minimum, entitled to a total of $29,869.26 USD, which includes $25,010.804977128966000 in USD as reflected in the Debtors' records.

WHEREFORE, the Claimant respectfully requests this Court to deny the Debtors' 190th (Substantive) Omnibus Objection and to set the USD asset at $25,010.804977128966000, as clearly indicated in the Debtors' own records.

| | |
|---|---|
| Dated: October 1, 2025 | */s/ Deirdre M. Richards*<br>Deirdre M. Richards (#4191)<br>**ELLIOTT GREENLEAF, P.C.**<br>1105 N. Market Street, Suite 1700<br>Wilmington, DE 19801<br>Phone: (302) 384-9400<br>dmr@elliottgreenleaf.com<br><br>-and-<br><br>Daniel J. Thornburgh (*pro hac vice*)<br>Aylstock, Witkin, Kreis<br>& Overholtz, PLLC<br>17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: 850-202-1010<br>Fax: 850-916-7449<br>dthornburgh@awkolaw.com<br><br>*Counsel for Arian X. Fontal, Claimant 49501* |