**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

FTX TRADING LTD., *et al.*,1

    Debtors.

Claimant, Arian X. Fontal
Claim Number: 49501

Chapter 11

Case No. 22-11068 (KBO)

(Jointly Administered)
**Objection Deadline: October 6, 2025 at 4:00 P.M. ET**
(By agreement)

**CERTIFICATE OF SERVICE**

    I, Deirdre M. Richards, Esquire hereby certify, on this 1st day of October 2025, that the foregoing Claimant's Response in Opposition to the Debtors' 190th Omnibus Objection is served on Counsel for Debtors and Debtors-in-Possession: landis@lrclaw.com, brown@lrclaw.com, pierce@lrclaw.com, dietdericha@sullcrom.com, bromleyj@sullcrom.com, gluecksteinb@sullcrom.com, and kranzleya@sullcrom.com.

        */s/ Deirdre M. Richards*
        Deirdre M. Richards (#4191)
        ELLIOTT GREENLEAF
        1105 N. Market Street, Suite 1700
        Wilmington, DE 19801
        Phone: (302) 384-9402
        Fax: (302) 384-9399

        *Counsel for Arian X. Fontal, Claimant*
        *49501*