7245 SW 138th Street

Miami, Florida  33158

September 25, 2025

<u>Response</u>

U.S. Bankruptcy Court for the District of Delaware

Debtors:     FTX Trading Ltd. *et al.*
Case No:     22-11068 (KBO)
Title:       Omnibus Objection to Proofs of Claim

Claimant:    Marc J. Ellenby
Claim # :    100406

Factual basis : Marc J. Ellenby was Not Ever noticed by FTX or any party by email or ground mail of the bar date deadline initially set.

Correspondence in years 2024-2025 alerted Mr. Ellenby to the ongoing bankruptcy filing, read about in the newspapers and online. No notice was ever received by Mr. Ellenby regarding his ability to communicate with the Debtors, or to be represented by the attorneys.

Registering online on the FTX claims website took perseverance, patience, and communication by phone with the website operators. Settings were re-set in order to positively identify Mr. Ellenby.

Recently in the past weeks, a Letter was finally received by ground mail from Kroll Restructuring, with a Claim # 100406 .

Exhibit 1, enclosed, identifies this claim and Marc J. Ellenby.

Additionally, a List of exact FTX holdings by Mr. Ellenby as of the date of Bankruptcy is enclosed in Exhibit 1.

*Marc J. Ellenby 9-25-2025*

Claimant's information:          Marc J. Ellenby
Ph (305) 345-6650                7245 SW 138th St.
Email: marc.ellenby@yahoo.com    Miami, FL  33158

PRIME CLERK IS NOW KROLL. RESTRUCTURING ADMINISTRATION PRIOR CASES AND EMAIL ADDRESSES ARE AUTOMATICALLY



# Creditor Data Details - Claim # 100406

**Creditor**
Name on file: Marc J. Ellenby
Address on file: 7245 S.W. 130th St. Miami, FL 33158

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
07/08/2025

**Claim Number**
100406

**Schedule Number**
n/a

**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | Blank | U | $0.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | $0.00 | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

# **EXHIBIT 1**

see (2) pages enclosed.

{1368.003-W0083230.}

Exhibit 1.

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Ninety-Sixth Omnibus Claims Objection**
**Schedule 1 - Late Filed Claims**

| | | Asserted Claims | | | |
|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
| 100406 | Ellenby, Marc J. | FTX Trading Ltd. | 7/8/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

*Undetermined: Indicates claim contains unliquidated and/or undetermined amounts

Exhibit 1

Marc J. Ellenby
claim No. 100406

**FTX crypto holdings:**

| | |
|---|---|
| ETH | 10.3661 ETH |
| MKR | 11.401 MKR |
| UNI | 1296.9474 UNI |
| BTC | 0.36467572 BTC |
| LINK | 512.2522 LINK |
| MATIC | 2276.2164 MATIC |
| AVAX | 105.2789 AVAX |
| ETHW | 201.7036 ETHW |
| NEAR | 103.8322 NEAR |
| GRT | 3006.2929 GRT |
| BRZ | 185.5421 BRZ |
| SUSHI | 1.0224 SUSHI |
| DOGE | 8.0064 DOGE |
| TRX | 10 TRON |
| BAT | 1 BAT |
| SHIB | 10 SHIB |

SRF 91677

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 23, 2025 at 9:30 a.m. (ET)**<br>**Objection Deadline: October 16, 2025 at 4:00 p.m. (ET)** |
| | Ref. No. 32602 |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE FTX RECOVERY TRUST. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on September 2, 2025, counsel to the FTX Recovery Trust[2] filed the *FTX Recovery Trust's One Hundred Ninety-Sixth (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims)* (the "Omnibus Objection") [D.I. 32602].[3] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

[3] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the FTX Recovery Trust's noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Omnibus Objection can be found at docket number 32602.

{1368.003-W0083230.}

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 16, 2025 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **October 23, 2025 at 9:30 a.m. (ET)** (the "Hearing") before the honorable Karen B. Owens, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th floor, Courtroom 3, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 2, 2025
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*

Ellenby
7245 SW. 130th ST
Miami, FL 33158

9589 0710 5270 3300 4095 94

U.S. POSTAGE PAID
FCM LETTER
MIAMI, FL 33176
SEP 25, 2025
$10.77
S2324P500939-12

RDC 99
19801

Office of the Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

19801-302499  0012