RECEIVED
2025 SEP 29 PM 12: 09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

FTX Trading Ltd., et al., Debtors.

Chapter 11

Case No. 22–11068 (KBO)

(Jointly Administered)

Claim #60161, Schedule # 6794905

## EMERGENCY MOTION OF LIU JING

TO REQUIRE THE FTX RECOVERY TRUST TO PROVIDE A WRITTEN EXPLANATION OF “DISPUTED” STATUS BY SEPTEMBER 29, 2025, AND IF NO GOOD CAUSE IS SHOWN, TO DIRECT INCLUSION IN THE SEPTEMBER 30, 2025 DISTRIBUTION, OR, IN THE ALTERNATIVE, TO ESTABLISH A RESERVE; AND TO SHORTEN NOTICE

### I. INTRODUCTION AND RELIEF REQUESTED

Movant, Liu Jing (“Movant”,Claim #60161, Schedule # 6794905), a creditor of the Debtors, respectfully submits this emergency motion (the “Motion”) seeking narrowly tailored relief to prevent irreparable harm with respect to the imminent September 30, 2025 distribution under the confirmed Plan.

Despite having timely updated residency and tax information to reflect Singapore residency prior to the August 15, 2025 distribution snapshot, and despite having confirmed with the Distribution Service Provider (“DPS,” Kraken) that the DPS connection was successfully completed and verified, Movant’s account remains incorrectly flagged as “disputed” on the FTX Recovery Trust dashboard.

As a result, Movant has been excluded from the September 30 distribution. Multiple written requests to support@ftx.com have yielded only template replies, without any substantive explanation.

Accordingly, Movant requests that this Court enter an order: (i) requiring the FTX

Recovery Trust to provide, no later than September 29, 2025, via written notice and email to Movant's address at bitcoinistwill@gmail.com, a specific factual and legal explanation for the "disputed" designation; (ii) directing inclusion of Movant in the September 30, 2025 distribution if no good cause is timely shown; or, in the alternative, (iii) requiring the establishment of a reserve equal to the distribution otherwise payable to Movant, to be promptly released upon resolution of the dispute.

Given the imminent distribution deadline, Movant further requests that the Court shorten notice and schedule this Motion for emergency consideration pursuant to Del. Bankr. L.R. 9006-1(e).

## II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory and Plan-based authority for the relief requested herein includes 11 U.S.C. §§ 105(a) and 1142(b), and the Court's retained jurisdiction under the confirmed Plan.

## III. FACTUAL BACKGROUND

Movant resides in Singapore and holds a PRC passport. Singapore is not a "Restricted Jurisdiction" under the Plan.

Prior to the August 15, 2025 snapshot, Movant corresponded with FTX to confirm residency and tax information had been updated to Singapore residency, and received confirmation.

Movant also contacted the DPS (Kraken) and received email confirmation that the DPS account was successfully connected.

Nevertheless, the dashboard continues to reflect Movant's account as "disputed," excluding Movant from the distribution.

Multiple requests to support@ftx.com produced only template responses. If relief is

not granted, Movant will irretrievably lose access to the current distribution cycle and suffer uncompensable prejudice.

## IV. LEGAL BASIS FOR RELIEF

Implementation of Plan (§1142(b)): The confirmed Plan requires faithful implementation of the distribution procedures. This Court has authority to compel the Trust to take actions necessary to effectuate the Plan.

Equal Treatment (§1123(a)(4)): Creditors within the same class must receive equal treatment. Excluding Movant, a Singapore-based creditor with a verified DPS connection, without justification violates this requirement.

Due Process: A creditor cannot be deprived of a distribution right without notice of the factual and legal basis of the dispute.

Equitable Relief (§105(a)): This Court may issue equitable orders, including requiring a reserve, to prevent imminent and irreparable harm.

