RECEIVED
2025 SEP 29 PM 12: 11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

FTX Trading Ltd., et al., Debtors.

Chapter 11

Case No. 22-11068 (KBO)

(Jointly Administered)

Claim #45581 — Schedule #6787065

# EMERGENCY MOTION OF SCI VENTURES CO., LIMITED

TO REQUIRE THE FTX RECOVERY TRUST TO PROVIDE A WRITTEN EXPLANATION OF "DISPUTED" STATUS BY SEPTEMBER 30, 2025, AND IF NO GOOD CAUSE IS SHOWN, TO DIRECT INCLUSION IN THE SEPTEMBER 30, 2025 DISTRIBUTION, OR, IN THE ALTERNATIVE, TO ESTABLISH A RESERVE; AND TO SHORTEN NOTICE

## I. INTRODUCTION AND RELIEF REQUESTED

Movant, SCI VENTURES CO., LIMITED ("Movant"), a creditor holding Claim #45581 (Schedule #6787065), by and through its sole director and 100% shareholder, Weiwei Ji, respectfully submits this emergency motion (the "Motion"). Movant seeks relief to prevent irreparable harm with respect to the imminent September 30, 2025 distribution under the confirmed Plan.

Movant is incorporated in Hong Kong. Its sole director and shareholder, Mr. Ji, resides in both Hong Kong and Singapore under valid long-term visas. Prior to the August 15, 2025 distribution snapshot, Movant confirmed with FTX Support that all residency and tax information had been updated to Hong Kong.

1

Movant designated BitGo as its Distribution Service Provider ("DPS") and confirmed with BitGo that all information submitted was Hong Kong information. BitGo verified that the onboarding was complete.

Despite the above, Movant's account continues to be incorrectly flagged as "disputed" on the FTX Recovery Trust dashboard, resulting in exclusion from the September 30, 2025 distribution.

Movant repeatedly contacted support@ftx.com, but only received template replies without explanation.

Accordingly, Movant requests that this Court enter an order: (i) requiring the FTX Recovery Trust to provide, no later than September 30, 2025, via written notice and email to Movant's address at weiweiji@hotmail.com, a specific factual and legal explanation for the "disputed" designation; (ii) if no good cause is shown, directing inclusion of Movant in the September 30, 2025 distribution through BitGo as DPS; or, (iii) alternatively, requiring the establishment of a reserve equal to the amount otherwise distributable to Movant, to be promptly released upon resolution of the dispute.

Given the imminent deadline, Movant further requests that the Court shorten notice and schedule this Motion for emergency consideration pursuant to Del. Bankr. L.R. 9006–1(e).

## II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory and Plan-based authority for the relief requested herein includes 11 U.S.C. §§ 105(a) and 1142(b), and the Court's retained jurisdiction under the confirmed Plan.

### III. FACTUAL BACKGROUND

– Movant is a Hong Kong incorporated entity, with Weiwei Ji as its sole director and 100% shareholder.

– Prior to the August 15, 2025 snapshot, Movant confirmed residency/tax information with FTX Support as Hong Kong.

– DPS provider: BitGo, with onboarding completed using Hong Kong information.

– Despite this, dashboard marks Movant as "disputed," excluding it from the September 30 distribution.

– Multiple attempts to resolve via support@ftx.com yielded only template replies.

### IV. LEGAL BASIS FOR RELIEF

Implementation of Plan (§1142(b)): The confirmed Plan requires faithful implementation of the distribution procedures. This Court has authority to compel the Trust to take actions necessary to effectuate the Plan.

Equal Treatment (§1123(a)(4)): Creditors within the same class must receive equal treatment. Excluding Movant, a Hong Kong–based corporate creditor with a verified DPS connection, without justification violates this requirement.

Due Process: A creditor cannot be deprived of a distribution right without notice of the factual and legal basis of the dispute.

Equitable Relief (§105(a)): This Court may issue equitable orders, including requiring a reserve, to prevent imminent and irreparable harm.

### V. RELIEF REQUESTED

WHEREFORE, Movant respectfully requests that the Court enter an order:

a. Requiring the FTX Recovery Trust to provide to Movant, in writing and by email to weiweiji@hotmail.com, no later than September 30, 2025, a specific factual and legal explanation for the "disputed" designation;

b. If no good cause is shown by that deadline, directing the FTX Recovery Trust to include Movant in the September 30, 2025 distribution through BitGo DPS;

c. Alternatively, directing the FTX Recovery Trust to immediately establish a reserve

3

equal to the distribution otherwise payable to Movant, to be promptly released upon resolution of any dispute;

d. Granting such other and further relief as the Court deems just and proper.

