# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>　　　　　Plaintiff,<br>v.<br><br>FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, f/k/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN,<br><br>　　　　　Defendants. | Adv. Pro. No. 24-50197 (KBO) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF BENJAMIN CARROLL

**PLEASE TAKE NOTICE** that Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emmanuel"), special counsel to the FTX Recovery Trust[2], hereby gives notice of the withdrawal of the appearance of Benjamin Carroll of Quinn Emanuel effective immediately.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

**PLEASE TAKE FURTHER NOTICE** that the FTX Recovery Trust also requests that Benjamin Carroll, Esq., be removed from all service lists, including the Court's CM/ECF electronic notification list effective immediately.

**PLEASE TAKE FURTHER NOTICE** that the representation of the FTX Recovery Trust by all other attorneys of record of Quinn Emanuel in these cases is unaffected by this notice.

| | |
|---|---|
| Dated: October 3, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Howard W. Robertson, IV*<br>Adam G. Landis (No. 3407)<br>Richard S. Cobb (No. 3157<br>Matthew B. McGuire (No. 4366)<br>Howard W. Robertson, IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail:  landis@lrclaw.com<br>            cobb@lrclaw.com<br>            mcguire@lrclaw.com<br>            robertson@lrclaw.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Sascha N. Rand (*pro hac vice*)<br>Isaac Nesser (*pro hac vice*)<br>Heather Christensen (*pro hac vice*)<br>295 Fifth Avenue<br>New York, New York 10016<br>(212) 849-7000<br>sascharand@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br>heatherchristenson@quinnemanuel.com<br><br>Matthew Scheck (*pro hac vice*)<br>300 West 6th St, Suite 2010<br>Austin, Texas 78701<br>matthewscheck@quinnemanuel.com<br><br>*Special Counsel to the FTX Recovery Trust* |