# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>MANIFOLD MARKETS, INC, MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 24-50214 (KBO) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 13, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on Notice Parties Service List attached hereto as **Exhibit A**:

- Certification of Counsel Regarding Order Approving Stipulation for an Extension of Time (A) for Defendants to Answer First Amended Complaint and (B) for Rheingans-Yoo to Respond to Motion to Reconsider [Docket No. 32701]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: September 25, 2025

                                                      */s/ Nelson Crespin*
                                                        Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 25, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

## Exhibit A
Notice Parties Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| GOETZ PLATZER LLP | Attn: Scott Simon | ssimon@goetzplatzer.com |
| JOYCE LLC | Attn: Michael Joyce | mjoyce@mjlawoffices.com |