# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

RECEIVED
2025 OCT -6  AM 10: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

## JOINDER OF Rongrong ZHAO TO MOTION FOR CLARIFICATION REGARDING THE CURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN (DOCKET NO. 32230) AND REQUEST TO SCHEDULE HEARING

1. Rongrong ZHAO ("Movant"), a creditor in the above-captioned chapter 11 cases, by and through pro se, hereby submits this Joinder to the "Motion for Clarification Regarding the Currency Nature of Creditor Distributions under the Confirmed Plan (Docket No. 32230)" (the "Motion"), and respectfully states as follows:

2. Movant is a creditor holding Claim No. 84801, in the amount of US$1,731.59, and has a direct and substantial interest in the relief requested in the Motion.

3. Movant has reviewed the Motion and fully supports the legal and factual grounds set forth therein. Movant hereby joins in and adopts the Motion in its entirety, as if fully set forth herein.

4. Movant further respectfully requests that the Court schedule the Motion for hearing at the next omnibus hearing currently set for October 23, 2025, at 10:00 a.m. (ET), or at such other time as the Court deems appropriate, so that the issues raised may be addressed without undue delay.

5. Movant reserves all rights to supplement this Joinder and to present additional arguments at any hearing on the Motion.

WHEREFORE, Movant respectfully requests that the Court (i) recognize this Joinder, (ii) schedule the Motion for hearing on October 23, 2025, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: October 1, 2025

Respectfully submitted,

Rongrong ZHAO (pro se)

*Rongrong ZHAO*

Claim ID: 84801

574 XinKaiHe Road , [Room redacted], Chongming Shanghai, CHINA

Email: mg111@protonmail.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

RECEIVED
2025 OCT -6  AM 10: 43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Rongrong ZHAO, hereby certify that on October 1, 2025, I caused a copy of this Joinder to be served via email upon the following parties listed below.

- Counsel for the FTX Debtors – Sullivan & Cromwell LLP

  - James L. Bromley – bromleyj@sullcrom.com
  - Alexa J. Kranzley – kranzleya@sullcrom.com
  - Andrew G. Dietderich – dietdericha@sullcrom.com
  - Brian D. Glueckstein – gluecksteinb@sullcrom.com

- Local Counsel – Landis Rath & Cobb LLP

  - Adam G. Landis – landis@lrclaw.com
  - Kimberly A. Brown – brown@lrclaw.com
  - Matthew R. Pierce – pierce@lrclaw.com

- Office of the United States Trustee

  - Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
  - Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
  - David Gerardi – david.gerardi@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
Rongrong ZHAO (pro se)

*Rongrong ZHAO*

Claim ID: 84801
574 XinKaiHe Road , [Room redacted], Chongming Shanghai, CHINA
Email: mg111@protonmail.com

Clerk of Court

United States Bankruptcy Court for the District of Delaware

824 N. Market Street, 3rd Floor

Wilmington, DE 19801

RECEIVED

2025 OCT -6  AM 10: 36

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) – Status Conference Oct. 23, 2025 (D.I. 32720)**

**Submission of Joinders from 30+ Creditors in Support of Motion D.I. 32230 and/or Motion D.I. 32269**

Dear Clerk of Court:

I am a pro se creditor (Claim ID: 6718003) in the above-captioned case. Enclosed are **joinders from 30+ different creditors** supporting **D.I. 32230** and/or **D.I. 32269** for the **Oct. 23, 2025** status conference (**D.I. 32720**). To reduce international mailing friction, I collected and mailed them together with a friend's assistance.

**Request:** Please **docket each joinder as a separate entry**, identifying the individual creditor as the filer and cross-referencing the applicable motion(s).

Thank you for your assistance.

Respectfully submitted,

*Hejia Zhao*

Hejia Zhao (pro se)

Claim ID: 6718003

Mood Lyndhurst, [Apt redacted], 38 Lyndhurst Terrace, Central, Hong Kong

Email: hz263@cornell.edu