# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## REQUEST TO BE REMOVED FROM MAILING LIST

**PLEASE TAKE NOTICE** that Christine McCabe, Esquire respectfully requests that the Clerk of United States Bankruptcy Court please remove her from the noticing matrices for the above-captioned cases.

Dated: October 6, 2025
Wilmington, Delaware

**ROSEN & ASSOCIATES, P.C.**

*By: /s/ Christine McCabe*
Christine McCabe (No. 3695)
P.O. Box 7560
Wilmington, Delaware 19803
Telephone: (212) 223-1100
E-mail: cmccabe@rosenpc.com