IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

Clerk of Court
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
USA

**JOINDER OF Haoliang Yang IN SUPPORT OF MOTION D.I. 32230    Motion for Clarification Regarding the Currency Nature of Creditor Distributions under the Confirmed Plan. Filed by Weiwei Ji as Pro se. The case judge is Karen B Owens. (KAR)Modified on 8/7/2025**

1. Haoliang Yang, a creditor of the above-captioned chapter 11 cases, by and through pro se , hereby submits this Joinder to the "Motion for Clarification Regarding the Currency Nature of Creditor Distributions under the Confirmed Plan (D.I. 32230)" ,and respectfully states as follows:

2. I am a creditor holding Claim (Claim ID:03017327),and has a direct and substantial interest in the relief requested in the Motion.

3. I have reviewed the Motion and fully supports the legal and factual grounds set forth therein. hereby joins in and adopts the Motion in its entirety, as if fully set forth herein.

4. I reserve all rights to supplement this Joinder and to present additional arguments at any hearing on the Motion.

WHEREFORE, Movant respectfully requests that the Court
 (i)  recognize this Joinder,
 (ii)  schedule the Motion for hearing on [October 23, 2025]
 (iii)  grant such other and further relief as the Court deems just and proper.

Thank you for your assistance.
Respectfully submitted,

Name:Haoliang Yang
Signature:_____
Address:Wuhan City,China
Email:sunnybert2020@gmail.com
Dated:October 1,2025

## CERTIFICATE OF SERVICE

I, Haoliang Yang, hereby certify that on October 1, 2025, I caused a copy of this Motion to be served via email upon the following parties listed below.

- Counsel for the FTX Debtors – Sullivan & Cromwell LLP
  - James L. Bromley – bromleyj@sullcrom.com
  - Alexa J. Kranzley – kranzleya@sullcrom.com
  - Andrew G. Dietderich – dietdericha@sullcrom.com
  - Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Local Counsel – Landis Rath & Cobb LLP
  - Adam G. Landis – landis@lrclaw.com
  - Kimberly A. Brown – brown@lrclaw.com
  - Matthew R. Pierce – pierce@lrclaw.com
- Office of the United States Trustee
  - Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
  - Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
  - David Gerardi – david.gerardi@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Name: Haoliang Yang
Signature: _____
Address: Wuhan City, China
Email: sunnybert2020@gmail.com
Dated: October 1, 2025

Clerk of Court

United States Bankruptcy Court for the District of Delaware

824 N. Market Street, 3rd Floor

Wilmington, DE 19801

RECEIVED
2025 OCT -6  AM 10: 36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) – Status Conference Oct. 23, 2025 (D.I. 32720)**

**Submission of Joinders from 30+ Creditors in Support of Motion D.I. 32230 and/or Motion D.I. 32269**

Dear Clerk of Court:

I am a pro se creditor (Claim ID: 6718003) in the above-captioned case. Enclosed are **joinders from 30+ different creditors** supporting **D.I. 32230** and/or **D.I. 32269** for the **Oct. 23, 2025** status conference (**D.I. 32720**). To reduce international mailing friction, I collected and mailed them together with a friend's assistance.

**Request:** Please **docket each joinder as a separate entry**, identifying the individual creditor as the filer and cross-referencing the applicable motion(s).

Thank you for your assistance.

Respectfully submitted,

*Hejia Zhao*

Hejia Zhao (pro se)

Claim ID: 6718003

Mood Lyndhurst, [Apt redacted], 38 Lyndhurst Terrace, Central, Hong Kong

Email: hz263@cornell.edu