**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE DISTRICT OF DELAWARE



In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

Related to D.I. 32230, D.I. 32269, and D.I. 32720

**JOINDER AND STATEMENT IN SUPPORT OF**
MOTION D.I. 32230 – MOTION FOR CLARIFICATION REGARDING THE CURRENCY
NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN
AND
MOTION D.I. 32269 – MOTION TO COMPEL FTX RECOVERY TRUST & KROLL TO
PROVIDE SUBSTANTIVE RESPONSE TO CREDITOR INQUIRIES AND TO ESTABLISH
CLEAR PROCEDURES FOR ADDRESS AND JURISDICTION UPDATES

**JOINDER**
1. We, Sen Wang (Claim No. 21470, Unique Customer Code: 3502836) and Yong Ping Hu (Schedule No. 7446500, Unique Customer Code: 6031923) (together, the "Joinder Parties"), respectfully support and join in Motion D.I. 32230 and Motion D.I. 32269 (the "Motions"), including all arguments, authorities, and requested relief therein, as if set forth fully herein.

2. The Joinder Parties seek no separate or additional relief beyond that requested in the Motions. For the avoidance of doubt, this Joinder is submitted without waiver of any rights, claims, or defenses, and the Joinder Parties reserve the right to be heard at the October 23, 2025 omnibus hearing (see D.I. 32720).

**STATEMENT OF FACTS AND SUPPORT**
3. The Joinder Parties are permanent residents of Hong Kong.

4. Beginning in May 2025, we made multiple good-faith attempts to update our information so that our Hong Kong permanent resident status would be properly reflected in the claims process. We submitted repeated written requests to FTX Customer Support and the FTX Recovery Trust, specifically inquiring whether our "Disputed" claim status was caused by jurisdictional classification and whether updating

our address to Hong Kong would resolve the issue.

5. The responses we received were inconsistent and circular: FTX Support stated they could not access claim details and referred us to the Trust; Kroll provided a "Change of Address Portal," but confirmed that such updates would not affect jurisdictional classification or claim eligibility. No clear process was ever provided for updating our jurisdiction of record.

6. As a direct result of these administrative failures, our claims remained misclassified, and we were wrongly excluded from the September 30, 2025 distribution — even though other creditors with updated Hong Kong or overseas residency were able to participate.

7. This experience underscores the urgent need for the relief requested in Motion D.I. 32269 and further supports the principle in Motion D.I. 32230 that creditor claims should be treated equally and fairly, without discrimination based on jurisdictional ambiguity.

**REQUEST**
Accordingly, the Joinder Parties respectfully request that this Court:

1. Recognize this Joinder to Motions D.I. 32230 and D.I. 32269;
2. Consider our claims at the October 23, 2025 omnibus hearing (D.I. 32720);
3. Direct the FTX Recovery Trust to establish clear procedures allowing Hong Kong permanent residents such as ourselves to update KYC information and ensure rightful participation in all future distributions.

Respectfully submitted,

Sen Wang
Creditor, Unique Customer Code: 3502836 Claim No. 21470 Schedule No. 6853067
FTX Account ID 77760096 Email: vincentwangbj@gmail.com
Claim Confirmation ID: 3265-70-GEBCK-891190937

*Signature:* _____
Dated: October 2, 2025

Yong Ping Hu
Creditor, Unique Customer Code: 6031923 Claim No. n/a Schedule No. 7446500
FTX Account ID 135752553 Email: huyongping88@hotmail.com
Claim Confirmation ID: 3265-70-ICJXW-889525510

*Signature:* _____
Dated: October 2, 2025

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on [Insert Date], 2025, I caused copies of the foregoing Joinder and Statement in Support to be served via email upon the following recipients:

U.S. Trustee – District of Delaware
- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP
- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

Delaware Counsel to the Trust – Landis Rath & Cobb LLP
- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

I certify under penalty of perjury that the foregoing is true and correct.


Sen Wang

Signature: _____
Dated: October 2, 2025


Yong Ping Hu

Signature: _____
Dated: October 2, 2025


