IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED

2025 OCT -8  A 11: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al.,

Debtors.

Chapter 11

Case No. 22–11068 (KBO)

(Jointly Administered)


*Related to D.I. 32230, D.I. 32269, and D.I. 32720*


## JOINDER AND STATEMENT IN SUPPORT OF

## MOTION D.I. 32230 — MOTION FOR CLARIFICATION REGARDING THE

## CURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED

## PLAN

## AND

## MOTION D.I. 32269 — MOTION TO COMPEL FTX RECOVERY TRUST & KROLL

## TO

## PROVIDE SUBSTANTIVE RESPONSE TO CREDITOR INQUIRIES AND TO

## ESTABLISH

## CLEAR PROCEDURES FOR ADDRESS AND JURISDICTION UPDATES

Creditor XIAOYU LI (the "Joinder Party"), appearing pro se (Unique Customer Code: 04886572), respectfully states as follows:

## JOINDER

1. The Joinder Party respectfully supports and joins in Motion D.I. 32230 and Motion D.I. 32269 (the "Motions"), including all arguments, authorities, and requested relief therein, as if set forth fully herein.

2. The Joinder Party seeks no separate or additional relief beyond that requested in the Motions. For the avoidance of doubt, this Joinder is submitted without waiver of any rights, claims, or defenses, and the Joinder Party reserves the right to be heard at the October 23, 2025 omnibus hearing (D.I. 32720).

**WHEREFORE,** Joinder Party respectfully requests that the Court (i) recognize this Joinder, (ii) schedule the Motions for hearing on October 23, 2025, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: October 6, 2025

XIAOYU LI (pro se)

Unique Customer Code: 04886572

Email: annnocholas74@gmail.com

Mailing: 1 Edgewood DR, Syosset NY 11791

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al.,

Debtors.

Chapter 11

Case No. 22–11068 (KBO)

(Jointly Administered)

*Related to D.I. 32230, D.I. 32269, and D.I. 32720*

## CERTIFICATE OF SERVICE

I, XIAOYU LI, hereby certify that on October 6, 2025, I caused copies of my Joinder and Statement in Support to be served via email upon the following recipients:

### U.S. Trustee — District of Delaware

- Juliet M. Sarkessian — juliet.m.sarkessian@usdoj.gov

- Benjamin A. Hackman — benjamin.a.hackman@usdoj.gov

- David Gerardi — david.gerardi@usdoj.gov

### Counsel to the FTX Recovery Trust — Sullivan & Cromwell LLP

- Andrew G. Dietderich — dietdericha@sullcrom.com

- James L. Bromley — bromleyj@sullcrom.com

- Brian D. Glueckstein — gluecksteinb@sullcrom.com

- Alexa J. Kranzley — kranzleya@sullcrom.com


**Delaware Counsel to the Trust — Landis Rath & Cobb LLP**

- Adam G. Landis — landis@lrclaw.com

- Kimberly A. Brown — brown@lrclaw.com

- Matthew R. Pierce — pierce@lrclaw.com

- Matthew B. McGuire — mcguire@lrclaw.com

Request for Consent / Reservation: By this certificate and the cover email, Joinder Party requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent or the Court requires alternate service, Joinder Party will promptly cure by effecting service consistent with FRBP 7004/9014.

I certify that the foregoing statements are true and correct.

Dated: October 6, 2025


XIAOYU LI (pro se)

Unique Customer Code: 04886572

Email: annnocholas74@gmail.com

Mailing: 1 Edgewood DR, Syosset NY 11791



ORIGIN ID NYSM    (516) 754-0008
XIAOYU LI

4700 NORTHERN BLVD

LONG ISLAND CITY, NY 11101
UNITED STATES US

SHIP DATE 07OCT25
ACTWGT 1 00 LB
CAD 261055782/INET4535

BILL SENDER

**CLERK OF THE COURT**
**DISTRICT OF DE US BANKRUPTCY COURT**
**824 NORTH MARKET STREET**
**3RD FLOOR**
**WILMINGTON DE 19801**
(999) 999-9999         REF
INV
PO                        DEPT

FedEx
Express

E

**WED - 08 OCT 5:00P**
**STANDARD OVERNIGHT**

TRK# 8849 4861 9649
0201

**EE ZWIA**

19801

DE-US    PHL



4197 WED 10/08 07:42
824 N MARKET ST
**773-1140SQ**
ETP: 6
SP:PD:100:Y
19801-3024-99
WILMINGTON,DE