IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 12, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on (1) the Office of the United States Trustee, Benjamin.a.hackman@usdoj.gov; david.gerardi@usdoj.com; jon.lipshie@usdoj.gov, and (2) Angelo Breen, c/o Potter Anderson & Corron LLP, Attn: Stephen R. McNeill, Shannon Forshay (30497967), sforshay@potteranderson.com, rmcneill@potteranderson.com:

- FTX Recovery Trust's Witness and Exhibit List for Hearing on August 12, 2025 at 9:30 a.m. (ET) [Docket No. 32296]

- FTX Recovery Trust's Reply to Response of Claimant Angelo Breen to the One Hundred Sixtieth (Substantive) Omnibus Objection to Claims [Docket No. 32306]

- Declaration of Michael S. Leto in Support of Debtors' Objection to Proof of Claim Filed by Angelo Breen [Docket No. 32307]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: October 6, 2025

                                                                                                  */s/ Engels Medina*
                                                                                                    Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 6, 2025, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028