IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32230 and D.I. 32720*

## JOINDER AND STATEMENT IN SUPPORT OF

## MOTION D.I. 32230 – MOTION FOR CLARIFICATION REGARDING THE

## CURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN

Creditor Yan Junyi (the "Joinder Party"), appearing pro se (Unique Customer Code: 03073980), respectfully states as follows:

**JOINDER**

1. The Joinder Party respectfully supports and joins in Motion D.I. 32230 (the "Motion"), including all arguments, authorities, and requested relief therein, as if set forth fully herein.

2. The Joinder Party seeks no separate or additional relief beyond that requested in the Motion. For the avoidance of doubt, this Joinder is submitted without waiver of any rights, claims, or defenses, and the Joinder Party reserves the right to be heard at the October 23, 2025 omnibus hearing (D.I. 32720).

**WHEREFORE** the Joinder Party respectfully requests that the Court grant Motion D.I. 32230 and grant such other and further relief as the Court deems just and proper.

Dated: October 1, 2025

Name: Yan Junyi (pro se)

*Yan Junyi*

Unique Customer Code: 03073980

Email: bxie1028@gmail.com

Mailing: Room 1403, Building 18, Shanhu Biguiyuan, Dalingshan Town, Dongguan City, Guangdong Province, China 523000

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32230 and D.I. 32720*

## CERTIFICATE OF SERVICE

I, Yan Junyi, hereby certify that on October 1, 2025, I caused copies of my Joinder and Statement in Support to be served via email upon the following recipients:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov

- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

Request for Consent / Reservation: By this certificate and the cover email, Joinder Party requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent or the Court requires alternate service, Joinder Party will promptly cure by effecting service consistent with FRBP 7004/9014.

I certify that the foregoing statements are true and correct.

Dated: October 1, 2025

Name: Yan Junyi (pro se)

*Yan Junyi*

Unique Customer Code: 03073980

Email: bxie1028@gmail.com

Mailing: Room 1403, Building 18, Shanhu Biguiyuan, Dalingshan Town, Dongguan City, Guangdong Province, China 523000

网购退货 **8**元起 立即扫码优惠退 扫码了解 »

注意/Note:
1. 此文件封仅限于包装厚度在10mm以内,重量在1kg以内的文件资料。
   The envelope is only applicable to documents with a thickness of no more than 10mm and a weight of no more than 1kg.
2. 文件封内请勿夹寄现金、危险品及其他任何禁寄物品。
   Cash, hazardous articles or other prohibited items are forbidden.

运单区

制造单位:杭州嘉顺印务有限公司
数　　量:1000万只
生产日期:2024年08月01日

95338
www.sf-express.com





