UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

Name of Transferee:

507 Investment Fund LLC

Name and Address where notices and payments to transferee should be sent:

507 Investment Fund LLC
Thomas Braziel
tom@117partners.com
5 Greyhen Lane, Savannah, GA 31411

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim Number: 51021<br>Confirmation ID:<br>3265-70-BBQLX-436172583 | | As described on schedule F | FTX Trading Ltd | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

507 Investment Fund LLC

By:  Thomas Braziel (Sep 25, 2025 21:12:55 GMT+2)
Name: Thomas Braziel
Title: Authorized Agent

Date: 25 September 2025



## Kroll Website Claim Entry

**KROLL**

### Creditor Data Details - Claim # 51021

**Creditor**
Blockforce Capital Vesper DeFi Growth Fund as Transferee of Name on File
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/12/2023

**Claim Number**
51021

**Schedule Number**
n/a

**Confirmation ID**
3265-70-BBQLX-436172583

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | $0.00 | Expunged |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | USD Tether (USDT) | ASSERTED | 394152.1 | 394152.1 |
| FIAT | US Dollar(USD) USD/USD = 1.00000 | ASSERTED | 3166221.9 | 3166221.9 |

### Transfer History

| Date Filed | Transfer Document | Transferor | Transferee |
|---|---|---|---|
| 10/05/2023 | DN 2998 - Redacted | Name on File | Name on File |

### Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 07/01/2024 | Omnibus Objection to Claims - (Redacted) Debtors'... | 12/11/2024 | Order Sustaining Debtors' Fifty-Fourth (Non-Subst... | Superseded Customer Claims | Ordered |



## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

███████████████████████████████████ ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **507 Investment Fund LLC** ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully in Claim No 51021 (collectively, the "**Claim**").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __25__ day of September, 2025.

SELLER:



BUYER:

**507 Investment Fund LLC**

By: ___Thomas Braziel (Sep 25, 2025 21:12:55 GMT+2)___
Name: Thomas Braziel
Title: Authorized Agent

