IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| FTX TRADING LTD. *et al.*[1], | ) | Case No. 22-11068 (KBO) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due by: October 16, 2025 at 4:00 p.m. |
| | ) | Hearing Date: October 23, 2025 at 9:30 a.m. |
| | ) | |

**NOTICE OF MOTION OF CHISATO MUROMOTO
TO PERMIT FILING OF A PROOF OF CLAIM AFTER THE BAR DATE AND/OR
FOR RELATED RELIEF**

PLEASE TAKE NOTICE that Chisato Muromoto (the "Movant") has filed the *Motion of Chisato Muromoto to Permit Filing of a Proof of Claim after the Bar Date and/or for Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed on or before October 16, 2025 at 4:00 p.m. with the United States Bankruptcy Court for the District of Delaware at 824 N. Market Street, Wilmington, Delaware 19801.  At the same time You must serve a copy of the objection or response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION IS SCHEDULED FOR OCTOBER 23, 2025 AT 9:30 A.M. BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DE  19801.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED: October 9, 2025

*/s/ Christopher D. Loizides*
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:	(302) 654-0248
Facsimile:	(302) 654-0728
Email:		loizides@loizides.com

*Counsel for Chisato Muromoto*