IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| FTX TRADING LTD. *et al.*[1], | ) | Case No. 22-11068 (KBO) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. \_\_\_\_\_** |
| | ) | |

## ORDER GRANTING MOTION OF CHISATO MUROMOTO TO PERMIT FILING OF A PROOF OF CLAIM AFTER THE BAR DATE AND/OR FOR RELATED RELIEF

Upon consideration of the above-referenced (the "Motion"); it being determined that the Motion is subject to the jurisdiction of this court under 28 U.S.C. § 1334 and is a 'core' proceeding within the meaning of 28 U.S.C. § 157; and having found that notice of the Motion was adequate and no other or further notice is required; and having found that 'cause' exists for granting Chisato Muromoto ("Movant") leave to file a proof of claim after the Bar Date[2], if necessary, and to submit his KYC information after the KYC Deadline, and after a hearing; it is now hereby ORDERED that:

1. The Motion is GRANTED.

2. Movant may, if necessary, file a proof of claim with the claims agent appointed in these cases within 14 days of the entry of this Order on the docket, and such claim shall be deemed timely filed.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.
.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion to Permit Filing Claim after the Bar Date

3. Movant may, if necessary, submit his KYC information to the claims agent appointed in these cases within 14 days of the entry of this Order on the docket, and such submission shall be deemed timely filed.