# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.
Debtors.
Case No. 22-11068 (JTD)
Chapter 11



## MOTION FOR RECONSIDERATION OF ORDER SUSTAINING DEBTORS' CLAIM OBJECTION

**Claimant:** Charleese Madison
**Claim Number:** 43639

### 1. Introduction
I, Charleese Madison, respectfully move this Court for reconsideration of the Order entered on April 10, 2025, which sustained the Debtors' objection to my customer claim (Claim No. 43639) and modified my asserted holding of $8,710.00 USD to a substantially reduced quantity.

### 2. Basis for Motion
Reconsideration is proper under Bankruptcy Rule 9023 and 9024 because the Order was entered without full consideration of material evidence that directly supports my asserted claim.

### 3. Supporting Evidence
Prior to the FTX platform collapse, my account reflected the following balance:
- $8,710.00 USD

Attached as Exhibit A and Exhibit B are true and correct copies of:
1. Screenshots of my FTX account dashboard showing the above balance.
2. Transaction records (deposits and trading history) confirming acquisition and custody of this balance.

These records were generated contemporaneously from the FTX platform and corroborate the balance I asserted in my Proof of Claim.

### 3A. Additional Background
On November 29, 2022, I wired $8,710.00 USD into my FTX account. At the time, I was not aware that FTX had already commenced bankruptcy proceedings. I have attached proof of this wire transfer as Exhibit C.

After the wire transfer posted, I contacted the bank used by FTX to process the transfer to request that it be redacted or reversed. The bank informed me that they could not reverse it. Shortly thereafter, I received information by mail advising me that I could file a claim in the bankruptcy case, which I did.

Since that time, I have sent multiple emails and made repeated calls seeking confirmation of my claim status. I was consistently told that my claim was valid and that I would receive a distribution. I relied on these representations while waiting for years.

This claim represents thousands of dollars of my personal funds, and it would be unjust to disallow it based on an administrative error or incomplete records in the Debtors' system. I have provided contemporaneous proof of the wire transfer and my account balance, and I respectfully request that my claim be reinstated in full.

**4. Request for Relief**
Because this evidence demonstrates that my claim was improperly reduced, I respectfully request that the Court:
1. Vacate or modify the April 10, 2025 Order to the extent it disallowed my asserted holding of $8,710.00 USD.
2. Reinstate my claim in the amount originally filed, or in the alternative, set a hearing for further review of my submitted evidence.

**5. Conclusion**
For the foregoing reasons, I respectfully request that the Court grant this Motion for Reconsideration and allow my customer claim in the originally asserted amount of $8,710.00 USD.

Dated: October 3, 2025

Respectfully submitted,

/s/ Charleese Madison
Charleese Madison
4531 Sequoia Dr
Harrisburg, PA 17109
Phone: 717-710-0525
Email: Madisoncompanyloans@yahoo.com

*Charleese Madison*

The Honorable John T. Dorsey
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

Dear Judge Dorsey, I am writing to respectfully request your review and reconsideration of my FTX customer claim, Claim No. 43639, in the amount of USD $8,710.00. On November 29, 2022, I wired USD $8,710.00 to my FTX account. I was unaware that bankruptcy proceedings had already begun. I later received claim instructions from Kroll and filed as directed, attaching proof of my transaction. Since then, I have made many calls and sent emails to confirm my status and was told repeatedly that my claim was valid. Recently, I learned that my claim may have been altered or denied. This represents a significant loss, and I have acted in good faith since 2022 to comply with all procedures. I respectfully request that my claim be reconsidered so that I may receive the distribution owed to me. Thank you for your time and understanding. Respectfully,

Charleese Madison
4531 Sequoia Dr
Harrisburg, PA 17109
717-710-0525
Madisoncompanyloans@yahoo.com
Dated: October 06, 2025

*Charleese Madison*

| | |
|---|---|
| **Subject** | ^_Wells^_ ^_Fargo^_ ^_Wire^_ Transfer Initiated |
| **From** | Wells Fargo Online <alerts@notify.wellsfargo.com> |
| **To:** | <madisoncompanyloans@yahoo.com> |
| **Date** | Nov 29, 2022 at 10:20 AM |



wellsfargo.com

## Your Wire Transfer is being processed

You recently submitted the following transfer:

**Transfer details**

| | |
|---|---|
| To account | XXXXXXXX0956 |
| From account | XXXXXX2394 |
| Amount | $8,710.00 |
| Send on | 11/29/2022 |
| Confirmation number | OW00002729352698 |

If you did not submit this transfer, or if you have questions, please call Wells Fargo Online Customer Service at 1-800-956-4442. We are available 24 hours a day, 7 days a week

wellsfargo.com | Security Center | Contact Us

Please do not reply to this automated email.

89c3e30e-bac2-4245-858e-8d631b30239f

8:13

◁   ⓶   ⤷ Sign off

### EVERYDAY CHECKING ...2394

# $10.00

Available balance ⓘ

**Overview**   Manage account   Routing & details

## Recent transactions ⓘ

✓   11/29/2022   $8,710.00
**WT FED#05599 SILVERGATE BANK /FTR/BNF=FTX US SRF# OW00002729352698 TRN#221129063620 RFB# OW00002729352698**

✓   11/29/2022   $30.00
**WIRE TRANS SVC CHARGE - SEQUENCE: 221129063620 SRF# OW00002729352698 TRN#221129063620 RFB# OW00002729352698**

✓   11/29/2022   $15.00
**WIRE TRANS SVC CHARGE - SEQUENCE: 221129043207 SRF# MABT9063066Y56VU TRN#221129043207 RFB# 202211914979**

 Accounts    Deposit    Pay & Transfer    Explore    Menu

**Subject**    Wire transfer

**From**    charleese madison <madisoncompanyloans@yahoo.com>

**To:**    <support@ftx.us>

**Date**    Nov 29, 2022 at 12:08 PM

Hi I sent a wire transfer in the amount of 8,710 I need that amount to be wired back to my Wells Fargo account

Sent from Yahoo Mail for iPhone

**Subject**  Wire transfer

**From**  charleese madison <madisoncompanyloans@yahoo.com>

**To:**  <support@ftx.us>

**Date**  Nov 29, 2022 at 12:08 PM

Hi I sent a wire transfer in the amount of 8,710 I need that amount to be wired back to my Wells Fargo account

Sent from Yahoo Mail for iPhone

FTX Claims Processing Center c/o Kroll Restructuring Administration LLC 850 3rd Avenue, Suite 412 Brooklyn, NY 11232 October 06, 2025 Subject: Claim No. 43639 – Motion for Reconsideration (USD $8,710.00) Dear FTX Claims Team, I am submitting my Motion for Reconsideration regarding my FTX customer claim (Claim No. 43639) in the amount of USD $8,710.00. I have attached the following: 1. Motion for Reconsideration 2. Letter to Judge Dorsey 3. Proof of wire transfer and related documents Please confirm receipt and ensure my claim is reviewed appropriately. I have waited several years for resolution and acted in good faith throughout this process. Thank you for your attention to this matter. Sincerely,

Charleese Madison
4531 Sequoia Dr
Harrisburg, PA 17109
717-710-0525
Madisoncompanyloans@yahoo.com

Charleese Madison
4531 Sequoia dr
6045
Harrisburg, PA 17109

9589 0710 5270 2836 4634 21

**Address:**
United States Bankruptcy Court
District of Delaware
Attn: Clerk's Office – Re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)
824 North Market Street, 3rd Floor
Wilmington, DE 19801



FOREVER / USA