IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

2025 OCT 10 P 12: 19

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32230, D.I. 32269, and D.I. 32720*

### JOINDER AND STATEMENT IN SUPPORT OF

### MOTION D.I. 32230 – MOTION FOR CLARIFICATION REGARDING THE

### CURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN

### AND

### MOTION D.I. 32269 – MOTION TO COMPEL FTX RECOVERY TRUST & KROLL TO

### PROVIDE SUBSTANTIVE RESPONSE TO CREDITOR INQUIRIES AND TO ESTABLISH

### CLEAR PROCEDURES FOR ADDRESS AND JURISDICTION UPDATES

Creditor **Deliang Lian** (the "Joinder Party"), appearing pro se (Bahamas Claim ID **33640**), respectfully states as follows:

**JOINDER**

1. The Joinder Party respectfully supports and joins in Motion D.I. 32230 and Motion D.I. 32269 (the "Motions"), including all arguments, authorities, and requested relief therein, as if set forth fully herein.

2. The Joinder Party seeks no separate or additional relief beyond that requested in the Motions. For the avoidance of doubt, this Joinder is submitted without waiver of any rights, claims, or defenses, and the Joinder Party reserves the right to be heard at the October 23, 2025 omnibus hearing (D.I. 32720).

**WHEREFORE,** Joinder Party respectfully requests that the Court (i) recognize this Joinder, (ii) schedule the Motions for hearing on October 23, 2025, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: October 1, 2025

Deliang Lian   Claim ID: **33640**         ( Bahamas Process )

Email: liandeliang@gmail.com

Deliang Lian

Mailing: Taijiang, Fuzhou, Fujian Province, China

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11

Case No. 22-11068 (KBO)

(Jointly Administered)

*Related to D.I. 32230, D.I. 32269, and D.I. 32720*

### CERTIFICATE OF SERVICE

I, Deliang Lian, hereby certify that on October 1, 2025, I caused copies of my Joinder and Statement in Support to be served via email upon the following recipients:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov

- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov

- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com

- James L. Bromley – bromleyj@sullcrom.com

- Brian D. Glueckstein – gluecksteinb@sullcrom.com

- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com

- Kimberly A. Brown – brown@lrclaw.com

- Matthew R. Pierce – pierce@lrclaw.com

- Matthew B. McGuire – mcguire@lrclaw.com

Request for Consent / Reservation: By this certificate and the cover email, Joinder Party requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent or the Court requires alternate service, Joinder Party will promptly cure by effecting service consistent with FRBP 7004/9014.

I certify that the foregoing statements are true and correct.

Dated: October 1, 2025

Deliang Lian   Claim ID: **33640**   ( Bahamas Process )

Email: liandeliang@gmail.**com**

Mailing: Fuzhou, Fujian Province, China



FANGZHENG LI
(626) 426-7298
THE UPS STORE #7387
416 BERGEN ST
HARRISON NJ 07029-2291

SHIP
TO:
DELAWARE.US BANKRUPTCY COURT 3RD FL
(302) 252-2900
CLERK OF THE COURT CASE JUDGE KBO
824 N MARKET ST
WILMINGTON DE 19801-3024

2 LBS    1 OF 1
SHP WT: 2 LBS
DATE: 09 OCT 2025

DE 197 9-25

UPS GROUND
TRACKING #: 1Z Y2W 716 03 2608 1860

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

MHX79EHBUJDGC ISH 13.00C ZZP 450 37.5V 09/2025

SEE NOTICE ON REVERSE regarding UPS forms, and notice of limitation of liability. When allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

To: