IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32230, D.I. 32269, and D.I. 32720*

**JOINDER AND STATEMENT IN SUPPORT OF**

**MOTION D.I. 32230 – MOTION FOR CLARIFICATION REGARDING THE**

**CURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN**

**AND**

**MOTION D.I. 32269 – MOTION TO COMPEL FTX RECOVERY TRUST & KROLL TO**

**PROVIDE SUBSTANTIVE RESPONSE TO CREDITOR INQUIRIES AND TO ESTABLISH**

**CLEAR PROCEDURES FOR ADDRESS AND JURISDICTION UPDATES**

**JOINDER**

1.      **Cenjun Zhu** ("Movant"), a creditor in the above-captioned chapter 11 cases, by and through pro se , hereby submits this Joinder to the MOTION D.I. 32230 – MOTION FOR CLARIFICATION REGARDING THECURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN AND MOTION D.I. 32269 – MOTION TO COMPEL FTX RECOVERY TRUST & KROLL TO PROVIDE SUBSTANTIVE RESPONSE TO CREDITOR INQUIRIES AND TO ESTABLISH CLEAR PROCEDURES FOR ADDRESS AND JURISDICTION UPDATES (the "Motions"), and respectfully states as follows:

2.      Movant is a creditor holding FTX Account ID 76221120 and Unique Customer Code 3428491, in the amount of USD 113,116.86, and has a direct and substantial interest in the relief requested in the Motions.

3.      Movant has reviewed the Motions and fully supports the legal and factual grounds set forth therein. Movant hereby joins in and adopts the Motions in its entirety, as if fully set forth herein.

4.      Movant further respectfully requests that the Court schedule the Motions for hearing at the next omnibus hearing currently set for [October 23, 2025, at 10:00 a.m. (ET)], or at such other time as the Court deems appropriate, so that the issues raised may be addressed without undue delay.

5.      Movant reserves all rights to supplement this Joinder and to present additional arguments at any hearing on the Motions.

6.      For the avoidance of doubt, this Joinder is submitted without waiver of any rights, claims, or defenses, and the movant reserves the right to be heard at the October 23, 2025 omnibus hearing (D.I. 32720).

WHEREFORE, Movant respectfully requests that the Court (i) recognize this Joinder, (ii) schedule the Motion for hearing on October 23, 2025, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: October 5, 2025

Respectfully submitted,

**Cenjun Zhu** (pro se)

FTX Account ID: 76221120

Unique Customer Code: 3428491

Email: mr.zhucj@gmail.com

Mailing: Millionaire Garden Building, Estrada de S. Francisco, Macau SAR, China

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32230, D.I. 32269, and D.I. 32720*

**CERTIFICATE OF SERVICE**

I, Cenjun Zhu, hereby certify that on October 5, 2025, I caused copies of my Joinder and Statement in Support to be served via email upon the following recipients:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov

- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov

- David Gerardi – david.gerardi@usdoj.gov


**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com

- James L. Bromley – bromleyj@sullcrom.com

- Brian D. Glueckstein – gluecksteinb@sullcrom.com

- Alexa J. Kranzley – kranzleya@sullcrom.com


**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com

- Kimberly A. Brown – brown@lrclaw.com

- Matthew R. Pierce – pierce@lrclaw.com

- Matthew B. McGuire – mcguire@lrclaw.com


Request for Consent / Reservation: By this certificate and the cover email, Joinder Party requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent or the Court requires alternate service, Joinder Party will promptly cure by effecting service consistent with FRBP 7004/9014.


I certify that the foregoing statements are true and correct.


Dated: October 5, 2025


**Cenjun Zhu** (pro se)

FTX Account ID: 76221120

Unique Customer Code: 3428491

Email: mr.zhucj@gmail.com

Mailing: Millionaire Garden Building, Estrada de S. Francisco, Macau SAR, China



FANGZHENG LI
(626) 426-7298
THE UPS STORE #7387
416 BERGEN ST
HARRISON NJ 07029-2291

SHIP DELAWARE,US BANKRUPTCY COURT 3RD FL
TO: (302) 252-2900
CLERK OF THE COURT CASE JUDGE KBO
824 N MARKET ST

WILMINGTON DE 19801-3024

DE 197 9-25

2 LBS
SHP WT: 2 LBS
DATE: 09 OCT 2025

1 OF 1

UPS GROUND
TRACKING #: 1Z Y2W 716 03 2608 1860

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

MMX79EHBUJDGC ISH 13.00C ZZP 450 37.5U 09/2025

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

RRD 0825

To: