IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al.,

Debtors.

Chapter 11

Case No. 22–11068 (KBO)

(Jointly Administered)

*Related to D.I. 32230, D.I. 32269, and D.I. 32720*

JOINDER AND STATEMENT IN SUPPORT OF

MOTION D.I. 32230 — MOTION FOR CLARIFICATION REGARDING THE

CURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED

PLAN

AND

MOTION D.I. 32269 — MOTION TO COMPEL FTX RECOVERY TRUST & KROLL

TO

PROVIDE SUBSTANTIVE RESPONSE TO CREDITOR INQUIRIES AND TO

ESTABLISH

CLEAR PROCEDURES FOR ADDRESS AND JURISDICTION UPDATES

Creditor **Fangda Wan** (the "Joinder Party"), appearing pro se (Unique Customer Code **29147576**), respectfully states as follows:

**JOINDER**

1. The Joinder Party respectfully supports and joins in Motion D.I. 32230 and Motion D.I. 32269 (the "Motions"), including all arguments, authorities, and requested relief therein, as if set forth fully herein.

2. The Joinder Party seeks no separate or additional relief beyond that requested in the Motions. For the avoidance of doubt, this Joinder is submitted without waiver of any rights, claims, or defenses, and the Joinder Party reserves the right to be heard at the October 23, 2025 omnibus hearing (D.I. 32720).

**WHEREFORE,** Joinder Party respectfully requests that the Court (i) recognize this Joinder, (ii) schedule the Motions for hearing on October 23, 2025, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: October 4, 2025

**Fangda Wan** (pro se)

Unique Customer Code: **29147576**

Email: **adastrafang@gmail.com**

Fangda Wan

Mailing: 3 Nassim Road, Nassim Jade, #04–02,  Singapore 258371

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al.,

Debtors.

Chapter 11

Case No. 22–11068 (KBO)

(Jointly Administered)

*Related to D.I. 32230, D.I. 32269, and D.I. 32720*

## CERTIFICATE OF SERVICE

I, Fangda Wan, hereby certify that on October 1, 2025, I caused copies of my Joinder and Statement in Support to be served via email upon the following recipients:

**U.S. Trustee — District of Delaware**

- Juliet M. Sarkessian — juliet.m.sarkessian@usdoj.gov

- Benjamin A. Hackman — benjamin.a.hackman@usdoj.gov

- David Gerardi — david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust — Sullivan & Cromwell LLP**

- Andrew G. Dietderich — dietdericha@sullcrom.com

- James L. Bromley — bromleyj@sullcrom.com

- Brian D. Glueckstein — gluecksteinb@sullcrom.com

- Alexa J. Kranzley — kranzleya@sullcrom.com

**Delaware Counsel to the Trust — Landis Rath & Cobb LLP**

- Adam G. Landis — landis@lrclaw.com

- Kimberly A. Brown — brown@lrclaw.com

- Matthew R. Pierce — pierce@lrclaw.com

- Matthew B. McGuire — mcguire@lrclaw.com

Request for Consent / Reservation: By this certificate and the cover email, Joinder Party requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent or the Court requires alternate service, Joinder Party will promptly cure by effecting service consistent with FRBP 7004/9014.

I certify that the foregoing statements are true and correct.

Dated: October 4, 2025

**Fangda Wan** (pro se)

Unique Customer Code: **29147576**

Email: **adastrafang@gmail.com**

Fangda Wan

Mailing: 3 Nassim Road, Nassim Jade, #04–02,  Singapore 258371



FANGZHENG LI
(626) 426-7298
THE UPS STORE #7387
416 BERGEN ST
HARRISON NJ 07029-2291

2 LBS    1 OF 1
SHP WT: 2 LBS
DATE: 09 OCT 2025

SHIP DELAWARE,US BANKRUPTCY COURT 3RD FL
TO: (302) 252-2900
    CLERK OF THE COURT CASE JUDGE KBO
    824 N MARKET ST

WILMINGTON DE 19801-3024

DE 197 9-25

UPS GROUND
TRACKING #: 1Z Y2W 716 03 2608 1860

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

To: