IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32230, D.I. 32269, and D.I. 32720*

JOINDER AND STATEMENT IN SUPPORT OF

MOTION D.I. 32230 - MOTION FOR CLARIFICATION REGARDING THE

CURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN

AND

MOTION D.J. 32269 - MOTION TO COMPEL FTX RECOVERY TRUST & KROLL TO

PROVIDE SUBSTANTIVE RESPONSE TO CREDITOR INQUIRIES AND TO ESTABLISH

CLEAR PROCEDURES FOR ADDRESS AND JURISDICTION UPDATES

Creditor Shu Xiang (the "Joinder Party"), appearing pro se (Unique customer code:00419447), respectfully states as follows:

JOINDER

1. The Joinder Party respectfully supports and joins in Motion D.I. 32230 and Motion D.I. 32269 (the "Motions"), including all arguments, authorities, and requested relief

therein, as if set forth fully herein.

2. The Joinder Party seeks no separate or additional relief beyond that requested in the Motions. For the avoidance of doubt, this Joinder is submitted without waiver of any rights, claims, or defenses, and the Joinder Party reserves the right to be heard at the October 23, 2025 omnibus hearing (D.I. 32720).

WHEREFORE, Joinder Party respectfully requests that the Court (i) recognize this Joinder, (ii) schedule the Motions for hearing on October 23, 2025, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: October 6, 2025

Shu Xiang (pro se)

Unique customer: 00419447

Email: 307017973@qq·com

Mailing:No. 416, Zhongshan Street, Sitang Sub-district Office, Sinan County, Tongren City, Guizhou Province, China

*Shu Xiang*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

Related to D.I. 32230, D.I. 32269, and D.I. 32720

CERTIFICATE OF SERVICE

I, Shu Xiang, hereby certify that on October 1, 2025, I caused copies of my Joinder and Statement in Support to be served via email upon the following recipients:

U.s. Trustee - District of Delaware

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.

counsel to the FTX Recovery Trust - sullivan & cromwell LLP

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

Delaware counsel to the Trust - Landis Rath & cobb LLP

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

Request for Consent / Reservation: By this certificate and the cover email, Joinder Party requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent or the Court requires alternate service, Joinder Party will promptly cure by effecting service consistent with FRBP 7004/9014.

I certify that the foregoing statements are true and correct.

Dated: October 6, 2025


Shu Xiang (pro se)

Unique customer: 00419447

Email: 307017973@qq.com

Mailing: No. 416, Zhongshan Street, Sitang Sub-district Office, Sinan County, Tongre City, Guizhou Province, China


*Shu Xiang*

