# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Scott D. Simon <ssimon@goetzplatzer.com> |
| **Sent:** | Wednesday, July 2, 2025 5:16 PM |
| **To:** | Wheeler, Stephanie G. |
| **Cc:** | Scott D. Simon; Glueckstein, Brian D.; Mayberry, Keila M. |
| **Subject:** | [EXTERNAL] RE: proposed order allowing Ross's claim |

Hi Stephanie,

Your revisions are acceptable. I will submit the proposed order, as revised, to the Court.

The Designated Beneficiary, as defined in the proposed order, is Manifold for Charity, d/b/a Manifund, EIN 88-3668801. Banking details are at https://manifoldmarkets.notion.site/Manifund-Deposit-via-DAF-ACH-wire-or-crypto-02aee92e884a47e49efd4d93242e2080 [manifoldmarkets.notion.site]

Let me know if you need any additional information to identify the Designated Beneficiary, or if Kroll needs any documents to make the distribution. sds

--
Scott D. Simon | Partner
Goetz Platzer LLP | 914-500-8737

---

**From:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Sent:** Tuesday, July 1, 2025 9:21 AM
**To:** Scott D. Simon <ssimon@goetzplatzer.com>
**Cc:** Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Mayberry, Keila M. <mayberryk@sullcrom.com>; Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Subject:** RE: proposed order allowing Ross's claim

Dear Scott,

Attached are our revisions to the proposed order.

Best,

Stephanie

---

**From:** Scott D. Simon <ssimon@goetzplatzer.com>
**Sent:** Thursday, June 26, 2025 4:10 PM
**To:** Wheeler, Stephanie G. <WheelerS@sullcrom.com>
**Cc:** Scott D. Simon <ssimon@goetzplatzer.com>; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Mayberry, Keila M. <mayberryk@sullcrom.com>
**Subject:** [EXTERNAL] proposed order allowing Ross's claim

Stephanie,

Attached is a proposed order allowing Ross's FDU claim. Please let me know if you have any comments.

1

Ross will identify a charity for payment of the claim. Once he does so, I will advise you of the charity's name, address, and contact information.



**Scott D. Simon**
Partner
Goetz Platzer LLP
One Penn Plaza | Suite 3100 | NY, NY 10119
T 914.500.8737 | F 212.629.4013
goetzplatzer.com [goetzfitz.com]

*The information in this transmission may be privileged and confidential. It is intended for the use of specific recipients.*
*In the event of an error, no waiver is intended, and we request that you notify the sender and destroy the original message.*

---

**\*\*This is an external message from:** ssimon@goetzplatzer.com **\*\***

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.



# Manifund: Deposit via DAF, ACH/wire, or crypto

4 more properties

Manifund accepts large donations via DAF (donor-advised fund), wire/ACH transfer, or crypto!

- We prefer such donations for large amounts ($10k+); for smaller amounts, please donate via credit card.
- We ask our largest donors ($50k+ in lifetime donations) to send an additional 5%, to offset Manifund's operational costs.

> ❗ Before making your donation, register it here:
> https://airtable.com/appOfJtzt8yUTBFcD/pagKKSjAXCUkwUikk/form

Donor-advised funds (DAFs)

ACH or wire transfer

Crypto

## Donor-advised funds (DAFs)

Manifold for Charity's EIN number: `88-3668801`

- Some DAF providers support sending donations via bank transfer (ACH/wire) or online (Paypal); **this is strongly preferred over a check**, as it reduces processing times and the chance of the check getting lost in the mail.
- However, if your DAF provider only supports checks, **please ensure they are using our current mailing address for checks:** `1680 Mission St, San Francisco, CA 94103`

▼ Consider marking your grant as unrestricted through your DAF.

  We recommend that you ask your DAFs to make an unrestricted grant to Manifold for Charity, and then tell us how you'd like your funds spent through our donation form. (Or, if you have the option, represent this as a transfer to another DAF). This helps us process your grant faster, as your DAF may not understand how we operate and may otherwise require us to do a slow back-and-forth explaining our processes, sometimes blocking the grant entirely.

## ACH or wire transfer

Use these details to send both domestic wires and ACH transfers.

| Account number | 202351765268 |
|---|---|
| Routing number | 091311229 |
| Beneficiary name | Manifold for Charity |
| Beneficiary address | 425 Divisadero Street, Suite 300<br>San Francisco, CA 94117 |
| Bank name | Choice Financial Group |
| Bank address | 4501 23rd Avenue S<br>Fargo, ND 58104 |

## Crypto

> ❗ While Manifund supports donations via crypto, we have a more complex process to ensure your money does not get sent to the wrong address.
>
> Before making your full donation, **please first test send $10** so we can verify that the payment went through. This helps to prevent typos and other accidents that will eat your money. You can see our crypto payment information below.
>
> After sending the test $10, **wait to donate to Manifund** until someone from Manifund emails you verifying that the donation went through.
>
> Reminder — please fill out this form **BEFORE** making large donations ($5k+) to Manifund via crypto.

We accept USDC over Ethereum and Solana.

USDC address (Ethereum): `0xe5B835CA40BD37EE6E0eb05B1bD99D3BF197e042`

USDC address (Solana): `HaH9Gy9UPwa3Um6DQgHNAD7eD13oUmrRxe3CVvQydMpE`

For large donors, we may also accept other cryptocurrencies, with an additional fee for currency conversion (typically 1%); reach out to austin@manifund.org if interested.

▶ Archive