# EXHIBIT B

## Esposito Declaration

4930-4848-3696 v.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ROB ESPOSITO IN SUPPORT OF**
**FTX RECOVERY TRUST'S ONE HUNDRED NINETY-EIGHTH**
**(NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN CLAIMS FILED**
<u>**AGAINST THE INCORRECT DEBTOR**</u>

I, Rob Esposito, hereby declare under penalty of perjury:

1.      I am a Senior Director at Alvarez & Marsal North America, LLC

("<u>A&M</u>"), a restructuring advisory services firm specializing in interim management, crisis

management, turnaround consulting, operational due diligence, creditor advisory services and

financial and operation restructuring.

2.      I have more than 15 years of restructuring experience across various

industries, including broadcasting, oil & gas, manufacturing, pharma, transportation, automotive,

retail, telecommunications, and healthcare.

3.      Since joining A&M, I have been involved in numerous Chapter 11

restructurings, including Alpha Natural Resources, Sandridge Energy, Westmoreland Coal,

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and
4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the
Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete
list of such information may be obtained on the website of the Debtors' claims and noticing agent at
https://cases.ra.kroll.com/FTX.

Endo International, Cumulus Media, Coach America, Cooper-Standard Automotive, Ascena

Retail and Exide Technologies.

4.     I submit this declaration (the "Declaration") in support of the *FTX*

*Recovery Trust's One Hundred Ninety-Eighth (Non-Substantive) Omnibus Objection to Certain*

*Claims Filed Against the Incorrect Debtor* (the "Objection").[2]  I am not being compensated

separately for this testimony other than through payments received by A&M as financial advisor

retained by the FTX Recovery Trust.

5.     Except as otherwise indicated herein, all of the facts set forth in this

Declaration are based upon my personal knowledge, my review of relevant documents,

information provided to me by the FTX Recovery Trust's management, the FTX Recovery Trust

and other Debtor professionals, including the A&M team, involved in advising the Debtors and

the FTX Recovery Trust in the above-captioned case (the "Chapter 11 Case").  If called upon to

testify, I could and would testify to the facts set forth herein on that basis.  I am authorized to

submit this Declaration on behalf of the FTX Recovery Trust.

6.     The Incorrect Debtor Claims subject to the Objection were reviewed and

analyzed in good faith using due diligence by appropriate personnel of the FTX Recovery Trust,

A&M, and the Claims Agent.  Indeed, the FTX Recovery Trust and its advisors have spent

months reviewing and analyzing proofs of claim and any supporting documentation filed against

the FTX Recovery Trust.  These efforts resulted in, among other things, identifying the Incorrect

Debtor Claims set forth in Schedule 1 to Exhibit A of the Objection.

7.     Based on the FTX Recovery Trust's and its advisors' ongoing analysis and

review, the FTX Recovery Trust and its advisors have determined that each of the Incorrect

---

[2]     Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Objection.

-3-

Debtor Claims listed on Schedule 1 to the Order is a claim for which the claimant seeks recovery of amounts for which the asserted Debtor has no record of liability in its books and records, and such claims should be filed in the estate of a different Debtor that is the subject of such claim.

8.       Accordingly, based upon my review of the Incorrect Debtor Claims subject to the Objection, I believe that revising the Incorrect Debtor Claims to the Modified Claims on the claims register is in the best interests of the FTX Recovery Trust and its creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated: October 13, 2025                            */s/ Rob Esposito*
                                                   Rob Esposito
                                                   Alvarez & Marsal North America, LLC
                                                   Senior Director