UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
| --- | --- |
| FTX TRADING LTD., et al., | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:



Name of Transferee:
   XIANMIN YAN

Name and Address where notices and payments to transferee should be sent:

Address:

Xianmin Yan
71-75 Shelton Street, Covent Garden, London, United Kingdom, WC2H 9JQ
info@dingdingke.org

| Claim No./Schedule | Creditor Name | Amount | Debtor |
| --- | --- | --- | --- |
| Kroll Schedule | | Described on Schedule F | FTX Trading Ltd (22-11068) |
| Debtor Schedule F No: | | Described on Schedule F | FTX Trading Ltd (22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

13-14-000233



Transfer Agreement

By: *XIANMIN YAN*
_____
Transferee / Transferee's Agent

Date:   09/16/2025

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to <u>X I A N M I N   Y A N</u> , its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading LTD et al**.

| Schedule F Claim #: | 02663852 |
|---|---|
| Claim Amount: | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: _09/16/2025_

| BUYER: | SELLER: |
|---|---|
| *XIANMIN YAN* | [redacted] |
| Name: xianmin yan | |
| Email: info@dingdingke.org | |


10-14-000233

Transfer Agreement

—— End of Redacted Version ——

—— Start of Unredacted Version ——

# Transfer Agreement

| SELLER: | 蔡烽<br>caifeng0911@gmail.com |
|---|---|
| BUYER: | XIANMIN YAN |
| EFFECTIVE DATE: | 09/16/2025 |
| DEBTOR: | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| COURT: | United States Bankruptcy Court, District of Delaware |
| CLAIM(S): | 100% |

| Claim Type | Unique Identifying # | Claim Amount |
|---|---|---|
| Schedule Claim | 02663852 | $577.48 |

SELLER and BUYER (each a "Party" and together the "Parties") hereby enter into this Transfer Agreement ("Agreement") as of the Effective Date to govern and effect the sale from SELLER to BUYER of the Claim(s) and other Assigned Rights. This Agreement incorporates the **Terms and Conditions** (the "Standard Terms") in their entirety and without modification. In the event of any conflict or inconsistency between this Agreement and the Standard Terms, this Agreement shall govern and control. Capitalized terms used but not otherwise defined in this Agreement shall have the meanings set forth in the Standard Terms.

| Buyer: | Seller: |
|---|---|
| *XIANMIN YAN* | *Feng Cai* |
| Name: xianmin yan | Name: 蔡烽 |
| Email: info@dingdingke.org | Email: caifeng0911@gmail.com |

08-14-000233

# EXHIBIT I

| Purchase Price Calculation ||
|---|---|
| Claim Amount | $577.48 |
| Purchase Rate | 88.0% |
| Purchase Price | $508.18 |

| Notice and Payment Instructions ||
|---|---|
| **BUYER**<br><br>Contact Information<br><br>XIANMIN YAN<br><br>71-75 Shelton Street, Covent Garden, London, United Kingdom, WC2H 9JQ | **SELLER**<br><br>Contact Information<br><br>蔡烽<br><br>江苏省南京市江宁区秣陵街道静淮街中航樾府３８栋 China,211100 |
| info@dingdingke.org | caifeng0911@gmail.com |

**Payment Instructions:** USDC transferred to
0x35ff839C553611B5552dDe6beF183892AaB324Ac(BSC)



## UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE
In re

### Case No. 22-11068 TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| 蔡烽 | XIANMIN YAN |
| 江苏省南京市江宁区秣陵街道静淮街中航樾府38栋,China,211100 | 71-75 Shelton Street, Covent Garden, London, United Kingdom, WC2H 9JQ |
| caifeng0911@gmail.com | info@dingdingke.org |

**Transferred Claim Amount** as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Date: 09/16/2025

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

06-14-000233

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., et al.,<br>Debtors | Chapter 11<br>No. 22-11068 (JTD)<br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:
蔡烽

Name of Transferee:
XIANMIN YAN

Name and Current Address of Transferor:

Name and Address where notices and payments to transferee should be sent:

Address:

蔡烽
江苏省南京市江宁区秣陵街道静淮街中航樾府
38栋 China,211100
caifeng0911@gmail.com

Address:

