IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

Name of Transferee:
Ceratosaurus Investors, L.L.C.

Name of Transferor:
Institutional Venture Partners XVII, L.P.

Name and Address where notices to transferee should be sent:

Name and Address where notices to transferors should be sent:

Ceratosaurus Investors, L.L.C.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Michael Linn
E-mail: MLinn@FarallonCapital.com;
loanops@FarallonCapital.com

Institutional Venture Partners XVII, L.P.
3000 Sand Hill Road, Building 2, Suite 250
Menlo Park, CA, 94025
Attn: Tom Loverro
1 (631) 745 5219
tloverro@ivp.com

Type and Amount of Interest Transferred:

| FTXT Series A Preferred | FTXT Series B Preferred | FTXT Series B-1 Preferred | FTXT Series C Preferred |
|---|---|---|---|
| 0 Shares | 0 shares | 19,077 shares | 161,806 shares |
| FTXT Common<br><br>76,311 shares | WRS Series A Preferred<br><br>820,568 shares | WRS Class A Common<br><br>409,250 shares | WRS Class B Common<br><br>0 shares |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

CERATOSAURUS INVESTORS, L.L.C.
By: Farallon Capital Management, L.L.C., Its Manager

By: *Michael G Linn* (DocuSigned)
Name: Michael G Linn
Title: Managing Member


Transferor

INSTITUTIONAL VENTURE PARTNERS XVII, L.P.
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: *Thomas Loverro* (DocuSigned)
Name: Tom Loverro
Title: Managing Director