# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al.

Debtors.

Case No. 22-11068 (JTD)

Jointly Administered

# MOTION TO CORRECT CLAIM INFORMATION AND REQUEST FOR RELEASE OF FUNDS

To the Honorable Judge Owens:

Comes now, the undersigned creditor, Michael Judkins who respectfully submits this motion in connection with the above-referenced bankruptcy proceeding.

1. Background
    a. I am a verified account holder and creditor in the FTX Trading Ltd. bankruptcy case.
    b. My claim was timely submitted through the claims process.
    c. The claim pertains to Crypto assets held in my FTX account at the time of the company's collapse in November 2022.
2. Error in Original Filing
    a. Upon review, I discovered that an error occurred during the initial claim submission.
    b. Specifically, the choice of debtor was incorrect.

   c. This was an honest mistake made without intent to mislead or misrepresent.
3. Request for Correction
   a. I respectfully request that the Court, or the appointed Claims Administrator permit correction of my claim to reflect the accurate selection. West realm Shires Services Inc
   b. I further request acknowledgment of the corrected claim for purposes of distribution and inclusion in the relevant creditor class.
4. Request for Release of Funds
   a. It has now been almost-3 years since the bankruptcy filing, and the correction delay has prevented the release of my rightful funds.
   b. I respectfully move that my claim be updated and considered eligible for release of any available distributions in accordance with the confirmed plan of reorganization or liquidation procedures.

WHEREFORE, I respectfully request that the Court grant this Motion, authorize the correction of my claim, and direct the appropriate administrator to process and release my funds accordingly.

Respectfully submitted,

Michael Judkins

2415 Pebble Valley Rd #18 Waukesha Wi 53188

Milw4545@yahoo.com

(414) 628-8070

10/12/2025

*Michael Judkins* (signature)



2415 Pawnee vuuey ? rd 410
Waukesha WI 53188

United States Bankruptcy court
for the District of Delaware
824 North Market street 6TH floor
courtroom 3
Wilmington Delaware 19801

MICHAEL JUDKINS
2415 PEBBLE VALLEY RD #18
WAUKESHA WI 53188

FTX Claim

To The Honorable Judge Owens