IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

Name of Transferee:
Oaktree Value Opportunities Fund Holdings, L.P.

Name and Address where notices to transferee should be sent:
Oaktree Value Opportunities Fund Holdings, L.P.
1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
cmclafferty@oaktreecapital.com
vofacctng@oaktreecapital.com

Name of Transferor:
Institutional Venture Partners XVII, L.P.

Name and Address where notices to transferors should be sent:

Institutional Venture Partners XVII, L.P.
3000 Sand Hill Road, Building 2, Suite 250
Menlo Park, CA, 94025
Attn: Tom Loverro
1 (631) 745 5219
tloverro@ivp.com

032-8564/9002725.2

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred | FTX Series C Preferred |
|---|---|---|---|
| 644,530 | | 14,984 | 127,094 |
| FTX Common  59,940 | WRS Series A Preferred | WRS Class A Common  321,453 | WRS Class B Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**Oaktree Value Opportunities Fund Holdings, L.P.**
By: Oaktree Value Opportunities Fund GP, L.P.
its: General Partner
By: Oaktree Value Opportunities Fund GP, Ltd.
its: General Partner
By: Oaktree Capital Management, L.P.
its: Director

By: _____
Name:   Colin McLafferty
Title:  Senior Vice President

By: _____
Name:   Steven Tesoriere
Title:  Managing Director

Transferor

**INSTITUTIONAL VENTURE PARTNERS XVII, L.P.**
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: _____
Name: Tom Loverro
Title: Managing Director