IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) | Chapter 11 |
| Debtors. | ) ) ) ) | Case No. 22-11068 (JTD) (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: **BOSTON PATRIOT ARLINGTON ST LLC** | Name of Transferor: Institutional Venture Partners XVII, L.P. |
| Name and Address where notices to transferee should be sent: **BOSTON PATRIOT ARLINGTON ST LLC** 1301 Avenue of the Americas 34th Floor New York, NY 10019 Attention: Colin McLafferty cmclafferty@oaktreecapital.com vofacctng@oaktreecapital.com | Name and Address where notices to transferors should be sent: Institutional Venture Partners XVII, L.P. 3000 Sand Hill Road, Building 2, Suite 250 Menlo Park, CA, 94025 Attn: Tom Loverro 1 (631) 745 5219 tloverro@ivp.com |

032-8564/9003064.1

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred | FTX Series C Preferred |
|---|---|---|---|
| 176,038 | | 4,093 | 34,712 |
| FTX Common | WRS Series A Preferred | WRS Class A Common | WRS Class B Common |
| 16,371 | | 87,797 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**BOSTON PATRIOT ARLINGTON ST LLC**

By: Oaktree Capital Management, L.P.
Its: Investment Manager

By: _____
       *Colin McLafferty*
       6CAA40B708FE400...
Name:   Colin McLafferty
Title:  Senior Vice President

By: _____
       *Steve Tesoriere*
       014F552806634AA...
Name:   Steven Tesoriere
Title:  Managing Director

Transferor

**INSTITUTIONAL VENTURE PARTNERS XVII, L.P.**
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: _____
Name: Tom Loverro
Title: Managing Director

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred | FTX Series C Preferred |
|---|---|---|---|
| 176,038 | | 4,093 | 34,712 |
| FTX Common 16,371 | WRS Series A Preferred | WRS Class A Common 87,797 | WRS Class B Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**BOSTON PATRIOT ARLINGTON ST LLC**

By: Oaktree Capital Management, L.P.
Its: Investment Manager

By: _____
Name:   Colin McLafferty
Title:  Senior Vice President

By: _____
Name:   Steven Tesoriere
Title:  Managing Director

Transferor

**INSTITUTIONAL VENTURE PARTNERS XVII, L.P.**
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: _____
Name: Tom Loverro
Title: Managing Director