Docusign Envelope ID: 29A2A4D0-AC89-412E-95E4-A2FF791203B4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) ) | Case No. 22-11068 (JTD) (Jointly Administered) |

### NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

Name of Transferee:
Svalbard II Holdings Limited

Name and Address where notices to transferee should be sent:

c/o Attestor Limited
7 Seymour Street
W1H7JW
London
United Kingdom
Attn: Steve Gillies
E-mail: settlements@attestorcapital.com

Name of Transferor:
Institutional Venture Partners XVII, L.P.

Name and Address where notices to transferors should be sent:

Institutional Venture Partners XVII, L.P.
3000 Sand Hill Road, Building 2, Suite 250
Menlo Park, CA, 94025
Attn: Tom Loverro
1 (631) 745 5219
tloverro@ivp.com

Type and Amount of Interest Transferred:

| FTXT Series A Preferred | FTXT Series B Preferred | FTXT Series B-1 Preferred | FTXT Series C Preferred |
|---|---|---|---|
| 0 shares | 0 shares | 19,077 shares | 161,806 shares |
| FTXT Common | WRS Series A Preferred | WRS Class A Common | WRS Class B Common |
| 76,311 shares | 820,568 shares | 409,250 shares | 0 shares |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

SVALBARD II HOLDINGS LIMITED

By: _____

Name:  Christopher Guth
Title:    Authorized Attorney

Transferor

INSTITUTIONAL VENTURE PARTNERS XVII, L.P.
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: _____
Name: Tom Loverro
Title: Managing Director

Docusign Envelope ID: 29A2A4D0-AC89-412E-95E4-A2FF791203B4

Type and Amount of Interest Transferred:

| FTXT Series A Preferred<br><br>0 shares | FTXT Series B Preferred<br><br>0 shares | FTXT Series B-1 Preferred<br><br>19,077 shares | FTXT Series C Preferred<br><br>161,806 shares |
|---|---|---|---|
| FTXT Common<br>76,311 shares | WRS Series A Preferred<br><br>820,568 shares | WRS Class A Common<br><br>409,250 shares | WRS Class B Common<br><br>0 shares |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

SVALBARD II HOLDINGS LIMITED

By: _____
Name:  Christopher Guth
Title:   Authorized Attorney

Transferor

INSTITUTIONAL VENTURE PARTNERS XVII, L.P.
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: _____
Name: Tom Loverro
Title: Managing Director