IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>) (Jointly Administered)<br>) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>Space Walnut, Ltd. | Name of Transferor:<br>Institutional Venture Partners XVII, L.P. |
| Name and Address where notices to transferee should be sent:<br><br>c/o Crowell & Moring LLP<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br><br>Attention: Timothy Lin<br>Email 1: tlin@crowell.com<br>Email 2: FTX@kingstreet.com | Name and Address where notices to transferors should be sent:<br><br>Institutional Venture Partners XVII, L.P.<br>3000 Sand Hill Road, Building 2, Suite 250<br>Menlo Park, CA, 94025<br>Attn: Tom Loverro<br>1 (631) 745 5219<br>tloverro@ivp.com |

Type and Amount of Interest Transferred:

| FTXT Series A Preferred | FTXT Series B Preferred | FTXT Series B-1 Preferred | FTXT Series C Preferred |
|---|---|---|---|
| 0 Shares | 0 shares | 19,080 shares | 161,806 shares |
| FTXT Common 76,311 shares | WRS Series A Preferred 820,571 shares | WRS Class A Common 409,250 shares | WRS Class B Common 0 shares |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

SPACE WALNUT, LTD.

By: _____
Name: Timothy Lin
Title: Authorized Signatory

Transferor

INSTITUTIONAL VENTURE PARTNERS XVII, L.P.
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: _____
Name: Tom Loverro
Title: Managing Director

Type and Amount of Interest Transferred:

| FTXT Series A Preferred | FTXT Series B Preferred | FTXT Series B-1 Preferred | FTXT Series C Preferred |
|---|---|---|---|
| 0 Shares | 0 shares | 19,080 shares | 161,806 shares |
| FTXT Common 76,311 shares | WRS Series A Preferred 820,571 shares | WRS Class A Common 409,250 shares | WRS Class B Common 0 shares |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

SPACE WALNUT, LTD.

By: _____
Name: Timothy Lin
Title: Authorized Signatory

Transferor

INSTITUTIONAL VENTURE PARTNERS XVII, L.P.
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: _____
Name: Tom Loverro
Title: Managing Director