# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                           **Case No.:** 22–11068–KBO
FTX Trading Ltd.

                                                     **Chapter:** 11

Notice of Filing Fee(s) Due
Re: Docket # 33055

Dear :

☐    On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was
     collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee
     for filing a Notice of Appeal is now due.

☐    On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of
     Appeals entered an Order granting the Request. A fee in the amount of $ 28.00 is now due.

☐    Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid
     to the Court.

☑    On 10/14/2025, you filed a document in the above–captioned case that requires a filing fee of $ 28.00 be paid to
     the Court.


     Notes: Transfer of Claim Fee Due




**Please remit funds to the Court at the following address by no later than 10/31/2025.**



### United States Bankruptcy Court
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at
www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or
(302) 252–2887.



Stephen L Grant, Clerk of Court


Date: 10/14/25                          By:  Kimberly Ross, Deputy Clerk


(VAN–441)

United States Bankruptcy Court
District of Delaware

In re:                                                                              Case No. 22-11068-KBO
FTX Trading Ltd.                                                                    Chapter 11
Robert J. Cleary
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1                              User: admin                                Page 1 of 74
Date Rcvd: Oct 14, 2025                           Form ID: van441                            Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Xianmin Yan, 71-75 Shelton St, Covent Gardent, London, United Kingdom WC2H 7JQ, UNITED KINGDOM |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Redacted |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cahn | on behalf of Creditor Pi 1.0 LP cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Pi-Crypto Ltd. cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Cohen K Investments  Ltd. cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron S. Applebaum | on behalf of Creditor Maps Vault Limited aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |
| Aaron S. Applebaum | on behalf of Interested Party Oxygen Vault Ltd. aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |

District/off: 0311-1

Date Rcvd: Oct 14, 2025

User: admin

Form ID: van441

Page 2 of 74

Total Noticed: 1

Aaron S. Applebaum

on behalf of Interested Party Maps Vault Ltd. aaron.applebaum@us.dlapiper.com
carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com

Abigail Rushing Ryan

on behalf of Interested Party Texas State Securities Board aryan@naag.org

Abigail Rushing Ryan

on behalf of Interested Party Texas Dept. of Banking aryan@naag.org

Adam Herring

on behalf of Defendant Senate Leadership Fund adam.herring@nelsonmullins.com  francis.santelices@nelsonmullins.com

Adam Herring

on behalf of Defendant One Nation  Inc. adam.herring@nelsonmullins.com, francis.santelices@nelsonmullins.com

Adam Schneebaum

schneebaum.adam@gmail.com

Adam E. Ekbom

on behalf of Creditor Curio Financial Technology  Inc aekbom@joneswalden.com, jwdistribution@joneswalden.com

Adam G. Landis

on behalf of Debtor Blue Ridge Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Plaintiff Maclaurin Investments Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Equity Record Holdings Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Hannam Group Inc landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Ledger Holdings Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Mangrove Cay Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Verdant Canyon Capital LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Blockfolio  Inc. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Bancroft Way Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Good Luck Games  LLC landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Quoine India Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Allston Way Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Euclid Way Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Pioneer Street Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Quoine Vietnam Co. Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor North Dimension Inc landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Hong Kong Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Cedar Bay Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor GG Trading Terminal Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Lend Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Crypto Bahamas LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX EMEA Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Europe AG landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Hawaii Digital Assets Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Marketplace  Inc. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Cottonwood Technologies Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Clifton Bay Investments Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor LT Baskets Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Aus Pty Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX (Gibraltar) Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Switzerland GmbH landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Deck Technologies Holdings LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Innovatia Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Deep Creek Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Ventures Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Trading GmbH landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Holdings Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Strategy Ark Collective Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Services Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Global Services Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor DAAG Trading  DMCC landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Deck Technologies Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Maclaurin Investments Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan Holdings K.K. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda TR Systems S. de R. L. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Plaintiff West Realm Shires Services  Inc. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Financial Services Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Killarney Lake Investments Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Zubr Exchange Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Cardinal Ventures Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Plaintiff FTX Trading Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda TR Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Island Bay Ventures Inc landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Digital Assets LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Digital Custody Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Interested Party FTX Trading Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Paper Bird Inc landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Products (Singapore) Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Property Holdings Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Analisya Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor North Dimension Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Trading Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan K.K. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Liquid Securities Singapore Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Services Solutions Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor North Wireless Dimension Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX US Services  Inc. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Zuma Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Cedar Grove Technology Services  Ltd. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Hive Empire Trading Pty Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Technology Services Bahamas Limited landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX EU Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Crypto Services Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Canada Inc landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Quoine Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan Services KK landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Yankari Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Goodman Investments Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Hilltop Technology Services LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Cottonwood Grove Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research (Bahamas) Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor West Innovative Barista Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Atlantis Technology Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX US Trading  Inc. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Liquid Financial USA Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research KK landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Global Compass Dynamics Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Western Concord Enterprises Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Exchange FZE landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Certificates GmbH landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Clifton Bay Investments LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor LiquidEX LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Structured Products AG landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Plaintiff Alameda Research LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor LedgerPrime Ventures  LP landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam J. Goldberg
on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) adam.goldberg@lw.com

Adam J. Goldberg
on behalf of Creditor Svalbard II Holdings Limited adam.goldberg@lw.com

Adam J. Goldberg
on behalf of Creditor SVB II Tempest (DE) LLC adam.goldberg@lw.com

Adam J. Goldberg
on behalf of Creditor Binance (Switzerland) AG adam.goldberg@lw.com

Adam J. Goldberg
on behalf of Creditor Svalbard Holdings Limited adam.goldberg@lw.com

Adam J. Goldberg
on behalf of Creditor Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows
Capital  Ltd and foreign representatives of 3AC adam.goldberg@lw.com

Adrien Herisse
pikrachou@gmail.com

Alex Case
on behalf of Creditor Commodity Futures Trading Commission acase@cftc.gov

Alexa J. Kranzley
on behalf of Debtor FTX Trading Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley
on behalf of Interested Party FTX Trading Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com kranzleya@sullcrom.com

Alexa J. Kranzley
on behalf of Plaintiff Alameda Research LLC kranzleya@sullcrom.com

Alexis R. Gambale
on behalf of Creditor Neil Patel agambale@pashmanstein.com  lsalcedo@pashmanstein.com

Alexis R. Gambale
on behalf of Creditor Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows
Capital  Ltd and foreign representatives of 3AC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale
on behalf of Creditor Neil Patel Digital  LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale
on behalf of Defendant Neil Patel Digital  LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale
on behalf of Defendant Im Kind of a Big Deal  LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale
on behalf of Defendant Neil Patel  Im Kind of a Big Deal, LLC and Neil Patel Digital, LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale
on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale
on behalf of Creditor Binance (Switzerland) AG agambale@pashmanstein.com  lsalcedo@pashmanstein.com

Alexis R. Gambale
on behalf of Defendant Neil Patel agambale@pashmanstein.com  lsalcedo@pashmanstein.com

Alexis R. Gambale
on behalf of Creditor I'm Kind of a Big Deal  LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Amir A Isaiah
on behalf of Creditor M&M Group of FTX Claimants isaiah@forthepeople.com  paitynnelson@forthepeople.com

Amir A Isaiah
on behalf of Interested Party Morgan & Morgan Claimants isaiah@forthepeople.com  paitynnelson@forthepeople.com

Amir A Isaiah
on behalf of Plaintiff Morgan & Morgan Claimants isaiah@forthepeople.com  paitynnelson@forthepeople.com

Amy Patterson
on behalf of Interested Party Georgia Department of Banking and Finance apatterson@law.ga.gov

Amy Tryon
on behalf of Interested Party Folkvang Ltd. amy.tryon@btlaw.com  kathleen.lytle@btlaw.com

Amy D. Brown
on behalf of Creditor Yuta Hattori abrown@gsbblaw.com  mfriedman@gsbblaw.com

Andre Botha
mailbox@iprivateer.org

Andrew Behlmann
on behalf of Creditor Liquidity Solutions Global Ltd. abehlmann@lowenstein.com

Andrew A. Jones
on behalf of Creditor Ceratosaurus Investors  L.L.C. andrew@ajoneslaw.com

Andrew G. Dietderich
on behalf of Interested Party FTX Trading Ltd. dietdericha@sullcrom.com

Andrew G. Dietderich
on behalf of Debtor FTX Trading Ltd. dietdericha@sullcrom.com

Andrew G. Dietderich
on behalf of Interested Party Kevin G. Cambridge dietdericha@sullcrom.com

Andrew G. Dietderich
on behalf of Plaintiff Alameda Research LLC dietdericha@sullcrom.com

Andrew G. Dietderich
on behalf of Interested Party Peter Greaves dietdericha@sullcrom.com

Andrew G. Dietderich
on behalf of Interested Party Brian C. Simms dietdericha@sullcrom.com

Andrew G. Dietderich
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com dietdericha@sullcrom.com

Andrew J. Entwistle
on behalf of Plaintiff Nicholas Marshall aentwistle@entwistle-law.com  efilings@entwistle-law.com

Andrew J. Entwistle
on behalf of Plaintiff Cedric Kees van Putten aentwistle@entwistle-law.com  efilings@entwistle-law.com

Andrew J. Entwistle
on behalf of Plaintiff Hamad Dar aentwistle@entwistle-law.com  efilings@entwistle-law.com

Andrew J. Entwistle
on behalf of Plaintiff Austin Onusz aentwistle@entwistle-law.com  efilings@entwistle-law.com

District/off: 0311-1
Date Rcvd: Oct 14, 2025

User: admin
Form ID: van441

Page 9 of 74
Total Noticed: 1

Andrew John Roth-Moore

on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund  L.P. aroth-moore@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew K Glenn

on behalf of Creditor FTXCREDITOR  LLC aglenn@glennagre.com, mco@glennagre.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL GROWTH FUND II LP abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant SGN ALBANY LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MBK CAPITAL LP SERIES T abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL HOLDINGS LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL VENTURES LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5X FUND I LP abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant BRYAN BAUM abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5X FUND I LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MOUNT OLYMPUS CAPITAL LP abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MICHAEL KIVES abrown@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Cole

on behalf of Interested Party Celsius Litigation Administrator acole@coleschotz.com
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com

Andrew S. Richmond

on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. arichmond@pryorcashman.com

Anh Nguyen

on behalf of Creditor Cloudflare  Inc. anh.nguyen@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Braden Leach ann.kashishian@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Cavendish Labs Co. ann.kashishian@lewisbrisbois.com

Ann M. Kashishian
on behalf of Interested Party Gabriel Recchia ann.kashishian@lewisbrisbois.com

Anthony Fraser Teale
me@teale.af

Anthony M. Saccullo
on behalf of Creditor Celsius Network LLC ams@saccullolegal.com

Aram Ordubegian
on behalf of Interested Party BH Trading Ltd. Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Aram Ordubegian
on behalf of Interested Party Grant Kim Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Aram Ordubegian
on behalf of Interested Party Peter Kim Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Ari David Kunofsky
on behalf of Creditor United States of America on behalf of the Internal Revenue Service ari.d.kunofsky@usdoj.gov
eastern.taxcivil@usdoj.gov

Ashley Gherlone
on behalf of Defendant Digital Macro Fund LP ashley.pezzi@lw.com

Ashley Gherlone
on behalf of Defendant SkyBridge GP Holdings LLC ashley.pezzi@lw.com

Ashley Gherlone
on behalf of Defendant SkyBridge Capital II  LLC ashley.pezzi@lw.com

Barry R. Kleiner
on behalf of Defendant GBV Technologies Ltd. dkleiner@kkwc.com

Barry R. Kleiner
on behalf of Defendant Nai Him Leslie Tam dkleiner@kkwc.com

Benjamin Finestone
on behalf of Debtor FTX Trading Ltd. benjaminfinestone@quinnemanuel.com

Benjamin A. Hackman
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com benjamin.a.hackman@usdoj.gov

Benjamin A. Hackman
on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Benjamin Joseph Steele
on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Joseph Steele
on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin P. Chapple
on behalf of Creditor Liquidity Network Ltd bchapple@reedsmith.com

Benjamin P. Chapple
on behalf of Creditor Fondation Serendipity bchapple@reedsmith.com

Benjamin P. Chapple
on behalf of Creditor Serendipity Network Ltd. bchapple@reedsmith.com

Benjamin P. Chapple
on behalf of Creditor Fondation Elements bchapple@reedsmith.com

Bradley P. Lehman
on behalf of Interested Party MDL FTX Customers blehman@whitefordlaw.com
clano@whitefordlaw.com;bradley-lehman-7582@ecf.pacerpro.com

Bradley P. Lehman
on behalf of Interested Party The FTX MDL Customers blehman@whitefordlaw.com
clano@whitefordlaw.com;bradley-lehman-7582@ecf.pacerpro.com

Brandon Batzel
on behalf of Interested Party Brian C. Simms bbatzel@orrick.com  bbatzel@ecf.courtdrive.com

Brandon Batzel
on behalf of Interested Party Peter Greaves bbatzel@orrick.com  bbatzel@ecf.courtdrive.com

