| | |
|---|---|
| 1<br>2<br>3<br>4 | AUGUST W. CAIMI  (Cal. Bar No. 110342)<br>CAIMI LAW CORPORATION<br>1536 W. 25th St., #105<br>San Pedro, CA 90732<br>Telephone: (213) 864-4000<br>teamaugust@gmail.com |

RECEIVED
2025 OCT 15 AM 9:42
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| In re:<br><br>FTX TRADING LTD., *et al*,<br><br>Debtors | Chapter 11<br><br>CASE NO. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**CLAIM / SCHEDULE # 28067**<br>**Attached hereto**<br><br>Response Deadline: October 16, 2025 at 4:00 pm ET<br><br>Ref. Nos.  32598 & 32604 |
|---|---|

### RESPONSE TO FTX RECOVERY TRUST'S NOTICE OF PARTIAL SATISFACTION OF CLAIMS - NOTICE OF CLARIFICATION

**CLAIM NUMBER 28067**

Claimant Augustine W. Caimi responds to FTX Recovery Trust's Notice of Partial Satisfaction of Claims ("NPS"), attached hereto as follows:

Claimant does not object to the attached NPS. The amounts stated in the NPS Schedule 2 are correct.

However, the attached NPS Schedule 2 states, toward the bottom, that the Claim has been modified:

**"Reason: Claim has been partially satisfied via withdrawal of 0.085696750000000 BTC"**

Claimant has not withdrawn or received any BTC.  Claimant has not withdrawn or received anything from this account since Claimants assets listed on Schedule 2 were frozen.  Claimant has not received any reimbursement yet from any source for any part of this Claim.

Thus Claimant's claim has not been "partially satisfied" yet.

The BTC and all Schedule 2 Assets are still in Claimants account on the FTX Portal.

Thus Claimant merely requests reimbursement in due course of this entire Claim, including the BTC and all the assets listed on Schedule 2.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 6, 2025 at Los Angeles, CA.

        AUGUST W. CAIMI
        Caimi Law Corporation

*Augustine W. Caimi*   (electronic signature)

_____
August W. Caimi

See NPS with Schedule 2 Attached

2

SRF 91677

32604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Response Deadline: October 16, 2025 at 4:00 p.m. (ET) |
| | Ref. Nos. 32598 & 32604 |

### NOTICE OF THE FTX RECOVERY TRUST'S NOTICE OF
### PARTIAL SATISFACTION OF CLAIMS

> **YOUR RIGHTS MAY BE AFFECTED BY A FAILURE TO RESPOND TO THIS NOTICE BY THE DEADLINE SET FORTH HEREIN. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND PARTIALLY SATISFIED CLAIMS ON SCHEDULE 1 OR SCHEDULE 2 OF THE NOTICE OF SATISFACTION ATTACHED HERETO AS EXHIBIT A AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE NOTICE OF SATISFACTION.**

**PLEASE TAKE NOTICE** that on September 2, 2025, counsel to the FTX Recovery Trust[2] filed the *Notice of Partial Satisfaction of Claims* (the "Notice of Satisfaction") [D.I. 32598, redacted and D.I. 32604, sealed].[3] Attached hereto as **Exhibit A** is a copy of the Notice of Satisfaction with an individualized exhibit identifying your claim(s) subject to the Notice of Satisfaction.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Notice of Satisfaction must be (i) in writing; (ii) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 16, 2025 at 4:00 p.m. (ET)** (the "Response Deadline") and (iii) served upon counsel to the FTX Recovery Trust, (a) Sullivan

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

[3] A complete copy of the Notice of Satisfaction including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the FTX Recovery Trust's noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Notice of Satisfaction can be found at docket number 32598.

{1368.003-W0083309.}

& Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Kimberly A. Brown (brown@lrclaw.com) and Matthew R. Pierce (pierce@lrclaw.com).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE NOTICE OF SATISFACTION, (I) YOU WILL BE DEEMED TO HAVE CONSENTED TO THE NOTICE OF SATISFACTION AND THE FTX RECOVERY TRUST'S DETERMINATION WITH RESPECT TO YOUR SATISFIED CLAIM, AS SET FORTH IN THE NOTICE OF SATISFACTION AND ON SCHEDULE 1, AND SCHEDULE 2 THERETO, AND (II) WITHOUT FURTHER NOTICE TO ANY PARTY (INCLUDING THE CLAIMANT) OR ORDER OF THE BANKRUPTCY COURT, KROLL SHALL UPDATE THE CLAIMS REGISTER TO REFLECT SUCH SATISFIED CLAIM AS PARTIALLY SATISFIED.**

Dated: September 2, 2025
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*

# EXHIBIT A

FTX Trading Ltd. 22-11068 (KBO)
Notice of Partial Satisfaction
Schedule 2

| Claim / Schedule Number | Name | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 28067 | Caimi, Augustine W. | West Realm Shires Services Inc. | BTC | 0.0856967500000000 | West Realm Shires Services Inc. | 0.0000000000000000 |
| | | | ETH | 0.7695820000000000 | | 0.7695820000000000 |
| | | | ETHW | 0.7695820000000000 | | 0.7695820000000000 |
| | | | SOL | 35.0319398991800 | | 35.0319398991800 |
| | | | USD | 0.0000038036200075 | | 0.0000038036200075 |

Reason: Claim has been partially satisfied via withdrawal of 0.0856967500000000 BTC.

Claim was ordered modified on the FTX Recovery Trust's One Hundred Seventieth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)

*handwritten: $1503.16*

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Caimi Law Corporation, 1536 W. 27th St., #105, San Pedro, California. On October 10, 2025, I served the following document(s): **RESPONSE TO FTX RECOVERY TRUST'S NOTICE OF PARTIAL SATISFACTION OF CLAIMS - NOTICE OF CLARIFICATION** on the interested party(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows: **SEE SERVICE LIST BELOW**

( X ) **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above or on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

( X ) **BY ELECTRONIC SERVICE.** Based on a court order or an agreement of the parties to accept electronic service, I caused documents to be sent to the persons at the electronic service addresses listed above

**FEDERAL.** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Date: October 10, 2025   Los Angeles, California

_____
Cynthia Speltz

## SERVICE LIST

LANDIS RATH & COMB LLP
Adam G Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Sullivan & Cromwell LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, New York 10004

landis@lrclaw.com,
brown@lrclaw.com,
pierce@lrclaw.com,
bromleyj@sullcrom.com,
dietdericha@sullcrom.com,
glueckstein@sullcrom.com,
kranzley@sullcrom.com,
August A <teamaugust@gmail.com>,
FTX Support <support@ftx.com>,
clientservices@ra.kroll.com

DECLARATION                                                      CAIMI LAW CORPORATION
- 1 -



# CAIMI LAW CORPORATION

1536 W. 25TH ST., #105
SAN PEDRO, CALIFORNIA 90732

(310) 864-4000
teamaugust@gmail.com

October 10, 2025

RECEIVED
2025 OCT 15  AM 9: 42
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Gentlepersons:

Please file the enclosed

RESPONSE TO FTX RECOVERY TRUST'S NOTICE OF PARTIAL SATISFACTION OF CLAIMS - NOTICE OF CLARIFICATION.

Please return a conformed copy in the Self-Addressed envelope enclosed.

Thank you.

August W. Caimi
Caimi Law Corporation

CONFIDENTIALITY NOTE: The documents in this transmission contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this office immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you. No original is mailed unless otherwise indicated.