**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
In re:
FTX TRADING LTD., et al.,
Debtors. Chapter 11
Case No. 22-11068 (KBO) (Jointly Administered)

### JOINDER AND STATEMENT IN SUPPORT OF MOTION D.I. 32230
### – MOTION FOR CLARIFICATION REGARDING THE CURRENCY NATURE OF
### CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN
*(Related to D.I. 32230 and D.I. 32720)*

Creditor **Xin Huang** (the "Joinder Party"), appearing *pro se* and holding Claim ID 8566, respectfully submits this Joinder in support of Motion D.I. 32230 (the "Motion"), and states as follows:

## JOINDER

1. The Joinder Party joins in full the Motion, including all arguments, authorities, and requested relief, as if set forth fully herein.
2. The Joinder Party does not seek separate or additional relief beyond that requested in the Motion. This Joinder is submitted without waiver of any rights, claims, or defenses, and the Joinder Party reserves the right to be heard at the omnibus hearing scheduled for October 23, 2025 (D. I. 32720).
3. This Joinder is timely filed pursuant to Local Rule 9006-1(d), as a reply in support of the Motion, and is respectfully submitted for inclusion on the agenda if appropriate.

## WHEREFORE

The Joinder Party respectfully requests that the Court grant the relief requested in Motion D. I. 32230, and grant such other and further relief as the Court deems just and proper.

Dated: October 7, 2025
Xin Huang (Pro Se Creditor) *[signature]*
FTX.com Unique Customer Code: 00246768
Email: huangxin201@gmail.com
Mailing Address: 3351 Monroe St Apt 5, Santa Clara, CA 95051, USA
Residential Address: [redacted] China

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

In re:

FTX TRADING LTD., et al.,

Debtors.

Chapter 11

Case No. 22-11068 (KBO)

# CERTIFICATE OF SERVICE

I, Xin Huang, hereby certify that on October 7, 2025, I caused a true and correct copy of the **JOINDER AND STATEMENT IN SUPPORT OF MOTION D.I. 32230 – MOTION FOR CLARIFICATION REGARDING THE CURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN** to be served via email upon the following parties:

**Debtors' Counsel** Sullivan & Cromwell LLP Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley Email: dietdericha@sullcrom.com, bromleyj@sullcrom.com, gluecksteinb@sullcrom.com, kranzleya@sullcrom.com

Landis Rath & Cobb LLP Attn: Adam G. Landis, Kimberly A. Brown, Matthew R. Pierce Email: landis@lrclaw.com, brown@lrclaw.com, pierce@lrclaw.com

**FTX Recovery Trust (Claims Agent)** Email: ftxinfo@ra.kroll.com

**Office of the United States Trustee – Region 3** Attn: Juliet M. Sarkessian, Benjamin A. Hackman, David Gerardi Email: juliet.m.sarkessian@usdoj.gov, benjamin.a.hackman@usdoj.gov, david.gerardi@usdoj.gov

Dated: October 7, 2025

Xin Huang

Signature: *Xin Huang*

# USPS Click-N-Ship® Label



9400 1301 0935 5110 4413 39 0052 0000 0201 9801



U.S. POSTAGE PAID
ClickNShip®

Mailed from 95051  8183455937258280

usps.com
$5.20
US POSTAGE

10/08/2025
0 lb 2 oz

**G**

## USPS GROUND ADVANTAGE™

Created 10/08/2025

RDC 01
C012

XIN HUANG
3351 MONROE ST APT 5
SANTA CLARA CA 95051-1443

US BANKRUPTCY COURT DISTRICT OF DE
CLERK OF THE COURT
824 N MARKET ST FL 3
WILMINGTON DE 19801-3024





USPS TRACKING #

9400 1301 0935 5110 4413 39

