**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related to D.I. 32230, 32269, and 32720** |

2025 OCT 16 P 3:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**JOINDER AND CONSOLIDATED STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF (I) MOTION D.I. 32230 (CLARIFICATION REGARDING THE CURRENCY NATURE OF CREDITOR DISTRIBUTIONS) AND (II) MOTION D.I. 32269 (PROCEDURES FOR ADDRESS/JURISDICTION UPDATES)**

Creditor WEIPENG ZHAO (the "Joinder Party"), appearing pro se (Claim No. 250707), respectfully states:

**JOINDER**

1. Joinder Party supports Motions D.I. 32230 and D.I. 32269 in full, including their arguments, authorities, and requested relief, as if set forth herein.

2. Joinder Party seeks no separate or additional relief beyond that requested in the Motions, but reserves the right to be heard at the October 23, 2025 omnibus hearing.

**POINTS AND AUTHORITIES**

3. Procedural Posture. The Court has emphasized that distribution issues should be addressed via transparent procedures, including a residency-dispute mechanism and a case-specific scheduling order, with forfeiture timing and any "alternative delivery

methods" reserved. Clarifying USD tender and mandating a public address/jurisdiction update process fit squarely within Fed. R. Bankr. P. 3020(d) and 11 U.S.C. § 1142(b).

4. USD Tender Clarification (D.I. 32230). Confirming that distributions are USD payments (absent contrary election) aligns the Trust's DSP/banking setup with plan implementation, avoids crypto-specific compliance barriers, and prevents inconsistent application of "Potentially Restricted Jurisdiction" labels to USD remittances.

5. Address/Jurisdiction Updates & Residency Disputes (D.I. 32269). A published, uniform protocol—paired with an express residency-dispute channel to this Court—implements the Court's July 22 guidance and ensures creditors can correct stale KYC/tax data and timely challenge residency determinations tied to any future designation.

**RELIEF REQUESTED**

WHEREFORE, the Joinder Party respectfully requests that the Court set Motions D.I. 32230 and 32269 to be heard as part of the October 23, 2025 omnibus process; grant the relief therein; and grant such other and further relief as the Court deems just and proper.

Dated: October 8, 2025

Respectfully submitted,

Weipeng Zhao

Creditor, pro se

Email: roczhao@outlook.com

Mailing Address: 469,yinxilu,jiutingzhen,songjiangqu,Shanghai,China

**CERTIFICATE OF SERVICE**

I, WEIPENG ZHAO, certify that on October 8, 2025, I caused copies of this Joinder and Statement of Points and Authorities to be served via email upon:

**U.S. Trustee (Delaware):**

• Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov

• Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov

• David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP:**

• Andrew G. Dietderich – dietdericha@sullcrom.com

• James L. Bromley – bromleyj@sullcrom.com

• Brian D. Glueckstein – gluecksteinb@sullcrom.com

• Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP:**

• Adam G. Landis – landis@lrclaw.com

• Kimberly A. Brown – brown@lrclaw.com

• Matthew R. Pierce – pierce@lrclaw.com

• Matthew B. McGuire – mcguire@lrclaw.com

I certify under penalty of perjury that the foregoing is true and correct

Dated: October 8, 2025

Weipeng Zhao

Weipeng Zhao
469,yinxilu,jiutingzhen,songjiangqu,Shanghai,China
roczhao@outlook.com
Oct 8,2025

To:United States Bankruptcy Court

Attn: Clerk of the Court

824 North Market Street, 3rd Floor

Wilmington, Delaware 19801

Re: Objection to FTX Recovery Trust's Motion to Implement Restricted Jurisdiction Procedures — Case No. 22-11068 (KBO)

emely Urgent
For FedEx Express® Shipments Only
Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.
For more information on FedEx Express services, solutions, and shipping locations, go to fedex.com or contact your nearest FedEx location.
© 2012 FedEx 139757 REV 1/12 TG
3780 W CENTURY BLVD
INGLEWOOD, CA 90303
UNITED STATES US
SHIP DATE: 13OCT25
BILL SENDER
TO CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON DE 19801
(302) 252-2900
3941 4776 3393
THU - 16 OCT AA
** 2DAY **
SA ZWIA
19801
DE-US
PHL
19801-3024-99
WILMINGTON,DE
4197 THU 10/16 07:44
824 N MARKET ST
773-1120SQ
FedEx

