IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32230, D.I. 32269, and D.I. 32720*

**JOINDER AND STATEMENT IN SUPPORT OF**

**MOTION D.I. 32230 – MOTION FOR CLARIFICATION REGARDING THE**

**CURRENCY NATURE OF CREDITOR DISTRIBUTIONS UNDER THE CONFIRMED PLAN**

**AND**

**MOTION D.I. 32269 – MOTION TO COMPEL FTX RECOVERY TRUST & KROLL TO**

**PROVIDE SUBSTANTIVE RESPONSE TO CREDITOR INQUIRIES AND TO ESTABLISH**

**CLEAR PROCEDURES FOR ADDRESS AND JURISDICTION UPDATES**

Creditor Hennadii Savenko (the "Joinder Party"), appearing pro se (Unique Customer Code: 02249486, and Claim ID 18954), respectfully states as follows:

**JOINDER**

1. The Joinder Party respectfully supports and joins in Motion D.I. 32230 and Motion D.I. 32269 (the "Motions"), including all arguments, authorities, and requested relief therein, as if set forth fully herein.

2. The Joinder Party seeks no separate or additional relief beyond that requested in the Motions. For the avoidance of doubt, this Joinder is submitted without waiver of any rights, claims, or defenses, and the Joinder Party reserves the right to be heard at the October 23, 2025 omnibus hearing (D.I. 32720).

**WHEREFORE,** Joinder Party respectfully requests that the Court (i) recognize this Joinder, (ii) schedule the Motions for hearing on October 23, 2025, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: October 9, 2025

Hennadii Savenko (pro se)

Unique Customer Code: 02249486, and Claim ID 18954

Email: 2sova2@gmail.com

Address: Pafos, Cyprus

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

*Related to D.I. 32230, D.I. 32269, and D.I. 32720*

### CERTIFICATE OF SERVICE

I, Hennadii Savenko, hereby certify that on October 9, 2025, I caused copies of my Joinder and Statement in Support to be served via email upon the following recipients:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com

- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

Request for Consent / Reservation: By this certificate and the cover email, Joinder Party requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent or the Court requires alternate service, Joinder Party will promptly cure by effecting service consistent with FRBP 7004/9014.

I certify that the foregoing statements are true and correct.

Dated: October 9, 2025

*[signature]*

Hennadii Savenko (pro se)

Unique Customer Code: 02249486, and Claim ID 18954

Email: 2sova2@gmail.com

Address: Pafos, Cyprus

Clerk of Court

United States Bankruptcy Court for the District of Delaware

824 N. Market Street, 3rd Floor

Wilmington, DE 19801

RECEIVED
2025 OCT 17 PM 2:40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) – Status Conference Oct. 23, 2025 (D.I. 32720)**

**Submission of Joinders from 18 Creditors in Support of Motion D.I. 32230 and/or Motion D.I. 32269 and/or Motion D.I. 32945**

Dear Clerk of Court:

I am a pro se creditor (Claim ID: 6718003) in the above-captioned case. Enclosed are **joinders from 18 different creditors** supporting **D.I. 32230** and/or **D.I. 32269** and/or **Motion D.I. 32945** for the **Oct. 23, 2025** status conference (**D.I. 32720**). To reduce international mailing friction, I collected and mailed them together with a friend's assistance.

**Request:** Please **docket each joinder as a separate entry**, identifying the individual creditor as the filer and cross-referencing the applicable motion(s).

Thank you for your assistance.

Respectfully submitted,

*Hejia Zhao*

Hejia Zhao (pro se)

Claim ID: 6718003

Mood Lyndhurst, [Apt redacted], 38 Lyndhurst Terrace, Central, Hong Kong

Email: hz263@cornell.edu