IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

### NOTICE OF INTENT TO SERVE SUBPOENA ON CAN SUN

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable through Rule 9016 of the Federal Rules of Bankruptcy Procedure, Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (the "Joint Liquidators") of Three Arrows Capital, Ltd., by and through their undersigned counsel, intend to serve the subpoena annexed hereto as **Exhibit A** on non-party Can Sun.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the subpoena, the deposition shall commence on **November 3, 2025, commencing at 9:00 a.m. prevailing Eastern Time**, at Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, or at a date, time and location that is mutually agreeable to the parties.

The deposition will be taken upon oral examination by a person authorized to administer oaths and will be recorded by video and stenographic means. In accordance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, this deposition will be taken

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

for the purpose of discovery and/or used as evidence in connection with the above-captioned proceeding.

Dated: October 17, 2025  
New York, New York

*/s/ Alexis R. Gambale*

Christopher Harris (admitted *pro hac vice*)  
Adam J. Goldberg (admitted *pro hac vice*)  
Zachary Proulx (admitted *pro hac vice*)  
Nacif Taousse (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200  
Facsimile: (212) 751-4864  
Email:  christopher.harris@lw.com  
    adam.goldberg@lw.com  
    zachary.proulx@lw.com  
    nacif.taousse@lw.com

– and –

John W. Weiss (No. 4160)  
Joseph C. Barsalona II (No. 6102)  
Alexis R. Gambale (No. 7150)  
**PASHMAN STEIN WALDER HAYDEN, P.C.**  
824 North Market Street, Suite 800  
Wilmington, DE 19801  
Telephone: (302) 592-6496  
Facsimile: (732) 852-2482  
Email:  jweiss@pashmanstein.com  
    jbarsalona@pashmanstein.com  
    agambale@pashmanstein.com

*Counsel to the Joint Liquidators*  
*of Three Arrows Capital, Ltd.*