IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

### NOTICE OF INTENT TO SERVE SUBPOENA ON ZIXIAO (GARY) WANG

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable through Rule 9016 of the Federal Rules of Bankruptcy Procedure, Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (the "Joint Liquidators") of Three Arrows Capital, Ltd. ("3AC"), by and through their attorneys, intend to serve the subpoena annexed hereto as **Exhibit A** on non-party Zixiao (Gary) Wang.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the subpoena, the deposition shall commence on **November 4, 2025 starting at 09:00 a.m. Eastern Time**, at Latham & Watkins LLP, 200 Clarendon St, Boston, MA 02116, or at a location mutually agreeable to the parties.

The deposition will be taken upon oral examination by a person authorized to administer oaths and will be recorded by video and stenographic means. In accordance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, this deposition will be taken

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

for the purpose of discovery and/or used as evidence in connection with the above-captioned proceeding.

| | |
|---|---|
| Dated: October 17, 2025<br>New York, New York | /s/ Alexis R. Gambale |

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Zachary Proulx (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  christopher.harris@lw.com
 adam.goldberg@lw.com
 zachary.proulx@lw.com

– and –

John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
 jbarsalona@pashmanstein.com
 agambale@pashmanstein.com

*Counsel to the Joint Liquidators*
*of Three Arrows Capital, Ltd.*