IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                  :

In re:                                           :    Chapter 11

FTX TRADING LTD., *et al.*,[1]    :    Case No. 22-11068 (KBO)

Debtors.                        :    (Jointly Administered)

------------------------------------------------------------ x

**SUPPLEMENTAL NOTICE OF DEPOSITION OF THE FTX RECOVERY TRUST
PURSUANT TO FED. R. CIV. P. 30(b)(6)**

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to this matter by Rules 7026, 7030, and 9014(c) of the Federal Rules of Bankruptcy Procedure, Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives and joint liquidators (the "Joint Liquidators") of Three Arrows Capital, Ltd., by and through their undersigned counsel, will take the deposition of the FTX Recovery Trust and FTX Trading Ltd. and its debtor affiliates, on **October 20, 2025 at 10:00 a.m. prevailing Eastern Time**, via remote videoconferencing means, or at such other date, time, and location that is agreed on by the parties.

The deposition will be taken before a person authorized to administer oaths and will be recorded by videographic and/or stenographic means. Testimony will be taken for purposes of discovery relating to the *Supplemental Declaration of Steven P. Coverick in Support of the FTX Recovery Trust's Objection to the Amended Proof of Claim Filed by Joint Liquidators of Three*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Arrows Capital* [D.I. 32748], including the Exhibit and Schedules thereto, and for any other permissible purposes.  The Joint Liquidators reserve the right to take additional depositions of the FTX Recovery Trust, the Debtors, and any of their parents, subsidiaries, affiliated entities, partners, members, agents, advisors, directors, officers, experts, or employees, and to seek additional discovery from the FTX Recovery Trust, the Debtors, and any other parties relating to the above-captioned chapter 11 cases or any other matters.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the FTX Recovery Trust shall designate one or more officers, directors, managing agents, or persons who consent to testify on its behalf regarding the Topic for Examination set forth in **Exhibit A**, in accordance with the Definitions set forth therein.

| | |
|---|---|
| Dated: October 17, 2025<br>Wilmington, Delaware | */s/ Alexis R. Gambale* |

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Zachary F. Proulx (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  christopher.harris@lw.com
            adam.goldberg@lw.com
            zachary.proulx@lw.com
            nacif.taousse@lw.com

– and –

John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email:  jweiss@pashmanstein.com
            jbarsalona@pashmanstein.com
            agambale@pashmanstein.com

*Counsel to the Joint Liquidators*
*of Three Arrows Capital, Ltd.*