# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al., Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

## OBJECTION TO TREATMENT OF CLAIM AS BELOW DE MINIMIS AMOUNT

I, Ville Tolvanen, a customer and creditor of the above-captioned Debtors, respectfully submit this objection to the treatment of my claim in the FTX customer claims portal.

### 1. Background

• I held customer assets (cryptocurrency) with FTX as of the Petition Date (November 11, 2022).

• In the claims portal, my balance has been recorded as below the de minimis amount of $10, which disables Step 7 and prevents me from participating in distributions.

• Based on my records, my holdings were substantially greater than $10 as of the Petition Date.

### 2. Notice and Timing

To the extent the Debtors contend that I missed the original Customer Bar Date, I respectfully submit that I did not receive effective notice. On information and belief, notice regarding the Customer Bar Date and/or portal access was sent primarily via email and was likely captured by my email provider's spam filtering. I did not see those emails at the time. Upon discovering the issue, I acted diligently to pursue my claim. I therefore request that the Court deem my claim timely or otherwise grant relief allowing my claim to be considered on the merits, including under Federal Rule of Bankruptcy Procedure 9006(b)(1) for excusable neglect and principles of due process related to adequate notice.

## 3. Grounds for Objection
• The balance reflected in the portal does not match my actual account history and holdings.

• Under the confirmed plan and claims procedures, customer claims above $10 are entitled to participate in distributions.

• By incorrectly reducing my claim below $10, I am excluded from Step 7 and meaningful participation, causing prejudice.

## 4. Relief Requested
• An order directing the FTX Recovery Trust and Kroll to review and reconcile my claim with the Debtors' books and records;

• Recognition of my claim in the correct amount, reflecting holdings above the $10 de minimis threshold;

• To the extent necessary, a finding that my claim is timely or that late filing is excused and my claim be allowed to proceed;

• Such other and further relief as the Court deems just and proper.

## 5. Supporting Evidence
I can provide account statements, transaction history, and other contemporaneous records substantiating the value of my holdings as of the Petition Date. If required, I request a brief schedule to submit those materials.


Dated: Tuesday, 30 September 2025
Respectfully submitted,


Ville Tolvanen

Hämäläistentie 6b 02780 Espoo Finland

tolvanen1@hotmail.com +358 40 834 5650

Claim_3265-70-KRFBF-664279143

## CERTIFICATE OF SERVICE

I, Ville Tolvanen, certify that on the date below, I served a true and correct copy of the foregoing Objection upon the following parties by first-class mail and/or email:

Debtors' Counsel (FTX Recovery Trust) – Landis Rath & Cobb LLP
Attn: Adam G. Landis, Kimberly A. Brown, Matthew R. Pierce
919 Market Street, Suite 1800, Wilmington, DE 19801
Emails: landis@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com

Debtors' Counsel – Sullivan & Cromwell LLP
Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein,
Christian P. Jensen
125 Broad Street, New York, NY 10004
Emails: dietdericha@sullcrom.com; bromleyj@sullcrom.com;
gluecksteinb@sullcrom.com; jensenc@sullcrom.com

Office of the United States Trustee (Region 3)
Attn: Juliet M. Sarkessian
J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35,
Wilmington, DE 19801

(Optional) Securities and Exchange Commission

(Optional) Internal Revenue Service

(Optional) U.S. Department of Justice

(Optional) U.S. Attorney for the District of Delaware

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 30 Sep 2025

Ville Tolvanen

**VIA FIRST CLASS MAIL**

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

**Re:** In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) – Objection to Treatment of Claim as Below De Minimis Amount

Dear Clerk,

Enclosed please find my **Objection to Treatment of Claim as Below De Minimis Amount**, filed in the above-referenced matter.

Copies of this objection have also been served on Debtors' counsel and the Office of the United States Trustee.

Thank you for your assistance.

Respectfully submitted,

----------------------------
Ville Tolvanen

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801
UNITED STATES OF AMERICA

