IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED
2025 OCT 20 AM 8:24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

Clerk of Court

United States Bankruptcy Court for the District of Delaware

824 N. Market Street, 3rd Floor

Wilmington, DE 19801 USA

Dear Clerk of Court:

**JOINDER OF [Qi Lu] IN SUPPORT OF MOTION D.I. 32230** <u>Motion for Clarification Regarding the Currency Nature of Creditor Distributions under the Confirmed Plan. Filed by Weiwei Ji as Pro se. The case judge is Karen B Owens. (KAR)Modified on 8/7/2025</u>

I, [Qi Lu], a creditor of the above-captioned debtors, respectfully submit this Joinder in support of Motion D.I. 32230 (the "Motion") regarding the denomination of customer claims in U.S.

1 | 2

Dollars and request that the Court grant the relief requested in the Motion.

1. I am a creditor in these Chapter 11 cases. My Claim Number is: [34477].

2. I have reviewed Motion D.I. 32230 and fully support the relief sought therein, namely, that customer claims should be denominated and distributed in U.S. Dollars in order to preserve fairness and reflect the true economic value of such claims.

3. I respectfully request that the Court consider my position in connection with the hearing currently scheduled for October 23, 2025.

Thank you for your assistance.

Respectfully submitted,

Name: [Qi Lu] (pro se)

Signature: *Qi Lu.*

Address: [On file with Kroll/Debtors]

Email Address: [7875181@qq.com]

City, Country: [Shanghai, China]

Dated: [September 29, 2025]