Professional Request for Recognition and Compensation

Subject: Request for Acknowledgment and Compensation for Contributions to TON and NOTcoin Projects.

Dear [Judge]

I am writing to formally request recognition and compensation for my contributions to the TON and NOTcoin projects. Over the past Five years, I have played an active role in developing and supporting the ecosystem in both TON and NOTcoin, contributing substantial effort and time to advance these initiatives. This is my first Request of the money worth total 2 trillions dollar, I will claim the other 1,9 later on.

Key points:
I contributed significantly to the development and growth of the TON and NOTcoin ecosystems from the inception of the projects.
My involvement spanned a considerable period (approximately five years) and included strategic planning, community engagement, roadmap execution, technical work. Partnership- FTX].
I have prepared documentation detailing my timetable and workload to substantiate the extent of my contributinos. I`m depending on Sam Bankman-Fried putting the documents on the table he said he would do so to me, in the Delware Bankruptcy-Court Case 22-11068.

Regarding compensation of US$100,000,000,000,000 (One Hundred Billions Dollars) in recognition of my contributions and impact on the Projects. I am open to discussing the form and structure of this compensation (e.g., equity. Tokens, or other consideration) in a manner that is fair, verifiable, and legally compliant.
I understand that any award or payment would require appropriate due diligence, appraisal and approval through the relevant legal and corporate processes

Additional notes:
I previously engaged in discussions with Sam Bankman-Fried regarding documentation pertinent to a matter before Judge John T.Dorsey in the bankruptcy court for the district of Delaware.

Thank you for your attention to this matter. I look forward to a constructive and timely discussion.

Sincerely
Preben Eikeland Johnsen
Nomyz Ltd
+4792805573
Pejait@outlook.com

Schedule F

| Customer Number | Crypto/ Fiat Token | Hours | Amount |
|---|---|---|---|
| 1555727123 | United States Dollar usd | 100 | 1 000 000 000 000 |
| | | | 2 000 000 000 000 |
| | | | 2 000 000 000 000 |
| 1555727124 | usd | 100 | 1 000 000 000 000 |
| | | | 2 000 000 000 000 |
| | | | 2 000 000 000 000 |
| 1555727125 | usd | 100 | 1 000 000 000 000 |
| | | | 2 000 000 000 000 |
| | | | 2 000 000 000 000 |
| 1555727126 | usd | 100 | 1 000 000 000 000 |
| | | | 2 000 000 000 000 |
| | | | 2 000 000 000 000 |
| 1555727127 | usd | 100 | -1 000 000 000 000 |
| | | | 2 000 000 000 000 |
| | | | 2 000 000 000 000 |
| 1555727128 | Nomyz usd | 100 | 1 000 000 000 000 |
| | | | 2 000 000 000 000 |
| | | | 2 000 000 000 000 |
| 1555727129 | usd | 100 | 1 000 000 000 000 |
| | | | 2 000 000 000 000 |
| | | | 2 000 000 000 000 |
| 1555727130 | usd | 100 | 1 000 000 000 000 |
| | | | 2 000 000 000 000 |
| | | | 2 000 000 000 000 |
| 1555727131 | usd | 100 | 1 000 000 000 000 |
| | | | 2 000 000 000 000 |
| | | | 2 000 000 000 000 |
| Total | USD | 900 | 45 000 000 000 000 |

*Source:* Preben Eikeland Johnsen, 5416 Stord Hordaland Norway. Nomyz Ltd.

| Consumer Number | Crypto / Fiat Token | Hours | Amount |
|---|---|---|---|
| 1555727132 | United States Dollar<br>usd | 100 | 1 000 000 000 000<br>2 000 000 000 000<br>2 000 000 000 000 |
| 1555727133 | usd | 100 | 1 000 000 000 000<br>2 000 000 000 000<br>2 000 000 000 000 |
| 1555727134 | usd | 100 | 1 000 000 000 000<br>2 000 000 000 000<br>2 000 000 000 000 |
| 1555727135 | usd | 100 | 1 000 000 000 000<br>2 000 000 000 000<br>2 000 000 000 000 |
| 1555727136 | usd | 100 | 1 000 000 000 000<br>2 000 000 000 000<br>2 000 000 000 000 |
| 1555727137 | Nomyz<br>usd | 100 | 1 000 000 000 000<br>2 000 000 000 000<br>2 000 000 000 000 |
| 1555727138 | usd | 100 | 1 000 000 000 000<br>2 000 000 000 000<br>2 000 000 000 000 |
| 1555727139 | usda | 100 | 1 000 000 000 000<br>2 000 000 000 000<br>2 000 000 000 000 |
| 1555727140 | usd | 100 | 1 000 000 000 000<br>2 000 000 000 000<br>2 000 000 000 000 |
| 1555727141 | usd | 100 | 1 000 000 000 000<br>2 000 000 000 000<br>2 000 000 000 000 |
| Total | USD | 1000 hours | 50 000 000 000 000 |

Source: Preben Eikeland Johnsen, 5416 Stord Hordaland Norway. Nomyz Ltd

| College | Crypto/Fiat Token | Hours | Amount |
|---|---|---|---|
| Cedar University | United States Dollar usd | 100 | 1 000 000 000 000 |
|  |  |  | 2 000 000 000 000 |
|  |  |  | 2 000 000 000 000 |
| Total | USD | 100 | 5 000 000 000 000 |

*Source:* Preben Eikeland Johnsen, 5416 Stord Hordaland Norway. Nomyz Ltd