IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (KBO)<br>)<br>) (Jointly Administered)<br>) |

### DECLARATION IN SUPPORT OF MOTION FOR STATUS CONFERENCE AND LIMITED ADMINISTRATIVE RELIEF REGARDING FTT

I, Isa Acar, declare pursuant to 28 U.S.C. § 1746:

I am a customer who held digital assets on the FTX platform and a creditor in these Chapter 11 cases. I am not affiliated with Debtors' management and am not an "insider" under 11 U.S.C. § 101(31); I participated only as a general user.

As an ordinary holder, a single plain-language explanation would reduce confusion and help us understand "why nothing can be done," without affecting Plan economics. Therefore, I support the motion's narrow, information-only request.

I understand and respect that, under the confirmed Plan, FTT was set to $0 for plan purposes and Class 17 receives no distribution. My understanding is that the requested administrative step would not change plan distributions, reserves, the waterfall, or class treatment.

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## NATURE OF MY CLAIM

Unique Customer Code: 195086

For these reasons, I respectfully ask the Court to grant the motion's information-only request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2025

                                                **Isa Acar**

                                                /s/ *Isa Acar*
                                                Isa Acar