**Exhibit B**

**Visual Flow Chart and Q&A**



**Creditor Q&A Regarding the Restricted Foreign Jurisdiction Procedures**

**What happens if I reside in a Potentially Restricted Foreign Jurisdiction?**
Your claim will continue to be treated as disputed until the status of the Potentially Restricted Foreign Jurisdiction is resolved and your Claim is otherwise Allowed or Disallowed.

**Can I object to the designation of my jurisdiction as restricted?**
Yes, you must file an objection within 45 days from the date the Restricted Jurisdiction Notice is filed and include a sworn statement waiving service of process and submitting to the Court's jurisdiction.

**How can I remedy my residency during the Restricted Period?**
You may resubmit your KYC and other required information for recertification if your residency changes, or you may sell or transfer your claim, pursuant to the Plan, to a party in an unrestricted jurisdiction, within the 180-day restricted period following any applicable Distribution Date in which case prior and future distributions and associated interest will be payable to the claims buyer or transferee.

**What if I disagree with the FTX Recovery Trust's determination of my residency?**
You may file a properly served pleading disputing the determination. The matter may be referred to a Special Master for resolution on an individual basis.

**What happens if my claim status changes during the Restricted Period?**
If verified before the 180-day period ends, you may receive the held distribution and future ones in a subsequent distribution. If not, the distribution and all associated postpetition interest is forfeited.

**What happens if I sell or transfer my claim?**
If you sell the claim to a Holder in an unrestricted jurisdiction, the claim remains eligible to receive distributions after being held during the Restricted Period and future Distributions, but not any Distribution or associated interest previously forfeited pursuant to these procedures.

**Can I provide a bank account in an unrestricted jurisdiction in order to receive Distributions?**
No, eligibility for distributions in a Restricted Foreign Jurisdiction is based on a review of information submitted in connection with satisfaction of KYC and other Pre-Distribution Requirements set forth in the Plan, not the location of a Holder's account.

**Creditor Q&A Regarding Updating their Jurisdiction**

**My jurisdiction has changed.  How do I update my jurisdiction information?**
If you have recently changed jurisdictions or believe the information on file with the FTX Recovery Trust or your Distribution Service Provider (DSP) is incorrect or needs to be updated, please follow the applicable steps below:

**FTX Recovery Trust Jurisdiction Information**
- **Contact the KYC Support Team:** Email KYC-Support@ftx.com to request an update to your jurisdiction information. Ensure you use the same email address associated with your FTX account in your communication.
- **Follow Instructions:** Adhere to the instructions provided by the KYC Support team, including submitting any additional documentation they request.
- **Review and Update:** Once your updated information and required documentation are received and reviewed, the FTX Recovery Trust will evaluate and update your jurisdiction as appropriate.
- **Tax Information:** If you wish to update your tax information in connection with a jurisdiction change, if applicable:
    - Log in to the FTX Customer Portal and complete Step 7 to submit the necessary tax information using the appropriate IRS Form W-9 or IRS Form W-8.
    - If Step 7 is locked or inaccessible, contact FTX Customer Support at support@ftx.com for assistance.
    - All customers are required to submit a Form W-8 or W-9, as applicable, in the FTX Customer Claims Portal to comply with "know-your-customer" and tax rules.

**DSP Jurisdiction Information**
- **Contact Your DSP's Customer Support**: Email your selected DSP to request to re-onboard with updated jurisdiction information (contact information below). Ensure you use the same email address associated with your FTX account in your communication.
    - **BitGo:** Please email ftxcreditors@bitgo.com
    - **Kraken:** Please visit https://support.kraken.com/
    - **Payoneer:** Please visit https://payoneer.custhelp.com/app/ask/l_id/1/c/
- **Provide Additional Information (if required)**
    - If your jurisdiction changes (*e.g.*, from non-U.S. to U.S. or vice versa), you may be asked to provide additional details regarding your tax status.
    - In certain cases, you may need to submit an updated IRS Form W-8 or W-9 to receive your distribution.

By following these steps, you can ensure your jurisdiction and tax information are accurately updated with both the FTX Recovery Trust and your selected DSP.