<u>**EXHIBIT A**</u>

**In re: FTX Trading Ltd.,** *et al.*
**Case No. 22-11068 (KBO)**

**Responses Regarding** *Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the <u>Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions</u>*
<u>**[D.I. 31148]**</u>[1]

| | **Response Title, D.I. and Date Filed**[2] | **Responding Party** |
|---|---|---|
| 1. | Objection to the Restricted Jurisdiction Procedures for Saudi Arabia [D.I. 31821, filed on July 23, 2025] | Marwan Awadh Alsehli |
| 2. | Objection to Motion to Implement Restricted Jurisdiction Procedures [D.I. 31948, filed on July 25, 2025] | Petro Rybchak |
| 3. | Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan [D.I. 32230, filed on August 6, 2025] | Weiwei Ji |
| 4. | Letter Filed by Shirong Wang Requesting Confirmation that Current Address in Canada has been Updated in KYC Verification for Distribution of Funds on or Before September 30, 2025 [D.I. 32231, filed on August 7, 2025] | Shirong Wang |
| 5. | Motion to Request Clarification of Jurisdictional Designations, Procedural Fairness for Non-U.S. Creditors, and Establishment of Disputed Claim Resolution Mechanism [D.I. 32266, filed on August 8, 2025] | Li Luo |
| 6. | Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32269, filed on August 8, 2025] | Weiwei Ji |
| 7. | Letter from Claimant Requesting an Order Directing Debtor to Disclose the Standards and Criteria Used to Distinguish Between "Potentially Restricted Jurisdiction" and "Unrestricted Jurisdiction" [D.I. 32271, filed on August 8, 2025] | Weiwei Ji |
| 8. | Letter from Chinese Creditor Regarding Lack of Correspondence from the Debtor [D.I. 32285, filed on August 8, 2025] | Yang Haoliang |
| 9. | Letter from Chinese Creditor Regarding Proposed Solution to the Restricted Jurisdictions Issue [D.I. 32287, filed on August 11, 2025] | Jianhua Jin |
| 10. | Creditor Letter - Supplemental Concerns Regarding the Restricted Jurisdiction Procedures [D.I. 32289, filed on August 11, 2025] | Sen Wang |

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the relevant objection.

[2] For reference, timely filed responses and objections to the Restricted Jurisdiction Procedures Motion can be found in Exhibit A to the *Amended Notice of Agenda for the Hearing Scheduled for July 22, 2025 at 9:30 A.M. (ET)* [D.I. 31626-1] and made available upon request.

*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*
*LRC DRAFT 10/21/25*

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 11. | Letter From Chinese Creditor Requesting FTX to Confirm Creditor's Address in KYC is Updated to the United States and Request for Distribution on 9/30/2025 [D.I. 32290, filed on August 11, 2025] | Yufu Ma |
| 12. | Response to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures [D.I. 32324, filed on August 12, 2025] | Qi Lu |
| 13. | Motion to Approve Motion for Order Directing Disclosure of Jurisdictional Classification Standards, Establishment of Procedural Fairness for International Creditors, and Implementation of Transparent Portal Information System [D.I. 32359, filed on August 15, 2025] | Heng Lu |
| 14. | Letter From Creditor Regarding Trust's Inability to Provide Wire Transfers to Creditors in China [D.I. 32365, filed on August 15, 2025] | Yong Li |
| 15. | Letter From Creditor Requesting that Name and Address be Restricted from View [D.I. 32366, filed on August 13, 2025] | Lanqi Yu |
| 16. | Letter Regarding Several Perspectives on Paying Compensation to Chinese and Other "Restricted Foreign Jurisdiction" Creditors [D.I. 32367, filed on August 13, 2025] | Lanqi Yu |
| 17. | Motion to Compel (I) Equal Distributions, (II) Pay Chinese-Passport Claim in September 2025 Round, and (III) Establish Transparent Residency/Dispute Process [D.I. 32384, filed on August 18, 2025] | Hejia Zhao |
| 18. | Motion for Clarification and Declaratory Relief Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and for Removal of Unjustified Payment Restrictions [D.I. 32385, filed on August 15, 2025] | Xuzhou Yin |
| 19. | Letter to Court Regarding the Unequal Treatment of Chinese Creditors in the FTX Claims Administration [D.I. 32386, filed on August 15, 2025] | Liu Zhenxu |
| 20. | Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures [D.I. 32387, filed on August 18, 2025] | Volodymyr Tsymbaliuk |
| 21. | Motion to Compel the FTX Recovery Trust to Provide a Substantive Explanation for the "Disputed" Status of Claims, to Ensure Eligibility for the September 30, 2025 Distribution, and to Remedy Prior Missed Distributions [D.I. 32434, filed on August 19, 2025] | Weiwei Ji |
| 22. | Motion to Lift Payment Restrictions on Chinese Creditors and Ensure Equal Distribution Rights Under the FTX Reorganization Plan [D.I. 32440, filed on August 19, 2025] | Lin Kaikai |
| 23. | Supplemental Statement of Shirong Wang Regarding Claim No. 38517 [D.I. 32449, filed on August 20, 2025] | Shirong Wang |

