# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., et al.,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF ENTRY OF APPEARNCE
## AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned firms of Sullivan Hazeltine Allinson LLC and Westerman Ball Ederer Miller Zucker & Sharfstein, LLP hereby enter their appearance as counsel for Sci Ventures Co., Limited, Shengkun Ji, and Liu Jing ("Creditors") in the above-captioned case, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

| | |
|---|---|
| William D. Sullivan, Esq.<br>**Sullivan · Hazeltine · Allinson LLC**<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Fax: (302) 428-8195<br>bsullivan@sha-llc.com | Thomas A. Draghi, Esq.<br>Annie P. Kubic, Esq.<br>Michele L. Angell, Esq.<br>WESTERMAN BALL EDERER MILLER<br>ZUCKER & SHARFSTEIN, LLP<br>1201 RXR Plaza<br>Uniondale, New York 11556<br>Tel: (516) 622-9200<br>tdraghi@westermanllp.com |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.


akubic@westermanllp.com
mangell@westermanllp.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Creditors' rights (i) to have final orders in non-core matters and/or matters entitled to adjudication by a judge authorized under Article III of the U.S. Constitution entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Creditors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditors expressly reserve.

| | |
|---|---|
| Dated: October 21, 2025<br>Wilmington, Delaware | **SULLIVAN · HAZELTINE · ALLINSON LLC** |

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com

and

***WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP***
Thomas A. Draghi, Esq.
Annie P. Kubic, Esq.
Michele L. Angell, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Tel:  (516) 622-9200
tdraghi@westermanllp.com
akubic@westermanllp.com
mangell@westermanllp.com

*Attorneys for Creditors Sci Ventures Co., Limited, Shengkun Ji, and Lui Jing*