# Brief Note to Clerk (Request for Docket-Stamped Copy)

**To:**
Clerk of the Court
U.S. Bankruptcy Court, District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801, USA

**Re:** *Request for Docket-Stamped Copy – Notice of Transfer of Claim*
**Case No.:** 22-11068 (JTD) — *In re: FTX Trading Ltd., et al.*

**Dear Clerk,**

Enclosed please find the **Redacted Notice of Transfer of Claim** and accompanying cover letter for filing in the above-referenced case.

I kindly request that the Court file the enclosed documents and return a **docket-stamped copy** for my records.
A self-addressed stamped envelope (SASE) is included for your convenience.

Thank you very much for your assistance.

Sincerely,
*(Signature)*
**Bingyu Guo**   Bingyu Guo
(Transferor)
guobingyu@gmail.com
Cell:8613600007215
FTX Account ID ending in 9983

# Cover Letter for FTX Claim Transfer (Redacted Version)

**[Redacted]**
Address: **[Redacted]**
Email: **[Redacted]**    Phone: **[Redacted]**

**Date:** 10/11/2025

**To Whom It May Concern:**

**Re:** *Transfer of Claim – FTX Trading Ltd., et al., Case No. 22-11068 (JTD), U.S. Bankruptcy Court for the District of Delaware*

Dear Sir or Madam,

Enclosed please find the **Notice of Transfer of Claim** and related supporting documents for your review and recordation in the above-referenced case.

The **Transferor, [Redacted]**, has assigned and transferred his entire claim against **FTX Trading Ltd., et al.** to the **Transferee, [Redacted]**.

The following documents are included for verification:

1. Notice of Transfer of Claim (Redacted and Unredacted Versions)
2. Assignment Agreement / Evidence of Transfer
3. Proof of Claim / FTX Account Evidence (Account ID **[Redacted]**)

Please update the **official claims register** and the **court docket** accordingly, recognizing **[Redacted]** as the new holder of this claim.
Should you require any additional information or confirmation, please contact us at the email or phone number listed above.

This Notice is submitted in Case No. 22-11068 (JTD). The Transferor and Transferee names and full identifying information are redacted for privacy. The Transferor is the holder of FTX Customer Account ID ending in 9983. The Unredacted version of this Notice and supporting identification documents have been submitted to Kroll Restructuring Administration LLC for verification. Kroll may be contacted at ftxinfo@ra.kroll.com for verification.

Thank you very much for your attention and assistance.

Sincerely,

*(Signature)*    Bingyu Guo
**[Redacted]**
Transferor

✎ *Note: This redacted version omits personal identifying details in compliance with the FTX "Guidelines on Sales of Claims."*

# Notice of Transfer of Claim (Redacted Version)

**In re:** *FTX Trading Ltd., et al.*
**Case No.:** 22-11068 (JTD)
**United States Bankruptcy Court, District of Delaware*

## 1. Transferee (New Claim Owner)

Name: [Redacted]
Address: [Redacted]
Email: [Redacted]
Phone: [Redacted]

## 2. Transferor (Original Claim Holder)

Name: [Redacted]
Address: [Redacted]
Email: [Redacted]
Phone: [Redacted]

## 3. Original Creditor / Debtor Claim Information

- Claim Number (Kroll): [Redacted or Pending]
- **FTX Customer Account ID (ending in 9983)**
- Debtor(s): *FTX Trading Ltd., et al.*
- Amount of Claim: [Redacted]
- Percentage of Claim Transferred: 100%

## 4. Consideration and Assignment

For good and valuable consideration, the Transferor has unconditionally and irrevocably sold, transferred, and assigned to the Transferee all rights, title, and interest in and to the claim referenced above (the "Claim"), along with all rights arising therefrom.

The Transferee is hereby substituted as the holder of the Claim, and all future notices, payments, and distributions in respect of such Claim shall be delivered or made to the Transferee.

## 5. Waiver / Stipulation

The Transferor waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Notice of Transfer of Claim as an unconditional assignment of the Claim.

## 6. Signatures & Declaration

By: _____
Signature (Transferee or Transferee's Agent)
Name: [Redacted]
Date: 10/11/25

By: _____
Signature (Transferor or Transferor's Agent)
Name: [Redacted]
Date: 10/11/25

## EVIDENCE OF TRANSFER OF CLAIM

To: Clerk, United States Bankruptcy Court, District of Delaware
For good and valuable consideration, the Transferor has sold, assigned, and transferred all right, title, and interest in the Claim to the Transferee as described above. All future distributions, notices, and communications should be directed to the Transferee.

**This Notice is submitted in Case No. 22-11068 (JTD). The Transferor and Transferee names and full identifying information are redacted for privacy. The Transferor is the holder of FTX Customer Account ID ending in 9983. The Unredacted version of this Notice and supporting identification documents have been submitted to Kroll Restructuring Administration LLC for verification. Kroll may be contacted at ftxinfo@ra.kroll.com for verification.**

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. (18 U.S.C. §§ 152 & 3571)



quadient

FIRST-CLASS
MAIL

$007.2°

10/16/2025 ZI
043M30218292



CERTIFIED MAIL®

7021 1970 0001 4029 7789

Bingyu Guo / [illegible]
1843 Balboa Way
Upland ~ CA 91784.

Clerk of the Court
US Bankruptcy Court, District of Dela
824 N Market St, 3rd Floor
Wilmington, DE 1980l