**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
In re:
FTX Trading Ltd., et al.,
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

**RESPONSE TO THE FTX RECOVERY TRUST'S**
**ONE HUNDRED NINETY-SIXTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION**
**TO CERTAIN LATE FILED PROOFS OF CLAIM (CUSTOMER CLAIMS)**

**Claimant:** Steffen Engler owner of Pavel Vermögensverwaltung GmbH, Rückerstraße 2B,
14469 Potsdam, steffen.engler@energieberater-brb.de
**Proof of Claim No.:**
**Hearing Date:** October 23, 2025 at 9:30 a.m. (ET)
**Objection Deadline:** October 16, 2025 at 4:00 p.m. (ET)

**1. Introduction**
I, Steffen Engler owner of Pavel Vermögensverwaltung GmbH, am the holder of Proof of Claim
No. 100396, filed in the above-captioned case. I respectfully submit this Response to the FTX
Recovery Trust's One Hundred Ninety-Sixth (Non-Substantive) Omnibus Objection to Certain
Late Filed Proofs of Claim.

**2. Basis for the Response**

I respectfully disagree and request that my claim remain valid and allowed, because:

In August 2021, I invested approximately EUR 100,000 through INVAO, which was held
on the FTX.com platform. To the best of my knowledge, these funds were never actively
invested but remained in my account balance. After deductions for costs of the proceedings,
my estimated recovery is approximately EUR 55,000.

I timely registered my claim through the official FTX.com portal and elected the
jurisdiction of the United States. I successfully advanced through the claims process until
the final stage of distribution, which was to be processed via BitGo.

However, due to account assignment and reconciliation issues on BitGo's side, my distribution has been delayed beyond my control. Despite repeated attempts to resolve the matter, these technical problems prevented me from completing the final steps before the deadline. I acted in good faith, submitted all necessary information, and at no point abandoned or failed to pursue my claim.

Therefore, I respectfully request that the Court recognize my valid claim and allow for the distribution to proceed notwithstanding the technical delays. Denying my claim solely due to administrative or reconciliation issues beyond my responsibility would result in undue prejudice and unjust forfeiture of my rightful recovery.

**3. Supporting Evidence**
Attached hereto are copies of:
- [Evidence: Screenshots, Emails, Delivery Receipts, Claims Portal Confirmations, etc.]

**4. Request for Relief**
For the foregoing reasons, I respectfully request that the Court:
- Deny the Omnibus Objection as it relates to my Proof of Claim No. 100396;
- Allow my claim in the full amount of EUR 100.000 and
- Grant such other and further relief as the Court deems just and proper.

**5. Conclusion**
I intend to appear at the hearing on October 23, 2025, and reserve all rights to supplement this Response.

Date: 19.09.2025
Respectfully submitted,

Steffen Engler
Rückerstraße 2B, 14469 Potsdam

steffen.engler@energieberater-brb.de

+49 177 6411774

## Ana Pestereanu || ELB GmbH

| | |
|---|---|
| **Von:** | Maria Westphal || ELB GmbH |
| **Gesendet:** | Dienstag, 24. August 2021 11:17 |
| **An:** | vera.rotau@invao.org |
| **Cc:** | Steffen Engler || ELB GmbH |
| **Betreff:** | AW: INVAO Managed Account / Account verifiziert & Transaktionsanleitung |
| **Anlagen:** | Zahlungsavis Pavel Vermögensverwaltung.pdf |
| | |
| **Priorität:** | Hoch |

Sehr geehrte Frau Rotau,

anliegend erhalten Sie die Transaktionsbestätigung für die soeben überwiesene Zahlung der Pavel
Vermögensverwaltung GmbH.


Bei Fragen beraten wir Sie gern.

Freundliche Grüße

Maria Westphal
Assistenz




Energieberater im Land Brandenburg GmbH
Dennis-Gabor-Str. 2
14469 Potsdam

Telefon: 03 31 / 9 67 62 25
Telefax:  03 31 / 9 67 62 27
E-Mail: maria.westphal@energieberater-brb.de
www.energieberater-brb.de

Amtsgericht Potsdam
Handelsregister: HRB 27954 P
Steuer-Nr. 046/108/09095
USt-IdNr. DE301355145


**Von:** Vera Rotau <vera.rotau@invao.org>
**Gesendet:** Mittwoch, 18. August 2021 13:40
**An:** Steffen Engler || ELB GmbH <steffen.engler@energieberater-brb.de>
**Betreff:** INVAO Managed Account / Account verifiziert & Transaktionsanleitung

Lieber Herr Engler,

danke nochmals für die Zusendung der vollständigen Unterlagen. Damit ging die
Verifizierung Ihres FTX-Kontos ruckzuck und schon bald kann das Trading losgehen!
Das freut uns sehr.

Wir nutzen den FTX Exchange bzw. Ihr FTX-Konto als "Gateway" für Ihre Einzahlung/en. Von dort verteilen wir sie nach einem festgelegten Verteilungsschlüssel auf Ihre Unterkonten und können anschließend Ihren Account in unser Trading integrieren. Ab diesem Zeitpunkt benötigen wir keinen Zugang mehr und Sie werden alle Passwörter nach eigenem Belieben aktualisieren können. Ich würde Ihnen entsprechend ein Zeichen geben, bis dahin bitte noch keine Änderungen selbst vornehmen. Natürlich können Sie sich jetzt schon einloggen und das System anschauen. Die aktuellen Zugangsdaten finden Sie im Anhang, diese Datei ist verschlüsselt. Das Passwort würde ich Ihnen z.B. über WhatsApp senden. Da das FTX-Konto mit einem 2FA zusätzlich abgesichert ist, benötigen Sie die eine Authenticator App.

Im Rahmen des Mandats steht nun der Schritt Ihrer Einzahlung an. Bitte überweisen Sie Ihren bevorzugten Anlagebetrag (bei mir sind €100.000 notiert) mit einer SEPA Überweisung auf das folgende Konto (für EUR-Überweisungen):

Name des Empfängers: FTX Trading Ltd
IBAN: LT853220020000829000
Kreditinstitut: UAB PHOENIX PAYMENTS
BIC: UAPPLT21XXX
Verwendungszweck: **Transaktion Pavel Vermogensverwaltung GmbH**

Drei Dinge sind im Rahmen Ihrer Überweisung unbedingt zu beachten:

1. **Die Überweisung muss bitte aus dem Bankkonto Ihrer Gesellschaft heraus initiiert werden.** Ansonsten wird die Zahlung retourniert.

2. **Bitte schicken Sie mir einen Screenshot oder eine pdf-Datei als Transaktionsbestätigung.** Die Überweisung muss im Vorfeld angekündigt werden und die Transaktionsbestätigung gewährleistet die korrekte Zuordnung Ihrer Überweisung auf Seiten des Exchanges. Das übernehme ich gerne für Sie aus dem System heraus.

3. Erste Einzahlungen können nur in einer Summe geleistet werden.

Nach Überweisung dauert es erfahrungsgemäß 2-3 Werktage bis zur Gutschrift auf Ihrem Konto. Sie erhalten dann wieder eine Nachricht meinerseits und wir können umgehend auch Ihren Account aktiv in unser Trading übernehmen.

Ich freue mich auf eine für Sie erfolgreiche Zeit.

Bei jeglichen Fragen sprechen Sie mich gern an. Wir können uns im Vorfeld einmal kurz (zusammen über Zoom) in Ihr Konto einloggen, damit Sie sehen wie dieses angelegt ist. Richtig interessant wird es allerdings erst später. :)

Beste Grüße
--

Vera Rotau | Management Assistant
INVAO Group | Blockchain Investment Management
Vaduz | Berlin | Dubai | Zurich | ☉ ☉ ☉ ☉
vera.rotau@invao.org | www.invao.org

Onlinebanking und Brokerage der Deutschen Bank » Auslands-Überwei...    https://meine.deutsche-bank.de/trxm/db/invoke/95cdab9d/main@default...



# Auslands-Überweisung (SEPA)

Bitte beachten Sie

Inländer möchten wir bei Zahlungen an/von Ausländern ab einem Betrag von 12.500 EUR / Gegenwert auf ihre möglicherweise bestehende Meldepflicht nach der Außenwirtschaftsverordnung aufmerksam machen. Entgeltfreie Auskunft erteilt die Deutsche Bundesbank unter der gleichfalls entgeltfreien Tel.Nr. 0800 1234111 (nur vom Festnetz zu erreichen). Die entsprechenden Meldeformulare und nähere Informationen stehen auf der Homepage der Deutschen Bundesbank (www.bundesbank.de) zur Verfügung.

