# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF EXPERT REPORTS

**PLEASE TAKE NOTICE** that on October 21, 2025, true and correct copies of (i) the *Declaration of Stephen Nicholas Atherton K.C. in Support of the FTX Recovery Trust's Objection to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital* and the exhibits thereto, which were filed on June 21, 2025 at D.I. 30935, and (ii) the *Second Declaration of the Rt. Hon. Lord Neuberger of Abbotsbury* and the exhibits thereto, which were filed on June 20, 2025 at D.I. 30933, were caused to be served upon the following counsel via Electronic Mail.

| | |
|---|---|
| Christopher Harris | John W. Weiss |
| Adam Goldberg | Joseph C. Barsalona II |
| Zachary F. Proulx | Alexis R. Gambale |
| Nacif Taousse | **Pashman Stein Walder Hayden, P.C.** |
| **Latham & Watkins LLP** | 824 North Market Street, Suite 800 |
| 1271 6th Avenue | Wilmington, DE 19801 |
| New York, NY 10020 | Telephone: (302) 592-6496 |
| Telephone: (212) 906-1200 | E-mail: jweiss@pashmanstein.com |
| E-mail: christopher.harris@lw.com | jbarsalona@pashmanstein.com |
| adam.goldberg@lw.com | agambale@pashmanstein.com |
| nacif.taousse@lw.com | |
| zachary.proulx@lw.com | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

John D. Niemeyer
**Latham & Watkins LLP**
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 509-8456
E-mail: john.niemeyer@lw.com

Tiffany M. Ikeda
**Latham & Watkins LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
E-mail: tiffany.ikeda@lw.com

Daniel W. Sack
**Latham & Watkins LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 880-4741
E-mail: daniel.sack@lw.com

Dated: October 21, 2025
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: pierce@lrclaw.com

*Counsel for the FTX Recovery Trust*