IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,*[1] | Case No. 22-11068 (KBO) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 31148** |

**JOINDER OF SCI VENTURES CO., LTD, SHENGKUN JI AND LIU JING IN WEIWEI JI'S OBJECTION TO MOTION OF THE FTX RECOVERY TRUST FOR ENTRY OF AN ORDER IN SUPPORT OF THE CONFIRMED PLAN AUTHORIZING THE FTX RECOVERY TRUST TO IMPLEMENT THE RESTRICTED JURISDICTION PROCEDURES IN POTENTIALLY RESTRICTED FOREIGN JURISDICTIONS**

Sci Ventures Co., Ltd. ("Sci Ventures"), Shengkun Ji ("S. Ji"), and Liu Jing ("Ms. Jing") (collectively, "Objecting Creditors") by and through their undersigned counsel, hereby join in the objection of Weiwei Ji ("Mr. Ji") [Docket No. 31446] (the "Objection") to the *Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions*, dated July 2, 2025 [Docket No. 31148] (the "Motion").[2] In support of the Joinder, the Objecting Creditors state as follows:

**JOINDER**

1. Sci Ventures, S. Ji and Ms. Jing each hold KYC-verified FTX accounts and hold timely-filed proof of claims in these Chapter 11 Proceedings which are not subject to a pending

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used in this Joinder and not otherwise defined herein have the meanings ascribed to them in the Motion.

dispute.  (*See* Objection, ¶ 2, citing *Ji Declaration*, ¶ 6 [Docket No. 31147].)  Sci Ventures holds claim number 45581 in the amount of $4,484,489; S. Ji holds claim number 51901 in the amount of $4,540,980; and Ms. Jing holds claim number 60161 in the amount of $5,246,378.

2. All three Objecting Creditors are Mr. Ji's affiliates and/or family members, as follows: (a) Sci Ventures is Mr. Ji's wholly owned Hong Kong company; (b) S. Ji is Mr. Ji's brother; and (c) Ms. Jing is Mr. Ji's wife.

3. The Objecting Creditors join in the arguments made by Mr. Ji in the Objection, for the reasons set forth therein, and further join in the arguments made by undersigned counsel in support of the Objection at the hearing on the Motion held on July 22, 2025.

4. The Objecting Creditors reserve the right to supplement their Joinder and Objection based on their review of the "Revised Restricted Jurisdiction Procedures" attached to the pleading filed by the FTX Recovery Trust on October 20, 2025 [Docket No. 33193] (the "Pleading").

WHEREFORE, for the reasons set forth in the Objection, the Objecting Creditors respectfully request that the Court deny the Motion and the Revised Restricted Jurisdiction Procedures (as defined in the Pleading) and grant such other and further relief as it deems just and proper.

Date: October 22, 2025
Wilmington, Delaware

**SULLIVAN HAZELTINE ALLINSON LLC**

 */s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE  19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com

-and-

**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**
Thomas A. Draghi, Esq.
Annie P. Kubic, Esq.
Michele L. Angell, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Tel:  (516) 622-9200
tdraghi@westermanllp.com
akubic@westermanllp.com
mangell@westermanllp.com

*Counsel for Wewei Ji, Sci Ventures Co., Ltd., Shengkun Ji and Liu Jing*

3