## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that on the 22nd day of October 2025, a copy of the foregoing *Objection of Sci Ventures Co., Limited, Shengkun Ji, and Liu Jing, Requesting Adjournment of Hearing on Revised Restricted Jurisdiction Procedures Filed on October 20, 2025* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel for the FTX Recovery Trust:*

| | |
|---|---|
| Adam G. Landis, Esq. | Andrew G. Dietderich, Esq. |
| Kimberly A. Brown, Esq. | James L. Bromley, Esq. |
| Matthew R. Pierce, Esq. | Brian D. Glueckstein, Esq. |
| **LANDIS RATH & COBB LLP** | Alexa J. Kranzley, Esq. |
| 919 Market Street, Suite 1800 | **SULLIVAN & CROMWELL LLP** |
| Wilmington, Delaware 19801 | 125 Broad Street |
| landis@lrclaw.com | New York, NY 10004 |
| brown@lrclaw.com | dietdericha@sullcrom.com |
| pierce@lrclaw.com | bromleyj@sullcrom.com |
| | gluecksteinb@sullcrom.com |
| | kranzleya@sullcrom.com |

October 22, 2025  /s/ William D. Sullivan
Date  William D. Sullivan