## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 24-50184 (KBO) |
| GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI, | |
| Defendants. | |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 24-50188 (KBO) |
| FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, | |
| Defendants. | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0083890.}

FTX RECOVERY TRUST,

                    Plaintiffs,

           - against -

AMERICAN VALUES COALITION, INC.,

                  Defendant.

Adv. Pro. No. 24-50191 (KBO)

---

FTX RECOVERY TRUST,

                    Plaintiffs,

           - against -

PROSPERITY ALLIANCE, INC.,

                  Defendant.

Adv. Pro. No. 24-50201 (KBO)

---

FTX RECOVERY TRUST,

                    Plaintiffs,

           - against -

THE GOODLY INSTITUTE dba GOODLY LABS,

                  Defendant.

Adv. Pro. No. 24-50212 (KBO)

---

FTX RECOVERY TRUST,

                    Plaintiffs,

           - against -

MANIFOLD MARKETS, INC,

                  Defendant.

Adv. Pro. No. 24-50214 (KBO)

FTX RECOVERY TRUST,

                     Plaintiff,

             -against-

DENG JUN, SHEN LING, TU JING, DENG DINGYUAN, DENG LAN, DENG JIAN, TU FAN, PAN YANG LIAN, HU JINGMING, HU SIFENG, YANG YUHUA, QIN YONG QIANG, HUANG YAO, DAI FUYANG, FU LING, CHEN CHAO, SHEN LIUGEN, LIN GUODONG, YANG YIBO, XU MIN, XU HONG, WAN JIAN, WU QIAO, WU TIANMING, LI PING, JIA SHUYUN, and JOHN DOES 1-20

                 Defendants.

Adv. Pro. No. 24-50220 (KBO)

---

FTX RECOVERY TRUST,

                     Plaintiff,

             - against -

KUROSEMI INC.,

                 Defendant.

Adv. Pro. No. 25-50635 (KBO)

---

FTX RECOVERY TRUST,

                     Plaintiff,

             - against -

NFT STARS LIMITED,

                 Defendant.

Adv. Pro. No. 25-50636 (KBO)

| | |
|---|---|
| MORGAN AND MORGAN CLAIMANTS,<br><br>         Plaintiffs,<br><br>    - against -<br><br>FTX TRADING LTD.,<br><br>         Defendant. | Adv. Pro. No. 25-50962 (KBO) |
| FTX RECOVERY TRUST,<br><br>         Plaintiff,<br><br>    -against-<br><br>NEWURTH S.A., B TRANSFER SERVICES LIMITED, BT PAYMENT SERVICES NIGERIA LTD, TRANSFERZERO MONEY TRANSFER EP SA, BT PAYMENTS SERVICES UGANDA LTD, ELIZABETH ROSSIELLO, ADAM GOUVEIA, MARLEEN HAYE, CALLUM DRYDEN, MIN-SI WANG, CHARLENE CHEN, LINDA LEVINSON, and TOMOYUKI NII,<br><br>         Defendants. | Adv. Pro. No. 25-51054 (KBO) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR OCTOBER 23, 2025 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801</u>**

---

[2] **Amended items appear in bold.**

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**

**Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

## ADJOURNED MATTERS:

1.  Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

    Status: This matter is adjourned to a date to be determined.

2.  FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim [D.I. 31846, filed on July 23, 2025]

    Status: This matter is adjourned to the hearing scheduled for November 20, 2025.

3.  Motion by Claimant Lawrence D. Van Dyn Hoven to Reconsider Customer Claim No. 98560, Extend the Applicable Bar Date and Allow that Claim, or, in the Alternative, to Extend the Applicable Bar Date for Non-Customer Claim No. 100112 [D.I. 32061, filed on August 1, 2025]

    Status: This matter is adjourned to the hearing scheduled for November 20, 2025.

4.  FTX Recovery Trust's Amended Objection to Non-Customer Proof of Claim No. 100112 filed by Lawrence D. Van Dyn Hoven [D.I. 32591, filed on August 29, 2025]

    Status: The parties have agreed to extend Mr. Lawrence D. Van Dyn Hoven's response deadline to the amended objection to October 27, 2025. This matter is adjourned to the hearing scheduled for November 20, 2025.

