**EXHIBIT A**

**In re: FTX Trading Ltd.,** *et al.*
**Case No. 22-11068 (KBO)**

**Responses Regarding** *Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions* **[D.I. 31148][1]**

| | **Response Title, D.I. and Date Filed[2]** | **Responding Party** |
|---|---|---|
| 1. | Objection to the Restricted Jurisdiction Procedures for Saudi Arabia [D.I. 31821, filed on July 23, 2025] | Marwan Awadh Alsehli |
| 2. | Objection to Motion to Implement Restricted Jurisdiction Procedures [D.I. 31948, filed on July 25, 2025] | Petro Rybchak |
| 3. | Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan [D.I. 32230, filed on August 6, 2025] | Weiwei Ji |
| 4. | Letter Filed by Shirong Wang Requesting Confirmation that Current Address in Canada has been Updated in KYC Verification for Distribution of Funds on or Before September 30, 2025 [D.I. 32231, filed on August 7, 2025] | Shirong Wang |
| 5. | Motion to Request Clarification of Jurisdictional Designations, Procedural Fairness for Non-U.S. Creditors, and Establishment of Disputed Claim Resolution Mechanism [D.I. 32266, filed on August 8, 2025] | Li Luo |
| 6. | Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32269, filed on August 8, 2025] | Weiwei Ji |
| 7. | Letter from Claimant Requesting an Order Directing Debtor to Disclose the Standards and Criteria Used to Distinguish Between "Potentially Restricted Jurisdiction" and "Unrestricted Jurisdiction" [D.I. 32271, filed on August 8, 2025] | Weiwei Ji |
| 8. | Letter from Chinese Creditor Regarding Lack of Correspondence from the Debtor [D.I. 32285, filed on August 8, 2025] | Yang Haoliang |
| 9. | Letter from Chinese Creditor Regarding Proposed Solution to the Restricted Jurisdictions Issue [D.I. 32287, filed on August 11, 2025] | Jianhua Jin |
| 10. | Creditor Letter - Supplemental Concerns Regarding the Restricted Jurisdiction Procedures [D.I. 32289, filed on August 11, 2025] | Sen Wang |

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the relevant objection.

[2] For reference, timely filed responses and objections to the Restricted Jurisdiction Procedures Motion can be found in Exhibit A to the *Amended Notice of Agenda for the Hearing Scheduled for July 22, 2025 at 9:30 A.M. (ET)* [D.I. 31626-1] and made available upon request.

