IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                    :   Chapter 11
                                          :
FTX TRADING LTD., *et al.*,[1]            :   Case No. 22-11068 (KBO)
                                          :
        Debtors.                  :   (Jointly Administered)
------------------------------------------------------------ x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 21, 2025, counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd. (the "Joint Liquidators") caused the Joint Liquidators' *Initial Expert Reports* to be served via email upon the following counsel of record:

Brian D. Glueckstein
Benjamin S. Beller
Samuel G. Darby
Christopher J. Dunne
Isaac S. Foote
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Email: gluecksteinb@sullcrom.com
      bellerb@sullcrom.com
      darbys@sullcrom.com
      Dunnec@sullcrom.com
      footei@sullcrom.com

Adam G. Landis
Kimberly A. Brown
Matthew B. McGuire
Matthew R. Pierce
Elizabeth A. Rogers
**LANDIS RATH & COBB LLP**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

919 Market Street, Suite 1800,
Wilmington, Delaware 19801
Email: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com;
       mcguire@lrclaw.com
       erogers@lrclaw.com

Dated: October 22, 2025
      Wilmington, Delaware

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Zachary F. Proulx (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com
       adam.goldberg@lw.com
       zachary.proulx@lw.com
       nacif.taousse@lw.com

– and –

*/s/ Alexis R. Gambale*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email: jweiss@pashmanstein.com
       jbarsalona@pashmanstein.com
       agambale@pashmanstein.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*