# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 32784** |

## NOTICE OF WITHDRAWAL OF MOTION OF OTOY INTERNATIONAL, SEZC FOR LEAVE TO AMEND PROOF OF CLAIM

PLEASE TAKE NOTICE that OTOY International, SEZC ("OTOY") hereby withdraws its *Motion of OTOY International, SEZC for Leave to Amend Proof of Claim* filed on September 29, 2025 [Docket No. 32784].

Dated: October 24, 2025
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James O'Neill*
James O'Neill (DE Bar No. 4042)
Stanley E. Goldich (*pro hac vice* pending)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    joneill@pszjlaw.com
              sgoldich@pszjlaw.com

*Counsel to OTOY International, SEZC*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.