# SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Ninety-Fourth Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

|  |  | **Asserted Claims** | **Modified Claims** |
|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Debtor** |
| 82973* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 29581 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 60959* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98512 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 1337 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98699* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 65702 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97753* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 4769 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96927 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 84011 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 77976 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98708 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 2725 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 98739* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 53338 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87042 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 22030 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 46460 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 97450* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 87035* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

82973*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
60959*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
98699*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
97753*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
98739*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
97450*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
87035*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fifth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)