# SCHEDULE 1

**Overstated and/or Unliquidated Claims**

FTX Trading Ltd. 22-11068 (KBO)
One Hundred Ninety-Fifth Omnibus Claims Objection
Schedule 1 - Modified Claims

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claims Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 58395 | Name on file | FTX Trading Ltd. | AKRO | 10.000000000000000 | FTX Trading Ltd. | 10.000000000000000 |
| | | | AUD | 0.000000009571587 | | 4,000.000000009570000 |
| | | | BAO | 52.000000000000000 | | 52.000000000000000 |
| | | | BNB | 0.000003060000000 | | 0.000003060000000 |
| | | | CRV | 0.000355850000000 | | 0.000355850000000 |
| | | | DENT | 9.000000000000000 | | 9.000000000000000 |
| | | | DOGE | 1.000000000000000 | | 1.000000000000000 |
| | | | FTT | 0.000041500000000 | | 0.000041500000000 |
| | | | GRT | 1.000000000000000 | | 1.000000000000000 |
| | | | KIN | 44.000000000000000 | | 44.000000000000000 |
| | | | NEAR | 0.001828710000000 | | 0.001828710000000 |
| | | | RAY | 0.001021150000000 | | 0.001021150000000 |
| | | | RSR | 5.000000000000000 | | 5.000000000000000 |
| | | | UBXT | 15.000000000000000 | | 15.000000000000000 |
| | | | UNI | 0.000107010000000 | | 0.000107010000000 |
| | | | USDT | 0.018514840277489 | | 0.018514840277489 |
| | | | Other Activity Asserted: $4,000 - Just prior to the collapse of FTX I made two bank transfers to my FTX account but the money never made it to my wallet | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and the books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The AUD asserted in the claimant's other activity has been added to the modified tickers and quantities above. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 9735 | Name on file | FTX Trading Ltd. | BTC | 0.058742650000000 | FTX Trading Ltd. | 0.058742650000000 |
| | | | EUR | 0.000000000102838 | | 0.000000000102838 |
| | | | USD | 2,262.535361878015000 | | 2,262.535361878015000 |
| | | | USDC | 2,262.535361870000000 | | 0.000000000000000 |
| | | | USDT | 0.000000004015807 | | 0.000000004015807 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 38005 | Name on file | FTX Trading Ltd. | BNB | Undetermined* | FTX Trading Ltd. | 0.000000001246780 |
| | | | FTT | | | 46.889488057544470 |
| | | | KNC | | | 0.000000009868910 |
| | | | SOL | | | 11.474323056244530 |
| | | | TRX | | | 0.000000008010203 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 9995* | Name on file | West Realm Shires Services Inc. | BAT | 125.140410637555430 | West Realm Shires Services Inc. | 125.140410637555430 |
| | | | BCH | 0.000000004693457 | | 0.000000004693457 |
| | | | BTC | 0.000319951743381 | | 0.000319951743381 |
| | | | CUSDT | 0.000000001476090 | | 0.000000001476090 |
| | | | DOGE | 0.000000000161691 | | 0.000000000161691 |
| | | | ETH | 2.331855941313729 | | 2.331855941313729 |
| | | | ETHW | 2.336685851313730 | | 2.336685851313730 |
| | | | GRT | 14.380371624886042 | | 14.380371624886042 |
| | | | KSHIB | 0.000000003381776 | | 0.000000003381776 |
| | | | LINK | 6.727835430000000 | | 6.727835430000000 |
| | | | LTC | 0.000000004281712 | | 0.000000004281712 |
| | | | MATIC | 419.277735677447770 | | 419.277735677447770 |
| | | | MKR | 0.000000007271872 | | 0.000000007271872 |
| | | | PAXG | 0.000000002896013 | | 0.000000002896013 |
| | | | SHIB | 56,021,783.776878770000000 | | 56,021,783.776878770000000 |
| | | | SOL | 10.905309923630630 | | 10.905309923630630 |
| | | | SUSHI | 22.698590570726843 | | 22.698590570726843 |
| | | | TRX | 0.000000001871572 | | 0.000000001871572 |
| | | | USD | 3,621.845513719378200 | | 1,810.925513719370000 |
| | | | USDT | 0.000000005226446 | | 0.000000005226446 |
| | | | YFI | 0.001243209706294 | | 0.001243209706294 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 82973* | Name on file | West Realm Shires Services Inc. | TRX | | West Realm Shires Services Inc. | 23,302.897911080000000 |
| | | | USD | 0.067716800000000 | | 0.067711685000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 93239* | Name on file | West Realm Shires Services Inc. | BTC | | West Realm Shires Services Inc. | 0.000000004393720 |
| | | | POC Other Crypto Assertions: OCEAN PROTOCOL | 100.000000000000000 | | 0.000000000000000 |
| | | | USD | | | 10.000238143495792 |
| | | | USDT | | | 0.000000007706945 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 32590 | Name on file | FTX Trading Ltd. | APE | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
| | | | BTC | | | 0.000011430000000 |
| | | | SOL | | | 0.001072720000000 |
| | | | TRX | | | 0.000778000000000 |
| | | | USD | | | 1.265957977555000 |
| | | | USDT | | | 0.007966000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 60959* | Name on file | West Realm Shires Services Inc. | ARS | 0.000000000000000 | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | AUD | 0.000000000000000 | | 0.000000000000000 |
| | | | BRL | 0.000000000000000 | | 0.000000000000000 |
| | | | CAD | 0.000000000000000 | | 0.000000000000000 |
| | | | CHF | 0.000000000000000 | | 0.000000000000000 |
