## SCHEDULE 1

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Ninety-Seventh Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | | | Asserted Claims |
| --- | --- | --- | --- | --- |
| Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| 33525 | Name on file | FTX Trading Ltd. | XRPBULL | Undetermined* |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
| --- | --- | --- | --- | --- |
| 6933 | Name on file | West Realm Shires Services Inc. | BTC | 1.000000000000000 |
| | | | USD | 800.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
| --- | --- | --- | --- | --- |
| 100385* | Name on file | FTX Trading Ltd. | USD | 650.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant.