## WITHDRAWAL OF MOTION FOR RECONSIDERATION (D.I. 32989)

To: Sullivan & Cromwell LLP

Dear Counsel,

I, **Charleese Madison**, hereby formally withdraw my **Motion for Reconsideration (D.I. 32989)** filed in the FTX Trading Ltd. bankruptcy case.

As of this date, I confirm that I have received my settlement payment in full pursuant to the executed Settlement Agreement dated **October 17, 2025**, and that the matter has been fully resolved to my satisfaction.

Please proceed with filing the appropriate notice of withdrawal on the Court's docket at your earliest convenience.

Thank you for your assistance throughout this process.

Sincerely,

*[signature]*

**Charleese Madison**
madisoncompanyloans@yahoo.com
(717) 710-0525
Dated: October 17, 2025



FROM: Charleese Madison
4531 Sequoia dr
Harrisburg, PA 17109

TO:
United States Bankruptcy Court
District of Delaware
Attn: Clerk's Office – Re: *FTX Trading Ltd., et al.*
824 North Market Street, 3rd Floor
Wilmington, DE 19801