RECEIVED

2025 OCT 29 PM 12: 11

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court
U.S. Bankruptcy Court, District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

**Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD) — Jointly Administered (Chapter 11)**
 **Filing by Daizhuo Chen (pro se)**

Dear Clerk:

Enclosed for filing in the above-referenced case are the following documents:

1. Motion of Daizhuo Chen for Entry of an Order Authorizing Late Completion of Customer KYC pursuant to FRBP 9006(b)(1); in the Alternative, Relief under FRBP 9024 (Rule 60(b)(1)) and FRBP 3008/11 U.S.C. § 502(j);

2. Declaration of Daizhuo Chen in Support of Motion (with Exhibits A–F);

3. [Proposed] Order Authorizing Late Completion of Customer KYC;

4. Notice of Motion; and

5. Certificate of Service.

Also enclosed are one extra copy of each document and a prepaid self-addressed envelope.

Please file-stamp the extra copies as conformed and return them to me in the enclosed envelope.

Thank you for your assistance.

Respectfully submitted,

Daizhuo Chen (pro se)
1726 Maddux Dr
Redwood City, CA 94061
Phone: 646-286-8876
Email: chendaizhuo@gmail.com

## II. JURISDICTION AND VENUE

3.  The Court has jurisdiction under 28 U.S.C. 157 and 1334. Venue is proper under 28

    U.S.C. 1408 and 1409. This is a core proceeding under 28 U.S.C. 157(b)(2).

## III. RELIEF REQUESTED

4.  Under FRBP 9006(b)(1), Movant requests an order that:

    a. authorizes completion of KYC notwithstanding the June 2, 2025 deadline referenced

    in D.I. 29464 and communicated in the Customer Portal (Decl. Ex. B) and Kroll's

    October 21, 2025 message (Decl. Ex. C);

    b. directs Kroll Restructuring Administration LLC and the FTX Recovery Trust to,

    within 5 days after entry of the order, either (i) restore portal access limited to Step 3

    KYC for the account registered to chendaizhuo@gmail.com or (ii) provide a secure

    manual KYC process (government ID and liveness/verification), with encryption if

    required; and

    c. requires Movant to complete KYC within 72 hours of restoration of access or

    provision of manual instructions, and in any event no later than 14 days after entry of the

    order.

5.  Non-precedential and without prejudice: The order will state that it is limited to Movant, does not alter claim economics or distributions, and waives no defenses except as expressly provided to implement KYC completion.

## IV. STATEMENT OF FACTS

6.  Movant held an FTX US customer account registered to chendaizhuo@gmail.com with a positive balance as of November 11, 2022. On September 23, 2023, Movant accepted the scheduled customer claim and received Confirmation ID 3265-70-CXNIQ-166661285. True and correct copies are attached to the Declaration of Daizhuo Chen (the "Declaration") as Ex. A (acceptance email) and Ex. A-1 (Customer Claim Form). Earlier, on March 29, 2023, Kroll/FTX notified Movant as a scheduled customer with a Unique Customer Code (Decl. Ex. A-2).

7.  Movant did not complete Step 3 KYC by the operational cutoff and now encounters a portal lockout referencing D.I. 29464 (Decl. Ex. B). After discovering the lockout, Movant promptly contacted Kroll; on October 21, 2025, Kroll denied reopening (Ticket No. 337047), citing D.I. 29464 and D.I. 31139 (Decl. Ex. C).

8.  Reason for delay: During 2023–2024, Movant received FTX-branded KYC prompts from no-reply@sumsub.com whose email bodies referenced the Customer Portal (claims.ftx.com) but whose "Verify" buttons routed to a different domain (https://in.sumsub.com/...). The messages did not explain the vendor

relationship, listed "FTX" as display name, and referred to a "customer support team" without contact details. In the midst of active phishing aimed at FTX customers, Movant did not click third-party links and later encountered the lockout. Representative messages are included at Decl. Ex. D.

9.  Public context corroborates this environment: FTX/Kroll publicly warned about phishing targeting customers, and later listed no-reply@sumsub.com as an official KYC sender. True and correct copies of these public webpages are attached as Decl. Ex. F-1 and F-2.

10. A concise chronology from March 29, 2023 through the October 21, 2025 denial appears at Decl. Ex. E. Movant stands ready to complete KYC immediately.

## V. BASIS FOR RELIEF UNDER FRBP 9006(b)(1) (EXCUSABLE NEGLECT)

11. FRBP 9006(b)(1) permits enlargement of time on a showing of excusable neglect. See *Pioneer Inv. Servs. Co. v. Brunswick Assocs., 507 U.S. 380 (1993)*.

12. Prejudice: None. The relief is operational and narrow: a time-boxed KYC-only completion for an already scheduled and accepted claim (Decl. Exs. A, A-1). It does not create or increase liability, change classification or priority, or delay distributions. The Trust's administrative burden is de minimis.

13. Length of delay and impact: The length of delay attributable to Movant is minimal and the impact on the case is nil. While the deadline was June 2, 2025 , Movant first

discovered the portal lockout on or about October 19, 2025. Movant promptly contacted

support and, upon receiving a final administrative denial on October 21, 2025, prepared

and filed this Motion within six days. The proposed 72-hour completion window will not

affect any case deadlines or distributions.

14. Reason for delay: Reasonable caution in a documented phishing environment. Emails

referenced claims.ftx.com while routing buttons to in.sumsub.com, without explaining

the vendor relationship, and arrived amid acknowledged phishing campaigns. Movant's

refusal to click mismatched third-party links was consistent with standard cybersecurity

practices. See Decl. Ex. D (received emails) and Ex. F (public phishing warnings and

official-address listing).

15. Good faith: Movant accepted the scheduled claim in September 2023 (Decl. Exs. A,

A-1), sought support promptly upon discovering lockout (Decl. Ex. C), and seeks only to

complete identity verification so payment, if otherwise appropriate, can be made in the

ordinary course.

## VI. ALTERNATIVE GROUNDS IF FINAL ORDERS APPLY

16. To the extent D.I. 29464 and/or D.I. 31139 operate as final orders barring further KYC

processing, Movant requests limited relief under FRBP 9024 (Rule 60(b)(1)) based on

mistake/excusable neglect, and, in the alternative, reconsideration under FRBP 3008 and

11 U.S.C. 502(j) "for cause." The requested relief is strictly confined to enabling KYC

completion, non-precedential, and does not reopen or alter claim allowance, amount,

class, or priority.

