**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **FTX TRADING LTD.**, *et al.*, | : | Case No. 22-11068 (KBO) |
| | : | |
| **Debtors.** | : | (Jointly Administered) |

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF TRANSFER OF EQUITY INTEREST**

Oaktree Value Opportunities Fund Holdings, L.P., by its undersigned counsel, hereby withdraws the following Notice of Transfer of Equity Interest:

    Docket Number 33071, filed on October 15, 2025.

In addition, Oaktree Value Opportunities Fund Holdings, L.P., by its undersigned counsel, hereby requests the removal from the docket the document filed under such Docket Number.

Dated: October 29, 2025

 

/s/ Edward J. Leen
Edward J. Leen

MANDEL, KATZ & BROSNAN LLP
100 Dutch Hill Road, Unit 390
Orangeburg, New York 10962
(845) 639 7800

*Attorneys for Oaktree Value Opportunities Fund Holdings, L.P.*

032-8564/9023256.1