# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 ) |
| Debtors. | ) Case No. 22-11068 (JTD) ) (Jointly Administered) ) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>Oaktree Value Opportunities Fund Holdings, L.P. | Name of Transferor:<br>Institutional Venture Partners XVII, L.P. |
| Name and Address where notices to transferee should be sent:<br>Oaktree Value Opportunities Fund Holdings, L.P.<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br>vofacctng@oaktreecapital.com | Name and Address where notices to transferors should be sent:<br><br>Institutional Venture Partners XVII, L.P.<br>3000 Sand Hill Road, Building 2, Suite 250<br>Menlo Park, CA, 94025<br>Attn: Tom Loverro<br>1 (631) 745 5219<br>tloverro@ivp.com |

032-8564/9002725.2

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred | FTX Series C Preferred |
|---|---|---|---|
|  |  | 14,984 | 127,094 |
| FTX Common 59,940 | WRS Series A Preferred **644,530** | WRS Class A Common 321,453 | WRS Class B Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**Oaktree Value Opportunities Fund Holdings, L.P.**
By: Oaktree Value Opportunities Fund GP, L.P.
its: General Partner
By: Oaktree Value Opportunities Fund GP, Ltd.
its: General Partner
By: Oaktree Capital Management, L.P.
its: Director

By: _____
        *Colin McLafferty*
        DocuSigned by: 6CAA40B708FE400...
Name:   Colin McLafferty
Title:  Senior Vice President

By: _____
        *Steve Tesoriere*
        Signed by: 014F552806634AA...
Name:   Steven Tesoriere
Title:  Managing Director

Transferor

**INSTITUTIONAL VENTURE PARTNERS XVII, L.P.**
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: _____
Name: Tom Loverro
Title: Managing Director