**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) ) | Case No. 22-11068 (JTD) (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

Name of Transferee:
**BOSTON PATRIOT ARLINGTON ST LLC**

Name of Transferor:
Institutional Venture Partners XVII, L.P.

Name and Address where notices to transferee should be sent:

**BOSTON PATRIOT ARLINGTON ST LLC**
1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
cmclafferty@oaktreecapital.com
vofacctng@oaktreecapital.com

Name and Address where notices to transferors should be sent:

Institutional Venture Partners XVII, L.P.
3000 Sand Hill Road, Building 2, Suite 250
Menlo Park, CA, 94025
Attn: Tom Loverro
1 (631) 745 5219
tloverro@ivp.com

032-8564/9003064.1

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred<br><br>4,093 | FTX Series C Preferred<br><br>34,712 |
|---|---|---|---|
| FTX Common<br><br>16,371 | WRS Series A Preferred<br><br>**176,038** | WRS Class A Common<br><br>87,797 | WRS Class B Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**BOSTON PATRIOT ARLINGTON ST LLC**

By: Oaktree Capital Management, L.P.
Its: Investment Manager

By: _____
Name:  Colin McLafferty
Title:  Senior Vice President

By: _____
Name:   Steven Tesoriere
Title:  Managing Director

Transferor

**INSTITUTIONAL VENTURE PARTNERS XVII, L.P.**
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: _____
Name: Tom Loverro
Title: Managing Director

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred<br><br>4,093 | FTX Series C Preferred<br><br>34,712 |
|---|---|---|---|
| FTX Common<br><br>16,371 | WRS Series A Preferred<br><br>**176,038** | WRS Class A Common<br><br>87,797 | WRS Class B Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**BOSTON PATRIOT ARLINGTON ST LLC**

By: Oaktree Capital Management, L.P.
Its: Investment Manager


By: _____
Name:  Colin McLafferty
Title:  Senior Vice President


By: _____
Name:  Steven Tesoriere
Title:  Managing Director

Transferor

**INSTITUTIONAL VENTURE PARTNERS XVII, L.P.**
By: Institutional Venture Management Holdings XVII, LLC, its General Partner
By: Institutional Venture Management XVII, LLC, its Manager

By: _____
Name: Tom Loverro
Title: Managing Director