**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



<table>
<tr><td>In re:<br><br>FTX TRADING LTD., <em>et al.,</em><br><br>Debtors</td><td>Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered)</td></tr>
</table>

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of
Transferor:
**Name (Redacted)**

Name of Transferee:

**GreenWulf Master Fund, LP**

Name and Address where notices and payments to
transferee should be sent:
**GreenWulf Master Fund, LP**
**Attn: Michael Abbate**
**Email: contact@greenwulf.com**
**PO Box 1012**
**Riverside, CT 06878**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 66090 | Name (Redacted) | Unliquidated (stated in crypto) | West Realm Shires Services Inc. | 22-11071 |
| Schedule No. 6862384 | Name (Redacted) | as described on Register (attached) | West Realm Shires Services Inc. | 22-11071 |
| Confirmation ID No. 3265-70-AMQUP-400161642 | Name (Redacted) | Unliquidated (stated in crypto) | West Realm Shires Services Inc. | 22-11071 |
| Customer Code No. 09912682 | Name (Redacted) | as described on Schedule F (attached) | West Realm Shires Services Inc. | 22-11071 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Abbate*
<span style="font-size:smaller">Michael Abbate (Oct 10, 2025 12:41:42 EDT)</span>
Transferee/Transferee's Agent

Date: October 31, 2025

# KROLL

## Creditor Data Details - Claim # 66090

**Creditor**
Name on file
Address on file

**Debtor Name**
West Realm Shires Services Inc.

**Date Filed**
09/25/2023

**Claim Number**
66090

**Schedule Number**
6862384

**Confirmation ID**
3265-70-AMQUP-400161642

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| FIAT | USD | ASSERTED | 172173.523638 | 172173.523638 |



Open in new window

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the
public's convenience and for general informational purposes only. Anyone using this website is
cautioned NOT to rely on any information contained on this Website, and any user of this website
should not take or refrain from taking any action based upon anything included or not included
on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this
website may want to seek legal counsel on the particular facts and circumstances at issue. All

| 09912682 | Contingent, Disputed | USD[172173.52] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.