# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FTX TRADING LTD., *et al.*, | ) Chapter 11 |
| Debtor. | ) Bankr. Case No. 25-11068 (KBO) |
| EDWARD ORNELAS, | ) |
| Appellant, | ) Civ. No. 25-1059-JLH |
| v. | ) |
| FTX TRADING LTD., | ) |
| Appellee. | ) |

## **ORDER**

At Wilmington, this 4th day of November 2025:

WHEREAS, on August 22, 2025, *pro se* appellant Edward Ornelas ("Appellant") filed a Notice of Appeal with respect to the Bankruptcy Court's August 7, 2025 Order Sustaining FTX Recovery Trust's One Hundred Eighty-Sixth (Non-Substantive) Omnibus Objection to Certain Late Filed Claims (D.I. 1);

WHEREAS, on September 3, 2025, the Court issued an order directing that "within thirty (30) days from the date of this Order, Appellant will pay the $298 filing fee, payable to the United States Bankruptcy Court for the District of Delaware, or submit a complete application to proceed without prepayment of fees to the United States District Court. Appellant's failure to comply with this Order may result in the dismissal of this appeal without prejudice" (D.I. 3) (the "Filing Fee Order");

WHEREAS, on September 3, 2025, a copy of the Filing Fee Order was mailed to Appellant at the address listed on his Notice of Appeal;

WHEREAS the Filing Fee Order and other orders relating to mediation were each returned to the Court as undeliverable to the mailing address provided by Appellant in the Notice of Appeal (D.I. 4, 5, 6, 7);

WHEREAS, on September 29, 2025, the Court issued a second Order (D.I. 9) providing that: "(1) within 30 days, appellant shall comply with the instructions set forth in the Filing Fee Order and provide an updated mailing address to the Court; (2) a copy of this Order, together with a copy of the Filing Fee Order, shall be served on appellant at the following email address ornelasedward@rocketmail.com," which is the only other contact information listed on the Notice of Appeal; and

WHEREAS the docket reflects that Appellant has failed to comply with the Filing Fee Order, by paying the filing fee or submitting a complete application to proceed without prepayment of fees, and has failed to otherwise response to the various orders served on him via mail and electronic mail;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The appeal is DISMISSED WITHOUT PREJUDICE.

2. The Recommendation (D.I. 8) is MOOT.

3. The Clerk is directed to CLOSE Civ. No. 25-1059-JLH.

_____
The Honorable Jennifer L. Hall
United States District Judge

2