**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE OF REBUTTAL EXPERT REPORTS

**PLEASE TAKE NOTICE** that on November 3, 2025, true and correct copies of (i) the *Declaration of Stephen Nicholas Atherton K.C. in Rebuttal* and the exhibit thereto, (ii) the *Rebuttal Declaration of the Rt. Hon. Lord Neuberger of Abbotsbury* and the annex thereto, and (iii) the *Declaration of Stephen Houseman KC* and the exhibits thereto, were caused to be served upon the following counsel via Electronic Mail.

Christopher Harris
Adam Goldberg
Zachary F. Proulx
Nacif Taousse
**Latham & Watkins LLP**
1271 6th Avenue
New York, NY 10020
Telephone: (212) 906-1200
E-mail: christopher.harris@lw.com
     adam.goldberg@lw.com
     nacif.taousse@lw.com
     zachary.proulx@lw.com

John W. Weiss
Joseph C. Barsalona II
Alexis R. Gambale
**Pashman Stein Walder Hayden, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
E-mail: jweiss@pashmanstein.com
     jbarsalona@pashmanstein.com
     agambale@pashmanstein.com

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

John D. Niemeyer
**Latham & Watkins LLP**
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 509-8456
E-mail: john.niemeyer@lw.com

Tiffany M. Ikeda
**Latham & Watkins LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
E-mail: tiffany.ikeda@lw.com

Daniel W. Sack
**Latham & Watkins LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 880-4741
E-mail: daniel.sack@lw.com

Dated: November 4, 2025
  Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: pierce@lrclaw.com

*Counsel for the FTX Recovery Trust*