**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------- x

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (KBO) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

--------------------------------------------------------- x

<u>NOTICE OF SERVICE</u>

**PLEASE TAKE NOTICE** that on November 1, 2025, counsel to Russell Crumpler and

Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three

Arrows Capital, Ltd. (the "<u>Joint Liquidators</u>") caused the Joint Liquidators' *First Supplemental*

*Expert Reports* to be served via email upon the following counsel of record:

Brian D. Glueckstein
Benjamin S. Beller
Samuel G. Darby
Christopher J. Dunne
Isaac S. Foote
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Email: <u>gluecksteinb@sullcrom.com</u>
      <u>bellerb@sullcrom.com</u>
      <u>darbys@sullcrom.com</u>
      <u>Dunnec@sullcrom.com</u>
      <u>footei@sullcrom.com</u>

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated:  November 5, 2025
          Wilmington, Delaware

Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Zachary F. Proulx (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  christopher.harris@lw.com
           adam.goldberg@lw.com
           zachary.proulx@lw.com
           nacif.taousse@lw.com

– and –

*/s/ Alexis R. Gambale*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
           jbarsalona@pashmanstein.com
           agambale@pashmanstein.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*