AUGUST W. CAIMI  (Cal. Bar No. 110342)
CAIMI LAW CORPORATION
1536 W. 25th St., #105
San Pedro, CA 90732
Telephone: (213) 864-4000
teamaugust@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| In re:<br><br>FTX TRADING LTD., *et al,*<br><br>Debtors | Chapter 11<br><br>CASE NO. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**CLAIM / SCHEDULE # 28067**<br>**Attached hereto**<br><br>**Response Deadline: October 16, 2025 at 4:00 pm ET**<br><br>**Ref. Nos. 32598 & 32604** |
|---|---|

### NOTICE OF WITHDRAWAL OF : RESPONSE TO FTX RECOVERY TRUST'S NOTICE OF PARTIAL SATISFACTION OF CLAIMS - NOTICE OF CLARIFICATION CLAIM NUMBER 28067

Claimant Augustine W. Caimi <u>WITHDRAWS</u> his Response to FTX Recovery Trust's Notice of Partial Satisfaction of Claims ("NPS").  Claimant <u>ACCEPTS</u> the NPS.  Claimant agrees that the Claim will be "Allowed" pursuant to Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates,  and that $1,541.12 is the final scheduled amount

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 3, 2025 at Los Angeles, CA.

AUGUST W. CAIMI
Caimi Law Corporation

*Augustine W. Caimi*     (electronic signature)
_____
August W. Caimi

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Caimi Law Corporation, 1536 W. 27th St., #105, San Pedro, California. On November 3, 2025, I served the following document(s): **NOTICE OF WITHDRAWAL OF: RESPONSE TO FTX RECOVERY TRUST'S NOTICE OF PARTIAL SATISFACTION OF CLAIMS - NOTICE OF CLARIFICATION** on the interested party(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows: **SEE SERVICE LIST BELOW**

( X ) **BY PRIORITY MAIL EXPRESS.** I enclosed the documents in an envelope or package provided by USPS and addressed to the persons at the addresses listed above or on the attached service list. I placed the envelope or package for collection at the post office. **TO COURT ONLY**

( X ) **BY ELECTRONIC SERVICE.** Based on a court order or an agreement of the parties to accept electronic service, I caused documents to be sent to the persons at the electronic service addresses listed above

**FEDERAL.** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Date:  November 3, 2025  Los Angeles, California        _____
                                                         Cynthia Speltz

## SERVICE LIST

LANDIS RATH & COMB LLP
Adam G Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Sullivan & Cromwell LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, New York  10004

landis@lrclaw.com,
brown@lrclaw.com,
pierce@lrclaw.com,
bromleyj@sullcrom.com,
dietdericha@sullcrom.com,
glueckstein@sullcrom.com,
kranzley@sullcrom.com,
August A <teamaugust@gmail.com>,
FTX Support <support@ftx.com>,
clientservices@ra.kroll.com

DECLARATION                                               CAIMI LAW CORPORATION
                                 - 1 -