Honorable Karen B. Owens

United States Bankruptcy Judge

United States Bankruptcy Court

District of Delaware

824 Market Street, 3rd Floor

Wilmington, DE 19801


Re: In re: FTX Trading Ltd., Case No. 22-11068 (Bankr. D. Del.)


Dear Judge Owens,


My name is Liubomyr Gnatiuk, a creditor in the above-referenced case.

I respectfully request the Court's attention to my previously filed Proof of Claim [insert claim number if available], submitted through Kroll Restructuring Administration.

The purpose of this letter is to inquire about the current status of my claim and to ensure that all relevant documents I provided are properly reflected in the court record.

As a creditor located outside of the United States, I kindly ask for clarification on the timeline and procedure for consideration of my claim.

Please advise if any further information or additional documentation is required on my part.

Respectfully submitted,

[Signature]

Liubomyr Gnatiuk

[Your mailing address]

Email: Liubomyr.gnatiuk@outlook.com

Phone: [your phone number]

=== ENGLISH VERSION ===

Subject: Urgent Report - Possible Fraudulent Transfers Based on Affidavit

Dear Sir/Madam,

My name is Liubomyr Gnatiuk, director and founder of two companies:

1. Financial Management Limited (UK, No. 12174167)
2. Miner Suport Limited (UK, No. 11172046)

I recently discovered that my affidavits may have been misused by third parties to

withdraw large sums of money from my companies' accounts. A significant portion of

these funds was allegedly paid to Ukrainian citizens:

- Zotov Pavlo, 19 December 1969
- Klym Oleh, 17 December 1974

These funds may have been transferred to one of the following banks:

- Suits Me Bank (UK) - Sort Code 608370, Account 40408248
- Wirecard Bank (Germany, Bavaria)
- Sygnum AG (Zurich, Switzerland)
- Barclays Bank PLC (UK) - Account 93451496
- HSBC Bank (UK / Europe)
- Other banks in Germany

I urgently request that MROS investigate this matter and provide information regarding

any accounts opened in my name or in the name of my companies, and block or freeze

any accounts involved in fraudulent transactions.

I am ready to provide copies of my passport, company registration documents, and affidavits if required.

Thank you for your urgent attention.

Sincerely,

Liubomyr Gnatiuk

Email: Liubomyr.gnatiuk@outlook.com

Tel: +380 68 360 1914

=== DEUTSCHE VERSION ===

Betreff: Dringender Bericht - Mögliche betrügerische Überweisungen basierend auf

Affidavit

Sehr geehrte Damen und Herren,

mein Name ist Liubomyr Gnatiuk, Gründer und Direktor von zwei Firmen:

1. Financial Management Limited (UK, Nr. 12174167)
2. Miner Suport Limited (UK, Nr. 11172046)

Ich habe kürzlich festgestellt, dass meine Affidavits möglicherweise von Dritten missbraucht wurden, um große Geldsummen von den Konten meiner Firmen abzuheben. Ein erheblicher Teil dieser Gelder wurde angeblich an ukrainische Staatsbürger gezahlt:

- Zotov Pavlo, 19. Dezember 1969
- Klym Oleh, 17. Dezember 1974

Diese Gelder könnten auf eines der folgenden Banken überwiesen worden sein:

- Suits Me Bank (UK) - Sort Code 608370, Account 40408248

- Wirecard Bank (Deutschland, Bayern)
- Sygnum AG (Zürich, Schweiz)
- Barclays Bank PLC (UK) - Account 93451496
- HSBC Bank (UK / Europa)
- Weitere Banken in Deutschland

Ich bitte MROS dringend, diese Angelegenheit zu untersuchen und Informationen zu allen Konten, die auf meinen Namen oder den Namen meiner Firmen eröffnet wurden, bereitzustellen sowie alle Konten, die an betrügerischen Transaktionen beteiligt sind, zu

sperren oder einzufrieren.

Ich bin bereit, Kopien meines Passes, der Firmenregistrierungsunterlagen und Affidavits

auf Anfrage vorzulegen.

Vielen Dank für Ihre sofortige Aufmerksamkeit.

