# SCHEDULE 1

**Late Filed Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Ninety-Sixth Omnibus Claims Objection**
**Schedule 1 - Late Filed Claims**

| | | | | **Asserted Claims** | |
|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
| 100369 | Name on file | FTX Trading Ltd. | 7/2/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100365 | Name on file | FTX Trading Ltd. | 7/2/2025 | USD | 95.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100374 | Name on file | FTX Trading Ltd. | 7/3/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100352 | Name on file | West Realm Shires Services Inc. | 6/25/2025 | ETH | 1,267.540000000000000 |
| | | | | FTT | 0.230000000000000 |
| | | | | MOD | 198,000.000000000000000 |
| | | | | USDC | 64.270000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100370 | Name on file | FTX Trading Ltd. | 7/3/2025 | BTC | 0.000000001090082 |
| | | | | ETH | 0.000000002067566 |
| | | | | TRX | 0.000000004137820 |
| | | | | UNI | 0.000000000411426 |
| | | | | USDC | 0.000000772849740 |
| | | | | USDT | 0.000000004137820 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 98425 | Name on file | FTX Trading Ltd. | 12/5/2024 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100384 | Name on file | FTX Trading Ltd. | 7/10/2025 | USD | 2,000.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100334 | Name on file | FTX Trading Ltd. | 6/10/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100351 | Name on file | FTX Trading Ltd. | 6/24/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100394 | Name on file | FTX Trading Ltd. | 7/14/2025 | BTC | 0.142000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100364 | Name on file | FTX Trading Ltd. | 7/2/2025 | SHIB | 2,000.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100361 | Name on file | FTX Trading Ltd. | 6/30/2025 | AAVE | 3.000000000000000 |
| | | | | AUD | 500.000000000000000 |
| | | | | AVAX | 10.000000000000000 |
| | | | | BCH | 5.000000000000000 |
| | | | | BTC | 0.200000000000000 |
| | | | | CAD | 500.000000000000000 |
| | | | | DOGE | 1,000.000000000000000 |
| | | | | ETH | 2.000000000000000 |
| | | | | EUR | 500.000000000000000 |
| | | | | GBP | 500.000000000000000 |
| | | | | GRT | 50.000000000000000 |
| | | | | LINK | 50.000000000000000 |
| | | | | LTC | 15.000000000000000 |
| | | | | SOL | 100.000000000000000 |
| | | | | TRX | 100.000000000000000 |
| | | | | UNI | 50.000000000000000 |
| | | | | USD | 100.000000000000000 |
| | | | | XRP | 100.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100348 | Name on file | FTX Trading Ltd. | 6/21/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100367 | Name on file | FTX Trading Ltd. | 7/2/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100371 | Name on file | FTX Trading Ltd. | 7/3/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100368 | Name on file | FTX Trading Ltd. | 7/2/2025 | | Undetermined* |
| | | | | Other Activity Asserted: 19 - Shiba inu | |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100358 | Name on file | FTX Trading Ltd. | 6/29/2025 | BTC | 0.100000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100347 | Name on file | FTX Trading Ltd. | 6/20/2025 | | Undetermined* |
| | | | | Other Activity Asserted: In the region of approximately $159 000 AUS - FTX Express Pty Ltd | |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100395 | Name on file | FTX Trading Ltd. | 7/14/2025 | | Undetermined* |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100359 | Name on file | FTX Trading Ltd. | 6/30/2025 | | Undetermined* |
| | | | | Other Activity Asserted: Ukn - I have various accounts on different platforms | |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100303 | Name on file | FTX Trading Ltd. | 6/2/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100356 | Name on file | FTX Trading Ltd. | 6/28/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100357 | Name on file | West Realm Shires Services Inc. | 6/28/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100355 | Name on file | FTX Trading Ltd. | 6/28/2025 | USD | 80.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100389 | Name on file | FTX Trading Ltd. | 7/13/2025 | USD | 5,000.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100349 | Name on file | FTX Trading Ltd. | 6/21/2025 | | Undetermined* |
| | | | | Other Activity Asserted: 10000 - 10000 | |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100398 | Name on file | FTX Trading Ltd. | 7/16/2025 | ETH | 4.100000000000000 |
| | | | | ETHW | 4.100000000000000 |
| | | | | TRX | 845.000000000000000 |
| | | | | USD | 176.797647105000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100392 | Name on file | FTX Trading Ltd. | 7/14/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100382 | Name on file | FTX Trading Ltd. | 7/10/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100379 | Name on file | FTX Trading Ltd. | 7/9/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100393 | Name on file | FTX Trading Ltd. | 7/14/2025 | POC Other NFT Assertions: COACHELLA IN BLOOM | 1.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100350 | Name on file | FTX Trading Ltd. | 6/24/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100373 | Name on file | FTX Trading Ltd. | 7/3/2025 | AUD | 5,000.000000000000000 |
| | | | | BTC | 0.500000000000000 |
| | | | | CRO | 500.000000000000000 |
| | | | | DOGE | 500.000000000000000 |
| | | | | ETH | 12.000000000000000 |
| | | | | LINK | 2,000.000000000000000 |
| | | | | MANA | 200.000000000000000 |
| | | | | SOL | 35.000000000000000 |
| | | | | XRP | 250.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100366 | Name on file | FTX Trading Ltd. | 7/2/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100378 | Name on file | FTX Trading Ltd. | 7/7/2025 | ETH | 0.300000000000000 |
| | | | | USD | 150.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100401 | Name on file | FTX Trading Ltd. | 7/8/2025 | USD | 20,000.000000000000000 |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100380 | Name on file | FTX Trading Ltd. | 7/8/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100397 | Name on file | FTX Trading Ltd. | 7/15/2025 | | Undetermined* |
| | | | | Other Activity Asserted: 3848.9090 USD - Accidentally transfer money to FTX after bankrupt refer TXID: ######## | |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100354 | Name on file | West Realm Shires Services Inc. | 6/27/2025 | | Undetermined* |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100372 | Name on file | West Realm Shires Services Inc. | 7/3/2025 | BRL | 1.000000000000000 |
| | | | | CUSDT | |
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. |||||
| 100362 | Name on file | FTX Trading Ltd. | 6/30/2025 | USD | 3,400.000000000000000 |

Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts

**Asserted Claims**

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety. | | | | | |
| 100290 | Name on file | FTX Trading Ltd. | 5/27/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| Claim Number | Name | Debtor | Date Filed | Tickers | Ticker Quantity |
|---|---|---|---|---|---|
| 100402 | Name on file | FTX Trading Ltd. | 7/17/2025 | BRZ | 1.000000000000000 |
| | | | | BTC | 0.015102900000000 |
| | | | | DOGE | 2.000000000000000 |
| | | | | ETH | 0.139480520000000 |
| | | | | SOL | 4.563753810000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100385* | Name on file | FTX Trading Ltd. | 7/5/2025 | USD | 650.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100375 | Name on file | FTX Trading Ltd. | 7/5/2025 | ATOM | 25.000000000000000 |
| | | | | BCH | 125.000000000000000 |
| | | | | BNB | 125.000000000000000 |
| | | | | BTC | 125.000000000000000 |
| | | | | BULL | 10.000000000000000 |
| | | | | CRO | 75.000000000000000 |
| | | | | DOGE | 200.000000000000000 |
| | | | | DOGEBULL | 50.000000000000000 |
| | | | | ETH | 25.000000000000000 |
| | | | | FTT | 200.000000000000000 |
| | | | | LTC | 25.000000000000000 |
| | | | | SHIB | 125.000000000000000 |
| | | | | STEP | 25.000000000000000 |
| | | | | USDC | 100.000000000000000 |
| | | | | USTC | 25.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100304 | Name on file | FTX Trading Ltd. | 6/2/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100399 | Name on file | Quoine Pte Ltd | 7/16/2025 | BCH | 2.077986280000000 |
| | | | | BTC | 0.042626120000000 |
| | | | | BTCV | 0.000013630000000 |
| | | | | ETH | 0.303223780000000 |
| | | | | MKR | 0.028000000000000 |
| | | | | USD | 49.945640000000000 |
| | | | | XRP | 202.399332720000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100403 | Name on file | FTX Trading Ltd. | 7/17/2025 | POC Other Fiat Assertions: INDIAN RUPEE (INR) RATE 82.60 ×3621= 2,99,095 | 3,621.000000000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100363 | Name on file | FTX Trading Ltd. | 7/1/2025 | BNB | 12.995646110000000 |
| | | | | ETH | 1.409433480000000 |
| | | | | ETHW | 1.402676400000000 |
| | | | | FTT | 16.496700000000000 |
| | | | | MATIC | 442.242134270000000 |
| | | | | RUNE | 0.058257550000000 |
| | | | | SAND | 160.968766000000000 |
| | | | | SOL | 11.664096050000000 |
| | | | | USDT | 53.190064880000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100388 | Name on file | West Realm Shires Services Inc. | 7/13/2025 | BTC | 0.503739420000000 |
| | | | | DOGE | 3.000000000000000 |
| | | | | ETH | 2.393036580000000 |
| | | | | ETHW | 0.842746270000000 |
| | | | | LINK | 74.761705060000000 |
| | | | | SHIB | 2.000000000000000 |
| | | | | TRX | 1.000000000000000 |
| | | | | USD | 759.127674569216170 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100387 | Name on file | FTX Trading Ltd. | 7/11/2025 | FTT | 0.000000010000000 |
| | | | | LUNA2 | 4.755422310000000 |
| | | | | SOL | 0.000000010000000 |
| | | | | SRM | 0.916849150000000 |
| | | | | USD | 6,380.880000000000000 |
| | | | | USDT | 20.000000000000000 |
| | | | | XRP | 15,747.670054510000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100386 | Name on file | FTX Trading Ltd. | 7/11/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100377 | Name on file | FTX Trading Ltd. | 7/6/2025 | | Undetermined* |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

| 100353 | Name on file | FTX Trading Ltd. | 6/25/2025 | USDC | 11,328.189970000000000 |

Reason: The claim was filed after the applicable FTX customer claim bar date and the Effective Date of the confirmed Plan. As a result, the claim should be disallowed in its entirety.

---

100385*: Claim is also included in the FTX Recovery Trust's One Hundred Ninety-Seventh (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims)
Undetermined*: Indicates claim contains unliquidated and/or undetermined amounts