UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE



RECEIVED

2025 NOV 12  AM 8:05

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.
Debtors.
Case No. 22-11068 (JTD)
Jointly Administered

NOTICE OF WITHDRAWAL OF MOTION

Comes now, Michael L Judkins, a creditor and claimant in the above-captioned bankruptcy proceedings, and respectfully submits this Notice of Withdrawal of my previously filed motion entitled:

"Motion to Correct Claim Information and Request for Release of Funds"

filed on or about Tuesday October 14th 2025.

The issues raised in my motion have now been resolved. Specifically, my claim has been corrected and reassigned to Debtor West Realm Shires Services Inc., as confirmed by the Claims Administrator.

Accordingly, I hereby withdraw my motion in its entirety, as the relief requested is no longer necessary.

Respectfully submitted,

Michael L Judkins
2415 Pebble Valley Rd #18 Waukesha WI 53188
milw4545@yahoo.com
(414) 628-8070

Date:
11-06-2025

Signature:
*Michael L Judkins*