IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, *et al.*, | Case No. 22-11068-KBO |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, the undersigned counsel moves the admission *pro hac vice* of Catherine "Paige" Lohse of Barnes & Thornburg LLP to represent Folkvang Ltd. ("Folkvang"), in the above-captioned case.

Dated: November 13, 2025
Wilmington, Delaware

BARNES & THORNBURG LLP

*/s/ Amy E. Tryon*
Mark R. Owens (DE No. 4364)
Amy E. Tryon (DE No. 6945)
222 Delaware Ave., Suite 1200
Wilmington, DE 19801
(302) 300-3434
Mark.Owens@btlaw.com
Amy.Tryon@btlaw.com

*Counsel for Folkvang Ltd.*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois, Kansas, and Missouri and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 13, 2025

*/s/ Paige Lohse*
Catherine Paige Lohse
Barnes & Thornburg LLP
1 N. Wacker Dr. #4400
Chicago, IL 60606
Telephone: (312) 214-8301
Email: Paige.Lohse@btlaw.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Dated: November 13th, 2025
Wilmington, Delaware

**KAREN B. OWENS**
**CHIEF JUDGE**