IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>**Ref No. 33444, 33537** |

# JOINDER AND STATEMENT IN SUPPORT OF LIMITED OBJECTION OF WEIWEI JI TO FTX RECOVERY TRUST'S MOTION FOR ENTRY OF AN ORDER EXTENDING (I) THE CLAIMS OBJECTION DEADLINE AND (II) THE ADMINISTRATIVE CLAIMS OBJECTION DEADLINE (D.I. 33444)

Creditor Jun Xu (the "Joinder Party"), appearing pro se, respectfully states as follows:

1. Joinder. The Joinder Party joins in and supports the Limited Objection of Weiwei Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (the "Limited Objection"), and incorporates the Limited Objection by reference as if set forth fully herein, including its arguments, authorities, and requested relief.

2. Statement in Support. Consistent with the Limited Objection, the Joinder Party does not oppose a reasonable extension in principle. The Joinder Party opposes the Trust's request for an unconditional one-year extension and supports a shorter, conditional extension with non-privileged transparency, creditor-level notice, periodic status

reporting, and a narrow "compel-action" mechanism, as described in the Limited Objection.

3. No Additional Relief; Reservation. The Joinder Party seeks no separate or additional relief beyond that requested in the Limited Objection and reserves all rights, claims, defenses, and remedies, including the right to be heard at the November 24, 2025 omnibus hearing.

**WHEREFORE**, the Joinder Party respectfully requests that the Court (i) recognize and grant this Joinder, (ii) grant the relief requested in the Limited Objection, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: November 12, 2025

Respectfully submitted,

*Jun Xu*

Jun Xu (pro se)

Unique Customer Code: 1783215

Email: xjcnjp@gmail.com

Address: 6-818 Xinyusi Road, Wuhan, Hubei, China

## CERTIFICATE OF SERVICE

I, Jun Xu, hereby certify that on November 12, 2025, I caused a true and correct copy of the foregoing Joinder and Statement in Support to be served via electronic mail upon:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

Dated: November 12, 2025

*/s/ Jun Xu/*

Jun Xu (pro se)