IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

Clerk of Court

United States Bankruptcy Court for the District of Delaware

824 N. Market Street, 3rd Floor

Wilmington, DE 19801 USA

Dear Clerk of Court:

LIMITED OBJECTION OF [Qi Lu] TO THE MOTION D. I. 33444 (<u>Motion to Extend (Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline) Filed by FTX Recovery Trust. Hearing scheduled for 11/20/2025 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 11/13/2025. (Attachments: # 1 Notice # 2 Exhibit A)</u>)

I, [Qi Lu], a creditor holding a duly filed claim in the above-captioned cases (the "Objector"), respectfully submits this Limited Objection to the Motion of the FTX Recovery Trust (the "Trust")

1 | 3

seeking entry of an order extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline through January 4, 2027 (the "Motion").

### 1. The Proposed Extension Period Is Excessive and Should Be Limited to No More Than 180 Days

The Trust request to extend the objection deadlines reflects an absence of clear time discipline. Excessive extensions diminish accountability and delay recovery for creditors who have already waited several years.

### 2. The Trust Has Not Demonstrated Consideration of More Efficient Alternatives or Resource Utilization

Given the substantial resources, professional support, and data systems already available to the Trust, greater efficiency should be achievable without requiring such prolonged deadlines. The absence of a detailed efficiency plan raises concerns about resource allocation and oversight.

### 3. Customer Claims Should Be Prioritized and Distributions Initiated Promptly

Customer claims constitute the core of this bankruptcy and should receive prompt attention. The Trust should prioritize resolving and distributing recoveries to verified customer claimants, rather than delaying the entire process until all claims are reconciled.

### 4. Any Extension Must Include Periodic Reporting and Court Oversight

If the Court grants an extension, it should be conditioned upon transparency and accountability. The Trust should be required to file status reports every three (3) months, detailing the number of remaining unresolved claims, progress made, and projected distribution timelines. Such reporting is essential to ensure that any extended period is used productively and that creditors retain visibility in the process.

Thank you for your assistance.

Respectfully submitted,

Name: Qi Lu (Pro Se Creditor)

My Claim Number is: [34477]

Signature: *Qi Lu* _____

Address: [On file with Kroll/Debtors]

Email Address: [7875181@qq.com]

City, Country: [Shanghai, China]

Dated: [November 5, 2025]

## CERTIFICATE OF SERVICE

I, Qi Lu, certify that on November 5, 2025, I caused a true and correct copy of the foregoing Motion and proposed order to be served by electronic mail and by U.S. Mail on the following:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

If any party does not consent to email service, I will promptly effect service by mail consistent with the Federal Rules of Bankruptcy Procedure and the Local Rules.

Dated: November 5, 2025

*Qi Lu*

Qi Lu (pro se)
Email: 7875181@qq.com