Yan Junyi

Room 1403, Building 18, Shanhu Biguiyuan, Dalingshan Town, Dongguan City, Guangdong Province, China 523000

bxie1028@gmail.com

November 7, 2025

Honorable Judge Karen B. Owens

United States Bankruptcy Court

District of Delaware

824 North Market Street, 3rd Floor

Wilmington, Delaware 19801

USA

In re: FTX Trading Ltd., et al., Case No. 22-11068 (KBO)

Re: D.I. 33444

Dear Judge Owens:

OBJECTION TO THE FTX RECOVERY TRUST'S MOTION TO EXTEND DEADLINES TO OBJECT TO CLAIMS (D.I. 33444)

Submitted by: Yan Junyi, a Chinese FTX Creditor

I am an FTX China Creditor. Although the FTX Recovery Trust has recently withdrawn its motion regarding the jurisdictional restrictions process, there is still **no distribution plan supported for China Creditors**, and the FTX Recovery Trust is attempting to further delay payment, meaning compensation for China Creditors remains **indefinitely postponed**.

I do not object to extensions in principle, but I object to **unconditional and non-transparent long-term extensions**, for the following reasons:

1. The claims of the vast majority of China Creditors are **clear and simple and are undisputed**. Compensation for this portion of claims should be made immediately and not delayed. I do not object to an extension for claims that are currently under dispute.

2. The FTX Recovery Trust is still **unable to provide effective communication**. When I inquired with support@ftx.com about when a distribution plan supporting China Creditors would be provided, the response was simply to wait, with **no timeline provided**.

3. China Creditors under **Category 5A have not received distributions twice in a row**, creating an actual economic disparity among creditors of the same category: those who have received payment benefit from the time value of money, while those who have not are forced to keep their funds frozen.

In summary, I request that the Court urge the FTX Recovery Trust to **promptly establish a distribution method for China Creditors**, provide a **clear payment schedule**, and **pay interest on the delayed distributions**.

Respectfully submitted,

Name: Yan Junyi

*Yan Junyi*

FTX Unique Customer Code: 03073980

Dated: November 7, 2025

CERTIFICATE OF SERVICE

I, Yan Junyi, hereby certify that on November 7, 2025, I caused a copy of the foregoing OBJECTION TO THE FTX RECOVERY TRUST'S MOTION TO EXTEND DEADLINES TO OBJECT TO CLAIMS to be served via electronic mail upon the following parties:

Sullivan & Cromwell LLP

- James L. Bromley – bromleyj@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com
- Andrew G. Dietderich – dietdericha@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com

Landis Rath & Cobb LLP

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2025

*Yan Junyi*
_____
Yan Junyi