**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>Ref No. 33444, 33537 |

**JOINDER AND STATEMENT IN SUPPORT OF LIMITED OBJECTION OF WEIWEI JI
TO FTX RECOVERY TRUST'S MOTION FOR ENTRY OF AN ORDER EXTENDING
(I) THE CLAIMS OBJECTION DEADLINE AND (II) THE ADMINISTRATIVE
CLAIMS OBJECTION DEADLINE (D.I. 33444)**

Creditor ZUO HUAHUA (the "Joinder Party"), appearing pro se, respectfully states as follows:

1. Joinder.  The Joinder Party joins in and supports the Limited Objection of Weiwei
   Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims
   Objection Deadline and (II) the Administrative Claims Objection Deadline
   (the "Limited Objection"), and incorporates the Limited Objection by reference as if set
   forth fully herein, including its arguments, authorities, and requested relief.

2. Statement in Support.  Consistent with the Limited Objection, the Joinder Party does
   not oppose a reasonable extension in principle. The Joinder Party opposes the Trust's
   request for an unconditional one-year extension and supports a shorter, conditional
   extension with nonprivileged transparency, creditorlevel notice, periodic status
   reporting, and a narrow "compelaction" mechanism, as described in the Limited
   Objection.

3. No Additional Relief; Reservation.  The Joinder Party seeks no separate or additional

relief beyond that requested in the Limited Objection and reserves all rights, claims, defenses, and remedies, including the right to be heard at the November 24, 2025 omnibus hearing.

**WHEREFORE**, the Joinder Party respectfully requests that the Court (i) recognize and grant this Joinder, (ii) grant the relief requested in the Limited Objection, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: November 11, 2025

Respectfully submitted,

ZUO HUAHUA (pro se)    *ZUO HUAHUA*

FTX Claim ID: #73814

Email: zuo.huahua.c@gmail.com

Address: YU BEI QU JIN KAI DA DAO 88 HAO, CHONG QING, CHINA

### CERTIFICATE OF SERVICE

I, ZUO HUAHUA, hereby certify that on November 11, 2025, I caused a true and correct copy of the
foregoing Joinder and Statement in Support to be served via electronic mail upon:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov

- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov

- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com

- James L. Bromley – bromleyj@sullcrom.com

- Brian D. Glueckstein – gluecksteinb@sullcrom.com

- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com

- Kimberly A. Brown – brown@lrclaw.com

- Matthew R. Pierce – pierce@lrclaw.com

- Matthew B. McGuire – mcguire@lrclaw.com

Dated: November 11, 2025

ZUO HUAHUA (pro se)     *ZUO HUAHUA*