IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,<br><br><br>                                        Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>**Ref No. 33444, 33537** |

JOINDER AND STATEMENT IN SUPPORT OF LIMITED OBJECTION OF WEIWEI
JI TO FTX RECOVERY TRUST'S MOTION FOR ENTRY OF AN ORDER
EXTENDING (I) THE CLAIMS OBJECTION DEADLINE AND (II) THE
ADMINISTRATIVE CLAIMS OBJECTION DEADLINE (D.I. 33444)

Creditor WEIHAO CHEN (the "Joinder Party"), appearing pro se, respectfully states as follows:

1. Joinder.  The Joinder Party joins in and supports the Limited Objection of Weiwei

   Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims

   Objection Deadline and (II) the Administrative Claims Objection Deadline

   (the "Limited Objection"), and incorporates the Limited Objection by reference as if set

   forth fully herein, including its arguments, authorities, and requested relief.

2. Statement in Support.  Consistent with the Limited Objection, the Joinder Party does

   not oppose a reasonable extension in principle. The Joinder Party opposes the Trust's

   request for an unconditional one-year extension and supports a shorter, conditional

   extension with non-privileged transparency, creditor-level notice, periodic status

reporting, and a narrow "compel-action" mechanism, as described in the Limited

Objection.

3. No Additional Relief; Reservation.  The Joinder Party seeks no separate or additional

relief beyond that requested in the Limited Objection and reserves all rights, claims,

defenses, and remedies, including the right to be heard at the November 24, 2025

omnibus hearing.

**WHEREFORE**, the Joinder Party respectfully requests that the Court (i) recognize and grant

this Joinder, (ii) grant the relief requested in the Limited Objection, and (iii) grant such other

and further relief as the Court deems just and proper.

Dated: November 12, 2025

Respectfully submitted,

WEIHAO CHEN (pro se)          WEIHAO CHEN

Claim ID 1329252

Email: ccyoy520@gmail.com

Mailing: No.54, Anshan 2nd Road, Shajing Street,Bao'an District ,  ShenZhen , GuangDong,  CHIAN

## CERTIFICATE OF SERVICE

I, WEIHAO CHEN, hereby certify that on November 11, 2025, I caused a true and correct copy of the foregoing Joinder and Statement in Support to be served via electronic mail upon:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov

- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov

- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com

- James L. Bromley – bromleyj@sullcrom.com

- Brian D. Glueckstein – gluecksteinb@sullcrom.com

- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com

- Kimberly A. Brown – brown@lrclaw.com

- Matthew R. Pierce – pierce@lrclaw.com

- Matthew B. McGuire – mcguire@lrclaw.com

Dated: November 12, 2025

WEIHAO CHEN (pro se)          WEIHAO CHEN