**LETTER TO THE UNITED STATES BANKRUPTCY COURT**

November 9, 2025

Honorable Judge Karen B. Owens

United States Bankruptcy Court

District of Delaware

RECEIVED

2025 NOV 13 P 12:57

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: FTX Trading Ltd., et al., Chapter 11 Case No. 22-11068 (KBO)

Claim Number: [Unique Customer Code **154426**]

Dear Judge Owens,

I am writing to you today as an ordinary creditor in the FTX bankruptcy case, seeking the Court's urgent assistance in resolving a critical issue that is preventing me from receiving my distribution. My name is **Hongpeng Wang**. I was originally a customer of FTX from Mainland China and have since relocated for work, now residing in Hong Kong.

The prolonged delay and the profound lack of clarity in the claims process have caused me significant financial strain and personal distress. Despite having diligently followed all instructions from the FTX Recovery Trust, I find myself unable to confirm my eligibility due to a persistent and unexplained "Disputed" status in the claims portal.

Specifically, I have taken the following steps to ensure full compliance:

- In **Step 3 (KYC Verification)**, I updated my residential address to my current location in Hong Kong and provided valid proof of address.
- In **Step 7**, I submitted the appropriate tax form (W-8BEN) to reflect my change in tax residency status.
- In **Step 8**, I have confirmed that my Kraken account is successfully linked for distribution with updated address.

**However, the critical problem remains: My Step 9 continues to display a "Disputed" status.** I have no means to verify why this status persists, whether it will affect my distribution, or when it will be updated. There is **no transparent channel available for me to validate this information or receive a definitive confirmation** from the Trust. This complete lack of feedback and the inability to resolve a simple status discrepancy leave me in a state of extreme uncertainty and vulnerability.

I am deeply concerned that this technical ambiguity or internal administrative delay could wrongfully exclude me from the upcoming distribution, despite having fulfilled all my obligations in good faith.

Therefore, I respectfully and urgently request the Court to:

- **Direct the FTX Recovery Trust to immediately clarify** why my claim continues to be flagged as "Disputed" in Step 9, even after I have completed all required updates.
- **Direct the Trust to provide** me with a clear, verifiable, and written confirmation that this "Disputed" status will not preclude me from receiving the distribution.
- **Ensure** that my claim is included in the next distribution, as there is no justifiable reason based on the Trust's own communications for its continued "Disputed" status in the system.

I am not seeking special treatment, only the fair and transparent process that all creditors were promised. The ongoing inability to resolve this basic issue undermines my trust in the entire recovery process.

Thank you for your time and urgent consideration of this matter.

Respectfully submitted,

*Hongpeng Wang*

**Hongpeng Wang** (pro se)

Unique Customer Code: **154426**

Email: **hongpeng.wang@outlook.com**

Mailing: **ONMANTIN, No.1 CHUNG HAU STREET, HO MAN TIN, Kowloon, Hong Kong**

**CERTIFICATE OF SERVICE**

I, **Hongpeng Wang**, hereby certify that on November 9, 2025, I caused copies of my Joinder and Statement in Support to be served via email upon the following recipients:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov

- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov

- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com

- James L. Bromley – bromleyj@sullcrom.com

- Brian D. Glueckstein – gluecksteinb@sullcrom.com

- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com

- Kimberly A. Brown – brown@lrclaw.com

- Matthew R. Pierce – pierce@lrclaw.com

- Matthew B. McGuire – mcguire@lrclaw.com

Request for Consent / Reservation: By this certificate and the cover email, Joinder Party requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent or the Court requires alternate service, Joinder Party will promptly cure by effecting service consistent with FRBP 7004/9014.

I certify that the foregoing statements are true and correct.

Dated: **November 9, 2025**

*Hongpeng Wang*
**Hongpeng Wang** (pro se)

Unique Customer Code: **154426**

Email: **hongpeng.wang@outlook.com**

Mailing: **ONMANTIN, No.1 CHUNG HAU STREET, HO MAN TIN, Kowloon, Hong Kong**





