IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.,*<br><br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>**Ref No. 33444, 33537** |

JOINDER AND STATEMENT IN SUPPORT OF LIMITED OBJECTION OF WEIWEI
JI TO FTX RECOVERY TRUST'S MOTION FOR ENTRY OF AN ORDER
EXTENDING (I) THE CLAIMS OBJECTION DEADLINE AND (II) THE
ADMINISTRATIVE CLAIMS OBJECTION DEADLINE (D.I. 33444)

Creditor JIANHUA JIN (the "Joinder Party"), appearing pro se, respectfully states as follows:

1. Joinder. The Joinder Party joins in and supports the Limited Objection of Weiwei

    Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims

    Objection Deadline and (II) the Administrative Claims Objection Deadline

    (the "Limited Objection"), and incorporates the Limited Objection by reference as if set

    forth fully herein, including its arguments, authorities, and requested relief.

2. Statement in Support. Consistent with the Limited Objection, the Joinder Party does

    not oppose a reasonable extension in principle. The Joinder Party opposes the Trust's

    request for an unconditional one-year extension and supports a shorter, conditional

    extension with non-privileged transparency, creditor-level notice, periodic status

reporting, and a narrow "compel-action" mechanism, as described in the Limited

Objection.

3. No Additional Relief; Reservation.  The Joinder Party seeks no separate or additional

relief beyond that requested in the Limited Objection and reserves all rights, claims,

defenses, and remedies, including the right to be heard at the November 24, 2025

omnibus hearing.

**WHEREFORE**, the Joinder Party respectfully requests that the Court (i) recognize and grant

this Joinder, (ii) grant the relief requested in the Limited Objection, and (iii) grant such other

and further relief as the Court deems just and proper.

Dated: November 11, 2025

Respectfully submitted,

JIANHUA JIN (pro se)

Unique Customer Code: 02160828

Email: hunterjin@gmail.com             JIANHUA JIN

November 11, 2025

Address: Alley 555, CHENGNAN Road, PUDONG NEW DISTRICT,SHANGHAI CHINA

## CERTIFICATE OF SERVICE

I, JIANHUA JIN, hereby certify that on November 11, 2025, I caused a true and correct copy of the

foregoing Joinder and Statement in Support to be served via electronic mail upon:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov

- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov

- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com

- James L. Bromley – bromleyj@sullcrom.com

- Brian D. Glueckstein – gluecksteinb@sullcrom.com

- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com

- Kimberly A. Brown – brown@lrclaw.com

- Matthew R. Pierce – pierce@lrclaw.com

- Matthew B. McGuire – mcguire@lrclaw.com

JIANHUA JIN (pro se)

Unique Customer Code: 02160828

JIANHUA JIN

Email: hunterjin@gmail.com

November 11, 2025

Address: Alley 555, CHENGNAN Road, PUDONG NEW DISTRICT,SHANGHAI CHINA