IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**REQUEST FOR REMOVAL FROM SERVICE LISTS
AND REQUEST TO STOP ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that the undersigned counsel hereby requests that the Clerk of this Court, any claims or noticing agent appointed in these cases, and all parties in interest remove Darren Azman from all service lists and the Court's CM/ECF electronic notification list.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated:  November 14, 2025<br>Wilmington, Delaware | **MCDERMOTT WILL & SCHULTE LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: dhurst@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>John J. Calandra (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>Elizabeth Rodd (admitted pro hac vice)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>Email:  dazman@mwe.com<br>          jcalandra@mwe.com<br>          jbevans@mwe.com<br>          erodd@mwe.com<br><br>*Counsel for Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)* |