## **CERTIFICATE OF SERVICE**

I, David R. Hurst, hereby certify that on this 14th day of November 2025, I caused the foregoing *Request for Removal from Service Lists and Request to Stop Electronic Notices* to be served by CM/ECF electronic transmission on all parties registered to receive notice via CM/ECF in these cases.

                                                **MCDERMOTT WILL & SCHULTE LLP**

                                                */s/ David R. Hurst*
                                                David R. Hurst (I.D. No. 3743)
                                                1000 N. West Street, Suite 1400
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 485-3900
                                                Facsimile: (302) 351-8711
                                                Email: dhurst@mwe.com