# SCHEDULE 1

**Incorrect Debtor Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Ninety-Eighth Omnibus Claims Objection**
**Schedule 1 - Incorrect Debtor Claims**

| Claim Number | Name | Asserted Claims Debtor | Modified Claims Debtor |
|---|---|---|---|
| 60784 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93169 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 93106* | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 623 | Name on file | FTX US Trading, Inc. | West Realm Shires Services Inc. |
| 57946 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 71410 | Name on file | West Realm Shires Services Inc. | FTX Trading Ltd. |
| 27025 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96605 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96143 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 26925 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 79323 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |
| 96375 | Name on file | FTX Trading Ltd. | West Realm Shires Services Inc. |

93106*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Ninety-Fifth Omnibus Objection to Certain Overstated Claims (Customer Claims)