**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                                  :   Chapter 11
In re:                                            :
                                                  :   Case No. 22-11068 (KBO)
FTX TRADING LTD., et al.,¹                        :
                                                  :   Jointly Administered
               Debtors.                           :
------------------------------------------------------------ :x   Related to Docket No. 33444, 33537, 33672
```

**JOINDER OF SCI VENTURES CO., LTD, SHENGKUN JI AND LIU JING IN WEIWEI JI'S LIMITED OBJECTIONS TO MOTION OF THE FTX RECOVERY TRUST FOR ENTRY OF AN ORDER EXTENDING (I) THE CLAIMS OBJECTION DEADLINE AND (II) THE ADMINISITRATIVE CLAIMS OBJECTION DEADLINE**

Sci Ventures Co., Ltd. ("Sci Ventures"), Shengkun Ji ("S. Ji"), and Liu Jing ("Ms. Jing") (collectively, "Objecting Creditors") by and through their undersigned counsel, hereby join in the Limited Objection of Weiwei Ji ("Mr. Ji") [Docket No. 33537] (the "Limited Objection") and the Supplemental Limited Objection of Mr. Ji ("Supplemental Limited Objection") [Docket No. 33672] to the *Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection*, dated November 3, 2025 [Docket No. 33444] (the "Motion").² In support of the Joinder, the Objecting Creditors state as follows:

**JOINDER**

1.      Sci Ventures, S. Ji and Ms. Jing each hold KYC-verified FTX accounts and hold timely-filed proof of claims in these Chapter 11 Proceedings which are not subject to a pending

---

¹ The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

² Capitalized terms used in this Joinder and not otherwise defined herein have the meanings ascribed to them in the Motion.

dispute.   (*See Ji Declaration*, ¶ 6 [Docket No. 31147].)   Sci Ventures holds claim number 45581 in the amount of $4,484,489; S. Ji holds claim number 51901 in the amount of $4,540,980; and Ms. Jing holds claim number 60161 in the amount of $5,246,378.

2.    All three Objecting Creditors are Mr. Ji's affiliates and/or family members, as follows: (a) Sci Ventures is Mr. Ji's wholly owned Hong Kong company; (b) S. Ji is Mr. Ji's brother; and (c) Ms. Jing is Mr. Ji's wife.

3.    The Objecting Creditors join in arguments made by Mr. Ji in the Limited Objection and the Supplemental Limited Objection, for the reasons set forth therein.

WHEREFORE, for the reasons set forth in the Objection, the Objecting Creditors respectfully request that the Court deny the Motion except to the extent it is revised consistent with the Limited Objection and the Supplemental Limited Objection and grant such other and further relief as it deems just and proper.

Date:   November 17, 2025
          Wilmington, Delaware

**SULLIVAN HAZELTINE ALLINSON LLC**

 */s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE  19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com

**WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP**
Annie P. Kubic, Esq.
Michele L. Angell, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Tel: (516) 622-9200
akubic@westermanllp.com
mangell@westermanllp.com

*Counsel for Sci Ventures Co., Ltd.,
Shengkun Ji and Liu Jing*