# **<u>SCHEDULE 1</u>**

**FTX Trading Ltd. 22-11068 (KBO)**
**Omnibus Claims Objection**
**Notice of Partial Satisfaction**

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | **Asserted Claims** | | **Modified Claim** | |
| 6505117 | Name on file | West Realm Shires Services Inc. | BAT | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | BTC | 0.123189260000000 | | 0.000000000000000 |
| | | | CUSDT | 12.000000000000000 | | 12.000000000000000 |
| | | | DOGE | 6.000000000000000 | | 6.000000000000000 |
| | | | ETH | 0.289845600000000 | | 0.000000000000000 |
| | | | ETHW | 0.231356370000000 | | 0.231356370000000 |
| | | | SHIB | 8.000000000000000 | | 8.000000000000000 |
| | | | TRX | 4.000000000000000 | | 4.000000000000000 |
| | | | USD | 508.364289906103900 | | 508.364289906103900 |

Reason: Claim has been partially satisfied via withdrawal of 0.123189260000000 BTC and 0.289845600000000 ETH.

| 6497732 | Name on file | West Realm Shires Services Inc. | BRZ | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
|---|---|---|---|---|---|---|
| | | | BTC | 0.016768790000000 | | 0.016768790000000 |
| | | | CUSDT | 2.000000000000000 | | 2.000000000000000 |
| | | | DOGE | 4.000000000000000 | | 4.000000000000000 |
| | | | ETH | 1.204376400000000 | | 0.000000000000000 |
| | | | ETHW | 1.203859490000000 | | 1.203859490000000 |
| | | | GRT | 1.000000000000000 | | 1.000000000000000 |
| | | | SHIB | 1.000000000000000 | | 1.000000000000000 |
| | | | SOL | 68.099233810000000 | | 68.099233810000000 |
| | | | TRX | 3.000000000000000 | | 3.000000000000000 |
| | | | USD | 0.009959772881382 | | 0.009959772881382 |
| | | | USDT | 1.091315140000000 | | 1.091315140000000 |

Reason: Claim has been partially satisfied via withdrawal of 1.204376400000000 ETH.

| 6567550 | Name on file | West Realm Shires Services Inc. | BTC | 0.191949750000000 | West Realm Shires Services Inc. | 0.000000000000000 |
|---|---|---|---|---|---|---|
| | | | USD | 0.002780190000000 | | 0.002780190000000 |

Reason: Claim has been partially satisfied via withdrawal of 0.191949750000000 BTC.

| 5670585 | Name on file | West Realm Shires Services Inc. | ETH | 165.928086550000000 | West Realm Shires Services Inc. | 158.928086550000000 |
|---|---|---|---|---|---|---|
| | | | ETHW | 165.928086550000000 | | 165.928086550000000 |
| | | | SHIB | 204,635,987.000000000000000 | | 204,635,987.000000000000000 |
| | | | SOL | 1,248.745111911424000 | | 1,248.745111911424000 |

Reason: Claim has been partially satisfied via withdrawal of 7.000000000000000 ETH.

| 6338968 | Name on file | West Realm Shires Services Inc. | BTC | 0.017023168211720 | West Realm Shires Services Inc. | 0.000000008211720 |
|---|---|---|---|---|---|---|
| | | | ETH | 0.799000007095979 | | 0.000000007095979 |
| | | | ETHW | 0.799000007095979 | | 0.000000007095979 |
| | | | SOL | 1.192428280000000 | | 0.000000000000000 |
| | | | USD | 0.000000002433460 | | 0.000000002433460 |
| | | | USDT | 799.029823001727000 | | 0.000000001727000 |

Reason: Claim has been partially satisfied via withdrawal of 0.017023160000000 BTC, 0.799000000000000 ETH, 0.799000000000000 ETHW, 1.192428280000000 SOL, and 799.029822999999965 USDT.

