# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION
## BY CLAIMANT LAWRENCE D. VAN DYN HOVEN

PLEASE TAKE NOTICE that Claimant Lawrence D. Van Dyn Hoven, by and through his undersigned counsel, hereby withdraws his Motion to Reconsider Customer Claim No. 98560, Extend the Applicable Bar Date and Allow that Claim, or, in the Alternative, to Extend the Applicable Bar Date for Non-Customer Claim No. 100112 [D.I. 32061].

Respectfully submitted,

*/s/Leif T. Simonson*
Leif T. Simonson (NY #4173316; MN #0389764)
SIMONSON LAW PLLC
400 South Fourth Street, Suite 401
Minneapolis, MN 55415
Leif.Simonson@simonsonlaw.com
Tel.: +1 612 448 3330

*Counsel for*
*Claimant Lawrence D. Van Dyn Hoven*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## CERTIFICATION BY COUNSEL

Pursuant to Local Rule 9010-1(e)(iii), I certify that I am eligible to file the above Notice in this Court and further certify that I am admitted, practicing, and in good standing as a member of the Bar of the States of Minnesota and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Local Rules of this Court.

By:

*/s/Leif T. Simonson*
Leif T. Simonson (NY #4173316; MN #0389764)
SIMONSON LAW PLLC
400 South Fourth Street, Suite 401
Minneapolis, MN 55415
Leif.Simonson@simonsonlaw.com
Tel.: +1 612 448 3330