**EXHIBIT A**

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (KBO)

Responses Regarding *Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444][1]

|    | **Response Title, D.I. and Date Filed** | **Responding Party** |
|----|---|---|
| 1. | Limited Objection of Weiwei Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33537, filed on November 10, 2025] | Weiwei Ji |
| 2. | Limited Objection of Deli Gong to the Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33546, filed on November 12, 2025] | Deli Gong |
| 3. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33554, filed on November 13, 2025] | Yujia Li |
| 4. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33555, filed on November 13, 2025] | Xue Xiaorong |
| 5. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33556, filed on November 13, 2025] | Chao Wang |
| 6. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33557, filed on November 13, 2025] | Feng Hu |
| 7. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33558, filed on November 13, 2025] | Xiaoping Huang |

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the relevant objection.

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 8. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33559, filed on November 13, 2025] | Chun Xiang Wei |
| 9. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33560, filed on November 13, 2025] | Jun Xu |
| 10. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33561, filed on November 13, 2025] | Li Zhenyu |
| 11. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33562, filed on November 13, 2025] | Daochi Cai |
| 12. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33563, filed on November 13, 2025] | Suiye Gao |
| 13. | Objection of Sen Wang and Yong Ping Hu to Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33564, filed on November 13, 2025] | Sen Wang and Yong Ping Hu |
| 14. | Limited Objection of Hejie Chen to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33565, filed on November 13, 2025] | Hejie Chen |
| 15. | Limited Objection of Huimin Zhong to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33566, filed on November 13, 2025] | Huimin Zhong |
| 16. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33567, filed on November 13, 2025] | Wenjie Yi |
| 17. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33568, filed on November 13, 2025] | Lijie Yu |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 18. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33569, filed on November 13, 2025] | Hong Wang |
| 19. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33570, filed on November 13, 2025] | Kaihao Ni |
| 20. | Limited Objection of Xinling Xiong to Motion to Extend Claims Objection Deadline [D.I. 33571, filed on November 13, 2025] | Xinling Xiong |
| 21. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33572, filed on November 13, 2025] | Chen Shen |
| 22. | Limited Objection of Folkvang Ltd. to Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33574, filed on November 13, 2025] | Folkvang Ltd. |
| 23. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33576, filed on November 13, 2025] | Jun Ni |
| 24. | Limited Objection of Chen Shen to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33577, filed on November 13, 2025] | Chen Shen |
| 25. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33578, filed on November 13, 2025] | Sang Yingshuo |
| 26. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33579, filed on November 13, 2025] | Zhongxiu Guan |
| 27. | Limited Objection of Hong Wang to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33581, filed on November 13, 2025] | Hong Wang |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 28. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33582, filed on November 13, 2025] | Ziyou Xiong |
| 29. | Limited Objection of Jianhua Jin to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33583, filed on November 13, 2025] | Jianhua Jin |
| 30. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33584, filed on November 13, 2025] | Zenan Li |
| 31. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33585, filed on November 13, 2025] | Kui Yuan |
| 32. | Limited Objection of Jun Ni to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33586, filed on November 13, 2025] | Jun Ni |
| 33. | Limited Objection of Kaihao Ni to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33587, filed on November 13, 2025] | Kaihao Ni |
| 34. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33588, filed on November 13, 2025] | Kangliang Li |
| 35. | Limited Objection of Lijie Yu to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33589, filed on November 13, 2025] | Lijie Yu |
| 36. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33590, filed on November 13, 2025] | Shenglin Wu |
| 37. | Limited Objection of Lin Lin to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33591, filed on November 13, 2025] | Lin Lin |
| 38. | Limited Objection of Yi Qin to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33592, filed on November 13, 2025] | Yi Qin |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 39. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33593, filed on November 13, 2025] | Hongwei Wang |
| 40. | Limited Objection of Yong Li to Motion of the FTX Recovery Trust to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33594, filed on November 13, 2025] | Yong Li |
| 41. | Limited Objection of Zhu Ming to the Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33595, filed on November 13, 2025] | Zhu Ming |
| 42. | Limited Objection of Zhao Yuqi to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33596, filed on November 13, 2025] | Zhao Yuqi |
| 43. | Objection to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33597, filed on November 13, 2025] | Fangmin Ye |
| 44. | Objection to the Motion of the FTX Recovery Trust for Entry of an Order Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33598-1, filed on November 13, 2025] | Liu Zhenxu |
| 45. | Limited Objection of Qi Lu to the Motion D.I. 33444 [D.I. 33599, filed on November 13, 2025] | Qi Lu |
| 46. | Limited Objection and Conditional Approval Request of 7A Class Creditor [D.I. 33600, filed on November 13, 2025] | Peiyi Li |
| 47. | Objection to the FTX Recovery Trust's Motion to Extend the Claims Objection Deadline [D.I. 33601, filed on November 13, 2025] | Xiaodong Wang |
| 48. | Objection to Motion of FTX Recovery Trust to Extend Deadlines to Object to Claims (D.I. 33444) [D.I. 33602, filed on November 13, 2025] | Haoliang Yang |
| 49. | Limited Objection of Xin Huang to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33603, filed on November 13, 2025] | Xin Huang |
| 50. | Objection to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33609, filed on November 14, 2025] | Fangmin Ye |
| 51. | Limited Objection to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33610, filed on November 14, 2025] | Wan Fangda |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 52. | Limited Objection of Xuzhou Yin to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33611, filed on November 14, 2025] | Xuzhou Yin |
