# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>Related Docket No(s).: 33676 |

### NOTICE OF ERRATA REGARDING EXHIBIT C-3 TO LIMITED OBJECTION OF PU KE TO FTX RECOVERY TRUST'S MOTION TO EXTEND

PLEASE TAKE NOTICE that on November 17, 2025, Pu Ke (the "Movant") filed the Limited Objection of Pu Ke to the FTX Recovery Trust's Motion to Extend the Claims Objection Deadline [D.I. 33676] (the "Objection").

PLEASE TAKE FURTHER NOTICE that, upon review, Exhibit C-3 to the Objection contains a clerical error on the numerical axis of the number of claim transfers: the values shown were inadvertently doubled. The underlying trend reflected in the chart are unchanged.

PLEASE TAKE FURTHER NOTICE that a corrected version of Exhibit C-3 is attached hereto as Exhibit A (Corrected). This correction does not alter the data sources, analysis, or any legal arguments or conclusions set forth in the Objection.

Movant respectfully requests that the Court and parties in interest refer to Exhibit A (Corrected) in lieu of the prior Exhibit C-3 in connection with D.I. 33676.

Dated: Beijing China, November 20, 2025

*/s/ Pu Ke*

Pu Ke (pro se)

Room 501, Unit 3, Building 12
No. 1 Courtyard, Gaojiayuan East Street, Mentougou district, Beijing, China
Email: kepu_ftx@superbloch.com
Tel: +86 15210847154

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.

# Exhibit A

In [1]:
```python
import matplotlib.pyplot as plt
import pandas as pd
from IPython.display import HTML, display
```

## See Ex. A to D.I. 33676 for the definition and data structure of all claim details tables

In [2]:
```python
df_claims_transfer_history = pd.read_parquet("details_claim_transfer_history.parquet")
df_claims_transfer_history.groupby(pd.Grouper(key="date_filed", freq="ME"))[
    "date_filed"
].count().plot(style="-o")
plt.xlabel("Date")
plt.ylabel("Number of Transfers")
plt.title("Transfer History of Claims")
plt.grid()
plt.tight_layout(rect=[0, 0.001, 1, 1])
plt.savefig("Transfer_History_of_Claims.png")
plt.close()
```

In [3]:
```python
df_claims_objection_history = pd.read_parquet("details_claim_objection_history.parquet")
df_claims_objection_history[
    df_claims_objection_history["date_filed_objection"] > pd.to_datetime("2023-02-22")
].groupby(pd.Grouper(key="date_filed_objection", freq="QE"))[
    "date_filed_objection"
].count().plot(
    style="-o"
)
plt.xlabel("Date")
plt.ylabel("Number of Objections to Claims")
plt.title("Objection History of Claims")
plt.grid()
plt.tight_layout(rect=[0, 0.001, 1, 1])
plt.savefig("Objection_History_of_Claims.png")
plt.close()
```

In [4]:
```python
df_object_ftx = pd.read_parquet("object_hist.parquet")
df_object_ftx[df_object_ftx["date"] > pd.to_datetime("2023-02-22")].groupby(
    pd.Grouper(key="date", freq="QE")
)["date"].count().plot(style="-o")
plt.xlabel("Date")
plt.ylabel("Number of filings against FTX")
plt.title("Objection to FTX")
plt.grid()
plt.tight_layout(rect=[0, 0.001, 1, 1])
plt.savefig("Objection_History_of_FTX.png")
plt.close()
```



The transfered claim number has shown a minor peak recently.



The number of objected claims has been decreased recently, showing a continuous downward trend.



Number of filings against FTX

```
In [ ]:
```

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[1] | (Jointly Administered) |
| Debtors. | Related Docket No(s).: 33676 |

## CERTIFICATE OF SERVICE – LIMITED OBJECTION

I, Pu Ke, certify that on November 19, 2025, I caused true and correct copies of the following documents:

- NOTICE OF ERRATA REGARDING EXHIBIT C-3 TO LIMITED OBJECTION OF PU KE TO FTX RECOVERY TRUST'S MOTION TO EXTEND
- Exhibit A — Corrected version of Exhibit C-3 of D.I. 33676

to be served by electronic mail only upon the recipients listed below (collectively, the "Service Parties"):

**Office of the United States Trustee for the District of Delaware**

- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the FTX Recovery Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.

**Request for Consent / Reservation:** By this certificate and the accompanying cover email, Movant respectfully requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent, or if the Court requires an alternative form of service, Movant will promptly cure by effecting service in a manner consistent with Rules 7004 and 9014 of the Federal Rules of Bankruptcy Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Beijing, China November 20, 2025

*Pu Ke*

Pu Ke (pro se)
Room 501, Unit 3, Building 12
No. 1 Courtyard, Gaojiayuan East Street
Mentougou District, Beijing, China
Email: kepu_ftx@superbloch.com
Tel: +86 15210847154