Ville Olavi Tolvanen

Hamalaistentie 6b

02780 Espoo

Finland

tolvanen1@hotmail.com

28 October 2025

Clerk's Office

United States Bankruptcy Court

District of Delaware

824 North Market Street, 3rd Floor

Wilmington, DE 19801

United States of America

Re: In re FTX Trading Ltd., et al.

Case No. 22-11068 (KBO)

NOTICE OF WITHDRAWAL – Docket No. 33170 (Ville Tolvanen)

Dear Clerk of Court,

Enclosed please find my signed Notice of Withdrawal regarding the above-referenced matter, filed in connection with Docket No. 33170 in the FTX Trading Ltd. bankruptcy case.

Please kindly file this Notice on the docket at your earliest convenience.

Thank you for your assistance.

Sincerely,

*[signature]*

Ville Olavi Tolvanen

tolvanen1@hotmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,

Debtors.
Chapter 11

Case No. 22-11068 (KBO)

---

## NOTICE OF WITHDRAWAL

I, Ville Olavi Tolvanen, the claimant in the above-captioned case, hereby formally withdraw my prior pleading, Response to the Debtors' One Hundred Sixty-Eighth (Non-Substantive) Omnibus Objection to Certain Partially Unliquidated Proofs of Claim (Customer Claims), which was filed and docketed as Docket No. 33170 on October 10, 2025. This withdrawal is submitted voluntarily, and no further action is required on the matter.

Dated: October 28, 2025

Respectfully submitted,

Ville Olavi Tolvanen

Hamalaistentie 6b

Espoo 02780

Finland

tolvanen1@hotmail.com

United States Bankruptcy Court
District of Delaware
Attn: Clerk's Office – FTX Trading Ltd. Case No. 22
824 North Market Street, 3rd Floor
Wilmington, DE 19801
United States of America

Sender:
Ville Tolvanen
Hamalaistentie 6b
02780 Espoo
Finland