**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: FTX TRADING LTD., et al., Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br>**Hearing Date: November 24, 2025 at 9:30 a.m. (ET)**<br>**Ref. No. 33444, 33469** |
|---|---|

FILED
2025 NOV 20 A 9:41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**NOTICE OF INTENT TO USE INTERPRETER AT NOVEMBER 24, 2025 STATUS CONFERENCE**

Creditor Hejia Zhao (Claim ID: 6718003) respectfully submits this notice regarding the use of an interpreter at the status conference scheduled for November 24, 2025 concerning the FTX Recovery Trust's Motion to Extend the Claims Objection Deadlines (D.I. 33444) (the "Status Conference").

1. A substantial number of creditors who plan to attend the Status Conference are primarily Mandarin-speaking creditors and cannot reliably follow English-language argument in real time.

2. For the October 23, 2025 status conference, the Court permitted Mandarin–English interpreter Ms. Zifeng Zou to assist those creditors. Because Zoom's interpretation channel was not properly configured, the Court required consecutive interpretation, which improved understanding but interrupted the hearing. For November 24, the undersigned therefore respectfully requests that Zoom's simultaneous interpretation channel be enabled so interpretation can occur without interrupting the proceedings.

3. The Mandarin-speaking creditors who intend to attend the November 24 Status Conference have retained Ms. Zou at their own expense. No compensation is sought from

the Court, or the FTX Recovery Trust. Ms. Zou is a qualified Mandarin court interpreter, approved by the Trial Court of Massachusetts.

4. If the Court authorizes the requested setup, Ms. Zou will provide English-to-Chinese simultaneous interpretation using Zoom's interpretation function while the Court and counsel are speaking, so Mandarin-speaking creditors may listen in Mandarin while the official record remains in English. If the Court invites any Mandarin-speaking creditor to address the Court, Ms. Zou will provide Chinese-to-English consecutive interpretation in short segments, consistent with standard practice.

5. On November 19, 2025, counsel for the FTX Recovery Trust advised by email that the Trust opposes the use of remote consecutive interpretation at the November 24 omnibus hearing (Exhibit A). The undersigned submits that permitting a previously accepted, court-approved interpreter, retained and paid for by affected creditors, to use Zoom's interpretation channel is a reasonable accommodation that does not burden the Court or the estate and materially improves Mandarin-speaking creditors' ability to understand a hearing that directly concerns their rights.

6. Accordingly, the undersigned, on behalf of the Mandarin-speaking creditors who have retained the interpreter, respectfully requests that the Court:

(a) authorize Ms. Zifeng Zou to serve as interpreter for Mandarin-speaking creditors at the November 24, 2025 Status Conference; and

(b) direct that Zoom's interpretation channel be enabled so that Ms. Zou may provide English-to-Chinese simultaneous interpretation during the hearing, and Chinese-to-English consecutive interpretation only if and when a Mandarin-speaking creditor is invited to speak.

Respectfully submitted,

Dated: November 20, 2025

Hejia Zhao

Hejia Zhao (pro se)
Central, Hong Kong
Email: hz263@cornell.edu

**Exhibit A – Email from FTX Recovery Trust opposing the interpreter request.**

**Kim Brown** Nov 19, 2025, 1:57 AM (1 day ago)

to me, Shaheed, benjamin.a.hackman@usdoj.gov, david.gerardi@usdoj.gov, Andrew, James

Ms. Zhao,

The FTX Recovery Trust opposes this request to conduct any portion of the November 24 omnibus hearing with consecutive translation services from a remote location. The relief sought by the Trust, in particular in its Motion to Extend the Claims Objection Deadline, is routine relief in a mega case that does not specifically impact the substantive rights of any creditor in China. Her Honor was clear at the October status conference that the Court was providing only a one-time accommodation at the request of creditors in the context of the Restricted Jurisdiction Procedures motion pending at that time.

Best,
Kim




**Kimberly A. Brown, Partner**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4436 F 302.467.4450
brown@lrclaw.com | www.lrclaw.com | vCard

## CERTIFICATE OF SERVICE

I, Hejia Zhao, certify that on November 20, 2025, I caused a copy of the foregoing Notice of Intent to Use Interpreter at November 24, 2025 Status Conference to be served by email, upon:

**U.S. Trustee – District of Delaware**

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

Dated: November 20, 2025

Hejia Zhao

Hejia Zhao (pro se)