**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, *et al.*, | Case No. 22-11068-KBO |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

The undersigned attorney with the law firm of Barnes & Thornburg LLP hereby enters her appearance in the above-captioned cases ("Cases") as counsel to Folkvang Ltd. ("Folkvang"), and request, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code ("Bankruptcy Code"), that any and all notices given or required to be given in the Cases, and all papers served or required to be served in these Cases, be served upon them at the following address, and that they be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court and the Debtors' claims and noticing agent (if any) as set forth below:

Paige Lohse (*pro hac vice*)
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-8301
Email:  Paige.Lohse@btlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010.

**PLEASE TAKE FURTHER NOTICE** that neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All such rights hereby are reserved and preserved on behalf of Folkvang without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these Cases.

Dated:  November 20, 2025

BARNES & THORNBURG LLP

*/s/  Amy E. Tryon*
Mark R. Owens (DE No. 4364)
Amy E. Tryon (DE No. 6945)
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801
Tel: (302) 300-3434
Fax: (302) 300-3456
Email:  Mark.Owens@btlaw.com
Email:  Amy.Tryon@btlaw.com

Kenneth P. Kansa (*pro hac vice*)
Paige Lohse (*pro hac vice*)
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-4583
Email: KKansa@btlaw.com
Email: Paige.Lohse@btlaw.com

Leah Anne O'Farrell (*pro hac vice*)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Telephone: (781) 888-1516
Email:  LOFarrell@btlaw.com

*Counsel for Folkvang Ltd.*