IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>Jointly Administered<br><br>Related D.I.: 33444, 33537, 33672, 33679 |

### NOTICE OF WITHDRAWAL OF JOINDER [D.I. 33679]

SCI Ventures Co., Ltd., Shengkun Ji, and Liu Jing, by and through their undersigned counsel, hereby withdraw their *Joinder of SCI Ventures Co., Ltd., Shengkun Ji, and Liu Jing in Weiwei Ji's Limited Objections to the Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection*, dated November 17, 2025 [Docket No. 33679].

Date:  November 20, 2025
       Wilmington, Delaware

**SULLIVAN HAZELTINE ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE  19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com

and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2

**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**
Annie P. Kubic, Esq.
Michele L. Angell, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Tel: (516) 622-9200
akubic@westermanllp.com
mangell@westermanllp.com

*Counsel for SCI Ventures Co., Ltd.,
Shengkun Ji and Liu Jing*