IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.,*<br><br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>Ref No. 33444, 33537, 33672 |

### JOINDER AND STATEMENT IN SUPPORT OF LIMITED OBJECTION AND SUPPLEMENTAL LIMITED OBJECTION OF WEIWEI JI TO FTX RECOVERY TRUST'S MOTION FOR ENTRY OF AN ORDER EXTENDING (I) THE CLAIMS OBJECTION DEADLINE AND (II) THE ADMINISTRATIVE CLAIMS OBJECTION DEADLINE [D.I. 33444]

Creditor Hejie Chen (the "Joinder Party"), appearing pro se, respectfully states as follows:

1. Joinder. The Joinder Party joins in and supports (a) the Limited Objection of Weiwei Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33537] (the "Limited Objection") and (b) the Supplemental Limited Objection of Weiwei Ji to the same Motion [D.I. 33672] (the "Supplemental Limited Objection" and, together with the Limited Objection, the "Ji Objections"), and incorporates the Ji Objections by reference as if set forth fully herein, including their arguments, authorities, and requested relief.

2. Statement in Support. Consistent with the Ji Objections, the Joinder Party does not oppose a reasonable extension in principle. The Joinder Party opposes the Trust's request for an unconditional one-year extension and supports a shorter, conditional extension with nonprivileged transparency, creditor-level notice, periodic status reporting, and a narrow "compel-action" mechanism, as described in the Ji Objections.

3. No Additional Relief; Reservation.  The Joinder Party seeks no separate or additional relief beyond that requested in the Ji Objections and reserves all rights, claims, defenses, and remedies, including the right to be heard at the November 24, 2025 omnibus hearing.

**WHEREFORE**, the Joinder Party respectfully requests that the Court (i) recognize and grant this Joinder, (ii) grant the reliefs requested in the Ji Objections, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: November 15, 2025

Respectfully submitted,

Hejie Chen (pro se)   *Hejie Chen*

FTX Claim ID: 3369965

Email: 59914107@qq.com

Address: 2812 Sterne Pl, Fremont CA 94555, U.S.

## CERTIFICATE OF SERVICE

I, Hejie Chen, hereby certify that on November 15, 2025, I caused a true and correct copy of the foregoing Joinder and Statement in Support to be served via electronic mail upon:

U.S. Trustee – District of Delaware

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

Delaware Counsel to the Trust – Landis Rath & Cobb LLP

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

Dated: November 15, 2025

Hejie Chen (pro se)    *Hejie Chen*