Room 501, Unit 3, Building 12
No. 1 Courtyard, Gaojiayuan East Street, Mentougou District, Beijing, China
Email: kepu_ftx@superbloch.com
Tel: +86 152-1084-7154
November 21, 2025

Clerk of the Court
United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801
(302) 252-2900

Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) — Pro se filings by mail:

Dear Clerk of the Court:

I respectfully submit the enclosed papers for filing in the above-captioned case and ask that they be docketed **as one entry** outlined below. I am a pro se creditor (Claim No. 33657, Class 5A) and am filing by mail.

### ENTRY — NOTICE OF DISPUTE REGARDING HEARING AGENDA (D.I. 33733)

Please docket the following as: "NOTICE OF DISPUTE REGARDING HEARING AGENDA (D.I. 33733) "

Please link/relate this entry to: D.I. 33733

**Attachments in this entry (as received):**

1. Notice of Dispute Regarding Hearing Agenda (D.I. 33733)
2. Certificate of Service

Thank you for your assistance.

*Pu Ke*

Pu Ke (pro se)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Related Docket No(s).: 33733 |

## NOTICE OF DISPUTE REGARDING HEARING AGENDA (D.I. 33733)

PLEASE TAKE NOTICE that Pu Ke ("Movant"), appearing pro se (Claim No. 33657, Class 5A), respectfully submits this Notice to correct the record regarding the Notice of Agenda of Matters Scheduled for Hearing [D.I. 33733] (the "Agenda") filed by the FTX Recovery Trust (the "Trust"). The Agenda contains material errors in "Response Deadline" calculations, omits filed responses, and fails to list a fully briefed motion (D.I. 33446) as a separate matter, contrary to the Local Rules and ordinary practice. This Notice seeks only ministerial corrections; all rights are reserved.

### 1. Incorrect "Response Deadline" for D.I. 33444 (Motion to Extend)

For the Trust's Motion to Extend the Claims Objection Deadline (D.I. 33444), the Agenda sets a "Response Deadline" of **November 13, 2025 at 4:00 p.m. ET and selectively extends that deadline for certain parties.** The Trust filed its Motion to extend the Claims Objection Deadline on November 3, 2025 and noticed a hearing for November 20, 2025—seventeen (17) days later. Because the notice period was less than 21 days, Local Rule 9006-1(c)(ii) fixed the objection deadline at seven days (7) before the hearing. The hearing was later rescheduled to November 24, 2025 (D.I. 33469). Applying the same rule to the rescheduled date, the objection deadline became **November 17, 2025 at 4:00 p.m. ET for all parties.**

**Requested corrections:** Amend the D.I. 33444 entry to reflect November 17, 2025 as the "Response Deadline" under L.R. 9006-1(c)(ii) and remove party-specific extensions.

### 2. Incorrect "Response Deadline" for D.I. 32712 and D.I. 32739

Movant's motions at D.I. 32712 (set by Court order D.I. 32720) and D.I. 32739 (set by Court order D.I. 32778) were noticed for the October 23, 2025 hearing. Del. Bankr. L.R. 9006-1(c)(ii) fixes the objection deadline at seven (7) days before the hearing—i.e., **October 16, 2025.**

---

1    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.

**Requested correction:** Amend the Agenda entries for D.I. 32712 and D.I. 32739 to reflect October 16, 2025 as the "Response Deadline" under L.R. 9006-1(c)(ii).

### 3. Missing "Related Documents" for D.I. 32712 and D.I. 32739

For a complete record, the Agenda should list the responsive and supporting papers already on file for these motions, including the orders that set them. The related documents are:
• D.I. 32720 (order assigning D.I. 32712 to October 23 hearing);
• D.I. 32778 (order assigning D.I. 32739 to October 23 hearing);
• D.I. 32785 (Trust's Objection);
• D.I. 33193 (Trust's Omnibus Response to Related Motions and Filings);
• D.I. 33735 (Movant's Reply).

**Requested correction:** Add the foregoing as "Related Documents" under the Agenda listings for D.I. 32712 and D.I. 32739.

### 4. Omission of Independent Agenda Item for D.I. 33446 (Motion for Leave)

Del. Bankr. L.R. 9029-3 requires the Agenda to list each matter set for hearing with its status and related documents. Movant's Motion for Leave to File Sur-Reply (D.I. 33446) is a discrete fully briefed contested matter and should appear as its own agenda item, consistent with ordinary practice for motions for leave.

The Trust is well aware of this requirement. In the August 12, 2025 hearing agenda (D.I. 32267, Item 27), a similar Motion for Leave to File Sur-Reply (D.I. 32264) was correctly listed as a standalone contested matter with its own status.

**Requested correction:** Add D.I. 33446 as an independent Agenda item under "MATTERS GOING FORWARD", include the Trust's objections (D.I. 33678) as "Responses Received", and Movant's reply (D.I. 33735) as "Related Documents".

## CONCLUSION

Movant respectfully requests that the Court (i) direct the Trust to file a corrected agenda reflecting the four corrections above, or (ii) deem these corrections made on the record at the hearing so that the docket accurately reflects the applicable deadlines and related papers.

Dated: Beijing, China November 21, 2025

Pu Ke (pro se)    *Pu Ke*
Room 501, Unit 3, Building 12, No. 1 Courtyard,
Gaojiayuan East Street,Mentougou District, Beijing, China
Email: kepu_ftx@superbloch.com
Tel: +86 15210847154

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[2] | (Jointly Administered) |
| Debtors. | Related Docket No(s).: 33733 |

**CERTIFICATE OF SERVICE – NOTICE OF DISPUTE REGARDING HEARING AGENDA**

I, Pu Ke, certify that on November 21, 2025, I caused true and correct copies of the following documents:

- NOTICE OF DISPUTE REGARDING HEARING AGENDA (D.I. 33733)

to be served by electronic mail only upon the recipients listed below (collectively, the "Service Parties"):

**Office of the United States Trustee for the District of Delaware**

- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov
- Joseph James McMahon, Jr. – joseph.mcmahon@usdoj.gov

**Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP**

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel to the FTX Recovery Trust – Landis Rath & Cobb LLP**

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

---

[2] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.

**Request for Consent / Reservation:** By this certificate and the accompanying cover email, Movant respectfully requests that counsel confirm consent to service by email for the foregoing papers. If any Service Party withholds consent, or if the Court requires an alternative form of service, Movant will promptly cure by effecting service in a manner consistent with Rules 7004 and 9014 of the Federal Rules of Bankruptcy Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Beijing, China November 21, 2025

*Pu Ke*

Pu Ke (pro se)
Room 501, Unit 3, Building 12
No. 1 Courtyard, Gaojiayuan East Street
Mentougou District, Beijing, China
Email: kepu_ftx@superbloch.com
Tel: +86 15210847154