IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.,*<br><br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>Ref No. 33444, 33672 |

**JOINDER AND STATEMENT IN SUPPORT OF SUPPLEMENTAL LIMITED OBJECTION OF WEIWEI JI TO FTX RECOVERY TRUST'S MOTION FOR ENTRY OF AN ORDER EXTENDING (I) THE CLAIMS OBJECTION DEADLINE AND (II) THE ADMINISTRATIVE CLAIMS OBJECTION DEADLINE [D.I. 33444]**

Creditor Kaihao Ni (the "Joinder Party"), appearing pro se, respectfully states as follows:

1. Joinder. The Joinder Party joins in and supports the Supplemental Limited Objection of Weiwei Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33672] (the "Supplemental Limited Objection"), and incorporates the Supplemental Limited Objection by reference as if set forth fully herein, including its arguments, authorities, and requested relief.

2. Statement in Support. Consistent with the Supplemental Limited Objection, the Joinder Party does not oppose a reasonable extension, but objects to an unconditional one-year extension because, under the Plan's cut-off of Consensus Rate interest for disputed customer claims, each month of delay worsens unequal treatment versus earlier-paid customers. The Joinder Party therefore supports only a shorter, conditioned extension that incorporates the parity protections in the Supplemental Limited Objection, including equalization for delayed claims, catch-up or temporary allowance, a "file-or-explain" standard with reporting, and adequate funding of the Disputed Claims Reserve.

3. No Additional Relief; Reservation.  The Joinder Party seeks no separate or additional relief beyond that requested in the Supplemental Limited Objection and reserves all rights, claims, defenses, and remedies, including the right to be heard at the November 24, 2025 omnibus hearing.

**WHEREFORE**, the Joinder Party respectfully requests that the Court (i) recognize and grant this Joinder, (ii) grant the relief requested in the Supplemental Limited Objection, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: November 15, 2025

Respectfully submitted,

Kaihao Ni (pro se)    *Kaihao Ni*

Unique Customer Code: 00169722

Email: nikaihao@126.com

**Mailing: 2406 Pudong Ave, No.1, Room 1102, Shanghai, China 200136**

## CERTIFICATE OF SERVICE

I, Kaihao Ni, hereby certify that on November 15, 2025, I caused a true and correct copy of the foregoing Joinder and Statement in Support to be served via electronic mail upon:

U.S. Trustee – District of Delaware

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

Delaware Counsel to the Trust – Landis Rath & Cobb LLP

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

Dated: November 15, 2025

Kaihao Ni (pro se)   */s/ Kaihao Ni/*