IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>Ref No. 33444, 33676 |

## JOINDER AND STATEMENT IN SUPPORT OF LIMITED OBJECTION OF PU KE TO FTX RECOVERY TRUST'S MOTION TO EXTEND CLAIMS OBJECTION DEADLINES [D.I. 33444]

Creditor WuJie Lin (the "Joinder Party"), appearing pro se, respectfully states as follows:

1. **Joinder**. The Joinder Party joins in and supports the Limited Objection of Pu Ke to the FTX Recovery Trust's Motion to Extend Claims Objection Deadline [D.I. 33676] (the "Limited Objection"), and incorporates the Limited Objection by reference as if set forth fully herein, including its arguments, authorities, and requested relief.

2. **Statement in Support**. Consistent with the Limited Objection, the Joinder Party does not oppose a reasonable extension in principle. The Joinder Party objects to the Trust's request for an unconditional one-year extension and supports only a shorter, conditioned extension structured along the lines described in the Limited Objection, including greater transparency and timely, accurate status reporting for affected claims.

3. **No Additional Relief; Reservation**. The Joinder Party seeks no separate or additional relief beyond that requested in the Limited Objection and reserves all rights, claims, defenses, and remedies, including the right to be heard at the November 24, 2025 omnibus hearing.

**WHEREFORE**, the Joinder Party respectfully requests that the Court (i) recognize and grant this Joinder, (ii) grant the relief requested in the Limited Objection, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: November 18, 2025

Respectfully submitted,

WuJie Lin

FTX Claim ID :77741

Email: linsumi2021@outlook.com

Address : HuiDe Road NO.12 BaiYun District GuangZhou

## CERTIFICATE OF SERVICE

I, WuJie Lin, hereby certify that on November 18, 2025, I caused a true and correct copy of the foregoing Joinder and Statement in Support to be served via electronic mail upon:

U.S. Trustee – District of Delaware

- Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
- Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
- David Gerardi – david.gerardi@usdoj.gov

Counsel to the FTX Recovery Trust – Sullivan & Cromwell LLP

- Andrew G. Dietderich – dietdericha@sullcrom.com
- James L. Bromley – bromleyj@sullcrom.com
- Brian D. Glueckstein – gluecksteinb@sullcrom.com
- Alexa J. Kranzley – kranzleya@sullcrom.com

Delaware Counsel to the Trust – Landis Rath & Cobb LLP

- Adam G. Landis – landis@lrclaw.com
- Kimberly A. Brown – brown@lrclaw.com
- Matthew R. Pierce – pierce@lrclaw.com
- Matthew B. McGuire – mcguire@lrclaw.com

Dated: November 18, 2025

*WuJie Lin*

WuJie Lin (pro se)