# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 31949 |

## FTX RECOVERY TRUST'S WITNESS AND EXHIBIT LIST
## FOR HEARING ON NOVEMBER 24, 2025 AT 9:30 A.M. (ET)

**PLEASE TAKE NOTICE** that the FTX Recovery Trust[2] hereby provides the following information regarding the witness it intends to present and the list of potential exhibits it may seek to introduce (the "Witness & Exhibit List") at the hearing scheduled for November 24, 2025 at 9:30 a.m. (ET) (the "Hearing") on the *FTX Recovery Trust's One Hundred Ninety-Third (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims)* [D.I. 31949].

## WITNESS INFORMATION

1. Name and title of witness: Jeffery Sielinski, Managing Director at Alvarez & Marsal North America, LLC.

2. Scope of Testimony: Mr. Sielinski will be attending the Hearing and available to testify in person. The content of Mr. Sielinski's direct testimony is set forth in the *Declaration of Jeffery Sielinski in Support of FTX Recovery Trust's One Hundred Ninety-Third (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims)* [D.I. 31949-3] (the "Sielinski Declaration"). The

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' (as defined below) confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26404-1].

FTX Recovery Trust may elicit additional direct or rebuttal testimony from Mr. Sielinski at the Hearing.

## EXHIBITS

In connection with the Hearing, the FTX Recovery Trust may seek to use any one or more of the following documents:

| Number | Docket Ref. | Description |
|---|---|---|
| FTX-1 | 31949-3 | *Declaration of Jeffery Sielinski in Support of FTX Recovery Trust's One Hundred Ninety-Third (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims)* and any and all exhibits attached thereto |

## RESERVATION OF RIGHTS

The FTX Recovery Trust reserves the right to amend and supplement this Witness and Exhibit List at any time at or prior to the Hearing. Additionally, the FTX Recovery Trust reserves all rights to (i) cross examine any and all witnesses proffered at the Hearing, (ii) to call any rebuttal witnesses as they may deem necessary at the Hearing, (iii) use additional exhibits for purposes of rebuttal or impeachment and to supplement the foregoing exhibit list as appropriate, and (iv) rely upon and use as evidence (a) any exhibits included on the exhibit lists of any other party in interest and (b) any pleading, hearing transcript, order, or other document filed with the Court in these Chapter 11 Cases.

{1368.003-W0084241.2}                        2

| | |
|---|---|
| Dated: November 21, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>mcguire@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Jake M. Croke (admitted *pro hac vice*)<br>Chris J. Dunne (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: gluecksteinb@sullcrom.com<br>crokej@sullcrom.com<br>dunnec@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust* |