## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI,<br><br>Defendants. | Adv. Pro. No. 24-50184 (KBO) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>Defendants. | Adv. Pro. No. 24-50188 (KBO) |

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

FTX RECOVERY TRUST,

                    Plaintiff,

          - against -

PROSPERITY ALLIANCE, INC.,

                    Defendant.

Adv. Pro. No. 24-50201 (KBO)

---

FTX RECOVERY TRUST,

                    Plaintiff,

          - against -

THE GOODLY INSTITUTE dba GOODLY LABS,

                    Defendant.

Adv. Pro. No. 24-50212 (KBO)

---

FTX RECOVERY TRUST,

                    Plaintiff,

          - against -

MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,

                    Defendants.

Adv. Pro. No. 24-50214 (KBO)

---

FTX RECOVERY TRUST,

                    Plaintiff,

          - against -

KUROSEMI INC.,

                    Defendant.

Adv. Pro. No. 25-50635 (KBO)

MORGAN AND MORGAN CLAIMANTS,

                Plaintiffs,

        - against -

FTX TRADING LTD.,

                Defendant.

Adv. Pro. No. 25-50962 (KBO)

---

FTX RECOVERY TRUST,

                Plaintiff,

        - against -

NEWURTH S.A., B TRANSFER SERVICES LIMITED, BT PAYMENT SERVICES NIGERIA LTD, TRANSFERZERO MONEY TRANSFER EP SA, BT PAYMENTS SERVICES UGANDA LTD, ELIZABETH ROSSIELLO, ADAM GOUVEIA, MARLEEN HAYE, CALLUM DRYDEN, MIN-SI WANG, CHARLENE CHEN, LINDA LEVINSON, and TOMOYUKI NII,

                Defendants.

Adv. Pro. No. 25-51054 (KBO)

---

FTX RECOVERY TRUST,

                Plaintiff,

        - against -

RYAN SALAME and MICHELLE BOND,

                Defendants.

Adv. Pro. No. 25-52195 (KBO)

FTX RECOVERY TRUST,

                Plaintiff,

          - against -

GENESIS DIGITAL ASSETS LIMITED, GDA
US INC., DDH (NORTH AMERICA) INC.,
DDH-CHOLLA, LLC, DDH-OK-1, LLC,
RASHIT MAKHAT, and MARCO KROHN,

                Defendants.

Adv. Pro. No. 25-52358 (KBO)

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 24, 2025 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**

**Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

**WITHDRAWN MATTERS:**

1.    Motion of OTOY International, SEZC for Leave to Amend Proof of Claim [D.I. 32784, filed on September 29, 2025]

    Status: This matter was withdrawn at D.I. 33325.

2.    Motion by Claimant Lawrence D. Van Dyn Hoven to Reconsider Customer Claim No. 98560, Extend the Applicable Bar Date and Allow That Claim, or, in the Alternative, to

---

[2]  **Amended items appear in bold.**

Extend the Applicable Bar Date for Non-Customer Claim No. 100112 [D.I. 32061, filed on August 1, 2025]

Status: This matter was withdrawn at D.I. 33685.

3.    FTX Recovery Trust's Amended Objection to Non-Customer Proof of Claim No. 100112 Filed by Lawrence D. Van Dyn Hoven [D.I. 32591, filed on August 29, 2025]

Status: This matter will be withdrawn.

**ADJOURNED MATTERS:**

4.    Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

Status: This matter is adjourned to a date to be determined.

5.    Motion of Chisato Muromoto to Permit Filing of a Proof of Claim After the Bar Date and/or for Related Relief [D.I. 32956, filed on October 9, 2025]

Response Deadline: October 16, 2025; extended for the FTX Recovery Trust to November 13, 2025 at 4:00 p.m.

