**EXHIBIT A**[1]

**In re: FTX Trading Ltd.,** *et al.*
**Case No. 22-11068 (KBO)**

**Responses Regarding** *Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* **[D.I. 33444]**[2]

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 1. | Limited Objection of Weiwei Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33537, filed on November 10, 2025] | Weiwei Ji |
| 2. | Limited Objection of Deli Gong to the Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33546, filed on November 12, 2025] | Deli Gong |
| 3. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33554, filed on November 13, 2025] | Yujia Li |
| 4. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33555, filed on November 13, 2025] | Xue Xiaorong |
| 5. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33556, filed on November 13, 2025] | Chao Wang |
| 6. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33557, filed on November 13, 2025] | Feng Hu |
| 7. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33558, filed on November 13, 2025] | Xiaoping Huang |

---

[1] **Amended items appear in bold.**

[2] Capitalized terms used but not defined herein have the meanings given to them in the relevant objection.

| Response Title, D.I. and Date Filed | Responding Party |
|---|---|
| 8. Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33559, filed on November 13, 2025] | Chun Xiang Wei |
| 9. Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33560, filed on November 13, 2025] | Jun Xu |
| 10. Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33561, filed on November 13, 2025] | Li Zhenyu |
| 11. Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33562, filed on November 13, 2025] | Daochi Cai |
| 12. Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33563, filed on November 13, 2025] | Suiye Gao |
| 13. Objection of Sen Wang and Yong Ping Hu to Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33564, filed on November 13, 2025] | Sen Wang and Yong Ping Hu |
| 14. Limited Objection of Hejie Chen to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33565, filed on November 13, 2025] | Hejie Chen |
| 15. Limited Objection of Huimin Zhong to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33566, filed on November 13, 2025] | Huimin Zhong |
| 16. Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33567, filed on November 13, 2025] | Wenjie Yi |
| 17. Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33568, filed on November 13, 2025] | Lijie Yu |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 18. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33569, filed on November 13, 2025] | Hong Wang |
| 19. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33570, filed on November 13, 2025] | Kaihao Ni |
| 20. | Limited Objection of Xinling Xiong to Motion to Extend Claims Objection Deadline [D.I. 33571, filed on November 13, 2025] | Xinling Xiong |
| 21. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33572, filed on November 13, 2025] | Chen Shen |
| 22. | Limited Objection of Folkvang Ltd. to Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33574, filed on November 13, 2025] | Folkvang Ltd. |
| 23. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33576, filed on November 13, 2025] | Jun Ni |
| 24. | Limited Objection of Chen Shen to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33577, filed on November 13, 2025] | Chen Shen |
| 25. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33578, filed on November 13, 2025] | Sang Yingshuo |
| 26. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33579, filed on November 13, 2025] | Zhongxiu Guan |
| 27. | Limited Objection of Hong Wang to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33581, filed on November 13, 2025] | Hong Wang |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 28. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33582, filed on November 13, 2025] | Ziyou Xiong |
| 29. | Limited Objection of Jianhua Jin to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33583, filed on November 13, 2025] | Jianhua Jin |
| 30. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33584, filed on November 13, 2025] | Zenan Li |
| 31. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33585, filed on November 13, 2025] | Kui Yuan |
| 32. | Limited Objection of Jun Ni to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33586, filed on November 13, 2025] | Jun Ni |
| 33. | Limited Objection of Kaihao Ni to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33587, filed on November 13, 2025] | Kaihao Ni |
| 34. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33588, filed on November 13, 2025] | Kangliang Li |
| 35. | Limited Objection of Lijie Yu to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33589, filed on November 13, 2025] | Lijie Yu |
| 36. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33590, filed on November 13, 2025] | Shenglin Wu |
| 37. | Limited Objection of Lin Lin to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33591, filed on November 13, 2025] | Lin Lin |
| 38. | Limited Objection of Yi Qin to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33592, filed on November 13, 2025] | Yi Qin |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 39. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33593, filed on November 13, 2025] | Hongwei Wang |
