## CERTIFICATE OF SERVICE

      I, Gregory A. Taylor, hereby certify that, on November 24, 2025, I caused one copy of *Steaker's Joinder to Limited Objection of Weiwei Ji to the FTX Recovery Trust's Motion for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline* to be served upon all parties of record via CM/ECF.


Dated: November 24, 2025        /s/ *Gregory A. Taylor*
                                                    Gregory A. Taylor (DE Bar No. 4008)

{02184740;v1 }