**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Simon Briefel, Esq., proposed counsel for Steaker Inc., in the above-captioned cases and any related proceedings.

Dated: November 24, 2025

**ASHBY & GEDDES, P.A.**
*/s/ Gregory A. Taylor*
Gregory A. Taylor (Bar No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: gtaylor@ashbygeddes.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised **12/21/23**. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 24, 2025

*/s/ Simon Briefel*
**GIBSON, DUNN & CRUTCHER LLP**
Simon Briefel
200 Park Avenue
New York, New York 10153
Telephone: (212) 351-4003
Email: sbriefel@gibsondunn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 24th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

{02184746;v1 }