## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### <u>AFFIDAVIT OF SERVICE</u>

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Interest, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Interest Transfer Service List attached hereto as **<u>Exhibit A</u>**.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

Dated: November 24, 2025

*/s/ Thomas Evangelista*
Thomas Evangelista


State of New York
County of New York


Subscribed and sworn (or affirmed) to me on November 24, 2025, by Thomas
Evangelista, proved to me on the bases of satisfactory evidence to be the person who
executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**<u>Exhibit A</u>**

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32433 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited as Transferee of Name on File<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW<br>United Kingdom<br>Email: settlements@attestor.com | 9/12/2025 |
| 32460 | Name on File<br>Address on File<br>Email Address on File | Boston Patriot Arlington St LLC as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/12/2025 |
| 32461 | Name on File<br>Address on File<br>Email Address on File | Boston Patriot Arlington St LLC as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/12/2025 |
| 32462 | Name on File<br>Address on File<br>Email Address on File | Boston Patriot Arlington St LLC as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/12/2025 |

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32463 | Name on File<br>Address on File<br>Email Address on File | Boston Patriot Arlington St LLC as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/12/2025 |
| 32464 | Name on File<br>Address on File<br>Email Address on File | Boston Patriot Arlington St LLC as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/12/2025 |
| 32465 | Name on File<br>Address on File<br>Email Address on File | Boston Patriot Arlington St LLC as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/26/2025 |
| 32466 | Name on File<br>Address on File<br>Email Address on File | Oaktree Value Opportunities Fund Holdings LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/26/2025 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32467 | Name on File<br>Address on File<br>Email Address on File | Oaktree Value Opportunities Fund Holdings LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/12/2025 |
| 32468 | Name on File<br>Address on File<br>Email Address on File | Oaktree Value Opportunities Fund Holdings LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/12/2025 |
| 32469 | Name on File<br>Address on File<br>Email Address on File | Oaktree Value Opportunities Fund Holdings, L.P. as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/12/2025 |

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32470 | Name on File<br>Address on File<br>Email Address on File | Oaktree Value Opportunities Fund Holdings LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/12/2025 |
| 32471 | Name on File<br>Address on File<br>Email Address on File | Oaktree Value Opportunities Fund Holdings LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/12/2025 |
| 32472 | Name on File<br>Address on File<br>Email Address on File | Oaktree Value Opportunities Fund Holdings LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com, vofacctng@oaktreecapital.com | 9/26/2025 |

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32491 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com, loanops@FarallonCapital.com | 9/26/2025 |
| 32492 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com, loanops@FarallonCapital.com | 9/12/2025 |
| 32493 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com, loanops@FarallonCapital.com | 9/12/2025 |
| 32494 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com, loanops@FarallonCapital.com | 9/12/2025 |

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32495 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com, loanops@FarallonCapital.com | 9/12/2025 |
| 32496 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com, loanops@FarallonCapital.com | 9/26/2025 |
| 32497 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com, loanops@FarallonCapital.com | 9/12/2025 |
| 32505 | Name on File<br>Address on File<br>Email Address on File | Space Walnut Ltd as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com, FTX@kingstreet.com | 9/26/2025 |

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32506 | Name on File<br>Address on File<br>Email Address on File | Space Walnut Ltd as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>ftx@kingstreet.com | 9/12/2025 |
| 32507 | Name on File<br>Address on File<br>Email Address on File | Space Walnut Ltd as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>ftx@kingstreet.com | 9/12/2025 |
| 32508 | Name on File<br>Address on File<br>Email Address on File | Space Walnut Ltd as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>FTX@kingstreet.com | 9/12/2025 |
| 32509 | Name on File<br>Address on File<br>Email Address on File | Space Walnut, Ltd as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>ftx@kingstreet.com | 9/12/2025 |

Exhibit A
Interest Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32510 | Name on File<br>Address on File<br>Email Address on File | Space Walnut Ltd as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>375 9th Ave, 44th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>FTX@kingstreet.com | 9/26/2025 |
| 32511 | Name on File<br>Address on File<br>Email Address on File | Space Walnut, Ltd as Transferee of Name on File<br>c/o Crowell & Moring LLP<br>Attn: Timothy Lin<br>375 9th Ave, 4th Floor<br>New York, NY 10001<br>Email: tlin@crowell.com,<br>ftx@kingstreet.com | 9/12/2025 |
| 32693 | Name on File<br>Address on File<br>Email Address on File | Oaktree Value Opportunities Fund Holdings LP as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com,<br>vofacctng@oaktreecapital.com | 9/26/2025 |
| 32694 | Name on File<br>Address on File<br>Email Address on File | Boston Patriot Arlington St LLC as Transferee of Name on File<br>Attn: Colin McLafferty<br>1301 Avenue of the Americas<br>34th Floor<br>New York, NY 10019<br>Email: cmclafferty@oaktreecapital.com,<br>vofacctng@oaktreecapital.com | 9/26/2025 |