## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: November 24, 2025

*/s/ Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on November 24, 2025, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ Paul Pullo*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

## Exhibit A

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31200 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31201 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31203 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31204 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31205 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31208 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31209 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31210 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31211 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31213 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31225 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31226 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31227 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31229 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31230 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31231 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31371 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31372 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31373 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31374 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31375 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31376 | Name on File<br>Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31377 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31409 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31410 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31411 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31412 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31431 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31521 | Name on File<br>Address on File<br>Email Address on File | Lantern FTX Holdings LLC as<br>Transferee of Name on File<br>c/o Benefit Street Partners, L.L.C.<br>Attn: Max Rudenstein<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110<br>Email :<br>m.rudenstein@benefitstreetpartners.<br>com | 9/2/2025 |
| 31535 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31536 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31537 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31538 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31539 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31540 | Name on File<br>Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31541 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31542 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31543 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31544 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31545 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31546 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31854 | Name on File<br>Address on File | Lorenz Christopher Sebastian Buehler<br>Attn: General Counsel<br>296/47 Moo 3, Taling Ngam<br>Koh Samui,<br>Thailand<br>Email:<br>bitgo.spinner601@simplelogin.com | 10/31/2025 |
| 31866 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31867 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31869 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31871 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31872 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31873 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31874 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31876 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31878 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31879 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31881 | Name on File<br>Address on File<br>Email Address on File | Guilherme Cherman Perdigao de Oliveira<br>c/o Pryor Cashman LLP<br>Attn: Daniel Brenner<br>7 Times Square<br>New York, NY 10036<br>Email: dbrenner@pryorcashman.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|----------|-----------|-----------|-----------------|
| 31881 | Name on File<br>Address on File<br>Email Address on File | Guilherme Cherman Perdigao de Oliveira<br>Estrada Jeronimo Ferreira Alves 2600, House 101<br>Petropolis, RJ,  25740-040<br>Brazil<br>Email:  guilherme@cherman.com.br | 10/31/2025 |
| 31883 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31885 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31887 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31888 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 31889 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31892 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31893 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31894 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31895 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31896 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31897 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31898 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 31899 | Name on File<br>Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31900 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31950 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31951 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 31952 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32063 | Name on File<br>Address on File<br>Email Address on File | Evgeny Glinsky<br>Attn: General Counsel<br>2693 Biggar Ct<br>Palm Harbor, FL 34684 | 10/31/2025 |
| 32070 | Name on File<br>Address on File | FTXCreditor LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32071 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32072 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32073 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32074 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32075 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32076 | Name on File<br>Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32077 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32078 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32079 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32080 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32081 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32083 | Name on File<br>Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32084 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32085 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32086 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32088 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32089 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32090 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32091 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32092 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32093 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32100 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32101 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32109 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32110 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32111 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32112 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32113 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32145 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32149 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32150 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32151 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32152 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32153 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32219 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32222 | Name on File<br>Address on File<br>Email Address on File | Bradford Capital Holdings LP<br>Attn: Brian L. Brager<br>P.O. Box 4353<br>Clifton, NJ 07012<br>Email:<br>bbrager@bradfordcapitalmgmt.com | 10/31/2025 |
