## SCHEDULE 1

**No Liability Claims**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Ninety-Third Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | | **Asserted Claims** |
|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Filed Amount** |
| 95770 | Chunawala, Bhavika | Alameda Research Ltd | $7,004,069.95 |

Claim 95770 should be disallowed and expunged in its entirety for the reasons set forth in the objection.

| | | | |
|---|---|---|---|
| 95772 | Rahevar, Palak | Alameda Research Ltd | $2,672,418.70 |

Claim 95772 should be disallowed and expunged in its entirety for the reasons set forth in the objection.

| | | | |
|---|---|---|---|
| 95553 | Rajput, Rikesh | Alameda Research Ltd | $2,750,161.70 |

Claim 95553 should be disallowed and expunged in its entirety for the reasons set forth in the objection.

| | | | |
|---|---|---|---|
| 95771 | Rajput, Rupesh | Alameda Research Ltd | $2,586,026.59 |

Claim 95771 should be disallowed and expunged in its entirety for the reasons set forth in the objection.