# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[1] | (Jointly Administered) |
| Debtors. | Related Docket No(s).: 32687, 32712, 32739,  32785, 32840, 33193 & 33446 |

## MOTION OF PU KE FOR LEAVE TO FILE SUR-REPLY IN FURTHER SUPPORT OF MOTIONS D.I. 32712 AND D.I. 32739

Upon consideration of the *Motion of Pu Ke for Leave to File Sur-Reply in Further Support of Motions D.I. 32712 and D.I. 32739* (the "Motion for Leave");[2] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Leave is **GRANTED**; and

2. Movant is authorized to file his Sur-Reply attached as **Exhibit B** to the Motion for Leave.

*Ka B. Ow—.*

Dated: November 24th, 2025                    **KAREN B. OWENS**
Wilmington, Delaware                          **CHIEF JUDGE**

---

1   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.

2   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed in the Motion for Leave.