# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 )  |
| Debtors. | ) Case No. 22-11068 (KBO) ) (Jointly Administered) ) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Diameter Master Fund LP | Boway Holdings LLC |
| Name and Address where notices to transferee should be sent: | Last known address: |
| Diameter Master Fund LP<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Att'n:  Matt Gilmartin<br>Email:  mgilmartin@diametercap.com | Boway Holdings LLC<br>1301 Avenue of the Americas, 34th Floor<br>New York, New York 10019<br>Attn: Colin McLafferty<br>Email: cmclafferty@oaktreecapital.com |

**Unique Customer Code: 00277545**

**\*\* PORTION OF CLAIM TRANSFERRED:  50%**

| Claim/Schedule No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 14322 | [REDACTED] | **50% of Claim** | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_  Date: November 21, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

DB1/ 164433770.1

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:  U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND:  FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Customer Claim Confirmation ID No. 3265-70-KDDEG-004127668 ("CCID")
FTX Trading Ltd. Amended Customer Claim Schedule F-1 (Docket No 1730)
and assigned Schedule No. 221106806849602 (the "Schedule")
Proof of Claim No. 14322 (the "Proof of Claim")
Unique Customer Code #: 00277545 (the "Customer Code")

**Boway Holdings, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Diameter Master Fund LP**
Address: 55 Hudson Yards, Suite 29B
New York, New York 10001
Attn: Matt Gilmartin
Tel: 212-655-1403
Email: mgilmartin@diametercap.com

its successors and assigns ("Buyer"), an undivided 50 percent (50%) interest in Seller's rights, title and interest in and to the CCID, the Schedule, the Proof of Claim and the Customer Code (such 50 percent (50%) interest in the CCID, the Schedule, the Proof of Claim and the Customer Code, the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

(signature page follows)

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated November __18__, 2025.

| SELLER: | BUYER: |
|---|---|
| **Boway Holdings, LLC**<br>By: Oaktree Fund GP, LLC<br>Its: Manager<br>By: Oaktree Fund GP I. L.P.<br>Its: Managing Member<br><br>By: *Colin McLafferty*<br>Name: Colin McLafferty<br>Title: Senior Vice President<br><br>By: *Steve Tisoriere*<br>Name: Steven Tesoriere<br>Title: Managing Director | **Diameter Master Fund LP**<br><br><br>By: _____<br>Name:<br>Title: |

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated November 18, 2025.

| SELLER: | BUYER: |
|---|---|
| **Boway Holdings, LLC**<br>By: Oaktree Fund GP, LLC<br>Its: Manager<br>By: Oaktree Fund GP I. L.P.<br>Its: Managing Member<br><br>By: _____<br>Name: Colin McLafferty<br>Title: Senior Vice President<br><br>By: _____<br>Name: Steven Tesoriere<br>Title: Managing Director | **Diameter Master Fund LP**<br><br><br>By: _____<br>Name: Michael Cohn<br>Title: General Counsel |