## CERTIFICATE OF SERVICE

       I hereby certify that on November 26, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record and on counsel listed below by email.

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com
*Counsel to the FTX Recovery Trust*

Benjamin A. Hackman
Joseph James McMahon, Jr.
David Gerardi
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
joseph.mcmahon@usdoj.gov
David.Gerardi@usdoj.gov

James Goddard
12 Springfield Way, Threemilestone, Truro
Cornwall, UK  TR3 6BJ
James.goddard.19@ucl.ac.uk
*Pro se creditor*

Michael J. Joyce
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com
*Counsel to Blooming Triumph International Limited*

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
*Counsel to the FTX Recovery Trust*

William D. Sullivan, Esq.
SULLIVAN HAZELTINE ALLINSON LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
bsullivan@sha-llc.com
*Attorneys for Creditors Sci Ventures Co., Limited, Shengkun Ji, and Lui Jing*

Thomas A. Draghi, Esq.
Annie P. Kubic, Esq.
Michele L. Angell, Esq.
WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP
1201 RXR Plaza Uniondale,
New York 11556
tdraghi@westermanllp.com
*Attorneys for Creditors Sci Ventures Co., Limited, Shengkun Ji, and Lui Jing*

Frank Scardino
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
frank@bostonlawgroup.com
*Counsel to Blooming Triumph International Limited*

| | |
|---|---|
| R. Montgomery Donaldson<br>Stefania A. Rosca<br>Montgomery McCracken Walker & Rhoads, LLP<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>rdonaldson@mmwr.com<br>srosca@mmwr.com | Samantha R. Neal<br>Darrell M. Daley<br>The Daley Law Firm LLC<br>4845 Pearl East Circle, Suite 101<br>Boulder, CO 80301<br>samantha@daleylawyers.com<br>darrell@daleylawyers.com<br>*Counsel to Patrick Gruhn, Robin Matzke, Lorem Ipsum UG and Sheridan Investment Holdings, LLC* |
| Dated: November 26, 2025 | /s/ *Amy E. Tryon*<br>Amy E. Tryon |