**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 33910 and 33911<br><br>Hearing Date: December 18, 2025 at 9:30 a.m. (ET)<br>Objection Deadline: December 10, 2025 at 4:00 p.m. (ET) |

**NOTICE OF HEARING ON MOTION TO FILE UNDER SEAL PORTIONS OF (A) MOTION OF FOLKVANG LTD. TO COMPEL ARBITRATION WITH RESPECT TO MASTER LOAN AGREEMENT AND (B) DECLARATION OF MICHAEL LAURENS VAN ROSSUM IN SUPPORT**

      **PLEASE TAKE NOTICE** that on November 26, 2025, Folkvang Ltd. ("Folkvang") filed the *Motion to File Under Seal Portions of (A) Motion of Folkvang Ltd. to Compel Arbitration with Respect to Master Loan Agreement, and (B) Declaration of Michael Laurens van Rossum in Support Thereof* [ECF Nos. 33910 and 33911] (the "Motion to Seal").

      **PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **December 10, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned counsel to Folkvang Ltd. so as to be received on or before the Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion has been scheduled for **December 18, 2025 at 9:30 a.m. (ET)** before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1

|  |  |
|---|---|
| Dated:  November 26, 2025<br>          Wilmington, Delaware | BARNES & THORNBURG LLP<br><br> /s/ Amy E. Tryon<br>Mark R. Owens (DE No. 4364)<br>Amy E. Tryon (DE No. 6945)<br>222 Delaware Ave., Suite 1200<br>Wilmington, DE 19801<br>(302) 300-3434<br>mark.owens@btlaw.com<br>amy.tryon@btlaw.com<br><br>and<br><br>Kenneth P. Kansa (*pro hac vice*)<br>Paige Lohse (*pro hac vice*)<br>Barnes & Thornburg LLP<br>One N. Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833<br>Telephone: (312) 214-4583<br>Email:  kkansa@btlaw.com<br><br>and<br><br>Leah Anne O'Farrell (*pro hac vice*)<br>Barnes & Thornburg LLP<br>One Marina Park Drive, Suite 1530<br>Boston, MA 02210<br>Telephone: (781) 888-1516<br>Email:  LOFarrell@btlaw.com |