## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record and on counsel listed below by email.

| | |
|---|---|
| Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com<br>*Counsel to the FTX Recovery Trust* | Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>*Counsel to the FTX Recovery Trust* |
| Benjamin A. Hackman<br>Joseph James McMahon, Jr.<br>David Gerardi<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov<br>joseph.mcmahon@usdoj.gov<br>David.Gerardi@usdoj.gov | William D. Sullivan, Esq.<br>SULLIVAN HAZELTINE ALLINSON LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com<br>*Attorneys for Creditors Sci Ventures Co., Limited, Shengkun Ji, and Lui Jing* |
| James Goddard<br>12 Springfield Way, Threemilestone, Truro<br>Cornwall, UK  TR3 6BJ<br>James.goddard.19@ucl.ac.uk<br>*Pro se creditor* | Thomas A. Draghi, Esq.<br>Annie P. Kubic, Esq.<br>Michele L. Angell, Esq.<br>WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP<br>1201 RXR Plaza Uniondale,<br>New York 11556<br>tdraghi@westermanllp.com<br>*Attorneys for Creditors Sci Ventures Co., Limited, Shengkun Ji, and Lui Jing* |
| Michael J. Joyce<br>JOYCE, LLC<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>mjoyce@mjlawoffices.com<br>*Counsel to Blooming Triumph International Limited* | Frank Scardino<br>BOSTON LAW GROUP, PC<br>825 Beacon Street, Suite 20<br>Newton Center, MA 02459<br>frank@bostonlawgroup.com<br>*Counsel to Blooming Triumph International Limited* |

| | |
|---|---|
| R. Montgomery Donaldson<br>Stefania A. Rosca<br>Montgomery McCracken Walker & Rhoads, LLP<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>rdonaldson@mmwr.com<br>srosca@mmwr.com | Samantha R. Neal<br>Darrell M. Daley<br>The Daley Law Firm LLC<br>4845 Pearl East Circle, Suite 101<br>Boulder, CO 80301<br>samantha@daleylawyers.com<br>darrell@daleylawyers.com<br>*Counsel to Patrick Gruhn, Robin Matzke, Lorem Ipsum UG and Sheridan Investment Holdings, LLC* |
| Dated:  November 26, 2025 | /s/ *Amy E. Tryon*<br>Amy E. Tryon |