# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION OF FOLKVANG LTD. TO COMPEL ARBITRATION WITH RESPECT TO MASTER LOAN AGREEMENT

Upon the motion (the "Motion")[2] of Folkvang Ltd. ("Folkvang") for entry of an order compelling arbitration with respect to disputes between Folkvang and the FTX Recovery Trust (the "Trust") arising from the Master Loan Agreement (the "MLA") dated as of October 4, 2022, by and between Folkvang and Maclaurin Investments Ltd. ("Maclaurin"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that Folkvang provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances, and the Court having found that no other or further notice need be provided; and the Court having reviewed the Motion and the entire record before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] All capitalized terms not otherwise defined herein shall have the same definition set forth in the Motion.

opposition to the relief requested herein having been withdrawn or overruled on the merits; and the Court having found that it lacks jurisdiction over the MLA Dispute; and after due deliberation and sufficient cause appearing therefor;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Folkvang is authorized to initiate an arbitration proceeding against the Trust in accordance with the Arbitration Rules of the Singapore International Arbitration Center, as provided for in the MLA.

3. The Trust and Folkvang are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

4. This Order is immediately effective and enforceable.


Dated: _____

                                                                    Karen B. Owens
                                                                    Chief Judge