## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*,[1]

                Debtors.

Chapter 11

Case No. 22-11068 (KBO)

(Jointly Administered)

## DECLARATION OF MICHAEL LAURENS VAN ROSSUM IN SUPPORT OF MOTION OF FOLKVANG LTD. TO COMPEL ARBITRATION WITH RESPECT TO MASTER LOAN AGREEMENT

I, MICHAEL LAURENS VAN ROSSUM, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the majority shareholder of Folkvang Ltd. ("Folkvang") and one of Folkvang's directors.  I am a Singapore resident.  I am the person at Folkvang with the most knowledge regarding the MLA Dispute.

2.      The statements herein are based on my personal knowledge and/or the business records of Folkvang.

3.      I make this declaration in support of Folkvang's *Motion to Compel Arbitration With Respect to Master Loan Agreement* (the "Motion"), which was filed contemporaneously herewith. Capitalized terms not defined in this Declaration shall have the meanings ascribed to them in the Motion.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1

4.     Folkvang offered to repay the fixed interest Loan and Security Agreement ("LSA") that Maclaurin extended on the FTX Exchange through October 1, 2025, but Debtors have not yet accepted this offer. Folkvang is willing to pay the LSA and its outstanding interest accrued only through October 1, 2025, as soon as practicable.

5.     Folkvang is no longer evaluating a repurchase of Alameda Research Ltd. ("Alameda")'s interest in Folkvang, and is accordingly no longer pursuing authority from the Court or taking any other step for a repurchase of Alameda's interest in Folkvang.

6.     Maclaurin Investments Ltd. ("Maclaurin") and Folkvang are parties to the Master Loan Agreement ("MLA").  Pursuant to the MLA, Maclaurin contributed a certain amount (the "Commitment Amount") to Folkvang, which Folkvang deployed for trading in digital assets.  A true and correct copy of the MLA is attached hereto as **Exhibit A**.

7.     The Arbitration Agreement included in the MLA was part of the bargain between Folkvang and Maclaurin.

8.     Folkvang suffered large losses when the FTX Exchange crashed and the Debtors filed for bankruptcy.

PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS DECLARATION ARE TRUE AND CORRECT AND BASED UPON MY PERSONAL KNOWLEDGE.


Dated: November 26, 2025                              */s/ Michael Laurens van Rossum*
                                                      Michael Laurens van Rossum
                                                      Director

**EXHIBIT A**



DocuSign Envelope ID: 92FF9C54-516A-45C8-9E28-3A465F525408







DocuSign Envelope ID: 92FF9C54-516A-45C8-9F28-3A455F525408





DocuSign Envelope ID: 92FF9C54-516A-45C8-9F30-2A465F525408



THIS DOCUMENT IS CONFIDENTIAL AND IS INTENDED SOLELY FOR THE USE OF THE RECIPIENT

DocuSign Envelope ID: 92FF9C54-516A-45C8-9F30-2A46FF525408



DocuSign Envelope ID: 92FF9C54-516A-46C8-9529-2A465F625468







DocuSign Envelope ID: 92FF9C54-516A-46C8-9520-2A465F525408











Envelope ID: 92FF9C54-516A-46C8-9F29-2A46FF525488





DocuSign Envelope ID: 92FF9C54-516A-46C8-9F29-2A465F625468

DocuSign Envelope ID: 92FF9C54-516A-46C8-9529-2A465F625408