**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:

**FTX Trading Ltd., et al.,**

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

### NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE REGARDING PARTIALLY SATISFIED CLAIM

**Claimant:** Kenneth James Casterlin
**Schedule No.:** 6696195
**Customer Code:** 09505985
**FTX Account ID:** 43100618

PLEASE TAKE NOTICE that Kenneth James Casterlin, the Claimant identified above, hereby withdraws his previously submitted Response to the Notice Regarding Partially Satisfied Claim filed in connection with the above-captioned bankruptcy proceedings.

This withdrawal is submitted pursuant to the resolution of the dispute and in accordance with instructions provided by counsel for the FTX Recovery Trust.

**Dated:** November 23, 2025

Respectfully submitted,

*[signature]*

Kenneth James Casterlin
46 Sunrise Circle
Wallingford, CT 06492
Blade007Kenny@proton.me
203-980-9728

Ken Casterlin
46 Sunrise Cir
Wallingford, CT 06492

HARTFORD CT 060
24 NOV 2025 PM 1 L

Office of the Clerk of the U.S.
Bankruptcy Court for the District of Delaware
824 Market St, 3rd Floor
Wilmington, Delaware 19801

19801-502499