# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 14, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on (ADRID: 30781216), whose name and email address have been redacted in the interest of privacy:

- Objection of FTX Recovery Trust to Motion of Seth Melamed for Entry of an Order (I) Compelling the Performance of Bitflyer Under the FTX Japan Sale Order, or Alternatively, (II) Compelling the FTX Recovery Trust to Pay Amounts Owed Under the KEIP Order [Docket No. 33573]

On November 14, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on (ADRID: 13752767), whose name and email address have been redacted in the interest of privacy:

- Objection of the FTX Recovery Trust to Motion for Entry of an Order Authorizing Late Completion of Customer KYC [Docket No. 33575]

On November 14, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on (ADRID: 14753717), whose name and email address have been redacted in the interest of privacy:

- FTX Recovery Trust's Objection to Motion of Chisato Muromoto to Permit Filing of a Proof of Claim After the Bar Date and/or for Related Relief [Docket No. 33580]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: November 17, 2025

                                                 */s/ Sonia Akter*
                                                 Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 17, 2025, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028