# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Re: Re: D.I. 33900, 33904, 33905 & 33907<br><br>Hearing Date: December 18, 2025 at 9:30 a.m. ET<br>Objection Date: December 11, 2025 at 4:00 p.m. ET |

## NOTICE OF SEALING MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. (IN LIQUIDATION)

**PLEASE TAKE NOTICE** that, on December 1, 2025, the *Sealing Motion of the Joint Liquidators of Three Arrows Capital Ltd.* (the "Sealing Motion") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Sealing Motion must be in writing, filed with the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel, so that it is received on or before December 11, 2025 at 4:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, will be held on December 18, 2025 at 9:30 a.m. (Eastern Time) before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of FTX's claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: December 1, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Alexis R. Gambale*<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>Email:  jweiss@pashmanstein.com<br>         jbarsalona@pashmanstein.com<br>         agambale@pashmanstein.com<br><br>– and –<br><br>Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Zachary F. Proulx (admitted pro hac vice)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  chris.harris@lw.com<br>         adam.goldberg@lw.com<br>         zachary.proulx@lw.com<br>         nacif.taousse@lw.com<br><br>– and –<br><br>Tiffany Ikeda Austin (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:   tiffany.ikeda@lw.com<br><br>*Counsel to the Joint Liquidators of Three Arrows Capital Ltd.* |