IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                           :

In re:                                        :    Chapter 11
                                                       :

FTX TRADING LTD., *et al.*,[1]        :    Case No. 22-11068 (KBO)
                                                       :

           Debtors.                    :    (Jointly Administered)
                                                       :    **Re: D.I. 30932**
------------------------------------------------------------ x

## DECLARATION OF FOTIS KONSTANTINIDIS IN SUPPORT OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL LTD.'S RESPONSE TO THE FTX RECOVERY TRUST'S OBJECTION TO THE AMENDED PROOF OF CLAIM

I, Fotis Konstantinidis, declare and state the following under penalty of perjury:

1.    I am a Managing Director at Stout Risius Ross, LLC, a financial advisory firm.

2.    I make this declaration based on my personal knowledge and in support of the Joint Liquidators of Three Arrows Capital Ltd.'s Response to the FTX Recovery Trust's Objection to the Amended Proof of Claim filed contemporaneously herewith.

3.    Attached hereto as **Exhibit 1**, filed under seal, is a true and correct copy of the First Supplemental Expert Report of Fotis Konstantinidis, dated October 31, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 25th day of November, 2025.

                                                  */s/ Fotis Konstantinidis*
                                                  Fotis Konstantinidis

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.