**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.,*<br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Kai Huang | ▇▇▇▇▇▇ |

| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferor should be sent: |
|---|---|
| Kai Huang<br>2275 Royal Dr Apt 6<br>Santa Clara, CA 95050<br>United States<br>kaihuang201@gmail.com | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |

Type and Amount of Claim Transferred:

| Claim No./Schedule No./ Unique Custome ID | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 8566<br>Schedule No.: 7115931<br>Unique Customer ID: 00246768<br>Confirmation ID:<br>3265-70-MYLYO-199962179 |  | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Signature: *Kai Huang*
Transferee: Kai Huang　　　　　　　　　　　　　　　　Date: 12/01/2025

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 & 3571

## Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

# EVIDENCE OF TRANSFER OF CLAIM

**TO:** Clerk, United States Bankruptcy Court, District of Delaware

▇▇▇▇▇ (Unique Customer Code: 00246768) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim dated as of the date hereof, hereby certifies that Seller has unconditionally and irrevocably sold, transferred, and assigned to **Kai Huang** ("**Buyer**") all of Seller's right, title, and interest in and to the claims against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, pending in the United States Bankruptcy Court for the District of Delaware, Case No. 22-11068 (KBO) (Jointly Administered).

The Claim is more fully described as (i) Claim No. 8566, (ii) Assigned Schedule No. 7115931, and (iii) Unique Customer Code 00246768 (collectively, the "Claim"). The tickers and quantities associated with the Claim are reflected on the Amended Schedules (Docket I.D. 1730), Kroll website and the FTX Customer Claim Portal (see attached screenshots, Exhibits A and B).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment, with Buyer as the valid owner of the Claim.

You are hereby requested to direct all future payments, distributions, notices, and other communications in respect of the Claim to Buyer.

**IN WITNESS WHEREOF**, dated as of the 1st day of December, 2025.

Buyer:   Kai Huang   */s/ Kai Huang*

Email:   kaihuang201@gmail.com

Seller:  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Email:   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**EXHIBIT A-Screenshots from the FTX Amended Schedules PDF and Kroll Website**

Note: For clarity, the tickers and quantities reflected in Seller's claim form are consistent with the "Amended Schedules"(Docket I.D. 1730) and current scheduled values maintained by Kroll. Seller concurs with the scheduled tickers and quantities, which are also displayed on the FTX Customer Claim Portal (Exhibit B)

1. Screenshot from Amended Schedules PDF file, page 1847 (Docket I.D. 1730)

| 00246768 | | BNB[47.59957967], FTT[240.0586], LINK[203.22846102], TRX[1145.11889838], USD[114224.37], USDT[206473.57060440] | | |
|---|---|---|---|---|

2. Sreenshot from Kroll website Claims page:

**KROLL**

**Creditor Data Details - Claim # 8566**

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 8566 |
| Address on file | Date Filed | Schedule Number |
| | 07/13/2023 | 7115931 |
| | | Confirmation ID |
| | | 3265-70-MYLYO-199962179 |

**Claim Amounts**

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**Claim Additional Info**

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BNB | ASSERTED | 47.599579674672 | 47.599579674672 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 240.0586 | 240.0586 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 203.228461029219 | 203.228461029219 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 1145.118898387312721 | 1145.118898387312721 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 206473.57060440326029591 | 206473.57060440326029591 |
| FIAT | USD | ASSERTED | 114224.37011201795 | 114224.37011201795 |

## EXHIBIT B-SCREENSHOT FROM FTX CUSTOMER CLAIMS PORTAL

Note: This exhibit supplements Exhibit A by showing the same tickers and quantities as displayed on the FTX Customer Claim Portal.

