**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 25, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Sustaining FTX Recovery Trust's One Hundred Ninety-Third (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims) [Docket No. 33889] (the "***One Hundred Ninety-Third Omnibus Order***")

- Order Granting the Motion of the FTX Recovery Trust for Entry of an Order Extending (I) the Claims Objection Deadline and (II) the Administrative Claims Objection Deadline [Docket No. 33890] (the "***Extension Order***")

On November 25, 2025, at my direction and under my supervision, employees of Kroll caused the One Hundred Ninety-Third Omnibus Order to be served via email on the Affected Claimants Service List attached hereto as **Exhibit B**.

On November 25, 2025, at my direction and under my supervision, employees of Kroll caused the Extension Order to be served via email on the Respondents Service List attached hereto as **Exhibit C**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: November 28, 2025

*/s/ Alain B. Francoeur*
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 28, 2025, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 93339

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: KENNETH P. KANSA<br>ONE N. WACKER DRIVE<br>SUITE 4400<br>CHICAGO IL 60606-2833 | KKANSA@BTLAW.COM | Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: LEAH ANNE O'FARRELL<br>ONE MARINA PARK DRIVE<br>SUITE 1530<br>BOSTON MA 02210 | LOFARRELL@BTLAW.COM | Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON DE 19801 | MARK.OWENS@BTLAW.COM<br>AMY.TRYON@BTLAW.COM | Email |
| COUNSEL TO BLOOMING TRIUMPH INTERNATIONAL LIMITED | BOSTON LAW GROUP, PC | ATTN: FRANK SCARDINO, VAL GURVITS, ESQ.<br>825 BEACON STREET<br>SUITE 20<br>NEWTON CENTER MA 02459 | FRANK@BOSTONLAWGROUP.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO DEFENDANT DIGITAL LEGEND HODLINGS LTD. | CAHILL GORDON & REINDEL LLP | ATTN: GREGORY STRONG<br>221 W. 10TH STREET<br>3RD FLOOR<br>WILMINGTON DE 19801 | GSTRONG@CAHILL.COM | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ.<br>800 N. KING STREET<br>SUITE 202<br>WILMINGTON DE 19801 | PHUGHES@DILWORTHLAW.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First-Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First-Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First-Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First-Class Mail |
| JAMES GODDARD (PRO SE CREDITOR) | JAMES GODDARD (PRO SE CREDITOR) | ATTN: JAMES GODDARD<br>12 SPRINGFIELD WAY, THREEMILESTONE<br>TRURO, CORNWALL TR3 6BJ UNITED KINGDOM | JAMES.GODDARD.19@UCL.AC.UK | Email |
| COUNSEL TO BLOOMING TRIUMPH INTERNATIONAL LIMITED | JOYCE, LLC | ATTN: MICHAEL J. JOYCE<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 | MJOYCE@MJLAWOFFICES.COM | Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: CHRISTOPHER HARRIS, ADAM J. GOLDBERG, NACIF TAOUSSE<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CHRIS.HARRIS@LW.COM<br>ADAM.GOLDBERG@LW.COM<br>NACIF.TAOUSSE@LW.COM | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: TIFFANY M. IKEDA<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES CA 90071 | TIFFANY.IKEDA@LW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ., GASTON LOOMIS, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM<br>GLOOMIS@MDMC-LAW.COM | Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON LOOMIS, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GLOOMIS@MDMC-LAW.COM | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ.<br>1845 WALNUT STREET<br>SUITE 806<br>PHILADELPHIA PA 19103 | AJBERIN@MILLERSHAH.COM | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ.<br>65 MAIN STREET<br>CHESTER CT 06412 | JEMILLER@MILLERSHAH.COM | Email |
| COUNSEL TO SAMUEL BANKMAN-FRIED, JOSEPH BANKMAN, BARBARA FRIED, RYAN SALAME, MATTHEW NASS, MATTHEW PLACE, JOSHUA UTTER-LEYTON, JOHN CONBERE, AND LUIS SCOTTVARGAS (COLLECTIVELY, THE "PARTIES") | MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP | ATTN: R. MONTGOMERY DONALDSON, STEFANIA A. ROSCA<br>1105 NORTH MARKET STREET<br>15TH FLOOR<br>WILMINGTON DE 19801 | SROSCA@MMWR.COM<br>RDONALDSON@MMWR.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II, ALEXIS R. GAMBALE<br>824 NORTH MARKET STREET<br>SUITE 800<br>WILMINGTON DE 19801 | JWEISS@PASHMANSTEIN.COM<br>JBARSALONA@PASHMANSTEIN.COM<br>AGAMBALE@PASHMANSTEIN.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQ.<br>2005 MARKET STREET<br>SUITE 2600<br>PHILADELPHIA PA 19103 | DPEREIRA@STRADLEY.COM | Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE<br>125 BROAD STREET<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM<br>HOLLEYS@SULLCROM.COM<br>EHRENBERGS@SULLCROM.COM<br>DUNNEC@SULLCROM.COM | Email |
| COUNSEL TO SCI VENTURES CO., LIMITED, SHENGKUN JI, AND LIU JING | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN, ESQ.<br>919 NORTH MARKET STREET<br>SUITE 420<br>WILMINGTON DE 19801 | BSULLIVAN@SHA-LLC.COM | Email |
| COUNSEL TO PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG AND SHERIDAN INVESTMENT HOLDINGS, LLC ("INTERESTED PARTIES") | THE DALEY LAW FIRM LLC | ATTN: DARRELL M. DALEY, SAMANTHA R. NEAL<br>4845 PEARL EAST CIRCLE, SUITE 101<br>BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM<br>SAMANTHA@DALEYLAWYERS.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First-Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>P.O. BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE<br>600 MASSACHUSETTS AVENUE, NW<br>WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN<br>1201 N. MARKET STREET<br>SUITE 1400<br>WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL A. WEINER<br>151 WEST 42ND STREET<br>NEW YORK NY 10036 | JSSABIN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM | Email |
| COUNSEL TO SCI VENTURES CO., LIMITED, SHENGKUN JI, AND LIU JING | WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP | ATTN: THOMAS A. DRAGHI, ESQ., ANNIE P. KUBIC, ESQ., MICHELE L. ANGELL, ESQ.<br>1201 RXR PLAZA<br>UNIONDALE NY 11556 | TDRAGHI@WESTERMANLLP.COM<br>AKUBIC@WESTERMANLLP.COM<br>MANGELL@WESTERMANLLP.COM | Email |

