IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Kroll Restructuring Administration LLC hereby withdraws the *Affidavit of Service of Alain B. Francoeur Regarding One Hundred Ninety-Third Omnibus Order, and Extension Order*, filed on December 3, 2025 [Docket No. 34006].

Dated: December 3, 2025

　　　　　　　　　　　　　　　　　　　　*/s/ Javier Hernandez*
　　　　　　　　　　　　　　　　　　　　Javier Hernandez
　　　　　　　　　　　　　　　　　　　　Kroll Restructuring Administration LLC
　　　　　　　　　　　　　　　　　　　　One World Trade Center, 31st Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10007

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.