7245 SW 138th Street
Miami, Florida 33158

November 24, 2025

RECEIVED
2025 DEC -4 A 11: 49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>Updated / NEW Response</u>

U.S. Bankruptcy Court for the District of Delaware

| | |
|---|---|
| Debtors: | FTX Trading Ltd. *et al.* |
| Case No: | 22-11068 (KBO) |
| Title: | Omnibus Objection to Proofs of Claim |
| Claimant: | Marc J. Ellenby - <u>will withdraw this claim</u> |
| Claim # : | 100406 |

No notice was ever received by Mr. Ellenby regarding his ability to communicate with the Debtors, or to be represented by the attorneys.

Registering online on the FTX claims website took perseverance, patience, and extended email dialogues. With ftx. Support staff, All settings were successfully reset in order to positively identify Mr. Ellenby.

I, Marc J. Ellenby,

   agree to the withdrawal of my pleading to the Court.

This Letter will formally serve to withdraw my motion.

Claimant: _____ *(signature)* _____

Ph (305) 345-6650
Email: marc.ellenby@yahoo.com

Marc J. Ellenby
7245 SW 138th St.
Miami, FL 33158