UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al., Debtors.

Chapter 11

Case No. 22-11068 (KBO)

(Jointly Administered)

RECEIVED
2025 DEC -5  AM 2: 34
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

EMERGENCY MOTION OF BHAVIKA CHUNAWALA FOR EXTENSION OF TIME
TO RESPOND TO THE 193rd OMNIBUS OBJECTION

**Honorable Chief Judge Karen B. Owens:**

I, Bhavika Chunawala, respectfully submit this Emergency Motion for an Extension of Time with respect to the 193rd Omnibus Claim Objection (D.I. 31949), concerning my Proof of Claim No. 95770.

BACKGROUND

1. The current response deadline, as agreed earlier with the Trust, is October 19, 2025.

2. The Trust has now indicated via email dated November 08, 2025 that it "does not consent" to my requested extension and intends to proceed on the current schedule.

3. My prior request for extension was transmitted to the Clerk of Court by international courier and served by email to counsel; however, due to courier delays outside my control, the motion has not yet been docketed.

GOOD-FAITH BASIS FOR EMERGENCY RELIEF

4. I continue to face exceptional circumstances, including:
   (a) My recent medical recovery and postpartum complications;
   (b) Delays in obtaining authenticated records from international institutions;
   (c) The need for certified translations of key documents;
   (d) Ongoing consultation with my solicitor; and
   (e) Forensic analysis of several disputed technical records.

5. These issues are legitimate, documented, and unavoidable. Without a brief extension, I will be severely prejudiced in presenting a complete and fair response.

LEGAL GROUNDS

6. Under Bankruptcy Rule 9006(b)(1), the Court may extend deadlines for "cause shown."

7. The U.S. Supreme Court in *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380 (1993), recognizes extensions where excusable neglect or extraordinary circumstances exist.

8. Pursuant to 11 U.S.C. § 502(b), every claimant must be given a meaningful opportunity to present evidence.

9. Denial of additional time would violate my rights to procedural due process under the Fifth Amendment.

REQUESTED RELIEF

10. I respectfully request that the Court extend my current deadline of October 19, 2025 by an additional forty-five (45) to ninety (90) days, or such other period as the Court deems just and proper.

11. This request is made in good faith and not for delay, but for the purpose of ensuring fairness, accuracy, and due process.

WHEREFORE, I, Bhavika Chunawala, respectfully pray that the Court grant this Emergency Motion and extend the response deadline as requested.

Dated: November 19, 2025

Respectfully submitted,

/s/ Bhavika Chunawala

Claimant, Pro Se

Proof of Claim No. 95770

Address: Gujarat, India.

Email: bhavikacr@gmail.com

To:
Clerk of Court
United States Bankruptcy Court
District of Delaware
824 N. Market Street
Wilmington, DE 19801
United States

From:
Bhavika Chunawala

Inside Envelope:
Emergency Motion (signed)
"Please file the enclosed Emergency Motion."




INTERNATIONAL TRACKED PACKET SERVICE

LP951026426IN

Destination County Name & Code: United States of America (US)

Booking Office: Fategan HO (390002)
Counter No. 1, 21-11-2025 16:15:23
GSTNo.24AAACS1316J1Z1 BkgRefID: 1636005021112507732
ChargedWeight(gms):25 Ply:Wt(gms):NA,L:NA B:NA H:NA)
AmountPaid:472.00(Base Tariff:Rs.400 Tax:Rs.72) (CGST:36.00 SGST:36.00 )
ModeofPayment:Cash

| Sender | Receiver |
|---|---|
| BH* AKA CHUNAWALA | CLERK OF COURT |
| Mobile No.8140501421 | Mobile No. |
| VADODARA | DELAWARE |
| NASWADI | |
| CHHOTAUDEPUR-391150 | WILMINGTON- |

Track on www.indiapost.gov.in OR Dial 1800 266 6868
In case of any complaint, please visit https://ccc.cept.gov.in/customercomplaint
Go Green!!! Opt for eReceipts, ePOD
This is system generated document, no manual signature required
21-11-2025 16:17:57