United States Bankruptcy Court for the District of Delaware

824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
USA

RECEIVED
2025 DEC -5  AM 2: 33
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: In re FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)
Claim No. 83453

# NOTICE OF WITHDRAWAL OF PLEADING

Dear Clerk of Court,

I, Massimo Vergnasco, hereby withdraw my previously filed pleading related to the above-referenced Claim No. 83453. My claim has been resolved and allowed in the final amount of $21,711.73, as confirmed by the FTX Debtors.

Please update the court record accordingly to reflect that the claim is now Allowed.

Sincerely,

_____
Massimo Vergnasco
15 Avenue La Marche
7160 Chapelle-lez-Herlaimont
Wallonie, Belgium
Email: mvergnasco@gmail.com

+32 477 836 731

Date: 10 November 2025

United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor.
Wilmington, Delaware 19801
USA.

R RF 049 094 309 BE

6180
10/11/25
00003179-E10

BELGIQUE
L
I
E
G
E €011,25
BGAM86094

VERONESCO MASSIMO.
AV. LAMARCHE.
2160 Chapelle-lez-Ht.
(ANALS)
BELGALE