**EXHIBIT A**

**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.                                   Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| Sbaraini Administradora de Capitais LTDA k/n/a Sbaraini Capital LTDA | Oaktree London Liquid Value Opportunities Fund (VOF), L.P. |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Avenida Candido de Abreu 526,<br>Cj 307<br>Centro Civico, Curitiba<br>Paraná  80530-905<br>Brazil<br>gabrielstorck@gmail.com | Name and Address where notices to Transferor should be sent:<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>Email: cmclafferty@oaktreecapital.com |

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 84056 (submitted on or about September 29, 2023) | Oaktree London Liquid Value Opportunities Fund (VOF), L.P. | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SBARAINI ADMINISTRADORA DE CAPITAIS LTDA K/N/A SBARAINI  CAPITAL LTDA**

Assinado por:

By: *Gabriel Storck*
         D471B9CC3D4441A...
Name:
Title:

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

032-8357/9039017.1

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

Oaktree London Liquid Value Opportunities Fund (VOF), L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Sbaraini Administradora de Capitais LTDA k/n/a Sbaraini Capital LTDA ("**Buyer**"), **100%** of all Seller's right, title and interest in and to those certain claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully as follows (collectively, the "**Claim**"):

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 84056 (submitted on or about September 29, 2023) | Oaktree London Liquid Value Opportunities Fund (VOF), L.P. | 100% | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ___ day of December, 2025.

**BUYER:**

**SBARAINI ADMINISTRADORA DE CAPITAIS LTDA K/N/A SBARAINI CAPITAL LTDA**

By: *Gabriel Storck* (Assinado por: D471B9CC3D4441A...)
Name:
Title:

**SELLER**:

**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner

By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director

By: *Colin McLafferty* (DocuSigned by: 6CAA40B708FE400...)
Name: Colin McLafferty
Title: Senior Vice President

By: *Steve Tesoriere* (Signed by: 014F552806634AA...)
Name: Steve Tesoriere
Title: Managing Director

032-8357/9039017.1