Lek Tai Yong

Pasir Ris Street 53, Block 578, #08-67

Singapore 510578

lektaiyong@gmail.com

+65 89201503

5 December 2025

Clerk of the Court

United States Bankruptcy Court

District of Delaware

824 Market Street, 3rd Floor

Wilmington, DE 19801

USA

Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD)

Objection to Transfer of Claim – Related to Docket No. 31901

Dear Clerk:

Please find enclosed my signed "Objection to Transfer of Claim" in the above-referenced bankruptcy proceedings. I am the original holder of Proofs of Claim Nos. 7598 and 94591, which are the subject of a purported transfer to Paxtibi LLP as reflected in Docket No. 31901.

As explained in my objection, I never received any consideration for the alleged transfer, and the transferee failed to provide the only promised performance—assistance with Know-Your-Customer verification. Accordingly, no valid agreement exists, and I respectfully request that the Court deny the transfer and preserve my claims in my name.

Also enclosed is Exhibit A, a copy of the Notice of Transfer filed at Docket No. 31901.

Please docket this filing, and do not hesitate to contact me at the email or phone number listed above should further information be required.

Respectfully submitted,

Lek Tai Yong

*[signature]*

*[Received stamp: 2025 DEC 11 P 1:53 / CLERK / US BANKRUPTCY COURT / DISTRICT OF DELAWARE]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al., Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

OBJECTION TO TRANSFER OF CLAIM

Related to Docket No. 31901

I, Lek Tai Yong, the original holder of Proofs of Claim Nos. 7598 and 94591 filed against FTX Trading Ltd., hereby submit this objection pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) to the purported transfer of my claims to Paxtibi LLP, as reflected in the Notice of Transfer filed at Docket No. 31901.

GROUNDS FOR OBJECTION

1. No Consideration Was Provided

I did not receive any consideration—monetary or otherwise—from Paxtibi LLP in connection with the alleged transfer. At no time did Paxtibi LLP pay, remit, or tender to me funds, digital assets, or other value in exchange for the assignment of Claims No. 7598 and 94591.

2. Purpose of Proposed Transfer Never Materialized

My preliminary discussions with Paxtibi LLP concerned one matter only: their representation that they would assist me in completing Know-Your-Customer ("KYC") verification, a prerequisite to access potential distributions for my FTX claims. This purported KYC assistance was the sole inducement and contemplated benefit underlying any draft understanding.

3. Failure of Performance

Paxtibi LLP never provided the promised KYC assistance. Because this assistance was the condition precedent to any transfer, and it was not performed, no enforceable transfer agreement could arise.

4. Lack of Contract Formation

As Paxtibi LLP delivered no consideration and performed no promised obligations, no valid contract supporting the transfer was formed. Any purported assignment is therefore void, unenforceable, and without legal effect.

5. Improper Deprivation of Property Rights

Allowing Paxtibi LLP to be substituted as claimant would wrongfully divest me of my claims without compensation and without a valid transfer agreement, contrary to both contract law and Rule 3001(e).

RELIEF REQUESTED

I respectfully request that the Court:

(a) Deny the transfer of Claims No. 7598 and 94591 to Paxtibi LLP;

(b) Preserve my status as the rightful, original holder of said claims on the official claims register; and

(c) Grant such other relief as the Court deems appropriate.

Dated: 5 December 2025

Respectfully submitted,

Lek Tai Yong

Pasir Ris Street 53, Block 578, #08-67

Singapore 510578

lektaiyong@gmail.com

+65 89201503

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., ET AL., | Case No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Paxtibi LLP
221 W 9th St.
Wilmington, DE 19801
Tel: +971 504209612
Email: paxtibi.xyz@gmail.com

Name of Transferor

[name and address on file]

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 7598, 94591 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code 01874000 | [REDACTED] | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Signed by:
*Federico Natali*
D5041B50C4DD4BD...

Role: Transferee/Transferee's Agent
Name: Federico Natali

### Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

# KROLL

## Creditor Data Details - Claim # 94591

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
05/08/2024

**Claim Number**
94591
**Schedule Number**
n/a
**Confirmation ID**
3265-70-UUXFK-162330101

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BNB | ASSERTED | 0.00291112 | 0.00291112 |
| CRYPTO | BNB-PERP | ASSERTED | 250.0 | 250.0 |
| CRYPTO | BTC | ASSERTED | 0.0000131986468718 | 0.0000131986468718 |
| CRYPTO | DOGE | ASSERTED | 0.8196 | 0.8196 |
| CRYPTO | FTM | ASSERTED | 1445.383 | 1445.383 |
| CRYPTO | FTT | ASSERTED | 150.36 | 150.36 |
| CRYPTO | ROOK | ASSERTED | 0.001 | 0.001 |
| CRYPTO | RUNE | ASSERTED | 0.097 | 0.097 |
| CRYPTO | SRM | ASSERTED | 8.1837176 | 8.1837176 |
| CRYPTO | SRM_LOCKED | ASSERTED | 41.6162824 | 41.6162824 |
| CRYPTO | USDT | ASSERTED | 0.0040282043625 | 0.0040282043625 |
| CRYPTO | XRP | ASSERTED | 0.1 | 0.1 |
| FIAT | USD | ASSERTED | 215717.57 | 215717.57 |

