**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 21, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- FTX Recovery Trust's Witness and Exhibit List for Hearing on November 24, 2025 at 9:30 a.m. (ET) [Docket No. 33857] (the "***Witness and Exhibit List***")

- Order Scheduling Omnibus Hearing Dates [Docket No. 33864]

- Amended Notice of Agenda for Hearing Scheduled for November 24, 2025 at 9:30 a.m. (ET), Before the Honorable Karen B. Owens, Chief Judge at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 [Docket No. 33865] (the "***Amended Notice of Agenda***")

On November 21, 2025, at my direction and under my supervision, employees of Kroll caused the Witness and Exhibit List to be served via email to 4 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court. The U.S. Trustee, and any Official Committee upon request.

On November 21, 2025, at my direction and under my supervision, employees of Kroll caused the Amended Notice of Agenda to be served via email on the DN 33865 Notice Parties Service List attached hereto as **Exhibit B**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: November 26, 2025

*/s/ Alain B. Francoeur*
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 26, 2025, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 93309

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: KENNETH P. KANSA<br>ONE N. WACKER DRIVE<br>SUITE 4400<br>CHICAGO IL 60606-2833 | KKANSA@BTLAW.COM | Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: LEAH ANNE O'FARRELL<br>ONE MARINA PARK DRIVE<br>SUITE 1530<br>BOSTON MA 02210 | LOFARRELL@BTLAW.COM | Email |
| COUNSEL TO FOLKVANG LTD. ("FOLKVANG") | BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON DE 19801 | MARK.OWENS@BTLAW.COM<br>AMY.TRYON@BTLAW.COM | Email |
| COUNSEL TO BLOOMING TRIUMPH INTERNATIONAL LIMITED | BOSTON LAW GROUP, PC | ATTN: FRANK SCARDINO, VAL GURVITS, ESQ.<br>825 BEACON STREET<br>SUITE 20<br>NEWTON CENTER MA 02459 | FRANK@BOSTONLAWGROUP.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO DEFENDANT DIGITAL LEGEND HODLINGS LTD. | CAHILL GORDON & REINDEL LLP | ATTN: GREGORY STRONG<br>221 W. 10TH STREET<br>3RD FLOOR<br>WILMINGTON DE 19801 | GSTRONG@CAHILL.COM | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ.<br>800 N. KING STREET<br>SUITE 202<br>WILMINGTON DE 19801 | PHUGHES@DILWORTHLAW.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First-Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 | | First-Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016 | | First-Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | | First-Class Mail |
| JAMES GODDARD (PRO SE CREDITOR) | JAMES GODDARD (PRO SE CREDITOR) | ATTN: JAMES GODDARD 12 SPRINGFIELD WAY, THREEMILESTONE TRURO, CORNWALL TR3 6BJ UNITED KINGDOM | JAMES.GODDARD.19@UCL.AC.UK | Email |
| COUNSEL TO BLOOMING TRIUMPH INTERNATIONAL LIMITED | JOYCE, LLC | ATTN: MICHAEL J. JOYCE 1225 KING STREET SUITE 800 WILMINGTON DE 19801 | MJOYCE@MJLAWOFFICES.COM | Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV 919 MARKET STREET SUITE 1800 WILMINGTON DE 19801 | LANDIS@LRCLAW.COM BROWN@LRCLAW.COM PIERCE@LRCLAW.COM JENNER@LRCLAW.COM WILLIAMS@LRCLAW.COM MCGUIRE@LRCLAW.COM ROBERTSON@LRCLAW.COM | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: CHRISTOPHER HARRIS, ADAM J. GOLDBERG, NACIF TAOUSSE 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 | CHRIS.HARRIS@LW.COM ADAM.GOLDBERG@LW.COM NACIF.TAOUSSE@LW.COM | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | LATHAM & WATKINS LLP | ATTN: TIFFANY M. IKEDA 355 SOUTH GRAND AVENUE, SUITE 100 LOS ANGELES CA 90071 | TIFFANY.IKEDA@LW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ., GASTON LOOMIS, ESQ. 300 DELAWARE AVENUE SUITE 1014 WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM GLOOMIS@MDMC-LAW.COM | Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON LOOMIS, ESQ. 300 DELAWARE AVENUE SUITE 1014 WILMINGTON DE 19801 | GLOOMIS@MDMC-LAW.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ.<br>1845 WALNUT STREET<br>SUITE 806<br>PHILADELPHIA PA 19103 | AJBERIN@MILLERSHAH.COM | Email |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ.<br>65 MAIN STREET<br>CHESTER CT 06412 | JEMILLER@MILLERSHAH.COM | Email |
| COUNSEL TO SAMUEL BANKMAN-FRIED, JOSEPH BANKMAN, BARBARA FRIED, RYAN SALAME, MATTHEW NASS, MATTHEW PLACE, JOSHUA UTTER-LEYTON, JOHN CONBERE, AND LUIS SCOTTVARGAS (COLLECTIVELY, THE "PARTIES") | MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP | ATTN: R. MONTGOMERY DONALDSON, STEFANIA A. ROSCA<br>1105 NORTH MARKET STREET<br>15TH FLOOR<br>WILMINGTON DE 19801 | SROSCA@MMWR.COM<br>RDONALDSON@MMWR.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV | Email |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II, ALEXIS R. GAMBALE<br>824 NORTH MARKET STREET<br>SUITE 800<br>WILMINGTON DE 19801 | JWEISS@PASHMANSTEIN.COM<br>JBARSALONA@PASHMANSTEIN.COM<br>AGAMBALE@PASHMANSTEIN.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQ.<br>2005 MARKET STREET<br>SUITE 2600<br>PHILADELPHIA PA 19103 | DPEREIRA@STRADLEY.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE 125 BROAD STREET NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM BROMLEYJ@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM KRANZLEYA@SULLCROM.COM PETIFORDJ@SULLCROM.COM HOLLEYS@SULLCROM.COM EHRENBERGS@SULLCROM.COM DUNNEC@SULLCROM.COM | Email |
| COUNSEL TO SCI VENTURES CO., LIMITED, SHENGKUN JI, AND LIU JING | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN, ESQ. 919 NORTH MARKET STREET SUITE 420 WILMINGTON DE 19801 | BSULLIVAN@SHA-LLC.COM | Email |
| COUNSEL TO PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG AND SHERIDAN INVESTMENT HOLDINGS, LLC ("INTERESTED PARTIES") | THE DALEY LAW FIRM LLC | ATTN: DARRELL M. DALEY, SAMANTHA R. NEAL 4845 PEARL EAST CIRCLE, SUITE 101 BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM SAMANTHA@DALEYLAWYERS.COM | Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | First-Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700 P.O. BOX 2046 WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE 600 MASSACHUSETTS AVENUE, NW WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN 1201 N. MARKET STREET SUITE 1400 WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | Email |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL A. WEINER 151 WEST 42ND STREET NEW YORK NY 10036 | JSSABIN@VENABLE.COM CWEINERLEVY@VENABLE.COM | Email |
| COUNSEL TO SCI VENTURES CO., LIMITED, SHENGKUN JI, AND LIU JING | WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP | ATTN: THOMAS A. DRAGHI, ESQ., ANNIE P. KUBIC, ESQ., MICHELE L. ANGELL, ESQ. 1201 RXR PLAZA UNIONDALE NY 11556 | TDRAGHI@WESTERMANLLP.COM AKUBIC@WESTERMANLLP.COM MANGELL@WESTERMANLLP.COM | Email |

