**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,<br>                           Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SP Multi Claims Holdings, LLC**
Name of Transferee

**Name and Address where notices and payment to transferee should be sent**:
SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Attn: Operations
Email: 12017192157@tls.ldsprod.com -and- rbeacher@pryorcashman.com

**Jefferies Leveraged Credit Products, LLC**
Name and current address of Transferor

Jefferies Leveraged Credit Products, LLC
520 Madison Avenue
New York, NY 10022
Attention: Mike Richards
Tel: 929-733-1196
Email: mrichards@jefferies.com

| Claim Information | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 91944<br><br>Customer Code: 00157656 | Jefferies Leveraged Credit Products, LLC | 82.2582973% of the amount of the Claim | FTX Trading, Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SP Multi Claims Holdings, LLC
By: Silver Point Capital, L.P., its manager

By: _____
Transferee/Transferee's Agent

Date: December 11, 2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

**Annex B**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:　　　　U.S. Bankruptcy Court for the
　　　　　　District of Delaware ("Bankruptcy Court")

AND:　　　 FTX Trading Ltd. ("Debtor")
　　　　　　Case No. 22-11068 (JTD) ("Case")

Proof of Claim #: 91944 ("Proof of Claim")
Unique Customer Code #: 00157656  ("Customer Code")

**Jefferies Leveraged Credit Products, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SP Multi Claims Holdings, LLC**
Attn: Operations
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Email: : 12017192157@tls.ldsprod.com  and rbeacher@pryorcashman.com

its successors and assigns ("Buyer"), an undivided 82.2582973 percent (82.2582973%) interest in Seller's rights, title and interest in and to  the Proof of Claim and the Customer Code (such 82.2582973 percent (82.2582973%) interest in the Proof of Claim and the Customer Code, the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated November 28, 2025.

| **Jefferies Leveraged Credit Products, LLC** | **SP Multi Claims Holdings, LLC** |
|---|---|
| | By: Silver Point Capital, L.P., its manager |
| By: _____ | By: _____ |
| Name:  Joseph Femenia | Name:  Jennifer Poccia |
| Title: Managing Director | Title: Authorized Signatory |