IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) ) ) ) ) ) ) ) | Chapter 11 |
| Debtors. | | Case No. 22-11068 (JTD) |
| | | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

DCP Master Investments XV LLC, by its undersigned counsel, hereby withdraws the following Notice of Transfer of Claim Other Than for Security, which was filed incorrectly:

Docket Number 15562 (filed May 23, 2024)

Dated: December 11, 2025

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
jody.barillare@morganlewis.com

*Attorneys for DCP Master Investments XV LLC*