# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. no. 33738 |
| | Hearing Date: December 18, 2025, at 9:30 a.m. ET |

**CERTIFICATE OF NO OBJECTION REGARDING TENTH CONSOLIDATED MONTHLY AND TENTH INTERIM APPLICATION OF THE FEE EXAMINER AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE EXAMINER FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2025 THROUGH OCTOBER 31, 2025**

The undersigned hereby certifies as follows:

1. On November 20, 2025, Godfrey & Kahn, S.C., counsel to the Fee Examiner in the above-entitled matter (the "**Fee Examiner Counsel**") filed the *Tenth Consolidated Monthly and Tenth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services rendered and Reimbursement of Expenses for the Period from May 1, 2025 through Octboer 31, 2025* [D.I. 33738] (the "**Consolidated Monthly and Interim Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. The deadline for objections to the relief requested in the Consolidated Monthly and Interim Application was 4:00 p.m. (ET) on December 10, 2025.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

3. No objections or responses regarding the Consolidated Monthly and Interim Application were received by Fee Examiner Counsel or filed on the Court's docket.

4. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "**Interim Compensation Order**"), the above-captioned debtors are authorized to pay the Fee Examiner and Fee Examiner Counsel 80 percent of the fees and 100 percent of the expenses for the period May 1, 2025 through October 31, 2025. A summary of the fees and expenses sought by the Fee Examiner and Fee Examiner Counsel are attached as **Exhibit A**.

Dated: December 12, 2025.

GODFREY & KAHN, S.C.

*/s/ Mark W. Hancock*
Mark W. Hancock, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: mhancock@gklaw.com

*Counsel to the Fee Examiner*

# **Exhibit A**

| **Fee Examiner Stadler and Counsel to the Fee Examiner Godfrey & Kahn, S.C.** | **Total Fees** | **Total Expenses** |
|---|---|---|
| D.I. 33738<br>Tenth Fee Period May 1, 2025 through October 31, 2025 | $220,226.40<br>(80% of $275,283.00) | $1,195.05 |

37593837.1