IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 33738 & 34113 |

### ORDER APPROVING TENTH INTERIM FEE APPLICATIONS OF THE FEE EXAMINER AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE EXAMINER

Upon consideration of the Certification of Counsel and the *Tenth Consolidated Monthly and Tenth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2025 Through October 31, 2025* [D.I. 33738] (the "Interim Application")[2] submitted by the Fee Examiner in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and Godfrey & Kahn, S.C. as counsel to the Fee Examiner (collectively, the "Fee Examiner"), for allowance of compensation and reimbursement of expenses for the period set forth in the Interim Application, which was filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834]; and it appearing to the Court that all of the requirements, as applicable, of sections 327, 328, 330,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Interim Applications.

{1368.002-W0084388.}

331 and 503(b) of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code"), as well as rule 2016 of the Federal Rules of Bankruptcy Procedure and rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and that notice of the Interim Application was appropriate; and after due deliberation and sufficient good cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Interim Application is hereby APPROVED in the amount set forth on **Exhibit 1** attached hereto.

2. The Interim Application is granted on an interim basis in the amount set forth as approved on **Exhibit 1** hereto, including any and all holdbacks.

3. The FTX Recovery Trust is authorized to remit payment to the Fee Examiner in the amount set forth on **Exhibit 1**, less any monies previously paid on account of such fees and expenses.

4. All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to the Fee Examiner.

5. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: December 15th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE