# **<u>EXHIBIT 1</u>**

FTX TRADING LTD., *et al*.
Case No. 22-11068 (KBO)
Chart of Fees and Expenses for the *Tenth Interim Fee Request of
the Fee Examiner and Godfrey & Kahn, S.C.*

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Interim Expenses Requested | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|
| **Godfrey & Kahn, S.C.,** *Counsel to the Fee Examiner* | 5/1/2025 - 10/31/2025 D.I. 33738 Filed 11/20/2025 | $275,283.00 | $1,195.05 | $275,283.00 | $1,195.05 |

{1368.002-W0084388.}