**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: December 18, 2025 at 9:30 a.m. (ET) |
| | Related Pleadings: Doc. No. 33913 |

**CERTIFICATE OF NO OBJECTION REGARDING FOLKVANG LTD.'S MOTION TO FILE UNDER SEAL PORTIONS OF (A) MOTION OF FOLKVANG LTD. TO COMPEL ARBITRATION WITH RESPECT TO MASTER LOAN AGREEMENT AND (B) DECLARATION OF MICHAEL LAURENS VAN ROSSUM IN SUPPORT**

The undersigned hereby certifies as follows:

1. On November 26, 2025, Folkvang Ltd. ("Folkvang") filed the *Motion to File Under Seal Portions of (A) Motion of Folkvang Ltd. to Compel Arbitration with Respect to Master Loan Agreement and (B) Declaration of Michael Laurens van Rossum in Support* (the "Motion to Seal") [Doc. No. 33913] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The deadline for objections to the relief requested in the Motion to Seal was 4:00 p.m. (ET) on December 10, 2025.

3. No objections or responses regarding the Motion to Seal were received by Folkvang or filed on the Court's docket.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1

4. It is hereby respectfully requested that the proposed form of order attached to the Motion to Seal, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

Dated: December 16, 2025
Wilmington, Delaware

**BARNES & THORNBURG LLP**

/s/ Amy E. Tryon
Mark R. Owens (DE No. 4364)
Amy E. Tryon (DE No. 6945)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel: (302) 300-3434
Email: Mark.Owens@btlaw.com
Email: Amy.Tryon@btlaw.com

Kenneth P. Kansa (*pro hac vice*)
Paige Lohse (*pro hac vice*)
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-4583
Email: KKansa@btlaw.com

Leah Anne O'Farrell (*pro hac vice*)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Telephone: (781) 888-1516
Email: LOFarrell@btlaw.com

*Counsel for Folkvang Ltd.*