**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| |
|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[3]<br><br>            Debtors. |

Chapter 11

Case No. 22-11068 (KBO)

(Jointly Administered)

**Re: Docket No. 33913 and 34137**

**ORDER GRANTING FOLKVANG LTD.'S MOTION TO FILE UNDER SEAL PORTIONS OF (A) MOTION OF FOLKVANG LTD. TO COMPEL ARBITRATION WITH RESPECT TO MASTER LOAN AGREEMENT AND (B) DECLARATION OF MICHAEL LAURENS VAN ROSSUM IN SUPPORT**

Upon the motion (the "Motion")[4] of Folkvang Ltd. ("Folkvang"), for entry of an order pursuant to section 107(b)(1) of the Bankruptcy Code, Rule 9018 of the Bankruptcy Rules and Local Rule 9018-1, authorizing Folkvang to file its Motion to Compel and accompanying van Rossum Declaration under seal; and the Court having found that it has jurisdiction over this matter pursuant to 11 U.S.C. §§ 157 and 1334 and *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interest of the parties; and the Court having reviewed the motion; and responses, if any; and after due deliberation and sufficient cause appearing therefor,

---

[3] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[4] Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, Folkvang is hereby authorized to file parts of the Motion to Compel and the van Rossum Declaration under seal.

3.      Folkvang is authorized to file on this Court's docket and to serve on parties-in-interest redacted copies of the Motion to Compel and the van Rossum Declaration.

4.      The Confidential Information is confidential and shall remain under seal, and shall not be made available to anyone, except that unredacted copies of the Motion to Compel and the van Rossum Declaration shall be provided to: (a) the Court, (b) the Clerk of the Court, and (c) counsel for the Debtors.

5.      Any party who receives the unredacted Motion to Compel and the van Rossum Declaration in accordance with this Order shall not disclose or otherwise disseminate such unredacted Motion to Compel and the van Rossum Declaration or the information contained therein, to any other person or entity.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      Folkvang is authorized to take all actions necessary to effectuate the relief granted herein.

Dated: December 17th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

2