# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                  Plaintiff,<br><br>            - against -<br><br>GATE TECHNOLOGY INCORPORATED, GATE GLOBAL, CORP., GATE INFORMATION PTE. LTD., and SUN YUNZHI,<br><br>                  Defendants. | Adv. Pro. No. 24-50184 (KBO) |
| FTX RECOVERY TRUST,<br><br>                  Plaintiff,<br><br>            -against-<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>                  Defendants. | Adv. Pro. No. 24-50188 (KBO) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0084527.2}

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>    - against -<br><br>THE GOODLY INSTITUTE dba GOODLY LABS,<br><br>      Defendant. | Adv. Pro. No. 24-50212 (KBO) |
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>    - against -<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>      Defendants. | Adv. Pro. No. 24-50214 (KBO) |
| FTX RECOVERY TRUST,<br><br>      Plaintiff,<br><br>    - against -<br><br>KUROSEMI INC.,<br><br>      Defendant. | Adv. Pro. No. 25-50635 (KBO) |

| | |
|---|---|
| MORGAN AND MORGAN CLAIMANTS,<br><br>                Plaintiffs,<br><br>      - against -<br><br>FTX TRADING LTD.,<br><br>                Defendant. | Adv. Pro. No. 25-50962 (KBO) |
| FTX RECOVERY TRUST,<br><br>                Plaintiff,<br><br>      - against -<br><br>RYAN SALAME and MICHELLE BOND,<br><br>                Defendants. | Adv. Pro. No. 25-52195 (KBO) |
| FTX RECOVERY TRUST,<br><br>                Plaintiff,<br><br>      - against -<br><br>GENESIS DIGITAL ASSETS LIMITED, GDA US INC., DDH (NORTH AMERICA) INC., DDH-CHOLLA, LLC, DDH-OK-1, LLC, RASHIT MAKHAT, and MARCO KROHN,<br><br>                Defendants. | Adv. Pro. No. 25-52358 (KBO) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 18, 2025 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801</u>**

---

[2] **Amended items appear in bold.**

{1368.003-W0084527.2}              3

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**
>
> <u>**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the**</u> *eCourtAppearances* <u>**tool available on the Court's website.**</u>

**ADJOURNED MATTERS:**

1. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

   <u>Status</u>: This matter is adjourned to a date to be determined.

2. Motion of Chisato Muromoto to Permit Filing of a Proof of Claim After the Bar Date and/or for Related Relief [D.I. 32956, filed on October 9, 2025]

   <u>Status</u>: This matter is adjourned to a date to be determined.

3. Ross Rheingans-Yoo's Motion to Dismiss – [*FTX Trading Ltd. et al v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 61, filed on September 26, 2025]

   <u>Status</u>: By agreement of the parties, this matter will be heard at the January 20, 2026 omnibus hearing.

4. Ross Rheingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C § 105 [D.I. 32780 & *FTX Recovery Trust v. Manifold Markets, Inc. et al*. Adv. No. 24-50214 – Adv. D.I. 60, filed on September 26, 2025]

   <u>Status</u>: By agreement of the parties, this matter will be heard at the January 20, 2026 omnibus hearing.

5. **FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim [D.I. 31846, filed on July 23, 2025]**

   <u>**Status**</u>**: By agreement of the parties, this matter will be heard at the January 20, 2026 omnibus hearing.**

6. Sealing Motion of the Joint Liquidators of Three Arrows Capital, Ltd. [D.I. 33961, filed December 11, 2025]

   Status: This matter is adjourned to the January 20, 2026 omnibus hearing.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS**:

7. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Gate Technology Incorporated et al.*, Adv. No. 24-50184 – Adv. D.I. 3, filed on December 13, 2024]

   Status: This matter is adjourned to a date to be determined.

8. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

   Status: This matter is adjourned to a date to be determined.

9. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. The Goodly Institute*, Adv. No. 24-50212 – Adv. D.I. 3, filed on November 26, 2024]

   Status: This matter is adjourned to a date to be determined.

10. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

    Status: This matter is adjourned to a date to be determined.

11. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Kurosemi Inc.*, Adv. No. 25-50635 – Adv. D.I. 3, 4 & 5, filed on May 1, 23 & 30, 2025]

    Status: This matter is adjourned to a date to be determined.

12. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Morgan and Morgan Claimants v. FTX Trading Ltd.*, Adv. No. 25-50962 – Adv. D.I. 6, filed on August 27, 2025]

    Status: This matter is adjourned to a date to be determined.

13. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Genesis Digital Assets Limited et al.*, Adv. No. 25-52358 – Adv. D.I. 3, filed on October 6, 2025]

    Status: This matter is adjourned to a date to be determined.

14. Pretrial Conference [*FTX Recovery Trust v. Salame et al.*, Adv. No. 25-52195 – Adv. D.I. 7, order entered on October 7, 2025]

    Status: This matter is adjourned to the January 20, 2026 omnibus hearing.

**MATTERS GOING FORWARD:**

15. Motion of Folkvang Ltd. to Compel Arbitration with Respect to Master Loan Agreement [D.I. 33910 & 33914, filed on November 26, 2025]

    Response Deadline: December 10, 2025 at 4:00 p.m. (ET)

    Responses Received:

    A. FTX Recovery Trust's Opposition to the Motion of Folkvang Ltd. to Compel Arbitration with Respect to Master Loan Agreement [D.I. 34092, filed on December 10, 2025]

    Related Documents:

    A. Declaration of Michael Laurens Van Rossum in Support of Motion of Folkvang Ltd. to Compel Arbitration with respect to Master Loan Agreement [D.I. 33911 & 33915, filed on November 26, 2025]

    B. Declaration of Kenneth Kansa in Support of Motion of Folkvang Ltd. to Compel Arbitration with respect to Master Loan Agreement [D.I. 33912, filed on November 26, 2025]

    C. Motion to File Under Seal Portions of (A) Motion of Folkvang Ltd. to Compel Arbitration with Respect to Master Loan Agreement and (B) Declaration of Michael Laurens Van Rossum in Support [Re D.I. 33910 and 33911] [D.I. 33913, filed on November 26, 2025]

    D. Reply in Support of Motion of Folkvang Ltd. to Compel Arbitration With Respect to Master Loan Agreement [D.I. 34114, filed on December 15, 2025]

    Status: This matter is going forward.

16. Motion to File Under Seal Portions of (A) Motion of Folkvang Ltd. to Compel Arbitration with Respect to Master Loan Agreement and (B) Declaration of Michael Laurens Van Rossum in Support [Re D.I. 33910 and 33911] [D.I. 33913, filed on November 26, 2025]

    Response Deadline: December 10, 2025 at 4:00 p.m. (ET)

    Responses Received: None

Related Documents:

A. Motion of Folkvang Ltd. to Compel Arbitration with Respect to Master Loan Agreement [D.I. 33910 & 33914, filed on November 26, 2025]

B. Declaration of Michael Laurens Van Rossum in Support of Motion of Folkvang Ltd. to Compel Arbitration with respect to Master Loan Agreement [D.I. 33911 & 33915, filed on November 26, 2025]

C. Declaration of Kenneth Kansa in Support of Motion of Folkvang Ltd. to Compel Arbitration with respect to Master Loan Agreement [D.I. 33912, filed on November 26, 2025]

D. **Certificate of No Objection Regarding Folkvang Ltd.'s Motion to File Under Seal Portions of (A) Motion of Folkvang Ltd. to Compel Arbitration with Respect to Master Loan Agreement and (B) Declaration of Michael Laurens Van Rossum in Support [D.I. 34137, filed on December 16, 2025]**

E. **Order Granting Folkvang Ltd.'s Motion to File Under Seal Portions of (A) Motion of Folkvang Ltd. to Compel Arbitration with Respect to Master Loan Agreement and (B) Declaration of Michael Laurens Van Rossum in Support [D.I. 34160, entered on December 17, 2025]**

Status: **On December 17, 2025, the Court entered an order granting the requested relief.  Accordingly, a hearing on this matter is not required.**

**INTERIM FEE APPLICATION:**

17. Tenth Consolidated Monthly and Tenth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2025 Through October 31, 2025 [D.I. 33738, filed on November 20, 2025]

Response Deadline: December 10, 2025 at 4:00 p.m. (ET)

Related Documents:

A. Certificate of No Objection [D.I. 34105, filed on December 12, 2025]

B. Certification of Counsel [D.I. 34113, filed on December 15, 2025]

C. Order Approving Tenth Interim Fee Applications of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner [D.I. 34115, entered on December 15, 2025]

Status: On December 15, 2025, the court entered an order granting the requested relief.  Accordingly, a hearing regarding this matter is not required.

| | |
|---|---|
| Dated: December 17, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust* |