# SIGN – IN SHEET

CASE NAME: FTX Trading Ltd.

COURTROOM: 3

CASE NO.:    22-11068-KBO

DATE: December 18, 2025 9:30 AM

## PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| KEN KRANSA | BRULES + THORNBURG LLP | FOLKVANG LTD. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CASE NAME: *FTX Trading Ltd., et al.,*
CASE NO: 22-11068 (KBO)

SIGN-IN SHEET

COURTROOM LOCATION: 6th Floor #3
DATE: December 18, 2025 at 9:30 am (ET)

| Name | Law Firm | Client Representing |
|---|---|---|
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Elizabeth A. Rogers | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Jacob M. Croke | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| | | |
| | | |
| | | |
| | | |
| | | |

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey | M. | Carbino | jeffrey.car bino@pier ferd.com | Pierson Ferdinand LLP | 1007 N Orange Street | The Mill, Suite 420 | Wilmingto n | DE | 19801 | 302-485- 0604 | API GP Ventures Partners LLC | 25-11640- KBO | API GP Venture Partners, LLC | Video and Audio |
| Uday | | Gorrepati | uday.gorre pati@gmai l.com | | 2725 Turtle Ridge Drive | | Bloomfiel d Township | MI | | 313-284- 7244 | | 25-11640- KBO | API GP Venture Partners, LLC | Audio Only |
| Ryan | | Hibbard | ryan.hibba rd@morga nlewis.co m | Morgan, Lewis & Bockius LLP | 101 Park Avenue | | New York | NY | 10178 | 2.12E+09 | First-Citizens Bank & Trust Company | 25-11640- KBO | API GP Venture Partners, LLC | Video and Audio |
| Zhao | | Liu | liu@teamr osner.com | The Rosner Law Group LLC | 824 Market Street, Suite 810 | | Wilmingto n | DE | 19801 | 302-777- 1111 | | 25-11640- KBO | API GP Venture Partners, LLC | Video and Audio |
| Christoph er | E. | Prince | cprince@l esnickprin ce.com | LESNICK PRINCE & PAPPAS LLP | 315 West Ninth Street, Suite 705 | | Los Angeles | CA | 90015 | 2.13E+09 | | 25-11640- KBO | API GP Venture Partners, LLC | Video and Audio |
| Jennifer | | Tullius | jtullius@t ulliuslaw. com | Tullius Law Group | 515 S. Flower St., 18th Floor | | Los Angeles | CA | 90071 | 2.14E+09 | IRC Ashland I LLC | 25-11640- KBO | API GP Venture Partners, LLC | Video and Audio |
| Landis Rath | | & Cobb | ramirez@l rclaw.com | Landis Rath & Cobb | 919 N Market | Suite 1800 | Wilmingto n | DE | 19801 | 3.02E+09 | FTX Recovery Trust | 22-11068- KBO | FTX Trading Ltd. | Video and Audio |
| Landis Rath | | & Cobb LLP | ramirez@l rclaw.com | Landis Rath & Cobb LLP | 919 N Market | Suite 1800 | Wilmingto n | DE | 19801 | 3.02E+09 | FTX Recovery Trust | 22-11068- KBO | FTX Trading Ltd. | Video and Audio |
| Michele | | Angell | mangell@ westerma nllp.com | Westerma n Ball Ederer Miller Zucker & Sharfstein, | 1201 RXR Plaza | | Westbury | NY | 11556 | 516-622- 9200 | Weiwei Ji, Sci Ventures Co., Ltd., S. Ji, Liu Jing | 22-11068- KBO | FTX Trading Ltd. | Video and Audio |
| Rick | | Archer | richard.ar cher@law 360.com | Law360 | 508 Woodland Hills Road | | White Plains | NY | 10603 | 9.14E+09 | | 22-11068- KBO | FTX Trading Ltd. | Audio Only |
| Aziza | | BEN ASKER | aziza@ben asker.com | | 47 RUE CLER | | PARIS | OU | 75007 | 3.37E+10 | Creditor | 22-11068- KBO | FTX Trading Ltd. | Video and Audio |
| Xufei | | Bai | weiqingh @gmail.co m | | Room 601, Building 19, | 555 North Zhangyang Road, | Shanghai | OU | 200129 | 1.8E+10 | | 22-11068- KBO | FTX Trading Ltd. | Video and Audio |
| Brett | | Bakemeye r | brett.bake meyer@w hitecase.c om | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819- 8200 | Foreign Represent atives of FTX Digital Markets Ltd | 22-11068- KBO | FTX Trading Ltd. | Video and Audio |
| Nicholas | | Baker | nbaker@st blaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | Skybridge Defendant s | 22-11068- KBO | FTX Trading Ltd. | Video and Audio |
