**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 33681 & 33684 |

RECEIVED
2025 DEC 19 A 8:45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

### RESPONSE OF VIVEK MANJUNATH TO NOTICE OF SATISFACTION OF CLAIM NO. 5371820 [D.I. 33681, redacted and D.I. 33684, sealed]

- **Claimant Name and Address:**

  - Claimant Name: Vivek Manjunath
  - Claimant Address: 227 West St. #422, Brooklyn, NY 11222
  - Phone/Email: (949) 636-8279 / msg4vivekm@gmail.com

- **Claim Details:**

  - Claim/Schedule Number: 5371820
  - Claimed Amount: **$2,800.00**
  - Basis of Claim: Customer funds held in a non-interest-bearing account on the FTX platform as of the Petition Date (November 11, 2022).

1) **Denial of Full Satisfaction:**

   The Claimant, Vivek Manjunath, disputes the FTX Recovery Trust's determination that Claim No. 5371820 in the amount of $2,800.00 has been satisfied in full.

2) **Specific Factual Basis for Opposition:**

   The Notice of Satisfaction incorrectly concludes that the Claimant's $2,800.00 claim has been fully paid. To date, the Claimant has received a distribution in the amount of **$0.00**

3) **Refutation of Postpetition Withdrawal:**

   - The basis for the alleged satisfaction appears to include a deduction for a supposed postpetition withdrawal of cryptocurrency and/or fiat currency. The Claimant specifically denies that any such withdrawal was successfully executed or completed.

- The Claimant placed a withdrawal request shortly before or immediately after the Petition Date (November 11, 2022). However, this request was ultimately **CANCELLED** by the Debtors' systems.
- Evidence of this cancellation is demonstrated by two (2) separate email notifications sent by FTX to the Claimant, dated Friday, November 11, 2022 10:19:03 AM and Friday, November 11, 2022 10:45:31 AM, respectively, which explicitly state that the withdrawal request was **"Cancelled"** and the funds were never successfully transferred out of the exchange and into the Claimant's possession. These emails are attached hereto as Exhibit A and Exhibit B and are incorporated by reference.
- The total of the cancelled withdrawals is $2,800.00 USD (calculated as 1,432.00 USDC + 1,368.00 USDC) which fully accounts for the balance the Debtors claim was satisfied.

4) **Conclusion:**

- Because the attempted withdrawal was cancelled and the funds were never delivered, the value of the assets related to that transaction was never removed from the Claimant's account balance for the purpose of the bankruptcy claim. Therefore, the Notice of Satisfaction incorrectly calculates the allowed and paid amount, and the remaining allowed balance of **$2,800.00** remains due and owing.

WHEREFORE, the Claimant, Vivek Manjunath, respectfully requests that the Court enter an Order:

- A. Sustaining this Response/Objection to the Notice of Satisfaction.
- B. Determining that Claim No. 5371820 remains an allowed claim to the extent of the unpaid balance, which is currently **$2,800.00**.
- C. Granting the Claimant such other and further relief as is just and equitable.

**Dated:** December 16, 2025

**Respectfully Submitted,**

*[signature: Vivek Manjunath]*

Vivek Manjunath, Claimant Pro Se

**CERTIFICATE OF SERVICE** I hereby certify that on this December 16, 2025, I caused a true and correct copy of the foregoing Response to be served via U.S. First-Class Mail, postage prepaid upon the following parties:

- **Counsel to the FTX Recovery Trust:** Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Kimberly A. Brown and Elizabeth A. Rogers
- **NY Lead Counsel:** Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004
- **Claims Agent:** Kroll Restructuring Administration LLC, FTX Trading Ltd. Claims Processing, G.P.O. Box 270, New York, NY 10001

## Exhibit A

**From:** support=ftx.us@mg.ftx.us <support=ftx.us@mg.ftx.us> on behalf of FTX US <support@ftx.us>
**Sent:** Friday, November 11, 2022 10:19:03 AM
**To:** msg4vivekm@gmail.com <msg4vivekm@gmail.com>
**Subject:** USDC withdrawal cancelled

Hello Vivek Manjunath,

Your withdrawal of 1432.00000000 USDC to the address ending in tLXH has been cancelled.

## Exhibit B

**From:** support=ftx.us@mg.ftx.us <support=ftx.us@mg.ftx.us> on behalf of FTX US <support@ftx.us>
**Sent:** Friday, November 11, 2022 10:45:31 AM
**To:** msg4vivekm@gmail.com <msg4vivekm@gmail.com>
**Subject:** USDC withdrawal cancelled

Hello Vivek Manjunath,

Your withdrawal of 1368.00000000 USDC to the address ending in tLXH has been cancelled.


