# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>FTX TRADING LTD., *et al.*,<br>                   Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
## AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Norman L. Pernick of Cole Schotz P.C., hereby withdraws his appearance as counsel to Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P. in the above-captioned bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists and the Court's CM/ECF electronic notification list.

Dated: December 23, 2025
       Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Norman L. Pernick*
Norman L. Pernick (No. 2290)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: npernick@coleschotz.com

– and –

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Elie J. Worenklein (admitted *pro hac vice*)
Michael C. Godbe (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone:   (212) 909-6000
Facsimile:   (212) 909-6836
Email: nlabovitz@debevoise.com
          eworenklein@debevoise.com
          mcgodbe@debevoise.com

*Counsel to Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P.*

65547/0001-52002252v1