## Exhibit 1: Disputed Claims Reserve

### Claims and Reserves

| USD in Millions | | Disputed Claims Reserve | | | | | |
|---|---|---|---|---|---|---|---|
| Class | Allowed / Reconciled | Estimated Allowed | Estimated Disallowed | Total Disputed Claims Reserve | Total Claims and Reserve | Financial Projections | Excess to Fin. Projections |
| Ref: | [A] | [B] | [C] | [B + C = D] | [A + D = E] | [F] | [E - F = G] |
| Class 5A | $ 7,662 | $ 890 | $ 1,021 | $ 1,911 | $ 9,573 | $ 8,026 | $ 1,547 |
| Class 5B | 135 | 6 | 1 | 7 | 142 | 168 | (27) |
| **Total Class 5** | $ 7,796 | $ 896 | $ 1,022 | $ 1,918 | $ 9,714 | $ 8,194 | $ 1,520 |
| Class 6A | 420 | 492 | 149 | 641 | 1,061 | 1,133 | (73) |
| Class 6B | 577 | 25 | 2 | 27 | 603 | 642 | (39) |
| **Total Class 6** | $ 996 | $ 516 | $ 151 | $ 667 | $ 1,664 | $ 1,776 | $ (112) |
| Class 7A | 683 | 64 | 226 | 290 | 973 | 864 | 109 |
| Class 7B | 89 | 4 | 12 | 16 | 104 | 144 | (40) |
| Class 7C | 2 | 0 | 0 | 0 | 2 | 3 | (0) |
| **Total Class 7** | $ 774 | $ 69 | $ 238 | $ 306 | $ 1,080 | $ 1,011 | $ 69 |
| **Total** | $ 9,566 | $ 1,480 | $ 1,411 | $ 2,892 | $ 12,458 | $ 10,981 | $ 1,477 |

### Claims by Count

| | | Disputed Claims Reserve | | | | | |
|---|---|---|---|---|---|---|---|
| Class | Allowed / Reconciled | Estimated Allowed | Estimated Disallowed | Total Disputed Claims Reserve | Total Claims and Reserve | Financial Projections | Excess to Fin. Projections |
| Ref: | [A] | [B] | [C] | [B + C = D] | [A + D = E] | [F] | [E - F = G] |
| Class 5A | 8,896 | 1,280 | 408 | 1,688 | 10,584 | 10,463 | 121 |
| Class 5B | 462 | 22 | 4 | 26 | 488 | 581 | (93) |
| **Total Class 5** | 9,358 | 1,302 | 412 | 1,714 | 11,072 | 11,044 | 28 |
| Class 6A | 115 | 68 | 50 | 118 | 233 | 157 | 76 |
| Class 6B | 31 | 3 | 1 | 4 | 35 | 63 | (28) |
| **Total Class 6** | 146 | 71 | 51 | 122 | 268 | 220 | 48 |
| Class 7A | 171,404 | 19,592 | 8,551 | 28,143 | 199,547 | 451,494 | (251,947) |
| Class 7B | 32,799 | 2,652 | 48 | 2,700 | 35,499 | 167,428 | (131,929) |
| Class 7C | 166 | 23 | 23 | 46 | 212 | 210 | 2 |
| **Total Class 7** | 204,369 | 22,267 | 8,622 | 30,889 | 235,258 | 619,132 | (383,874) |
| **Total** | 213,873 | 23,640 | 9,085 | 32,725 | 246,598 | 630,396 | (383,798) |