# EXHIBIT A

TECH

# Binance backs out of FTX rescue, leaving the crypto exchange on the brink of collapse

PUBLISHED WED, NOV 9 20223:55 PM ESTUPDATED THU, NOV 10 20227:58 AM EST

 **MacKenzie Sigalos**
@KENZIESIGALOS

 **Kate Rooney**
@KR00NEY

WATCH LIVE
SHARE

## KEY POINTS

Binance is backing out of its plans to acquire FTX, the company said Wednesday.

"The issues are beyond our control or ability to help," Binance said in a tweet.

FTX, which was valued at $32 billion earlier this year, is now in jeopardy of collapsing.



**VIDEO** 03:00

**Binance walks away from FTX deal according to Dow Jones report**

Binance is backing out of its plans to acquire FTX, the company said Wednesday, leaving Sam Bankman-Fried's crypto empire on the verge of collapse.

The reversal comes one day after Binance CEO Changpeng Zhao announced that the world's largest cryptocurrency firm had [reached a nonbinding deal](#) to buy FTX's non-U.S. businesses for an undisclosed amount, rescuing the company from a liquidity crisis. Earlier this year, FTX was valued at $32 billion by private investors.

"In the beginning, our hope was to be able to support FTX's customers to provide liquidity," Binance said in a tweet Wednesday. "But the issues are beyond our control or ability to help."

On Monday night, facing a liquidity crunch, Bankman-Fried was scrambling to raise money from venture capitalists and other investors before he went to Binance, [according to sources with](#) knowledge of the matter. Zhao initially agreed to step in, but his company quickly changed course, citing reports of "mishandled customer funds and alleged U.S. agency investigations."

It's unclear who is next in line to buy the beleaguered crypto exchange. Bankman-Fried told investors that the company is facing a shortfall of up to $8 billion from withdrawal requests and needs emergency funding, according to a person familiar with the matter.

### Read more about tech and crypto from CNBC Pro

[This self-driving car technology stock could pop by more than 400%, say three analysts](#)

[Looking for alternatives to Nvidia? Futurum CEO names 3 he's bullish on for 2024](#)

[Bernstein tech analyst's best idea for 2024 is to short Tesla](#)

[Morgan Stanley picks 'alpha' opportunities in China tech - giving one 52% upside](#)

The disintegration of the Binance-FTX deal is the latest chapter in a shocking collapse that's rocked the crypto world this week. Bankman-Fried tried to reassure investors just on Monday that the company's assets were fine. But after Binance's Zhao said publicly that his company was selling its holdings in FTX's native token [FTT](#), the sell-off was on, and FTX could do nothing to stop it.

One of Silicon Valley's most prominent VC firms, Sequoia Capital, sank $210 million into the company, according to independent reporter [Eric Newcomer](#). FTX was telling investors

Binance backs out of FTX rescue, leaving the crypto exchange on the brink of collapse

recently that its operating income in 2022 was projected to drop to $144 million this year, down from $338 million in 2021, while revenue was projected to rise to $1.1 billion from $1 billion last year, Newcomer reports.

Bankman-Fried said Tuesday that customers had demanded withdrawals to the tune of $6 billion. He also deleted tweets from the prior day indicating that FTX had enough assets to cover clients' holdings.

Zhao told Binance employees in a memo earlier Wednesday that he "did not master plan" the collapse of FTX. He said FTX going down is "not good for anyone in the industry" and employees should not "view it as a win for us."

He also told them not to trade FTT tokens while this ordeal unfolds.

"If you have a bag, you have a bag," he wrote. "DO NOT buy or sell."

FTT had already lost 80% of its value between Monday and Tuesday, falling to $5 and wiping out more than $2 billion in a day. It dropped by more than half on Wednesday to around $2.30, shrinking the total value of circulating tokens to roughly $308 million.

Cryptocurrencies have plummeted amid the deal turmoil, with bitcoin    falling 15% on Wednesday after a 13% drop on Tuesday. It's trading below $16,000 for the first time since November 2020. Ether   , meanwhile, has plunged more than 30% over the past two days and is close to falling below $1,000.

**Here's the company's full statement:**

*"As a result of corporate due diligence, as well as the latest news reports regarding mishandled customer funds and alleged US agency investigations, we have decided that we will not pursue the potential acquisition of FTX.com.*

*In the beginning, our hope was to be able to support FTX's customers to provide liquidity, but the issues are beyond our control or ability to help.*

*Every time a major player in an industry fails, retail consumers will suffer. We have seen over the last several years that the crypto ecosystem is becoming more resilient and we believe in time that outliers that misuse user funds will be weeded out by the free market.*

*As regulatory frameworks are developed and as the industry continues to evolve toward greater decentralization, the ecosystem will grow stronger."*



**VIDEO**  05:02
**Crypto investors still rattled by FTX liquidity issue**

*Correction: FTX was telling investors its operating income was projected to drop to $144 million this year, down from $338 million in 2021.*

# EXHIBIT B

**The New York Times** | https://www.nytimes.com/2022/11/09/technology/ftx-binance-crypto.html

# Binance Pulls Out of Deal to Acquire Rival Crypto Exchange FTX

The rapid collapse of FTX, built by the billionaire Sam Bankman-Fried, suggests that no company in the freewheeling, loosely regulated crypto industry is safe.



**By David Yaffe-Bellany**
David Yaffe-Bellany, based in San Francisco, writes about the crypto industry and financial technology companies.

Nov. 9, 2022

> **Sign up for the On Tech newsletter.**  Get our best tech reporting from the week. Get it sent to your inbox.

It was a stunning fall for a celebrated executive who was leading the crypto industry's charge into the mainstream of finance.

Over the last two years, Sam Bankman-Fried, a 30-year-old entrepreneur, built a crypto exchange called FTX into a $32 billion company. He spent hundreds of millions of dollars to prop up struggling crypto firms. And he became a major political donor to Joseph R. Biden Jr.'s presidential campaign as well as a frequent, welcome presence in the halls of Congress.

Then, in a matter of days, it was suddenly Mr. Bankman-Fried who needed a bailout, thanks in large part to Twitter posts from a rival that questioned the stability of FTX's business. The tweets sparked what was essentially a three-day bank run of an estimated $6 billion that sent FTX into crisis.

The rival, Changpeng Zhao, the chief executive of a bigger crypto exchange called Binance, agreed to bail out FTX. But FTX's future grew murkier on Wednesday when Binance abruptly said the deal was off. Without much explanation, the company said in a statement that its executives changed their minds because of regulatory concerns and issues with "corporate due diligence."

The deal's collapse has sent shudders through the entire crypto industry. The uncertainty around the future of FTX has become an existential threat to young crypto businesses as they struggle to convince Wall Street, regulators and mainstream consumers that they are trustworthy. As news spread of FTX's collapse, crypto markets took a battering, with Bitcoin and Ether both dropping more than 20 percent in value since Tuesday.

While the size of the hole in FTX's balance sheet will ultimately depend on the amount that customers were able to withdraw, it could be as much as $8 billion, according to a person familiar with the figures, who was not authorized to discuss them.

On Wednesday evening, Sequoia Capital, one of FTX's largest backers, said it now considered its $213 million investment worthless in a letter to its own investors. The firm said FTX was at risk of bankruptcy, though it didn't know "the full nature and extent" of the risk.

"This episode highlights the vulnerability of the entire crypto edifice," said Eswar Prasad, a Cornell University economics professor. "Even large and apparently financially solid institutions turn out to have fragile and shaky foundations that crumble at the least hint of trouble."

Many of crypto's foundational myths have already been punctured this year, and FTX's rapid fall suggests that no company in this freewheeling, loosely regulated industry is safe from extreme volatility.

FTX's business was built on a type of risky trade — in which investors borrow money to make big bets on the future value of cryptocurrencies — that remains illegal in the United States. But Mr. Bankman-Fried started a smaller U.S. affiliate

that offered more conservative trading options, while lobbying American regulators to approve the riskier model. As the company grew, he became a prolific political donor, contributing more than $5 million to Mr. Biden's 2020 election effort.

Late Wednesday, Binance issued an unusually harsh statement explaining why it backed out of the deal, citing "mishandled customer funds" and investigations by regulators. The investigations could not be confirmed, and Binance did not offer details.

"Every time a major player in an industry fails, retail consumers will suffer," Binance said in its statement. "We have seen over the last several years that the crypto ecosystem is becoming more resilient, and we believe in time that outliers that misuse user funds will be weeded out by the free market."

FTX declined to comment on Binance's pullout from the deal. In an internal message to employees viewed by The New York Times, Mr. Bankman-Fried said: "I'm working, as quickly as I can, on next steps here. I wish I could give you all more clarity than I can. I completely understand if you want to step away, and don't blame you at all for it."

He added that Binance "had not previously informed us or expressed those reservations."

Unlike some other crypto companies that have imploded this year, FTX was almost a mainstream brand. Mr. Bankman-Fried ran a commercial during the Super Bowl and bought the naming rights to the Miami Heat's basketball arena. He was profiled in virtually every major news outlet, including The Times, and has nearly a million followers on Twitter.

"It's like if the person you thought was Hermione actually turned out to be Voldemort," the crypto journalist Laura Shin tweeted on Wednesday.

The crisis started after reports circulated over the weekend that one of Mr. Bankman-Fried's businesses was on shaky financial footing. Mr. Zhao, who is known online as CZ, amplified the reports on Twitter, sparking a bank run that crippled FTX.

"CZ executed a pincer movement," said Lee Reiners, a crypto expert who teaches at Duke University Law School. "He surprised all of us."

As the company collapsed, FTX's venture investors were in the dark about Mr. Bankman-Fried's plans, and employees had little guidance. Other companies distanced themselves. "There can't be a 'run on the bank' at Coinbase," Alesia Haas, that U.S. crypto exchange's chief financial officer, wrote in a blog post. "We hold customer assets 1:1."

The announcement that Binance would take over FTX was initially greeted with cautious optimism in some quarters of the crypto community. But complications emerged quickly, according to a person familiar with the matter: FTX employees were departing, the person said, and Binance had trouble determining the exact size of the hole in the company's books.

Mr. Bankman-Fried's rise began in 2017 when he founded Alameda Research, a crypto trading firm that made a fortune exploiting arbitrage opportunities in the Bitcoin market. He parlayed that success into the creation of FTX, which was based in Hong Kong before relocating to the Bahamas last year.



Mr. Bankman-Fried was lobbying Washington on behalf of the crypto industry. Erika P. Rodriguez for The New York Times

He also embarked on a marketing blitz. In April, Mr. Bankman-Fried hosted a glamorous conference in the Bahamas, where he appeared onstage with former President Bill Clinton and former Prime Minister Tony Blair of Britain. At one point, he was worth an estimated $24 billion, according to Forbes, making him the second-richest crypto businessman, behind Mr. Zhao. Mr. Bankman-Fried vowed to one day give his entire fortune away.

When the crypto market crashed in May, Mr. Bankman-Fried was hailed as a savior. He lent $485 million to the troubled crypto company Voyager Digital and bailed out BlockFi, a crypto lending firm, with a $400 million credit line. FTX also established a presence in Washington and held talks with the Securities and Exchange Commission about registering as an exchange under the agency's jurisdiction, according to a person familiar with the matter. (Spokesmen for FTX and the S.E.C. declined to comment on the talks.)

But this fall, Mr. Bankman-Fried started to face blowback in the industry. Crypto enthusiasts criticized him for supporting regulatory proposals that they viewed as an affront to the philosophical principles of the technology.

Then last week, the crypto publication CoinDesk reported on a leaked balance sheet showing that a large portion of Alameda's assets consisted of FTT, a token that FTX had invented to ease trading on its platform. The news stoked fears that a plunge in FTT's value could cripple both FTX and Alameda, which are closely entangled.

A former FTX investor, Mr. Zhao still held a large quantity of FTT, which Mr. Bankman-Fried had given to him to buy back equity in FTX. Mr. Zhao also seemed to be growing disgruntled with Mr. Bankman-Fried. In October, Mr. Bankman-Fried had made a joke on Twitter suggesting that Mr. Zhao was not allowed to enter Washington, an apparent reference to the scrutiny that Binance has reportedly faced from the S.E.C. No action has been taken.

Over the weekend, Mr. Zhao announced on Twitter that Binance would sell its holdings of FTT. He insisted that he was not engaging in a "move against a competitor." But he later compared the FTT token to Luna, a cryptocurrency that crashed in May, setting off a broader crisis.

"We won't support people who lobby against other industry players behind their backs," he added on Twitter.

The impact was immediate. As customers rushed to withdraw funds, Mr. Bankman-Fried said on Twitter that "a competitor is going after us with false rumors."

Around the same time, Mr. Bankman-Fried was calling possible investors as he tried to raise money, two people familiar with the conversations said. But it was not clear how much he would need, one person said. The stakes were clearly high, though: Mr. Bankman-Fried explained that FTX was in an emergency situation, according to the other person.

On Tuesday, Mr. Bankman-Fried struck the agreement with Mr. Zhao. "Binance has shown time and again that they are committed to a more decentralized global economy," he wrote. "We are in the best of hands."

When the deal collapsed, he apologized to staff in the internal message. "I'm deeply sorry that we got into this place, and for my role in it," he said. "That's on me, and me alone."

The meltdown has attracted attention in Washington. Gary Gensler, the chair of the S.E.C., alluded to it in public remarks on Wednesday. And the Commodity Futures Trading Commission is looking into the collapse of FTX, a person familiar with the matter said. A spokesman said the agency was "closely monitoring" the situation.

Mr. Bankman-Fried had been scheduled to give a talk to Goldman Sachs employees on Thursday, according to a Goldman employee familiar with the plans, but it wasn't clear whether the event would go ahead. (A Goldman spokeswoman

did not respond to a request for comment.) On Wednesday evening, a notice on FTX's website said the company was not processing withdrawals. Alameda's website was set to private and no longer viewable.

Mr. Bankman-Fried's fall from grace was also reflected in the size of his fortune. According to a Bloomberg wealth index, the executive, now worth $991.5 million, is no longer a billionaire.

Lauren Hirsch, Mike Isaac and Erin Griffith contributed reporting.

**David Yaffe-Bellany** covers cryptocurrencies and fintech. He graduated from Yale University and previously reported in Texas, Ohio, Connecticut and Washington, D.C.

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Implosion of Trusted Exchange Shakes Cryptocurrency Faithful

# EXHIBIT C



**FTX** ✓
@FTX_Official

Ø  ⋯

FTX Announcement Regarding the Tron Credit Facility:

We are pleased to announce that we have reached an agreement with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets.

12:48 PM · Nov 10, 2022

💬 869          🔁 2.9K          ♡ 6.9K          🔖 132          ↥

| J | Post your reply | **Reply** |
|---|---|---|

**FTX** ✓ @FTX_Official · Nov 10, 2022                    Ø  ⋯
This functionality will be enabled at 18:30 UTC, November 10, 2022.

The exact capacity of the Tron Token facility will be determined weekly and future injections will occur at 14:00 UTC. The amount to be deposited will depend on a number of factors such as withdrawal demand...

💬 30          🔁 53          ♡ 487          ￨￨￨          🔖 ↥

**FTX** ✓ @FTX_Official · Nov 10, 2022                    Ø  ⋯
...and funding capacity to be provided by Tron. By providing a set schedule of the amount of tokens to be introduced into the market and the corresponding time, our goal is to provide more clarity to the market allowing users to make better informed decisions.

💬 11          🔁 32          ♡ 373          ￨￨￨          🔖 ↥



**FTX** ✓ @FTX_Official · Nov 10, 2022

As part of this agreement, we will be disabling Tron deposits for all users during this period. The only deposits will be the pre-announced deposits conducted weekly by the Tron Team. Initially, $13,000,000 of assets will be deployed to facilitate such swaps.

💬 39        🔁 83        ♡ 429        ᵢₗᵢ                    🔖  ⬆

**FTX** ✓ @FTX_Official · Nov 10, 2022

Information on future capital injections will be shared on a weekly basis.

We sincerely appreciate your patience and support of FTX during this period! And we hope to have more information to share in the near future. We are also very grateful to the Tron team for stepping...

💬 5        🔁 15        ♡ 180        ᵢₗᵢ                    🔖  ⬆

**FTX** ✓ @FTX_Official · Nov 10, 2022

...up to assist us in these hard times and provide support for the wider crypto industry.

Please note, these markets (TRX, BTT, JST, SUN, and HT) may experience high levels of volatility. Please ensure you understand the details of this arrangement and any associated risks...

💬 17        🔁 20        ♡ 195        ᵢₗᵢ                    🔖  ⬆

**FTX** ✓ @FTX_Official · Nov 10, 2022

before taking any actions. If you have any questions, don't hesitate to reach out through support channels or our official telegram channel:

t.me
FTX - Built By Traders, For Traders
Cryptocurrency Derivatives Exchange Futures |
Leveraged Tokens | OTC www.ftx.com FTX Services...

# EXHIBIT D



Earn with                                            Sign In

Analysis

# FTX and TRON Have Launched a Highly Suspicious Withdrawal Scheme

by **Tom Carreras**                                    **Nov. 10, 2022**

The failing exchange appears to be taking advantage of desperate customers trying to withdraw their funds through a bizarre new arrangement with TRON.



*Shutterstock cover by ymcgraphic*

## Key Takeaways

- FTX is enabling its users to withdraw their funds, but only if they buy select tokens from the TRON network.

- These tokens—TRX, BTT, JST, SUN, and HT—are trading at a steep mark-up on FTX compared to other platforms.

- Some suspect FTX may be trying to arbitrage its way into plugging the $9.4 billion hole in its balance sheet.



Earn with                           Sign In

 

Some FTX users can now withdraw their funds from the exchange, but only by surrendering 80% of the value of their portfolio to arbitrageurs.

## A Deal With the Devil

FTX has a questionable rescue plan for some of its users.

The collapsing crypto exchange announced today that it had reached an agreement with the TRON blockchain to allow holders of TRX, BTT, JST, SUN, and HT—the major coins of the TRON ecosystem—to withdraw their tokens from FTX at 18:30 UTC.

Rumors of TRON's involvement began circulating late yesterday, and the official announcement sent the tokens soaring in price on the exchange. At the time of writing, TRX is trading on FTX for $0.32, BTT for $0.00000382, JST for $0.17, SUN for $0.029, and HT for $29.8, though prices are rapidly evolving. These are significantly different prices from the quotes found outside of the exchange: on Binance, TRX is trading for $0.05 and BTT for $0.00000073, and on Huobi Global JST is exchanging for $0.023, SUN for $0.0057, and HT for $6.35.

This means that FTX users, should they wish to withdraw their funds, must accept to buy TRON coins from FTX at a significant markup compared to the price at which they will be able to sell them on solvent exchanges. In other words, they will only be able to withdraw their funds from FTX if they voluntarily take a loss ranging from 78% to 86%.

Worse still, it appears that TRON will only deploy $13 million worth of funds into FTX's books for the time being, meaning that there are no guarantees that users will be able to withdraw their funds even if they buy the coins at exorbitant prices.



The scheme obviously sets up huge arbitrage opportunities for any market-makers with access to FTX's order books, as it allows them to buy "cheap" TRON tokens from solvent exchanges and sell them to FTX customers for much higher prices. As it so happens, Alameda Research—the quant trading company founded by FTX CEO Sam Bankman-Fried—is known for specializing in arbitrage.

In the end, what matters is that FTX may be attempting to partially plug the $9.4 billion hole in its balance sheet by forcing its captive users to surrender about 80% of their portfolio to the arbitrageurs it has set up (with no guarantee that they will be able to withdraw their funds). It's notable that while FTX announced the TRON scheme only an hour ago, the five coins selected have been trading at marked-up prices since 05:00 or 06:00 UTC—depending on the token—or about 11 or 12 hours before the announcement.

It would therefore be quite natural to suspect that FTX is purposefully inflating the price of its tokens, that it gave a head start to insiders, or both. The suspicion is exacerbated by on-chain data indicating that select FTX users were allowed to withdraw funds through the Ethereum network. It took more than two hours for the official FTX account to clarify that these withdrawals were enabled for certain Bahamanian customers in accordance with that country's regulations. FTX is headquartered in the Bahamas.

*Disclaimer: At the time of writing, the author of this piece owned BTC, ETH, and several other cryptocurrencies.*



Earn with                                    Sign In

      

<u>DISCLAIMER</u>

## Trending News

### SEC vs Ripple court appeal paused as XRP case nears resolution

Regulation  ·  Apr. 16, 2025

### Gold, Bitcoin surge after Trump says 'he who has the gold makes the rules'

Markets  ·  Apr. 21, 2025

### $10 trillion Charles Schwab plans to launch spot crypto trading in next 12 months, says CEO

Business  ·  Apr. 19, 2025

### Paydify launches to enable businesses worldwide to accept crypto payments

Press Release  ·  Apr. 22, 2025

### BingX marks 7 years with grand celebrations at TOKEN2049 Dubai

Press Release  ·  Apr. 22, 2025

About Us        Advertising        Team
Disclaimer

  

© Decentral Media and Crypto Briefing® 2025.



# EXHIBIT E

**FTX TERMS OF SERVICE**

Date: May 13, 2022

The following terms and conditions of service, together with any other documents expressly incorporated herein, (collectively, the **"Terms"**) constitute an agreement between you (**"you"**, **"your"** or **"User"**) and FTX Trading Ltd, a company incorporated and registered in Antigua and Barbuda (company number 17180) (**"FTX Trading"**, **"we"**, **"our"** or **"us"**), or a Service Provider in respect of a Specified Service, and apply to your use of:

(A)     the Exchange and any Specified Service that may be offered to you by a Service Provider (collectively, the **"Platform"**), as a User to buy, sell, exchange, hold, stake, lend, borrow, send, receive or otherwise transact in (together, **"transact in"**) or list Digital Assets;

(B)     the FTX Application Programming Interface (**"API"**); and

(C)     any other services offered through the FTX website (ftx.com) (the **"Site"**) or any Mobile Application,

         (together, the **"Services"**).

By registering for a Platform account (**"Account"**) or using the Services, you agree that you have read, understand and accept the Terms, including our Privacy Policy, Security Policy and Fee Schedule, and you acknowledge and agree that you will be bound by and comply with the Terms. Do not proceed with registering for an Account, or using the Services, if you do not understand and accept the Terms in their entirety.

Section 21 (*Right to change, suspend or discontinue Services*) and Section 22 (*Updates to Terms*) set out the terms on which we may, from time to time, change, suspend, or discontinue any aspect of the Services and amend any part of the Terms.

Our Services are not offered to Restricted Persons (as defined in Section 3.3.1(A) below) or persons who have their registered office or place of residence in the United States of America or any Restricted Territory (as defined in Section 3.3.1(A) below).

FTX Trading's relationship with you under the Terms is as a trading platform provider only. FTX Trading does not act as principal or counterparty with respect to trades entered into on the Platform. Notwithstanding the foregoing:

(A)     FTX Trading may act as a counterparty for limited trades made for the purpose of liquidating fees collected on User trades; and

(B)     Affiliates of FTX Trading may execute trades on the Platform provided, however, that such Affiliates shall not be afforded any priority in trade execution.

Save in certain limited circumstances set out in Section 38.13 (*Exception to arbitration*), Section 38.12 (*Arbitration*) requires all Disputes to be resolved by way of legally binding arbitration on an individual basis only and not as a claimant or class member in a purported class or representative action. There is no judge or jury in arbitration and court review of an arbitration award is limited.

The laws of some jurisdictions may limit or not permit certain provisions of the Terms, such as arbitration, indemnification, the exclusion of certain warranties or the limitation of certain liabilities. In such a case, such provisions will apply only to the maximum extent permitted by the laws of such jurisdictions.

In the Terms, unless the context otherwise requires, the definitions and rules of interpretation set out in Schedule 1 shall apply.

1.      **STRUCTURE OF TERMS**

1.1     The Terms comprise:

         1.1.1     the general terms and conditions set out above, in Sections 1 (*Structure of Terms*) to 38 (*General*), and in Schedule 1 (*Definitions and Interpretation*), which

apply generally to you, your registration and use of an Account, and your use of the Services (**"General Terms"**);

1.1.2    the policies, schedules and other documents of FTX Trading and its Affiliates incorporated by reference into the Terms, including our Privacy Policy, Security Policy and Fee Schedule (**"FTX Policies"**); and

1.1.3    the terms and conditions set out in each Service Schedule, which shall also apply to the Specified Service referred to therein.

1.2    To the extent there is any conflict or inconsistency between the modules of the Terms, such conflict or inconsistency shall be resolved in the following order of precedence, unless a term or condition set out in a document of lower precedence is expressly identified as taking precedence over a document of higher precedence: General Terms, Service Schedules, Fee Schedule, Privacy Policy, Security Policy and other FTX Policies.

1.3    **IMPORTANT:** You acknowledge and agree that any Specified Service referred to in a Service Schedule shall be provided to you by the Service Provider specified in that Service Schedule. In such case, the Specified Service shall be provided to you on and subject to the Terms, with references in these General Terms to "FTX Trading" (or "we", "our" or "us") being read as references to the Service Provider specified in the Service Schedule, unless the context provides otherwise, and under no circumstances shall any other person, including any Affiliate of the Service Provider, be liable to you for the performance of any of the Service Provider's obligations under the Terms.

2.    **RISK DISCLOSURES**

Before beginning to use the Services, you should ensure you have read and understand (and you represent and warrant that you have read and understand) the following risk disclosures and the risk disclosures set out in the Service Schedules. You should note that this is not an exhaustive list of all of the risks associated with Digital Assets and the Services.

2.1    **No advice and no reliance**

2.1.1    FTX Trading does not advise on the merits of any particular transaction, trading risks, or tax consequences, and FTX Trading does not provide any other financial, investment, taxation or legal advice in connection with the Services. To the extent that we or our representatives provide market commentary, or any other information, the act of doing so is incidental to your relationship with us and such information should not be construed as investment or financial advice. Any decision by you to use the Services and transact in Digital Assets is your own independent decision. You represent that you are not relying on any communication (written or oral) by us as investment advice or as a recommendation to use the Services and transact in Digital Assets. FTX Trading will not be liable for any loss suffered by you or any third party.

2.1.2    You accept the risk of trading Digital Assets. In entering into any transaction on the Platform, you represent that you have been, are, and will be solely responsible for making your own independent appraisal and investigations into the risks of such transaction and the underlying Digital Asset. You represent that you have sufficient knowledge, market sophistication, professional advice and experience to make your own evaluation of the merits and risks of any transaction entered into on the Platform or any underlying Digital Asset.

2.1.3    FTX Trading is not your broker, intermediary, agent, or advisor and has no fiduciary relationship or obligation to you in connection with any trades or other decisions or activities effected by you using the Services.

2.2    **Digital Asset transfers and volatility**

2.2.1    Trading in Digital Assets can be extremely risky and volatile. Digital Assets may have unique features that make them more or less likely to fluctuate in value.

Factors beyond FTX Trading's control, such as regulatory activity or unexplainable price volatility, may affect market liquidity for a particular Digital Asset. Blockchain networks may go offline as a result of bugs, Forks (as defined in Section 17 below), or other unforeseeable reasons. As a general matter, you should not engage in active trading on the Platform if you have limited trading experience or low risk tolerance. Speculating on the value of Digital Assets is high risk and you should never trade more than you can afford to lose.

2.2.2    Understanding Digital Assets requires advanced technical knowledge. Digital Assets are often described in exceedingly technical language that requires a comprehensive understanding of applied cryptography and computer code in order to appreciate the inherent risks. The listing of a Digital Asset on the Platform does not indicate FTX Trading's approval or disapproval of the underlying technology of any Digital Asset and should not be used as a substitute for your own understanding of the risks specific to each Digital Asset. We provide no warranty as to the suitability of the Digital Assets traded under the Terms and assume no fiduciary duty to you in connection with such use of the Services.

2.2.3    You accept all consequences of sending Digital Assets to an address off the Platform. Digital Asset transactions may not be reversible. Once you send Digital Assets to an address, you accept the risk that you may lose access to your Digital Assets indefinitely. For example, an address may have been entered incorrectly and the true owner of the address may never be discovered, or an address may belong to a person that will not return your Digital Assets or may return your Digital Assets but first require action on your part, such as verification of your identity or compensation.

2.3    **Supply and value of Digital Assets**

2.3.1    The value of Digital Assets may be derived from the continued willingness of market participants to exchange Digital Assets for fiat currency and other Digital Assets, which may result in the permanent and total loss of value of a particular Digital Asset should the market for that Digital Asset disappear.

2.3.2    You acknowledge and agree that Digital Assets and/or Services (in whole or in part) available in one jurisdiction may not be available for trading, use or access, as applicable, in another.

2.4    **Margin trading**

2.4.1    Margin trading is HIGH RISK. As a borrower, you may sustain a total loss of Digital Assets, fiat currency and E-Money (as defined in Section 8.3.2 below) (collectively, **"Assets"**) in your Account, or owe Assets beyond what you have deposited in your Account. When you lend Assets to other Users, you risk the loss of an unpaid principal if the borrower defaults on a loan and liquidation of the borrower's Account fails to raise sufficient Assets to cover the borrower's debt.

2.5    **Complex products**

2.5.1    Trading of complex products, including but not limited to Futures Contracts, Options Contracts, and MOVE Volatility Contracts (each as defined in the Service Schedules) (collectively, **"Complex Products"**), may not be suitable for all Users. Complex Product trading is designed to be utilised only by sophisticated Users, such as active traders employing dynamic strategies. You should use extreme caution when trading Complex Products and only trade them if you understand how they work, including but not limited to the risks associated with margin trading, the use of leverage, the risk of shorting, and the effect of compounding and market volatility risks on leveraged products.

2.5.2    Complex Product trading entails significant risk, and you may feel the effects of losses immediately. Complex Product trading requires initial posting of collateral to meet initial margin requirements. If movements in the markets for a Complex

Product or the underlying Digital Asset decrease the value of your position in such Complex Product, you may be required to have or make additional collateral available as margin to ensure that maintenance margin requirements are met. If your Account is under the minimum margin requirements, your position may be liquidated at a loss, and you may lose all of your Assets in your Account. If there are any additional deficits in your Account, you will also be liable for all such deficits.

2.5.3    USERS WHO DO NOT UNDERSTAND LEVERAGE OR MARGIN TRADING, OR DO NOT INTEND TO ACTIVELY MANAGE THEIR PORTFOLIO, SHOULD NOT ENGAGE IN COMPLEX PRODUCT TRADING.

2.5.4    FTX TRADING AND ITS AFFILIATES DO NOT TAKE ANY RESPONSIBILITY WHATSOEVER FOR ANY LOSSES OR DAMAGE INCURRED AS A RESULT OF YOUR USE OF ANY COMPLEX PRODUCT TRADING SERVICES OFFERED ON THE PLATFORM OR YOUR FAILURE TO UNDERSTAND THE RISKS ASSOCIATED WITH COMPLEX PRODUCT TRADING.

2.6    **Blacklisted addresses and forfeited Assets**

2.6.1    FTX Trading reserves the right to "blacklist" certain addresses and freeze associated Assets (temporarily or permanently) that it determines, in its sole discretion, are associated with illegal activity or activity that otherwise violates the Terms (**"Blacklisted Addresses"**). In the event that you send Assets to a Blacklisted Address or receive Assets from a Blacklisted Address, FTX Trading may freeze such Assets and take steps to terminate your Account.

2.6.2    In certain circumstances, FTX Trading may deem it necessary to report such suspected illegal activity to applicable law enforcement agencies and other Regulatory Authorities, and you may forfeit any rights associated with your Assets, including the ability to redeem or exchange your Digital Assets for other Digital Assets or fiat currency. FTX Trading may also freeze Assets held in your Account in the event that we receive a related order or request from a legal or Regulatory Authority.

2.7    **Software protocols and operational challenges**

2.7.1    The software protocols that underlie Digital Assets are typically open source projects or are otherwise operated by third parties, which means that: (i) the operations, functionalities, development and control of such Digital Assets and their underlying networks are outside of FTX Trading's control; and (ii) such software protocols are subject to sudden and dramatic changes that might have a significant impact on the availability, usability or value of a given Digital Asset.

2.7.2    You are aware of and accept the risk of operational challenges that may impact the Services. The Platform may experience sophisticated cyber-attacks, unexpected surges in activity or other operational or technical difficulties that may cause interruptions to the Services. You understand that the Services may experience operational issues that lead to delays. You agree to accept the risk of transaction failure resulting from unanticipated or heightened technical difficulties, including those resulting from sophisticated attacks. You agree not to hold FTX Trading liable for any related losses.

2.7.3    You understand that the technology underlying Digital Assets is subject to change at any time, and such changes may affect your Digital Assets stored on the Platform. You are fully responsible for monitoring such technological changes and understanding their consequences for your Digital Assets.

2.7.4    Users conduct all trading on their own account and FTX Trading does not take any responsibility for any loss or damage incurred as a result of your use of any Services or your failure to understand the risks associated with Digital Assets use generally or your use of our Services.

2.7.5   Digital Assets depend on the availability and reliability of power, connectivity, and hardware.  Interruption or failure of any of these things may disrupt the networks on which the Digital Assets rely or your ability to access or transact in Digital Assets.

2.8   **Compliance**

You are responsible for complying with all Applicable Laws. You agree that FTX Trading is not responsible for determining whether or which laws and regulations may apply to your transactions, including but not limited to tax laws and regulations. You are solely responsible for reporting and paying any taxes arising from your use of the Services.

2.9   **Legislative and regulatory changes**

Legislative and regulatory changes or actions at the domestic or international level may adversely affect the use, transfer, ability to transact in, and value of Digital Assets, or your access to, and our ability to provide, the Services. You acknowledge and accept the risks that such changes may bring and that FTX Trading is not liable for any adverse impact that that you may suffer as a result.

2.10   **No deposit protection**

Neither Digital Assets nor any fiat currency or E-Money held in your Account is eligible for any public or private deposit insurance protection.

2.11   **Digital Asset Distributions not supported**

Certain Digital Assets are built on protocols that support Digital Asset Distributions (as defined in Section 17.4 below), including, but not limited to, Forks (as defined in Section 17.1 below), Staking Rewards (as defined in Section 17.4 below) and Airdrops (as defined in Section 17.4 below). FTX Trading is not obligated to support any such Digital Asset Distributions for Users. If you hold these Digital Assets in your Account, you thereby forfeit the ability to claim any Digital Asset Distributions from FTX Trading. If you hold Digital Assets with proof-of-stake or delegated proof-of-stake consensus algorithms, FTX Trading may in its sole discretion stake these Digital Assets without any obligation to distribute Staking Rewards to you. Staking may subject your Digital Assets to additional risks and FTX Trading is not liable for losses you may incur related to staking.

2.12   **Reliance on third parties**

Your use of the Services and the value of certain Digital Assets may rely on the acts of third parties or the fulfilment of related obligations by third parties. FTX Trading is not responsible for the acts or omissions of such third parties.

3.   **APPLICABLE LAWS AND REGULATIONS**

3.1   **Compliance with Applicable Laws**

3.1.1   You agree and understand that by opening an Account and using the Services in any capacity, you shall act in compliance with all Applicable Laws. Failure to do so may result in the suspension of your ability to use the Services or the closure of your Account.

3.1.2   Without limitation to the above, your access to and use of your Account and the Services, and the receipt of any fee discounts and rebates, is subject to your continued compliance with all Applicable Laws, including the rules and directions of any applicable Regulatory Authority and, without limitation, all applicable tax, anti-money laundering (**"AML"**) and counter-terrorist financing (**"CTF"**) laws and regulations.

3.2    **AML and CTF procedures**

Our AML and CTF procedures are guided by all applicable rules and regulations regarding AML and CTF. These standards are designed to prevent the use of the Platform for money laundering or terrorist financing activities. We take compliance very seriously and it is our policy to take the necessary steps that we believe appropriate to prohibit fraudulent transactions, report suspicious activities, and actively engage in the prevention of money laundering and terrorist financing, any related acts that facilitate money laundering, terrorist financing or any other financial crimes.

3.3    **Export controls**

3.3.1    The Services are subject to all applicable export control restrictions and, by using the Services, you represent that your actions are not in violation of such export control restrictions. Without limiting the foregoing, you may not use the Services if:

(A)    you are in a prohibited jurisdiction as set forth at Location Restrictions (**"Restricted Territories"**);

(B)    you are a member of any sanctions list or equivalent maintained by the United States government, the United Kingdom government, the European Union, the Singapore government, or The Bahamas government (**"Restricted Persons"**);

(C)    you intend to transact with any Restricted Territories or Restricted Persons;

(D)    you are located, incorporated or otherwise established in, or a citizen or resident of a jurisdiction where it would be illegal under Applicable Law for you (by reason of your nationality, domicile, citizenship, residence or otherwise) to access or use the Services; or

(E)    the publication or availability of the Services in the jurisdiction in which you are based is prohibited or contrary to local law or regulation or could subject FTX Trading to any local registration or licensing requirements.

3.3.2    We may, in our sole discretion, implement controls to restrict access to and use of the Services in any of the Restricted Territories or in any of the circumstances referred to in Section 3.3.1 above. If we determine that you are accessing or using the Services from any Restricted Territory, or any of the circumstances referred to in Section 3.3.1 above apply, we may suspend your ability to use the Services or close your Account at our discretion.

4.    **ELIGIBILITY**

4.1    In order to be eligible to open an Account or use the Services (and to enter into the Terms), you must meet (and you represent and warrant that you do meet), the following eligibility criteria:

4.1.1    If you are an individual, you must be at least 18 years of age, have the capacity to accept the Terms, and not have been previously suspended or removed from access to the Services or any other service or product offered by FTX Trading or any of its Affiliates, and are otherwise eligible to use the Services under Applicable Law.

4.1.2    If you are registering to use the Services on behalf of a legal entity, then:

(A)    you must be duly authorised by such legal entity to act on its behalf for the purpose of entering into the Terms;

(B)    the legal entity must be duly organised and validly existing under the laws of the jurisdiction of its organisation; and

(C)    the legal entity must not have been (and each of its Affiliates must not have been) previously suspended or removed from access to the

Services or any other service or product offered by FTX Trading or any of its Affiliates and must be otherwise eligible to use the Services under Applicable Law.

4.1.3   You have not: violated; been fined, debarred, sanctioned, the subject of economic sanctions-related restrictions, or otherwise penalised under; received any oral or written notice from any government concerning actual or possible violation by you under; or received any other report that you are the subject or target of sanctions, restrictions, penalties, or enforcement action or investigation under, any Applicable Law (including but not limited to AML, CTF, anti-corruption, or economic sanctions laws).

4.1.4   You do not have your registered office or place of residence in the United States of America or any Restricted Territory.

4.1.5   You are not a Restricted Person nor are you a resident of a Restricted Territory; and

4.1.6   You will not be using the Services for any illegal activity including, but not limited to, those Restricted Activities listed in Section 13 below.

4.2     If we determine that you do not fulfil any of the above criteria, then we may suspend your ability to use the Services or close your Account at our discretion.

5.      **REGISTRATION PROCESS; IDENTITY VERIFICATION**

5.1     When registering your Account, you must provide complete, accurate, up-to-date and not misleading information for all required elements on the registration page, including your full legal name. You also agree to provide us, when registering an Account and on an ongoing basis, with any additional information we request for the purposes of identity verification and the detection of money laundering, terrorist financing, fraud, or any other financial crime, including without limitation a copy of your government issued photo ID or evidence of residency such as a lease or utility bill. You permit us to keep a record of such information and authorise us to make any enquiries, directly or through third parties that we consider necessary to verify your identity or protect you and/or us against fraud or other financial crime, and to take any action we reasonably deem necessary based on the results of such inquiries. When we carry out these enquiries, you acknowledge and agree that your personal information may be disclosed to credit reference and fraud prevention or financial crime agencies and that these agencies may respond to our inquiries in full.

5.2     In certain circumstances, we may require you to submit additional information about yourself, your business, your source of wealth, or your transactions, provide records, and complete other verification steps (such process, **"Enhanced Due Diligence"**).

5.3     You represent and warrant that any and all information provided to us in connection with registering your Account, using the Services, pursuant to the Terms or otherwise is complete, accurate, up-to-date and not misleading in any respect. If any such information changes, it is your obligation to update such information as soon as possible and provide such updates to us.

5.4     Your access to the Services and the limits that apply to your use of the Services may be altered as a result of information collected about you on an ongoing basis.

5.5     If any (or we suspect that any) of the information that you have provided to us is not complete, accurate, up-to-date or misleading in any respect, or you fail to provide updates to any information that you have provided to us to ensure that it is complete, accurate, up-to-date and not misleading in any respect on a timely basis, we may suspend your ability to use the Services or close your Account at our discretion.

5.6     We reserve the right to maintain your Account registration information after you close your Account for business and regulatory compliance purposes, subject to Applicable Laws.

6.     **YOUR ACCOUNT; SECURITY OF USER INFORMATION**

6.1    You may access your Account (and the Services) directly via the Site, via a Mobile Application or by such other mode of access (including but not limited to through the APIs) as FTX Trading may prescribe from time to time, using the account names, User IDs, passwords, and other security features (**"User Credentials and Security Passwords"**) made available to you by FTX Trading for the purposes of enabling you to access your Account (and the Services). You are responsible for maintaining the confidentiality and security of any and all User Credentials and Security Passwords, which includes the enabling of all relevant security features. You are responsible for keeping your email address up to date in your Account profile.

6.2    You are only permitted to access your Account using your own User Credentials and Security Passwords. You must ensure that your Account is not used by any other third party and you must not share your User Credentials and Security Passwords with any third party. You are solely responsible for all activity on your Account.

6.3    You agree to notify FTX Trading immediately if you become aware of any breach of security, loss, theft or unauthorised use of your User Credentials and Security Passwords, or unauthorised use of the Services via your Account, or any other breach of security regarding the Services. FTX Trading will not be liable for any loss or damage arising from your failure to protect your Account or your User information. It is important that you regularly check your Account balance and your transaction history to ensure any unauthorised transactions or incorrect transactions are identified and notified to us at the earliest possible opportunity.

6.4    FTX Trading reserves the right to suspend your ability to use the Services or close your Account if we suspect that the person logged into your Account is not you or we become aware of or suspect that there has been any breach of security, loss, theft or unauthorised use of your User Credentials and Security Passwords.

6.5    In order to access your Account (and the Services) you must have the necessary equipment (such as a computer or smartphone) and access to the Internet. You are solely responsible for your own hardware used to access the Services and are solely liable for the integrity and proper storage of any data associated with the Services that is stored on your own hardware. You are responsible for taking appropriate action to protect your hardware and data from viruses and malicious software, and any inappropriate material. Except as provided by Applicable Law, you are solely responsible for backing up and maintaining duplicate copies of any information you store or transfer through our Services. Neither FTX Trading nor any other Indemnified Party shall be liable to you: (i) in the event that your hardware fails, is damaged or destroyed or any records or data stored on your hardware are corrupted or lost for any reason; (ii) for any damage or interruptions caused by any computer viruses, spyware, or other malware that may affect your computer or other equipment, or any phishing, spoofing, or other attack; or (iii) for your use of the Internet to connect to the Services or any technical problems, system failures, malfunctions, communication line failures, high internet traffic or demand, related issues, security breaches or any similar technical problems or defects experienced.

7.     **ORDER BOOK AND CONVERT**

7.1    FTX Trading operates Order Books on which Orders may be placed by Users to be matched with the Orders of other Users. The Order types that FTX Trading may offer from time to time in its sole discretion include but are not limited to "market" ,"limit", "stop-loss limit", "stop-loss market", "trailing stop" and "take profit limit" orders. FTX Trading may issue trading rules from time to time that apply to Orders placed on the Order Book, in addition to these General Terms.

7.2    The Convert function on the Platform also allows you to submit instructions ("**Convert Instructions**") to exchange (buy or sell) one spot Asset for another. Each Convert transaction is subject to the applicable Exchange Rate quoted for the given transaction and the applicable time lmits for such quote. The **"Exchange Rate"** means the price of a given Digital Asset as quoted on your "Wallet" page on the Site or any Mobile Application. The

Exchange Rate is stated either as a "Buy Price" or as a "Sell Price", which is the price at which you may buy or sell the Asset, respectively.

7.3    The Exchange Rate quoted will depend on market conditions, and you are under no obligation to execute a Convert transaction at any Exchange Rate quoted to you. You acknowledge that the Buy Price Exchange Rate may not be the same as the Sell Price Exchange Rate at any given time, and that there may be a 'spread' to the quoted Exchange Rate. You agree to accept the Exchange Rate when you authorise a Convert transaction.

7.4    We do not guarantee the availability of any Exchange Rate and we do not guarantee that you will be able to buy and/or sell your Assets using Convert or on the Order Book at any particular price or time.

7.5    You are solely responsible for accurately entering any Order or Convert Instruction, including but not limited to all the necessary information in order to enable us to carry out any Order or Convert Instruction. FTX Trading is not obliged to verify the accuracy or completeness of any such information, Order or Convert Instruction.

7.6    You agree that any Order or Convert Instruction received or undertaken through your Account shall be deemed to be final and conclusive, and that FTX Trading may act upon such Order or Convert Instruction. We shall not be under any obligation to verify the identity or authority of any person giving any Order or Convert Instruction or the authenticity of such Order or Convert Instruction.

7.7    Your Orders and Convert Instructions shall be irrevocable and unconditional and shall be binding on you, and such Orders and Convert Instructions may be acted or relied upon by us irrespective of any other circumstances. As such, once you give any Order or Convert Instruction, you have no right to rescind or withdraw such Order or Convert Instruction without our written consent.

7.8    Each of your Orders and Convert Instructions shall not be considered to be received by FTX Trading unless and until it has been received by FTX Trading's server. FTX Trading's records of all Orders and Convert Instruction shall be conclusive and binding on you for all purposes.

7.9    Under no circumstances shall any of the Indemnified Parties be responsible or liable to you for any Losses suffered or incurred by you or any other person arising from any of the Indemnified Parties relying or acting upon any Order or Convert Instruction which is given or purported to be given by you, regardless of the circumstances prevailing at the time of such Order or Convert Instruction.

7.10   You hereby authorise FTX Trading to credit or debit (or provide settlement information to third parties for the purposes of the third party crediting or debiting) your Assets from your Account in accordance with your Orders and Convert Instructions. We reserve the right not to effect any transaction if you have insufficient Assets in your Account.

8.    **ACCOUNT FUNDING**

8.1    **Funding - General**

8.1.1    In order to fund your Account and begin transacting in Digital Assets using the Platform, you must first procure Digital Assets (or deposit Digital Assets that you already own into your Account) and/or load fiat currency into your Account.

8.1.2    You should be aware that FTX Trading: (i) may not support the loading into and/or storing of fiat currency in your Account in all jurisdictions; and (ii) does not support the use of all fiat currencies. A partial list of fiat currencies supported by FTX Trading can be found here. This list may be amended from time to time by FTX Trading at its sole discretion.

8.1.3    Any available Assets held in your Account is available to be locked and used as collateral for margin trading, or to fund trades, in relation to any Services or part thereof offered through the Platform by FTX Trading or its Affiliates.

8.2     **Digital Assets**

8.2.1     The Platform supports deposits and withdrawals of certain Digital Assets, including certain U.S. Dollar-pegged stablecoins (each a **"USD Stablecoin"**). You may deposit Digital Assets that you already own into your Account by generating an address within your Account and sending your Digital Assets to such address, after which they should appear in your Account balance (USD Stablecoins will appear in your "USD Stablecoins (USD)" balance).

8.2.2     You may purchase Digital Assets in exchange for certain supported fiat currencies (depending on your location) by linking a valid payment method to your Account. In such circumstances, you authorise us to debit the relevant amount of fiat currency using your selected payment method(s) to complete your purchase.

8.2.3     The Platform enables you to exchange one Digital Asset for another Digital Asset, send Digital Assets to and receive Digital Assets from other Users of the Services, or third parties outside of the Platform (where permitted by FTX Trading in its sole discretion).

8.2.4     You may sell Digital Assets in exchange for certain supported fiat currencies (depending on your location). In such circumstances, you authorise us to debit your Account and to send instructions to credit your selected payment method(s) in settlement of sell transactions.

8.2.5     FTX Trading makes no representations or warranties regarding the amount of time, transaction fees or other requirements that may be required to complete the transfer of your Digital Assets to or from a third party wallet or other source and for said Digital Assets to become available in your Account.

8.2.6     All Digital Assets are held in your Account on the following basis:

(A)     Title to your Digital Assets shall at all times remain with you and shall not transfer to FTX Trading. As the owner of Digital Assets in your Account, you shall bear all risk of loss of such Digital Assets. FTX Trading shall have no liability for fluctuations in the fiat currency value of Digital Assets held in your Account.

(B)     None of the Digital Assets in your Account are the property of, or shall or may be loaned to, FTX Trading; FTX Trading does not represent or treat Digital Assets in User's Accounts as belonging to FTX Trading.

(C)     You control the Digital Assets held in your Account. At any time, subject to outages, downtime, and other applicable policies (including the Terms), you may withdraw your Digital Assets by sending them to a different blockchain address controlled by you or a third party.

8.2.7     FTX Trading is under no obligation to issue any replacement Digital Asset in the event that any Digital Asset, password or private key is lost, stolen, malfunctioning, destroyed or otherwise inaccessible.

8.2.8     It is your responsibility to ensure that you send all Digital Assets, to the correct address provided for that particular Digital Asset, including with respect to any Digital Assets that you send to the Platform. If you send a Digital Asset to an address that does not correspond to that exact Digital Asset (such as an address not associated with your Account or the specific Digital Asset sent), such Digital Asset may be lost forever. By sending any Digital Assets to the Platform, you attest that you will only send a supported Digital Asset to the Platform wallet address provided to you. For example, if you select an Ethereum Platform wallet address to receive funds, you attest that you are initiating an inbound transfer of Ethereum alone, and not any other forms of Digital Assets. You agree that FTX Trading incurs no obligation whatsoever with regards to sending unsupported Digital Assets to an address provided to you on the Platform. Similarly, if you

send a Digital Asset from your Account to an external address that does not correspond to that exact Digital Asset, such Digital Asset may be lost forever.

8.2.9   You assume all liability for any Losses incurred as a result of sending Digital Assets to an incorrect address (such as typos, errors, copy-paste attacks, or an address not associated with your Account, or an address not associated with the specific Digital Asset). You are solely liable for verifying the accuracy of any external wallet address, and the identity of the recipient. All outbound transfers of Digital Assets cannot be reversed once they are broadcast to the underlying blockchain network. FTX Trading does not control any blockchain network and cannot guarantee that any transfer will be confirmed or transferred successfully by the network. FTX Trading is not responsible for any losses or for taking any actions to attempt to recover any lost, stolen, misdirected or irrecoverable Digital Assets. If the Digital Assets are recoverable, we may in our sole discretion attempt to recover them, but such recovery efforts are in no way guaranteed. Please be aware that if you attempt to deposit ETH to your Account by sending it via a smart contract, your ETH may not be automatically credited, and may take time to recover, and may not be recovered at all.

8.2.10   When you elect to transfer Digital Assets from your Account to a third party wallet address or other location, it is always possible that the party administering the new location may reject your transfer or that the transfer may fail due to technical or other issues affecting the Platform. You agree that you shall not hold FTX Trading liable for any damages arising from a rejected or failed transfer.

8.2.11   You hereby represent and warrant to us that any Digital Assets used by you in connection with the Services (including any Digital Assets used to fund your Account) are either owned by you or that you are validly authorised to carry out transactions using such Digital Assets, and that all transactions initiated with your Account are for your own Account and not on behalf of any other person.

8.2.12   It is your responsibility entirely to provide us with correct details of any withdrawal address. We accept no liability resulting in you or any third party not receiving Digital Assets withdrawn by you due to you providing incorrect, erroneous, incompatible or out-of-date details.

8.3   **Fiat currency**

8.3.1   Where specified on the Site or in a Service Schedule, and depending on your location, the Platform may support various fiat currencies for deposit, withdrawal, and/or trading, using wire transfers, credit cards, or other appropriate methods.

8.3.2   Once we receive fiat currency that you load into your Account, we may issue you with an equivalent amount of electronic money (**"E-Money"**), denominated in the relevant fiat currency, which represents the fiat currency that you have loaded. This amount will be displayed in your Account.

8.3.3   E-MONEY IS NOT LEGAL TENDER. FTX TRADING IS NOT A DEPOSITORY INSTITUTION AND YOUR E-MONEY IS NOT A DEPOSIT OR INVESTMENT ACCOUNT. YOUR E-MONEY ACCOUNT IS NOT INSURED BY ANY PUBLIC OR PRIVATE DEPOSIT INSURANCE AGENCY.

8.3.4   E-Money held in your Account will not earn any interest. Your Account may hold E-Money denominated in different currencies and we will show the E-Money balance for each currency that you hold.

8.3.5   You may purchase Digital Assets by using E-Money credited to your Account (depending on your location). To carry out a Digital Asset purchase using E-Money, you must follow the relevant instructions on the Site. You authorise us to debit E-Money from your Account to complete your purchase. Although we will attempt to deliver Digital Assets to you as promptly as possible, E-Money may be debited from your Account before Digital Assets are delivered to your Account.

8.3.6    You may sell Digital Assets in exchange for certain fiat currencies (depending on your location). To carry out a Digital Asset sale, you must follow the relevant instructions on the Site. You authorise us to debit Digital Assets from your Account and send instructions to credit your Account with the relevant amount of fiat currency. Once we receive the fiat currency, we will issue you with an equivalent amount of E-Money denominated in the relevant fiat currency.

8.3.7    You may redeem all or part of any E-Money held in your Account at any time subject to outages, downtime, and other applicable policies (including the Terms), by selecting the relevant option in the Site and following the instructions. Unless agreed otherwise, funds will be transferred to the bank account you have registered with us. You hereby represent and warrant that this bank account is your own, and that you have full control over it. It is your responsibility entirely to provide us with correct details of your withdrawal account. We accept no liability resulting in you not receiving any amounts withdrawn by you due to you providing incorrect or out-of-date details.

8.3.8    If the Terms are terminated, we may redeem any E-Money remaining in your Account and attempt to transfer the equivalent amount of fiat currency to the bank account you have registered with us. Prior to redeeming E-Money from your Account, we may conduct checks for the purposes of preventing fraud, money laundering, terrorist financing and other financial crimes, and as required by Applicable Law. This may mean you are prevented or delayed from withdrawing E-Money until those checks are completed to our reasonable satisfaction in order to comply with our regulatory requirements.

9.    **UNCLAIMED OR ABANDONED PROPERTY**

9.1    If FTX Trading is holding Assets in your Account (**"Unclaimed or Abandoned Property"**), and we are unable to contact you and have no record of your use of the Services for a prolonged period of time or your Account has been closed, Applicable Laws may require us to report such Unclaimed or Abandoned Property as unclaimed property to the applicable jurisdiction. If this occurs, FTX Trading will try to locate you using the details shown in our records in relation to your Account, but if FTX Trading is unable to locate you, we may be required to deliver any such Unclaimed or Abandoned Property to the applicable jurisdiction as unclaimed property. FTX Trading reserves the right to deduct a dormancy fee or other administrative charges from such Unclaimed or Abandoned Property, as permitted by Applicable Laws.

9.2    If FTX Trading is holding Unclaimed or Abandoned Property, and we are unable to contact you and have no record of your use of the Services for a prolonged period of time or your Account has been closed, and Applicable Laws do not require us to report such Unclaimed or Abandoned Property as unclaimed property to the applicable jurisdiction, then you acknowledge and agree that your Account may be transferred to FTX Trading, or an Affiliate of FTX Trading, as Trustee of the Unclaimed or Abandoned Property. FTX Trading or the Affiliate of FTX Trading (as applicable), as Trustee, will hold the Unclaimed or Abandoned Property on your behalf and shall, on demand, repay to you the Unclaimed or Abandoned Property subject to your payment of any dormancy fee or other administrative charges that the Trustee may deduct from the Unclaimed or Abandoned Property. If no such demand is made by you, the Trustee may pay the Unclaimed or Abandoned Property into court in the applicable jurisdiction in accordance with Applicable Laws.

9.3    If we receive legal documentation confirming your death or other information leading us to believe you have died, we will freeze your Account and during this time, no transactions may be completed until: your designated fiduciary has opened a new Account, as further described below, and the entirety of your Account has been transferred to such new account, or (ii) we have received proof in a form satisfactory to us that you have not died. If we have reason to believe you may have died but we do not have proof of your death in a form satisfactory to us, you authorise us to make enquiries, whether directly or through third parties, that we consider necessary to ascertain whether you have died. Upon receipt by us of proof satisfactory to us that you have died, the fiduciary you have designated in a

valid will or similar testamentary document will be required to open a new Account. If you have not designated a fiduciary, then we reserve the right to treat as your fiduciary any person entitled to inherit your Account, as determined by us upon receipt and review of the documentation we, in our sole and absolute discretion, deem necessary or appropriate, including (but not limited to) a will, a living trust or other similar documentation, or (ii) require an order designating a fiduciary from a court having competent jurisdiction over your estate. In the event we determine, in our sole and absolute discretion, that there is uncertainty regarding the validity of the fiduciary designation, we reserve the right to require an order resolving such issue from a court of competent jurisdiction before taking any action relating to your Account. Pursuant to the above, the opening of a new Account by a designated fiduciary is mandatory following the death of an Account owner, and you hereby agree that your fiduciary will be required to open a new Account in order to gain access to the contents of your Account.

10. **DEBIT ACCOUNT BALANCE**

10.1   If at any time your Account has a debit balance, you agree to pay us: (i) the applicable fees set out in the Fee Schedule; (ii) the total debit balance; and (iii) such other amounts specified in the Terms.

10.2   If you fail to pay such amounts, we may suspend your ability to use the Services or close your Account. We also reserve the right to debit your Account accordingly and/or to withhold amounts from fiat currency and Digital Assets that you may transfer to your Account.

10.3   If, after a demand is made by FTX Trading, you have not made payment of the outstanding debit balance by the time stated in the demand, then:

   10.3.1   you authorise us to sell any Digital Assets or redeem any fiat currency or E-Money in your Account to recover the outstanding debit balance;

   10.3.2   you agree to indemnify us and each other Indemnified Party against all Losses that we suffer or incur as a result of your not paying the outstanding debit balance; and

   10.3.3   you will be liable for all costs which we incur in relation to instructing a collection agency, law firm or other third party to assist with and advise on the collection of such outstanding debit balance (where applicable).

11. **THIRD PARTY PERMISSIONS TO CONNECT TO OR ACCESS YOUR ACCOUNT**

If you grant express permission to a third party to connect to your Account, either through the third party's product or through the Platform, you acknowledge that granting permission to a third party to take specific actions on your behalf does not relieve you of any of your responsibilities under the Terms. Further, you acknowledge and agree that you will not hold FTX Trading responsible for, and will indemnify FTX Trading from, any liability arising from the actions or inactions of such third party in connection with the permissions you grant.

12. **ACCOUNT SUSPENSION AND CLOSURE; SERVICE SUSPENSION AND TERMINATION**

12.1   FTX Trading may, in its sole and absolute discretion and at any time, without liability to you or any third party:

   12.1.1   refuse to let you open an Account, suspend your Account, or terminate your Account;

   12.1.2   decline to process any instruction or Order submitted by you; and/or

   12.1.3   limit, suspend or terminate your use of one or more, or part of, the Services.

12.2   Such actions will not relieve you from your obligations pursuant to the Terms.

12.3   Such actions may be taken as a result of a number of factors, including without limitation:

12.3.1   as a result of account inactivity, your failure to respond to customer support requests, our failure or inability to positively identify you;

12.3.2   as a result of a court order or your violation of Applicable Laws or the Terms; or

12.3.3   where we believe that a transaction is suspicious or may involve fraud, money laundering, terrorist financing or other misconduct.

12.4   If you do not agree with any actions taken by us under Section 12.1, then your sole and exclusive remedy is to terminate your use of the Services and close your Account. You agree that neither we nor any other Indemnified Party shall be liable to you or any third party for any Losses suffered as a result of any actions taken by us under Section 12.1.

12.5   Without limitation to the foregoing, we may temporarily suspend access to your Account in the event that a technical problem causes a system outage or Account errors until the problem is resolved.

12.6   Where required by Applicable Laws, we will notify you promptly if we have suspended processing your Orders or Convert Instructions and, if possible, provide our reasons for doing so and anything you can do to correct or remedy the matters giving rise to such suspension.

12.7   You may close your Account or terminate your access to and use of the Services at any time upon request to FTX Trading, in accordance with the Terms. In order to close your Account or terminate your access to and use of the Services, you should contact us for assistance. You may not close an Account if we determine, in our sole discretion, that such closure is being performed in an effort to evade a legal or regulatory investigation or to avoid paying any amounts otherwise due to FTX Trading or its Affiliates.

12.8   We encourage you to withdraw any remaining balance of Assets prior to issuing a request to close your Account. We reserve the right to restrict or refuse to permit withdrawals from your Account if:

12.8.1   your Account has otherwise been suspended or closed by us in accordance with the Terms;

12.8.2   to do so would be prohibited by Applicable Laws or court order, or we have determined that the Assets in your Account were obtained fraudulently; or

12.8.3   you have not completed the required identity verification procedure. You can check whether or not your identity has been verified by reviewing your verification status under the "Settings" section of your Account.

12.9   Upon closure or suspension of your Account, you authorise FTX Trading to cancel or suspend pending transactions.

12.10   Notwithstanding that you or FTX Trading closes or deactivates your Account or terminates or suspends your access to and use of any Services, or the termination or expiry of the Terms, you shall remain liable for all activity conducted with or in connection with your Account while it was open, and for all amounts due in connection with such activity.

13.   **RESTRICTED ACTIVITIES**

In connection with your use of the Services, you agree that you will not:

13.1.1   violate or assist any party in violating any Applicable Laws or any rule of any self-regulatory or similar organisation of which you are or are required to be a member through your use of the Services;

13.1.2   provide false, inaccurate, incomplete, out-of-date or misleading information;

13.1.3   infringe upon FTX Trading's or any third party's copyrights, patents, trademarks, or other intellectual property rights;

13.1.4   engage in any illegal activity, including without limitation illegal gambling, money laundering, fraud, blackmail, extortion, ransoming data, the financing of terrorism, other violent activities or any prohibited market practices;

13.1.5    distribute unsolicited or unauthorised advertising or promotional material, written media releases, public announcements and public disclosures, junk mail, spam or chain letters;

13.1.6    use a web crawler or similar technique to access our Services or to extract data;

13.1.7    reverse engineer or disassemble any aspect of the Site, the API, or the Services in an effort to access any source code, underlying ideas and concepts and algorithms;

13.1.8    perform any unauthorised vulnerability, penetration or similar testing on the API or Services;

13.1.9    take any action that imposes an unreasonable or disproportionately large load on our infrastructure, or detrimentally interfere with, intercept, or expropriate any system, data or information;

13.1.10    transmit or upload any material to the Site that contains viruses, Trojan horses, worms, or any other harmful or deleterious programs;

13.1.11    otherwise attempt to gain unauthorised access to or use of the Site, the API, other FTX Accounts, computer systems, or networks connected to the Site, through password mining or any other means;

13.1.12    transfer any rights granted to you under the Terms;

13.1.13    engage in any activity which, in our reasonable opinion, amounts to or may amount to market abuse including without limitation the carrying out of fictitious transactions or wash trades, front running or engaging in disorderly market conduct;

13.1.14    engage in any behaviour which is unlawful, violates the Terms, or is otherwise deemed unacceptable by FTX Trading in its sole discretion; or

13.1.15    assist, facilitate or encourage any third party in undertaking any activity otherwise prohibited by the Terms.

14.    **ELECTRONIC TRADING TERMS**

14.1    FTX Trading may, in its sole discretion, choose to discontinue support for a currently listed or supported Digital Asset at any time, including without limitation where there are changes in the characteristics of such Digital Asset.

14.2    A transaction on the Platform may fail for several reasons including, without limitation, as a result of a change in prices, insufficient margin, or unanticipated technical difficulties. FTX Trading makes no representation or warranty that any transaction will be executed properly. Under no circumstances are we liable for any loss or injury suffered by a failure of a transaction to complete properly or in a timely manner. Further, we are in no way responsible for notifying you of a transaction failure, although you are able to see any such failures via your Account. You have full responsibility for determining and inquiring into the failure of any transaction which you initiate.

14.3    In the event that you receive any data, information, or software through our Services other than that which you are entitled to receive pursuant to the Terms, you will immediately notify us and will not use, in any way whatsoever, such data, information or software. If you request a withdrawal of Digital Assets and we cannot comply with it without closing some part of your open positions, we will not comply with the request until you have closed sufficient positions to allow you to make the withdrawal.

14.4    We may refuse to execute a trade or impose trade amount limits or restrictions at any time, in our sole discretion without notice. Specifically, we reserve the right to refuse to process, and the right to cancel or reverse, any transaction, as well as to revoke access to a User's deposit address on the Platform, where we suspect the transaction involves money laundering, terrorist financing, fraud, or any other type of crime or if we suspect the transaction relates to a prohibited use as stated in the Terms. FTX Trading reserves the

right to halt deposit activity at our sole discretion. A User may not change, withdraw, or cancel its authorisation to make a transaction, except with respect to partially filled Orders.

14.5    FTX Trading may correct, reverse, or cancel any trade impacted by an error in processing a User's transaction or otherwise. The User's remedy in the event of an error will be limited to seeking to cancel an Order or Convert Instruction or obtaining a refund of any amounts charged to the User. FTX Trading cannot guarantee such cancellations or refunds will always be possible.

14.6    Orders placed on the Order Book may be partially filled or may be filled by one or more Orders placed on the Order Book by other Users, depending on the trading activity on the Order Book at the time an Order is placed.

14.7    The Digital Assets available for purchase through the Platform may be subject to high or low transaction volume, liquidity, and volatility at any time for potentially extended periods. You acknowledge that while FTX Trading uses commercially reasonable methods to provide Exchange Rate information to you through the Platform, the Exchange Rate information we provide may differ from prevailing exchange rates made available by third parties. Similarly, the actual market rate at the time of your trade may be different from the indicated Exchange Rate. You agree that you assume all risks and potential losses associated with price fluctuations or differences in any actual versus indicated Exchange Rates.

15.    **STAKING**

15.1    When you hold Digital Assets on the Platform you may be given the option to "stake" these assets via staking services provided by FTX Trading or its Affiliates. You are not required to stake any Digital Assets and you can opt out of any staking services (subject to applicable early withdrawal limits or penalties as specified on the staking page for such Digital Asset). If you stake your Digital Assets, FTX Trading or its Affiliate will facilitate the staking of such Digital Assets on your behalf. You agree and acknowledge that you have no right to any staking rewards whatsoever. FTX TRADING DOES NOT GUARANTEE THAT YOU WILL RECEIVE ANY STAKING REWARDS OVER TIME, INCLUDING THE DISPLAYED STAKING REWARDS RATES.

15.2    The tax treatment of staking Digital Assets is uncertain, and it is your responsibility to determine what taxes, if any, arise from the transactions. You are solely responsible for reporting and paying any applicable taxes arising from staking services and all related transactions, and acknowledge that FTX Trading does not provide investment, legal, or tax advice to you in connection with such election to participate. You should conduct your own due diligence and consult your advisors before making any investment decision including whether to participate in staking and related transactions.

16.    **MARGIN TRADING**

16.1    This Section 16 applies only to the extent you are permitted to engage in margin trading on the Platform. Margin trading is prohibited in certain jurisdictions, and you may not be able to engage in margin trading on the Platform. We reserve the right to amend and/or remove margin trading functionality at any time.

16.2    Margin trading is HIGH RISK. As a borrower, you may sustain a total loss of Assets or owe Assets beyond what you have deposited to your Account. The high volatility and substantial risk of illiquidity in markets means that you may not always be able to liquidate your position. You agree to maintain a sufficient amount of Assets at all times to meet our margin requirements, as such requirements may be modified from time to time. If the value of the Assets in your Account falls below the margin maintenance requirement or we determine, in our sole discretion, that your Account appears to be in danger of defaulting on a loan, we may seize and/or liquidate any or all of your positions and Assets on any balance in your Account in order to reduce your leverage or settle your debt to other Users, in which case, you may sustain a total loss of all Assets in your Account. Our liquidation mechanism is described at https://help.ftx.com/hc/en-us/articles/360027668712-Liquidations. If, after your positions and Assets are liquidated, your Account still contains

insufficient Assets to settle your debts to other Users, you will be responsible for any additional Assets owed. Intentionally defaulting on a loan may result in our reporting your activities to authorities and/or in legal prosecution.

16.3    When you lend Assets to other Users, you risk the loss of an unpaid principal if the borrower defaults on a loan and liquidation of the borrower's Account fails to raise sufficient Assets to cover the borrower's debt. Although we take precautions to prevent borrowing Users from defaulting on loans, the high volatility and substantial risk of illiquidity in markets means that we cannot make any guarantees to any Users using the Services against default.

16.4    Under certain market conditions, it may become difficult or impossible to liquidate a position. This can occur, for example, if there is insufficient liquidity in the market or due to technical issues on the Platform. Placing contingent Orders, such as "stop-loss" or "stop-limit" Orders, will not necessarily limit your losses to the intended amounts, since market conditions may make it impossible to execute such Orders. In such an event, our backstop liquidity provider program may come into play, but there is no assurance or guarantee that any such program activities will be sufficient or effective in liquidating your position. As a result, you may lose all of your Assets or incur a negative balance in your Account. In addition, even if you have not suffered any liquidations or losses, your Account balance may be subject to clawback due to losses suffered by other Users.

16.5    The use of leverage can work against you as well as for you and can lead to large losses as well as gains. Users conduct all trading, margin trading, lending, and/or borrowing on their own account and we do not take any responsibility for any loss or damage incurred as a result of your use of any Services or your failure to understand the risks associated with margin trading on the Platform.

## 17.    FORKS AND DISTRIBUTIONS

17.1    As a result of the decentralised and open source nature of Digital Assets it is possible that sudden, unexpected, controversial or other changes (**"Forks"**) can be made to any Digital Asset that may change the usability, functions, compatibility, value or even name of a given Digital Asset. Such Forks may result in multiple versions of a Digital Asset and could lead to the dominance of one or more such versions of a Digital Asset (each a **"Dominant Digital Asset"**) and the partial or total abandonment or loss of value of any other versions of such Digital Asset (each a **"Non-Dominant Digital Asset"**).

17.2    FTX Trading is under no obligation to support a Fork of a Digital Asset that you hold in your Account, whether or not any resulting version of such forked Digital Asset is a Dominant Digital Asset or Non-Dominant Digital Asset or holds value at or following such Fork. Forks of Digital Assets can be frequent, contentious and unpredictable, and therefore cannot be consistently supported on the Platform. When trading or holding Digital Assets using your Account, you should operate under the assumption that the Platform will never support any Fork of such Digital Asset.

17.3    If FTX Trading elects, in its sole discretion, to support a Fork of a Digital Asset, it may choose to do so by making a public announcement through its Site or otherwise notifying customers and shall bear no liability for any real or potential losses that may result based on the decision to support such Fork or the timing of implementation of support. If FTX Trading, in its sole discretion, does not elect to support a Fork of a given Digital Asset, including the determination to support, continue to support, or cease to support any Dominant Digital Asset or Non-Dominant Digital Asset, FTX Trading assumes no responsibility or liability whatsoever for any losses or other issues that might arise from an unsupported Fork of a Digital Asset.

17.4    The Platform does not generally offer support for the distribution of Digital Assets based on a triggering fact or event, such as the possession of another Digital Asset (each an **"Airdrop"**), the provision of rewards or other similar payment for participation in a Digital Asset's protocol (**"Staking Rewards"**), or any other distributions or dividends that Users might otherwise be entitled to claim based on their use or possession of a Digital Asset outside of the Platform (collectively, **"Digital Asset Distributions"**). FTX Trading may, in

its sole discretion, elect to support any Digital Asset Distribution, but is under no obligation to do so and shall bear no liability to Users for failing to do so, or for initiating and subsequently terminating such support.

17.5    In the event of a Fork of a Digital Asset, we may be forced to suspend all activities relating to such Digital Asset (including trades, deposits, and withdrawals) on the Platform for an extended period of time, until FTX Trading has determined in its sole discretion that such functionality can be restored (**"Downtime"**). This Downtime may occur at the time that a Fork of a given Digital Asset occurs, potentially with little to no warning. During such Downtime, you understand that you may not be able to trade, deposit, or withdraw the Digital Asset subject to such Fork. FTX Trading does not bear any liability for losses incurred during any Downtime due to the inability to trade or otherwise transfer Digital Assets.

## 18.    ATTACKS ON BLOCKCHAIN NETWORKS

18.1    FTX Trading cannot prevent or mitigate attacks on blockchain networks and has no obligation to engage in activity in relation to such attacks. In the event of an attack, FTX Trading reserves the right to take (or to not take) actions, including, but not limited to, immediately halting trading, deposits and withdrawals for a Digital Asset if we believe that the Digital Asset's network is compromised or under attack. If such an attack caused the Digital Asset to greatly decrease in value, we may discontinue trading in such Digital Asset entirely.

18.2    Resolutions concerning deposits, withdrawals and User balances for a Digital Asset that has had its network attacked will be determined on a case-by-case basis by FTX Trading in its sole discretion. FTX Trading makes no representation and does not warrant the safety of the Services and you assume all liability for any lost value or stolen property.

## 19.    SITE; THIRD PARTY CONTENT

19.1    FTX Trading strives to provide accurate and reliable information and content on the Site, but such information may not always be correct, complete, or up to date. You should always carry out your own independent appraisal and investigations in relation to such information and not rely on it in any way.

19.2    The Site may also contain links to third party websites, applications, events or other materials (**"Third Party Content"**). Such information is provided for your convenience and links or references to Third Party Content do not constitute an endorsement by FTX Trading of any products or services. FTX Trading makes no representation as to the quality, suitability, functionality or legality of Third Party Content, or to any goods and services available from third party websites, and FTX Trading shall have no liability for any losses incurred as a result of actions taken in reliance on the information contained on the Site or in any Third Party Content.

19.3    We have no control over, or liability for, the delivery, quality, safety, legality or any other aspect of any goods or services that you may purchase from a third party (including other Users of the Platform). We are not responsible for ensuring that a third party buyer or seller you transact with will complete the transaction or is authorised to do so. If you experience a problem with any goods or services purchased from, or sold to, a third party purchased using Digital Assets in connection with the Services, you must resolve the dispute directly with that third party.

## 20.    AVAILABILITY

20.1    We do not represent that you will be able to access your Account or the Services 100% of the time. Your Account and the Services are made available to you without warranty of any kind, either express or implied. There are no guarantees that access will not be interrupted, or that there will be no delays, failures, errors, omissions or loss of transmitted information. This could result in the inability to trade on the Platform for a period of time and may also lead to time delays. We may, from time to time, suspend access to your Account and the Services, for both scheduled and emergency maintenance.

20.2    **You acknowledge and agree that** neither FTX Trading nor any other Indemnified Party shall have any liability to you or any third party for the correctness, quality, accuracy, security, completeness, reliability, performance, timeliness, pricing or continued availability of the Services or for delays or omissions of the Services, or for the failure of any connection or communication service to provide or maintain your access to the Services, or for any interruption in or disruption of your access or any erroneous communications between FTX Trading (or any other Indemnified Party) and you, regardless of cause.

20.3    FTX Trading may determine not to make the Services, in whole or in part, available in every market, either in its sole discretion or due to legal or regulatory requirements. In addition, FTX Trading may determine not to make the Services, in whole or in part, available to you, depending on your location. If you travel to a Restricted Territory, our Services may not be available and your access to our Services may be blocked. You acknowledge that this may impact your ability to trade on the Platform and/or monitor any existing Orders or open positions or otherwise use the Services. You must not attempt in any way to circumvent any such restriction, including by use of any virtual private network to modify your internet protocol address.

## 21.    RIGHT TO CHANGE, SUSPEND OR DISCONTINUE SERVICES

21.1    We reserve the right to change, suspend, or discontinue any aspect of the Services at any time and in any jurisdiction, including hours of operation or availability of any feature, without notice and without liability. We may advise you of any such changes, suspensions or discontinuations via your Account or the other contact details that you have provided to us but shall have no obligation to do so.

21.2    If you do not agree with any change, suspension, or discontinuance of any aspect of the Services, then your sole and exclusive remedy is to terminate your use of the Services and close your Account. You agree that neither we nor any other Indemnified Party shall be liable to you or any third party for any Losses suffered as a result of any such changes, suspensions, discontinuations or decisions.

## 22.    UPDATES TO THE TERMS

22.1    We reserve the right to amend any part of the Terms, at any time, by posting the revised version of the Terms on the Site, with an updated revision date. The changes will become effective, and shall be deemed accepted by you, the first time you use the Services after the initial posting of the revised Terms and shall apply on a going-forward basis with respect to transactions initiated after the posting date. You acknowledge that it is your responsibility to check the Terms periodically for changes.

22.2    If you do not agree with any amendments to the Terms, your sole and exclusive remedy is to terminate your use of the Services and close your Account. You agree that neither we nor any other Indemnified Party shall be liable to you or any third party for any Losses suffered as a result of any amendment of the Terms.

## 23.    FEES

23.1    In consideration for the use of the Services, you agree to pay to FTX Trading the appropriate fees, as set forth in our Fee Schedule displayed on the Site (**"Fee Schedule"**), which FTX Trading may revise or update in its sole discretion from time to time. If you do not agree with any amendments to the Fee Schedule, your sole and exclusive remedy is to terminate your use of the Services and close your Account.

23.2    On request, FTX Trading may make available an alternative fee schedule (**"Alternative Fee Schedule"**) to Users who satisfy certain criteria (such as in relation to trading volume), which are determined by FTX Trading in its sole discretion from time to time.

23.3    You authorise FTX Trading to deduct any applicable fees from your Account at the time you make a given transaction. Changes to the Fee Schedule or Alternative Fee Schedule are effective as of the date set forth in any revision and will apply prospectively from that date forward.

24.   **TAXES**

24.1   You will be able to see a record of your transactions via your Account which you may wish to use for the purposes of making any required tax filings or payments. It is your responsibility to determine what, if any, taxes apply to your activities on the Platform, and to collect, report, and remit the correct tax to the appropriate tax authority.

24.2   FTX Trading is not responsible for determining whether taxes apply to your transaction, or for collecting, reporting, or remitting any taxes arising from any transaction.

25.   **RIGHT TO USE SERVICES; API USE; THIRD PARTY APPLICATIONS**

25.1   **License**

25.1.1   FTX Trading grants you a limited, non-exclusive, non-sublicensable, and non-transferable license, subject to the Terms, to access and use the Services solely for approved purposes as determined by FTX Trading. Any other use of the Services is expressly prohibited. FTX Trading and its licensors reserve all rights in the Services, and you agree that the Terms do not grant you any rights in, or licenses to, the Services except for the limited license set forth above.

25.1.2   Except as expressly authorised by FTX Trading, you agree not to modify, reverse engineer, copy, frame, scrape, rent, lease, loan, sell, distribute, or create derivative works based on the Services, in whole or in part. If you violate any portion of the Terms, your permission to access and use the Services may be terminated pursuant to the Terms.

25.1.3   "FTX.com," "FTX" and all logos related to the Services are either trademarks, or registered marks of FTX Trading or its licensors. You may not copy, imitate, or use them without FTX Trading's prior written consent. All right, title, and interest in and to the Site and any Mobile Application, any content thereon, the Services, and any and all technology or content created or derived from any of the foregoing is the exclusive property of FTX Trading and its licensors.

25.2   **API use**

25.2.1   Subject to your compliance with the Terms and any other agreement which may be in place between you and FTX Trading relating to your use of the API, FTX Trading grants you a limited, revocable, non-exclusive, non-transferable, non-sublicensable license, to use the API solely for the purposes of trading on the Platform. You agree to not use the API or data provided through the API for any other purpose. You agree your access and use of the API shall be entirely at your own risk, and that FTX Trading will not be responsible for any liabilities that you incur as a result of the use of the API or actions you take based on the API.

25.2.2   FTX Trading may, at its sole discretion, set limits on the number of API calls that you can make, for example, to maintain market stability and integrity. You acknowledge and agree that if you exceed these limits, FTX Trading may moderate your activity or cease offering you access to the API (or any other API offered by FTX Trading), each in its sole discretion.

25.2.3   FTX Trading may immediately suspend or terminate your access to the API without notice if we believe you are in violation of the Terms or any other agreement which may be in place between you and FTX Trading related to your use of the API.

25.3   **Third Party Applications**

25.3.1   We offer our Services to users both directly and via third party websites, platforms, applications and other access portals (collectively, "**Third Party Portals**"). If you are accessing these Terms via a Third Party Portal, you agree (a) to comply with all applicable terms of service of such Third Party Portal, (b) that you are solely responsible for payment of any and all costs and fees

associated with such Third Party Portals, and (c) we do not owe you any duty of care with respect to such Third Party Portals, nor do we accept any responsibility for them.

25.3.2    If you grant express permission to a third party to connect to your Account, either through the third party's product or through the Services, you acknowledge that granting permission to a third party to take specific actions on your behalf does not relieve you of any of your responsibilities under these Terms.

25.3.3    You acknowledge and agree that you will not hold us responsible for, and will indemnify you from, any liability arising from the actions or inactions of such third party in connection with the permissions you grant. You expressly agree that your use of any Third Party Portal is at your own risk and we will not be liable to you for any inaccuracies, errors, omissions, delays, damages, claims, liabilities or losses, arising out of or in connection with your use of Third Party Portals.

25.3.4    In the event that access to the Services via any Third Party Portal is suspended, terminated or cancelled for any reason, you agree that you shall remain bound by these Terms and our Privacy Policy as a user of the Services.

26.    **PRIVACY POLICY**

We are committed to protecting your personal information and to helping you understand exactly how your personal information is being used. You should carefully read our Privacy Policy, which provides details on how your personal information is collected, stored, protected, and used.

27.    **CONFIDENTIALITY**

27.1    You shall treat as strictly confidential and not use or disclose any information or documents which you receive (or have received) from us, whether before, during or after the term of the Terms, and whether communicated orally, in writing, in electronic form or otherwise, relating to our business, financial situation, products and services (including the Services), expectations, processes and methods, customers or employees, in each case which is designated as being "confidential" or which by its very nature should obviously be treated as secret and confidential (together **"Confidential Information"**).

27.2    You may use the Confidential Information solely to the extent necessary to receive the benefit of the Services in accordance with the Terms.

27.3    The obligation to maintain confidentiality under this Section 27 shall not apply to any Confidential Information to the extent that such information is:

27.3.1    in the public domain through no breach of the Terms;

27.3.2    known to you at the time of disclosure without restrictions on use, or independently developed by you, and in each case, there is appropriate documentation to demonstrate either condition; or

27.3.3    required to be disclosed to a Regulatory Authority or by Applicable Laws.

27.4    If you are required under Applicable Laws or by any Regulatory Authority to disclose Confidential Information in the circumstances set out in Section 27.3.3 you shall give us such notice as is practical in the circumstances of such disclosure and shall provide all cooperation reasonably requested by us in relation to mitigating the effects of, or avoiding the requirements for, any such disclosure.

27.5    Any Confidential Information shall remain the property of FTX Trading and may be copied or reproduced only with our prior written consent.

27.6    Upon request, you shall return or destroy all materials containing our Confidential Information and, where such materials have been destroyed, confirm such destruction in writing. You shall be under no obligation to return or destroy such materials if and to the extent you are required to retain such materials under Applicable Laws, provided that you

shall notify us in writing of such requirement, giving details of the materials which have not been destroyed or returned, and this Section 27 shall continue to apply to such materials.

27.7   The parties agree and acknowledge that a breach of this Section 27 constitutes a matter of urgency for the purposes of section 12A(4) of Singapore's International Arbitration Act (Chapter 143A) both before, and after, the formation of the arbitral tribunal.

27.8   The availability of relief from an emergency arbitrator or the expedited formation of an arbitral tribunal under SIAC Rules (as defined in Section 38.12.1 below) shall not prejudice any party's right to apply to a state court or other judicial authority for any interim or conservatory measures before the formation of the arbitral tribunal and it shall not be treated as an alternative to or substitute for the exercise of such right. Where a party applies for relief from a state court or other judicial authority, the parties agree that failure to make an application for expedited appointment of the arbitral tribunal and/or for the appointment of an emergency arbitrator under the SIAC Rules shall not indicate, or be deemed to indicate, a lack of urgency. The parties also agree that any refusal by the President of the Court of Arbitration of SIAC to appoint an emergency arbitrator or allow the expedited formation of the arbitral tribunal shall not be determinative of the question of urgency.

27.9   The parties agree that an application to a state court or other judicial authority for interim or conservatory measures after the formation of the arbitral tribunal in respect of this Section 27 shall be considered "exceptional circumstances" under Rule 30.3 of the SIAC Rules. The parties also agree that an application may be made for interim relief on a non-urgent basis under section 12A(5) of Singapore's International Arbitration Act and agree that this Section 27.9 constitutes agreement in writing for the purposes of section 12A(5) of Singapore's International Arbitration Act.

28.   **COOKIES**

By accessing the Site, you agree to use cookies in agreement with FTX Trading's Privacy Policy. The Site uses cookies to enable us to retrieve User details for each visit, and to enable the functionality of certain areas of the Site to make it easier for Users visiting the Site to access and use the Services.

29.   **INDEMNIFICATION; RELEASE**

29.1   You shall and agree to defend, indemnify and hold harmless FTX Trading, its Affiliates and service providers and, in each case, their Personnel (collectively, **"Indemnified Parties"** and each an **"indemnified Party"**) from and against any and all claims and liabilities, costs, expenses, damages and losses (including any direct, indirect or consequential losses, loss of profit, loss of reputation and all interest, penalties and legal and other reasonable professional costs and expenses) (**"Losses"** or **"Loss"**) which any Indemnified Party may suffer or incur, arising directly or indirectly out of or in connection with: (i) your use of your Account and/or the Services; (ii) your breach or anticipatory breach of the Terms; or (iii) your violation or anticipatory violation of any Applicable Laws.

29.2   You will cooperate as fully required by the Indemnified Parties in the defence of any such claims and Losses. The Indemnified Parties retain the exclusive right to assume the exclusive defence and control of any claims and Losses. You will not settle any claims and Losses without FTX Trading's prior written consent.

29.3   You hereby agree to release each of the Indemnified Parties from any and all claims and demands (and waive any rights you may have against any of the Indemnified Parties in relation to any Losses you may suffer or incur), arising directly or indirectly out of or in connection with any dispute that you have with any other User or other third party in connection with the Services (including any Digital Asset transactions) or the subject matter of the Terms.

30.   **LIMITATION OF LIABILITY; NO WARRANTY**

30.1   NOTHING IN THE TERMS SHALL LIMIT OR EXCLUDE A PARTY'S LIABILITY:

30.1.1    FOR DEATH OR PERSONAL INJURY CAUSED BY ITS NEGLIGENCE;

30.1.2    FOR FRAUD OR FRAUDULENT MISREPRESENTATION; OR

30.1.3    TO THE EXTENT SUCH LIABILITY CANNOT BE EXCLUDED BY APPLICABLE LAWS.

30.2    SUBJECT TO SECTION 30.1, NEITHER FTX TRADING NOR ANY OF THE OTHER INDEMNIFIED PARTIES SHALL BE LIABLE TO YOU IN CONTRACT, TORT (INCLUDING NEGLIGENCE), EQUITY, STATUTE OR ANY OTHER CAUSE ARISING OUT OF OR IN CONNECTION WITH THE TERMS (OR ARISING OUT OF OR IN CONNECTION WITH: YOUR USE OR INABILITY TO USE THE SERVICES; THE COST OF PROCURING SUBSTITUTE GOODS AND SERVICES IN CIRCUMSTANCES WHERE YOU DO NOT OR ARE UNABLE TO USE THE SERVICES; ANY GOODS, DATA, INFORMATION, OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH OR FROM THE SERVICES; UNAUTHORISED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; OR ANY OTHER MATTER RELATING TO THE SERVICES) FOR:

30.2.1    INCIDENTAL, PUNITIVE, EXEMPLARY OR OTHER SPECIAL LOSS OR DAMAGE; OR LOSS OF PROFIT, LOSS OF REVENUE, LOSS OF GOODWILL, LOSS OF USE, LOSS OF BUSINESS OR CONTRACT, LOST OPPORTUNITIES, INCREASED COSTS OR EXPENSES (OR WASTED EXPENDITURE INCLUDING PRE-CONTRACT EXPENDITURE), LOSS OF SAVINGS, ANY LIABILITY VOLUNTARILY ASSUMED BY YOU, OR LOSS OF OR DAMAGE TO DATA, IN EACH CASE REGARDLESS OF WHETHER SUCH LOSS OR DAMAGE WAS DIRECT OR INDIRECT, FORESEEABLE OR UNFORESEEABLE, OR WHETHER FTX TRADING OR ANY OF THE OTHER INDEMNIFIED PARTIES HAD BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGE; OR

30.2.2    INDIRECT OR CONSEQUENTIAL LOSS OR DAMAGE.

30.3    YOU ACKNOWLEDGE AND AGREE THAT FTX TRADING AND ITS AFFILIATES MAY RELY ON ONE OR MORE THIRD PARTY INTERMEDIARIES FOR THE PURPOSES OF PROVIDING THE SERVICES. THE THIRD PARTY INTERMEDIARIES ARE INDEPENDENT THIRD PARTIES AND ARE NOT FTX TRADING'S AGENTS OR SUBCONTRACTORS. SUBJECT TO SECTION 30.1, FTX TRADING SHALL NOT BE LIABLE FOR THE ACTS OR OMISSIONS OF ANY THIRD PARTY INTERMEDIARY, OR ANY LOSSES ARISING FROM THE FAULT OF ANY THIRD PARTY INTERMEDIARY, SUCH AS A FAILURE BY A THIRD PARTY INTERMEDIARY TO COMPLY WITH APPLICABLE LAWS OR ANY REASONABLE INSTRUCTIONS PROVIDED BY FTX TRADING.

30.4    YOU ACKNOWLEDGE AND AGREE THAT THE SERVICES ARE PROVIDED ON AN "AS IS" BASIS, WITHOUT ANY WARRANTY OR REPRESENTATION OF ANY KIND AND, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EACH OF FTX TRADING AND THE OTHER INDEMNIFIED PARTIES EXPRESSLY DISCLAIM ANY WARRANTIES OR CONDITIONS, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, WITH RESPECT TO THE SERVICES, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. NEITHER FTX TRADING NOR ANY OTHER INDEMNIFIED PARTY MAKES ANY WARRANTY THAT:

30.4.1    THE SERVICES WILL MEET YOUR REQUIREMENTS;

30.4.2    THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE; OR

30.4.3    THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION, OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU WILL MEET YOUR EXPECTATIONS.

30.5    SUBJECT TO SECTION 30.1, NEITHER FTX TRADING NOR ANY OF THE OTHER INDEMNIFIED PARTIES WILL BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS AND TAKE NO RESPONSIBILITY FOR, AND WILL NOT BE LIABLE TO YOU FOR, ANY USE OF THE SERVICES, INCLUDING BUT NOT LIMITED TO ANY LOSSES, DAMAGES OR CLAIMS ARISING FROM: USER ERROR SUCH AS FORGOTTEN PASSWORDS, INCORRECTLY CONSTRUCTED TRANSACTIONS, OR MISTYPED WALLET ADDRESSES; SERVER FAILURE OR DATA LOSS; CRYPTOCURRENCY WALLETS OR CORRUPT FILES; UNAUTHORISED ACCESS TO SERVICES; OR ANY THIRD PARTY ACTIVITIES, INCLUDING WITHOUT LIMITATION THE USE OF VIRUSES, PHISHING, BRUTEFORCING OR OTHER MEANS OF ATTACK AGAINST YOUR COMPUTER OR ANY BLOCKCHAIN NETWORK UNDERLYING THE SERVICES.

31.    **COUNTRY-SPECIFIC ADDENDA**

If you are a resident of Australia, Japan, or South Africa, additional terms and conditions will apply to your use of the Services as set forth in the Schedules attached hereto.

32.    **COMMUNICATIONS IN ENGLISH**

The Terms are provided to you and concluded in English. We will communicate with you in English for all matters related to your use of our Services unless we elect, in our sole discretion, to provide support for other languages.

33.    **FEEDBACK**

You acknowledge and agree that any materials, including without limitation questions, comments, feedback, suggestions, ideas, plans, notes, drawings, original or creative materials or other information or commentary you provide to us or one of our social media accounts, regarding the Services (collectively, **"Feedback"**) that are provided by you, whether by email, posting to the Site or social channels, or otherwise, are non-confidential and will become the sole property of FTX Trading. FTX Trading will own exclusive rights, including all intellectual property rights, in and to such Feedback, and will be entitled to the unrestricted use and dissemination of such Feedback for any purpose, commercial or otherwise, without acknowledgment or compensation to you.

34.    **QUESTIONS AND CONTACT INFORMATION**

34.1    We often post notices and relevant Services information in our Telegram channel and on our Twitter account, so we advise You to check those channels before contacting support.

Telegram: https://t.me/FTX_Official

Twitter: https://twitter.com/FTX_Official

WeChat: ftexchange

Blog: https://blog.ftx.com/

34.2    To contact us, please visit one of the links or channels above. For support with your Account, you may submit a support ticket at https://ftx.com/support. For legal and media inquiries, please contact legal@ftx.com and media@ftx.com, respectively. Please provide all relevant information, including your Account username and transaction IDs of any related deposits. Although we make no representations or provide no warranties as to the speed of response, we will endeavour to get back to you as soon as possible.

35.    **PROMOTIONS**

FTX Trading does not, as a general rule, participate in promotions without an official pronouncement, either on the Site or elsewhere. You shall obtain prior written approval prior to releasing any statements, written media releases, public announcements and public disclosures, including promotional or marketing materials, relating to the Platform.

36. **FORCE MAJEURE AND RELIEF EVENTS**

36.1 FTX Trading shall not be responsible (and shall have no liability) for any failure, interruption or delay in relation to the performance of the Services or its obligations under the Terms that results from any abnormal or unforeseeable circumstances outside our reasonable control, including without limitation:

36.1.1 any Force Majeure Event; or

36.1.2 any failure by you to comply with your obligations under the Terms or Applicable Laws (**"Relief Event"**).

37. **ASSIGNMENT AND SUBCONTRACTING**

37.1 You may not assign, novate, or otherwise transfer, any of your rights or obligations under the Terms, or sub-contract the performance of any of your obligations under the Terms, without the prior written consent of FTX Trading. Any attempted assignment, novation, transfer or sub-contracting without our consent shall be void.

37.2 FTX Trading may assign, novate, or otherwise transfer any of its rights or obligations under the Terms to any other person, or sub-contract the performance of any of its obligations under the Terms (including the performance of the Services), at any time and without your consent, and you hereby consent to such assignment, novation, transfer or subcontracting, and agree to take all actions (including by way of executing documents) and other assistance required by FTX Trading to ensure that any such assignment, novation, transfer or subcontracting is effective and enforceable. If you object to such assignment, novation, transfer or sub-contracting you may stop using our Services and terminate the Terms by contacting us and requesting us to close your Account.

38. **GENERAL**

38.1 **Entire agreement**

38.1.1 You agree that the Terms constitute the entire agreement between you and FTX Trading with respect to the use of the Services.

38.1.2 You agree that in agreeing to and entering into the Terms you have not been induced to do so by, and have not relied on, any statement, representation, warranty, assurance, covenant, indemnity, undertaking or commitment (**"Representation"**) which is not expressly set out in the Terms.

38.1.3 You agree that your only right of action in relation to any innocent or negligent Representation set out in the Terms or given in connection with the Terms shall be for breach of contract. All other rights and remedies in relation to any such Representation (including those in tort or arising under statute) are excluded.

38.2 **Survival**

Upon the later of the closure of your Account and the termination of your access to and use of the Services the Terms shall terminate. All rights and obligations of the parties that by their nature are continuing will survive the termination of the Terms.

38.3 **Severability**

If any provision or part of the Terms is void or unenforceable due to any Applicable Laws, it shall be deemed to be deleted and the remaining provisions of the Terms shall continue in full force and effect. If any invalid, unenforceable or illegal provision of the Terms would be valid, enforceable and legal if some part of it were deleted, the provision shall apply with the minimum deletion necessary to make it valid, legal and enforceable.

38.4 **Successors and assigns**

The Terms shall be binding on, and enure to the benefit of, the parties to the Terms and their respective personal representatives, successors and permitted assigns, and references to any party shall include that party's personal representatives, successors and permitted

assigns.

38.5 **Variation and waiver**

38.5.1   Subject to Section 22, no variation of the Terms shall be effective unless it is in writing (which for this purpose, does not include email) and signed by, or on behalf of, each of the parties. The expression "variation" includes any variation, supplement, deletion or replacement however effected.

38.5.2   No waiver by FTX Trading of any right or remedy provided by the Terms or by law shall be effective unless it is in writing (which for this purpose, does not include email) and signed by, or on behalf of, FTX Trading. The failure by FTX Trading to exercise, or delay in exercising, any right or remedy provided by the Terms or by law does not: (i) constitute a waiver of that right or remedy; (ii) restrict any further exercise of that right or remedy; or (iii) affect any other rights or remedies. A single or partial exercise by FTX Trading of any right or remedy does not prevent any further or other exercise of that right or remedy or the exercise of any other right or remedy.

38.6 **No partnership or agency**

Nothing in the Terms or in any matter or any arrangement contemplated by it is intended to constitute a partnership, association, joint venture, fiduciary relationship or other co-operative entity between the parties for any purpose whatsoever. Except as expressly provided in the Terms, neither party has any power or authority to bind the other party or impose any obligations on it and neither party shall purport to do so or hold itself out as capable of doing so. Each party confirms it is acting on its own behalf and not for the benefit of any other person.

38.7 **Set off**

38.7.1   Notwithstanding that any amount is from time to time payable by FTX Trading to you under or by virtue of the Terms or otherwise, you shall not set off such amount against any amount payable by you to FTX Trading under the Terms.

38.7.2   FTX Trading may set off any amounts which from time to time are payable by FTX Trading to you under or by virtue of the Terms or otherwise against any amounts payable by you to FTX Trading under the Terms.

38.8 **Equitable remedies**

Without prejudice to any other rights or remedies that FTX Trading may have, you acknowledge and agree that damages alone may not be an adequate remedy for your breach of the Terms. The remedies of injunction and specific performance as well as any other equitable relief for any threatened or actual breach of such provisions of the Terms may be more appropriate remedies.

38.9 **Third party rights**

Save as otherwise expressly provided in the Terms (such as in Sections 29, 30 and 38.12.8):

38.9.1   the Terms are not intended and shall not be construed to create any rights or remedies in any parties other than you and FTX Trading and its Affiliates, which each shall be a third party beneficiary of the Terms; and

38.9.2   no other person shall assert any rights as a third party beneficiary hereunder (notwithstanding any legislation to the contrary anywhere in the world).

38.10 **Electronic signature**

The Terms may be entered into by electronic means.

38.11    **Governing law**

The Terms and any Dispute shall be governed by, and construed in accordance with, English law.

38.12    **Arbitration**

38.12.1    Subject to Section 38.13 below, any Dispute shall be referred to and finally determined by arbitration administered by the Singapore International Arbitration Centre (**"SIAC"**) in accordance with the Arbitration Rules of the SIAC (**"SIAC Rules"**) for the time being in force.

38.12.2    This arbitration agreement shall be governed by English law.

38.12.3    The seat of the arbitration shall be Singapore.

38.12.4    The language of the arbitration shall be English.

38.12.5    The number of arbitrators shall be one.

38.12.6    Each party agrees that:

(A)    any Dispute shall be referred to arbitration in accordance with this Clause 38.12 on an individual basis only and not as a claimant or class member in a purported class or representative action;

(B)    combining or consolidating individual arbitrations into a single arbitration is not permitted without the consent of all parties.

38.12.7    This agreement to arbitrate shall:

(A)    be binding upon the parties, their successors and assigns;

(B)    survive the termination of these Terms.

38.12.8    Where a User alleges or claims that a Dispute has arisen between it and any of the Indemnified Parties who is not otherwise a party to these Terms, that Indemnified Party may require that the Dispute be finally settled by arbitration in accordance with this Section 38.12 (without prejudice to that Indemnified Party's right to make a jurisdictional challenge), provided that such Indemnified Party exercises its right to arbitration under this Section 38.12 by notice in writing to all parties to the Terms within 7 days of being notified in writing of the Dispute. For the avoidance of doubt, the User provides express consent to the joinder of such Indemnified Party to an arbitration commenced pursuant to this Section 38.12.

38.13    **Exception to arbitration**

If you are a resident of a jurisdiction where the law prohibits arbitration of Disputes, Section 38.12 above will not apply to you. Instead, each party irrevocably agrees that the Courts of England and Wales located in London, England shall have exclusive jurisdiction in relation to any Dispute and each party irrevocably waives any right that it may have to object to an action being brought in those Courts, to claim that the action has been brought in an inconvenient forum, or to claim that those Courts do not have jurisdiction.

**SCHEDULE 1**

**DEFINITIONS AND INTERPRETATION**

1.  **DEFINITIONS**

1.1  As used throughout the Terms unless the context requires otherwise:

**"Affiliate"** means, in relation to a party, any person that directly, or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with, such party. A person shall be deemed to control another person if such person possesses, directly or indirectly, the power to direct, or cause the direction of, the management and policies of such other person, whether through the ownership of voting securities, by contract or otherwise.

**"Applicable Laws"** means all laws, including rules of common law, principles of equity, statutes, regulations, directives, proclamations, ordinances, by-laws, rules, regulatory principles and requirements, mandatory codes of conduct, writs, orders, injunctions, judgments and any awards of other industrial instruments, which are applicable to the provision, receipt or use of the Services or any products or other deliverables provided, used or received in connection with the Services.

**"Assets"** means the Digital Assets, fiat currency and E-Money held in your Account.

**"BTC"** means the cryptocurrency Bitcoin.

**"Digital Assets"** means BTC, ETH, FTT and any other digital asset, cryptocurrency, virtual currency, token, leveraged token, stablecoin, tokenised stock, volatility token, tokenised futures contract, tokenised option or other tokenised derivatives product that is supported by and made available from time to time to transact in using the Platform.

**"Dispute"** means any dispute, claim, controversy or difference arising out of or in connection with the Terms, including any question regarding its existence, validity, subject matter, interpretation, negotiation, termination or enforceability, and any dispute, claim, controversy or difference regarding any non-contractual obligations arising out of or in connection with the Services.

**"ETH"** means the cryptocurrency Ethereum.

**"Exchange"** means the trading platform operated by FTX Trading or its Affiliates through which the Services may be offered to Users to transact in Digital Assets with other Users.

**"fiat currency"** means any government issued national currency.

**"Force Majeure Event"** means any circumstance not within a party's reasonable control including:

(i)      acts of God, flood, drought, earthquake or other natural disaster;

(ii)     epidemic or pandemic;

(iii)    terrorist attack, civil war, civil commotion or riots, war, threat of or preparation for war, armed conflict, imposition of sanctions, embargo, or breaking off of diplomatic relations;

(iv)    nuclear, chemical or biological contamination or sonic boom;

(v)     any law or any action taken by a Regulatory Authority, including the imposition of an export or import restriction, quota or prohibition;

(vi)    collapse of buildings, fire, explosion or accident; and

(vii)   any labour or trade dispute, strikes, industrial action or lockouts (other than in each case by the party (or its Affiliates) seeking to rely on this clause).

**"FTT"** is the exchange token of the Exchange ecosystem and is not offered in the United States or to U.S. persons.

**"Mobile Application"** means any mobile application developed or provided by FTX Trading and/or any of its Affiliates through which Users can access the Platform.

**"Order"** means each instruction placed by you on the Order Book to purchase or sell a specified quantity of a Digital Asset at a specified price in the Digital Asset in which trading is denominated on the Order Book; the second Digital Asset in a trading pair (e.g. USD in the BTC/USD trading pair).

**"Order Book"** means the central limit order book operated by FTX Trading on the Platform.

**"parties"** means the parties to the Terms, being you and FTX Trading (or, where applicable, the Service Provider responsible for providing a Specified Service to you as specified in a Service Schedule, insofar as that Specified Service is concerned), and "**party**" shall mean any one of the foregoing (as the context requires).

**"Personnel"** means the directors, officers, employees, agents, joint venturers, and contractors or subcontractors of a person.

**"Regulatory Authority"** means any foreign, domestic, state, federal, cantonal, municipal or local governmental, executive, legislative, judicial, administrative, supervisory or regulatory authority, agency, quasi-governmental authority, court, commission, government organisation, self-regulatory organisation having regulatory authority, tribunal, arbitration tribunal or panel or supra-national organisation, or any division or instrumentality thereof, including any tax authority.

**"Service Provider"** means the entity specified in a Service Schedule as responsible for providing the Specified Service referred to in that Service Schedule.

**"Service Schedule"** means the Service Schedules set out in the Schedules (other than this Schedule 1) to the General Terms.

**"Specified Service"** means any service specified in a Service Schedule.

**"transaction"** or **"trade"** means each transaction or trade carried out (or to be carried out) via the Platform relating to buying, selling, exchanging, holding, staking, lending, borrowing, sending, receiving or otherwise transacting in a Digital Asset.

**"User"** means a user of the Services, including you.

2.    **INTERPRETATION**

2.1    **References to the Terms and other agreements**

In the Terms, except where the context otherwise requires:

2.1.1    a reference to the Terms includes a reference to the Service Schedules and any other Schedules to it, each of which forms part of the Terms;

2.1.2    a reference to a Section or Schedule (other than to a schedule to a statutory provision) is a reference to a Section or Schedule (as the case may be) of, or to, the Terms and reference to a paragraph is to a paragraph of the relevant Schedule;

2.1.3    the headings are for convenience only and shall not affect the interpretation of the Terms;

2.1.4    a reference to the Terms includes the Terms as amended or supplemented in accordance with its terms; and

2.1.5    a reference to any agreement or other instrument (other than an enactment or statutory provision) is to that agreement or instrument as from time to time amended, varied, supplemented, substituted, novated or assigned otherwise than in breach of the Terms.

2.2    **Singular, plural and gender**

Words in the singular include the plural and vice versa and a reference to one gender includes other genders.

2.3     **References to persons and companies**

In the Terms, except where the context otherwise requires:

2.3.1     a reference to a person includes a reference to any individual, firm, company, government, state or agency of a state, local or municipal authority or government body or any joint venture, association or partnership (whether or not having separate legal personality);

2.3.2     a reference to a company includes any company, corporation or other body corporate wherever and however incorporated or established; and

2.3.3     a reference to an individual includes that individual's estate and personal representatives.

2.4     **References to time periods**

In the Terms, except where the context otherwise requires, any reference to a date or time is a reference to that date or time in the principal financial centre of the country in which the registered office of FTX Trading (or the relevant Affiliate of FTX Trading) is located, unless otherwise agreed in writing. A reference to a day means a period of 24 hours ending at midnight. Any period of time shall be calculated exclusive of the day from which the time period is expressed to run or the day upon which the event occurs which causes the period to start running.

2.5     **References to legislation and legal terms**

In the Terms, except where the context otherwise requires, a reference to an enactment or statutory provision shall include a reference to any subordinate legislation made under the relevant enactment or statutory provision, and is a reference to that enactment, statutory provision or subordinate legislation as from time to time amended, modified, incorporated or reproduced and to any enactment, statutory provision or subordinate legislation that from time to time (with or without modifications) re-enacts, replaces, consolidates, incorporates or reproduces it.

2.6     **Includes and including**

In the Terms, except where the context otherwise requires:

2.6.1     the words and phrases "includes", "including", "in particular" (or any terms of similar effect) shall not be construed as implying any limitation; and

2.6.2     general words shall not be given a restrictive meaning because they are preceded or followed by particular examples.

2.7     **To the extent that**

In the Terms, except where the context otherwise requires, the phrase "to the extent that" is used to indicate an element of degree and shall mean "to the extent that" and not solely "if", and similar expressions shall be construed in the same way.

2.8     **Writing**

A reference to writing includes any modes of reproducing words in any legible form and, except where expressly stated otherwise, shall include email).

**SCHEDULE 2**

**SERVICE SCHEDULE**

| Specified Service | Spot Market |
|---|---|
| **Specified Service description** | The Spot Market is a trading platform through which you can spot trade certain Digital Assets with other Users in exchange for fiat currency (depending on your location) or Digital Assets. |
| **Service Provider** | This Specified Service forms part of the Services and is provided by **FTX Digital Markets Ltd**, an International Business Company incorporated in The Bahamas (company registration number 207269 B), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| **Specified Service specific terms (in addition to the General Terms)** | The Digital Assets that are available for spot trading on the Spot Market are listed on the Site. This list may be amended from time to time by the Service Provider at its sole discretion.<br><br>The Service Provider reserves the right to final interpretation of this Specified Service. |

**SCHEDULE 3**

**SERVICE SCHEDULE**

| Specified Service | Spot Margin Trading |
|---|---|
| **Specified Service description** | Spot Margin Trading enables you to spot trade certain Digital Assets that you do not have by posting collateral in the form of fiat currency (depending on your location) or Digital Assets held in your Account and borrowing the required Digital Assets from other Users. You can then spot trade the borrowed Digital Assets through the Spot Market on the Platform.<br><br>You may also lend your Digital Assets to other Users who need them to spot trade.<br><br>Digital Asset borrowers pay a lending fee to Digital Asset lenders. |
| **Service Provider** | This Specified Service forms part of the Services and is provided by **FTX Digital Markets Ltd**, an International Business Company incorporated in The Bahamas (company registration number 207269 B), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| **Specified Service specific terms (in addition to the General Terms)** | **IMPORTANT**: Section 16 of the General Terms applies to this service.<br><br>You may be asked to sign other documents in some cases in relation to Spot Margin Trading, including but not limited to the FTX Institutional Customer Margin and Line of Credit Agreement.<br><br>The Service Provider and its Affiliates may, in its sole discretion, perform measures to mitigate potential losses to you on your behalf, or to other Users. Such measures include attempts by the Platform's risk engine to liquidate any Users before they could get a negative net Account balance. Using spot margin trading therefore opens you up to liquidation risk.<br><br>The Service Provider may impose margin position limits or decreasing collateral on large positions of illiquid coins.<br><br>The Digital Assets that are available for borrowing/lending are listed on the Site. This list may be amended from time to time by the Service Provider at its sole discretion.<br><br>Digital Assets that are lent to other Users are effectively locked, and cannot be withdrawn/sold/used as collateral/staked/etc. However, they can be used as maintenance margin to prevent liquidations.<br><br>The Service Provider reserves the right to final interpretation of this Specified Service. |

| | |
|---|---|
| **Risk disclosures** | Margin trading may not be suitable for all Users and should only be used by those who understand the risks. Also see Section 2.4 of the General Terms.<br><br>THE SERVICE PROVIDER AND ITS AFFILIATES DO NOT TAKE ANY RESPONSIBILITY WHATSOEVER FOR ANY LOSSES OR DAMAGE INCURRED AS A RESULT OF YOUR USE OF ANY MARGIN TRADING SERVICES OFFERED ON THE PLATFORM OR YOUR FAILURE TO UNDERSTAND THE RISKS ASSOCIATED WITH MARGIN TRADING. |

**SCHEDULE 4**

**SERVICE SCHEDULE**

| Specified Service | OTC / Off-exchange Portal (OEP Portal) |
| --- | --- |
| **Specified Service description** | The OEP Portal enables you to connect with other Users to request quotes for spot Digital Assets. In response to a request for a quote, other Users will return prices offered by them in respect of the Digital Assets and you may decide whether or not you wish to trade at the price offered by the other User. Affiliates of FTX Trading may participate on the OEP Portal as Users and execute trades (as principal) with other Users, on terms no more favourable to such Affiliate than terms offered to other similarly situated Users. If you agree, the trade is confirmed, and you will trade directly with the other User. The Service Provider will carry out post-trade clearing and settlement of the trade between you and the other User. |
| **Service Provider** | This Specified Service forms part of the Services and is provided by **FTX Digital Markets Ltd**, an International Business Company incorporated in The Bahamas (company registration number 207269 B), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| **Specified Service specific terms (in addition to the General Terms)** | The Service Provider shall have no liability in relation to your use of the OEP Portal or for any trades that you enter into with other Users that you connect with through the OEP Portal.<br><br>The Service Provider reserves the right to final interpretation of this Specified Service. |

**SCHEDULE 5**

**SERVICE SCHEDULE**

| Specified Service | Futures Market |
|---|---|
| **Specified Service description** | The Futures Market is a trading platform on which you can trade Quarterly Futures Contracts and Perpetual Futures Contracts (collectively, **Futures Contracts**) on certain Digital Assets and Digital Asset indexes with other Users, with or without leverage. |
| **Service Provider** | This Specified Service forms part of the Services and is provided by <u>**FTX Digital Markets Ltd**</u>, an International Business Company incorporated in The Bahamas (company registration number 207269 B), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| **Specified Service specific terms (in addition to the General Terms)** | Quarterly Futures Contracts represent obligations to buy or sell a Digital Asset at a specific price, on a specified future date. Quarterly Futures Contracts expire to a time-weighted average price (**"TWAP"**) of their associated index on the last Friday of every quarter between 2am and 3am UTC. If you hold an expiring position, you will be credited with USD profit and loss equal to the expiration price shortly after. |
| | Perpetual Futures Contracts represent obligations to buy or sell a Digital Asset at a specific price, at any time while the contract remains open. Perpetual Futures Contracts do not have an expiry date but instead, continuously roll over, i.e. every hour, each perpetual futures contract has a funding payment where longs pay shorts equal to 1 hour TWAP of Premium / 24. |
| | You can trade Futures Contracts on the Futures Market by posting collateral in the form of fiat currency (depending on your jurisdiction) and Digital Assets to cover initial and maintenance margin. |
| | Instead of delivery of the underlying Digital Asset, your profit or loss is settled in stablecoins. |
| | **IMPORTANT:** Section 16 of the General Terms applies to this service. |
| | Futures Contracts are Complex Products and the trading of Futures Contracts is high risk. The market price of any Futures Contract may not reflect the price of spot markets in the applicable underlying Digital Assets and may fluctuate significantly in response to the value of the underlying Digital Asset's(s') price, supply and demand, and other market factors. |
| | In order to trade Futures Contracts on the Futures Market, you must post collateral. Depending on market movements, your positions may be liquidated, and you may sustain a total loss of the Assets in your Account. This is because Futures Contract trading can be highly leveraged, with a relatively small amount of funds used to establish a position in a Digital Asset or index having a much greater value. For instance, a small price decrease on a 20x leveraged Futures Contact's underlying Digital Asset could result in 20x loss in your leveraged position in the Futures Contract. Further, short positions will lose money when the price of the underlying |

Digital Asset rises, a result that is opposite from holding the underlying Digital Asset.

YOU AGREE AND HEREBY AUTHORISE THE SERVICE PROVIDER AND ITS AFFILIATES TO TAKE ANY MEASURES IN THEIR SOLE DISCRETION, INCLUDING BUT NOT LIMITED TO, FORCED POSITION REDUCTION AND LIQUIDATION UNDER MARKET VOLATILITY, ILLIQUIDITY AND OTHER CIRCUMSTANCES, FOR THE PURPOSES OF MITIGATING POTENTIAL LOSSES TO YOU, OTHER USERS, AND THE SERVICE PROVIDER AND ITS AFFILIATES.

By trading in Futures Contracts on the Futures Market on the Platform, you acknowledge and agree that you have sufficient investment knowledge, financial expertise, and experience and the capacity to take on the increased risks arising from Futures Contract trading. You further agree to independently assume all the risks arising from conducting Futures Contract trading on your own account. If you are uncomfortable with this level of risk, you should not trade Futures Contracts.

THE SERVICE PROVIDER AND ITS AFFILIATES DO NOT TAKE ANY RESPONSIBILITY WHATSOEVER FOR ANY LOSSES OR DAMAGE INCURRED AS A RESULT OF YOUR TRADING FUTURES CONTRACTS ON THE PLATFORM OR YOUR FAILURE TO UNDERSTAND THE RISKS ASSOCIATED WITH FUTURES CONTRACT TRADING.

The Service Provider reserves the right to final interpretation of this Specified Service.

| | |
|---|---|
| **Risk disclosures** | See Section 2 of the General Terms. |

**SCHEDULE 6**

**SERVICE SCHEDULE**

| Specified Service | Volatility Market (Options Contacts) |
|---|---|
| **Specified Service description** | The Volatility Market is a trading platform on which you can trade Call Options or Put Options (collectively, **Options Contracts**) on certain Digital Assets with other Users, with or without leverage. |
| **Service Provider** | This Specified Service forms part of the Services and is provided by **FTX Digital Markets Ltd**, an International Business Company incorporated in The Bahamas (company registration number 207269 B), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| **Specified Service specific terms (in addition to the General Terms)** | Options Contracts give you the option (i.e. the right, but not the obligation), to either buy (Call Option) or sell (Put Option) Digital Assets for a specific price (the strike or exercise price) on a specified expiry date.<br><br>If, at the expiration of a Call Option, the market price of the underlying Digital Asset is higher than the strike price, the Service Provider will automatically exercise the option and credit your Account with the difference between the market price and the strike price. If the market price is lower, the option expires to USD 0.00. In the case of Put Options, the reverse applies.<br><br>You can trade Options Contracts on the Volatility Market by posting collateral in fiat currency (depending on your location) and Digital Assets, to cover initial and maintenance margin.<br><br>Instead of delivery of the underlying Digital Asset on the specified expiry date, your profit or loss is settled in stablecoins.<br><br>**IMPORTANT**: Section 16 of the General Terms applies to this service.<br><br>The Options Contracts on the Volatility Market are European style. This means that you will not be able to exercise the option before the specified expiry date.<br><br>The Options Contracts auto-expire, which means that the Service Provider will automatically exercise all options "in the money" and no options "out of the money".<br><br>The Options Contracts expire on their specified expiry date at 3:00:00AM UTC. The expiration price of the underlying Digital Asset is based on a 1-hour TWAP of the underlying index the hour before expiration.<br><br>Options Contracts are Complex Products and the trading of Options Contracts is high risk. In order to trade Options Contracts on the Volatility Market, you must post collateral. Depending on market movements, your positions may be liquidated, and you may sustain a total loss of the Assets in your Account. This is because Options Contract trading is highly leveraged, with a relatively small amount of funds used to establish a position in a Digital Asset having a much greater value.<br><br>If you are uncomfortable with this level of risk, you should not trade Options Contracts. |

| | THE SERVICE PROVIDER AND ITS AFFILIATES DO NOT TAKE ANY RESPONSIBILITY WHATSOEVER FOR ANY LOSSES OR DAMAGE INCURRED AS A RESULT OF YOUR TRADING OPTIONS CONTRACTS ON THE PLATFORM OR YOUR FAILURE TO UNDERSTAND THE RISKS ASSOCIATED WITH OPTIONS CONTRACTS TRADING.<br><br>The Service Provider reserves the right to final interpretation of this Specified Service. |
| --- | --- |
| **Risk disclosures** | See Section 2 of the General Terms. |

**SCHEDULE 7**

**SERVICE SCHEDULE**

| Specified Service | Volatility Market (MOVE Volatility Contracts) |
|---|---|
| Specified Service description | The Volatility Market is a trading platform on which you can trade Daily MOVE Volatility Contracts, Weekly MOVE Volatility Contracts and Quarterly MOVE Volatility Contracts (collectively, **MOVE Volatility Contracts**) with other Users, with or without leverage. |
| Service Provider | This Specified Service forms part of the Services and is provided by **FTX Digital Markets Ltd**, an International Business Company incorporated in The Bahamas (company registration number 207269 B), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| Specified Service specific terms (in addition to the General Terms) | MOVE Volatility Contracts represent the absolute value of the amount a Digital Asset moves in a period of time, i.e. a day, week or quarter.<br><br>MOVE Volatility Contracts expire to the absolute value of the difference between the TWAP price of the underlying Digital Asset over the first hour and the TWAP price of the underlying Digital Asset over the last hour of their expiration time, measured in UTC.<br><br>1.    Daily MOVE Volatility Contracts expire to the movement of BTC over a single day's period. Their ticker is [underlying]-MOVE-[expiration date]; e.g. BTC-MOVE-1116 is the BTC-MOVE Volatility Contract expiring at the end of 16 November UTC.<br><br>2.    Weekly MOVE Volatility Contracts expire to the movement of BTC over a 7 day period. Their ticker is [underlying]-MOVE-WK-[expiration date]; e.g. BTC-MOVE-WK-1122 expires to the amount that BTC moves between the start of 16 November and the end of 22 November.<br><br>3.    Quarterly MOVE Volatility Contracts expire to the move of BTC over a roughly 3 month period. Their ticker is [underlying]-MOVE-[expiration year]Q[quarter number]; e.g. BTC-MOVE-2020Q2 expires to the amount that BTC moves during Q2 2020, from 27 March 2020 to 25 June 2020.<br><br>You can trade Move Volatility Contracts on the Volatility Market by posting collateral in the form of fiat currency (depending on your location) and Digital Assets to cover initial and maintenance margin.<br><br>**IMPORTANT**: Section 16 of the General Terms applies to this service.<br><br>MOVE Volatility Contracts are Complex Products and the trading of MOVE Volatility Contracts is high risk. In order to trade MOVE Volatility Contracts on the Volatility Market, you must post collateral. Depending on market movements, your positions may be liquidated, and you may sustain a total loss of the Assets in your Account. This is because MOVE Volatility Contract trading is highly leveraged, with a relatively small amount of funds used to establish a position in a Digital Asset having a much greater value. |

| | |
|---|---|
| | If you are uncomfortable with this level of risk, you should not trade MOVE Volatility Contracts. |
| | THE SERVICE PROVIDER AND ITS AFFILIATES DO NOT TAKE ANY RESPONSIBILITY WHATSOEVER FOR ANY LOSSES OR DAMAGE INCURRED AS A RESULT OF YOUR TRADING MOVE VOLATILITY CONTRACTS ON THE PLATFORM OR YOUR FAILURE TO UNDERSTAND THE RISKS ASSOCIATED WITH MOVE VOLATILITY CONTRACTS TRADING. |
| | The Service Provider reserves the right to final interpretation of this Specific Service. |
| **Risk disclosures** | See Section 2 of the General Terms. |

**SCHEDULE 8**

**SERVICE SCHEDULE**

| Specified Service | Leveraged Tokens Spot Market |
|---|---|
| **Specified Service description** | The Leveraged Tokens Market is a trading platform on which you can spot trade Leveraged Tokens on certain Digital Assets with other Users. |
| **Service Provider** | This Specified Service forms part of the Services and is provided by **FTX Trading Ltd**, a company incorporated and registered in Antigua and Barbuda (company number 17180), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| **Specified Service specific terms (in addition to the General Terms)** | Leveraged Tokens are "ERC-20" digital tokens issued by LT Baskets Ltd, an Affiliate of FTX Trading. Each Leveraged Token has an associated account on the Platform that takes leveraged positions on Perpetual Futures Contracts on an underlying Digital Asset or Digital Asset index (collectively **"Underlying"**) and can be created or redeemed for its share of the Digital Assets of that account. |
| | Leveraged Tokens seek (but under no circumstances guarantee) daily results, before fees and expenses, that correspond to 300% or 3x ("BULL"), -100% or -1x ("HEDGE"), or -300% or -3x ("BEAR") of the daily return of the Underlying (in U.S. Dollars) for a single day, not for any other period. A Leveraged Token's returns for a period longer than a single day will be the result of its return for each day, compounded over that period, and could differ in amount and direction from the return of the Underlying over the same period. |
| | A Leveraged Token's returns may also deviate from expected returns in a period shorter than a single day for reasons including, but not limited to, scheduled or unscheduled rebalancing. Scheduled rebalancing occurs once daily in order to maintain the Leveraged Token's intended exposure to the market price of the Underlying. Unscheduled rebalancing may occur, for example, if the market price of the Underlying moves more than 10% in either direction within a single day in order to maintain the Leveraged Token's intended returns. |
| | Leverage Tokens are Complex Products, and the trading of Leveraged Tokens is high risk. The market price of any Leveraged Token may not reflect the price of spot markets in the applicable Underlying and may fluctuate significantly in response to the value of the Underlying's price, supply and demand, and other market factors. |
| | Leveraged Tokens reduce the risk of liquidation (as compared to Futures Contracts for example) but it is still possible that liquidation may occur; if markets instantaneously gap down 50%, there is nothing that can stop a +3x leveraged position from getting liquidated. |
| | YOU AGREE AND HEREBY AUTHORISE THE SERVICE PROVIDER AND ITS AFFILIATES TO TAKE ANY MEASURES IN THEIR SOLE DISCRETION, INCLUDING BUT NOT LIMITED TO, FORCED POSITION REDUCTION AND LIQUIDATION UNDER MARKET VOLATILITY, |

<table>
<tr><td></td><td>ILLIQUIDITY AND OTHER CIRCUMSTANCES, FOR THE PURPOSES OF MITIGATING POTENTIAL LOSSES TO YOU, OTHER USERS, AND THE PLATFORM.

By trading in Leveraged Tokens on the Platform, you acknowledge and agree that you have sufficient investment knowledge, financial expertise, and experience and the capacity to take on the increased risks arising from Leveraged Tokens trading. You further agree to independently assume all the risks arising from conducting Leveraged Tokens trading on your own account.

If you are uncomfortable with this level of risk, you should not trade Leveraged Tokens.

THE SERVICE PROVIDER AND ITS AFFILIATES DO NOT TAKE ANY RESPONSIBILITY WHATSOEVER FOR ANY LOSSES OR DAMAGE INCURRED AS A RESULT OF YOUR TRADING LEVERAGED TOKENS ON THE PLATFORM OR YOUR FAILURE TO UNDERSTAND THE RISKS ASSOCIATED WITH LEVERAGED TOKEN TRADING.

The Service Provider reserves the right to final interpretation of this Specific Service.</td></tr>
<tr><td>Risk disclosures</td><td>Leveraged Tokens do not require Users to trade on margin. However, they remain subject to certain risks that you should understand before trading Leveraged Tokens, including but not limited to:

- **Market price variance risk:** Holders buy and sell Leveraged Tokens in the secondary market at market prices, which may be different from the value of the Underlying. The market price for a Leveraged Token will fluctuate in response to changes in the value of the Leveraged Token's holdings, supply and demand for the Leveraged Token and other market factors.

- **Inverse correlation risk:** Holders of Leveraged Tokens that target an inverse return will lose money when the price of the Underlying rises, a result that is opposite from holding the Underlying.

- **Portfolio turnover risk:** Leveraged Tokens may incur high portfolio turnover to manage the exposure to the Underlying. Additionally, active market trading of a Leveraged Token's holding may cause more frequent creation or redemption activities that could, in certain circumstances, increase the number of portfolio transactions. High levels of transactions increase transaction costs. Each of these factors could have a negative impact on the performance of a Leveraged Token.

- **Interest rates:** Leveraged Tokens take positions in Perpetual Futures Contracts to achieve their desired leverage. These Perpetual Futures Contracts might trade at a premium or discount to spot markets in the applicable Underlying as a reflection of prevailing interest rates in cryptocurrency markets. Thus, a Leveraged Token could outperform or underperform the Underlying's spot market returns due to a divergence between the two markets.</td></tr>
</table>

**SCHEDULE 9**
**SERVICE SCHEDULE**

| Specified Service | Volatility Market (BVOL/iBVOL Tokens) |
|---|---|
| Specified Service description | The Volatility Market is a trading platform on which you can trade BVOL Tokens and iBVOL Tokens (collectively, **BVOL/iBVOL Tokens**) with other Users, with or without leverage. |
| Service Provider | This Specified Service forms part of the Services and is provided by **FTX Trading Ltd**, a company incorporated and registered in Antigua and Barbuda (company number 17180), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| Specified Service specific terms (in addition to the General Terms) | BVOL/iBVOL Tokens are "ERC-20" digital tokens issued by LT Baskets Ltd, an Affiliate of FTX Trading. Each BVOL/iBVOL Token has an associated account on the Platform that holds MOVE Volatility Contracts and Perpetual Futures Contracts on BTC (collectively, **"Underlying"**), in an attempt to track the implied percent-based volatility of BTC. In particular, BVOL Tokens attempt to track the daily returns of being 1x long the implied volatility of BTC and iBVOL Tokens attempt to track the daily returns of being 1x short the implied volatility of BTC.<br><br>In order to get their volatility exposure, BVOL Tokens trade MOVE Volatility Contracts and Perpetual Futures on BTC. In particular, they aim to hold 1/6th each of each MOVE Volatility Contract that has not yet had its strike price determined as of each rebalance. That means 1/6th each of:<br><br>• Tomorrow's MOVE Volatility contract<br>• Next weeks' MOVE contract, and the two weeks after that<br>• Next Quarter's MOVE contract, and the quarter after that<br>and<br>• -1x BTC-PERP (Short)<br><br>IBVOL, conversely, aims to hold -1/6th each of those MOVE Volatility contracts and 1x Perpetual Futures Contract on BTC (Long).<br><br>BVOL targets +1x leverage, and iBVOL targets -1x leverage. As such, BVOL should not need to significantly alter its leverage at rebalance time (00:02:00 UTC every day): there may be small amounts of slippage but by and large its leverage should always be 1. IBVOL, however, will need to. If volatility is down, iBVOL will have gains and will reinvest them by selling more MOVE contracts; if volatility is up, iBVOL will have losses and will buy back MOVE contracts to reduce risk and attempt to avoid liquidation. Because of this BVOL almost completely avoids liquidation risk, but IBVOL is at risk if volatility doubles in a day. To mitigate this, iBVOL also has daily rebalances. If market moves cause iBVOL's leverage to reach -4/3, it will do an intraday rebalance to reduce risk.<br><br>YOU AGREE AND HEREBY AUTHORISE THE SERVICE PROVIDER AND ITS AFFILIATES TO TAKE ANY MEASURES IN THEIR SOLE DISCRETION, INCLUDING BUT NOT LIMITED TO, FORCED POSITION |

REDUCTION AND LIQUIDATION UNDER MARKET VOLATILITY, ILLIQUIDITY AND OTHER CIRCUMSTANCES, FOR THE PURPOSES OF MITIGATING POTENTIAL LOSSES TO YOU, OTHER USERS, AND THE PLATFORM.

BVOL/iBVOL Tokens are Complex Products and the trading of BVOL/iBVOL Tokens is high risk. The market price of any BVOL/iBVOL Token may not reflect the price of spot markets in BTC and may fluctuate significantly in response to the value of BTC's price, supply and demand, and other market factors.

By trading in BVOL/iBVOL Tokens on the Platform, you acknowledge and agree that you have sufficient investment knowledge, financial expertise, and experience and the capacity to take on the increased risks arising from BVOL/iBVOL Tokens trading. You further agree to independently assume all the risks arising from conducting BVOL/iBVOL Tokens trading on your own account.

If you are uncomfortable with this level of risk, you should not trade BVOL/iBVOL Tokens.

THE SERVICE PROVIDER AND ITS AFFILIATES DO NOT TAKE ANY RESPONSIBILITY WHATSOEVER FOR ANY LOSSES OR DAMAGE INCURRED AS A RESULT OF YOUR TRADING BVOL/iBVOL TOKENS ON THE PLATFORM OR YOUR FAILURE TO UNDERSTAND THE RISKS ASSOCIATED WITH BVOL/iBVOL TOKEN TRADING.

The Service Provider reserves the right to final interpretation of this Specified Service.

| | |
|---|---|
| **Risk disclosures** | BVOL/iBVOL Tokens do not require Users to trade on margin. However, they remain subject to certain risks that you should understand before trading BVOL/iBVOL Tokens, including but not limited to:<br><br>• **Market price variance risk:** Holders buy and sell BVOL/iBVOL Tokens in the secondary market at market prices, which may be different from the value of BTC. The market price for a BVOL/iBVOL Tokens will fluctuate in response to changes in the value of the BVOL/iBVOL Tokens holdings, supply and demand for the BVOL/iBVOL Tokens and other market factors.<br><br>• **Portfolio turnover risk:** BVOL/iBVOL Tokens may incur high portfolio turnover to manage the exposure to the Underlying. Additionally, active market trading of a BVOL/iBVOL Token's holding may cause more frequent creation or redemption activities that could, in certain circumstances, increase the number of portfolio transactions. High levels of transactions increase transaction costs. Each of these factors could have a negative impact on the performance of a BVOL/iBVOL Tokens.<br><br>• **Interest rates:** BVOL/iBVOL Tokens take positions in MOVE Volatility Contracts and Perpetual Futures Contracts to achieve their desired implied volatility of BTC. These MOVE Volatility Contracts and Perpetual Futures Contracts might trade at a premium or discount to spot markets in BTC as a reflection of prevailing interest rates in cryptocurrency markets. Thus, a BVOL/iBVOL Token could |

| | outperform or underperform BTC's spot market returns due to a divergence between the two markets. |
|---|---|

**SCHEDULE 10**

**SERVICE SCHEDULE**

| Specified Service | Issuing and redeeming Leveraged Tokens and BVOL/iBVOL Tokens |
|---|---|
| **Specified Service description** | The issuance and redemption of Leveraged Tokens and BVOL/iBVOL Tokens. |
| **Service Provider** | This Specified Service forms part of the Services and is provided by **LT Baskets Ltd**, a company incorporated in Antigua and Barbuda (company number 17336), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| **Specified Service specific terms (in addition to the General Terms) and risk disclosures** | Leveraged Tokens and BVOL/iBVOL Tokens are "ERC-20" digital tokens issued by the Service Provider. |
| | Each Leveraged Token has an associated account on the Platform that takes leveraged positions on Perpetual Futures Contracts on an underlying Digital Asset or Digital Asset index. |
| | Each BVOL/iBVOL Token has an associated account on the Platform that holds MOVE Volatility Contracts and Perpetual Futures Contracts on BTC, in an attempt to track the implied percent-based volatility of BTC. In particular, BVOL Tokens attempt to track the daily returns of being 1x long the implied volatility of BTC and iBVOL Tokens attempt to track the daily returns of being 1x short the implied volatility of BTC. |
| | You may place orders with the Service Provider to issue new Leveraged Tokens or BVOL/iBVOL Tokens by depositing stablecoins. |
| | You can redeem an existing Leveraged Token for its share of the Digital Assets of the Leveraged Token's associated account on the Platform. |
| | You can redeem existing BVOL/iBVOL Contracts for an equivalent amount of stablecoins. |
| | Creating or redeeming Leveraged Tokens and BVOL/iBVOL Tokens will have market impact and you won't know what price you ultimately get until after you have created or redeemed the Leveraged Token or BVOL/iBVOL Token (as applicable). |
| | THE SERVICE PROVIDER AND ITS AFFILIATES DO NOT TAKE ANY RESPONSIBILITY WHATSOEVER FOR ANY LOSSES OR DAMAGE INCURRED AS A RESULT OF YOUR ORDERING OR REDEEMING LEVERAGED TOKENS OR BVOL/iBVOL TOKENS ON THE PLATFORM OR YOUR FAILURE TO UNDERSTAND THE RISKS ASSOCIATED WITH LEVERAGED TOKENS AND BVOL/iBVOL TOKENS. |
| | The Service Provider reserves the right to final interpretation of this Specified Service. |

**SCHEDULE 11**

**SERVICE SCHEDULE**

| Specified Service | NFT Market |
|---|---|
| **Specified Service description** | The NFT Market is a trading platform on which you can trade non-fungible tokens (**"NFT"**) with other Users for fiat currency or Digital Assets and offer to sell them by auction. |
| **Service Provider** | This Specified Service forms part of the Services and is provided by **FTX Trading Ltd**, a company incorporated and registered in Antigua and Barbuda (company number 17180), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| **Specified Service specific terms (in addition to the General Terms) and risk disclosures** | NFTs are controllable electronic records recorded on the Ethereum and/or Solana blockchains, or any other blockchain(s) as determined by us in our sole discretion. |
| | Unlike most cryptocurrencies, there may be very few or only one of an NFT, and they might be indivisible, meaning it may not be fungible with any other tokens. |
| | NFTs can take a number of forms. Sometimes, they can be redeemed for a physical object. Sometimes the owner is entitled to an experience, like a movie or a phone call. Sometimes they are associated with a digital image. Sometimes they are associated with nothing at all. |
| | NFTs do not necessarily have any intrinsic value. They might also be illiquid. If you buy an NFT, you are not necessarily going to be able to sell it for much later or gain any specific utility from it. |
| | While the Service Provider may facilitate the ability to sell, re-sale, buy, transfer, withdraw, or otherwise engage in transactions involving the purchase, sale, or other transfer of a NFT through the NFT Market, this functionality is provided without any guarantees of uptime, functionality, or serviceability. The Service Provider reserves the right to remove or otherwise limit any and all functionality, or to require additional conditions of access, for all Users or any User or group of Users of the NFT Market, as determined by the Service Provider in its sole discretion. |
| | You are welcome to buy NFTs if it would make you happy to own them. But there is no implied economic return associated with doing so. |
| | There are no refunds for NFTs, and the Service Provider and its Affiliates will not field customer complaints. You should only buy NFTs if you understand that doing so does not necessarily give any direct economic value. |
| | NFTS ARE INTANGIBLE DIGITAL ASSETS. THEY EXIST ONLY BY VIRTUE OF THE OWNERSHIP RECORD MAINTAINED IN THE APPLICABLE BLOCKCHAIN NETWORK. ANY TRANSFER OF TITLE THAT MIGHT OCCUR IN ANY UNIQUE DIGITAL ASSET OCCURS ON THE DECENTRALISED LEDGER WITHIN SUCH BLOCKCHAIN NETWORK, WHICH WE DO NOT CONTROL. THE SERVICE |

PROVIDER DOES NOT GUARANTEE THAT IT CAN EFFECT THE TRANSFER OF TITLE OR RIGHT IN ANY NFT.

THE SERVICE PROVIDER AND ITS AFFILIATES DO NOT TAKE ANY RESPONSIBILITY WHATSOEVER FOR ANY LOSSES OR DAMAGE INCURRED AS A RESULT OF YOUR TRADING NFT ON THE PLATFORM OR YOUR FAILURE TO UNDERSTAND THE RISKS ASSOCIATED WITH NFT TRADING.

**SCHEDULE 12**

**SERVICE SCHEDULE**

| Specified Service | NFT Listing |
|---|---|
| **Specified Service description** | Creating an NFT on the portal located at https://ftx.com/nfts/list (the **"NFT Site"**) that, as of its genesis issuance, is linked to the artwork, digital content or other collectible that is provided by you to the Service Provider (**"Artwork"**). |
| **Service Provider** | This Specified Service forms part of the Services and is provided by **FTX Trading Ltd**, a company incorporated and registered in Antigua and Barbuda (company number 17180), to all eligible Users other than persons who have their registered office or place of residence in the United States of America or any Restricted Territory. |
| **Specified Service specific terms (in addition to the General Terms) and risk disclosures** | By submitting a request and creating an NFT on the NFT Site, you acknowledge that you have carefully read and agree to the Terms. |
| | If there is a conflict between the General Terms and this Service Schedule with respect to your use of the NFT Site or your NFTs, this Service Schedule shall prevail. |
| | Your access to and use of the NFT Site is also governed by the terms in the General Terms that apply to the Site and references in the General Terms to "Site" should be read as including the NFT Site, unless the context provides otherwise. |
| | **Intellectual property** |
| | You represent and warrant that you own and control all rights in and to your Artwork and have the right to grant licenses to the Service Provider and its Affiliates and respective licensees and successors. In submitting any Artwork, you must not include any third party intellectual property (such as copyrighted materials) unless you have explicit permission from that party or are otherwise legally entitled to do so. You are legally responsible for all Artwork submitted by you. The Service Provider reserves the right to review and analyse your Artwork to help detect infringement and abuse, such as spam, malware and illegal content. |
| | By submitting any Artwork, you grant the Service Provider a worldwide, non-exclusive, royalty-free, perpetual, sublicensable and transferable license to use the Artwork for any purpose, including for the minting of the NFT linked to your Artwork and hosting such Artwork for you and future transferees of the NFT, as well as for the promotion of the Services provided by the Service Provider and its Affiliates. |
| | You also grant all other Users and future holders of your NFT a worldwide, non-exclusive, perpetual, and royalty-free license to view and access your Artwork. |
| | **Prohibited activities** |
| | You will not: |

- submit any Artwork that (a) violates or encourages any conduct that would violate any Applicable Law or regulation or would give rise to civil or criminal liabilities; (b) is fraudulent, false, misleading or deceptive; (c) is defamatory, obscene, vulgar, pornography or offensive; (d) promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group; (e) is violent or threatening or promotes violence or actions that are threatening to any person or entity; or (f) promotes illegal or harmful activities or substantives;

- attack, hack, DDOS, interfere with, or otherwise tamper with the NFT or its underlying smart contract;

- access, tamper with or attempt to access the Service Provider and its Affiliates' computer systems or networks;

- attempt to probe, scan or test the vulnerability of the Service Provider and its Affiliates' system or network or breach any security or authentication measures;

- avoid, bypass, remove, deactivate, impair or otherwise circumvent any technological measures;

- interfere with, or attempt to interfere with, any other User or network, including without limitation sending a virus, overloading, flooding, spamming or mail-bombing;

- impersonate or misrepresent your identity or affiliation;

- use the NFT, the NFT Site or the Services, to conceal or transfer any proceeds relating to illegal or criminal activity;

- violate the Terms or any Applicable Law or regulation; or

- encourage or enable any third party to do any of the foregoing.

**No obligations**

The Service Provider and its Affiliates are not responsible for repairing, supporting, replacing or maintaining any website or network hosting your Artwork, nor do they have the obligation to maintain any connection or link between your NFT and the underlying Artwork. The Service Provider reserves the right to terminate, delete, take down or otherwise remove the Artwork and disconnect the link between the applicable NFT and the underlying Artwork at any time for any reason, including but not limited to if (a) you or any other NFT holder engage in any illegal or unlawful activity, (b) you or any other NFT holder are deemed to be in violation of the intellectual property rights of third parties, in each case as determined by the Service Provider in its sole discretion.

While the Service Provider may facilitate the ability to sell, re-sale, buy, transfer, withdraw, or otherwise engage in transactions involving the purchase, sale, or other transfer of a NFT, this functionality is provided without any guarantees of uptime, functionality, or serviceability. The Service Provider reserves the right to remove or otherwise limit any and all functionality, or to require additional conditions of access, for all Users or any User or group of Users, as determined by the Service Provider in its sole discretion.

**Disclaimers and risk disclosures**

NFTS ARE INTANGIBLE DIGITAL ASSETS. THEY EXIST ONLY BY VIRTUE OF THE OWNERSHIP RECORD MAINTAINED IN THE

APPLICABLE BLOCKCHAIN NETWORK. ANY TRANSFER OF TITLE THAT MIGHT OCCUR IN ANY UNIQUE DIGITAL ASSET OCCURS ON THE DECENTRALISED LEDGER WITHIN SUCH BLOCKCHAIN NETWORK, WHICH WE DO NOT CONTROL. THE SERVICE PROVIDER DOES NOT GUARANTEE THAT IT CAN EFFECT THE TRANSFER OF TITLE OR RIGHT IN ANY NFT.

ANY NFTS MINTED FOR YOU ARE PROVIDED "AS IS," WITHOUT WARRANTY OF ANY KIND. WITHOUT LIMITING THE FOREGOING, THE SERVICE PROVIDER EXPLICITLY DISCLAIMS ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT AND NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF TRADE. THE SERVICE PROVIDER MAKES NO WARRANTY THAT THE NFTS WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE ON AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. THE SERVICE PROVIDER MAKES NO WARRANTY REGARDING THE QUALITY, ACCURACY, TIMELINESS, TRUTHFULNESS, COMPLETENESS OR RELIABILITY OF ANY INFORMATION OR CONTENT ON THE NFT OR ITS UNDERLYING SMART CONTRACT OR BLOCKCHAIN NETWORK. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES IN CONTRACTS WITH CONSUMERS, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

THE SERVICE PROVIDER AND ITS AFFILIATES WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS AND TAKE NO RESPONSIBILITY FOR, AND WILL NOT BE LIABLE TO YOU FOR, ANY USE OF THE NFTS, INCLUDING BUT NOT LIMITED TO ANY LOSSES, DAMAGES OR CLAIMS ARISING FROM: (I) USER ERROR SUCH AS FORGOTTEN PASSWORDS, INCORRECTLY CONSTRUCTED TRANSACTIONS, OR MISTYPED WALLET ADDRESSES; (II) SERVER FAILURE OR DATA LOSS; (III) CORRUPTED CRYPTOCURRENCY WALLET FILES; (IV) UNAUTHORISED ACCESS; OR (V) ANY UNAUTHORISED THIRD PARTY ACTIVITIES, INCLUDING WITHOUT LIMITATION THE USE OF VIRUSES, PHISHING, BRUTEFORCING OR OTHER MEANS OF ATTACK AGAINST BLOCKCHAIN NETWORK UNDERLYING THE NFTS.

THE SERVICE PROVIDER AND ITS AFFILIATES ARE NOT RESPONSIBLE FOR ANY KIND OF FAILURE, ABNORMAL BEHAVIOR OF SOFTWARE (E.G., WALLET, SMART CONTRACT), BLOCKCHAINS OR ANY OTHER FEATURES OF THE NFTS.

**Indemnification; release**

You shall and agree to defend, indemnify and hold harmless the Service Provider, its Affiliates and service providers and, in each case, their Personnel (collectively, **"NFT Indemnified Parties"** and each an **"NFT Indemnified Party"**) from and against any and all claims and liabilities, costs, expenses, damages and losses (including any direct, indirect or consequential losses, loss of profit, loss of reputation and all interest, penalties and legal and other reasonable professional costs and expenses) (**"NFT Losses"** or **"NFT Loss"**) which any Indemnified Party may suffer or incur, arising directly or indirectly out of or in connection with: (a) your use of the NFT Site, including the minting and creation of your NFT, (b) your violation or anticipatory violation of any Applicable Laws in connection with your use of the NFT Site or the NFTs, (c) any actual or alleged infringement of the intellectual property rights of others

by you, and (d) any act of gross negligence, willful or intentional conduct by you.

You will cooperate as fully required by the NFT Indemnified Parties in the defence of any such claims and NFT Losses. The NFT Indemnified Parties retain the exclusive right to assume the exclusive defence and control of any claims and NFT Losses. You will not settle any claims and NFT Losses without the Service Provider's prior written consent.

You hereby agree to release each of the NFT Indemnified Parties from any and all claims and demands (and waive any rights you may have against any of the NFT Indemnified Parties in relation to any NFT Losses you may suffer or incur), arising directly or indirectly out of or in connection with any dispute that you have with any other User or other third party in connection with the NFT Site or the NFTs.

**Limitation of liability**

TO THE MAXIMUM EXTENT PERMITTED BY LAW, NEITHER THE SERVICE PROVIDER NOR ITS AFFILIATES OR SERVICE PROVIDERS INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE NFTS WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, OR DAMAGES FOR LOST PROFITS, LOST REVENUES, LOST SAVINGS, LOST BUSINESS OPPORTUNITY, LOSS OF DATA OR GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES OF ANY KIND ARISING OUT OF OR IN CONNECTION WITH THIS SERVICE SCHEDULE OR FROM THE USE OF OR INABILITY TO USE OR INTERACT WITH THE NFTS OR ACCESS THE ARTWORK, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THE SERVICE PROVIDER, ITS AFFILIATES, OR ITS SERVICE PROVIDERS HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

TO THE MAXIMUM EXTENT PERMITTED BY THE LAW OF THE APPLICABLE JURISDICTION, IN NO EVENT WILL THE SERVICE PROVIDER AND ITS AFFILIATES' TOTAL LIABILITY ARISING OUT OF OR IN CONNECTION WITH THIS SERVICE SCHEDULE, YOUR USE OF THE NFT SITE, OR YOUR USE OF OR INABILITY TO USE OR INTERACT WITH THE NFTS OR ACCESS THE ARTWORK EXCEED TEN U.S. DOLLARS (USD $10.00).

THE EXCLUSIONS AND LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN THE SERVICE PROVIDER AND YOU.

**SCHEDULE 13**

**SERVICE SCHEDULE**

**TERMS APPLICABLE TO AUSTRALIAN USERS ONLY**

Appendix A will form part of the Terms and apply to you if you are using the Exchange to buy, sell, exchange hold or otherwise transact in Digital Assets that are being provided by FTX Australia.

---

**1.    FIAT CURRENCY TO DIGITAL ASSET (AND VICE VERSA) CONVERSION SERVICES**

If you are depositing fiat currency, or instructing the conversion of Digital Assets to fiat currency, the conversion of:

a)    your deposit of fiat currency to Digital Assets; and

b)    your withdrawal of Digital Assets to fiat currency,

will be processed by a third-party DCE provider. The name of the DCE provider is provided on the FTX Website at the time you enter into any transaction.

You agree that you only place orders to convert fiat currency to Digital Assets (and vice versa) with the DCE provider. You do not place orders with FTX Trading or FTX Australia for the conversion of fiat currency to Digital Assets or vice-versa.

You also agree to accept any additional terms and conditions of the DCE provider relevant to the conversion services it is providing and disclosed to you at the time any

---

**2.    FINANCIAL SERVICES OR FINANCIAL PRODUCTS PROVIDED BY FTX AUSTRALIA**

Only FTX Australia will, or may, provide you with financial services or financial products under its Australian Financial Services Licence.

Neither FTX Trading or the DCE provider will, or may, provide you with financial services or  financial products.

---

**3.    STANDING AUTHORISATION PROVIDED TO FTX AUSTRALIA**

As a pre-condition to you acquiring any service or product from FTX Australia, you acknowledge that you will provide FTX Australia with a 'Standing Authorisation' as set out in the FTX Australia Terms and Conditions ("**FTX Australia Terms**") to issue sell order(s) on your behalf to the DCE, which orders will impact the Digital Assets held in your FTX Digital Wallet.

4.      **YOUR DIGITAL ASSETS ARE ONLY HELD BY FTX TRADING**

Please note that you never provide Digital Assets to FTX Australia, and **FTX Australia does not hold any client property as defined in Part 7.8, Division 3 of the *Corporations Act 2001* (Cth).**

For the avoidance of doubt, you only provide Digital Assets to FTX Trading and it is only FTX Trading that will ever hold your Digital Assets.

FTX Australia only maintains a Standing Authorisation in relation your Digital Assets (as set out in the FTX Australia Terms).

5.      **DATA SHARING**

Both FTX Trading and FTX Australia will share your personal data with each other and with the DCE for the purposes of providing you with 'Services' set out in the FTX Terms, and DCE Terms and the FTX Australia Terms.

For the avoidance of doubt, FTX Trading will only collect, maintain, use and disclose personal information provided to us strictly in accordance with the Australian Privacy Principles in the *Privacy Act 1988* (Cth) and our Privacy Policy. You should carefully read the FTX Australia Privacy Policy, which provides details on how your personal information is collected, stored, protected and used by FTX Australia and any corresponding Privacy Policy provided by the DCE.

**SCHEDULE 14**

**SERVICE SCHEDULE**

**TERMS APPLICABLE TO SOUTH AFRICAN USERS ONLY**

---

You acknowledge that any marketing, promotional, sales or similar activities contemplated in these Terms (**South African activities**) which take place in the Republic of South Africa are pursuant to FTX Trading being appointed as the juristic representative of Ovex FSP (Pty) Ltd (authorized FSP 50776) (**Ovex**) in terms of section 13(1)(b)(i)(aa) of the Financial Advisory and Intermediary Services Act, 2002 (**FAIS**) and that any such South African activities will not be performed by FTX Trading as principal.

Where you are domiciled in South Africa, you confirm that you have voluntarily elected, pursuant to any South African activities performed by FTX Trading as the juristic representative of and in the name of Ovex, to open an Account with, use the Services and trade on the Exchange of FTX Trading pursuant to these Terms. You acknowledge that any client support in relation to your Account, the Services and the Exchange which occur within South Africa will be effected by FTX Trading as the juristic representative of and in the name of Ovex.

You undertake to comply with any applicable exchange control regulations or any other applicable laws or regulations which may, from time to time, become applicable pursuant to you opening an Account, using the Services and the Exchange.

---

**SCHEDULE 15**

**SERVICE SCHEDULE**

**TERMS APPLICABLE TO JAPAN USERS ONLY**

The following terms will form part of the Terms and will apply to you if you are a resident of Japan who has enabled Peer-to-Peer Crypto Borrowing and Lending ("**P2P Crypto Loans**") provided by FTX Trading.

FTX Trading provides and operates a peer-to-peer crypto asset borrowing and lending platform for matching Borrowers and Lenders of P2P Crypto Loans to users of FTX Japan Corporation (Cryptocurrency Exchange Business Kanto Finance Bureau Director No. 00002 and Type 1 Financial Instruments Business registrant) ("**FTX Japan**").

By enabling and agreeing to borrow or lend P2P Crypto Loans, you hereby acknowledge and agree that:

- you are an authorized and verified user of FTX Japan;

- P2P Crypto Loans are not provided by FTX Japan and all P2P Crypto Loan services are provided solely by FTX Trading;

- you have read and understood, and agree to the Terms of Service and FTX's Privacy Policy, each as amended from time to time;

- you authorize FTX Japan to share any information collected from you with FTX Trading as may be required under anti-money laundering laws or otherwise in compliance with applicable financial regulatory and other laws;

- by participating in the P2P Crypto Loans, you hereby authorize FTX Trading to instruct FTX Japan to borrow from and lend assets to Lenders and Borrowers, respectively, and to take all such actions as may be required to complete such P2P Crypto Loans on your behalf;

- you will only participate in P2P Crypto Loans for your own account and not for the account of others;

- You will not use P2P Crypto Loans for any illegal activities, unlawful conduct or other restricted purposes as set forth in the Terms;

- FTX Trading does not act as borrower or lender of any P2P Crypto Loans; and

Only FTX Japan users are eligible to participate in P2P Crypto Loans, either as a borrower or as a lender.

**Lending**

To become a P2P Crypto Loan lender ("**Lender**"), you must have first deposited assets with FTX Japan into your FTX Japan account ("**Account**"). As a Lender, you can select "LEND" on the P2P Crypto Loans website and specify the amount, minimum rate and type of crypto asset that you wish to lend out in order to become eligible to lend out your crypto assets. Your lending offer will then be submitted to FTX Trading's P2P Crypto Loan order book and automatically matched with borrowers, if any.

The amount of funds borrowed, funding rates and estimated funding rates are based solely on historical data, are not guaranteed and are subject to frequent change on an hourly basis. There is no assurance that you will be able to lend out your crypto assets, that there will be any borrowers available to you, that there will be any demand for crypto borrowing, or that any of the displayed lending rates are accurate. FTX Trading reserves the right, in its sole discretion, to determine the ordering and matching of Lenders and Borrowers. You further agree to pay any platform charges or fees that FTX Trading may provide from time to time.

You are not required to lend out any assets at any time. To stop lending out your assets, go to the P2P Crypto Loans website and click on "STOP LENDING" at any time.

All P2P Crypto Loans website are *non-recourse* loans. You agree that your sole recourse in the event of default of a Borrower's P2P Crypto Loan is the seizure and/or liquidation of assets held in the Borrower's Account. You agree, and shall cause all of your agents, representatives and affiliates to agree, not to seek recourse or recompense against any funds, assets or properties owned by a Borrower outside of the Borrower's Account at any time.

LENDING CRYPTO ASSETS VIA P2P CRYPTO LOANS IS VERY HIGH RISK. AS A LENDER, YOU MAY SUSTAIN A TOTAL LOSS OF YOUR LENT CRYPTO ASSETS IF THE BORROWER DEFAULTS ON A P2P CRYPTO LOAN AND SEIZURE AND/OR LIQUIDATION OF THE BORROWER'S ACCOUNT FAIL TO REPAY SUFFICIENT CRYPTO ASSETS TO COVER THE BORROWER'S DEBT TO YOU OR OTHER LENDERS.

**Borrowing**

To become a P2P Crypto Loan borrower ("**Borrower**"), you must have first deposited crypto assets with FTX Japan into your Account as collateral. As a borrower, you can select "Enable Peer to Peer borrowing" on the P2P Crypto Loans website to enable borrowing of crypto assets from other FTX Japan users. The amount of crypto assets that you are entitled to borrow from time to time is determined based on a number of factors, including the amount of crypto assets made available by lenders for borrowing, the amount of crypto assets available in your Account as collateral, crypto asset market liquidity and volatility conditions, national, regional and global economic conditions, legal and regulatory requirements, as well as other factors that FTX Trading may consider from time to time.

All borrowed crypto assets using the P2P Crypto Loans website are *non-recourse* with respect to any assets held by the Borrower in the Borrower's Account. In other words, in the event of default, neither FTX Trading, any Lenders, nor any of their affiliates, agents or representatives may seek recourse or recompense against any funds, assets or properties owned by a Borrower outside of the Borrower's Account. In the event of default of a Borrower's P2P Crypto Loan, the sole recourse of any Lender is the seizure and/or liquidation of assets held in the Borrower's Account.

You agree to pay (a) any interest charges that may accrue on your P2P Crypto Loan, which you may view on the P2P Crypto Loans website, and (b) any platform charges or fees that FTX Trading may provide from time to time, which will be viewable on the P2P Crypto Loans website as well.

You are not required to borrow any crypto assets at any time. By enabling P2P Crypto Loan borrowing, you agree to do so at your own risk. You acknowledge and agree that any crypto assets borrowed from a Lender via a P2P Crypto Loan may be used for any purposes on the FTX Japan trading platform, including for trading, collateral and withdrawals, provided however, that you agree that FTX Trading may instruct FTX Japan to limit withdrawals of crypto assets borrowed under P2P Crypto Loans in the event that there is insufficient assets in your Account.

BORROWING P2P CRYPTO LOANS ON FTX IS VERY HIGH RISK. AS A BORROWER, YOU MAY SUSTAIN A TOTAL LOSS OF CRYPTO ASSETS IN YOUR ACCOUNT. THE HIGH VOLATILITY AND SUBSTANTIAL RISK OF ILLIQUIDITY IN THE MARKETS MEANS THAT YOU MAY NOT BE ABLE TO LIQUIDATE YOUR ACCOUNT ASSETS IN TIME, OR AT ALL. IF THE VALUE OF THE ASSETS HELD IN YOUR ACCOUNT FALLS BELOW THE MINIMUM BALANCE REQUIREMENT OR FTX DETERMINES IN ITS SOLE DISCRETION THAT YOUR ACCOUNT APPEARS TO BE IN DANGER OF DEFAULTING ON A P2P CRYPTO LOAN, FTX OR THE APPLICABLE LENDER(S) MAY, DIRECTLY OR INDIRECTLY, SEIZE AND LIQUIDATE ANY OR ALL OF YOUR POSITIONS AND ASSETS IN YOUR ACCOUNT TO REPAY YOUR BORROWED CRYPTO ASSETS.

# EXHIBIT F



Sign In

3% ⬥ ETH $3,642.99 ▾2.86%    💠 USDT $1.0001 ▾0.01%    ✖ XRP $2.3596 ▾4.03%    🅑 BNB $996.75 ▾4.53%    ⟨ · Ad

Finance                                                    ⬆ Share

# Divisions in Sam Bankman-Fried's Crypto Empire Blur on His Trading Titan Alameda's Balance Sheet

Alameda had $14.6 billion of assets as of June 30, according to a private document CoinDesk reviewed. Much of it is the FTT token issued by FTX, another Bankman-Fried company.

By Ian Allison | Edited by Nick Baker

Updated Aug 16, 2023, 2:56 p.m.   Published Nov 2, 2022, 7:44 a.m.

Sam Bankman-Fried Denies FTX Insolvency Rumors as Binance Moves to Liquidate FTT Tokens

00:06  /  08:41

Billionaire Sam Bankman-Fried's cryptocurrency empire is officially broken into two main parts: FTX (his exchange) and Alameda Research (his trading firm), both giants in their respective industries.

But even though they are two separate businesses, the division breaks down in a key place: on Alameda's balance sheet, according to a private financial document reviewed by CoinDesk. (It is conceivable the document represents just part of Alameda.)

↓    STORY CONTINUES BELOW    ↓

**Don't miss another story.**

Subscribe to the Crypto Daybook Americas Newsletter today. <u>See all newsletters</u>

| Enter your Email | Sign me up ▷ |

By signing up, you will receive emails about CoinDesk products and you agree to our <u>terms of use</u> and <u>privacy policy</u>.

That balance sheet is full of FTX – specifically, <u>the FTT token</u> issued by the exchange that grants holders a discount on trading fees on its marketplace. While there is nothing *per se* untoward or wrong about that, it shows Bankman-Fried's trading giant <u>Alameda</u> rests on a foundation largely made up of a coin that a sister company invented, not an independent asset like a fiat currency or another crypto. The situation adds to evidence that the ties between FTX and Alameda are <u>unusually close</u>.

**Read the latest:** <u>*Binance Is Strongly Leaning Toward Scrapping FTX Rescue Takeover After First Glance at Books: Source*</u>

The financials make concrete what industry-watchers already suspect: Alameda is big. As of June 30, the company's assets amounted to $14.6 billion. Its single biggest asset: $3.66 billion of "unlocked FTT." The third-largest entry on the assets side of the accounting ledger? A $2.16 billion pile of "FTT collateral."

There are more FTX tokens among its $8 billion of liabilities: $292 million of "locked FTT." (The liabilities are dominated by $7.4 billion of loans.)

"It's fascinating to see that the majority of the net equity in the Alameda business is actually FTX's own centrally controlled and printed-out-of-thin-air token," said Cory Klippsten, CEO of investment platform Swan Bitcoin, who is known for his critical views of altcoins, which refer to cryptocurrencies other than bitcoin (BTC).

Alameda CEO Caroline Ellison declined to comment. FTX didn't respond to a request for comment.

Other significant assets on the balance sheet include $3.37 billion of "crypto held" and large amounts of the Solana blockchain's native token: $292 million of "unlocked SOL," $863 million of "locked SOL" and $41 million of "SOL collateral." Bankman-Fried was an early investor in Solana. Other tokens mentioned by name are SRM (the token from the Serum decentralized exchange Bankman-Fried co-founded), MAPS, OXY and FIDA. There is also $134 million of cash and equivalents and a $2 billion "investment in equity securities."

*Read the latest: Bitcoin Falls Below $17K, First Time in 23 Months, as Binance Said to Waver on FTX Deal*

Also, token values may be low. In a footnote, Alameda says "locked tokens conservatively treated at 50% of fair value marked to FTX/USD order book."

Owners of the FTT token get discounts on FTX trading fees, increased commissions on referrals and earn rewards. The value of FTT is maintained by FTX's rolling program of buying back and burning tokens, a process that eats up a third of the exchange's trading commissions, which will continue until half of all tokens are burned, according to FTX.

There are about 197 million FTT tokens worth $5.1 billion in circulation, according to FTX's website.

*Tracy Wang and Oliver Knight contributed reporting to this story.*

*UPDATE (Nov. 2, 2022, 15:00 UTC): Adds that Alameda's CEO declined to comment, and a comment from Cory Klippsten.*

# EXHIBIT G

Finance & economics | Cryptocurrencies

# The spectacular fall of FTX and Sam Bankman-Fried

Another serious blow to crypto's reputation



Erika P. Rodriguez/NYT/Redux/Eyevine

Nov 9th 2022 | WASHINGTON, DC | 5 min read

Listen to this story

Lᴀꜱᴛ ᴡᴇᴇᴋ Sam Bankman-Fried was the most underlined(important person in crypto). The floppy-haired 30-year-old former billionaire, who goes by ꜱʙꜰ, is the founder of ꜰᴛx, then the industry's third-largest exchange. When crypto prices collapsed earlier this year he swooped in with loans for Voyager and BlockFi, handing the lending ventures hundreds of millions of dollars, and snapped up assets from Three Arrows, a crypto hedge fund. Many saw a new John Pierpont Morgan, the banker who saved the American financial system in 1907.

Mr Bankman-Fried also spent millions of dollars from his vast fortune, worth $26bn at its peak, supporting political campaigns on crypto regulation. He planned to give away much of the rest, having endorsed effective altruism, a movement that espouses charitable giving to safeguard humanity's future. Politically engaged, seemingly altruistic, decidedly not a crypto bro: many thought ꜱʙꜰ was the man who could save the industry from itself, a reputation he hardly discouraged.



**WTF SBF**
FTX Token price, $

Source: CoinMarketCap

The Economist

Oh, how the mighty have fallen. After rumours ꜰᴛx might be insufficiently liquid began to swirl, customers pulled $650m of assets from the exchange on November 7th, before it stopped meeting requests. The value of an ꜰᴛx Token, a mechanism for sharing the firm's profits, has fallen by 90% since November 4th (see chart). On November 8th Mr Bankman-Fried and Changpeng Zhao, the boss of Binance, the biggest crypto exchange, announced that Mr Zhao's firm had signed a letter of intent to buy ꜰᴛx. Then the next day Binance pulled out, after having taken a look at ꜰᴛx's books. Mr Bankman-Fried is reported to have told investors that ꜰᴛx faces an $8bn shortfall and that it will,

without more capital, go bankrupt. According to Bloomberg Wealth, he is now worth less than $1bn, a drop of 94%—the biggest single-day fall on record.



The carnage is spreading to other parts of the industry. Bitcoin has tumbled by 19% since November 8th, to $16,600 at the time of writing. The importance of FTX for the wider ecosystem is such that JPMorgan Chase, a bank, has warned crypto markets could face a "cascade" of deleveraging and company failures, and that there is a shrinking pool of strong institutions able to step in to rescue those in trouble. The reputational damage to the industry looks likely to be profound.

What on earth happened? Two stories circulated, both a touch Shakespearean. The first is one of rivalry and the second of hubris. Start with the rivalry between Mr Bankman-Fried and Mr Zhao. Mr Bankman-Fried owns three firms: FTX, a global exchange; FTX.US, an American exchange; and Alameda Research, a crypto-trading fund. In theory, these are separate entities. But the connection between Alameda and FTX has long been unclear. On November 2nd CoinDesk, a news website, reported that tokens issued by FTX made up two-fifths of Alameda's assets, and were worth $5.8bn. That sum was almost double the market capitalisation of the tokens, and a slice was marked as collateral, raising concerns that Alameda had borrowed against them, possibly from FTX itself. Apparently in response, Mr Zhao tweeted he would liquidate Binance's holdings of FTX tokens, then worth over half a billion dollars.

That he later moved to snap up the firm led many to believe he had orchestrated the chaos—casting doubt on FTX in order to set off a fire sale. It seemed a plausible story. There is little love lost between Mr Bankman-Fried and the less-celebrated Mr Zhao. The Binance boss has long claimed his firm is headquartered "nowhere". It is banned from providing some services in countries including Britain, owing to a lack of information about compliance with regulations. Mr Bankman-Fried has reportedly goaded Mr Zhao about this.

But the apparent size of the hole in FTX's balance-sheet indicates problems ran far deeper than a rival starting rumours. The details of what went wrong in the beanbag-strewn offices of FTX and Alameda are not yet clear. An exchange, which sits between buyer and seller and takes a spread, should not be an easy business to bankrupt. It is not typically exposed to runs, since it merely holds assets on behalf of investors.

Problems can emerge, though, when such firms make loans, allowing customers to buy "on margin", or lend out crypto tokens they hold on behalf of investors in exchange for collateral, like cash or other tokens. FTX seems to have allowed Alameda to borrow customers' assets by posting FTX tokens (issued by the exchange itself) as collateral. As FTX tokens fell in value, the firm no longer had enough assets to cover the liabilities it owed to customers, causing a downward spiral. In coming up with its wealth estimates, Bloomberg assumes both Alameda and FTX are now worth just $1. Sequoia, a venture-capital firm, has told investors it has written down its stake in the exchange to zero.

Reports on November 9th suggested that the Securities and Exchange Commission, America's top financial regulator, had months ago launched a probe into FTX's handling of funds, as well as the connections between Mr Bankman-Fried's firms. America's Justice Department is also reported to be investigating the firm. FTX has not yet commented on either story.

The fallout will have wider consequences. The crypto winter had previously claimed only the types of victims that would be expected, including a poorly designed stablecoin, a hedge fund and several platforms that made risky loans. That it has come for FTX, a well-regarded business, and Mr Bankman-Fried is an enormous blow. It has left other institutions scrambling to reassure customers. Coinbase, a large exchange, has sent out reassuring missives to the press. Its share price has nevertheless shed a fifth of its value in recent days, and is close to all-time lows.

The collapse of FTX may be enough to reverse the embrace of crypto by institutions, ordinary folk and the occasional government. Institutional investors including Temasek, a Singaporean wealth fund; SoftBank, a Japanese tech-investing group; and Ontario Teachers' Pension Plan, a Canadian fund, had all dipped their toes into the industry by buying stakes in FTX. Legislators will now eye crypto with even deeper suspicion. Whatever the precise cause of FTX's implosion, the story is already a tragedy for the industry. ■

*For more expert analysis of the biggest stories in economics, finance and markets, sign up to Money Talks, our weekly subscriber-only newsletter.*

This article appeared in the Finance & economics section of the print edition under the headline "Bankman fried"

# EXHIBIT H



⠿                    **Ⓒ CBS NEWS**                    🔍

**MoneyWatch**    |    Managing Your Money    CBS News Price Tracker


**Crypto market tumbles as Binance backs out of FTX deal**
(05:24)

MoneyWatch

# In a flash, FTX Trading goes from crypto boom to bust

By Khristopher J. Brooks

November 10, 2022 / 5:58 PM EST / MoneyWatch

Until recently, FTX Trading was the toast of the cryptocurrency world.

In 2021, the company's revenue skyrocketed more than 1,000% to $1 billion as it capitalized on public interest in the potential of digital currencies to build wealth. FTX also trumpeted its brand with splashy Super Bowl ads featuring quarterback Tom Brady and comedian Larry David. Underlining its meteoric rise in the corporate world, the company bought the naming rights to American Airlines Arena in Florida for $135 million and renamed it FTX Arena.

A year later, FTX now finds itself on the edge of bankruptcy, facing billions of dollars in losses and a federal probe. The company's blistering ascent and sudden plunge — along with the fate of its respected founder and CEO, Sam Bankman-Fried — resembles nothing less than the dizzying swings of cryptocurrency itself.

## A deal gone bad

The swift turnaround in FTX's fortunes has shocked the cryptocurrency world. On Tuesday, the CEO of rival crypto exchange Binance, Changpeng Zhao, said his

In a chilling goodbye to employees, he braces for review of

company had struck a deal to acquire FTX. But he ditched the move a day later, raising questions about FTX's financial viability.

In a subsequent call with investors, Bankman-Fried said FTX needed about $8 billion to back up the crypto assets users have on the platform, Bloomberg News reported. He also said that, without an imminent infusion of cash, the company might have to file for bankruptcy, according to Bloomberg.

FTX didn't immediately respond to a request for comment. Bankman-Fried tweeted Thursday that FTX is "spending the week doing everything we can to raise liquidity."

> 10) So, right now, we're spending the week doing everything we can to raise liquidity.
>
> I can't make any promises about that. But I'm going to try. And give anything I have to if that will make it work.
>
> — SBF (@SBF_FTX) November 10, 2022

"Every penny of that — and of the existing collateral — will go straight to users, unless or until we've done right by them," he tweeted.

Watch CBS News

A bankruptcy of the world's third-largest crypto exchange would rock an industry that has long attracted unwanted attention from financial regulators and lawmakers, experts told CBS MoneyWatch.

"This is going to be a psychological shock to the industry to say $8 billion worth of client assets are gone," said Josh Peck, an expert on crypto risk. "That's a big deal. People are going to be distrustful. [and] they're going to say things like bitcoin is over."

Compounding FTX's woes, the U.S. Securities and Exchange Commission is now investigating the company for possible violations, The Associated Press reported. Regulators are trying to determine if employees at FTX's trading arm Alameda Research used customer funds to place risky bets on the market.

## Deluge of withdrawals

FTX's liquidity issues started months ago when Bankman-Fried said he used incorrect data to make company financial projections.

In a series of apologetic tweets, the CEO said he had mistakenly believed the company had enough cash on hand to pay 24 times the amount of money users typically withdraw in a day; in fact,  FTX only has enough cash to pay 0.8 times the amount — a perilously risky cushion for a crypto exchange. The miscalculation came back to haunt FTX this past weekend in a deluge of withdrawals by users.

"Because, of course, when it rains, it pours," Bankman-Fried tweeted. "We saw roughly $5 billion of withdrawals on Sunday — the largest by a huge margin."

A major crypto sell-off that began late last year is also partially to blame for what's now happening at FTX. Popular tokens like bitcoin, ether and ripple have all lost value in recent months, causing casualties at places like Celsius and Coinbase.

In response to the crypto crisis, FTX loaned $500 million to Voyager Digital in June, hoping to help the crypto-lending platform weather a longer-than-expected downturn, CNBC reported. The move proved costly for FTX as Voyager Digital filed for bankruptcy a month later and FTX later paid $51 million to buy out Voyager.

Watch CBS News

FTX took another financial hit when Binance offloaded its remaining FTX tokens, called FTT, which it received as part of its $2.1 billion exit from FTX last year.

"Due to recent revelations that have came to light, we have decided to liquidate any remaining FTT on our books," Zhao tweeted Sunday.

> As part of Binance's exit from FTX equity last year, Binance received roughly $2.1 billion USD equivalent in cash (BUSD and FTT). Due to recent revelations that have come to light, we have decided to liquidate any remaining FTT on our books. 1/4

> — CZ 🔶 Binance (@cz_binance) <u>November 6, 2022</u>

Bankman-Fried didn't mention bankruptcy in his tweets, but he vowed to do right by users. However, FTX suspended withdrawals on Thursday, a move that Peck said hurts customers even if the company doesn't go bust.

Despite the likely industry shockwaves if FTX collapses, the crypt sector has about a dozen other "high quality" exchanges to absorb the demand, Peck said. The value of most cryptocurrencies likely won't budge either — with the exception of one, he said.

Alameda Research owns a large amount of solana, and a bankruptcy would probably freeze those coins for an unknown period of time.

"It will still be a tragic circumstance because customers of FTX will have lost a lot of money," Peck said. "But ultimately, the industry will adapt to this."

Edited by Alain Sherter and <u>Anne Marie D. Lee</u>

**Cryptocurrency**    More ›

### SUNDAY MORNING
Watch CBS News
The crypto craze sweeping Washington and Wall Street



**MONEY**WATCH
Trump opens the door for crypto and private equity in your 401(k) plan



**MONEY**WATCH
PayPal to allow businesses to accept more than 100 cryptocurrencies



**MONEY**WATCH
Trump Media buys $2 billion in bitcoin as it embraces crypto



In:   **Sam Bankman-Fried**   **Bankruptcy**   **Cryptocurrency**   **FTX**   **Chapter 11 Bankruptcy**

© 2022 CBS Interactive Inc. All Rights Reserved.

## Solo Sleeper Train Vacations For Seniors At Unbeatable Prices (Take A Look)

PAID   SOLO TRIPS | SEARCH ADS   Learn More

## Three Banks Introduce 11% Interest Rates On Savings For Seniors (Take A Look)

PAID   SAVINGS ACCOUNTS | SEARCH ADS   Learn More

## The Actual Price Of Dental Implants For Seniors In 2025 (See Price List)

PAID   DENTAL IMPLANT | SEARCH ADS   Learn More

## When Dagmar Kauffmann, senior tax expert at Bosch, sought a purposeful hobby, she discovered more than she expected. Four years ago, she and three friends took over a vineyard th...

## 2022 Ford F-450

43,563 Miles

PAID    CARFAX

# Four Banks in Miamisburg are Now Offering 7.5% Interest on CD Rates For Seniors

PAID    CD RATES | SEARCH ADS    Read More

# Three Major Banks Just Launched 7.5% CD Rates For Seniors - Take A Look Now

PAID    CD RATES | SEARCH ADS    Learn More

# Average Cost To Rent A Private Jet In Miamisburg May Surprise You! (Check Prices)

PAID    FRESHSEARCHES | PRIVATE JET    Read More

# End of Year CD Rates Might Surprise You (Take a Look)

PAID    SAVINGSPRO | SEARCH ADS    Click Here

# Audiologists in Miamisburg Recommend Hearing Checks for Adults 65+

PAID    AUDIONOVA

# The Killer 2025 Subaru Ascent Premium Tailored For Seniors Is Now Very Cheap - Take A Peek!

PAID    CROSSOVER SUV | SEARCH ADS    Learn More

# Solo Sleeper Train Vacations For Seniors Are Now At Unbeatable Prices (Take A Look)

PAID    ADVISORBOOTH | SOLO TRIPS FOR SENIORS    Learn More

# Empty Cruises Departing From Ohio That Seniors Can Book For Dirt Cheap

PAID    CRUISE LINE | SEARCH ADS    Search Now

# Record High Interest Rates Have People Switching to These Three Banks (See List)

PAID    SAVINGSPRO | SEARCH ADS    Click Here

# Why Seniors Need The Roth IRA Conversion Table By Age (See Details).

PAID   ROTH IRA CONVERSION | SEARCH ADS   Learn More

## Here's What A Dental Implant For Seniors Over 65 Might Cost In 2025 (See Price List).

PAID   DENTAL IMPLANTS | SEARCH ADS   Learn More

## Three Banks Introduce High Yield Interest Rates On Savings For Seniors.

PAID   SAVINGS ACCOUNT | SEARCH ADS   Learn More

## Roth IRA Conversion By Age: What Seniors Can't Afford To Miss.

PAID   ROTH IRA CONVERSION | SEARCH ADS   Learn More

## Miamisburg: Unsold Cars with Zero Miles: Get Them Very Cheap

PAID   LOW PRICED SUVS | SEARCH ADS   Learn More

## Actual Cost Of 2025 VW Bus Revealed (See Deals).

PAID   BUS DEALS | SEARCH ADS   Learn More

## Trump speaks on U.S., China relationship

CBS NEWS

## Trump supports ICE tactics nationwide

CBS NEWS

## The Killer 2025 Subaru Forester Tailored For Seniors Is Now Very Cheap! - Take A Peek!

PAID   SUBARU FORESTER | SEARCH ADS   Learn More

## Two Bedroom Apartment For Seniors in Miamisburg Going For Very Cheap! (Take A Look)

PAID   HOUSING FOR SENIORS | SEARCH ADS   Learn More

Watch CBS News

## Unsold Used Cars Under $1500 Near You Going For Dirt Cheap (View Offers)

PAID    USED CAR DEALS | SEARCH ADS    Learn More

## Here's What a Dental Implant Might Cost You in 2025 (See Price List)

PAID    DENTAL IMPLANTS | SEARCH ADS    Read More

## Miamisburg: Unsold Cars with Zero Miles For Seniors: Get Them Dirt Cheap

PAID    LOW PRICED SUVS | SEARCH ADS    Learn More

## The Killer Enclave SUV Is Close To Perfection (Take A Look)

PAID    BUICK ENVISTA | SEARCH ADS    Learn More

**Featured**

Government Shutdown 2025

Trump Interview

UFC News

Men's College Basketball Predictions

**Follow Us On**

YouTube

Facebook

Instagram

X

**Privacy**

Privacy Policy

California Notice

Watch CBS News
Your Privacy Choices

Terms of Use

**More from CBS News**

Newsletters

Podcasts

Download Our App

Brand Studio

Sitemap

**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community

Help

Feedback

Contact the Ombudsman

Copyright ©2025 CBS Interactive Inc. All rights reserved.

# EXHIBIT I

## [Binance Walks Away From Deal to Rescue FTX -- WSJ](#)

Dow Jones Institutional News

November 10, 2022 Thursday 7:32 AM GMT

Copyright 2022 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2022, Dow Jones & Company, Inc.

**DOW JONES** NEWSWIRES

**Length:** 1334 words

## Body

By Patricia Kowsmann, Caitlin Ostroff and Berber Jin

Crypto exchange Binance reversed course on a rescue offer for FTX Wednesday, leaving the prominent digital firm with an uncertain future as it faces a shortfall of up to $8 billion, according to people familiar with the matter.

Binance chose not to go ahead with the nonbinding offer following a review of the company's finances, the exchange said. "In the beginning, our hope was to be able to support FTX's customers to provide liquidity, but the issues are beyond our control or ability to help," Binance said in a statement.

In a call Wednesday with investors in FTX, founder and Chief Executive Sam Bankman-Fried said he needs emergency funding because of customer withdrawal requests received in recent days, the people familiar with the matter said. Those requests sparked a debilitating liquidity squeeze.

FTX told investors that it was hoping to raise up to $4 billion in equity to fill the shortfall, people familiar said.

The implosion of the Binance rescue deal weighed on financial markets already rattled by uncertainty around the outcome of U.S. midterm elections. The Nasdaq dove around 2.5% Wednesday while the Dow Jones Industrial Average and S&P 500 both fell around 2%.

Bitcoin, the biggest and best-known cryptocurrency, fell around 16%, bringing its value below $16,000 for the first time since November 2020. It is now down around 75% from an all-time high reached in November 2021.

Also on Wednesday, Securities and Exchange Commission Chairman Gary Gensler issued a stern warning to crypto platforms, after more than a year of encouraging them publicly to register with his agency. He also likened the broader crypto market to a stack of Jenga blocks that gets weaker with each failure.

Once seen as a shining survivor in a struggling industry, FTX's fall has sent shock waves through the cryptocurrency industry. Just months ago, Mr. Bankman-Fried committed nearly a billion dollars to bail out struggling cryptocurrency lenders and was an active lobbyist considered widely to be the face of crypto in Washington.

Binance Walks Away From Deal to Rescue FTX -- WSJ

Binance's retreat now leaves FTX's fate unclear; the cause and full extent of FTX's financial problems are unknown. FTX declined to comment.

In an internal FTX slack channel, Mr. Bankman-Fried on Wednesday wrote, "We obviously just saw Binance's statement; they relayed that to the media first, not to us, and had not previously informed us or expressed those reservations," according to a copy of the message reviewed by The Wall Street Journal.

Mr. Bankman-Fried wrote that he was working on next steps and doing what he can to protect customers, employees and investors. "I'm deeply sorry that we got into this place, and for my role in it. That's on me, and me alone, and it sucks, and I'm sorry, not that that makes it any better."

Besides the firm and Mr. Bankman-Fried, well-known institutions that invested in the exchange are on the hook for potentially big losses. Among investors in a $900 million fundraising last year were SoftBank Group Corp., Sequoia Capital, hedge fund Third Point and tech-oriented private-equity firm Thoma Bravo.

In a letter to its investors late Wednesday, Sequoia said it is writing off the $150 million that one of its funds invested in FTX because of "solvency risk" for the crypto company. "The full nature and extent of this risk is not known at this time," the letter said. "Based on our current understanding, we are marking out investment down to $0."

Individual traders could also lose funds. FTX has halted withdrawals of both crypto and fiat currencies from the exchange, according to a pinned post in its official Telegram channel.

Michael Turský, a European crypto trader, said he hasn't been able to withdraw his nearly $11,000 from FTX since midday Wednesday. Those funds represented around 70% of his liquid net worth, he said.

He said he tried to withdraw his cash multiple times, to no avail. "Knowing FTX's brand and name, I would have never thought it would go under in a few days," Mr. Turský said. "Even if it did, I would have never expected them to stop all withdrawals"

Losses related to FTX spread beyond the firm itself. Stock investors dumped shares of publicly traded companies that are tied to cryptocurrencies with holdings of them or that derive fees from trading them.

Shares in Coinbase Global Inc. fell almost 10% despite assurances from its chief executive on Twitter that the company has sufficient assets for customer withdrawals and doesn't have any material exposure to FTX. Coinbase closed at its lowest level since going public last year when it fetched an $85 billion valuation. Its market value Wednesday was around $10 billion.

Shares of Silvergate Capital Corp., the closest U.S. bank to the crypto world, dropped 12% and have shed some 75% of their value this year. Shares of MicroStrategy Inc., which pivoted from business software into largely a buy-and-hold vehicle for bitcoin, fell nearly 20%.

Brokerage app Robinhood Markets Inc., which offers trading in more than just crypto, was burned by fears that one of its biggest shareholders, Mr. Bankman-Fried, would have to dump his shares. Robinhood shares dropped nearly 14% on Wednesday, bringing losses for the week to more than 30%.

The cause of the FTX liquidity squeeze still isn't known, but some investors and crypto holders are asking if links between the exchange and a related company, Hong Kong crypto-trading firm Alameda Research, could have contributed to the crisis. Alameda is majority owned by Mr., Bankman-Fried, and he founded both FTX and Alameda.

Questions about the depth and extent of FTX and Alameda's financial relationship grew last week after CoinDesk published a report that indicated much of Alameda's balance sheet was made up of FTT, a cryptocurrency created by FTX.

Binance Walks Away From Deal to Rescue FTX -- WSJ

Cryptocurrency exchanges, like their counterparts in the world of traditional, regulated finance, rely on a mix of partners to provide digital assets for trading, like bitcoin or ether. So-called market makers help traders buy and sell. They get paid by collecting a small difference between the bid and offer price.

Having ties between an exchange and market maker raised governance issues and the potential for conflicts of interest. In theory, such ties could allow a market maker to potentially trade on privileged information or use the exchange to inflate or deflate prices of a given security.

"These related-party relationships are all red flags that any regulator would recognize," said Larry Harris, a finance professor at the University of Southern California's Marshall School of Business and a former Securities and Exchange Commission chief economist.

In traditional financial markets for equities and futures, exchanges are required to be neutral platforms. Regulators discourage them from being intertwined with trading firms. In the unregulated world of crypto, though, there aren't any such constraints.

There were other links between FTX and Alameda, which besides being a market maker traded for its own purposes. The firm used FTX's FTT tokens as collateral for loans it took out from other crypto lenders, according to people familiar with the matter.

FTT went into free fall in the days after the CoinDesk report and has lost around 90% of its value.

Mr. Bankman-Fried previously rebutted the idea Alameda was intertwined with FTX, saying to the Journal in February that none of FTX's market makers have access to any nonpublic market data. And while Alameda trades on FTX, he said, "their volume is a very small fraction of overall exchange volume, and their account's access is the same as others."

-- Juliet Chung, Alexander Osipovich, Eric Wallerstein, Paul Kiernan, Eliot Brown, Gunjan Banerji and Elaine Yu contributed to this article.

This article is being republished as part of our daily reproduction of WSJ.com articles that also appeared in the U.S. print edition of The Wall Street Journal (November 10, 2022).

(END) Dow Jones Newswires

November 10, 2022 02:32 ET (07:32 GMT)

## Notes

PUBLISHER: Dow Jones & Company, Inc.

## Classification

**Language:** ENGLISH

**Publication-Type:** Newswire

**Journal Code:** DJDN

**Subject:** CRYPTOCURRENCY (90%); DIGITAL CURRENCY (90%); STOCK INDEXES (90%); BUSINESS

Binance Walks Away From Deal to Rescue FTX -- WSJ

FINANCIAL TROUBLE (78%); FINANCIAL MARKETS & INVESTING (78%); SECURITIES & OTHER INVESTMENTS (78%); STOCK EXCHANGES (78%); CORPORATE FINANCE (73%); BANK FAILURES (72%); LOBBYING (67%); CAMPAIGNS & ELECTIONS (66%); ELECTIONS & POLITICS (66%); EXECUTIVES (54%); MIDTERM ELECTIONS (52%); mcryp Cryptocurrency Markets (%); ncmac Commodities Asset Class News (%); nenac Energy Asset Class News (%); neqac Equities Asset Class News (%); nfxacb Forex Asset Class Basic News (%); nfxacp Forex Asset Class Premium News (%); ccat Corporate/Industrial News (%); m13 Money/Currency Markets (%); m132 Foreign Exchange Markets (%); mcat Commodity/Financial Market News (%); ncat Content Types (%); nfact Factiva Filters (%); nfce C&E Exclusion Filter (%); PROVIDER TERMS: N/BKG, N/CMDI, N/CMR, N/DJCS, N/DJG, N/DJGP, N/DJI, N/DJIB, N/DJN, N/DJOS, N/DJPF, N/DN, N/DOI, N/EWR, N/FXW, N/IPR, N/NRG, N/OSCM, N/OSEN, N/OSFF, N/OSFR, N/WED, N/WER, N/CAC, N/CRP, N/DJWI, N/ENTR, N/FRX, N/FXTR, N/JNL, N/MFO, N/MKT, N/TNM, N/WLS (%)

**Company:** WALL STREET JOURNAL (58%); ftxdig FTX Trading Ltd; hlicay Binance (Cayman Islands)

**Company-Number:** DJ Ticker: N/BKG, N/CMDI, N/CMR, N/DJCS, N/DJG, N/DJGP, N/DJI, N/DJIB, N/DJN, N/DJOS, N/DJPF, N/DN, N/DOI, N/EWR, N/FXW, N/IPR, N/NRG, N/OSCM, N/OSEN, N/OSFF, N/OSFR, N/WED, N/WER, N/CAC, N/CRP, N/DJWI, N/ENTR, N/FRX, N/FXTR, N/JNL, N/MFO, N/MKT, N/TNM, N/WLS; ISIN: N/BKG, N/CMDI, N/CMR, N/DJCS, N/DJG, N/DJGP, N/DJI, N/DJIB, N/DJN, N/DJOS, N/DJPF, N/DN, N/DOI, N/EWR, N/FXW, N/IPR, N/NRG, N/OSCM, N/OSEN, N/OSFF, N/OSFR, N/WED, N/WER, N/CAC, N/CRP, N/DJWI, N/ENTR, N/FRX, N/FXTR, N/JNL, N/MFO, N/MKT, N/TNM, N/WLS

**Industry:** CRYPTO ASSETS (90%); CRYPTOCURRENCY (90%); DIGITAL CURRENCY (90%); STOCK INDEXES (90%); FINANCIAL MARKETS & INVESTING (78%); SECURITIES & OTHER INVESTMENTS (78%); STOCK EXCHANGES (78%); BANKING & FINANCE (73%); BANK FAILURES (72%); ivicu Virtual Currencies/Cryptocurrencies (%); icryxch Cryptocurrency Exchanges (%); i831 Financial Investment Services (%); i83106 Securities/Commodity Exchange Activities (%); ibnk Banking/Credit (%); ifinal Financial Services (%); ifmsoft Financial Technology (%); iinv Investing/Securities (%); itech Technology (%); PROVIDER TERMS: N/BKG, N/CMDI, N/CMR, N/DJCS, N/DJG, N/DJGP, N/DJI, N/DJIB, N/DJN, N/DJOS, N/DJPF, N/DN, N/DOI, N/EWR, N/FXW, N/IPR, N/NRG, N/OSCM, N/OSEN, N/OSFF, N/OSFR, N/WED, N/WER, N/CAC, N/CRP, N/DJWI, N/ENTR, N/FRX, N/FXTR, N/JNL, N/MFO, N/MKT, N/TNM, N/WLS (%)

**Person:** SAM BANKMAN-FRIED (79%)

**Geographic:** UNITED STATES (92%); NORTH AMERICA (79%); CAYMAN ISLANDS (73%); usa United States; namz North America

**Load-Date:** May 18, 2023

---

**End of Document**

# EXHIBIT J

Learn more about  **LSEG**

# Exclusive: Behind FTX's fall, battling billionaires and a failed bid to save crypto

By **Angus Berwick** and **Tom Wilson**

November 10, 2022 5:46 PM EST · Updated November 10, 2022



[1/4] FILE PHOTO: Binance and FTX logos are seen in this illustration taken, November 8, 2022. REUTERS/Dado Ruvic/Illustration/File Photo   Purchase Licensing Rights 

## Companies

Ledgerx LLC
Follow

Champion Trust Llc
Follow

Binance Labs
Follow

Show more companies

Nov 10 (Reuters) - (This story contains language some readers may find offensive in paragraph 2)

On Tuesday morning, Sam Bankman-Fried, owner of cryptocurrency exchange FTX, caught his employees off-guard with a somber message.

Learn about the latest breakthroughs in AI and tech with the Reuters Artificial Intelligencer newsletter. Sign up here.

"I'm sorry," he told them. "I fucked up."

The reason for the mea culpa: His announcement half an hour earlier that FTX's arch-rival, Binance, planned to mount a shock takeover of its main trading platform to save it from a "liquidity crunch." Binance founder Changpeng "CZ" Zhao, whom the billionaire had accused of sabotage, would now be his White Knight.

The seeds of FTX's downfall were sown months earlier, stemming from mistakes Bankman-Fried made after he stepped in to save other crypto firms as the crypto market collapsed amid rising interest rates, according to interviews with several people close to Bankman-Fried and communications from both companies that have not been previously reported.

Some of those deals involving Bankman-Fried's trading firm, Alameda Research, led to a series of losses that eventually became his undoing, according to three people familiar with the company's operations.

The interviews and messages also shine new light on the bitter rivalry between the two billionaires, who in recent months competed for market share and publicly accused each other of seeking to hurt the one another's businesses. It culminated on Wednesday, with Binance pulling out of its deal and throwing FTX's future into uncertainty.

Stuck without a buyer, Bankman-Fried was now searching for alternative backers, two people close to him said. After Binance pulled out, he told FTX staff in a message that Binance had not previously told them of any reservations about the deal and he was "exploring all options."

Neither Binance nor FTX responded to requests for comment. Bankman-Fried told Reuters on Tuesday that "I'll probably be too swamped" to do interviews. He didn't respond to further messages.

Binance earlier said it decided to pull out of the deal as a result of its due diligence on FTX and news reports about U.S. investigations into the company.

Zhao's unveiling of the planned takeover capped a stunning reversal for Bankman-Fried. The 30-year-old had set up Bahamas-based FTX in 2019 and led it to become one of the largest exchanges, accumulating a near $17 billion fortune.

News of the liquidity crunch at FTX – valued in January at $32 billion with investors including SoftBank and BlackRock – sent reverberations through the crypto world.

The price of major coins plummeted, with bitcoin slumping to its lowest in almost two years, heaping further pain on a sector whose value has fallen about two-thirds this year as central banks tightened credit.

By ditching the deal, Binance had also avoided the regulatory scrutiny that would likely have accompanied the takeover, which Zhao had flagged as a likelihood in a memo to employees that he posted on Twitter.

Financial regulators around the world have issued warnings ↗ about Binance for operating without a license or violating money laundering laws. The U.S. Justice Department is investigating Binance for possible money laundering and criminal sanctions violations. Reuters reported last month that Binance had helped Iranian firms trade $8 billion since 2018 despite U.S. sanctions, part of a series of articles this year by the news agency on the exchange's financial crime compliance.

## RELATIONSHIP SOURS

Zhao and Bankman-Fried's relationship began in 2019. Six months after FTX's launch, Zhao bought 20% of the exchange for about $100 million, a person with direct knowledge of the deal said. At the time, Binance said the investment was "aimed to grow the crypto economy together."

Within 18 months, however, their relationship had soured.

FTX had grown rapidly and Zhao now viewed it as a genuine competitor with global aspirations, former Binance employees said.

When FTX in May 2021 applied for a license in Gibraltar for a subsidiary, it had to submit information about its major shareholders, but Binance stonewalled FTX's requests for help, according to messages and emails between the exchanges seen by Reuters.

Between May and July, FTX lawyers and advisors wrote to Binance at least 20 times for details on Zhao's sources of wealth, banking relationships, and ownership of Binance, the messages show.

In June 2021, however, an FTX lawyer told Binance's chief financial officer that Binance wasn't "engaging with us properly" and they risked "severely disrupting an important project for us." A Binance legal officer responded to FTX to say she was trying to get a response from Zhao's personal assistant, but the requested information was "too general" and they may not provide everything.

By July of that year, Bankman-Fried had tired of waiting. He bought back Zhao's stake in FTX for about $2 billion, the person with direct knowledge of the deal said. Two months later, with Binance no longer involved, Gibraltar's regulator granted FTX a license.

That sum was paid to Binance, in part, in FTX's own coin, FTT, Zhao said last Sunday - a holding he would later order Binance to sell, precipitating the crisis at FTX.

Reuters Graphics

## "TRYING TO GO AFTER US"

This May and June, Bankman-Fried's trading firm, Alameda Research, suffered a series of losses from deals, according to three people familiar with its operations.

These included a $500-million loan agreement with failed crypto lender Voyager Digital, two of the people said. Voyager filed for bankruptcy protection the following month, with FTX's U.S. arm paying $1.4 billion for its assets in a September auction. A Voyager spokesman said the company only used $75 million of Alameda's credit line.

Reuters could not determine the full extent of losses Alameda suffered.

Seeking to prop up Alameda, which held almost $15 billion in assets, Bankman-Fried transferred at least $4 billion in FTX funds, secured by assets including FTT and shares in trading platform Robinhood Markets Inc, the people said. Alameda had disclosed a 7.6% share in Robinhood that May.

A portion of these FTX funds were customer deposits, two of the people said, though Reuters could not determine their value.

Bankman-Fried did not tell other FTX executives about the move to prop up Alameda, the people said, adding he was afraid that it could leak.

On Nov. 2, however, a report by news outlet CoinDesk detailed a leaked balance sheet that allegedly showed that much of Alameda's $14.6 billion in assets were held in FTT. Alameda CEO Caroline Ellison tweeted that the balance sheet was merely for a "subset of our corporate entities," with over $10 billion of assets not reflected. Ellison did not return requests for comment.

That failed to douse growing speculation over what Alameda's financial health might mean for FTX.

Then Zhao said Binance would sell its entire share in the token, FTT, worth at least $580 million, "due to recent revelations that have come to light." The token's price collapsed 80% over the next two days and a torrent of outflows from the exchange gathered pace, blockchain data show.

## WITHDRAWAL SURGE

In his message to staff this week, Bankman-Fried said the firm saw a "giant withdrawal surge" as users rushed to withdraw $6 billion in crypto tokens from FTX in just 72 hours. Daily withdrawals normally totaled tens of millions of dollars, Bankman-Fried told his employees.

After Zhao's tweet that Binance would sell its FTT holding, Bankman-Fried projected confidence that FTX would weather its rival's attacks. He told staff on Slack that withdrawals were "not shockingly, way up," but they were able to process the requests.

"We're chugging along," he wrote. "Obviously, Binance is trying to go after us. So be it."

But by Monday the situation became dire. Unable to quickly find a backer, or sell other illiquid assets short-notice, Bankman-Fried contacted Zhao, according to a person familiar with the call. Zhao later confirmed that Bankman-Fried had called him.

Bankman-Fried signed a non-binding letter of intent for Binance to buy FTX's non-U.S. assets. This valued FTX at several billion dollars, two people familiar with the letter said - enough for the exchange to cover all withdrawal requests but a fraction of its January valuation.

Zhao announced the potential deal several hours later, with Bankman-Fried tweeting "a huge thank you to CZ."

"Let's live to fight another day," Bankman-Fried told staff on Slack.

His employees were shocked. Even executives had been in the dark about the Alameda shortfall and takeover plan until Bankman-Fried informed them that morning, two people working with him said. Both people said they had been unaware that the withdrawal situation was so serious.

Then came Binance's announcement on Wednesday scrapping the takeover. "The issues are beyond our control or ability to help," Binance said. Zhao tweeted "Sad day. Tried," with a crying emoji.

Reporting by Angus Berwick in New York and Tom Wilson in London; additional reporting by Hannah Lang in Washington and Elizabeth Howcroft in London; Editing by Paritosh Bansal and Chris Sanders

Our Standards: **The Thomson Reuters Trust Principles.** [↗]

Suggested Topics:

Future of Money    Securities Enforcement    Regulatory Oversight    Capital Markets    Mergers & Acquisitions

Purchase Licensing Rights

**Angus Berwick**
Thomson Reuters

Award-winning investigative reporter based in London, focused on financial enterprise journalism. He was previously a correspondent in Spain and Venezuela, where he reported on the Maduro government's efforts to retain power. He was Reuters' Reporter of the Year in 2019 and has won two Overseas Press Club awards.

**Tom Wilson**
Thomson Reuters

Tom Wilson covers investigative stories across finance and business. He previously led Reuters' coverage of cryptocurrencies, and was the news agency's Reporter of the Year 2022 for his series on the Binance exchange. In a decade at Reuters, he worked in Tokyo for four years, uncovering abuses in Japan's immigration system and covering the tobacco giant Philip Morris. His work has won prizes from the Gerald Loeb Awards, the Overseas Press Club and the Society for Advancing Business Editing and Writing.

## Read Next

Business
**Bitcoin set for first yearly loss since 2022 as macro trends weigh on crypto**
December 31, 2025

Business
**Trump Media unveils plan to distribute new cryptocurrency to shareholders**
December 31, 2025

Asia Pacific
**China's digital yuan to become interest-bearing next year,  state broadcaster says**
December 29, 2025

Finance
**EU Council backs digital euro with both online and offline functionality**
December 19, 2025

## Sponsored Content

Dianomi • Advertise Here ▷



### 8 Dumbest Things Americans Waste Money On

Sponsored by FinanceBuzz



### 2026 Schwab Market Outlook: What's Ahead?

Sponsored by Charles Schwab



### Understanding the 1099-DIV Tax Form

Sponsored by Charles Schwab

## Sponsored Content

Dianomi • Advertise Here ▷

**2026 Schwab Market Outlook: What's Ahead?**

Sponsored by Charles Schwab



**5 Steps to Help Boost your Financial Fitness**

Sponsored by Charles Schwab



**How Wealthy Investors Pay for Health Care in Retirement**

Sponsored by Fisher Investments



**8 Dumbest Things Americans Waste Money On**

Sponsored by FinanceBuzz



**Leverage TradeStation's platform designed for self-directed traders.**

Sponsored by TradeStation



**How Long Does $2.5 Million Last in Retirement?**

Sponsored by SmartAsset



## Technology ›

# Grok says safeguard lapses led to images of 'minors in minimal clothing' on X

Legal · January 2, 2026 · 1:40 PM EST · 47 mins ago

Elon Musk's xAI artificial intelligence chatbot Grok said on Friday lapses in safeguards had resulted in "images depicting minors in minimal clothing" on social media platform X and that improvements were being made to prevent this.

---

Technology

**French ministers report Grok's sex-related content on the X platform to prosecutors**

3 hours ago

---

**India approves electronic component projects worth $4.6 billion**

10 hours ago

---

**China AI chipmaker Biren soars in Hong Kong debut as IPO wave builds**

10 hours ago

---

**Samsung Electronics says customers praised competitiveness of HBM4 chip**

12 hours ago

Sponsored Content

Dianomi  Advertise Here



Charles Schwab

**2026 Schwab Market Outlook: What's Ahead?**



Stansberry Research

**The Amazon Story Nobody Sees Coming**



SmartAsset

**What Are the Benefits of a Roth Conversion in 2026?**

Charles Schwab

**Tax Filing: Are You Ready?**



FinanceBuzz

**8 Dumbest Things Americans Waste Money On**



Profitable News

**$6 AI firm holds 98 patents on cutting-edge tech top companies to use**



TradeStation

**Leverage TradeStation's platform designed for self-directed traders.**



Fisher Investments

**7 Ways to Generate Income With a $1,000,000 Portfolio [Free Guide]**



TradeWins

**See How Some Retirees Use Options Trading As A Safe Way To Earn Income**
TradeWins



Latest

Home
Authors
Topic Sitemap
Archive
Article Sitemap

Media

📹 Videos
📷 Pictures
🖼 Graphics
🎧 Podcasts

About Reuters

**About Reuters** ↗
**Advertise with Us** ↗
**Careers** ↗
**Reuters News Agency** ↗
**Brand Attribution Guidelines** ↗

Browse

World
Business
Markets
Sustainability
Legal
Breakingviews
Technology
Investigations
Sports
Science
Lifestyle

Reuters and AI 🗗

Reuters Leadership 🗗

Reuters Fact Check

Reuters Diversity Report 🗗

Commercial Disclosure (Japan) 🗗

Stay Informed

Download the App (iOS) 🗗

Download the App (Android) 🗗

Newsletters

Subscribe

---

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

[X] [Facebook] [Instagram] [YouTube] [LinkedIn] [WhatsApp]

---

LSEG Products

**Workspace** 🗗

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue** 🗗

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check** 🗗

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

---

**Advertise With Us** 🗗    **Advertising Guidelines**    **Purchase Licensing Rights** 🗗

All quotes delayed a minimum of 15 minutes. See here for a list of exchanges and delays.

**Cookies** 🗗    **Terms & Conditions**    **Privacy** 🗗    **Copyright** 🗗    **Digital Accessibility** 🗗    **Corrections**    **Data Disclosure and Sources** 🗗    **Site Feedback** 🗗
**Manage Cookies**

© 2025 Reuters. All rights reserved

# EXHIBIT K

NewsRoom

11/8/22 Reuters News 17:25:08

Reuters News
Copyright (c) 2022 Thomson Reuters

November 8, 2022

WRAPUP 4-Binance plans to buy rival FTX in bailout as crypto market crumbles

Hannah Lang

Tom Wilson

WASHINGTON/LONDON, Nov 8 (Reuters)

(Adds expert comments, details about Coinbase, Bankman-Fried letter, background)

By Hannah Lang and Tom Wilson

WASHINGTON/LONDON, Nov 8 (Reuters) - Crypto giant Binance signed a nonbinding agreement on Tuesday to buy FTX's non-U.S. unit to help cover a "liquidity crunch" at the rival exchange, in a stunning bailout that raised fresh concerns among investors about cryptocurrencies.

The deal between high-profile rivals Sam Bankman-Fried, FTX's CEO, and Binance CEO Changpeng Zhao came as speculation about FTX's financial health snowballed into $6 billion of withdrawals in the 72 hours before Tuesday morning.

The pressure on FTX came in part from Zhao, who had tweeted on Sunday that Binance would liquidate its holdings of the rival's token due to unspecified "recent revelations."

"It's scary to think that FTX, which is one of the largest crypto exchanges in the world, was bitten by liquidity concerns and Binance, their biggest rival, is coming to their rescue," said Dan Raju, CEO of Tradier, financial services provider and brokerage.

The move, a dramatic reversal in fortunes of billionaire Bankman-Fried, 30, is the latest emergency rescue in the world of cryptocurrencies this year, as investors pulled out from riskier assets amid rising interest rates. The cryptocurrency market has fallen by about two-thirds from its peak to $1.07 trillion.

Major cryptocurrencies initially rallied on the news of the deal on Tuesday, but those gains were quickly erased.

FTX token - which gives holders discounts on FTX trading fees - was last trading at $5.33, having slumped by more than three-quarters. Bitcoin , the biggest digital token, was down 11%.

In a blog, Coinbase Global Inc assured investors it had minimal exposure to FTX after its shares fell more than 10%. [nL4N3244BT] [nL4N3243XP]

Bankman-Fried, whose net worth is $16.6 billion according to Forbes, had said just months ago he had billions on hand to help struggling digital asset platforms. In May he revealed a 7.6% stake in Robinhood Markets Inc , capitalizing on the trading app's weakened share price. Tuesday's developments left FTX investors scrambling to figure out what the deal with Binance means for their investment in FTX, according to people familiar with the matter.

In a note to investors late on Tuesday, shared on Twitter and verified by a source familiar with the situation, Bankman-Fried tried to reassure FTX investors, saying that "protecting shareholders is our highest priority" but said details of the deal were "still being hashed out." FTX did not immediately respond to a request for comment.

The companies did not disclose the terms of the deal, and it remains to be seen whether it will close.

Binance, the world's biggest crypto exchange, will conduct due diligence in coming days as the next step toward an acquisition of FTX.com. The U.S. operations of Binance and FTX are not part of the deal, said Bankman-Fried, who is from California but lives in the Bahamas where FTX is based.

It is not clear how regulators will regard a deal between the two crypto exchanges.

U.S. antitrust enforcers could insist on probing the merger, antitrust experts said. "They could sue to stop it if they think it has an adverse effect on U.S. customers," said Seth Bloom, an antitrust expert at Bloom Strategic Counsel.

Binance is also under investigation by the U.S. Justice Department for possible violations of money-laundering rules, Reuters reported last week, one of a series of investigations this year into Binance's troubled history with financial regulatory compliance.

Last month, Reuters revealed fresh details about Binance's strategy for keeping regulators at arm's length and continuing disarray in its compliance programme. Binance said in response that it was helping drive higher industry standards and was seeking to improve its ability to detect illegal crypto activity.

A spokesperson for the U.S. Commodity Futures Trading Commission said the agency is monitoring the situation. The Federal Trade Commission declined to comment.

TURBULENT RELATIONSHIP

Two of the most powerful moguls in the crypto industry, Bankman-Fried and Zhao, known by his initials CZ, have had a turbulent relationship.

In late 2019, Binance invested in FTX, then a far smaller exchange, before exiting the investment in July last year. By then FTX had mushroomed into a growing rival to Binance, which dominates the crypto industry with over 120 million users.

Tensions between Zhao and Bankman-Fried surfaced in recent days, with a public disagreement playing out on Twitter, following a report by news website CoinDesk on a leaked balance sheet from Alameda Research, a trading firm founded by Bankman-Fried that has close ties with FTX. [nL1N32421V]

The pace of withdrawals proved to be too much, however. "On an average day, we have tens of millions of dollars of net in/ outflows," Bankman-Fried wrote in a message to staff sent on Tuesday morning, saying how that amount had run into billions.

FTX did not respond to a request for comment on the message to staff.

In a tweet announcing the deal on Tuesday, Binance's Zhao that FTX had "asked for our help" after "a significant liquidity crunch."

Bankman-Fried said his teams were working on clearing out the withdrawal backlog: "This will clear out liquidity crunches. This is one of the main reasons we've asked Binance to come in."

"A *huge* thank you to CZ, Binance," Bankman-Fried wrote.

<^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^ FTX crypto token in free fall https://tmsnrt.rs/3Eb5bXd TIMELINE-How Binance's plan to buy FTX unfolded in a matter of days [nL1N32421V] BREAKINGVIEWS-Crypto's JPMorgan mutates into Bear Stearns [nL4N32501E]

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^> (Reporting by Tom Wilson in London and Hannah Lang in Washington Additional reporting by Tom Westbrook in Singapore, Prentice in Washington and Angus Berwick and Anirban Sen in New York Editing by Megan Davies, Catherine Evans and Matthew Lewis) ((tom.westbrook@tr.com; +65 6973 8284;))


---- Index References ----

Company: WRAP TECHNOLOGIES, INC.; U.S. COMMODITY FUTURES TRADING COMMISSION; FEDERAL TRADE COMMISSION; FT.COM; ROBINHOOD MARKETS, INC.; US JUSTICE DEPARTMENT.; ALAMEDA RESEARCH LTD

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Corporate Groups & Ownership (1XO09); Crime (1CR87); Cryptocurrencies (1CC20); Economics & Trade (1EC26); Financial Fraud (1FI18); Fraud (1FR30); Mergers & Acquisitions (1ME39); Money Laundering (1ML45); Social Issues (1SO05); Corporate Bonds (1XO30); Debt Restructuring (1RE45); Joint Ventures (1JO05); Corporate Events (1CR05); Major World Currencies (1MA67); Mergers & Acquisitions (1ME39); Cryptocurrencies (1CC20); Financial Markets Operations (1FI88); Bankruptcies (1BA08); Emerging Market Countries (1EM65))

Industry: (Blockchain (1BC01); I.T. (1IT96); Bonds (1BO97); Investment Funds Operations (1IV33); Banking (1BA20); Investment Management (1IN34); Fixed Income Investments (1FI12); I.T. (1IT96); Mutual Funds (1MU87); Financial Services (1FI37))

Region: (Europe (1EU83); Eurozone Countries (1EU86); Western Europe (1WE41); Malta (1MA02); USA (1US73); Americas (1AM92))

Language: EN

Other Indexing: (WRAPUP; U.S. Commodity Futures Trading Commission; Federal Trade Commission; FTX.com; Robinhood Markets Inc; U.S. Justice Department; Alameda Research)

Keywords: FINTECH; CRYPTO; WRAPUP; 4,; PIX,; GRAPHIC; Binance; Bitcoin; Changpeng Zhao; Coinbase; Cryptocurrencies; Digital currencies; Economy; Financial markets; Market liquidity; MoneyMCCL:OEC; MCC:OEC

Word Count: 978

**End of Document**                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

# EXHIBIT L

**TECH**

# Binance offers to buy FTX's non-U.S. operations to fix 'liquidity crunch'

PUBLISHED TUE, NOV 8 2022•11:29 AM EST   UPDATED TUE, NOV 8 2022•3:02 PM EST

  **MacKenzie Sigalos**
**@KENZIESIGALOS**

WATCH LIVE

## KEY POINTS

Binance has reached a deal with Sam Bankman-Fried's FTX to buy the crypto exchange.

Binance CEO Changpeng Zhao tweeted Tuesday morning that "there is a significant liquidity crunch" at FTX and that after FTX asked for Binance's help, they "signed a non-binding LOI, intending to fully acquire http://FTX.com and help cover the liquidity crunch."



**VIDEO** 03:01

   

Binance, the world's largest cryptocurrency firm, has reached a deal with Sam Bankman-Fried's FTX to buy the rival crypto exchange for an undisclosed amount, rescuing the company from a liquidity crisis.

Binance CEO Changpeng Zhao tweeted Tuesday morning that "there is a significant liquidity crunch" at FTX and that after FTX asked for Binance's help, the company "signed a non-binding" agreement with the intent "to fully acquire http://FTX.com and help cover the liquidity crunch."

Zhao added that Binance, which was initially based in China but now claims no official headquarters, will be conducting full diligence in the coming days, and the firm has the discretion to pull out from the deal at any time.

Sam Bankman-Fried confirmed the agreement in a tweet this morning.

The deal marks a cataclysmic collapse for a company that earlier this year was valued by private investors at $32 billion, with ambitions to acquire its way into becoming a crypto giant. Months prior, venture firm Sequoia Capital and BlackRock backed FTX at a $25 billion valuation. Forbes has pegged Bankman-Fried's net worth at $17 billion, largely from his stake in FTX.

Bankman-Fried told CNBC in an interview over the summer that while FTX isn't "immune" to the crypto downturn, the company was in a better position than rivals because it had snapped up market share. He also said the company was more responsible in its growth than others in the industry.

"We hired a lot less than most places did but we've also kind of kept our costs under control," Bankman-Fried said.

Binance and its founder, Changpeng Zhao, were among FTX's earliest investors. In a tweet, Bankman-Fried said that Binance would be FTX.com's "first, and last" investor.

The acquisition impacts only the non-U.S. businesses, FTX.com. FTX.us will remain independent of Binance. However, according to a 2021 audit, the U.S. part of FTX accounted for just 5% of total revenue. FTX is based in the Bahamas, where Bankman-Fried resides.

The deal, according to Tweets from both Zhao and Bankman-Fried, rests on a non-binding letter of intent, pending full due diligence.



FTT , the token native to FTX, shot up briefly after the deal and then plummeted by more than half. A major sell-off began Monday evening amid concerns surrounding the solvency of both FTX and its sister trading firm, Alameda Research. Meanwhile, Binance's native token BNB has bounced around and is slightly up for the day.

Binance's Zhao said in a tweet that he expects FTT to be "highly volatile in the coming days as things develop."

Earlier on Tuesday, FTX had halted withdrawals from its platform, after spooked investors attempted to pull their funds. Investor confidence was shaken when Zhao tweeted over the weekend that the company would sell its holdings of FTT.

Zhao said in his tweet that Binance has about $2.1 billion worth of FTT and BUSD, the fiat-backed stablecoin issued by Binance and Paxos, combined.

"Due to recent revelations that have came to light, we have decided to liquidate any remaining FTT on our books," he said.

The revelation also sparked concern about Alameda Research, Bankman-Fried's trading firm and sister company to FTX. A report last week on the state of Alameda's finances showed a large portion of its balance sheet is concentrated in FTT and its various activities leveraged using FTT as collateral. Alameda has disputed that claim, saying FTT represents only part of its total balance sheet.

"The Alameda hedge fund is tied to FTX through a ton of FTT tokens and the rumors started that if they are using all of these FTT tokens as collateral...there are two issues," said Jeff Dorman, chief investment officer at Arca. "If the price of FTT goes way down then Alameda could face margin calls and all kinds of pressure; two is if FTX is the lender to Alameda then everyone's going to be in trouble."

"What could have been just an isolated issue at Alameda became a bank run," he added. "Everybody started to pull their assets out of FTX and there's this fear that FTX would be insolvent."

— *CNBC's Kate Rooney and Tanaya Macheel* contributed *to this report*.



## TRENDING NOW



**1**  I've studied hundreds of highly successful kids: My No. 1 non-negotiable rule for raising resilient teens



**2**  Michigan lawyer says a Halloween terror plot that FBI Director Kash Patel described never existed



**3**  Governments are dipping into the retirement cookie jar — and it could get messy



**4**  I've studied over 200 kids—these 7 'magic phrases' can calm any tantrum instantly



**5**  Ether falls 7% following a multimillion dollar hack of a decentralized finance protocol

Sponsored Links

## FROM THE WEB



## Dementia and Memory Loss Have Been Linked to a Common Habit

**Memory Health**

Learn More

## Dementia and Memory Issues Have Been Linked to a Common Habit. Do You Do It?

**Memory News**

Learn More



Subscribe to CNBC PRO

Licensing & Reprints

Select Personal Finance

Join the CNBC Panel

Closed Captioning

News Releases

Corrections

Ad Choices

Podcasts

Help

Subscribe to Investing Club

CNBC Councils

CNBC on Peacock

Supply Chain Values

Digital Products

Internships

About CNBC

Site Map

Careers

Contact

      

**News Tips**

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

**Advertise With Us**

PLEASE CONTACT US

 **CNBC Newsletters**

Sign up for free newsletters and get more CNBC delivered to your inbox



SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Your Privacy Choices

CA Notice

Terms of Service

© 2025 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by



# EXHIBIT M

← **Post**



**Binance** ✔
@binance

•••

As a result of corporate due diligence, as well as the latest news reports regarding mishandled customer funds and alleged US agency investigations, we have decided that we will not pursue the potential acquisition of FTX.com.

1:00 PM · Nov 9, 2022

💬 4.7K          🔁 21K          ♡ 55K          🔖 880          ⬆

← **Post**





**Binance** ✔
@binance

•••

In the beginning, our hope was to be able to support FTX's customers to provide liquidity, but the issues are beyond our control or ability to help.

1:00 PM · Nov 9, 2022

💬 265          🔁 1K          ♡ 7.4K          🔖 33          ⬆

# EXHIBIT N



11/10/22 Reuters News 23:12:29

Reuters News
Copyright (c) 2022 Thomson Reuters

November 10, 2022

## Bahamas securities regulators freeze assets of FTX's unit

Nov 10 (Reuters)

Nov 10 (Reuters) - The Securities Commission Of the Bahamas said on Thursday it had frozen assets of FTX Digital Markets, a subsidiary of the cryptocurrency exchange.

The regulator said it had also suspended the registration and applied to the Supreme Court of The Bahamas for the appointment of a provisional liquidator of FTX Digital Markets Ltd. (Reporting by Aishwarya Nair in Bengaluru; Editing by Anil D'Silva) ((Aishwarya.Nair@thomsonreuters.com; +91-9167838937 Twitter: https://twitter.com/Aishwaryartrs ;))

---- **Index References** ----

News Subject: (Cryptocurrencies (1CC20); Corporate Events (1CR05); Regulatory Affairs (1RE51); Major World Currencies (1MA67))

Industry: (U.S. Securities Act of 1933 (1US58); Press Releases (1PR19); I.T. (1IT96))

Region: (Americas (1AM92); Bahamas (1BA90); Caribbean (1CA06); Latin America (1LA15); Latin America (1LA15); USA (1US73); Americas (1AM92); Bahamas (1BA90))

Language: EN

Other Indexing: (FTX Digital Markets Ltd.)

Keywords: FINTECH; CRYPTO; FTX; BAHAMAS; URGENT; Computer data; Computer files; Computing; Cryptocurrency; FTX; Financial market; Ftx; Securities Commission of New Zealand; Security; Technical communication

Word Count: 75

**End of Document**                                            © 2025 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT O

Home    News    Fortune 500    Tech    Finance    Leadership    Lifestyle    Rankings    M

**FINANCE · CRYPTOCURRENCY**

## FTX's assets are frozen in its home country after a stunning collapse

November 10, 2022 at 6:36 PM EST



**Sam Bankman-Fried, founder and chief executive officer of FTX.**

JEENAH MOON/BLOOMBERG VIA GETTY IMAGES



The Bahamas Securities Commission has frozen the assets of FTX Digital Markets "and related parties."

An asset freeze was "the prudent course of action" to preserve assets and stabilize the company, the agency said Thursday in a statement. An attorney has been appointed provisional liquidator as the Bahamas securities regulator seeks to place the beleaguered crypto exchange into receivership.

"The commission is aware of public statements suggesting that clients' assets were mishandled, mismanaged and/or transferred to Alameda Research. Based on the commission's information, any such actions would have been contrary to normal governance, without client consent and potentially unlawful," it said.

FTX.com is based in the Bahamas and is a separate legal entity from FTX US.

Representatives for FTX.com didn't immediately respond to a request for comment.

Sign up for the *Fortune Features* email list so you don't miss our biggest features, exclusive interviews, and investigations.

## About the Authors

---

### LYDIA BEYOUD

SEE FULL BIO >

---

### BLOOMBERG

SEE FULL BIO >

# Sponsored Stories





**Creepy things your email does without telling you**

Proton



**If You're Collecting Under $3950 in SS a Month: You're Eligible for These 10 Discounts**

*silverpenny.co*

**Ohio: Worst Car Insurance Companies for Overcharging (Is...**

ottoinsurance.com

**Kamala Harris on disastrous 'The View' appearance: 'I had no idea I'd just pulled the pi...**

Fortune

**Jeff Bezos sold his Seattle mansion for record-breaking $63 million after he and wif...**

Fortune

**Meet Erika Kirk, the 36-year-old CEO of Turning Point USA, who has three degree...**

Success

**A.I. Gives Traders Heads-Up On What's Coming In The Next 72 Hours**

How over 40,000 traders predict market trends with u...

VantagePoint

**Every American Should Be Using This Retirement Loophole In 2025**

If You're Not Using This IRS Loophole, You Should Be

Goldco

**This One Browser Setting Makes Ads Disappear Like Magic**

Removing ads is the first step in having a faster, safer and...

Safe Tech Tips

**Kate Middleton Sad News Regarding Prince George**

TipHero

**Barack Obama Admits to "Deep Deficit" in Marriag...**

TipHero

**Taylor Swift Appears to Take Aim at Travis Kelce's...**

NFL

**Taylor Swift Gives Travis Kelce Firm Warning Ahead Of Super Bowl, Keeping Chiefs Star ...**

TipHero

### 3 Foods Marisa Tomei Says "Transformed Her Health After 50"

Find out how this Hollywood star is defying aging!

endthehealthgap.com

### Why AI Brings Speech Clarity That Old Hearing Aids Just Can't Match

Understand Speech in Noise From Any Direction. Book a...

AudioNova

### Why Women over 50 are Begging for this Gift in 2025

Blissy

# Related Articles



**COMPANIES**

## Ferrari to release crypto token to let wealthy fans take part in 499P auction

BY **CARLOS GARCIA**

November 3, 2025



COMPANIES

## Trump media firm dives into red hot prediction markets, in tie-up with Crypto.com

BY **CARLOS GARCIA**

October 28, 2025



**REGULATORS**

## Justice Department scraps crypto unit as Trump further loosens oversight of digital assets

BY **BEN WEISS**

April 8, 2025



**REGULATORS**

# Binance scores big win after SEC agrees to drop lawsuit against exchange

BY **BEN WEISS**

May 29, 2025



COMPANIES

## BitMine chair Tom Lee says the 'bubble has burst' in digital asset treasury companies as many trade below net asset value

BY **LEO SCHWARTZ**

October 16, 2025



**COMPANIES**

## FTX sues Binance and former CEO Zhao for $1.8 billion received as part of a 'fraudulent' share deal

BY **CATHERINE MCGRATH**

*November 11, 2024*

# Latest in Finance

*7 hours ago*

FTX's assets are frozen in its meltdown, in a stunning collapse | Fortune

AI · OPENAI

## OpenAI signs $38 billion deal to power AI tools with 'hundred of thousands' of Nvidia chips via Amazon Web Services

BY **THE ASSOCIATED PRESS**

November 3, 2025

**7 hours ago**

**AI - CHIPS**

# Microsoft to send Nvidia's top AI chips to the UAE despite Trump saying they wouldn't be exported outside the U.S.

BY **THE ASSOCIATED PRESS**

November 3, 2025

8 hours ago

POLITICS - GOVERNMENT SHUTDOWN

## Trump administration to partially fund SNAP this month after judges order use of emergency reserves

BY **GEOFF MULVIHILL**, **KIMBERLEE KRUESI**, AND OTHERS

November 3, 2025

**9 hours ago**

CYBERSECURITY · JOB SEEKERS

## Cybercriminals are stooping to a new low by targeting job seekers when the market is already bad: 'Where's the good sheep for the wolf to go attack?'

BY **BRIANNA MONSANTO** AND **IT BREW**

November 3, 2025

11 hours ago

11/3/25, 10:05 PM

Case 22-11068-KBO FTX's assets are frozen in its home country, as a stunning legal lapse continues
Doc 34252-1 Filed 01/02/26 Page 152 of 182

AI - JOBS

## A 'jobless profit boom' has cemented a permanent loss in payrolls as AI displaces labor at a faster rate, strategist says

BY **JASON MA**

November 3, 2025

12 hours ago

BANKING · DEBT

Both subprime and super prime loans are on the rise, signs of a K-shaped economy that is a 'prescription for real trouble'

BY SASHA ROGELBERG

November 3, 2025

## Most Popular

1 day ago

FTX's assets freeze in its first court day, 2028. stunning collapse | Fortune

**INNOVATION**

## Rivian's CFO hints the end of EV tax credits means manufacturers are being forced to finally make more affordable electric cars

BY **JORDYN GRZELEWSKI** AND **TECH BREW**

November 2, 2025

5 days ago

FTX's assets are frozen in its meltdown, a stunning collapse | Fortune

**SUCCESS**

# CEO of $62 billion software giant Workday's warning: 'There's nothing more dangerous than yesterday's success'

BY **EMMA BURLEIGH**

October 29, 2025

12 hours ago

**SUCCESS**

## Walmart CEO said paying its star managers upwards of $620,000 yearly empowered them to 'feel like owners'

BY **EMMA BURLEIGH**
November 3, 2025

2 days ago

AI

## 'Godfather of AI' says tech giants can't profit from their astronomical investments unless human labor is replaced

BY **JASON MA**

November 1, 2025

12 hours ago

SUCCESS

# MacKenzie Scott gifts $80 million to Howard University, marking one of the school's largest donations in its 158-year history

BY **SYDNEY LAKE**

November 3, 2025

1 day ago

FTX's assets are frozen in its home country amid a stunning collapse | Fortune

**BIG TECH**

## Thanks to a donation from a Silicon Valley billionaire, the nation's largest police fleet of Tesla Cybertrucks is about to hit the streets of Vegas

BY **JESSICA HILL** AND **THE ASSOCIATED PRESS**

November 2, 2025

## Rankings

| | |
|---|---|
| 100 Best Companies | Most Powerful Women |
| Fortune 500 | Future 50 |
| Global 500 | World's Most Admired Companies |
| Fortune 500 Europe | See All Rankings |

## Sections

| | | |
|---|---|---|
| Finance | Asia | Health |
| Leadership | Europe | Retail |
| Success | Environment | Lifestyle |
| Tech | Fortune Crypto | Politics |
| Newsletters | MPW | |
| Magazine | CEO Initiative | |
| Features | Conferences | |
| Commentary | Personal Finance | |
| | Education | |

## Customer Support

Frequently Asked Questions

Customer Service Portal

Privacy Policy

Terms of Use

Single Issues for Purchase

International Print

## Commercial Services

Advertising

Fortune Brand Studio

Fortune Analytics

Fortune Conferences

Business Development

## About Us

About Us

Editorial Calendar

Press Center

Work at Fortune

Diversity and Inclusion

Terms and Conditions

Site Map



© 2025 Fortune Media IP Limited. All Rights Reserved. Use of this site constitutes acceptance of our Terms of Use and Privacy Policy | CA Notice at Collection and Privacy Notice | Do Not Sell/Share My Personal Information

FORTUNE is a trademark of Fortune Media IP Limited, registered in the U.S. and other countries. FORTUNE may receive compensation for some links to products and services on this website. Offers may be subject to change without notice.

# EXHIBIT P

TRENDING        #FTX        #SBF        #BITCOIN        #ETF        #GRAYSCALE        #SEC        #BLACKROCK

FORKAST.NEWS IS NOW FORKAST LABS



2016 Ford F-350

2015 Ford F-450

2012 Ford F-350

$26,999

$21,995

$2⬚

## NEWS

FTX    Regulation & Law    SBF - Sam Bankman-Fried

PUBLISHED **NOVEMBER 11, 2022 | 12:46 AM HKT**

LAST UPDATED **3 YEARS AGO**

BY ZOLTAN VARDAI

# FTX Japan ordered to suspend operations by the country's regulators

**FTX Japan was ordered by the country's Financial Services Agency (FSA) to suspend operations until Dec. 9 and put together a "business improvement plan."**



*Former FTX CEO Sam Bankman-Fried. Image: FTX*

FTX Japan, the Japanese arm of the beleaguered crypto exchange FTX.com, was ordered by the country's Financial Services Agency (FSA) to suspend operations until Dec. 9 and put together a "business improvement plan."

*See related article:* Will Contagion Spread?

## Fast facts

- FSA claimed that FTX Japan suspended customer withdrawals for an unspecified period without halting new customer registrations, the agency said on Thursday.

- The local finance regulator ordered FTX Japan to come up with a "business improvement plan" by Nov. 16, which should accurately identify its customers, protect user assets, and provide more transparency.

- FTX Japan's parent company, FTX.com, has been in a dramatic liquidity crisis that would reportedly require US$8 billion to resolve.

- Binance initially offered to buy out the troubled exchange on Wednesday to cover its liquidity shortfall, only to pull out of the deal the next day after reviewing FTX's finances.

- The U.S. Department of Justice, the Securities and Exchange Commission and the Commodity Futures Trading Commission are also probing the insolvent crypto exchange.

*See related article:* Binance and FTX – Should you be worried?

📊 Post Views: 1,838

---



**AUTHOR PROFILE**

**ZOLTAN VARDAI**

Zoltan is a writer at Forkast with a deep passion for storytelling and blockchain. Prior to joining the team, he worked as a marketing and content writer, focused on software and technology. Zoltan holds a master's degree

from the Ludwig Maximilian University of Munich and is interested in the future of global financial decentralization.

 **ZOLTAN.VARDAI@FORKAST.STUDIO**    **@ZVARDAI**





Delivered weekly on Thursdays

### The Current Forkast

An unmissable weekly round up of the biggest stories in emerging tech from an Asian perspective, featuring commentary from Forkast Editor-in-Chief Angie Lau. Check out recent editions.

Name

Email

SIGN UP NOW

---

MORE ARTICLES ON **FTX**

**NEWS**

FTX outlines plan to repay creditors in full with interest

**NEWS**

FTX's Bankman-Fried appeals 25-year sentence

**NEWS**

Pantera Capital targets US$250 mln Solana purchase from FTX assets

_____

**NEWS**

FTX cautions against unauthorized asset sales

_____

**NEWS**

OPNX exchange to cease operations

_____



2016 Ford F-350
23,184 miles

2015 Ford F-450
74,651 miles

_____

**FORKAST+** EXCLUSIVE ANALYSIS



FORKAST+

**MakerDAO's Christensen wants to make DAOs fun again. He's not alone.**

FTX Japan ordered to suspend operations by the country's regulators

Projects are rethinking how to make DAOs more fun and less disappointing.

KARI MCMAHON — NOVEMBER 22, 2023 | 4:56 PM HKT



2015 Ford F-450



FORKAST+

## From Silicon Valley to Sand Dunes: Why Indian crypto firms eye Dubai expansion

Indian crypto companies flock to Dubai, escaping high local taxes and finding solace in the emirate's favorable regulatory environment.

MAHA SHAH — NOVEMBER 20, 2023 | 9:17 AM HKT

2015 Ford F-450





Delivered weekly on Thursdays

## The Current Forkast

An unmissable weekly round up of the biggest stories in emerging tech from an Asian perspective, featuring commentary from Forkast Editor-in-Chief Angie Lau. Check out recent editions.

Name

Email

SIGN UP NOW



FOLLOW US

| LATEST NEWS | ASIA-PACIFIC | BLOCKCHAIN | CRYPTO | LEARN | WATCH & LISTEN |
|---|---|---|---|---|---|
| ENTERPRISE | AUSTRALIA | CBDCS | BITCOIN | EXPLAINERS | THE DAILY FORKAST |
| MARKETS | CHINA | DEFI | ETHEREUM | DIGITAL ASSETS REPORT | WORD ON THE BLOCK |
| REGULATORY | HONG KONG | NFTS | CARDANO | CHINA BLOCKCHAIN REPORT | |
| OPINION | INDIA | | XRP | STATE OF THE NFT MARKET | |
| FORKAST+ | JAPAN | | STABLECOINS | | |
| | SE ASIA | | ALTCOINS | | |
| | SINGAPORE | | | | |
| | SOUTH KOREA | | | | |

| FORKAST+ | ABOUT US |
|---|---|
| EVENTS | OUR STORY |
| NEWSLETTERS | JOIN OUR TEAM |
| | CONTACT |
| | COOKIES |

FTX Japan ordered to suspend operations after one calendar day: Report

TERMS OF SERVICE

# EXHIBIT Q



Finance    Learn    Research    Newsletters    Advertise    Reviews



NOV 10, 2022    MARKETS AND PRICES

# TRX's USD Exchange Rate Jumps 270% Higher on FTX After Exchange Brokers Deal With Tron

 This article was published more than a month ago. Some information may no longer be current.

**On Thursday, at approximately 12:48 p.m. (ET), the embattled exchange FTX revealed that it has created a special facility with Tron. The deal allows holders of specific Tron-based coins to withdraw the tokens to external wallets on a 1:1 ratio. While coin market aggregation sites say tron tapped a high of $0.06 per token on Thursday, tron reached a high of $2.49 per coin against the U.S. dollar on FTX.**

Listen

WRITTEN BY          SHARE

 Jamie Redman

11/3/25, 10:07 PM    Trxs-usd Exchange Rate Jumps 270% Higher on FTX After Exchange Brokers Deal with Tron – Exchanges Bitcoin News

Case 22-11068-KBO    Doc 34252-1    Filed 01/02/26    Page 172 of 182

Launch App



Bitcoin.com
News

Launch App

Finance    Learn    Research    Newsletters    Advertise    Reviews





# TRON EXCHANGE RATE BALLOONS ON FTX AFTER SPECIAL FACILITY ESTABLISHED

The troubled crypto exchange FTX has been the center of a lot of confusion and speculation since the world's largest crypto exchange Binance explained it would be dumping all of its ftx (FTT) tokens. Four days later, FTX International has effectively paused withdrawals and the community suspects the exchange is insolvent.

However, on Nov. 10, 2022, Tron founder Justin Sun said his team was working around the clock to help alleviate the situation with FTX. Sun also remarked that he is taking steps to help FTX. Tron's founder stated:

> This is only the initial step taken towards a wholistic solution that is being crafted to resuscitate and return to normalcy for all FTX users. I greatly appreciate the collaborative work between [FTX] teams.


Launch App

Finance   Learn   Research   Newsletters   Advertise   Reviews

to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets," the exchange explained.



*TRX/ USDT 30-minute chart via FTX on Nov. 10, 2022, at 8:08 p.m. (ET). TRX is currently exchanging hands for 0.258 USDT or 0.288 nominal U.S. dollars per unit, depending on the trading pair. At the time of writing, tron's actual exchange rate is $0.057 per unit on every other exchange.*

The deal with Tron is also mentioned on ftx.com and the website notes that it is not onboarding new customers and withdrawals are currently paused. Users are still trading on FTX and the tokens TRX, BTT, JST, SUN, and HT are seeing a lot of action.

Tron ( TRX) reached $2.49 per token on the exchange, according to the web portal's trading engine. At the time of writing, at 8:00 p.m. (ET) on Thursday, TRX is exchanging hands for $0.288 per unit on FTX.

While the Tron-based tokens may be a means to withdraw for FTX users, the deal is not so sweet for people swapping other coins to exit with tron ( TRX). For instance, $0.288 per unit is 80.20% higher than the current global TRX exchange rate of $0.057 per unit.



Launch App

Finance    Learn    Research    Newsletters    Advertise    Reviews

*What do you think about the Tron tokens jumping significantly higher in value on the troubled exchange FTX? Let us know what you think about this subject in the comments section below.*

TAGS IN THIS STORY

$0.057 PER UNIT    $2.49    270%    BALLOONED PRICE    BTT    DISCREPENCY    EXCHANGE

EXCHANGE RATE    FTX    FTX EXCHANGE    FTX TWEET    HT    JST    JUSTIN SUN    SUN

SWELLING VALUE    TOKEN RISES    TRON    TRON FOUNDER    TRX    TRX EXCHANGE RATE

Join our Bitcoin.com community

Image Credits: Shutterstock, Pixabay, Wiki Commons

1 DAY AGO    FEATURED

## Billion-Dollar XRP ETF? Bitwise Sees It Happening Sooner Than Anyone Expects



Finance   Learn   Research   Newsletters   Advertise   Reviews

Launch App



Listen to article

**XRP is igniting unstoppable bullish momentum as massive institutional moves, ETF anticipation, and record whale accumulation fuel investor frenzy over the token's next explosive phase in digital finance.**

## XRP ETF BUZZ SPARKS MASSIVE INSTITUTIONAL SURGE

Investor sentiment toward XRP is turning sharply bullish as expectations mount for one of the most anticipated cryptocurrency fund approvals in recent memory. Bitwise Asset Management chief investment officer, Matt Hougan, told DL News on Oct. 29 that an XRP exchange-traded fund (ETF) will "easily become" a billion-dollar fund within its first handful of months, signaling powerful retail demand for XRP before the product is launched.

"People underestimate it because the median opinion in crypto is pretty bearish on XRP," Hougan said. "But what drives flows? A group of people that buys the asset." He added:

> The XRP Army is incredibly bullish and loves XRP … Flows will dramatically exceed what people are expecting.



Launch App

Finance   Learn   Research   Newsletters   Advertise   Reviews

and Canary Capital, have recently updated their S-1 filings with the SEC, signaling that the regulatory framework for XRP ETFs is taking shape. Analysts note that prediction-market odds for U.S. approval have surged above 99%, reflecting growing confidence that the SEC's evolving guidance could soon permit ETFs tied to assets beyond bitcoin and ethereum.

Additional optimism stems from the successful launch of Bitwise's Solana ETF (BSOL), which many view as a positive precedent for broader crypto ETF approvals. Market analysts estimate that a spot-XRP ETF could attract billions in institutional inflows, tighten circulating supply, and drive higher prices—bolstering XRP's case for mainstream adoption and long-term valuation growth.

Ripple's leadership and affiliated ventures are reinforcing that momentum with a coordinated push toward institutional expansion. Ripple chief executive Brad Garlinghouse stated on social media platform X on Oct. 24: "As we continue to build solutions towards enabling an Internet of Value – I'm reminding you all that XRP sits at the center of everything Ripple does. Lock in." Ripple has completed five acquisitions in roughly two years — including GTreasury, Rail, Standard Custody, Metaco, and Ripple Prime (formerly Hidden Road) — to strengthen its position in global payments, custody, and liquidity services. Ripple-backed Evernorth Holdings is nearing $1 billion in XRP reserves.

# FAQ 

- **Why are investors suddenly bullish on XRP?**
  Rising ETF approval expectations and massive whale accumulation are driving optimism for XRP's next major institutional phase.

- **How soon could an XRP ETF launch?**
  With multiple SEC filings under review, analysts expect an approval decision within months, potentially triggering a surge in demand.

- **What role does Ripple's expansion play in XRP's outlook?**
  Ripple's acquisitions and Evernorth's billion-dollar XRP reserves are creating strong institutional infrastructure that could sustain long-term growth.

- **Could XRP become a key institutional asset?**
  Analysts believe ETF approval and Ripple's strategic ecosystem moves position XRP as a cornerstone for the next wave of digital finance.



Launch App

Finance    Learn    Research    Newsletters    Advertise    Reviews



Download App

Company                                                                          +

Insights                                                                         +

Products & Services                                                              +

Reviews                                                                          +

Follow                                                                           +

# EXHIBIT R



# KordaMentha appointed as Voluntary Administrators of FTX Express and FTX Australia

11 November 2022     2 min read



**In short**

## Media release

## Editorial Team



Scott Langdon
Partner | Sydney

 



John Mouawad
Partner | Sydney

### Related Services

**Restructuring** ›

**Voluntary administration** ›

# KordaMentha appointed as Voluntary Administrators of FTX Express and FTX Australia

Scott Langdon, John Mouawad and Rahul Goyal of KordaMentha Restructuring were today appointed as Voluntary Administrators of the cryptocurrency businesses FTX Express Pty Ltd and FTX Australia Pty Ltd.

The directors of FTX Express and FTX Australia made the decision to appoint KordaMentha at a board meeting on November 11, 2022. KordaMentha has been advised that the decision to put FTX Express and FTX Australia into voluntary administration was undertaken by directors to protect the interests and assets of Australian clients.

Mr Langdon advised that 'KordaMentha is now in control of both FTX Express and FTX Australia. We are working cooperatively with the directors to confirm the status quo and will report back to all stakeholders. We appreciate the uncertainty this creates for customers of FTX and will report to all customers as a matter of urgency.'

All customers of FTX Express and FTX Australia are requested to not deposit funds or execute any trades until further notice. KordaMentha can confirm it has been in contact with the Australian Securities and Investments Commission, following its appointment as Voluntary Administrator.

**KordaMentha**

Read more news & insights



FAAA launches digital client-ID platform supported by KordaMentha



KordaMentha secures future for key northern beef assets

**KordaMentha**

Subscribe to get the latest insights

## Social

LinkedIn

## Information

Creditors

Creditors Forms and Information

Policies & certifications

## Contact

Location

© Copyright of KM Holdings Pty Ltd — KordaMentha. Liability limited by a scheme approved under Professional Standards Legislation.