# EXHIBIT A

## Legal Materials Reviewed

PT Ventures SGPS SA v Vitadel Limited [2021] ECSC J0930-3

PT Ventures SGPS SA v Vitadel Limited [2024] ECSC J0417-4

Re Cheyne Finance plc (No.2) [2008] Bus LR 1562

UBS AG New York v Fairfield Sentry Ltd (in Liquidation) [2019] BCLC 1

Re Lehman Brothers (International) Europe (in Administration) (no.4) [2018] AC 465

Rubin v Eurofinance SA [2103] 1 AC 236

Belmont Park Investments Pty Ltd v BNY Trustee Services Ltd [2012] 1 AC 383

Cleaver v Delta American Reinsurance Co [2001] 2 AC 328

"The Law of Insolvency" (Fletcher, 5th Ed, 2017)

Byers v Chen BVIHCVAP 2015/2011 (12 June 2018)

Re Weavering Macro Fixed Income Fund Limited (in Liquidation) 2016 2 CILR 514

Re Weavering Macro Fixed Income Fund Limited (in Liquidation) [2019] UKPC 36

Credit Suisse Virtuoso SICAV-SIF v SoftBank Group Corp [2025] EWHC 2631 (Ch)

G & M Aldridge Pty Ltd v Walsh [2002] BPIR 482

Bankruptcy Act (Australia)

Companies Code (for the State of Victoria)

S Atherton and R Mokal, "Charges over chattels: issues in the fixed/floating jurisprudence" (2005) 26 Company Lawyer 10

Cant v Mad Brothers Earthmoving Pty Ltd (in liq) [2020] VSCA 198

Re Western Port Holdings Pty Ltd (receivers and managers appointed) (in liq) [2021] NSWSC 232

BounceLED Pty Ltd v Clear Skies Corp Pty Ltd (in liq) [2023] NSWSC 121

Re Pacific Plumbing Group Pty Limited (in liquidation) [2024] NSWSC 525

Re Corio Bay Dairy Group Pty Ltd (in liq) [2025] VSC 466

Robt Jones Holdings Ltd v McCullagh [2019] NZSC 86

Re Emanuel (No 14) Pty Ltd (1997) 15 ACLC 1099

Re Hood [2021] 2 WLR 313

"Goode and Gullifer on Legal Problems of Credit and Security" (7th Ed, 2022)

Byers v Chen [2025] ECSC J0620-3 (20 June 2025)

Koza Ltd v Akcil [2020] 1 All ER (Comm) 301

BVI Business Companies Act 2004