# Annex 1

**Authorities**

*Cases*

1. Antigua Power Company Limited v Attorney-General of Antigua and Barbuda [2013] UKPC 23.
2. Armitage v Nurse [1998] Ch 241.
3. Arnold v Britton [2015] AC 1619.
4. Attorney-General v Blake [2001] 1 AC 268.
5. Celestial Aviation Services Limited v Unicredit Bank GmbH [2024] 2 All ER (Comm) 966.
6. Costain Ltd v Tarmac Holdings Ltd [2017] 1 Lloyd's Rep 331.
7. Cuckow v AXA Insurance UK plc [2023] EWHC 701 (KB).
8. GEM Management v Firefox Ltd [2022] UKPC 17.
9. LBIE v RAB Market Cycles (Master) Fund Limited [2009] EWHC 2545 (Ch).
10. Merthyr (South Wales) Limited v Merthyr Tydfil County Borough Council [2019] EWCA Civ 526.
11. One Step (Support) Ltd v Morris-Garner [2019] AC 649.
12. Paul v Constance [1977] 1 WLR 527.
13. Pearson, Lomas v Lehman Brothers Finance SA [2010] EWHC 2914.
14. Piroozzadeh v Persons Unknown [2023] EWHC 1024 (Ch).
15. Re Lehman Brothers International (Europe) (No. 4) [2018] AC 465.
16. Re Sigma Finance [2010] 1 All ER 571.
17. Recovery Partners GP Ltd v Rukhadze [2025] 2 WLR 529.
18. Secretary of State for Defence v Turner Estate Solutions Ltd [2015] EWHC 1150 (TCC).
19. Total Transport Corporation v Arcadia Petroleum Ltd [1998] CLC 90.
20. Wilkinson v North [2018] 4 WLR 41.
21. Wood v Capita Insurance Services Ltd [2017] AC 1173.

*UK Law Commission Reports*

1. Final Report of the Law Commission into Digital Assets (June 2023 LawCom 412).

*Treatises*

1. Sir Kim Lewison *The Interpretation of Contracts* (8th Ed., Dec 2023) at Chapter 7.

*Articles*

1. Duncan Sheehan, *Digital assets, blockchains and relativity of title* [2024] JBL 78.