# EXHIBIT A

1. Amended Proof of Claim Against FTX Trading, Ltd. filed on 27 March 2025 by the Joint Liquidators of Three Arrows Capital Ltd. *and Exhibits*.

2. Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd., *In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del. June 20, 2025), ECF No. 30932.

3. Second Declaration of the Rt. Hon. Lord Neuberger of Abbotsbury *and Annexes*, *In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del. June 20, 2025), ECF No. 30933.

4. Declaration of Steven P. Coverick in Support of the FTX Recovery Trust's Objection to the Amended Proof of Claim filed by Joint Liquidators of Three Arrows Capital *and Exhibits*, *In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del. June 20, 2025), ECF No. 30934.

5. Declaration of Stephen Nicholas Atherton K.C. in Support of the FTX Recovery Trust's Objection to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital *and Exhibits*, *In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del. June 21, 2025), ECF No. 30935.

6. Declaration of Benjamin S. Beller in Support of the Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd. *and Exhibits*, *In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del. June 21, 2025), ECF No. 30936.

7. FTX Terms of Service dated 13 May 2022.

8. Line of Credit Agreement between 3AC and FTX dated 30 March 2022.

9. Line of Credit Agreement between 3AC and FTX dated 22 October 2021.

10. Declaration of the Rt. Hon. Lord Neuberger of Abbotsbury *and Annexes*, *In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del. Sept. 30, 2024), ECF No. 26042.

11. Declaration of Edgar W. Mosley II In Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates, *In re FTX Trading Ltd.*, No. 22-11068 (Bankr. D. Del. Sept. 30, 2024), ECF. No. 26044.

12. Declaration of Paul Anthony Webster, KC in Support of the Amended Proof of Claim filed by the Joint Liquidators of Three Arrows Capital Ltd (in Liquidation), dated 21 October 2025.

13. The FTX Recovery Trust's Responses and Objections to the Joint Liquidators of Three Arrows Capital, Ltd.'s (I) Eighth Set of Requests for the Production of Documents; (II) Seventh Set of Interrogatories and (III) Third Set of Requests for Admission, dated 9 September 2025.