# EXHIBIT B

**Exhibit B: List of authorities referred to in Declaration of Stephen Houseman KC**

| No. | Authority |
|---|---|
| Legislation | |
| 1 | Common Law (Declaration of Application) Act 1705 – s.2 |
| 2 | International Business Corporations Act (Cap.122) Revised Laws of Antigua & Barbuda 1992 – s.122 |
| 3 | *Re Yorkshire Woolcombers Association Ltd* [1903] 2 Ch. 284 |
| 4 | *Dublin City Distillery Ltd. v. Doherty* [1914] A.C. 823 |
| 5 | *Re Cimex Tissues Ltd.* [1994] B.C.C. 626 |
| 6 | *Re Cosslett (Contractors) Ltd* [1998] Ch 495 |
| 7 | *Agnew v. Commissioners of Inland Revenue* [2001] UKPC 28 |
| 8 | *Arthur D Little Ltd. (In Administration) v. Ableco Finance LLC* [2002] EWHC 701 (Ch); [2002] 3 W.L.R. 1387 |
| 9 | *Ashborder BV v. Green Gas Power Ltd.* [2004] EWHC 1517 (Ch) |
| 10 | *Re Spectrum* [2005] 2 A.C 680 |
| 11 | *Abbott v. Abbott* [2007] UKPC 53 |
| 12 | *Creque v. Penn* [2007] UKPC 44 |
| 13 | *Rainy Sky v. Kookmin* [2011] 1 WLR 2900 |
| 14 | *Kenneth Krys & others v. New World Value Fund Ltd. & others* BVIHCMAP2013/0017 |
| 15 | *Yang Hsueh Chi Serena & others v. Equity Trustee Ltd.* BVIHCMAP 2013/0012 |
| 16 | *GTAWU v. St. Georges University Ltd*. GDAHCVAP 2014/008 |
| 17 | *Dickon Mitchell v. Rita Joseph-Olivetti* GDAHCVAP 2014/0026 |
| 18 | *Your Response Ltd. v Datateam Business Media Ltd.* [2014] EWCA Civ 281 |
| 19 | *1Globe Capital LLC v. Sinovac Biotech Limited* (ANUHVC 2018/0120) |
| 20 | *Re Stanford International Bank* [2019] UKPC 45 |
| 21 | *Niyazov v. Maples & Calder* [2019] BVI 561 |
| 22 | *Gordon v. Havener* [2021] UKPC 26 |
| 23 | *Smith and Kardachi v Torque Group Hotels Limited and others* BVIHCCOM 2021/0003 |
| 24 | *Wang v. Darby* [2021] EWHC 3054 (Comm); [2022] Bus LR 121 |
| 25 | *The Matter of SVS Securities Plc (In Special Administration)* [2023] EWHC 585 (Ch) |
| 26 | *Re Avanti Communications Ltd. (in administration)* [2023] BCC 873 |
| 27 | *AQF v XIO and others* BVIHCCOM 2023/0239 |
| 28 | *1Globe Capital LLC v Sinovac Biotech Ltd* [2025] UKPC 3 |
| 29 | *D'Aloia v Persons Unknown and others* [2025] 1WLR 821 |
| Books and Commentary | |
| 31 | Goode & Gulifer on Legal Problems of Credit and Security (7th ed.), §§1-05, 1-10, 2-02, 2-03, 2-10, 4-07, 4-22, 4-30 to 4-53 |
| 32 | Law Commission Report on Digital Assets, June 2023, §5.10 |
| 33 | Principles of Digital Assets and Private Law, published by the International Institute for the Unification of Private law (UNIDROIT), at §§6.1 and 6.2 |