# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF BENJAMIN S. BELLER IN SUPPORT OF THE REPLY IN FURTHER SUPPORT OF THE OBJECTION OF THE FTX RECOVERY TRUST TO THE AMENDED PROOF OF CLAIM FILED BY THE JOINT LIQUIDATORS OF <u>THREE ARROWS CAPITAL LTD.</u>

I, Benjamin S. Beller, hereby declare under penalty of perjury:

1.  I am a member in good standing of the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I am a partner of Sullivan & Cromwell LLP and am one of the attorneys representing the FTX Recovery Trust in the above-captioned proceedings. I submit this declaration in support of the *Reply in Further Support of the Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd.* (including all exhibits thereto, the "<u>Reply</u>"), filed concurrently herewith, to place before the Court certain documents referenced in the Reply.[2]

2.  Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the transcript of the December 11, 2025 deposition of Robert Stuart Levy KC.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of post-effective date debtor entities in these chapter 11 cases, a complete list of the post-effective date debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Recovery Trust's claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Defined terms used but not otherwise defined herein shall have the meanings ascribed to them in the Reply.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the transcript of the September 23, 2025 deposition of Russell Crumpler.

4. Attached hereto as <u>Exhibit 3</u> is a chart providing certain portions of the transcript of the September 23, 2025 deposition of Russell Crumpler.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the November 2, 2023 verdict form of Samuel Bankman-Fried in the *United States* v. *Bankman-Fried* (No. 22-cr-00673) proceedings.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the transcript of the March 28, 2024 sentencing hearing of Samuel Bankman-Fried in the *United States* v. *Bankman-Fried* (No. 22-cr-00673) proceedings.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the transcript of the October 16, 2025 deposition of Samuel Bankman-Fried.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the transcript of the October 31, 2025 deposition of Zane Tackett.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a summary Excel file derived from the Exchange database displaying 3AC's daily and hourly token balances bearing production number FTX_3AC_000000038_Amended, which was produced by the FTX Recovery Trust.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the transcript of the September 30, 2025 deposition of Nils Molina.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the transcript of the October 28, 2025 deposition of Nishad Singh.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of the transcript of the December 12, 2025 deposition of Gregory Scheig.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of an Excel file derived from the Exchange database of 3AC's orders trading data on June 13-14, 2022, bearing production number FTX_3AC_000046131, which was produced by the FTX Recovery Trust.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the BVI Insolvency Act (revised 2020).

15. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of *Rubin* v. *Eurofinance* [2012] UKSC 46.

16. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of *Darty Holdings SAS* v. *Carton-Kelly* [2023] EWCA Civ 1135.

17. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of *G & M Aldridge Pty Ltd* v. *Walsh* [2002] BPIR 482.

18. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of Chapter 13 of Roy Goode, *Goode on Principles of Corporate Insolvency Law* (5th ed. 2018).

19. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of the May 31, 2022 Net Asset Value Pack of Three Arrows Capital, Ltd. bearing production number 3AC-FTX-00524002, which was produced by the Joint Liquidators.

20. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of a document titled "Three Arrows Capital, Ltd – Annual Report – December 31, 2020" bearing production numbers 3AC-FTX-00114033 through 3AC-FTX-00114060, which was produced by the Joint Liquidators.

21. Attached hereto as Exhibit 20 is a true and correct copy of the transcript of the October 7, 2024 hearing.

22. Attached hereto as Exhibit 21 is a true and correct copy of an Excel file derived from the Exchange database displaying accounts on the Exchange for which the "allow_negative" feature was enabled as "True" bearing production number FTX_3AC_000044523, which was produced by the FTX Recovery Trust.

23. Attached hereto as Exhibit 22 is a true and correct copy of the transcript of the September 24, 2025 deposition of Steven Coverick.

24. Attached hereto as Exhibit 23 is a true and correct copy of the transcript of the December 4, 2025 deposition of Matthew Lisle.

25. Attached hereto as Exhibit 24 is a true and correct copy of the transcript of the November 25, 2025 deposition of Dame Elizabeth Gloster, DBE.

26. Attached hereto as Exhibit 25 is a true and correct copy of the transcript of the June 25, 2024 hearing.

27. Attached hereto as Exhibit 26 is a true and correct copy of *Wilkinson* v. *North* [2018] 4 WLR 41.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts of Charles Mitchell et al., *Underhill and Hayton: Law Relating to Trusts and Trustees* (20th ed. 2022).

29. Attached hereto as Exhibit 28 is a true and correct copy of *Re Sigma Finance Corp* [2009] UKSC 2.

30. Attached hereto as Exhibit 29 is a true and correct copy of *Wood* v. *Capita Insurance Services Ltd* [2017] UKSC 24.

31. Attached hereto as <u>Exhibit 30</u> is a true and correct copy of *Arnold* v. *Britton* [2015] UKSC 36.

32. Attached hereto as <u>Exhibit 31</u> is a true and correct copy of *Triple Point Technology, Inc* v. *PTT Public Co Ltd* [2021] UKSC 29.

33. Attached hereto as <u>Exhibit 32</u> is a true and correct copy of the transcript of the November 11, 2025 deposition of the Right Honourable Lord Neuberger of Abbotsbury.

34. Attached hereto as <u>Exhibit 33</u> is a true and correct copy of *LMN* v. *Bitflyer Holdings Inc* [2022] EWHC 2954 (Comm).

35. Attached hereto as <u>Exhibit 34</u> is a true and correct copy of *Re Gatecoin Ltd (in liq)* [2023] HKCFI 914.

36. Attached hereto as <u>Exhibit 35</u> is a true and correct copy of *Quoine Pte Ltd* v. *B2C2 Ltd* [2020] SGCA(I) 02.

37. Attached hereto as <u>Exhibit 36</u> is a true and correct copy of *In the Matter of Yield App Limited (in Liquidation)* [2025] CC 18/2025.

38. Attached hereto as <u>Exhibit 37</u> is a true and correct copy of excerpts of Michael Bridge et al., *The Law of Personal Property* (3d ed. 2021).

39. Attached hereto as <u>Exhibit 38</u> is a true and correct copy of the transcript of the September 25, 2025 deposition of Steven Coverick.

40. Attached hereto as <u>Exhibit 39</u> is a true and correct copy of *Byers* v. *Chen* [2021] UKPC 4.

41. Attached hereto as <u>Exhibit 40</u> is a true and correct copy of the transcript of the December 9, 2025 deposition of Paul Anthony Webster K.C.

42. Attached hereto as <u>Exhibit 41</u> is a true and correct copy of Chapter 1 of Roy Goode & Louise Gullifer, *Goode and Gullifer on Legal Problems of Credit and Security* (7th ed. 2022).

43. Attached hereto as <u>Exhibit 42</u> is a true and correct copy of *Re Spectrum Plus Ltd (in Liquidation)* [2005] UKHL 41.

44. Attached hereto as <u>Exhibit 43</u> is a true and correct copy of the transcript of the November 19, 2025 deposition of Stephen Houseman K.C.

45. Attached hereto as <u>Exhibit 44</u> is a true and correct copy of the UNIDROIT Principles on Digital Assets and Private Law.

46. Attached hereto as <u>Exhibit 45</u> is a true and correct copy of *Re Avanti Communications Ltd. (in administration)* [2023] EWHC 940 (Ch).

47. Attached hereto as <u>Exhibit 46</u> is a true and correct copy of *National Provincial & Union Bank* v. *Charnley* [1924] 1 KB 431.

48. Attached hereto as <u>Exhibit 47</u> is a true and correct copy of *Re Lehman Brothers International (Europe) (In Administration)* [2012] EWHC 2997 (Ch).

49. Attached hereto as <u>Exhibit 48</u> is a true and correct copy of the BVI Business Companies Act (revised 2020).

50. Attached hereto as <u>Exhibit 49</u> is a true and correct copy of Chapter 2 of Roy Goode & Louise Gullifer, *Goode and Gullifer on Legal Problems of Credit and Security* (7th ed. 2022).

51. Attached hereto as <u>Exhibit 50</u> is a true and correct copy of the transcript of the December 5, 2025 deposition of Fotis Konstantinidis.

52. Attached hereto as <u>Exhibit 51</u> is a true and correct copy of the transcript of the June 9, 2023 hearing.

53. Attached hereto as <u>Exhibit 52</u> is a true and correct copy of the proof of claim no. 46416 filed by the Joint Liquidators against the Debtors.

54. Attached hereto as <u>Exhibit 53</u> is a true and correct copy of the transcript of the August 12, 2025 hearing.

55. Attached hereto as <u>Exhibit 54</u> is a true and correct copy of *Johnson* v. *Agnew* [1980] AC 367.

56. Attached hereto as <u>Exhibit 55</u> is a true and correct copy of *Hadley* v. *Baxendale* (1854) 9 Ex 341.

57. Attached hereto as <u>Exhibit 56</u> is a true and correct copy of *Transfield Shipping Inc* v. *Mercator Shipping Inc (The Achilleas)* [2008] UKHL 48.

58. Attached hereto as <u>Exhibit 57</u> is a true and correct copy of *British Westinghouse Electric and Manufacturing Co Ltd* v. *Underground Electric Railways Co of London Ltd* [1912] AC 673 (HL).

59. Attached hereto as <u>Exhibit 58</u> is a true and correct copy of the notes provided by Dame Elizabeth Gloster DBE at her November 25, 2025 deposition.

60. Attached hereto as <u>Exhibit 59</u> is a true and correct copy of *MacDonald* v. *Costello* [2011] EWCA Civ 930.

61. Attached hereto as <u>Exhibit 60</u> is a true and correct copy of *Pan Ocean Shipping Co Ltd* v. *Creditcorp Ltd ("The Trident Beauty")* [1994] 1 WLR 161.

62. Attached hereto as <u>Exhibit 61</u> is a true and correct copy of *Benedetti* v. *Sawiris* [2013] UKSC 50.

63. Attached hereto as Exhibit 62 is a true and correct copy of *Lowick Rose LLP (in liquidation)* v. *Swynson Ltd* [2017] UKSC 32.

64. Attached hereto as Exhibit 63 is a true and correct copy of *Samsoondar* v. *Capital Insurance Co Ltd* [2020] UKPC 33.

65. Attached hereto as Exhibit 64 is a true and correct copy of *Dargamo Holdings* v. *Avonwick Holdings* [2021] EWCA Civ 1149.

66. Attached hereto as Exhibit 65 is a true and correct copy of *Credit Suisse Virtuoso SICAV-SIF* v. *SoftBank Group Corp* [2025] EWHC 2631 (Ch).

67. Attached hereto as Exhibit 66 is a true and correct copy of *Cant* v. *Mad Brothers Earthmoving Pty Ltd (in liq)* [2020] VSCA 198.

68. Attached hereto as Exhibit 67 is a true and correct copy of a June 14, 2022 email from Zane Tackett to Kyle Davies bearing production number FTX_3AC_000000764, presented in an enhanced format for readability by altering font color only. The content is unchanged from the version produced by the Debtors and previously attached as Exhibit D to the *Declaration of Benjamin S. Beller in Support of the Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd.* [D.I. 30936].

Dated: December 29, 2025         */s/ Benjamin S. Beller*
                                 Benjamin S. Beller