# **EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## <u>STIPULATION REGARDING APPOINTMENT OF MEDIATOR</u>

This stipulation (the "<u>Stipulation</u>") is made and entered into by and among (i) the FTX Recovery Trust and (ii) the Joint Liquidators of Three Arrows Capital Ltd. (collectively, the "<u>Parties</u>"). The Parties, by and through their respective undersigned counsel, hereby enter into this stipulation and agreed order (this "<u>Stipulation and Order</u>") to appoint the Hon. Christopher S. Sontchi (Ret.) to serve as a mediator on the terms set forth below.

**WHEREAS**, on March 27, 2025, the Joint Liquidators filed an amended proof of claim (the "<u>Amended Proof of Claim</u>"), which was assigned claim number 100078 in the above-captioned chapter 11 proceedings before the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

**WHEREAS**, on June 20, 2025, the FTX Recovery Trust filed the *Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd.* (the "<u>Objection</u>") [D.I. 30932].

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**WHEREAS**, on November 25, 2025, the Joint Liquidators filed the *Joint Liquidators of Three Arrows Capital Ltd.'s Response to the FTX Recovery Trust's Objection to the Amended Proof of Claim* [D.I. 33900].

**WEREAS**, on December 29, 2025, the FTX Recovery Trust filed the *Reply in Further Support of the Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd.* [D.I. 34240].

**WHEREAS**, an evidentiary hearing regarding the Objection to the Proof of Claim is scheduled proceed before the Court beginning on January 26, 2026.

**NOW, THEREFORE**, it is hereby stipulated and agree, by and among the Parties, that:

1.      The Parties select the Honorable Christopher S. Sontchi (Ret.) as the mediator of the Objection to the Proof of Claim (the "Mediation").

2.      The Mediation shall be governed by Rule 9019-5(d) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware.

3.      Pending approval of this Stipulation by the Court, each of the Parties agrees that it is and will be bound by this Stipulation and waives any right to object to approval of this Stipulation by the Court.

4.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Stipulation.

Dated: January 5, 2026
        Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
E-mail: jweiss@pashmanstein.com
        jbarsalona@pashmanstein.com
        agambale@pashmanstein.com


-and-

**LATHAM & WATKINS LLP**
Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Zachary F. Proulx (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: chris.harris@lw.com
        adam.goldberg@lw.com
        zachary.proulx@lw.com
        nacif.taousse@lw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd. (in Liquidation)*

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        mcguire@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com


-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        bellerb@sullcrom.com

*Counsel for the FTX Recovery Trust*