2026 JAN -6 AM 8:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Mr. Dorsey,

My name is Allan Greif, and I was born in São Paulo, SP, Brazil, on February 17, 1977.

A few months ago I knew that the money blocked in FTX would be returned to all the people who had accounts there, as a result of that serious problem that happened in 2022.

After several years, my first attempt to log in to FTX using my email allanftxousado@protonmail.com was on March 11, 2025, but an error message said that I should have done so by March 3, 2025 at the latest. That's when I contacted FTX and Kroll, and from the beginning Kroll showed that they wanted to help me, while only on April 16, 2025, FTX replied that they could not do anything, as the deadline had expired. I have a Docket No. 31085 opened with Kroll about this problem, and would really like help getting my money back ($21,000 in cryptocurrencies)

I didn't log in to FTX until March 3, 2025 because I wasn't really aware of the urgency. I really didn't realize that there was a deadline to be met. Since I have my password saved, my 2-factor authentication, and this secure email that I created just for use on FTX; it didn't occur to me that I should log in by the date provided. I certainly would have done it immediately, if I had known how urgent it was.

I would like you to watch these 2 videos that I recorded on Nov, 09, 2022; in which I prove that I have USDT 21,000 in my FTX account, but FTX did not allow the withdrawal:

https://youtu.be/LAz81Yw7_9Y
https://youtu.be/kHjP_PUowus

I take this opportunity to send you copies of the following documents:
- ID card
- My FTX balance, recorded on November 9, 2022
- Proof of address (gas bill)

I really appreciate all your help, Judge John T. Dorsey.

Please, with all due respect, I don't know anyone in the United States, and I really need your help.

Best regards

gov.br
Documento assinado digitalmente
ALLAN GREIF
Data: 28/09/2025 12:52:29-0300
Verifique em https://validar.iti.gov.br

Allan Greif

Allan Greif
allangreif10@gmail.com (main e-mail)
allanftxousado@protonmail.com (open account at FTX)
55 11 9 8407-6994 (Whatsapp)
55 11 9 4289-1972 (Whatsapp)
Brazil, Santo André - SP
Rua Adolfo Bastos 136, AP 141
09041-000

09041-000

Sent with Proton Mail secure email.

On Tuesday, April 22nd, 2025 at 15:31, allanftxousado <allanftxousado@protonmail.com> wrote:

> Good afternoon,
> I need to get my money back
> I need to get my money back. I can prove who I am, and I can prove that I have USDT 21,000 in FTX. I don't need a single cent more, but I want my money back. Let's get this sorted out.
> Please, I want to participate in KYC
> Best regards
> Allan Greif
>
> Sent with Proton Mail secure email.
>
> On Tuesday, April 22nd, 2025 at 14:43, FTX Questions <ftxquestions@kroll.com> wrote:
>
>> Allan,
>>
>> Thank you for your inquiry.
>>
>> Kroll, as the claims and noticing agent for these proceedings, does not have access to personal FTX account information.
>>
>> Furthermore, if you are inquiring regarding the Debtors' One Hundred Thirtieth (Non-substantive) Omnibus Objection to Unverified Customer Entitlement Claims (the "KYC Objection Notice") [Docket No. 28225], please review the below in its entirety.
>>
>> FTX Trading Ltd. and its related debtors have filed an objection seeking to disallow and expunge unverified claims. The notice is a reminder to complete the KYC submission process for any Unverified Claims associated with your unique customer ID by March 1, 2025. Failing to do so by the deadline will result in the claims being disallowed and removed. If you have started the process but not finished, you must submit all required KYC information by June 1, 2025. Failure to meet this deadline will also result in the claims being disallowed. This notification applies to all Original Holders of Unverified Claims and any subsequent transferees. To initiate the process, login to the FTX Customer Claims Portal and begin "Step 3 - Provide Know Your Customer (KYC) Information" for the Original Holder.
>>
>> If you are having difficulty accessing the FTX Customer Portal, you may contact FTX at support@ftx.com. If you are having difficulty accessing the FTX Customer Portal, you may contact FTX at support@ftx.com.
>>
>> For concerns regarding the KYC process, please to contact FTX_KYC@alvarezandmarsal.com for further assistance.
>>
>> PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.
>>
>> Regards,
>>
>> ---
>>
>> **Kroll Inquiries**
>>
>> www.kroll.com

*Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy

--------------- Original Message ---------------
**From:** allanftxousado [allanftxousado@protonmail.com]
**Sent:** 4/19/2025, 9:57 AM
**To:** support@ftx.com; ftxquestions@kroll.com
**Subject:** [EXTERNAL] Re: [Please use support.ftx.com] Re: Re: REMINDER – FTX Customer Portal Pre-Distribution Requirements

FTX support,

Most likely, your salary is being paid with money stolen from FTX clients.

Dear Kroll, What FTX is doing is called theft. I want my USDT 20.700 back. I am entitled to it

I hope the weight of justice falls on all of you

Allan Greif

Sent with Proton Mail secure email.

On Friday, April 18th, 2025 at 10:09, FTX Support <support@ftx.com> wrote:

##- Please type your reply above this line -##

Your request (301715) has been updated.

To add additional comments, reply to this email.

**Shandie** (Please use support.ftx.com)
Apr 18, 2025, 06:09 PDT

Hi there,

We apologize but we are not able to provide further assistance.

Please refer to the Notice of Expungement of Unverified Customer Entitlement Claims [D.I. 30042] for a listing of claims that are disallowed and expunged under the Order.

More information regarding deadlines associated with the KYC process can be found here: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

**allanftxousado**

Apr 17, 2025, 13:19 PDT

Dear Monica,

This is not fair, my name is Allan Greif, and I have created my account many years ago.

I am not to blame for anything wrong with FTX, and you know very well that I have $21,000 with FTX, and even if you don't let me log in anymore, you need to return my cryptocurrencies. Forgive me for saying it this way, the idea of not giving my money back is theft, and I'm sure FTX doesn't want to steal from anyone.

I need my money back and I want this issue resolved in the best way possible. Therefore, I request that you give me instructions on how FTX will return the money.

Best regards

Allan Greif

Sent with Proton Mail secure email.

On Wednesday, April 16th, 2025 at 23:42, FTX Support <support@ftx.com> wrote:

**Monica** (Please use support.ftx.com)

Apr 16, 2025, 19:42 PDT

Hello,

Thanks for reaching out. Please be advised that access to the FTX Customer Portal has been disabled for customers that did not log into the FTX Customer Portal and begin Step 3 by March

3, 2025 at 4:00 p.m. (ET).

In accordance with the Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 29464] (the "Order"), this was the deadline to commence the KYC submission process. In the event that the Original Holder of an Unverified Claim listed on Schedule 1 attached to the Order does not commence the KYC submission process with respect to such Unverified Claim on or prior the deadline, the Order states that such Unverified Claim shall be disallowed and expunged in its entirety.

Please refer to the Notice of Expungement of Unverified Customer Entitlement Claims [D.I. 30042] for a listing of claims that are disallowed and expunged under the Order.

More information regarding deadlines associated with the KYC process can be found here: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support



 **Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

**allanftxousado**
Mar 11, 2025, 07:59 PDT

Dear all,
I´ve tried to log in in my account but there`s the following message: "In accordance with the Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 29464], the deadline to commence the KYC submission process was March 1, 2025 at 4:00 p.m. (ET). FTX Customer Portal access has been disabled for customers that did not log into the Customer Claims Portal and begin Step 3 by March 3, 2025 at 4:00 p.m. (ET)."

Please help me
Best regards
Allan Greif

Sent with Proton Mail secure email.

On Thursday, November 21st, 2024 at 19:00, FTX Support <support@ftx.com> wrote:

**Please validate the s**

FTX Debtors will neve

Dear Customer,

You are receiving this email in connection with the Second Amended Joint Chap
receive under the Plan.

Our records indicate that you have not completed the Know Your Customer ("K

Additionally, certain tax information is required to be provided in order for Distrib
completed, applicable IRS Form W-9 or IRS Form W-8. No distribution will be m

For more information, please visit the FTX FAQs on Tax Requirements.

Please disregard this email if you have already completed Steps 3 & 7 in the FT

 Renata Greif <renatagreif@gmail.com>

**Fwd: [EXTERNAL] Re: [Please use support.ftx.com] Re: Re: REMINDER – FTX Customer Portal Pre-Distribution Requirements**

1 mensagem

**Allan Greif** <allangreif10@gmail.com> 28 de setembro de 2025 às 13:56
Para: Renata Greif <renatagreif@gmail.com>

---------- Forwarded message ---------
De: **allanftxousado** <allanftxousado@protonmail.com>
Date: sáb., 17 de mai. de 2025 às 13:58
Subject: RE: [EXTERNAL] Re: [Please use support.ftx.com] Re: Re: REMINDER – FTX Customer Portal Pre-Distribution Requirements
To: FTX_KYC@alvarezandmarsal.com <FTX_KYC@alvarezandmarsal.com>, kram@alvarezandmarsal.com <kram@alvarezandmarsal.com>, allangreif10@gmail.com <allangreif10@gmail.com>

Dear Kumanan Ramanathan, thank you for your reply via Linkedin

As you can see below, I sent a message to FTX_KYC@alvarezandmarsal.com on April 22nd, but have not heard back.

My name is Allan Greif, and I´m from Brazil. I have an FTX account that I've been trying to access since March 11th, but they're not allowing it, claiming that I should have done so by the beginning of March.

I received a letter dated November 22, 2024 signed by Kumanan Ramanathan, but I confess that at that time I did not read it, because I was not aware of its tremendous importance; and also, I did not know if I could trust it (Since I don't know anyone in the United States, I preferred to wait longer, without realizing that there was a deadline to be met). I didn't log in to FTX until March 3, 2025, because I wasn't aware of the urgency. I didn't realize that there was a deadline to be met.

I have been in contact with Kroll, who are looking for a solution to this problem, but for now, I have not yet received confirmation that I can move forward with KYC.

I would like you to watch these 2 videos that I recorded on Nov, 09, 2022; in which I prove that I have USDT 21,000 in my FTX account, but FTX did not allow the withdrawal:

https://youtu.be/LAz81Yw7_9Y

https://youtu.be/kHjP_PUowus

Please, I would appreciate your help, because I need to get my money back; it is not fair that FTX does not return my money, even because that would be a real robbery.

Look forward to hearing from you.

Best regards

Allan Greif
allangreif10@gmail.com (main e-mail)
allanftxousado@protonmail.com (communication with FTX)
55 11 9 8407-6994
55 11 9 4289-1972
Brazil, Santo André - SP
Rua Adolfo Bastos 136, AP 141

FTX

Subconta:

Negocie

USD 21397

Saldos

USD (USD)

Stablecoins USD (USDC, TUSD, USDP, BUSD)

Moedas Estáveis EUR (EUROC)

USDT 21082,00137901

1 USDT = 1,01 $

Comprar USD Tether

CONVERTER PÓ

DEPÓSITO VIA CARTÃO

Ocultar saldos zero

youtu.be/LAz8JYw7_9Y

my FTX BALANCE,

RECORDED ON NOVEMBER 9, 2022

REPUBLICA FEDERATIVA DO BRASIL
MINISTERIO DOS TRANSPORTES
SECRETARIA NACIONAL DE TRANSITO

CARTEIRA NACIONAL DE HABILITAÇÃO / DRIVER LICENSE / PERMISO DE CONDUCCIÓN

2 e 1 NOME E SOBRENOME: ALLAN GREIF

1ª HABILITAÇÃO: 21/11/1995

3 DATA, LOCAL E UF DE NASCIMENTO: 17/02/1977 SAO PAULO/SP

4a DATA EMISSÃO: 06/02/2025

4b VALIDADE: 03/02/2035

ACC: D

4c DOC. IDENTIDADE / ORG. EMISSOR / UF: 17906147 SSP/SP

4d CPF: 213.324.418-23

5 Nº REGISTRO: 01099845620

9 CAT. HAB.: B

NACIONALIDADE: BRASILEIRO(A)

FILIAÇÃO: TIBOR GREIF, SHEILA GREIF

VALIDA EM TODO O TERRITORIO NACIONAL

2957602699

Allan Greif

7 ASSINATURA DO PORTADOR

| 9 | 10 | 11 | 12 |
|---|---|---|---|
| ACC | | | |
| A | | | |
| A1 | | | |
| B | | 03/02/2035 | |
| B1 | | | |
| C | | | |
| C1 | | | |

| 9 | 10 | 11 | 12 |
|---|---|---|---|
| D | | | |
| D1 | | | |
| BE | | | |
| CE | | | |
| C1E | | | |
| DE | | | |
| D1E | | | |

12 OBSERVAÇÕES: A

PROIBIDO PLASTIFICAR

2957602699

EDUARDO AGGIO DE SA
DIRETOR PRESIDENTE DO DETRAN-SP

ASSINATURA DO EMISSOR

63704290864
SP029240090

LOCAL: SAO PAULO, SP

SÃO PAULO

SENATRAN CONTRAN

Companhia de Gás de São Paulo
Rua Bom Pastor, 975 - CEP 04203-051 - Ipiranga - São Paulo - SP
Esse endereço não possui atendimento físico.
CNPJ 61.856.571/0006-21 - Insc. Estadual 108.701.514.110
Insc. Municipal 514.108.514.110
Inscrição Única Registro Estadual - Processo UA 51089-697928/2002

@ComgasBR /comgasoficial
/Comgas /ComgasNatural

NOTA FISCAL / CONTA DE GÁS
131.617.504

ALLAN GREIF
Código do cliente: 840240

R ADOLFO BASTOS 136
APTO 141 SANTO ANDRE
CPF/CNPJ: 213324418-23 /

**CÓDIGO USUÁRIO: 39209679**

| Segmento | Residencial | Data de apresentação | 26.09.2025 |
|---|---|---|---|
| Tipo de conta | **Normal** | Data da leitura anterior | 21.08.2025 |
| Dias de consumo | 32 Dias | Data da leitura atual | 22.09.2025 |
| Data de emissão | 25.09.2025 | **Data da próxima leitura** | **22.10.2025** |

**Vencimento** **02.10.2025**

**Valor a pagar (R$)** **98,67**

**Mês de referência: set/2025**

## Sua conta de gás

| Fornecimento de Gás Natural | R$ 98,67 |
|---|---|
| **Total** | **R$ 98,67** |

## Consumo e tarifas

| **Consumo Corrigido/Faturado** | **Tarifa Aplicada com ICMS** | **Fornecimento de gás natural** |
|---|---|---|
| 10,738 | 9,188917 | R$ 98,67 |
| **Dados tarifários ($m^3$/mês)** | **Fixo (R$)** | **Variável (R$)** |
| 10,738 | 6,99 | 7,1590064 |

## Avisos importantes para você

"Alteração de tarifas a partir de 10/09/2025 conforme Deliberação ARSESP nº 1.710, de 09/09/2025. Para mais informações, acesse https://www.comgas.com.br/sobre-sua- conta/tarifas"
**Débito automático conta de gás 08/2025 liquidada**

## Impostos

**BC ICMS Reduzida - Conv.18/92 RICMS/SP art.8º Anexo II**

| **Base de Cálculo** | **%ICMS** | **Valor ICMS** |
|---|---|---|
| R$ 82,23 | 18,00 | R$ 14,80 |

Base de Cálculo da Substituição Tributária
(Somente para unidades usuárias de GNV)

| **Base de Cálculo** | **%ICMS** | **Valor ICMS** |
|---|---|---|
| R$ 0,00 | 0,00 | R$ 0,00 |

| Valor PIS | Valor COFINS | |
|---|---|---|
| R$ 1,38 | R$ 6,37 | |
| Impostos Estaduais | Impostos Federais | Total de Impostos |
| R$ 14,80 | R$ 7,75 | R$ 22,55 |

## Seu histórico

Últimos 12 meses (em $m^3$)

| | Consumo Medido | Consumo Corrigido |
|---|---|---|
| SET/2024 | 13,00 | 12,55 |
| OUT/2024 | 11,00 | 10,54 |
| NOV/2024 | 6,00 | 5,69 |
| DEZ/2024 | 16,00 | 15,10 |
| JAN/2025 | 6,00 | 5,73 |
| FEV/2025 | 13,00 | 12,61 |
| MAR/2025 | 10,00 | 9,73 |
| ABR/2025 | 10,00 | 9,82 |
| MAI/2025 | 13,00 | 12,75 |
| JUN/2025 | 10,00 | 9,77 |
| JUL/2025 | 11,00 | 10,75 |
| AGO/2025 | 7,00 | 6,76 |

### Detalhamento do consumo (Saiba mais: www.comgas.com.br/para-a-sua-casa/entenda-sua-conta/)

| Medidor | | Leitura | | Seu gás sofre influências naturais até chegar a você. Entenda como calculamos sua conta: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | fator de correção* | | | | |
| Tipo | Número | Atual | Anterior | consumo medido ($m^3$) | fator de temperatura | fator de compressibilidade | fator de pressão | fator poder calorífico superior | consumo corrigido ($m^3$) |
| LD2.5 | C21L0022676D | 459 − | 448 = | 11 × | 1,0000 × | 1,0000 × | 0,9433 × | 1,0349 = | 10,738 |

*Valores para Gás Natural referidos nas seguintes condições: Poder Calorífico Superior: 9.400kcal/$m^3$, Temperatura= 293,15ºK (20°C) e Pressão= 101.325Pa (1atm), conforme Resolução ANP nº16.

Reservado ao Fisco 99c9.3435.1c43.2a88.bcf2.abe5.ef33.1189

Via do usuário - Autenticação mecânica

---

## Nota Fiscal / Conta de Gás

**Nº 131.617.504**

Usuário: **ALLAN GREIF**

| Código do Usuário | Mês de Referência | Vencimento | Valor Total a Pagar (R$) |
|---|---|---|---|
| **39209679** | **set/2025** | **02.10.2025** | **98,67** |

Para Cadastramento em Débito Automático

| Banco | Agência | Código |
|---|---|---|
| **033** | **0110** | **39209679** |

O pagamento desta conta não quita débitos anteriores. Sobre o valor pago após o vencimento incidirá multa de 2% e juros de mora de 0,033% ao dia, incluídos em conta futura (Port. CSPE n.156/01). O não pagamento poderá levar a protesto e/ou negativação, cobrança de despesas e demais emolumentos (Lei Fed. 9492/97).
Verifique se ocorreu débito automático em sua conta corrente, no vencimento. Se, por qualquer motivo o débito não for efetuado, utilize esta nota fiscal / conta de gás para o pagamento em qualquer banco autorizado.
**Bancos autorizados a receber essa conta: Banco do Brasil*, Banco Inter*, Banco Original*, Bradesco*,C6 Bank*, Itaú*, Nubank*, PicPay*, Safra* e Santander. (*exceto boca de caixa)**

836900000008 986700577331 004783172002 003920967902

Autenticação Mecânica

**DÉBITO AUTOMÁTICO**






Saiba como **informar a leitura** do seu medidor!

Não pode receber a visita de um profissional? **Você mesmo pode fazer a leitura!**

Confira nesta fatura a **data da próxima leitura** e faça o registro dela no Comgás Virtual **até dois dias antes ou depois** dessa data.

Confira aqui o passo a passo!

virtual.comgas.com.br

@ComgasBR /comgasoficial /Comgas /ComgasNatural

Nota Fiscal / Conta Gás

Para uso Comgás

ALLAN GREIF

R ADOLFO BASTOS 136 APTO 141

09041-000 SANTO ANDRE SP

-131617504000039209679 43B090GHNORMA

Tarefa: 5316

| Mês de Referência | Vencimento |
|---|---|
| set/2025 | 02.10.2025 |

Para usa Comgás

Orientação e apoio ao Cliente

**Comgás 24h 08000 110 197**

**Pedidos de serviços, Informações sobre conta e emergências (vazamento ou falta de gás), inclusive sábados, domingos e feriados**. Visite nosso site: **www.comgas.com.br** e fale com a gente pelo **Chat on-line**, no e-mail: **consumidor@comgas.com.br** ou acesse o Comgás Virtual: **virtual.comgas.com.br**
Atendimento a clientes com deficiência auditiva e de fala: **0800 200 8200**

As tarifas vigentes, o tutorial de cálculo da conta de gás e as condições gerais de fornecimento de gás estão disponíveis em nosso atendimento pessoal e na página eletrônica da Comgás: **www.comgas.com.br**

**Sugestões, elogios e críticas sobre atendimento e/ou serviços prestados:**

**Ouvidoria Comgás: 08000 161 667**, das 8h às 17h, de 2ª a 6ª feira, exceto feriados. Os direitos e as obrigações dos usuários e da Comgás estão disciplinados na Deliberação ARSESP nº 732, de 06/07/2017, disponível em nosso atendimento pessoal e nas páginas eletrônicas da Comgás - www.comgas.com.br e da **ARSESP - www.arsesp.sp.gov.br**

**Atendimento pessoal de 2ª a 6ª feira, das 8h às 18h, exceto feriados:**

**São Paulo:** Al. Tietê, 219 - Jardim Paulista.
**Campinas:** R. Lauro Vannucci, 1050 - Fazenda Santa Cândida
**Santos:** Av. Conselheiro Nébias, 268 - Vl. Mathias
**São josé dos Campos:** Av. Paraibuna, 1234 - Jd. São Dimas

**Espaço para mensagens da ARSESP**
A Agência Reguladora de Saneamento e Energia do Estado de São Paulo é o órgão responsável pela regulação e fiscalização dos Serviços Públicos de Distribuição de Gás Canalizado do Estado de São Paulo. Não havendo solução quanto à reclamação junto à concessionária: Ligue SAU-ARSESP (Serviço de Atendimento ao Usuário) **0800 77 00 427**, de 2ª a 6ª feira, das 8h às 20h, exceto feriados, e-mail: **sau@arsesp.sp.gov.br** ou baixe o aplicativo **Atendimento ARSESP**, disponível nas plataformas iOS (App Store) e Android (Google Play Store).

**Remetente: Companhia de Gás de São Paulo**
Rua Bom Pastor, 975 - CEP 04203-051 - Ipiranga - São Paulo - SP

**MAIS PRATICIDADE: SOLICITE O DÉBITO AUTOMÁTICO**
**para sua conta, informandoseu código de usuário.** O cadastramento via 08000 110 197 ou no **site** www.comgas.com.br **está disponível para correntistas dos bancos** Bradesco, Itaú, Banco do Brasil, Santander e Nubank. Para outros bancos, o cadastro só é possível via banco.

**Para uso do Correio**

Data ____/____/____ Reintegrado ao serviço postal em ____/____/____ Assinatura e Número do Entregador ____/____

| | Mudou-se | | Recusado | | Ausente | | Falecido | | Desconhecido | | Não Procurado | | Endereço Insuficiente | | Não existe o número indicado

Resolva tudo no **Comgás Virtual**:
**simples e sempre disponível**

- Consulta de débitos
- Segunda via da fatura
- Débito automático
- Parcelamento da fatura

Leia o QR Code e saiba mais!

BRASIL
SANTO ANDRÉ - SP
VILA BASTOS
RUA ADOLFO BASTOS 136 AP 141
09041-000
ALLAN GREIF
55 11 9 8407-6994 (WHATSAPP)

UNITED STATES OF AMERICA (USA
JUDGE JOHN T. DORSEY
DISTRICT OF DELAWARE
824 NORTH MARKET STREET
5th FLOOR
WILMINGTON
19801
302-533-3169
AC SANTO ANDRE
29 SET 2025
SE/SPM
X-RAY