# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ali Hamza, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 30, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on 1 Customer whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [Docket No. 28225]

- Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [Docket No. 29464]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: January 5, 2026

                                                */s/ Ali Hamza*
                                                Ali Hamza

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 5, 2026, by Ali Hamza, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ CINDY C. HOSEIN-MOHAN*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2029