IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (KBO) <br> ) (Jointly Administered) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Diameter Master Fund LP | Ceratosaurus Investors, L.L.C. |
| Name and Address where notices to transferee should be sent: | Last known address: |
| Diameter Master Fund LP <br> c/o Diameter Capital Partners, LP <br> 50 Hudson Yards, Suite 6600A <br> New York, NY 10001 <br> Att'n: Matt Gilmartin <br> Email: mgilmartin@diametercap.com | Ceratosaurus Investors, L.L.C. <br> c/o Farallon Capital Management, L.L.C. <br> One Maritime Plaza, Suite 2100 <br> San Francisco, CA 94111 <br> Att'n: Michael Linn <br> Email: MLinn@FarallonCapital.com |

**Unique Customer Code: 00162044**

**\*\* PORTION OF CLAIM TRANSFERRED: 33.3% \*\***

| Claim/Schedule No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 79271 <br> Schedule No. 06817483 | [REDACTED] | \*\*33.3% of Claim\*\* | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Matt Gilmartin_     Date: January 7, 2026
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Local Form 138

## EXHIBIT C

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged **Ceratosaurus Investors, L.L.C.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Diameter Master Fund LP** (the "Assignee") an undivided 33.3% interest in its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against FTX Trading Ltd. (the "Debtor"), the debtor in Case No. 22-11068 (JTD) (Jointly Administered) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim filed by Assignor or its predecessor-in-interest with the Bankruptcy Court, including as set forth below (the "**Assigned Claim**").

| Schedule Number | Claim Number |
|---|---|
| 06817483 | 79271 |

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all payments or distributions of money or property in respect of the Assigned Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 6th day of January, 2026.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **Ceratosaurus Investors, L.L.C.**<br>By: Farallon Capital Management,<br>L.L.C., Its Manager | **Diameter Master Fund LP**<br>By: Diameter Capital Partners LP, its<br>Investment Manager |
| By: _(signed)_<br>Name: Michael G Linn<br>Title: Managing Member | By: _(signed)_<br>Name: Michael Cohn<br>Title: General Counsel |

NYACTIVE-25343623.4