January 7, 2026

Case 22-11068-JTD          **Doc 28225**          Filed 11/22/24

RECEIVED
2026 JAN 12 A 8:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Honorable Judge Owens,

This letter is to request any steps possible to remain in the lawsuit against FTX and get the money stolen from me returned, or partially returned.

First, I do not understand most 'legal language' so I want to make this as clear and brief as possible.

I never received direction to fill out my 'kyc' which, I believe, confirms my identity and legitimacy as a plaintiff in the case against FTX. The deadline to complete the 'kyc' was June 1, 2025.

I would appreciate being allowed to complete my 'kyc' or to confirm my legitimacy in this case in another way, however you see fit.

Please consider doing anything you can do to allow me to obtain my funds from your decision again FTX who stole my hard earned money.

I kept this brief because I know how valuable your time is. Thank you for your attention.

Feel free to call, email or mail.

Sincerely,

*[signature]*

Gregory T. Schreiner
329 Morris St. Phoenixville PA ~~1946~~  19460   GS
PhotoBoothGreg@gmail.com
484-883-3092


This letter is in reference to case number 28225
Ftx Trading Ltd. Case No. 22-11068
Scheduled Claim number: 5652287
Unique Customer Code: 07381456
Amount stolen by FTX: $2,339.06

Greg Schreiner
329 Morris St
Phoenixville PA 19460

PHILADELPHIA PA 190
8 JAN 2026 PM 7 L

Attn: Honorable Judge Owens
824 N. Market Street
Wilmington, DE 19801

19801-302499

U.S.M.S.
X-RAY

