IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) ) (Jointly Administered) |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

Name of Transferee:
Ceratosaurus Investors, L.L.C.

Name of Transferor:
Shogun LLC

Name and Address where notices to transferee should be sent:

Name and Address where notices to transferors should be sent:

Ceratosaurus Investors, L.L.C.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Michael Linn
E-mail: MLinn@FarallonCapital.com;
loanops@FarallonCapital.com

Shogun LLC
102 Huntley Dr
Ardsley, NY 10502

Type and Amount of Interest Transferred:

| FTXT Series A Preferred<br>0 Shares | FTXT Series B Preferred<br>0 shares | FTXT Series B-1 Preferred<br>0 shares | FTXT Series C Preferred<br>5,393 shares |
|---|---|---|---|
| FTXT Common<br>0 shares | WRS Series A Preferred<br>0 shares | WRS Class A Common<br>0 shares | WRS Class B Common<br>0 shares |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

CERATOSAURUS INVESTORS, L.L.C.
By: Farallon Capital Management, L.L.C., Its Manager

By: _____ *Michael Linn* (DocuSigned By: Michael Linn) _____
Name: Michael G Linn
Title: Managing Member

Transferor

SHOGUN LLC

By: _____ [signature] _____
Name: Jason Malkin
Title: President

Date: January 5, 2026