## CERTIFICATE OF SERVICE

I, John W. Weiss, hereby certify that on January 13, 2026 I caused a copy of the foregoing *JOINDER AND STATEMENT OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. (IN LIQUIDATION) IN SUPPORT OF THE SEALING MOTION OF THE FTX RECOVERY TRUST* to be served on all parties who are registered to receive notice through the Court's CM/ECF system.

*/s/ John W. Weiss*
John W. Weiss (No. 4160)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com