## Exhibit 1: Disputed Claims Reserve

### Claims and Reserves

| USD in Millions Class Ref: | Allowed / Reconciled [A] | Disputed Claims Reserve | | | Total Claims and Reserve [A + D = E] | Financial Projections [F] | Excess to Fin. Projections [E - F = G] |
|---|---|---|---|---|---|---|---|
| | | Estimated Allowed [B] | Estimated Disallowed [C] | Total Disputed Claims Reserve [B + C = D] | | | |
| Class 5A | $ 7,692 | $ 866 | $ 1,014 | $ 1,880 | $ 9,572 | $ 8,026 | $ 1,546 |
| Class 5B | 135 | 6 | 1 | 7 | 142 | 168 | (27) |
| **Total Class 5** | $ 7,827 | $ 872 | $ 1,015 | $ 1,886 | $ 9,713 | $ 8,194 | 1,519 |
| Class 6A | 620 | 161 | 29 | 190 | 810 | 1,133 | (324) |
| Class 6B | 577 | 3 | 2 | 5 | 582 | 642 | (60) |
| **Total Class 6** | $ 1,196 | $ 164 | $ 31 | $ 195 | $ 1,392 | $ 1,776 | (384) |
| Class 7A | 688 | 62 | 223 | 285 | 973 | 864 | 109 |
| Class 7B | 89 | 4 | 12 | 15 | 104 | 144 | (40) |
| Class 7C | 2 | 0 | 0 | 0 | 2 | 3 | (0) |
| **Total Class 7** | $ 779 | $ 66 | $ 235 | $ 301 | $ 1,080 | $ 1,011 | 69 |
| **Total** | $ 9,802 | $ 1,102 | $ 1,281 | $ 2,383 | $ 12,185 | $ 10,981 | 1,205 |

### Claims by Count

| Class Ref: | Allowed / Reconciled [A] | Disputed Claims Reserve | | | Total Claims and Reserve [A + D = E] | Financial Projections [F] | Excess to Fin. Projections [E - F = G] |
|---|---|---|---|---|---|---|---|
| | | Estimated Allowed [B] | Estimated Disallowed [C] | Total Disputed Claims Reserve [B + C = D] | | | |
| Class 5A | 8,989 | 1,203 | 387 | 1,590 | 10,579 | 10,463 | 116 |
| Class 5B | 463 | 21 | 4 | 25 | 488 | 581 | (93) |
| **Total Class 5** | 9,452 | 1,224 | 391 | 1,615 | 11,067 | 11,044 | 23 |
| Class 6A | 116 | 67 | 50 | 117 | 233 | 157 | 76 |
| Class 6B | 31 | 2 | 2 | 4 | 35 | 63 | (28) |
| **Total Class 6** | 147 | 69 | 52 | 121 | 268 | 220 | 48 |
| Class 7A | 171,993 | 19,781 | 7,771 | 27,552 | 199,545 | 451,494 | (251,949) |
| Class 7B | 32,828 | 2,615 | 48 | 2,663 | 35,491 | 167,428 | (131,937) |
| Class 7C | 166 | 23 | 23 | 46 | 212 | 210 | 2 |
| **Total Class 7** | 204,987 | 22,419 | 7,842 | 30,261 | 235,248 | 619,132 | (383,884) |
| **Total** | 214,586 | 23,712 | 8,285 | 31,997 | 246,583 | 630,396 | (383,813) |