# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Kroll Restructuring Administration LLC hereby withdraws the *Affidavit of Service of Eladio Perez Regarding Notice of Agenda of Matters Scheduled for Hearing on January 13, 2026 at 10:00 a.m. (Eastern Time) before the Honorable Craig T. Goldblatt* and *Plan Administrator's First Motion for Entry of an Order Extending the Time to File Objections to Claims*, filed on January 13, 2026 [Docket No. 34405].

Dated: January 14, 2026

> */s/ Cindy Mohan*
> Cindy Mohan
> Kroll Restructuring Administration LLC
> One World Trade Center, 31st Floor
> New York, NY 10007

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.