# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered Re: |
| | Doc. No. 34069 |

**NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 34069**
**(NOTICE OF TRANSFER OF CLAIM)**

PLEASE TAKE NOTICE that XIANMIN YAN, hereby withdraws the *Transfer of Claim other than for Security* [D.I. 34069], filed on December 6, 2025.

Dated: January 16, 2026
Wilmington, Delaware

By: /s/ Xianmin Yan