# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re. D.I. 33961 & 34097 |

## CERTIFICATION OF COUNSEL REGARDING THE SEALING MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD.

I, Alexis R. Gambale, counsel to the Joint Liquidators of Three Arrows Capital Ltd. (the "Joint Liquidators"), hereby certify as follows to the best of my knowledge, information and belief:

1. On December 1, 2025, the Joint Liquidators filed the *Sealing Motion of the Joint Liquidators of Three Arrows Capital, Ltd. (in Liquidation)* [D.I. 33961] (the "Sealing Motion") whereby a proposed order was attached thereto as Exhibit A (the "Proposed Order").

2. On December 11, 2025, the FTX Recovery Trust ("FTX") filed an objection to the Sealing Motion [D.I. 34097] (the "Objection").

3. Since the filing of the Objection, the Joint Liquidators and FTX have conferred in good faith whereby (i) the Joint Liquidators agreed to submit mutually agreed upon revised redacted versions of the documents associated with the Sealing Motion (the "Newly Redacted Documents"), and (ii) FTX agreed to withdraw the Objection once the Newly Redacted Documents are filed on the docket.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- 2 -

4. Accordingly, the Joint Liquidators and FTX agreed on a revised version of the Proposed Order that reflects the agreement set forth above (the "Revised Proposed Order").

5. For the convenience of the Court, a blackline comparing the Revised Proposed Order to the Proposed Order is attached hereto as **Exhibit B**.

**WHEREFORE**, the Joint Liquidators respectfully request that the Court enter the Revised Proposed Order substantially in the form attached hereto as **Exhibit A** at the earliest convenience of the Court.

[*intentionally left blank*]

| | |
|---|---|
| Dated: January 16, 2026<br>Wilmington, DE | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>Alexis R. Gambale (No. 7150)<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Facsimile: (732) 852-2482<br>E-mail: jweiss@pashmanstein.com<br>         jbarsalona@pashmanstein.com<br>         agambale@pashmanstein.com<br><br>-and-<br><br>Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Zachary F. Proulx (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>E-mail: chris.harris@lw.com<br>         adam.goldberg@lw.com<br>         zachary.proulx@lw.com<br>         nacif.taousse@lw.com<br><br>*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd. (in Liquidation)* |