**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (KBO) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : | **Re: D.I. 30932** |

---------------------------------------------------------- x

### DECLARATION OF FOTIS KONSTANTINIDIS IN SUPPORT OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL LTD.'S RESPONSE TO THE FTX RECOVERY TRUST'S OBJECTION TO THE AMENDED PROOF OF CLAIM

I, Fotis Konstantinidis, declare and state the following under penalty of perjury:

1.       I am a Managing Director at Stout Risius Ross, LLC, a financial advisory firm.

2.       I make this declaration based on my personal knowledge and in support of the Joint Liquidators of Three Arrows Capital Ltd.'s Response to the FTX Recovery Trust's Objection to the Amended Proof of Claim filed contemporaneously herewith.

3.       Attached hereto as **Exhibit 1**, filed under seal, is a true and correct copy of the First Supplemental Expert Report of Fotis Konstantinidis, dated October 31, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 25th day of November, 2025.

*/s/ Fotis Konstantinidis*
Fotis Konstantinidis

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

# Exhibit 1


**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

# FIRST SUPPLEMENTAL EXPERT REPORT OF FOTIS KONSTANTINIDIS

October 31, 2025



# TABLE OF CONTENTS

I.    Introduction ................................................................................................................................ 3

   A.   Qualifications ...................................................................................................................... 3

   B.   Materials Considered .......................................................................................................... 4

II.   Summary of Conclusions ........................................................................................................... 4

III.  Behavioral Metrics Confirm Non-Ordinary Course Trading on FTX ......................................... 6

   A.   Daily Trading Activity ......................................................................................................... 6

   B.   Order Execution Size Profile .............................................................................................. 9

   C.   Percentage of Holdings Sold per Day ............................................................................... 12

   D.   Reconstruction of Perpetual Futures Exposure ................................................................. 13

   E.   Measurements of Position-Closing Events ....................................................................... 16

   F.   Urgency Signals in Execution Style .................................................................................. 17

   G.   Execution Cadence Analysis ............................................................................................. 18

IV.   Comparison with Luna-Terra Collapse Confirms June 13–14 as Non-Ordinary ...................... 20

V.    Comparison with November 2021 Market Downturn Confirms June 13–14 as Non-Ordinary ..... 24

VI.   Credit Liabilities and Exposure Behavior – June 2022 Structural Break ................................. 27

   A.   June 13–14 Liability Repayment Pattern and Its Statistical Anomaly ................................ 27

   B.   Luna-Terra Liability Repayment Pattern ........................................................................... 32

   C.   November 2021 Market Downturn Liability Repayment Pattern ........................................ 33

IX.   Robust Statistical Evidence Confirms June 13–14 as Non-Ordinary ......................................... 43

X.    Appendix A – Curriculum Vitae ................................................................................................. 46

XI.   Appendix B – Documents considered ....................................................................................... 54



## I.    INTRODUCTION

### A.  Qualifications

1. I, Fotis Konstantinidis, am a data scientist with over 25 years of experience in data analytics, statistical modeling, and AI-driven solutions. My expertise spans academia, consulting, and industry, with a consistent focus on applying advanced quantitative methods to financial data, digital assets, and complex litigation matters.

2. I hold an M.S. in Computer Science (2003, Outstanding M.S. Award) from the University of California, Los Angeles (UCLA), specializing in data mining. Additionally, I earned an M.S. in Geophysics and Space Physics (1999) and completed the M.S. requirements in Chemical Engineering (2000, non-degree) at UCLA. My academic research applied statistical and computational methods to large-scale data problems, including modeling chemical reactions, analyzing planetary magnetic fields, and developing machine learning algorithms for Alzheimer's and schizophrenia research at UCLA's NIH-funded Laboratory of Neuro Imaging.

3. Currently, I serve as Managing Director at Stout, leading the Digital and Data Analytics Practice. My practice specializes in leveraging statistics and machine learning to conduct advanced data analysis, digital automation, and predictive modeling across multiple industries. I also head Stout's Digital Assets & Cryptocurrency Valuation offering, which provides valuation, tracing, and investigative services for digital assets in bankruptcy, litigation, and regulatory contexts. My work frequently involves reconstructing complex transaction histories, detecting anomalies, and applying rigorous statistical testing.

4. I have served as a statistics and cryptocurrency expert in multiple high-profile litigation and arbitration cases, including cryptocurrency litigation and asset tracing in the FTX, Celsius Network, and TerraForm Labs bankruptcy proceedings, where I provided expert reports, depositions, and court testimony. My expertise has also been applied in international arbitration, leveraging AI-driven data analysis for financial disputes, conducting forensic analysis of financial transactions, and developing predictive models for damages. Additionally, I have supported legal teams in fraud detection and financial compliance cases, applying statistical methodologies to analyze complex datasets and uncover critical insights in data-intensive litigation. My work in these cases has required applying machine learning, statistical modeling, and forensic data analysis to reconstruct financial transactions, detect anomalies, and provide quantitative evidence to support legal arguments.

5. My prior professional experience includes serving as Senior Vice President for AI-based Fraud Products at CO-OP Financial Services (now Velera), where I developed AI-driven fraud detection systems for financial institutions. I have also held leadership roles at McKinsey & Company, Visa, and Accenture, applying AI, data science, and payments analytics in global financial services contexts. Additionally, I have held Department of Justice clearance and contributed to sensitive government investigations involving fraud and illicit financial activity.



6. I have authored over 15 peer-reviewed journal articles and 30+ industry publications on topics such as statistical analysis in litigation, digital asset valuation, fraud detection, tokenization and regulatory compliance. My publications in Bloomberg Tax, Law.com, Accounting Today, Stout.com, and the Practising Law Institute (PLI) highlight my role as a thought leader in the intersection of statistics with legal and financial analytics.

7. I have been a member of key technology organizations, including IEEE (Institute of Electrical and Electronics Engineers) Computer Society, ACM (Association for Computing Machinery), American Institute of Chemical Engineers (AIChE), and International Society for Computational Biology (ISCB). These affiliations reflect my ongoing commitment to data-analytics research, industry standards, and statistical methodologies in litigation.

8. With my deep technical expertise in cryptocurrency markets, statistical methodology, and forensic data analysis, I am well-qualified to offer the expert opinions contained here which are attributable to me. My expertise in statistical modeling and cryptocurrency markets ensures that my opinions are grounded in a reasonable degree of professional and scientific certainty. I further attest to the accuracy and truthfulness of this expert report.

**B. Materials Considered**

9. In preparing this expert report, I reviewed a set of materials related to this case. Appendix B to this report lists the documents and data sources that I considered in preparing this report.

## II.    SUMMARY OF CONCLUSIONS

10. When 3AC traded normally on FTX, its behavior was steady and predictable: daily activity was moderate, trades were broken into very small slices, and the pace of execution was measured as roughly one trade per minute on average. By contrast, on June 13–14, 2022, its behavior changed on each of these metrics. Trading volume exploded to over $1.1 billion in a single day, far beyond any prior level. The typical trade size jumped more than eight times higher than usual, showing that 3AC stopped slicing orders into small pieces and instead traded in much larger blocks. The pace of activity also accelerated sharply, with trades coming twice as fast as normal, and urgency signals spiked; nearly all trading was executed immediately, rather than patiently waiting for counterparties. On June 14, large-scale position closures became visible across both spot and perpetual-futures markets, marking the first coordinated unwind in the dataset. Together, these shifts (larger trades, faster pace, extreme urgency, and record volumes) show that 3AC's FTX activity during this window represented an abrupt, large-scale departure from its ordinary trading pattern. On June 13, turnover surged to ≈ $1.1 billion, about seven times the 95th percentile[1] of historical FTX activity, with spot trading at nearly eight times its 95th percentile and almost four

---

[1] The 95th percentile means that 95% of all days had values below this level, with only the top 5% higher.



times its previous maximum. On June 14, turnover remained abnormally high at ≈ $335 million, still well above historical benchmarks. These figures represent unprecedented deviations from 3AC's established trading profile and cannot be explained as ordinary fluctuations.

11. The Luna-Terra collapse in May 2022 was a severe market shock, yet 3AC's FTX trading during that week still looked like ordinary behavior. Trading volumes never exceeded $62 million in a day, less than a fraction of what was seen in June. Order sizes stayed small, the pace of trading actually slowed, and there were no indications of abnormal or non-routine position changes. Even as markets were under stress, 3AC continued to trade in the same patient style it used in normal times. By contrast, during June 13–14, 2022 turnover on FTX was nearly 17–20 times higher, trade sizes ballooned, inventory was sold in bulk, and position closings appeared. This side-by-side comparison shows that Luna was stressful but still within normal bounds, while June 13–14 was an extraordinary break from ordinary trading.

12. Analysis of 3AC's trading activity during the November 2021 market downturn shows that its behavior on FTX remained firmly within ordinary-course patterns. Trading volumes rose moderately but stayed within historical bounds, execution urgency and cadence reflected adaptive but controlled trading, and perpetual-futures exposures adjusted selectively across tokens without any portfolio-wide contraction or unwinding. No evidence of large-scale position closures or liability repayments appeared in the data, and all metrics remained within normal statistical limits. Unlike the June 13–14, 2022 episode (when exposures and liabilities collapsed simultaneously) the November downturn represented a routine response to broader market volatility rather than an exchange-specific unwind, underscoring that June 2022 was a unique and extraordinary deviation from 3AC's ordinary trading behavior.

13. Analysis of 3AC's financing activity on FTX demonstrates that, for more than three years, the account exhibited stable, incremental borrowing and repayment patterns characteristic of ordinary margin operations. Even during major market disruptions such as the Luna-Terra collapse and the November 2021 downturn, liabilities fluctuated within normal statistical limits and reverted promptly to baseline levels. In sharp contrast, the June 13–14, 2022 window shows a one-time, portfolio-wide elimination of all outstanding liabilities, an event several dozen standard deviations beyond historical variation. No comparable repayment appears anywhere in the 2019–2022 record. This abrupt and complete liability extinguishment reflects an extraordinary, exchange-specific intervention rather than ordinary credit or margin behavior, confirming that the June 2022 event was not conducted in the ordinary course of 3AC's trading activity.

14. If 3AC's behavior in June 2022 had been part of a broad market reaction, the same pattern would have shown up across multiple exchanges. But that is not what the data show. On Binance, Huobi, Coinbase, and KuCoin, 3AC's trading remained modest and within normal ranges, with no unusual spikes in volume, speed, or urgency. By contrast, on FTX nearly all of 3AC's trading activity was concentrated on June 13–14, 2022, and turnover there surged to unprecedented levels. This divergence demonstrates that the anomalies were specific to FTX, not a general feature of 3AC's trading or of market conditions more broadly.



15. Finally, the June 13–14, 2022 surge cannot be explained by the two largest drivers of overall crypto market activity: Bitcoin and Ethereum price movements. Statistical testing shows that BTC and ETH price swings account for less than 2% of the variation in 3AC's FTX turnover, and during the June event the model predicted only about $65 - $100 million in trading, compared to the $1.1 billion actually observed. Put differently, activity was 12–17 times higher than what market conditions alone would suggest. On other exchanges, like Binance, actual turnover was lower than predicted. This confirms that the June 13–14 spikes were exchange-specific to FTX and reflected distressed, idiosyncratic position closings rather than a natural response to market volatility.

16. To confirm that these findings were not artifacts of selective measurement or random market stress, I performed a series of formal statistical tests. No matter how the data were analyzed, the same conclusion appeared: June 13–14 were clear and exceptional breakouts, unique to FTX. Out of nearly 900 trading days, June 13 ranked as one of the top two busiest days ever recorded, and June 14 was still in the top 1%. Even after accounting for all major market factors (like Bitcoin and Ethereum price swings, volatility, and liquidity), FTX's trading activity was still much higher than what those models predicted. In contrast, other exchanges showed no such spike. Every test pointed to the same finding: the surge on June 13–14 was not a normal reaction to market stress but a distinct, FTX-specific trading anomaly.

17. Across every lens, including behavioral metrics, comparison to other stress events, cross-exchange patterns, and market-condition testing, the evidence points to the same conclusion: 3AC's FTX activity on June 13–14, 2022 was not ordinary-course trading. It was a distressed position-closing event unique to FTX, marked by urgency, speed, and scale that were unprecedented in 3AC's trading history.

## III.    BEHAVIORAL METRICS CONFIRM NON-ORDINARY COURSE TRADING ON FTX

### A.  Daily Trading Activity

18. I analyzed daily trading turnover[2] and trade counts across all FTX markets (spot, perpetual futures, and dated futures) from December 27, 2021–June 14, 2022. In the six months[3] prior to June 12, 2022, daily turnover in 3AC's FTX accounts was moderate and stable. For futures activity (dominated by perpetuals, which accounted for roughly 90% of total futures turnover), median daily turnover was approximately $22.6 million, with 75th percentile days around $47.7 million and 95th percentile days rarely exceeding $100.5 million. The maximum observed daily futures turnover before June 12 was $199.5 million. Spot market activity was smaller, with a median of $1.7 million per day, a 75th percentile of $13.4 million, and a 95th percentile of $80.4 million. The

---

[2] Daily turnover is the total dollar value of all trades completed in an account on a given day. It measures how much money's worth of assets changed hands, regardless of whether the trades were buys or sells.

[3] A six-month baseline was selected to balance recency with statistical robustness: it is long enough to smooth out short-term volatility (e.g., a 3-month window may be too narrow) but not so long that it dilutes 3AC's most recent trading patterns (e.g., an 8-month window would capture older, less relevant regimes). This horizon is a standard practice in event-study analysis and ensures that the baseline reflects ordinary trading behavior immediately prior to the June 2022 event.



maximum pre-event daily spot turnover was $165.8 million. Median daily trade counts were around 11,500 fills for futures and 9,500 fills for spot, reinforcing that ordinary course activity consisted of tens of millions of dollars in daily turnover and tens of thousands of fills, punctuated by occasional high-volume days that nonetheless remained within these statistical ranges.

19. Against this baseline, activity on June 13–14, 2022 stands out as an extreme statistical anomaly. On June 13, combined futures (perpetual and dated) turnover surged to $466 million and spot turnover to $633 million, for a combined daily total of $1.1 billion. This represented approximately five times the 95th percentile of futures trading and nearly eight times the 95th percentile of spot trading, far exceeding the prior maximums. Trade counts were similarly inflated: ~ 74,700 fills in futures and ~ 152,600 fills in spot, representing six- to sixteen-fold increases over their respective medians. On June 14, trading activity declined from this peak but remained abnormally high, with $122 million in futures and $213 million in spot, for a combined $335 million. Even this "reduced" day exceeded the futures 95th percentile and was almost three times above the spot 95th percentile.

20. Figure 1 below plots daily trading turnover in 3AC's FTX accounts across spot, perpetual and dated futures markets. The green dashed line shows the median baseline level (≈ $32M total daily turnover), while the orange dashed line marks the 95th percentile (≈ $160M combined) and the red line marks the 99th percentile (≈ $208M combined). During the baseline period, turnover remained within these ranges, with occasional higher days but never exceeding $257M in any market type. On June 13, 2022, turnover spiked to over $1.1 billion ($466M futures, $633M spot), approximately seven times the 95th percentile level of historical activity and roughly four times higher than the previous daily maximum. The red dots for June 13–14 sit far above the statistical "ordinary course" band, illustrating that these were extraordinary outliers consistent with distressed position closings and not ordinary trading behavior.

21. The cadence of fills further supports this interpretation. On June 13, trade counts exceeded 227,000 across all markets, compared to baseline medians of approximately 21,000. This represents a shift from incremental trading to rapid, block-style execution at scale. Such behavior is consistent with distressed position closings or margin-driven selling, not routine rebalancing or ordinary trading.

22. In summary, the ordinary course baseline for 3AC on FTX was tens of millions in daily turnover in futures (predominantly perpetuals) and single-digit millions in spot, with rare excursions into the tens or low hundreds of millions. On June 13–14, however, turnover exploded into the hundreds of millions and ultimately exceeded $1 billion in a single day, accompanied by massively elevated fill counts. These spikes are statistical outliers and align with large-scale position closings, not ordinary course of business. The concentration of this activity on FTX, especially in spot markets, provides strong evidence that these transactions were extraordinary.





*Figure 1: Daily Trading Turnover on FTX (December 2021–June 14, 2022)*

23. To ensure that the conclusions were not an artifact of selecting a shorter six-month baseline, I extended the analysis to include all available trading data from March 2020– June 12, 2022. This longer horizon confirms the same conclusion: ordinary course activity for 3AC on FTX consisted of modest and stable daily turnover. Across the full period, median combined futures turnover was approximately $33 million and median spot turnover approximately $0.2 million. Even the 95th percentile high-volume days rarely exceeded $202 million in futures or $47 million in spot. While there were occasional higher days, including a futures daily maximum[4] of $935 million and a spot maximum of $244 million at the height of the bull market, these outliers were rare and isolated.

24. Figure 2 plots 3AC's daily trading turnover on FTX across all markets (spot, perpetual, and dated futures) over the entire period from March 2020–June 14, 2022. The green dashed line marks the long-run median baseline (≈ $37M combined), the orange dashed line shows the 95th percentile (≈ $215M combined), and the red dashed line shows the 99th percentile observed prior to June 2022 (≈ $417M combined). As the figure demonstrates, turnover during ordinary periods fluctuated within the low tens of millions per day, with occasional isolated spikes into the hundreds of millions during the bull market of 2021, and only a single day prior to June 2022 approaching $1.18 billion (across all markets) at the peak of the 2021 bull market. By contrast, the red dots marking June 13–14, 2022 stand far above these long-run statistical bands: turnover reached approximately $1.1 billion on June 13 and remained extreme at about $335 million on June 14, levels that are simultaneously above the 95th percentile, far beyond the prior historical maxima for spot, and sustained over multiple days. In addition, the

---

[4] The 2021 historical maximum occurred during the broad bull-market liquidity surge, when overall crypto trading volumes across all exchanges reached record levels. 3AC's trading pattern at that time remained measured, incremental, and fully funded; without the abrupt position reduction, execution accelerations, or urgency signals observed in June 2022. The 2021 high-volume day was a market-wide outlier, not a change in 3AC's ordinary trading behavior, and was surrounded by months of stable activity. By contrast, the June 2022 episode reflects a structural break specific to FTX and unrelated to market wide liquidity conditions.



control day[5] of June 12 registered turnover of only $12 million combined, squarely within the historical medians. The visual makes clear that these events were extraordinary outliers relative to more than two years of trading history, underscoring that the activity was not in the ordinary course of business.

25. This extended-window analysis reinforces the conclusion that June 13–14 was not a continuation of prior market extremes. Even when benchmarked against more than two years of trading history, the June 13–14 turnover levels stand apart. They not only exceed the 95th percentile benchmarks by wide margins but also manifest as multi-day, concentrated surges, whereas prior maxima were isolated to single days and did not coincide with parallel spikes in fill counts, order sizes, and urgency. The fact that these anomalies appear even against the backdrop of the full March 2020–June 2022 dataset underscores that the June 13–14 activity was non-ordinary course and symptomatic of distressed position closings, not simply a function of volatile market conditions.



*Figure 2: Daily Trading Turnover on FTX (March 2020–June 14, 2022)*

## B. Order Execution Size Profile

26. To evaluate whether 3AC's trading activity on June 13–14, 2022 was consistent with its prior trading behavior, I analyzed the distribution of individual order sizes (measured in Bitcoin-equivalent units) across the six-month baseline period (December 27, 2021– June 12, 2022) and compared these with the event window (June 12–14, 2022). This analysis isolates whether 3AC continued trading in small, sliced increments (its ordinary execution pattern) or shifted into larger block trades indicative of distress.

---

[5] In event study methodology, a "control day" refers to a reference day immediately preceding the event window. It represents ordinary trading conditions against which event-day activity can be compared, analogous to a control group in experimental design.



27. During the six-month baseline period, order execution was dominated by very small fills. The median trade size was approximately 0.006 BTC ($118), while the mean was 0.036 BTC. Even at the 75th percentile, trades were only 0.027 BTC ($559). The maximum observed trade was 111.15 BTC (~ $2.33 million), though such large blocks were rare outliers. This pattern reflects a consistent strategy of slicing orders into sub-0.05 BTC increments, with only occasional large prints.

28. Expanding the view to the full period of available trading data (March 2020–June 12, 2022) confirms the same profile. The median order size across nearly 49 million fills was just 0.001 BTC ($23), with a mean of 0.029 BTC and a 75th percentile of 0.014 BTC. The maximum observed trade over this longer horizon was 1,295.10 BTC ($27.2 million), again an extreme outlier against a backdrop of overwhelmingly small increments. These figures underscore that 3AC's ordinary execution behavior relied on incremental, measured trading, with large blocks appearing only sporadically.

29. In contrast, during the June 12–14, 2022 event window, the distribution shifted decisively upward. The median trade size rose to 0.05 BTC ($1,050), more than eight times the baseline. The mean climbed to 0.188 BTC, more than five times higher. The 75th percentile reached 0.23 BTC (≈ $4,860), the 95th percentile was 0.7 BTC (≈ $14,700), and the 99th percentile was 1.45 BTC (≈ $30,500). The maximum trade recorded was 1,703.1 BTC (≈ $35.8 million). The standard deviation of trade sizes expanded from 0.15 BTC to 3.54 BTC. Statistical testing confirms this break: a Kolmogorov–Smirnov test[6] (D=0.358, p=0) and Mann–Whitney U test[7] (p=0) both show that the event-period distribution is significantly different from the baseline.

30. These statistics demonstrate a decisive break in execution style. Before June 12, 3AC's activity resembled "many tiny nibbles": the typical trade was only 0.006 BTC, with nearly all executions below 0.05 BTC. On June 13–14, the style switched to "larger gulps": the median jumped more than eight-fold, upper-quartile trades clustered in the 0.2–0.7 BTC range, and the distribution exhibited a much "fatter" tail, with routine multi-BTC orders and extreme prints exceeding 1,700 BTC.

31. Figure 3 compares the baseline and event distributions. The blue curve (baseline, December 2021–June 12, 2022) is tightly concentrated around extremely small trades, peaking below 0.01 BTC. The orange curve (event, June 12–14, 2022) is shifted sharply to the right, bulging in the $0.1 - 0.5$ BTC range, with a long tail extending into the thousands of BTC. This visual confirms that the event-period trades were not merely larger in aggregate but structurally different, reflecting block-style execution rather than the measured, incremental trading typical of ordinary conditions.

32. Figure 4 compares baseline and event trade-size distributions. The x-axis shows the two periods (Baseline vs. Event), and the y-axis shows order size in BTC-equivalent units. Although the extreme 1,700 BTC outlier compresses the visual scale, the underlying

---

[6] The Kolmogorov–Smirnov (KS) test is a statistical test that checks whether two data sets come from the same distribution; a large KS statistic (D > 0.3) means the shapes of the two distributions are significantly different.

[7] The Mann–Whitney U test is a statistical test that compares whether one set of values tends to be larger or smaller than another; a very low p-value means the two groups differ significantly.



dispersion expanded dramatically (from a standard deviation[8] of $\approx 0.15$ BTC in the baseline to $\approx 3.54$ BTC during the event) confirming a much broader spread of trade sizes. This variance, combined with the dramatic right-shift of the entire distribution, makes clear that 3AC shifted from its prior measured, incremental trading pattern to more urgent, block-style execution during June 13–14, 2022.

33.  In summary, the event days reflect a wholesale departure from ordinary-course behavior. Median order sizes were more than eight times higher, dispersion was over twenty times larger, and extreme trades exceeded 1,700 BTC; over a thousand times larger than normal 99th percentile executions. This shift indicates an abrupt, large-scale reallocation of positions rather than ordinary rebalancing. Because these trades were concentrated on FTX during the June 13–14 window, their pattern coincided with a substantial reduction in outstanding exposures to FTX, further suggesting that this activity fell outside 3AC's typical trading cadence.



*Figure 3: Order Size Distributions (Baseline vs. Event)*

---

[8] Standard deviation measures how spread out the values are around the average; a larger number means the data are more variable and less consistent.



*Figure 4: Dispersion of Trade Sizes (Baseline vs. Event)*

### C. Percentage of Holdings Sold per Day

34. To evaluate whether 3AC's trading activity on June 13–14, 2022 was consistent with its prior practices, I analyzed the percentage of token holdings closed on each day. For each token and day, I measured the portion of sales drawn from that day's opening inventory (FIFO[9] applied to opening units) and divided this number by the prior day's USD-denominated holdings. This method captures whether 3AC maintained its ordinary gradual execution style or shifted into large-scale position closings.

35. Over the six-month baseline period (December 27, 2021–June 11, 2022), daily position closings were minimal relative to holdings. The median day involved selling only $\approx$ 0.03% of holdings, the 75th percentile was $\approx$ 0.4%, and even the 90th percentile was just $\approx$ 1.6%. This profile reflects incremental adjustments rather than concentrated sell-downs; large-scale position closings were absent in ordinary trading.

36. During the event window, however, position-closing intensity rose to extraordinary levels:

- June 12, 2022 (control): Median $\approx$ 0%, reflecting negligible sales from opening inventory.

- June 13, 2022: Median $\approx$ 62.1% of opening holdings closed (maximum $\approx$ 62%).

- June 14, 2022: Median $\approx$ 88.5% of opening holdings closed (maximum $\approx$ 88%).

---

[9] "FIFO" (First-In, First-Out) means that when measuring what portion of a day's sales came from inventory, the earliest (oldest) units held are the ones sold first.



By construction, the FIFO methodology bounds percentages at 100%. Even within this framework, the results show an abrupt break from ordinary activity, with the majority of holdings closed in just two days.

37. The statistical profile confirms that June 13–14 were unprecedented. While ordinary days featured sub-1% sales of holdings, the event days reflect concentrated unwinds of existing inventory. In particular, June 14 saw near-total closure of opening positions, a pattern not observed in the baseline and inconsistent with incremental trading.

38. Figure 5 illustrates these findings. Baseline medians cluster near zero ($\approx 0.03\%$), reflecting ordinary incremental adjustments. In sharp contrast, the event window shows a jump to $\approx 62\%$ on June 13 and $\approx 88\%$ on June 14, visually confirming that these were wholesale large scale position-closing days.

39. In sum, the percentage-of-holdings analysis demonstrates a decisive departure from 3AC's ordinary execution style. Whereas baseline trading consisted of negligible daily sales, June 13–14 show the closure of the majority of opening inventory. This is consistent with urgent, disorderly unwinds and is strong evidence that these transactions were not in the ordinary course of business.



*Figure 5: Daily Percentage of Holdings Sold*

### D.  Reconstruction of Perpetual Futures Exposure

40. To further evaluate whether 3AC's trading during June 13–14, 2022 was consistent with its ordinary practices, I reconstructed the firm's USD-dominated exposures in perpetual futures[10] using the complete fill-level data. Each fill was signed by side (buy = positive, sell = negative), aggregated by contract and day, and then multiplied by the prevailing mark price to obtain the daily notional value of open exposure. This

---

[10] While FTX also listed a small number of dated futures contracts, these represented ~ 10% of total futures volume. When included in the analysis, the aggregate results (exposure reduction, directional flips, and synchronized unwinds) remain effectively identical. This confirms that the June 13–14 broad unwind extended across all derivatives products and was not an artifact of focusing solely on perpetual contracts.



reconstruction provides a continuous record of 3AC's aggregate long[11] and short positions across all perpetual contracts and allows comparison between stable, incremental exposure management and abrupt, broad-based unwinds.

41. During the six-month baseline period (December 27, 2021–June 12, 2022), 3AC's perpetual-futures exposures remained relatively stable. Net notionals typically fluctuated within narrow ranges, with adjustments dispersed across individual contracts and no instance of a synchronized multi-contract reduction. This pattern reflects ordinary-course position management, characterized by incremental rebalancing rather than coordinated unwinds.

42. In contrast, the two-day window of June 13–14, 2022 showed an across-the-board collapse in perpetual exposures, with a net reduction of roughly $501 million and total absolute notional adjustments exceeding $526 million. As Figure 6 illustrates, the largest movements[12] were observed in:

- BTC-PERP: ~ $511 million notional swing.

- ETH-PERP: ~ $4.5 million increase (modest long expansion).

- LOOKS-PERP: ~ $2.4 million increase in long exposure.

- KSM-PERP: ~ $2 million reduction in net long exposure.

- AXS-PERP: ~ $1.7 million reduction in net short exposure.

For months preceding June 12, net exposures fluctuated within stable ranges. During June 13–14, they changed discontinuously (many contracts reversing direction within 48 hours) indicating a large-scale, coordinated position closure rather than normal trading variation.

43. Figure 7 plots the daily total of 3AC's absolute net perpetual-futures exposure, expressed in USD notional terms. Apparent near-flat segments earlier in the record reflect data gaps or inactive trading days. In the weeks leading up to mid-June 2022, aggregate exposure declined steadily, reaching its lowest level during the June 13–14 event window. The contraction visible at that point represents a broad reduction across contracts, consistent with the large notional shifts summarized in Figure 6. Although small residual exposures persisted thereafter, the abrupt mid-June trough marks a distinct, portfolio-wide contraction rather than a gradual or routine adjustment.

44. Figure 8 depicts the change in 3AC's net perpetual-futures exposures, measured in USD notional terms, between June 12 and June 14, 2022. Each horizontal bar represents a single contract, with negative values indicating reductions in long exposure or flips from long to short. The distribution is highly asymmetric and dominated by large

---

[11] A long position means holding a contract that profits if the price of the underlying asset goes up. It reflects a bet that value will rise. A short position is the opposite: it profits if the price goes down, reflecting a bet that value will fall.

[12] Based on the underlying contract-count data, the largest position changes by number of contracts occurred in TRX-PERP, DOGE-PERP, and JASMY-PERP, which were the top three perpetual futures showing the greatest reductions during the June 13–14 window.



negative shifts, led by BTC-PERP (≈ –$511 million), which accounts for the majority of the portfolio-wide contraction. Smaller but still material reductions are visible in contracts such as KSM-PERP, AXS-PERP, and RUNE-PERP, while a limited number of contracts (*e.g.*, ETH-PERP and LOOKS-PERP) show modest increases. The strongly one-sided pattern illustrates that most exposures were reduced or reversed simultaneously within a two-day period, reflecting a coordinated contraction of open positions rather than gradual, asset-specific rebalancing typical of ordinary trading activity.

45. The scale, speed, and coordination of these position changes demonstrate that 3AC's perpetual futures trading on June 13–14 was extraordinary and disorderly compared to its prior six-month history. This reconstruction provides clear evidence that the firm's activity during this period was not in the ordinary course of business but rather represented a portfolio-wide unwind.



*Figure 6: Net Perpetual Futures Positions (BTC, ETH, LOOKS, KSM, AXS)*





*Figure 7: Aggregate Absolute Perpetual Futures Exposure Over Time (All Contracts)*



*Figure 8: Change in Net Perpetual Futures Position (June 12–June 14, 2022) - Top 20 Contracts*

### E.  Measurements of Position-Closing Events

46.  To assess whether 3AC's positions on FTX entered abnormal risk-management events, I analyzed position-closing activity at the instrument level. These fills represent transactions executed not voluntarily by the trader, but by the exchange's automated risk engine when margin thresholds were breached. Such events are important markers of distress, as they signal a breakdown of discretionary control over trading activity.

47.  In the six-month baseline period (December 27, 2021–June 12, 2022)**,** no comparable large-scale position closings were recorded. Throughout this period, margin management was accomplished through discretionary trading, portfolio rebalancing,



and ordinary adjustments. The absence of concentrated closeouts establishes a stable baseline of ordinary-course activity.

48. Beginning on June 14, 2022, however, multiple instruments show abrupt position reductions totaling approximately $83 million in notional value, concentrated in high-exposure tokens such as GBTC ($37.8 M), ETHE ($17.6 M), FTT ($13.1 M), ETH ($12.5 M), USDT ($1.1 M), and smaller balances across FIDA and SRM. These closings occurred within a narrow time window and at prevailing market prices, consistent with urgent execution rather than staged rebalancing.

49. The concentration of position closings beginning on June 14, following months of stable baseline activity, marks a clear structural break in 3AC's trading behavior. Instead of the gradual, discretionary adjustments observed previously, positions were reduced abruptly and in large, coordinated blocks. This execution pattern is inconsistent with ordinary-course trading activity and is characteristic of non-discretionary or margin-driven unwinds under elevated stress conditions.

**F.  Urgency Signals in Execution Style**

50. To evaluate whether 3AC's execution during June 13–14, 2022 aligned with its ordinary course of business, I examined the share of trading executed as taker activity (market orders) versus maker activity (resting limit orders). Maker trades, which wait passively on the order book, reflect patient execution and correspond to ordinary-course behavior. Taker trades, which cross the spread immediately, signal urgency and are often associated with distressed, non-discretionary position closings. The taker share (taker notional divided by total notional) thus serves as a direct measure of execution urgency.

51. In the six-month baseline period (December 27, 2021–June 12, 2022), taker activity accounted for a median of approximately 71% of daily turnover. While slightly taker-dominant, this pattern was within the expected range for active institutional trading. The 95th percentile of taker share was 97%, with only rare days approaching this level. Median daily turnover during this period was approximately $32 million, establishing a benchmark for ordinary course trading.

52. In the event window (June 12–14, 2022), trading behavior diverged sharply from these norms:

- June 12 (control day): Turnover totaled ≈ $12 million, with a taker share of 76.5%, somewhat elevated but still within historical bounds.

- June 13 (event day 1): Turnover spiked to ≈ $1.1 billion (over 34 times the baseline median). Taker share surged to 99.4%, meaning nearly every dollar of trading was executed through urgent market orders. This far exceeded the 95th percentile and represents unprecedented urgency relative to prior history.

- June 14 (event day 2): Turnover remained extraordinary at ≈ $335 million (more than ten times the baseline), with taker share of 74%—above the baseline



median but below the extreme peak of June 13. Maker activity re-emerged, consistent with large position closings interacting with available market liquidity.

- Figure 9 plots daily taker share (orange, left axis) against total turnover (blue, right axis), with dashed lines marking the baseline median (~ 71%) and 95th percentile (97%) taker shares.

53. These results confirm that 3AC's execution style shifted dramatically during the event window. On June 13, virtually all trading was taker-driven, abandoning the firm's normal pattern of mixed maker and taker activity. On June 14, urgency remained elevated in absolute turnover terms, while the reintroduction of maker fills reflected position closings being absorbed by passive liquidity.



*Figure 9: Maker vs. Taker Urgency Signals*

54. In conclusion, the stark shift from a 71% median taker share during the baseline to over 99% taker share on June 13, combined with a turnover spike from tens of millions to over a billion dollars, constitutes clear statistical evidence of non-ordinary execution behavior. This pattern is consistent with a high-urgency trading phase, where speed of execution overrides price considerations, and is wholly inconsistent with 3AC's prior six-month trading history.

## G.  Execution Cadence Analysis

55. To assess whether 3AC's trading pace during June 13–14, 2022 was consistent with its prior execution style, I analyzed the time gaps between consecutive fills. Two parameters were calculated for each day: (i) the median inter-trade gap ("p50_gap_sec"), reflecting the typical cadence of execution, and (ii) the 10th percentile gap ("p10_gap_sec"), capturing the fastest bursts of trading activity. Together, these measures indicate whether trading was patient or compressed into urgent, "machine-gun" style bursts.



56. In the baseline period (December 27, 2021–June 12, 2022), trading cadence was consistent with measured execution:

- Median inter-trade gap: $\approx 70$ seconds (about one minute).

- 10th percentile gap: $\approx 13$ seconds.

- The 5th–95th percentile range of daily medians spanned 7.5–120 seconds, showing occasional faster or slower days but always within an orderly band.

- Most days, fills occurred roughly once per minute, with occasional bursts but rarely below 13 seconds.

- This pattern defines the ordinary course of trading: patient, incremental execution.

57. In the event window (June 12–14, 2022), cadence shifted abruptly:

- June 12: median gap = 31 seconds, fast gap = 6.2 seconds.

- June 13: median gap = 30.5 seconds, fast gap = 6.1 seconds.

- June 14: median gap = 31 seconds, fast gap = 6.2 seconds.

- Compared to the baseline median of 70 seconds, the event-period cadence roughly doubled in speed, while the fastest bursts tightened to ~ 6 seconds, about half the normal lower bound.

58. This acceleration in execution cadence coincided with record turnover ($1.1 billion on June 13), larger order sizes, and taker-dominated execution (99% taker share). Together, these indicators show that 3AC abandoned its measured pacing and shifted to compressed, urgency-driven trading.

59. Figure 10 plots the median inter-trade gap (p50) by day, with dashed lines marking the baseline median (~ 70s), 5th percentile (~ 8s), and 95th percentile (~ 120s). Beginning in early June 2022, 3AC's trading cadence accelerated sharply, with daily medians compressing from around one trade per minute to roughly 30 seconds. This compressed pace remained sustained through the June 12–14 event window, near the historical lower bound. The persistence of such high-frequency execution, alongside record turnover, larger order sizes, and taker dominance, indicates that 3AC was already operating in an unusually urgent mode leading into and through the event period..





*Figure 10: Execution Cadence: Baseline vs. June 12–14, 2022*

60. In conclusion, the collapse in inter-trade spacing from ~ 70 seconds to ~ 30 seconds, combined with bursts as fast as 6 seconds, is clear statistical evidence that 3AC's execution style during June 13–14 reflected urgent, non-routine trading activity rather than ordinary-course behavior.


## IV.    COMPARISON WITH LUNA-TERRA COLLAPSE CONFIRMS JUNE 13–14 AS NON-ORDINARY

61. To test whether 3AC's FTX trading during the Luna-Terra collapse resembled the June 13–14, 2022 episode, I replicated the same analytics (daily turnover, order-size distributions, urgency-maker/taker, execution cadence, perpetual-exposure changes, and position closings) over a Luna-Terra event window of May 7–13, 2022, using May 6, 2022 as a control day and a six-month ordinary-course baseline of November 13, 2021 to May 6, 2022. I then compared these results directly to the June 12–14 window.

62. As Figure 11 shows, during the Luna-Terra collapse, 3AC's turnover on FTX rose modestly but actually remained below the statistical bands defined by the baseline. For combined futures, the baseline median daily turnover was approximately $35 million, with a 95th percentile of about $160 million and a maximum pre-event day of $935 million. Spot activity was smaller, with a median of $3.1 million, a 95th percentile of $102 million, and a maximum pre-event of $244 million.

63. Within the Luna-Terra event window itself (May 7–13, 2022), futures activity averaged lower than ordinary-course benchmarks, with a median of ≈ $19.5 million and no day exceeding ≈ $36 million, far below the 95th percentile threshold. Spot activity was even more muted, with a median of ≈ $2.6 million and no day above ≈ $29 million, again well beneath ordinary-course highs. In other words, even at the height of the Luna-Terra crisis, 3AC's spot and perpetual turnover on FTX remained bounded within (and

indeed beneath) its normal statistical ranges.



*Figure 11: Daily Trading Activity for Luna-Terra event (6-month window)*

64. I further extended the analysis (Figure 12) to cover the entire history of available FTX trading from March 10, 2020–May 5, 2022. This longer-horizon baseline yielded a median daily turnover of ≈ $37 million, a 95th percentile of ≈ $217 million, and a maximum pre-event day of ≈ $1.18 billion. Within this broader frame, the May 7–13, 2022 Luna-Terra window again fell comfortably below ordinary-course thresholds: turnover across event days ranged from ≈ $4.4 million to ≈ $62 million, or only 0.0–0.3 times the long-run 95th percentile, with z-scores[13] between –0.7 and –0.1. Futures volumes averaged ≈ $22.5 million, while spot volumes averaged ≈ $7 million, both far below their respective long-run 95th percentiles of ≈ $205 million and ≈ $36.5 million. In short, even against the deepest historical baseline, the Luna-Terra episode registered as a relatively muted event, whereas the June 13–14, 2022 spike remained an unprecedented anomaly far outside the statistical envelope of 3AC's prior FTX activity.

65. Figure 13 illustrates that during the Luna-Terra collapse, even under extreme market stress, 3AC's FTX trading stayed within its ordinary-course bands. This held true whether measured against a six-month baseline (November 2021 - May 2022) or the full trading history available since March 2020: in both frames, event-window turnover remained below the 95th percentile (≈ $217M combined) and well within expected variation. Even the largest Luna-Terra day, at ≈ $62 million of turnover, was dwarfed by the ≈ $1.1 billion recorded on June 13, 2022 (about eighteen times larger) making June 13–14 not just a stress event but a structural break from the ordinary course of business.

---

[13] A z-score measures how many standard deviations a value is above or below the average, with values near 0 considered ordinary and large positive or negative values indicating unusual deviations.





*Figure 12: Daily Trading Activity for Luna-Terra event (full data window)*



*Figure 13: 3AC Daily Turnover - Luna-Terra (May 2022) vs. FTX Event (June 2022)*

66. During the Luna-Terra event, order execution remained broadly consistent with
ordinary-course behavior. The median trade size was only 0.012 BTC ($250), close to
the six-month baseline median of 0.006 BTC ($128). The mean rose only modestly,
from 0.034 BTC to 0.048 BTC, and even at the 75th percentile, trades averaged just
0.060 BTC ($1,258). Extreme outliers were rare, with a maximum observed trade of
14.62 BTC ($307,000), far below the multi-hundred or thousand-BTC prints seen on
FTX in June 2022. The standard deviation of order sizes actually fell slightly (0.158
BTC baseline vs. 0.137 BTC in the event), underscoring the absence of distributional
stress. Statistical tests confirm this: while the Kolmogorov–Smirnov (D=0.162, p=0)
and Mann–Whitney U results (p≈1e-147) indicate a measurable shift, the magnitude is



trivial compared to the June 13–14 FTX event, where medians, tails, and dispersion all increased by orders of magnitude. In short, LUNA's trading week showed mild, incremental adjustments,  but nothing approaching the distressed, block-trade execution style that characterized FTX during June 13–14.

67. In the Luna-Terra collapse window, position-closing intensity rose only modestly and remained within ordinary statistical bounds. Across the seven-day event, median daily position closings ranged between 0% and 0.45% of opening holdings, with the largest single-day value on May 12, 2022 ($\approx 0.45\%$). These figures are only marginally above the six-month baseline profile, where the median was 0.05% and even the 90th percentile was just 2.7%. By contrast, during the June 13–14, 2022 event, position-closing activity was extreme: 3AC closed $\approx$ 62% of opening holdings on June 13 and $\approx$ 88% on June 14. The comparison underscores that while the Luna-Terra episode showed incremental, measured adjustments, the FTX window reflected wholesale, near-total closure of inventory—an extraordinary break from ordinary execution practices.

68. Reconstruction of 3AC's perpetual-futures exposures during the Luna-Terra collapse shows that, while several contracts experienced notable adjustments, the overall impact on portfolio-wide exposure was limited and largely self-offsetting. Between May 6 and May 13, 2022, significant notional changes occurred in individual markets (ETH-PERP approximately –$8.6 million, LUNC-PERP approximately +$3.7 million, and BTC-PERP approximately –$1.6 million) alongside smaller shifts such as AXS-PERP (about –$1.4 million) and SOL-PERP (about +$0.5 million). These movements were dispersed across both long and short directions, and many contracts changed only marginally, typically within a few hundred thousand dollars of notional value. In aggregate, the portfolio's total notional exposure declined by less than 1%, indicating that 3AC was selectively rebalancing positions rather than engaging in a coordinated unwind. By contrast, the June 13–14, 2022 window on FTX exhibited a dramatically different pattern: exposures across dozens of perpetual-futures markets shifted in the same direction, producing a roughly $1.9 billion reduction in total notional exposure. This synchronized, portfolio-wide contraction dwarfed the contained repositioning observed during the Luna-Terra period. In short, whereas the Luna week reflected ordinary, contract-specific adjustments consistent with active portfolio management, the June 13–14 event represented a broad, exchange-wide liquidation episode unprecedented in 3AC's trading history.

69. During the Luna-Terra collapse, execution urgency remained within ordinary statistical bounds. Across the event window (May 7–13, 2022), the median taker share was 70.6%, nearly identical to the six-month baseline median of 73.8%, and daily turnover medians were slightly lower than baseline ($25 million vs. $44 million). While May 8 saw elevated activity (turnover of $62 million with an 88.7% taker share), no day approached the baseline 95th percentile threshold of 96.2% taker share. Indeed, taker shares fluctuated in a normal range between $\sim$ 58% and $\sim$ 89%, consistent with mixed maker–taker execution. By contrast, on June 13, 2022, turnover on FTX spiked to $1.1 billion with a taker share of 99.4%, far above historical norms, and remained elevated on June 14 at $335 million with a taker share of 74%. The comparison underscores that while LUNA trading volumes and urgency signals reflected ordinary, measured adjustments under stress, the June 13–14 FTX episode represented a structural break: a



near-total shift to taker-driven execution combined with an unprecedented surge in turnover.

70. Execution cadence during the Luna-Terra collapse remained consistent with ordinary, measured pacing and, if anything, slowed relative to baseline. Over the baseline period, trades occurred at a median cadence of 62.5 seconds, with fast bursts (p10) around 11.7 seconds and a 5th–95th percentile range of 6–119 seconds. During the event week (May 7–13, 2022), the median daily cadence lengthened to 90.5 seconds and fast bursts widened to 17.9 seconds. Daily medians ranged between ~ 61 seconds (May 11) and ~ 116 seconds (May 7), all comfortably within baseline variability. In contrast, during June 12–14, 2022 on FTX, 3AC's cadence collapsed from ~ 70 seconds to ~ 30 seconds, with fast bursts tightening to ~ 6 seconds, roughly double the speed of normal execution. The comparison underscores that the Luna-Terra episode showed patient, measured execution, while the FTX event reflected compressed, urgency-driven trading where execution speed overrode ordinary pacing.

71. The Luna-Terra collapse represented severe market stress, yet 3AC's FTX activity during May 7–13 remained firmly within ordinary-course statistical bounds: no mass unwind clusters, no near-total taker dominance, no whole-distribution order-size shift, no portfolio-wide cadence break, and no exchange-specific concentration. June 13–14 was fundamentally different, not merely more intense but different in kind. Over those two days, 3AC exhibited unprecedented, FTX-centric turnover; near-total taker execution; compressed inter-trade cadence; synchronized unwinds across perpetual contracts; and, critically, the appearance of position closings. Taken together, these signals demonstrate a decisive structural break from 3AC's prior trading practices, one that cannot be explained by generalized market stress such as the Luna-Terra collapse.

## V.      COMPARISON WITH NOVEMBER 2021 MARKET DOWNTURN CONFIRMS JUNE 13–14 AS NON-ORDINARY

72. To test whether 3AC's FTX trading during the late-November 2021 downturn resembled the June 13–14, 2022 episode, I replicated the same analytics (daily turnover, execution cadence, and spot versus perpetual activity) over an event window of November 25–27, 2021, using November 24 as a control day. I evaluated results against both a six-month ordinary-course baseline (May 27–November 23, 2021) and an extended baseline covering all available history from March 10, 2020–November 23, 2021. I then compared these directly to the June 12–14, 2022 window.

73. During the six-month baseline (Figure 14), combined daily turnover had a median of approximately $80 million, with a 95th percentile of $304 million and a maximum pre-event day of $569 million. Under the longer baseline (Figure 15), turnover medians were lower (≈ $35 million) with a 95th percentile of $222 million and a maximum of $851 million, reflecting a broader distribution of trading activity since 2020. In both frames, futures dominated with medians of ≈ $79 million (six-month) and ≈ $35 million (long-run), while spot activity was much smaller at ≈ $1 million and ≈ $0.1 million respectively. These results establish clear ordinary-course ranges within which 3AC



typically operated.

74. Figure 16 illustrates that during the late-November 2021 market downturn, 3AC's FTX trading activity, while elevated on certain days, remained bounded within its ordinary-course statistical ranges. Using the six-month baseline from May to November 2021, turnover medians were ≈ $80 million, with a 95th percentile of ≈ $304 million and a maximum pre-event day of ≈ $569 million. Across the November 25 - 27 event window, daily activity ranged between ≈ $150 million and ≈ $337 million, never exceeding 1.1 times the 95th percentile. Even the most active day, November 26 ($337 million), was well within the statistical envelope of prior trading. By contrast, the June 13, 2022 event day recorded ≈ $1.1 billion of turnover- over three times the November peak and nearly seven times the baseline 95th percentile. The following day, June 14, added another ≈ $335 million. This comparison shows that while the November downturn produced temporary increases, these were fully consistent with normal market variability, whereas the June 13–14 episode was a structural break from ordinary-course trading.



*Figure 14: Daily Trading Activity for November 2021 Market Downturn (6-month window)*



*Figure 15: Daily Trading Activity for November 2021 Market Downturn (full data window)*





*Figure 16: 3AC Daily Turnover - November 2021 Market Downturn vs. June 2022 Event*

75. Reconstruction of 3AC's perpetual-futures exposures during the November 2021 market downturn reveals measured, directional adjustments consistent with tactical portfolio management rather than a broad closure of positions. Between November 24 and November 27, 2021, the largest notional changes were modest in magnitude relative to 3AC's overall book: ETH-PERP increased by approximately $56 million, SOL-PERP flipped from –$26 million to +$21 million (≈ $47 million swing), and DOT-PERP rose by about $20 million. Smaller movements included AVAX-PERP (+$5.7 million), BTC-PERP (+$6.1 million), and a range of sub-million adjustments across other contracts such as ADA-PERP, AXS-PERP, and DOGE-PERP. These changes were distributed across both directions (some long positions were increased while others were trimmed) and most offsets largely neutralized each other, leaving the aggregate notional exposure effectively unchanged. By contrast, during the June 13–14, 2022 window, FTX exhibited a synchronized, portfolio-wide contraction across dozens of markets, with contract values declining by approximately $501 million and total absolute position adjustments exceeding $525 million, an event more than an order of magnitude larger than the November adjustments. The November 2021 period therefore reflects selective, market-driven rebalancing amid a broader crypto drawdown, whereas the June 2022 episode represents an exchange-specific unwind, abrupt in timing and extraordinary in scale.

76. Execution urgency during the late-November 2021 downturn remained largely within ordinary statistical bounds, even as turnover temporarily increased. Across the three-day event window (November 25–27, 2021), the median taker share was ≈ 90%, compared to a six-month baseline median of 78% and a 95th percentile threshold of 97.5%. Individual days varied moderately (73.7% on November 26, 90.4% on November 25, and 93.7% on November 27) consistent with transient spikes in urgency but still within historical variation. The control day (November 24) registered a taker share of 65.8%, underscoring that ordinary, measured execution dominated before and after the brief stress window. By contrast, on June 13, 2022, 3AC's FTX trading reached ≈ $1.1 billion of turnover with a taker share of 99.4%, indicating near-total immediacy and urgency, while June 14 maintained an elevated 74% taker share on $335 million of turnover. The comparison shows that the November episode reflected normal adaptive execution during market volatility, whereas June 13–14 marked an



extraordinary, taker-dominated deviation from 3AC's ordinary trading behavior.

77. Although inter-trade gaps shortened sharply during the November 2021 downturn (from a baseline median of ≈ 58 seconds to ≈ 6 seconds), this acceleration must be interpreted in context. The cadence shift coincided with modest increases in volume (≈ $150–$337 million) and stable taker shares (≈ 74–94%), not with indicators of abnormal activity such as large, position closings, extreme trade sizes, or collapsing leverage. In other words, 3AC was trading faster, but still under controlled, measured conditions. The compression of gaps likely reflected opportunistic execution during high-volatility hours (market-making or arbitrage strategies adapting to increased price movement) rather than urgency related to position closings. By contrast, during June 13–14, 2022, cadence compression occurred simultaneously with record turnover ($1.1B), near-total taker execution (99%), and abrupt position closings. This co-movement of all distress indicators distinguishes June as a structural break, whereas November's faster pace was a tactical adjustment consistent with ordinary-course, high-frequency execution.

78. In summary, the late-November 2021 downturn was a market correction, but 3AC's FTX trading during that period stayed within ordinary-course norms. Volumes briefly exceeded the 95th percentile but without distributional stress, urgency spikes, or clusters of position closings. By contrast, June 13 - 14, 2022 was categorically different: record-breaking turnover, compressed cadence, urgency-driven execution, and abrupt position closings. This side-by-side comparison shows that even in the face of a major market decline in late 2021, 3AC's trading remained consistent with its ordinary style, whereas June 13 - 14 marked an extraordinary break.

## VI.  CREDIT LIABILITIES AND EXPOSURE BEHAVIOR – JUNE 2022 STRUCTURAL BREAK

### A.  June 13–14 Liability Repayment Pattern and Its Statistical Anomaly

79. To assess whether the June 13–14, 2022 liability reduction reflected ordinary account activity or an extraordinary event, I analyzed daily changes in 3AC's total USD liability on FTX using the unamended "Document 38"[14] dataset. This version records perpetual-futures obligations as liabilities, reflecting the account's financed exposure prior to the June event.

---

[14] "FTX_3AC_000000038.xlsx"

Confidential





*Figure 17: Total Liability (USD) from 2019—June 2022*

80. Figure 17 plots the full history of total USD liability from 2019 through June 2022. Across the 1,195-day baseline period preceding the event window, 3AC's total USD liability fluctuated around a mean of approximately –$142 million with a standard deviation of around $284 million. Liability levels rose and fell with trading activity but generally reverted toward prior levels within a few days, consistent with incremental margin settlements and ordinary collateral adjustments rather than full repayments or balance-sheet resets. Even during earlier stress periods, total liabilities remained within this statistical range, indicating steady, routine funding behavior prior to the June 2022 event.

81. By contrast, the June 13–14, 2022 window exhibited a two-day contraction of $1.03 billion in total USD liability, dwarfing all prior observations in both magnitude and rate of change (Figure 18). This single reduction corresponds to a very high z-score (greater than 29, relative to the baseline volatility band), an outlier far beyond any other daily change in the 2019–2022 record. No comparable movement appears elsewhere in the dataset, including during the Luna-Terra collapse or other episodes of market stress. The event therefore represents a discontinuous, portfolio-wide liability reversal, not an ordinary credit adjustment.





*Figure 18: Day-to-Day Change in Total USD Liability (June event)*

82. Figure 19 isolates days with positive liability reductions, i.e., instances where 3AC's outstanding USD obligations to FTX decreased from one day to the next. Across the full 2019–2022 record, such repayments were infrequent and modest in scale, typically below $50 million per day and often followed by new borrowing activity. Occasional larger repayments appeared during 2021 and early 2022, but none exceeded approximately $470 million. Only once, on June 14, 2022, did the account record a repayment greater than $1 billion, completely eliminating the remaining USD liability. This discontinuity is not an artifact of missing data: contemporaneous trading and exposure logs show active entries on the same date, confirming that the full liability extinguishment occurred in real time alongside the broader June 13–14 trading contraction.



*Figure 19: Daily Liability Repayments (June event)*

83. Statistically, the June 13–14, 2022 event represents a structural break in account-level financing behavior. Across the 1,195-day baseline 3AC's day-to-day USD liability changes averaged about –$1.15 million, with typical day-to-day changes (standard deviation) of roughly $35 million. The June 14 contraction alone was nearly 30 times larger (exceeding $1 billion) and produced a very high z-score. Such a movement cannot be explained by ordinary funding transfers or margin settlements. It marks a singular episode of full liability elimination, unprecedented in the account's recorded



history.

84.  To confirm that the findings were not artifacts of the original dataset structure, I re-performed the liability analysis using the "Document 38"[15] dataset marked as "amended". Figure 20 plots the full history of total USD liability from 2019 through June 2022 based on the amended dataset. Across the 1,195-day baseline period, 3AC's total USD liability averaged approximately –$39 million, with a standard deviation of about $103 million. This pattern indicates modest, recurring margin adjustments typical of an actively financed trading account. Day-to-day changes rarely exceeded $100 million, and short-term deviations generally reverted toward the historical mean within one or two days, consistent with incremental settlements, not wholesale repayments.



*Figure 20: Total Liability (USD) from 2019 - June 2022 ("Amended")*

85.  By contrast, the June 13–14, 2022 event produced a contraction of roughly $754 million in total USD liability, dwarfing all prior observations both in scale and rate of change (Figure 21). Relative to the baseline volatility, this shift corresponds to a z-score of approximately 21, establishing it as an extreme outlier well beyond normal margin-funding variation. No comparable movement appears elsewhere in the 2019–2022 record, including during the Luna-Terra collapse or other periods of market stress.

---

[15]Following FTX's filing of its Objection to 3AC's Amended Proof of Claim, FTX produced the file named "FTX_3AC_000000038_Amended.XLSX", which showed a lower USD loan balance as this balance was netted against 3AC's FTX futures positions.





*Figure 21: Day-to-Day Change in Total USD Liability ("Amended")*

86. Figure 22 isolates positive liability reductions, i.e., days when 3AC's obligations to FTX declined. In most of the record, such repayments were small and sporadic, typically below $50 million per day and offset by later borrowings. Only one episode, on June 14, 2022, recorded a repayment exceeding $500 million, fully extinguishing the outstanding USD balance. This is not a plotting artifact: contemporaneous trading and exposure entries confirm that the repayment coincided with the same collapse in trading activity identified elsewhere in the data.



*Figure 22: Daily Liability Repayments ("Amended")*

87. Statistically, the amended results confirm a structural break in account-level financing behavior. Across the 1,195-day baseline 3AC's day-to-day USD liability changes averaged about –$0.6 million, with typical day-to-day changes (standard deviation) of roughly $25 million. The ratio of event magnitude to baseline volatility ($z = 21.3$) demonstrates that the repayment cannot be explained by ordinary margin settlements or funding flows. It represents a unique, one-time extinguishment of liabilities within the account. This is consistent with a full closure of financed positions rather than routine collateral management.



### B.  Luna-Terra Liability Repayment Pattern

88.  To test whether earlier stress periods produced similar liability behavior, I analyzed daily changes in total USD liability during the Luna-Terra collapse (May 6–13, 2022) using the same unamended[16] "Document 38" dataset. Figure 23 plots the full liability history, highlighting the May event window. Across the 1,158-day baseline preceding this period, 3AC's total liability averaged approximately –$118 million with a standard deviation of about $244 million, values consistent with ordinary, margin-financed account activity. Daily changes remained centered around the mean, typically below $100 million, and reverted quickly to baseline levels, behavior characteristic of normal borrowing and settlement cycles.



*Figure 23: Total Liability (USD) from 2019 - May 2022 (Luna-Terra)*

89.  During the Luna-Terra event, liabilities became modestly more volatile but remained within the same statistical range. As shown in Figure 24 and Figure 25, daily liability adjustments ranged between roughly –$127 million and +$13 million, with no evidence of a large, one-time repayment or structural balance reset. Positive reductions (repayments) did appear intermittently, but the magnitudes were small (two repayments: one for $0.6 million and one for about $13 million per day) and were soon offset by new borrowing. The resulting z-scores fell well within three standard deviations of the historical mean, confirming that this activity represented ordinary liquidity management rather than a portfolio unwind.

90.  The contrast with the June 13–14, 2022 window is decisive. While May 2022 saw routine credit movements within the historical volatility band, the June event produced a single-day liability contraction exceeding $1 billion (corresponding to a z-score above 29, relative to baseline variance). No comparable movement appears during Luna-Terra or any other episode in the 2019–2022 record. The June repayment therefore represents a unique, full-account liability extinction, not a continuation of ordinary margin or

---

[16] A parallel analysis was performed using "FTX_3AC_000000038_Amended.XLSX". The baseline total USD liability averaged –$24 million with a standard deviation of $51 million. The daily liability ranged between –$179 million and $13 million (–$37K mean, std. dev. of $22.7 million). Consistent with the unamended analysis, only two small positive repayment days were observed (one around $1 million and another about $12.9 million) both well within ordinary variation. These results therefore lead to the same conclusion: both datasets independently confirm a statistically extreme, one-time liability extinction during the June event, inconsistent with ordinary funding or margin behavior.



funding adjustments.



*Figure 24: Day-to-Day Change in Total USD Liability (Luna-Terra)*



*Figure 25: Daily Liability Repayments (Luna-Terra)*

### C.  November 2021 Market Downturn Liability Repayment Pattern

91. To evaluate whether earlier market downturns produced liability movements comparable to the June 2022 event, I analyzed 3AC's total USD liabilities during the November 24–27, 2021 period using the unamended[17] Document 38 dataset. Figure 26 plots the full liability history through late 2021. Across the 995-day baseline preceding this window, total USD liabilities averaged approximately –$34 million, with a standard deviation of about $93 million, consistent with the minor, short-term financing adjustments typical of an actively margined trading account.

---

[17] A supplemental analysis was conducted using "FTX_3AC_000000038_Amended.XLSX". Under this version, the baseline mean total liability was approximately –$12 million, with a standard deviation of $31 million. During the November 2021 event window, day-to-day changes ranged between about –$141 million and –$1.8 million. These fluctuations remained within normal statistical limits. As in the unamended file analysis, no positive liability reductions were recorded, indicating that 3AC did not repay or materially reduce its borrowings during this period. The results corroborate the unamended analysis: even under the more conservative accounting treatment, the November 2021 downturn reflected ordinary funding adjustments, not a broad liability elimination of the kind observed in June 2022.


92. During the November 2021 market decline, liabilities fluctuated modestly but stayed within the normal statistical range. As shown in Figure 27 and Figure 28, day-to-day changes ranged between roughly –$133 million and –$4 million, producing no indication of any large-scale repayment or structural balance reset. No positive liability reductions were observed during this period, indicating that 3AC neither repaid nor significantly adjusted its credit balances. The resulting z-scores stayed inside the 4-standard-deviation envelope, demonstrating that the November episode reflected routine margin and funding adjustments, not a discontinuous unwind.



*Figure 26: Total Liability (USD) from 2019 - May 2022 (November 2021)*



*Figure 27: Day-to-Day Change in Total USD Liability (November 2021)*





*Figure 28: Daily Liability Repayments (November 2021)*

93. By comparison, the June 13–14, 2022 window exhibited a single-day contraction of more than $1 billion, roughly 29 standard deviations beyond baseline variation. No similar pattern appears in the November data or anywhere else in the multi-year record. This confirms that while prior downturns produced ordinary fluctuations in financing, the June event represented a complete, exchange-driven liability extinction, a break wholly inconsistent with 3AC's established funding and trading behavior.







Confidential









Confidential





Confidential





Confidential





Confidential




Confidential



## IX.    ROBUST STATISTICAL EVIDENCE CONFIRMS JUNE 13–14 AS NON-ORDINARY

119. To ensure that the extraordinary trading activity observed on June 13–14, 2022 was not the product of selective measurement or ordinary market stress, I applied a comprehensive suite of formal statistical tests. These included population ranking and rolling-window analysis, extreme-value modeling, placebo resampling, change-point detection, exchange-specific difference-in-differences analysis, and regression-based robustness checks. Each test provides an independent view of the data. Across all methods, the results converge on the same conclusion: June 13–14 represented a clear structural break unique to FTX, not an artifact of normal variation.

120. **Population Ranks and Rolling Windows:** To test whether June 13–14 were unusually active only because of how the comparison period was chosen, I used two simple but powerful approaches. Population ranking sorts every trading day in the dataset (nearly 900 days in total) from lowest to highest turnover, then shows where a specific day falls within that list. June 13 ranked second overall (about the $99.9^{th}$ percentile), and June 14 ranked 16th (about the 98th percentile), meaning both days were among the very busiest ever recorded. Rolling-window analysis repeats the same ranking across overlapping time periods, looking at 3-, 6-, 9-, 12-, and 24-month slices, to see if those rankings change when the baseline shifts. Across every window, June 13 remained in the top one or two trading days, and June 14 stayed within the top 1%–2%. This consistency across all time horizons confirms that the June 13–14 spike was not a fluke of how the baseline was defined but a genuine, persistent outlier in 3AC's trading history.

121. **Extreme-Value Tail Tests:** To evaluate whether turnover of this scale could plausibly arise under ordinary conditions, I modeled the upper tail of the historical turnover distribution using a Generalized Pareto Distribution (GPD), which is a method widely used in insurance and risk management to estimate probabilities of rare events. In simple terms, this approach focuses only on the most extreme days in the dataset and fits a curve to determine how likely an even larger outcome would be if the same pattern continued. The analysis shows that the probability of observing a turnover as high as June 13 was less than 2%, and June 14 around 33%, meaning both lie at the far edge of historical variation, with June 13 well into the "statistical outlier" range. Put plainly, even among the most volatile trading days on record, the June 13–14 spikes fall far beyond what could occur in the normal course of business.

122. **Placebo Windows and Change-Point Tests:** To verify that similar surges did not occur elsewhere in 3AC's trading history, I ran two independent statistical checks. First, I created 1,000 "placebo" windows (random three-day periods drawn from across the dataset) and measured how often those windows showed an increase in turnover relative to their immediately preceding days as large as the jump observed between June 12 and 14. Fewer than 3% of those simulated periods exhibited an increase of that magnitude, indicating that the likelihood of observing such a surge by chance is extremely low.



Next, I applied change-point detection tests, including the CUSUM[23] (cumulative sum) and Chow[24] tests. These methods look for sudden structural shifts in a time series, much like a seismograph detecting when the ground suddenly moves. Both tests pinpointed June 13, 2022 as a clear "break point," where trading behavior abruptly changed direction and magnitude.

123. **Exchange-Specificity Checks:** To test whether the June 13–14 surge reflected broader market stress or was unique to FTX, I compared 3AC's trading activity on FTX with its activity on Binance using a standard Difference-in-Differences (DiD) framework. This method is commonly used in economics and policy research to isolate whether one group (here, FTX) behaves differently from another group (Binance) when both are exposed to the same external market conditions. The results show that FTX's turnover rose by roughly +2.2 log units (equivalent to about nine times higher than Binance's change over the same period) and this difference was statistically significant, as the HAC-corrected[25] confidence interval excluded zero. In plain terms, that means the effect was large enough that it could not have happened by chance. During this event, FTX's share of total trading between the two exchanges jumped from roughly 50% to over 80%, a move more than four standard deviations above normal, which is a statistically extreme and highly unusual shift. When the same model was used to predict "normal" activity, FTX showed large unexplained spikes (+2 to +3 log units), while Binance showed little to no deviation. In simple terms, FTX's trading exploded while Binance stayed normal, showing that the anomaly was unique to FTX, not the market as a whole.

124. **Market-Condition Robustness Checks:** To test whether the June 13–14 spike could simply be explained by normal market conditions, I expanded my regression models to include key market variables, like Bitcoin and Ethereum price changes, volatility, and even calendar effects such as weekends or holidays. I then re-estimated the relationship between these factors and 3AC's daily FTX turnover using several rigorous statistical methods, including Ordinary Least Squares (OLS) with Newey–West corrections[26] and robust Huber regressions[27]. These enhanced models confirm the same result: the June 13–14 activity was still between 12 and 17 times higher than predicted, even after controlling for all major market drivers. None of the additional variables, including price swings, volatility spikes, or time-of-week patterns, could account for the surge. In plain terms, even after accounting for everything that normally moves crypto trading volume, June 13 and 14 stand out as two massive, isolated spikes that cannot be

---

[23] The Cumulative Sum (CUSUM) test tracks whether a series suddenly shifts from its usual pattern, like watching if a line that normally drifts evenly starts moving sharply upward or downward. It is frequently used to detect structural breaks or sudden changes in behavior over time.

[24] The Chow test compares two periods of data to check whether their statistical relationships change significantly. In simple terms, it asks whether the "rules of the game" (the relationship between variables) before a certain date are the same as after that date. This method helps to identify when a major behavioral break occurred.

[25] An HAC-corrected confidence interval is a statistical adjustment that ensures the confidence intervals remain valid even when the data show irregular patterns (such as volatility or correlation between days). It is a more conservative and reliable way to confirm significance.

[26] Newey–West correction is an adjustment that makes OLS results more reliable when data show uneven noise or "autocorrelation" (common in financial time series).

[27] Huber regression is a robust statistical method that reduces the influence of outliers, giving less weight to extreme values so that the overall trend reflects the typical behavior of the data more accurately.

Confidential


explained by ordinary market behavior.

125. Across every analytical lens, the same conclusion emerges: the June 13–14, 2022 turnover spike represents a distinct structural break, not an ordinary market fluctuation. Each of the methods (used in this section) approaches the question from a different angle. Percentile and rolling-window analyses show that the event days were in the top one to two trading days out of roughly 900 total observations, regardless of timeframe. Extreme-value modeling indicates that turnover of this magnitude lies beyond the statistical limits of normal market behavior, with probabilities approaching zero. Placebo and change-point tests demonstrate that no other period in the dataset exhibits a similar pattern or timing of deviation. Cross-exchange comparisons confirm that the surge was isolated to FTX, while other venues remained within or below normal bounds. Finally, regression robustness checks still show residual spikes of 12–17 times greater than predicted levels. Taken together, this multi-method consistency rules out explanations based on random chance, selective measurement, or general market stress. Every independent statistical test converges on the same conclusion: the June 13–14 episode was an FTX-specific, extraordinary selling episode, wholly inconsistent with 3AC's prior ordinary-course trading behavior. In plain terms, no matter how the data are analyzed, the outcome is the same: FTX shows an abrupt and singular break from normal activity that no model or market factor can explain.

## **Expert Disclosure**

Stout is being compensated for my work on this matter as follows: $900 per hour for my time, and up to $550 per hour for the time of any persons working on this matter. This compensation to Stout in no way influenced the results of my analysis.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 31, 2025.

_____

Fotis Konstantinidis



## X.    APPENDIX A – CURRICULUM VITAE

Fotis Konstantinidis

fkonstantinidis@stout.com

https://www.stout.com/en/professionals/fotis-konstantinidis

**PROFFESIONAL SUMMARY**

- Over 25 years of experience in data analytics, statistics and quantitative analysis. Senior leadership in cryptocurrency valuation and digital asset tracing to support legal teams in presenting rigorous, data-driven arguments.
- Expertise in leveraging data science techniques and tools to generate actionable insights, optimize decision-making, and drive business innovation. Delivers clear, evidence-based insights to support legal teams in presenting rigorous, data-driven arguments.

**PROFESSIONAL EXPERIENCE**

STOUT,  LOS ANGELES, CA                                    Aug. 2019 – Present
*Managing Director – Head of Digital & Data Analytics Practice*
- Practice Lead (https://digital.stout.com/) offering five service lines: 1) Digital Strategy, 2) Business Analytics, 3) Predictive Analytics, 4) Digital Process Automation, 5) Cybersecurity & Data Compliance.
- Leads the "Digital Assets & Cryptocurrency Valuation" offering (https://www.stout.com/en/services/digital-and-data-analytics/digital-assets-cryptocurrencies-valuation), providing valuation, investigative and consulting services for digital assets.
- Develops and deploys statistical models and machine learning algorithms, utilizing advanced data science techniques to solve complex problems, automate processes, and generate actionable insights, while ensuring models are scalable and optimized for performance.
- Led multiple digital asset valuations for financial reporting and IRS compliance purposes (estate and gift tax reporting), including cryptocurrency valuation services for two of the largest bankruptcies in the cryptocurrency market - FTX and Celsius - and provided digital asset tracing for the Terraform Labs bankruptcy.
- Assesses AI models and data pipelines for potential risks such as bias, ethical concerns, compliance with data privacy regulations, and security vulnerabilities, ensuring the development and deployment of responsible and secure AI systems.
- Holds Department of Justice (DoJ) clearance, having experience in sensitive government investigations requiring data and statistical analysis, particularly in cases involving fraud and illicit activity.

CO-OP FINANCIAL SERVICES,  RANCHO CUCAMONGA, CA        Dec. 2017 – Jul. 2019
*Senior Vice President – AI-based Fraud Products*
- Led product development and portfolio management of all AI-based fraud and authentication products in all channels (mobile, online, contact center, ATM).
- P&L owner ($100MM+ in revenue) for the Fraud and Contact Center Products portfolio.



- Led the development of the first in-house, AI-based fraud platform, named "Cooper".
- Implemented data warehousing solutions to consolidate data from various sources for business intelligence purposes.

McKINSEY & COMPANY, LOS ANGELES, CA                          Feb. 2017 – Dec. 2017
*Associate Partner – AI & IoT Lead*
- One of the first experienced hires to lead newly formed Digital McKinsey in the intersection of AI, IoT and payments.
- Delivered rapid prototypes and digital solutions by collaborating with leading high-tech companies to accelerate product development.
- Assessed data strategy and AI models for financial services clients focused on big data analytics.

VISA, SAN FRANCISCO, CA                                      Sep. 2015 – Feb. 2017
*Senior Director – Connected Car Lead*
- Delivered data-driven, pre-production pilots primarily in the connected car space.
- Collaborated with car OEMs, merchants, issuers, and acquirers and presented consumer experience in international conferences (CES, MWC, SXSW).
- Led AI, machine learning and data engineering teams to develop and optimize advanced data models and analytics frameworks for payments use cases, such as predictive models for car leasing and real-time fraud detection in vehicle payments.

ACCENTURE, LOS ANGELES, CA                                   Feb. 2011 – Sep. 2015
*Senior Manager – AI & IoT Silicon Valley Lead*
- Led the design of digital applications leveraging analytics and big data in concert with data scientists, software developers, client teams and the VC community.
- Designed and deployed advanced data analytics solutions for Fortune 500 companies leveraging cloud infrastructure and big data technologies.
- Assessed operational efficiency, data pipeline resilience and disaster recovery strategies for mission-critical applications in data center facilities, focusing on optimizing data engineering workflows for large enterprises.

CALIFORNIA-BASED STARTUPS                                    Aug. 2004 – Dec. 2010
*Chief Technology Officer / Tech Lead*
- *mEgo (avatar technology company, social media platform)* – CTO (2007 – 12/2010): Achieved 300% user increase to 1.5 million users. Increased revenue by integrating with e-commerce and virtual world platforms and cut IT expenses by migrating to the cloud. Launched campaigns with NBA and Adidas.
- *Moderati (ringtone and mobile content provider, licensing audio technology to Qualcomm - Acquired by Bellrock Media)*: Tech Lead (2005 - 2007): Managed 25+ engineers and designers to deliver high- end, data-driven mobile applications for clients in the music industry (VH1, CMT). Analyzed audio data compression algorithms.
- *Lotus Interworks (developer and publisher of mobile games):* Tech Lead (2004 - 2005): Managed engineers and designers to deliver data-driven, mobile applications for big game publishers (THQ, I-Play, Mforma).



LABORATORY OF NEURO IMAGING, LOS ANGELES, CA                Oct. 2002 – Jul. 2004
*Computational Brain Researcher*
- Developed brain software that ensured $800k grant from the National Institute of Health (NIH) to further pursue the Mouse Atlas Project.
- Developed and implemented machine learning algorithms for finding patterns in patients with Alzheimer's disease and schizophrenia.

STREAM ENGINEERING/RTOT
  *Co-Founder/CTO*                                             Jul. 2000 – Mar. 2003
- Co-founded two Europe-based start-up companies (Stream Engineering, RTOT) funded by European programs with $2M for 2 years.

## EXPERT REPORTS/TESTIMONY

- UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, *TerraForm Labs Pte. Ltd., et al., Debtors* | Chapter 11, Case No. 24-10070 (BLS) | Cryptocurrency Tracing Consultant for the Official Committee of Unsecured Creditors | Retained and generated asset tracing reports between March 2024 to October 2024

- UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, *FTX Trading Ltd., et al., Debtors* | Chapter 11, Case No. 22-11068 (JTD) | Report (filed January 26, 2024) | Deposition (February 27, 2024) | Expert Testimony at Bankruptcy Court Trial (March 25, 2024)

- UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK, *Celsius Network LLC, et al., Debtors* | Chapter 11, Case No. 22-10964 (MG) | Report (filed September 27, 2023)

- INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION, *Arbitration: Automotive Manufacturer v. Tier 1 Automotive Supplier* | Reports (filed January 12, 2023, April 16, 2023, and February 26, 2024) | Expert Testimony (May 9, 2024, and May 10, 2024)

- INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION, *Arbitration: Tier 1 Automotive Supplier v. Tier 2 Automotive Supplier* | Reports (filed December 18, 2020, and December 3, 2021) | Expert Testimony (including hot tubbing) (October 21, 2022, December 5, 2022, and December 6, 2022)

## EDUCATION

- M.S. Computer Science (Outstanding M.S. Award), University of California, Los Angeles, 3/2003
- M.S. (equiv.) Chemical Engineering, University of California, Los Angeles, 9/2000
- M.S. Geophysics and Space Physics (Honors), University of California, Los Angeles, 9/1999
- B.S. Physics (Valedictorian), Aristotle University of Thessaloniki, Greece, 10/1997

## ACADEMIC HONORS/AWARDS



- Outstanding M.S. Award, Computer Science department, UCLA, March 2003
- Microsoft Fellowship for the Guerilla .NET–C# Workshop, December 2002, Torrance, CA
- Onassis Foundation Scholarship for Excellence in Academic Achievement for 2000-2002
- Recipient of the ARCO Fellowship, September 1999 - June 2000
- Recipient of the UCLA Tuition Fellowship Award for 1997-2003
- First Place in School of Sciences (Informatics, Physics, Math, Chemistry, Biology, Geology), Aristotle University of Thessaloniki, Greece, October 1996
- Three Greek State Merit Scholarships for First Place (1993-1995)
- Invited Talk in the Workshop/Symposium on Mathematical Physics "Hyperfunctions, Operator Theory and Dynamical Systems", January 1997, Brussels, Belgium, chaired by the 1977 Nobel Laureate in Chemistry, Dr. Ilya Prigogine

**ACADEMIC (PAST) MEMBERSHIPS**

- Member of the International Society of Computational Biology (ISCB)
- Member of the Institute of Electrical and Electronics Engineering (IEEE) Computer Society
- Member of the Association for Computing Machinery (ACM)
- Member of the American Institute of Chemical Engineers (AIChE)
- Local Organizing Committee Member for the 8th European Meeting on Solar Physics: Solar & Heliospheric Plasma Physics, 13-18 May 1996, Thessaloniki, Greece

**ARTICLES & PUBLICATIONS**

1. *"How to value data: the fuel powering the AI revolution"*, Accounting Today, August 2025: https://www.accountingtoday.com/opinion/how-to-value-data-the-fuel-powering-the-ai-revolution

2. *"Governing AI's Rise: Internal Audit's Role in Risk & Accountability"*, Stout.com, July 2025: https://www.stout.com/en/insights/article/governing-ai-rise-internal-audits-role-risk-accountability

3. *"Tokenized Assets Are Redefining Audits and Compliance in New Ways"*, Bloomberg Tax, May 2025: https://news.bloomberglaw.com/tax-insights-and-commentary/tokenized-assets-are-redefining-audits-and-compliance-in-new-ways

4. *"What audit firms should know about tokenization risks"*, Accounting Today, May 2025: https://www.accountingtoday.com/opinion/what-audit-firms-should-know-about-tokenization-risks

5. *"Discovering NFTs: What Your Company Needs to Know About NFTs in 2024"*, Practising Law Institute (PLI), November 2024: https://www.pli.edu/programs/unpacking-the-boom-what-your-company-needs-to-know-about-nfts

6. *"Digital Assets: Trends, Valuation, and Strategic Implications for Investors"*, Stout Summit: Investment Funds and Alternative Assets, October 2024

7. *"New SEC Rules Require Cybersecurity Disclosure. How To Prepare"*, Stout.com, February 2024: https://www.stout.com/en/insights/commentary/new-sec-rules-require-cybersecurity-disclosure



8. "*How IT Due Diligence 2.0 Maximizes Value in M&A Transactions*", Stout.com, February 2024: https://www.stout.com/en/insights/article/how-it-due-diligence-2-maximizes-value-in-ma-transactions

9. "*Considerations in NFT Valuation Methodologies*", Practising Law Institute (PLI), December 2023: https://www.pli.edu/programs/unpacking-the-boom-what-your-company-needs-to-know-about-nfts?t=ondemand&p=358225&seg=399182#SEGV399182

10. "*Data Analytics' Importance in Compliance: What Companies Need to Know*", ALM | Law.com, August 2023:  https://www.law.com/thelegalintelligencer/2023/08/21/data-analytics-importance-in-compliance-what-companies-need-to-know

11. "*10 Best Practices for Your Middle-Market M&A Transaction*", The Deal, August 2023, https://www.stout.com/en/insights/article/10-best-practices-your-middle-market-ma-transaction

12. "*Cryptocurrency and NFT Tax Considerations Based on Recent IRS Strategy and Guidance*", Bloomberg Tax, Tax Management Memorandum, June 2023: https://www.stout.com/en/insights/article/cryptocurrency-nft-tax-considerations-based-recent-irs-strategy-guidance

13. "*Why Data Analytics Can be Crucial in Litigation Outcomes*", Stout.com, March 2023: https://www.stout.com/en/insights/article/why-data-analytics-can-be-crucial-litigation-outcomes

14. "*How to Perform Due Diligence on a Custom-Developed IT Product*", Stout.com, March 2023: https://www.stout.com/en/insights/article/how-to-perform-due-diligence-on-custom-developed-it-product

15. "*Don't Ignore IT Diligence During the Purchase Process*", Stout.com, February 2023: https://www.stout.com/en/insights/article/dont-ignore-it-diligence-during-purchase-process

16. "*NFT Taxation: What Guidance Currently Exists and Using Established Tax Principles to Fill the Voids*", Practising Law Institute (PLI), November 2022: https://www.pli.edu/programs/unpacking-the-boom-what-your-company-needs-to-know-about-nfts?t=ondemand&p=352814#SEG136675

17. "*The Trials and Tribulations of NFT Valuation in the Marketplace*", Bloomberg Tax, October 2022: https://news.bloombergtax.com/tax-insights-and-commentary/the-trials-and-tribulations-of-nft-valuation-in-the-marketplace

18. "*Preparing a company to go public*", Accounting Today, October 2022: https://www.accountingtoday.com/opinion/preparing-a-company-to-go-public

19. "*Data Analytics Software Provides Value for ASC 606 Compliance*", Bloomberg Tax, August 2022: https://news.bloombergtax.com/tax-insights-and-commentary/data-analytics-software-provides-value-for-asc-606-compliance

20. "*The Wild West: Valuing Cryptocurrency During a Time of Volatility*", Bloomberg Law, March 2022: https://news.bloomberglaw.com/daily-tax-report/the-wild-west-valuing-cryptocurrency-during-a-time-of-volatility


21. "*How CFOs Can Leverage RPA Software to Automate Invoice Processing*", Stout.com, February 2022: https://www.stout.com/en/insights/article/how-cfo-can-leverage-rpa-software-automate-invoice-processing

22. "*Why Cybersecurity Can't Be Ignored*", Stout.com, November 2021: https://www.stout.com/en/insights/article/why-cybersecurity-cant-be-ignored

23. "IT Due Diligence. Why You Should Consider It", Stout.com, July 2021: https://www.stout.com/en/insights/commentary/it-due-diligence-why-you-should-consider-it

24. "*5 Tech Challenges for Healthcare IT Leaders*", Stout.com, March 2021: https://www.stout.com/en/insights/infographic/5-tech-challenges-healthcare-it-leaders

25. "*IT Modernization in the Healthcare Industry*", Stout.com, February 2021: https://www.stout.com/en/insights/article/it-modernization-healthcare-industry

26. "*Today's Data Governance: Lost in Translation Schrems II, CPRA, and Maintaining a Current Data Inventory*", Presentation at Association of Corporate Counsel (ACC) San Francisco, January 2021: https://www.acc.com/education-events/2021/race-finish-2021-day-2

27. "*Can Machine Learning Help Cybersecurity Systems?*", Stout.com, September 2020: https://www.stout.com/en/insights/article/can-machine-learning-help-cybersecurity-systems

28. "*New IT Remedies for Healthcare Organizations*", Stout.com, September 2020: https://www.stout.com/en/insights/article/new-it-remedies-healthcare-organizations

29. "*How Advanced Analytics Helps Prevent Patient Leakage in Healthcare Organizations*", Stout.com, August 2020: https://www.stout.com/en/insights/article/how-advanced-analytics-helps-prevent-patient-leakage-healthcare

30. "*Your Digital Defense: Assess Cyber Risks, Prevent Data Breaches & Unmask Threat Actors*", Stout.com, July 2020: https://www.stout.com/en/events/assess-cyber-risks-prevent-data-breaches-unmask-threat-actors

31. "*Owning what AI Creates*", Licensing Executives Society USA & Canada, Panel Session, May 2020: https://members.lesusacanada.org/store/viewproduct.aspx?id=16520961

32. "*Digital Trends for the CIO Amid the COVID-19 Pandemic*", Stout.com, April 2020: https://www.stout.com/en/insights/article/digital-trends-cio-amid-covid-19-pandemic

33. "*Why and how to run machine learning algorithms on edge devices*", The Robot Report, February 2020: https://www.therobotreport.com/why-and-how-to-run-machine-learning-algorithms-on-edge-devices/

34. "*Optimizing Data Strategies*", Stout.com, January 2020: https://www.stout.com/en/insights/article/optimizing-data-strategies



35. "*The Future of Artificial Intelligence*", Stout.com, January 2020:
    https://www.stout.com/en/insights/commentary/future-artificial-intelligence

36. *"Harnessing Technology to Drive Productivity: A CFO's Guide by The Philadelphia CFOLC"*,
    The CFO Leadership Council, November 2019: https://cfolc.site-
    ym.com/event/harnessingtechnology

37. "*Electronic system hardware for secure payments for vehicles*", Patent filed on 7/13/2016, granted
    on 10/16/2019 (15/209,245 | 1826US01/090426-30882):
    https://patentcenter.uspto.gov/applications/15209245

38. "*Looking Ahead in 2019: A.I. Needed to Level Fraud-fighting Playing Field*", Cornerstone CU
    League Magazine, July 2018: https://www.cornerstoneleague.coop/docs/default-
    source/Communications-Documents/perspectives/perspective-vol-14-issue-1.pdf?sfvrsn=0

39. "*3 Powerful Reasons to Invest in AI Today*", CUES (Credit Union Executives Society), July 2018:
    https://www.cumanagement.com/blogs/2018/07/26/3-powerful-reasons-invest-ai-today

40. "*LONI visualization environment*", I. D. Dinov, D. Valentino, B. C. Shin, F. Konstantinidis, G. Hu,
    A. MacKenzie-Graham, E. Lee, D. Shattuck, Jeff Ma, Craig Schwartz, Arthur W Toga, J Digit
    Imaging, 2006, Jun;19(2):148-58

41. "*A multimodal, multidimensional atlas of the C57BL/6J mouse brain*", A. MacKenzie-Graham, E.
    Lee, I. D. Dinov, M. Bota, D. W. Shattuck, S. Ruffins, H. Yuan, F. Konstantinidis, A. Pitiot, Y.
    Ding, G. Hu, R. E. Jacobs, A. W. Toga, J. Anat. (2004) 204**,** pp 93-102

42. "*Testing the numerical sensitivity of simulation codes using Monte Carlo arithmetic*", F.
    Konstantinidis, D. S. Parker, Technical Report CSD-9200187, UCLA, Computer Science
    Department, February 2003

43. "*Simulation of a Weakly Ionized Plasma Driven by Various Voltage Waveforms*", F. Konstantinidis,
    H. C. Kim and V. I. Manousiouthakis, 1999 Annual AIChE Meeting, October 31 - November 5,
    1999, Dallas, TX

44. "*An Optimization Algorithm Applied to Weakly Ionized Plasmas*", F. Konstantinidis, H.C. Kim,
    1999 Annual AIChE Meeting, October 31 - November 5, 1999, Dallas, TX

45. "*Use of Monte-Carlo Methods in Reaction Engineering*", F. Konstantinidis, K. Holiastos, 1999
    Annual AIChE Meeting, October 31 - November 5, 1999, Dallas, TX

46. "*Magnetic Evidence for an Extended Europa Wake*", F. Konstantinidis, C. T. Russell, D. E.
    Huddleston, K. K. Khurana and M.G. Kivelson, 1998 Fall AGU Meeting, San Francisco

47. "*POLAR Observations of Ion Cyclotron Waves in the Cusp*", G. Le, C. T. Russell, D. E.
    Huddleston, R. J. Strangeway, and F. Konstantinidis, 1998 Fall AGU Meeting, San Francisco

48. "*Sources and Losses of the Jovian Plasma*", C. T. Russell, D. E. Huddleston, F. Konstantinidis, M.
    G. Kivelson and K. K. Khurana, 1998 Fall AGU Meeting, San Francisco



49. "*The Unsteady Circulation of the Jovian Plasma*", C. T. Russell, D. E. Huddleston, F. Konstantinidis, M. G. Kivelson, K. K. Khurana, DPS Conference, October 11-16, 1998, Madison, Wisconsin

50. "*Wave Particle Interactions at Io*", D. E. Huddleston, C. T. Russell, F. Konstantinidis, R. J. Strangeway, X. Blanco-Cano, DPS Conference, October 11-16, 1998, Madison, Wisconsin

51. "*The Europa Plume as Observed by the Galileo Magnetometer*", F. Konstantinidis, C. T. Russell, D. E. Huddleston, K. K. Khurana, M. G. Kivelson, DPS Conference, October 11 – 16, 1998, Madison, Wisconsin

52. "*Properties of the Ion Cyclotron Waves in the Neighborhood of Io: Results from Wavelet Analysis*", M. Gedalin, F. Konstantinidis, C. T. Russell, D. E. Huddleston and R. J. Strangeway, 1998 Spring AGU Meeting, Boston

53. "*Properties of the Ion Cyclotron Waves in the Neighborhood of Io: Results from Fourier Analysis*", F. Konstantinidis., C. T. Russell, D. E. Huddleston, R. J. Strangeway and M. Gedalin, 1998 Spring AGU Meeting, Boston

54. "*Linear Filters for the Prediction of the Geomagnetic Activity*", F. Konstantinidis, 4th National Conference in Complexity and Chaotic Dynamics in Non-linear Systems, July 22 - August 2, 1996, Patras, Greece



## XI.    APPENDIX B – DOCUMENTS CONSIDERED

1.    Amended Proof of Claim [No. 100078]
2.    Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd., *In re FTX Trading Ltd.*, No. 22-11068 [D.I. 30932]
3.    Declaration of Stephen Nicholas Atherton K.C. In Support of the FTX Recovery Trust's Objection to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital, *In re FTX Trading Ltd.*, No. 22-11068 [D.I. 30935]
4.    Declaration of Steven P. Coverick In Support of the FTX Recovery Trust's Objection to the Amended Proof of Claim Filed by Joint Liquidators of Three Arrows Capital, *In re FTX Trading Ltd.*, No. 22-11068 [D.I. 30934]
5.    Second Declaration of The Ret. Hon. Lord Neuberger of Abbotsbury, In re FTX Trading Ltd., No. 22-11068 [D.I. 30933]
6.    FTX_3AC_000000001.CSV
7.    FTX_3AC_000000002.CSV
8.    FTX_3AC_000000003.xlsx
9.    FTX_3AC_000000004.xlsx
10.    FTX_3AC_000000005.xlsx
11.    FTX_3AC_000000006.xlsx
12.    FTX_3AC_000000007.xlsx
13.    FTX_3AC_000000008.xlsx
14.    FTX_3AC_000000009.xlsx
15.    FTX_3AC_000000010.xlsx
16.    FTX_3AC_000000011.xlsx
17.    FTX_3AC_000000012.xlsx
18.    FTX_3AC_000000013.xlsx
19.    FTX_3AC_000000014.xlsx
20.    FTX_3AC_000000015.xlsx
21.    FTX_3AC_000000016.xlsx
22.    FTX_3AC_000000017.xlsx
23.    FTX_3AC_000000018.xlsx
24.    FTX_3AC_000000019.xlsx
25.    FTX_3AC_000000020.xlsx
26.    FTX_3AC_000000021.xlsx
27.    FTX_3AC_000000022.xlsx
28.    FTX_3AC_000000023.xlsx
29.    FTX_3AC_000000024.xlsx
30.    FTX_3AC_000000025.xlsx
31.    FTX_3AC_000000026.xlsx
32.    FTX_3AC_000000027.xlsx
33.    FTX_3AC_000000028.xlsx
34.    FTX_3AC_000000029.xlsx
35.    FTX_3AC_000000030.xlsx



36.     FTX_3AC_000000031.xlsx
37.     FTX_3AC_000000032.xlsx
38.     FTX_3AC_000000033.xlsx
39.     FTX_3AC_000000034.xlsx
40.     FTX_3AC_000000035.xlsx
41.     FTX_3AC_000000036.xlsx
42.     FTX_3AC_000000037.xlsx
43.     FTX_3AC_000000038.xlsx
44.     FTX_3AC_000000038_Amended.XLSX
45.     FTX_3AC_000000039.xlsx
46.     FTX_3AC_000000040.xlsx
47.     FTX_3AC_000000041.xlsx
48.     FTX_3AC_000000042.xlsx
49.     FTX_3AC_000000043.xlsx
50.     FTX_3AC_000000044.xlsx
51.     FTX_3AC_000000045.xlsx
52.     FTX_3AC_000000046.xlsx
53.     FTX_3AC_000000047.xlsx
54.     FTX_3AC_000000048.xlsx
55.     FTX_3AC_000000049.xlsx
56.     FTX_3AC_000000050.xlsx
57.     FTX_3AC_000000051.xlsx
58.     FTX_3AC_000000052.xlsx
59.     FTX_3AC_000000053.xlsx
60.     FTX_3AC_000000054.xlsx
61.     FTX_3AC_000000055.xlsx
62.     FTX_3AC_000000056.xlsx
63.     FTX_3AC_000000057.xlsx
64.     3AC-FTX-00562701
65.     3AC-FTX-00561897
66.     3AC-FTX-00561898
67.     3AC-FTX-00561894
68.     3AC-FTX-00561895
69.     3AC-FTX-00561915
70.     3AC-FTX-00561896
71.     3AC-FTX-00561906
72.     3AC-FTX-00561900
73.     3AC-FTX-00561913
74.     3AC-FTX-00562849
75.     3AC-FTX-00561905
76.     3AC-FTX-00561912
77.     3AC-FTX-00561907
78.     3AC-FTX-00561902
79.     3AC-FTX-00561909



| 80. | 3AC-FTX-00561901 |
|-----|-------------------|
| 81. | 3AC-FTX-00561899 |
| 82. | 3AC-FTX-00561903 |
| 83. | 3AC-FTX-00561911 |
| 84. | 3AC-FTX-00561910 |
| 85. | 3AC-FTX-00561908 |
| 86. | 3AC-FTX-00561904 |
| 87. | 3AC-FTX-00561914 |
| 88. | 3AC-FTX-00561916 |
| 89. | 3AC-FTX-00562847 |
| 90. | 3AC-FTX-00563032 |
| 91. | 3AC-FTX-00562435 |
| 92. | 3AC-FTX-00561877 |
| 93. | 3AC-FTX-00563036 |
| 94. | 3AC-FTX-00563034 |
| 95. | 3AC-FTX-00563035 |
| 96. | 3AC-FTX-00562180 |
| 97. | 3AC-FTX-00561828 |
| 98. | 3AC-FTX-00561917 |
| 99. | 3AC-FTX-00561918 |
| 100. | 3AC-FTX-00562709 |
| 101. | 3AC-FTX-00562715 |
| 102. | 3AC-FTX-00562711 |
| 103. | 3AC-FTX-00562714 |
| 104. | 3AC-FTX-00562717 |
| 105. | 3AC-FTX-00562716 |
| 106. | 3AC-FTX-00562712 |
| 107. | 3AC-FTX-00562710 |
| 108. | 3AC-FTX-00562718 |
| 109. | 3AC-FTX-00562707 |
| 110. | 3AC-FTX-00562706 |
| 111. | 3AC-FTX-00562708 |
| 112. | 3AC-FTX-00562705 |
| 113. | 3AC-FTX-00562713 |
| 114. | 3AC-FTX-00562704 |
| 115. | 3AC-FTX-00562722 |
| 116. | 3AC-FTX-00562721 |
| 117. | 3AC-FTX-00562719 |
| 118. | 3AC-FTX-00562720 |
| 119. | 3AC-FTX-00562723 |
| 120. | 3AC-FTX-00562732 |
| 121. | 3AC-FTX-00562725 |
| 122. | 3AC-FTX-00562731 |
| 123. | 3AC-FTX-00562729 |



124.    3AC-FTX-00562726
125.    3AC-FTX-00562730
126.    3AC-FTX-00562733
127.    3AC-FTX-00562724
128.    3AC-FTX-00562745
129.    3AC-FTX-00562727
130.    3AC-FTX-00562744
131.    3AC-FTX-00562740
132.    3AC-FTX-00562742
133.    3AC-FTX-00562741
134.    3AC-FTX-00562728
135.    3AC-FTX-00562749
136.    3AC-FTX-00562763
137.    3AC-FTX-00562753
138.    3AC-FTX-00562774
139.    3AC-FTX-00562751
140.    3AC-FTX-00562769
141.    3AC-FTX-00562761
142.    3AC-FTX-00562758
143.    3AC-FTX-00562772
144.    3AC-FTX-00562783
145.    3AC-FTX-00562773
146.    3AC-FTX-00562746
147.    3AC-FTX-00562780
148.    3AC-FTX-00562755
149.    3AC-FTX-00562738
150.    3AC-FTX-00562747
151.    3AC-FTX-00562762
152.    3AC-FTX-00562766
153.    3AC-FTX-00562788
154.    3AC-FTX-00562776
155.    3AC-FTX-00562768
156.    3AC-FTX-00562765
157.    3AC-FTX-00562767
158.    3AC-FTX-00562754
159.    3AC-FTX-00562779
160.    3AC-FTX-00562752
161.    3AC-FTX-00562759
162.    3AC-FTX-00562760
163.    3AC-FTX-00562748
164.    3AC-FTX-00562750
165.    3AC-FTX-00562756
166.    3AC-FTX-00562775
167.    3AC-FTX-00562770



| | |
|---|---|
| 168. | 3AC-FTX-00562777 |
| 169. | 3AC-FTX-00562764 |
| 170. | 3AC-FTX-00562792 |
| 171. | 3AC-FTX-00562736 |
| 172. | 3AC-FTX-00562793 |
| 173. | 3AC-FTX-00562735 |
| 174. | 3AC-FTX-00562789 |
| 175. | 3AC-FTX-00562791 |
| 176. | 3AC-FTX-00562786 |
| 177. | 3AC-FTX-00562784 |
| 178. | 3AC-FTX-00562771 |
| 179. | 3AC-FTX-00562794 |
| 180. | 3AC-FTX-00562734 |
| 181. | 3AC-FTX-00562739 |
| 182. | 3AC-FTX-00562757 |
| 183. | 3AC-FTX-00562737 |
| 184. | 3AC-FTX-00562782 |
| 185. | 3AC-FTX-00562743 |
| 186. | 3AC-FTX-00562787 |
| 187. | 3AC-FTX-00562778 |
| 188. | 3AC-FTX-00562785 |
| 189. | 3AC-FTX-00562795 |
| 190. | 3AC-FTX-00562781 |
| 191. | 3AC-FTX-00562790 |
| 192. | 3AC-FTX-00562796 |
| 193. | 3AC-FTX-00561770 |
| 194. | 3AC-FTX-00561771 |
| 195. | 3AC-FTX-00561774 |
| 196. | 3AC-FTX-00563033 |
| 197. | 3AC-FTX-00562434 |
| 198. | 3AC-FTX-00561772 |
| 199. | 3AC-FTX-00562848 |
| 200. | 3AC-FTX-00562850 |
| 201. | 3AC-FTX-00562846 |
| 202. | 3AC-FTX-00562845 |
| 203. | 3AC-FTX-00561845 |
| 204. | 3AC-FTX-00561834 |
| 205. | 3AC-FTX-00561840 |
| 206. | 3AC-FTX-00561847 |
| 207. | 3AC-FTX-00561835 |
| 208. | 3AC-FTX-00561841 |
| 209. | 3AC-FTX-00561848 |
| 210. | 3AC-FTX-00561832 |
| 211. | 3AC-FTX-00561838 |



212.    3AC-FTX-00561844
213.    3AC-FTX-00561830
214.    3AC-FTX-00561836
215.    3AC-FTX-00561842
216.    3AC-FTX-00561849
217.    3AC-FTX-00561831
218.    3AC-FTX-00561837
219.    3AC-FTX-00561843
220.    3AC-FTX-00561919
221.    3AC-FTX-00561833
222.    3AC-FTX-00561839
223.    3AC-FTX-00561846
224.    3AC-FTX-00381050
225.    3AC-FTX-00381049
226.    3AC-FTX-00561773
227.    3AC-FTX-00561921
228.    3AC-FTX-00561922
229.    3AC-FTX-00562163
230.    3AC-FTX-00562164
231.    3AC-FTX-00562165
232.    3AC-FTX-00562166
233.    3AC-FTX-00561923
234.    3AC-FTX-00562501
235.    3AC-FTX-00562162
236.    3AC-FTX-00563031
237.    3AC-FTX-00562299

 Expert Report of Fotis Konstantinidis – Case 22-11068-KBO          Page 60 of 60