# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Ref. No. 34253 |

### ORDER EXTENDING THE DEADLINE TO FILE (I) THE MOTION TO SEAL, (II) THE PROPOSED REDACTED VERSION OF THE REPLY IN FURTHER SUPPORT OF THE OBJECTION OF THE FTX RECOVERY TRUST TO THE AMENDED PROOF OF CLAIM FILED BY THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL LTD., AND (III) THE PROPOSED REDACTED VERSIONS OF THE DECLARATIONS THERETO

Upon the motion (the "Motion")[2] for entry of an order extending the deadline to file (i) the Motion to Seal, (ii) the proposed redacted versions of the *Reply in Further Support of the Objection of The FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd.* [D.I. 34240] (the "Reply"), and (iii) the proposed redacted versions of the *Rebuttal Declaration of Stephen Nicholas Atherton K.C.* [D.I. 34241] (the "Atherton Rebuttal Declaration"), the *Rebuttal Declaration of the Rt. Hon. Lord Neuberger of Abbotsbury* [D.I. 34242] (the "Neuberger Rebuttal Declaration"), the *Rebuttal Declaration of Stephen Houseman K.C.* [D.I. 34243] (the "Houseman Declaration"), and the *Reply Declaration of Benjamin S. Beller and the exhibits thereto* [D.I. 34244] (the "Beller Reply Declaration", and collectively, the "Reply Materials"), as set forth in the Motion; and the Court having reviewed the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of post-effective date debtor entities in these chapter 11 cases, a complete list of the post-effective date debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Recovery Trust's claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted.

2. The deadline to file the Motion to Seal and the proposed redacted versions of the Reply Materials is extended to January 5, 2026.

3. This Court shall retain jurisdiction with respect to all matters arising from or in relation to the interpretation and implementation of this Order.

Dated: January 16th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE