IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (KBO) |
| Debtors. | : | (Jointly Administered) |
|  | : | **Re. D.I. 33961 & 34097** |

## ORDER GRANTING THE SEALING MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL LTD.

Upon consideration of the *Sealing Motion of the Joint Liquidators of Three Arrows Capital Ltd.* (the "Sealing Motion");[2] and the Court having found that it has jurisdiction to consider the Sealing Motion and the relief requested therein under 28 U.S.C. § 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that consideration of the Sealing Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b); and the Court having found that venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and proper notice of the Sealing Motion was provided and that such notice was adequate and appropriate under the particular circumstances; and the Court having determined that the legal and factual bases set forth in the Sealing Motion establish just cause for the relief granted

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of FTX's claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sealing Motion.

herein; and any objections to the Sealing Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Sealing Motion is **GRANTED** as set forth herein.

2. The Joint Liquidators are authorized to make redactions to paragraphs 42, 44, 189, and footnote 8 of the Response.

3. The Joint Liquidators are authorized to make redactions to paragraphs 18, 66, 67, and footnote 112 of the Lisle Suppl. Declaration.

4. The Joint Liquidators are authorized to make redactions to Exhibit 1 of the Scheig Declaration.

5. The Joint Liquidators are authorized to make redactions to Exhibit 1 of the Konstantinidis Declaration.

6. The Joint Liquidators are authorized to file completely under seal Exhibits 18-20 to the Austin Declaration.

7. This Order shall be effective and enforceable immediately upon its entry.

8. This Court shall retain jurisdiction with respect to the implementation of this Order.

Dated: January 16th, 2026
Wilmington, Delaware

*Ka B. O____*
**KAREN B. OWENS
CHIEF JUDGE**