### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

### CERTIFICATION OF COUNSEL

I, Matthew B. McGuire, counsel to the FTX Recovery Trust (the "Trust"), hereby certify as follows to the best of my knowledge, information and belief:

1. On June 30, 2023, Seth Melamed ("Melamed") filed Claims 3244 and 4578 against FTX Japan Holdings K.K., Claim 3353 against Quoine Pte Ltd., and Claim 3385 against FTX Trading Ltd.

2. On July 10, 2024, the Debtors filed the *Debtors' Objection to Proofs of Claim Filed By Seth Melamed* [D.I. 20051].

3. On August 16, 2024, Melamed filed the *Opposition to Debtors' Objection to Proofs of Claim* [D.I. 23170].

4. On November 7, 2024, Melamed filed a *Request for Payment of Administrative Expense* [D.I. 27798] (together with Claims 3244, 4578, 3353, and 3385, the "Claims").

5. On December 9, 2024, the Debtors filed the Debtors' *Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(b) and 510(c)(1)* [D.I. 28643].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained don the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

6. On January 3, 2025, the Effective Date of the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1] occurred [D.I. 29127].

7. On April 7, 2025, Melamed filed the *Opposition to Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(b) and 510(c)(1) and Cross-Motion to Compel Arbitration* [D.I. 30077].

8. On May 7, 2025, the Trust filed the *FTX Recovery Trust's Reply in Support of Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination and Opposition to Claimant's Cross-Motion to Compel Arbitration* [D.I. 30364].

9. On May 14, 2025, the Court held a scheduling conference to discuss staging of proceedings on Melamed's Claims, and at that conference, the Court scheduled oral argument for June 25, 2025 on three threshold issues (the "Threshold Issues").

10. On June 18, 2025, Melamed filed the *Reply in Support of Melamed's Cross-Motion to Compel Arbitration* [D.I. 30900].

11. On June 25, 2025, the Court heard oral argument on the Threshold Issues.

12. On July 22, 2025, the Court issued a ruling on the Threshold Issues from the bench, which the Court memorialized in its *Order Sustaining in Part Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed* [D.I. 32057] and its *Order Granting in Part and Denying in Part Cross-Motion of Seth Melamed Seeking to Compel Arbitration of the Claims* [D.I. 32058].

13. On December 12, 2025, the Trust submitted to Melamed's counsel a proposed Case Management Plan and Scheduling Order ("CMO") for review and consideration. After multiple follow-up communications, Melamed's counsel responded on December 31, 2025 with proposed revisions. The parties thereafter exchanged correspondence regarding the proposed schedule. However, although the parties appeared to have reached an agreement as to the proposed

schedule, Melamed's counsel has not confirmed that agreement or consented to the filing of a stipulated CMO.

14. Accordingly, the Trust respectfully requests that the Court enter the Trust's proposed form of the CMO, attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: January 16, 2026<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>      mcguire@lrclaw.com<br>      brown@lrclaw.com<br>      pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>      bromleyj@sullcrom.com<br>      gluecksteinb@sullcrom.com<br>      kranzleya@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust.* |