# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

**CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

1. This Case Management Plan and Scheduling Order, by and among the FTX Recovery Trust (the "Trust") and Seth Melamed (each a "Party" and collectively, the "Parties") shall govern the Trust's objection to the proofs of claim filed by Seth Melamed as well as his administrative claim [D.I. 27798].

2. The following schedule shall apply absent further agreement of the Parties or order of the Court:

| Event | Deadline |
|---|---|
| Service of any discovery requests by either Party relating to Claim Nos. 3244, 4578, 3353, or the Administrative Claim filed by Seth Melamed or the Trust's motion for subordination pursuant to 11 U.S.C. § 510(c) | February 13, 2026 |
| Parties to meet and confer regarding the scope of any discovery requests | March 6, 2026 |
| Service of any non-party discovery requests by either Party | April 3, 2026 |
| Completion of document productions | May 22, 2026 |
| Completion of fact witness depositions | July 24, 2026 |
| Service of initial expert witness reports | July 31, 2026 |
| Service of expert witness rebuttal reports | August 21, 2026 |
| Completion of expert witness depositions | September 25, 2026 |
| Pretrial conference | To Be Determined Upon Court's Availability |

Dated: _____
    Wilmington, Delaware

_____
The Honorable Karen B. Owens
Chief United States Bankruptcy Judge