## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | |
| FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, | Adv. Pro. No. 24-50188 (KBO) |
| Defendants. | |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | |
| THE GOODLY INSTITUTE dba GOODLY LABS, | Adv. Pro. No. 24-50212 (KBO) |
| Defendant. | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0084810.2}

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　- against -<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 24-50214 (KBO) |
| FTX RECOVERY TRUST,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　- against -<br><br>KUROSEMI INC.,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 25-50635 (KBO) |
| MORGAN AND MORGAN CLAIMANTS,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　- against -<br><br>FTX TRADING LTD.,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 25-50962 (KBO) |
| FTX RECOVERY TRUST,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　- against -<br><br>RYAN SALAME and MICHELLE BOND,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 25-52195 (KBO) |

| | |
|---|---|
| FTX RECOVERY TRUST,<br><br>                        Plaintiff,<br><br>                    - against -<br><br>GENESIS DIGITAL ASSETS LIMITED, GDA US INC., DDH (NORTH AMERICA) INC., DDH-CHOLLA, LLC, DDH-OK-1, LLC, RASHIT MAKHAT, and MARCO KROHN,<br><br>                      Defendants. | Adv. Pro. No. 25-52358 (KBO) |

### AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANUARY 20, 2026 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

**ADJOURNED MATTERS:**

1. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

    Status: This matter is adjourned to a date to be determined.

---

[2] **Amended items appear in bold.**

2. Motion of Chisato Muromoto to Permit Filing of a Proof of Claim After the Bar Date and/or for Related Relief [D.I. 32956, filed on October 9, 2025]

   Status: This matter is adjourned to the February 19, 2026 omnibus hearing.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS**:

3. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

   Status: This matter is adjourned to a date to be determined.

4. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. The Goodly Institute*, Adv. No. 24-50212 – Adv. D.I. 3, filed on November 26, 2024]

   Status: This matter is adjourned to a date to be determined.

5. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

   Status: This matter is adjourned to a date to be determined.

6. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Kurosemi Inc.*, Adv. No. 25-50635 – Adv. D.I. 3, 4 & 5, filed on May 1, 23 & 30, 2025]

   Status: This matter is adjourned to a date to be determined.

7. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Morgan and Morgan Claimants v. FTX Trading Ltd.*, Adv. No. 25-50962 – Adv. D.I. 6, filed on August 27, 2025]

   Status: This matter is adjourned to a date to be determined.

8. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Genesis Digital Assets Limited et al.*, Adv. No. 25-52358 – Adv. D.I. 3, filed on October 6, 2025]

   Status: This matter is adjourned to a date to be determined.

**RESOLVED MATTERS:**

9. Motion of the FTX Recovery Trust for an Order Authorizing the Continued Redaction or Withholding of Certain Confidential Information of Customers [D.I. 34195, filed on December 23, 2025]

Status: On January 8, 2026, the Court entered an Order granting the requested relief. Accordingly, a hearing on this matter is not required.

10. Motion for an Order Extending the Deadline to File (I) the Motion to Seal, (II) the Proposed Redacted Version of the Reply in Further Support of the Objection of the FTX Recovery Trust to the Amended Proof of Claim Filed by the Joint Liquidators of Three Arrows Capital Ltd., and (III) the Proposed Redacted Versions of the Declarations Thereto [D.I. 34253, filed on January 2, 2026]

    Status: **On January 16, 2026, the Court entered an Order granting the requested relief. Accordingly, a hearing on this matter is not required.**

11. Sealing Motion of the FTX Recovery Trust [D.I. 34258, filed on January 5, 2026]

    Status: **On January 16, 2026, the Court entered an Order granting the requested relief. Accordingly, a hearing on this matter is not required.**

12. Sealing Motion of the Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation) [D.I. 33961, filed December 1, 2025]

    Status: **On January 16, 2026, the Court entered an Order granting the requested relief. Accordingly, a hearing on this matter is not required.**

**ADVERSARY MATTERS GOING FORWARD:**

13. Pretrial Conference [*FTX Recovery Trust v. Salame et al*., Adv. No. 25-52195 – Adv. D.I. 7, order entered on October 7, 2025]

    Related Documents:

    A. Complaint [Adv. D.I. 1 & 2, filed on August 28, 2025]

    B. Order Approving Stipulation for Extension of Time for Defendants to Answer, Move or Otherwise Respond to the Complaint [Adv. D.I. 7, entered on October 7, 2025]

    C. Order (A) Authorizing the FTX Recovery Trust to File Certain Confidential Information in the Complaint Under Seal and (B) Granting Related Relief [Adv. D.I. 8, entered on October 7, 2025]

    D. Defendant Ryan Salame's Answer to Plaintiff's Complaint with Affirmative Defenses [Adv. D.I. 11, filed on October 30, 2025]

    E. Answer and Affirmative Defenses of Defendant Michelle Bond to Plaintiff's Complaint [Adv. D.I. 14, filed on October 30, 2025]

F. **Stipulation Regarding Briefing on Plaintiff's Motion for Summary Judgment [Adv. D.I. 25, filed on January 19, 2026]**

Status: **A stipulation has been filed, and an order has been uploaded for entry. Accordingly, the pretrial conference is not required unless the Court has questions.**

14. Ross Rheingans-Yoo's Motion to Dismiss – [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 61, filed on September 26, 2025]

    Response Deadline: October 30, 2025

    Responses Received:

    A. Plaintiff's Memorandum of Law in Opposition to Ross Rheingans-Yoo's Motion to Dismiss [Adv. D.I. 72, filed on October 30, 2025]

    Related Documents:

    A. First Amended Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550, and Del. Code Ann. Tit. 6, §§ 1304 and 1305, and for Disallowance or Subordination of Claim Pursuant to 11 U.S.C. §§ 502 and 510 [Adv. D.I. 38, filed on July 23, 2025]

    B. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 39, filed on July 29, 2025]

    C. Opening Brief in Support of Ross Rheingans-Yoo's Motion to Dismiss [Adv. D.I. 62, filed on September 26, 2025]

    D. Reply Brief in Support of Ross Rheingans-Yoo's Motion to Dismiss [Adv. D.I. 74, filed on November 13, 2025]

    E. Notice of Completion of Briefing Regarding Ross Rheingans-Yoo's Motion to Dismiss [Adv. D.I. 79, filed on November 24, 2025]

    F. Request for Oral Argument [Adv. D.I. 80, filed on November 24, 2025]

    Status: This matter is going forward.

**MATTERS GOING FORWARD:**

15. FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim [D.I. 31846, filed on July 23, 2025]

    Response Deadline: September 26, 2025

Responses Received:

A. Ross Rheingans-Yoo's Opposition to FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim [D.I. 32779, filed on September 26, 2025]

Related Documents:

A. Declaration of Matthew B. McGuire in Support of FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim [D.I. 31847, filed on July 23, 2025]

B. Declaration of Ross Rheingans-Yoo in Opposition to FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim [D.I. 32779-1, filed on September 26, 2025]

C. FTX Recovery Trust's Reply in Further Support of Its Motion for Reconsideration or to Modify Order Allowing Rheingans-Yoo's FDU Claim [D.I. 33034, filed on October 10, 2025]

D. Declaration of Stephanie G. Wheeler in Support of the FTX Recovery Trust's Motion for Reconsideration [D.I. 33035, filed on October 10, 2025]

Status: This matter is going forward.

16. Ross Rheingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C § 105 [D.I. 32780 & *FTX Recovery Trust v. Manifold Markets, Inc. et al*., Adv. No. 24-50214 – Adv. D.I. 60, filed on September 26, 2025]

Response Deadline: October 30, 2025 at 4:00 p.m. (ET)

Responses Received:

A. The FTX Recovery Trust's Memorandum of Law in Opposition to Ross Rheingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 [D.I. 33420 & Adv. D.I. 71, filed on October 30, 2025]

Related Documents:

A. Declaration of Ross Rheingans-Yoo in Support of His Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C § 105 [Adv. D.I. 65, filed on October 1, 2025]

B. Reply in Further Support of Ross Rheingans-Yoo's Motion for Sanctions [D.I. 33604 & Adv. D.I. 75, filed on November 13, 2025]

Status: This matter is going forward.

| | |
|---|---|
| Dated: January 19, 2026<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>  mcguire@lrclaw.com<br>  brown@lrclaw.com<br>  pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>  bromleyj@sullcrom.com<br>  gluecksteinb@sullcrom.com<br>  kranzleya@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust* |