# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*, <br><br><br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (KBO) <br><br> (Jointly Administered) |

## ORDER APPROVING STIPULATION

Upon the Certification of Counsel and *Stipulation Governing FTX Recovery Trust's Objection to Proofs of Claim Filed by Seth Melamed* (the "<u>Stipulation</u>") entered into between the FTX Recovery Trust and Seth Melamed, a copy of which is attached hereto as <u>**Exhibit 1**</u>; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby **APPROVED**.

2. The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: January 20th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE