# **<u>Exhibit 1</u>**

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**STIPULATION GOVERNING FTX RECOVERY TRUST'S
OBJECTION TO PROOFS OF CLAIM FILED BY SETH MELAMED**

This Stipulation is made and entered into by and among (i) the FTX Recovery Trust (the "Trust") and (ii) Seth Melamed (together with the Trust, the "Parties"), by and through their respective undersigned counsel. In support of this Stipulation, the Parties respectfully state as follows:

WHEREAS, on June 30, 2023, Seth Melamed filed Claims 3244 and 4578 against FTX Japan Holdings K.K., Claim 3353 against Quoine Pte Ltd., and Claim 3385 against FTX Trading Ltd.;

WHEREAS, on July 10, 2024, the above-captioned debtors and debtors-in-possession (formerly, the "Debtors") filed the *Debtors' Objection to Proofs of Claim Filed By Seth Melamed* [D.I. 20051];

WHEREAS, on August 16, 2024, Melamed filed the *Opposition to Debtors' Objection to Proofs of Claim* [D.I. 23170];

WHEREAS, on November 7, 2024, Melamed filed a *Request for Payment of Administrative Expense* [D.I. 27798] (the "Administrative Claim," and together with Claims 3244, 4578, 3353, and 3385, the "Claims");

WHEREAS, on December 9, 2024, the Debtors filed the *Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(b) and 510(c)(1)* [D.I. 28643] (the "Claims Objection");

WHEREAS, on January 3, 2025, the Effective Date of the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1] occurred [D.I. 29127];

WHEREAS, on April 7, 2025, Melamed filed the *Opposition to Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(b) and 510(c)(1) and Cross-Motion to Compel Arbitration* [D.I. 30077];

WHEREAS, on May 7, 2025, the Trust filed *FTX Recovery Trust's Reply in Support of Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination and Opposition to Claimant's Cross-Motion to Compel Arbitration* [D.I. 30364];

WHEREAS, on May 14, 2025, the Court held a scheduling conference to discuss staging of proceedings on Melamed's Claims, and at that conference, scheduled oral argument for June 25, 2025 on three threshold issues (the "Threshold Issues");

WHEREAS, on June 18, 2025, Melamed filed the *Reply in Support of Melamed's Cross-Motion to Compel Arbitration* [D.I. 30900];

WHEREAS, on June 25, 2025, the Court heard oral argument on the Threshold Issues;

WHEREAS, on July 22, 2025, the Court issued a ruling on the Threshold Issues from the bench, which the Court memorialized in its *Order Sustaining in Part Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed* [D.I. 32057] and its *Order Granting in Part*

*and Denying in Part Cross-Motion of Seth Melamed Seeking to Compel Arbitration of the Claims* [D.I. 32058];

WHEREAS, the Parties have discussed in good faith a schedule with respect to the litigation of the Claims pending before this Court and the Trust's Claims Objection thereto.

**NOW, THEREFORE,** it is hereby stipulated and agreed, and upon approval by the Court, it shall be **SO ORDERED**:

1. The Parties agree to the following scheduling order:

| Event | Deadline |
|---|---|
| Service of any discovery requests by either Party relating to Claim Nos. 3244, 4578, 3353, or the Administrative Claim filed by Seth Melamed or the Trust's motion for subordination pursuant to 11 U.S.C. § 510(c) | February 13, 2026 |
| Parties to meet and confer regarding the scope of any discovery requests | March 6, 2026 |
| Service of any non-party discovery requests by either Party | April 3, 2026 |
| Completion of document productions | May 22, 2026 |
| Completion of fact witness depositions | July 24, 2026 |
| Service of initial expert witness reports | July 31, 2026 |
| Service of expert witness rebuttal reports | August 21, 2026 |
| Completion of expert witness depositions | September 25, 2026 |
| Pretrial conference | To Be Determined Upon Court's Availability |

2. Pending approval of this Stipulation by the Court, each Party agrees that it is and will be bound by this Stipulation and waives any right to object to approval by the Court.

3. If approved by the Court, this Stipulation may be modified only by a writing signed by both Parties and approved by the Court, or otherwise upon entry of an order of the Court entered upon notice to the Parties.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

- 4 -

Dated: January 19, 2026
      Wilmington, Delaware

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **McCARTER & ENGLISH, LLP** |
| */s/ Matthew B. McGuire* | */s/ Kate R. Buck* |
| Adam G. Landis (No. 3407) | Kate R. Buck (No. 5740) |
| Matthew B. McGuire (No. 4366) | Renaissance Centre |
| Kimberly A. Brown (No. 5138) | 405 North King Street, 8th Floor |
| Matthew R. Pierce (No. 5946) | Wilmington, Delaware 19801 |
| 919 Market Street, Suite 1800 | Telephone: (302) 984-6300 |
| Wilmington, Delaware 19801 | Facsimile: (302) 984-6399 |
| Telephone: (302) 467-4400 | E-mail: kbuck@mccarter.com |
| Facsimile: (302) 467-4450 | |
| E-mail: landis@lrclaw.com | -and- |
|     mcguire@lrclaw.com | |
|     brown@lrclaw.com | David Adler (admitted *pro hac vice*) |
|     pierce@lrclaw.com | 250 West 55th Street, 13th Floor |
| | New York, New York 10019 |
| -and- | Telephone: (212) 609-6847 |
| | Facsimile: (212) 609-6921 |
| **SULLIVAN & CROMWELL LLP** | E-mail: dadler@mccarter.com |
| Andrew G. Dietderich (admitted *pro hac vice*) | |
| Brian D. Glueckstein (admitted *pro hac vice*) | *Counsel for Seth Melamed* |
| Christopher J. Dunne (admitted *pro hac vice*) | |
| Jacob M. Croke (admitted *pro hac vice*) | |
| Alexa J. Kranzley (admitted *pro hac vice*) | |
| 125 Broad Street | |
| New York, New York 10004 | |
| Telephone: (212) 558-4000 | |
| Facsimile: (212) 558-3588 | |
| E-mail: dietdericha@sullcrom.com | |
|     gluecksteinb@sullcrom.com | |
|     dunnec@sullcrom.com | |
|     crokej@sullcrom.com | |
|     kranzleya@sullcrom.com | |
| | |
| *Counsel for the FTX Recovery Trust* | |