**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 16, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be via email on (ADRID: KRAID_0001 & KRAID_0002), McCarter & English, LLP, kbuck@mccarter.com, dadler@mccarter.com:

- Certification of Counsel [Docket No. 34435]

Dated: January 20, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alain B. Francoeur*
　　　　　　　　　　　　　　　　　　　　　　　　　Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 20, 2026, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

SRF 94256