# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX Trading LTD., et al.,<br><br>Debtors. | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security. **This is an entire transfer of the claim.**

**Name of Alleged Transferor:**
Name(redacted)

**Name of Transferee:**
Name(redacted)

**Address of Alleged Transferor:**
Street/index/city/email(redacted), Ukraine

**Address of Transferee:**
Street/index/city/email(redacted), Netherlands

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| Schedule No. | Unique Customer Code | Creditor Name | Confirmation ID | Debtor | Amount |
|---|---|---|---|---|---|
| 5412038 | 00382072 | **Name (redacted)** | 3265-70-HBDMK-484160179 | FTX Trading Ltd. | as stated on Schedule F (below) |

Schedule F

FTX Trading Ltd. Case 22-11068-JTD Doc 1731 Amended Schedule F-3: Nonpriority Unsecured Customer Claims Filed 06/27/23 Page 1243 of 2157

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00382072 | | BNB[2.54], BTC[0.21815386], BTC-PERP[0], DOGE[6553], ETH[2.83655900], ETHW[3.09255900], FTT[80.83], USD[1975.93], USDT[0.00434581] | | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By Alleged Transferor:

By Transferee:

Date: 21 January, 2026