# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

Name of Transferee



Name of Transferor

[Name and address on file]

Type and Amount of Interest Transferred:

| Claim No./Schedule | Creditor Name | % Transferred | Debtor |
|---|---|---|---|
| Schedule No.: 6317384 | [REDACTED] | 100% | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Unique Customer Code: 01247304 | [REDACTED] | 100% | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Haixin Ma
    247D4E91B977467...
    Transferee

Date: 1/16/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

### Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than for Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

## EVIDENCE OF TRANSFER OF CLAIM

**TO:** Clerk, United States Bankruptcy Court, District of Delaware

███████ (with Unique Customer Code: **01247304** and FTX Account ID **26831683**) (**"Seller"**), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Haixin Ma** (**"Buyer"**), 100% of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. **22-11068 (JTD)** (Jointly Administered), which claims are described more fully (i) in Claim No. N/A (Customer Claim Confirmation ID No. **3265-70-UGBIV-947427426**) and (ii) identified assigned Schedule No. **6317384** ((i) and (ii), collectively, the "**Claim**").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the **valid owner of the Claim**. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

Date: 1/16/2026

| Buyer: *Haixin Ma* (DocuSigned by, 247D4E91B977467) | Seller: ███ |
|---|---|
| Name: Haixin Ma | Name: ███ |
| Email: haixinm@gmail.com | Email: ███ |

# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®

**PRIORITY MAIL**
U.S. POSTAGE PAID
Shippo
USPS Ship

USPS PRIORITY MAIL

Ship Date: 01/16/26
Flat Rate Env

RDC 03

HAIXIN M
11608 SE 47TH PL
BELLEVUE WA 98006

CLERK OF THE U.S. BANKRUPTCY COURT
824 N MARKET ST FL 3
WILMINGTON DE 19801-3024

USPS TRACKING # USPS Ship

9205 5903 9605 5721 7041 60

shippo

EP14F October 2023
OD: 12 1/2 x 9 1/2



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.