# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors.<br><br>---<br><br>FTX RECOVERY TRUST,<br><br>    Plaintiff,<br><br>- against -<br><br>MANIFOLD MARKETS, INC, MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>    Defendant. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. No. 24-50214 (KBO) |

## NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  FTX Recovery Trust.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding.<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other (describe) _____ | For appeals in a bankruptcy case and not in an adversary proceeding.<br>☒ Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ Other (describe) _____ |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

*Order (I) Denying FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim and (II) Granting Ross Rheingans-Yoo's Motion to Dismiss and Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105* [D.I. 34487 / Adv. D.I. 88], a copy of which is attached hereto as **Exhibit A.**

2. State the date on which the judgment—or the appealable order or decree—was entered:

January 21, 2026 [D.I. 34487 / Adv. D.I. 88]

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| **Appellant:** | **Counsel to Appellant:** |
|---|---|
| FTX Recovery Trust | **LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>Kimberly A. Brown<br>Matthew R. Pierce<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>E-mail: landis@lrclaw.com<br>          mcguire@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Stephanie G. Wheeler<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>E-mail: wheelers@sullcrom.com<br>          gluecksteinb@sullcrom.com |

| **Appellee:** | **Counsel to Appellee:** |
|---|---|
| Ross Rheingans-Yoo | **JOYCE, LLC**<br>Michael J. Joyce<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 3887-1944<br>Email: mjoyce@mjlawoffices.com<br><br>-and-<br><br>**GOETZ PLATZER LLP**<br>Scott D. Simon<br>One Penn Plaza, Suite 3100<br>New York, NY 10119<br>Telephone: (212) 695-8100<br>Email: ssimon@goetzplatzer.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

Not applicable.

**Part 5: Sign below**

Dated:  January 22, 2026
       Wilmington, Delaware

Respectfully submitted,

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: wheelers@sullcrom.com
       gluecksteinb@sullcrom.com

*Counsel for the FTX Recovery Trust*

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to D.I. 31846 & 32780** |
| ──────────────────────── | ) | |
| | ) | |
| FTX RECOVERY TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-50214 (KBO) |
| | ) | |
| MANIFOLD MARKETS, INC., | ) | |
| MANIFOLD FOR CHARITY, INC., | ) | **Related to D.I. 60 & 61** |
| ROSS RHEINGANS-YOO, and FTX | ) | |
| PHILANTRHROPY, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| ──────────────────────── | ) | |

**ORDER (I) DENYING FTX RECOVERY TRUST'S MOTION FOR RECONSIDERATION OR TO MODIFY ORDER ALLOWING FDU CLAIM AND (II) GRANTING ROSS RHEINGANS-YOO'S MOTION TO DISMISS AND MOTION FOR SANCTIONS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9011, 28 U.S.C. § 1927, AND 11 U.S.C. § 105**

For the reasons set forth on the record at the January 20, 2026 hearing held in the above-captioned proceedings, **IT IS HEREBY ORDERED THAT:**

1. The *FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim* [D.I. 31846] (the "Reconsideration Motion") is **DENIED**.

2. *Ross Rheingans-Yoo's Motion to Dismiss* [Adv. D.I. 61] is **GRANTED**. Counts One through Six of the *First Amended Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550 and Del. Code Ann. Tit. 6, § 1304 and 1305, and*

1

*for Disallowance or Subordination of Claim Pursuant to 11 U.S.C. §§ 502 and 510* [Adv. D.I. 38] (the "<u>First Amended Complaint</u>") are hereby dismissed with prejudice as to Ross Rheingans-Yoo ("<u>Ross</u>").

3.  *Ross Rheingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105* [D.I. 32780, Adv. D.I. 60] is **GRANTED**. Within 14 days hereof, counsel for Ross shall file, on notice to counsel for the FTX Recovery Trust (the "<u>Trust</u>"), a declaration attesting to the fees and expenses that were reasonably incurred in connection with seeking dismissal of the First Amended Complaint and opposing the Trust's Reconsideration Motion. Objections, if any to the reasonableness of Ross's fees and expenses shall be filed and served by email upon counsel for Ross within 14 days of the filing of Ross's counsel's declaration. The Court will review the submissions and enter a subsequent order directing the Trust and its counsel to pay Ross's fees and expenses in an amount the Court determines to be reasonable.

4.  Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5.  The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 21st, 2026
Wilmington, Delaware

*Ka B. O—*
**KAREN B. OWENS**
**CHIEF JUDGE**