UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 22-11068 KBO            BK ●  AP ○

If AP, related BK case number:

Title of Order Appealed: Order Allowing Ross Rheingans-Yoo's FDU Claim and Overruling the FTX Recovery Trust's Objection to Ross Rheingans-Yoo's FDU Claim

Docket #: 31312            Date Entered: 7/9/2025

Item Transmitted:

| | Item | Docket # | Date Filed |
|---|---|---|---|
| ✓ | Notice of Appeal | 34516 | 1/22/2026 |
| ☐ | Amended Notice of Appeal | | |
| ☐ | Cross Appeal | | |
| ☐ | Motion for Leave to Appeal | | |
| ☐ | Request for Certification of Direct Appeal | | |

**Appellant/Cross Appellant:**

FTX Recovery Trust

**Appellee/Cross Appellee**

Ross Rheingans-Yoo

**Counsel for Appellant/Cross Appellant:**

Adam G. Landis
Matthew B. McGuire
Kimberly A. Brown
919 N Market St, Suite 1800
Wilmington, DE  19801
(additional attorneys listed on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Michael J. Joyce
1225 King St, Suite 800
Wilmington, DE  19801
(additional attorneys listed on notice of appeal)

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? | ○ | ● |

Civil Action Number:

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/23/2026              **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    26-01