UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 22-11068            BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Order (I) Denying FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim and (II) Granting Ross Rheingans-Yoo's Motion to Dismiss and Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011.28 U.S.C. {1927. and 11 U.S.C. {105

Docket #: 34487            Date Entered: 1/21/2026

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 34517 | Date Filed: | 1/22/2026 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

FTX Recovery Trust

**Appellee/Cross Appellee**

Ross Rheingans-Yoo

**Counsel for Appellant/Cross Appellant:**

Adam G. Landis
Matthew B. McGuire
Kimberly A. Brown
919 Market St, Suite 1800
Wilmington, DE  19801
(additional attorneys listed on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Michael J. Joyce
1225 King St, Suite 800
Wilmington, DE  19801

| | | |
|---|---|---|
| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |
| Civil Action Number: | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/23/2026          **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    26-02