# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.
Debtors.
Case No. 22-11068 (JTD)

## NOTICE OF TRANSFER OF CLAIM (REDACTED)

Pursuant to Bankruptcy Rule 3001(e)(2)

A claim has been transferred as set forth below:

### Transferor:

Name: **Oscar Augusto Castellanos Ospina**

### Transferee:

Name: **Alejandro Castellanos Ospina**
(Address, email, and identifying information redacted pursuant to Fed. R. Bankr. P. 9037.)

### Claim Information:

Claim Number: **32889**

### SIGNATURES

**Transferor:**
Signature: _____
Name: **Oscar Augusto Castellanos Ospina**
Date: December 11, 2025

**Transferee:**
Signature: _____
Name: **Alejandro Castellanos Ospina**
Date: December 11, 2025