# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF
## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Diameter Master Fund LP, by its undersigned counsel, hereby withdraws the following Notice of Transfer of Claim Other Than for Security, which was filed incorrectly:

Docket Number 33894 (filed November 25, 2025)

Docket Number 33983 (filed December 2, 2025)

Dated: January 28, 2026

                                          **MORGAN, LEWIS & BOCKIUS LLP**

                                          By: */s/ Jody C. Barillare*
                                          Jody C. Barillare (Bar No. 5107)
                                          1201 N. Market Street, Suite 2201
                                          Wilmington, DE 19801
                                          Telephone: (302) 574-3000
                                          Facsimile: (302) 574-3001
                                          jody.barillare@morganlewis.com

                                          *Attorneys for Diameter Master Fund LP*