**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 22-11068 (KBO)<br>(Jointly Administered) |
| Debtors. | | |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Diameter Master Fund LP | Oaktree London Liquid Value Opportunities Fund (VOF), L.P. |

| Name and Address where notices to transferee should be sent: | Last known address: |
|---|---|
| Diameter Master Fund LP<br><br>c/o Diameter Capital Partners, LP<br>50 Hudson Yards, Suite 6600A<br>New York, NY 10001<br>Att'n:  Matt Gilmartin<br>Email:  mgilmartin@diametercap.com | Oaktree London Liquid Value Opportunities Fund (VOF), L.P.<br>1301 Avenue of the Americas, 34th Floor<br>New York, New York 10019<br>Attn: Colin McLafferty<br>Email: cmclafferty@oaktreecapital.com |

**Unique Customer Code: 00684562**

**\*\* PORTION OF CLAIM TRANSFERRED: 100% (10.58% OF TOTAL CLAIM)\*\***

| Claim/Schedule No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 92426 | [REDACTED] | 100%<br>(10.58% of Total Claim) | FTX Trading Ltd | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____                Date:  January 23, 2026
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

6

Local Form 138

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO: U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND: FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Customer Claim Confirmation ID No. 3265-70-ZNPJM-617927614 ("CCID")
FTX Trading Ltd. Amended Customer Claim Schedule F-4 (DN 6294)
and assigned Schedule No. 6849678 (the "Schedule")
Proof of Claim No. 92426 (the "Proof of Claim")
Unique Customer Code #: 00684562 (the "Customer Code")

**Oaktree London Liquid Value Opportunities Fund (VOF), L.P.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Diameter Master Fund LP**
Address: 50 Hudson Yards, Suite 6600A
New York, New York 10001
Attn: Matt Gilmartin
Tel: 212-655-1403
Email: mgilmartin@diametercap.com

its successors and assigns ("Buyer"), an undivided interest in all of Seller's rights, title and interest in and to the CCID, the Schedule, the Proof of Claim and the Customer Code (such interest in the CCID, the Schedule, the Proof of Claim and the Customer Code, the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

(signature page follows)

032-8606/9029487.3

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated November 25, 2025.

| SELLER: | BUYER: |
|---|---|
| **Oaktree London Liquid Value Opportunities Fund (VOF), L.P.**<br>By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.<br>Its: General Partner<br>By: Oaktree London Liquid Value Opportunities GP Ltd.<br>Its: General Partner<br>By: Oaktree Capital Management, L.P.<br>Its: Director<br><br>By: *Colin McLafferty* (DocuSigned)<br>Name: Colin McLafferty<br>Title: Senior Vice President<br><br>By: *Steve Tesoriere* (Signed)<br>Name: Steven Tesoriere<br>Title: Managing Director | **Diameter Master Fund LP**<br><br>By: *[signature]*<br>Name: Michael Cohn<br>Title: General Counsel |

Page 7

IN WITNESS WHEREOF, each of the undersigned have duly executed this Partial Evidence of Transfer of Claim by their duly authorized representative dated November 25, 2025.

| SELLER: | BUYER: |
|---|---|
| **Oaktree London Liquid Value Opportunities Fund (VOF), L.P.**<br>By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.<br>Its: General Partner<br>By: Oaktree London Liquid Value Opportunities GP Ltd.<br>Its: General Partner<br>By: Oaktree Capital Management, L.P.<br>Its: Director<br><br>By: _____<br>Name: Colin McLafferty<br>Title: Senior Vice President<br><br>By: _____<br>Name: Steven Tesoriere<br>Title: Managing Director | **Diameter Master Fund LP**<br><br>By: *[signature]*<br>Name: Michael Cohn<br>Title: General Counsel |

Page 7

032-8606/9029487.3