

# In re FTX Trading Ltd., et al, Case No. 22-11068, US Bankruptcy Court for the District of Delaware
1 mensagem

**FTX Noticing** <ftxnoticing@ra.kroll.com>  qua., 27 de nov. de 2024 às 18:27
Responder para: ftxnoticing@ra.kroll.com
Para: ig.p.reira51@gmail.com

<u>**NOTICE TO ALL HOLDERS OF UNVERIFIED CLAIMS**</u>: **THE DEBTORS HAVE FILED AN OBJECTION SEEKING TO DISALLOW AND EXPUNGE YOUR CLAIM.  IF THE COURT SUSTAINS THE DEBTORS' OBJECTION, <u>MARCH 1, 2025</u> WILL BE THE DEADLINE TO COMMENCE THE KYC SUBMISSION PROCESS AND <u>JUNE 1, 2025</u> WILL BE THE DEADLINE TO SUBMIT ALL REQUESTED KYC INFORMATION THROUGH THE FTX CUSTOMER CLAIMS PORTAL.**

**LOG IN TO THE FTX CUSTOMER CLAIMS PORTAL USING YOUR FTX LOG-IN INFORMATION BY CLICKING HERE: HTTPS://CLAIMS.FTX.COM.  COMMENCE OR CONTINUE THE KYC SUBMISSION PROCESS BY MOVING TO STEP 3 OF THE FTX CUSTOMER CLAIMS PORTAL.**

**ONLY SUBMIT SENSITIVE INFORMATION VIA THE CUSTOMER CLAIMS PORTAL.**

<u>**This email contains important instructions for submitting KYC information and we encourage you to read it in its entirety.**</u>

On November 21, 2024, FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed an **Omnibus Objection to Unverified Customer Entitlement Claims** with the United States Bankruptcy Court for the District of Delaware (the "Court") [D.I. 28225] (the "KYC Objection") in the Debtors' chapter 11 cases (the "Chapter 11 Cases").  Please find below a link to the KYC Objection and the notice attached thereto.

[Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims.  Hearing Scheduled for 1/23/2025 at 10:00 AM (ET). Objections due by 12/18/2024 at 4:00 PM (ET)](#) **[D.I. 28225]**

You are receiving this email because you have not completed the KYC submission process with respect to the following Customer Entitlement Claim(s) (as defined below) associated with your unique customer ID and such claims remain "unverified" ("Unverified Claims"):

**Unique Customer Code(s): 06616558, 06616558, 06616558**

**Claim No(s): 94885, 96975, 96977**

Below are important things to highlight about this notice you are receiving:

The FTX Customer Claims Portal is available here:  [https://claims.ftx.com](https://claims.ftx.com)

Subject to the Court entering an order sustaining the KYC Objection:

• You must commence the KYC submission process by **March 1, 2025** with respect to your Unverified Claim(s) listed above.  "Commencing" the KYC submission process means logging into the FTX Customer Claims Portal and beginning "Step 3 – Provide Know Your Customer (KYC) Information" for the Original Holder.

• In the event that you do not commence the KYC submission process with respect to your Unverified Claim(s) listed above on or prior to **March 1, 2025 at 4:00 p.m. (ET)** such Unverified Claim(s) **shall be disallowed and expunged in its entirety**.

• If you have commenced, but not yet completed, the KYC submission process, you must complete the submission of all KYC information requested by the Debtors or their KYC vendors by **June 1, 2025** with respect to your Unverified Claim(s) listed above.

• In the event that you do not submit all KYC information requested by the Debtors or their KYC vendors with respect to your Unverified Claim(s) listed above on or prior to **June 1, 2025 at 4:00 p.m. (ET)**, such Unverified Claim(s) **shall be disallowed and expunged in its entirety**.

This notice is being sent to all Original Holders of Unverified Claims *and* subsequent transferees of such claims.

*For the avoidance of doubt, the Debtors at this time are **not** seeking to disallow Customer Entitlement Claims of any holders who have submitted all requested KYC information to the Debtors, Sumsub and BitGo, as applicable, even if such information is unable to be validated and therefore rejected by Sumsub or BitGo, as applicable, or otherwise rejected by the Debtors.  The Debtors reserve all rights with respect to such Customer Entitlement Claims, including the right to object to such claims at a later date on the basis of the KYC information provided.  For the further avoidance of doubt, nothing contained in this email or the Objection is intended to amend, supersede, or otherwise modify any of the requirements or deadlines with respect to any aspect of section 7.14 of the Plan, including the Pre-Distribution Requirements (as defined in the Plan).*

The Debtors retain their rights to later object on any basis to any Unverified Claim, including on the basis of KYC information provided.

"Customer Entitlement Claim" means any claim (as defined in section 101(5) of the Bankruptcy Code) of any kind or nature whatsoever (whether arising in law or equity, contract or tort, under the Bankruptcy Code, federal or state law, rule or regulation, common law or otherwise) held by any person or entity against any of the Debtors that compensates the holder of such claim for the value as of the Petition Date of cash or digital assets held by such person or entity in an account on any FTX exchange.

Nothing contained in this email notice:  (a) is intended or shall be deemed to constitute an assumption of any agreement pursuant to section 365 of the Bankruptcy Code or an admission as to the validity of any claim against the Debtors or their estates; (b) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates to contest the validity, priority, or amount of any claim against the Debtors or their estates; (c) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates with respect to any and all claims or causes of action against any third party; (d) shall be construed as a promise to pay a claim or continue any applicable program post-petition, which decision shall be in the discretion of the Debtors; or (e) is intended to deem any claim as an Allowed (as such term is defined in the Plan) claim against the Debtors.  Any payment made pursuant to an order of the Court granting the relief requested herein is not intended to be nor should it be construed as an admission as to the validity of any claim or a waiver of the Debtors' rights to subsequently dispute such claim.

If you are unable to login to the Customer Claims Portal, please contact support (support@ftx.com) and include your Unique Customer Code (listed above) in your email in order to recover your account access.  Otherwise, please visit https://claims.ftx.com to submit KYC information.

For additional information, and to download all documents filed in the Debtors' chapter 11 cases free of charge, please visit https://restructuring.ra.kroll.com/FTX/

[Texto das mensagens anteriores oculto]