**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**In re: FTX Trading Ltd., et al. | Case No. 22-11068 (JTD)**

**FORMAL OBJECTION BY PRO SE CREDITOR REGARDING CLAIM EXPUNGEMENT Unique Customer Code (UCC): 04637174**

**TO THE HONORABLE JUDGE JOHN T. DORSEY:**

I, Feng Zheng Fang, am a customer creditor holding **356,380 USDT** under UCC **04637174**. I am filing this formal objection to notify the Court of a manifest injustice regarding the "Disabled" status of my claim pursuant to **D.I. 29464**.

**FACTUAL BASIS FOR EXCLUSABLE NEGLECT:**

From **July 2022 to late 2025**, I was **judicially detained** by authorities in mainland China. During this entire period, I was legally and physically deprived of all access to the internet, my email, and the outside world. I had no physical capacity to receive court notices, monitor bankruptcy proceedings, or perform KYC actions on the Kroll portal.

**IMMEDIATE REMEDIAL ACTION:**

1\Upon my release and restoration of communication rights, I immediately attempted to access my claim, only to find my portal access disabled.

2\On January 25, 2026, I officially initiated the **Hague Apostille** process for my detention and release records to satisfy the Court's verification requirements.

3\Certified and Apostilled translations are expected to be issued by **next Thursday** and will be filed with this Court immediately thereafter.

**REQUEST FOR RELIEF:**

I respectfully request the Court to stay the final expungement of Claim UCC 04637174 and grant me an extension to complete verification now that I have regained my legal capacity to act.

Respectfully submitted,

Feng Zheng Fang

**Name:** Feng Zheng Fang **Email:** xzxyjszuqiu@gmail.com

**Date:** January 25, 2026

## FTX.com Account Authentication and Validation

This will require the same username and password from your prior FTX account.

### Alert

In accordance with the Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 29464], the deadline to commence the KYC submission process was March 1, 2025 at 4:00 p.m. (ET). FTX Customer Portal access has been disabled for customers that did not log into the Customer Claims Portal and begin Step 3 by March 3, 2025 at 4:00 p.m. (ET).

Contact Support    完成处理

G Sign in with Google     Sign in with Apple

**STEP 1**
**Initiate Account Owner Authentication**  >

To access your FTX account, you will need to login with your FTX credentials using the same 2FA as you did before the FTX Exchanges w

**STEP 2**
**Verify Identity FTX Account**

**STEP 3**
**KYC**

**STEP 4**
**View Account**

**STEP 5**
**View Your Proof of Claim Status**

**STEP 6**
**投票**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS. PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 04637174**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

BNB[44.162633190000000]
DOT[999.800000000000000]
ETH[0.036159260000000]
ETHW[0.036159260000000]
LOOKS[3634.327000000000000]
TRX[0.001555000000000]
USD[14421.203168034198603]
USDT[323836.968187023321917]





武邑县公安局

# 拘 留 通 知 书

邑公（经）拘通字〔2022〕第0190号

宋碧玉：

根据《中华人民共和国刑事诉讼法》第八十二条第五项之规定，我局已于 2022 年 07 月 26 日 18 时将涉嫌 组织、领导传销活动罪 的 秦政坊 刑事拘留，现羁押在 河北省武强县看守所 。



二〇二二年七月二十六日

注：看守所地址_____

你（单位）可通过来电或登录互联网 "燕赵警民通" 门户网站 "阳光警务执法办案查询系统" 查询案件进展情况。

案件编号：A1311221100002022070001

此联交被拘留人家属

武邑县公安局

# 逮 捕 通 知 书

邑公（经）捕通字〔2022〕第0083号

宋碧玉＿＿＿＿＿：

　经＿武邑县人民检察院＿＿＿＿＿＿批准，我局于 2022 年 09 月

01 日＿＿时对涉嫌 组织、领导传销活动＿＿＿＿罪的＿奉政坊＿

执行逮捕，现羁押在＿武邑县看守所＿＿＿＿＿＿＿＿＿。



二〇二二年九月二日

注：看守所地址＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
你（单位）可通过来电或登录互联网 "燕赵警民通" 门户网站 "阳光警务执法办案查询
系统" 查询案件进展情况。
案件编号：A1311221100002022070001

此联交被捕人家属

# 释放证明书

## （2025）冀衡狱释字第742号

　　兹有奉政坊，男，1993年08月25日生，原户籍所在地贵州省贵阳市南明区花果园大街145号2单元7层8号，因组织、领导传销活动罪于2023年09月07日经河北省衡水市中级人民法院判处有期徒刑3年8个月，附加：罚金50万。服刑期间，减刑1次，减刑6个月，实际执行刑期3年2个月。现因执行刑满予以释放。


　　特此证明

　　　　　　　　　　　　　　　　（公章）

　　　　　　　　　　　　　2025年09月19日

---

注意事项：此页由被释放人保存



FedEx

ORIGIN ID:JIA A        4307848205
FedEx
NO. 2BF1 FLOOR, UNIT 2
HUAQUQIAO STREET
ZHOU, 221001
CN

SHIP DATE: 26JAN26
ACTWGT: 0.50 KG
CAD: 263258559/FAPI2208

BILL SENDER

TO  JUDGE JOHN T. DORSEY
CLERK OF COURT
824 NORTH MARKET STREET
3RD FLOOR
19801 DELAWARE WILMINGTON
WILMINGTON DE 19801                    (US)
(000) 000-0000        REF: CASE NO: 22-11068 (JTD)
INV:
PO: 1Q97823PY4W5/WY67U              DEPT:

FedEx
Express

TRK#
0430    8881 9781 3074

XA ZWIA

:00B
IP EOD
ETD
19801

DE-US    PHL

Please recycle. See how we're connecting the world in responsible and resourceful ways at **sustainability.fedex.com**.

FedEx 139757 REV 11/20

... heck your FedEx Express shipping document, the current ...edEx Service Guide or the conditions of carriage for complete ...rms, conditions and limits of liability.

...packing your items securely. Need help? Go to **fedex.com** for packing tips.

...de safely to its destination by

...press® shipments.

4197 THU 01/29 08:29
824 N MARKET ST

19801-3024-99
WILMINGTON,DE

745-6074FL.
ETP: 2    SP:PD:100:Y

8081 1808

9781 8418