EXHIBIT 2



Ross Rheingans-Yoo
9450 SW Gemini Dr. # 31347
Beaverton, OR 97008

August 11, 2025

File #: 99213.0001
Invoice #: 569294
Tax ID#: 99-1661964

Reference:     Manifold Adversary Proceeding

## FEES

| Date | Fees | Timekeeper | Hours | Rate | Amount |
|------|------|-----------|-------|------|--------|
| 07/24/25 | Analyze motion to reconsider claim objection. Analyze declaration in support, and exhibits thereto. | SDS | 1.0 | 650 | $650.00 |
| 07/24/25 | Analyze Manifund adversary complaint. | SDS | 1.5 | 650 | $975.00 |
| 07/24/25 | Draft email memorandum to client re same | SDS | 1.1 | 650 | $715.00 |
| 07/24/25 | TC with client re Trust's new pleadings. | SDS | 0.7 | 650 | $455.00 |
| 07/24/25 | Telephone conference with S. Simon re new pleading filed by Debtors for reconsideration of Court's ruling on objection to claim; strategy development. | GMK | 0.7 | 700 | $490.00 |
| 07/25/25 | Review client analysis of motion for reconsideration; adversary complaint; declaration in support of motion. | SDS | 1.0 | 650 | $650.00 |
| **Total FEES** | | | **6.0** | | **$3,935.00** |

## Balance Due                                    $3,935.00

TO REMIT PAYMENT BY WIRE TRANSFER, PLEASE USE THE FOLLOWING
INFORMATON AND REFERENCE THE FILE NUMBER SET FORTH ABOVE.

**T.D. Bank**
1120 6th Avenue
New York, New York 10036
Phone# 201-657-8617
ABA#: 026013673
ACCT #: 4439862172
Swift Code #: NRTHUS33XXX
Acct Name: Goetz Platzer LLP



Ross Rheingans-Yoo
9450 SW Gemini Dr. # 31347
Beaverton, OR 97008

September 3, 2025

File #: 99213.0001
Invoice #: 570118
Tax ID#: 99-1661964

Reference:      Manifold Adversary Proceeding

**FEES**

| Date | Fees | Timekeeper | Hours | Rate | Amount |
|------|------|------------|-------|------|--------|
| 08/01/25 | TC with Client re case status update; potential global settlement, Rule 11 sanctions. | SDS | 1.3 | 650 | $845.00 |
| 08/01/25 | Corr. with debtors' counsel requesting extension of time to respond to adversary complaint and motion for reconsideration. | SDS | 0.1 | 650 | $65.00 |
| 08/03/25 | Analyze Latona adv. pro. docket. Corr. with client re Sam only defendant; client interview/deposition. | SDS | 0.2 | 650 | $130.00 |
| 08/04/25 | Conf. with GMK re meritless adversary proceeding and motion to reargue; settlement strategy. | SDS | 0.6 | 650 | $390.00 |
| 08/04/25 | Corr. with debtors' counsel re stipulations to formalize deadline to respond to complaint and motion. | SDS | 0.1 | 650 | $65.00 |
| 08/04/25 | Corr. with client re status of One Day Sooner potential alternate recipient of funds. | SDS | 0.1 | 650 | $65.00 |
| 08/04/25 | Review of motion for reconsideration and amended adversary proceeding complaint. | GMK | 0.7 | 700 | $490.00 |
| 08/04/25 | Prepare for conference call with S. Simon to discuss strategy. | GMK | 0.3 | 700 | $210.00 |
| 08/04/25 | Telephone conference with S. Simon re strategy development/opposition to motion to reconsider Court order allowing FDU claim. | GMK | 0.7 | 700 | $490.00 |

| | | | | |
|---|---|---|---|---|
| 08/05/25 | Corr. with client re potential reduction in FDU claim as part of settlement. | SDS | 0.2 | 650 | $130.00 |
| 08/05/25 | Revisions to proposed stipulation extending time to respond to motion to reconsider. Corr. with debtors' counsel re same. | SDS | 0.2 | 650 | $130.00 |
| 08/07/25 | TC with client re settlement strategy. | SDS | 1.1 | 650 | $715.00 |
| 08/07/25 | Corr. with debtors' counsel re settlement proposal. | SDS | 0.1 | 650 | $65.00 |
| 08/08/25 | Zoom Meeting with debtors' counsel settlement proposal. | SDS | 0.3 | 650 | $195.00 |
| 08/08/25 | Conf. with GMK re result of call with Trust Counsel. | SDS | 0.6 | 650 | $390.00 |
| 08/08/25 | Corr. with client re result of call with Trust counsel. | SDS | 0.2 | 650 | $130.00 |
| 08/08/25 | Conference with S. SWimon re strategy development in responding to motion for reconsideration/amended adversary proceeding complaint. | GMK | 0.7 | 700 | $490.00 |
| 08/11/25 | Conf. with GMK re strategy for demand letter in advance of Rule 11 motion. | SDS | 0.2 | 650 | $130.00 |
| 08/11/25 | Corr. And TC with client re same. | SDS | 0.3 | 650 | $195.00 |
| 08/13/25 | TC with client re 1DS project; demand to change charitable recipient; rule 11 strategy. | SDS | 1.0 | 650 | $650.00 |
| 08/13/25 | Analyze debtors' settlement counterproposal. Corr. With client re same. | SDS | 0.1 | 650 | $65.00 |
| 08/14/25 | Analyze 1Day stipulation of settlement with debtors. | SDS | 0.2 | 650 | $130.00 |
| 08/14/25 | Draft email to debtors' counsel re designation of 1Day as alternate recipient of FDUs. | SDS | 0.4 | 650 | $260.00 |
| 08/14/25 | Conf. with GMK re redesignation of FDU beneficiary. | SDS | 0.2 | 650 | $130.00 |
| 08/14/25 | Conference with S. Simon re review/discuss proposed response to debtor's counsel/dismissal of motion to reconsider. | GMK | 0.2 | 700 | $140.00 |
| 08/16/25 | Corr. with debtors' counsel re refusal to allow change of beneficiary; conflict of interest. Corr. with client re same. | SDS | 0.1 | 650 | $65.00 |
| 08/16/25 | Draft cover letter for Rule 11 demand and notice of motion for sanctions. | SDS | 0.6 | 650 | $390.00 |
| 08/16/25 | Corr. with local Delaware counsel re omnibus hearing date in October 2025 for noticing sanctions motion. | SDS | 0.1 | 650 | $65.00 |
| 08/18/25 | Draft proposed order granting Rule 11 motion. | SDS | 0.2 | 650 | $130.00 |
| 08/18/25 | Draft declaration in support of Rule 11 motion. | SDS | 0.4 | 650 | $260.00 |
| 08/18/25 | In preparation for drafting Rule 11 motion, research Delaware and Third Circuit authority re elements of claims under Section 548 and 544 of the Bankruptcy Code, Delaware analogues, Section 550 and 502 remedies, equitable subordination. | SDS | 7.7 | 650 | $5,005.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 08/19/25 | Analyze CFAR stipulation of settlement. Corr. with client re same. | SDS | 0.1 | 650 | $65.00 |
| 08/19/25 | Begin drafting Rule 11 motion. | SDS | 4.1 | 650 | $2,665.00 |
| 08/19/25 | Telephone conference with S. Simon re strategy development following Rule 11 sanction motion. | GMK | 0.6 | 700 | $420.00 |
| 08/20/25 | Continue drafting Rule 11 motion. | SDS | 6.0 | 650 | $3,900.00 |
| 08/20/25 | Review draft of SDS motion for sanctions; edit. | GMK | 0.6 | 700 | $420.00 |
| 08/20/25 | Telephone conference with S. Simon re finalizing strategy for sanctions motion. | GMK | 0.6 | 700 | $420.00 |
| 08/21/25 | Research authority re in pari delicto. | SDS | 2.8 | 650 | $1,820.00 |
| 08/21/25 | Finish drafting Rule 11 motion. | SDS | 1.0 | 650 | $650.00 |
| 08/21/25 | Draft client declaration. | SDS | 1.5 | 650 | $975.00 |
| 08/21/25 | Finalize and serve Rule 11 demand. | SDS | 0.3 | 650 | $195.00 |
| 08/21/25 | Corr. with client and Delaware counsel re sanctions motion | SDS | 1.2 | 650 | $780.00 |
| 08/21/25 | Telephone conference with S. Simon re strategy development / Rule 11 sanctions motion. | GMK | 1.0 | 700 | $700.00 |
| 08/21/25 | Receipt and review of draft of Rule 11 sanctions motion; edit. | GMK | 1.0 | 700 | $700.00 |
| 08/21/25 | Telephone conference with S. Simon re discuss proposed edits; finalize Rule 11 sanctions motion. | GMK | 0.6 | 700 | $420.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total FEES** | | | **40.6** | | **$26,740.00** |

| | |
|---|---|
| **Balance Due** | **$26,740.00** |

TO REMIT PAYMENT BY WIRE TRANSFER, PLEASE USE THE FOLLOWING INFORMATON AND REFERENCE THE FILE NUMBER SET FORTH ABOVE.

**T.D. Bank**
1120 6th Avenue
New York, New York 10036
Phone# 201-657-8617
ABA#: 026013673
ACCT #: 4439862172
Swift Code #: NRTHUS33XXX
Acct Name: Goetz Platzer LLP



Ross Rheingans-Yoo
9450 SW Gemini Dr. # 31347
Beaverton, OR 97008

October 7, 2025

File #: 99213.0001
Invoice #: 571258
Tax ID#: 99-1661964

Reference:     Manifold Adversary Proceeding

## FEES

| Date | Fees | Timekeeper | Hours | Rate | Amount |
|------|------|------------|-------|------|--------|
| 09/11/25 | Corr. with client re transmitting debtors' response to Rule 11 letter and scheduling TC to discuss. | SDS | 0.1 | 650 | $65.00 |
| 09/12/25 | Analyze debtor's response to Rule 11 letter. Research authority cited therein. | SDS | 1.0 | 650 | $650.00 |
| 09/12/25 | TC with client re case status update; misrepresentations in debtor's letter. | SDS | 1.8 | 650 | $1,170.00 |
| 09/12/25 | TC with debtors' counsel re Rule 11 letters; extension of time to respond to complaint and motion to reconsider. | SDS | 0.2 | 650 | $130.00 |
| 09/12/25 | Review response to Rule 11 safe-harbor motion. | GMK | 0.4 | 700 | $280.00 |
| 09/12/25 | Telephone conference with S. Simon re strategy development. | GMK | 0.2 | 700 | $140.00 |
| 09/12/25 | Email from S. Simon with cases relied upon by FTX Trustee to approve safe-harbor Rule 11 motion. | GMK | 0.2 | 700 | $140.00 |
| 09/18/25 | Analyze client's draft report on past EA donations. | SDS | 0.5 | 650 | $325.00 |
| 09/18/25 | Research authority re res judicata and claims objections. | SDS | 3.3 | 650 | $2,145.00 |
| 09/18/25 | Draft response to debtors' objection to Rule 11 | SDS | 1.2 | 650 | $780.00 |

| Date | Description | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| 09/18/25 | Corr. with client and conf. with GMK re Trust's response to Rule 11 demand. | SDS | 0.3 | 650 | $195.00 |
| 09/18/25 | Extensive review of Trustee's response to motion for sanctions and supporting case law. | GMK | 3.0 | 700 | $2,100.00 |
| 09/18/25 | Zoom call with S. Simon to discuss legal points raised in letter from Trust's counsel re Rule 11 sanctions motion. | GMK | 1.0 | 700 | $700.00 |
| 09/18/25 | Second conference call with S. Simon re additional legal issues/response to Sullivan and Cromwell. | GMK | 0.4 | 700 | $280.00 |
| 09/20/25 | Further review of client memo re charitable giving. Corr. with client requesting revisions to same. | SDS | 0.3 | 650 | $195.00 |
| 09/25/25 | Revisions to Rule 11 motion. | SDS | 2.0 | 650 | $1,300.00 |
| 09/25/25 | Corr. with client re donations summary status. | SDS | 0.1 | 650 | $65.00 |
| 09/25/25 | Begin drafting opposition to motion for reconsideration. | SDS | 1.9 | 650 | $1,235.00 |
| 09/26/25 | Finalize objection to motion for reconsideration. | SDS | 2.5 | 650 | $1,625.00 |
| 09/26/25 | Draft client declaration in opposition. | SDS | 1.0 | 650 | $650.00 |
| 09/26/25 | Research authority re standard for dismissal of adversary proceeding and standard for equitable subordination. | SDS | 2.0 | 650 | $1,300.00 |
| 09/26/25 | Draft motion to dismiss adversary proceeding. | SDS | 1.0 | 650 | $650.00 |
| 09/26/25 | Revisions to proposed order granting motion to dismiss. | SDS | 0.9 | 650 | $585.00 |
| 09/26/25 | TC with client re declaration in support of motion to dismiss. | SDS | 0.6 | 650 | $390.00 |
| 09/26/25 | Compete table of contents and table of authorities for memorandum of law. | TMM | 0.4 | 285 | $114.00 |
| 09/29/25 | Corr. with client and local counsel re Bloomberg article. | SDS | 0.6 | 650 | $390.00 |

| **Total FEES** | | | **26.9** | | **$17,599.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/25 | Online Research - West law 9/1 - 9/30/2025 | $233.27 |

| **Total EXPENSES** | | **$233.27** |

## Balance Due                                    $17,832.27

TO REMIT PAYMENT BY WIRE TRANSFER, PLEASE USE THE FOLLOWING
INFORMATON AND REFERENCE THE FILE NUMBER SET FORTH ABOVE.

**T.D. Bank**
1120 6th Avenue
New York, New York 10036

Phone# 201-657-8617
ABA#: 026013673
ACCT #: 4439862172
Swift Code #: NRTHUS33XXX
Acct Name: Goetz Platzer LLP



Ross Rheingans-Yoo
9450 SW Gemini Dr. # 31347
Beaverton, OR 97008

November 10, 2025

File #: 99213.0001
Invoice #: 573370
Tax ID#: 99-1661964

Reference:       Manifold Adversary Proceeding

## FEES

| Date | Fees | Timekeeper | Hours | Rate | Amount |
|------|------|------------|-------|------|--------|
| 08/01/25 | Reciept and review of email from S. Simon with copies of new pleadings filed by Sullivan re motion for reconsideration; amended complaint - fraudulent conveyance; review. | GMK | 0.6 | 700 | $420.00 |
| 08/01/25 | Conference call with S. Simon re strategy development in opposing/responding to Sullivan's new filings. | GMK | 0.3 | 700 | $210.00 |
| 09/17/25 | Review responses from Sullivan re request for dismissal of motion to reconsider. | GMK | 0.4 | 700 | $280.00 |
| 09/17/25 | Preliminary telephone call with S. Simon re next steps with Sullivan; motion to dismiss/sanctions. | GMK | 0.2 | 700 | $140.00 |
| 09/18/25 | Receipt and review of draft SDS responsive letter to Sullivan re sanctions and related issues. | GMK | 0.3 | 700 | $210.00 |
| 09/18/25 | Telephone conference with S. Simon re my comments to SDS proposed response to Sullivan. | GMK | 0.2 | 700 | $140.00 |
| 09/26/25 | Telephone conference with S. Simon re status update on Ross filings; review motion to dismiss and related pleadings. | GMK | 0.4 | 700 | $280.00 |
| 10/01/25 | Corr. with Josh M. and client re Bloomberg Law article. | SDS | 0.1 | 650 | $65.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/01/25 | Review articles about client, discuss publicity issues with S. Simon. | GMK | 0.1 | 700 | $70.00 |
| 10/03/25 | Analyze stipulation in Latona adversary proceeding. Analyze associated cases docket. Corr. with client re same. | SDS | 0.2 | 650 | $130.00 |
| 10/03/25 | Corr. with local Delaware counsel re amended client declaration. | SDS | 0.1 | 650 | $65.00 |
| 10/06/25 | Corr. with client re case strategy and status update. | SDS | 0.1 | 650 | $65.00 |
| 10/13/25 | Corr. with client re debtors' reply on motion for reconsideration. | SDS | 0.1 | 650 | $65.00 |
| 10/15/25 | Research authority cited in debtors' reply on motion for reconsideration. | SDS | 1.5 | 650 | $975.00 |
| 10/15/25 | Draft "sur-reply" on motion for reconsideration, for purposes of oral argument on motion. | SDS | 4.8 | 650 | $3,120.00 |
| 10/15/25 | Corr. with client re oral argument strategy. | SDS | 0.2 | 650 | $130.00 |
| 10/16/25 | TC with local counsel re logistics for obtaining hearing dates on three pending motions. | SDS | 0.2 | 650 | $130.00 |
| 10/17/25 | Corr. with client re Manifold for Charity grants to individuals. | SDS | 0.1 | 650 | $65.00 |
| 10/17/25 | TC with Delaware counsel re scheduling, strategy for three motions. | SDS | 0.8 | 650 | $520.00 |
| 10/17/25 | TC with client re Nov. 20 appearance; motion for reconsideration strategy; operations of Manifold for Charity. | SDS | 1.1 | 650 | $715.00 |
| 10/18/25 | Analyze client's refutation of debtors' reply on motion for reconsideration | SDS | 0.5 | 650 | $325.00 |
| 10/21/25 | Corr. with client re anticipated argument about DAFs during hearing on motion | SDS | 0.5 | 650 | $325.00 |
| 10/31/25 | First read of debtors' opposition to motion to dismiss. | SDS | 0.4 | 650 | $260.00 |
| 10/31/25 | Corr. with client re debtors' oppositions. | SDS | 0.1 | 650 | $65.00 |
| **Total FEES** | | | 13.3 | | **$8,770.00** |

**Balance Due**                                                              **$8,770.00**

TO REMIT PAYMENT BY WIRE TRANSFER, PLEASE USE THE FOLLOWING
INFORMATON AND REFERENCE THE FILE NUMBER SET FORTH ABOVE.

**T.D. Bank**
1120 6th Avenue
New York, New York 10036
Phone# 201-657-8617
ABA#: 026013673
ACCT #: 4439862172
Swift Code #: NRTHUS33XXX
Acct Name: Goetz Platzer LLP



Ross Rheingans-Yoo
9450 SW Gemini Dr. # 31347
Beaverton, OR 97008

December 9, 2025

File #: 99213.0001
Invoice #: 574176
Tax ID#: 99-1661964

Reference:      Manifold Adversary Proceeding

## FEES

| Date | Fees | Timekeeper | Hours | Rate | Amount |
|------|------|------------|-------|------|--------|
| 10/31/25 | Receipt and review of opposition to sanctions / motion to dismiss; preliminary review; telephone conference with S. Simon re same. | GMK | 0.3 | 700 | $210.00 |
| 11/03/25 | Corr. and TC with Law 360 reporter re debtor opposition to motion to dismiss. Corr. with client re same. | SDS | 0.5 | 650 | $325.00 |
| 11/03/25 | Analyze Latona adversary proceeding complaint and settlement stipulation, in preparation for drafting reply on motion to dismiss. | SDS | 0.6 | 650 | $390.00 |
| 11/03/25 | Research authority re final determination in objection to claim sequence is res judicata for future adversary proceedings. | SDS | 2.0 | 650 | $1,300.00 |
| 11/04/25 | Review client's memorandums re Trust's oppositions to motion to dismiss and sanctions motions. | SDS | 0.4 | 650 | $260.00 |
| 11/04/25 | Corr. with client re client's comments to oppositions. | SDS | 0.1 | 650 | $65.00 |
| 11/04/25 | Research authority re shotgun pleading, in preparation for drafting reply on motion to dismiss. | SDS | 2.0 | 650 | $1,300.00 |
| 11/05/25 | Begin drafting reply on motion to dismiss. | SDS | 1.7 | 650 | $1,105.00 |

| Date | Description | | | | Amount |
|------|-------------|---|---|---|--------|
| 11/06/25 | Corr. with local counsel and client re adjournment of November 24, 2025 omnibus hearing. | SDS | 0.1 | 650 | $65.00 |
| 11/06/25 | Research authority re court's ability to consider matters subject to judicial notice when consideration a motion to dismiss, and settlement agreement is binding to preclude subsequent actions against same defendant. | SDS | 3.0 | 650 | $1,950.00 |
| 11/06/25 | Continue drafting reply on motion to dismiss. | SDS | 1.4 | 650 | $910.00 |
| 11/07/25 | Complete first draft of reply on motion to dismiss. | SDS | 5.1 | 650 | $3,315.00 |
| 11/09/25 | Revisions to reply on motion to dismiss. | SDS | 2.5 | 650 | $1,625.00 |
| 11/10/25 | Research authority re pleading is sanctionable when its claims are barred by res judicata. | SDS | 1.4 | 650 | $910.00 |
| 11/10/25 | Begin drafting reply on motion for sanctions. | SDS | 3.0 | 650 | $1,950.00 |
| 11/11/25 | Continue drafting reply on motion for sanctions. | SDS | 6.5 | 650 | $4,225.00 |
| 11/12/25 | Corr. and TC with client and GMK re motion for sanctions and motion to dismiss. | SDS | 1.8 | 650 | $1,170.00 |
| 11/12/25 | Review draft of replies to motion for reconsideration and motion to dismiss amended adversary proceeding. | GMK | 1.5 | 700 | $1,050.00 |
| 11/12/25 | Conference with S. Simon re discuss all strengths and weaknesses of reply arguments. | GMK | 0.3 | 700 | $210.00 |
| 11/13/25 | Revisions to reply on motion for sanctions. | SDS | 5.3 | 650 | $3,445.00 |
| 11/14/25 | File maintenance re three motions and exhibit binders for oral argument. | SDS | 0.4 | 650 | $260.00 |
| 11/20/25 | Corr. with local counsel and client re agenda for 11/24/25 hearings. | SDS | 0.1 | 650 | $65.00 |
| 11/21/25 | Prepare for November 24, 2025 hearing on motions for reconsideration, sanctions, and to dismiss. | SDS | 2.6 | 650 | $1,690.00 |
| 11/21/25 | Corr. with Trust counsel, local counsel and client re motion scheduling. | SDS | 0.5 | 650 | $325.00 |
| 11/21/25 | Analyze local counsel's draft request for oral argument and notice of completion of briefing. | SDS | 1.0 | 650 | $650.00 |
| 11/24/25 | Corr. with local counsel re Trust counsel's comments to request for oral argument. | SDS | 0.1 | 650 | $65.00 |
| 11/24/25 | TC with local counsel re logistics for hearing on all three motions. | SDS | 0.2 | 650 | $130.00 |

**Total FEES**   **44.4**   **$28,965.00**

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 11/24/25 | FedEx Tracking ID: 886059888547 | $48.40 |

**Total EXPENSES**   **$48.40**

**Balance Due**   **$29,013.40**

TO REMIT PAYMENT BY WIRE TRANSFER, PLEASE USE THE FOLLOWING
INFORMATON AND REFERENCE THE FILE NUMBER SET FORTH ABOVE.

**T.D. Bank**
1120 6th Avenue
New York, New York 10036
Phone# 201-657-8617
ABA#: 026013673
ACCT #: 4439862172
Swift Code #: NRTHUS33XXX
Acct Name: Goetz Platzer LLP



Ross Rheingans-Yoo
9450 SW Gemini Dr. # 31347
Beaverton, OR 97008

January 12, 2026

File #: 99213.0001
Invoice #: 575482
Tax ID#: 99-1661964

Reference:      Manifold Adversary Proceeding

**FEES**

| <u>Date</u> | <u>Fees</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 12/02/25 | Corr. with Trust counsel and client re hearing date for three motions. | SDS | 0.1 | 650 | $65.00 |
| 12/08/25 | Corr. with Trust counsel and client confirming hearing date for three motions. | SDS | 0.1 | 650 | $65.00 |
| 12/17/25 | Analyze debtor's agenda for December 2025 omnibus hearing. Corr. with local counsel re agenda does not provide that all three hearings were continued to January 2026. | SDS | 0.1 | 650 | $65.00 |

| **Total FEES** | | | **0.3** | | **$195.00** |
|---|---|---|---|---|---|

**Balance Due**                                                                 **$195.00**

TO REMIT PAYMENT BY WIRE TRANSFER, PLEASE USE THE FOLLOWING
INFORMATON AND REFERENCE THE FILE NUMBER SET FORTH ABOVE.

**T.D. Bank**
1120 6th Avenue
New York, New York 10036
Phone# 201-657-8617
ABA#: 026013673
ACCT #: 4439862172
Swift Code #: NRTHUS33XXX
Acct Name: Goetz Platzer LLP



Ross Rheingans-Yoo
9450 SW Gemini Dr. # 31347
Beaverton, OR 97008

January 27, 2026

File #: 99213.0001
Invoice #: 575875
Tax ID#: 99-1661964

Reference:    Manifold Adversary Proceeding

## FEES

| Date | Fees | Timekeeper | Hours | Rate | Amount |
|------|------|-----------|-------|------|--------|
| 01/15/26 | Analyze hearing agenda for January 20, 2026. Corr. With client re same. | SDS | 0.1 | 685 | $68.50 |
| 01/16/26 | Research authority re sanctions against debtor charged only against attorneys not estate. | SDS | 1.2 | 685 | $822.00 |
| 01/17/26 | Preparation for January 20, 2026 hearing on motions for reconsideration, dismissal of adversry proceeding, and Rule 11 sanctions. | SDS | 2.7 | 685 | $1,849.50 |
| 01/19/26 | Travel from New York to Delaware for hearing on three motions. | SDS | 5.5 | 685 | $3,767.50 |
| 01/19/26 | Final preparation for hearing on motion for reconsideration; motion to dismiss; motion for sanctions | SDS | 1.7 | 685 | $1,164.50 |
| 01/20/26 | Appear in Delaware Bankruptcy Court for hearing on three motions | SDS | 0.6 | 685 | $411.00 |
| 01/20/26 | Conf. with client and M.Joyce re result of hearing; next steps; potential appeal by Trust. | SDS | 3.0 | 685 | $2,055.00 |
| 01/20/26 | Travel from Delaware to New York following hearing on three motions. | SDS | 5.5 | 685 | $3,767.50 |
| **Total FEES** | | | **20.3** | | **$13,905.50** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 01/19/26 | Out of Town Travel - Scott Simon - Hotel in Delaware before Bankruptcy Court hearings. | $83.14 |
| 01/19/26 | Out of Town Travel - Scott Simon - Amtrak to/from Delaware for Bankruptcy Court hearings. | $285.00 |

**Total EXPENSES**                                                           **$368.14**

**Balance Due**                                                          **$14,273.64**

TO REMIT PAYMENT BY WIRE TRANSFER, PLEASE USE THE FOLLOWING
INFORMATON AND REFERENCE THE FILE NUMBER SET FORTH ABOVE.

**T.D. Bank**
1120 6th Avenue
New York, New York 10036
Phone# 201-657-8617
ABA#: 026013673
ACCT #: 4439862172
Swift Code #: NRTHUS33XXX
Acct Name: Goetz Platzer LLP



# Law Offices of Joyce, LLC

Delaware's Bankruptcy & Corporate Counsel

**Joyce, LLC**
7209 Lancaster Pike
Suite 4-318
Hockessin, DE 19707
(302) 388-1944

August 04, 2025

**Scott D. Simon, Esq.**
Latona Bio - Ross R. Yoo
Goetz Fitzpatrick, LLP

**Please remit payment to: Joyce, LLC: 7209 Lancaster Pike, Suite 4-318, Hockessin, DE 19707**

**Invoice Number: 2438**
Invoice Period: 07-11-2025 - 07-31-2025

Payment Terms: Upon Receipt

**RE: FTX Avoidance Action**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 07-11-2025 | Michael  Joyce | Receipt and review of email from client, co-counsel re; designated nonprofit. | 0.20 | 425.00 | 85.00 |
| 07-24-2025 | Michael  Joyce | Receipt and review of Trust's Motion to Reconsider. Communicate with co-counsel per the same. Receipt and review of FAC in Manifold adversary. | 0.90 | 425.00 | 382.50 |
| | | | **Total** | | 467.50 |

## Time Summary

| Professional | Hours | Amount |
|-------------|-------|--------|
| Michael  Joyce | 1.10 | 467.50 |
| | **Total** | 467.50 |

We appreciate your business



# Law Offices of Joyce, LLC

Delaware's Bankruptcy & Corporate Counsel

**Joyce, LLC**
7209 Lancaster Pike
Suite 4-318
Hockessin, DE 19707
(302) 388-1944

September 02, 2025

**Scott D. Simon, Esq.**
Latona Bio - Ross R. Yoo
Goetz Fitzpatrick, LLP

**Please remit payment to: Joyce, LLC: 7209 Lancaster Pike, Suite 4-318, Hockessin, DE 19707**

**Invoice Number: 2466**
Invoice Period: 08-17-2025 - 08-31-2025

Payment Terms: Upon Receipt

**RE: FTX Avoidance Action**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 08-17-2025 | Michael Joyce | Communicate with co-counsel by email regarding possible sanctions motion, omnibus hearing dates. Review of docket report re omnibus hearing dates. | 0.30 | 425.00 | 127.50 |
| 08-21-2025 | Michael Joyce | Receipt and review of Rule 11 Demand, Draft Rule 11 motion, order, exhibits. | 1.20 | 425.00 | 510.00 |
| | | | **Total** | | 637.50 |

## Time Summary

| Professional | Hours | Amount |
|-------------|-------|--------|
| Michael Joyce | 1.50 | 637.50 |
| **Total** | | 637.50 |

We appreciate your business



# Law Offices of Joyce, LLC

Delaware's Bankruptcy & Corporate Counsel

**Joyce, LLC**
7209 Lancaster Pike
Suite 4-318
Hockessin, DE 19707
(302) 388-1944

October 01, 2025

**Scott D. Simon, Esq.**
Latona Bio - Ross R. Yoo
Goetz Fitzpatrick, LLP

**Please remit payment to: Joyce, LLC: 7209 Lancaster Pike, Suite 4-318, Hockessin, DE 19707**

**Invoice Number: 2500**
Invoice Period: 09-11-2025 - 09-30-2025

Payment Terms: Upon Receipt

**RE: FTX Avoidance Action**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-11-2025 | Michael Joyce | Receipt and review of letter from trust re: response to rule 11 demand. | 0.50 | 425.00 | 212.50 |
| 09-12-2025 | Michael Joyce | Receipt and review of email correspondence (multiple) re: rule 11 demand, meet and confer. | 0.30 | 425.00 | 127.50 |
| 09-19-2025 | Michael Joyce | Receipt and review of reply letter to Trust's response re: Manifold, rule 11 sanctions. | 0.30 | 425.00 | 127.50 |
| 09-22-2025 | Michael Joyce | Receipt and review of response letter from Plaintiff's re: motion to reconsider, adversary complaint. | 0.20 | 425.00 | 85.00 |

We appreciate your business

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-25-2025 | Michael Joyce | Communicate with co-counsel by email re: Rule 11 Motion, Answer, Response to Motion to Reconsider. Review of Draft Rule 11 Motion. Review of docket, scheduling stipulation re: noticing of rule 11 motion, hearing on the same. | 1.60 | 425.00 | 680.00 |
| 09-26-2025 | Michael Joyce | Receipt and review of draft Manifold answer to complaint. Draft and revise COS. Administer filing and service of the same. Receipt and review of draft MTD. Communicate with co-counsel re: LBR's briefing in adversary proceeding. Review of Complaint re: proposed order granting MTD. Draft and revise proposed order. Prepare exhibits and COS. Administer filing and service. Receipt and review of draft response to motion to reconsider. Prepare exhibits. Draft and revise COS. Administer filing and service of the same. Receipt and review of draft motion for sanctions. Prepare exhibits, cos. Administer filing and service of the same. | 5.20 | 425.00 | 2,210.00 |
| 09-29-2025 | Michael Joyce | Communicate with Bloomberg reporter by email re; motion for sanctions. | 0.20 | 425.00 | 85.00 |
| | | | **Total** | | 3,527.50 |

**Time Summary**

| Professional | Hours | Amount |
|-------------|-------|--------|
| Michael Joyce | 8.30 | 3,527.50 |
| **Total** | | 3,527.50 |

|  |  |
|--|--|
| **Total for this Invoice** | 3,527.50 |
| **Previous Balance** | (3,527.50) |
| **Total Amount to Pay as of 01-27-2026** | 0.00 |

Outstanding Balance as of 01-27-2026

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 180+ Days | Total |
|---------|---------|---------|---------|----------|-----------|-------|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

We appreciate your business



## Law Offices of Joyce, LLC

Delaware's Bankruptcy & Corporate Counsel

**Joyce, LLC**
7209 Lancaster Pike
Suite 4-318
Hockessin, DE 19707
(302) 388-1944

November 30, 2025

**Scott D. Simon, Esq.**
Latona Bio - Ross R. Yoo
Goetz Fitzpatrick, LLP

**Please remit payment to: Joyce, LLC: 7209 Lancaster Pike, Suite 4-318, Hockessin, DE 19707**

**Invoice Number: 2565**
Invoice Period: 11-06-2025 - 11-30-2025

Payment Terms: Upon Receipt

**RE: FTX Avoidance Action**

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 11-06-2025 | Michael Joyce | Receipt of notice of reschedules hearing. Communicate with co-counsel, Debtors counsel per the same. Further communication with co-counsel regarding briefing rules. | 0.40 | 425.00 | 170.00 |
| 11-07-2025 | Michael Joyce | Receipt and review of draft Reply re: MTD. | 0.40 | 425.00 | 170.00 |
| 11-11-2025 | Michael Joyce | Receipt and review of draft motion for sanctions. | 0.50 | 425.00 | 212.50 |
| 11-13-2025 | Michael Joyce | Review and revise reply to motion for sanctions. Administer filing and service of the same. | 0.40 | 425.00 | 170.00 |
| 11-13-2025 | Michael Joyce | Review and revise reply re: MTD. Communicate | 0.80 | 425.00 | 340.00 |

We appreciate your business

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | with co-counsel per the same. Format exhibits, draft and revise COS. Administer filing and service. | | | |
| 11-20-2025 | Michael Joyce | Receipt of email from co-counsel re: agenda for Monday's hearing.  Review of hearing agenda. Email to Trust counsel per the same. | 0.30 | 425.00 | 127.50 |
| 11-21-2025 | Michael Joyce | Communicate with Scott regarding hearing, request for oral argument, notice of completion. Communicate with Debtors counsel per the same.  Review of docket report regarding filings for inclusion in notice of completion. Draft and revise notice of completion, request for oral argument. Further communication with Scott per the same. | 1.60 | 425.00 | 680.00 |
| 11-22-2025 | Michael Joyce | Communicate with counsel to Trust regarding filing of request for oral argument, notice of completion. | 0.20 | 425.00 | 85.00 |
| | | **Total** | | | 1,955.00 |

**Time Summary**

| Professional | Hours | Amount |
|-------------|-------|--------|
| Michael Joyce | 4.60 | 1,955.00 |
| **Total** | | 1,955.00 |

| | | |
|--|--|--|
| **Total for this Invoice** | | 1,955.00 |
| **Previous Balance** | | (1,955.00) |
| **Total Amount to Pay as of 01-27-2026** | | 0.00 |

**Outstanding Balance as of 01-27-2026**

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 180+ Days | Total |
|---------|---------|---------|---------|----------|-----------|-------|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

We appreciate your business



# Law Offices of Joyce, LLC

Delaware's Bankruptcy & Corporate Counsel

**Joyce, LLC**
7209 Lancaster Pike
Suite 4-318
Hockessin, DE 19707
(302) 388-1944

December 31, 2025

**Scott D. Simon, Esq.**
Latona Bio - Ross R. Yoo
Goetz Fitzpatrick, LLP

**Please remit payment to: Joyce, LLC: 7209 Lancaster Pike, Suite 4-318, Hockessin, DE 19707**

**Invoice Number: 2631**
Invoice Period: 12-02-2025 - 12-31-2025

Payment Terms: Upon Receipt

**RE: FTX Avoidance Action**


## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12-02-2025 | Michael Joyce | Receipt of email from counsel to Trust regarding hearing date. Receipt of email from co-counsel per the same. | 0.20 | 425.00 | 85.00 |
| 12-08-2025 | Michael Joyce | Receipt and review of mail correspondence regarding hearing date on motions. | 0.10 | 425.00 | 42.50 |
| 12-18-2025 | Michael Joyce | Communicate re: preparation of hearing binder and delivery to chambers. | 0.30 | 425.00 | 127.50 |
| | | | | **Total** | 255.00 |

## Time Summary

We appreciate your business

| Professional | Hours | Amount |
|---|---|---|
| Michael  Joyce | 0.60 | 255.00 |
| **Total** | | 255.00 |

**Credit**

| Date | Expense | Price | Qty | Amount |
|---|---|---|---|---|
| 12-19-2025 | None | | 0 | 484.26 |
| | Hearing Binder preparation fee - Reliable Co. | | | |
| | **Total Expenses** | | | 484.26 |

| | |
|---|---|
| **Total for this Invoice** | 739.26 |
| **Previous Balance** | (739.26) |
| **Total Amount to Pay as of 01-27-2026** | 0.00 |

**Outstanding Balance as of 01-27-2026**

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 180+ Days | Total |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

We appreciate your business



# Law Offices of Joyce, LLC

Delaware's Bankruptcy & Corporate Counsel

**Joyce, LLC**
7209 Lancaster Pike
Suite 4-318
Hockessin, DE 19707
(302) 388-1944

January 27, 2026

**Scott D. Simon, Esq.**
Latona Bio - Ross R. Yoo
Goetz Fitzpatrick, LLP

**Please remit payment to: Joyce, LLC: 7209 Lancaster Pike, Suite 4-318, Hockessin, DE 19707**

**Invoice Number: 2640**
Invoice Period: 01-01-2026 - 01-20-2026

Payment Terms: Upon Receipt

**RE: FTX Avoidance Action**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 01-12-2026 | Michael Joyce | Communicate with chambers regarding 1/20 hearing. Communicate with co-counsel per the same. | 0.20 | 425.00 | 85.00 |
| 01-15-2026 | Michael Joyce | Receipt and review of hearing agenda for 1-20 hearing. Communicate with co-counsel per the same. | 0.20 | 425.00 | 85.00 |
| 01-20-2026 | Michael Joyce | Attend hearing on motion to reconsider, sanctions. Post hearing meeting with client and co-counsel. | 4.50 | 425.00 | 1,912.50 |
| | | **Total** | | | 2,082.50 |

We appreciate your business

**Time Summary**

| Professional | Hours | Amount |
|---|---|---|
| Michael  Joyce | 4.90 | 2,082.50 |
| **Total** | | 2,082.50 |

|  |  |
|---|---|
| **Total for this Invoice** | 2,082.50 |
| **Previous Balance** | 0.00 |
| **Total Amount to Pay as of 01-27-2026** | 2,082.50 |

**Outstanding Balance as of 01-27-2026**

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 180+ Days | Total |
|---|---|---|---|---|---|---|
| 2,082.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,082.50 |

We appreciate your business