# EXHIBIT 3

**COMPENSATION DISCLOSURE**

| Timekeeper Name | Position | Year of Admission | Blended Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Simon, Scott D. | Partner | 2006 | $655.30 | 133.90 | $87,745.00 |
| Kushner, Gary M. | Partner | 1989 | $700.00 | 17.50 | $12,250.00 |
| Joyce, Michael J. | Partner | 2004 | $425.00 | 25.00 | $10,625.00 |
| McGrath, ToniMarie | Paralegal | n/a | $285.00 | 0.40 | $114.00 |
| **Lawyers Total:** | | | **$626.32** | **176.40** | **$110,620.00** |
| **Paralegals Total:** | | | **$285.00** | **0.40** | **$114.00** |