# EXHIBIT 4

**EXPENSES DISCLOSURE**

| Expense Category | Amount |
|---|---:|
| Travel – Amtrak | $285.00 |
| Travel – Doubletree | $83.14 |
| Reproduction – Reliable Co. | $484.26 |
| Delivery – FedEx | $48.40 |
| Legal Research – Westlaw | $233.27 |
| Total: | **$1,134.07** |