## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2026, I caused a true and correct copy of the foregoing *Declaration of Scott D. Simon Attesting to Reasonable Attorneys' Fees and Necessary Expenses Incurred by Ross Rheingans-Yoo in Connection with FTX Recovery Trust's Sanctionable Conduct* to be electronically filed the with the Clerk of Court and served on the parties on the service list below via CM/ECF and first-class mail.

Dated: January 30, 2026

                                                  */s/ Michael Joyce*
                                                  Michael J. Joyce

Matthew B. McGuire
Matthew R. Pierce
919 Market Street,
Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Steven L. Holley
Stephanie G. Wheeler
Brian D. Glueckstein
125 Broad Street
New York, NY 10004
E-mail: holleys@sullcrom.com
wheelers@sullcrom.com
gluecksteinb@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com