Request for Confirmation of Step 3 KYC Address Update and Eligibility for March 31, 2026 Distribution

Date: February 01, 2026

Dear Sir/Madam,

I am a creditor of FTX with Claim No: 35022 (Unique Customer Code: 00370539).

I have completed all required preconditions for distribution, including identity verification (KYC) with Kraken.

I currently reside in Austria, and my address has been updated accordingly. I respectfully request confirmation that:

1. My Step 3 KYC identity and residential address in the FTX/Kroll system have been successfully updated to reflect my current residence in Austria; and

2. My Kraken KYC identity and residential address are correctly synchronized with the same Austrian address.

I would also like to kindly ask whether I will be included in the upcoming distribution scheduled for March 31, 2026.

If I will be included, please confirm accordingly.

If I will not be included, I respectfully request a detailed explanation of the reason for exclusion, together with guidance on what actions are required from my side to resolve this issue and participate in a future distribution.

Thank you for your attention and assistance in this matter.

Yours faithfully,

| Signature: | *(signed)* |
|---|---|
| Name: | Dejan Kaladjurdjevic |
| Email: | dejanlc7@gmail.com |
| Date: | February 01, 2026 |

CLOSE ▲



## Creditor Data Details - Claim # 35022

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
08/03/2023

**Claim Number**
35022

**Schedule Number**
6850143

**Confirmation ID**
3265-70-UNLQD-576197251

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AAPL | LOANED | 1.0877313800000000 | 1.0877313800000000 |
| CRYPTO | BTC | ASSERTED | 18.464903383608554 | 18.464903383608554 |
| CRYPTO | ETH | ASSERTED | 3.4299235024973 | 3.4299235024973 |
| CRYPTO | FTT | ASSERTED | 0.0000000103067851 | 0.0000000103067851 |
| CRYPTO | LUNA2 | ASSERTED | 0.005382208239 | 0.005382208239 |
| CRYPTO | LUNA2_LOCKED | ASSERTED | 0.01255848589 | 0.01255848589 |
| CRYPTO | SOL | ASSERTED | 384.1071091365276 | 384.1071091365276 |
| CRYPTO | SPY | ASSERTED | 431.16541435523027 | 431.16541435523027 |
| CRYPTO | SRM | ASSERTED | 27.67337795 | 27.67337795 |
| CRYPTO | SRM_LOCKED | ASSERTED | 110.68378431 | 110.68378431 |
| CRYPTO | TRX | ASSERTED | 0.001013 | 0.001013 |
| CRYPTO | USDT | ASSERTED | 67275.68623494706 | 67275.68623494706 |
| CRYPTO | USTC | ASSERTED | 0.76187758944488 | 0.76187758944488 |
| FIAT | USD | ASSERTED | 20099.720530979226 | 20099.720530979226 |

## Objection History