# UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX Trading Ltd.., et al.<br>Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| *Name of transferor:* | *Name of Transferee:* |
|---|---|
| ▇▇▇▇▇▇▇▇▇▇ | Anton Ivanov |
| Name and current address of transferor:<br>▇▇▇▇▇▇▇▇▇▇ | Name and Address where notices and payments to transferee should be sent:<br><br>Anton Ivanov<br>ggfloq3@gmail.com<br>GG. Burung No. 3, Pemecutan Klod<br>Denpasar Barat, Denpasar, Bali 80112<br>Indonesia |

| Claim(s) | Debtor | Case No | Claim Identifier(s) | % Transferred |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Scheduled ID 221106806849487<br>Claim id 78423<br>Unique Customer Code 00186760 | 100% |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Anton ivanov*
Transferee / Transferee's Agent
Date: 02.02.2026

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## FTX Trading Ltd. Customer Claim Schedule

| 00186760 | | BAL[.00295702], BEAR[.00324768], BSVBULL[.0347244], DMG[.00000001], EOSBULL[.06334424], ETH[35.30106652], ETHBEAR[.00066474], ETHBULL[.00007728], ETHW[.00059733], HXRO[.74332527], LINKBULL[.03462703], LTCBULL[.007], LUNA2_LOCKED[0.00000002], LUNC[.0021089], MAPS[.476295], SOL[0.00051148], SRM[7.49787257], SRM_LOCKED[28.50212743], TRX[.000125], USD[1.21], USDT[139971.33551051], XRPBULL[.009481] |

## Kroll Website Claim Entry




# EVIDENCE OF TRANSFER OF CLAIM

**TO:**
United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")

**AND TO:**
FTX Trading Ltd. (the "Debtor")

**RE:**
In re FTX Trading Ltd., et al.
Chapter 11, Case No. 22-11068 (JTD)

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, creditor ▓▓▓▓▓▓▓▓▓▓ hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to "Anton Ivanov" and its successors and assigns all right, title and interest in and to the claim(s) identified below, against FTX Trading LTD et al:

## Identification of Claim

| Schedule F Claim #: | 6849487 |
|---|---|
| Claim id | 78423 |
| Claim Amount: | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 02.02.2026

| Buyer: *Anton ivanov* | ▓▓▓▓▓ |
|---|---|
| Name: Anton Ivanov<br>Email : ggfloq3@gmail.com | ▓▓▓▓▓ |