Bo Yang
1000 Brickell Ave., Suite 715
Miami, FL 33131
fundv20@gmail.com
415-283-7169
January 29, 2026

RECEIVED
2026 FEB -2  P 2:57

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

Re: FILING OF NOTICE OF TRANSFER OF CLAIM
Case Name: In re FTX Trading Ltd., et al.
Case No: 22-11068 (JTD)
Transferor: Guoqing Zheng (Unique Customer Code: 2549174; Resident of China)
Transferee: Bo Yang

Dear Clerk of the Court,

Enclosed for filing in the above-referenced case, please find 1) the original "Transfer of Claim Other Than For Security" (Director's Form 2100A) transferring the claim (approximately $1,350,252.92) from Guoqing Zheng to Bo Yang.

2) Copy of Original Proof of Claim and Approved KYC (Note: "Christina Yang" listed on the Proof of Claim is the same person as Transferee "Bo Yang").

This is a family transfer (mother to daughter) to facilitate resolution and distribution.

Enclosed is a Cashier's Check / Money Order in the amount of $28.00 to cover the filing fee.

Request for Stamped Receipt: I have enclosed an extra copy of the Transfer of Claim form. Please date-stamp this copy to indicate receipt and return it to me in the enclosed self-addressed, prepaid FedEx envelope.

Thank you for your assistance.

Sincerely,

Bo Yang

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re FTX TRADING LTD., ET AL., , Case No. 22-11068 (JTD)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bo Yang | Guoqing Zheng |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1000 Brickell Ave, Suite 715
Miami, FL 33131

Phone: 415-283-7169 / fundv20@gmail.com
Last Four Digits of Acct #: 4275

Court Claim # (if known): 85298
Amount of Claim: $1,350,252.92
Date Claim Filed: 9/27/2023
Unique Customer Code: 2549174

Phone: 415-283-7169
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: 415-283-7169
Last Four Digits of Acct #: 4275

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Bo Yang /s/ Bo Yang   Date: 1/26/2026
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re FTX TRADING LTD., ET AL.,           ,           Case No. 22-11068 (JTD)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bo Yang | Guoqing Zheng |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1000 Brickell Ave, Suite 715
Miami, FL 33131

Phone: 415-283-7169 / fundv20@gmail.com
Last Four Digits of Acct #:  4275

Court Claim # (if known): 85298
Amount of Claim: $1,350,252.92
Date Claim Filed: 9/27/2023
Unique Customer Code: 2549174

Phone: 415-283-7169
Last Four Digits of Acct. #:  n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: 415-283-7169
Last Four Digits of Acct #: 4275

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Bo Yang /s/                                    Date: 1/26/2026
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Reset                            Save As...            Print

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re _____████_____ ,   Case No. ___████___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

████  
Name of Transferee

████  
Name of Transferor

Name and Address where notices to transferee should be sent:

████

Phone: ████  
Last Four Digits of Acct #: _____

Court Claim # (if known): ████  
Amount of Claim: ████  
Date Claim Filed: ████

Phone: ████  
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: ████  
Last Four Digits of Acct #: ████

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __████_____   Date: _____
       Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Reset     Save As...     Print

**COPY**   Received SEP 27 2023

United States Bankruptcy Court, District of Delaware

Kroll Restructuring Administration 04/22

Modified Official Form 410

# Customer Proof of Claim Form

IF YOU WISH TO FILE THIS PROOF OF CLAIM ELECTRONICALLY, THE ELECTRIC FORM IS AVAILABLE AT https://restructuring.ra.kroll.com/ftx/EPOC-Index. The link also contains other important information about this proof of claim form, such as the definition of capitalized terms.

Proofs of Claim must be filed in ENGLISH.

Any claim, whether valid or not, will be categorized as "Unverified" as described in the Bar Date Order [D.I. #] if the Creditor does not provide Know Your Customer ("KYC") documentation. To upload KYC information, visit the Debtors' Customer Claims Portal, available at: https://claims.ftx.com.

Read the instructions before filling out this form. This form is for making a customer claim against the Debtors at the FTX Exchanges. **Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim. Do not send original documents; they will not be returned and may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Claimants do not need to file separate proofs of claim against each Debtor on account of the same Customer Entitlement Claim.

Please complete Part 2, Box 8 for any claims arising out of or related to any other investment or trading activities on any FTX Exchange.

This claim form should not be used to assert claims against Emergent Fidelity Technologies Ltd.

Fill in all the information about the claim as of November 11, 2022 unless your claim is against West Realm Shires Inc., in which case information about the claim is as of November 14, 2022 (as applicable, the "Petition Date").

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Guoqing Zheng
Other names the creditor used with the debtor (if any): ___
FTX customer account number: 57769252
Email Address(es) Used for each FTX Account: fundv20@gmail.com

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? (name, account email and account identification number) ___

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Name: Guoqing Zheng
Number Street: 500 W 30th St, PH 2E
City: New York    State: NY    ZIP Code: 10001
Country (if outside of the US): ___
Contact phone: 415-283-7169
Contact email: fundv20@gmail.com

Where should payments to the creditor be sent? (if different)
Name: Christina Yang
Number Street: 500 W 30th St, PH 2E
City: New York    State: NY    ZIP Code: 10001
Country (if outside of the US): ___
Contact phone: 415-283-7169
Contact email: christinabyang@gmail.com

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) ___
Filed on ___ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? ___

Claim No. 85298
Initials MH, RR





CHRISTINA YANG
(415) 283-7169
THE UPS STORE #3155
936 SW 1ST AVE
MIAMI FL 33130-4520

0.2 LBS LTR
SHP WT: LTR
DATE: 29 JAN 2026

SHIP TO: COURT, DISTRICT OF DELAWARE
CLERK OF THE COURT, U S BANKRUPTCY
3RD FLOOR
824 N MARKET ST

WILMINGTON DE 19801-3024

DE 197 9-25

UPS 2ND DAY AIR    2
TRACKING #: 1Z V49 445 02 0717 8785

BILLING: P/P

REF #1: SS

MMUJZRSRRN0NS ISH 13.000 BIXOLON S 50.5V 12/2025

The UPS Store RFID Label
Tracking #
1ZV4944502071787 8785