

# U.S. Bankruptcy Court

### Delaware Bankruptcy - Wilmington

Receipt Date: Feb 2, 2026 2:58PM

FTX Trading Ltd.
10-11 Mandolin Place
Friars Hill Road
St. John, AG-04

| Rcpt. No: 10096013 | Trans. Date: Feb 2, 2026 2:58PM | | Cashier ID: #SP (6534) | |
|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| TOC | TransferofClaim$ | 22-11068-KBO | 1 | 28.00 | 28.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #1202714564 | 02/2/2026 | $28.00 |
| | | | Total Due Prior to Payment: | $28.00 |
| | | | Total Tendered: | $28.00 |
| | | | Total Cash Received: | $0.00 |

**Debtor**: FTX Trading Ltd.

Exact change only.