# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: February 4, 2026

/s/ Thomas Evangelista
Thomas Evangelista

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on February 4, 2026, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


/s/ Paul Pullo
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 33196 | Name on File<br>Address on File<br>Email Address on File | Chendi Zhu as Transferee of Name on File<br>Attn: General Counsel<br>1843 Balboa Way<br>Upland, CA 91784<br>Email: ydujjudy@gmail.com | 1/16/2026 |
| 33885 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 1/16/2026 |
| 33951 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34008 | Name on File<br>Address on File<br>Email Address on File | Diameter Master Fund LP as Transferee of Name on File<br>c/o Diameter Capital Partners LP<br>Attn: Sam Kim; Matt Gilmartin<br>50 Hudson Yards, Suite 6600A<br>New York, NY 10001<br>Email: skim@diametercap.com,<br>mgilmartin@diametercap.com,<br>DCP_Ops_Team@diametercap.com | 1/16/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34009 | Name on File<br>Address on File<br>Email Address on File | Diameter Master Fund LP as Transferee of Name on File<br>c/o Diameter Capital Partners LP<br>Attn: Sam Kim; Matt Gilmartin<br>50 Hudson Yards, Suite 6600A<br>New York, NY 10001<br>Email: DCP_Ops_Team@diametercap.com, mgilmartin@diametercap.com, skim@diametercap.com | 1/16/2026 |
| 34018 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, LLC as Transferee of Name on File<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 1/16/2026 |
| 34036 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, LLC as Transferee of Name on File<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 1/23/2026 |
| 34046 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 1/23/2026 |
| 34052 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34074 | Name on File<br>Address on File<br>Email Address on File | Tai Yong Lek as Transferee of Name on File<br>Blk 578 Pasir Ris Street 53<br>#08-67,<br>510578<br>Singapore<br>Email: lektaiyong@gmail.com | 1/9/2026 |
| 34078 | Name on File<br>Address on File<br>Email Address on File | BarnOwl IV LLC as Transferee of Name on File<br>Attn: John Langham<br>808 W. Hollywood St<br>Tampa, FL 33604<br>Email: support@claimscreditor.com | 1/16/2026 |
| 34080 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/16/2026 |
| 34095 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com,<br>12017192157@tls.ldsprod.com | 1/16/2026 |
| 34101 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings LLC as Transferee of Name on File<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 1/16/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34116 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34117 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34120 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34121 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34122 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34123 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34124 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34126 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34128 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34132 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: General Counsel<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34133 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34164 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/16/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34170 | Name on File Address on File Email Address on File | FTXCREDITOR LLC as Transferee of Name on File Attn: Michael Bottjer 1509 Bent Ave. Cheyenne, WY 82001 Email: claims@ftxcreditor.com | 1/9/2026 |
| 34171 | Name on File Address on File Email Address on File | Grand Teton C II LLC as Transferee of Name on File Attn: Michael Bottjer 1509 Bent Ave. Cheyenne, WY 82001 Email: claims@ftxcreditor.com | 1/9/2026 |
| 34172 | Name on File Address on File Email Address on File | Grand Teton C II LLC as Transferee of Name on File Attn: Michael Bottjer 1509 Bent Ave. Cheyenne, WY 82001 Email: claims@ftxcreditor.com | 1/16/2026 |
| 34174 | Name on File Address on File Email Address on File | Paxtibi LLP as Transferee of Name on File Attn: Federico Natali 221 W 9th St. Wilmington, DE 19801 Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34175 | Name on File Address on File Email Address on File | Paxtibi LLP as Transferee of Name on File Attn: Federico Natali 221 W 9th St. Wilmington, DE 19801 Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34176 | Name on File Address on File Email Address on File | Paxtibi LLP as Transferee of Name on File Attn: Federico Natali 221 W 9th St. Wilmington, DE 19801 Email: paxtibi.xyz@gmail.com | 1/9/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34177 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34178 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34179 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34180 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: General Counsel<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34181 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34182 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34183 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34198 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34199 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34200 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34201 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34202 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34203 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34204 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34206 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34207 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34208 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34209 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34210 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34211 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34212 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |
| 34217 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34218 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/9/2026 |
| 34236 | Name on File<br>Address on File<br>Email Address on File | Jefferies Leveraged Credit Products LLC as Transferee of Name on File<br>Attn: Mike Richards<br>520 Madison Avenue<br>New York, NY 10022<br>Email: mrichards@jefferies.com | 1/9/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34237 | Name on File<br>Address on File<br>Email Address on File | Jefferies Leveraged Credit Products LLC as Transferee of Name on File<br>Attn: Mike Richards<br>520 Madison Avenue<br>New York, NY 10022<br>Email: mrichards@jefferies.com | 1/9/2026 |
| 34245 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 1/23/2026 |
| 34254 | Name on File<br>Address on File<br>Email Address on File | Arbtrust Venture LLC as Transferee of Name on File<br>Attn: Gabriel Storck<br>200 S. Biscayne Blvd #402<br>Miami, FL 33131<br>Email: gabriel@arbtrustus.com, arbtrust@arbtrustus.com | 1/16/2026 |
| 34256 | Name on File<br>Address on File<br>Email Address on File | BarnOwl IV LLC as Transferee of Name on File<br>Attn: John Langham<br>808 W. Hollywood St<br>Tampa, FL 33604<br>Email: support@claimscreditor.com | 1/16/2026 |
| 34265 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/16/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34266 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/16/2026 |
| 34267 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/16/2026 |
| 34275 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/16/2026 |
| 34276 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/16/2026 |
| 34278 | Name on File<br>Address on File<br>Email Address on File | GreenWulf Master Fund LP as Transferee of Name on File<br>Attn: Jen Albert<br>270 Madison, Suite 803<br>New York, NY 10016<br>Email: contact@greenwulf.com | 1/23/2026 |
| 34283 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34284 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34285 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/16/2026 |
| 34288 | Name on File<br>Address on File<br>Email Address on File | Diameter Master Fund LP as Transferee of Name on File<br>c/o Diameter Capital Partners LP<br>Attn: Matt Gilmartin<br>50 Hudson Yards, Suite 6600A<br>New York, NY 10001<br>Email: mgilmartin@diametercap.com | 1/23/2026 |
| 34289 | Name on File<br>Address on File<br>Email Address on File | Hudson Bay Claim Fund LLC as Transferee of Name on File<br>c/o Hudson Bay Capital Management LP<br>Attn: Matthew Weinstein and Chad Flick<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830<br>Email: cflick@hudsonbaycapital.com, mweinstein@hudsonbaycapital.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34294 | Name on File<br>Address on File<br>Email Address on File | Xianmin Yan as Transferee of Name on File<br>PO Box 7164<br>Unit 140239<br>Poole,  BH15 9EL<br>England<br>Email: info@dingdingke.org | 1/23/2026 |
| 34301 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34302 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34303 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34304 | Name on File<br>Address on File<br>Email Address on File | FTX Creditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34305 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34306 | Name on File<br>Address on File<br>Email Address on File | Xianmin Yan as Transferee of Name on File<br>Attn: General Counsel<br>71-75 Shelton Street<br>Covent Garden<br>London,  WC2H 9JQ<br>United Kingdom<br>Email: info@dingdingke.org | 1/23/2026 |
| 34308 | Name on File<br>Address on File<br>Email Address on File | Smithson Capital Management LLC as Transferee of Name on File<br>Attn: Freddie Smithson<br>7278 Clunie Place, Unit 14603<br>Delray Beach, FL 33446<br>Email: freddie@slfaqllc.com | 1/23/2026 |
| 34312 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 1/23/2026 |
| 34315 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34316 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34317 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34318 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34319 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34320 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34321 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34322 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34323 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34324 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34325 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34326 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34327 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34328 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34329 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34330 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34331 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34332 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34333 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34334 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34335 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34336 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34337 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34338 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34339 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34340 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34341 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34342 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34343 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34344 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34345 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34346 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34347 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34348 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34349 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34350 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34351 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34352 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of<br>Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34353 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34354 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34355 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34356 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34408 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34414 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors LLC as Transferee of Name on File<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34418 | Name on File<br>Address on File<br>Email Address on File | Xianmin Yan as Transferee of Name on File<br>71-75 Shelton Street, Covent Garden<br>London,  WC2H 9JQ<br>United Kingdom<br>Email: info@dingdingke.org | 1/23/2026 |
| 34423 | Name on File<br>Address on File<br>Email Address on File | DINGDINGGEGE LTD as Transferee of Name on File<br>Attn: Xianmin Yan<br>79 Marsh Wall<br>London,  E14 9SH<br>United Kingdom<br>Email: yzllz0001@gmail.com | 1/23/2026 |
| 34438 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34439 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II LLC as Transferee of Name on File<br>Attn: Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/23/2026 |
| 34441 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34442 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |
| 34443 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |
| 34444 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |
| 34446 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |
| 34449 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |
| 34450 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34451 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |
| 34454 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP as Transferee of Name on File<br>Attn: Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/23/2026 |