To:
U.S. Bankruptcy Court for the District of Delaware
Clerk's Office
824 Market Street, 3rd Floor
Wilmington, DE 19801

From:
Richard E. Vallee
4940 Jack Frost Road
Mount Charleston, NV 89124
Email: westshore2@wi.rr.com
Phone: (262) 498-3432

RECEIVED

2026 FEB -4  A 10: 10

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Date: January 26, 2026

Subject: Submission of Documentation re: FTX Trading Ltd., et al. – Case No. 22-11068 (JTD)

Dear Clerk of the Court,

This letter accompanies a formal packet of documentation for inclusion in the docket of **FTX Trading Ltd., et al., Case No. 22-11068 (JTD)**. Enclosed are multiple certified, time-stamped correspondences previously submitted to the claim administrator, which have **received no response, confirmation, or acknowledgment to date**. This packet is being submitted to ensure verified recordkeeping and to escalate concern regarding proper claim handling.

Despite full compliance with the original filing deadline, including initial submission in February 2025, no reply has been received. Repeated certified mailings also remain unanswered. Therefore, I respectfully request the Court acknowledge this submission for transparency, accountability, and potential review by relevant fiduciaries.

### Enclosed Exhibits:

- **Exhibit A**: Initial claim submission sent via email prior to the February 28, 2025, deadline. No response was ever received.
- **Exhibit B**: First follow-up sent via **certified mail**, received by FTX on **November 28, 2025**. No response provided.
- **Exhibit C**: Second follow-up letter sent and received on **December 9, 2025**, with no acknowledgment.
- **Exhibit D**: Third certified mailing dated **December 19, 2025**, similarly unanswered.
- **Exhibit E**: A copy of a third-party class action disclosure (Silvergate-related) included for transparency. This document is unrelated to the claim itself but helps demonstrate a broader pattern of non-responsiveness by FTX stakeholders.

This packet is being submitted not only to your office but will also be forwarded to other appropriate fiduciaries and interested parties, including the **U.S. Trustee** and legal counsel for the **Unsecured Creditors' Committee**, as part of a broader transparency and accountability strategy.

Thank you for your attention to this matter. Please include this letter and attached exhibits in the case record. Return receipt via certified mail will confirm physical delivery.

Sincerely,
Richard E. Vallee

# EXHIBIT A

### Supporting Documentation of Timely Claim Filing and Recovery Eligibility

The original email and its attachments were submitted in response to a public notice issued by the FTX Debtors, which stated that customers may be eligible for recovery—contingent upon filing a valid claim by **February 28, 2025**.

The correspondence affirms proactive engagement with the claims process and reflects the claimant's intention to comply with recovery protocols prior to the published deadline.

**Proof of communication and submission is enclosed.**

From: "Richard Vallee" <westshore2@wi.rr.com>
To: "support@ftx.com" <support@ftx.com>
Cc:
Bcc:
Priority: Normal
Date: Wednesday February 26 2025 12:20:14PM
FTX unique customer code 09365553, claim no. 6554587

Gentlepersons:

Please help!

Richard E. Vallee westshore2@wi.rr.com
4940 Jack Frost Road 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
Mount Charleston Nevada 89124 262-498-3432.

My FTX user name is DrakeSubS@ Protonmail.com. , PW: 16Qrs!8729Znm5.
(That's the only user name/PW I ever used with FTX.) Entering that in the Claims Portal produced a message advising that the PW is incorrect, but offeoring to change the PW by sending a link to the em address. I tried to login the em, but was told em closed do the inactivity.

The first pdf attached is my photo drivers license that I used in my original KYC application.

The other pdf shows the three 2022 wire transfers totaling $105,000 that I sent to FTX to fund my account. Before the collapse I was able to retrieve 3 BTC's purchased for 23.4, 19.5, and 18.5 for a total of $61,400. Subtracting that from the $105,000 sent in leaves $43.600, which is my claim. (I and others expected BTC to drop further and I wanted funds on hand for the purchase.)

I have already submitted this same info using the FTX customer support em, but it erased my submission twice before one (I think) was sent. Is it possible to get a confirmation of receipt of my request. The instructions are very clear about a March 1 deadline I want to be sure i get in on time.

Richard E Vallee February 26, 2025

1301     FIX US

        a 02/18/21 02/21 southwest visa
        a 05/18/21 05/21 southwest visa
        a 05/31/22 06/22 FIX US
        a 05/14/22 05/22 FIX US
        a 09/30/22 09/22 500 Merril 500x


        TOTAL DEBITS=
        TOTAL CREDITS=

*OLD*

| Date of Request: 05/31/2022 | Account type<br>☒ Personal | Wire type:<br>☒ Domestic | Preparer name and BUC: Hubli, Anthony 09327 |
|---|---|---|---|
| Processing Date: 05/31/2022 | | | Preparer phone: (262)697-7449 |

## Customer information

Debit account type: ☒ Checking  ☐ Savings  ☐ Account closed today
Method of Initiation: ☒ In-person  ☐ Phone (*BANK USE ONLY* section must be completed)

| Debit account # (Account to be charged)<br>4832526324 | Telephone number<br>(262)498-3432 |
|---|---|
| Name on account<br>RICHARD E VALLEE | Name of individual making request (Originator)<br>RICHARD E VALLEE |

Address (Must be physical address, P.O. boxes not permitted)
4940 JACK FROST RD
LAS VEGAS, NV 89124-9299

UNITED STATES

## Wire transfer information

Amount debited from sender

Amount of wire:  $15,000.00

Fee
    $30.00

Total charge
    $15,030.00  ✓

## Beneficiary information

| Bank identifier (ABA/routing number)<br>322286803 | Bank name<br>SILVERGATE BANK |
|---|---|

Bank city/state
LA JOLLA, CALIFORNIA

| Beneficiary's name (Name on account)<br>WEST REALM SHIRES SERVICES INC | Beneficiary's account number<br>5090028597 |
|---|---|
| Beneficiary's address/city/state/zip/country<br>2000 CENTER STREETSTE 400<br>BERKELEY CA 94704<br><br>UNITED STATES | Info to Bene<br>    REASON : INVESTMENT<br>    ACCOUNT IDENTIFIER: 40653298<br><br>Info to Bank<br>    REASON : INVESTMENT<br>    ACCOUNT IDENTIFIER: 40653298 |

## Wire transfer disclosure information

As the originating bank, BMO Harris relies on you for accurate and complete instructions for the beneficiary's account number and the receiving bank identifier (ABA/routing number). You are responsible for ensuring that the beneficiary's account number and the receiving bank identifier (ABA/routing number) information is correct. An error in beneficiary's account number or the receiving bank identifier (ABA/routing number) information may result in the loss of the funds or a delay in the funds being transferred and may have a significant monetary impact to you.

You must have an amount equal to the amount of the wire transfer and applicable fees available for withdrawal from your BMO Harris deposit account and you authorize BMO Harris to deduct the amount of the wire transfer and applicable fees from your deposit account listed above. BMO Harris will use its discretion to decide what intermediary banks to use to complete the transfer. BMO Harris may not honor your request to use a particular intermediary bank to complete the wire transfer.

Customer signature:
(customer agrees to the terms above and confirms all applicable information above)

X   *Richard E Vallee*

## Bank Use Only - Phone Request

| Completed by preparer: | Completed by approver: | Exception approval: |
|---|---|---|
| How is customer identified?<br>(validate at least 2)<br><br>☐ Name of Direct Deposit Originator<br>☐ Name of Automatic Withdrawal Originator<br>☐ Name of Joint Signer (if joint account)<br>☐ Payee for a Recent Check<br>☐ Amount and Check # of a cleared check | ☐ Call back Performed:<br><br>Individual contacted<br>_____<br><br>Phone number<br>_____<br><br>Wire Approver Name: _____<br><br>Wire Approver Signature:_____ | Reason for Exception:<br>_____<br><br>_____<br><br>Exception Approver Name: _____<br><br>Exception Approver Signature:_____ |

BMO 🔵 Harris Bank

6/14/22

FTX

| Date of Request: 06/14/2022 | Account type | Wire type: | Preparer name and BUC: Hubli, Anthony 09327 |
|---|---|---|---|
| Processing Date: 06/14/2022 | ☒ Personal | ☒ Domestic | Preparer phone: (262)697-7449 |

## Customer information

Debit account type: ☒ Checking ☐ Savings ☐ Account closed today
Method of Initiation: ☒ In-person ☐ Phone (*BANK USE ONLY* section must be completed)

| Debit account # (Account to be charged) | Telephone number |
|---|---|
| 4832526324 | (262)498-3432 |
| Name on account | Name of individual making request (Originator) |
| RICHARD E VALLEE | RICHARD E VALLEE |

Address (Must be physical address. P.O. boxes not permitted)
4940 JACK FROST RD
LAS VEGAS, NV 89124-9299

UNITED STATES

## Wire transfer information

Amount debited from sender

Amount of wire: $50,000.00

Fee
$0.00

Total charge
$50,000.00  ✓

## Beneficiary information

| Bank identifier (ABA/routing number) | |
|---|---|
| 322286803 | Bank name |
| | SILVERGATE BANK |

Bank city/state

LA JOLLA, CALIFORNIA

| Beneficiary's name (Name on account) | Beneficiary's account number |
|---|---|
| West Realm Shires Services Inc | 5090028597 |
| Beneficiary's address/city/state/zip/country | Info to Bene |
| 2000 Center Street ste 400 | Reason : Investment |
| Berkeley CA 94704 | Account Identifier: 40653298 |
| | Info to Bank |
| UNITED STATES | Reason : Investment |
| | Account Identifier: 40653298 |

## Wire transfer disclosure information

As the originating bank, BMO Harris relies on you for accurate and complete instructions for the beneficiary's account number and the receiving bank identifier (ABA/routing number). You are responsible for ensuring that the beneficiary's account number and the receiving bank identifier (ABA/routing number) information is correct. An error in beneficiary's account number or the receiving bank identifier (ABA/routing number) information may result in the loss of the funds or a delay in the funds being transferred and may have a significant monetary impact to you.

You must have an amount equal to the amount of the wire transfer and applicable fees available for withdrawal from your BMO Harris deposit account and you authorize BMO Harris to deduct the amount of the wire transfer and applicable fees from your deposit account listed above. BMO Harris will use its discretion to decide what intermediary banks to use to complete the transfer. BMO Harris may not honor your request to use a particular intermediary bank to complete the wire transfer

Customer signature:
(customer agrees to the terms above and confirms all applicable information above)

X  *Rich E Vallee*

## Bank Use Only - Phone Request

| Completed by preparer: | Completed by approver: | Exception approval: |
|---|---|---|
| How is customer identified? (validate at least 2) | ☐ Call back Performed: | Reason for Exception: |
| ☐ Name of Direct Deposit Originator | Individual contacted | |
| ☐ Name of Automatic Withdrawal Originator | | |
| ☐ Name of Joint Signer (if joint account) | Phone number | |
| ☐ Payee for a Recent Check | | |
| ☐ Amount and Check # of a cleared check | | |
| | Wire Approver Name: | Exception Approver Name: |
| | Wire Approver Signature: | Exception Approver Signature: |

**BMO** 〇 Harris Bank

| Date of Request: 09/30/2022 | Account type | Wire type: | Preparer name and BUC:  Hubli, Anthony 09327 |
|---|---|---|---|
| Processing Date: 09/30/2022 | ☒ Personal | ☒ Domestic | Preparer phone: (262)697-7449 |

## Customer information

Debit account type: ☒ Checking ☐ Savings ☐ Account closed today
Method of Initiation: ☒ In-person ☐ Phone (*BANK USE ONLY* section must be completed)

| Debit account # (Account to be charged) | Telephone number |
|---|---|
| 4832526324 | (262)498-3432 |
| Name on account | Name of individual making request (Originator) |
| RICHARD E VALLEE | RICHARD E VALLEE |

Address (Must be physical address, P.O. boxes not permitted)
4940 JACK FROST RD
LAS VEGAS, NV 89124-9299

UNITED STATES

## Wire transfer information

Amount debited from sender

Amount of wire:  $40,000.00

Fee
  $30.00
Total charge
  $40,030.00  ✓

## Beneficiary information

| Bank Identifier (ABA/routing number) | |
|---|---|
| 322286803 | Bank name |
| Bank city/state | SILVERGATE BANK |
| LA JOLLA, CALIFORNIA | |
| Beneficiary's name (Name on account) | Beneficiary's account number |
| WEST REALM SHIRES SERVICES INC | 5090028597 |
| Beneficiary's address/city/state/zip/country | Info to Bene |
| 2000 Center Street ste 400 | purpose: investment |
| Berkeley, CA, 94704 | Account Identifier: 40653298 |
| UNITED STATES | Info to Bank |
| | purpose: investment |
| | Account Identifier: 40653298 |

## Wire transfer disclosure information

As the originating bank, BMO Harris relies on you for accurate and complete instructions for the beneficiary's account number and the receiving bank identifier (ABA/routing number).  You are responsible for ensuring that the beneficiary's account number and the receiving bank identifier (ABA/routing number) information is correct.  An error in beneficiary's account number or the receiving bank identifier (ABA/routing number) information may result in the loss of the funds or a delay in the funds being transferred and may have a significant monetary impact to you.

You must have an amount equal to the amount of the wire transfer and applicable fees available for withdrawal from your BMO Harris deposit account and you authorize BMO Harris to deduct the amount of the wire transfer and applicable fees from your deposit account listed above. BMO Harris will use its discretion to decide what intermediary banks to use to complete the transfer.  BMO Harris may not honor your request to use a particular intermediary bank to complete the transfer.

Customer signature:
(customer agrees to the terms above and confirms all applicable information above)

X  *[signature: Red Vallee]*

### Bank Use Only - Phone Request

| Completed by preparer: | Completed by approver: | |
|---|---|---|
| How is customer identified? (validate at least 2) | ☐ Call back Performed: | Exception approval: |
| ☐ Name of Direct Deposit Originator | Individual contacted | Reason for Exception: |
| ☐ Name of Automatic Withdrawal Originator | _____ | |
| ☐ Name of Joint Signer (if joint account) | Phone number | |
| ☐ Payee for a Recent Check | _____ | |
| ☐ Amount and Check # of a cleared check | Wire Approver Name: _____ | Exception Approver Name: _____ |
| | Wire Approver Signature: _____ | Exception Approver Signature: _____ |

**BMO ❖ Harris Bank**

04/2020
BUC#:09327    By:ahubli

Date:09/30/2022

Form:  HLF-WT-CON-DOM.0420    Work Item ID:147773297





CLASS: C - Cars/Vans/Pickups; may tow a veh < 10,000 lbs
ENDORSEMENTS: NONE

RESTRICTIONS: B - Corrective Lenses

# EXHIBIT B

**Second Notice – Submission Confirmation Request**
**Date: November 20, 2025**
**Claim Amount: $105,000**

This exhibit documents the second formal attempt by the claimant to confirm receipt of a submitted claim totaling **$105,000** in relation to the FTX bankruptcy recovery process.

## Included Proof:

- **Certified Mail Receipt**: Verifying that the notice and claim documentation were sent on **November 20, 2025**, to the appropriate FTX claims processing address.

- **USPS Tracking Confirmation**: Showing **successful delivery** of the certified mail parcel.

- **Delivery Confirmation (via USPS Website)**: Public record indicating that the mail was **received by FTX**, including date and timestamp of delivery.

While a formal **signature of receipt** has not been obtained, official delivery confirmation is publicly accessible and recorded via USPS systems. This establishes a good-faith and documented attempt by the claimant to meet all procedural and evidentiary standards required for claim preservation.

**All supporting documents are attached to this exhibit.**

From: "Richard Vallee" <westshore2@wi.rr.com>
To: "FTXInfo@ra.kroll.com" <FTXInfo@ra.kroll.com>
Cc: "CC.support@ftx.com" <CC.support@ftx.com>, "ftxsupport@ftx.us" <ftxsupport@ftx.us>, "support@ftx.com" <support@ftx.com>
Bcc:
Priority: Normal
Date: Thursday November 20 2025 3:06:24PM
Follow-Up: Claim Submission Confirmation - Richard Vallee - $105,000 USD

Support Team,

Please see attached PDF letter and attachments.

Problems?  Richard E. Vallee 262-498-3432  westshore2@wi.rr.com





# SCREEN SHOT. OF US POSTAL WEBSITE CONFIRMATION OF RECEIVED DOCUMENT NOV 28TH 2025

**Tracking Number:**

**Remove** ✕

# 95890710527025701601602 80

\\

 Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 12:16 pm on November 28, 2025 in BROOKLYN, NY 11232.

Richard E. Vallee

4940 Jack Frost Road

Mount Charleston  NV  89124

Westshore2@wi.rr.com        262-498-3432


November 20, 2025

FTX Claims Processing Center

c/o Kroll Restructuring Administration LLC

850 3rd Avenue, Suite 412

Brooklyn,  NY  11232

Email: FTXInfo@ra.kroll.com


RE: Submission Confirmation Request – Documented Claim of $105,000 USD

Dear Claims Administration Team,

I am following up on a documented claim submission I sent via email on February 26, 2025, which was two (2) days before the deadline.

That message included a full claim summary and attached wire transfer evidence totaling $105,000 USD.

I have timestamped proof of the message's delivery.  Since that time I've received:

- No Confirmation
- No claim ID
- No guidance on next step

In the interest of ensuring clear recordkeeping and mutual alignment, I kindly request the following within ten (10) business days:

1. Acknowledgment of receipt.
2. Assignment of a claim number or ID
3. Confirmation of my total claim value
4. Clarification of any next required step

I've retained all submission records and am prepared to provide additional support if requested.

Thank you for your attention to this matter.

Sincerely,

Richard E. Vallee

westshore2@wi.rr.com

262-498-3432

From: "Richard Vallee" <westshore2@wi.rr.com>
To: "support@ftx.com" <support@ftx.com>
Cc:
Bcc:
Priority: Normal
Date: Wednesday February 26 2025 12:20:14PM
FTX unique customer code 09365553, claim no. 6554587

Gentlepersons:

Please help!

Richard E. Vallee  westhore2@wi.rr.com
4940 Jack Frost Road 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
Mount Charleston Nevada 89124 262-498-3432,

My FTX user name is DrakeSubS@ Protonmail.com. , PW: 16Qrs!8729Znm5.
(That's the only user name/PW I ever used with FTX.) Entering that in the Claims Portal produced a message advising that the PW is incorrect, but offeroing to change the PW by sending a link to the em address. I tried to login the em, but was told em closed the inactivity.

The first pdf attached is my photo drivers license that I used in my original KYC application.

The other pdf shows the three 2022 wire transfers totaling $105,000 that I sent to FTX to fund my account. Before the collapse I was able to retrieve 3 BTC's purchased for 23.4, 19.5, and 18.5 for a total of $61,400. Subtracting that from the $105,000 sent in leaves $43.600, which is my claim. (I and others expected BTC to drop further and I wanted funds on hand for the purchase.)

I have already submitted this same info using the FTX customer support em, but it erased my submission twice before one (I think) was sent. Is it possible to get a confirmation of receipt of my request. The instructions are very clear about a March 1 deadline I want to be sure i get in on time.

Richard E Vallee February 26, 2025

1301    FIX US

*OLD*

| Date of Request: 05/31/2022 | Account type ☒ Personal | Wire type: ☒ Domestic | Preparer name and BUC: Hubli, Anthony 09327 |
|---|---|---|---|
| Processing Date: 05/31/2022 | | | Preparer phone: (262)697-7449 |

## Customer information

Debit account type: ☒ Checking  ☐ Savings  ☐ Account closed today
Method of Initiation: ☒ In-person  ☐ Phone (*BANK USE ONLY* section must be completed)

| Debit account # (Account to be charged) 4832526324 | Telephone number (262)498-3432 |
|---|---|
| Name on account RICHARD E VALLEE | Name of individual making request (Originator) RICHARD E VALLEE |

Address (Must be physical address, P.O. boxes not permitted)
4940 JACK FROST RD
LAS VEGAS, NV 89124-9299

UNITED STATES

## Wire transfer information

Amount debited from sender

Amount of wire: $15,000.00

Fee
$30.00

Total charge
$15,030.00   ✓

## Beneficiary information

| Bank identifier (ABA/routing number) 322286803 | Bank name SILVERGATE BANK |
|---|---|
| Bank city/state LA JOLLA, CALIFORNIA | |
| Beneficiary's name (Name on account) WEST REALM SHIRES SERVICES INC | Beneficiary's account number 5090028597 |
| Beneficiary's address/city/state/zip/country 2000 CENTER STREETSTE 400 BERKELEY CA 94704 | Info to Bene REASON : INVESTMENT ACCOUNT IDENTIFIER: 40653298 |
| UNITED STATES | Info to Bank REASON : INVESTMENT ACCOUNT IDENTIFIER: 40653298 |

## Wire transfer disclosure information

As the originating bank, BMO Harris relies on you for accurate and complete instructions for the beneficiary's account number and the receiving bank identifier (ABA/routing number). You are responsible for ensuring that the beneficiary's account number and the receiving bank identifier (ABA/routing number) information is correct. An error in beneficiary's account number or the receiving bank identifier (ABA/routing number) information may result in the loss of the funds or a delay in the funds being transferred and may have a significant monetary impact to you.

You must have an amount equal to the amount of the wire transfer and applicable fees available for withdrawal from your BMO Harris deposit account and you authorize BMO Harris to deduct the amount of the wire transfer and applicable fees from your deposit account listed above. BMO Harris will use its discretion to decide what intermediary banks to use to complete the transfer. BMO Harris may not honor your request to use a particular intermediary bank to complete the wire transfer.

Customer signature:
(customer agrees to the terms above and confirms all applicable information above)
X

## Bank Use Only - Phone Request

| Completed by preparer: | Completed by approver: | Exception approval: |
|---|---|---|
| How is customer identified? (validate at least 2) ☐ Name of Direct Deposit Originator ☐ Name of Automatic Withdrawal Originator ☐ Name of Joint Signer (if joint account) ☐ Payee for a Recent Check ☐ Amount and Check # of a cleared check | ☐ Call back Performed:  Individual contacted  _____  Phone number  _____  Wire Approver Name: _____  Wire Approver Signature: _____ | Reason for Exception:  _____  Exception Approver Name: _____  Exception Approver Signature: _____ |

BMO ✦ Harris Bank

6/14/22

FAX

| Date of Request: 06/14/2022 | Account type | Wire type: | Preparer name and BUC: Hubll, Anthony 09327 |
|---|---|---|---|
| Processing Date: 06/14/2022 | ☒ Personal | ☒ Domestic | Preparer phone: (262)697-7449 |

## Customer information

Debit account type: ☒ Checking ☐ Savings ☐ Account closed today
Method of Initiation: ☒ In-person ☐ Phone (*BANK USE ONLY* section must be completed)

Debit account # (Account to be charged)
4832526324

Name on account
RICHARD E VALLEE

Telephone number
(262)498-3432

Name of individual making request (Originator)
RICHARD E VALLEE

Address (Must be physical address. P.O. boxes not permitted)
4940 JACK FROST RD
LAS VEGAS, NV 89124-9299

UNITED STATES

## Wire transfer information

Amount debited from sender

Amount of wire:   $50,000.00

Fee
$0.00

Total charge
$50,000.00 ✓

## Beneficiary information

Bank identifier (ABA/routing number)
322286803

Bank name
SILVERGATE BANK

Bank city/state
LA JOLLA, CALIFORNIA

Beneficiary's name (Name on account)
West Realm Shires Services Inc

Beneficiary's account number
5090028597

Beneficiary's address/city/state/zip/country
2000 Center Street ste 400
Berkeley CA 94704

UNITED STATES

Info to Bene
    Reason : Investment
    Account Identifier: 40653298

Info to Bank
    Reason : Investment
    Account Identifier: 40653298

## Wire transfer disclosure information

As the originating bank, BMO Harris relies on you for accurate and complete instructions for the beneficiary's account number and the receiving bank identifier (ABA/routing number). You are responsible for ensuring that the beneficiary's account number and the receiving bank identifier (ABA/routing number) information is correct. An error in beneficiary's account number or the receiving bank identifier (ABA/routing number) information may result in the loss of the funds or a delay in the funds being transferred and may have a significant monetary impact to you.

You must have an amount equal to the amount of the wire transfer and applicable fees available for withdrawal from your BMO Harris deposit account and you authorize BMO Harris to deduct the amount of the wire transfer and applicable fees from your deposit account listed above. BMO Harris will use its discretion to decide what intermediary banks to use to complete the transfer. BMO Harris may not honor your request to use a particular intermediary bank to complete the wire transfer

Customer signature:
(customer agrees to the terms above and confirms all applicable information above)

X *[signature]*

## Bank Use Only - Phone Request

| Completed by preparer: | Completed by approver: | Exception approval: |
|---|---|---|
| How is customer identified?<br>(validate at least 2)<br><br>☐ Name of Direct Deposit Originator<br>☐ Name of Automatic Withdrawal Originator<br>☐ Name of Joint Signer (if joint account)<br>☐ Payee for a Recent Check<br>☐ Amount and Check # of a cleared check | ☐ Call back Performed:<br><br>Individual contacted<br>_____<br><br>Phone number<br>_____<br><br>Wire Approver Name: _____<br><br>Wire Approver Signature: _____ | Reason for Exception:<br>_____<br>_____<br>_____<br><br>Exception Approver Name: _____<br><br>Exception Approver Signature: _____ |

BMO ✿ Harris Bank

04/2020

| Date of Request:  09/30/2022 | Account type<br>☒ Personal | Wire type:<br>☒ Domestic | Preparer name and BUC:  Hubli, Anthony 09327 |
|---|---|---|---|
| Processing Date:  09/30/2022 | | | Preparer phone:  (262)697-7449 |

## Customer information

Debit account type:  ☒ Checking  ☐ Savings  ☐ Account closed today
Method of Initiation:  ☒ In-person  ☐ Phone (BANK USE ONLY section must be completed)

| Debit account # (Account to be charged)<br>4832526324 | Telephone number<br>(262)496-3432 |
|---|---|
| Name on account<br>RICHARD E VALLEE | Name of individual making request (Originator)<br>RICHARD E VALLEE |
| Address (Must be physical address, P.O. boxes not permitted)<br>4940 JACK FROST RD<br>LAS VEGAS, NV 89124-9299 | |

UNITED STATES

## Wire transfer information

Amount debited from sender

Amount of wire:  $40,000.00

Fee
$30.00

Total charge
$40,030.00  ✓

## Beneficiary information

| Bank Identifier (ABA/routing number)<br>322286803 | |
|---|---|
| Bank city/state<br>LA JOLLA, CALIFORNIA | Bank name<br>SILVERGATE BANK |
| Beneficiary's name (Name on account)<br>WEST REALM SHIRES SERVICES INC | Beneficiary's account number<br>5090028597 |
| Beneficiary's address/city/state/zip/country<br>2000 Center Street ste 400<br>Berkeley, CA, 94704 | Info to Bene<br>purpose: investment<br>Account identifier: 40653298 |
| UNITED STATES | Info to Bank<br>purpose: investment<br>Account identifier: 40653298 |

## Wire transfer disclosure information

As the originating bank, BMO Harris relies on you for accurate and complete instructions for the beneficiary's account number and the receiving bank identifier (ABA/routing number).  You are responsible for ensuring that the beneficiary's account number and the receiving bank identifier (ABA/routing number) information is correct.  An error in beneficiary's account number or the receiving bank identifier (ABA/routing number) information may result in the loss of the funds or a delay in the funds being transferred and may have a significant monetary impact to you.

You must have an amount equal to the amount of the wire transfer and applicable fees available for withdrawal from your BMO Harris deposit account.  BMO Harris will deduct the amount of the wire transfer and applicable fees from your deposit account listed above and you authorize BMO Harris to deduct the amount of the wire transfer and applicable fees from your deposit account listed above. BMO Harris will use its discretion to decide what intermediary banks to use to complete the transfer.  BMO Harris may not honor your request to use a particular intermediary bank to complete the wire transfer.

Customer signature:
(customer agrees to the terms above and confirms all applicable information above)

X  _Rud Vallee_

## Bank Use Only - Phone Request

| Completed by preparer: | Completed by approver: | Exception approval: |
|---|---|---|
| How is customer identified?<br>(validate at least 2)<br>☐ Name of Direct Deposit Originator<br>☐ Name of Automatic Withdrawal Originator<br>☐ Name of Joint Signer (if joint account)<br>☐ Payee for a Recent Check<br>☐ Amount and Check # of a cleared check | ☐ Call back Performed:<br><br>Individual contacted<br>_____<br><br>Phone number<br>_____<br><br>Wire Approver Name: _____<br><br>Wire Approver Signature: _____ | Reason for Exception:<br><br><br><br><br>Exception Approver Name: _____<br><br>Exception Approver Signature: _____ |

**BMO ☻ Harris Bank**

04/2020
BUC#:09327   By:ahubli

Date:09/30/2022

Form:  HLF-WT-CON-DOM.0420   Work Item ID:147773297





DOB: 03/24/1945
ISS: 04/27/2021

CLASS: C - Cars/Vans/Pickups; may tow a veh < 10,000 lbs
ENDORSEMENTS: NONE

RESTRICTIONS: B - Corrective Lenses

# EXHIBIT C

**Submission Confirmation Request**
**Date of Mailing: December 4, 2024**
**Date of Delivery: December 9, 2024**
**Claim Amount: $105,000**

This exhibit provides verified documentation of the claimant's initial certified mailing related to the FTX bankruptcy recovery process.

## Supporting Documentation Includes:

- **Certified Mail Receipt** confirming the package was sent on **December 4, 2024** to the designated FTX claims address.

- **USPS Online Tracking Confirmation Page Screenshot** showing successful delivery on **December 9, 2024**, including the official tracking number and delivery timestamp.

- Confirmation that the package was received and marked as delivered by USPS, verifying compliance with procedural deadlines.

This evidence demonstrates timely submission of materials and the claimant's full effort to comply with court-directed recovery steps and verification procedures.

From: "Richard Vallee" <westshore2@wi.rr.com>
To: "FTXInfo@ra.kroll.com" <FTXInfo@ra.kroll.com>
Cc: "CC.support@ftx.com" <CC.support@ftx.com>, "ftxsupport@ftx.us" <ftxsupport@ftx.us>, "support@ftx.com" <support@ftx.com>
Bcc:
Priority: Normal
Date: Thursday November 20 2025 3:06:24PM
Follow-Up: Claim Submission Confirmation - Richard Vallee - $105,000 USD

Support Team,

Please see attached PDF letter and attachments.

Problems?  Richard E. Vallee 262-498-3432  westshore2@wi.rr.com





# SCREEN SHOT OF US POSTAL WEBSITE CONFIRMATION OF DEC 9TH 2025 RECEIVED DOCUMENT

Tracking Number:                                    Remove ✕

# 95890710527021125667943

 Copy     Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:43 pm on December 9, 2025 in BROOKLYN, NY 11232.

**Richard E. Vallee**
4940 Jack Frost Road
Mount Charleston, NV 89124
262-498-3432
westshore2@wi.rr.com

FTX Claims Processing Center
c/o Kroll Restructuring Administration LLC
850  3rd Avenue.  Suite 412i
Brooklyn, NY 11232
Email: FTXInfo@ra.kroll.com

December 4, 2025

RE: Second Notice - Opportunity to Cure Non-Response (Claim: $105,000)

Dear Claims Administration Team,

I am writing as a courteous follow-up to my letter dated November 20, 2025 regarding my documented claim submission originally sent on February 26, 2025.

My first notice included timestamped proof of that email submission and complete wire documentation verifying my claim total of $105,000 USD.

To date, I have not received acknowledgment, a claim ID, or any indication that my submission has been reviewed or logged.

I fully recognize the scale of this process and submit this second notice in good faith to ensure clarity for all parties.

I kindly request that you provide the following within ten (10) business days:

1.    Confirmation of receipt of my submission

2.    Assignment of a claim ID or reference number

3.    Clarification of any outstanding requirements (if any)

4.    Confirmation of the total claim value recorded

In the interest of ensuring clear recordkeeping and mutual alignment, I kindly request the following within ten (10) business days:

1. Acknowledgment of receipt.
2. Assignment of a claim number or ID
3. Confirmation of my total claim value
4. Clarification of any next required step

I've retained all submission records and am prepared to provide additional support if requested.

Thank you for your attention to this matter.

Sincerely,

Richard E. Vallee

westshore2@wi.rr.com

262-498-3432

# EXHIBIT D

**Submission Confirmation Request**
**Date of Mailing:** December 19, 2024
**Date of Delivery:** December 2024 (Exact date verified via signature card)
**Claim Amount:** $105,000

This exhibit documents the claimant's formal submission of claim-related materials via certified mail to the FTX claims processing address. Though no standalone certified mail receipt or separate online delivery confirmation page is available, full delivery and receipt are substantiated by the **signed USPS Return Receipt (signature card)**.

## Supporting Documentation Includes:

- ☑️ **USPS Return Receipt (Signature Card)** bearing the **official tracking number**, confirming that the mailed packet was **delivered and signed for in December 2024** by the appropriate party at the receiving address.

- ☑️ The **tracking code** is visibly affixed to the signature card, providing a unique identifier for the transaction and corroborating mailing and delivery dates.

This signature card serves as **direct, physical evidence** of both dispatch and confirmed delivery, satisfying standard procedural requirements for verification of timely submission under the FTX bankruptcy claim process.

**The signed return receipt is attached.**

From: "Richard Vallee" <westshore2@wi.rr.com>
To: "FTXInfo@ra.kroll.com" <FTXInfo@ra.kroll.com>
Cc: "CC.support@ftx.com" <CC.support@ftx.com>, "ftxsupport@ftx.us" <ftxsupport@ftx.us>, "support@ftx.com"
<support@ftx.com>
Bcc:
Priority: Normal
Date: Thursday November 20 2025 3:06:24PM
Follow-Up: Claim Submission Confirmation - Richard Vallee - $105,000 USD

Support Team,

Please see attached PDF letter and attachments.

Problems?  Richard E. Vallee 262-498-3432  westshore2@wi.rr.com





# Confirmation of received 3rd letter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FTX CLAIMS PROCSS
% KROLL RESTRUCT
850-3RD AVE, SU 412
BROOKLYN, NY 11232

9590 9402 9389 5002 6131 85

2. Article Number (Transfer from service label)

9589 0710 5270 2429 2685 70

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Avery Huben_
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# Richard E Vallee

4940 Jack Frost Road

Mount Charleston  NV  89124

262-498-3432

westshore2@wi.rr.com

FTX Claims Processing Center

c/o Kroll Restructuring Administration LLC

850 3rd Avenue,  Suite 412

Brooklyn,  NY 11232

Email: FTXinfo@ra.kroll.com

December 19,  2025

RE: Final Administrative Certification – Record of Non-Response and Failure to Cure

Dear Claims Processing Office,

This certified communication records the complete timeline and documentation of my good-faith efforts to obtain acknowledgment of a claim totaling $105,000 USD originally submitted via email on November 20, 2025.

- I include the exact progression of notices and time allowances, each made with transparency and procedural fairness:

Sumission Timeline

- Original Claim Submitted:

Sent via email to FTXInfo@ra.kroll.com on February 26, 2025.

> Includes wire proof and payment summary.

- First Notice – Submission Confirmation Request:

Dated November 20, 2025.  Gave 10 business days to confirm receipt, assign ID. Or notify of issues.  No response by Day 10, December 5, 2025.

- Secomd Notice – Opportunity to Cure Silence:

Dated December 4, 2025

Gave an additional 10 business days

> No response by Day 21,  December 18, 2025,.

As of todays date,  December 19, there has been :

- No email response
- No claim ID
- No formal deficiency notice
- No acknowledgment of claim record

I have now fulfilled all moral, procedural, and administrative duties required of me to ensure proper record delivery and patient follow-up. I now certify this silence into the record.

Administrative Default Certified

- I certify that the FTX estate or its representative has failed the cure or reply within two full cure periods.

- This constitutes a procedural failure to acknowledge a documented claim.
- I reserve all equitable rights to escalate this matter to lawful trustees and fiduciaries responsible for ensuring claim integrity.

I am now forwarding this record to:

- Office of the U.S. Trustee – Region 3 (Delaware)
- Debtors' Counsel for FTX (Sullivan & Cromwell LLP)
- Additional administrative review channels, if necessary

I remain open to peaceful clarification if response is made in good faith, and I certify that all enclosures were originally submitted in good order.

Sincerely,

Richard E Vallee

westshore2@wi.rr.com

262-498-3432

Enclosures:

- Original Submission Email (Timestamped February 26, 2025)
- First Notice – Dated November 20. 2025
- Second Notice – Dated December 4, 2025
- Proof of delivery (Certified Mail receipts/em logs)
- Wire transfer Confirmations & Claim Summary
- This Third and Final Notice (Notice 3)

Administrative Record Certified:

1, Richard E Vallee, do certify under full private responsibility and spiritual conscience that these facts are true and this record is sibmitted in honor.

# EXHIBIT E

**Unrelated Third-Party Class Action Notice (Silvergate Bank Settlement)**
This legal notice, received by the claimant, pertains to *Bhattla v. Silvergate Bank et al*, a class action unrelated to the FTX Debtor estate.


It is included here solely for transparency, to demonstrate that while other third parties have issued class action communication, **FTX has not responded** despite multiple certified mailings. **No duplicate or overlapping compensation is being pursued.**

FTX/Silvergate Bank Settlement
c/o Settlement Administrator
P.O. Box 25191
Santa Ana, CA 92799-9958

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

Z00012687

*Bhatia v. Silvergate Bank et al*
Case No. 3:2023-cv-01406

**DID YOU SEND OR DEPOSIT MONEY INTO AN**
**FTX- OR ALAMEDA- RELATED ACCOUNT AT**
**SILVERGATE BANK BETWEEN**
**APRIL 1, 2019 – NOVEMBER 11, 2022?**

**A PROPOSED CLASS ACTION SETTLEMENT**
**MAY AFFECT YOUR RIGHTS,**
**AND ENTITLE YOU TO BENEFITS**
**AND A CASH PAYMENT.**

*A court has authorized this Notice.*

*This is not a solicitation from a lawyer.*

*You are not being sued.*

**THIS NOTICE IS ONLY A SUMMARY.**
**VISIT WWW.FTXBANKSETTLEMENT.COM**
**OR SCAN THIS QR CODE**
**FOR COMPLETE INFORMATION.**



**Unique ID:** 87-sawZST-58
**PIN:** 130628



RICHARD E VALLEE
4940 JACK FROST RD
LAS VEGAS, NV 89124-9299

---

**Why am I receiving this notice?**

A Settlement has been reached with Silvergate Bank and other defendants (the "Defendants") in a class action lawsuit. The people who brought the case accuse the Defendants of participating in the unlawful conduct of FTX, Alameda, and Sam Bankman-Fried. The Defendants deny that they did anything wrong, and no court has decided which side is right.

The Court has appointed attorneys, called "Class Counsel," to represent the Class.

A copy of the Settlement is available at www.FTXBankSettlement.com.

**Who is included in the Settlement?**

You are a Class Member, and eligible to file a claim if all five of the following are true: (1) you sent or deposited fiat currency (such as US dollars) into an FTX- or Alameda-related account at Silvergate Bank; (2) between April1, 2019, and November 11, 2022; (3) as of November 11, 2022, you still had an FTX.com or FTX.us account; (4) that account contained cryptocurrency, fiat currency, or both; and (5) you had no previous employment relationship or ownership interest in Silvergate, FTX, Alameda or any of their related entities.

**Records show that you sent or deposited fiat currency with Silvergate Bank and may be a class member.** Please use the Unique ID and PIN printed on the front of this postcard to file your claim.

**What are the Settlement benefits?**

Defendants will pay **$10 million** to settle this case. After deducting litigation fees and costs, the rest will be divided among the class members who file a valid claim. Full details and instructions are at www.FTXBankSettlement.com.

**How do I receive a benefit?**

Visit www.FTXBankSettlement.com to submit your claim. You can request a paper claim by emailing info@FTXBankSettlement.com. **Claims must be submitted online or postmarked by January 30, 2026.**

**What if I don't want to participate in the Settlement?**

If you do not want to be part of the Settlement, and want to preserve your right to sue the Defendants for the claims in this lawsuit, you must exclude yourself by January 30, 2026. If you want to object to the Settlement, you may file an objection by January 30, 2026. The Settlement Agreement, available at www.FTXBankSettlement.com, explains how to exclude yourself or object.

**When will the Court approve the Settlement?**

The Court will hold a hearing in this case on **February 9, 2026 at 10:00 am PT** at the **Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101**, to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for attorney's fees of up to $3.3 million, expenses up to $175,000, and $10,000 for each of the three Plaintiffs. You may attend the hearing at your own expense, but you do not have to.

Z00012687

Richard E. Vallee
P.O. Box 085717
RACINE  WI  53408 - 5717



CERTIFIED MAIL®

9589 0710 5270 2429 2988 29

U.S. Bankruptcy Court for the District of Delaware
Clerk's Office
824 Market Street, 3rd Floor
Wilmington, DE 19801



RDC 99





Retail

U.S. POST
FCM LG E
LAS VEGA
JAN 28, 2

$12.

19801

S2325A50(