UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 22-11068        BK ●  AP ○

If AP, related BK case number: 24-50214

**District Court Case Number:** 26-00079

Item(s) Transmitted:

| | | |
|---|---|---|
| -Amended Appeal Filed to Add Adversary Case Number to Appeal Only. | **Docket #:** 34642 | **Date Entered:** 2/4/26 |
| | **Docket #:** | **Date Entered:** |
| | **Docket #:** | **Date Entered:** |

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 2/5/26        **by:** /s/ Kimberly Ross
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   26-02