# EXHIBIT A

# (Proposed Order)

{02203756;v1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FTX TRADING LTD., *et al.*, | § § | Case No. 22-11068 (KBO) |
| Debtors.[1] | § § | (Jointly Administered) |
| | § § | **Related D.I.** |

**ORDER GRANTING LEAVE TO RUSKIN MOSCOU FALTISCHEK P.C.
TO WITHDRAW AS COUNSEL TO ALEXANDER MASHINSKY, KOALA1, LLC,
AND AM VENTURES HOLDINGS, INC.**

Upon the *Motion of Ruskin Moscou Faltischek P.C. For Leave To Withdraw As Counsel to Alexander Mashinsky, Koala1, LLC, and Am Ventures Holdings, Inc.* ("Motion"),[2] filed by Ruskin Moscou Faltischek P.C. ("RMF"), through its counsel Ashby & Geddes, P.A.; and the Motion having been properly served on all the necessary parties as reflected in the affidavit of service filed on the Court's docket; the Court having reviewed the Motion and any and all responses and pleadings filed in connection with or in response to the Motion, and sufficient notice of the Motion having been given, and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is GRANTED, as set forth herein.

2. RMF is authorized to withdraw as counsel to Mashinsky and the Mashinsky Entities in the Debtors' bankruptcy cases.

3. This Order shall be immediately effective and enforceable upon its entry.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

{02203756;v1 }

    4.      This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.