## CERTIFICATE OF SERVICE

      I, Gregory A. Taylor, hereby certify that, on February 5, 2026, I caused one copy of the *Motion of Ruskin Moscou Faltischek P.C. for Leave to Withdraw as Counsel to Alexander Mashinsky, Koala1, LLC, and AM Ventures Holdings, Inc.* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: February 5, 2026                                                  /s/ *Gregory A. Taylor*
                                                                                   Gregory A. Taylor (DE Bar No. 4008)

| | |
|---|---|
| Adam G. Landis<br>Matthew B. McGuire<br>Kimberly A. Brown<br>Matthew R. Pierce<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com; mcguire@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com | Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>E-mail: dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com |
| Matthew B. Lunn<br>Robert F. Poppiti, Jr.<br>Jared W. Kochenash<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com; rpoppiti@ycst.com; jkochenash@ycst.com | Kristopher M. Hansen<br>Erez E. Gilad<br>Gabriel E. Sasson<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com |
| Benjamin A. Hackman<br>Jonathan W. Lipshie<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Emails: benjamin.a.hackman@usdoj.gov; jon.lipshie@usdoj.gov | **VIA CERTIFIED MAIL**<br>Alexander Mashinsky #68096-510<br>FCI Fort Dix<br>Federal Correctional Institution<br>P.O. Box 2000<br>Joint Base Mdl, NJ  08640 |

{02203790;v1 }

{02203790;v1 }