## CERTIFICATE OF SERVICE

      I, Gregory A. Taylor, hereby certify that, on February 6, 2026, I caused one copy of the *Amended Notice of Motion of Ruskin Moscou Faltischek P.C. for Leave to Withdraw as Counsel to Alexander Mashinsky, Koala1, LLC, and AM Ventures Holdings, Inc.* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: February 6, 2026　　　　　　　　　　　　　　　/s/ *Gregory A. Taylor*
　　　　　　　　　　　　　　　　　　　　　　　　　　Gregory A. Taylor (DE Bar No. 4008)

{02203790;v1 }

Adam G. Landis
Matthew B. McGuire
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com; mcguire@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com

Matthew B. Lunn
Robert F. Poppiti, Jr.
Jared W. Kochenash
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com; rpoppiti@ycst.com; jkochenash@ycst.com

Benjamin A. Hackman
Jonathan W. Lipshie
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Emails: benjamin.a.hackman@usdoj.gov; jon.lipshie@usdoj.gov

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
E-mail: dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com

Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com

**VIA CERTIFIED MAIL**
Alexander Mashinsky #68096-510
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base Mdl, NJ  08640