# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., | Chapter 11 |
| Debtors. | Case No. 22-11068 (JTD) |
| | (Jointly Administered) |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>Ceratosaurus Investors, L.L.C. | Name of Transferor:<br>CMS Holdings, LLC |
| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferors should be sent: |
| Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Michael Linn<br>E-mail: MLinn@FarallonCapital.com;<br>loanops@FarallonCapital.com | CMS Holdings, LLC<br>27 Hospital Road<br>George Town<br>Grand Cayman, KY1-9008 |

Type and Amount of Interest Transferred:

| FTXT Series A Preferred<br>0 Shares | FTXT Series B Preferred<br><br>38,153 shares | FTXT Series B-1 Preferred<br>0 shares | FTXT Series C Preferred<br>0 shares |
|---|---|---|---|
| FTXT Common<br><br>0 shares | WRS Series A Preferred<br>14,818 shares | WRS Class A Common<br>0 shares | WRS Class B Common<br>0 shares |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

CERATOSAURUS INVESTORS, L.L.C.
By: Farallon Capital Management, L.L.C., Its Manager

By: *Michael Linn* (DocuSigned)
Name: Michael G. Linn
Title: Managing Member

Transferor

CMS HOLDINGS, LLC

By: *Jack Begaj* (DocuSigned)
Name: Jack Begaj
Title: COO

Date: February 6, 2026