**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

Name of Transferee:
Ceratosaurus Investors, L.L.C.

Name of Transferor:
CMS Holdings, LLC

Name and Address where notices to transferee should be sent:

Name and Address where notices to transferors should be sent:

Ceratosaurus Investors, L.L.C.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Michael Linn
E-mail: MLinn@FarallonCapital.com;
loanops@FarallonCapital.com

CMS Holdings, LLC
27 Hospital Road
George Town
Grand Cayman, KY1-9008

Type and Amount of Interest Transferred:

| FTXT Series A Preferred 0 Shares | FTXT Series B Preferred 38,154 shares | FTXT Series B-1 Preferred 0 shares | FTXT Series C Preferred 0 shares |
|---|---|---|---|
| FTXT Common 0 shares | WRS Series A Preferred 14,818 shares | WRS Class A Common 0 shares | WRS Class B Common 0 shares |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

CERATOSAURUS INVESTORS, L.L.C.
By: Farallon Capital Management, L.L.C., Its Manager

By: _Michael Linn_ (DocuSigned)
Name: Michael G. Linn
Title: Managing Member

Transferor

CMS HOLDINGS, LLC

By: _Jack Begaj_ (DocuSigned)
Name: Jack Begaj
Title: COO

Date: February 6, 2026