**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| FTX TRADING LTD. *et al*,[1] | ) | Case No. 22-11068 (KBO) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. 34648** |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that I did cause to be served true and correct copies of the *Amended Notice of Motion Of Loizides, P.A. And Christopher D. Loizides to Withdraw as Counsel to Chisato Muromoto* (D.I. 34648) on the parties on the attached service list in the manner and on the dates indicated thereon.

Dated:  February 9, 2026

> */s/ Christopher D. Loizides*
> Christopher D. Loizides (No. 3968)
> LOIZIDES, P.A.
> 1225 King Street, Suite 800
> Wilmington, DE  19801
> Telephone:    (302) 654-0248
> Email:        loizides@loizides.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**SERVICE LIST**

**FEBRUARY 5, 2026, VIA EMAIL**

Mr. Chisato Muromoto
[address redacted to maintain privacy]

**FEBRUARY 6, 2026,. VIA PRIORITY MAIL EXPRESS INTERNATIONAL,
SIGNATURE REQUESTED**

Mr. Chisato Muromoto
[address redacted to maintain privacy]

**FEBRUARY 5, 2026, VIA CM/ECF**

All parties on the Clerk's service list.

**FEBRUARY 5, 2026, VIA EMAIL**

Adam G. Landis
Matthew B. McGuire
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust (former counsel to the Debtors)*

Matthew B. Lunn
Robert F. Poppiti, Jr.
Jared W. Kochenash
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
rpoppiti@ycst.com
jkochenash@ycst.com

-and-

Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com

*Former Counsel to the Official Committee*
*of Unsecured Creditors*

Linda Richenderfer
Benjamin A. Hackman
Jonathan W. Lipshie
Trial Attorneys
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
linda.richenderfer@usdoj.gov
jon.lipshie@usdoj.gov

*Counsel to the Office of the United States Trustee*