# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **NAME ON FILE** | **BUZKO KRASNOV LLC** |

| Name and Current Address of Transferor: | Name and Address where notices and payments should be sent: |
|---|---|
| **Name on File** <br> **Address on File** | Evgeny Krasnov <br> 228 Park Ave S #85451 <br> New York, NY 10003-1502 <br><br> Email: evgeny.krasnov@buzko.legal |

Date Claim Filed: N/A
Date Assignment Executed: 05/02/2026

| Claim No./Schedule | FTX Account ID | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| Confirmation ID: 3265-70-UFHAS-098070698 <br> Scheduled ID: 6409335 | 14400705 | **Name on File** | Described on Schedule F | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____   Date: February 10, 2026
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

17748465/2

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

17748465/2

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED



# Creditor Information - Schedule # 6409335

**Creditor**

Name on File
Address on File

**Debtor Name**

FTX Trading Ltd.

**Date Filed**

n/a

**Claim Number**

n/a

**Schedule Number**

6409335

**Confirmation ID**

3265-70-UFHAS-098070698

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AAVE-PERP | ASSERTED | -0.0000000000000001 | -0.0000000000000001 |
| CRYPTO | ALCX-PERP | ASSERTED | -0 | -0 |
| CRYPTO | AR-PERP | ASSERTED | 0.0000000000000018 | 0.0000000000000018 |
| CRYPTO | ASD | ASSERTED | 0.00000000165462584 | 0.00000000165462584 |
| CRYPTO | ASD-PERP | ASSERTED | 0.0000000000000178 | 0.0000000000000178 |
| CRYPTO | AVAX-PERP | ASSERTED | 0.0000000000000002 | 0.0000000000000002 |
| CRYPTO | BAL-PERP | ASSERTED | -0.0000000000000004 | -0.0000000000000004 |
| CRYPTO | BCH-PERP | ASSERTED | -0.0000000000000001 | -0.0000000000000001 |
| CRYPTO | BNB | ASSERTED | 0.0000000011716484 | 0.0000000011716484 |
| CRYPTO | BTC | ASSERTED | 1.6984743547229826 | 1.6984743547229826 |
| CRYPTO | BTC-PERP | ASSERTED | 0 | 0 |
| CRYPTO | CAKE-PERP | ASSERTED | 0.0000000000000036 | 0.0000000000000036 |
| CRYPTO | CEL | ASSERTED | 0.0000000031904914 | 0.0000000031904914 |
| CRYPTO | COMP-PERP | ASSERTED | 0.0000000000000001 | 0.0000000000000001 |
| CRYPTO | DEFIBULL | ASSERTED | 0.000000003648 | 0.000000003648 |
| CRYPTO | DEFI-PERP | ASSERTED | 0 | 0 |
| CRYPTO | DOT-PERP | ASSERTED | -0.0000000000000019 | -0.0000000000000019 |
| CRYPTO | EOS-PERP | ASSERTED | -0.0000000000000071 | -0.0000000000000071 |
| CRYPTO | ETCBEAR | ASSERTED | 0.000000007726925 | 0.000000007726925 |
| CRYPTO | ETC-PERP | ASSERTED | 0.0000000000000071 | 0.0000000000000071 |
| CRYPTO | ETH | ASSERTED | 5.648078105174308 | 5.648078105174308 |
| CRYPTO | ETH-20210625 | ASSERTED | 0 | 0 |
| CRYPTO | ETH-PERP | ASSERTED | -0.0000000000000003 | -0.0000000000000003 |
| CRYPTO | ETHW | ASSERTED | 18.3906911 | 18.3906911 |
| CRYPTO | FIL-PERP | ASSERTED | 0.0000000000000009 | 0.0000000000000009 |

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | FTT | ASSERTED | 0.000000005 | 0.000000005 |
| CRYPTO | FTT-PERP | ASSERTED | 0.0000000000000355 | 0.0000000000000355 |
| CRYPTO | LINK-PERP | ASSERTED | 0.0000000000000004 | 0.0000000000000004 |
| CRYPTO | LTC | ASSERTED | 41.74548140958569 | 41.74548140958569 |
| CRYPTO | LTC-PERP | ASSERTED | -0.0000000000000004 | -0.0000000000000004 |
| CRYPTO | NEO-PERP | ASSERTED | 0.0000000000000011 | 0.0000000000000011 |
| CRYPTO | OXY-PERP | ASSERTED | 0.0000000000000036 | 0.0000000000000036 |
| CRYPTO | PERP-PERP | ASSERTED | -0.0000000000000018 | -0.0000000000000018 |
| CRYPTO | ROOK | ASSERTED | 0.00000000359 | 0.00000000359 |
| CRYPTO | ROOK-PERP | ASSERTED | -0 | -0 |
| CRYPTO | STEP-PERP | ASSERTED | -0.0000000000000036 | -0.0000000000000036 |
| CRYPTO | SUSHI | ASSERTED | 0.0000000083707289 | 0.0000000083707289 |
| CRYPTO | SXP-PERP | ASSERTED | 0.0000000000000029 | 0.0000000000000029 |
| CRYPTO | THETA-PERP | ASSERTED | 0.0000000000000018 | 0.0000000000000018 |
| CRYPTO | TONCOIN | ASSERTED | 5138.40256477 | 5138.40256477 |
| CRYPTO | TRX | ASSERTED | 156.168289 | 156.168289 |
| CRYPTO | TRY | ASSERTED | 374758.572071104 | 374758.572071104 |
| CRYPTO | UNI-PERP | ASSERTED | 0.0000000000000002 | 0.0000000000000002 |
| CRYPTO | USDT | ASSERTED | 78478.54430952182 | 78478.54430952182 |
| CRYPTO | YFI-PERP | ASSERTED | -0 | -0 |
| FIAT | EUR | ASSERTED | 30590.49272 | 30590.49272 |
| FIAT | GBP | ASSERTED | 26910.1553 | 26910.1553 |
| FIAT | JPY | ASSERTED | 6194645.8196057 | 6194645.8196057 |
| FIAT | USD | ASSERTED | 40760.165577080974 | 40760.165577080974 |

PLEASE NOTE: KROLL RESTRUCTURING ADMINISTRATION (FKA PRIME CLERK) CLERK URLS AND EMAIL ADDRESSES ARE NOW KROLL. ALL PRIME CLERK URLS AND EMAIL ADDRESSES INFORMATION IS REDIRECTED.

KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) DISCLAIMER

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."