## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 5, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the list of parties attached hereto as **Exhibit A**:

- Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal Pursuant to Fed. R. Bankr. P. 8009 [Docket No. 34654]

- Appellant's Statement of Issues and Designation of Items to be Included in the Record on Appeal Pursuant to Fed. R. Bankr. P. 8009 [Docket No. 34655]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: February 9, 2026

/s/ Alain B. Francoeur
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 9, 2026, by Alain B. Francoeur, proved
to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 94594

## Exhibit A

Exhibit A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| GOETZ PLATZER LLP | SCOTT D. SIMON | ssimon@goetzplatzer.com |
| JOYCE, LLC | MICHAEL J. JOYCE | mjoyce@mjlawoffices.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JON.LIPSHIE@USDOJ.GOV |