## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*,

Debtor(s).

Chapter 11

Case No. 22-11068 (JTD)
Jointly Administered

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Buyer hereby gives notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this notice.

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule # 5985928 |  | Described on Schedule F | FTX Trading Ltd. | 22-11068 |

We declare under penalty of perjury that the information provided in this notice is true and correct to the best of our knowledge and belief.

_____ (Seller)

02 / 11 / 2026
DATE

**Seller Address:**

_____

*Fuanglada Sae-Lor* _____ (Buyer)

FUANGLADA SAE-LOR

02 / 11 / 2026
DATE

**Buyer Address for all Notices and Payments:**

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR(S) AND BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ("**Seller**") hereby unconditionally and irrevocably sells, transfers and assigns to Fuanglada Sae-Lor (the "**Buyer**") all of their right, title, interest, claims and causes of action in and to, or arising under or in connection with, their claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against FTX Trading Ltd. (the "Debtor"), the debtor in Case No. 22-11068 (JTD) (Jointly Administered) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court, including as set forth below.

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule # 5985928 Confirmation ID: 3265-70-THACU-389116733 | | Described on Schedule F | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim, recognizing Buyer as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

_____ (Seller)       02 / 11 / 2026
                                          DATE

**Seller Address:**



_____

*Fuanglada Sae-Lor*
_____ (Buyer)        02 / 11 / 2026
FUANGLADA SAE-LOR                         DATE

**Buyer Address for all Notices and Payments:**



Doc ID: ee9423205d09332e0f225b453d7d068be0d8a732

## TRANSFER OF CLAIM AGREEMENT

The undersigned buyer ("**Buyer**") and seller ("**Seller**") (each a "**Party**" and, together, the "**Parties**") hereby enter into this TRANSFER OF CLAIM AGREEMENT (this "**Agreement**") as of the date first set forth below (the "**Effective Date**") to effect the sale from Seller to Buyer of all of Seller's right, title and interest in and to the claims described below (the "**Claim**").

## Transfer Terms

| Debtors | FTX Trading Ltd. and certain affiliates and related entities (the "US Debtors") subject to proceedings pending in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") jointly administered under the caption In re FTX Trading Ltd., et al., Chapter 11 Case No. 22-11068 (JTD) (the "Bankruptcy Case") and FTX Digital Markets Ltd. ("FTX Digital", together with the US Debtors, the "Debtors") subject to that certain provisional liquidation under the Companies (Winding Up Act) pending in the Supreme Court, Commercial Division, of the Commonwealth of The Bahamas (the "FTX Digital Bahamas Case") and that certain ancillary bankruptcy proceeding pending in the Bankruptcy Court under the caption In re FTX Digital Markets Ltd. (in Provisional Liquidation), Chapter 15 Case No 22-11068 (JTD) (together with the Bankruptcy Case and the FTX Digital Bahamas Case, the "Bankruptcy Cases"). | | |
|---|---|---|---|
| Claim(s) | Debtor | Case No. | Claim Identifier(s) |
| | FTX Trading Ltd. | 22-11068 | Schedule # 5985928<br>Confirmation ID: 3265-70-THACU-389116733 |
| Claim Amount | As specified on Schedule 1 | | |

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by their duly authorized representatives as of the Effective Date.

_____(Seller)     02 / 11 / 2026

                                            DATE

Seller Address:

_____

_____

_____

*Fuanglada Sae-Lor*
_____(Buyer)     02 / 11 / 2026

FUANGLADA SAE-LOR                            DATE

**Buyer Address for all Notices and Payments:**

_____

_____

_____

_____

Doc ID: ee9423205d09332e0f225b453d7d068be0d8a732

## SCHEDULE I

### Claim Amount

| Type | Name | Group | Quantity |
|------|------|-------|----------|
| CRYPTO | AAVE-PERP | ASSERTED | 0.0000000000000018 |
| CRYPTO | AVAX-PERP | ASSERTED | 20000.0 |
| CRYPTO | BNB | ASSERTED | 0.00000001 |
| CRYPTO | BTC-PERP | ASSERTED | 11.0 |
| CRYPTO | FTT | ASSERTED | 25.78414718 |
| CRYPTO | SOL-PERP | ASSERTED | -1000.0 |
| FIAT | USD | ASSERTED | 282126.25742348493 |

Doc ID: ee9423205d09332e0f225b453d7d068be0d8a732

**Dropbox Sign**

Audit trail

| | |
|---|---|
| Title | FTX - Transfer of Claim Documents for Signing |
| File name | Transfer_Claim_2.11.26.pdf |
| Document ID | ee9423205d09332e0f225b453d7d068be0d8a732 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

| | | |
|---|---|---|
| ⟲ SENT | 02 / 11 / 2026 18:30:28 UTC | Sent for signature to ▮▮▮▮ and Fuanglada Sae-Lor (fuangladasaelor@gmail.com) from jkasen@kasenlawgroup.com IP: 50.192.226.254 |
| ⊚ VIEWED | 02 / 11 / 2026 19:35:43 UTC | Viewed by ▮▮▮▮ IP: 45.80.184.246 |
| ↙ SIGNED | 02 / 11 / 2026 19:36:33 UTC | Signed by ▮▮▮▮ ) IP: 45.80.184.246 |
| ⊚ VIEWED | 02 / 11 / 2026 19:40:01 UTC | Viewed by Fuanglada Sae-Lor (fuangladasaelor@gmail.com) IP: 45.80.184.64 |
| ↙ SIGNED | 02 / 11 / 2026 19:41:15 UTC | Signed by Fuanglada Sae-Lor (fuangladasaelor@gmail.com) IP: 45.80.184.64 |
| ✓ COMPLETED | 02 / 11 / 2026 19:41:15 UTC | The document has been completed. |

Powered by **Dropbox** Sign