## EXHIBIT A

**Coverick Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF STEVEN P. COVERICK IN SUPPORT OF THE FTX RECOVERY TRUST'S CLAIMS OBJECTIONS AND REPLY IN OPPOSITION TO FILINGS OF CLAIMANT RICHARD BELL RATTEY

I, Steven P. Coverick, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

### I.      Personal Qualifications

1.      I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services, and financial and operational restructuring.

2.      I have more than ten years of restructuring and financial advisory experience across various industries, including cryptocurrency, energy, technology, media, telecommunications, logistics, and healthcare.  I have a Bachelor's Degree from the Kelley School

---

[1]      The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

of Business at Indiana University, am a CFA® charterholder, and am recognized as a Certified Turnaround Professional by the Turnaround Management Association.

3.    Since joining A&M, I have been involved in numerous Chapter 11 restructurings, including Seadrill Limited, iHeart Media Inc., White Star Petroleum Holdings, LLC, Templar Energy LLC, and Expro International Group Holdings Limited.  I am the co-lead of the A&M engagement with the Debtors.

4.    I submit this declaration (the "Declaration") in further support of the (i) *FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection To Certain Superseded Claims (Customer Claims)* [D.I. 30300]  (the "One Hundred Sixty-Second Omnibus Objection") and (ii) *FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection To Certain Overstated Proofs Of Claim (Customer Claims)* [D.I. 30631] (the "One Hundred Eighty-First Omnibus Objection" and together with the One Hundred Sixty-Second Omnibus Objection, the "Claims Objections")[2] and in connection with the *FTX Recovery Trust's Reply in Support of its Objections and in Opposition to Filings of Claimant Richard Bell Rattey* (the "Reply").

5.    I am not being compensated separately for this testimony other than through payments received by A&M as financial advisor retained by the FTX Recovery Trust.  A&M was retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") from November 11, 2022 through January 3, 2025, and A&M has been retained by the FTX Recovery Trust since January 3, 2025.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Claims Objections.

6.      Except as otherwise indicated herein, all the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by A&M professionals working under my supervision, or my opinion based upon my experience and knowledge related to the Debtors' operations, businesses, and financial condition.  If called upon to testify, I could and would testify to the facts set forth herein on that basis.  I am authorized to submit this Declaration on behalf of the FTX Recovery Trust.

## II.      Claimant and Transaction History

7.      Based on the Debtors' books and records, claimant Richard B. Rattey (the "Claimant") opened an account on the FTX.com Exchange on July 13, 2021.  After opening his account, the Claimant only made two transactions:  a single deposit of 1.57068063 SOL on July 15, 2021 and a corresponding withdrawal of 1.57068062 SOL on August 19, 2021.

8.      As a result of these transactions, the Debtors scheduled the Claimant with a claim against Debtor FTX Trading Ltd. with a balance of 0.00000001 SOL.

## III.      Proof of Claim 94653 and Proof of Claim 98399

9.      The FTX Recovery Trust and its advisors have spent months reviewing and analyzing proofs of claim and any supporting documentation filed against the Debtors and the FTX Recovery Trust.

10.      Based on the FTX Recovery Trust's and its advisors' ongoing analysis and review, the FTX Recovery Trust and its advisors have determined that Proof of Claim 94653 ("Claim 94653") filed by the Claimant was amended and superseded by Proof of Claim 98399 ("Claim 98399") filed by the Claimant.  The Claimant checked the box in Claim 98399 that it amends the previously filed Claim 94653.  Additionally, both Claims relate to the same customer and arise from the same customer account.  It is my belief that Claim 94653 and Claim 98399 are

based on the same alleged liability and, therefore, Claim 98399 has essentially amended its corresponding Claim 94653.  Therefore, I believe that Claim 94653 should be disallowed and expunged in its entirety, and only Claim 98399 should survive.

11.    If Claim 94653 is not disallowed, the Claimant may receive double recovery from the FTX Recovery Trust on account of both Claim 94653 and Claim 98399.

12.    Based on the FTX Recovery Trust's and its advisors' ongoing analysis and review, the FTX Recovery Trust and its advisors have determined that Claim 98399 alleges incorrect quantities of cryptocurrencies held by the Claimant.  I believe that Claim 98399 asserts cryptocurrencies in excess of, and inconsistent with those, as set forth in the FTX Recovery Trust's books and records.  Therefore, I believe that Claim 98399 should be modified and reduced to 0.00000001 SOL consistent with the FTX Recovery Trust's books and records.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 12, 2026

/s/ Steven P. Coverick
Steven P. Coverick
Alvarez & Marsal North America, LLC
Managing Director