**Exhibit B**

**Email from Claimant Dated February 9, 2026**

| | |
|---|---|
| **From:** | Richard Bell |
| **To:** | jensenc@sullcrom.com; gluecksteinb@sullcrom.com; bromleyj@sullcrom.com; dietdericha@sullcrom.com; Matthew Pierce; Adam Landis; Kim Brown |
| **Subject:** | Fwd: Question from a fellow FTX 7A creditor - Interest on delayed distribution |
| **Date:** | Monday, February 9, 2026 1:06:22 PM |

FYI I've decided if I'm not paid on 18th distribution I'll be suing the attorneys next.

Start making it expensive out of your pockets instead of raping the FTX coffers fucking over creditors.


Cheers.
RB.Rattey
929.277.8795

---------- Forwarded message ---------
From: **Richard Bell** <rb.tryk@gmail.com>
Date: Mon, Feb 9, 2026, 13:02
Subject: Re: Question from a fellow FTX 7A creditor - Interest on delayed distribution
To: stockgeometry <stockgeometry@gmail.com>


I doubt it. The lawyers are raping this bankruptcy and they'll argue to the death to not pay a dollar to a credit or to make thousands more in fees.

I'm suing the attorneys if they don't pay off. Then it'll cost out of their pockets and not FTX pool.

Fuck the lawyers.


Cheers.
RB.Rattey
929.277.8795

On Sun, Feb 8, 2026, 21:21 stockgeometry <stockgeometry@gmail.com> wrote:

> Dear Mr. Rattey,
>
> Thank you so much for your reply and the helpful information.
>
> I will be following your case. I hope you receive your distribution soon and get the outcome you deserve.

I'll also be taking some steps to pursue my own claim.

Best of luck to you!

Best regards, Howard

On Sat, Feb 7, 2026 at 3:04 AM Richard Bell <rb.tryk@gmail.com> wrote:
> The 9% accrued from the date of the 11 filing.
>
> Your amount to depends on what assets you're owed and current value.
>
> You'll have to file your own motion to fight for distribution for why it's delayed same as I did. February 18th is only 2 weeks away.
>
> Good luck.
>
>
>
> Cheers.
> RB.Rattey
> 929.277.8795
>
> On Thu, Feb 5, 2026, 22:18 stockgeometry <stockgeometry@gmail.com> wrote:
>> Dear Mr. Rattey,
>>
>> I came across your Motion to Compel (Doc 34611) filed on January 28, 2026, and found it very helpful. It seems we are in a similar situation.
>>
>> I am also an FTX creditor who elected Class 7A Dotcom Convenience treatment. Like you, my claim is currently in "disputed" status and I was excluded from the first distribution in 2025, despite completing all requirements. It has now been over a year of waiting, and I still don't know when—or if—I will receive my distribution.
>>
>> I have a question I was hoping you might be able to help with:
>>
>> **If and when we finally receive our distribution, will we receive the same amount as those who were paid in the first distribution? Or will we receive interest for the delay period?**
>>
>> In other words, if someone with a $10,000 claim received $12,050 (120.5%) in 2025, and I receive my distribution in 2026 or later, will I also receive $12,050, or will there be any additional compensation for the extra year(s) of waiting?
>>
>> I noticed you mentioned in your motion that the Plan provides 9% interest for certain classes. Do you know if this applies to creditors whose payments were delayed due to disputed status or administrative issues?
>>
>> Thank you for your time. I hope your motion succeeds—it would set an important

precedent for all of us who have been improperly excluded.

Best regards,

Howard