**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**DECLARATION OF DOMINIC J. CUBITT IN SUPPORT OF ELD CAPITAL LLC'S**
**OBJECTION TO THE FTX RECOVERY TRUST'S**
**OBJECTION TO PROOFS OF CLAIM FILED BY ELD CAPITAL LLC**

I, Dominic J. Cubitt, hereby declare under penalty of perjury as follows:

1.      I am one of the owners of ELD Capital LLC ("ELD Capital").  I am above the age of 18 and have personal knowledge of the facts set forth below.  If called to testify, I would and could testify competently to the facts set forth in this Declaration.

**I.      Background Regarding ELD Capital**

2.      ELD Capital is a customer-claimant in these Chapter 11 cases.

3.      ELD Capital is a limited liability corporation registered in St. Vincent and the Grenadines that is wholly owned by my wife and myself.  My wife and I have one minor child who is our dependent.  ELD Capital exists solely to manage our family's personal assets and for no other purpose.  The name ELD Capital refers to our initials (*i.e.*, Ethan, Leona, and Dominic).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Doc ID: ba889d8ffdd48f6b3512182c03b3dabe5b5be13c

4.      My wife and I formed ELD Capital on November 20, 2020, because of regulatory uncertainty in the European Union concerning cryptocurrency at the time of ELD Capital's formation.  Specifically, when ELD Capital was formed, there was a credible threat that the European Union or certain member States would ban retail trading of cryptocurrency futures and derivatives.  We formed ELD Capital strictly as a measure to ensure regulatory compliance and continuity of access to the markets and our assets during a period of legislative flux in Europe.

5.      My wife and I did not form ELD Capital for the purpose of soliciting outside investment and ELD Capital has never raised or taken outside investment.  ELD Capital has no partners, employees, or clients.

6.      The assets that ELD Capital held on the FTX platform represent our family's personal life savings and retirement funds.

7.      ELD Capital operates from our family home.  I typically handled trading and my wife typically handled administrative tasks such as Know Your Customer (KYC) submissions. ELD Capital did not utilize the FTX application programming interface (API) tools or other technology or tools that are typical of institutional and/or proprietary traders when managing its FTX account.

8.      Simply put, ELD Capital is not an institutional investor.  It would be inaccurate to categorize ELD Capital among institutional firms, professional investment funds, hedge funds, or market makers.

**II.      ELD Capital's Attempted Participation in the TRON Facility**

9.      In the days preceding the announcement of the TRON facility, my wife and I became aware of reports regarding concerns with the viability of FTX; however, no reporting of

Doc ID: ba889d8ffdd48f6b3512182c03b3dabe5b5be13c

which we were aware indicated a date by which FTX was expected to collapse or file for
bankruptcy.

      10.    ELD Capital placed four withdrawal orders on November 8, 2022, and one
withdrawal order November 9, 2022.  On November 8, 2022, the four withdrawal orders were
for 200 ETH; 10,000 USDC; 35 SOL; and 6 AVAX.  According to Yahoo Finance, the daily high
trading prices for these assets on November 8, 2022, were the following:

| Asset | Nov. 8, 2022 High Trading Price (in USD) |
|---|---|
| ETH | 1,574.80 |
| USDC | 1.001323 |
| SOL | 31.06 |
| AVAX | 18.1425 |

On November 9, 2022, the one withdrawal order was for 200 ETH.  According to Yahoo
Finance, the daily high trading price for ETH on November 9, 2022, was the following:

| Asset | Nov. 9, 2022 High Trading Price (in USD) |
|---|---|
| ETH | 1,335.74 |

Accordingly, the maximum respective value of each ELD Capital's attempted withdrawals was
the following:

| Asset | Daily High Trading Price (in USD) | Unit Size of Attempted Withdrawal | Maximum Value of Attempted Withdrawal (in USD) |
|---|---|---|---|
| ETH (Nov. 8) | 1,574.80 | 200 | $314,960.00 |
| USDC (Nov. 8) | 1.001323 | 10,000 | $10,013.23 |
| SOL (Nov. 8) | 31.06 | 35 | $1,087.10 |
| AVAX (Nov. 8) | 18.1425 | 6 | $108.86 |
| ETH (Nov. 9) | 1,335.74 | 200 | $267,148.00 |

Doc ID: ba889d8ffdd48f6b3512182c03b3dabe5b5be13c

Thus, the amounts that ELD Capital attempted to withdraw do not represent the entire value of ELD Capital's assets on the FTX platform as of the withdrawal attempt. Indeed, ELD Capital had other assets on the FTX platform that it did not attempt to withdraw on November 8, 2022, and November 9, 2022, including cryptocurrency assets that it did not attempt to withdraw on November 8, 2022, and November 9, 2022.

11.     ELD Capital first became aware of the TRON exchange offer on November 10, 2022. Specifically, my wife and I logged onto FTX's online platform and saw a prominent banner at the top of the landing page that promoted the TRON facility. We clicked on the link embedded in the banner, which directed us to the full language of the announcement. To the best of my knowledge and recollection, the language of the announcement on FTX's online platform was the same as the language of the announcement made on the FTX Group's and Justin Sun's Twitter accounts (collectively, "Announcement"):

> We are pleased to announce that we have reached an agreement with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets. This functionality will be enabled at 18:30 UTC, November 10, 2022. The exact capacity of the Tron Token facility will be determined weekly and future injections will occur at 14:00 UTC. The amount to be deposited will depend on a number of factors such as withdrawal demand and funding capacity to be provided by Tron. By providing a set schedule of the amount of tokens to be introduced into the market and the corresponding time, our goal is to provide more clarity to the market allowing users to make better informed decisions. As part of this agreement, we will be disabling Tron deposits for all users during this period. The only deposits will be the pre-announced deposits conducted weekly by the Tron Team. Initially, $13,000,000 of assets will be deployed to facilitate such swaps. Information on future capital injections will be shared on a weekly basis. We sincerely appreciate your patience and support of FTX during this period! And we hope to have more information to share in the near future. We are also very grateful to the Tron team for stepping up to assist us in these hard times and provide support for the wider crypto industry. Please note, these markets (TRX, BTT, JST, SUN, and HT) may experience high levels of volatility. Please ensure you understand the details of this arrangement and any associated risks before taking any actions. If you have any questions, don't hesitate to reach out through support channels or our official telegram channel: [link embedded].

4

Doc ID: ba889d8ffdd48f6b3512182c03b3dabe5b5be13c

12.     ELD Capital's understanding at the time (and continuing understanding) is that the TRON facility would enable 1:1 swap transactions, whereby a holder of TRX, BTT, JST, SUN, and HT (collectively, "TRON Tokens") would be able to *swap* assets from the FTX platform to external wallets.  The Announcement characterized the facility as permitting a unique transaction type in the character of a "swap."  The Announcement did not provide specific instructions regarding how to effectuate the swap transaction contemplated under the facility.

13.     According to the Announcement, TRON agreed to deploy $13,000,000 of assets "to facilitate such swaps."  In other words, the Announcement stated that TRON would provide TRON Tokens equivalent to $13,000,000 to FTX for FTX to sell to account holders such as ELD Capital.  Since other deposits of TRON Tokens were blocked, FTX exercised significant control over the market for TRON Tokens at the time of and after the Announcement.  Based on the trading price of TRON Tokens outside of FTX, the amount of TRON Tokens that FTX received would likely have yielded upwards of $100,000,000.00 for the Debtors if sold at the inflated prices at which they were trading on the FTX platform.  As such, the Debtors benefitted from the significant premiums at which TRON Tokens were trading following the announcement and earned fees on transactions in TRON Tokens following the Announcement.

14.     The Announcement's statement that deposits would be conducted by TRON "weekly" suggested to my wife and I that the facility would be ongoing and not limited to the initial $13,000,000 of assets deployed by TRON.

15.     My wife and I relied on the representations that the former Debtors made in the Announcement, which was prominently displayed on the landing page of FTX's online platform and repeated on multiple related X (f/k/a Twitter) channels.

Doc ID: ba889d8ffdd48f6b3512182c03b3dabe5b5be13c

### III.    ELD Capital's November 10 and 11, 2022 Trades and Attempts to Swap or Remove Its TRON Tokens from FTX's Platform

16.    Shortly after the Tron facility opened on November 10, 2022, ELD Capital purchased 33,691 TRX with USD already in its account.  Following this trade, ELD Capital initiated a withdrawal transaction with respect to this 33,691 TRX.  When I initiated this transaction to withdraw ELD Capital's TRON Tokens from FTX's platform, there was no indication that the facility was closed or unavailable.  The withdrawal transaction did not immediately clear.  No reason was provided for a delay in processing this attempted withdrawal and there was no indication that the facility was closed or unavailable.  I subsequently cancelled this attempted withdrawal because I wanted to ensure the pending withdrawal did not prevent a swap transaction.

17.    Since the Announcement characterized the transaction as a "swap" rather than a "withdrawal," I had no reason to believe this transaction failed to clear because the facility would not be able to support the swap transactions advertised in the Announcement—for lack of sufficient capacity or otherwise.  Nothing about this transaction, therefore, came as a surprise or raised a "red flag."

18.    Subsequently, ELD Capital made a series of additional purchases of Tron Tokens with the balance of its assets held on the FTX platform, acquiring a total of 1,774,949 TRX.  Following these additional trades, ELD Capital initiated another withdrawal transaction with respect to all of its TRX holdings.  When I initiated this transaction to withdraw ELD Capital's TRON Tokens from FTX's platform, there was no indication that the facility was closed or unavailable.  The withdrawal transaction did not immediately clear.  No reason was provided for a delay in processing this attempted withdrawal and there was no indication that the facility was closed or unavailable.   As with the first transaction, I cancelled this attempted withdrawal

6

Doc ID: ba889d8ffdd48f6b3512182c03b3dabe5b5be13c

because I believed this might prevent a swap transaction by the means contemplated under the Announcement.  When this transaction failed to clear, no reason was provided for a delay in the completion of the withdrawal transaction.  As with ELD Capital's first withdrawal attempt, there was no indication that the facility was closed or unavailable.

19.     Still, because the Announcement characterized the transaction as a "swap" rather than a "withdrawal," I had no reason to believe this transaction was cancelled because the facility would not be able to support the swap transactions advertised in the Announcement.  These withdrawal attempts were simply one of several attempts ELD Capital made to avail itself of the TRON facility because the Announcement did not contain specific instructions about how the swap would be carried out.

20.     HTX (formerly known as Huobi) is a cryptocurrency exchange that was founded and owned by Justin Sun and affiliated with TRON.  We became aware that Huobi, as the cryptocurrency exchange arm of TRON's organization, was one of the external platforms onto which Tron Tokens could be moved as part of the facility.

21.     On November 11, 2022, ELD Capital opened a Huobi account as part of its efforts to facilitate the swap transaction offered in the Announcement.  On November 11, 2022, ELD Capital received a webform from Huobi to provide information regarding its Tron Token holdings to assist Huobi in facilitating the swap with FTX.  A true and correct copy of this form, entitled "Huobi and TRON DAO Are Collecting the Records of Tron Tokens Deposited on FTX for Any Possible Redemption Needs" is attached as **Exhibit A**.  Among other things, the form stated:

> The FTX liquidity crunch has caused great concerns over asset security. After careful consideration, Huobi and TRON DAO have decided to permanently support users to redeem their Tron tokens (TRX, BTT, JST, SUN, HT) deposited on the FTX platform at a 1:1 ratio.

Doc ID: ba889d8ffdd48f6b3512182c03b3dabe5b5be13c

Tron tokens holders on FTX can fill out the following form with the required information, and we will coordinate with FTX regarding the withdrawals of Tron tokens, including TRX, BTT, JST, SUN, and HT.

22. Considering the joint nature of the Announcement between the former Debtors and TRON—and, by extension, Huobi—there was no reason to suspect that the facility contemplated by the Announcement would be ineffective.

23. Although we were aware that TRON Tokens were trading at a premium on FTX's platform, we understood the premium to reflect interest in the TRON facility rather than risk that the facility itself would fail.

## IV.    ELD Capital's Claims

24. On February 25, 2024, I filed customer claim 91933 on behalf of ELD Capital without the assistance of an attorney.

25. On July 2, 2024, ELD Capital's present counsel filed claim 96369, which is reflected in the Amended Proof of Claim for customer claim 91933.  This Amended Proof of Claim corrected the holder of these claims to accurately reflect ELD Capital as the claim holder and to elaborate on the basis for ELD Capital's claims against the former Debtors, not the FTX Recovery Trust ("Trust").  A true and correct copy of the Amended Proof of Claim is attached as **Exhibit B**.

26. As set forth more fully in the Amended Proof of Claim, ELD Capital's claim consists of two components, totaling $569,262.34: (a) $98,943.38, representing the fraudulently induced diminished value of assets in Claimant's account as of the Petition Date, plus (b) $470,318.96 in damages directly arising from the fraud of the former Debtors with respect to the transactions described therein.

Doc ID: ba889d8ffdd48f6b3512182c03b3dabe5b5be13c

**V.        ELD Capital's Objection to the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors**

27.        When the former Debtors sought confirmation of the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Affiliated Debtors ("Reorganization Plan"), I was concerned that the release and settlement provisions of the Reorganization Plan would extinguish ELD Capital's fraud claim.  Accordingly, on August 16, 2024, ELD Capital objected to the Reorganization Plan.  [D.I. 23140].

28.        To resolve ELD Capital's objection to the Reorganization Plan, the former Debtors reached an agreement with ELD that the ELD Claims are not extinguished by the Reorganization Plan and will be resolved through the claims allowance process [D.I. 26039]. This agreement was memorialized in the Confirmation Order.  [D.I. 26404].  In addition, the former Debtors agreed and promised in writing as part of the resolution of ELD's objection to the Reorganization Plan to "make general efforts to reconcile ELD's claims promptly."

**VI.        ELD Capital's Losses**

29.        The former Debtors' fraudulent conduct at issue in ELD Capital's claim has inflicted significant hardship on my family.  My family's life savings have been unavailable to us since the former Debtors filed the Petition commencing these Chapter 11 proceedings.  In addition, the amount of our savings remains both uncertain and unavailable based on the former Debtors' fraudulent conduct.

30.        Contrary to the Trust's assertions that ELD Capital and my family "cannot establish damages" associated with the former Debtors' fraudulent conduct, this fails to account for the value of the liquidity (*i.e.*, immediate access to our family's assets) that ELD Capital bargained for when engaging in transactions in anticipation of participating in the TRON facility.

Doc ID: ba889d8ffdd48f6b3512182c03b3dabe5b5be13c

In other words, ELD Capital paid the cost of having immediate access to its assets but did not receive the benefit of the bargain it struck because of the former Debtors' fraudulent conduct.

31.    Since objecting to ELC Capital's claim, the Trust has scheduled a distribution for holders of allowed claims and interest.  The anticipated record date is February 14, 2026, and the distribution is expected to commence on March 31, 2026.  This distribution was announced in a press release by the Trust.  A true and correct copy of this press release is attached as **Exhibit C**. Like the Trust's prior distributions on May 30, 2025, and September 30, 2025, ELD Capital will be unable to participate in the scheduled March 31, 2026 distribution.

\*        \*        \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 13, 2026

_Dominic Cubitt_
Dominic Cubitt

Doc ID: ba889d8ffdd48f6b3512182c03b3dabe5b5be13c