# Exhibit A

# Huobi and TRON DAO Are Collecting the Records of Tron Tokens Deposited on FTX for Any Possible Redemption Needs

Dear TRON and HT communities,

The FTX liquidity crunch has caused great concerns over asset security. After careful consideration, Huobi and TRON DAO have decided to permanently support users to redeem their Tron tokens (TRX, BTT, JST, SUN, HT) deposited on the FTX platform at a 1:1 ratio.

Tron tokens holders on FTX can fill out the following form with the required information, and we will coordinate with FTX regarding the withdrawals of Tron tokens, including TRX, BTT, JST, SUN, and HT.

We will closely follow up on the development of the situation. We reaffirm that it is our overriding principle to protect the interests of all Tron token (TRX, BTT, JST, SUN, HT) holders. We will unswervingly make utmost efforts to protect our community. Wherever you are, whenever you need us, and whatever happens, bear in mind that the Tron ecosystem and its strong, diligent, and reliable team will always be by your side. Community First, User First. Tron and Huobi teams always act to the letter of this overriding principle.

This decision is made for protecting Tron tokens holders' interests and asset security. Huobi and Tron DAO reserve the right to final interpretation.

Huobi and TRON DAO

November 9, 2022

Huobi official website: https://www.huobi.com
Registration on Huobi: https://www.huobi.com/en-us/register/
Huobi App download link: https://www.huobi.com/en-us/download/#exchange

---

alecberin@gmail.com   Switch account

Not shared

Resubmit to save

* Indicates required question

Email *

eld.capital@protonmail.ch

Huobi UID *

416096258

FTX UID *

8212705

HT Asset Qty *

0

TRX Asset Qty *

1,774,949

BTT Asset Qty *

0

JST Asset Qty *

0

SUN Asset Qty *

42,021.517

Other information  (Optional)

Your answer

Submit

Never submit passwords through Google Forms.

This content is neither created nor endorsed by Google. - Contact form owner - Terms of Service - Privacy Policy

Does this form look suspicious? Report

Google Forms