# Exhibit B

United States Bankruptcy Court, District of Delaware

<u>Modified Official Form 410</u>

# Customer Proof of Claim Form
04/22

**IF YOU WISH TO FILE THIS PROOF OF CLAIM ELECTRONICALLY, THE ELECTRIC FORM IS AVAILABLE AT** https://restructuring.ra.kroll.com/ftx/EPOC-Index. The link also contains other important information about this proof of claim form, such as the definition of capitalized terms.

**Proofs of Claim must be filed in ENGLISH.**

Any claim, whether valid or not, will be categorized as "Unverified" as described in the Bar Date Order [D.I. #] if the Creditor does not provide Know Your Customer ("KYC") documentation. To upload KYC information, visit the Debtors' Customer Claims Portal, available at: https://claims.ftx.com.

**Read the instructions before filling out this form.** This form is for making a customer claim against the Debtors at the FTX Exchanges. <u>Do not</u> use this form to assert any other pre-petition claims. <u>Do not</u> use this form to make a request for payment of an administrative expense.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim. **Do not send original documents;** they will not be returned and may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Claimants do not need to file separate proofs of claim against each Debtor on account of the same Customer Entitlement Claim.

**Please complete Part 2, Box 8 for any claims arising out of or related to any other investment or trading activities on any FTX Exchange.**

**This claim form should not be used to assert claims against Emergent Fidelity Technologies Ltd.**

**Fill in all the information about the claim as of November 11, 2022 unless your claim is against West Realm Shires Inc., in which case information about the claim is as of November 14, 2022 (as applicable, the "Petition Date").**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

ELD Capital LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor (if any) _____

FTX customer account number: _____

Email Address(es) Used for each FTX Account: _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? (name, account email and account identification number)
_____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

James E. Miller, Esq.
Name

65      Main Street
Number    Street

Chester        CT        06412
City           State     ZIP Code

_____
Country (If outside of the US)

Contact phone  866-540-5505

Contact email  jemiller@millershah.com

**Where should payments to the creditor be sent?** (if different)

James E. Miller, Esq.
Name

65      Main Street
Number    Street

Chester        CT        06412
City           State     ZIP Code

_____
Country (If outside of the US)

Contact phone  866-540-5505

Contact email  jemiller@millershah.com

**4. Does this claim amend one already filed?**

☐ No
☑ Yes.  Claim number on court claims registry (if known) 91933

Filed on  02/ 25/2024
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:** Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Trading Activity.

| | | |
|---|---|---|
| ☑ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) | ☐ FTX EU Ltd. (f/k/a KDNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166) | ☐ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102) |
| ☐ Quoine Pte Ltd (d/b/a "Liquid Global") (Case No. 22-11161) | ☐ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071) | |

6. **Did you participate in the FTX Earn program (available via Blockfolio app) as of the petition date?**  ☐ No  ☐ Yes

7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, then please populate the Loaned Quantity column.

| Fiat Currency (Currency Code) Exchange Rate | *Total Asserted Quantity of Crypto or Fiat (local currency)* | Total Asserted Quantity of Crypto or Fiat (converted to USD) | Loaned Quantity of Crypto or Fiat (converted to USD) |
|---|---|---|---|
| *Fiat – exchange rates are LOCAL CURRENCY/USD* | | | |
| US Dollar (USD) USD/USD = 1.00000 | 308801.011562231 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | | | |
| Euro (EUR) EUR/USD = 1.021000 | | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | | | |
| West African CFA franc (XOF) XOF/USD = 0.001531 | | | |
| Other Fiat: | | | |
| Other Fiat: | | | |

| Crypto<br>(Ticker / Abbreviation) | Asserted Quantity of Crypto | Loaned Quantity of Crypto | Staked Quantity of Crypto |
|---|---|---|---|
| **Crypto**<br>**Please list the number of tokens held** | | | |
| 3X Long Bitcoin Token (BULL) | | | |
| 3X Long Cardano Token (ADABULL) | | | |
| 3X Long Dogecoin Token (DOGEBULL) | | | |
| 3X Long Ethereum Token (ETHBULL) | | | |
| 3X Long XRP Token (XRPBULL) | | | |
| Aave (AAVE) | | | |
| Akropolis (AKRO) | | | |
| ApeCoin (APE) | | | |
| ATLAS (ATLAS) | | | |
| Atom (ATOM) | | | |
| Aurory (AURY) | | | |
| Avalanche (AVAX) | 6 | | |
| BaoToken (BAO) | | | |
| Basic Attention Token (BAT) | | | |
| Binance Coin (BNB) | | | |
| Bitcoin (BTC) | 0.00168656 | | |
| Bitcoin Cash (BCH) | | | |
| Brazilian Digital Token (BRZ) | | | |
| Celsius Token (CEL) | | | |
| ChainLink Token (LINK) | | | |
| Chiliz (CHZ) | | | |
| Compound USDT (CUSDT) | | | |
| Cope (COPE) | | | |
| Crypto.com Coin (CRO) | | | |
| Decentraland (MANA) | | | |
| Dent (DENT) | | | |
| Dogecoin (DOGE) | | | |
| Ethereum (ETH) | 200 | | |
| EthereumPoW (ETHW) | 200 | | |
| Fantom (FTM) | | | |
| FTX Token (FTT) | 25.14890964 | | |
| Gala (GALA) | | | |
| Immutable X Token (IMX) | | | |
| Kin (KIN) | | | |
| Litecoin (LTC) | | | |
| Luna 2.0 (LUNA2) | | | |
| Luna Classic (LUNC) | | | |

| Crypto<br>(Ticker / Abbreviation) | Asserted Quantity of Crypto | Loaned Quantity of Crypto | Staked Quantity of Crypto |
|---|---|---|---|
| **Crypto (continued)**<br>**Please list the number of tokens held** | | | |
| Matic<br>(MATIC) | | | |
| POLIS<br>(POLIS) | | | |
| Polkadot<br>(DOT) | | | |
| Raydium<br>(RAY) | | | |
| Reserve Rights<br>(RSR) | | | |
| Serum<br>(SRM) | 17.40215987 | | |
| Shiba Inu<br>(SHIB) | | | |
| Solana<br>(SOL) | 35 | | |
| Spell Token<br>(SPELL) | | | |
| Step Finance<br>(STEP) | | | |
| SushiSwap<br>(SUSHI) | | | |
| Swipe<br>(SXP) | | | |
| Terra Classic USD (Wormhole)<br>(USTC) | | | |
| The Graph<br>(GRT) | | | |
| The Sandbox<br>(SAND) | | | |
| Thorchain<br>(RUNE) | | | |
| TON Coin<br>(TONCOIN) | | | |
| TRON<br>(TRX) | 33691 | | |
| Uniswap Protocol Token<br>(UNI) | | | |
| UpBots<br>(UBXT) | | | |
| USD Coin<br>(USDC) | | | |
| USD Tether<br>(USDT) | | | |
| XRP<br>(XRP) | | | |
| **Other Crypto not previously listed (please specify)** | | | |
| Coin Type: SRM_LOCKED | 61.8059634 | | |
| Coin Type: | | | |
| Coin Type: | | | |
| Coin Type: | | | |
| **NFTs (non-fungible tokens)** | | | |
| NFT Description:<br><br>NFT Identifier: | | NFT Description:<br><br>NFT Identifier: | |
| NFT Description:<br><br>NFT Identifier: | | NFT Description:<br><br>NFT Identifier: | |
| NFT Description:<br><br>NFT Identifier: | | NFT Description:<br><br>NFT Identifier: | |
| NFT Description:<br><br>NFT Identifier: | | NFT Description:<br><br>NFT Identifier: | |
| NFT Description:<br><br>NFT Identifier: | | NFT Description:<br><br>NFT Identifier: | |

| 8. | Do you have Customer Claims related to any Other Trading Activity on the FTX Exchanges? Other Trading Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above. | ☑ No<br>☐ Yes. Please describe: _____<br><br>*If yes, how much is the claim?*    $_____ |

*Please provide any relevant supporting documentation necessary to support a claim related to any Other Trading Activity.*

**Please identify all relevant Debtor(s) you are asserting this claim against below, you may check more than one Debtor.**

| ☑ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) | ☐ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd.) (Case No. 22-11166) | ☐ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102) | ☐ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161) |
|---|---|---|---|
| ☐ West Realm Shires Services (d/b/a "FTX US") Inc. (Case No. 22-11071) | ☐ Alameda Aus Pty Ltd (Case No. 22-11104) | ☐ Alameda Global Services Ltd. (Case No. 22-11134) | ☐ Alameda Research (Bahamas) Ltd (Case No. 22-11105) |
| ☐ Alameda Research Holdings Inc. (Case No. 22-11069) | ☐ Alameda Research KK (Case No. 22-11106) | ☐ Alameda Research LLC (Case No. 22-11066) | ☐ Alameda Research Ltd (Case No. 22-11067) |
| ☐ Alameda Research Pte Ltd (Case No. 22-11107) | ☐ Alameda Research Yankari Ltd (Case No. 22-11108) | ☐ Alameda TR Ltd (Case No. 22-11078) | ☐ Alameda TR Systems S. de R. L. (Case No. 22-11109) |
| ☐ Allston Way Ltd (Case No. 22-11079) | ☐ Analisya Pte Ltd (Case No. 22-11080) | ☐ Atlantis Technology Ltd. (Case No. 22-11081) | ☐ Bancroft Way Ltd (Case No. 22-11082) |
| ☐ Blockfolio, Inc. (Case No. 22-11110) | ☐ Blue Ridge Ltd (Case No. 22-11083) | ☐ Cardinal Ventures Ltd (Case No. 22-11084) | ☐ Cedar Bay Ltd (Case No. 22-11085) |
| ☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162) | ☐ Clifton Bay Investments LLC (Case No. 22-11070) | ☐ Clifton Bay Investments Ltd (Case No. 22-11111) | ☐ Cottonwood Grove Ltd (Case No. 22-11112) |
| ☐ Cottonwood Technologies Ltd (Case No. 22-11136) | ☐ Crypto Bahamas LLC (Case No. 22-11113) | ☐ DAAG Trading, DMCC (Case No. 22-11163) | ☐ Deck Technologies Holdings LLC (Case No. 22-11138) |
| ☐ Deck Technologies Inc. (Case No. 22-11139) | ☐ Deep Creek Ltd (Case No. 22-11114) | ☐ Digital Custody Inc. (Case No. 22-11115) | ☐ Euclid Way Ltd (Case No. 22-11141) |
| ☐ FTX (Gibraltar) Ltd (Case No. 22-11116) | ☐ FTX Canada Inc (Case No. 22-11117) | ☐ FTX Certificates GmbH (Case No. 22-11164) | ☐ FTX Crypto Services Ltd. (Case No. 22-11165) |
| ☐ FTX Digital Assets LLC (Case No. 22-11143) | ☐ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118) | ☐ FTX EMEA Ltd. (Case No. 22-11145) | ☐ FTX Equity Record Holdings Ltd (Case No. 22-11099) |
| ☐ FTX Europe AG (Case No. 22-11075) | ☐ FTX Exchange FZE (Case No. 22-11100) | ☐ FTX Hong Kong Ltd (Case No. 22-11101) | ☐ FTX Japan Holdings K.K. (Case No. 22-11074) |
| ☐ FTX Japan Services KK (Case No. 22-11103) | ☐ FTX Lend Inc. (Case No. 22-11167) | ☐ FTX Marketplace, Inc. (Case No. 22-11168) | ☐ FTX Products (Singapore) Pte Ltd (Case No. 22-11119) |
| ☐ FTX Property Holdings Ltd (Case No. 22-11076) | ☐ FTX Services Solutions Ltd. (Case No. 22-11120) | ☐ FTX Structured Products AG (Case No. 22-11122) | ☐ FTX Switzerland GmbH (Case No. 22-11169) |
| ☐ FTX Trading GmbH (Case No. 22-11123) | ☐ FTX US Services, Inc. (Case No. 22-11171) | ☐ FTX US Trading, Inc. (Case No. 22-11149) | ☐ FTX Ventures Ltd. (Case No. 22-11172) |
| ☐ FTX Zuma Ltd (Case No. 22-11124) | ☐ GG Trading Terminal Ltd (Case No. 22-11173) | ☐ Global Compass Dynamics Ltd. (Case No. 22-11125) | ☐ Good Luck Games, LLC (Case No. 22-11174) |
| ☐ Goodman Investments Ltd. (Case No. 22-11126) | ☐ Hannam Group Inc (Case No. 22-11175) | ☐ Hawaii Digital Assets Inc. (Case No. 22-11127) | ☐ Hilltop Technology Services LLC (Case No. 22-11176) |
| ☐ Hive Empire Trading Pty Ltd (Case No. 22-11150) | ☐ Innovatia Ltd (Case No. 22-11128) | ☐ Island Bay Ventures Inc (Case No. 22-11129) | ☐ Killarney Lake Investments Ltd (Case No. 22-11131) |
| ☐ Ledger Holdings Inc. (Case No. 22-11073) | ☐ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177) | ☐ LedgerPrime Bitcoin Yield Enhancement Master Fund LP (Case No. 22-11155) | ☐ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156) |
| ☐ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157) | ☐ LedgerPrime LLC (Case No. 22-11158) | ☐ LedgerPrime Ventures, LP (Case No. 22-11159) | ☐ Liquid Financial USA Inc. (Case No. 22-11151) |
| ☐ Liquid Securities Singapore Pte Ltd (Case No. 22-11086) | ☐ LiquidEX LLC (Case No. 22-11152) | ☐ LT Baskets Ltd. (Case No. 22-11077) | ☐ Maclaurin Investments Ltd. (Case No. 22-11087) |
| ☐ Mangrove Cay Ltd (Case No. 22-11088) | ☐ North Dimension Inc (Case No. 22-11153) | ☐ North Dimension Ltd (Case No. 22-11160) | ☐ North Wireless Dimension Inc. (Case No. 22-11154) |
| ☐ Paper Bird Inc (Case No. 22-11089) | ☐ Pioneer Street Inc. (Case No. 22-11090) | ☐ Quoine India Pte Ltd (Case No. 22-11091) | ☐ Quoine Vietnam Co. Ltd (Case No. 22-11092) |
| ☐ Strategy Ark Collective Ltd. (Case No. 22-11094) | ☐ Technology Services Bahamas Limited (Case No. 22-11095) | ☐ Verdant Canyon Capital LLC (Case No. 22-11096) | ☐ West Innovative Barista Ltd. (Case No. 22-11097) |
| ☐ West Realm Shires Financial Services Inc. (Case No. 22-11072) | ☐ West Realm Shires Inc. (Case No. 22-11183) | ☐ Western Concord Enterprises Ltd. (Case No. 22-11098) | ☐ Zubr Exchange Ltd (Case No. 22-11132) |

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____(mm/dd/yyyy)

_____
Signature

**Name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | James E. Miller, Esq. | | |
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Miller Shah LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 65 | Main Street | |
| | Number | Street | |
| | Chester | CT | 06412 |
| | City | State | ZIP Code |
| Contact phone | 866-540-5505 | Email | jemiller@millershah.com |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING, LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-11068-JTD |

### ADDENDUM TO AMENDED PROOF OF CLAIM NO. 91933

On or about February 25, 2024, Claim No. 91933 (the "Claim") was filed in FTX Trading, Ltd., Case No. 22-11068. The Claim was filed by Dominic John Cubitt while Mr. Cubitt was not represented by counsel.

James E. Miller, Esquire, is counsel to ELD Capital LLC, Dominic John Cubitt, and Leona Sammon and is authorized to file this Amended Claim.

The Claim is incorporated by reference herein in its entirety and is hereby amended as follows:

1. The Claim is amended to reflect that the correct holder of the Claim is ELD Capital LLC.

2. The Claim is amended to reflect that notices with respect to the Claim and payments to the creditor should be sent to the address set forth in Part 1, Section 3 of the Amended Customer Proof of Claim Form.

3.  The Claim is amended to specifically reflect that the Claimant contests certain exchange transactions induced by the Debtors' fraud that caused the value of assets in the Claimant's customer account to be reduced as of the Petition Date.[1]

4.  The transactions contested by the Claimant were induced by the Debtors' fraudulent misrepresentations and concealment on November 10, 2022, the day before the Petition Date, at a time when the Debtors knew of the forthcoming bankruptcy filing and *after* the Securities Commission of the Bahamas had frozen the assets of certain Debtors, suspended the registration of FTX Digital Markets Ltd., and applied to the Supreme Court of The Bahamas for the appointment of a provisional liquidator of FTX Digital Markets Ltd.

5.  Specifically, on November 10, 2022, FTX publicly announced that it had reached an agreement with TRON, another cryptocurrency platform, to allow holders of TRON-sponsored cryptocurrencies (*i.e.*, tokens) on the FTX platform to move such assets to external wallets on a 1:1 basis:

> FTX Announcement Regarding the Tron Credit Facility:
>
> We are pleased to announce that we have reached an agreement with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets.
>
> This functionality will be enabled at 18:30 UTC, November 10, 2022.
>
> The exact capability of the Tron Token facility will be determined weekly and future injections will occur at 14:00 UTC. The amount to deposited will depend on a number of factors such as withdrawal demand and funding capacity to be provided by Tron. By providing a set schedule of the amount of tokens to be introduced into the market and the corresponding time, our goal is to provide more clarity to the market allowing users to make better informed decisions.

---

[1] "Petition Date" shall have the same meaning as in the Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates (Doc. 15520) and the Customer Proof of Claim Form.

As part of this agreement, we will be disabling Tron deposits for all users during this period. The only deposits will be the pre-announced deposits conducted weekly by the Tron Team. Initially, $13,000,000 of assets will be deployed to facilitate such swaps.

Information on future capital injections will be shared on a weekly basis.

We sincerely appreciate your patience and support of FTX during this period! And we hope to have more information to share in the near future. We are also very grateful to the Tron team for stepping up to assist us in these hard times and provide support for the wider crypto industry.

Please note, these markets (TRX, BTT, JST, SUN, and HT) may experience high levels of volatility. Please ensure you understand the details of this arrangement and associated risks before taking any actions. If you have any questions, don't hesitate to reach out through support channels or our official telegram channel: [link embedded].

6. On this date and until the time of FTX's bankruptcy filing, the prices of TRON-sponsored tokens on the FTX platform were dramatically higher than that of those same tokens on other exchanges. Therefore, if an FTX customer converted other assets to TRON-sponsored tokens to move its assets off the FTX platform to an external wallet, it would need to accept an enormous "liquidity" discount.

7. Given the substantial and well-publicized concerns about the Debtors' ability to operate as a going concern and satisfy the withdrawal demands of its customers, as well as the specific representations made by the Debtors, the Claimant made the difficult decision to engage in exchange transactions to convert holdings in cryptocurrencies and fiat currency in its account into TRON-sponsored tokens. The Claimant's transactions made in anticipation of the TRON credit facility were effectuated on November 11, 2022—the Petition Date. Prior to these transactions made in anticipation of the facility promised by FTX, the value of assets in the Claimant's account was approximately $569,262.34 in USD, including over $308,000.00 in USD itself held in trust by FTX. After these transactions were effectuated, the value of assets in the

3

Claimant's account was approximately $99,188.75 in USD. These transactions were specifically induced by the Debtors' public representations and false promises.

8. When the Claimant attempted to move its TRON-sponsored tokens to external wallets pursuant to the Debtors' representations, it was prevented from doing so, as the facility was not made available to the Claimant. At the same time, a message displayed on the FTX platform that "[d]eposits of TRX, BTT, JST, SUN, and HT [were] disabled." Shortly thereafter, the Debtors filed for bankruptcy.

9. The Debtors are liable to the Claimant for fraud. To establish fraud, a plaintiff must show that: (1) the defendant made a false representation; (2) the defendant knew or believed the representation was false, or made it with reckless indifference to the truth; (3) the defendant's false representation was intended to induce the plaintiff to act or refrain from acting; (4) the plaintiff's action or inaction was taken in justifiable reliance upon the representation; and (5) the plaintiff was damaged by such reliance. *See Stephenson v. Capano Dev., Inc.*, 462 A.2d 1069, 1074 (Del. 1983). Fraud may occur through misrepresentation or by concealment. *See id.* Here, the Debtors misrepresented that the Claimant would be able to avail itself the facility to move its assets off the FTX platform to an external wallet if it converted its assets to TRON-sponsored tokens. In addition, the Debtors concealed its imminent bankruptcy filing at the time it made the exchange offer. At the time of the Debtors' misrepresentations and concealment, the Debtors were aware that the Claimant would not be able to avail itself of the facility to move its assets to an external wallet *and* that they would imminently be making their bankruptcy filing. The Debtors' misrepresentations and concealment were intended to induce the Claimant's exchange transactions of cryptocurrencies and fiat currency into TRON-sponsored tokens. The Claimant justifiably relied on the Debtors' misrepresentations and concealment in determining to make the exchange

4

transactions given the means and manner in which the exchange offer was made (*i.e.*, on FTX's business website and official social media channels, with a specific indication of TRON-sponsored tokens included in the offer, and FTX's representations that TRON would be participating in the facility and that future capital injections to support the credit facility would be "shared on a weekly basis"). As a direct result of the Claimant's exchange transactions made in reliance on the Debtors' misrepresentations and concealment, the Claimant was damaged at least to the extent of the reduction in value of the assets in the Claimant's customer account as of the Petition Date.

10. According to the Debtor's records, when the valuation of customer accounts was fixed for purposes of determining customer claims, the value of assets in the Claimant's account was approximately $98,943.38 in USD.

11. The transactions described in paragraphs 4 through 8 above were induced by the fraud of one or more of the Debtors. The Claim is hereby amended to clarify that it consists of two components, totaling $569,262.34: (a) $98,943.38, representing the value of assets in the Claimant's account as of the Petition Date, plus (b) $470,318.96 in damages directly arising from the fraud of the Debtors with respect to the transactions described herein.

Dated: July 2, 2024

MILLER SHAH LLP

/s/ *James E. Miller*
James E. Miller, Esquire
Alec J. Berin, Esquire
1845 Walnut Street
Philadelphia, PA 19103
Phone: (866) 540-5505
Email: jemiller@millershah.com
        ajberin@millershah.com

*Counsel for ELD Capital LLC,
 Dominic John Cubitt, and Leona Sammon*