# Exhibit C

# FTX Sets Next Distribution Date and Amends Proposed Disputed Claims Reserve Reduction

NEWS PROVIDED BY
**FTX** →
Jan 13, 2026, 20:56 ET

*Next Distribution Record Date Set for February 14, 2026 with Distribution on March 31, 2026*

*Amended Notice to Reduce Disputed Claims Reserve by over $2B Filed January 13, 2026*

WILMINGTON, Del., Jan. 13, 2026 /PRNewswire/ -- FTX Trading Ltd. (d/b/a. FTX.com) and the FTX Recovery Trust (collectively "FTX") today announced that the anticipated record date for the next distribution (the "Next Distribution") will be February 14, 2026 for holders of allowed FTX claims and interests. The Next Distribution is expected to commence on March 31, 2026.

FTX also filed an amended notice with the Bankruptcy Court to reduce the disputed claims reserve by $2.2 billion, from $4.6 billion to $2.4 billion, which, subject to approval by the Court, would release cash to be distributed to holders of allowed claims in the next Distribution.

The Next Distribution will be made by FTX's Distribution Service Providers, BitGo, Kraken, and Payoneer. Holders of allowed claims should note that:

- The Distributions will only be made to holders of allowed claims that have met required pre-distribution requirements.
- If you have any questions related to the availability of your funds in your account with the Distribution Service Provider, please contact customer support at your selected Distribution Service Provider directly. Once FTX's payment of your distributions to the Distribution Service Provider is made to your account, individuals are solely responsible for their own funds.
- For transferred claims, distributions will only be made to the transferee holder of an allowed claim that is processed and reflected on the official register of claims maintained by the Notice and Claims Agent as of future record dates, where the 21-day notice period has lapsed without objection.
- **For more information, please visit: https://support.ftx.com/hc/en-us/sections/33189504164628-Distributions.**

Customers and creditors should continue to complete their Know Your Customer ("KYC") verification, submit required tax forms, and onboard with BitGo, Kraken, or Payoneer to receive a distribution.

For transferred claims, distributions will only be made to the transferee holder of an allowed claim that is processed and reflected on the official register of claims maintained by the Notice and Claims Agent as of the February 14, 2026 record date, where the 21-day notice period has elapsed without objection.

**Phishing Advisory**

As distributions begin today, FTX advises all customers to remain aware of phishing emails that may look like they are from FTX Recovery Trust and scam sites from channels that may appear to look like the FTX Customer Portal (**https://claims.ftx.com**). **The FTX Recovery Trust will never ask you to connect your wallets.**

**Advisors**

FTX is represented by Sullivan & Cromwell LLP as legal counsel and are assisted by Alvarez & Marsal North America, LLC as financial advisor, Quinn Emanuel Urquhart & Sullivan, LLP as special counsel and Landis Rath & Cobb LLP as Delaware counsel.

SOURCE FTX