# Exhibit A



Alec Berin <ajberin@millershah.com>

**FW: FTX - ELD Confirmation Objection**

---

Clarke, Stephen H. <clarkest@sullcrom.com>  Wed, Dec 10, 2025 at 7:51 PM
To: Alec Berin <ajberin@millershah.com>
Cc: "phughes@dilworthlaw.com" <phughes@dilworthlaw.com>, "jemiller@millershah.com" <jemiller@millershah.com>, "Glueckstein, Brian D." <gluecksteinb@sullcrom.com>, "Van Holten, Luke H." <vanholtenl@sullcrom.com>, zzext-pierce <pierce@lrclaw.com>, zzExt-brown <brown@lrclaw.com>, "George A. Williams III" <williams@lrclaw.com>, Elizabeth Rogers <erogers@lrclaw.com>

Alec,

ELD's claims remain Disputed and the FTX Recovery Trust will be objecting to them in the coming days. The FTX Recovery Trust needed some additional time to finish the objection, but the objection will be filed before the objection deadline that was applicable to ELD's claims before the Court extended the deadline. Thus, ELD has not been prejudiced in any way and any argument that ELD's claims should be automatically allowed is frivolous.

Regards,

Stephen Clarke

   Sullivan & Cromwell LLP

   125 Broad Street

   New York, NY  10004-2498

   Office: (212) 558-3453 | Mobile: (917) 621-6683

   clarkest@sullcrom.com

---

**From:** Alec Berin <ajberin@millershah.com>
**Sent:** Monday, December 08, 2025 10:40 AM
**To:** Clarke, Stephen H. <clarkest@sullcrom.com>
**Cc:** phughes@dilworthlaw.com; jemiller@millershah.com; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Van Holten, Luke H. <vanholtenl@sullcrom.com>; zzext-pierce <pierce@lrclaw.com>; zzExt-brown <brown@lrclaw.com>; George A. Williams III <williams@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>
**Subject:** Re: [EXTERNAL] Re: FTX - ELD Confirmation Objection

Dear Counsel,

From our review of the docket, it appears that the FTX Recovery Trust ("Trust") has not filed an objection to ELD Capital LLC's ("ELD") claim.

As you know, promptly after the Trust moved for an extension of the claims objection deadline, ELD raised a concern regarding the motion. Specifically, ELD indicated that it was considering an objection to the Trust's motion and other actions to protect its rights. This followed ELD's prior motion for entry of an order setting a schedule for the adjudication of its claim, which the Court denied at the time while indicating that it would entertain a renewed motion in the future.

On November 12, 2025, in response to ELD's position, you wrote "[t]he FTX Recovery Trust will object to ELD Capital's claim by end of _this month_," or November 30, 2025. (Emphasis added). Also on November 12, 2025, we confirmed this understanding. Relying on this agreement, ELD did not object to the Trust's motion for an extension of the claims objection deadline.

As the Trust did not object to ELD's claim by its agreed-upon deadline, please confirm that the Trust will allow ELD's claim in full.

For ease of reference, ELD's claim is reflected in its Amended Proof of Claim, which is associated with Claim Nos. 91933 and 96369 (we believe Claim No. 87743 is duplicative of Claim No. 91933). As we have previously indicated, we will work with you to ensure ELD's full claim is recognized only once.

We are available should you wish to discuss anything.

Thanks and regards,

Alec J. Berin, Esq.

1845 Walnut St., Suite 806

Philadelphia, PA 19103

P: (866) 540-5505

www.millershah.com [millershah.com]



This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Wed, Nov 12, 2025 at 10:40 AM Alec Berin <ajberin@millershah.com> wrote:

> Stephen,
>
> Thank you for your email.  Yes, your representation that the FTX Recovery Trust will object to ELD Capital's claims by the end of this month addresses our client's present timing concerns.  We will look out for the forthcoming objection to ELD Capital's claims.  As always, we are available to discuss this matter with a view toward reaching a resolution that avoids the time and expense that full litigation of these claims would require.
>
> Best,
>
> Alec J. Berin, Esq.
>
> 1845 Walnut St., Suite 806
>
> Philadelphia, PA 19103
>
> P: (866) 540-5505
>
> www.millershah.com [millershah.com]
>
> 
>
> This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.
>
> On Wed, Nov 12, 2025 at 10:00 AM Clarke, Stephen H. <clarkest@sullcrom.com> wrote:
>
>> Alec,
>>
>> Thank you for reaching out.  The FTX Recovery Trust will object to ELD Capital's claim by end of this month.  Based on your email below, we assume this will address your client's timing concerns and obviate any perceived need for motion practice regarding the claims objection deadline or its application to ELD Capital's claim.
>>
>> Regards,
>>
>> Stephen Clarke
>>
>> Sullivan & Cromwell LLP
>>
>> 125 Broad Street
>>
>> New York, NY  10004-2498
>>
>> Office: (212) 558-3453 | Mobile: (917) 621-6683
>>
>> clarkest@sullcrom.com

**From:** Alec Berin <ajberin@millershah.com>
**Sent:** Wednesday, November 12, 2025 8:12 AM
**To:** Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; zzext-pierce <pierce@lrclaw.com>; zzExt-brown <brown@lrclaw.com>; George A. Williams III <williams@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>
**Cc:** Hughes, Peter C. <phughes@dilworthlaw.com>; James Miller <jemiller@millershah.com>
**Subject:** [EXTERNAL] Re: FTX - ELD Confirmation Objection

Dear Counsel,

We are writing to follow up on our message below.  Please let us know whether we can expect a response prior to the deadline to object to the FTX Recovery Trust's motion for an extension of the claims objection deadline, which we understand to be 4:00 p.m. tomorrow.

Thanks,

Alec J. Berin, Esq.

1845 Walnut St., Suite 806

Philadelphia, PA 19103

P: (866) 540-5505

www.millershah.com [millershah.com]



This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Mon, Nov 10, 2025 at 8:12 AM Alec Berin <ajberin@millershah.com> wrote:

> Dear Counsel,
>
> We hope you are well.  We write regarding the status of ELD Capital LLC's ("ELD") claims in this matter.
>
> As you know, ELD's confirmation objection was resolved based on an agreement that (a) ELD's claims would be adjudicated through the claims objection process, and (b) Debtors would undertake efforts to reconcile ELD's claims promptly.  When ELD previously moved the Court for entry of an order setting a schedule for the adjudication of its claims, the Court denied the motion because it did not find *at the time* that the FTX Recovery Trust (and its predecessors) had not undertaken efforts to reconcile ELD's claims promptly.  Nonetheless, the Court indicated that it would entertain a renewed motion in the future based on changed circumstances.  The Court specifically acknowledged that a motion by the FTX Recovery Trust to extend the deadline to resolve customer claims could very well constitute changed circumstances such that a renewed motion by ELD would be well taken.
>
> Last week, the FTX Recovery Trust filed a motion seeking entry of an order extending the claims objection deadline through and including January 4, 2027 and without prejudice to seeking further extensions.  (Doc. 33444).  We have continued to monitor the customer claims objections filed by the FTX Recovery Trust since the resolution of ELD's motion and none has included ELD's claims.  Nor have we received any indication from the FTX Recovery Trust regarding the timeline for reconciling ELD's claims.
>
> To avoid the need for contested motion practice regarding the FTX Recovery Trust's pending motion seeking an extension of the claims objection deadline and/or further motion practice regarding the application of any such extension to ELD's claims, we request that you provide a proposed timeline for the FTX Recovery Trust to file any objection to ELD's claim.
>
> We are available to discuss this matter at your convenience.
>
> Thanks and regards,
>
> Alec J. Berin, Esq.
>
> 1845 Walnut St., Suite 806

Philadelphia, PA 19103

P: (866) 540-5505

www.millershah.com [millershah.com]



This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

> On Mon, Jul 7, 2025 at 9:17 PM Alec Berin <ajberin@millershah.com> wrote:
>
>> Dear Counsel,
>>
>> We write regarding the status of ELD Capital's claims in this matter and to request Debtors' position regarding an anticipated motion seeking entry of an order establishing a schedule for the determination of ELD's claims, which ELD is compelled to file considering the financial need of ELD's members and the length of time that has elapsed with no progress or response regarding its claims.
>>
>> On October 4, 2024, the parties resolved ELD's confirmation objection based on an agreement that (a) ELD's claims would be adjudicated through the claims objection process, and (b) Debtors would undertake efforts to reconcile ELD's claims promptly.  As you may recall, ELD's members are a married couple with an infant son who have a substantial need for access to and certainty concerning their savings that were invested through FTX.  The agreement that Debtors would act promptly to seek an adjudication of ELD's claims was of great importance to ELD.
>>
>> In the time since the Plan was confirmed, we have reached out numerous times in a good faith effort to seek information and clarity about the status of ELD's claims.  Indeed, during a call on December 3, 2024 and as memorialized in an email that same day, you indicated that you would attempt to identify the status of each of ELD's claims on the claims register.  We followed up on December 28, 2024 to determine whether you had been able to confirm this information and received no response.  On January 13, 2025, we reached out again about this subject and to determine if there were any other updates to the status of ELD's claims.  Again, we did not receive a response.
>>
>> We continued to monitor the customer claims objections that Debtors filed in the ensuing months, which did not include ELD's claims.  On April 7, 2025, we requested a call to discuss the status of ELD's claims.  When we did not receive a response, we reached out again on April 18, 2025 with the same request.  Unfortunately, we still received no response.
>>
>> In continuing good faith, ELD remained patient despite increasingly dire financial circumstances and we continued to monitor the objections that Debtors filed with the hope that Debtors would seek an adjudication of ELD's claims as promised in the agreement to resolve ELD's confirmation objection.  Despite this good faith, our clients' claims remain pending with no action by Debtors over the nine months that have elapsed since the agreement to resolve ELD's confirmation objection and since the Plan was confirmed.
>>
>> ELD's present intention is to file a motion seeking entry of an order establishing a schedule for the determination of its claims and list this motion for the earliest available hearing setting.  We kindly request that you provide Debtors' position regarding this motion as soon as possible.  Please let us know if you have any questions or would like to discuss.
>>
>> Thanks and regards,
>>
>> Alec J. Berin, Esq.
>>
>> 1845 Walnut St., Suite 806
>>
>> Philadelphia, PA 19103
>>
>> P: (866) 540-5505
>>
>> www.millershah.com [millershah.com]
>>
>> 
>>
>> This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.
>>
>>> On Fri, Apr 18, 2025 at 10:07 AM Alec Berin <ajberin@millershah.com> wrote:
>>>
>>>> Matt and George,

I am following up on my email below.  Please let us know if you are available for a call next week.

Thanks,

Alec J. Berin, Esq.

1845 Walnut St., Suite 806

Philadelphia, PA 19103

P: (866) 540-5505

www.millershah.com [millershah.com]



This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Mon, Apr 7, 2025 at 9:13 AM Alec Berin <ajberin@millershah.com> wrote:

> Matt and George,
>
> I hope you both have been well.  Are you available for a call this week to discuss the status of ELD's claim?
>
> Thanks,
>
> Alec J. Berin, Esq.
>
> 1845 Walnut St., Suite 806
>
> Philadelphia, PA 19103
>
> P: (866) 540-5505
>
> www.millershah.com [millershah.com]
>
> 
>
> This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.
>
> On Tue, Jan 21, 2025 at 10:58 AM Alec Berin <ajberin@millershah.com> wrote:
>
>> Matt,
>>
>> Thanks for the update.  We'll keep an eye out for the revised form of order.
>>
>> Best,
>>
>> Alec J. Berin, Esq.
>>
>> 1845 Walnut St., Suite 806
>>
>> Philadelphia, PA 19103

P: (866) 540-5505

www.millershah.com [millershah.com]



This electronic message contains information from the law firm of Miller Shah LLP. This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. The contents are intended for the use of the intended addressee(s) and recipient(s) only. If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Tue, Jan 21, 2025 at 10:53 AM Matthew Pierce <pierce@lrclaw.com> wrote:

> Alec,
>
> The Debtors have removed ELD's claim from the proposed form of order and we hope to have a draft of the revised order and exhibit ready later today that we will circulate for your review showing that ELD's claim has come off.
>
> Regards,
>
> Matt

   **Matthew R. Pierce, Partner**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4452 | C 302.229.6153 | F 302.467.4450
pierce@lrclaw.com | www.lrclaw.com [lrclaw.com]
| vCard [lrclaw.wpengine.com]

**From:** Alec Berin <ajberin@millershah.com>
**Sent:** Tuesday, January 21, 2025 10:50 AM
**To:** George A. Williams III <williams@lrclaw.com>
**Cc:** Matthew Pierce <pierce@lrclaw.com>; Hughes, Peter C. <phughes@dilworthlaw.com>; James Miller <jemiller@millershah.com>; Kim Brown <brown@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>
**Subject:** Re: FTX - ELD Confirmation Objection

Matt and George,

Following up again on the below. Please let us know the status. We are available should it be helpful to have a brief call.

Thanks,

Alec J. Berin, Esq.

1845 Walnut St., Suite 806

Philadelphia, PA 19103

P: (866) 540-5505

www.millershah.com [millershah.com]



This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Thu, Jan 16, 2025 at 3:05 PM Alec Berin <ajberin@millershah.com> wrote:

> Matt and George,
>
> Following up on my email below.  Can you please let us know the status so we can be guided accordingly in anticipation of the response deadline next week.
>
> Thanks,
>
> Alec J. Berin, Esq.
>
> 1845 Walnut St., Suite 806
>
> Philadelphia, PA 19103
>
> P: (866) 540-5505
>
> www.millershah.com [millershah.com]
>
> 
>
> This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.
>
> On Mon, Jan 13, 2025 at 9:05 AM Alec Berin <ajberin@millershah.com> wrote:
>
>> Matt and George,
>>
>> Just checking in on the status of the below item.  Have you been able to determine the claim numbers in the Debtors' records for the respective claims submitted by ELD and the proposed treatment of each as it relates to the Debtors' request to reconcile the duplicative pre-amendment paper and portal claims?  In addition, are there any other updates with respect to ELD's claims?  We are available should it be helpful to discuss further.
>>
>> Thanks and best,
>>
>> Alec J. Berin, Esq.
>>
>> 1845 Walnut St., Suite 806
>>
>> Philadelphia, PA 19103
>>
>> P: (866) 540-5505
>>
>> www.millershah.com [millershah.com]
>>
>> 
>>
>> This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of

this transmittal is strictly prohibited. If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Sat, Dec 28, 2024 at 12:19 PM Alec Berin <ajberin@millershah.com> wrote:

> Thank you, George. We will look forward to resolving this issue in the coming weeks.
>
> Best,
>
> Alec J. Berin, Esq.
>
> 1845 Walnut St., Suite 806
>
> Philadelphia, PA 19103
>
> P: (866) 540-5505
>
> www.millershah.com [millershah.com]
>
> **MILLERSHAH**
> ATTORNEYS AT LAW
>
> This electronic message contains information from the law firm of Miller Shah LLP. This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. The contents are intended for the use of the intended addressee(s) and recipient(s) only. If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.
>
> On Sat, Dec 28, 2024 at 12:15 PM George A. Williams III <williams@lrclaw.com> wrote:
>
>> *Subject to FRE 408*
>>
>> Good Morning, Alec—
>>
>> Happy Holidays to you as well. The Debtors will extend your client's response deadline three (3) weeks to January 23, 2025, subject to further extension and/or adjournment, as necessary, while the Debtors are processing your request.
>>
>> Best,
>> George
>>
>> **George A. Williams, Associate**
>> Landis Rath & Cobb LLP
>> 919 Market Street, Suite 1800
>> P.O. Box 2087
>> Wilmington, DE 19899
>> P 302.467.4412 | C 302.563.4408 | F 302.467.4450
>> williams@lrclaw.com | www.lrclaw.com [lrclaw.com]
>>
>> **From:** Alec Berin <ajberin@millershah.com>
>> **Sent:** Saturday, December 28, 2024 12:00 PM
>> **To:** George A. Williams III <williams@lrclaw.com>
>> **Cc:** Matthew Pierce <pierce@lrclaw.com>; Hughes, Peter C. <phughes@dilworthlaw.com>; James Miller <jemiller@millershah.com>; Kim Brown <brown@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>
>> **Subject:** Re: FTX - ELD Confirmation Objection
>>
>> Matt and George,
>>
>> I hope you are enjoying the holidays. I am writing to follow up on our discussion and agreement below regarding the 128th Omnibus Objection and the Debtors' request to expunge one of ELD's claims to reconcile its pre-amendment paper and portal claims.

Since the time we last discussed these items, we saw that the Debtors adjourned the hearing on their 128th Omnibus Objection. First, can you please confirm that ELD does not need to respond to the 128th Omnibus Objection by January 2, 2025 and its position relative to that objection will be preserved while we work cooperatively to ensure that expungement is sought for the correct claim? Second, have you been able to confirm ELD's respective claim numbers in the Debtors' records and the status of each claim?

We are available should it be helpful to discuss anything.

Thanks and best,

Alec J. Berin, Esq.

1845 Walnut St., Suite 806

Philadelphia, PA 19103

P: (866) 540-5505

www.millershah.com [millershah.com]



This electronic message contains information from the law firm of Miller Shah LLP. This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. The contents are intended for the use of the intended addressee(s) and recipient(s) only. If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Tue, Dec 3, 2024 at 3:16 PM Alec Berin <ajberin@millershah.com> wrote:

> Thanks, George.
>
> Best,
>
> Alec J. Berin, Esq.
>
> 1845 Walnut St., Suite 806
>
> Philadelphia, PA 19103
>
> P: (866) 540-5505
>
> www.millershah.com [millershah.com]
>
> This electronic message contains information from the law firm of Miller Shah LLP. This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. The contents are intended for the use of the intended addressee(s) and recipient(s) only. If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.
>
> On Tue, Dec 3, 2024 at 3:01 PM George A. Williams III <williams@lrclaw.com> wrote:
>
>> *Subject to FRE 408*
>>
>> Alec,
>>
>> Confirming the Debtor will adjourn the 128th objection as to your ELD's claims from the upcoming hearing and will extend the response deadline of 128th objection as to ELD's claims until January 2, 2025, subject to further adjournment and extension if necessary. The Debtors will revert with confirmation of claim numbers.

Best,
George

**George A. Williams, Associate**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4412 | C 302.563.4408 | F 302.467.4450
williams@lrclaw.com | www.lrclaw.com [lrclaw.com]

---

**From:** Alec Berin <ajberin@millershah.com>
**Sent:** Tuesday, December 3, 2024 2:30 PM
**To:** George A. Williams III <williams@lrclaw.com>
**Cc:** Matthew Pierce <pierce@lrclaw.com>; Hughes, Peter C. <phughes@dilworthlaw.com>; James Miller <jemiller@millershah.com>; Kim Brown <brown@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>
**Subject:** Re: FTX - ELD Confirmation Objection

Matt and George,

Thanks again for the call today. I am just confirming our understanding that ELD's customer claims subject to the 128th Omnibus Objection will be adjourned from the upcoming hearing on the Objection and ELD's response extended until the end of the month (which we will interpret as January 2, 2025 to account for the New Years holiday unless otherwise instructed) so that Debtors can confirm the correct claims numbers for purposes of reconciling ELD's claims and the parties can cooperate to ensure expungement is sought for the correct claim.

As also discussed, it would be helpful to know the claims numbers you have for each of ELD's claims so that we are on the same page about the treatment of each claim, as our client is having trouble accessing records for each of the claims through the web portal. Based on our discussion, we understand the parties agree that only the two pre-amendment claims (a portal claim and a paper claim) should be reconciled and the amended claim should remain and be dealt with on the substance.

Please let us know if we misunderstood anything. We are available should you wish to discuss anything further and we appreciate your attention to this matter.

Best,

Alec J. Berin, Esq.

1845 Walnut St., Suite 806 [google.com]

Philadelphia, PA 19103 [google.com]

P: (866) 540-5505

www.millershah.com [millershah.com]



This electronic message contains information from the law firm of Miller Shah LLP. This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. The contents are intended for the use of the intended addressee(s) and recipient(s) only. If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Mon, Dec 2, 2024 at 11:41 AM Alec Berin <ajberin@millershah.com> wrote:

> Thanks, George. Looking forward to speaking tomorrow.
>
> Best,
>
> Alec J. Berin, Esq.
>
> 1845 Walnut St., Suite 806 [google.com]

Philadelphia, PA 19103 [google.com]

P: (866) 540-5505

www.millershah.com [millershah.com]

**MILLERSHAH**
ATTORNEYS AT LAW

This electronic message contains information from the law firm of Miller Shah LLP. This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. The contents are intended for the use of the intended addressee(s) and recipient(s) only. If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Mon, Dec 2, 2024 at 11:36 AM George A. Williams III <williams@lrclaw.com> wrote:

> Alec,
>
> Tomorrow (12/3) at 1:00 pm works for us. I'll circulate a calendar invite momentarily.
>
> Thank you,
>
> George
>
> **George A. Williams, Associate**
> Landis Rath & Cobb LLP
> 919 Market Street, Suite 1800
> P.O. Box 2087
> Wilmington, DE 19899
> P 302.467.4412 | C 302.563.4408 | F 302.467.4450
> williams@lrclaw.com | www.lrclaw.com [lrclaw.com]
>
> ---
>
> **From:** Alec Berin <ajberin@millershah.com>
> **Sent:** Wednesday, November 27, 2024 6:12 PM
> **To:** Matthew Pierce <pierce@lrclaw.com>
> **Cc:** Hughes, Peter C. <phughes@dilworthlaw.com>; James Miller <jemiller@millershah.com>; Kim Brown <brown@lrclaw.com>; George A. Williams III <williams@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>
> **Subject:** Re: FTX - ELD Confirmation Objection
>
> Thanks, Matt. We are available between 1pm and 2:30pm on Tuesday. Let us know if you are available within that window, or if we should try to find some additional availability.
>
> Best,
>
> Alec J. Berin, Esq.
>
> 1845 Walnut St., Suite 806 [google.com]
>
> Philadelphia, PA 19103 [google.com]
>
> P: (866) 540-5505
>
> www.millershah.com [millershah.com]
>
> **MILLERSHAH**
> ATTORNEYS AT LAW
>
> This electronic message contains information from the law firm of Miller Shah LLP. This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. The contents are intended for the use of the intended addressee(s) and recipient(s) only. If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Wed, Nov 27, 2024 at 5:02 PM Matthew Pierce <pierce@lrclaw.com> wrote:

Alec,

Please let us know your availability next Tuesday for a call to discuss.

I hope everyone has a good Thanksgiving!

Regards,

Matt



**Matthew R. Pierce, Partner**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4452 | C 302.229.6153 | F 302.467.4450
pierce@lrclaw.com | www.lrclaw.com [lrclaw.com]
| vCard [lrclaw.wpengine.com]

---

**From:** Alec Berin <ajberin@millershah.com>
**Sent:** Wednesday, November 27, 2024 3:26 PM
**To:** Matthew Pierce <pierce@lrclaw.com>
**Cc:** Hughes, Peter C. <phughes@dilworthlaw.com>; James Miller <jemiller@millershah.com>; Kim Brown <brown@lrclaw.com>; George A. Williams III <williams@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>
**Subject:** Re: FTX - ELD Confirmation Objection

Matt and team,

Please let us know if you are amenable to speaking about this issue early next week so that we can proceed as necessary with a response to the objection by 12/6. We hope you all have a great Thanksgiving.

Best,

Alec J. Berin, Esq.

1845 Walnut St., Suite 806 [google.com]

Philadelphia, PA 19103 [google.com]

P: (866) 540-5505

www.millershah.com [millershah.com]

**MILLERSHAH**
ATTORNEYS AT LAW

This electronic message contains information from the law firm of Miller Shah LLP. This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. The contents are intended for the use of the intended addressee(s) and recipient(s) only. If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Mon, Nov 25, 2024 at 9:17 AM Alec Berin <ajberin@millershah.com> wrote:

> Matt,
>
> Just following up on my email below.  Please let us know if you are available for a call.
>
> Thanks,
>
> Alec J. Berin, Esq.
>
> 1845 Walnut St., Suite 806 [google.com]
>
> Philadelphia, PA 19103 [google.com]
>
> P: (866) 540-5505
>
> www.millershah.com [millershah.com]
>
> MILLERSHAH
> ATTORNEYS AT LAW
>
> This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.
>
>
> On Wed, Nov 20, 2024 at 11:30 AM Alec Berin <ajberin@millershah.com> wrote:
>
>> Matt and team,
>>
>> I hope you have all been well.  We noted that ELD's claims are among those subject to the Debtors' 128th omnibus objection to customer claims.  While we understand the Debtors' desire to reconcile the claims register as between ELD's original claim and the amended claim, we disagree that the amended claim should be disallowed and/or expunged.  We believe the amended claim should be the surviving claim unless the parties can agree that the information and grounds stated in the amended claim are preserved and incorporated in the original claim.  As you may recall, we amended ELD's claim to specifically identity its fraud claims against the Debtors after the parties conferred regarding ELD's original claim.
>>
>> Please let us know if you are available for a call on Friday or early next week to discuss this matter, as we have a December 6 deadline to respond to the omnibus objection and we will need to do so if the parties cannot agree to the treatment of ELD's claims as it relates to the relief sought by the 128th omnibus objection.
>>
>> Thanks and best,
>>
>> Alec J. Berin, Esq.
>>
>> 1845 Walnut St., Suite 806 [google.com]
>>
>> Philadelphia, PA 19103 [google.com]
>>
>> P: (866) 540-5505
>>
>> www.millershah.com [millershah.com]
>>
>> MILLERSHAH
>> ATTORNEYS AT LAW
>>
>> This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Sun, Oct 6, 2024 at 7:03 PM Matthew Pierce <pierce@lrclaw.com> wrote:

*Subject to FRE 408*

Alec,

Thank you for the confirmation.  The Debtors will be filing a revised proposed confirmation order this evening that includes the agreed language.  Please find attached a redline of the revised order that reflects the addition at new paragraph 167 on PDF page 69.

Regards,

Matt



**Matthew R. Pierce, Partner**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4452 | C 302.229.6153 | F 302.467.4450
pierce@lrclaw.com | www.lrclaw.com [lrclaw.com] |
vCard [lrclaw.wpengine.com]

---

**From:** Alec Berin <ajberin@millershah.com>
**Sent:** Friday, October 4, 2024 6:52 PM
**To:** Matthew Pierce <pierce@lrclaw.com>
**Cc:** Hughes, Peter C. <phughes@dilworthlaw.com>; James Miller <jemiller@millershah.com>; Kim Brown <brown@lrclaw.com>; George A. Williams III <williams@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>
**Subject:** Re: FTX - ELD Confirmation Objection

Matt,

Thanks - we write to confirm that ELD's objection is resolved based on our understanding that the language in your most recent email will be included in the Confirmation Order and the Debtor's agreement to make general efforts to reconcile ELD's claims promptly.  We will not plan to attend the hearing on Monday to present the objection.  Please let us know if it is necessary to take any further action before Monday in connection with this agreement.

Best,

Alec J. Berin, Esq.

1845 Walnut St., Suite 806 [google.com]

Philadelphia, PA 19103 [google.com]

P: (866) 540-5505

www.millershah.com [millershah.com]

This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Fri, Oct 4, 2024 at 6:07 PM Matthew Pierce <pierce@lrclaw.com> wrote:

**Subject to FRE 408**

Peter and Alec,

One minor comment below in red.  Please confirm that ELD's confirmation objection is resolved with the addition of this language in the Confirmation Order.

- Notwithstanding anything to the contrary in the Confirmation Order or the Plan, proofs of claim numbers 91933 and 96369 (the "ELD Claims") filed by ELD Capital LLC shall not be deemed settled pursuant to section 5.2 of the Plan, and shall not be deemed released under **section 10.4 of** the Plan, and such claims shall be adjudicated through the claims objection process.  The parties' rights, defenses and objections with respect to the ELD Claims are fully reserved.

Regards,

Matt



**Matthew R. Pierce, Partner**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4452 | C 302.229.6153 | F 302.467.4450
pierce@lrclaw.com | www.lrclaw.com [lrclaw.com] |
vCard [lrclaw.wpengine.com]

---

**From:** Hughes, Peter C. <phughes@dilworthlaw.com>
**Sent:** Friday, October 4, 2024 4:05 PM
**To:** Matthew Pierce <pierce@lrclaw.com>; Alec Berin <ajberin@millershah.com>; James Miller <jemiller@millershah.com>
**Cc:** Kim Brown <brown@lrclaw.com>; George A. Williams III <williams@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>; Hughes, Peter C. <phughes@dilworthlaw.com>
**Subject:** RE: FTX - ELD Confirmation Objection

Matt,

      Here is the modified language we just discussed:

      Notwithstanding anything to the contrary in the Confirmation Order or the Plan, proofs of claim numbers 91933 and 96369 (the "ELD Claims") filed by ELD Capital LLC shall not be deemed settled pursuant to section 5.2 of the Plan, and shall not be deemed released under the Plan, and such claims shall be adjudicated through the claims objection process.  The parties' rights, defenses and objections with respect to the ELD Claims are fully reserved.

      Please advise.   Thanks.

Pete

PETER C. HUGHES | DILWORTH PAXSON LLP

| | |
|---|---|
| 1500 Market Street | Suite 3500E [google.com] [google.com] | 800 N. King Street | Suite 202 |
| Philadelphia, PA 19102 | Wilmington, DE  19801 |

Tel: (215) 575-7282 | Fax: (215) 575-7200          Phone:  302-571-9800 | Fax:  302-571-8875

Admitted in Pennsylvania, Delaware, and New Jersey

Email:  phughes@dilworthlaw.com | www.dilworthlaw.com [dilworthlaw.com]

**From:** Matthew Pierce <pierce@lrclaw.com>
**Sent:** Friday, October 4, 2024 2:57 PM
**To:** Alec Berin <ajberin@millershah.com>; James Miller <jemiller@millershah.com>
**Cc:** Hughes, Peter C. <phughes@dilworthlaw.com>; Kim Brown <brown@lrclaw.com>; George A. Williams III <williams@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>
**Subject:** RE: FTX - ELD Confirmation Objection

**This message is from an external sender.**

*Subject to FRE 408*

All,

As a follow-up to our call yesterday and my discussion with Alec this afternoon, the Debtors are amendable to adding the below revised language to the Confirmation Order to resolve ELD's confirmation objection.

- Notwithstanding anything to the contrary in the Confirmation Order or the Plan, proofs of claim numbers 91933 and 96369 (the "ELD Claims") filed by ELD Capital LLC shall not be deemed settled pursuant to section 5.2 of the Plan or any other section of the Plan, and shall not be deemed released under section 10.2 of the Plan or enjoined by any of the Plan until resolution or order of the Court on any objection to the ELD Claims.  The parties' rights, defenses and objections with respect to the ELD Claims are fully reserved.

Consistent with our prior discussions, the Debtors make no commitment on resolution of ELD's claims which will be addressed in due course. However, the Debtors will make general efforts to reconcile ELD's claims promptly.

Please let us know if the addition of this language in the Confirmation Order resolve's ELD's objection. We're available if you'd like to discuss further.

Regards,

Matt



**Matthew R. Pierce, Partner**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4452 | C 302.229.6153 | F 302.467.4450
pierce@lrclaw.com | www.lrclaw.com [lrclaw.com] | vCard [lrclaw.wpengine.com]

**From:** Alec Berin <ajberin@millershah.com>
**Sent:** Wednesday, October 2, 2024 2:49 PM
**To:** James Miller <jemiller@millershah.com>
**Cc:** Matthew Pierce <pierce@lrclaw.com>; Hughes, Peter C. <phughes@dilworthlaw.com>; Kim Brown <brown@lrclaw.com>; George A. Williams III <williams@lrclaw.com>; Elizabeth Rogers <erogers@lrclaw.com>
**Subject:** Re: FTX - ELD Confirmation Objection

Matt,

We touched base with our client and think it would make sense to have a follow up discussion.  Are you available this afternoon or sometime tomorrow for a short call?

Thanks,

Alec J. Berin, Esq.

1845 Walnut St., Suite 806 [google.com]

Philadelphia, PA 19103 [google.com]

P: (866) 540-5505

www.millershah.com [millershah.com]

This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.

On Tue, Oct 1, 2024 at 2:52 PM James Miller <jemiller@millershah.com> wrote:

> Thanks, Matt.  We surmised the same from your response!   Will touch base with the client and let you know where we stand.  Best, Jim
>
> James E. Miller
>
> 65 Main Street [google.com]
>
> Chester, CT 06412 [google.com]
>
> P: (866) 540-5505
>
> E: [google.com]jemiller@millershah.com
>
> www.millershah.com [millershah.com]
>
> This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.
>
> On Tue, Oct 1, 2024 at 2:49 PM Matthew Pierce <pierce@lrclaw.com> wrote:
>
>> **Subject to FRE 408**
>>
>> Jim,
>>
>> The additional conditions you've outlined are not acceptable to the Debtors.  The Debtors' position with respect to ELD's confirmation objection is set forth in the Reply that was filed at D.I. 26039.
>>
>> Let us know if you'd like to discuss.
>>
>> Regards,
>>
>> Matt



**Matthew R. Pierce, Partner**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4452 | C 302.229.6153 | F 302.467.4450
pierce@lrclaw.com | www.lrclaw.com [lrclaw.com]
| vCard [lrclaw.wpengine.com]

**From:** James Miller <jemiller@millershah.com>
**Sent:** Saturday, September 28, 2024 1:31 PM
**To:** Matthew Pierce <pierce@lrclaw.com>
**Cc:** Hughes, Peter C. <phughes@dilworthlaw.com>; Kim Brown <brown@lrclaw.com>; George A. Williams III <williams@lrclaw.com>; ajberin@millershah.com; Elizabeth Rogers <erogers@lrclaw.com>
**Subject:** Re: FTX - ELD Confirmation Objection

Matt:   We have spoken to our client and are prepared to accept your proposal - subject to two qualifications.  First, we would like agreement from the debtor that the amended proof of claim relates back to the original proof of claim and that the amended proof of claim will not be challenged on the basis of timeliness.  Second, we would like the debtor's agreement that the amended proof of claim will be recognized as a customer claim and that any objection to the amended proof of claim will be made on or before October 14, 2024 and be listed for hearing before the Court on the next available date.  Please let me know if you have any questions or would like to discuss this weekend.   We would be happy to enter into a stipulation or side letter with these qualifications, and can draft the same if that would be helpful.  Kind regards, Jim

On Fri, Sep 27, 2024 at 1:36 PM James Miller <jemiller@millershah.com> wrote:

> Matt:  Apologies for the delayed response.  We are speaking to the client tomorrow - Saturday - and will get back to you as soon as we speak to them.   We also can be available this weekend to speak to the extent necessary so that, hopefully, we can get things ironed out before Monday.  Best, Jim
>
> James E. Miller
>
> 65 Main Street [google.com]
>
> Chester, CT 06412 [google.com]
>
> P: (866) 540-5505
>
> E: [google.com]jemiller@millershah.com
>
> www.millershah.com [millershah.com]
>
> This electronic message contains information from the law firm of Miller Shah LLP.  This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential.  The contents are intended for the use of the intended addressee(s) and recipient(s) only.  If it is not clear that you are an intended addressee or recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal is strictly prohibited.  If you have received this communication in error or believe that it is possible that you may have received this communication in error, please notify us immediately by contacting Sue Moss at smoss@millershah.com or (866) 540-5505.
>
> On Fri, Sep 27, 2024 at 3:05 PM Matthew Pierce <pierce@lrclaw.com> wrote:
>
>> *Subject to FRE 408*
>>
>> Jim,
>>
>> Apologies for chasing but the Debtors will be filing their reply brief on Monday and we want to get this wrapped up before then.  We're available for a call if it would be helpful.
>>
>> Regards,
>>
>> Matt



**Matthew R. Pierce, Partner**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4452 | C 302.229.6153 | F 302.467.4450
pierce@lrclaw.com | www.lrclaw.com [lrclaw.com] | vCard [lrclaw.wpengine.com]

**\*\*This is an external message from: ajberin@millershah.com \*\***

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

**2 attachments**

image003.png
1K

image004.jpg
3K