## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## ORDER SUSTAINING THE FTX RECOVERY TRUST'S OBJECTION
## TO PROOFS OF CLAIM FILED BY ALEX MASHINSKY

Upon consideration of the *FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* (the "Amended Objection") filed by the FTX Recovery Trust (the "Trust"),[2] for entry of an order (this "Order") disallowing and expunging in their entirety from the claims register the proofs of claim set forth in Schedule 1 attached hereto (the "Mashinsky Proofs of Claim") pursuant to section 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") and rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and this Court having jurisdiction to consider the Amended Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Amended Objection in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Amended Objection.

Amended Objection and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and that no other or further notice is necessary; and responses (if any) to the Amended Objection having been withdrawn, resolved or overruled on the merits; and upon the record of any hearing held to consider the relief requested in the Amended Objection; and this Court having found and determined that the legal and factual bases set forth in the Amended Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Amended Objection is GRANTED as set forth herein.

2.      The Mashinsky Proofs of Claim set forth in **Schedule 1** are disallowed and expunged in their entirety.

3.      Kroll Restructuring Administration LLC, as the Trust's claims and administrative agent, is authorized and directed to update the claims register maintained in these Chapter 11 Cases to reflect the relief granted in this Order.

4.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against the Trust; (ii) a waiver of the Trust's rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined in this Amended Objection or any order granting the relief requested by this Amended Objection; (v) an approval or assumption of any agreement, contract or lease under section 365 of the Bankruptcy Code; or (vi) a waiver of the Trust's rights under the Bankruptcy Code or any other applicable law.

5.      Should one or more of the grounds of objection stated in the Amended Objection be dismissed, the Trust's right to object on any other grounds that the Trust discovers is preserved.

6.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7.      The Trust is authorized to take all actions necessary to effectuate the relief granted in this Order.

8.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2026         _____
        Wilmington, Delaware                THE HONORABLE KAREN B. OWENS
                                            CHIEF UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE 1

**June Individual POCs**

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 2314 | Alameda Research Ltd. | Alex Mashinsky | June 25, 2023 |
| 3233 | FTX Trading Ltd. | Alex Mashinsky | June 25, 2023 |
| 3195 | Alameda Research LLC | Alex Mashinsky | June 25, 2023 |

**September Corporate POCs**

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 85255 | Alameda Research LLC | Koala1 LLC | Sept. 29, 2023 |
| 85256 | FTX Trading Ltd. | Koala1 LLC | Sept. 29, 2023 |
| 85257 | Alameda Research LLC | AM Ventures Holdings Inc. | Sept. 29, 2023 |
| 85258 | FTX Trading Ltd. | AM Ventures Holdings Inc. | Sept. 29, 2023 |

**November Individual POCs[1]**

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 88339 | FTX Trading Ltd. | Alex Mashinsky | Nov. 6, 2023 |
| 88338 | Alameda Research LLC | Alex Mashinsky | Nov. 6, 2023 |
| 88341 | Alameda Research LLC | Alex Mashinsky | Nov. 6, 2023 |

**December Corporate POCs[2]**

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 89689 | FTX Trading Ltd. | Koala1 LLC | Dec. 13, 2023 |
| 89699 | Alameda Research LLC | Koala1 LLC | Dec. 13, 2023 |
| 89697 | FTX Trading Ltd. | AM Ventures Holdings Inc. | Dec. 13, 2023 |
| 89698 | Alameda Research LLC | AM Ventures Holdings Inc. | Dec. 13, 2023 |

---

[1]    The November Individual POCs purport to amend the June Individual POCs.

[2]    The December Corporate POCs purport to amend the September Corporate POCs.