# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| FTX TRADING LTD., *et al.*, | ) | Chapter 11 |
| | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Civil Action No. 26-cv-00078 (JLH) |
| FTX Recovery Trust, | ) | |
| | ) | |
| Appellant, | ) | Bankruptcy BAP Nos. 26-00001 |
| | ) | |
| v. | ) | |
| | ) | |
| Ross Rheingans-Yoo, | ) | |
| | ) | |
| Appellee. | ) | |

## ROSS RHEINGANS-YOO'S COUNTER-DESIGNATION OF RECORD AND RESTATEMENT OF ISSUES ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009(a)

| Counsel for Appellant: | Counsel for Appellee: |
|---|---|
| **LANDIS RATH & COBB LLP** | **JOYCE, LLC** |
| Adam G. Landis (No. 3407) | Michael J. Joyce (No. 4563) |
| Matthe B. McGuire (No. 4366) | 1225 King Street, Suite 800 |
| Kimberly A. Brown (No. 5138) | Wilmington, DE 19801 |
| Matthew R. Pierce (No. 5946) | Tel: (302) 388-1944 |
| 919 Market Street, Suite 1800 | Email: mjoyce@mjlawoffices.com |
| Wilmington, Delaware 19801 | |
| Tel: (302) 467-4400 | |
| Email: landis@lrclaw.com | |
| mcguire@lrclaw.com | |
| brown@lrclaw.com | |
| pierce@lrclaw.com | |

| | |
|---|---|
| **SULLIVAN & CROMWELL LLP**<br>Stephanie G. Wheeler (*pro hac vice forthcoming*)<br>Brian D. Glueckstein (*pro hac vice* forthcoming)<br>125 Broad Street<br>New York, New York 10004<br>Tel: (2123) 558-4000<br>Email:  wheelers@sullcrom.com<br>            gluecksteinb@sullcrom.com | **GOETZ PLAZTER LLP**<br>Scott D. Simon (*pro hac vice*)<br>One Penn Plaza, Suite 3100<br>New York, New York 10119<br>Tel: (212) 695-8100<br>Email:  ssimon@goetzplatzer.com |
| **WILSON SONSINI GOODRICH & ROSATI, P.C.**<br>Joseph R. Slights III (No. 2559)<br>Erin Fay (No. 5268)<br>Shane Reil (No. 6195)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>Tel: (302) 304-7600<br>Email: jslights@wsgr.com<br>          efay@wsgr.com<br>          sreil@wsgr.com | |

Pursuant to Fed. R. Bankr. P. 8009(a) and Del. Bankr. L.R. 8009-1, the appellee in the above-captioned matter, Mr. Ross Rheingans-Yoo ("Appellee")[1] hereby submits these counter-designations of items to be included on appeal in response to *FTX Recovery Trust's Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal* [D.I. 3, No. 26-cv-00078, the "Designation"].

---

[1] Appellee is also the appellee in the related appeals pending in the District Court under docket numbers 26-cv-00079 and 26-cv-00080.

# APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellee hereby counter-designates all items listed in the Designation, along with the exhibits annexed to each document referenced therein.

In addition, Appellee counter-designates the following additional items for inclusion in the record on appeal:

### A. Docket Entries and Related Materials from Bankruptcy Case No. 22-11068

| ITEM NO. | BANKR. D.I. | DATE | DESCRIPTION |
|---|---|---|---|
| 1. | 32780 | September 26, 2025 | Ross Rehingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 |
| 2. | 33420 | October 30, 2025 | The FTX Recovery Trust's Memorandum of Law in Opposition to Ross Rehingans-Yoo's Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105 |

| 3. | 33604 | November 13, 2025 | Reply in Further Support of Ross Rehingans-Yoo's Motion for Sanctions |

## APPELLEE'S RESTATEMENT OF ISSUES ON APPEAL

Appellee restates the issue on appeal pursuant to Fed. R. Bankr. P. 8009(a)(1)(A):

1. The Trust objected to Appellee's FDU Claim on the grounds that Appellee did not timely accept it and he lacked standing to assert it. The Bankruptcy Court ruled that Appellee had standing to assert the FDU Claim given his personal interest in the FDU Bonus, and that he timely accepted it by filing a proof of claim pursuant to Judge Dorsey's bar date order. Did the Bankruptcy Court correctly allow Appellee's FDU Claim?

[*Signature Page to Follow*]

- 5 -

Dated: February 16, 2026    **JOYCE, LLC**

    /s/ *Michael J. Joyce*
    Michael J. Joyce (No 4563)
    1225 King Street,
    Suite 800
    Wilmington, DE 19801
    Telephone: 302-388-1944
    Email: mjoyce@mjlawoffices.com

    -and-

Scott D. Simon*
**GOETZ PLATZER LLP**
One Penn Plaza, Suite 3100
New York, New York 10119
Tel: (212) 695-8100
Email: ssimon@goetzplatzer.com
*Admitted Pro Hac Vice*

*Counsel to Appellee*
*Ross Rheingans-Yoo*