**CERTIFICATE OF SERVICE**

        I hereby certify that on February 16, 2026, I caused a true and correct copy of the foregoing *Ross Rheingans-Yoo's Counter-Designation of Record and Restatement of Issues on Appeal Pursuant to Fed. R. Bankr. P. 8009(A*) to be electronically filed the with the Clerk of Court and served on the parties identified below list via CM/ECF and first-class mail.

Dated: February 16, 2026

                                            */s/ Michael Joyce*
                                            Michael J. Joyce

Matthew B. McGuire
Matthew R. Pierce
919 Market Street,
Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Steven L. Holley
Stephanie G. Wheeler
Brian D. Glueckstein
125 Broad Street
New York, NY 10004
E-mail: holleys@sullcrom.com
wheelers@sullcrom.com
gluecksteinb@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com

Joseph R. Slights III (No. 2559)
Erin Fay (No. 5268)
Shane Reil (No. 6195)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
Tel: (302) 304-7600
Email: jslights@wsgr.com
        efay@wsgr.com
        sreil@wsgr.com