# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| FTX TRADING LTD., *et al.*, | ) | Chapter 11 |
| | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Civil Action No. 26-cv-00079 (JLH) |
| FTX Recovery Trust, | ) | Civil Action No. 26-cv-00080 (JLH) |
| | ) | |
| Appellant, | ) | |
| | ) | Bankruptcy BAP Nos. 26-00002, 26-00003 |
| vs. | ) | |
| | ) | |
| Ross Rheingans-Yoo | ) | |
| | ) | |
| Appellee. | ) | |

## ROSS RHEINGANS-YOO'S COUNTER-DESIGNATION OF RECORD AND RESTATEMENT OF ISSUES ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009(a)

| Counsel for Appellant: | Counsel for Appellee: |
|---|---|
| **LANDIS RATH & COBB LLP** | **JOYCE, LLC** |
| Adam G. Landis (No. 3407) | Michael J. Joyce (No. 4563) |
| Matthe B. McGuire (No. 4366) | 1225 King Street, Suite 800 |
| Kimberly A. Brown (No. 5138) | Wilmington, DE 19801 |
| Matthew R. Pierce (No. 5946) | Tel: (302) 388-1944 |
| 919 Market Street, Suite 1800 | Email: mjoyce@mjlawoffices.com |
| Wilmington, Delaware 19801 | |
| Tel: (302) 467-4400 | |
| Email: landis@lrclaw.com | |
| mcguire@lrclaw.com | |
| brown@lrclaw.com | |
| pierce@lrclaw.com | |

| | |
|---|---|
| **SULLIVAN & CROMWELL LLP**<br>Stephanie G. Wheeler (*pro hac vice forthcoming*)<br>Brian D. Glueckstein (*pro hac vice* forthcoming)<br>125 Broad Street<br>New York, New York 10004<br>Tel: (2123) 558-4000<br>Email:  wheelers@sullcrom.com<br>           gluecksteinb@sullcrom.com | **GOETZ PLAZTER LLP**<br>Scott D. Simon (*admitted pro hac vice*)<br>One Penn Plaza, Suite 3100<br>New York, New York 10119<br>Tel: (212) 695-8100<br>Email:  ssimon@goetzplatzer.com |
| **WILSON SONSINI GOODRICH & ROSATI, P.C.**<br>Joseph R. Slights III (No. 2559)<br>Erin Fay (No. 5268)<br>Shane Reil (No. 6195)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>Tel: (302) 304-7600<br>Email: jslights@wsgr.com<br>         efay@wsgr.com<br>         sreil@wsgr.com | |

Pursuant to Fed. R. Bankr. P. 8009(a) and Del. Bankr. L.R. 8009-1, the appellee in the above-captioned matter, Mr. Ross Rheingans-Yoo ("Appellee")[1] hereby submits these counter-designations of items to be included on appeal in response to *FTX Recovery Trust's Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal* [D.I. 4, No. 1:26-cv-00079, the "Designation"].

---

[1] Appellee is also the appellee in the related appeals pending in the District Court under docket numbers 26-cv-00078 and 26-cv-00080.

## APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellee hereby counter-designates all items listed in the Designation, along with the exhibits annexed to each document referenced therein.

## APPELLEE'S RESTATEMENT OF ISSUES ON APPEAL

Appellee restates the issues on appeal pursuant to Fed. R. Bankr. P. 8009(a)(1)(A):

1. The Trust sought reconsideration of the order allowing Appellee's FDU Claim on the grounds that the Trust had "concerns" with the charitable beneficiary Appellee designated and that Appellee "could not be trusted" to redesignate the beneficiary. The Bankruptcy Court ruled that the Trust made no credible argument and showed no support in the record for why Appellee could not redesignate. Did the Bankruptcy Court correctly deny the Motion for Reconsideration?

2. Appellee moved to dismiss the first amended complaint as against him because its allegations hinged on the original designation of the FDU Claim's charitable beneficiary. The Bankruptcy Court ruled that because redesignation was permissible, the first amended complaint was moot. Did the Bankruptcy Court correctly grant the Motion to Dismiss?

3. Appellee sought sanctions because, among other things, the Trust's refusal to allow Appellee to redesignate the charitable beneficiary of the FDU Claim was in bad faith and needlessly increased the cost of litigation. The Bankruptcy Court ruled that the Trust's "wasteful litigation" was "completely unreasonable and really just not based in any law or fact." Did the Bankruptcy Court correctly grant the Motion for Sanctions?

[*Signature Page to Follow*]

DATED: February 16, 2026        **JOYCE, LLC**

      */s/ Michael J. Joyce*
      Michael J. Joyce (No 4563)
      1225 King Street,
      Suite 800
      Wilmington, DE 19801
      Telephone: 302-388-1944
      mjoyce@mjlawoffices.com

-and-

Scott D. Simon*
**GOETZ PLATZER LLP**
One Penn Plaza, Suite 3100
New York, New York 10119
Tel: (212) 695-8100
Email: ssimon@goetzplatzer.com
*Admitted Pro Hac Vice*

*Counsel to Appellee Ross Rheingans-Yoo*