**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| FTX TRADING LTD. *et al*,[1] | ) | Case No. 22-11068 (KBO) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re D.I. 34636, 34711** |
| | ) | |

### ORDER GRANTING MOTION OF
### LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES
### TO WITHDRAW AS COUNSEL TO CHISATO MUROMOTO

Upon consideration of the *Motion of Loizides, P.A. and Christopher D. Loizides to Withdraw as Counsel for Chisato Muromoto* (the "Motion"), and having found that good cause exists for granting the relief requested in the Motion, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Loizides, P.A. and Christopher D. Loizides shall be and are hereby withdrawn as counsel of record for Chisato Muromoto in the above-captioned bankruptcy cases.

**Dated: February 17th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.