## V. RELIEF REQUESTED

WHEREFORE, Movant respectfully requests that the Court enter an order:

a. Requiring the FTX Recovery Trust to provide to Movant, in writing and by email to [Movant's Email Address], no later than September 29, 2025, a specific factual and legal explanation for the "disputed" designation;

b. If no good cause is shown by that deadline, directing the FTX Recovery Trust to include Movant in the September 30, 2025 distribution;

c. In the alternative, directing the FTX Recovery Trust to immediately establish a reserve equal to the distribution otherwise payable to Movant, to be promptly released upon resolution of any dispute;

d. Granting such other and further relief as the Court deems just and proper.

## VI. CERTIFICATION OF EFFORTS TO RESOLVE

MOTION TO SHORTEN NOTICE

Pursuant to Del. Bankr. L.R. 9006-1(e), Movant respectfully requests that the Court shorten the notice period for this Motion. The September 30, 2025 distribution is imminent. Absent expedited consideration, Movant will be irreparably harmed by being excluded from the upcoming distribution cycle. The relief requested herein is narrow, targeted, and time-sensitive. Movant therefore requests that the Court schedule this Motion for hearing on shortened notice, or in the alternative, determine the Motion on the papers without a hearing prior to September 30, 2025.

Movant made multiple written attempts to resolve this matter by contacting support@ftx.com but only received automated template responses.

**VII. CONCLUSION**

Movant respectfully requests expedited consideration of this Motion to prevent irreparable harm.

Dated: September 26, 2025

Respectfully submitted,

Liu Jing

Liu Jing (Pro Se)

Email: bitcoinistwill@gmail.com




**DECLARATION OF LIU JING**

I, Liu Jing, declare as follows:

1. I am the Movant in the foregoing Motion.
2. Prior to August 15, 2025, I updated my residency and tax information with FTX to reflect Singapore residency, and received confirmation.
3. I connected with the DPS (Kraken) and received email confirmation that the connection was successful.
4. My account is nevertheless shown as "disputed," excluding me from the September 30 distribution.
5. I contacted support@ftx.com multiple times, but received only template replies.
6. Attached as Exhibits A—E are true and correct copies of the referenced documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2025.

Liu Jing
____________________________

Liu Jing

**PROPOSED ORDER**

Upon consideration of the Emergency Motion of Liu Jing (the "Motion"); IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. No later than September 29, 2025, the FTX Recovery Trust shall provide to Movant, in writing and by email to bitcoinistwill@gmail.com, a specific factual and legal explanation for the "disputed" designation.

3. If no good cause is shown by that deadline, the FTX Recovery Trust is DIRECTED to include Movant in the September 30, 2025 distribution.

4. In the alternative, the FTX Recovery Trust shall immediately establish a reserve equal to the distribution otherwise payable to Movant.

5. The Court retains jurisdiction to enforce and interpret this Order.

Dated: __________, 2025

___________________________________

Hon. Karen B. Owens

United States Bankruptcy Judge

RECEIVED
2025 SEP 29 PM 12: 10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Liu Jing, hereby certify that on September 26, 2025, I caused a copy of this Motion to be served via email upon the following parties listed below.

- Counsel for the FTX Debtors — Sullivan & Cromwell LLP
  - James L. Bromley — bromleyj@sullcrom.com
  - Alexa J. Kranzley — kranzleya@sullcrom.com
  - Andrew G. Dietderich — dietdericha@sullcrom.com
  - Brian D. Glueckstein — gluecksteinb@sullcrom.com
- Local Counsel — Landis Rath & Cobb LLP
  - Adam G. Landis — landis@lrclaw.com
  - Kimberly A. Brown — brown@lrclaw.com
  - Matthew R. Pierce — pierce@lrclaw.com
- Office of the United States Trustee
  - Juliet M. Sarkessian — juliet.m.sarkessian@usdoj.gov
  - Benjamin A. Hackman — benjamin.a.hackman@usdoj.gov
  - David Gerardi — david.gerardi@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2025

Liu Jing

Liu Jing

## EXHIBIT INDEX

Exhibit A — Screenshot of Movant's FTX Customer Claim Portal marked "Disputed" (Sept. 26, 2025)

Exhibit B — Email from FTX Support confirming completion of KYC verification(July. 31, 2025)

Exhibit C — Email from Kraken confirming DSP onboarding (Aug. 7, 2025)

Exhibit A — Screenshot of Movant's FTX Customer Claim Portal marked "Disputed" (Sept.26,2025)



Exhibit B — Email from FTX Support confirming completion of KYC verification(July. 31, 2025)




**FTX Support** <support@ftx.com>
to me

##- Please type your reply above this line -##

Your request (328465) has been updated.

To add additional comments, reply to this email.



**Philip** (Please use support.ftx.com)
Jul 31, 2025, 00:53 PDT

Hello,

Your KYC has been updated by the team.

Thanks,
FTX Customer Support

Exhibit C — Email from Kraken confirming DSP onboarding (Aug.7,2025)

kraken

Hi JING,

We're grateful that you've chosen Kraken as your preferred platform for receiving funds related to the FTX distribution.

Here's where we are in the process:

- ✅ You've created your Kraken account
- ✅ Your Kraken and FTX accounts have been successfully linked
- ✅ Your Kraken account is properly verified
- ⏳ All that's left is to wait for FTX to distribute the funds

In terms of timeline and when to expect FTX to distribute the funds, updates will be posted on the FTX Claims Portal and on the @FTX_Official X account as soon as the information is available.

Here's why you made the right choice:

- Kraken's legendary security, featuring 24/7 monitoring and assets protected in cold storage.
- Our award-winning support, just a click or call away.
- Trade confidently with some of the deepest liquidity in the market.
- Low fees, where more of your money stays with you.

If you have any issues, our team of specialists are available to help 24/7 via live chat, phone or email by submitting a support ticket.


EXPRESS 12:00
2025-09-26 MYDHL+ 1.0 / *30-0821*
TDT
Origin:
SIN
From : Weiwei Ji
WEIWEIJI
916 Sims Avenue
#07-78
408974 SINGAPORE SINGAPORE
Singapore
To: the United States Bankruptcy Court, District of Delaware
Clerk, US Bankruptcy Court
WILMINGTON, DE
824 North Market Street, 3rd Floor
Contact:
Clerk, US Bankruptcy Court
19801 WILMINGTON Delaware
United States of America
US-PHL-NJS DENJ
ADI
Day
Time
X12
Ref: case no 22-11608
Pce/Shpt Weight
0.1/0.2 kg
Piece
1/2
Contents: Documents - general business
WAYBILL 55 7189 3143
(2L)US19801+38002000
(J) JD01 4600 0122 7418 9888

***WAYBILL DOC***

**Not to be attached to package - Hand to Courier**

2025-09-26 MYDHL+ /

TDT DHL

**Shipper :**

Weiwei Ji
WEIWEI JI
916 Sims Avenue
#07-78
408974 SINGAPORE SINGAPORE
Singapore

Contact:
+6589396888

**Receiver :**

the United States Bankruptcy Court, District of Delaware
Clerk, US Bankruptcy Court
WILMINGTON, DE
824 North Market Street, 3rd Floor
**19801 WILMINGTON Delaware**
**United States of America**

Contact:
Clerk, US Bankruptcy Court
+13022522900

**SG-SIN-XSC US-PHL-NJS DENJ**

**Product Details:**
**[T] EXPRESS 12:00 (38)**
**Payer Details**
Freight A/C: Online Payment
Duty A/C:
Taxes A/C:

**Features / Services (Service Code)**
Automated Digital Imaging(PJ)
12:00 Premium(YK)

**Shipment Details**
Ref: case no 22-11608

**Cust Decl Shpt Wgt (UOM) / Dim Wgt (UOM):** 0.2 kg

**Pieces** 2

**Name (in Capital Letters)** **Signature** **Date (DD.MM.YYYY)**

WAYBILL 55 7189 3143

Contents: Documents
- general business

License Plates of pieces in shipment
JD014600012274189888
JD014600012274189889

FROM:
Liu Jing
916 Sims Ave
Singapore 408974
Email: bitcoinistwill@gmail.com

**TO: United States Bankruptcy Court, District of Delaware**

Attn: Clerk of the Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

**Re: EMERGENCY MOTION OF LIU JING**

**— Case No. 22-11068 (KBO)**