## VI. MOTION TO SHORTEN NOTICE

Pursuant to Del. Bankr. L.R. 9006-1(e), Movant respectfully requests that the Court shorten the notice period for this Motion. The September 30, 2025 distribution is imminent. Absent expedited consideration, Movant will be irreparably harmed by being excluded from the upcoming distribution cycle. The relief requested herein is narrow, targeted, and time-sensitive. Movant therefore requests that the Court schedule this Motion for hearing on shortened notice, or in the alternative, determine the Motion on the papers without a hearing prior to September 30, 2025.

## VII. CONCLUSION

Movant respectfully requests expedited consideration of this Motion to prevent irreparable harm.

Dated: September 26, 2025

Respectfully submitted,

Weiwei Ji (Director, SCI Ventures Co., Limited, Pro Se)

Email: weiweiji@hotmail.com

## DECLARATION OF WEIWEI JI

I, Weiwei Ji, as sole director and 100% shareholder of SCI Ventures Co., Limited, declare as follows:

1. Movant is incorporated in Hong Kong.

2. Prior to August 15, 2025, I confirmed with FTX Support that residency and tax information for Movant was Hong Kong.

3. Movant designated BitGo as its DPS, and confirmed that all submitted information reflected Hong Kong residency; BitGo verified the onboarding was complete.

4. The dashboard nevertheless shows Movant's account as "disputed," excluding it from the September 30 distribution.

5. I contacted support@ftx.com multiple times, but only received template replies without explanation.

6. Attached as Exhibits A–F are true and correct copies of the referenced documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2025.

Weiwei Ji

Director, SCI Ventures Co., Limited

5

## PROPOSED ORDER

Upon consideration of the Emergency Motion of SCI Ventures Co., Limited (the "Motion"); IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. No later than September 30, 2025, the FTX Recovery Trust shall provide to Movant, in writing and by email to weiweiji@Hotmail.com, a specific factual and legal explanation for the "disputed" designation.

3. If no good cause is shown by that deadline, the FTX Recovery Trust is DIRECTED to include Movant in the September 30, 2025 distribution through BitGo DPS.

4. In the alternative, the FTX Recovery Trust shall immediately establish a reserve equal to the distribution otherwise payable to Movant.

5. The Court retains jurisdiction to enforce and interpret this Order.

Dated: _____, 2025

_____

Hon. Karen B. Owens

United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Weiwei Ji, hereby certify that on September 26, 2025, I caused a copy of this Motion to be served via email upon the following parties listed below.

- Counsel for the FTX Debtors — Sullivan & Cromwell LLP

  - James L. Bromley — bromleyj@sullcrom.com
  - Alexa J. Kranzley — kranzleya@sullcrom.com
  - Andrew G. Dietderich — dietdericha@sullcrom.com
  - Brian D. Glueckstein — gluecksteinb@sullcrom.com

- Local Counsel — Landis Rath & Cobb LLP

  - Adam G. Landis — landis@lrclaw.com
  - Kimberly A. Brown — brown@lrclaw.com
  - Matthew R. Pierce — pierce@lrclaw.com

- Office of the United States Trustee

  - Juliet M. Sarkessian — juliet.m.sarkessian@usdoj.gov
  - Benjamin A. Hackman — benjamin.a.hackman@usdoj.gov
  - David Gerardi — david.gerardi@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2025

_____
Weiwei Ji

7

**EXHIBIT INDEX**

Exhibit A — Screenshot of Movant's FTX Customer Claim Portal marked "Disputed" (Sept. 26, 2025)

Exhibit B — FTX requires institutional accounts to update relevant information at BitGo. (on Aug. 7, 2025)

Exhibit C — The BitGo reply email confirms that the information has been updated. (August. , 2025)

Exhibit A — Screenshot of Movant's FTX Customer Claim Portal marked "Disputed" (Sept. 26, 2025)



Exhibit B — FTX requires institutional accounts to update relevant information at BitGo. (on Aug. 7, 2025)



9

Exhibit C — The BitGo reply email confirms that the information has been updated. (August. , 2025)



<1


FROM:
Weiwei Ji
916 Sims Ave
Singapore 408974
Email: weiweiji@hotmail.com

TO: United States Bankruptcy Court, District of Delaware

Attn: Clerk of the Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Re: EMERGENCY MOTION OF SCI VENTURES CO., LIMITED
— Case No. 22-11068 (KBO)