Xianmin Yan
71-75 Shelton Street, Covent Garden, London, United Kingdom, WC2H 9JQ
info@dingdingke.org

| Claim No./Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Kroll Schedule | 蔡烽 | Described on Schedule F | FTX Trading Ltd (22-11068) |
| Debtor Schedule F No: | caifeng0911@gmail.com | Described on Schedule F | FTX Trading Ltd (22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

04-14-000233



5                                                                    Transfer Agreement

By: **XIANMIN YAN**
Transferee / Transferee's Agent

Date:   09/16/2025

Transfer Agreement

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **XIANMIN YAN**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading LTD et al**.

| Schedule F Claim #: | 02663852 |
|---|---|
| Claim Amount: | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 09/16/2025

| BUYER: *XIANMIN YAN* | SELLER: *Feng Cai* |
|---|---|
| Name: xianmin yan | Name: 蔡烽 |
| Email: info@dingdingke.org | Email: caifeng0911@gmail.com |

02-14-000233

7

Transfer Agreement

# STANDARD TRADING TERMS AND CONDITIONS

These Standard Trading Terms and Conditions ("**Standard Terms**") are incorporated in their entirety to any _____ Transfer Agreement ("**Agreement**"). Capitalized terms used but not otherwise defined in these Standard Terms shall have the meanings set forth in the Agreement.

## PURCHASE AND SALE

1. SELLER, for good and valuable consideration, does hereby irrevocably sell, convey, transfer and assign unto BUYER, and BUYER does hereby irrevocably purchase and acquire from SELLER, in each case as of the Effective Date, all of SELLER's right, title and interest in, to and under the Claim, including any and all right to receive principal, interest and other amounts in respect of the Claim in each case whether accruing prior to, on or after the date of the Agreement and, to the extent relating to the Claim, all accounts, receivables, and other rights and interests of SELLER against the Debtor, including, without limitation, all of SELLER's right, title and interest in, to and under:

   (a) the Claim and any evidence or supporting documentation ("**Claim Documents**");

   (b) all rights to receive cash, interest, fees, expenses, damages, or penalties in respect of or in connection with the Claim, including any distributions ("**Distributions**") made by the Debtor in respect of the Claim pursuant to a plan of reorganization or liquidation or otherwise;

   (c) all causes of action or other rights of SELLER, against the Debtor or other party, with respect to the Claim;

   (d) any and all proceeds of any of the foregoing (including proceeds of proceeds);

   all of the foregoing, whether against the Debtor, any affiliate of the Debtor, any guarantor or any other third party liable in respect thereof, being collectively referred to herein as the "**Assigned Rights**". For the avoidance of doubt, BUYER does not assume, and SELLER shall retain, shall remain responsible for, and shall duly perform, any and all obligations and liabilities of SELLER under or relating to the Claim, the Claim Documents, and the other Assigned Rights.

2. The consideration to be paid by BUYER to SELLER for the Assigned Rights, the sufficiency of which is hereby acknowledged by SELLER, is the purchase price ("**Purchase Price**") set forth and calculated on Exhibit 1 to the Agreement. Upon the execution by the Parties of the Agreement, BUYER shall pay the Purchase Price to SELLER pursuant to the instructions set forth on Exhibit 1.

## PURCHASE AND SALE

3. Each Party represents and warrants to the other as of the Effective Date that:

   (a) such Party is duly authorized and empowered to execute, deliver and perform the Agreement;

   (b) the Agreement constitutes such Party's valid, legal and binding agreement, enforceable against such Party in accordance with its terms;

   (c) the execution, delivery or performance of the Agreement will not violate or contravene any law, rule, regulation or agreement affecting such Party (or, in the case of SELLER, the Assigned Rights);

01-14-000233



XIANMIN YAN
71-75 SHELTON STREET COVENT GARDEN
LONDON LONDON WC2H 9JQ


233 3 AMF 2.028
000233 T3  P1 *******AUTO**MIXED ADC 601
CLERK OF THE COURT
824 N MARKET ST FL 3 U.S. BANKRUPTCY COURT
WILMINGTON DE 19801-3024

14-14-000233

PRESORTED
FIRST-CLASS MAIL
U S POSTAGE
**PAID**
MAILED FROM
ZIP CODE 60053
PERMIT NO.118