Brandon Batzel
on behalf of Interested Party Kevin G. Cambridge bbatzel@orrick.com  bbatzel@ecf.courtdrive.com

Brendan Joseph Schlauch
on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) schlauch@rlf.com

District/off: 0311-1
Date Rcvd: Oct 14, 2025

User: admin
Form ID: van441

Page 11 of 74
Total Noticed: 1

rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Kevin G. Cambridge schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Brian C. Simms schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Peter Greaves schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Brett D. Fallon

on behalf of Defendant FBH Corporation brett.fallon@faegredrinker.com  cathy.greer@faegredrinker.com

Brett D. Fallon

on behalf of Defendant Farmington State Corporation brett.fallon@faegredrinker.com  cathy.greer@faegredrinker.com

Brett D. Fallon

on behalf of Defendant Jean Chalopin brett.fallon@faegredrinker.com  cathy.greer@faegredrinker.com

Brett S. Theisen

on behalf of Creditor Dr. Marcel Lotscher btheisen@gibbonslaw.com

Brian Loughnane

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com brian.loughnane@morganlewis.com

Brian D. Glueckstein

on behalf of Plaintiff Alameda Research LLC gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Peter Greaves gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Plaintiff FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Brian C. Simms gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Kevin G. Cambridge gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Plaintiff Maclaurin Investments Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Debtor FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian Sandlow Rosen

on behalf of Creditor Binance (Switzerland) AG brian.rosen@lw.com
brian-rosen-8701@ecf.pacerpro.com;Christopher.tarrant@lw.com

Casey Sawyer

on behalf of Defendant Min-Si Wang csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant BT Payments Services Uganda Ltd csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Charlene Chen csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Elizabeth Rossiello csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Callum Dryden csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic

hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant BT Payment Services Nigeria Ltd csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Adam Gouveia csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Linda Levinson csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Transferzero Money Transfer EP SA csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Tomoyuki Nii csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant B Transfer Services Limited csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant NeWurth S.A. csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Marleen Haye csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Catherine C Lyons

on behalf of Interested Party Astronomer  Inc. clyons@wsgr.com

Chase Nathaniel Miller

on behalf of Creditor American Express National Bank de-ecfmail@mwc-law.com

Christine McCabe

on behalf of Creditor FTXCREDITOR  LLC cmccabe@rosenpc.com, dehney.christinem.r81087@notify.bestcase.com

Christopher Viceconte

on behalf of Creditor Martha Lambrianou cviceconte@gibbonslaw.com  dseward@gibbonslaw.com;nmitchell@gibbonslaw.com

Christopher Viceconte

on behalf of Creditor Dr. Marcel Lotscher cviceconte@gibbonslaw.com  dseward@gibbonslaw.com;nmitchell@gibbonslaw.com

Christopher Dean Loizides

on behalf of Creditor Chisato Muromoto loizides@loizides.com

Christopher H Lee

on behalf of Interested Party Morgan & Morgan Claimants clee@forthepeople.com

Christopher K.S. Wong

on behalf of Interested Party Peter Kim christopher.wong@arentfox.com

Christopher K.S. Wong

on behalf of Interested Party Grant Kim christopher.wong@arentfox.com

Christopher K.S. Wong

on behalf of Interested Party BH Trading Ltd. christopher.wong@arentfox.com

Christopher M. Samis

on behalf of Creditor Trup Recovery LLC
leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m

Christopher M. Samis

on behalf of Interested Party Kingdon Capital Ventures VII  LLC
leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m

Christopher M. Samis

on behalf of Interested Party Riva Ridge Capital Management LP
leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Christopher Page Simon

on behalf of Creditor Lantern FTX Holdings  L.L.C. csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Creditor Benefit Street Partners  L.L.C. csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Defendant Merchant Oasis Ltd. csimon@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher S. Sontchi

on behalf of Mediator Hon. Christopher S. Sontchi (Ret) sontchi@sontchillc.com

Colleen Restel

on behalf of Creditor Liquidity Solutions Global Ltd. crestel@lowenstein.com

Cortlan S. Hitch

on behalf of Defendant Nawaaz Mohammad Meerun chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Defendant Key Solution Development Ltd. chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Craig Rasile

on behalf of Creditor F9 Research Market Neutral Fund  LP crasile@winston.com

Daniel A. O'Brien

on behalf of Creditor Aimed  Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Blocore Pte.  Ltd daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Ji Woong Choi daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Mosaic Co. Ltd. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Digital Augean  LLC daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party OKC USA Holding Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Aux Cayes FinTech Co. Ltd. daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Hyung Cheol Lim daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Okcoin USA  Inc. daobrien@venable.com

Daniel Alan Mason

on behalf of Defendant The Goodly Institute dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel B. Besikof

on behalf of Interested Party Edward Hing Yun Lee dbesikof@lowenstein.com

Daniel B. Besikof

on behalf of Creditor QQG Inc. dbesikof@lowenstein.com

Daniel B. Butz

on behalf of Interested Party Steadview Capital Mauritius Limited dbutz@mnat.com
jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Daniel N. Brogan

on behalf of Interested Party Terraform Labs PTE Ltd. dbrogan@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Darrell M. Daley

on behalf of Defendant Patrick Gruhn darrell@daleylawyers.com

Darrell M. Daley

on behalf of Defendant Robin Matzke darrell@daleylawyers.com

Darrell M. Daley

on behalf of Interested Party Lorem Ipsum UG Patrick Gruhn, and Robin Matzke darrell@daleylawyers.com

Darrell M. Daley

on behalf of Defendant Lorem Ipsum UG darrell@daleylawyers.com

Darren Azman

on behalf of Defendant D21 Solutions Ltd. dazman@mwe.com

Darren Azman

on behalf of Defendant Charles Yang dazman@mwe.com

Darren Azman

on behalf of Defendant Aleksandr Sasha Ivanov dazman@mwe.com

Darren Azman

on behalf of Defendant Clement Ip dazman@mwe.com

Darren Azman

on behalf of Defendant Tin Ka Yu dazman@mwe.com

Darren Azman

on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York) dazman@mwe.com

Darren Azman

on behalf of Defendant Genesis Block Ltd. dazman@mwe.com

Darren Azman

on behalf of Defendant GBV Capital  Inc. dazman@mwe.com

Darren Azman

on behalf of Defendant Bluebird Capital Ltd. dazman@mwe.com

Darren Azman

on behalf of Defendant GB Holdings  Ltd. dazman@mwe.com

Darren Azman

on behalf of Defendant Myth Success Ltd. dazman@mwe.com

Darren Azman

on behalf of Defendant Hung Ka Ho dazman@mwe.com

Darren Azman

on behalf of Defendant Able Rise Corporate Development Ltd. dazman@mwe.com

Daryl Lim

Daryllimsn@gmail.com

David Patton

on behalf of Interested Party Do Kwon dpatton@heckerfink.com

David Shim

on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd david.shim@morganlewis.com

David Shim

on behalf of Interested Party Emergent Fidelity Technologies Ltd. david.shim@morganlewis.com

David Shim

on behalf of Debtor Emergent Fidelity Technologies Ltd. david.shim@morganlewis.com

David Emerson Kirk

on behalf of Defendant Orange Anthem Ltd. dkirk@kirkingram.com

David Emerson Kirk

on behalf of Defendant About Capital Management (HK) Co.  Ltd. dkirk@kirkingram.com

David J. Kozlowski

on behalf of Creditor Transferee dkozlowski@morrisoncohen.com  autodocket@morrisoncohen.com

David J. Kozlowski

on behalf of Interested Party Michael Bacina dkozlowski@morrisoncohen.com  autodocket@morrisoncohen.com

David M. Klauder

on behalf of Interested Party Lavanda Sands  L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder

on behalf of Creditor Anna Kucheryavykh dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder

on behalf of Interested Party Certain Preferred Equity Holders dklauder@bk-legal.com  DE17@ecfcbis.com

District/off: 0311-1                          User: admin                              Page 15 of 74
Date Rcvd: Oct 14, 2025                       Form ID: van441                          Total Noticed: 1

David M. Klauder
          on behalf of Interested Party Nexxus Participation Vehicle III LLC dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder
          on behalf of Interested Party Auros Tech Limited dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder
          on behalf of Interested Party BetDEX Labs  Ltd. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
          on behalf of Creditor Lavanda Sands  L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
          on behalf of Interested Party BetDEX Labs  Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
          on behalf of Creditor Fire Bouvardia  L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David R. Hurst
          on behalf of Defendant Bluebird Capital Ltd. dhurst@mwe.com
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant D21 Solutions Ltd. dhurst@mwe.com
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant Genesis Block Ltd. dhurst@mwe.com
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant Hung Ka Ho dhurst@mwe.com
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant GBV Capital  Inc. dhurst@mwe.com,
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant Clement Ip dhurst@mwe.com
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant GB Holdings  Ltd. dhurst@mwe.com,
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant Charles Yang dhurst@mwe.com
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant Able Rise Corporate Development Ltd. dhurst@mwe.com
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant Aleksandr Sasha Ivanov dhurst@mwe.com
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant Myth Success Ltd. dhurst@mwe.com
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst
          on behalf of Defendant Tin Ka Yu dhurst@mwe.com
          dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David T Queroli
          on behalf of Interested Party Kevin G. Cambridge Queroli@rlf.com
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

David T Queroli
          on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) Queroli@rlf.com
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

David T Queroli
          on behalf of Interested Party Brian C. Simms Queroli@rlf.com
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

David T Queroli
          on behalf of Interested Party Peter Greaves Queroli@rlf.com
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

David V. Fontana

on behalf of Interested Party Brandon Williams dfont@gebsmith.com

David V. Fontana

    on behalf of Defendant Brandon Williams dfont@gebsmith.com

Deirdre M Richards

    on behalf of Creditor Matthew Rahe dmr@elliottgreenleaf.com  crw@elliottgreenleaf.com

Deirdre M Richards

    on behalf of Creditor Phillip Hunt dmr@elliottgreenleaf.com  crw@elliottgreenleaf.com

Deirdre M Richards

    on behalf of Creditor Arian Fontal dmr@elliottgreenleaf.com  crw@elliottgreenleaf.com

Deirdre M Richards

    on behalf of Creditor Pavel Vorobets dmr@elliottgreenleaf.com  crw@elliottgreenleaf.com

Dennis A. Meloro

    on behalf of Interested Party DRQC LLC melorod@gtlaw.com
    bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro

    on behalf of Interested Party Escaleras de Esperanza LLC melorod@gtlaw.com
    bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro

    on behalf of Interested Party Pateno Payments  Inc. melorod@gtlaw.com,
    bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Derek C. Abbott

    on behalf of Interested Party BlockFi Inc. and affiliates dabbott@morrisnichols.com
    derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnich
    ols.com;radha--chevli--2257@ecf.pacerpro.com

Diego Benjamin Flores

    on behalf of Creditor Coleman S. Maher dflores@sflaw.com

Domenic E. Pacitti

    on behalf of Creditor Kariya Kayamori dpacitti@klehr.com

Doron Yitzchaki

    on behalf of Defendant Common Sense Leadership Fund  Inc. dyitzchaki@dickinsonwright.com

Douglas Ellmann

    on behalf of Creditor Liam Ellmann dse@ellmannlaw.com

Douglas Schneller

    on behalf of Creditor StoneX Credit Trading Inc. douglas.schneller@rimonlaw.com  docketing@rimonlaw.com

Douglas Schneller

    on behalf of Creditor Charter Group Holdings  LTD douglas.schneller@rimonlaw.com, docketing@rimonlaw.com

Douglas Schneller

    on behalf of Debtor FTX Trading Ltd. douglas.schneller@rimonlaw.com  docketing@rimonlaw.com

Douglas Schneller

    on behalf of Creditor Contrarian Funds  LLC douglas.schneller@rimonlaw.com, docketing@rimonlaw.com

Douglas Schneller

    on behalf of Creditor Philip Bonello douglas.schneller@rimonlaw.com  docketing@rimonlaw.com

Douglas D. Herrmann

    on behalf of Creditor Daniel Friedberg wlbank@troutman.com Kristin.Wright@troutman.com,Monica.Molitor@troutman.com

Dov R. Kleiner

    on behalf of Creditor 117 Partners LLC dkleiner@kkwc.com

Dov R. Kleiner

    on behalf of Creditor Phoenix Digital LLC dkleiner@kkwc.com

Dov R. Kleiner

    on behalf of Creditor 507 Investment Fund LLC dkleiner@kkwc.com

Dov R. Kleiner

    on behalf of Creditor Arceau X  LLC dkleiner@kkwc.com

Dov R. Kleiner

    on behalf of Creditor Gadze Finance Special Purpose Holdings dkleiner@kkwc.com

Dov R. Kleiner

    on behalf of Creditor FTX Claims SPV LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Uluwatu Research LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Arceau 507 II LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Third Web Capital Management  LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Sameer Moolana dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Barn Owl IV  LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor KB507 LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Oroboros FTX I LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor Wireless Mouse I  LLC dkleiner@kkwc.com

Dov R. Kleiner

on behalf of Creditor 117 Partners Ltd dkleiner@kkwc.com

Drew McGehrin

on behalf of Interested Party Michelle Bond dsmcgehrin@duanemorris.com  drew-mcgehrin-5282@ecf.pacerpro.com

Edward A. Corma

on behalf of Creditor Sidar Sahin ecorma@pszjlaw.com

Edward J Leen

on behalf of Creditor Oaktree-Copley Investments  LLC eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Boston Patriot Arlington St LLC eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Oaktree Opportunities Fund XI Holdings (Cayman)  L.P. eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Oaktree Opps XI Holdco  Ltd. eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Oaktree Phoenix Investment Fund  L.P. eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Oaktree Opportunities Fund XI Holdings (Delaware)  L.P. eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Oaktree Value Opportunities Fund Holdings  L.P. eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Opps CY Holdings  LLC eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Boway Holdings  LLC eleen@mkbllp.com

Edward J Leen

on behalf of Creditor Oaktree London Liquid Value Opportunities Fund (VOF)  L.P. eleen@mkbllp.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Claimant No. 65255 ZAllinson@SHA-LLC.com  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elisabeth Michaelle Bruce

on behalf of Creditor United States of America on behalf of the Internal Revenue Service elisabeth.m.bruce@usdoj.gov
eastern.taxcivil@usdoj.gov

Elizabeth A. Rogers

on behalf of Defendant Nashon Loo Shun Liang erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers

on behalf of Defendant Wei Lin "Germaine" Tan erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers

on behalf of Defendant Sin Wei "Sean" Tan erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers

on behalf of Interested Party Wei Lin Tan erogers@lrclaw.com

ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers

on behalf of Interested Party Sin Wei Tan erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers

on behalf of Defendant Weizheng Ye erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers

on behalf of Interested Party Weizheng Ye erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers

on behalf of Interested Party Nashon Loo Shun Liang erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Emily K Steele

on behalf of Defendant Foris DAX  Inc. emily.steele@klgates.com

Emily K Steele

on behalf of Defendant Foris DAX Asia Pte. Ltd. emily.steele@klgates.com

Emily K Steele

on behalf of Defendant Foris DAX MT Ltd. emily.steele@klgates.com

Epiq Corporate Restructuring, LLC

sgarabato@epiqglobal.com;ecr@ecf.epiqsystems.com

Eric D. Schwartz

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com eschwartz@mnat.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Eric D. Schwartz

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com eschwartz@mnat.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Eric J. Monzo

on behalf of Defendant Lesley Burgess emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant 3Twelve Ventures Ltd. emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant Matthew Burgess emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant BDK Consulting Ltd. emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant Huy Xuan "Kevin" Nguyen emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant Michael Burgess emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant Jing Yu "Darren" Wong emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric M. Sutty

on behalf of Creditor Miami-Dade County  Florida esutty@atllp.com, mmillis@atllp.com

Ethan H. Sulik

on behalf of Defendant Senate Leadership Fund esulik@potteranderson.com  kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant Anthony Scaramucci esulik@potteranderson.com  kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant Brett Messing esulik@potteranderson.com  kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant SALT Venture Group LLC esulik@potteranderson.com  kmccloskey@potteranderson.com

District/off: 0311-1                          User: admin                                    Page 19 of 74
Date Rcvd: Oct 14, 2025                       Form ID: van441                                 Total Noticed: 1

Ethan H. Sulik

on behalf of Defendant SkyBridge GP Holdings LLC esulik@potteranderson.com  kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant American Action Network  Inc. esulik@potteranderson.com, kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant Digital Macro Fund LP esulik@potteranderson.com  kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant SkyBridge Capital II  LLC esulik@potteranderson.com, kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant Congressional Leadership Fund esulik@potteranderson.com  kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant American Prosperity Alliance esulik@potteranderson.com  kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant One Nation  Inc. esulik@potteranderson.com, kmccloskey@potteranderson.com

Felicia Brownell

on behalf of Interested Party Yumou Wei fbrownell@brownelllawgroup.com

Frank A. Merola

on behalf of Creditor Committee Official Committee of Unsecured Creditors frankmerola@paulhastings.com

Frederick Brian Rosner

on behalf of Interested Party Hain Capital Investors Master Fund  Ltd. rosner@teamrosner.com,
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Phala Ltd. rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor 507 Investment Fund LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Arceau 507 II LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Nexxus Participation Vehicle III LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Defendant Nai Him Leslie Tam rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Defendant GBV Technologies Ltd. rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Gabriel Colwell

on behalf of Defendant Im Kind of a Big Deal  LLC gabriel.colwell@squirepb.com

Gabriel Colwell

on behalf of Defendant Neil Patel Digital  LLC gabriel.colwell@squirepb.com

Gabriel Colwell

on behalf of Creditor Neil Patel Digital  LLC gabriel.colwell@squirepb.com

Gabriel Colwell

on behalf of Creditor Neil Patel gabriel.colwell@squirepb.com

Gabriel Colwell

on behalf of Defendant Neil Patel gabriel.colwell@squirepb.com

Gabriel Colwell

on behalf of Creditor I'm Kind of a Big Deal  LLC gabriel.colwell@squirepb.com

Gabrielle Albert

on behalf of Creditor Island Air Capital and Paul F. Aranha galbert@kbkllp.com

Garvan F. McDaniel

on behalf of Creditor Curio Financial Technology  Inc gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Creditor 101 Second Street  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gary D. Bressler

on behalf of Creditor Philadelphia Indemnity Insurance Company gbressler@mdmc-law.com  hryan@mdmc-law.com

Gaston P Loomis, II

on behalf of Creditor FTXCREDITOR  LLC gloomis@mdmc-law.com, csentman@mdmc-law.com

Gaston P Loomis, II

on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com  csentman@mdmc-law.com

Gaston P Loomis, II

on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com  csentman@mdmc-law.com

George A Williams, III

on behalf of Plaintiff Alameda Research Ltd. williams@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

George A Williams, III

on behalf of Plaintiff West Realm Shires Services  Inc. williams@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

George A Williams, III

on behalf of Plaintiff FTX Trading Ltd. williams@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Gregory Strong

on behalf of Defendant Binance (Services) Holdings Limited gstrong@cahill.com  ma@cahill.com

Gregory Strong

on behalf of Defendant Digital Legend Hodlings Ltd. gstrong@cahill.com  ma@cahill.com

Gregory Strong

on behalf of Defendant Binance Holdings Limited gstrong@cahill.com  ma@cahill.com

Gregory Strong

on behalf of Defendant Binance Holdings (IE) Limited gstrong@cahill.com  ma@cahill.com

Gregory A. Taylor

on behalf of Creditor Mercedes-Benz Grand Prix Limited gtaylor@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory G. Hesse

on behalf of Interested Party HBK Master Fund L.P. ghesse@huntonak.com  crankin@huntonak.com;creeves@huntonak.com

Gregory L Arbogast

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke GArbogast@coleschotz.com

Gregory Thomas Donilon

on behalf of Defendant Barbara Fried gregory.donilon@stevenslee.com  rita.christopher@stevenslee.com

Gregory Thomas Donilon

on behalf of Defendant Samuel Bankman-Fried gregory.donilon@stevenslee.com  rita.christopher@stevenslee.com

Gregory Thomas Donilon

on behalf of Defendant Allan Joseph Bankman gregory.donilon@stevenslee.com  rita.christopher@stevenslee.com

Heath D. Rosenblat

on behalf of Defendant 3Twelve Ventures Ltd. hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant BDK Consulting Ltd. hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Matthew Burgess hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Patrick Gruhn hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Lorem Ipsum UG hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Jing Yu "Darren" Wong hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke hrosenblat@morrisoncohen.com,
autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Michael Burgess hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Robin Matzke hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

District/off: 0311-1

Date Rcvd: Oct 14, 2025

User: admin

Form ID: van441

Page 21 of 74

Total Noticed: 1

on behalf of Defendant Huy Xuan "Kevin" Nguyen hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Nawaaz Mohammad Meerun hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Lesley Burgess hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Howard W Robertson, IV

on behalf of Plaintiff LP Digital Asset Opportunities Master Fund Successor LP robertson@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Howard W Robertson, IV

on behalf of Plaintiff FTX Recovery Trust robertson@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Howard W Robertson, IV

on behalf of Interested Party FTX Recovery Trust robertson@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Hugh K. Murtagh

on behalf of Defendant MOUNT OLYMPUS CAPITAL LP hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL VENTURES LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL GROWTH FUND II LP hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MICHAEL KIVES hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant BRYAN BAUM hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL HOLDINGS LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5X FUND I LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MBK CAPITAL LP SERIES T hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5X FUND I LP hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC hugh.murtagh@lw.com

Ileana Cruz

on behalf of Creditor Miami-Dade County  Florida cao.bkc@miamidade.gov, icruz@whitecase.com;DReznik@whitecase.com

Ira S. Greene

on behalf of Interested Party Phala Ltd. ira.greene@lockelord.com
ronald.cappiello@hoganlovells.com;dckaufman@hhlaw.com;sagolden@hhlaw.com

Isaac Nesser

on behalf of Debtor FTX Trading Ltd. isaacnesser@quinnemanuel.com

Jack Shrum

on behalf of Creditor Lukas Bartusek jshrum@jshrumlaw.com

Jacob M. Croke

on behalf of Debtor FTX Trading Ltd. pierce@lrclaw.com  crokej@sullcrom.com

James A Plemmons

on behalf of Defendant Common Sense Leadership Fund  Inc. JPlemmons@dickinsonwright.com

James E O'Neill

on behalf of Creditor OTOY International  SEZC joneill@pszjlaw.com, efile1@pszjlaw.com

James F. Murphy
> on behalf of Creditor Tyr Capital Multi Strategy Fund  Ltd. frasher.murphy@haynesboone.com, kim.morzak@haynesboone.com

James R. Risener, III
> on behalf of Defendant SALT Venture Group LLC jrisener@potteranderson.com
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James R. Risener, III
> on behalf of Defendant Congressional Leadership Fund jrisener@potteranderson.com
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James R. Risener, III
> on behalf of Defendant American Action Network  Inc. jrisener@potteranderson.com,
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James R. Risener, III
> on behalf of Defendant SkyBridge Capital II  LLC jrisener@potteranderson.com,
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James R. Risener, III
> on behalf of Defendant SkyBridge GP Holdings LLC jrisener@potteranderson.com
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James R. Risener, III
> on behalf of Defendant One Nation  Inc. jrisener@potteranderson.com,
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James R. Risener, III
> on behalf of Defendant Senate Leadership Fund jrisener@potteranderson.com
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James R. Risener, III
> on behalf of Defendant Digital Macro Fund LP jrisener@potteranderson.com
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James R. Risener, III
> on behalf of Defendant Anthony Scaramucci jrisener@potteranderson.com
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James R. Risener, III
> on behalf of Defendant Brett Messing jrisener@potteranderson.com
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James R. Risener, III
> on behalf of Defendant American Prosperity Alliance jrisener@potteranderson.com
> leastburn@potteranderson.com;bankruptcy@potteranderson.com

James S. Carr
> on behalf of Creditor Seaport Loan Products LLC KDWBankruptcyDepartment@kelleydrye.com
> MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jamie Lynne Edmonson
> on behalf of Creditor Island Air Capital and Paul F. Aranha jedmonson@rc.com  lshaw@rc.com

Jamie Lynne Edmonson
> on behalf of Creditor North America League of Legends Championship Series  LLC jedmonson@rc.com, lshaw@rc.com

Jane Kim
> on behalf of Creditor Island Air Capital and Paul F. Aranha jkim@kbkllp.com

Jane VanLare
> on behalf of Interested Party BitGo Trust Company  Inc. jvanlare@cgsh.com, maofiling@cgsh.com

Jared W Kochenash
> on behalf of Intervenor Official Committee of Unsecured Creditors bankfilings@ycst.com

Jared W Kochenash
> on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com

Jared W Kochenash
> on behalf of Defendant Michael Burgess bankfilings@ycst.com

Jared W Kochenash
> on behalf of Defendant Jing Yu "Darren" Wong bankfilings@ycst.com

Jared W Kochenash
> on behalf of Defendant Huy Xuan "Kevin" Nguyen bankfilings@ycst.com

Jared W Kochenash
> on behalf of Defendant 3Twelve Ventures Ltd. bankfilings@ycst.com

Jared W Kochenash
> on behalf of Defendant Lesley Burgess bankfilings@ycst.com

Jared W Kochenash
    on behalf of Defendant BDK Consulting Ltd. bankfilings@ycst.com

Jarret P. Hitchings
    on behalf of Creditor Outremont Smartbeta Master Fund LP jarret.hitchings@bclplaw.com
deborah.field@bclplaw.com,jarret-hitchings-0150@ecf.pacerpro.com

Jason Daniel Angelo
    on behalf of Creditor Liquidity Network Ltd JAngelo@reedsmith.com  jason-angelo-3987@ecf.pacerpro.com

Jason Daniel Angelo
    on behalf of Creditor Fondation Serendipity JAngelo@reedsmith.com  jason-angelo-3987@ecf.pacerpro.com

Jason Daniel Angelo
    on behalf of Creditor Maps Vault Limited JAngelo@reedsmith.com  jason-angelo-3987@ecf.pacerpro.com

Jason Daniel Angelo
    on behalf of Creditor Fondation Elements JAngelo@reedsmith.com  jason-angelo-3987@ecf.pacerpro.com

Jason Daniel Angelo
    on behalf of Creditor Serendipity Network Ltd. JAngelo@reedsmith.com  jason-angelo-3987@ecf.pacerpro.com

Jeffrey J. Lyons
    on behalf of Defendant Changpeng Zhao jjlyons@bakerlaw.com  tmcguckin@bakerlaw.com

Jeffrey S. Sabin
    on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. JSSabin@Venable.com

Jeffrey S. Sabin
    on behalf of Interested Party Digital Augean  LLC JSSabin@Venable.com

Jennifer Rood
    on behalf of Creditor VT Department of Financial Regulation jennifer.rood@vermont.gov

Jennifer R Sharret
    on behalf of Interested Party FTI Consulting Inc. jsharret@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Jenny Kasen
    on behalf of Creditor Schedule # 5985928 Confirmation ID: 3265-70-THACU-389116733 jkasen@kasenlawgroup.com

Jeremy W. Ryan
    on behalf of Defendant K5 GLOBAL HOLDINGS LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
    on behalf of Defendant MOUNT OLYMPUS CAPITAL LP jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
    on behalf of Defendant K5 GLOBAL VENTURES LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
    on behalf of Defendant Digital Macro Fund LP jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
    on behalf of Defendant SALT Venture Group LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
    on behalf of Defendant K5X FUND I LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
    on behalf of Defendant Senate Leadership Fund jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
    on behalf of Defendant Anthony Scaramucci jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
    on behalf of Defendant BRYAN BAUM jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Brett Messing jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant American Prosperity Alliance jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant SkyBridge GP Holdings LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant SkyBridge Capital II  LLC jryan@potteranderson.com,
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant American Action Network  Inc. jryan@potteranderson.com,
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant MBK CAPITAL LP SERIES T jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant K5 GLOBAL GROWTH FUND II LP jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Congressional Leadership Fund jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant K5X FUND I LP jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant SGN ALBANY LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant One Nation  Inc. jryan@potteranderson.com,
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

District/off: 0311-1
Date Rcvd: Oct 14, 2025

User: admin
Form ID: van441

Page 25 of 74
Total Noticed: 1

on behalf of Defendant MICHAEL KIVES jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jesse Van Marsbergen

jvm21@pm.me

Jessica Lauria

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Brian C. Simms jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Peter Greaves jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Kevin G. Cambridge jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jody C. Barillare

on behalf of Creditor Diameter Capital Partners LP jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Yudu Pang jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Hudson Bay Claim Fund LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com
lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor Svalbard Holdings Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Attorney Morgan  Lewis & Bockius LLP jody.barillare@morganlewis.com, lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor DCP Master Investments XIV LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd jody.barillare@morganlewis.com
lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor DCP Master Investments XV LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Safe Eagle Holding Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Debtor Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Joel H Levitin

on behalf of Defendant Binance Holdings Limited jlevitin@cahill.com  rstieglitz@cahill.com;ma@cahill.com

Joel H Levitin

on behalf of Defendant Binance Holdings (IE) Limited jlevitin@cahill.com  rstieglitz@cahill.com;ma@cahill.com

Joel H Levitin

on behalf of Defendant Digital Legend Hodlings Ltd. jlevitin@cahill.com  rstieglitz@cahill.com;ma@cahill.com

Joel H Levitin

on behalf of Defendant Binance (Services) Holdings Limited jlevitin@cahill.com  rstieglitz@cahill.com;ma@cahill.com

John Klusman, III

on behalf of Interested Party The New York Times Company jklusman@mgmlaw.com

John Klusman, III

on behalf of Interested Party Bloomberg L.P. jklusman@mgmlaw.com

John Klusman, III

on behalf of Interested Party The Financial Times Ltd. jklusman@mgmlaw.com

John Klusman, III

on behalf of Interested Party Dow Jones & Company  Inc. jklusman@mgmlaw.com

John Mallon

jmallonjnr@gmail.com

John Reding

on behalf of Attorney Illinois Department of Financial & Professional Regulation john.reding@ilag.gov

John Charles Quinn

on behalf of Interested Party Do Kwon jquinn@heckerfink.com

John Christopher Shore

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Peter Greaves cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party FTX Recovery Trust cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Kevin G. Cambridge cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Brian C. Simms cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John D. Demmy

on behalf of Defendant Wandilla Holdings Limited john.demmy@saul.com  robyn.warren@saul.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Warren Winter jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant Zixiao Wang jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Richard L. Brummond jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John David Penn

on behalf of Interested Party Silvergate Bank jpenn@perkinscoie.com
docketdal@perkinscoie.com;john--penn-1853@ecf.pacerpro.com

John F. Iaffaldano

on behalf of Defendant Huy Xuan "Kevin" Nguyen jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Matthew Burgess jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant BDK Consulting Ltd. jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant 3Twelve Ventures Ltd. jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Michael Burgess jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Lesley Burgess jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Creditor Committee Official Committee of Unsecured Creditors jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Jing Yu "Darren" Wong jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John J. Monaghan

on behalf of Liquidator Joint Liquidators of Three Arrows Capital  Ltd john.monaghan@hklaw.com

John W. Weiss

on behalf of Defendant Neil Patel jweiss@pashmanstein.com

John W. Weiss
on behalf of Creditor Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows
Capital  Ltd and foreign representatives of 3AC jweiss@pashmanstein.com

John W. Weiss
on behalf of Defendant Neil Patel Digital  LLC jweiss@pashmanstein.com

John W. Weiss
on behalf of Defendant Im Kind of a Big Deal LLC jweiss@pashmanstein.com

John W. Weiss
on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation)
jweiss@pashmanstein.com

John W. Weiss
on behalf of Creditor Binance (Switzerland) AG jweiss@pashmanstein.com

Jonathan Accelnorm
accelnorm@gmail.com

Jonathan Lipshie
on behalf of U.S. Trustee U.S. Trustee jon.lipshie@usdoj.gov

Jonathan Lipshie
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com jon.lipshie@usdoj.gov

Jonathan Youngwood
on behalf of Defendant SkyBridge Capital II  LLC jyoungwood@stblaw.com

Jonathan Youngwood
on behalf of Defendant Brett Messing jyoungwood@stblaw.com

Jonathan Youngwood
on behalf of Defendant SALT Venture Group LLC jyoungwood@stblaw.com

Jonathan Youngwood
on behalf of Defendant Digital Macro Fund LP jyoungwood@stblaw.com

Jonathan Youngwood
on behalf of Defendant Anthony Scaramucci jyoungwood@stblaw.com

Jonathan Michael Weyand
on behalf of Financial Advisor Rothschild & Co US Inc jweyand@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Jonathan Michael Weyand
on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com jweyand@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Jonathan Michael Weyand
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com jweyand@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Jonathan Michael Weyand
on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP jweyand@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Jonathan Michael Weyand
on behalf of Attorney Eversheds Sutherland (US) LLP jweyand@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Jordan Sazant
on behalf of Defendant LayerZero Labs Ltd. jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com

Jordan Sazant
on behalf of Defendant Ari Litan jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com

Jordan Sazant
on behalf of Defendant Skip & Goose LLC jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com

Jordan A. Kroop
on behalf of Interested Party The Moskowitz Law Firm jkroop@pszjlaw.com

Josef W. Mintz
on behalf of Interested Party Fulcrum Distressed Partners Limited Josef.Mintz@blankrome.com
ecf-fe4957a0ba6a@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Charles Yang jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Able Rise Corporate Development Ltd. jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Hung Ka Ho jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Genesis Block Ltd. jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant GBV Capital  Inc. jbevans@mwe.com, alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Bluebird Capital Ltd. jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern
District of New York) jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Clement Ip jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Aleksandr Sasha Ivanov jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Tin Ka Yu jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant GB Holdings  Ltd. jbevans@mwe.com, alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant D21 Solutions Ltd. jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Myth Success Ltd. jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Creditor Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows
Capital  Ltd and foreign representatives of 3AC jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Joseph H. Huston, Jr.

on behalf of Interested Party Weizheng Ye jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Defendant Wei Lin "Germaine" Tan jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Interested Party Nashon Loo Shun Liang jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Interested Party Sin Wei Tan jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Defendant Nashon Loo Shun Liang jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Defendant Weizheng Ye jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Defendant Sin Wei "Sean" Tan jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Interested Party Wei Lin Tan jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph James McMahon, Jr.

on behalf of U.S. Trustee U.S. Trustee joseph.mcmahon@usdoj.gov

Joseph T. Moldovan, Esq.

on behalf of Defendant Robin Matzke bankruptcy@morrisoncohen.com  autodocket@morrisoncohen.com

Joseph T. Moldovan, Esq.

on behalf of Defendant Lorem Ipsum UG bankruptcy@morrisoncohen.com  autodocket@morrisoncohen.com

Joseph T. Moldovan, Esq.

on behalf of Defendant Patrick Gruhn bankruptcy@morrisoncohen.com  autodocket@morrisoncohen.com

Joseph T. Moldovan, Esq.

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke jmoldovan@morrisoncohen.com,
autodocket@morrisoncohen.com

Joshua K. Porter
    on behalf of Plaintiff Austin Onusz jporter@entwistle-law.com

Joshua K. Porter
    on behalf of Plaintiff Nicholas Marshall jporter@entwistle-law.com

Joshua K. Porter
    on behalf of Plaintiff Cedric Kees van Putten jporter@entwistle-law.com

Joshua K. Porter
    on behalf of Plaintiff Hamad Dar jporter@entwistle-law.com

Joslyn R. Smith
    on behalf of Creditor Starboard Digital Strategies js@lojrs.com

Juan E Martinez
    on behalf of Creditor Jackson Garg jmartinez@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Juliet M. Sarkessian
    on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov

Justin R. Alberto
    on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his capacity as the Litigation Administrator of Celsius Network LLC, et al. jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto
    on behalf of Interested Party Celsius Litigation Administrator jalberto@coleschotz.com pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Karen C. Bifferato
    on behalf of Defendant Digital Anchor Holdings Limited kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Defendant Ethereal Tech Pte. Ltd kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Defendant FIND SATOSHI LAB kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Defendant Burdy Technology Limited kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Defendant Bybit Fintech Ltd. kbifferato@connollygallagher.com

Kate R. Buck
    on behalf of Creditor Lightcone Infrastructure kbuck@mccarter.com

Kate R. Buck
    on behalf of Defendant Center for Applied Rationality kbuck@mccarter.com

Kate R. Buck
    on behalf of Creditor Center for Applied Rationality kbuck@mccarter.com

Kate R. Buck
    on behalf of Defendant Lightcone Infrastructure  Inc. kbuck@mccarter.com

Kate R. Buck
    on behalf of Defendant Spartz Philanthropies kbuck@mccarter.com

Kate R. Buck
    on behalf of Defendant Lightcone Rose Garden LLC kbuck@mccarter.com

Kate R. Buck
    on behalf of Creditor Lightcone Rose Garden LLC kbuck@mccarter.com

Kate R. Buck
    on behalf of Creditor Seth Melamed kbuck@mccarter.com

Kate R. Buck
    on behalf of Interested Party Bidder #1 kbuck@mccarter.com

Kate R. Buck
    on behalf of Creditor Lightcone Infrastructure  Inc. kbuck@mccarter.com

Katharina Earle
    on behalf of Creditor Martha Lambrianou kearle@gibbonslaw.com  emunera@gibbonslaw.com

Katharina Earle
    on behalf of Creditor Dr. Marcel Lotscher kearle@gibbonslaw.com  emunera@gibbonslaw.com

Katherine Epstein
    on behalf of Interested Party Do Kwon kepstein@heckerfink.com

Kelvin Azevedo Santos
azsantos.k@gmail.com

Kevin Gross
on behalf of Plaintiff FTX Digital Markets  Ltd. gross@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Interested Party Brian C. Simms gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Interested Party Peter Greaves gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) gross@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Interested Party Kevin G. Cambridge gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
on behalf of Plaintiff FTX Recovery Trust gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Scott Mann
on behalf of Creditor Liquidity Solutions Global Ltd. kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann
on behalf of Creditor Play Magnus AS kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kihyuk Nam
kihyuknam@hanyang.ac.kr

Kimberly A. Brown
on behalf of Plaintiff Alameda Research LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor DAAG Trading  DMCC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor North Wireless Dimension Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Global Services Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Digital Custody Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Clifton Bay Investments Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Bancroft Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor LedgerPrime LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Crypto Services Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Cottonwood Technologies Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor GG Trading Terminal Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Trading GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Interested Party FTX Recovery Trust brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor West Realm Shires Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor West Realm Shires Financial Services Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Crypto Bahamas LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Hong Kong Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Paper Bird Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Analisya Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Euclid Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff FTX Recovery Trust brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Products (Singapore) Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Clifton Bay Investments LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Certificates GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Japan Holdings K.K. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX EU Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Cedar Grove Technology Services  Ltd. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Lend Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

District/off: 0311-1

Date Rcvd: Oct 14, 2025

User: admin

Form ID: van441

Page 32 of 74

Total Noticed: 1

Kimberly A. Brown

on behalf of Debtor FTX Property Holdings Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Goodman Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Maclaurin Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Cedar Bay Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Japan Services KK brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Deck Technologies Holdings LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Marketplace  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Quoine Vietnam Co. Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Equity Record Holdings Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Ledger Holdings Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Blue Ridge Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Good Luck Games  LLC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Ventures Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research KK brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Clifton Bay Investments LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Quoine India Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Cardinal Ventures Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Verdant Canyon Capital LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Allston Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Europe AG brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Atlantis Technology Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Aus Pty Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Switzerland GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Digital Assets LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Hannam Group Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Island Bay Ventures Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor West Realm Shires Services Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Structured Products AG brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Hawaii Digital Assets Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX EMEA Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Yankari Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Maclaurin Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Exchange FZE brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Quoine Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX (Gibraltar) Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX US Trading  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research (Bahamas) Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Deep Creek Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda TR Systems S. de R. L. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX US Services  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Japan K.K. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Deck Technologies Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Zubr Exchange Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Hilltop Technology Services LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Canada Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Blockfolio  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Innovatia Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Services Solutions Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Interested Party FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Hive Empire Trading Pty Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Defendant FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda TR Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Research Holdings Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Plaintiff Alameda Research Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Cottonwood Grove Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Plaintiff Alameda Research Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor North Dimension Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kroll Restructuring Administration LLC
info@ra.kroll.com

Kurt F. Gwynne
on behalf of Creditor Serendipity Network Ltd. kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne
on behalf of Creditor Fondation Serendipity kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne
on behalf of Creditor Fondation Elements kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne
on behalf of Creditor Liquidity Network Ltd kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kyle P. McEvilly
on behalf of Creditor Dr. Marcel Lotscher kmcevilly@gibbonslaw.com

Laura Davis Jones
on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones
on behalf of Defendant Lorem Ipsum UG ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
on behalf of Defendant Patrick Gruhn ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
on behalf of Creditor Sidar Sahin ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
on behalf of Defendant Robin Matzke ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
on behalf of Defendant Samuel Wenjun Lim ljones@pszjlaw.com  efile1@pszjlaw.com

Laura L. McCloud
on behalf of Creditor TN Dept of Financial Institutions agbankdelaware@ag.tn.gov

Laurel D. Roglen
on behalf of Interested Party D1 Ventures roglenl@ballardspahr.com  carbonej@ballardspahr.com

Lawrence Joel Kotler
on behalf of Interested Party Michelle Bond ljkotler@duanemorris.com  lawrence-kotler-7511@ecf.pacerpro.com

Lawrence Raymond Thomas, III
on behalf of Interested Party Fulcrum Credit Partners LLC lorenzo.thomas@blankrome.com

Lawrence Raymond Thomas, III
on behalf of Interested Party Goldman Sachs Lending Partners LLC lorenzo.thomas@blankrome.com

Layla D Milligan
on behalf of Interested Party Texas State Securities Board layla.milligan@oag.texas.gov

Layla D Milligan
on behalf of Interested Party Texas Dept. of Banking layla.milligan@oag.texas.gov

Layla D Milligan
on behalf of Interested Party State of Texas layla.milligan@oag.texas.gov

Leif Simonson
on behalf of Creditor Lawrence D. Van Dyn Hoven leif.simonson@simonsonlaw.com

Lisa Bonsall
on behalf of Interested Party Bidder #1 lbonsall@mccarter.com

Lisa M. Schweitzer
on behalf of Interested Party M 7 Holdings  LLC lschweitzer@cgsh.com, maofiling@cgsh.com

Louis Phillips
on behalf of Creditor Word of God Fellowship  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com

Louis J. Cisz, III
on behalf of Defendant Merchant Oasis Ltd. lcisz@nixonpeabody.com
sf.managing.clerk@nixonpeabody.com;jzic@nixonpeabody.com

Luc A. Despins
on behalf of Creditor Committee Official Committee of Unsecured Creditors lucdespins@paulhastings.com

Luc A. Despins
on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
Affiliated Debtors lucdespins@paulhastings.com

Lucian Borders Murley
on behalf of Defendant Wandilla Holdings Limited luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
on behalf of Creditor Equinix  Inc. luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
on behalf of Interested Party FinTech HQ Inc. luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
on behalf of Defendant Nishad Singh luke.murley@saul.com  robyn.warren@saul.com

Lynn W Holbert
on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com lynnholbert@eversheds-sutherland.us

Lynn W Holbert
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com lynnholbert@eversheds-sutherland.us

M. Blake Cleary
on behalf of Defendant Skip & Goose LLC bcleary@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.co
m;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary
on behalf of Defendant LayerZero Labs Ltd. bcleary@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.co
m;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary
on behalf of Defendant Ari Litan bcleary@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.co
m;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary
on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group")
bcleary@potteranderson.com,
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.co
m;tmistretta@potteranderson.com;mromano@potteranderson.com

Marc J. Phillips
on behalf of Defendant Allan Joseph Bankman mphillips@whitefordlaw.com
mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Marc J. Phillips
on behalf of Defendant Barbara Fried mphillips@whitefordlaw.com
mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Margaret Manning
on behalf of Interested Party Morgan & Morgan Claimants mmanning@gsbblaw.com

Margaret Manning
on behalf of Creditor M&M FTX Customers mmanning@gsbblaw.com

Maris J. Kandestin
on behalf of Creditor Plan Administrator of the Voyager Wind-Down Debtor mkandestin@mwe.com
dnorthrop@mwe.com;nrainey@mwe.com

Maris J. Kandestin
on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern
District of New York) mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Maris J. Kandestin
on behalf of Defendant Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of
New York) mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Maris J. Kandestin
on behalf of U.S. Trustee U.S. Trustee mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Mark Minuti
on behalf of Creditor Tai Mo Shan Limited mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
on behalf of Defendant Time Research Ltd. mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
on behalf of Creditor Pyth Data Association mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
on behalf of Creditor TMSI SEZC Ltd. mark.minuti@saul.com  robyn.warren@saul.com

Mark L. Desgrosseilliers
on behalf of Counter-Claimant Daniel Friedberg desgross@chipmanbrown.com
fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark M. Billion
on behalf of Defendant Fair Democracy markbillion@billionlaw.com  markbillion@gmail.com

Mark W. Hancock
on behalf of Fee Examiner Fee Examiner Stadler mhancock@gklaw.com  kboucher@gklaw.com

District/off: 0311-1
Date Rcvd: Oct 14, 2025

User: admin
Form ID: van441

Page 37 of 74
Total Noticed: 1

Mark W. Hancock

on behalf of Attorney Godfrey & Kahn  S.C. mhancock@gklaw.com, kboucher@gklaw.com

Marla S. Benedek

on behalf of Creditor North Field Technology Ltd. mbenedek@cozen.com  marla-benedek-0597@ecf.pacerpro.com

Marshal J. Hoda

on behalf of Creditor Acquisen LLC marshalhoda@recap.email

Marshal J. Hoda

on behalf of Creditor Warren Winter marshalhoda@recap.email

Martin A. Sosland

on behalf of Creditor Evolve Bank & Trust Martin.Sosland@butlersnow.com
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,vj.barham@butlersnow.com

Mary E. Augustine

on behalf of Creditor Celsius Network LLC meg@saccullolegal.com

Mary F. Caloway

on behalf of Attorney FTX MDL Co-Lead Counsel mcaloway@pszjlaw.com

Mary F. Caloway

on behalf of Interested Party The Moskowitz Law Firm mcaloway@pszjlaw.com

Matthew Rifino

on behalf of Creditor Center for Applied Rationality mrifino@mccarter.com  kmcdonnell@mccarter.com

Matthew B. Goeller

on behalf of Defendant Iron Block Capital matthew.goeller@klgates.com  cass.barlatier@klgates.com

Matthew B. Goeller

on behalf of Defendant Foris DAX MT Ltd. matthew.goeller@klgates.com  cass.barlatier@klgates.com

Matthew B. Goeller

on behalf of Interested Party Confusion Capital  Inc. matthew.goeller@klgates.com, cass.barlatier@klgates.com

Matthew B. Goeller

on behalf of Defendant Foris DAX Asia Pte. Ltd. matthew.goeller@klgates.com  cass.barlatier@klgates.com

Matthew B. Goeller

on behalf of Defendant Foris DAX  Inc. matthew.goeller@klgates.com, cass.barlatier@klgates.com

Matthew B. Goeller

on behalf of Interested Party Blockforce Capital Vesper DeFi Growth Fund matthew.goeller@klgates.com
cass.barlatier@klgates.com

Matthew B. Harvey

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com mharvey@mnat.com
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnich
ols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. Harvey

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP mharvey@mnat.com,
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnich
ols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. Harvey

on behalf of Cred. Comm. Chair Wincent Investment Fund PCC Ltd mharvey@mnat.com
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnich
ols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. Harvey

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com mharvey@morrisnichols.com
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnich
ols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. McGuire

on behalf of Defendant Verdant Canyon Capital LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Services  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX CERTIFICATES GMBH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Japan K.K. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST INNOVATIVE BARISTA LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant VERDANT CANYON CAPITAL LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Property Holdings Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGER HOLDINGS INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Equity Record Holdings Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Blue Ridge Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA AUS PTY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant COTTONWOOD TECHNOLOGIES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX VENTURES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cardinal Ventures Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Strategy Ark Collective Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Maclaurin Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant GG TRADING TERMINAL LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Dimension Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Blockfolio  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CARDINAL VENTURES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ZUBR EXCHANGE LTD.  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Maclaurin Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Services Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CRYPTO BAHAMAS LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN K.K. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Innovatia Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Debtor FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WESTERN CONCORD ENTERPRISES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX HONG KONG LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Innovative Barista Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX EU Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@

lrclaw.com

Matthew B. McGuire

on behalf of Defendant Mangrove Cay Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX SERVICES SOLUTIONS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Aus Pty Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant KILLARNEY LAKE INVESTMENTS LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX SWITZERLAND GMBH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Good Luck Games  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hive Empire Trading Pty Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HANNAM GROUP INC.  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND  LLC, mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGER PRIME LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cedar Bay Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX DIGITAL ASSETS LLC  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA GLOBAL SERVICES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX CRYPTO SERVICES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

Matthew B. McGuire

on behalf of Defendant Paper Bird Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant GLOBAL COMPASS DYNAMICS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Bitcoin Yield Enhancement Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH KK mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX PRODUCTS (SINGAPORE) PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX LEND INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Western Concord Enterprises Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES SERVICES  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Liquid Securities Singapore Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hilltop Technology Services LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Digital Asset Opportunities Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Bitcoin Yield Enhancement Master Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Ventures  LP mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Digital Asset Opportunities Master Fund LP mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX (GIBRALTAR) LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HILLTOP TECHNOLOGY SERVICES LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Canada Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Certificates GmbH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES FINANCIAL SERVICES INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Crypto Services Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EU LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX TRADING LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DEEP CREEK LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Zubr Exchange Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME VENTURES  LP mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN HOLDINGS K.K. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Japan Holdings K.K. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant MANGROVE CAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ANALISYA PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH HOLDINGS INC.  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HAWAII DIGITAL ASSETS INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Clifton Bay Investments LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@

lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Lend Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Global Compass Dynamics Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Services Solutions Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE VIETNAM CO. LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH YANKARI LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH DIMENSION INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Crypto Bahamas LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ATLANTIS TECHNOLOGY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cottonwood Technologies Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALLSTON WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Digital Assets LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research KK mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN SERVICES KK  FTX mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DECK TECHNOLOGIES HOLDINGS LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Technology Services Bahamas Limited mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EQUITY RECORD HOLDINGS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant INNOVATIA LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Digital Holdings (Singapore) Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Dimension Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Pioneer Street Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Bancroft Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant West Realm Shires Services Inc. (d/b/a FTX.US) mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant STRATEGY ARK COLLECTIVE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX US Services  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff FTX Recovery Trust mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LT BASKETS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Global Services Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Allston Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

District/off: 0311-1
Date Rcvd: Oct 14, 2025

User: admin
Form ID: van441

Page 45 of 74
Total Noticed: 1

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP
mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Clifton Bay Investments LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LiquidEX LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Switzerland GmbH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DMCC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX EMEA Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LIQUIDEX LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Ledger Holdings Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Services Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant West Realm Shires  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Killarney Lake Investments Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HIVE EMPIRE TRADING PTY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Island Bay Ventures Inc mcguire@lrclaw.com

rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX (Gibraltar) Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant EUCLID WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LIQUID SECURITIES SINGAPORE PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Products (Singapore) Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant GG Trading Terminal Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Europe AG mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant MACLAURIN INVESTMENTS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA TR LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DAAG TRADING mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EXCHANGE FZE mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Digital Custody Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Quoine Vietnam Co. Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Financial Services Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ISLAND BAY VENTURES INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CEDAR BAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP
mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Quoine India Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BLUE RIDGE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda TR Systems S. de R. L. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research (Bahamas) Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX US TRADING  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research Holdings Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Exchange FZE mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Structured Products AG mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant LT Baskets Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX STRUCTURED PRODUCTS AG mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research Yankari Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CEDAR GROVE TECHNOLOGY SERVICES  LTD. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX US SERVICES  INC. mcguire@lrclaw.com,

rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Euclid Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX PROPERTY HOLDINGS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX CANADA INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LIQUID FINANCIAL USA INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant GOOD LUCK GAMES  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Clifton Bay Investments Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cedar Grove Technology Services  Ltd. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Quoine Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX TRADING GMBH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant COTTONWOOD GROVE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cottonwood Grove Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant GOODMAN INVESTMENTS LTD.  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Analisya Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hawaii Digital Assets Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant PAPER BIRD INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DECK TECHNOLOGIES INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BANCROFT WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BLOCKFOLIO  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Goodman Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Japan Services KK mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deck Technologies Holdings LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EUROPE AG  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DIGITAL CUSTODY INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Wireless Dimension Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant TECHNOLOGY SERVICES BAHAMAS LIMITED mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Interested Party FTX Recovery Trust mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Atlantis Technology Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Ventures Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff North Dimension Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH (BAHAMAS) LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;ford@

lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH WIRELESS DIMENSION INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant PIONEER STREET INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Other Prof. FTX Recovery Trust mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant DAAG Trading  DMCC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA TR SYSTEMS S. DE R. L. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Hong Kong Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX US Trading  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff LP Digital Asset Opportunities Master Fund Successor LP mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Liquid Financial USA Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deck Technologies Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH DIMENSION LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX ZUMA LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EMEA LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hannam Group Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deep Creek Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Zuma Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Claims Agent Kroll Restructuring Administration LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX MARKETPLACE  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE INDIA PTE LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Marketplace  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Trading GmbH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda TR Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew Barry Lunn

on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
Affiliated Debtors mlunn@ycst.com  bankfilings@ycst.com

Matthew Barry Lunn

on behalf of Creditor Committee Official Committee of Unsecured Creditors mlunn@ycst.com  bankfilings@ycst.com

Matthew J. Craig

on behalf of Interested Party Do Kwon mcraig@heckerfink.com

Matthew R Pierce

on behalf of Debtor LiquidEX LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Switzerland GmbH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH HOLDINGS INC.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Interested Party FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Island Bay Ventures Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGER HOLDINGS INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant KILLARNEY LAKE INVESTMENTS LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST REALM SHIRES FINANCIAL SERVICES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Technology Services Bahamas Limited Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME VENTURES  LP Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Maclaurin Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Realm Shires Financial Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CRYPTO BAHAMAS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Trading GmbH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX VENTURES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EXCHANGE FZE Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Western Concord Enterprises Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Liquid Securities Singapore Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX HONG KONG LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX US Services  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX LEND INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant BLOCKFOLIO  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Ventures  LP Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant NORTH DIMENSION INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Realm Shires Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ZUBR EXCHANGE LTD.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX SERVICES SOLUTIONS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Defendant FTX Recovery Trust Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX US TRADING  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGER PRIME LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff FTX Recovery Trust Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant NORTH WIRELESS DIMENSION INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor North Dimension Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LIQUIDEX LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX TRADING LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor North Wireless Dimension Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Verdant Canyon Capital LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LT BASKETS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant BANCROFT WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Clifton Bay Investments LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WESTERN CONCORD ENTERPRISES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Hilltop Technology Services LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Services  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX TRADING GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

District/off: 0311-1
Date Rcvd: Oct 14, 2025

User: admin
Form ID: van441

Page 54 of 74
Total Noticed: 1

Matthew R Pierce

on behalf of Debtor Hannam Group Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant VERDANT CANYON CAPITAL LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant TECHNOLOGY SERVICES BAHAMAS LIMITED Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Japan K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EMEA LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH YANKARI LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Global Compass Dynamics Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX CERTIFICATES GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CARDINAL VENTURES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor North Dimension Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant INNOVATIA LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP
Pierce@lrclaw.com  Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX EU Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Defendant Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Alameda Research (Bahamas) Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST REALM SHIRES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Property Holdings Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX JAPAN HOLDINGS K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant PIONEER STREET INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant MACLAURIN INVESTMENTS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Services Solutions Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LIQUID SECURITIES SINGAPORE PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant BLUE RIDGE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Ledger Holdings Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LIQUID FINANCIAL USA INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Zubr Exchange Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant NORTH DIMENSION LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Interested Party FTX Recovery Trust Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant HIVE EMPIRE TRADING PTY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Certificates GmbH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant QUOINE VIETNAM CO. LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX US Trading  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant GOODMAN INVESTMENTS LTD.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant PAPER BIRD INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Defendant West Realm Shires Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Paper Bird Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ANALISYA PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND  LLC, Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant QUOINE PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DEEP CREEK LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CEDAR BAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant STRATEGY ARK COLLECTIVE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant MANGROVE CAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor GG Trading Terminal Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Good Luck Games  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Ventures Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EU LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant West Realm Shires  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA AUS PTY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant HAWAII DIGITAL ASSETS INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Defendant West Realm Shires Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX SWITZERLAND GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DIGITAL CUSTODY INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Services Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Mangrove Cay Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA GLOBAL SERVICES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

District/off: 0311-1
Date Rcvd: Oct 14, 2025

User: admin
Form ID: van441

Page 57 of 74
Total Noticed: 1

Matthew R Pierce

on behalf of Counter-Defendant CEDAR GROVE TECHNOLOGY SERVICES  LTD. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant West Realm Shires Services Inc. (d/b/a FTX.US) Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Goodman Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant COTTONWOOD GROVE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX CRYPTO SERVICES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX PRODUCTS (SINGAPORE) PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Killarney Lake Investments Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX DIGITAL ASSETS LLC  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX CANADA INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant GG TRADING TERMINAL LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Crypto Services Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine India Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EQUITY RECORD HOLDINGS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST REALM SHIRES SERVICES  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DECK TECHNOLOGIES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Liquid Financial USA Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant EUCLID WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant QUOINE INDIA PTE LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Innovatia Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX PROPERTY HOLDINGS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX ZUMA LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX MARKETPLACE  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DMCC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DAAG TRADING Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST INNOVATIVE BARISTA LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH (BAHAMAS) LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Pioneer Street Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH KK Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EUROPE AG  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DECK TECHNOLOGIES HOLDINGS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Defendant FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Strategy Ark Collective Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX STRUCTURED PRODUCTS AG Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant COTTONWOOD TECHNOLOGIES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ATLANTIS TECHNOLOGY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX JAPAN K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant HANNAM GROUP INC.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Debtor Quoine Vietnam Co. Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant FTX JAPAN SERVICES KK  FTX Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant FTX US SERVICES  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Debtor Maclaurin Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Debtor FTX Zuma Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Plaintiff North Dimension Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant ALLSTON WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant ISLAND BAY VENTURES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant ALAMEDA TR LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Debtor West Innovative Barista Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Debtor FTX Structured Products AG Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant GLOBAL COMPASS DYNAMICS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant ALAMEDA TR SYSTEMS S. DE R. L. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant HILLTOP TECHNOLOGY SERVICES LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant FTX (GIBRALTAR) LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Debtor LT Baskets Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Debtor West Realm Shires Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Counter-Defendant GOOD LUCK GAMES  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
                   on behalf of Debtor Hive Empire Trading Pty Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant ALAMEDA RESEARCH LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Debtor Hawaii Digital Assets Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew Steven Sarna
on behalf of Defendant Working America matthew.sarna@us.dlapiper.com  DLAPiper@ecfxmail.com

Melissa M. Hartlipp
on behalf of Interested Party Celsius Litigation Administrator MHartlipp@coleschotz.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Melissa M. Hartlipp
on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. MHartlipp@coleschotz.com,
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Melissa M. Hartlipp
on behalf of Creditor Eden Protocol Limited MHartlipp@coleschotz.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Melissa S. Geller
on behalf of Interested Party Michelle Bond msgeller@duanemorris.com  melissa-geller-5817@ecf.pacerpro.com

Michael Barlow
on behalf of Debtor FTX Trading Ltd. michaelbarlow@quinnemanuel.com  michael-barlow-0570@ecf.pacerpro.com

Michael Barlow
on behalf of Plaintiff FTX Recovery Trust michaelbarlow@quinnemanuel.com  michael-barlow-0570@ecf.pacerpro.com

Michael Ferrara
on behalf of Interested Party Do Kwon mferrara@heckerfink.com

Michael Ferrara
on behalf of Creditor Lidia Favario mferrara@heckerfink.com

Michael Kelly
on behalf of Interested Party U.S. Securities and Exchange Commission kellymich@sec.gov

Michael Klein
on behalf of Defendant Nishad Singh mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Wandilla Holdings Limited mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Mix
on behalf of Defendant Robin Matzke mmix@morrisoncohen.com

Michael Mix
on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke mmix@morrisoncohen.com

Michael Mix
on behalf of Defendant Lorem Ipsum UG mmix@morrisoncohen.com

Michael Mix
on behalf of Defendant Patrick Gruhn mmix@morrisoncohen.com

Michael Mix
on behalf of Defendant Nawaaz Mohammad Meerun mmix@morrisoncohen.com

Michael Morris
on behalf of Interested Party State of Wisconsin Dep't of Financial Institutions morrismd@doj.state.wi.us
radkeke@doj.state.wi.us

Michael David DeBaecke
on behalf of Attorney Ashby & Geddes  P.A. mdebaecke@ashbygeddes.com,
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
on behalf of Examiner Robert J. Cleary mdebaecke@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell
on behalf of Interested Party BlockFi Inc. and affiliates mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell
on behalf of Interested Party M 7 Holdings  LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

| | |
|---|---|
| | on behalf of Interested Party Do Kwon mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor FC CAYMAN A  L.L.C. mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor M&M FTX Customers mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Interested Party Todd R. Snyder  as the Terraform Plan Administrator mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com |
| Michael J. Reiss | |
| | on behalf of Defendant K5 GLOBAL HOLDINGS LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant MBK CAPITAL LP SERIES T michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant BRYAN BAUM michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant K5X FUND I LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant SGN ALBANY LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant K5 GLOBAL VENTURES LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant K5 GLOBAL GROWTH FUND II LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC michael.reiss@lw.com michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant K5X FUND I LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant MICHAEL KIVES michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant K5 Global Growth Co-Invest I GP LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Reiss | |
| | on behalf of Defendant MOUNT OLYMPUS CAPITAL LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com |
| Michael J. Small | |
| | on behalf of Creditor Mercedes-Benz Grand Prix Limited msmall@foley.com |
| Michael Joseph Joyce | |
| | on behalf of Defendant Manifold Markets  Inc. mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | |
| | on behalf of Defendant Ross Rheingans-Yoo mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | |
| | on behalf of Creditor Ross Rheingans-Yoo mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | |
| | on behalf of Creditor Blooming Triumph International Limited mjoyce@mjlawoffices.com |
| Michael Joseph Joyce | |
| | on behalf of Defendant Manifold for Charity  Inc. mjoyce@mjlawoffices.com |
| Michael L. Vild | |
| | on behalf of Defendant Merchant Oasis Ltd. mvild@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com |
| Michael Vincent DiPietro | |
| | on behalf of Creditor Michael Lehrer mdipietro@polsinelli.com  lsuprum@polsinelli.com;delawaredocketing@polsinelli.com |
| Monique Bair DiSabatino | |

on behalf of Creditor FTX Customers with ID Codes of 00219293  etc. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Defendant Time Research Ltd. monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor TMSI SEZC Ltd. monique.disabatino@saul.com  robyn.warren@saul.com

Morris D. Weiss

on behalf of Interested Party Charles Mason mweiss@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Morris D. Weiss

on behalf of Interested Party Peter Lau mweiss@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Naznen Rahman

on behalf of Creditor FTXCREDITOR  LLC nrahman@glennagre.com, mao@glennagre.com

Nicholas Baker

on behalf of Defendant Digital Macro Fund LP nbaker@stblaw.com

Nicholas Baker

on behalf of Defendant Anthony Scaramucci nbaker@stblaw.com

Nicholas Baker

on behalf of Defendant SkyBridge Capital II  LLC nbaker@stblaw.com

Nicholas Baker

on behalf of Defendant SALT Venture Group LLC nbaker@stblaw.com

Nicholas Baker

on behalf of Defendant Brett Messing nbaker@stblaw.com

Nicholas J. Brannick

on behalf of Interested Party The Caroline Dorothy Jones 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick

on behalf of Interested Party The Christine Louise Jones 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick

on behalf of Interested Party The John Paul Jones II 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nicholas J. Brannick

on behalf of Interested Party The Dorothy Anne Jones 2007 Trust brannickn@ballardspahr.com  friedmanm@ballardspahr.com

Nick Yakutilov

nickyakutilov@gmail.com

Nicole A. Leonard

on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com

Norman L. Pernick

on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund  L.P. npernick@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@colesch
otz.com

Oxana Kozlov

on behalf of Attorney Oxana Kozlov okozlov@gmail.com

Paige Noelle Topper

on behalf of Defendant Time Research Ltd. paige.topper@saul.com  cassandra.joyner@saul.com

Paige Noelle Topper

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com paige.topper@saul.com  cassandra.joyner@saul.com

Patrick D. Vellone

on behalf of Creditor Claimant No. 65255 Patrick.Vellone@michaelbest.com  allen-vellone@myecfx.com,la@allen-vellone.com

Patrick J. Reilley

on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

Paul Haskel

on behalf of Creditor OPY Credit Corp. phaskel@crowell.com

Paul Haskel

on behalf of Creditor SSW Holding GmbH phaskel@crowell.com

Paul Haskel

on behalf of Creditor FXCL Acquisition LLC phaskel@crowell.com

Paul Haskel

on behalf of Creditor Lavanda Sands  L.L.C. phaskel@crowell.com

Paul Haskel
                    on behalf of Creditor Virgo Nightshade  L.L.C. phaskel@crowell.com

Paul Haskel
                    on behalf of Creditor Red River Digital Trading LLC phaskel@crowell.com

Paul Haskel
                    on behalf of Creditor Fire Bouvardia  L.L.C. phaskel@crowell.com

Paul Haskel
                    on behalf of Creditor Bluefin Energy  LLC phaskel@crowell.com

Paul Haskel
                    on behalf of Creditor Ceratosaurus Investors  L.L.C. phaskel@crowell.com

Paul Haskel
                    on behalf of Creditor Space Walnut  Ltd. phaskel@crowell.com

Paul A. Rubin
                    on behalf of Interested Party Nexxus Participation Vehicle III LLC prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul N. Heath
                    on behalf of Interested Party Brian C. Simms heath@rlf.com  RBGroup@rlf.com

Paul N. Heath
                    on behalf of Interested Party Peter Greaves heath@rlf.com  RBGroup@rlf.com

Paul N. Heath
                    on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) RBGroup@rlf.com

Paul N. Heath
                    on behalf of Interested Party Kevin G. Cambridge heath@rlf.com  RBGroup@rlf.com

Peter A. Siddiqui
                    on behalf of Creditor Pyth Data Association peter.siddiqui@katten.com

Peter C. Hughes
                    on behalf of Creditor Leona Sammon phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter C. Hughes
                    on behalf of Creditor Dominic John Cubitt phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter C. Hughes
                    on behalf of Creditor ELD Capital LLC phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter J Keane
                    on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke pkeane@pszjlaw.com

Peter J Keane
                    on behalf of Defendant Lorem Ipsum UG pkeane@pszjlaw.com

Peter J Keane
                    on behalf of Defendant Patrick Gruhn pkeane@pszjlaw.com

Peter J Keane
                    on behalf of Creditor Sheridan Investment Holdings LLC pkeane@pszjlaw.com

Peter J Keane
                    on behalf of Defendant Robin Matzke pkeane@pszjlaw.com

Peter R. Morrison
                    on behalf of Defendant Im Kind of a Big Deal  LLC peter.morrison@squirepb.com,
                    cle_dckt@squirepb.com;sarah.conley@squirepb.com;peter-r-morrison-9901@ecf.pacerpro.com

Peter R. Morrison
                    on behalf of Defendant Neil Patel Digital  LLC peter.morrison@squirepb.com,
                    cle_dckt@squirepb.com;sarah.conley@squirepb.com;peter-r-morrison-9901@ecf.pacerpro.com

Peter R. Morrison
                    on behalf of Defendant Neil Patel peter.morrison@squirepb.com
                    cle_dckt@squirepb.com;sarah.conley@squirepb.com;peter-r-morrison-9901@ecf.pacerpro.com

R. Montgomery Donaldson
                    on behalf of Interested Party Barbara Fried rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson
                    on behalf of Defendant Ryan Salame rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson
                    on behalf of Defendant Matthew Nass rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

District/off: 0311-1                   User: admin                          Page 64 of 74
Date Rcvd: Oct 14, 2025                Form ID: van441                       Total Noticed: 1

R. Montgomery Donaldson

    on behalf of Defendant Sam Bankman-Fried rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

    on behalf of Stockholder Samuel L. Bankman-Fried rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

    on behalf of Interested Party Ryan Salame rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

    on behalf of Defendant Joshua Leyton rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

    on behalf of Defendant John Conbere rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

    on behalf of Defendant Luis Scott-Vargas rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

    on behalf of Defendant Samuel Bankman-Fried rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

    on behalf of Defendant Matthew Place rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

    on behalf of Interested Party Joseph Bankman rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Stephen McNeill

    on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group") rmcneill@potteranderson.com,
bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;rmcneill@potteranderson.com

R. Stephen McNeill

    on behalf of Defendant Ari Litan rmcneill@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;rmcneill@potteranderson.com

R. Stephen McNeill

    on behalf of Defendant LayerZero Labs Ltd. rmcneill@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;rmcneill@potteranderson.com

R. Stephen McNeill

    on behalf of Defendant Skip & Goose LLC rmcneill@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;rmcneill@potteranderson.com

R. Stephen McNeill

    on behalf of Defendant KUROSEMI INC. rmcneill@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;rmcneill@potteranderson.com

Rachel E. Albanese

    on behalf of Defendant Working America rachel.albanese@us.dlapiper.com

Rafael Xavier Zahralddin-Aravena

    on behalf of Counter-Claimant Daniel Friedberg Rafael.Zahralddin@lewisbrisbois.com
rafael-zahralddin-4117@ecf.pacerpro.com.

Raniero D'Aversa

    on behalf of Creditor Galaxy Trading Asia Limited rdaversa@orrick.com  lmetzger@orrick.com;casestream@ecf.courtdrive.com

Raniero D'Aversa

    on behalf of Creditor Galaxy Digital LLC rdaversa@orrick.com  lmetzger@orrick.com;casestream@ecf.courtdrive.com

Reagan Charleston Thomas

    on behalf of Creditor Yangjing Lin rthomas@awkolaw.com  hpenrose@awkolaw.com

Reliable Companies

    gmatthews@reliable-co.com

Ricardo Palacio, Esq

    on behalf of Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP rpalacio@ashbygeddes.com
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com;ktsaganos@ashbygeddes.com

Ricardo Palacio, Esq

    on behalf of Creditor Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP rpalacio@ashbygeddes.com
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com;ktsaganos@ashbygeddes.com

Ricardo Palacio, Esq

    on behalf of Interested Party BitGo Trust Company  Inc. rpalacio@ashbygeddes.com,
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com;ktsaganos@ashbygeddes.com

Richard Levy, Jr.
on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his capacity as the Litigation Administrator of Celsius Network LLC, et al. rlevy@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Richard Michael Beck
on behalf of Creditor Kariya Kayamori rbeck@klehr.com  lstanton@klehr.com

Richard S. Kanowitz
on behalf of Interested Party BlockFi Inc and affiliates Richard.Kanowitz@haynesboone.com margaret.salvatore@haynesboone.com

Richard S. Kanowitz
on behalf of Interested Party BlockFi Inc. and affiliates richard.kanowitz@haynesboone.com margaret.salvatore@haynesboone.com

Richard S. Kebrdle
on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) rkebrdle@whitecase.com  mco@whitecase.com

Rick S. Miller
on behalf of Defendant Prosperity Alliance  Inc. rmiller@ferryjoseph.com, mstucky@ferryjoseph.com

Robert Rock
on behalf of Creditor New York State Department of Taxation and Finance robert.rock@ag.ny.gov

Robert Charles Maddox
on behalf of Plaintiff FTX Recovery Trust maddox@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert Charles Maddox
on behalf of Plaintiff FTX Digital Markets  Ltd. maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert F. Poppiti, Jr.
on behalf of Interested Party Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.
on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its Affiliated Debtors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.
on behalf of Creditor Committee Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.
on behalf of Intervenor Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert J. Kriner, Jr
on behalf of Plaintiff Austin Onusz rjk@chimicles.com

Robert J. Kriner, Jr
on behalf of Interested Party Austin Onusz rjk@chimicles.com

Robert J. Kriner, Jr
on behalf of Plaintiff Nicholas Marshall rjk@chimicles.com

Robert J. Kriner, Jr
on behalf of Plaintiff Cedric Kees van Putten rjk@chimicles.com

Robert J. Kriner, Jr
on behalf of Plaintiff Hamad Dar rjk@chimicles.com

Robert K. Malone
on behalf of Creditor Dr. Marcel Lotscher rmalone@gibbonslaw.com  nmitchell@gibbonslaw.com

Robert N. Cappucci
on behalf of Plaintiff Austin Onusz rcappucci@entwistle-law.com

Robert N. Cappucci
on behalf of Plaintiff Nicholas Marshall rcappucci@entwistle-law.com

Robert N. Cappucci
on behalf of Plaintiff Cedric Kees van Putten rcappucci@entwistle-law.com

Robert N. Cappucci
on behalf of Plaintiff Hamad Dar rcappucci@entwistle-law.com

Robert T. Honeywell
on behalf of Defendant Foris DAX Asia Pte. Ltd. robert.honeywell@klgates.com

Robert T. Honeywell
on behalf of Defendant Foris DAX  Inc. robert.honeywell@klgates.com

Robert T. Honeywell
  on behalf of Defendant Foris DAX MT Ltd. robert.honeywell@klgates.com

Rohan Thompson
  mail@rohanthompson.com

Roma N Desai
  on behalf of Interested Party State of Texas roma.desai@oag.texas.gov

Roma N Desai
  on behalf of Interested Party Texas State Securities Board roma.desai@oag.texas.gov

Roma N Desai
  on behalf of Interested Party Texas Dept. of Banking roma.desai@oag.texas.gov

Ronald S. Beacher
  on behalf of Creditor DOIP II Luxembourg LLC rbeacher@pryorcashman.com  bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
  on behalf of Creditor Bluefin Energy  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
  on behalf of Creditor SPCP Group  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
  on behalf of Interested Party Escaleras de Esperanza LLC rbeacher@pryorcashman.com
  bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
  on behalf of Creditor Red River Digital Trading LLC rbeacher@pryorcashman.com  bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
  on behalf of Creditor SPCP Institutional Group  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
  on behalf of Creditor BC Racing LLC rbeacher@pryorcashman.com  bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
  on behalf of Creditor SP Multi Claims Holdings  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Gellert
  on behalf of Defendant Shengyun Huang rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Interested Party FTX Customers rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Defendant Leandro Cabo rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Defendant Julie Papadakis rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Defendant Alexander Chernyavsky rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Defendant Kyle Rupprecht rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Defendant Edwin Garrison rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Defendant Sunil Kavuri rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Interested Party MDL FTX Customers rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Defendant Warren Winter rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Interested Party The FTX MDL Customers rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Defendant Michael Livieratos rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Defendant Ryan Henderson rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert
  on behalf of Defendant Gregg Podalsky rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

District/off: 0311-1

Date Rcvd: Oct 14, 2025

User: admin

Form ID: van441

Page 67 of 74

Total Noticed: 1

on behalf of Defendant Chukwudozie Ezeokoli rgellert@gsbblaw.com mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Michael Norris rgellert@gsbblaw.com mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Plaintiff FTX Trading Ltd. rgellert@gsbblaw.com mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Vijeth Shetty rgellert@gsbblaw.com mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Vitor Vozza rgellert@gsbblaw.com mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Brandon Orr rgellert@gsbblaw.com mfriedman@gsbblaw.com

Rongping Wu

on behalf of Interested Party Shupei Chen lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Ke Wang lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Yingkai Xu lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Ben Li lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Haici Gao lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Chris Curl Lee lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Hongyuan Zhai lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party DAG Holdings Limited lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Hongcheng Huang lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Jyunyu Chen lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Weiyang Zhou lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Tianqi Huang lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Yan Tang lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Huayang Zhou lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Lingling Li lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Simin Jiang lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Wenchao Tan lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Jingkuan Hou lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Qilin Chen lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Siyuan Yan lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Lu Yu lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Xiao Li lwu@dgwllp.com dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Yijian Feng lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Ryan Ernst
on behalf of Interested Party Auros Tech Limited rernst@bk-legal.com

Sabrina L. Streusand
on behalf of Creditor Cloudflare  Inc. streusand@slollp.com, prentice@slollp.com

Sal H. Lee
on behalf of Plaintiff Cedric Kees van Putten slee@entwistle-law.com

Sal H. Lee
on behalf of Plaintiff Nicholas Marshall slee@entwistle-law.com

Sal H. Lee
on behalf of Plaintiff Hamad Dar slee@entwistle-law.com

Sal H. Lee
on behalf of Plaintiff Austin Onusz slee@entwistle-law.com

Sally E. Veghte
on behalf of Creditor Kariya Kayamori sveghte@klehr.com

Samantha Martin
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com samanthamartin@paulhastings.com

Samantha Martin
on behalf of Creditor Committee Official Committee of Unsecured Creditors samanthamartin@paulhastings.com

Samantha Neal
on behalf of Defendant Robin Matzke samantha@daleylawyers.com

Samantha Neal
on behalf of Defendant Lorem Ipsum UG samantha@daleylawyers.com

Samantha Neal
on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke samantha@daleylawyers.com

Samantha Neal
on behalf of Defendant Patrick Gruhn samantha@daleylawyers.com

Sameen Rizvi
on behalf of Defendant Skip & Goose LLC srizvi@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com

Sameen Rizvi
on behalf of Defendant LayerZero Labs Ltd. srizvi@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com

Sameen Rizvi
on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group")
srizvi@potteranderson.com,
leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com

Sameen Rizvi
on behalf of Defendant Ari Litan srizvi@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com

Samson Enzer
on behalf of Defendant Binance Holdings (IE) Limited senzer@cahill.com

Samson Enzer
on behalf of Defendant Binance (Services) Holdings Limited senzer@cahill.com

Samson Enzer
on behalf of Defendant Digital Legend Hodlings Ltd. senzer@cahill.com

Samson Enzer
on behalf of Defendant Binance Holdings Limited senzer@cahill.com

Schuyler G. Carroll
on behalf of Creditor Cedar Glade LP SCarroll@manatt.com

Scott D Jones
on behalf of Creditor Evolve Bank & Trust scott.jones@cousins-law.com  kmccloskey@bayardlaw.com

Scott D. Cousins
on behalf of Creditor Evolve Bank & Trust scott.cousins@lewisbrisbois.com  susan.brown@lewisbrisbois.com

District/off: 0311-1                                    User: admin                                    Page 69 of 74
Date Rcvd: Oct 14, 2025                            Form ID: van441                              Total Noticed: 1

Scott J. Leonhardt
on behalf of Interested Party Kingdon Capital Ventures VII  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Creditor Trup Recovery LLC scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott M Tucker
on behalf of Interested Party Cedric van Putten smt@chimicles.com

Scott M Tucker
on behalf of Plaintiff Austin Onusz smt@chimicles.com

Scott M Tucker
on behalf of Interested Party Austin Onusz smt@chimicles.com

Scott M Tucker
on behalf of Plaintiff Cedric Kees van Putten smt@chimicles.com

Scott M Tucker
on behalf of Interested Party Nicholas Marshall smt@chimicles.com

Scott M Tucker
on behalf of Interested Party Hamad Dar smt@chimicles.com

Scott M Tucker
on behalf of Interested Party Cedric Kees van Putten smt@chimicles.com

Scott M Tucker
on behalf of Plaintiff Nicholas Marshall smt@chimicles.com

Scott M Tucker
on behalf of Plaintiff Hamad Dar smt@chimicles.com

Sean Glantz
sean.glantz@gmail.com

Sean Hecker
on behalf of Interested Party Do Kwon shecker@heckerfink.com

Seth B. Shapiro
on behalf of Interested Party United States seth.shapiro@usdoj.gov

Seth H. Lieberman
on behalf of Creditor Lorenz Christopher Sebastian Buehler slieberman@pryorcashman.com
bankruptcydocketing@pryorcashman.com

Seth H. Lieberman
on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. slieberman@pryorcashman.com,
bankruptcydocketing@pryorcashman.com

Shannon Forshay
on behalf of Creditor Customer 911658 sforshay@potteranderson.com  bankruptcy@potteranderson.com

Shannon Dougherty Humiston
on behalf of Interested Party Noia Capital Sarl shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Plaintiff Ahmed Abd-El-Razek shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Creditor Seth Melamed shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Plaintiff Sunil Kavuri shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Plaintiff Pat Rabitte shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Creditor Pat Rabbitte shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Interested Party Sunil Kavuri shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Interested Party Pat Rabbitte shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Creditor Sunil Kavuri shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Interested Party Ahmed Abd El-Razek shumiston@burr.com

Shawn M. Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Siena Cerra
    on behalf of Creditor Lorenzo Corsetti scerra@morrisjames.com
    slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
    on behalf of Defendant Key Solution Development Ltd. scerra@morrisjames.com
    slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
    on behalf of Defendant Nawaaz Mohammad Meerun scerra@morrisjames.com
    slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Silvia Robinson
    on behalf of Creditor Mississippi Department of Revenue sylvie.robinson@dor.ms.gov

Simon E. Fraser
    on behalf of Creditor North Field Technology Ltd. sfraser@cozen.com  simon-fraser-1269@ecf.pacerpro.com

Sommer Leigh Ross
    on behalf of Interested Party Michelle Bond slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stefania Rosca
    on behalf of Interested Party Joseph Bankman srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Defendant Samuel Bankman-Fried srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Defendant Sam Bankman-Fried srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Stockholder Samuel L. Bankman-Fried srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Defendant John Conbere srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Defendant Joshua Leyton srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Defendant Luis Scott-Vargas srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Defendant Matthew Nass srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Interested Party Barbara Fried srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Defendant Matthew Place srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Interested Party Ryan Salame srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
    on behalf of Defendant Ryan Salame srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stephanie Sasarak
    on behalf of Creditor United States of America on behalf of the Internal Revenue Service Stephanie.A.Sasarak@usdoj.gov

Stephanie M Eberhardt
    on behalf of Interested Party State of Texas stephanie.eberhardt@oag.texas.gov

Stephanie M Eberhardt
    on behalf of Interested Party Texas State Securities Board stephanie.eberhardt@oag.texas.gov

Stephanie M Eberhardt
    on behalf of Interested Party Texas Dept. of Banking stephanie.eberhardt@oag.texas.gov

Stephen B Gerald
    on behalf of Creditor James Investment Corporation Pty Ltd ATF James Superannuation Fund sgerald@tydings.com

Stephen B Gerald
    on behalf of Creditor Warwick Alan James sgerald@tydings.com

Stephen B Gerald
    on behalf of Creditor KINC Management Pty Limited sgerald@tydings.com

Stephen H. Sutro
    on behalf of Interested Party Michelle Bond shsutro@duanemorris.com

Stephen Mark Blank
   on behalf of Creditor CTC Alternative Strategies  LTD c/o Chicago Trading Company stephen.blank@alston.com

Steven A. Ginther
   on behalf of Creditor Missouri Department of Revenue Steve.Ginther@ag.iowa.gov

Steven C. Reingold
   on behalf of Defendant Time Research Ltd. steven.reingold@saul.com  michele.urann@saul.com

Steven L. Caponi
   on behalf of Defendant Iron Block Capital steven.caponi@klgates.com

Steven L. Caponi
   on behalf of Defendant Foris DAX MT Ltd. steven.caponi@klgates.com

Steven L. Caponi
   on behalf of Defendant Foris DAX  Inc. steven.caponi@klgates.com

Steven L. Holley
   on behalf of Plaintiff Maclaurin Investments Ltd. holleys@sullcrom.com

Steven L. Holley
   on behalf of Plaintiff FTX Trading Ltd. holleys@sullcrom.com

Steven L. Holley
   on behalf of Debtor FTX Trading Ltd. holleys@sullcrom.com

Tara C Pakrouh
   on behalf of Defendant BDK Consulting Ltd. tpakrouh@morrisjames.com
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Tara C Pakrouh
   on behalf of Defendant Michael Burgess tpakrouh@morrisjames.com
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Tara C Pakrouh
   on behalf of Defendant Jing Yu "Darren" Wong tpakrouh@morrisjames.com
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Tara C Pakrouh
   on behalf of Defendant Nawaaz Mohammad Meerun tpakrouh@morrisjames.com
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Tara C Pakrouh
   on behalf of Defendant Matthew Burgess tpakrouh@morrisjames.com
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Tara C Pakrouh
   on behalf of Defendant Lesley Burgess tpakrouh@morrisjames.com
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Tara C Pakrouh
   on behalf of Defendant 3Twelve Ventures Ltd. tpakrouh@morrisjames.com
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Tara C Pakrouh
   on behalf of Defendant Key Solution Development Ltd. tpakrouh@morrisjames.com
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Tara C Pakrouh
   on behalf of Interested Party Avalanche (BVI)  Inc. tpakrouh@morrisjames.com,
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Tara C Pakrouh
   on behalf of Creditor FTX Customer with ID Code of 00331099 tpakrouh@morrisjames.com
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Tara C Pakrouh
   on behalf of Defendant Huy Xuan "Kevin" Nguyen tpakrouh@morrisjames.com
   ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames@ecf.courtdrive.com

Therese Anne Scheuer

on behalf of Interested Party U.S. Securities and Exchange Commission scheuert@sec.gov

Thomas A. Pitta

on behalf of Creditor Cadian Group Co. tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

Thomas D. Bielli

on behalf of Interested Party Auros Tech Limited tbielli@bk-legal.com

Thomas E Lauria

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) tlauria@whitecase.com  mco@whitecase.com

Thomas Joseph Francella, Jr.

on behalf of Interested Party Grant Kim TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.

on behalf of Interested Party BH Trading Ltd. TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.

on behalf of Interested Party Pngme TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas Joseph Francella, Jr.

on behalf of Interested Party Peter Kim TFrancella@raineslaw.com thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Thomas S. Kessler

on behalf of Creditor Canyon ESG Master Fund  L.P. tkessler@cgsh.com, maofiling@cgsh.com

Thomas S. Kessler

on behalf of Creditor The Canyon Value Realization Master Fund  L.P. tkessler@cgsh.com, maofiling@cgsh.com

Thomas S. Kessler

on behalf of Creditor Canyon IC Credit Master Fund L.P. tkessler@cgsh.com  maofiling@cgsh.com

Thomas S. Kessler

on behalf of Creditor Canyon-ASP Fund  L.P. tkessler@cgsh.com, maofiling@cgsh.com

Thomas T Janover

on behalf of Creditor Contrarian Funds  LLC Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor DCP Master Investments XVI LLC Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor DCP Master Investments XIV LLC Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor Oroboros FTX 1  LLC Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor DCP Master Investments XV LLC Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor Seaport Loan Products LLC Thomas.Janover@hsfkramer.com

Tori Lynn Remington

on behalf of Interested Party BlockFi Inc. and affiliates tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com

Tristan G Axelrod

on behalf of Interested Party BlockFi Inc. and affiliates taxelrod@brownrudnick.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

William A. Hazeltine

on behalf of Creditor Astteria (HK) Limited whazeltine@sha-llc.com

William B Larson, Jr

on behalf of Interested Party The Financial Times Ltd. wlarson@mgmlaw.com

District/off: 0311-1
Date Rcvd: Oct 14, 2025

User: admin
Form ID: van441

Page 73 of 74
Total Noticed: 1

William B Larson, Jr

on behalf of Interested Party The New York Times Company wlarson@mgmlaw.com

William B Larson, Jr

on behalf of Interested Party Bloomberg L.P. wlarson@mgmlaw.com

William B Larson, Jr

on behalf of Interested Party Dow Jones & Company  Inc. wlarson@mgmlaw.com

William D. Sullivan

on behalf of Creditor Word of God Fellowship  Inc. wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Weiwei Ji wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Interested Party Weiwei Ji wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Claimant No. 65255 wdsecfnotices@sha-llc.com

William E. Chipman, Jr.

on behalf of Interested Party Silvergate Bank chipman@chipmanbrown.com
fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

William K. Pao

on behalf of Defendant Bybit Fintech Ltd. efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

William K. Pao

on behalf of Defendant Burdy Technology Limited efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

William K. Pao

on behalf of Defendant Ethereal Tech Pte. Ltd efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

William Matthew Uptegrove

on behalf of Interested Party U.S. Securities and Exchange Commission uptegrovew@sec.gov

Yienie Peng

ypeng@faralloncapital.com

Zhao Liu

on behalf of Interested Party Qilin Chen liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Xiao Li liu@teamrosner.com  wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Weiyang Zhou liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Shupei Chen liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Wenchao Tan liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Siyuan Yan liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Jyunyu Chen liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Lu Yu liu@teamrosner.com  wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party DAG Holdings Limited liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Hongcheng Huang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Yijian Feng liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Simin Jiang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Lingling Li liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Hongyuan Zhai liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Ben Li liu@teamrosner.com  wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Chris Curl Lee liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Ke Wang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Jingkuan Hou liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Huayang Zhou liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Yan Tang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Haici Gao liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Tianqi Huang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Yingkai Xu liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

TOTAL: 1618