*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*
*LRC DRAFT 10/21/25*

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 24. | Letter From Creditor Requesting Debtor to Confirm Whether Claim Will Be Included in the Sep. 30 Distribution [D.I. 32672, filed on September 8, 2025] | Lap Sun Lam |
| 25. | Letter Filed by Pu Ke [D.I. 32687, filed on September 10, 2025] | Pu Ke |
| 26. | Motion of Pu Ke for Status Conference and Limited Administrative Relief Regarding Claim No. 33657 [D.I. 32712, filed on September 15, 2025] | Pu Ke |
| 27. | Motion of Pu Ke to Shorten Notice Regarding the Motion for Status Conference and Limited Administrative Relief [D.I. 32713, filed on September 15, 2025] | Pu Ke |
| 28. | Motion to Allow of Pu Ke for Collaborative, Claim-specific Administrative Relief Regarding Claim No. 33657 [D.I. 32739, filed on September 18, 2025] | Pu Ke |
| 29. | Pu Ke's Motion to Shorten Notice Regarding the Motion for Collaborative, Claim-Specific Administrative Relief Regarding Claim No. 33657 [D.I. 32746, filed on September 19, 2025] | Pu Ke |
| 30. | Motion to Compel / Emergency Motion to Confirm Eligibility For 9.30.25 Distribution and Motion for Shortened Notice Under Local Rule 9006-(e) [D.I. 32759, filed on September 23, 2025] | Hejia Zhao |
| 31. | CNO for Emergency Motion of Hejia Zhao (Pro Se) to Confirm Eligibility for September 30, 2025 Distribution and Motion for Shortened Notice Under Local Rule 9006-1(e) [D.I. 32773, filed on September 25, 2025] | Hejia Zhao |
| 32. | Supplemental Emergency Motion of Hejia Zhao (Pro Se) to Confirm Inclusion in September 30, 2025 Distribution and Motion for Shortened Notice Under L.R. 9006-1(e) [D.I. 32774, filed on September 24, 2025] | Hejia Zhao |
| 33. | Emergency Motion by Kaikai Lin (Appearing Pro Se) to Confirm Entitlement to September 30, 2025 Distribution and to Set Response Deadline [D.I. 32775, filed on September 24, 2025] | Kai-Kai Lin |
| 34. | Notice of Supplemental Related Documents for the October 23, 2025 Hearing (D.I. 32720) [D.I. 32821, filed on September 30, 2025] | Hejia Zhao |
| 35. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan [D.I. 32822, filed on September 30, 2025] | Hejia Zhao |
| 36. | Emergency Motion of Liu Jing [D.I. 32839, filed on October 2, 2025] | Liu Jing |
| 37. | Supplement to D.I. 32712 and D.I. 32739 and Reply to Trust's Objection D.I. 32785 [D.I. 32840, filed on October 2, 2025] | Pu Ke |
| 38. | Emergency Motion of Sci Ventures Co., Limited [D.I. 32841, filed on October 2, 2025] | Sci Ventures Co., Limited |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 39. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32859, filed on October 6, 2025] | Xue Xiaorong |
| 40. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32860, filed on October 6, 2025] | Xiaowang Weng |
| 41. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32861, filed on October 6, 2025] | Liu ZhenHua |
| 42. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32862, filed on October 6, 2025] | Bin Sui |
| 43. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32863, filed on October 6, 2025] | Wu Hao |
| 44. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32864, filed on October 6, 2025] | Xu Shengwei |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 45. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32865, filed on October 6, 2025] | Jianhua Jin |
| 46. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32866, filed on October 6, 2025] | Yong Li |
| 47. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32867, filed on October 6, 2025] | Feng Hu |
| 48. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32868, filed on October 6, 2025] | Jia Wen |
| 49. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32869, filed on October 6, 2025] | XiaoPing Huang |
| 50. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32870, filed on October 6, 2025] | Zhou Jingli |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 51. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32871, filed on October 6, 2025] | Weihao Chen |
| 52. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32872, filed on October 6, 2025] | Ke Yuan |
| 53. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32873, filed on October 6, 2025] | QingChong Chen |
| 54. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32874, filed on October 6, 2025] | Hou Han Yun |
| 55. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32875, filed on October 6, 2025] | Kangliang Li |
| 56. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32876, filed on October 6, 2025] | Qi Chen |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 57. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32877, filed on October 6, 2025] | Lianghua Chai |
| 58. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32878, filed on October 6, 2025] | DongSheng Li |
| 59. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32879, filed on October 6, 2025] | Sang Yingshuo |
| 60. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32880, filed on October 6, 2025] | Rongrong Zhao |
| 61. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32881, filed on October 6, 2025] | Lijuan Feng |
| 62. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32882, filed on October ,6 2025] | Yijian Feng |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 63. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32883, filed on October 6, 2025] | Xufei Bai |
| 64. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32884, filed on October 6, 2025] | Jun Xu |
| 65. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32885, filed on October 6, 2025] | Han Deng |
| 66. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32886, filed on October 6, 2025] | Shaohua Miao |
| 67. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32888, filed on October 6, 2025] | Minxia Zheng |
| 68. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32889, filed on October 6, 2025] | Yuhe Liu |

*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*
*LRC DRAFT 10/21/25*

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 69. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32890, filed on October 6, 2025] | Dang Yuanhao |
| 70. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32892, filed on October 6, 2025] | Haoliang Yang |
| 71. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32944, filed on October 8, 2025] | Sen Wang and Yong Pin Hu |
| 72. | Motion to Compel Distribution of Post Petition Interest and Disclosure of Next Distribution Schedule [D.I. 32945, filed on October 8, 2025] | Shirong Wang |
| 73. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32946, filed on October 8, 2025] | Xiaoyu Li |
| 74. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan [D.I. 32948, filed on October 8, 2025] | Yan Junyi |
| 75. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32952, filed on October 8, 2025 | Deli Gong |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 76. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32958, filed on October 9, 2025] | Zhu Ming |
| 77. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32992, filed on October 10, 2025] | Wei Nan |
| 78. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32993, filed on October 10, 2025] | Chen Sen |
| 79. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32994, filed on October 10, 2025] | Suiye Gao |
| 80. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32995, filed on October 10, 2025] | Shang Wu |
| 81. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32996, filed on October 10, 2025] | Yong Cao |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 82. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32997, filed on October 10, 2025] | Weirong Chen |
| 83. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32998, filed on October 10, 2025] | Xiaowen Liao |
| 84. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32999, filed on October 10, 2025] | Shutao Peng |
| 85. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33000, filed on October 10, 2025] | Yuqi Zhao |
| 86. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33001, filed on October 10, 2025] | Hou Han Yun |
| 87. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33002, filed on October 10, 2025] | Lianghua Chai |

| | **Response Title, D.I. and Date Filed**[2] | **Responding Party** |
|---|---|---|
| 88. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33003, filed on October 10, 2025] | Xiaoliang Xia |
| 89. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33004, filed on October 10, 2025] | Dan Li |
| 90. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33005, filed on October 10, 2025] | Deliang Lian |
| 91. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33006, filed on October 10, 2025] | Zengrui Zhao |
| 92. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33007, filed on October 10, 2025] | Zhang Shuyan |
| 93. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33008, filed on October 10, 2025] | Yue Li |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 94. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33009, filed on October 10, 2025] | Long Di |
| 95. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33010, filed on October 10, 2025] | Wei Zhang |
| 96. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33011, filed on October 10, 2025] | Wu Yiwei |
| 97. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33012, filed on October 10, 2025] | Ye Fangmin |
| 98. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33013, filed on October 10, 2025] | Cenjun Zhu |
| 99. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33014, filed on October 10, 2025] | Manqiu Cai |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 100 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33015, filed on October 10, 2025] | Yaxuan Meng |
| 101 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33016, filed on October 10, 2025] | Fengda Wan |
| 102 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33017, filed on October 10, 2025] | Mingmin Liu |
| 103 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33018, filed on October 10, 2025] | Diandong Gao |
| 104 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33019, filed on October 10, 2025] | YuRu Jia |
| 105 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33020, filed on October 10, 2025] | Baoliang Shang |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 106 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33021, October 10, 2025] | Rong Cai |
| 107 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33022, filed on October 10, 2025] | Shu Xiang |
| 108 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33023, filed on October 10, 2025] | Yi Xu |
| 109 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33024, filed on October 10, 2025] | Siqing Xu |
| 110 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33025, filed on October 10, 2025] | Wujie Lin |
| 111 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33026, filed on October 10, 2025] | Ziyou Xiong |

*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*
*LRC DRAFT 10/21/25*

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 112 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33027, filed on October 10, 2025] | Shenglin Wu |
| 113 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33028, filed on October 10, 2025] | Hejie Chen |
| 114 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33029, filed on October 10, 2025] | Zhenkun Zhao |
| 115 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33030, filed on October 10, 2025] | Weiwei Li |
| 116 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33031, filed on October 10, 2025] | Xuzhou Yin |
| 117 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33032, filed on October 10, 2025] | Zhenyu Li |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 118 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33033, filed on October 10, 2025] | Hou Han Yun |
| 119 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33054, filed on October 14, 2025] | Daochi Cai |
| 120 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33140, filed on October 17, 2025] | Nan Xu |
| 121 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33141, filed on October 17, 2025] | Xingyi Zheng |
| 122 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33143, filed on October 17, 2025] | Lin Lin |
| 123 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33144, filed on October 17, 2025] | Yi Qin |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 124 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33145, filed on October 17, 2025] | Ke Jicheng |
| 125 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33146, filed on October 17, 2025] | Chen Faxing |
| 126 | Motion of a Creditor for Entry of an Order: (I) Declaring Plan Distributions are in US Dollars; (II) Directing Correction of Trust Procedures; and (III) Awarding Enhanced Delay Interest [D.I. 33147, filed on October 17, 2025] | Weipeng Zhao |
| 127 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33148, filed on October 17, 2025] | Baoliang Shang |
| 128 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33149, filed on October 17, 2025] | Xin Huang |
| 129 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33150, filed on October 17, 2025] | Weipeng Zhao |

*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*
*LRC DRAFT 10/21/25*

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 130 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33151, filed on October 17, 2025] | Xiaodong Wang |
| 131 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33152, filed on October 17, 2025] | Xinyang Liu |
| 132 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33153, filed on October 17, 2025] | Jainsen Wang |
| 133 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33154, filed on October 17, 2025] | Yang Yang |
| 134 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33155, filed on October 17, 2025] | ChunYu Chen |
| 135 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33156, filed on October 17, 2025] | Jingdong Yao |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 136 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33157, filed on October 17, 2025] | Yufeng Sheng |
| 137 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33158, filed on October 17, 2025] | Hennadii Savenko |
| 138 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33159, filed on October 17, 2025] | DongJie Bai |
| 139 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33160, filed on October 17, 2025] | DongJie Bai |
| 140 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33161, filed on October 17, 2025] | YaoHua Dong |
| 141 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33162, filed on October 17, 2025] | Hongpeng Wang |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 142 | Joinder of Qu Li, in Support of Motion [D.I. 32230] Motion for Clarification Regarding the Currency Nature of Creditor Distribution Under the Confirmed Plan  [D.I. 33171, filed on October 20, 2025] | Qi Lu |
| 143 | Informal Response, received via email dated October 1, 2025 | Jia Wen |
| 144 | Informal Response, received via email dated October 3, 2025 | Kaihao Ni |
| 145 | Informal Response, received via email dated July 21, 2025 | Xianmin Yan |
| 146 | Informal Response, received via email dated October 16, 2025 | Yue Lou |
| 147 | Informal Response, received via email dated October 16, 2025 | Yumou Wei |
| 148 | Informal Response, received via email dated October 7, 2025 | Zhongxiu Guan |