## Ihr Auslands-Überweisungsauftrag (SEPA)

✓ Wir haben am 24.08.2021 um 11:12 Uhr Ihren Auslands-Überweisungsauftrag (SEPA) erhalten. Vielen Dank für Ihren Auftrag.

| | |
|---|---|
| Name, Vorname / Firma | FTX Trading Ltd |
| IBAN des Empfängers | LT85 3220 0200 0082 9000 |
| BIC des Empfängers | UAPPLT21XXX |
| Kreditinstitut | UAB PHOENIX PAYMENTS |
| Zielland | Litauen |
| Betrag | 100.000,00 EUR |
| Verwendungszweck | Transaktion Pavel Vermogensverwaltung GmbH |
| Kundenreferenz | |
| Auftraggeber | Pavel Vermögensverwaltung Gm |
| Auftraggeber Kontonummer | 1646322 00 |
| IBAN | DE52 1007 0124 0164 6322 00 |
| Verwendete mobileTAN | 030443 |

Ihr aktuelles Überweisungslimit pro Tag beträgt 100.000,00 EUR. Am heutigen Tag können Sie noch 0,00 EUR überweisen.

Was möchten Sie als nächstes tun?

Direkt zu:    Umsatzanzeige



**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | BitGo Notifications <notifications@bitgo.com> |
| **Gesendet:** | Mittwoch, 11. Juni 2025 09:23 |
| **An:** | Steffen Engler || ELB GmbH |
| **Betreff:** | [Important] BitGo Account Frozen |



Hi Steffen Engler,

Your BitGo account is frozen. To unfreeze your account, you must schedule video ID verification with BitGo. During the call, you'll need your government-issued ID on hand.

Please reach out to BitGo Support at support@bitgo.com to schedule the video ID verification.

Thank you,
The BitGo Team

© 2025 BitGo. All rights reserved.

Sent at: 2025-06-11 07:22:51 UTC

**Aňa Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | BitGo Support <support@bitgo.com> |
| **Gesendet:** | Freitag, 13. Juni 2025 13:18 |
| **An:** | Steffen Engler || ELB GmbH |
| **Betreff:** | RE: AW: video ID verification [ thread::-GfYMNRKH32fVyKJJV9CkSU:: ] |

Hello Steffen,

In line with our security policies, we're unable to proceed unless the request comes from the registered email address.

Best Regards,

Nisha S.
BitGo Technical Support

Please refer to the following link for important information regarding the FTX Client Settlement:
https://www.bitgo.com/ftx-faq


--------------- Original Message ---------------
**From:** Steffen Engler || ELB GmbH [steffen.engler@energieberater-brb.de]
**Sent:** 6/13/2025 1:04 AM
**To:** support@bitgo.com
**Subject:** AW: video ID verification [ thread::-GfYMNRKH32fVyKJJV9CkSU:: ]


Hello,


it is not possible for me to send a email from the address I am registered at bitgo.

The mail is ser@energieberater-brb.de

Ist is the short for my address and only forward to this address- could you help me?



**Beste Grüße**



**Steffen Engler**

1



**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam

Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**      0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145

**Von:** BitGo Support <support@bitgo.com>
**Gesendet:** Donnerstag, 12. Juni 2025 16:32
**An:** Steffen Engler || ELB GmbH <steffen.engler@energieberater-brb.de>
**Betreff:** RE: video ID verification [ thread::-GfYMNRKH32fVyKJJV9CkSU:: ]

Hello,

Thank you for reaching out to BitGo Support.

It appears that we don't have an account registered under this email address in our system. Is it possible that you have an account with us under a different email? If so, please reach out to us using that email address.

Best Regards,

Nisha S.
BitGo Technical Support

Please refer to the following link for important information regarding the FTX Client Settlement: https://www.bitgo.com/ftx-faq

-------------- Original Message --------------
**From:** Steffen Engler || ELB GmbH [steffen.engler@energieberater-brb.de]
**Sent:** 6/12/2025 7:13 AM
**To:** support@bitgo.com

**Subject:** video ID verification

Hey,

could you help me with a video ID verification?

Which date/time is ok for you?

**Beste Grüße**

**Steffen Engler**



**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam

Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**          0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145





**Von:** 'BitGo Support' via ma_pavel <ma_pavel@invao.org>
**Gesendet:** Mittwoch, 28. Mai 2025 16:31
**An:** ma_pavel@invao.org
**Betreff:** Re: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]


Hi there,

To proceed, we kindly ask that you contact your Enterprise account's primary contact at [ser@energieberater-brb.de] and request that they add you as an owner of the enterprise.

This will ensure you have the necessary permissions and access to manage the account as needed.

Please let us know once this has been completed or if you require further assistance.

Best Regards,

Dinesh K.
BitGo Technical Support


--------------- Original Message ---------------
**From:** BitGo Support [support@bitgo.com]
**Sent:** 5/28/2025 6:01 AM
**To:** ma_pavel@invao.org
**Subject:** Re: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Hi there,

Thank you for your message.

We're checking this internally and we will get back to you with an update.

Best Regards,

Dinesh K.
BitGo Technical Support


--------------- Original Message ---------------
**From:** Steffen Engler [ma_pavel@invao.org]
**Sent:** 5/27/2025 5:04 AM
**To:** support@bitgo.com
**Subject:** Re: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding

Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Dear BitGo team,

I am already the main contact person/owner in my company. This account is also already running on the user (ma_pavel@invao.org) and has all the necessary authorizations for access.

I just can't get any further with the KYC in the BitGo portal and am waiting for it to be confirmed or validated.

Can you confirm that all the documents for the KYC/AML are available? What else do I need to do to get further?

Thanks
Steffen

On Tue, May 27, 2025 at 12:28 PM 'BitGo Support' via ma_pavel <ma_pavel@invao.org> wrote:

Hi there,

Thank you for your message.

Please reach out to your enterprise primary contact/owner and request them to invite the user(ma_pavel@invao.org) as the owner of the enterprise to get the required permission to access it.

If you need further assistance, feel free to reach out to us. We're happy to help.

Best Regards,

Dinesh K.
BitGo Technical Support

--------------- Original Message ---------------
**From:** Steffen Engler [ma_pavel@invao.org]
**Sent:** 5/27/2025 2:26 AM
**To:** support@bitgo.com
**Subject:** Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements

Hi BitGo Support

i try to fill the form and came until there:



STEP 1
Authentifizierung des Kontoinhabers einleiten

STEP 2
Überprüfen der Identität des ursprünglichen FTX-Kontoinhabers

STEP 3
KYC

STEP 4
Kontensalden anzeigen

STEP 5
Status Ihres Forderungsnachweises anzeigen

STEP 6
Abstimmung

STEP 7
Verteilungen – Steueranforderungen

STEP 8
Ausschüttungen: Anbieter auswählen

STEP 9
Ausschüttungsbeträge – Übersicht

When I go to the Proceed to bitgo, I have to authentificate und get this:

Pave

# We will contact you soon

Your application has been completed. Our team v
contact you soon with next steps.

Until now nothing else happens.

What should I do next?

Thanks for support

**Beste Grüße**

**Steffen Engler**



**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam

Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**        0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145

**Von:** 'FTX Support' via ma_pavel <ma_pavel@invao.org>
**Gesendet:** Freitag, 4. April 2025 00:03

**An:** ma_pavel@invao.org
**Betreff:** REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements

**important deadline information and should be read in its entirety.**

email in connection with the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX T
an"), and Distributions you may be entitled to receive under the Plan.

!4, the FTX Debtors announced BitGo and Kraken as official distribution service providers ("Distribution Serv
ners in supported jurisdictions. Additional distribution service providers may be announced in the future.

, the FTX Recovery Trust announced the anticipated record date for the next distribution (the "Next Distribut

ims of FTX's Class 5 Customer Entitlement Claims and Class 6 General Unsecured Claims as defined in the

)me allowed since the initial record date and have not received their distribution. The Next Distribution is exp


FTX Customer Portal (https://claims.ftx.com) and use Step 8 to select your Distribution Service Provider an

n is required to be provided in order for Distributions to be made. This information is required for all custome

d until this information is provided. Any delay in completing the onboarding process could jeopardize custom

at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers

**INE: Selection of a Distribution Service Provider and successful onboarding must be completed prio**

**eligible for the Next Distribution. Our records show that you have not fully completed Step 8 in the F**

email if you have already completed Step 8 in the FTX Customer Portal.


rt





**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | BitGo Support <support@bitgo.com> |
| **Gesendet:** | Mittwoch, 25. Juni 2025 19:14 |
| **An:** | ser@energieberater-brb.de |
| **Betreff:** | RE: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ] |

Hi there,

Thank you for your message.

Just to confirm, are you able to log in to the BitGo account using the email address (ser@energieberater-brb.de)? If so, please log in and add this user (ma_pavel@invao.org) as the owner of the enterprise. This should help resolve the issue you're currently facing.

Additionally, we've observed that Google Authenticator has been set up as the two-factor authentication (2FA) method for this account.

If you need any further assistance, please don't hesitate to reach out. We're here to help.


Best Regards,

Dinesh K.
BitGo Technical Support

Please refer to the following link for important information regarding the FTX Client Settlement: https://www.bitgo.com/ftx-faq


--------------- Original Message ---------------
**From:** ser@energieberater-brb.de [ser@energieberater-brb.de]
**Sent:** 6/24/2025 7:36 AM
**To:** support@bitgo.com
**Subject:** AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]


Hello


I still have the problem that I don't have access to my account for the mail:

ma_pavel@invao.org

TheEmail verification was on 28.09.2023

The reason was probably that there is already an account for my person under the mail:

ser@energieberater-brb.de

The email verification was on 11.09.2023

now I tried to link the two accounts and get the key for my 2fa for the ma_pavel@invao.org

lost-please help me to get my account.


Vielen Dank


**Beste Grüße**


**Steffen Engler**


 **Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam


Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.


**Büro:**        0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de


Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145

i try to fill the form and came until there:



Until now nothing else happens.

What should I do next?

Thanks for support

**Beste Grüße**

**Steffen Engler**



**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam

Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**        0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145

**Von:** 'FTX Support' via ma_pavel <ma_pavel@invao.org>
**Gesendet:** Freitag, 4. April 2025 00:03

**An:** ma_pavel@invao.org
**Betreff:** REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements

**important deadline information and should be read in its entirety.**

email in connection with the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX T
an"), and Distributions you may be entitled to receive under the Plan.

!4, the FTX Debtors announced BitGo and Kraken as official distribution service providers ("Distribution Serv
ners in supported jurisdictions. Additional distribution service providers may be announced in the future.

, the.FTX Recovery Trust announced the anticipated record date for the next distribution (the "Next Distribut
ims of FTX's Class 5 Customer Entitlement Claims and Class 6 General Unsecured Claims as defined in the
me allowed since the initial record date and have not received their distribution. The Next Distribution is exp

FTX Customer Portal (https://claims.ftx.com) and use Step 8 to select your Distribution Service Provider an
n is required to be provided in order for Distributions to be made. This information is required for all custome
d until this information is provided. Any delay in completing the onboarding process could jeopardize custom
at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers

**INE: Selection of a Distribution Service Provider and successful onboarding must be completed prio**
**eligible for the Next Distribution. Our records show that you have not fully completed Step 8 in the F1**

email if you have already completed Step 8 in the FTX Customer Portal.

rt





**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | BitGo Support <support@bitgo.com> |
| **Gesendet:** | Montag, 16. Juni 2025 17:04 |
| **An:** | ser@energieberater-brb.de |
| **Betreff:** | RE: AW: E: AW: video ID verification [ thread::-GfYMNRKH32fVyKJJV9CkSU:: ] |

Thanks for the details, Team.

We have reset the 2FA and removed the freeze.

Best Regards,

Nisha S.
BitGo Technical Support

Please refer to the following link for important information regarding the FTX Client Settlement:
https://www.bitgo.com/ftx-faq

--------------- Original Message ---------------
**From:** ser@energieberater-brb.de [ser@energieberater-brb.de]
**Sent:** 6/16/2025 5:44 AM
**To:** support@bitgo.com
**Subject:** AW: E: AW: video ID verification [ thread::-GfYMNRKH32fVyKJJV9CkSU:: ]

I dont have any wallet- here is the mail for verification on 11.09.2023:



**Let's Verify Your BitGo Account**

Hi ser@energieberater-brb.de,

Thank you for signing up! Please confirm your email address to continue.



Once you have verified your email address and completed onboarding, we will send you notifications when there is activity on your BitGo account.

Thank you,
The BitGo Team

©2023 BitGo. All rights reserved.

Sent at: 2023-09-11 08:25:16 UTC

**Von:** BitGo Support <support@bitgo.com>
**Gesendet:** Montag, 16. Juni 2025 14:42
**An:** ser@energieberater-brb.de
**Betreff:** RE: E: AW: video ID verification [ thread::-GfYMNRKH32fVyKJJV9CkSU:: ]

Hello,

Thank you for contacting BitGo Support.

We see your account is frozen due to too many failed attempts to reset your 2FA.

Before we can initiate your 2FA reset and unfreeze your account, we need to verify your ownership of the account. Therefore, we will require the following:

1. Date of BitGo email verification (search for "Your BitGo Email Verification" in inbox)
2. 3 transaction hashes either to or from your wallet. If you do not have your transaction hash(TXID) you must contact the Bitcoin exchange in which you first received your bitcoin and request the TXID's from their Support Team.
3. Wallet balance

If you do not have any wallet in your BitGo account, please provide:

1. Date of BitGo email verification (search for "Your BitGo Email Verification" in inbox)

Best Regards,

Nisha S.
BitGo Technical Support

Please refer to the following link for important information regarding the FTX Client Settlement:
* https://www.bitgo.com/ftx-faq


--------------- Original Message ---------------
**From:** ser@energieberater-brb.de [ser@energieberater-brb.de]
**Sent:** 6/16/2025 5:14 AM
**To:** support@bitgo.com
**Subject:** E: AW: video ID verification [ thread::-GfYMNRKH32fVyKJJV9CkSU:: ]


Hey,


could you help me with a video ID verification?

Which date/time is ok for you?


**Beste Grüße**


**Steffen Engler**




**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam


Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.


**Büro:**        0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de


Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145





## Ana Pestereanu || ELB GmbH

| | |
|---|---|
| **Von:** | BitGo Support <support@bitgo.com> |
| **Gesendet:** | Sonntag, 29. Juni 2025 22:32 |
| **An:** | ser@energieberater-brb.de |
| **Betreff:** | RE: AW: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_IQV4REw2h4XlOB2GY-CU:: ] |

Hello,

Do you want us to reset the 2FA for: ma_pavel@invao.org?

Best Regards,

Devu Shaji
BitGo Technical Support

--------------- Original Message ---------------
**From:** ser@energieberater-brb.de [ser@energieberater-brb.de]
**Sent:** 6/27/2025 3:29 AM
**To:** support@bitgo.com
**Subject:** AW: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_IQV4REw2h4XlOB2GY-CU:: ]

Hi,

you are right, i can log in the ser@energieberater-brb.de but not in the ma_pavel@invao.org!

i added this user (ma_pavel@invao.org) as the owner of the enterprise, but I have to confirm on the ma_pavel@invao.org !

There I can not reset my 2FA...

**Beste Grüße**

1

Steffen Engler



**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam

Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**        0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145

**Von:** BitGo Support <support@bitgo.com>
**Gesendet:** Mittwoch, 25. Juni 2025 19:14
**An:** ser@energieberater-brb.de
**Betreff:** RE: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Hi there,

Thank you for your message.

Just to confirm, are you able to log in to the BitGo account using the email address (ser@energieberater-brb.de)? If so, please log in and add this user (ma_pavel@invao.org) as the owner of the enterprise. This should help resolve the issue you're currently facing.

Additionally, we've observed that Google Authenticator has been set up as the two-factor authentication (2FA) method for this account.

If you need any further assistance, please don't hesitate to reach out. We're here to help.

Best Regards,

Dinesh K.
BitGo Technical Support

Please refer to the following link for important information regarding the FTX Client Settlement:
https://www.bitgo.com/ftx-faq


-------------- Original Message --------------
**From:** ser@energieberater-brb.de [ser@energieberater-brb.de]
**Sent:** 6/24/2025 7:36 AM
**To:** support@bitgo.com
**Subject:** AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding
Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]


Hello


I still have the problem that I don't have access to my account for the mail:

ma_pavel@invao.org

TheEmail verification was on 28.09.2023

.

The reason was probably that there is already an account for my person under the mail:

ser@energieberater-brb.de

The email verification was on 11.09.2023

now I tried to link the two accounts and get the key for my 2fa for the ma_pavel@invao.org

lost-please help me to get my account.


Vielen Dank


**Beste Grüße**


**Steffen Engler**



**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam

Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**      0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145

**Von:** 'BitGo Support' via ma_pavel <ma_pavel@invao.org>
**Gesendet:** Mittwoch, 28. Mai 2025 16:31
**An:** ma_pavel@invao.org
**Betreff:** Re: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_IQV4REw2h4XlOB2GY-CU:: ]

Hi there,

To proceed, we kindly ask that you contact your Enterprise account's primary contact at [ser@energieberater-brb.de] and request that they add you as an owner of the enterprise.

This will ensure you have the necessary permissions and access to manage the account as needed.

Please let us know once this has been completed or if you require further assistance.

Best Regards,

Dinesh K.
BitGo Technical Support

--------------- Original Message ---------------
**From:** BitGo Support [support@bitgo.com]
**Sent:** 5/28/2025 6:01 AM
**To:** ma_pavel@invao.org
**Subject:** Re: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Hi there,

Thank you for your message.

We're checking this internally and we will get back to you with an update.

Best Regards,

Dinesh K.
BitGo Technical Support


--------------- Original Message ---------------
**From:** Steffen Engler [ma_pavel@invao.org]
**Sent:** 5/27/2025 5:04 AM
**To:** support@bitgo.com
**Subject:** Re: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Dear BitGo team,


I am already the main contact person/owner in my company. This account is also already running on the user (ma_pavel@invao.org) and has all the necessary authorizations for access.

I just can't get any further with the KYC in the BitGo portal and am waiting for it to be confirmed or validated.

Can you confirm that all the documents for the KYC/AML are available? What else do I need to do to get further?


Thanks
Steffen


On Tue, May 27, 2025 at 12:28 PM 'BitGo Support' via ma_pavel <ma_pavel@invao.org> wrote:

Hi there,

Thank you for your message.

Please reach out to your enterprise primary contact/owner and request them to invite the user(ma_pavel@invao.org) as the owner of the enterprise to get the required permission to access it.

If you need further assistance, feel free to reach out to us. We're happy to help.

Best Regards,

Dinesh K.
BitGo Technical Support


--------------- Original Message ---------------
**From:** Steffen Engler [ma_pavel@invao.org]
**Sent:** 5/27/2025 2:26 AM
**To:** support@bitgo.com
**Subject:** Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements


Hi BitGo Support


i try to fill the form and came until there:



When I go to the Proceed to bitgo, I have to authentificate und get this:

**Pave**

# We will contact you soon

Your application has been completed. Our team v contact you soon with next steps

Until now nothing else happens.

What should I do next?

Thanks for support

**Beste Grüße**

**Steffen Engler**



**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam

Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**         0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145

**Von:** 'FTX Support' via ma_pavel <ma_pavel@invao.org>
**Gesendet:** Freitag, 4. April 2025 00:03

**An:** ma_pavel@invao.org
**Betreff:** REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements

**important deadline information and should be read in its entirety.**

email in connection with the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX T
an"), and Distributions you may be entitled to receive under the Plan.

4, the FTX Debtors announced BitGo and Kraken as official distribution service providers ("Distribution Serv
ners in supported jurisdictions. Additional distribution service providers may be announced in the future.

, the FTX Recovery Trust announced the anticipated record date for the next distribution (the "Next Distribut

ims of FTX's Class 5 Customer Entitlement Claims and Class 6 General Unsecured Claims as defined in the

)me allowed since the initial record date and have not received their distribution. The Next Distribution is exp

FTX Customer Portal (https://claims.ftx.com) and use Step 8 to select your Distribution Service Provider an

n is required to be provided in order for Distributions to be made. This information is required for all custome

d until this information is provided. Any delay in completing the onboarding process could jeopardize custom

at all. For more information, please visit FTX FAQs on General Information on Distribution Service Provider:

**INE: Selection of a Distribution Service Provider and successful onboarding must be completed prio**

**eligible for the Next Distribution. Our records show that you have not fully completed Step 8 in the F1**

email if you have already completed Step 8 in the FTX Customer Portal.

rt

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | BitGo Support <support@bitgo.com> |
| **Gesendet:** | Dienstag, 1. Juli 2025 16:40 |
| **An:** | ser@energieberater-brb.de |
| **Betreff:** | RE: AW: AW: AW: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ] |

Hi there,

Thank you for your message.

Could you please provide us with the date you received the BitGo email verification? You can find it by searching for 'Your BitGo Email Verification' in your inbox.

Best Regards,

Dinesh K.
BitGo Technical Support

Please refer to the following link for important information regarding the FTX Client Settlement:
https://www.bitgo.com/ftx-faq

--------------- Original Message ---------------
**From:** ser@energieberater-brb.de [ser@energieberater-brb.de]
**Sent:** 6/30/2025 11:19 PM
**To:** support@bitgo.com
**Subject:** AW: AW: AW: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Dear BitGo Team,

I am the designated main contact and account owner for my company. The account is registered under the email address **ma_pavel@invao.org** and has all the necessary permissions and authorizations.

However, I am currently unable to proceed with the KYC process in the BitGo portal and am waiting for confirmation or validation.

Could you please confirm whether all required documents for the KYC/AML verification have been received? If anything is still missing or needs to be completed on my side, I would appreciate your guidance.

Additionally, I would like to clarify that I have not conducted any transactions to or from the BitGo wallet and I haven't created any wallets within the account.

Thank you for your support.

Best regards,
Steffen

**Von:** BitGo Support <support@bitgo.com>
**Gesendet:** Montag, 30. Juni 2025 16:26
**An:** ser@energieberater-brb.de
**Betreff:** RE: AW: AW: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Hi there,

Thank you for your message.

Before we can initiate the manual reset, we need to verify your ownership of the wallet. Therefore, we require all of the following information:

1. Date of BitGo email verification (search for "Your BitGo Email Verification" in inbox)
2. 3 transaction hashes either to or from your wallet. If you do not have your transaction hash(TXID) you must contact the Bitcoin exchange in which you first received your bitcoin and request the TXID's from their Support Team.  If you have not made any transactions to or from a Bitgo wallet, please let us know.
3. Wallet balance in crypto currency (please provide the name of the wallet).  If you haven't created wallets, please let us know..

If you do not have the above information, we can also accept the First 8 characters and the Last 8 Characters of the Bitgo Public Key from your keycard.  Please provide the name of the wallet the keycard info applies to.

Once we receive this information from you and have verified that it matches with our records, we will initiate the manual reset of your Two-Factor Authentication.

Best Regards,

Dinesh K.
BitGo Technical Support

Please refer to the following link for important information regarding the FTX Client Settlement:
https://www.bitgo.com/ftx-faq

----------·---- Original Message ---------------
**From:** ser@energieberater-brb.de [ser@energieberater-brb.de]
**Sent:** 6/30/2025 2:23 AM
**To:** support@bitgo.com
**Subject:** AW: AW: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]


Yes please




**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam


Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.


**Büro:**          0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de


Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145




**Von:** BitGo Support <support@bitgo.com>
**Gesendet:** Sonntag, 29. Juni 2025 22:32
**An:** ser@energieberater-brb.de
**Betreff:** RE: AW: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]


Hello,

Do you want us to reset the 2FA for: ma_pavel@invao.org?

Best Regards,

Devu Shaji
BitGo Technical Support


--------------- Original Message ---------------
**From:** ser@energieberater-brb.de [ser@energieberater-brb.de]
**Sent:** 6/27/2025 3:29 AM
**To:** support@bitgo.com
**Subject:** AW: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding
Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]



Hi,


you are right, i can log in the ser@energieberater-brb.de but not in the ma_pavel@invao.org!


i added this user (ma_pavel@invao.org) as the owner of the enterprise, but I have to confirm on the
ma_pavel@invao.org !

There I can not reset my 2FA...



**Beste Grüße**


**Steffen Engler**



**ᗡLB**

**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam


Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**          0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145

**Von:** BitGo Support <support@bitgo.com>
**Gesendet:** Mittwoch, 25. Juni 2025 19:14
**An:** ser@energieberater-brb.de
**Betreff:** RE: AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Hi there,

Thank you for your message.

Just to confirm, are you able to log in to the BitGo account using the email address (ser@energieberater-brb.de)? If so, please log in and add this user (ma_pavel@invao.org) as the owner of the enterprise. This should help resolve the issue you're currently facing.

Additionally, we've observed that Google Authenticator has been set up as the two-factor authentication (2FA) method for this account.

If you need any further assistance, please don't hesitate to reach out. We're here to help.

Best Regards,

Dinesh K.
BitGo Technical Support

Please refer to the following link for important information regarding the FTX Client Settlement: https://www.bitgo.com/ftx-faq

--------------- Original Message ---------------
**From:** ser@energieberater-brb.de [ser@energieberater-brb.de]
**Sent:** 6/24/2025 7:36 AM
**To:** support@bitgo.com
**Subject:** AW: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Hello

I still have the problem that I don't have access to my account for the mail:

ma_pavel@invao.org

TheEmail verification was on 28.09.2023

.

The reason was probably that there is already an account for my person under the mail:

ser@energieberater-brb.de

The email verification was on 11.09.2023

now I tried to link the two accounts and get the key for my 2fa for the ma_pavel@invao.org

lost-please help me to get my account.

Vielen Dank

**Beste Grüße**

**Steffen Engler**

 **Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam

Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**        0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de

6

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145

**Von:** 'BitGo Support' via ma_pavel <ma_pavel@invao.org>
**Gesendet:** Mittwoch, 28. Mai 2025 16:31
**An:** ma_pavel@invao.org
**Betreff:** Re: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Hi there,

To proceed, we kindly ask that you contact your Enterprise account's primary contact at [ser@energieberater-brb.de] and request that they add you as an owner of the enterprise.

This will ensure you have the necessary permissions and access to manage the account as needed.

Please let us know once this has been completed or if you require further assistance.

Best Regards,

Dinesh K.
BitGo Technical Support

--------------- Original Message ---------------
**From:** BitGo Support [support@bitgo.com]
**Sent:** 5/28/2025 6:01 AM
**To:** ma_pavel@invao.org
**Subject:** Re: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]

Hi there,

Thank you for your message.

We're checking this internally and we will get back to you with an update.

Best Regards,

Dinesh K.
BitGo Technical Support


--------------- Original Message ---------------
**From:** Steffen Engler [ma_pavel@invao.org]
**Sent:** 5/27/2025 5:04 AM
**To:** support@bitgo.com
**Subject:** Re: Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements [ thread::bD_lQV4REw2h4XlOB2GY-CU:: ]


Dear BitGo team,


I am already the main contact person/owner in my company. This account is also already running on the user (ma_pavel@invao.org) and has all the necessary authorizations for access.

I just can't get any further with the KYC in the BitGo portal and am waiting for it to be confirmed or validated.

Can you confirm that all the documents for the KYC/AML are available? What else do I need to do to get further?


Thanks
Steffen


On Tue, May 27, 2025 at 12:28 PM 'BitGo Support' via ma_pavel <ma_pavel@invao.org> wrote:

  Hi there,

  Thank you for your message.

  Please reach out to your enterprise primary contact/owner and request them to invite the user(ma_pavel@invao.org) as the owner of the enterprise to get the required permission to access it.

  If you need further assistance, feel free to reach out to us. We're happy to help.

  Best Regards,

  Dinesh K.
  BitGo Technical Support


  --------------- Original Message ---------------

**From:** Steffen Engler [ma_pavel@invao.org]
**Sent:** 5/27/2025 2:26 AM
**To:** support@bitgo.com
**Subject:** Fwd: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements

Hi BitGo Support

i try to fill the form and came until there:



When I go to the Proceed to bitgo, I have to authentificate und get this:

Pave

# We will contact you soon

Your application has been completed. Our team v
contact you soon with next steps

Until now nothing else happens.


What should I do next?


Thanks for support



**Beste Grüße**


**Steffen Engler**





**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam


Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.


**Büro:**        0331 96 76 225

steffen.engler@energieberater-brb.de

www.energieberater-brb.de


Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145


**Von:** 'FTX Support' via ma_pavel <ma_pavel@invao.org>
**Gesendet:** Freitag, 4. April 2025 00:03

**An:** ma_pavel@invao.org
**Betreff:** REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements

**important deadline information and should be read in its entirety.**

email in connection with the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX T an"), and Distributions you may be entitled to receive under the Plan.

4, the FTX Debtors announced BitGo and Kraken as official distribution service providers ("Distribution Serv ners in supported jurisdictions. Additional distribution service providers may be announced in the future.

`, the FTX Recovery Trust announced the anticipated record date for the next distribution (the "Next Distribut

ims of FTX's Class 5 Customer Entitlement Claims and Class 6 General Unsecured Claims as defined in the

)me allowed since the initial record date and have not received their distribution. The Next Distribution is exp


FTX Customer Portal (https://claims.ftx.com) and use Step 8 to select your Distribution Service Provider and

n is required to be provided in order for Distributions to be made. This information is required for all custome

d until this information is provided. Any delay in completing the onboarding process could jeopardize custom

at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers

**INE: Selection of a Distribution Service Provider and successful onboarding must be completed prio**

**eligible for the Next Distribution. Our records show that you have not fully completed Step 8 in the FT**


email if you have already completed Step 8 in the FTX Customer Portal.


rt





**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | 'BitGo Notifications' via ma_pavel <ma_pavel@invao.org> |
| **Gesendet:** | Dienstag, 4. März 2025 15:40 |
| **An:** | ma_pavel@invao.org |
| **Betreff:** | New 2FA recovery codes generated |



Hi ma_pavel@invao.org,

You generated new single-use two-factor authentication (2FA) recovery codes for your BitGo account.

Ensure you save these single-use 2FA recovery codes in a secure location. If you need to reset your 2FA method, you can use one of these single-use codes.

Thank you,
The BitGo Team

© 2025 BitGo. All rights reserved.

Sent at: 2025-03-04 14:39:36 UTC

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | 'INVAO Team' via ma_pavel <ma_pavel@invao.org> |
| **Gesendet:** | Dienstag, 27. Mai 2025 11:24 |
| **An:** | ma_pavel@invao.org |
| **Betreff:** | INVAO Confirmation - Send Mail as ma_pavel@invao.org |

You have requested to add ma_pavel@invao.org to your INVAO account.

Before you can send mail from ma_pavel@invao.org using your INVAO account (frank.gessner@invao.org), please click the link below to confirm your
request:

https://mail.google.com/mail/f-%5BANGjdJ8aF2qcXAkui4Wo7Pq-jw05Nx4ejekeSE_1LQCnDjQes0PYGiRfm4n0kziWo-iuXfi-B-sBgppPZvp1%5D-C8Mikh4lJ4LDeVfPDvrD_BB8Bjs

If you click the link and it appears to be broken, please copy and paste it into a new browser window.

Thanks for using INVAO!

Sincerely,

The INVAO Team

If you did not make this request, or you don't want to add this email address to your INVAO account, no further action is required.
frank.gessner@invao.org cannot send messages using your email address unless you confirm the request by clicking the link above. If you accidentally clicked the link, but you do not want to allow frank.gessner@invao.org to send messages using your address, click this link to cancel this verification:
https://mail.google.com/mail/g-%5BANGjdJ_cAgp4tMYx3woA_htRQ3kkKD1W8YWcNfgDmv3ilcVLOrTHy2W8Rp5akS0yLqqa8IH6yqTSuvVLOZxb%5D-C8Mikh4lJ4LDeVfPDvrD_BB8Bjs

To learn more about why you might have received this message, please visit: http://support.google.com/mail/bin/answer.py?answer=184973.

Please do not respond to this message. If you'd like to contact the INVAO Team, please log in to your account and click 'Help' at the top of any page. Then, click 'Contact Us' along the bottom of the Help Center.

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | 'FTX Digital' via ma_pavel <ma_pavel@invao.org> |
| **Gesendet:** | Mittwoch, 10. Juli 2024 19:58 |
| **An:** | ma_pavel@invao.org |
| **Betreff:** | FTX Digital Markets Ltd. (In Official Liquidation) ("FTX Digital") – Bahamas Process claim deadline |

# FTX Digital Markets Ltd. (In Official Liquidation)

LENNOX PATON CORPORATE SERVICES LIMITED, BAYSIDE EXECUTIVE PARK, BUILDING 3, WEST BAY STREET & BLAKE ROAD, P.O. BOX N-4875

NASSAU, N.P., THE BAHAMAS

Dear Customer,

Customers of FTX.com ("Dotcom Customers") should have recently received a joint letter from the US Debtors and Joint Official Liquidators ("JOLs") of FTX Digital Markets Ltd. (In Official Liquidation) inviting them to choose whether to make a "Bahamas Opt-in election".

Our records indicate that you have not yet commenced the process to make a claim in the FTX Digital Markets Ltd. liquidation (the "Bahamas Process"). If you intend to participate in the Bahamas Process, please ensure you submit your Proof of Debt and Election Form via following the instructions on the FTX Digital Claim Portal (https://digitalmarketsclaim.pwc.com) before the Election Deadline of **4:00PM Prevailing Eastern Time 16 August 2024.**

Please note that customers are able to make their choice between participating in either the Bahamas Process or the US Process, however they cannot participate in both.

If you have any questions or issues submitting your claim, please email gbl_fdm_creditors@pwc.com or gbl_fdm_customers@pwc.com.

On behalf of the Joint Official Liquidators of FTX Digital Markets Ltd.

Note: Please do not respond to this email as the mailbox is not monitored. Should you wish to contact us please use one of the dedicated email addresses included on the case website (https://www.pwc.com/FTX). Communications from these mailboxes are not junk emails. If you were expecting communication from FTX Digital and have not received it, please check the junk/spam mail folder of your inbox or contact us again using one of the dedicated email addresses.

Unsubscribe - Unsubscribe Preferences

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | 'FTX Support' via ma_pavel <ma_pavel@invao.org> |
| **Gesendet:** | Dienstag, 17. September 2024 01:25 |
| **An:** | ma_pavel@invao.org |
| **Betreff:** | FTX Customer Claims Portal - Tax Requirements |



Dear Customer,

You are receiving this email in connection with the Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates (as may be modified, amended, or supplemented from time to time, the "Plan"), and Distributions you may be entitled to receive under the Plan.

Certain tax information is required to be provided in order for Distributions to be made. Creditors can now visit the FTX Customer Claims Portal to complete their pre-distribution tax requirements. At your earliest convenience, please log in to https://claims.ftx.com and use Step 7 to provide the requisite tax information on a completed, applicable IRS Form W-9 or IRS Form W-8.

For more information, please visit the FTX FAQs on Tax Requirements.

Thanks,

FTX Support

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | Frank Wagner <frank.wagner@invao.org> |
| **Gesendet:** | Sonntag, 14. Juli 2024 13:24 |
| **An:** | managed_accounts@invao.org |
| **Betreff:** | FTX & INVAO Managed Account Update |

English Version below

Liebe Inhaber eines vormals von INVAO gemanagten Accounts auf FTX,

viele von uns haben vom Insolvenzverwalter Kroll oder von PWC weitere E-Mails zum FTX-Insolvenzverfahren erhalten. Diese sorgen nicht selten für Verwirrung.  Wir bei INVAO verfügen leider auch nicht über mehr Informationen als die öffentlich zugänglichen und können keine Beratung in diesem komplexen Verfahren anbieten. Im Zweifel bitten wir Sie, sich von einem Anwalt juristisch beraten zu lassen.

Im Folgenden teilen wir mit Ihnen lediglich unsere persönliche, möglicherweise auch fehlerhafte Einschätzung und Schlussfolgerung.

- FTX-Gläubiger wurden aufgefordert, für die weitere Bearbeitung ihrer Ansprüche zwischen dem Bahamas- und dem US-Verfahren zu wählen. Laut Aussage des Insolvenzverwalters gibt es keine wesentlichen Vor- oder Nachteile in beiden Verfahren für Gläubiger, weder zur Auszahlungshöhe noch zum Zeitpunkt. Wir von INVAO haben uns daher für unsere eigenen Accounts für das Bahamas-Verfahren entschieden. Wir befürchten, dass FTX-Gläubiger, die nicht in den USA ansässig sind, in einem US-Verfahren möglicherweise größere Hürden werden nehmen müssen. Absolut sicher können wir hier aber nicht sein.

- Einige Accountinhaber haben zusätzlich E-Mails erhalten, dass sie einen „Impaired Claim" hätten, also einen Anspruch, der nicht gültig sei. Dies hat verständlicherweise zu Verunsicherung geführt. Gemäß den Deutungen in den Artikeln im Internet dazu bezieht sich die Ungültigkeit wohl nur auf andere Claim-Klassen. Die meisten Anleger von INVAO zählen zu Claim-Klasse 5a. Sie haben nach Ihrer Einreichung Ihres Claims darüber auch eine Bestätigung in Form eines „Proof of Claim" erhalten. Mit der neuen E-Mail soll wohl nur festgestellt werden, dass sie in den anderen aufgeführten Claim-Klassen keine gültigen Ansprüche und Abstimmungsrechte haben. Ihr eigentlicher Anspruch ist davon nach unserer (nicht-juristischen) Ansicht nach nicht betroffen. Doch bitte schauen Sie selbst auf https://claims.ftx.com, ob Sie noch für eine Claim-Klasse abstimmen müssen und Ihre Claims dort ordnungsgemäß sehen. Auf https://digitalmarketsclaim.pwc.com/ sollten Sie auch Ihre Claims sehen und können dort ebenfalls zwischen den Bahamas- und dem US-Verfahren wählen.

Konkrete Zeitpunkte für die nächsten Schritte oder Auszahlungen gibt es unseres Wissens noch nicht. Wir drücken allen Anlegern, uns bei INVAO eingeschlossen, weiterhin die Daumen.

Mit herzlichen Grüßen,
Frank Wagner | INVAO

English Translation

Dear former INVAO Managed Account holders on FTX,

Many of us have received further emails from the insolvency administrators Kroll or PWC regarding the FTX insolvency proceedings. These often cause confusion. Unfortunately, we at INVAO also have no more information than what is publicly available and cannot provide advice in this complex procedure. In case of doubt, we ask you to seek legal advice from a lawyer.

Below, we share with you only our personal, possibly incorrect assessment and conclusion.

- FTX creditors have been asked to choose between the Bahamas and the US proceedings for further processing of their claims. According to the insolvency administrator, there are no significant advantages or disadvantages in either proceeding for creditors, neither in terms of payout amount nor timing. Therefore, we at INVAO have decided to choose the Bahamas proceedings for our own accounts. We fear that FTX creditors who are not based in the US may face greater hurdles in the US proceedings. However, we cannot be absolutely certain.
- Some account holders have also received emails stating that they have an "Impaired Claim," which means a claim that is not valid. This has understandably caused confusion. According to interpretations of articles on the internet, the invalidity likely only refers to other claim classes. Most INVAO investors belong to claim class 5a. After submitting your claim, you also received a confirmation in the form of a "Proof of Claim." The new email is likely intended only to state that you have no valid claims and voting rights in the other listed claim classes. Your actual claim is, in our (non-legal) opinion, not affected by this. However, please check https://claims.ftx.com to see if you need to vote for any claim class and ensure your claims are correctly listed there. You should also see your claims on https://digitalmarketsclaim.pwc.com and can choose between the Bahamas and the US proceedings there as well.

To our knowledge, there are no specific dates for the next steps or payouts yet. We continue to keep our fingers crossed for all investors, including ourselves at INVAO.

With best regards,

Frank Wagner
Frank Wagner | INVAO

Frank Wagner | Geschäftsführender Verwaltungsrat
INVAO Trading AG | Member of the INVAO Group | ☉
Aeulestrasse 74 | 9490 Vaduz | Liechtenstein
Eingetragen im Handelsregister unter FL-0002.590.175-9
--
You received this message because you are subscribed to the Google Groups "Managed Accounts Clients" group.
To unsubscribe from this group and stop receiving emails from it, send an email to managed_accounts+unsubscribe@invao.org.
To view this discussion on the web, visit https://groups.google.com/a/invao.org/d/msgid/managed_accounts/5907A88A-D6F6-4CEB-A938-F6CF613EAAE4%40invao.org.

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | 'FTX' via ma_pavel <ma_pavel@invao.org> |
| **Gesendet:** | Mittwoch, 21. Mai 2025 09:57 |
| **An:** | ma_pavel@invao.org |
| **Betreff:** | E-Mail-Verifizierung erforderlich |

# Confirm your Device

Dear Customer,

We noticed a recent login attempt to your FTX Account from an unrecognized device,

**Location:** Germany

**IP Address:** 80.155.142.115

**Browser:**

**Date and Time (EST):** 2025-05-21 07:57:14 (UTC)

**Was this you?**

If you recognize this login activity and it was you who accessed your account, please click on the link below to confirm your email address.

Confirm your Email

**If this wasn't you**

If this wasn't you and you suspect any malicious activity on your account please report it immediately to our customer support team at **support@ftx.com**

1

**Why am I getting this message?**

Your security is our top priority, and we are continually working to enhance the protection of your account. As part of our ongoing efforts to safeguard your information, we have implemented a new security feature that requires email verification upon every login to your account.

Thank you,
FTX Customer Support

FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding.

For a list of approved emails, visit emails.ftx.com

FTX Customer Portal: claims.ftx.com

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | BitGo Support <support@bitgo.com> |
| **Gesendet:** | Donnerstag, 12. Juni 2025 16:15 |
| **An:** | Steffen Engler || ELB GmbH |
| **Betreff:** | Case Received - video ID verification - [#00358267] *automatically sent* |

Dear Steffen,

We would like to acknowledge that we have received your request and a case has been created.

A support representative will be reviewing your request and will send you a personal response (usually within 24 hours).

To view the status of the case or add comments, please visit
Record Link

Thank you for your patience.

Sincerely,

BitGo Inc Support Team

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | BitGo Notifications <notifications@bitgo.com> |
| **Gesendet:** | Montag, 7. Juli 2025 12:21 |
| **An:** | ser@energieberater-brb.de |
| **Betreff:** | BitGo Add enterprise owner approved |



### Add enterprise owner approved

Hi Steffen Engler,

Your request to update the list of enterprise owners on 'Steffen Engler' was approved by ma_pavel@invao.org.

Thank you,
The BitGo Team

©2025 BitGo. All rights reserved.

Sent at: 2025-07-07 10:20:40 UTC

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | Arah Go <hello@go.bitgo.com> |
| **Gesendet:** | Freitag, 16. Mai 2025 19:15 |
| **An:** | Steffen Engler || ELB GmbH |
| **Betreff:** | Announcing New Go Network Off-Exchange Settlement Support |

May 16, 2025

Dear Client,

We're excited to announce that BitGo Singapore Go Network Off-Exchange Settlement (OES) will soon support Gate.io, HTX, and KuCoin.

To be among the first to access our newest exchanges, simply complete the form below and let us know which trading venues you are interested in. A member of our team will follow up to discuss setup and next steps.



With Go Network OES, clients can trade across multiple venues without moving assets onto each exchange—reducing risk while maximizing trading flexibility.

**Benefits of Go Network OES**

- **Secure**: Assets remain in your name within regulated qualified custody, insured up to $250M
- **Efficient**: Access top liquidity venues from a single platform to optimize capital efficiency
- **Seamless**: Easily allocate/deallocate funds for trading with settlement automatically occurring between BitGo and the exchanges on a regular cadence

We look forward to hearing from you and appreciate your continued trust and partnership.

Thank you,
BitGo Team

BitGo, 2443 Ash St, Palo Alto, CA, 94306, USA

©2025 BitGo Inc. (collectively with its affiliates and subsidiaries, "BitGo"). All rights reserved. BitGo Trust Company, Inc., BitGo Inc., and BitGo Prime LLC are separately operated, wholly-owned subsidiaries of BitGo Holdings, Inc., a Delaware corporation headquartered in Palo Alto, CA. No legal, tax, investment, or other advice is provided by any BitGo entity. Please consult your legal/tax/investment professional for questions about your specific circumstances. Digital asset holdings involve a high degree of risk, and can fluctuate greatly on any given day. Accordingly, your digital asset holdings may be subject to large swings in value and may even become worthless. The information provided herein is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation. BitGo is not directing this information to any person in any jurisdiction where the publication or availability of the information is prohibited, by reason of that person's citizenship, residence or otherwise.

To stop receiving these emails, please click  **here**  to unsubscribe.

## Ana Pestereanu || ELB GmbH

| | |
|---|---|
| **Von:** | FTX Support <support@ftx.com> |
| **Gesendet:** | Montag, 7. Juli 2025 13:20 |
| **An:** | Steffen Engler || ELB GmbH |
| **Betreff:** | [Please use support.ftx.com] Re: AW: [Please use ] Re: AW: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements |

##- Please type your reply above this line -##

Your request (326267) has been updated.

To add additional comments, reply to this email.



### Ella (Please use support.ftx.com)
Jul 7, 2025, 04:19 PDT

Hi Steffen Engler ,

We're sorry to hear that you're running into issues logging in to your account. We are more than happy to help you get access back to your account.

We will need you to provide the following information to help us locate your account. If you do not remember the exact information we are requesting, please provide the closest estimate:

1. When did you open your FTX account? Please provide the exact date or an estimated month and year.

2. Did you sign up using a referral link or promotional code?

3. Which phone number did you register when you signed up for an account?

4. Did you set-up a withdrawal password?

5. Did you enable FTX Earn and/or Spot margin trading? Which one did you enable?

6. Did you have sub-accounts? If you did, please provide up to 3 sub-accounts that were created in your account.

7. Did you make any deposits on your account? If you did, please provide us with the amount, currency and date of any 2 successful deposits you made.

8. Did you make any withdrawals on your account? If you did, please provide us with the

1

amount, currency and date of any 2 successful withdrawals you made.

9. How many times did you attempt to log in to your FTX account in the last 7 days?

10. How many devices did you use in your attempts to login to your account in the last 7 days?

Thank you,

FTX Customer Support



### Steffen Engler || ELB GmbH

Jul 7, 2025, 03:38 PDT

Hey ella, the account is from invao – I can not send any mail from this account but I get the mails forwarded- is there any solution?

**Beste Grüße**

**Steffen Engler**



**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam

Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**        0331 96 76 225
steffen.engler@energieberater-brb.de
www.energieberater-brb.de

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145



### Ella (Please use support.ftx.com)

Jul 7, 2025, 03:32 PDT

Hello Steffen Engler ,

Thank you for reaching out to us.

For us to be able to answer your questions, please create a ticket using the email address associated with your **FTX** account.

Thank you,

FTX Customer Support





## Steffen Engler || ELB GmbH
Jul 7, 2025, 03:31 PDT

Hello,

i lost my 2FA for my account ma_pavel@invao.org on the ftx.com site- can you please reset the 2fa?

Thanks

**Beste Grüße**

**Steffen Engler**



**Energieberater im Land Brandenburg GmbH**
Zeppelinstraße 136, 14471 Potsdam

Besuchen Sie unsere Website, um mehr über unsere energieeffizienten Lösungen zu erfahren.

**Büro:**        0331 96 76 225
steffen.engler@energieberater-brb.de
www.energieberater-brb.de

Amtsgericht Potsdam | Handelsregister: HRB 27954 P
Steuer-Nr.: 046/116/10047 | USt-IdNr. DE301355145

This email is a service from Please use support.ftx.com. Delivered by <u>Zendesk</u>

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | BitGo Notifications <notifications@bitgo.com> |
| **Gesendet:** | Montag, 16. Juni 2025 17:01 |
| **An:** | ser@energieberater-brb.de |
| **Betreff:** | [Important] Your BitGo Account is Unfrozen |



Hi Steffen Engler,

Your BitGo account is now unfrozen. You are able to log in to
app.bitgo.com and resume your activity.

Thank you,
The BitGo Team

© 2025 BitGo. All rights reserved.

Sent at: 2025-06-16 15:01:23 UTC

1

**Ana Pestereanu || ELB GmbH**

| | |
|---|---|
| **Von:** | 'BitGo Notifications' via ma_pavel <ma_pavel@invao.org> |
| **Gesendet:** | Montag, 7. Juli 2025 12:19 |
| **An:** | Steffen Engler |
| **Betreff:** | Your BitGo KYC status has changed |



Hi Steffen Engler,

Your personal identity has been fully **verified**. Please go to
https://app.bitgo.com to log in.

Please contact BitGo Customer Success at support@bitgo.com if you
need assistance or have questions.

Thank you,
The BitGo Team

© 2025 BitGo. All rights reserved.

Sent at: 2025-07-07 10:19:06 UTC

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

| Creditor Name | Email Address |
|---|---|
| Pavel Vermögensverwaltung GmbH | steffen.engler@energieberater-brb.de |

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM <u>MUST NOT CONTAIN</u> ANY OF THE FOLLOWING: (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number.** The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.
**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

<u>Submission of Claim Data</u>

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.

By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.

◉ I Agree
○ Reject


# Instructions


# Claim Information

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

◉ No
○ Yes

Customer Claim Form

Creditor Name

Pavel Vermögensverwaltung GmbH c/o Steffen Engler

Other names the creditor used with the debtor (if any)

Steffen Engler

Do you know the creditor's FTX customer main account
number?

◉ No
○ Yes

Do you know the creditor's FTX customer email address that
was used at sign up?

○ No
◉ Yes

FTX customer email address used at account sign up:

ma_pavel@invao.org

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

Pavel Vermögensverwaltung GmbH c/o Steffen Engler

Address 1 (Street address, "Care of:", or "Attention To:"):

Rückertstraße 2 B

Address 2:

Address 3:

Address 4:

City:

Potsdam

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

14469

**Is the creditor address outside of the US?**

○ No
◉ Yes

Country (if outside of the US):

Germany

Contact phone:

+49 177 6411774

Customer Claim Form

Contact email:

steffen.engler@energieberater-brb.de

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional addresses for
receiving notices about this proof of claim?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for
this claim?**

◉ No
○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please
identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have
accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer
Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement
Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against
each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for
asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

○ No
◉ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of
November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification
code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity
  column.

## Fiat

**ASSERTED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|

Customer Claim Form

| | | | |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000 000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236 000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900 000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100 000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200 000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600 000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000 000 | 100,000.000000000 | 102,100.000000000 |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324 000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500 000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093 000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767 000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500 000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000 000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091 000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580 000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040 000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531 000 | | |

**Do you want to add any other fiat not previously listed?**

○ Yes
◉ No

Customer Claim Form

## Loaned Fiat

### LOANED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?
○ Yes
○ No

## Asserted Crypto

### Asserted Crypto Tokens

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |

Customer Claim Form

3X Long XRP Token (XRPBULL)

Aave (AAVE)

Akropolis (AKRO)

ApeCoin (APE)

ATLAS (ATLAS)

Atom (ATOM)

Aurory (AURY)

Avalanche (AVAX)

BaoToken (BAO)

Basic Attention Token (BAT)

Binance Coin (BNB)

Bitcoin (BTC)

Bitcoin Cash (BCH)

Brazilian Digital Token (BRZ)

Celsius Token (CEL)

ChainLink Token (LINK)

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

Cryplo.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Customer Claim Form

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
○ Yes
○ No

## Loaned Crypto

### Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto |
| --- | --- |

Customer Claim Form

3X Long Bitcoin Token (BULL)

3X Long Cardano Token (ADABULL)

3X Long Dogecoin Token (DOGEBULL)

3X Long Ethereum Token (ETHBULL)

3X Long XRP Token (XRPBULL)

Aave (AAVE)

Akropolis (AKRO)

ApeCoin (APE)

ATLAS (ATLAS)

Atom (ATOM)

Aurory (AURY)

Avalanche (AVAX)

BaoToken (BAO)

Basic Attention Token (BAT)

Binance Coin (BNB)

Bitcoin (BTC)

Bitcoin Cash (BCH)

Brazilian Digital Token (BRZ)

Celsius Token (CEL)

ChainLink Token (LINK)

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

crypto-loan.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Customer Claim Form

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

**Do you want to add any coin not previously listed?**
○ Yes
○ No

Customer Claim Form

## Staked Crypto

## Staked Crypto

**Crypto (Ticker / Abbreviation)**                    **Staked Quantity of Crypto**

3X Long Bitcoin Token (BULL)

3X Long Cardano Token (ADABULL)

3X Long Dogecoin Token (DOGEBULL)

3X Long Ethereum Token (ETHBULL)

3X Long XRP Token (XRPBULL)

Aave (AAVE)

Akropolis (AKRO)

ApeCoin (APE)

ATLAS (ATLAS)

Atom (ATOM)

Aurory (AURY)

Avalanche (AVAX)

BaoToken (BAO)

Basic Attention Token (BAT)

Binance Coin (BNB)

Bitcoin (BTC)

Bitcoin Cash (BCH)

Brazilian Digital Token (BRZ)

Celsius Token (CEL)

ChainLink Token (LINK)

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

crypto-stak.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Dogecoin (DOGE)

Customer Claim Form

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

Customer Claim Form

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
○ Yes
○ No

## NFTs

**NFTs (non-fungible tokens)**

**NFT Description**          **NFT Identifier**          **Quantity of NFT**

**8.** **Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**
◉ No
○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:
◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of
Claim serves as an acknowledgment that when calculating the
amount of the claim, the creditor gave the debtor credit for any
payments received toward the debt.

I have examined the information in this Proof of Claim and
have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and
correct.

Executed on date (Calculated in UTC)

07/15/2025

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

Steffen Engler

E-Signature:

Steffen Engler

I certify that I have completed my Proof of Claim form on the
Kroll Restructuring Administration Portal. I hereby agree that
my electronic signature herein complies with the ESIGN Act,
and accordingly shall have the same legal effect as my original
signature.

☑ I agree

Title/Company:


Address 1:

Rückertstraße 2B

Address 2:


City:

Potsdam

State or Province (use 2-letter abbreviation if US or Canada):


Zip Code | Postal Code:

14469

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Germany

Contact phone:

+49 177 6411774

Contact email:

steffen.engler@energieberater-brb.de

Customer Claim Form

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation

○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

📄 INVAO Managed Accounts_Pavel Vermo#gensverwaltung GmbH (Steffen Engler).pdf                    297 KB

### File Name

INVAO Managed Accounts_Pavel Vermo#gensverwaltung GmbH (Steffen Engler).pdf

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

### Your Form has been successfully submitted...

| DOCUMENT ID | Submitted Date Time |
|---|---|
| eccd40a8c0383e6b87a6a68ee4cd88351e3e791a | 2025-07-15T11:40:24.451Z |
| Status | CONFIRMATION ID |
| Submitted | 3265-70-WHUKU-937007431 |



# May 30th Distribution - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | BitGo |
| Est. Distribution Date | TBD |
| Claim Classification | Class 5A |
| Claim Status | Allowed |

## Distribution Calculation

| | |
|---|---|
| Claim Amount | $53,408.10 |
| Principal Recovery % | 72.5% |
| Total Principal Recovery | $38,645.01 |
| Post-Petition Interest Distribution | $0.00 |
| (Tax Withholding) | ($0.00) |
| (Forfeited Distribution) | ($0.00) |
| Total Current Round Distribution | $38,645.01 |

STEP 2 Verify Identity of the Original FTX Account Owner

STEP 3 KYC

STEP 4 View Account Balances

STEP 5 View Your Proof of Claim Status

STEP 6 Abandoning

STEP 7 Distributions - Tax Requirements

STEP 8 Distributions: Select Provider

STEP 9 Distribution Amounts - Summary

**United States Bankruptcy Court**

**District of Delaware**

**824 North Market Street, 3rd Floor**

**Wilmington, DE 19801**

**USA**



Deutsche Post
FI 22.09.25    9,20

F1 011C 2545
00 3016 4A7F

Recommandé
Avis de réception

R    RT 04 056 226 0DE

RÜCKSCHEIN
Avis de réception
Advice of delivery

PRIORITY
PRIORITAIRE / LUFTPOST