5.  Motion of OTOY International, SEZC for Leave to Amend Proof of Claim [D.I. 32784, filed on September 29, 2025]

    Status: This matter is adjourned to a date to be determined.

6.      Motion of Chisato Muromoto to Permit Filing of a Proof of Claim After the Bar Date and/or for Related Relief [D.I. 32956, filed on October 9, 2025]

Status: This matter is adjourned to the hearing scheduled for November 20, 2025.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS**:

7.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Gate Technology Incorporated et al.*, Adv. No. 24-50184 – Adv. D.I. 3, filed on December 13, 2024]

Status: This matter is adjourned to a date to be determined.

8.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al*., Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

Status: This matter is adjourned to a date to be determined.

9.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. American Values Coalition, Inc.*, Adv. No. 24-50191 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to a date to be determined.

10.     Summons and Notice of Pretrial Conference in an Adversary Proceeding – [FTX Trading Ltd. et al v. Prosperity Alliance, Inc., Adv. No. 24-50201 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to the hearing scheduled for November 20, 2025.

11.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. The Goodly Institute*, Adv. No. 24-50212 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to a date to be determined.

12.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc.*, Adv. No. 24-50214 – Adv. D.I. 3, filed on November 26, 2024]

Status: This matter is adjourned to a date to be determined.

13.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. v. Jun et al.,* Adv. No. 24-50220]

Status: This matter is adjourned to a date to be determined.

14.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Kurosemi Inc.*, Adv. No. 25-50635 – Adv. D.I. 3, 4 & 5, filed on May 1, 23 & 30, 2025]

Status: This matter is adjourned to a date to be determined.

15.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. NFT Stars Limited*, Adv. No. 25-50636 – Adv. D.I. 3, filed on May 1, 2025]

Status: This matter is adjourned to a date to be determined.

16.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Morgan and Morgan Claimants v. FTX Trading Ltd.*, Adv. No. 25-50962 – Adv. D.I. 6, filed on August 27, 2025]

Status: This matter is adjourned to the hearing scheduled for November 20, 2025.

17.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. NeWurth S.A. et al.*, Adv. No. 25-51054 – Adv. D.I. 3 & 4, filed on July 15 & 31, 2025]

Status: This matter is adjourned to a date to be determined.

**RESOLVED MATTERS:**

18.  FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [D.I. 32600 & 32607, filed on September 2, 2025]

Status: **A certificate of no objection has been filed, and an order has been uploaded for entry**. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

19.  FTX Recovery Trust's One Hundred Ninety-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims) [D.I. 32601 & 32608, filed on September 2, 2025]

Status: **A certificate of no objection has been filed, and an order has been uploaded for entry**. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

20.  FTX Recovery Trust's One Hundred Ninety-Sixth (Non-Substantive) Omnibus Objection to Certain Late Filed Proofs of Claims (Customer Claims) [D.I. 32602 & 32609, filed on September 2, 2025]

Status: The omnibus claim objection is being adjourned as it relates to certain claims for which the FTX Recovery Trust received responses. The FTX Recovery Trust intends to

file a revised form of order to reflect such adjournments under certification of counsel. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

21.    FTX Recovery Trust's One Hundred Ninety-Seventh (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 32603 & 32610, filed on September 2, 2025]

Status: **a certificate of no objection has been filed, and an order has been uploaded for entry**. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

## MATTERS GOING FORWARD:

22.    Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions [D.I. 31148, filed on July 2, 2025]

Response Deadline: N/A

Responses Received: See **Exhibit A**, attached hereto.

Related Documents:

A.    Motion of the FTX Recovery Trust for Leave to File Omnibus Reply to the Objections to FTX Recovery Trust's Motion to Implement the Restricted Jurisdictions Procedures in Potentially Restricted Foreign Jurisdictions [D.I. 31559, filed on July 20, 2025]

B.    Order Setting Status Conference on Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions [D.I. 32720, filed on September 16, 2025]

C.    Certificate of Service [D.I. 32734, filed on September 17, 2025]

D.    Affidavit of Service [D.I. 32735, filed on September 18, 2025]

E.    Order Denying Motion to Shorten Notice with Respect to Motion for Collaborative, Claim-Specific Administrative Relief Regarding Claim No. 33657 [D.I. 32778, filed on September 26, 2025]

F.    FTX Recovery Trust's Objection to Emergency Motions of Pro Se Claimants Regarding September 30, 2025 Distribution [D.I. 32785, filed on September 29, 2025]

G.    Notice of Intent to Include English-Mandarin Interpreter for October 23, 2025 Hearing [D.I. 32820, filed on September 30, 2025]

H.    FTX Recovery Trust's Status Update on Motion to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions and Omnibus Response to Related Motions and Filings [D.I. 33193, filed on October 20, 2025]

I.    **Objection of Sci Ventures Co., Limited, Shengkun Ji, and Liu Jing, Requesting Adjournment of Hearing on Revised Restricted Jurisdiction Procedures Filed on October 20, 2025 [D.I. 33291, filed on October 22, 2025]**

Status: This matter is going forward as a status conference.

23.    Motion of Kihyuk Nam for (I) Status Conference and Limited Administrative Relief Regarding Disposition of FTT; and (II) in the Alternative, Order Under 11 U.S.C. § 554(b) [D.I. 32606, filed on September 2, 2025]

Response Deadline: October 16, 2025 at 4:00 p.m. (ET)

Responses Received:

A.    FTX Recovery Trust's Objection to Motion of Kihyuk Nam for (I) Status Conference and Limited Administrative Relief Regarding Disposition of FTT; and (II) in the Alternative, Order Under 11 U.S.C. § 554(b) [D.I. 33135, filed on October 16, 2025]

Related Documents:

A.    Motion to Shorten Notice with Respect to Motion for (I) Status Conference and Limited Administrative Relief Regarding Disposition of FTT; and (II) in the Alternative, Order Under 11 U.S.C. § 554(b) [D.I. 32632, filed on September 2, 2025]

B.    Declaration of Kihyuk Nam in Support of Motion for (I) Status Conference and Limited Administrative Relief Regarding Disposition of FTT; and (II) in the Alternative, Order Under 11 U.S.C. § 554(b) [D.I. 32634, filed on September 2, 2025]

C.    Notice of Filing of Supporting Declarations Re Motion for Status Conference and Limited Administrative Relief Regarding FTT [D.I. 32635, filed on September 2, 2025

D.    Certificate of Service [D.I. 32636, filed on September 2, 2025]

E.    FTX Recovery Trust's Objection to Motion to Shorten Notice with Respect to Motion for (I) Status Conference and Limited Administrative Relief Regarding Disposition of FTT; and (II) in the Alternative, Order Under 11 U.S.C. § 554(b) [D.I. 32643, filed on September 4, 2025]

F.     Order Denying (A) Motion to Shorten Notice with Respect to Motion for (I) Status Conference and Limited Administrative Relief Regarding Disposition of FTT; and (II) in the Alternative, Order Under 11 U.S.C. § 554(b) and (B) Motion for Permission to Use Electronic Case Filing (CM/ECF) [D.I. 32669, filed on September 8, 2025]

G.     Certificate of Service [D.I. 32674, filed on September 9, 2025]

H.     Declaration in Support of Motion for Status Conference & Limited Administrative Relief Regarding FTT [D.I. 33187, filed on October 20, 2025]

I.     Declaration in Support of Motion for Status Conference & Limited Administrative Relief Regarding FTT [D.I. 33188, filed on October 20, 2025]

J.     Declaration in Support of Motion for Status Conference & Limited Administrative Relief Regarding FTT [D.I. 33189, filed on October 20, 2025]

K.     Declaration in Support of Motion for Status Conference & Limited Administrative Relief Regarding FTT [D.I. 33190, filed on October 20, 2025]

L.     Kihyuk Nam's Reply in Support of Motion for Status Conference & Limited Administrative Relief Regarding Disposition of FTT [D.I. 33191, filed on October 20, 2025]

M.     Declaration in Support of Motion for Status Conference & Limited Administrative Relief Regarding FTT [D.I. 33192, filed on October 20, 2025]

Status: This matter is going forward.

Dated: October 22, 2025
    Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*