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 11. | Letter From Chinese Creditor Requesting FTX to Confirm Creditor's Address in KYC is Updated to the United States and Request for Distribution on 9/30/2025 [D.I. 32290, filed on August 11, 2025] | Yufu Ma |
| 12. | Response to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures [D.I. 32324, filed on August 12, 2025] | Qi Lu |
| 13. | Motion to Approve Motion for Order Directing Disclosure of Jurisdictional Classification Standards, Establishment of Procedural Fairness for International Creditors, and Implementation of Transparent Portal Information System [D.I. 32359, filed on August 15, 2025] | Heng Lu |
| 14. | Letter From Creditor Regarding Trust's Inability to Provide Wire Transfers to Creditors in China [D.I. 32365, filed on August 15, 2025] | Yong Li |
| 15. | Letter From Creditor Requesting that Name and Address be Restricted from View [D.I. 32366, filed on August 13, 2025] | Lanqi Yu |
| 16. | Letter Regarding Several Perspectives on Paying Compensation to Chinese and Other "Restricted Foreign Jurisdiction" Creditors [D.I. 32367, filed on August 13, 2025] | Lanqi Yu |
| 17. | Motion to Compel (I) Equal Distributions, (II) Pay Chinese-Passport Claim in September 2025 Round, and (III) Establish Transparent Residency/Dispute Process [D.I. 32384, filed on August 18, 2025] | Hejia Zhao |
| 18. | Motion for Clarification and Declaratory Relief Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and for Removal of Unjustified Payment Restrictions [D.I. 32385, filed on August 15, 2025] | Xuzhou Yin |
| 19. | Letter to Court Regarding the Unequal Treatment of Chinese Creditors in the FTX Claims Administration [D.I. 32386, filed on August 15, 2025] | Liu Zhenxu |
| 20. | Objection to Motion of FTX Recovery Trust to Implement Restricted Jurisdiction Procedures [D.I. 32387, filed on August 18, 2025] | Volodymyr Tsymbaliuk |
| 21. | Motion to Compel the FTX Recovery Trust to Provide a Substantive Explanation for the "Disputed" Status of Claims, to Ensure Eligibility for the September 30, 2025 Distribution, and to Remedy Prior Missed Distributions [D.I. 32434, filed on August 19, 2025] | Weiwei Ji |
| 22. | Motion to Lift Payment Restrictions on Chinese Creditors and Ensure Equal Distribution Rights Under the FTX Reorganization Plan [D.I. 32440, filed on August 19, 2025] | Lin Kaikai |
| 23. | Supplemental Statement of Shirong Wang Regarding Claim No. 38517 [D.I. 32449, filed on August 20, 2025] | Shirong Wang |
| 24. | Letter From Creditor Requesting Debtor to Confirm Whether Claim Will Be Included in the Sep. 30 Distribution [D.I. 32672, filed on September 8, 2025] | Lap Sun Lam |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 25. | Letter Filed by Pu Ke [D.I. 32687, filed on September 10, 2025] | Pu Ke |
| 26. | Motion of Pu Ke for Status Conference and Limited Administrative Relief Regarding Claim No. 33657 [D.I. 32712, filed on September 15, 2025] | Pu Ke |
| 27. | Motion of Pu Ke to Shorten Notice Regarding the Motion for Status Conference and Limited Administrative Relief [D.I. 32713, filed on September 15, 2025] | Pu Ke |
| 28. | Motion to Allow of Pu Ke for Collaborative, Claim-specific Administrative Relief Regarding Claim No. 33657 [D.I. 32739, filed on September 18, 2025] | Pu Ke |
| 29. | Pu Ke's Motion to Shorten Notice Regarding the Motion for Collaborative, Claim-Specific Administrative Relief Regarding Claim No. 33657 [D.I. 32746, filed on September 19, 2025] | Pu Ke |
| 30. | Motion to Compel / Emergency Motion to Confirm Eligibility For 9.30.25 Distribution and Motion for Shortened Notice Under Local Rule 9006-(e) [D.I. 32759, filed on September 23, 2025] | Hejia Zhao |
| 31. | CNO for Emergency Motion of Hejia Zhao (Pro Se) to Confirm Eligibility for September 30, 2025 Distribution and Motion for Shortened Notice Under Local Rule 9006-1(e) [D.I. 32773, filed on September 25, 2025] | Hejia Zhao |
| 32. | Supplemental Emergency Motion of Hejia Zhao (Pro Se) to Confirm Inclusion in September 30, 2025 Distribution and Motion for Shortened Notice Under L.R. 9006-1(e) [D.I. 32774, filed on September 24, 2025] | Hejia Zhao |
| 33. | Emergency Motion by Kaikai Lin (Appearing Pro Se) to Confirm Entitlement to September 30, 2025 Distribution and to Set Response Deadline [D.I. 32775, filed on September 24, 2025] | Kai-Kai Lin |
| 34. | Notice of Supplemental Related Documents for the October 23, 2025 Hearing (D.I. 32720) [D.I. 32821, filed on September 30, 2025] | Hejia Zhao |
| 35. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan [D.I. 32822, filed on September 30, 2025] | Hejia Zhao |
| 36. | Emergency Motion of Liu Jing [D.I. 32839, filed on October 2, 2025] | Liu Jing |
| 37. | Supplement to D.I. 32712 and D.I. 32739 and Reply to Trust's Objection D.I. 32785 [D.I. 32840, filed on October 2, 2025] | Pu Ke |
| 38. | Emergency Motion of Sci Ventures Co., Limited [D.I. 32841, filed on October 2, 2025] | Sci Ventures Co., Limited |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 39. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32859, filed on October 6, 2025] | Xue Xiaorong |
| 40. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32860, filed on October 6, 2025] | Xiaowang Weng |
| 41. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32861, filed on October 6, 2025] | Liu ZhenHua |
| 42. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32862, filed on October 6, 2025] | Bin Sui |
| 43. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32863, filed on October 6, 2025] | Wu Hao |
| 44. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32864, filed on October 6, 2025] | Xu Shengwei |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 45. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32865, filed on October 6, 2025] | Jianhua Jin |
| 46. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32866, filed on October 6, 2025] | Yong Li |
| 47. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32867, filed on October 6, 2025] | Feng Hu |
| 48. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32868, filed on October 6, 2025] | Jia Wen |
| 49. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32869, filed on October 6, 2025] | XiaoPing Huang |
| 50. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32870, filed on October 6, 2025] | Zhou Jingli |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 51. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32871, filed on October 6, 2025] | Weihao Chen |
| 52. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32872, filed on October 6, 2025] | Ke Yuan |
| 53. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32873, filed on October 6, 2025] | QingChong Chen |
| 54. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32874, filed on October 6, 2025] | Hou Han Yun |
| 55. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32875, filed on October 6, 2025] | Kangliang Li |
| 56. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32876, filed on October 6, 2025] | Qi Chen |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 57. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32877, filed on October 6, 2025] | Lianghua Chai |
| 58. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32878, filed on October 6, 2025] | DongSheng Li |
| 59. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32879, filed on October 6, 2025] | Sang Yingshuo |
| 60. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32880, filed on October 6, 2025] | Rongrong Zhao |
| 61. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32881, filed on October 6, 2025] | Lijuan Feng |
| 62. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32882, filed on October ,6 2025] | Yijian Feng |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 63. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32883, filed on October 6, 2025] | Xufei Bai |
| 64. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32884, filed on October 6, 2025] | Jun Xu |
| 65. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32885, filed on October 6, 2025] | Han Deng |
| 66. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32886, filed on October 6, 2025] | Shaohua Miao |
| 67. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32888, filed on October 6, 2025] | Minxia Zheng |
| 68. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32889, filed on October 6, 2025] | Yuhe Liu |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 69. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32890, filed on October 6, 2025] | Dang Yuanhao |
| 70. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32892, filed on October 6, 2025] | Haoliang Yang |
| 71. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32944, filed on October 8, 2025] | Sen Wang and Yong Pin Hu |
| 72. | Motion to Compel Distribution of Post Petition Interest and Disclosure of Next Distribution Schedule [D.I. 32945, filed on October 8, 2025] | Shirong Wang |
| 73. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32946, filed on October 8, 2025] | Xiaoyu Li |
| 74. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan [D.I. 32948, filed on October 8, 2025] | Yan Junyi |
| 75. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32952, filed on October 8, 2025 | Deli Gong |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 76. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32958, filed on October 9, 2025] | Zhu Ming |
| 77. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32992, filed on October 10, 2025] | Wei Nan |
| 78. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32993, filed on October 10, 2025] | Chen Sen |
| 79. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32994, filed on October 10, 2025] | Suiye Gao |
| 80. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32995, filed on October 10, 2025] | Shang Wu |
| 81. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32996, filed on October 10, 2025] | Yong Cao |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 82. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32997, filed on October 10, 2025] | Weirong Chen |
| 83. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32998, filed on October 10, 2025] | Xiaowen Liao |
| 84. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 32999, filed on October 10, 2025] | Shutao Peng |
| 85. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33000, filed on October 10, 2025] | Yuqi Zhao |
| 86. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33001, filed on October 10, 2025] | Hou Han Yun |
| 87. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33002, filed on October 10, 2025] | Lianghua Chai |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 88. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33003, filed on October 10, 2025] | Xiaoliang Xia |
| 89. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33004, filed on October 10, 2025] | Dan Li |
| 90. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33005, filed on October 10, 2025] | Deliang Lian |
| 91. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33006, filed on October 10, 2025] | Zengrui Zhao |
| 92. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33007, filed on October 10, 2025] | Zhang Shuyan |
| 93. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33008, filed on October 10, 2025] | Yue Li |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 94. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33009, filed on October 10, 2025] | Long Di |
| 95. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33010, filed on October 10, 2025] | Wei Zhang |
| 96. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33011, filed on October 10, 2025] | Wu Yiwei |
| 97. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33012, filed on October 10, 2025] | Ye Fangmin |
| 98. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33013, filed on October 10, 2025] | Cenjun Zhu |
| 99. | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33014, filed on October 10, 2025] | Manqiu Cai |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 100 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33015, filed on October 10, 2025] | Yaxuan Meng |
| 101 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33016, filed on October 10, 2025] | Fengda Wan |
| 102 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33017, filed on October 10, 2025] | Mingmin Liu |
| 103 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33018, filed on October 10, 2025] | Diandong Gao |
| 104 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33019, filed on October 10, 2025] | YuRu Jia |
| 105 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33020, filed on October 10, 2025] | Baoliang Shang |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 106 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33021, October 10, 2025] | Rong Cai |
| 107 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33022, filed on October 10, 2025] | Shu Xiang |
| 108 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33023, filed on October 10, 2025] | Yi Xu |
| 109 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33024, filed on October 10, 2025] | Siqing Xu |
| 110 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33025, filed on October 10, 2025] | Wujie Lin |
| 111 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33026, filed on October 10, 2025] | Ziyou Xiong |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 112 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33027, filed on October 10, 2025] | Shenglin Wu |
| 113 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33028, filed on October 10, 2025] | Hejie Chen |
| 114 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33029, filed on October 10, 2025] | Zhenkun Zhao |
| 115 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33030, filed on October 10, 2025] | Weiwei Li |
| 116 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33031, filed on October 10, 2025] | Xuzhou Yin |
| 117 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33032, filed on October 10, 2025] | Zhenyu Li |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 118 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33033, filed on October 10, 2025] | Hou Han Yun |
| 119 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33054, filed on October 14, 2025] | Daochi Cai |
| 120 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33140, filed on October 17, 2025] | Nan Xu |
| 121 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33141, filed on October 17, 2025] | Xingyi Zheng |
| 122 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33143, filed on October 17, 2025] | Lin Lin |
| 123 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33144, filed on October 17, 2025] | Yi Qin |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 124 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33145, filed on October 17, 2025] | Ke Jicheng |
| 125 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33146, filed on October 17, 2025] | Chen Faxing |
| 126 | Motion of a Creditor for Entry of an Order: (I) Declaring Plan Distributions are in US Dollars; (II) Directing Correction of Trust Procedures; and (III) Awarding Enhanced Delay Interest [D.I. 33147, filed on October 17, 2025] | Weipeng Zhao |
| 127 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33148, filed on October 17, 2025] | Baoliang Shang |
| 128 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33149, filed on October 17, 2025] | Xin Huang |
| 129 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33150, filed on October 17, 2025] | Weipeng Zhao |
| 130 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33151, filed on October 17, 2025] | Xiaodong Wang |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 131 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33152, filed on October 17, 2025] | Xinyang Liu |
| 132 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33153, filed on October 17, 2025] | Jainsen Wang |
| 133 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33154, filed on October 17, 2025] | Yang Yang |
| 134 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33155, filed on October 17, 2025] | ChunYu Chen |
| 135 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33156, filed on October 17, 2025] | Jingdong Yao |
| 136 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33157, filed on October 17, 2025] | Yufeng Sheng |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 137 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33158, filed on October 17, 2025] | Hennadii Savenko |
| 138 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33159, filed on October 17, 2025] | DongJie Bai |
| 139 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33160, filed on October 17, 2025] | DongJie Bai |
| 140 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33161, filed on October 17, 2025] | YaoHua Dong |
| 141 | Joinder and Statement in Support of Motion D.I. 32230 - Motion for Clarification Regarding the Currency Nature of Creditor Distributions Under the Confirmed Plan and Motion D.I. 32269 - Motion to Compel FTX Recovery Trust & Kroll to Provide Substantive Response to Creditor Inquiries and to Establish Clear Procedures for Address and Jurisdiction Updates [D.I. 33162, filed on October 17, 2025] | Hongpeng Wang |
| 142 | Joinder of Qu Li, in Support of Motion [D.I. 32230] Motion for Clarification Regarding the Currency Nature of Creditor Distribution Under the Confirmed Plan  [D.I. 33171, filed on October 20, 2025] | Qi Lu |
| 143 | **Joinder of Sci Ventures Co., Ltd, Shengkun Ji and Liu Jing in Weiwei Ji's Objection to Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions [D.I. 33290, filed on October 22, 2025]** | **Sci Ventures Co., Ltd. Shengkun Ji Liu Jing** |

| | Response Title, D.I. and Date Filed[2] | Responding Party |
|---|---|---|
| 144 | **Objection of Sci Ventures Co., Limited, Shengkun Ji, and Liu Jing, Requesting Adjournment of Hearing on Revised Restricted Jurisdiction Procedures Filed on October 20, 2025 [D.I. 33291, filed on October 22, 2025]** | **Sci Ventures Co., Ltd.** **Shengkun Ji** **Liu Jing** |
| 145 | Informal Response, received via email dated October 1, 2025 | Jia Wen |
| 146 | Informal Response, received via email dated October 3, 2025 | Kaihao Ni |
| 147 | Informal Response, received via email dated July 21, 2025 | Xianmin Yan |
| 148 | Informal Response, received via email dated October 16, 2025 | Yue Lou |
| 149 | Informal Response, received via email dated October 16, 2025 | Yumou Wei |
| 150 | Informal Response, received via email dated October 7, 2025 | Zhongxiu Guan |