| | | | EUR | 0.000000000000000 | | 0.000000000000000 |
| | | | GHS | 0.000000000000000 | | 0.000000000000000 |
| | | | HKD | 0.000000000000000 | | 0.000000000000000 |
| | | | JPY | 0.000000000000000 | | 0.000000000000000 |
| | | | MXN | 0.000000000000000 | | 0.000000000000000 |
| | | | SGD | 0.000000000000000 | | 0.000000000000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | TRY | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 5,629.000000000000000 | | 0.000001521378117 |
| | | | VND | 0.000000000000000 | | 0.000000000000000 |
| | | | XOF | 0.000000000000000 | | 0.000000000000000 |

9995* Claim was ordered modified on the FTX Recovery Trust's One Hundred Thirteenth (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
93239* Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
60959* Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
82973* Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | | Ticker Quantity |
| | | | ZAR | 0.000000000000000 | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 98732 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | FTX Trading Ltd. | 0.016570000000000 |
| | | | ETH | | | 0.086017500000000 |
| | | | ETHW | | | 0.084990270000000 |
| | | | EUR | | | 10.683336910000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 80031* | Name on file | West Realm Shires Services Inc. | BTC | 0.000000001426000 | West Realm Shires Services Inc. | 0.000000001426000 |
| | | | DOGE | 10,683.034721065767000 | | 10,683.034721065767000 |
| | | | ETH | 0.117716943450221 | | 0.117716943450221 |
| | | | ETHW | 0.116576673450221 | | 0.116576673450221 |
| | | | SHIB | 10.000000000000000 | | 10.000000000000000 |
| | | | SOL | 6.716272762117664 | | 6.716272762117664 |
| | | | TRX | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 1,077.840000071340000 | | 0.000000071340082 |
| | | | USDT | 0.000000011020562 | | 0.000000011020562 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 98689 | Name on file | FTX Trading Ltd. | AUD | Undetermined* | FTX Trading Ltd. | 0.000473081688858 |
| | | | CHZ | | | 0.000000002344192 |
| | | | DOGE | | | 0.000000001106141 |
| | | | ETH | | | 0.029349503901003 |
| | | | MANA | | | 0.000000008771968 |
| | | | SHIB | | | 0.000000000484274 |
| | | | USD | | | 0.000000077794870 |
| | | | XRP | | | 0.000000007088415 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 15396* | Name on file | West Realm Shires Services Inc. | ALGO | | West Realm Shires Services Inc. | 0.000000008992794 |
| | | | AVAX | | | 0.000000005000000 |
| | | | ETH | | | 0.000000000000000 |
| | | | MATIC | | | 0.000000005000000 |
| | | | SOL | | | 0.000000010000000 |
| | | | USD | 950.000000000000000 | | 3,183.898016775480000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 80488 | Name on file | FTX Trading Ltd. | AKRO | 4.000000000000000 | FTX Trading Ltd. | 4.000000000000000 |
| | | | ALPHA | 1.000000000000000 | | 1.000000000000000 |
| | | | AUDIO | 1.000000000000000 | | 1.000000000000000 |
| | | | BAO | 6.000000000000000 | | 6.000000000000000 |
| | | | CHZ | 1.000000000000000 | | 1.000000000000000 |
| | | | DENT | 4.000000000000000 | | 4.000000000000000 |
| | | | ETH | 0.000000010000000 | | 0.000000010000000 |
| | | | EUR | 0.400000000000000 | | 0.400000000000000 |
| | | | KIN | 6.000000000000000 | | 6.000000000000000 |
| | | | NFT (435476113373840060/MAGIC EDEN PASS) | | | 1.000000000000000 |
| | | | RSR | 4.000000000000000 | | 4.000000000000000 |
| | | | TRX | 23.000867000000000 | | 23.000867000000000 |
| | | | UBXT | 3.000000000000000 | | 3.000000000000000 |
| | | | USD | 40,335.355360328193400 | | 399.355360328193400 |
| | | | USDT | 1.025687551073990 | | 1.025687551073990 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 56474* | Name on file | FTX Trading Ltd. | ETHW | | FTX Trading Ltd. | 0.274003190000000 |
| | | | FTT | | | 0.056903500000000 |
| | | | NFT (428000397970132360/FTX EU - WE ARE HERE! #246741) | | | 1.000000000000000 |
| | | | NFT (474132441814457533/FTX EU - WE ARE HERE! #246736) | | | 1.000000000000000 |
| | | | NFT (569543995867941760/FTX EU - WE ARE HERE! #246721) | | | 1.000000000000000 |
| | | | SRM | | | 1.987121930000000 |
| | | | SRM_LOCKED | 108.979140300000000 | | 109.312878070000000 |
| | | | SUN | 39,112.161768306000000 | | 69,201.295000000000000 |
| | | | TRX | | | 0.000815000000000 |
| | | | USD | | | 7.630128945583481 |
| | | | USDT | | | 0.949088266718807 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| 37043 | Name on file | FTX Trading Ltd. | 1INCH-PERP | 0.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | AAVE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ADABEAR | 9,553,508.760000000000000 | | 9,553,508.760000000000000 |
| | | | ADA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AGLD-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALGO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ALT-20201225 | 0.000000000000000 | | 0.000000000000000 |
| | | | ALT-PERP | 0.000000000000000 | | 0.000000000000006 |
| | | | AMPL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ANC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ATLAS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ATOM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AUDIO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AURY | 0.000000006307210 | | 0.000000006307210 |
| | | | BADGER-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BAL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BAND-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BAT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BCH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BIT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB | 0.007498060000000 | | 0.007498060000000 |
| | | | BNBBULL | 0.006448756140000 | | 0.006448756140000 |
| | | | BNB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BNT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BOBA-PERP | 0.000000000000000 | | 0.000000000000000 |

80031*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Third (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
15396*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Forty-Third (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
56474*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Fifty-Second (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Asserted Claims | | Modified Claims | |
|---|---|---|---|---|---|---|
| | | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | BTC | 0.316144182363705 | | 0.316144182363705 |
| | | | BTC-1230 | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-PERP | 0.164400000000000 | | 0.164400000000000 |
| | | | BULL | 0.212040001273000 | | 0.212040001273000 |
| | | | BVOL | 0.000000008000000 | | 0.000000008000000 |
| | | | C98-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CEL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | COMPBULL | 0.000000005980000 | | 0.000000005980000 |
| | | | COMP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CREAM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CVX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DAI | 0.023532040000000 | | 0.023532040000000 |
| | | | DAWN-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DEFI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DMG-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DODO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DOGE | 2,428.584452000000 | | 2,428.584452000000 |
| | | | DOGEBULL | 0.000000004610000 | | 0.000000004610000 |
| | | | DOGE-PERP | 1,677.000000000000 | | 1,677.000000000000 |
| | | | DOT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DRGN-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DYDX | 61.196120000000 | | 61.196120000000 |
| | | | ENJ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | EOS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETH | 0.089594268000000 | | 0.089594268000000 |
| | | | ETHBULL | 0.000000007220000 | | 0.000000007220000 |
| | | | ETH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 0.089594268000000 | | 0.089594268000000 |
| | | | EXCH-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FIDA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FIL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FLM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FLOW-PERP | 0.000000000000003 | | 0.000000000000003 |
| | | | FTM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | FTT | 43.273490005394470 | | 43.273490005394470 |
| | | | FTT-PERP | 182.900000000000 | | 182.900000000000 |
| | | | GRT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | HNT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | IBVOL | 0.000000003000000 | | 0.000000003000000 |
| | | | ICP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ICX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LDO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LEO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LINA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LINKBULL | 0.000000001000000 | | 0.000000001000000 |
| | | | LINK-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC | 5.109030000000000 | | 5.109030000000000 |
| | | | LTC-0930 | 0.000000000000000 | | 0.000000000000000 |
| | | | LTC-PERP | 25.330000000000 | | 25.330000000000 |
| | | | LUNA2 | 0.471417744600000 | | 0.471417744600000 |
| | | | LUNA2_LOCKED | 1.099974737000000 | | 1.099974737000000 |
| | | | LUNC | 102,190.720000000000 | | 102,190.720000000000 |
| | | | LUNC-PERP | 0.000000000000000 | | -0.000000000023283 |
| | | | MATIC | 0.000000010000000 | | 0.000000010000000 |
| | | | MATIC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MINA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | MVDA10-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NEO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | OKB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | OMG-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | ONT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | PAXG-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | POLIS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | PRIV-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | PROM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RNDR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RSR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | RUNE-PERP | 0.000000000000000 | | -0.000000000000014 |
| | | | SAND | 6.000000000000000 | | 6.000000000000000 |
| | | | SAND-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SCRT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SHIB | 498,752,811.512751300000000 | | 498,752,811.512751300000000 |
| | | | SHIB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SHIT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SOL | 41.650390990000000 | | 41.650390990000000 |
| | | | SOL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SPELL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SRM-PERP | 200.000000000000 | | 200.000000000000 |
| | | | STX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SUSHI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | SXP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | THETA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TOMO-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRUMP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRU-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | TRX | 13.004327000000000 | | 13.004327000000000 |
| | | | TRX-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | UBXT | 0.000000010000000 | | 0.000000010000000 |
| | | | UNI | 3.797468300000000 | | 3.797468300000000 |
| | | | UNI-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | -1,244.000000000000 | | -8,274.985880463179000 |
| | | | USDT | 3,281.002801215581000 | | 3,281.002801215581000 |
| | | | USDT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USTC | 0.300000000000000 | | 0.300000000000000 |
| | | | VET-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XAUTBEAR | 0.000000003000000 | | 0.000000003000000 |
| | | | XAUTBULL | 0.000000008660000 | | 0.000000008660000 |
| | | | XEM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XLM-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | XMR-PERP | 0.000000000000000 | | -0.000000000000001 |
| | | | XRPBEAR | 4,689.085290000000000 | | 4,689.085290000000000 |
| | | | XRP-PERP | 0.000000000000000 | | 0.000000000000000 |

| | | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | | Ticker Quantity |
| | | | XTZ-PERP | 2,163.470000000000000 | | | 2,163.470000000000000 |
| | | | YFII-PERP | 0.000000000000000 | | | 0.000000000000000 |
| | | | ZEC-PERP | 0.000000000000000 | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 28869 | Name on file | FTX Trading Ltd. | AKRO | | FTX Trading Ltd. | 2.000000000000000 |
| | | | ALGO | 252.000000000000000 | | 0.000000000000000 |
| | | | ATLAS | | | 162.347803500000000 |
| | | | AVAX | | | 0.743030860000000 |
| | | | AXS | | | 0.247249780000000 |
| | | | BAO | | | 8.000000000000000 |
| | | | BNB | 0.259953200000000 | | 0.000000000000000 |
| | | | BTC | 0.022352740000000 | | 0.001945970000000 |
| | | | CHZ | 400.000000000000000 | | 0.000000000000000 |
| | | | CRO | 860.000000000000000 | | 194.214310730000000 |
| | | | CRV | | | 7.579301740000000 |
| | | | DENT | | | 2.000000000000000 |
| | | | DOGE | 846.847540000000000 | | 0.000000000000000 |
| | | | DOT | | | 3.010065620000000 |
| | | | DYDX | | | 1.448069540000000 |
| | | | ENJ | | | 32.227293020000000 |
| | | | ETH | 0.195639460000000 | | 0.040334090000000 |
| | | | ETHW | 0.310735040000000 | | 0.039831350000000 |
| | | | EUR | | | 0.000000328975268 |
| | | | FTM | | | 86.290386490000000 |
| | | | FTT | | | 1.090190060000000 |
| | | | HNT | | | 1.187669040000000 |
| | | | KIN | | | 9.000000000000000 |
| | | | LRC | | | 13.767514210000000 |
| | | | MANA | | | 17.865751650000000 |
| | | | MATIC | | | 35.147978540000000 |
| | | | SAND | | | 7.045319660000000 |
| | | | SOL | | | 0.543700990000000 |
| | | | SRM | | | 6.205781360000000 |
| | | | TRX | | | 4.000000000000000 |
| | | | UBXT | | | 4.000000000000000 |
| | | | USD | 2.260000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 93106 | Name on file | FTX Trading Ltd. | POC Other Crypto Assertions: 1000.00 | | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | BTC | 0.151171500000000 | | 0.151171500000000 |
| | | | ETH | 0.334000000000000 | | 0.334000000000000 |
| | | | ETHW | 0.334000000000000 | | 0.334000000000000 |
| | | | MATIC | 99.900000000000000 | | 99.900000000000000 |
| | | | SOL | 27.560000000000000 | | 27.560000000000000 |
| | | | USD | 28.367257400000000 | | 28.367257400000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98699* | Name on file | West Realm Shires Services Inc. | ETH | Undetermined* | West Realm Shires Services Inc. | 0.126070980000000 |
| | | | SHIB | | | 10,600,180.343362220000000 |
| | | | SOL | | | 0.000000006371521 |
| | | | USD | | | 1.092081751600189 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 86963 | Name on file | FTX Trading Ltd. | BTC-PERP | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
| | | | SUSHI-PERP | | | 0.000000000000000 |
| | | | USD | | | -52.658295001217300 |
| | | | USDT | | | 1,707.654101894767600 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 88213* | Name on file | West Realm Shires Services Inc. | ALGO | | West Realm Shires Services Inc. | 120.720014730000000 |
| | | | BAT | | | 1.016555500000000 |
| | | | BRZ | | | 1.000000000000000 |
| | | | BTC | 0.030055710000000 | | 0.030055714877972 |
| | | | CUSDT | | | 7.000000000000000 |
| | | | DOGE | | | 797.030361540000000 |
| | | | ETH | | | 0.039371080000000 |
| | | | LINK | | | 20.011768440000000 |
| | | | LTC | | | 1.962344870000000 |
| | | | MATIC | | | 167.186690555516150 |
| | | | SHIB | 57,840,000.000000000000000 | | 57,839,743.897149860000000 |
| | | | SOL | 11.903000000000000 | | 11.903024450000000 |
| | | | TRX | 3,144.138500000000000 | | 3,144.138508090000000 |
| | | | USD | | | 0.000435135766808 |
| | | | USDT | | | 1.090034730000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 59273 | Name on file | FTX Trading Ltd. | BAND-PERP | -0.000000000000002 | FTX Trading Ltd. | -0.000000000000002 |
| | | | BULL | 4,500.000000000000000 | | 93.874000000000000 |
| | | | DOGE-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | EOS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GMT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | USD | 0.000073091813938 | | 0.000073091813938 |
| | | | USDT | 0.000000008758690 | | 0.000000008758690 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97753* | Name on file | West Realm Shires Services Inc. | BTC | | West Realm Shires Services Inc. | 0.000000002910000 |
| | | | ETH | | | 0.000000001531950 |
| | | | NFT (373224695230993992/THE HILL BY FTX #986) | | | 1.000000000000000 |
| | | | NFT (478434554797320709/ENTRANCE VOUCHER #86) | | | 1.000000000000000 |
| | | | NFT (524130053754130936/BAHRAIN TICKET STUB #2300) | | | 1.000000000000000 |

98699*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
88213*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
97753*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | | Ticker Quantity |
| | | | POC Other NFT Assertions: [NFT DESCRIPTION NOT PROVIDED] | 3.000000000000000 | | | 0.000000000000000 |
| | | | SOL | | | | 0.000000003318320 |
| | | | USD | 0.000000000792655 | | | 0.000000000792655 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 9988 | Name on file | FTX Trading Ltd. | AAVE | | Undetermined* FTX Trading Ltd. | 0.025805230000000 |
| | | | AKRO | | | 3.000000000000000 |
| | | | ALCX | | | 0.005588630000000 |
| | | | ALPHA | | | 5.191717250000000 |
| | | | AMPL | | | 0.256857081625578 |
| | | | AUDIO | | | 1.000000000000000 |
| | | | BADGER | | | 0.073072570000000 |
| | | | BAO | | | 6.000000000000000 |
| | | | CREAM | | | 0.036931920000000 |
| | | | DENT | | | 2.000000000000000 |
| | | | HXRO | | | 1.000000000000000 |
| | | | KIN | | | 5.000000000000000 |
| | | | LINK | | | 0.116120340000000 |
| | | | MTA | | | 5.339065280000000 |
| | | | NFT (427415737800550320/FTX EU - WE ARE HERE! #44343) | | | 1.000000000000000 |
| | | | NFT (453331189892685988/THE HILL BY FTX #18488) | | | 1.000000000000000 |
| | | | NFT (481377402960908307/FTX EU - WE ARE HERE! #44162) | | | 1.000000000000000 |
| | | | NFT (503396443897225650/FTX EU - WE ARE HERE! #44267) | | | 1.000000000000000 |
| | | | REN | | | 2.662527380000000 |
| | | | ROOK | | | 0.025403630000000 |
| | | | RSR | | | 2.000000000000000 |
| | | | SECO | | | 1.000000000000000 |
| | | | SNX | | | 0.431320000000000 |
| | | | TRU | | | 1.000000000000000 |
| | | | TRX | | | 2.000008000000000 |
| | | | UBXT | | | 5.000000000000000 |
| | | | UNI | | | 0.099523190000000 |
| | | | USD | | | 0.007206644330995 |
| | | | USDC | | | 0.000000000000000 |
| | | | USDT | | | 404.099958510939500 |
| | | | YFI | | | 0.000070500000000 |
| | | | YFII | | | 0.005648400000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 96126 | Name on file | FTX Trading Ltd. | USD | 110.000000000000000 | FTX Trading Ltd. | 110.000000000000000 |
| | | | Other Activity Asserted: 0.0255452402788320 BTC - FTX.COM, not Blockfolio | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98701* | Name on file | West Realm Shires Services Inc. | BAT | | Undetermined* West Realm Shires Services Inc. | 2.109311380000000 |
| | | | CUSDT | | | 1.000000000000000 |
| | | | DOGE | | | 1.000000000000000 |
| | | | SOL | | | 36.239121030000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | USD | | | 0.000000007325196 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 82581* | Name on file | FTX Trading Ltd. | 1INCH | | FTX Trading Ltd. | 0.002238591396651 |
| | | | AKRO | | | 27.069611700000000 |
| | | | ALPHA | | | 2.003912560000000 |
| | | | AUDIO | | | 1.011942880000000 |
| | | | BAO | | | 85.000000000000000 |
| | | | BTC | 0.010000000000000 | | 0.000000290000000 |
| | | | CHF | 380.000000000000000 | | 0.000000015416345 |
| | | | CHZ | | | 1.000000000000000 |
| | | | COMP | | | 0.000000800000000 |
| | | | DENT | | | 28.481190370000000 |
| | | | DOGE | | | 1.000000000000000 |
| | | | ETH | | | 0.073355997198000 |
| | | | FIDA | | | 1.028761060000000 |
| | | | FTM | 93.000000000000000 | | 121.814507268316200 |
| | | | GALA | 0.001000000000000 | | 0.029143930506496 |
| | | | KIN | | | 252.954566500000000 |
| | | | MATIC | | | 2.118553423199361 |
| | | | MTA | | | 0.012890040000000 |
| | | | RSR | | | 15.000000000000000 |
| | | | SAND | 100.000000000000000 | | 0.000000002794540 |
| | | | SLND | | | 0.000929020000000 |
| | | | SOL | 165.000000000000000 | | 0.000000000712268 |
| | | | SXP | | | 1.025881800000000 |
| | | | TOMO | | | 2.084175770000000 |
| | | | TRX | | | 30.948231350000000 |
| | | | UBXT | | | 40.000000000000000 |
| | | | USD | 10.000000000000000 | | 0.122455825179306 |
| | | | USDT | | | 0.005830587182215 |
| | | | YFI | | | 0.000432823630631 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 34681 | Name on file | FTX Trading Ltd. | FTT | | FTX Trading Ltd. | 151.486913590000000 |
| | | | USD | | | 0.000000009832191 |
| | | | USDT | | | 0.000000001348092 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 10267* | Name on file | West Realm Shires Services Inc. | BAT | | Undetermined* West Realm Shires Services Inc. | 1.000000000000000 |
| | | | BF_POINT | | | 100.000000000000000 |
| | | | BTC | | | 0.600449785763956 |
| | | | DOGE | | | 0.000000009354947 |

98701*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
82581*: Claim was ordered modified in the FTX Recovery Trust's Fiftieth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor (Customer Claims)
10267*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Tickers | Asserted Claims Ticker Quantity | Debtor | Modified Claims Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | ETH | | | 0.000000001398957 |
| | | | LINK | | | 1.000138800000000 |
| | | | NEAR | | | 0.000000003977942 |
| | | | SHIB | | | 187.378356172312980 |
| | | | SOL | | | 251.739928231604180 |
| | | | USD | | | 0.000026977055521 |
| | | | USDT | | | 0.000000009870712 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Asserted Ticker Quantity | Debtor | Modified Ticker Quantity |
|---|---|---|---|---|---|---|
| 90567 | Name on file | FTX Trading Ltd. | 1INCH | 129.000000000000000 | FTX Trading Ltd. | 129.000000000000000 |
| | | | ALGO | 50.000000000000000 | | 50.000000000000000 |
| | | | APT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | AXS-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB-0624 | 0.000000000000000 | | 0.000000000000000 |
| | | | BNB-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | BTC-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CEL-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | CHZ-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | DYDX | 50.000000000000000 | | 50.000000000000000 |
| | | | ETHW | 13.085000000000000 | | 13.085000000000000 |
| | | | FTT-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GALA-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | GENE | 202.941230420000000 | | 202.941230420000000 |
| | | | LINK-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NEAR | 4.400000000000000 | | 4.400000000000000 |
| | | | NEAR-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | NFT (416004890117672587/THE HILL BY FTX #14703) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (538584953183401049/FTX CRYPTO CUP 2022 KEY #12816) | 1.000000000000000 | | 1.000000000000000 |
| | | | SOL-PERP | 0.000000000000071 | | 0.000000000000071 |
| | | | TRX | 0.000016000000000 | | 0.000016000000000 |
| | | | USD | 12.950463358604836 | | 12.950463358604836 |
| | | | USDT | 0.000000002810074 | | 0.000000002810074 |
| | | | XRP-PERP | 0.000000000000000 | | 0.000000000000000 |
| | | | Other Activity Asserted: about 350-400 dollars - The entire amount in usdt, as of the time of the collapse of the ftx exchange , without compensation | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Asserted Ticker Quantity | Debtor | Modified Ticker Quantity |
|---|---|---|---|---|---|---|
| 30915 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | FTX Trading Ltd. | 0.205612770000000 |
| | | | EUR | | | 21.450021450233347 |
| | | | TRX | | | 0.000315000000000 |
| | | | USDT | | | 15,601.291571865435000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Asserted Ticker Quantity | Debtor | Modified Ticker Quantity |
|---|---|---|---|---|---|---|
| 92618 | Name on file | FTX Trading Ltd. | AUD | 15,000.000000000000000 | FTX Trading Ltd. | 15,000.000000000000000 |
| | | | BTC | 0.000031624784490 | | 0.000031624784490 |
| | | | USD | 0.133438704145775 | | 0.133438704145775 |
| | | | Other Activity Asserted: AUD $15000 - A deposit of fiat to my account was never credited | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The AUD asserted in the claimant's other activity has been added to the modified tickers and quantities above. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Asserted Ticker Quantity | Debtor | Modified Ticker Quantity |
|---|---|---|---|---|---|---|
| 98739* | Name on file | West Realm Shires Services Inc. | BRZ | Undetermined* | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | DOGE | | | 2.000000000000000 |
| | | | ETH | | | 0.036198650000000 |
| | | | ETHW | | | 39.135063580000000 |
| | | | FTT | | | 0.000000000000000 |
| | | | SHIB | | | 4.000000000000000 |
| | | | USD | | | 0.000000028962903 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Asserted Ticker Quantity | Debtor | Modified Ticker Quantity |
|---|---|---|---|---|---|---|
| 63797 | Name on file | FTX Trading Ltd. | BTC | 1.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | TONCOIN | 23.670000000000000 | | 23.670000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Asserted Ticker Quantity | Debtor | Modified Ticker Quantity |
|---|---|---|---|---|---|---|
| 45032 | Name on file | FTX Trading Ltd. | USD | 2,025.000000000000000 | FTX Trading Ltd. | 2,025.000000000000000 |
| | | | Other Activity Asserted: There are different amount of them. - I have some crypto tokens on my FTX account. | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. No liability exists on account of the other activity asserted. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Asserted Ticker Quantity | Debtor | Modified Ticker Quantity |
|---|---|---|---|---|---|---|
| 9135 | Name on file | FTX Trading Ltd. | 1INCH-PERP | | FTX Trading Ltd. | 17.000000000000000 |
| | | | ADA-0930 | | | 0.000000000000000 |
| | | | ADA-1230 | | | 0.000000000000000 |
| | | | ADA-PERP | | | 0.000000000000000 |
| | | | ALGO-PERP | | | 0.000000000000000 |
| | | | AMPL-PERP | | | 0.000000000000000 |
| | | | AUDIO-PERP | | | -1,029.400000000000000 |
| | | | BTC | | | 0.004915950000000 |
| | | | BTC-0930 | | | 0.000000000000000 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | DOGEBEAR2021 | | | 989.100000000000000 |
| | | | DOGEBULL | | | 320.000000000000000 |
| | | | ETH-0930 | | | 0.000000000000001 |
| | | | ETH-PERP | | | 0.000000000000003 |
| | | | FTT | | | 61.809179250000000 |
| | | | LINK-0930 | | | 0.000000000000085 |
| | | | LINK-1230 | | | 2,469.100000000000000 |
| | | | LINK-PERP | | | -550.000000000000000 |
| | | | MATIC-PERP | | | 0.000000000000000 |
| | | | NEAR-PERP | | | -0.000000000000024 |
| | | | REEF-PERP | | | -2,740.000000000000000 |
| | | | SOL-0930 | | | 0.000000000000181 |
| | | | SOL-PERP | | | 0.000000000000120 |
| | | | SUSHI-PERP | | | -18.500000000000000 |
| | | | THETA-PERP | | | -0.000000000000023 |

98739*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| | | | Asserted Claims | | | Modified Claims | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | | Ticker Quantity |
| | | | TRX | | | | 0.000033000000000 |
| | | | TRX-0930 | | | | 0.000000000000000 |
| | | | TRX-1230 | | | | 0.000000000000000 |
| | | | TRX-PERP | | | | 26,563.000000000000000 |
| | | | USD | -11,522.706870258835000 | | | -11,522.706870258835000 |
| | | | USDT | | | | 138.383550070818980 |
| | | | XRP | | | | 1,000.000000000000000 |
| | | | XRP-0930 | | | | 0.000000000000000 |
| | | | XRP-1230 | | | | 0.000000000000000 |
| | | | XRP-PERP | | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 83085* | Name on file | FTX Trading Ltd. | AAVE | | FTX Trading Ltd. | 0.004972000000000 |
| | | | AAVE-PERP | | | 0.000000000000000 |
| | | | ALGO-PERP | | | 0.000000000000000 |
| | | | ALT-PERP | | | 0.000000000000000 |
| | | | ATOM-PERP | | | 0.000000000000000 |
| | | | BNB-PERP | | | 0.000000000000000 |
| | | | BTC | | | 0.013223924476280 |
| | | | BTC-PERP | | | 0.000000000000000 |
| | | | DEFI-PERP | | | 0.000000000000000 |
| | | | DOGE | 1,099.022100000000000 | | 3,242.373400000000000 |
| | | | DOGE-PERP | | | 0.000000000000000 |
| | | | DOT-PERP | | | 0.000000000000000 |
| | | | ETH | | | 0.508060000000000 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | ETHW | | | 2.008060000000000 |
| | | | FTT | | | 47.100000000000000 |
| | | | FTT-PERP | | | 0.000000000000000 |
| | | | GBP | 0.000000000000000 | | 16,579.051910680000000 |
| | | | HNT | | | 200.000000000000000 |
| | | | HNT-PERP | | | 0.000000000000000 |
| | | | KNC-PERP | | | 0.000000000000000 |
| | | | LINK | | | 0.285780000000000 |
| | | | LINK-PERP | | | 0.000000000000000 |
| | | | LTC-PERP | | | 0.000000000000000 |
| | | | LUNC-PERP | | | 0.000000000000000 |
| | | | MID-PERP | | | 0.000000000000000 |
| | | | MKR-PERP | | | 0.000000000000000 |
| | | | OXY | | | 562.605900000000000 |
| | | | RUNE-PERP | | | 0.000000000000000 |
| | | | SHIT-PERP | | | 0.000000000000000 |
| | | | SNX-PERP | | | 0.000000000000000 |
| | | | SOL | 576.247601500000000 | | 0.030000000000000 |
| | | | SOL-PERP | | | 0.000000000000000 |
| | | | SRM | | | 199.860000000000000 |
| | | | SUSHI | | | 0.343100000000000 |
| | | | SUSHI-PERP | | | 0.000000000000000 |
| | | | SXP-PERP | | | 0.000000000000000 |
| | | | THETA-PERP | | | 0.000000000000000 |
| | | | TOMO-PERP | | | 0.000000000000000 |
| | | | UNI-PERP | | | 0.000000000000000 |
| | | | USD | 0.985786081350000 | | 39.919566715698366 |
| | | | XRP-PERP | | | 0.000000000000000 |
| | | | XTZ-PERP | | | 0.000000000000000 |
| | | | YFI | | | 0.000975400000000 |
| | | | ZEC-PERP | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 28680 | Name on file | FTX Trading Ltd. | AAVE | Undetermined* | FTX Trading Ltd. | 0.012758490000000 |
| | | | AKRO | | | 2.000000000000000 |
| | | | AUDIO | | | 1.004845970000000 |
| | | | BAO | | | 6.000000000000000 |
| | | | DENT | | | 5.000000000000000 |
| | | | ETH | | | 1.152849038251943 |
| | | | ETHW | | | 0.273399156220086 |
| | | | FIDA | | | 1.001335190000000 |
| | | | HXRO | | | 2.000000000000000 |
| | | | KIN | | | 7.000000000000000 |
| | | | RSR | | | 1.000000000000000 |
| | | | TRU | | | 1.000000000000000 |
| | | | TRX | | | 3.000205000000000 |
| | | | UBXT | | | 1.000000000000000 |
| | | | USD | | | 0.097627160489014 |
| | | | USDT | | | 150.285172575328550 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 35998 | Name on file | FTX Trading Ltd. | ETH | Undetermined* | FTX Trading Ltd. | 0.000000040000000 |
| | | | ETHW | | | 0.000000040000000 |
| | | | KIN | | | 1.000000000000000 |
| | | | SRM | | | 57.801225830000000 |
| | | | USD | | | 0.000006949575227 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 97450* | Name on file | West Realm Shires Services Inc. | USD | Undetermined* | West Realm Shires Services Inc. | 0.000000983468700 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 23299 | Name on file | FTX Trading Ltd. | BTC | Undetermined* | FTX Trading Ltd. | 0.000019786463737 |
| | | | ETH | | | 0.078006070000000 |
| | | | GST | | | 0.042536000000000 |
| | | | KSOS | | | 705,331.997000000000000 |
| | | | LUA | | | 361,957.557936000000000 |
| | | | MER | | | 0.113590000000000 |
| | | | MPLX | | | 0.702280000000000 |
| | | | TRY | | | 50.511452125943750 |
| | | | UBXT | | | 0.746260000000000 |
| | | | USD | | | 0.008753057877250 |
| | | | USDT | | | 201.678649299159250 |

83085* Claim was ordered modified in the FTX Recovery Trust's One Hundred Seventh (Substantive) Omnibus Objection to Certain Overstated and/or Unliquidated Proofs of Claim (Customer Claims)
97450* Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | | **Modified Claims** |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 87035* | Name on file | West Realm Shires Services Inc. | DOGE | Undetermined* | West Realm Shires Services Inc. | 1,521.088175630000000 |
| | | | MATIC | | | 294.552007730000000 |
| | | | NEAR | | | 36.682649350000000 |
| | | | SHIB | | | 0.000000043082281 |
| | | | USD | | | 0.000414056357110 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 98609 | Name on file | FTX Trading Ltd. | ETH | 40.000000000000000 | FTX Trading Ltd. | 19.557280570000000 |
| | | | ETHW | | | 25.570741841065640 |
| | | | HMT | | | 0.000000008624615 |
| | | | HXRO | | | 1.000000000000000 |
| | | | RSR | | | 1.000000000000000 |
| | | | TRX | | | 1.000000000000000 |
| | | | USD | | | 273.645065205360540 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 52666 | Name on file | FTX Trading Ltd. | AAVE | Undetermined* | FTX Trading Ltd. | 0.000000000000000 |
| | | | AVAX | | | 0.000009200000000 |
| | | | BNB | | | 0.000074640000000 |
| | | | ENS | | | 0.002133720000000 |
| | | | FTT | | | 0.000000000000000 |
| | | | NEAR | | | 0.019413770000000 |
| | | | USD | | | 0.000000005216850 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 80712 | Name on file | FTX Trading Ltd. | ETH | 2.000000000000000 | FTX Trading Ltd. | 0.101554000000000 |
| | | | ETHW | | | 0.101554000000000 |
| | | | FTT | 150.000000000000000 | | 303.818542179236000 |
| | | | NFT (348934525544808665/FTX EU - WE ARE HERE! #205337) | | | 1.000000000000000 |
| | | | NFT (394153221602653602/FTX AU - WE ARE HERE! #32252) | | | 1.000000000000000 |
| | | | NFT (453177802038933597/FTX EU - WE ARE HERE! #205657) | | | 1.000000000000000 |
| | | | NFT (463925179748703443/FTX EU - WE ARE HERE! #205143) | | | 1.000000000000000 |
| | | | USD | 1,000.000000000000000 | | 0.929203115518595 |
| | | | USDT | | | 0.390923947038383 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 89884 | Name on file | FTX Trading Ltd. | AKRO | 1.000000000000000 | FTX Trading Ltd. | 1.000000000000000 |
| | | | ALPHA | 1.000000000000000 | | 1.000000000000000 |
| | | | AUD | 14,000.000000000000000 | | 7,000.000020163030000 |
| | | | BTC | 0.225730300000000 | | 0.225730300000000 |
| | | | ETH | 0.307120910000000 | | 0.307120910000000 |
| | | | ETHW | 0.306930510000000 | | 0.306930510000000 |
| | | | MATIC | 1.000429270000000 | | 1.000429270000000 |
| | | | TRX | 1.000000000000000 | | 1.000000000000000 |
| | | | Other Activity Asserted: AUD $7000.00 - Deposit unverified. | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's accounts. The AUD asserted in the claimant's other activity has been added to the modified tickers and quantities above. Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.

87035*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Fourth (Non-Substantive) Omnibus Objection to Certain Incorrect Debtor Proofs of Claim (Customer Claims)
"Undetermined": Indicates claim contains unliquidated and/or undetermined amounts.