## VII. IMPLEMENTATION DETAILS

17. Within **5 days after entry of the order**, Kroll shall either:

   a. restore Customer Claims Portal access limited to Step 3 KYC for the account
   registered to chendaizhuo@gmail.com; or

   b. provide a secure manual KYC process (instructions for submission of government ID
   and liveness/verification, with encryption, if required).

18. **Movant shall complete KYC within 72 hours** of the earlier of restored portal access or
   provision of the manual process, and in any case within 14 days after entry of the order.

19. Nothing herein authorizes assertion of any new or amended claim or affects the amount,
   classification, priority, or distribution mechanics of Movant's claim. The relief is
   non-precedential and without prejudice to the Debtors'/Trust's defenses, except as
   necessary to implement KYC completion for Movant.

## VIII. CERTIFICATION OF EFFORT TO RESOLVE

20. Before filing, Movant requested a stipulation for KYC-only cure from the FTX Recovery
   Trust/Kroll and circulated the request to Debtors' and Committee counsel. Movant

remains willing to resolve this by stipulation and will withdraw or narrow the Motion if KYC is completed off-portal by agreement.

## IX. CONCLUSION

21. For the foregoing reasons, Movant respectfully requests entry of an order substantially in the form submitted granting the relief described above, and such other relief as the Court deems just and proper.

Dated: October 27, 2025

Redwood City, California

/s/ Daizhuo Chen

Daizhuo Chen (pro se)

1726 Maddux Dr

Redwood City, CA 94061

Phone: 646-286-8876

Email: chendaizhuo@gmail.com

**APPENDIX: EXHIBIT INDEX (ATTACHED TO DECLARATION)**

- Decl. Ex. A — Acceptance Email (Kroll) confirming acceptance of scheduled claim; Confirmation ID 3265-70-CXNIQ-166661285; submitted Sept 23, 2023.

- Decl. Ex. A-1 — Customer Claim Form (Acceptance of Scheduled Claim) reflecting Confirmation ID 3265-70-CXNIQ-166661285 and timestamp 2023-09-23T22:58:25Z.

- Decl. Ex. A-2 — Scheduled Customer Notice (Mar 29, 2023) showing Unique Customer Code as of Nov 11, 2022.

- Decl. Ex. B — Customer Portal Lockout screenshot referencing D.I. 29464.

- Decl. Ex. C — Kroll Denial Email (Ticket 337047; Oct 21, 2025) citing D.I. 29464 and D.I. 31139.

- Decl. Ex. D — Phishing Samples and Sumsub Domain-Mismatch Emails (Nov 1, 2023; Mar 1, 2024; Apr 9, 2024; May 7, 2024; Aug 19, 2024) showing body references to claims.ftx.com with "Verify" buttons routing to https://in.sumsub.com/...; display name "FTX" from no-reply@sumsub.com; no vendor explanation.

- Decl. Ex. E — Timeline of Key Dates (Nov 11, 2022 through Oct 21, 2025).

- Decl. Ex. F — Public Notices (Phishing Context and Official Email Domains):
  - F-1: FTX/Kroll phishing or cyber incident notification (URL: https://ftxquestions.kroll.com/docs/Kroll_Claimant_Not ification_4894-1885-7851_v1_2.pdf, accessed on October 26, 2025)
  - F-2: FTX Support "Official Email Addresses" page listing no-reply@sumsub.com as an official KYC sender. (URL: https://support.ftx.com/hc/en-us/articles/192233377074 12-Official-Email-Addresses, accessed on Oct 26, 2025)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RECEIVED

2025 OCT 29  PM 12: 12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al., Debtors.
Chapter 11
Case No. 22-11068 (JTD)
(Jointly Administered)

**MOTION OF DAIZHUO CHEN FOR ENTRY OF AN ORDER AUTHORIZING LATE COMPLETION OF CUSTOMER KYC PURSUANT TO FRBP 9006(b)(1); IN THE ALTERNATIVE, RELIEF UNDER FRBP 9024 (RULE 60(b)(1)) AND FRBP 3008/11 U.S.C. 502(j)**

Daizhuo Chen (the "Movant") respectfully moves for entry of an order authorizing **a narrow, non-precedential, Know Your Customer ("KYC")-only cure** for Movant's FTX US account registered to chendaizhuo@gmail.com, and states:

## I. INTRODUCTION

1.  Movant seeks authorization to complete Step 3 identity verification for an accepted, scheduled customer claim. The requested relief is procedural only, time-boxed, and expressly non-precedential: no new or amended claim, no change to amount, class, priority, or distributions.

2.  The primary basis for this motion is Federal Rules of Bankruptcy Procedure ("FRBP") 9006(b)(1), concerning excusable neglect. In the alternative, if the KYC cutoff is embedded in final orders, Movant seeks limited relief under FRBP 9024 (Fed. R. Civ. P. 60(b)(1)) and FRBP 3008/11 U.S.C. 502(j), solely to permit completion of KYC.

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al., Debtors.
Chapter 11
Case No. 22-11068 (JTD)
(Jointly Administered)

DECLARATION OF DAIZHUO CHEN IN SUPPORT OF MOTION TO AUTHORIZE LATE
COMPLETION OF CUSTOMER KYC

I, Daizhuo Chen, declare:

1. Identity and purpose. I am the movant on the accompanying motion seeking a short

    window to complete KYC (defined as Know Your Customer identity verification) for my

    FTX US account registered to chendaizhuo@gmail.com. I submit this declaration in

    support of that motion.


2. Account and scheduled status. I maintained an FTX US customer account under the email

    address above with a positive balance as of November 11, 2022.


3. Acceptance of scheduled claim. On September 23, 2023, I accepted my scheduled

    customer claim in the Kroll portal and received Confirmation ID

    3265-70-CXNIQ-166661285. True and correct copies of the acceptance email and claim

    form are attached as Exhibit A and Exhibit A-1.


4. Scheduled customer notice. On March 29, 2023, Kroll/FTX notified me that I had been

    identified and listed as a customer with a net positive balance as of November 11, 2022,

and issued a Unique Customer Code. A true and correct copy is attached as Exhibit A-2.

5.  Discovery of Portal Lockout. On or about October 19, 2025, I attempted to log in to the Customer Claims Portal to complete the KYC process. I was unable to proceed and encountered a lockout message referencing D.I. (docket item) 29464 concerning unverified customer entitlement claims. A true and correct screenshot of this lockout message is attached as Exhibit B.

6.  Prompt Contact and Administrative Denial. Immediately after discovering the lockout on October 19, 2025, I promptly contacted Kroll/FTX Support to request that my access be reopened to complete KYC. On October 21, 2025, Support responded to my request (Ticket No. 337047) and denied the reopening of KYC, citing D.I. 29464 and D.I. 31139 . A true and correct copy of this denial email is attached as Exhibit C.

7.  Reasons for missing the KYC deadline (good-faith communication concerns).

    7(a). Phishing and domain-mismatch context. During 2023 through mid-2025, I received phishing emails impersonating FTX/Kroll and at least five identity-verification emails from the domain sumsub.com dated Nov 1, 2023; Mar 1, 2024; Apr 9, 2024; May 7, 2024; and Aug 19, 2024. In one such message, the body referenced completing KYC in the Customer Portal (`claims.ftx.com`) while the "Verify me" button routed to `https://in.sumsub.com/...`, and the email did not explain any relationship between that domain and the FTX claims process. The messages showed the display

2

name "FTX," but the sender address was no-reply@sumsub.com, and they mentioned a

"customer support team" without contact details. After clicking one link and confirming

it routed to in.sumsub.com instead of the official portal, I aborted the process and did not

submit information out of a good-faith concern that it could be phishing. True and correct

copies are included as Exhibit D.

7(b). Cybersecurity training context. Guided by routine cybersecurity training received

between 2023 and 2025, I exercised good-faith caution, treating unknown-domain emails

and mismatched link domains as suspicious.

7(c). Public corroboration. Publicly available information corroborates both the

widespread phishing attempts and FTX's subsequent official designation of

no-reply@sumsub.com as a legitimate KYC sender. See Exhibit F-1 (FTX/Kroll

cyber-incident notification) and Exhibit F-2 (FTX Support's 'Official Email Addresses'

page).

7(d). Mail notice context. To my knowledge, I did not receive paper mail regarding the

Step-3 KYC deadlines; my prompts were via the Customer Claims Portal and by email. I

am not challenging service.

8.  Timeline. A concise chronology of key dates and events — from the March 29, 2023

balance snapshot through the October 21, 2025 Kroll denial — is attached as Exhibit E.

9. Narrow relief and prompt compliance. I am not seeking to assert any new claim or to change any claim amount, class, priority, or treatment. I request only a short KYC window so my already scheduled and accepted claim can be processed. If portal access is restored or a manual path is provided, I will complete KYC within 72 hours, and in any event within 14 days, and will promptly provide government identification and any required tax forms.

10. Truthfulness. The facts stated here are true and correct to the best of my knowledge. Exhibits A, A-1, A-2, B, C, D, E, and F are true and correct copies of the referenced documents, screenshots, or webpages.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2025, at Redwood City, California.

/s/ Daizhuo Chen

Daizhuo Chen

1726 Maddux Dr

Redwood City, CA 94061

Phone: 646-286-8876

Email: chendaizhuo@gmail.com

**APPENDIX: EXHIBIT INDEX**

- Ex. A — Acceptance Email (Kroll) confirming acceptance of scheduled claim; Confirmation ID 3265-70-CXNIQ-166661285; submitted Sept 23, 2023.

- Ex. A-1 — Customer Claim Form (Acceptance of Scheduled Claim) reflecting Confirmation ID 3265-70-CXNIQ-166661285 and timestamp 2023-09-23T22:58:25Z.

- Ex. A-2 — Scheduled Customer Notice (Mar 29, 2023) showing Unique Customer Code as of Nov 11, 2022.

- Ex. B — Customer Portal Lockout screenshot referencing D.I. 29464.

- Ex. C — Kroll Denial Email (Ticket 337047; Oct 21, 2025) citing D.I. 29464 and D.I. 31139.

- Ex. D — Phishing Samples and Sumsub Domain-Mismatch Emails (Nov 1, 2023; Mar 1, 2024; Apr 9, 2024; May 7, 2024; Aug 19, 2024) showing body references to claims.ftx.com with "Verify" buttons routing to https://in.sumsub.com/...; display name "FTX" from no-reply@sumsub.com; no vendor explanation.

- Ex. E — Timeline of Key Dates (Nov 11, 2022 through Oct 21, 2025).

- Ex. F — Public Notices (Phishing Context and Official Email Domains):

  - F-1: FTX/Kroll cyber-incident notification (URL: `https://ftxquestions.kroll.com/docs/Kroll_Claimant_Not ification_4894-1885-7851_v1_2.pdf`, accessed on October 26, 2025)

  - F-2: FTX Support "Official Email Addresses" page listing no-reply@sumsub.com as an official KYC sender. (URL: `https://support.ftx.com/hc/en-us/articles/192233377074 12-Official-Email-Addresses`, accessed on Oct 26, 2025)

Exhibit A

 Gmail

Henry <chendaizhuo@gmail.com>

## Acceptance of Scheduled Claim_3265-70-CXNIQ-166661285[[CSALT#900807#CF]] between Kroll and is Signed and Filed! Your confirmation ID is 3265-70-CXNIQ-166661285.

**noreply.efiling@ra.kroll.com** <noreply.efiling@ra.kroll.com>
To: chendaizhuo@gmail.com

Sat, Sep 23, 2023 at 3:58 PM

You have completed your submission of Acceptance of Scheduled Claim_3265-70-CXNIQ-166661285. Please see the attached for your completed proof of claim form and submitted supporting documentation.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

*Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. All emails sent by Kroll Restructuring Administration LLC will now have the domain @Kroll.com. We recommend that you update your email permissions for "@Kroll.com" to continue receiving messages from us. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by Kroll Restructuring Administration LLC in connection with the purpose for which it is held.

 **Customer Claim Form - 168892e85af9cb29.pdf**
45K

Exhibit A-1

Customer Claim Form

# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountId | Scheduled ID | FTX Debtor |
|---|---|---|---|
| chendazhuo@gmail.com | 10369345 | 22110680921039 | |

## Scheduled Claim Information

You have been redirected from FTX website.  Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed.  Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim.  You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

## Schedule

F-3

Debtor West Realm Shires Services Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in an Undetermined amount.  If you disagree with your holdings of coin, fiat, or NFTs as listed in the Schedules, you must timely file a proof of claim or be forever barred from recovery other than as listed in the Schedules.

Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022).  Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.

- ○ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ◉ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

List the quantity of each type of cryptocurrency ("Crypto'") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the **unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|
| USD | 1,252.4818/0470 | 1,252.48 | ○ No  ◉ Yes | |

**Do you want to add any other fiat not previously listed?**

○ No
○ Yes

## Loaned Fiat

### LOANED QUANTITY FIAT

**Do you want to add any other fiat not previously listed?**

◉ No
○ Yes

## Asserted Crypto

### Asserted Quantity of Crypto Tokens

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| BTC | 0.00049050 | ○ No  ◉ Yes | |
| ETH | 11.5827725060 | ○ No  ◉ Yes | |

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## Loaned Crypto

**Loaned Quantity of Crypto**

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## NFTs

**NFTs (non-fungible tokens)**

**Do you want to add any NFTs not previously listed?**

◉ No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

**Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## Submission Information

When you press "Accept Schedule" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will contain an identification number confirming receipt of your schedule acceptance ("Confirmation ID").

Customer Claim Form

## Confirmation of Submission

**Your Form has been successfully submitted...**

| | |
|---|---|
| DOCUMENT ID | Submitted Date Time |
| 168692a85af9cb291b554b0eb2e19b5defcd47c | 2023-09-23T22:58:25.138Z |
| Status | CONFIRMATION ID |
| Acceptance of Scheduled Claim | 3265-7b-CXNIQ-16666I285 |

Exhibit A-2

 Gmail

Henry <chendaizhuo@gmail.com>

---

## FTX - Your Scheduled Claim Information and Unique Customer Code

---

**FTX Noticing** <ftx@noticing.ra.kroll.com>
Reply-To: ftxnoticing@kroll.com
To: chendaizhuo@gmail.com

Tue, Mar 28, 2023 at 2:34 PM

**YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE
BOTTOM OF THIS EMAIL.**

**YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER
WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF
THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS
AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED
UNDER THE CASE NUMBER 22-11068.  YOU HAVE BEEN LISTED IN ONE OR MORE OF THE
DEBTORS' SCHEDULES AND STATEMENTS.**

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-
possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of
financial affairs (the "Schedules and Statements").

*Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in
Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold
Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis
and (III) Granting Certain Related Relief* [D.I. 545], customer names and addresses in the Schedules
and Statements are redacted.  With respect to Schedules E/F – which identify creditors of the Debtors
with non-priority unsecured claims (including customers with a net positive account balance as of
November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified
each customer with a net positive account balance as of November 11, 2022 by a unique customer code
(a "Unique Customer Code").  Your Unique Customer Code and an excerpt of your scheduled claim(s)
are at the bottom of this email.

**PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING
PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS.  WHEN THE COURT SETS A
DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE
SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND
INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER
CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE
OF THE DEBTORS' SCHEDULES AND STATEMENTS.  PROVISION OF A UNIQUE CUSTOMER
CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A
WAIVER OF ANY DEFENSES THERETO.  THE DEBTORS HEREBY INCORPORATE BY**

**REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links."  Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 07824369**
**Your claim(s) were scheduled on the Schedules and Statements of West Realm Shires Services Inc. as:**

**BTC[0.0000490500000000]**
**BTC[0.8942794700000000]**
**ETH[0.7948115900000000]**
**ETH[11.5827250600000000]**
**ETHW[0.7945300028132853]**
**USD[0.0483128800000000]**
**USD[1252.4818704700000000]**

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe



Exhibit B

Exhibit C

 Gmail

Henry <chendaizhuo@gmail.com>

## Request to Reopen KYC Access (FTX US) – Missed Mar 1, 2025 Deadline, D.I. 29464

**FTX Support** <support@ftx.com>                                                    Tue, Oct 21, 2025 at 2:59 PM
Reply-To: FTX Support <support@ftx.com>
To: Henry <chendaizhuo@gmail.com>

##- Please type your reply above this line -##

Your request (337047) has been updated.

To add additional comments, reply to this email.

 **Samantha** (Please use support.ftx.com)
Oct 21, 2025, 14:59 PDT

Hello,

Thanks for reaching out. Please be advised that access to the FTX Customer Portal has been disabled for customers that did not submit all KYC information requested by the FTX Recovery Trust or its KYC vendors by June 2, 2025, at 4:00 p.m. (ET).

In accordance with the Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 29464] (the "Order"), this was the deadline to submit all KYC information requested by the FTX Recovery Trust or its KYC vendors. In the event that the Original Holder of an Unverified Claim listed on Schedule 1 attached to the Order did not submit all KYC information requested with respect to such Unverified Claim on or prior to the deadline, the Order states that such Unverified Claim shall be disallowed and expunged in its entirety. Please refer to the Notice of Expungement of Unverified Customer Entitlement Claims [D.I. 31139] for a listing of claims that are disallowed and expunged under the Order.

More information regarding deadlines associated with the KYC process can be found here:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support



 **Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

 **Henry**
Oct 21, 2025, 14:52 PDT

[Quoted text hidden]

This email is a service from Please use support.ftx.com. Delivered by Zendesk

[NMGNYK-V49V5]

Exhibit D-1

 Gmail

**Henry <chendaizhuo@gmail.com>**

---

## Partial Payment Confirmed – Complete Your Distribution via Claims Portal

---

**FTXSupport** <ftxclaimsdistributions@aaberg-cph.dk>                 Tue, May 27, 2025 at 9:42 AM
To: DAIZHUO CHEN <chendaizhuo@gmail.com>

Dear DAIZHUO CHEN,

As part of the May 30, 2025 distribution, a portion of your recovery has been sent to your selected payment method (BitGo or Kraken). You may now log in to your distribution method account to verify the amount received.

The FTX Claims Recovery team has allocated **17.4% of your total allowed claim to be distributed in cryptocurrency**, specifically **11.3% in BTC** and **6.1% in ETH.**

This distribution process is now available to be initiated through the FTX Claims Portal at **https://claimsftx-portalsdistributions.com/**

Please note that this cryptocurrency payment is a complement to your overall May 30, 2025 distribution and has been sent using the payment method you previously selected.

If your cryptocurrency claim process is complete, no action is required. Your BitGo or Kraken account will be updated on May 30, 2025.

Regards,

You received this email from Åberg Copenhagen (DK). If you would like to unsubscribe, click here.

Exhibit D-2

 Gmail

Henry <chendaizhuo@gmail.com>

---

**FTX - Complete your verification**

---

**FTX** <no-reply@sumsub.com>
To: chendaizhuo@gmail.com

Wed, Nov 1, 2023 at 1:35 PM



# Just a few steps left

Dear Customer:

We have noticed that you have started your **KYC submission** but have not
provided all requested information or documents. In order to complete the
KYC process, you will need to upload all requested documents as indicated
on the **KYC section** of the customer claims portal (claims.ftx.com). You may
complete your KYC submission by clicking the 'Verify' link below.

1.  All customers are requested to provide the following information:
    - A valid and unexpired ID, such as a passport, national ID card, or
      driver's license depending on country of issuance selected.
    - Proof of address issued within the last 3 months, such as a utility
      bill, bank or credit card statement, internet/cable TV/house phone
      line bills, tax returns, council tax bills or other government issued
      certifications of residence. The proof of address must have your
      name, a date of issuance and a clearly stated address. No PO
      Box address is allowed.
2.  Make sure that the pictures of your documents are clear, show all their
    corners and sides, and no information is covered.
3.  Please note that screenshots, photos of document copies, and images
    altered in photo redactors are not acceptable.

We appreciate your understanding and cooperation in following this process. If you have any questions or need further clarification, our **customer support team** is ready to assist you. Thank you for your attention to this matter.

Verify me

Thank you for your attention to this matter.

Best regards,
Customer Support Team

Copyright © 2023 FTX.
All rights reserved.

Link target (button): https://in.sumsub.com/idensic/l/#/OpGHqARBLA8iJKxf
Observed indicators:
• Body references Customer Portal (claims.ftx.com).
• Sender display name "FTX" but address no-reply@sumsub.com.
• Mentions "customer support team" with no contact details and no identification.
• Domain mismatch: button routes to in.sumsub.com; email does not explain any connection to the FTX claims process.
Captured on: 2025-10-25

Exhibit D-3

 **Gmail**

Henry <chendaizhuo@gmail.com>

---

**FTX - Complete your verification**

---

**FTX** <no-reply@sumsub.com>
To: chendaizhuo@gmail.com

Fri, Mar 1, 2024 at 12:07 AM



# Just a few steps left

Dear Customer:

We have noticed that you have started your **KYC submission** but have not provided all requested information or documents. In order to complete the KYC process, you will need to upload all requested documents as indicated on the **KYC section** of the customer claims portal (claims.ftx.com). You may complete your KYC submission by clicking the 'Verify' link below.

1.   All customers are requested to provide the following information:
     ○   A valid and unexpired ID, such as a passport, national ID card, or driver's license depending on country of issuance selected.
     ○   Proof of address issued within the last 3 months, such as a utility bill, bank or credit card statement, internet/cable TV/house phone line bills, tax returns, council tax bills or other government issued certifications of residence. The proof of address must have your name, a date of issuance and a clearly stated address. No PO Box address is allowed.
2.  Make sure that the pictures of your documents are clear, show all their corners and sides, and no information is covered.
3.  Please note that screenshots, photos of document copies, and images altered in photo redactors are not acceptable.

We appreciate your understanding and cooperation in following this process. If you have any questions or need further clarification, our **customer support team** is ready to assist you. Thank you for your attention to this matter.

Verify me

Thank you for your attention to this matter.

Best regards,
Customer Support Team

Copyright © 2023 FTX.
All rights reserved.

Link target (button): https://in.sumsub.com/idensic/l/#/9mPJFrXHVGPZOGhZ
Observed indicators:
• Body references Customer Portal (claims.ftx.com).
• Sender display name "FTX" but address no-reply@sumsub.com.
• Mentions "customer support team" with no contact details and no identification.
• Domain mismatch: button routes to in.sumsub.com; email does not explain any connection to the FTX claims process.
Captured on: 2025-10-25

Exhibit D-4

 Gmail

Henry <chendaizhuo@gmail.com>

---

**FTX - Complete your verification**

---

**FTX** <no-reply@sumsub.com>
To: chendaizhuo@gmail.com

Tue, Apr 9, 2024 at 9:41 AM



## Just a few steps left

Dear Customer:

We have noticed that you have started your **KYC submission** but have not provided all requested information or documents. In order to complete the KYC process, you will need to upload all requested documents as indicated on the **KYC section** of the customer claims portal (claims.ftx.com). You may complete your KYC submission by clicking the 'Verify' link below.

1. All customers are requested to provide the following information:
   - A valid and unexpired ID, such as a passport, national ID card, or driver's license depending on country of issuance selected.
   - Proof of address issued within the last 3 months, such as a utility bill, bank or credit card statement, internet/cable TV/house phone line bills, tax returns, council tax bills or other government issued certifications of residence. The proof of address must have your name, a date of issuance and a clearly stated address. No PO Box address is allowed.
2. Make sure that the pictures of your documents are clear, show all their corners and sides, and no information is covered.

3. Please note that screenshots, photos of document copies, and images altered in photo redactors are not acceptable.

We appreciate your understanding and cooperation in following this process. If you have any questions or need further clarification, our **customer support team** is ready to assist you. Thank you for your attention to this matter.

Verify me

Thank you for your attention to this matter.

Best regards,

Customer Support Team

Copyright © 2024 FTX.
All rights reserved.

Link target (button): https://in.sumsub.com/idensic/l/#/iY8LzgvXxWBbjvUq
Observed indicators:
• Body references Customer Portal (claims.ftx.com).
• Sender display name "FTX" but address no-reply@sumsub.com.
• Mentions "customer support team" with no contact details and no identification.
• Domain mismatch: button routes to in.sumsub.com; email does not explain any connection to the FTX claims process.
Captured on: 2025-10-25

 **Gmail**

Exhibit D-5

Henry <chendaizhuo@gmail.com>

---

**FTX - Complete your verification**

---

**FTX** <no-reply@sumsub.com>
To: chendaizhuo@gmail.com

Tue, May 7, 2024 at 10:19 AM



## Just a few steps left

Dear Customer:

We have noticed that you have started your **KYC submission** but have not provided all requested information or documents. In order to complete the KYC process, you will need to upload all requested documents as indicated on the **KYC section** of the customer claims portal (claims.ftx.com). You may complete your KYC submission by clicking the 'Verify' link below.

1. All customers are requested to provide the following information:
   - A valid and unexpired ID, such as a passport, national ID card, or driver's license depending on country of issuance selected.
   - Proof of address issued within the last 3 months, such as a utility bill, bank or credit card statement, internet/cable TV/house phone line bills, tax returns, council tax bills or other government issued certifications of residence. The proof of address must have your name, a date of issuance and a clearly stated address. No PO Box address is allowed.
2. Make sure that the pictures of your documents are clear, show all their corners and sides, and no information is covered.

3. Please note that screenshots, photos of document copies, and images altered in photo redactors are not acceptable.

We appreciate your understanding and cooperation in following this process. If you have any questions or need further clarification, our **customer support team** is ready to assist you. Thank you for your attention to this matter.

Verify me

Thank you for your attention to this matter.

Best regards,

Customer Support Team

Copyright © 2024 FTX.
All rights reserved.

Link target (button): https://in.sumsub.com/idensic/l/#/sTv0Xg60m7LAqzFH
Observed indicators:
• Body references Customer Portal (claims.ftx.com).
• Sender display name "FTX" but address no-reply@sumsub.com.
• Mentions "customer support team" with no contact details and no identification.
• Domain mismatch: button routes to in.sumsub.com; email does not explain any connection to the FTX claims process.
Captured on: 2025-10-25

Exhibit D-6

 Gmail

<div align="right">Henry &lt;chendaizhuo@gmail.com&gt;</div>

---

**FTX - Complete your verification**

---

**FTX** &lt;no-reply@sumsub.com&gt;
To: chendaizhuo@gmail.com

<div align="right">Mon, Aug 19, 2024 at 12:40 AM</div>



# Just a few steps left

Dear Customer:

We have noticed that you have started your **KYC submission** but have not provided all requested information or documents. In order to complete the KYC process, you will need to upload all requested documents as indicated on the **KYC section** of the customer claims portal (claims.ftx.com). You may complete your KYC submission by clicking the 'Verify' link below.

1. All customers are requested to provide the following information:
   - A valid and unexpired ID, such as a passport, national ID card, or driver's license depending on country of issuance selected.
   - Proof of address issued within the last 3 months, such as a utility bill, bank or credit card statement, internet/cable TV/house phone line bills, tax returns, council tax bills or other government issued certifications of residence. The proof of address must have your name, a date of issuance and a clearly stated address. No PO Box address is allowed.
2. Make sure that the pictures of your documents are clear, show all their corners and sides, and no information is covered.

3. Please note that screenshots, photos of document copies, and images altered in photo redactors are not acceptable.

We appreciate your understanding and cooperation in following this process. If you have any questions or need further clarification, our **customer support team** is ready to assist you. Thank you for your attention to this matter.

Verify me

Thank you for your attention to this matter.

Best regards,

Customer Support Team

Copyright © 2024 FTX.
All rights reserved.

Link target (button): https://in.sumsub.com/idensic/l/#/b6BrFlvhBE7lkBAs
Observed indicators:
• Body references Customer Portal (claims.ftx.com).
• Sender display name "FTX" but address no-reply@sumsub.com.
• Mentions "customer support team" with no contact details and no identification.
• Domain mismatch: button routes to in.sumsub.com; email does not explain any connection to the FTX claims process.
Captured on: 2025-10-25

**Exhibit E — Timeline of Key Dates**

- 2023-03-29 — Scheduled Customer Notice emailed by Kroll/FTX identifying Movant as a scheduled customer and issuing a Unique Customer Code. (Decl. Ex. A-2)

- 2023-09-23 — Movant accepted the scheduled customer claim via the Kroll portal; Confirmation ID 3265-70-CXNIQ-166661285. Acceptance email and claim form attached. (Decl. Ex. A, A-1)

- 2023-11-01 — Identity-verification email from the domain sumsub.com; body references Customer Portal (claims.ftx.com), but button routes to in.sumsub.com/...; no explanation of any connection to the FTX claims process. (Decl. Ex. D-2)

- 2024-03-01 — Identity-verification email from sumsub.com; same domain-mismatch pattern. (Decl. Ex. D-3)

- 2024-04-09 — Identity-verification email from sumsub.com; same domain-mismatch pattern. (Decl. Ex. D-4)

- 2024-05-07 — Identity-verification email from sumsub.com; same domain-mismatch pattern. (Decl. Ex. D-5)

- 2024-08-19 — Identity-verification email from sumsub.com; same domain-mismatch pattern. (Decl. Ex. D-6)

- 2023-2025 — FTX/Kroll-spoof phishing email(s) received (representative sample attached). (Decl. Ex. D-1)

- 2023–2025 — Routine workplace cybersecurity training (recurring) emphasizing caution with unknown-domain emails and mismatched link domains (context for Movant's good-faith caution).

- 2025-06-02 — Final KYC (Know Your Customer) cut-off applied by the FTX Recovery Trust under the Court's order referenced as D.I. 29464.

- 2025-10-21 — Kroll/FTX Support denies reopening KYC (Ticket 337047), citing D.I. 29464 and D.I. 31139. (Decl. Ex. C)

- 2025-10-27 — Movant files Motion to authorize late completion of KYC.

Exhibit F-1

From: noticing@ra.kroll.com

Email subject:  IMPORTANT – Notice of Kroll's Security Incident Involving Claimant
Data/Steps to Protect Yourself

Email body:

*In re: FTX Trading Ltd., et al.*, Case No. 22-11068
United States Bankruptcy Court for the District of Delaware

Kroll Restructuring Administration ("Kroll"), the claims agent in the bankruptcy, has learned
that it experienced a cybersecurity incident that compromised personal data of certain
claimants.  Kroll promptly contained and remediated the incident, reported it to law enforcement
and is investigating this matter.  Kroll has advised the court and the FTX debtors of the incident.
This email provides <u>important information</u> that can help protect you against potential misuse of
this information.  We encourage you to read this email carefully.

<u>What happened?</u>

On or about Saturday, August 19, 2023, an unauthorized third party gained control of a mobile
phone number belonging to an employee of Kroll.  As a result, the unauthorized party accessed
files in Kroll's cloud-based systems, including files that contained your name, address, email
address, and the balance in your FTX account.  When Kroll became aware of the incident, it
acted quickly to secure the impacted Kroll account and launched an investigation.  There is no
evidence that the attacker accessed any other Kroll accounts or systems.  Moreover, Kroll did not
maintain passwords to FTX accounts.  This attack on Kroll <u>did not</u> affect any FTX systems or
FTX digital assets.

The attacker might use this information in a further scam, for example, by sending phishing
emails to trick you into providing sensitive personal information or access to your personal
accounts, including but not limited to, cryptocurrency accounts, wallets or other digital assets,
wherever they may be held.

While no action is necessary as to your FTX account as a result of this incident, you can help
maintain the security of your accounts and digital assets by remaining vigilant and taking certain
steps, including the following:

- Never share your passwords, seed phrases, private keys, and other secret information
  with untrusted individuals, applications, websites or devices.
- Always verify information that you receive from any other website about the FTX
  bankruptcy case or your claim by visiting the website of the Claims Agent, Kroll
  Restructuring Administration LLC: https://restructuring.ra.kroll.com/FTX/ or contacting
  Kroll Restructuring Administration at FTXquestions@kroll.com.

The Court presiding over the FTX bankruptcy case (the United States Bankruptcy Court for the
District of Delaware), Kroll, and FTX will <u>never</u> ask or require you to do any of the following in
connection with the processing of bankruptcy claims or the distribution of FTX assets:

- Link a cryptocurrency wallet to a website or application
- Provide your seed phrase or private keys
- Download any software or use a particular wallet application
- Provide your password over email, text message, or over the phone
- Provide personal identifying information, such as your birthday or social security number, over email, social media or in any manner other than as described in a Court-approved process posted to Kroll Restructuring Administration's case website or the Court's docket

For more information on how to protect yourself from identity theft and fraud, please visit FTXQuestions.kroll.com.

Please know that any distribution of FTX assets will only be at the time and in the manner established by the Court.  Information about the Court's orders can be found at the website of the Claims Agent, Kroll Restructuring Administration LLC: https://restructuring.ra.kroll.com/FTX/.

If you have any questions, receive suspicious communications, or wish to verify the authenticity of communications that are purported to be from individuals associated with the FTX bankruptcy case, please contact: FTXquestions@kroll.com.



Exhibit F-2

FTX > Customer > Customer Support

Articles in this section ⌄

# Official Email Addresses

2 months ago · Updated

### What are the legitimate email addresses I may be contacted from?

Please note that you may be contacted by our support team for additional information or documents
during or after the KYC or claims process.

Below is a list of official email addresses that you may be contacted by:

### For general customer service communications

support@ftx.com

### For retail customer KYC related requests and communications

KYC-Support@ftx.com

no-reply@sumsub.com

**For institutional customer KYC related requests and communications**

ftxcreditors@bitgo.com

ftx-creditor-support@cases.withpersona.com

support@bitgo.com

trustonboarding@cases.withpersona.com

**For general institutional account requests and communications**

institutionalsupport@ftx.com

institutionalsupport2@ftx.com

**For claims related communications**

ftxnoticing@noticing.ra.kroll.com

ftxinfo@ra.kroll.com

ftxquestions@kroll.com

ftxnoticing@ra.kroll.com

FTXInfo@duffandphelps.mail.onmicrosoft.com

claims@ftx.com

tax@ftx.com

**For distribution onboarding**

no-reply@email.kraken.com

noreply@kraken.com

**For FTX EU's return of funds process**

info@eu.backpack.exchange

**FTX Digital Markets related communications**

FTXDigital@restructuring.pwc.co.uk

claims@ftx.pwc.com

gbl_fdm_customers@pwc.com

gbl_fdm_creditors@pwc.com

We urge you to be vigilant for any suspicious email addresses and messages and always make sure to
confirm that the actual email sender is one of these emails. If you have any doubts regarding the
legitimacy of email address with which you are in contact, please reach out to support@ftx.com for
confirmation.

---

Was this article helpful?

| Yes | No |

2 out of 27 found this helpful

---

Return to top ^

## Recently viewed articles

KYC Guidelines for Individual Customers

## Related articles

When to Contact FTX Customer Support

Checking Your Claim Status

Using the Customer Claims Portal

KYC Statuses Explained

KYC Guidelines for Individual Customers

FTX

English (US) ˅

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
 FTX TRADING LTD., et al., Debtors.
 Chapter 11
 Case No. 22-11068 (JTD)
 (Jointly Administered)

**[PROPOSED] ORDER AUTHORIZING LATE COMPLETION OF CUSTOMER KYC**

Upon the motion (the "Motion") of Daizhuo Chen (the "Movant") for entry of an order

authorizing late completion of Step 3 Know Your Customer ("KYC") identity verification in the

FTX Customer Claims Portal for Movant's existing FTX US account; the Court having

jurisdiction under 28 U.S.C. §§ 157 and 1334; venue being proper under 28 U.S.C. §§ 1408 and

1409; and the Court having considered Federal Rule of Bankruptcy Procedure 9006(b)(1) and the

record of these cases; and after due deliberation and sufficient cause appearing therefor, IT IS

HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Kroll Restructuring Administration LLC and the FTX Recovery Trust (together, the
   "Administrators") shall, within five (5) days after entry of this Order, either:
    (a) restore Movant's access to the FTX Customer Claims Portal limited solely to
   completion of Step 3 (KYC) for the FTX US account registered to
   **chendaizhuo@gmail.com**; or
    (b) provide Movant with a secure manual KYC process (including instructions for
   submission of government identification and liveness/verification and, if required,
   encryption or secure upload).

3. Movant shall complete KYC within seventy-two (72) hours of the earlier of: (a)
   restoration of portal access under paragraph 2(a), or (b) receipt of the manual KYC

1

instructions under paragraph 2(b), and in any event no later than fourteen (14) days after entry of this Order.

4. For the avoidance of doubt, nothing in this Order: (a) authorizes assertion of any new or amended claim; (b) alters any claim amount, class, priority, allowance, or distribution mechanics under any confirmed plan or prior order; or (c) affects any rights, defenses, objections, or reservations of the Debtors, the FTX Recovery Trust, or any party in interest, all of which are preserved except as necessary to implement KYC completion as set forth herein. This Order is non-precedential and without prejudice to positions in any other matter.

5. The relief granted herein is limited to enabling completion of KYC for the account identified above and does not reopen, vacate, modify, or disturb any prior order except to the limited extent necessary to effectuate the procedures in paragraph 2.

6. This Court retains jurisdiction to enforce and interpret this Order.

Dated: _____, 2025
Wilmington, Delaware

_____

The Honorable John T. Dorsey
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED

2025 OCT 29 PM 12: 12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al., Debtors.
Chapter 11
Case No. 22-11068 (JTD)
(Jointly Administered)

Objections due by: November 13, 2025 at 4:00 p.m. Eastern Time
Hearing Date: November 20, 2025 at 9:30 a.m. Eastern Time

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Daizhuo Chen (the "Movant") has filed **Motion of Daizhuo Chen for Entry of an Order Authorizing Late Completion of Customer KYC Pursuant to FRBP 9006(b)(1); in the Alternative, Relief under FRBP 9024 (Rule 60(b)(1)) and FRBP 3008/11 U.S.C. 502(j)** (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed on or before November 13, 2025 at 4:00 p.m. Eastern Time with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection or response upon the undersigned Movant at the address below.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION IS SCHEDULED FOR NOVEMBER 20, 2025 AT 9:30 A.M. EASTERN TIME BEFORE THE HONORABLE JOHN T. DORSEY, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

BY:

/s/ Daizhuo (Henry) Chen

Daizhuo Chen (pro se)

1726 Maddux Dr

Redwood City, CA 94061

Phone: 646-286-8876

Email: chendaizhuo@gmail.com

Date: October 27, 2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED

2025 OCT 29  PM 12: 12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
 FTX TRADING LTD., et al., Debtors.
 Chapter 11
 Case No. 22-11068 (JTD)
 (Jointly Administered)

## CERTIFICATE OF SERVICE

I, Daizhuo Chen, certify that I am at least 18 years of age and that, on October 27, 2025, I served

the Notice of Motion, the Motion, the supporting Declaration (with exhibits), and the Proposed

Order upon:

### Sullivan & Cromwell LLP (Debtors/FTX Recovery Trust Counsel)

- Andrew G. Dietderich — dietdericha@sullcrom.com — Means of Service: Email —
  Representing: Debtors/Trust

- James L. Bromley — bromleyj@sullcrom.com — Means of Service: Email —
  Representing: Debtors/Trust

- Brian D. Glueckstein — gluecksteinb@sullcrom.com — Means of Service: Email —
  Representing: Debtors/Trust

- Alexa J. Kranzley — kranzleya@sullcrom.com — Means of Service: Email —
  Representing: Debtors/Trust

### Landis Rath & Cobb LLP (Debtors' Delaware Counsel)

- Adam G. Landis — landis@lrclaw.com — Means of Service: Email — Representing:
  Debtors/Trust

1

- Kimberly A. Brown — brown@lrclaw.com — Means of Service: Email — Representing: Debtors/Trust

- Matthew R. Pierce — pierce@lrclaw.com — Means of Service: Email — Representing: Debtors/Trust

**Paul Hastings LLP (Official Committee of Unsecured Creditors Counsel)**

- Kristopher M. Hansen — krishansen@paulhastings.com — Means of Service: Email — Representing: UCC

- Kenneth Pasquale — kenpasquale@paulhastings.com — Means of Service: Email — Representing: UCC

- Erez E. Gilad — erezgilad@paulhastings.com — Means of Service: Email — Representing: UCC

- Gabriele A. Sasson — gabesasson@paulhastings.com — Means of Service: Email — Representing: UCC

- Luc A. Despins — lucdespins@paulhastings.com — Means of Service: Email — Representing: UCC

**Young Conaway Stargatt & Taylor, LLP (Committee's Delaware Counsel)**

- Matthew B. Lunn — mlunn@ycst.com — Means of Service: Email — Representing: UCC

- Robert F. Poppiti, Jr. — rpoppiti@ycst.com — Means of Service: Email — Representing: UCC

- Joseph M. Kochenash — jkochenash@ycst.com — Means of Service: Email — Representing: UCC

**Office of the United States Trustee, Region 3**

- Linda Richenderfer — Linda.Richenderfer@usdoj.gov — Means of Service: Email — Representing: UST
- David Gerardi — David.Gerardi@usdoj.gov — Means of Service: Email — Representing: UST
- Benjamin A. Hackman — Benjamin.A.Hackman@usdoj.gov — Means of Service: Email — Representing: UST
- Jon Lipshie — Jon.Lipshie@usdoj.gov — Means of Service: Email — Representing: UST

**Kroll Restructuring Administration LLC (Claims/Noticing Agent)**

- FTXInfo@ra.kroll.com — Means of Service: Email — Representing: Claims/Noticing
- ftxnoticing@ra.kroll.com — Means of Service: Email — Representing: Claims/Noticing
- FTXquestions@kroll.com — Means of Service: Email — Representing: Claims/Noticing

**Kroll Restructuring Administration LLC (Physical Service)**

- FTX Trading Ltd. Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232 — Means of Service: UPS

2nd-Day Air (Tracking No. 1Z 628 21V 02 1588 7461) — Representing:

Claims/Noticing

Additional Notice: All CM/ECF (Case Management / Electronic Case Files) registrants in Case

No. 22-11068 (JTD) will receive notice via NEF (Notice of Electronic Filing) upon docketing by

the Clerk.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: October 27, 2025

/s/ Daizhuo Chen

Daizhuo Chen

1726 Maddux Dr, Redwood City, CA 94061

Phone: 646-286-8876

Email: chendaizhuo@gmail.com

DAIZHUO CHEN
6462868876
1726 MADDUX DRIVE
REDWOOD CITY  CA 94061

**0.5 LBS LTR**        **1 OF 1**

**SHIP TO:**
CLERK OF COURT
DELAWARE U.S. BANKRUPTCY COURT
824 N. MARKET STREET, 3RD FLOOR
**WILMINGTON DE 19801**

 **DE 197 9-25**

**UPS 2ND DAY AIR**                    **2**
TRACKING #: 1Z 628 21V 02 1657 9248



BILLING: P/P

Reference #1: U.S. Bankruptcy Court, Delaware

XOL 25.10.09        NV45 44.0A 10/2025*