Mit freundlichen Grüßen,

Liubomyr Gnatiuk

E-Mail: Liubomyr.gnatiuk@outlook.com

Tel.: +380 68 360 1914

Dear Madam/Sir,

My name is Liubomir Gnatiuk, a creditor and victim in the case FTX Trading Ltd., Case No. 22-11068, currently before Judge Karen B. Owens at the U.S. Bankruptcy Court for the District of Delaware.

I kindly request confirmation of the current status of my claim and whether any hearings or settlements directly related to my filing have been scheduled.

Please also confirm whether my documents and claim have been properly registered and whether I need to provide any additional information or identification.

For correspondence, please use my verified contacts:

Email: Liubomyr.gnatiuk@outlook.com

Phone: +380683601914

Thank you in advance for your assistance.

Sincerely,

Liubomyr Gnatiuk

Honorable Karen B. Owens

United States Bankruptcy Judge

United States Bankruptcy Court

District of Delaware

824 Market Street, 3rd Floor

Wilmington, DE 19801


Re: In re: FTX Trading Ltd., Case No. 22-11068 (Bankr. D. Del.)


Dear Judge Owens,


My name is Liubomyr Gnatiuk, a creditor in the above-referenced case.

I respectfully request the Court's attention to my previously filed Proof of Claim [insert claim number if available], submitted through Kroll Restructuring Administration.

The purpose of this letter is to inquire about the current status of my claim and to ensure that all relevant documents I provided are properly reflected in the court record.

As a creditor located outside of the United States, I kindly ask for clarification on the timeline and procedure for consideration of my claim.

Please advise if any further information or additional documentation is required on my part.

Respectfully submitted,

[Signature]

Liubomyr Gnatiuk

[Your mailing address]

Email: Liubomyr.gnatiuk@outlook.com

Phone: [your phone number]

United States Court of Appeals
For the Third Circuit

Liubomyr Gnatiuk, Plaintiff-Appellant,
v.
UNITED STATES BANKRUPTCY COURT

District of Delaware Honorable John T. Dorsey - Chief Judge

Case No. 22-11068

Motion to Proceed In Forma Pauperis

To the Honorable Judges of the United States Court of Appeals for the Third Circuit:

I, Liubomyr Gnatiuk, residing at 80211 Andriyivska Street 9, Rozhaliv Village, Radehivskyi District, Lvivska Region, Ukraine, respectfully submit this Motion to Proceed In Forma Pauperis. Due to my financial circumstances, I am unable to pay the costs and fees associated with this case. I request that the court allow me to proceed without prepayment of these fees pursuant to 28 U.S.C. § 1915.

Attached to this motion is my completed In Forma Pauperis affidavit, detailing my financial situation, and supporting documents. I affirm that all the information provided is accurate to the best of my knowledge.

I further request that, if granted, this status extend to cover all fees and costs associated with this appeal.

Details in the petition itself have been added.

Respectfully submitted,

Liubomyr Gnatiuk
80211 Andriyivska Street 9
Rozhaliv Village, Radehivskiy District
Lvivska Region, Ukraine

Dated: 2024/12/03

| | Entity | Recived btc | Sent btc | Derived-inbalance btc |
|---|---|---|---|---|
| 1 | Binance | 347,223.5016 | 90.937,3746 | 256,286.1414 |
| 2 | HTX-Huobi | 129,405.536 | 39,319.7446 | 90,085.7914 |
| 3 | OKX-Okex | 70,448.8945 | 18,405.8643 | 52,043.0302 |
| 4 | Bitfinex | 69,346.2522 | 30,036.6256 | 39,309.6266 |
| 5 | Gemini | 34,384.3688 | 13,951.846 | 20,432.5228 |

## HTX-Huobi

## OKX

06.11.2024

departments, all of which earned Chainalysis substantial fees—I have limited the information presented here to just 40 cases. However, I have personally examined more than 150 similar cases involving sums over $2 million, where Chainalysis acted as an informant and received payments. I am not a judge, but this pattern closely resembles a financial pyramid (Ponzi scheme), with elements of asset seizure facilitated by U.S. departments due to inadequate reporting from Chainalysis.

List of All Motions:

- **Allow the Principle of Restitution** to be applied to Chainalysis, and freeze funds received as payment from OKX and Huobi-HTX for their services of "cover-up/laundering" for these companies.

- • **Acknowledge** that disclosure of information in this case during martial law in Ukraine is of utmost necessity, not anything else. The silence by Chainalysis regarding money laundering information provided to U.S. departments directly results in the loss of Ukrainian lives, where I and my children are among the victims.

- • **Urgently recognize** that I am the sole claimant as the victim in this case. I request the return of Russian assets, which have been blocked in this case, specifically to me as part of the criminal proceedings, given that Chainalysis has either concealed or failed to provide information regarding these assets.

- • **Immediately suspend the distribution** of assets in the FTX bankruptcy case until monitoring and allocation of assets is completed in the FTX bankruptcy case, pending information from Chainalysis' competitors, namely Elliptic and Crystal Intelligence.

- • In the interest of **protecting victims in this FTX bankruptcy case**, I respectfully ask the court to block Chainalysis' accounts to secure restitution for the victims. Chainalysis received payments but failed to deliver quality services. Considering that this Friday, November 8, the court in London will be informed about Chainalysis' withholding of information on blocked Russian assets, this request may also serve to protect victims in the London case, as Chainalysis has hidden this information from U.S. international partners.

- • **Permission for publication on the website.**

- • As the registered victim claiming the Russian assets blocked in this case, I believe that a motion to recognize me as a witness-informant is unnecessary for the court, as my status under "The Rule of Law" grants me a significantly higher status than my request could confer. Therefore, I ask the court to determine as it deems appropriate.

- • **Send a verification request** to Elliptic (https://www.elliptic.co) and Crystal Intelligence (https://crystalintelligence.com), both companies ranked after Chainalysis.

## АФІДЕВІТ

Я, що нижче підписався, **Гнатюк Любомир Володимирович**, громадянин України, 21.08.1966 року народження, реєстраційний номер облікової картки платника податків - 2433904519, який зареєстрований за адресою: село Розжалів Червоноградського району Львівської області, вулиця Андріївська, будинок №9, паспорт КВ 235830, виданий 06.08.1999 року Червоноградським МВ УМВС України у Львівській області, підпорядковуючи свою поведінку високому моральному та правовому принципу добросовісності, використовуючи кожне слово для вираження дійсної і правдивої інформації, висловлюючи глибоку повагу до кожного, кому адресовано цей документ, стверджую наступне:

заповнена мною, за вимогами і у відповідності до процесуального законодавства Сполучених Штатів Америки Афідевіт (Альтернативна форма FDLE-CS-132), призначена для Окружного суду Південного округу Флориди, щодо судового процесу про згортання біржі криптовалюти FTX ( 1:23-md-03076 ), містить достовірну інформацію.

Про відповідальність за приховування або викривлення фактів, що мають значення для цілей цього афідевіту, я попереджений. Проставляючи свій підпис, я ручаюся за усі відомості, викладені в цьому документі. Та підтверджую, що документ, який додається, є вірним.

Додатки:

Афідевіт (Альтернативна форма FDLE-CS-132), призначена для Окружного суду Південного округу Флориди, щодо судового процесу про згортання біржі криптовалюти FTX ( 1:23-md-03076 ), на 4 арк. в 1 прим.

Копія паспорту громадянина України для виїзду за кордон тип Р. код держави UKR, номер FP988945, дата видачі 01.08.2018, дата закінчення 01.08.2028, орган, що видав 4601, на 1 арк. в 1 прим.

*Місто Київ, шостого листопада дві тисячі двадцять четвертого року*

## AFFIDAVIT

I, the undersigned, **Gnatiuk Liubomyr Volodymyrovych**, citizen of Ukraine, born on 21.08.1966, taxpayer registration number — 2433904519, registered at 9 Andriivska St., Rozzhaliv, Chervonohrad district, Lviv region, passport KB 235830, issued by Chervonohrad City Police Department of the Ministry of Internal Affairs of Ukraine in Lviv region on 06.08.1999, subordinating my behavior to the high moral and legal principle of good faith, using every word to express true and truthful information, expressing my deep respect for everyone to whom this document is addressed, I hereby declare the following:

The Affidavit (Alternative form FDLE-CS-132), which I have completed, as required by and in accordance with the procedural laws of the United States of America, for the United States District Court for the Southern District of Florida. in the FTX Cryptocurrency Exchange Dissolution Litigation (1:23-md-03076), contains true and correct information.

I have been warned of the liability for concealing or misrepresenting facts material to the purposes of this affidavit. By affixing my signature, I vouch for all the information contained in this document. I also confirm that the attached document is true.

Attachments:

Affidavit (Alternative form FDLE-CS-132), intended for the U.S. District Court for the Southern District of Florida, in the matter of the FTX Cryptocurrency Exchange Dissolution Litigation ( 1:23-md-03076), 4 sheets in 1 copy.

Copy of the passport of the citizen of Ukraine for traveling abroad, type P, state code UKR, number FP988945, date of issue 01.08.2018, expiration date 01.08.2028, issuing authority 4601, on 1 sheet in 1 copy.

*Kyiv. sixth day of November, two thousand twenty-fo*

ПІДПИС / SIGNATURE: _____

**Місто Київ, Україна**

шостого листопада дві тисячі двадцять четвертого року.

Я, Куниця В.В., приватний нотаріус Київського міського нотаріального округу, засвідчую справжність підпису Гнатюка Любомира Володимировича, який зроблено у моїй присутності.

Особу Гнатюка Любомира Володимировича, який підписав документ, встановлено, його дієздатність перевірено.

На підтвердження фактів, викладених у документі, Гнатюк Любомир Володимирович долучив до нього Афідевіт (Альтернативна форма FDLE-CS-132), призначена для Окружного суду Південного округу Флориди, щодо судового процесу про згортання біржі криптовалюти FTX ( 1:23-md-03076 ), на 4 арк. в 1 прим. та копію паспорту громадянина України для виїзду за кордон тип Р, код держави UKR, номер FP988945, дата видачі 01.08.2018, дата закінчення 01.08.2028, орган, що видав 4601, на 1 арк. в 1 прим.

При цьому засвідчую вірність перекладу тексту довіреності з української мови на російську мову, який зроблено мною, нотаріусом.

**Kyiv, Ukraine**

this sixth day of November, two thousand twenty-four.

I, Kunytsia V.V., a private notary of the Kyiv city notarial district, hereby certify the authenticity of the signature of Gnatyuk Liubomyr Volodymyrovych, made before me.

The identity of Gnatyuk Liubomyr Volodymyrovych, the undersigned, has been established and his legal capacity has been verified.

In support of the facts set forth in the document, Gnatyuk Liubomyr Volodymyrovych attached Affidavit (Alternative form FDLE-CS-132), intended for the United States District Court for the Southern District of Florida, in the matter of the FTX Cryptocurrency Exchange Dissolution Litigation ( 1:23-md-03076) on 4 sheets and a copy of the passport of a citizen of Ukraine for traveling abroad, type P, state code UKR, number FP988945, date of issue 01.08.2018, expiration date 01.08.2028, issuing authority 4601, on 1 sheet in 1 copy.

At the same time, I certify the accuracy of the translation of the text of the power of attorney from the Ukrainian language into English, which was made by me, a notary public.

Зареєстровано в реєстрі за № / Registered under No. 1376, 1377.

Приватний нотаріус / Private notary                     В.В. Куниця / V.V. Kunytsia

Вільово прошито (або пронумеровано), пронумеровано скріплено печаткою

арушк. Приватний нотаріус

Я, Куниця В.В., приватний нотаріус Київського міського нотаріального округу, інформую отримувача афідевіту, що не читала даний документ, а тільки підтверджую, що документ підписаний Любомиром Гнатюком особисто, в моїй присутності.

I, V.V. Kunytsia, a private notary of the Kyiv City Notary District, inform the recipient of this affidavit that I did not read this document, but only confirm that the document was signed by Lubomir Hnatyuk personally, in my presence.

УКРАЇНА

АФІ...

| | |
|---|---|
| Місто Львів, двадцять другого серпня дві тисячі дев'ятнадцятого року. | In the city of Lviv, the twenty-second of August, twenty nineteen. |
| Я, що нижче підписався, Гнатюк Любомир Володимирович, паспорт серії КВ № 235830, виданий Червоноградським МВ УМВС України у Львівській області 06.08.1999 року, зареєстрований за адресою: Україна, Львівська область, Радехівський район, село Рожжалів, вулиця Андріївська, будинок № 9 (дев'ять), народився 21 серпня 1966 року, податковий номер 2433904519, паспорт громадянина України для виїзду за кордон FP988945, виданий 01.08.2018 року органом 4601, дійсний до 01.08.2028 року, будучи дієздатним робити цю присягу, стверджую наступне: | I, the undersigned, Gnatiuk Liubomyr Volodymyrovych, passport series КВ No. 235830, issued by the Chervonohrad Municipal Department of Administration of the Ministry of Internal Affairs of Ukraine in Lviv region on August 06, 1999; registered at the adress: Ukraine, Lviv region, Radekhiv district, Rozzhaliv village, Andriivska street, house No. 9 (nine); born August 21, 1966, taxpayer's number 2433904519; passport of citizen of Ukraine for traveling abroad FP988945, issued on August 01, 2018 by the authority 4601, valid until August 01, 2028, being in the capacity to take this oath, I certify the following: |
| 1. Я, Гнатюк Любомир Володимирович, підтверджую, що я фактично проживаю та зареєстрований за адресою: Україна, Львівська область, Радехівський район, село Рожжалів, вулиця Андріївська, будинок № 9 (дев'ять). | 1. I, Gnatiuk Liubomyr Volodymyrovych, confirm that I am actually residing and registered at the following address: Ukraine, Lviv region, Radekhiv district, Rozzhaliv village, Andriivska street, house No. 9 (nine). |
| 2. Я, Гнатюк Любомир Володимирович, стверджую, що мною здійснені усі необхідні дії для реєстрації компанії Financial Management Limited | 2. I, Gnatiuk Liubomyr Volodymyrovych, declare that I have provided already all the necessary and required actions for registration of the company Financial Management Limited. |
| 3. Я, Гнатюк Любомир Володимирович, підтверджую, що мною була особисто подана заявка на відкриття рахунку у Wirecard Bank Germany для обслуговування на моє ім'я вищевказаної компанії. | 3. I, Gnatiuk Liubomyr Volodymyrovych, confirm that I have personally submitted an application for opening an account with Wirecard Bank Germany for service a mentioned above company purchased in my name. |
| 4. Я, Гнатюк Любомир Володимирович, стверджую, що мною була подана заявка на реєстрацію компанії Financial Management Limited на ресурсі https://www.1stformations.co.uk. | 4. I, Gnatiuk Liubomyr Volodymyrovych, confirm that I have applied for registration a company Financial Management Limited within internet resource https://www.1stformations.co.uk. |
| 5. На закінчення заявляю, що я розумію зміст цього афідевіту повністю, заприсягаю, що все, що зазначено в цьому афідевіті, є правдою, на посвідчення чого підписуюсь. Письмовий переклад тексту з української на англійську мову зроблено... | 5. In conclusion, I declare that I fully understand the content of this affidavit and I swear that everything stated in this affidavit is true in witness of what I undersign. Written translation of the text above from Ukrainian into English was done... |

| перекладачем      Фетят      Мар'яною | translator Fetsat Mariana Myroslavivna. |
| Мирославівною | |
| | |

Підпис перекладача  /Translator's signature/

*Фетят Марьяна Миколаївна*

ПІДПИС /Signature/

*Гнатюк Любомир Володимирович*

Місто Львів, Україна двадцять другого серпня дві тисячі дев'ятнадцятого року.

Я, Дячук О.А., приватний нотаріус Львівського міського нотаріального округу, засвідчую справжність підпису ГНАТЮКА ЛЮБОМИРА ВОЛОДИМИРОВИЧА, який зроблено у моїй присутності.

Особу ГНАТЮКА ЛЮБОМИРА ВОЛОДИМИРОВИЧА, який підписав документ, встановлено, його дієздатність перевірено

Зареєстровано в реєстрі за № 2454 8455
Стягнуто плати згідно із ст. 31 Закону України «Про нотаріат».
Приватний нотаріус _____

Seal: Financial
Management
Limited is owned
by scammers in
Ukraine.

Liubomyr Gnatiuk    11.10.2025