| 6649614 | Name on file | West Realm Shires Services Inc. | BRZ | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
|---|---|---|---|---|---|---|
| | | | CUSDT | 1.000000000000000 | | 1.000000000000000 |
| | | | DOGE | 1.000000000000000 | | 1.000000000000000 |
| | | | ETH | 1.783025050000000 | | 0.000000000000000 |
| | | | ETHW | 1.782276170000000 | | 1.782276170000000 |
| | | | SOL | 38.124050580000000 | | 0.000000000000000 |
| | | | TRX | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 0.004179345433209 | | 0.004179345433209 |

| Claim / Schedule Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
|  | Reason: Claim has been partially satisfied via withdrawal of 1.783025050000000 ETH and 38.124050580000002 SOL. |||||||
| 6975335 | Name on file | Quoine Pte Ltd | ETH | 24.178715010000000 | Quoine Pte Ltd | 24.178715010000000 |
|  |  |  | LUNC | 1,000.000000000000000 |  | 1,000.000000000000000 |
|  |  |  | SGD | 87,155.365320000000000 |  | 13,572.255320000000000 |
|  |  |  | TRX | 0.000056000000000 |  | 0.000056000000000 |
|  |  |  | USDT | 421.561332000000000 |  | 421.561332000000000 |
|  | Reason: Claim has been partially satisfied via withdrawal of 73,583.110000000000582 SGD. |||||||
| 6616024 | Name on file | West Realm Shires Services Inc. | BRZ | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
|  |  |  | BTC | 0.368974221843621 |  | 0.008783641843621 |
|  |  |  | DOGE | 0.000000007249850 |  | 0.000000007249850 |
|  |  |  | ETH | 0.000030030000000 |  | 0.000030030000000 |
|  |  |  | ETHW | 3.400946090000000 |  | 3.400946090000000 |
|  |  |  | GRT | 0.000000005143750 |  | 0.000000005143750 |
|  |  |  | USD | 4,492.182207462397000 |  | 4,492.182207462397000 |
|  |  |  | USDT | 0.000000002395108 |  | 0.000000002395108 |
|  | Reason: Claim has been partially satisfied via withdrawal of 0.360190580000000 BTC. |||||||
| 6553297 | Name on file | West Realm Shires Services Inc. | AVAX | 5.329794050000000 | West Realm Shires Services Inc. | 5.329794050000000 |
|  |  |  | BAT | 8.522850360000000 |  | 8.522850360000000 |
|  |  |  | BF_POINT | 400.000000000000000 |  | 400.000000000000000 |
|  |  |  | BRZ | 2.000000000000000 |  | 2.000000000000000 |
|  |  |  | CUSDT | 19.000000000000000 |  | 19.000000000000000 |
|  |  |  | DOGE | 10,733.788787450000000 |  | 0.000000000000000 |
|  |  |  | ETH | 0.087480090000000 |  | 0.087480090000000 |
|  |  |  | ETHW | 0.086455650000000 |  | 0.086455650000000 |
|  |  |  | LINK | 2.946410180000000 |  | 2.946410180000000 |
|  |  |  | MATIC | 71.075076350000000 |  | 71.075076350000000 |
|  |  |  | SHIB | 1,614,891.283065850000000 |  | 1,614,891.283065850000000 |
|  |  |  | SOL | 10.599924320000000 |  | 0.000000000000000 |
|  |  |  | TRX | 6.000000000000000 |  | 6.000000000000000 |
|  |  |  | USD | 0.007884589159733 |  | 0.007884589159733 |
|  | Reason: Claim has been partially satisfied via withdrawal of 10,733.788787449999290 DOGE and 10.599924320000000 SOL. |||||||
| 6595822 | Name on file | West Realm Shires Services Inc. | BTC | 0.107733125430060 | West Realm Shires Services Inc. | 0.000000005430060 |
|  |  |  | DOGE | 13,085.533344940000000 |  | 0.000000000000000 |
|  |  |  | ETH | 2.227842684059498 |  | 0.000000014059498 |
|  |  |  | ETHW | 2.226907008377023 |  | 2.226907008377023 |
|  |  |  | LINK | 1.041450580000000 |  | 1.041450580000000 |
|  |  |  | MATIC | 0.000000012822291 |  | 0.000000012822291 |
|  |  |  | NFT (298887448532608049/STARATLAS ANNIVERSARY) | 1.000000000000000 |  | 1.000000000000000 |
|  |  |  | NFT (302937454052605142/STARATLAS ANNIVERSARY) | 1.000000000000000 |  | 1.000000000000000 |
|  |  |  | NFT (313144517481762880/MICROPHONE #650) | 1.000000000000000 |  | 1.000000000000000 |
|  |  |  | NFT (338221400891096224/STARATLAS ANNIVERSARY) | 1.000000000000000 |  | 1.000000000000000 |
|  |  |  | NFT (363633728778366808/STARATLAS ANNIVERSARY) | 1.000000000000000 |  | 1.000000000000000 |
|  |  |  | NFT (415098365634672765/STARATLAS ANNIVERSARY) | 1.000000000000000 |  | 1.000000000000000 |
|  |  |  | NFT (416149406721992940/STARATLAS ANNIVERSARY) | 1.000000000000000 |  | 1.000000000000000 |
|  |  |  | NFT (443256887854388941/ENTRANCE VOUCHER #599) | 1.000000000000000 |  | 1.000000000000000 |
|  |  |  | NFT (539778317127312272/STARATLAS ANNIVERSARY) | 1.000000000000000 |  | 1.000000000000000 |

| Claim / Schedule Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | NFT (548320893934709329/STARATLAS ANNIVERSARY) | 1.000000000000000 | | 1.000000000000000 |
| | | | SHIB | 176.687553200000000 | | 176.687553200000000 |
| | | | SOL | 3.182152860000000 | | 0.000000000000000 |
| | | | TRX | 4.000000000000000 | | 4.000000000000000 |
| | | | USD | 0.000000246896027 | | 0.000000246896027 |
| Reason: Claim has been partially satisfied via withdrawal of 0.107733120000000 BTC, 13,085.533344940000461 DOGE, 2.227842670000000 ETH, and 3.182152860000000 SOL. ||||||| 
| 6925888 | Name on file | Quoine Pte Ltd | CPH | 100.000000000000000 | Quoine Pte Ltd | 100.000000000000000 |
| | | | JPY | 53.297160000000000 | | 53.297160000000000 |
| | | | MTC | 400,793.562501630000000 | | 0.000000000000000 |
| | | | USD | 0.005490000000000 | | 0.005490000000000 |
| | | | USDT | 3.022027000000000 | | 3.022027000000000 |
| Reason: Claim has been partially satisfied via withdrawal of 400,793.562501629989129 MTC. ||||||| 
| 6502988 | Name on file | West Realm Shires Services Inc. | BAT | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | BRZ | 10.408365740000000 | | 10.408365740000000 |
| | | | BTC | 0.000010250000000 | | 0.000010250000000 |
| | | | CUSDT | 3.000000000000000 | | 3.000000000000000 |
| | | | DOGE | 5,578.494672460000000 | | 0.000000000000000 |
| | | | GRT | 6.108007790000000 | | 6.108007790000000 |
| | | | SHIB | 199,918,630.487992970000000 | | 418,630.487992970000000 |
| | | | SUSHI | 2.151568050000000 | | 2.151568050000000 |
| | | | TRX | 7.000000000000000 | | 7.000000000000000 |
| | | | UNI | 1.072667920000000 | | 1.072667920000000 |
| | | | USD | 0.000707015047757 | | 0.000707015047757 |
| | | | USDT | 3.099632090000000 | | 3.099632090000000 |
| Reason: Claim has been partially satisfied via withdrawal of 5,578.494672460000402 DOGE and 199,500,000.000000000000000 SHIB. ||||||| 
| 6985744 | Name on file | Quoine Pte Ltd | AQUA | 75.123658400000000 | Quoine Pte Ltd | 75.123658400000000 |
| | | | BTC | 0.349242540000000 | | 0.159921740000000 |
| | | | CRPT | 144.138826910000000 | | 144.138826910000000 |
| | | | ETH | 0.097817110000000 | | 0.097817110000000 |
| | | | ETHW | 0.106722650000000 | | 0.106722650000000 |
| | | | FTT | 1.696603410000000 | | 1.696603410000000 |
| | | | QASH | 3,841.956493180000000 | | 3,841.956493180000000 |
| | | | SAND | 12.000000000000000 | | 12.000000000000000 |
| | | | USDT | 7.020207000000000 | | 7.020207000000000 |
| | | | XLM | 0.663057980000000 | | 0.663057980000000 |
| Reason: Claim has been partially satisfied via withdrawal of 0.189320800000000 BTC. ||||||| 
| 6640344 | Name on file | West Realm Shires Services Inc. | BRZ | 3.000000000000000 | West Realm Shires Services Inc. | 3.000000000000000 |
| | | | BTC | 0.098316340000000 | | 0.000000000000000 |
| | | | DOGE | 22,128.398907060000000 | | 0.000000000000000 |
| | | | ETH | 3.753898040000000 | | 0.000000000000000 |
| | | | ETHW | 3.705837240000000 | | 3.705837240000000 |
| | | | SHIB | 9,207,935.997053290000000 | | 0.000000000000000 |
| | | | SOL | 0.283820690000000 | | 0.000000000000000 |
| | | | TRX | 9.000000000000000 | | 9.000000000000000 |
| | | | USD | 730.197697170935400 | | 730.197697170935400 |
| | | | USDT | 1.025264330000000 | | 1.025264330000000 |
| Reason: Claim has been partially satisfied via withdrawal of 0.098316340000000 BTC, 22,128.398907060000056 DOGE, 3.753898040000000 ETH, 9,207,935.997053289785981 SHIB, and 0.283820690000000 SOL. ||||||| 
| 6573553 | Name on file | West Realm Shires Services Inc. | BTC | 0.092137256477686 | West Realm Shires Services Inc. | 0.000000006477686 |
| | | | ETH | 0.000000005829763 | | 0.000000005829763 |
| | | | SHIB | 1.000000000000000 | | 1.000000000000000 |

|  |  |  | Asserted Claims |  |  | Modified Claim |  |
|---|---|---|---|---|---|---|---|
| Claim / Schedule Number | Name | Debtor | Tickers |  | Ticker Quantity | Debtor | Ticker Quantity |
|  |  |  | USD |  | 0.000078531370992 |  | 0.000078531370992 |

Reason: Claim has been partially satisfied via withdrawal of 0.092137250000000 BTC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28272* | Name on file | West Realm Shires Services Inc. | AVAX | | 42.811366510000000 | West Realm Shires Services Inc. | 42.811366510000000 |
| | | | ETH | | 0.514043160000000 | | 0.000000000000000 |
| | | | NFT (307096225435158291/BARCELONA TICKET STUB #1495) | | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (497019430822088355/AUSTRALIA TICKET STUB #2479) | | 1.000000000000000 | | 1.000000000000000 |
| | | | SOL | | 35.297778720000000 | | 0.000000010000000 |
| | | | TRX | | 1,237.687893330000000 | | 1,237.687893330000000 |
| | | | USD | | 9.761948840322976 | | 9.761948840322976 |

Reason: Claim has been partially satisfied via withdrawal of 0.514043160000000 ETH and 35.297778710000003 SOL.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5764939 | Name on file | FTX Trading Ltd. | ATLAS | | 4,579.464353790000000 | FTX Trading Ltd. | 4,579.464353790000000 |
| | | | AUD | | 2,200.000000061008400 | | 0.000000061008400 |
| | | | DENT | | 1.000000000000000 | | 1.000000000000000 |
| | | | IMX | | 157.300374470000000 | | 157.300374470000000 |
| | | | KIN | | 1.000000000000000 | | 1.000000000000000 |

Reason: Claim has been partially satisfied via withdrawal of 2,200.000000000000000 AUD.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6498505 | Name on file | West Realm Shires Services Inc. | BRZ | | 10.378454590000000 | West Realm Shires Services Inc. | 10.378454590000000 |
| | | | BTC | | 0.000000000000000 | | -0.111452210000000 |
| | | | CUSDT | | 5.000000000000000 | | 5.000000000000000 |
| | | | DOGE | | 10.088333580000000 | | 10.088333580000000 |
| | | | ETH | | 1.032306360000000 | | 1.032306360000000 |
| | | | ETHW | | 1.031872760000000 | | 1.031872760000000 |
| | | | SHIB | | 7.000000000000000 | | 7.000000000000000 |
| | | | TRX | | 2,043.889983850000000 | | 2,043.889983850000000 |
| | | | USD | | 619.104559709415000 | | 619.104559709415000 |
| | | | USDT | | 3.189678280000000 | | 3.189678280000000 |
| | | | YFI | | 0.000000460000000 | | 0.000000460000000 |

Reason: Claim has been partially satisfied via withdrawal of 0.111452210000000 BTC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10267* | Name on file | West Realm Shires Services Inc. | BAT | | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | BF_POINT | | 100.000000000000000 | | 100.000000000000000 |
| | | | BTC | | 0.600449785763956 | | 0.283449785763956 |
| | | | DOGE | | 0.000000009354947 | | 0.000000009354947 |
| | | | ETH | | 0.000000001398957 | | 0.000000001398957 |
| | | | LINK | | 1.000138800000000 | | 1.000138800000000 |
| | | | NEAR | | 0.000000003977942 | | 0.000000003977942 |
| | | | SHIB | | 187.378356172312980 | | 187.378356172312980 |
| | | | SOL | | 251.739928231604180 | | 38.000000001604180 |
| | | | USD | | 0.000026977055521 | | 0.000026977055521 |
| | | | USDT | | 0.000000009870712 | | 0.000000009870712 |

Reason: Claim has been partially satisfied via withdrawal of 0.317000000000000 BTC and 213.739928230000004 SOL.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6699570 | Name on file | West Realm Shires Services Inc. | ALGO | | 1,113.945655030000000 | West Realm Shires Services Inc. | 1,113.945655030000000 |
| | | | BTC | | 0.055757300000000 | | 0.000000000000000 |
| | | | DOGE | | 4,331.488301850000000 | | 0.000000000000000 |
| | | | ETH | | 0.749772820000000 | | 0.000000000000000 |
| | | | ETHW | | 0.605453460000000 | | 0.000000000000000 |
| | | | GRT | | 340.528004110000000 | | 0.000000000000000 |
| | | | SHIB | | 27,011,900.953623940000000 | | 0.000000000000000 |
| | | | SUSHI | | 207.907391770000000 | | 0.000000000000000 |
| | | | TRX | | 1.000000000000000 | | 1.000000000000000 |
| | | | UNI | | 47.645976850000000 | | 0.000000000000000 |

28272*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Ninety-Fifth Omnibus Objection to Certain Overstated Claims (Customer Claims) and the FTX Recovery Trust's One Hundred Ninety-Fourth Omnibus Objection to Certain Incorrect Debtor Claims (Customer Claims)
10267*: Claim was ordered modified on the FTX Recovery Trust's One Hundred Eighty-Ninth Omnibus Objection to Certain Overstated Claims (Customer Claims)

| Claim / Schedule Number | Name | Debtor | Tickers | Asserted Claims Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | USD | 488.821978857043200 | | 488.821978857043200 |

Reason: Claim has been partially satisfied via withdrawal of 0.055757300000000 BTC, 4,331.488301850000425 DOGE, 0.749772820000000 ETH, 0.605453460000000 ETHW, 340.528004109999983 GRT, 27,011,900.953623939305544 SHIB, 207.907391770000004 SUSHI, and 47.645976849999997 UNI.

| 5982963 | Name on file | West Realm Shires Services Inc. | BTC | 0.671191570000000 | West Realm Shires Services Inc. | 0.000035470000000 |
| | | | USD | 1,352.624052400000000 | | 1,352.624052400000000 |

Reason: Claim has been partially satisfied via withdrawal of 0.671156100000000 BTC.

| 6889609 | Name on file | Quoine Pte Ltd | ETH | 10.126366380000000 | Quoine Pte Ltd | 10.126366380000000 |
| | | | ETHW | 10.126366380000000 | | 10.126366380000000 |
| | | | RFOX | 650,000.135814610000000 | | 2,380.491213100000000 |
| | | | XRP | 24.990000000000000 | | 24.990000000000000 |

Reason: Claim has been partially satisfied via withdrawal of 647,619.644601510022767 RFOX.

| 6623462 | Name on file | West Realm Shires Services Inc. | ALGO | 342.825843470000000 | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | CUSDT | 8.000000000000000 | | 8.000000000000000 |
| | | | DOGE | 14,470.552311420000000 | | 0.000000000000000 |
| | | | GRT | 1,501.660670230000000 | | 0.000000000000000 |
| | | | LTC | 1.003899810000000 | | 0.000000000000000 |
| | | | SHIB | 56,222,333.889330120000000 | | 0.000000000000000 |
| | | | TRX | 848.200611840000000 | | 848.200611840000000 |
| | | | USD | 0.000000001373222 | | 0.000000001373222 |

Reason: Claim has been partially satisfied via withdrawal of 342.825843469999995 ALGO, 14,470.552311420000478 DOGE, 1,501.660670230000051 GRT, 1.003899810000000 LTC, and 56,222,333.889330118894577 SHIB.

| 6535786 | Name on file | West Realm Shires Services Inc. | AAVE | 20.092392780000000 | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | BAT | 6.230418180000000 | | 6.230418180000000 |
| | | | BRZ | 4.000000000000000 | | 4.000000000000000 |
| | | | BTC | 0.000002280000000 | | 0.000002280000000 |
| | | | CUSDT | 3.000000000000000 | | 3.000000000000000 |
| | | | DOGE | 11.029403500000000 | | 11.029403500000000 |
| | | | ETH | 0.000097050000000 | | 0.000097050000000 |
| | | | ETHW | 6.325380860000000 | | 6.325380860000000 |
| | | | MATIC | 1.001297830000000 | | 1.001297830000000 |
| | | | SHIB | 5.000000000000000 | | 5.000000000000000 |
| | | | SOL | 0.000433591399885 | | 0.000433591399885 |
| | | | SUSHI | 1.023978410000000 | | 1.023978410000000 |
| | | | TRX | 17.279859740000000 | | 17.279859740000000 |
| | | | USD | 0.121516752393994 | | 0.121516752393994 |
| | | | USDT | 4.084095490000000 | | 4.084095490000000 |

Reason: Claim has been partially satisfied via withdrawal of 20.092392780000001 AAVE.

| 6541182 | Name on file | West Realm Shires Services Inc. | ALGO | 754.961615220000000 | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | BRZ | 0.000000002270686 | | 0.000000002270686 |
| | | | DOGE | 30,000.800950426930000 | | 0.000000006930000 |
| | | | ETH | 1.046662430000000 | | 0.000000000000000 |
| | | | ETHW | 1.046222730000000 | | 1.046222730000000 |
| | | | GRT | 1,337.705624170000000 | | 0.000000000000000 |
| | | | SHIB | 71,656,467.352832910000000 | | 0.000000010000000 |
| | | | SOL | 12.736099993169923 | | 0.000000003169923 |
| | | | USD | 0.000458336420473 | | 0.000458336420473 |

Reason: Claim has been partially satisfied via withdrawal of 754.961615219999999 ALGO, 30,000.800950420001755 DOGE, 1.046662430000000 ETH, 1,337.705624169999965 GRT, 71,656,467.352832898497581 SHIB, and 12.736099990000000 SOL.

| 6581337 | Name on file | West Realm Shires Services Inc. | LTC | 311.744760800000000 | West Realm Shires Services Inc. | 145.004760800000000 |
| | | | TRX | 26,821.637336640000000 | | 26,821.637336640000000 |

Reason: Claim has been partially satisfied via withdrawal of 166.740000000000009 LTC.

| 6610539 | Name on file | West Realm Shires Services Inc. | BAT | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |

| Claim / Schedule Number | Name | Debtor | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|
| | | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | BTC | 0.000000320000000 | | 0.000000320000000 |
| | | | DOGE | 2.000000000000000 | | 2.000000000000000 |
| | | | ETH | 0.813353130000000 | | 0.000000000000000 |
| | | | ETHW | 2.038249110000000 | | 2.038249110000000 |
| | | | SHIB | 3.000000000000000 | | 3.000000000000000 |
| | | | SOL | 2.037229930000000 | | 2.037229930000000 |
| | | | TRX | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 4,000.000011118696400 | | 4,000.000011118696400 |

Reason: Claim has been partially satisfied via withdrawal of 0.813353130000000 ETH.

| 5371820 | Name on file | West Realm Shires Services Inc. | BTC | 0.000070000000000 | West Realm Shires Services Inc. | 0.000070000000000 |
|---|---|---|---|---|---|---|
| | | | ETH | 0.000473270000000 | | 0.000473270000000 |
| | | | USD | 2,800.000000007173600 | | 2,800.000000007173600 |
| | | | USDC | 0.000000000000000 | | -2,800.000000000000000 |

Reason: Claim has been partially satisfied via withdrawal of 2,800.000000000000000 USDC.