| 53. | Objection to the FTX Recovery Trust's Motion to Extend Deadlines to Object to Claims (D.I. 33444) [D.I. 33612, filed on November 14, 2025] | Yan Junyi |
| 54. | Objection to Motion to Extend Claims Objection Deadlines (D.I. 33444) and Request for Transparency [D.I. 33613, filed on November 14, 2025] | Hongpeng Wang |
| 55. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33619, filed on November 14, 2025] | Zuo Huahua |
| 56. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33620, filed on November 14, 2025] | Qi Chen |
| 57. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33621, filed on November 14, 2025] | WuJie Lin |
| 58. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33622, filed on November 14, 2025] | Baoliang Shang |
| 59. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33623, filed on November 14, 2025] | Xingyi Zheng |
| 60. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33624, filed on November 14, 2025] | Jing Xu |
| 61. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33625, filed on November 13, 2025] | Yue Li |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 62. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33626, filed on November 13, 2025] | Yang Yang |
| 63. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33627, filed on November 13, 2025] | DongJie Bai |
| 64. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33628, filed on November 13, 2025] | ChunYu Chen |
| 65. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33629, filed on November 13, 2025] | Shaohua Miao |
| 66. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33630, filed on November 13, 2025] | Jia Wen |
| 67. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33631, filed on November 13, 2025] | Zhenkun Zhao |
| 68. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33632, filed on November 13, 2025] | Yishou Sun |
| 69. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33633, filed on November 13, 2025] | Weng Jing |
| 70. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33634, filed on November 13, 2025] | Weihao Chen |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 71. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33635, filed on November 13, 2025] | Lujie Wang |
| 72. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33636, filed on November 13, 2025] | Zengrui Zhao |
| 73. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33637, filed on November 13, 2025] | Yue Lou |
| 74. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33638, filed on November 13, 2025] | Yuhe Liu |
| 75. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33639, filed on November 13, 2025] | YuRu Jia |
| 76. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33641, filed on November 13, 2025] | Wu Hao |
| 77. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33642, filed on November 13, 2025] | Ye Shengnan |
| 78. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33643, filed on November 13, 2025] | Wengxiaowang |
| 79. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33644, filed on November 13, 2025] | BaCui Sun |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 80. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33645, filed on November 13, 2025] | Deng Yuanhao |
| 81. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33646, filed on November 13, 2025] | Xinling Xiong |
| 82. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33647, filed on November 13, 2025] | Fangmin Ye |
| 83. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33648, filed on November 13, 2025] | Yijian Feng |
| 84. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33649, filed on November 13, 2025] | Lijuan Feng |
| 85. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33650, filed on November 13, 2025] | Lin Yi |
| 86. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33651, filed on November 13, 2025] | Ying Zhou |
| 87. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33652, filed on November 13, 2025] | Yiwei Wu |
| 88. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33653, filed on November 13, 2025] | Ke Yuan |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 89. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33654, filed on November 13, 2025] | Caihui |
| 90. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33655, filed on November 13, 2025] | Nan Xu |
| 91. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33656, filed on November 13, 2025] | Jianhua Jin |
| 92. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33657, filed on November 13, 2025] | Lianghua Chai |
| 93. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33658, filed on November 13, 2025] | Weiwei Li |
| 94. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33659, filed on November 13, 2025] | Rongrong Zhao |
| 95. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33660, filed on November 13, 2025] | DongSheng Li |
| 96. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33661, filed on November 13, 2025] | Dan Li |
| 97. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33662, filed on November 13, 2025] | Shuai Hou |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 98. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33663, filed on November 13, 2025] | Ying Gao |
| 99. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33664, filed on November 13, 2025] | Tianhua Xu |
| 100 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33665, filed on November 13, 2025] | Xiao Xu |
| 101 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33666, filed on November 13, 2025] | Lingchi Yang |
| 102 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33667, filed on November 13, 2025] | Hou Han Yun |
| 103 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33668, filed on November 13, 2025] | Zhou Jingli |
| 104 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33669, filed on November 13, 2025] | Chen Faxing |
| 105 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33670, filed on November 13, 2025] | Minxia Zheng |
| 106 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33671, filed on November 13, 2025] | Zhao Yuqi |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 107 | Supplemental Limited Objection of Weiwei Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33672, filed on November 14, 2025] | Weiwei Ji |
| 108 | Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33675, filed on November 17, 2025 | Hejia Zhao |
| 109 | Limited Objection of Pu Ke to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33676, filed on November 17, 2025] | Pu Ke |
| 110 | Joinder of Sci Ventures Co., Ltd, Shengkun Ji and Liu Jing in Weiwei Ji's Limited Objections to Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33679, filed on November 17, 2025] | Sci Ventures Co., Ltd., Shengkun Ji, and Liu Jing |
| 111 | Conditional Limited Objection to Motion to Extend the Claims Objection Deadline (Customer Claims Only) [D.I. 33680, filed on November 17, 2025] | Haichuan Shang |
| 112 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33687, filed on November 19, 2025] | Xufei Bai |
| 113 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33688, filed on November 19, 2025 | Yuyang Tian |
| 114 | Informal Response, received via email dated November 11, 2025 (*Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | QingChong Chen |
| 115 | Informal Response, received via email dated November 14, 2025 | Lin Yi |
| 116 | Informal Response, received via email dated November 14, 2025 (*Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Liu ZhenHua |
| 117 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Guizhen Zhao |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 118 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Kangliang Li |
| 119 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Li Hua Rong |
| 120 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Shijun Song |
| 121 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Lijuan Feng |
| 122 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Weng Jing |
| 123 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | WuJie Lin |
| 124 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Hou Han Yun |
| 125 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Zhou Jingli |
| 126 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Xingyi Zheng |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 127 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Yijian Feng |
| 128 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Yang Huiqiang |
| 129 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Chen Shen |
| 130 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Daochi Cai |
| 131 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Haoliang Yang |
| 132 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Hong Wang |
| 133 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Huijin Tao |
| 134 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Jing Xu |
| 135 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Jun Ni |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 136 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Jun Xu |
| 137 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Kaihao Ni |
| 138 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Lijie Yu |
| 139 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Rong Cai |
| 140 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Wu Hao |
| 141 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Xinling Xiong |
| 142 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Xuelu Zhao |
| 143 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Yan Junyi |
| 144 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Yang Li |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 145 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Yuhe Liu |
| 146 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Yulian Zhang |
| 147 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | YuRu Jia |
| 148 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Zhaoxiang Qu |
| 149 | Informal Response, received via email dated November 16, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Zuo Huahua |
| 150 | Informal Response, received via email dated November 17, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Xiaobin Shi |
| 151 | Informal Response, received via email dated November 17, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Wan Fangda |
| 152 | Informal Response, received via email dated November 18, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Daochi Cai |
| 153 | Informal Response, received via email dated November 18, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Zhou Jingli |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 154 | Informal Response, received via email dated November 18, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Hongpeng Wang |
| 155 | Informal Response, received via email dated November 18, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Zengrui Zhao |
| 156 | Informal Response, received via email dated November 18, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | WuJie Lin |
| 157 | Informal Response, received via email dated November 18, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Chao Wang |
| 158 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Sang Yingshuo |
| 159 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Wu Hao |
| 160 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Kangliang Li |
| 161 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Caihui |
| 162 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Zhang Xiang |
| 163 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | GuoHua Hu |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 164 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | BaCui Sun |
| 165 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Zhaoxiang Qu |
| 166 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Shaohua Miao |
| 167 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Zhi Yang |
| 168 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Dan Li |
| 169 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Yan Junyi |
| 170 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Jing Xu |
| 171 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Zhang Shuyan |
| 172 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Li Zhenyu |
| 173 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Xinling Xiong |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 174 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Shu Xiang |
| 175 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Hou Han Yun |
| 176 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Hejie Chen |
| 177 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Zhu Ming |
| 178 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Hejie Chen |
| 179 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji and (II) Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Yong Cao |
| 180 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Zhen Yang |
| 181 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Feng Hu |
| 182 | Informal Response, received via email dated November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Cenjun Zhu |
| 183 | Informal Response, received via email dated November 20, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Haoliang Yang |

| | **Response Title, D.I. and Date Filed** | **Responding Party** |
|---|---|---|
| 184 | Informal Response, received via email dated November 20, 2025 (*Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji and (II) Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Manqiu Cai |
| 185 | Informal Response, received via email dated November 20, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Yue Lou |
| 186 | Informal Response, received via email dated November 20, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Hong Wang |
| 187 | Informal Response, received via email dated November 20, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Jun Ni |
| 188 | Informal Response, received via email dated November 20, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Chen Shen |
| 189 | Informal Response, received via email dated November 20, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Kaihao Ni |
| 190 | Informal Response, received via email dated November 20, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Lijie Yu |