Responses Received:

A.    FTX Recovery Trust's Objection to Motion of Chisato Muromoto to Permit Filing of a Proof of Claim After the Bar Date and/or for Related Relief [D.I. 33580, filed on November 13, 2025]

Related Documents:

A.    Notice of Rescheduled Omnibus Hearing [D.I. 33469, filed on November 6, 2025]

Status: This matter is adjourned to a date to be determined.

6.    FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim [D.I. 31846, filed on July 23, 2025]

Response Deadline: September 26, 2025

Responses Received:

A.    Ross Rheingans-Yoo's Opposition to FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim [D.I. 32779, filed on September 26, 2025]

Related Documents:

A.    Declaration of Matthew B. McGuire in Support of FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim [D.I. 31847, filed on July 23, 2025]

B.    Order Approving Stipulation for an Extension of Time (A) for Defendants to Answer First Amended Complaint and (B) for Rheingans-Yoo to Respond to Motion to Reconsider [D.I. 32239 & *FTX Recovery Trust v. Manifold Markets, Inc. et al*. Adv. No. 24-50214 – Adv. D.I. 42, entered on August 7, 2025]

C.    Order Approving Stipulation for an Extension of Time (A) for Defendants to Answer First Amended Complaint and (B) for Rheingans-Yoo to Respond to Motion to Reconsider [D.I. 32715 & *FTX Recovery Trust v. Manifold Markets, Inc. et al*. Adv. No. 24-50214 – Adv. D.I. 56, entered on September 16, 2025]

D.    FTX Recovery Trust's Reply in Further Support of its Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim [D.I. 33034, filed on October 10, 2025]

E.    Declaration of Stephanie G. Wheeler in Support of the FTX Recovery Trust's Motion for Reconsideration [D.I. 33035, filed on October 10, 2025]

F.    Notice of Rescheduled Omnibus Hearing [D.I. 33469, filed on November 6, 2025]

Status: **This matter is adjourned to a date to be determined**.

7.    Ross Rheingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C § 105 [D.I. 32780 & *FTX Recovery Trust v. Manifold Markets, Inc. et al*. Adv. No. 24-50214 – Adv. D.I. 60, filed on September 26, 2025]

Response Deadline: October 30, 2025 at 4:00 p.m.

Responses Received:

A.    The FTX Recovery Trust's Memorandum of Law in Opposition to Ross Rheingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 [D.I. 33420 & Adv. 71, filed on October 30, 2025]

Related Documents:

A.    Declaration of Ross Rheingans-Yoo in Support of His Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C § 105 [Adv. D.I. 65, filed on October 1, 2025]

B.     Reply in Further Support of Ross Rheingans-Yoo's Motion for Sanctions [33604 & Adv. D.I. 75, filed on November 13, 2025]

C.     Notice of Rescheduled Omnibus Hearing [D.I. 33469, filed on November 6, 2025]

<u>Status</u>: **This matter is adjourned to a date to be determined**.

## <u>ADJOURNED MATTERS – ADVERSARY PROCEEDINGS</u>:

8.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Gate Technology Incorporated et al.*, Adv. No. 24-50184 – Adv. D.I. 3, filed on December 13, 2024]

<u>Status</u>: This matter is adjourned to a date to be determined.

9.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al*., Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

<u>Status</u>: This matter is adjourned to a date to be determined.

10.    Summons and Notice of Pretrial Conference in an Adversary Proceeding – [*FTX Recovery Trust v. Prosperity Alliance, Inc.*, Adv. No. 24-50201 – Adv. D.I. 3, filed on November 26, 2024]

<u>Status</u>: This matter is adjourned to a date to be determined.

11.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. The Goodly Institute*, Adv. No. 24-50212 – Adv. D.I. 3, filed on November 26, 2024]

<u>Status</u>: This matter is adjourned to a date to be determined.

12.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

<u>Status</u>: This matter is adjourned to a date to be determined.

13.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Kurosemi Inc.*, Adv. No. 25-50635  –  Adv. D.I. 3, 4 & 5, filed on May 1, 23 & 30, 2025]

<u>Status</u>: This matter is adjourned to a date to be determined.

14.   Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Morgan and Morgan Claimants v. FTX Trading Ltd.*, Adv. No. 25-50962 – Adv. D.I. 6, filed on August 27, 2025]

      Status: This matter is adjourned to a date to be determined.

15.   Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. NeWurth S.A. et al.*, Adv. No. 25-51054 – Adv. D.I. 3 & 4, filed on July 15 & 31, 2025]

      Status: This matter is adjourned to a date to be determined.

16.   Pretrial Conference [*FTX Recovery Trust v. Salame et al*., Adv. No. 25-52195 – Adv. D.I. 7, order entered on October 7, 2025]

      Status: This matter is adjourned to the hearing scheduled for December 18, 2025.

17.   Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Genesis Digital Assets Limited et al.*, Adv. No. 25-52358 – Adv. D.I. 3, filed on October 6, 2025]

      Status: This matter is adjourned to a date to be determined.

**RESOLVED MATTERS**:

18.   FTX Recovery Trust's One Hundred Ninety-Eighth (Non-Substantive) Omnibus Objection to Certain Claims Filed Against the Incorrect Debtor [D.I. 33039 & 33040, filed on October 13, 2025]

      Status: On November 17, 2025, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD**:

19.   FTX Recovery Trust's One Hundred Ninety-Third (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims) [D.I. 31949, filed on July 25, 2025]

      Response Deadline: September 4, 2025 at 4:00 p.m. (ET); extended to October 19, 2025 for Palak Rahevar, Rikesh Rajput, Bhavika Chunawala & Rupesh Rajput

      Responses Received:

      A.   Informal comments from Palak Rahevar

      B.   Informal comments from Rikesh Rajput

C.    Informal comments from Bhavika Chunawala

D.    Informal comments from Rupesh Rajput

Related Documents:

**A.    FTX Recovery Trust's Witness and Exhibit List for Hearing on November 24, 2025 at 9:30 a.m. (ET) [D.I. 33857, filed on November 21, 2025]**

Status: This matter is going forward.

20.    Motion of Pu Ke for Status Conference and Limited Administrative Relief Regarding Claim No. 33657 [D.I. 32712, filed on September 15, 2025]

Response Deadline: November 17, 2025 at 4:00 p.m. (ET)

Responses Received:

A.    FTX Recovery Trust's Objection to Motions of Claimant Pu Ke [D.I. 33678, filed on November 17, 2025]

Related Documents:

A.    Motion of Pu Ke to Shorten Notice Regarding the Motion for Status Conference and Limited Administrative Relief [D.I. 32713, filed on September 15, 2025]

B.    Supplement to D.I. 32712 and D.I. 32739 and Reply to Trust's Objection D.I 32785 [D.I. 32840, filed on October 1, 2025]

C.    Motion of Pu Ke for Leave to File Sur-Reply in Further Support of D.I. 32712 and 32739 [D.I. 33446, filed on November 3, 2025]

D.    Notice of Rescheduled Omnibus Hearing [D.I. 33469, filed on November 6, 2025]

**E.    Order Setting Status Conference on Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions [D.I. 32720, filed on September 16, 2025]**

**F.    Order Denying Motion to Shorten Notice with Respect to Motion for Collaborative, Claim-Specific Administrative Relief Regarding Claim No. 33657 [D.I. 32778, filed on September 26, 2025]**

**G.    FTX Recovery Trust's Objection to Emergency Motions of Pro Se Claimants Regarding September 30, 2025 Distribution [D.I. 32785, filed on September 29, 2025]**

      **H.**      **FTX Recovery Trust's Status Update on Motion to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions and Omnibus Response to Related Motions and Filings [D.I. 33193, filed on October 20, 2025]**

      **I.**      **Reply in Further Support of Motion for Leave (D.I. 33446) and Response to Trust's Objection (D.I. 33678) [D.I. 33735, filed on November 20, 2025]**

      **J.**      **Letter of Notice of Dispute Regarding Hearing Agenda (D.I. 33733) [D.I. 33802, filed on November 21, 2025]**

Status: This matter is going forward.

21.    Motion of Pu Ke for Collaborative, Claim-Specific Administrative Relief Regarding Claim No. 33657 [D.I. 32739, filed on September 18, 2025]

Response Deadline: November 17, 2025 at 4:00 p.m. (ET)

Responses Received:

      A.      FTX Recovery Trust's Objection to Motions of Claimant Pu Ke [D.I. 33678, filed on November 17, 2025]

Related Documents:

      A.      Motion of Pu Ke to Shorten Notice Regarding the Motion for Collaborative, Claim-Specific Administrative Relief Regarding Claim No. 33657 [D.I. 32746, filed on September 19, 2025]

      B.      Supplement to D.I. 32712 and D.I. 32739 and Reply to Trust's Objection D.I 32785 [D.I. 32840, filed on October 1, 2025]

      C.      Motion of Pu Ke for Leave to File Sur-Reply in Further Support of D.I. 32712 and 32739 [D.I. 33446, filed on November 3, 2025]

      D.      Notice of Rescheduled Omnibus Hearing [D.I. 33469, filed on November 6, 2025]

      **E.**      **Order Setting Status Conference on Motion of the FTX Recovery Trust for Entry of an Order in Support of the Confirmed Plan Authorizing the FTX Recovery Trust to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions [D.I. 32720, filed on September 16, 2025]**

      **F.**      **Order Denying Motion to Shorten Notice with Respect to Motion for Collaborative, Claim-Specific Administrative Relief Regarding Claim No. 33657 [D.I. 32778, filed on September 26, 2025]**

      **G.**     **FTX Recovery Trust's Objection to Emergency Motions of Pro Se Claimants Regarding September 30, 2025 Distribution [D.I. 32785, filed on September 29, 2025]**

      **H.**     **FTX Recovery Trust's Status Update on Motion to Implement the Restricted Jurisdiction Procedures in Potentially Restricted Foreign Jurisdictions and Omnibus Response to Related Motions and Filings [D.I. 33193, filed on October 20, 2025]**

      **I.**     **Reply in Further Support of Motion for Leave (D.I. 33446) and Response to Trust's Objection (D.I. 33678) [D.I. 33735, filed on November 20, 2025]**

      **J.**     **Letter of Notice of Dispute Regarding Hearing Agenda (D.I. 33733) [D.I. 33802, filed on November 21, 2025]**

      <u>Status</u>: This matter is going forward.

22.    Motion of Daizhuo Chen for Entry of an Order Authorizing Late Completion of Customer KYC Pursuant to FRBP 9006(b)(1); in the Alternative, Relief Under FRBP 9024 (Rule 60(b)(1)) and FRBP 3008/11 U.S.C. 502(j) [D.I. 33349, filed on October 29, 2025]

      <u>Response Deadline</u>: November 13, 2025 at 4:00 p.m.

      <u>Responses Received</u>:

      A.     Objection of the FTX Recovery Trust to Motion for Entry of an Order Authorizing Late Completion of Customer KYC [D.I. 33575, filed on November 13, 2025]

      <u>Related Documents</u>:

      A.     Notice of Rescheduled Omnibus Hearing [D.I. 33469, filed on November 6, 2025]

      **B.**     **Reply in Further Support of Motion for Late KYC Completion [D.I. 33740, filed on November 20, 2025]**

      <u>Status</u>: This matter is going forward.

23.    Motion of Seth Melamed Seeking Entry of an Order: (I) Compelling the Performance of Bitflyer Under the FTX Japan Sale Order [D.I. 20560], or Alternatively, (II) Compelling the FTX Recovery Trust to Pay Amounts Owed Under the KEIP Order [D.I. 1589] [D.I. 33425, filed on October 31, 2025]

      <u>Response Deadline</u>: November 13, 2025 at 4:00 p.m. (ET)

Responses Received:

A.    Objection of FTX Recovery Trust to Motion of Seth Melamed for Entry of an Order (I) Compelling the Performance of Bitflyer Under the FTX Japan Sale Order, or Alternatively, (II) Compelling the FTX Recovery Trust to Pay Amounts Owed Under the KEIP Order [D.I. 33573, filed on November 13, 2025]

Related Documents:

A.    Declaration of Seth Melamed in Support of Motion Seeking Entry of an Order: (I) Compelling the Performance of Bitflyer Under the FTX Japan Sale Order [D.I. 20560], or Alternatively, (II) Compelling the FTX Recovery Trust to Pay Amounts Owed Under the KEIP Order [D.I. 1589] [D.I. 33426, filed on October 31, 2025]

B.    Notice of Motion [D.I. 33427, filed on October 31, 2025]

C.    Notice of Rescheduled Omnibus Hearing [D.I. 33469, filed on November 6, 2025]

D.    Reply in Further Support of Motion of Seth Melamed Seeking Entry of an Order: (I) Compelling the Performance of Bitflyer Under the FTX Japan Sale Order [D.I. 20560], or Alternatively, (II) Compelling the FTX Recovery Trust to Pay Amounts Owed Under the KEIP Order [D.I. 1589] [D.I. 33692, filed on November 19, 2025]

Status: This matter is going forward.

24.    Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444, filed on November 3, 2025]

Response Deadline: November 13, 2025 at 4:00 p.m.; extended to November 17, 2025 at 4:00 p.m. (ET) for Sherry Zhao, Sci Ventures Co., Ltd, Shengkun Ji, and Jing Liu

Responses Received: See **Exhibit A**, attached hereto.

Related Documents:

A.    Hejia Zhao's Motion for a Brief Extension of Time to File Objection to the FTX Recovery Trust's Motion [D.I. 33444] [D.I. 33551, filed on November 13, 2025]

B.    Notice of Rescheduled Omnibus Hearing [D.I. 33469, filed on November 6, 2025]

C.    FTX Recovery Trust's Omnibus Reply in Support of Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33691, filed on November 19, 2025]

      **D.**     **Notice of Intent to Use Interpreter at November 24, 2025 Status Conference [D.I. 33737, filed on November 20, 2025]**

      **E.**     **Notice of Withdrawal of Joinder of SCI Ventures Co., Ltd., Shengkun Ji, and Liu Jing in Weiwei Ji's Limited Objections to the Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection [D.I. 33743, filed on November 21, 2025]**

      **F.**     **Hejia Zhao's Reply in Support of Motion for a Brief Extension of Time to File Objection to the FTX Recovery Trust's Motion [D.I. 33444] [D.I. 33801, filed on November 21, 2025]**

      **G.**     **Letter of Notice of Dispute Regarding Hearing Agenda (D.I. 33733) [D.I. 33802, filed on November 21, 2025]**

    <u>Status</u>: This matter is going forward.

25.    **Motion of Pu Ke for Leave to File Sur-Reply in Further Support of D.I. 32712 and 32739 [D.I. 33446, filed on November 3, 2025]**

    <u>**Response Deadline**</u>**: November 17, 2025 at 4:00 p.m. (ET)**

    <u>**Responses Received**</u>**:**

      **A.**     **FTX Recovery Trust's Objection to Motions of Claimant Pu Ke [D.I. 33678, filed on November 17, 2025]**

    <u>**Related Documents**</u>**:**

      **A.**     **Reply in Further Support of Motion for Leave (D.I. 33446) and Response to Trust's Objection (D.I. 33678) [D.I. 33735, filed on November 20, 2025]**

      **B.**     **Letter of Notice of Dispute Regarding Hearing Agenda (D.I. 33733) [D.I. 33802, filed on November 21, 2025]**

    <u>**Status**</u>**: This matter is going forward.**

Dated: November 21, 2025
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*