| 40. | Limited Objection of Yong Li to Motion of the FTX Recovery Trust to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33594, filed on November 13, 2025] | Yong Li |
| 41. | Limited Objection of Zhu Ming to the Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33595, filed on November 13, 2025] | Zhu Ming |
| 42. | Limited Objection of Zhao Yuqi to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33596, filed on November 13, 2025] | Zhao Yuqi |
| 43. | Objection to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33597, filed on November 13, 2025] | Fangmin Ye |
| 44. | Objection to the Motion of the FTX Recovery Trust for Entry of an Order Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33598-1, filed on November 13, 2025] | Liu Zhenxu |
| 45. | Limited Objection of Qi Lu to the Motion D.I. 33444 [D.I. 33599, filed on November 13, 2025] | Qi Lu |
| 46. | Limited Objection and Conditional Approval Request of 7A Class Creditor [D.I. 33600, filed on November 13, 2025] | Peiyi Li |
| 47. | Objection to the FTX Recovery Trust's Motion to Extend the Claims Objection Deadline [D.I. 33601, filed on November 13, 2025] | Xiaodong Wang |
| 48. | Objection to Motion of FTX Recovery Trust to Extend Deadlines to Object to Claims (D.I. 33444) [D.I. 33602, filed on November 13, 2025] | Haoliang Yang |
| 49. | Limited Objection of Xin Huang to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33603, filed on November 13, 2025] | Xin Huang |
| 50. | Objection to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33609, filed on November 14, 2025] | Fangmin Ye |
| 51. | Limited Objection to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33610, filed on November 14, 2025] | Wan Fangda |
| 52. | Limited Objection of Xuzhou Yin to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33611, filed on November 14, 2025] | Xuzhou Yin |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 53. | Objection to the FTX Recovery Trust's Motion to Extend Deadlines to Object to Claims (D.I. 33444) [D.I. 33612, filed on November 14, 2025] | Yan Junyi |
| 54. | Objection to Motion to Extend Claims Objection Deadlines (D.I. 33444) and Request for Transparency [D.I. 33613, filed on November 14, 2025] | Hongpeng Wang |
| 55. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33619, filed on November 14, 2025] | Zuo Huahua |
| 56. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33620, filed on November 14, 2025] | Qi Chen |
| 57. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33621, filed on November 14, 2025] | WuJie Lin |
| 58. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33622, filed on November 14, 2025] | Baoliang Shang |
| 59. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33623, filed on November 14, 2025] | Xingyi Zheng |
| 60. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33624, filed on November 14, 2025] | Jing Xu |
| 61. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33625, filed on November 13, 2025] | Yue Li |
| 62. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33626, filed on November 13, 2025] | Yang Yang |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 63. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33627, filed on November 13, 2025] | DongJie Bai |
| 64. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33628, filed on November 13, 2025] | ChunYu Chen |
| 65. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33629, filed on November 13, 2025] | Shaohua Miao |
| 66. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33630, filed on November 13, 2025] | Jia Wen |
| 67. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33631, filed on November 13, 2025] | Zhenkun Zhao |
| 68. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33632, filed on November 13, 2025] | Yishou Sun |
| 69. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33633, filed on November 13, 2025] | Weng Jing |
| 70. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33634, filed on November 13, 2025] | Weihao Chen |
| 71. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33635, filed on November 13, 2025] | Lujie Wang |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 72. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33636, filed on November 13, 2025] | Zengrui Zhao |
| 73. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33637, filed on November 13, 2025] | Yue Lou |
| 74. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33638, filed on November 13, 2025] | Yuhe Liu |
| 75. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33639, filed on November 13, 2025] | YuRu Jia |
| 76. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33641, filed on November 13, 2025] | Wu Hao |
| 77. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33642, filed on November 13, 2025] | Ye Shengnan |
| 78. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33643, filed on November 13, 2025] | Wengxiaowang |
| 79. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33644, filed on November 13, 2025] | BaCui Sun |
| 80. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33645, filed on November 13, 2025] | Deng Yuanhao |

| Response Title, D.I. and Date Filed | Responding Party |
|---|---|
| 81. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33646, filed on November 13, 2025] | Xinling Xiong |
| 82. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33647, filed on November 13, 2025] | Fangmin Ye |
| 83. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33648, filed on November 13, 2025] | Yijian Feng |
| 84. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33649, filed on November 13, 2025] | Lijuan Feng |
| 85. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33650, filed on November 13, 2025] | Lin Yi |
| 86. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33651, filed on November 13, 2025] | Ying Zhou |
| 87. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33652, filed on November 13, 2025] | Yiwei Wu |
| 88. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33653, filed on November 13, 2025] | Ke Yuan |
| 89. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33654, filed on November 13, 2025] | Caihui |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 90. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33655, filed on November 13, 2025] | Nan Xu |
| 91. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33656, filed on November 13, 2025] | Jianhua Jin |
| 92. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33657, filed on November 13, 2025] | Lianghua Chai |
| 93. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33658, filed on November 13, 2025] | Weiwei Li |
| 94. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33659, filed on November 13, 2025] | Rongrong Zhao |
| 95. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33660, filed on November 13, 2025] | DongSheng Li |
| 96. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33661, filed on November 13, 2025] | Dan Li |
| 97. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33662, filed on November 13, 2025] | Shuai Hou |
| 98. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33663, filed on November 13, 2025] | Ying Gao |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 99. | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33664, filed on November 13, 2025] | Tianhua Xu |
| 100 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33665, filed on November 13, 2025] | Xiao Xu |
| 101 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33666, filed on November 13, 2025] | Lingchi Yang |
| 102 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33667, filed on November 13, 2025] | Hou Han Yun |
| 103 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33668, filed on November 13, 2025] | Zhou Jingli |
| 104 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33669, filed on November 13, 2025] | Chen Faxing |
| 105 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33670, filed on November 13, 2025] | Minxia Zheng |
| 106 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33671, filed on November 13, 2025] | Zhao Yuqi |
| 107 | Supplemental Limited Objection of Weiwei Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33672, filed on November 14, 2025] | Weiwei Ji |
| 108 | Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 33444) [D.I. 33675, filed on November 17, 2025 | Hejia Zhao |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 109 | Limited Objection of Pu Ke to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33676, filed on November 17, 2025] | Pu Ke |
| 110 | Joinder of Sci Ventures Co., Ltd, Shengkun Ji and Liu Jing in Weiwei Ji's Limited Objections to Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33679, filed on November 17, 2025]³ | Sci Ventures Co., Ltd., Shengkun Ji, and Liu Jing |
| 111 | Conditional Limited Objection to Motion to Extend the Claims Objection Deadline (Customer Claims Only) [D.I. 33680, filed on November 17, 2025] | Haichuan Shang |
| 112 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33687, filed on November 19, 2025] | Xufei Bai |
| 113 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33688, filed on November 19, 2025 | Yuyang Tian |
| 114 | *Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33832, filed on November 20, 2025]* | **QingChong Chen** |
| 115 | Informal Response, received via email dated November 14, 2025 | Lin Yi |
| 116 | *Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33783, filed on November 20, 2025]* | **Liu ZhenHua** |
| 117 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33863, filed on November 20, 2025]* | **Guizhen Zhao** |
| 118 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33825, filed on November 20, 2025]* | **Kangliang Li** |

---

³ **Sci Ventures Co., Ltd., Shengkun Ji, and Liu Jing filed a *Notice of Withdrawal of Joinder* [D.I. 33743] on November 21, 2025.**

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 119 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Li Hua Rong |
| **120** | ***Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33787, filed on November 20, 2025]** | **Shijun Song** |
| **121** | ***Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33785, filed on November 20, 2025]** | **Lijuan Feng** |
| **122** | ***Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33804, filed on November 20, 2025]** | **Weng Jing** |
| **123** | ***Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33841, filed on November 20, 2025]** | **WuJie Lin** |
| **124** | ***Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33750, filed on November 20, 2025]** | **Hou Han Yun** |
| **125** | ***Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33855, filed on November 20, 2025]** | **Zhou Jingli** |
| 126 | Informal Response, received via email dated November 15, 2025 (*Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444]) | Xingyi Zheng |
| **127** | ***Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33786, filed on November 20, 2025]** | **Yijian Feng** |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 128 | *Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33784, filed on November 20, 2025]* | **Yang Huiqiang** |
| 129 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33840, filed on November 20, 2025]* | **Chen Shen** |
| 130 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33813, filed on November 20, 2025]* | **Daochi Cai** |
| 131 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33836, filed on November 20, 2025]* | **Haoliang Yang** |
| 132 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33839, filed on November 20, 2025]* | **Hong Wang** |
| 133 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33775, filed on November 20, 2025]* | **HuiJing Tao** |
| 134 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33797, filed on November 20, 2025]* | **Jing Xu** |
| 135 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33837, filed on November 20, 2025]* | **Jun Ni** |
| 136 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33858, filed on November 20, 2025]* | **Jun Xu** |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 137 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33814, filed on November 20, 2025]* | **Kaihao Ni** |
| 138 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33838, filed on November 20, 2025]* | **Lijie Yu** |
| 139 | *Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33817, filed on November 20, 2025]* | **Rong Cai** |
| 140 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33830, filed on November 20, 2025]* | **Wu Hao** |
| 141 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33753, filed on November 20, 2025]* | **Xinling Xiong** |
| 142 | *Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33773, filed on November 20, 2025]* | **Xuelu Zhao** |
| 143 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33844, filed on November 20, 2025]* | **Yan Junyi** |
| 144 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33788, filed on November 20, 2025]* | **Yang Li** |
| 145 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33751, filed on November 20, 2025]* | **Yuhe Liu** |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 146 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33829, filed on November 20, 2025]* | **Yulian Zhang** |
| 147 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33862, filed on November 20, 2025]* | **YuRu Jia** |
| 148 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33848, filed on November 20, 2025]* | **Zhaoxiang Qu** |
| 149 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33792, filed on November 20, 2025]* | **Zuo Huahua** |
| 150 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33776, filed on November 20, 2025]* | **Xiaobin Shi** |
| 151 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33778, filed on November 20, 2025]* | **Wan Fangda** |
| 152 | *Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33811, filed on November 20, 2025]* | **Daochi Cai** |
| 153 | Informal Response, received via email dated November 18, 2025 (*Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444]*) | Zhou Jingli |
| 154 | *Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33823, filed on November 20, 2025]* | **Hongpeng Wang** |
| 155 | *Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33793, filed on November 20, 2025]* | **Zengrui Zhao** |
| 156 | *Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33824, filed on November 20, 2025]* | **WuJie Lin** |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 157 | *Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33818, filed on November 20, 2025] | **Chao Wang** |
| 158 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33860, filed on November 20, 2025] | **Sang Yingshuo** |
| 159 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33831, filed on November 20, 2025] | **Wu Hao** |
| 160 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33822, filed on November 20, 2025] | **Kangliang Li** |
| 161 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33791, filed on November 20, 2025] | **Caihui** |
| 162 | *Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33768, filed on November 20, 2025] | **Zhang Xiang** |
| 163 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33803, filed on November 20, 2025] | **GuoHua Hu** |
| 164 | *Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33856, filed on November 20, 2025] | **BaCui Sun** |
| 165 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33849, filed on November 20, 2025] | **Zhaoxiang Qu** |
| 166 | *Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33799, filed on November 20, 2025] | **Shaohua Miao** |
| 167 | *Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33748, filed on November 20, 2025] | **Zhi Yang** |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 168 | *Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33851, filed on November 20, 2025] | **Dan Li** |
| 169 | *Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33846, filed on November 20, 2025] | **Yan Junyi** |
| 170 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33796, filed on November 20, 2025] | **Jing Xu** |
| 171 | *Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33850, filed on November 20, 2025] | **Zhang Shuyan** |
| 172 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33763, filed on November 20, 2025] | **Li Zhenyu** |
| 173 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33754, filed on November 20, 2025] | **Xinling Xiong** |
| 174 | *Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33752, filed on November 20, 2025] | **Shu Xiang** |
| 175 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33835, filed on November 20, 2025] | **Hou Han Yun** |
| 176 | *Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* [D.I. 33444] [D.I. 33771, filed on November 20, 2025] | **Hejie Chen** |
| 177 | *Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33816, filed on November 20, 2025] | **Zhu Ming** |
| 178 | Informal Response, received via email November 19, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | Hejie Chen |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 179 | *Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji and (II) Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33807, filed on November 20, 2025]* | **Yong Cao** |
| 180 | *Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33761, filed on November 20, 2025]* | **Zhen Yang** |
| 181 | *Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33772, filed on November 20, 2025]* | **Feng Hu** |
| 182 | *Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33795, filed on November 20, 2025]* | **Cenjun Zhu** |
| 183 | *Joinder and Statement in Support of (I) Limited Objection and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33828, filed on November 20, 2025]* | **Haoliang Yang** |
| 184 | *Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji and (II) Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33808, filed on November 20, 2025]* | **Manqiu Cai** |
| 185 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33741, filed on November 20, 2025]* | **Yue Lou** |
| 186 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33810, filed on November 20, 2025]* | **Hong Wang** |
| 187 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33809, filed on November 20, 2025]* | **Jun Ni** |
| 188 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33826, filed on November 20, 2025]* | **Chen Shen** |
| 189 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33800, filed on November 20, 2025]* | **Kaihao Ni** |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 190 | *Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444] [D.I. 33812, filed on November 20, 2025] | Lijie Yu |
| 191 | Notice of Errata Regarding Exhibit C-3 to limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend [D.I. 33734, filed on November 20, 2025] | Pu Ke |
| 192 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji and (II) Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33742, filed on November 20, 2025] | Jingdong Yao |
| 193 | Informal Response, received via email dated November 21, 2025 (*Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines* [D.I. 33444]) | HuiJing Tao |
| 194 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33794, filed on November 20, 2025] | Yuhe Liu |
| 195 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33744, filed on November 20, 2025] | Shirong Wang |
| 196 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33745, filed on November 20, 2025] | Ke Ke |
| 197 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33746, filed on November 20, 2025] | Shang Wu |
| 198 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33747, filed on November 20, 2025] | Zhenkun Zhao |
| 199 | Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33749, filed on November 20, 2025] | Zhenkun Zhao |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 200 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33755, filed on November 20, 2025] | Daoyin Chen |
| 201 | Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33756, filed on November 20, 2025] | Ke Yuan |
| 202 | Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33757, filed on November 20, 2025] | Mingmin Liu |
| 203 | Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33758, filed on November 20, 2025] | Ke Yuan |
| 204 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33759, filed on November 20, 2025] | Tianying Chen |
| 205 | Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33760, filed on November 20, 2025] | Lianghua Chai |
| 206 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33762, filed on November 20, 2025] | Lianghua Chai |
| 207 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33764, filed on November 20, 2025] | Huimin Zhong |
| 208 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33765, filed on November 20, 2025] | Jianhua Jin |
| 209 | Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33766, filed on November 20, 2025] | Wengxiaowang |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 210 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33767, filed on November 20, 2025] | Deng Yuanhao |
| 211 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33769, filed on November 20, 2025] | Xingyi Zheng |
| 212 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33770, filed on November 20, 2025] | Liu Zhenxu |
| 213 | Joinder and Statement in Support of Limited Objection and Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33774, filed on November 20, 2025] | Ziliu Liang |
| 214 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33777, filed on November 20, 2025] | Zhongmin Xu |
| 215 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33779, filed on November 20, 2025] | Mingming Cheng |
| 216 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33780, filed on November 20, 2025] | Yanhua Xue |
| 217 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33781, filed on November 20, 2025] | Jing Liang |
| 218 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33782, filed on November 20, 2025] | Wei Xue |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 219 | Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33789, filed on November 20, 2025] | ShuTao Peng |
| 220 | Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33790, filed on November 20, 2025] | Xuelu Zhao |
| 221 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji, (II) Limited Objection of Pu Ke, and (III) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33798, filed on November 20, 2025] | Qi Chen |
| 222 | Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33805, filed on November 20, 2025] | Weng Jing |
| 223 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji and (II) Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33806, filed on November 20, 2025] | Yong Li |
| 224 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji and (II) Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33815, filed on November 20, 2025] | Wei Zhang |
| 225 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33819, filed on November 20, 2025] | Sang Yingshuo |
| 226 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji and (II) Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33820, filed on November 20, 2025] | Xue Xiaorong |
| 227 | Joinder and Statement in Support of Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33821, filed on November 20, 2025] | YuRu Jia |
| 228 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33827, filed on November 20, 2025] | Huazhen Wu |

| | Response Title, D.I. and Date Filed | Responding Party |
|---|---|---|
| 229 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33833, filed on November 20, 2025] | Weihao Chen |
| 230 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33834, filed on November 20, 2025] | QingChong Chen |
| 231 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji and (II) Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33843, filed on November 20, 2025] | Xinyang Liu |
| 232 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33852, filed on November 20, 2025] | Ziyou Xiong |
| 233 | Joinder and Statement in Support of Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline (D.I. 33444) [D.I. 33853, filed on November 20, 2025] | Ziyou Xiong |
| 234 | Joinder and Statement in Support of (I) Limited Objection of Pu Ke and (II) Limited Objection of Hejia Zhao to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33854, filed on November 20, 2025] | Zhou Jing Li |
| 235 | Joinder and Statement in Support of Supplemental Limited Objection of Weiwei Ji to FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [D.I. 33444] [D.I. 33859, filed on November 20, 2025] | Weiwei Li |
| 236 | Joinder and Statement in Support of (I) Limited Objection and Supplemental Limited Objection of Weiwei Ji and (II) Limited Objection of Pu Ke to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines [D.I. 33444] [D.I. 33861, filed on November 20, 2025] | Xiaoliang Xia |