| 32224 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32225 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32226 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32228 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32229 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32232 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32233 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32240 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32259 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32260 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32261 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32272 | Name on File<br>Address on File<br>Email Address on File | Bloc Claims LLC<br>Attn: Viktor Kurako<br>1309 Coffeen Avenue Ste 1200<br>Sheridan, WY 82801<br>Email: contact@ftxclaims.com | 10/31/2025 |
| 32273 | Name on File<br>Address on File<br>Email Address on File | BLOC CLAIMS LLC<br>Attn: Viktor Kurako<br>1309 Coffeen Avenue Ste 1200<br>Sheridan, WY 82801<br>Email: contact@ftxclaims.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32278 | Name on File<br>Address on File<br>Email Address on File | BLOC CLAIMS LLC<br>Attn: Viktor Kurako<br>1309 Coffeen Avenue Ste 1200<br>Sheridan, WY 82801<br>Email: contact@ftxclaims.com | 10/31/2025 |
| 32280 | Name on File<br>Address on File<br>Email Address on File | Bloc Claims LLC<br>Attn: Viktor Kurako<br>1309 Coffeen Avenue, Ste 1200<br>Sheridan, WY 82801<br>Email: contact@ftxclaims.com | 10/31/2025 |
| 32297 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32298 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32299 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32300 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32301 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32302 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32311 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32321 | Name on File<br>Address on File<br>Email Address on File | GreenWulf Asset Management LLC<br>Attn: Michael Abbate<br>PO Box 1012<br>Riverside, CT 06878<br>Email: contact@greenwulf.com | 10/31/2025 |
| 32333 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 10/31/2025 |
| 32335 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 10/31/2025 |
| 32337 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32338 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32339 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32340 | Name on File<br>Address on File<br>Email Address on File | Svalbard II Holdings Limited<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW<br>United Kingdom<br>Email: settlements@attestor.com | 10/31/2025 |
| 32342 | Name on File<br>Address on File<br>Email Address on File | BLOC CLAIMS LLC<br>Attn: Viktor Kurako<br>1309 Coffeen Avenue Ste 1200<br>Sheridan, WY 82801<br>Email: contact@ftxclaims.com | 10/31/2025 |
| 32345 | Name on File<br>Address on File | Lantern FTX Holdings LLC<br>c/o Benefit Street Partners, L.L.C.<br>Attn: Max Rudenstein<br>100 Federal Street, Floor 22 - BSP<br>Boston, MA 02110 | 10/31/2025 |
| 32348 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32354 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32355 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32356 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32357 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32368 | Name on File<br>Address on File<br>Email Address on File | Contrarian Funds LLC<br>Attn: Keith McCormack<br>411 West Putnam Avenue<br>Suite 425<br>Greenwich, CT 06830<br>Email:<br>tradeclaimsgroup@contrariancapital.com | 10/31/2025 |
| 32377 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32379 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32380 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32381 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32382 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32399 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32400 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32401 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32402 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32404 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32405 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32406 | Name on File<br>Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32407 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32408 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32410 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32412 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32413 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32431 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>#210<br>Wilmington, DE 19801<br>Email:  paxtibi.xyz@gmail.com | 10/31/2025 |
| 32435 | Name on File<br>Address on File<br>Email Address on File | Svalbard Holdings Limited<br>c/o Attestor Limited<br>Attn: Steve Gillies<br>7 Seymour Street<br>London,  W1H 7JW<br>United Kingdom<br>Email:<br>settlements@attestorcapital.com,<br>Christopher.Guth@attestor.com | 10/31/2025 |
| 32442 | Name on File<br>Address on File<br>Email Address on File | Daniil Tsikavyi<br>Attn: Dennis C. O'Donnell<br>99 Poshtova Street<br>Dnipro, Dnipropetrovsk Oblast,<br>49108<br>Ukraine<br>Email:<br>dennis.odonnell@us.dlapiper.com | 10/31/2025 |
| 32444 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32445 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32446 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32512 | Name on File<br>Address on File<br>Email Address on File | Barn Owl IV LLC<br>Attn: John Langham<br>808 W. Hollywood St<br>Tampa, FL 33604<br>Email:  admin@cryptoclaims.pro | 10/31/2025 |
| 32521 | Name on File<br>Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32522 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32523 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32524 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32525 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32526 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32543 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32544 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32545 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32546 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32547 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway<br>Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 10/31/2025 |
| 32552 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32553 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32554 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32557 | Name on File<br>Address on File<br>Email Address on File | Canyon Distressed TX (A) LLC<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>jpagnam@canyonpartners.com | 10/31/2025 |
| 32559 | Name on File<br>Address on File<br>Email Address on File | CDOF IV Master Fund LP<br>c/o Canyon Capital Advisors LLC<br>Attn: James Pagnam and Legal<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: legal@canyonpartners.com,<br>jpagnam@canyonpartners.com | 10/31/2025 |
| 32580 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32581 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32582 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32583 | Name on File<br>Address on File<br>Email Address on File | Loke Weng Keong<br>Attn: General Counsel<br>600 North Bridge Road, #11-08<br>Parkview Square, 188788<br>Singapore<br>Email: Lokewk@proton.me | 10/31/2025 |
| 32611 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32617 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32618 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32619 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32620 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32621 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32622 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32623 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32639 | Name on File<br>Address on File<br>Email Address on File | Cherokee Debt Acquisition LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018<br>Email: vjel@cherokeeacq.com | 10/31/2025 |
| 32647 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32650 | Name on File<br>Address on File<br>Email Address on File | FTX Bidco LLC<br>Attn: Susan Meyers<br>90 Argyle Avenue<br>New Rochelle, NY 10804<br>Email: ftxbidco@gmail.com | 10/31/2025 |
| 32659 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32660 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32662 | Name on File<br>Address on File | FTXCREDITOR LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32663 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32690 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32702 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32703 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32704 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32708 | Name on File<br>Address on File | GreenWulf Master Fund LP<br>Attn: Michael Abbate<br>PO Box 1012<br>Riverside, CT 06878<br>Email:  contact@greenwulf.com | 10/31/2025 |
| 32710 | Name on File<br>Address on File<br>Email Address on File | GreenWulf Master Fund LP<br>Attn: Michael Abbate<br>PO Box 1012<br>Riverside, CT 06878<br>Email:  contact@greenwulf.com | 10/31/2025 |
| 32716 | Name on File<br>Address on File<br>Email Address on File | GreenWulf Master Fund LP<br>Attn: Michael Abbate<br>PO Box 1012<br>Riverside, CT 06878<br>Email:  contact@greenwulf.com | 10/31/2025 |
| 32750 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32756 | Name on File<br>Address on File<br>Email Address on File | Azure Distressed Opportunities<br>Corporation<br>Attn: Ngeow Wu Tien<br>4th Floor, Harbour Place 103 South<br>Church Street<br>Grand Cayman,  KY1-1002<br>Cayman Islands<br>Email:  claims@aztide.com | 10/31/2025 |
| 32758 | Name on File<br>Address on File<br>Email Address on File | Daniel Demtschenko<br>Attn: General Counsel<br>33 Harry Agganis Way<br>Boston, MA 02215<br>Email:<br>daniel.demtschenko@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32764 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32776 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32788 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32789 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32790 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32791 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32794 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32795 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32796 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32798 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32800 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32801 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32802 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32804 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32826 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32827 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |
| 32830 | Name on File<br>Address on File<br>Email Address on File | Next Claims Capital Limited<br>Attn: Jinfeng Chen<br>Sea Meadow House<br>P.O. Box 116<br>Road Town, Tortola,<br>British Virgin Islands<br>Email:  transfers@cnclaims.com | 10/31/2025 |
| 32837 | Name on File<br>Address on File<br>Email Address on File | Trup Recovery LLC<br>c/o Riva Ridge Capital Management<br>LP<br>Attn: Peter Finelli<br>55 Fifth Avenue, 18th Floor<br>New York, NY 10003<br>Email:  RivaTrades@rivalp.com | 10/31/2025 |
| 32843 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC<br>Attn: Michael Linn<br>c/o Farallon Capital Management,<br>L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email:  MLinn@FarallonCapital.com | 10/31/2025 |
| 32847 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email:  claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32848 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32895 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32896 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32898 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32900 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32901 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32902 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 32904 | Name on File<br>Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32912 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Michael Bottjer<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32914 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32922 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 32923 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32926 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 32935 | Name on File<br>Address on File<br>Email Address on File | Grand Teton Systems Inc<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 33042 | Name on File<br>Address on File<br>Email Address on File | Oroboros FTX I LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |
| 33080 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 33099 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 33100 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 33104 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 10/31/2025 |
| 33105 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 10/31/2025 |