**Exhibit B**

## Exhibit B
Affected Claimants Service List
Served via email

| ADRID | NAME | EMAIL |
|---|---|---|
| 26279707 | Name on file | Email on file |
| 26279719 | Name on file | Email on file |
| 22432114 | Name on file | Email on file |
| 26279721 | Name on file | Email on file |

**Exhibit C**

## Exhibit C
Respondents Service List
Served via email

| ADRID | NAME | EMAIL |
|---|---|---|
| NP_0030 | Name on file | Email on file |
| NP_0031 | Name on file | Email on file |
| NP_0032 | Name on file | Email on file |
| NP_0033 | Name on file | Email on file |
| NP_0034 | Name on file | Email on file |
| NP_0035 | Name on file | Email on file |
| NP_0036 | Name on file | Email on file |
| NP_0037 | Name on file | Email on file |
| NP_0038 | Name on file | Email on file |
| NP_0039 | Name on file | Email on file |
| NP_0040 | Name on file | Email on file |
| NP_0041 | Name on file | Email on file |
| NP_0042 | Name on file | Email on file |
| NP_0043 | Name on file | Email on file |
| NP_0044 | Name on file | Email on file |
| NP_0045 | Name on file | Email on file |
| NP_0046 | Name on file | Email on file |
| NP_0047 | Name on file | Email on file |
| NP_0048 | Folkvang Ltd. | mark.owens@btlaw.com<br>amy.tryon@btlaw.com<br>kkansa@btlaw.com<br>LOFarrell@btlaw.com |
| NP_0049 | Name on file | Email on file |
| NP_0050 | Name on file | Email on file |
| NP_0051 | Name on file | Email on file |
| NP_0052 | Name on file | Email on file |
| NP_0053 | Name on file | Email on file |
| NP_0054 | Name on file | Email on file |
| NP_0055 | Name on file | Email on file |
| NP_0056 | Name on file | Email on file |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (KBO)

## Exhibit C
Respondents Service List
Served via email

| ADRID | NAME | EMAIL |
|---|---|---|
| NP_0057 | Name on file | Email on file |
| NP_0058 | Name on file | Email on file |
| NP_0059 | Name on file | Email on file |
| NP_0060 | Name on file | Email on file |
| NP_0061 | Name on file | Email on file |
| NP_0062 | Name on file | Email on file |
| NP_0063 | Name on file | Email on file |
| NP_0065 | Name on file | Email on file |
| NP_0066 | Name on file | Email on file |
| NP_0064 | Name on file | Email on file |
| NP_0067 | Name on file | Email on file |
| NP_0068 | Name on file | Email on file |
| NP_0069 | Name on file | Email on file |
| NP_0070 | Name on file | Email on file |
| NP_0071 | Name on file | Email on file |
| NP_0072 | Name on file | Email on file |
| NP_0073 | Name on file | Email on file |
| NP_0074 | Name on file | Email on file |
| NP_0075 | Name on file | Email on file |
| NP_0076 | Name on file | Email on file |
| NP_0077 | Name on file | Email on file |
| NP_0078 | Name on file | Email on file |
| NP_0079 | Name on file | Email on file |
| NP_0080 | Name on file | Email on file |
| NP_0081 | Name on file | Email on file |
| NP_0082 | Name on file | Email on file |
| NP_0083 | Name on file | Email on file |
| NP_0084 | Name on file | Email on file |
| NP_0085 | Name on file | Email on file |

## Exhibit C

Respondents Service List
Served via email

| ADRID | NAME | EMAIL |
|---|---|---|
| NP_0087 | Name on file | Email on file |
| NP_0088 | Name on file | Email on file |
| NP_0086 | Name on file | Email on file |
| NP_0089 | Name on file | Email on file |
| NP_0090 | Name on file | Email on file |
| NP_0091 | Name on file | Email on file |
| NP_0092 | Name on file | Email on file |
| NP_0093 | Name on file | Email on file |
| NP_0094 | Name on file | Email on file |
| NP_0095 | Name on file | Email on file |
| NP_0096 | Name on file | Email on file |
| NP_0097 | Name on file | Email on file |
| NP_0098 | Name on file | Email on file |
| NP_0099 | Name on file | Email on file |
| NP_0100 | Name on file | Email on file |
| NP_0101 | Name on file | Email on file |
| NP_0102 | Name on file | Email on file |
| NP_0103 | Name on file | Email on file |
| NP_0104 | Name on file | Email on file |
| NP_0105 | Name on file | Email on file |
| NP_0106 | Name on file | Email on file |
| NP_0107 | Name on file | Email on file |
| NP_0001 | Name on file | Email on file |
| NP_0108 | Name on file | Email on file |
| NP_0109 | Name on file | Email on file |
| NP_0110 | Name on file | Email on file |

Exhibit C

Respondents Service List

Served via email

| ADRID | NAME | EMAIL |
|---|---|---|
| NP_0111 | Name on file | Email on file |
| NP_0115 | Name on file | Email on file |
| NP_0116 | Name on file | Email on file |
| NP_0112 | Name on file | Email on file |
| NP_0113 | Name on file | Email on file |
| NP_0114 | Name on file | Email on file |
| NP_0117 | Name on file | Email on file |
| NP_0118 | Name on file | Email on file |
| NP_0119 | Name on file | Email on file |
| NP_0120 | Name on file | Email on file |
| NP_0121 | Name on file | Email on file |
| NP_0122 | Name on file | Email on file |
| NP_0123 | Name on file | Email on file |
| NP_0124 | Name on file | Email on file |
| NP_0125 | Name on file | Email on file |
| NP_0126 | Name on file | Email on file |
| NP_0127 | Name on file | Email on file |
| NP_0128 | Name on file | Email on file |
| NP_0129 | Name on file | Email on file |
| NP_0130 | Name on file | Email on file |
| NP_0131 | Name on file | Email on file |
| NP_0132 | Name on file | Email on file |
| NP_0133 | Name on file | Email on file |
| NP_0134 | Name on file | Email on file |
| NP_0135 | Name on file | Email on file |
| NP_0136 | Name on file | Email on file |
| NP_0137 | Name on file | Email on file |
| NP_0138 | Name on file | Email on file |

In re: FTX Trading Ltd., *et al.*

Case No. 22-11068 (KBO)

Exhibit C

Respondents Service List

Served via email

| ADRID | NAME | EMAIL |
|---|---|---|
| NP_0139 | Name on file | Email on file |
| NP_0140 | Name on file | Email on file |
| NP_0141 | Name on file | Email on file |
| NP_0142 | Name on file | Email on file |
| NP_0143 | Name on file | Email on file |
| NP_0144 | Name on file | Email on file |
| NP_0145 | Name on file | Email on file |
| NP_0146 | Name on file | Email on file |
| NP_0147 | Name on file | Email on file |
| NP_0148 | Name on file | Email on file |
| NP_0149 | Name on file | Email on file |
| NP_0150 | Name on file | Email on file |
| NP_0151 | Name on file | Email on file |
| NP_0152 | Name on file | Email on file |
| NP_0153 | Name on file | Email on file |
| NP_0154 | Name on file | Email on file |
| NP_0155 | Name on file | Email on file |
| NP_0156 | Name on file | Email on file |
| NP_0157 | Name on file | Email on file |
| NP_0158 | Name on file | Email on file |
| NP_0159 | Name on file | Email on file |
| NP_0160 | Name on file | Email on file |
| NP_0161 | Name on file | Email on file |
| NP_0162 | Name on file | Email on file |
| NP_0163 | Name on file | Email on file |
| NP_0164 | Name on file | Email on file |
| NP_0165 | Name on file | Email on file |
| NP_0166 | Name on file | Email on file |
| NP_0167 | Name on file | Email on file |

Exhibit C

Respondents Service List

Served via email

| ADRID | NAME | EMAIL |
|-------|------|-------|
| NP_0169 | Name on file | Email on file |
| NP_0168 | Name on file | Email on file |
| NP_0170 | Name on file | Email on file |
| NP_0171 | Name on file | Email on file |
| NP_0172 | Name on file | Email on file |
| NP_0173 | Name on file | Email on file |