# KROLL

## Creditor Data Details - Claim # 7598

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
07/13/2023

**Claim Number**
7598
**Schedule Number**
n/a
**Confirmation ID**
3265-70-PNWOX-337415382

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BNB | ASSERTED | 0.00291112 | 0.00291112 |
| CRYPTO | BNB-PERP | ASSERTED | 250.0 | 250.0 |
| CRYPTO | BTC | ASSERTED | 0.0000131986468718 | 0.0000131986468718 |
| CRYPTO | DOGE | ASSERTED | 0.8196 | 0.8196 |
| CRYPTO | FTM | ASSERTED | 1445.383 | 1445.383 |
| CRYPTO | FTT | ASSERTED | 150.36 | 150.36 |
| CRYPTO | ROOK | ASSERTED | 0.001 | 0.001 |
| CRYPTO | RUNE | ASSERTED | 0.097 | 0.097 |
| CRYPTO | SRM | ASSERTED | 8.1837176 | 8.1837176 |
| CRYPTO | SRM_LOCKED | ASSERTED | 41.6162824 | 41.6162824 |
| CRYPTO | USDT | ASSERTED | 0.0040282043625 | 0.0040282043625 |
| CRYPTO | XRP | ASSERTED | 0.1 | 0.1 |
| FIAT | USD | ASSERTED | 21571.57 | 21571.57 |

To +1 (302) 252-2900

Clerk of the Court, District of
Bankruptcy Court, District of
Attn: FTX Trading Ltd.,
Case No. 22-11068 (JTD),
3rd Floor, Wilmington, DE
of America



Handwritten annotations: "AT YOU'S Street SINGAPORE"

**CUSTOMS DECLARATION CN23 / COMMERCIAL INVOICE**

| Category of Shipment | Gross weight |
|---|---|
| Document | 0.300 (Kg) |

PX9039943765G

**Send to:**
Clerk of the Court US Bankruptcy Court,
District of Delaware
824 Market Street, 3rd Floor,
Wilmington, DE
19801, U.S.A.

**Send from:**
Lek Tai Yong
578,
PASIR RIS STREET 53 #08-67
SG, Singapore
510578, SINGAPORE

Account no. : RTLNONREG953632
VAT/GST no. :
Invoice no. :
Enhanced Liability Amt:
Export License no. :

| Content Description | Qty | Weight (KG) | Value (SGD) | HS Tariff No. | Country of Origin |
|---|---|---|---|---|---|
| DOCUMENT | 1 | 0.300 | | | SG |
| Subtotal | 1 | 0.30 | 0.00 | | |
| Grand Total | 1 | 0.300 | 0.00 | | |

I certify that this shipment does not contain any cash, prohibited or dangerous goods.
All information declared is true and accurate.
I accept the Terms and Conditions of carriage as stated on website.

Sender's Signature: [signed]
Date:

Page 1 of 1



**CUSTOMS DECLARATION CN23 / COMMERCIAL INVOICE**

| Category of Shipment | Gross weight |
|---|---|
| Document | 0.300 (Kg) |

PX9039943765G

**Send to:**
Clerk of the Court US Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor,
Wilmington, DE
19801, U.S.A.

**Send from:**
Lek Tai Yong
578,
PASIR RIS STREET 53 #08-67
SG, Singapore
510578, SINGAPORE

Account no. : RTLNONREG953632
VAT/GST no. :
Invoice no. :
Enhanced Liability Amt:
Export License no. :

| Content Description | Qty | Weight (KG) | Value (SGD) | HS Tariff No. | Country of Origin |
|---|---|---|---|---|---|
| DOCUMENT | 1 | 0.300 | | | SG |
| Subtotal | 1 | 0.30 | 0.00 | | |
| Grand Total | 1 | 0.300 | 0.00 | | |

I certify that this shipment does not contain any cash, prohibited or dangerous goods.
All information declared is true and accurate.
I accept the Terms and Conditions of carriage as stated on website.

Sender's Signature: [signed]
Date:

Page 1 of 1