**<u>Exhibit B</u>**

Exhibit B
DN 33865 Notice Parties Service List
Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| NP_0030 | NAME ON FILE | EMAIL ON FILE |
| NP_0031 | NAME ON FILE | EMAIL ON FILE |
| NP_0006 | NAME ON FILE | EMAIL ON FILE |
| NP_0032 | NAME ON FILE | EMAIL ON FILE |
| NP_0033 | NAME ON FILE | EMAIL ON FILE |
| NP_0034 | NAME ON FILE | EMAIL ON FILE |
| NP_0035 | NAME ON FILE | EMAIL ON FILE |
| NP_0036 | NAME ON FILE | EMAIL ON FILE |
| NP_0004 | NAME ON FILE | EMAIL ON FILE |
| NP_0037 | NAME ON FILE | EMAIL ON FILE |
| NP_0038 | NAME ON FILE | EMAIL ON FILE |
| NP_0003 | D1 VENTURES LTD. | JROSELL@PSZJLAW.COM CROBINSON@PSZJLAW.COM |
| NP_0011 | NAME ON FILE | EMAIL ON FILE |
| NP_0039 | NAME ON FILE | EMAIL ON FILE |
| NP_0040 | NAME ON FILE | EMAIL ON FILE |
| NP_0041 | NAME ON FILE | EMAIL ON FILE |

Exhibit B

DN 33865 Notice Parties Service List

Served via email

| KRAID | NAME | EMAIL |
|-------|------|-------|
| NP_0042 | NAME ON FILE | EMAIL ON FILE |
| NP_0043 | NAME ON FILE | EMAIL ON FILE |
| NP_0044 | NAME ON FILE | EMAIL ON FILE |
| NP_0045 | NAME ON FILE | EMAIL ON FILE |
| NP_0046 | NAME ON FILE | EMAIL ON FILE |
| NP_0047 | NAME ON FILE | EMAIL ON FILE |
| NP_0016 | FERRY JOSEPH, PA | RMILLER@FERRYJOSEPH.COM |
| NP_0048 | FOLKVANG LTD. | MARK.OWENS@BTLAW.COM AMY.TRYON@BTLAW.COM KKANSA@BTLAW.COM LOFARRELL@BTLAW.COM |
| NP_0018 | GOETZ FITZPATRICK LLP | SSIMON@GOETZFITZ.COM |
| NP_0026 | GSBB LAW | MVANGORDER@GSBBLAW.COM |
| NP_0049 | NAME ON FILE | EMAIL ON FILE |
| NP_0050 | NAME ON FILE | EMAIL ON FILE |
| NP_0051 | NAME ON FILE | EMAIL ON FILE |
| NP_0052 | NAME ON FILE | EMAIL ON FILE |

Exhibit B

DN 33865 Notice Parties Service List

Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| NP_0053 | NAME ON FILE | EMAIL ON FILE |
| NP_0054 | NAME ON FILE | EMAIL ON FILE |
| NP_0055 | NAME ON FILE | EMAIL ON FILE |
| NP_0056 | NAME ON FILE | EMAIL ON FILE |
| NP_0057 | NAME ON FILE | EMAIL ON FILE |
| NP_0058 | NAME ON FILE | EMAIL ON FILE |
| NP_0059 | NAME ON FILE | EMAIL ON FILE |
| NP_0060 | NAME ON FILE | EMAIL ON FILE |
| NP_0061 | NAME ON FILE | EMAIL ON FILE |
| NP_0062 | NAME ON FILE | EMAIL ON FILE |
| NP_0063 | NAME ON FILE | EMAIL ON FILE |
| NP_0065 | NAME ON FILE | EMAIL ON FILE |
| NP_0066 | NAME ON FILE | EMAIL ON FILE |
| NP_0064 | NAME ON FILE | EMAIL ON FILE |
| NP_0067 | NAME ON FILE | EMAIL ON FILE |
| NP_0068 | NAME ON FILE | EMAIL ON FILE |

Exhibit B
DN 33865 Notice Parties Service List
Served via email

| KRAID | NAME | EMAIL |
|-------|------|-------|
| NP_0014 | K&L GATES LLP | ROBERT.HONEYWELL@KLGATES.COM |
| NP_0069 | NAME ON FILE | EMAIL ON FILE |
| NP_0070 | NAME ON FILE | EMAIL ON FILE |
| NP_0071 | NAME ON FILE | EMAIL ON FILE |
| NP_0072 | NAME ON FILE | EMAIL ON FILE |
| NP_0073 | NAME ON FILE | EMAIL ON FILE |
| NP_0019 | KUROSEMI INC. | RMCNEILL@POTTERANDERSON.COM |
| NP_0028 | LATHAM & WATKINS LLP | ROBERT.MALIONEK@LW.COM<br>CAROLINE.RECKLER@LW.COM<br>ELIZABETH.MORRIS@LW.COM |
| NP_0074 | NAME ON FILE | EMAIL ON FILE |
| NP_0075 | NAME ON FILE | EMAIL ON FILE |
| NP_0076 | NAME ON FILE | EMAIL ON FILE |
| NP_0077 | NAME ON FILE | EMAIL ON FILE |
| NP_0078 | NAME ON FILE | EMAIL ON FILE |
| NP_0079 | NAME ON FILE | EMAIL ON FILE |
| NP_0080 | NAME ON FILE | EMAIL ON FILE |

Exhibit B
DN 33865 Notice Parties Service List
Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| NP_0081 | NAME ON FILE | EMAIL ON FILE |
| NP_0082 | NAME ON FILE | EMAIL ON FILE |
| NP_0083 | NAME ON FILE | EMAIL ON FILE |
| NP_0084 | NAME ON FILE | EMAIL ON FILE |
| NP_0085 | NAME ON FILE | EMAIL ON FILE |
| NP_0087 | NAME ON FILE | EMAIL ON FILE |
| NP_0088 | NAME ON FILE | EMAIL ON FILE |
| NP_0086 | NAME ON FILE | EMAIL ON FILE |
| NP_0027 | MONTGOMERY MCCRACKEN WALKER & RHOADS | RDONALDSON@MMWR.COM SROSCA@MMWR.COM JMISHKIN@MMWR.COM |
| NP_0089 | NAME ON FILE | EMAIL ON FILE |
| NP_0025 | NEWURTH S.A. | DCULVER@MNAT.COM |
| NP_0001 | OTOY INTERNATIONAL, SEZC | JONEILL@PSZJLAW.COM SGOLDICH@PSZJLAW.COM |
| NP_0007 | NAME ON FILE | EMAIL ON FILE |

Exhibit B

DN 33865 Notice Parties Service List

Served via email

| KRAID | NAME | EMAIL |
|-------|------|-------|
| NP_0017 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | DMASON@PAULWEISS.COM WCLAREMAN@PAULWEISS.COM VIROBINSON@PAULWEISS.COM |
| NP_0090 | NAME ON FILE | EMAIL ON FILE |
| NP_0010 | NAME ON FILE | EMAIL ON FILE |
| NP_0091 | NAME ON FILE | EMAIL ON FILE |
| NP_0092 | NAME ON FILE | EMAIL ON FILE |
| NP_0093 | NAME ON FILE | EMAIL ON FILE |
| NP_0094 | NAME ON FILE | EMAIL ON FILE |
| NP_0008 | NAME ON FILE | EMAIL ON FILE |
| NP_0095 | NAME ON FILE | EMAIL ON FILE |
| NP_0096 | NAME ON FILE | EMAIL ON FILE |
| NP_0013 | ROPES & GRAY LLP | CHRIS.DICKERSON@ROPESGRAY.COM |
| NP_0005 | NAME ON FILE | EMAIL ON FILE |
| NP_0009 | NAME ON FILE | EMAIL ON FILE |
| NP_0097 | NAME ON FILE | EMAIL ON FILE |

Exhibit B
DN 33865 Notice Parties Service List
Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| NP_0098 | NAME ON FILE | EMAIL ON FILE |
| NP_0099 | NAME ON FILE | EMAIL ON FILE |
| NP_0012 | NAME ON FILE | EMAIL ON FILE |
| NP_0100 | NAME ON FILE | EMAIL ON FILE |
| NP_0101 | NAME ON FILE | EMAIL ON FILE |
| NP_0102 | NAME ON FILE | EMAIL ON FILE |
| NP_0103 | NAME ON FILE | EMAIL ON FILE |
| NP_0104 | NAME ON FILE | EMAIL ON FILE |
| NP_0105 | NAME ON FILE | EMAIL ON FILE |
| NP_0106 | NAME ON FILE | EMAIL ON FILE |
| NP_0107 | NAME ON FILE | EMAIL ON FILE |
| NP_0108 | NAME ON FILE | EMAIL ON FILE |
| NP_0109 | NAME ON FILE | EMAIL ON FILE |
| NP_0110 | NAME ON FILE | EMAIL ON FILE |
| NP_0002 | NAME ON FILE | EMAIL ON FILE |

## Exhibit B
DN 33865 Notice Parties Service List
Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| NP_0111 | NAME ON FILE | EMAIL ON FILE |
| NP_0020 | WANDILLA HOLDINGS LIMITED | LUKE.MURLEY@SAUL.COM |
| NP_0021 | WANDILLA HOLDINGS LIMITED | MKLEIN@COOLEY.COM |
| NP_0022 | WANDILLA HOLDINGS LIMITED | RCAPONE@COOLEY.COM |
| NP_0023 | WANDILLA HOLDINGS LIMITED | JLEDWIDGE@COOLEY.COM |
| NP_0024 | WANDILLA HOLDINGS LIMITED | OANTLE@COOLEY.COM |
| NP_0115 | NAME ON FILE | EMAIL ON FILE |
| NP_0116 | NAME ON FILE | EMAIL ON FILE |
| NP_0112 | NAME ON FILE | EMAIL ON FILE |
| NP_0113 | NAME ON FILE | EMAIL ON FILE |
| NP_0114 | NAME ON FILE | EMAIL ON FILE |
| NP_0117 | NAME ON FILE | EMAIL ON FILE |
| NP_0118 | NAME ON FILE | EMAIL ON FILE |
| NP_0119 | NAME ON FILE | EMAIL ON FILE |
| NP_0120 | NAME ON FILE | EMAIL ON FILE |
| NP_0121 | NAME ON FILE | EMAIL ON FILE |

Exhibit B

DN 33865 Notice Parties Service List

Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| NP_0122 | NAME ON FILE | EMAIL ON FILE |
| NP_0123 | NAME ON FILE | EMAIL ON FILE |
| NP_0124 | NAME ON FILE | EMAIL ON FILE |
| NP_0125 | NAME ON FILE | EMAIL ON FILE |
| NP_0126 | NAME ON FILE | EMAIL ON FILE |
| NP_0127 | NAME ON FILE | EMAIL ON FILE |
| NP_0128 | NAME ON FILE | EMAIL ON FILE |
| NP_0129 | NAME ON FILE | EMAIL ON FILE |
| NP_0130 | NAME ON FILE | EMAIL ON FILE |
| NP_0131 | NAME ON FILE | EMAIL ON FILE |
| NP_0132 | NAME ON FILE | EMAIL ON FILE |
| NP_0133 | NAME ON FILE | EMAIL ON FILE |
| NP_0134 | NAME ON FILE | EMAIL ON FILE |
| NP_0135 | NAME ON FILE | EMAIL ON FILE |
| NP_0136 | NAME ON FILE | EMAIL ON FILE |
| NP_0137 | NAME ON FILE | EMAIL ON FILE |

Exhibit B
DN 33865 Notice Parties Service List
Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| NP_0138 | NAME ON FILE | EMAIL ON FILE |
| NP_0139 | NAME ON FILE | EMAIL ON FILE |
| NP_0140 | NAME ON FILE | EMAIL ON FILE |
| NP_0141 | NAME ON FILE | EMAIL ON FILE |
| NP_0142 | NAME ON FILE | EMAIL ON FILE |
| NP_0143 | NAME ON FILE | EMAIL ON FILE |
| NP_0144 | NAME ON FILE | EMAIL ON FILE |
| NP_0145 | NAME ON FILE | EMAIL ON FILE |
| NP_0146 | NAME ON FILE | EMAIL ON FILE |
| NP_0147 | NAME ON FILE | EMAIL ON FILE |
| NP_0148 | NAME ON FILE | EMAIL ON FILE |
| NP_0149 | NAME ON FILE | EMAIL ON FILE |
| NP_0029 | YOUNG CONAWAY STARGATT & TAYLOR, LLP | MNESTOR@YCST.COM KCOYLE@YCST.COM KGUERKE@YCST.COM |
| NP_0150 | NAME ON FILE | EMAIL ON FILE |
| NP_0151 | NAME ON FILE | EMAIL ON FILE |

Exhibit B
DN 33865 Notice Parties Service List
Served via email

| KRAID | NAME | EMAIL |
|-------|------|-------|
| NP_0152 | NAME ON FILE | EMAIL ON FILE |
| NP_0153 | NAME ON FILE | EMAIL ON FILE |
| NP_0154 | NAME ON FILE | EMAIL ON FILE |
| NP_0155 | NAME ON FILE | EMAIL ON FILE |
| NP_0156 | NAME ON FILE | EMAIL ON FILE |
| NP_0015 | ZEIGER, TIGGES & LITTLE LLP | LITTLE@LITOHIO.COM |
| NP_0157 | NAME ON FILE | EMAIL ON FILE |
| NP_0158 | NAME ON FILE | EMAIL ON FILE |
| NP_0159 | NAME ON FILE | EMAIL ON FILE |
| NP_0160 | NAME ON FILE | EMAIL ON FILE |
| NP_0161 | NAME ON FILE | EMAIL ON FILE |
| NP_0162 | NAME ON FILE | EMAIL ON FILE |
| NP_0163 | NAME ON FILE | EMAIL ON FILE |
| NP_0164 | NAME ON FILE | EMAIL ON FILE |
| NP_0165 | NAME ON FILE | EMAIL ON FILE |
| NP_0166 | NAME ON FILE | EMAIL ON FILE |

Exhibit B
DN 33865 Notice Parties Service List
Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| NP_0167 | NAME ON FILE | EMAIL ON FILE |
| NP_0169 | NAME ON FILE | EMAIL ON FILE |
| NP_0168 | NAME ON FILE | EMAIL ON FILE |
| NP_0170 | NAME ON FILE | EMAIL ON FILE |
| NP_0171 | NAME ON FILE | EMAIL ON FILE |
| NP_0172 | NAME ON FILE | EMAIL ON FILE |
| NP_0173 | NAME ON FILE | EMAIL ON FILE |