| Ryan | | Beil | ryan.beil@ whitecase .com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819- 8200 | Foreign Represent atives of FTX Digital Markets Ltd | 22-11068- KBO | FTX Trading Ltd. | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Suite/Room | City | State | Zip | Amount | Extra | Case | Entity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harish | S. | Bhaskar | bhaskarh@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alex | | Bisogno | abisogno@willkie.com | Willkie Farr & Gallagher | 787 7th Avenue | | New York | NY | 10019 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Thomas | | Braziel | tom@117partners.com | | 130 Canal St., &#035;602, | | Pooler | GA | 31322 | | 646-650-5096 | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Siena | | Cerra | scerra@morrisjames.com | Morris James LLP | 3205 Avenue North Blvd. | Suite 100 | Wilmington | DE | 19803 | | 302-888-6800 Key Solution Development | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Hejie | | Chen | 59914107@qq.com | | 2812 Sterne Pl No. 65, | | Fremont | CA | 94555 | 9.5E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Qi | | Chen | chneqi1@163.com | | Lane 537, Sandazhi Road, Pujiang | Room A427 | Shanghai | NY | 201112 | 1.55E+10 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jordan | M. | Cohen | cohenjm@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| William | | Collins | wcollins@willkie.com | Willkie Farr & Gallagher | 787 7th Avenue | | New York | NY | 10019 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Saskia | E.L. | De Vries | devriess@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Christopher | J. | Dunne | dunnec@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jonah | L | Eber | jeber@haincapital.com | Hain | 301 Route 17 | | North Rutherford | NJ | 07070 | 2.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Abdelrahman | Khaled Youssef Ibrahim | Fawzy | thelordabdo@gmail.com | | 3 Makka Elmokarrama St. - El Mallaha | | Suez | OU | 43511 | 2.01009E+11 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Chad | | Flick | cflick@hudsonbaycapital.com | | 290 Harbor Drive | | Stamford | CT | 06902 | | 203-718-5691 | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Brooke | | Giddon | brooke.giddon@davispolk.com | | 450 Lexington Avenue | | New York | NY | 10017 | 9.18E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | | 313-284-7244 | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jesus | Valadez | Guerrero | dodads209@gmail.com | | 3403A Green Briar Circle | | Gulf Breeze | FL | 32563 | 2.09E+09 | Self-Represented | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Xiaotian | | He | chrisxthe@gmail.com | | Suite 1502, 199 Weichen Road | | Shanghai | OU | 200434 | -1.73E+10 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Address 2 | City | State | No. | Amount | Role | Case | Debtor | Participation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jack | | Huang | jack@oneblockcapital.com | | 11D Island Crest | 8 First St | Hong Kong | OU | 00000 | 8.53E+10 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Batoul | S.A. | Husain | batoul.husain@stblaw.com | Simpson Thacher & Bartlett LLP | 900 G Street, N.W. | | Washington | DC | 20001 | 2.13E+09 | Skybridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Preben | Eikeland | Johnsen | Pejait@outlook.com | Nomyz | Svarhagen 46 | | Stord | NY | 5416 | 004792805573 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Justin | | Kane | justin.kane@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | DC | 10017 | 2.12E+09 | Skybridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Pu | | Ke | kdx1999@gmail.com | | Room 501, Unit 3, Building 12. No. 1 Cour | Mentougou District, Beijing, China | Beijing | OU | 102300 | 8.61521E+12 | creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Pu | | Ke | kepu@superbloch.com | Pro Se | Unit 3, Building 12, No. 1 Courtyard, Gaojiiayuan E | Room 501 | Beijing | | 102399 | 8.61521E+12 | creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexa | J. | Kranzley | kranzleya@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| GK | | LU | lukgkei@hotmail.com | | Qianhai 1 Hao | | Shenzhen | OU | 580000 | 1.39E+10 | Creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| John | | Langham | al@cryptoclaims.pro | | Park ave | | New york | NY | 10500 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Mike | | Legge | legalteam@reorg.com | | 11 E 26th St | | New York | NY | 10010 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Peiyi | | Li | abc1550030776@gmail.com | | Nanshan Road | | Dongguan | | 523000 | 2.14E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Hu | | Liang | 18958060723@163.com | | 12-703, jiang nan hao yuan | | hangzhou city | OU | 310000 | -1.9E+10 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Yichao | | Lu | superjustcause@aliyun.com | | Nan&#039;an district,Chongqing Clty,China | | Chongqing | OU | 401336 | 08618725608276 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Matthew | B. | McGuire | mcguire@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Daniel | P. | O&#039;Hara | oharad@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Leah | | OFarrell | lofarrell@btlaw.com | Barnes & Thornburg LLP | 3340 Peachtree Rd NE | Suite 2900 | Atlanta | GA | 30326 | 7.82E+09 | Folkvang Key | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Tara | C | Pakrouh | tpakrouh@morrisjames.com | Morris James LLP | 3205 Avenue North Blvd. | Suite 100 | Wilmington | DE | 19803 | 302-888-6800 | Solution Development | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Suite/Line | City | State | Zip | Phone | Role | Case | Company | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wu | | Pingping | pp.wu.777 777@gmai l.com | | ROOM 901 NO.19 BUILDING 10 | LANE 1555 GULONG RD MINHANG DISTRICT | Shanghai | OU | 201101 | +86 18601723 079 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Emily | N. | Potter | pottere@s ullcrom.c om | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Rebekah | A | Presley | rebekah.pr esley@lw. com | Latham & Watkins LLP | 1271 Avenue of the Americas | | New York | NY | 10020 | 3.32E+09 | Joint Liquidator s of Three Arrows Capital | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mr. | | Purple | mr.purple. dj@gmail. com | | 1060 West Addison | | Chicago | IL | 60313 | 8.01E+09 | FTX Creditors | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Wang | | Qi | qi.wang@ nebulacha mp.com | | ROOM 901 NO.19 BUILDING 10 | LANE 1555 GULONG RD MINHANG DISTRICT | SHANGHA I | OU | 201101 | +86 18817559 019 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Krishna | | Rao | rao.krishn aprasad@ gmail.com | | 3207 Summerw ood Ln | | Alpharetta | GA | 30005 | 5.61E+09 | Self | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Howard | W | Robertson | robertson @lrclaw.c om | Landis Rath & Cobb LLP | 919 Market Street | Ste 1800 | Wilmingto n | DE | 19899 | 302-467-4426 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Samantha | L. | Rodriguez | srodriguez @morrisja mes.com | Morris James LLP | 3205 Avenue North Blvd. | Suite 100 | Wilmingto n | DE | 19803 | 302-888-6800 | Key Solution Developm ent | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Elizabeth | A. | Rogers | erogers@lr claw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite &#035;18 00 | Wilmingto n | DE | 19801 | 302-467-4435 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Melissa | L | Romano | mromano @potteran derson.co m | | 1313 N. Market Street | 6th Floor | Wilmingto n | DE | 19801 | 302-984-6000 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jeremy | W. | Ryan | jryan@pot teranderso n.com | Potter Anderson & Corroon | 1313 N. Market Street, 6th Floor | | Wilmingto n | DE | 19801 | 302-984-6108 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Rohan | | Sasso | rsasso@wi llkie.com | Willkie Farr & Gallagher | 787 7th Avenue | | New York | NY | 10019 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Ethan | | Savitch | Savitche@ sullcrom.c om | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Casey | | Sawyer | csawyer@ morrisnich ols.com | Morris Nichols Arsht and Tunnell | 1201 North Market Street | Ste 1600 | Wilmingto n | DE | 19899-1347 | 302-351-9182 | NeWurth | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Brendan | Joseph | Schlauch | schlauch @rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmingto n | DE | 19801 | 302-651-7700 x7749 | Foreign Represent atives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Haichuan | | Shang | cbox996@ gmail.com | | Funato 3-6-81 | | Kashiwa | OU | 2770802 | 8.18033E+ 11 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Last | Email | Firm | Address 1 | Address 2 | City | State | Zip | Amount | On Behalf Of | Case | Entity | Appearance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benjamin | So | benjamin.so@davispolk.com | | 450 Lexington Avenue | | New York | NY | 11017 | 9.18E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Julie | Sohnen | sohnenj@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Vahid | Soleimany | vahid.soleimaniy@gmail.com | | Floor 9 Number 11, Karimi Yarandi Alley, | Floor 9 Number 11, Karimi Yarandi Alley, | Tehran | OU | 09125335 366 | 1.66E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Alexander R. | Steiger | steiger@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 | JOLs of FTX Digital Markets Ltd. | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Vince | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| YUYANG | TIAN | allentian666@gmail.com | | 1385 Wanyuan Rd. Minhang District | 17-5-602 | Shanghai | OU | 201100 | 2.08E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Bruce | Tan | bruce@117partners.com | | 130 Canal St., &#035;602 | | Pooler | GA | 31322 | 347 759 6174 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Xiaowan | Tian | 13301282012@qq.com | Beijing DHH Law Firm | 2 Jianwai Street, Chaoyang District | | Beijing | OU | 100038 | +86 13301282012 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Xiaodong | Wang | go4ld4@gmail.com | | 18A-0141, Building 2, Yard 6, | Jiuxiangia o Rd, Chaoyang Dist | Beijing | OU | 100000 | 0852-6239-7574 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| George A | Williams | williams@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4400 | FTX RecoveryTrust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alex | Wittenberg | alex.wittenberg@law360.com | | 111 W. 19th St. | | New York | NY | 10011 | 7.16E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jing | Xu | planexcrew@gmail.com | | 12-703, Jiang Nan Hao Yuan | | Hangzhou City | OU | 310000 | -1.33E+10 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| ZHAO | YUQI | yzhaobk@gmail.com | | shanghai | | shanghai | NY | 200001 | 1.53E+10 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Fangmin | Ye | 13484041876@163.com | | Kin Fat Lane, Tuen Mun | | HongKong | OU | 000000 | +852 84971920 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Becky | Yerak | becky.yerak@wsj.com | Wall Street Journal | 401 Justison St. | suite 347 | Wilmington | DE | 19801 | 3.13E+09 | News Corp | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Junchen | You | junchen.you@uq.net.au | Unilodge Herston | 86. Bramston Tce Herston | ROOM 7014 | Brisbane | NY | 4006 | 04906670 15 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jonathan | Youngwood | jyoungwood@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | DC | 10017 | 2.12E+09 | Skybridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Address 2 | City | State | Zip | Phone | Role | Case | Debtor | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hejia | | Zhao | hz263@cornell.edu zmoki688@gmail.com | | 11B, Mood Lyndhurst Kojimacho | 38 Lyndhurst Terrace | Hong Kong | OU | 999077 | -1.89E+10 | myself | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Zengrui | | Zhao | @gmail.com | | 1-1-1, Choufu | | Tokyo | OU | 1820026 | +81 090-4157-3784 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Benjamin | | Zonenshayn | zonenshaynb@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Zifeng (Maple) | | Zou | lingualsmart@gmail.com | | 6 Robin Rd | | Lynnfield | MA | 01940 | 3.39E+09 | Interpreter | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| bu | | ang | oqo6a8@gmail.com | | china | | china | NY | 111111 | 1.11E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mike | Laurens | van Rossum | mike@folkvang.io | | 1 N Wacker Dr | &#035;4400 | Chicago | IL | 60606 | (312) 357-1313 | Folkvang Ltd. | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |