# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | |
| FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, | Adv. Pro. No. 24-50188 (KBO) |
| Defendants. | |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 24-50212 (KBO) |
| THE GOODLY INSTITUTE dba GOODLY LABS, | |
| Defendant. | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

FTX RECOVERY TRUST,

                    Plaintiff,

            - against -

MANIFOLD MARKETS, INC., MANIFOLD
FOR CHARITY, INC., ROSS RHEINGANS-
YOO, and FTX PHILANTHROPY, INC.,

                 Defendants.

Adv. Pro. No. 24-50214 (KBO)

---

FTX RECOVERY TRUST,

                    Plaintiff,

            - against -

KUROSEMI INC.,

                 Defendant.

Adv. Pro. No. 25-50635 (KBO)

---

MORGAN AND MORGAN CLAIMANTS,

                    Plaintiffs,

            - against -

FTX TRADING LTD.,

                 Defendant.

Adv. Pro. No. 25-50962 (KBO)

---

FTX RECOVERY TRUST,

                    Plaintiff,

            - against -

GENESIS DIGITAL ASSETS LIMITED, GDA
US INC., DDH (NORTH AMERICA) INC.,
DDH-CHOLLA, LLC, DDH-OK-1, LLC,
RASHIT MAKHAT, and MARCO KROHN,

                 Defendants.

Adv. Pro. No. 25-52358 (KBO)

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
FEBRUARY 19, 2026 AT 1:00 P.M. (ET), BEFORE THE HONORABLE KAREN B.
OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET,
6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

---

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN
CANCELLED WITH PERMISSION FROM THE COURT\*\***

---

**ADJOURNED MATTERS:**

1. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

   Status: This matter is adjourned to a date to be determined.

2. Motion of Ruskin Moscou Faltischek P.C. for Leave to Withdraw as Counsel to Alexander Mashinsky, Koala1, LLC, and AM Ventures Holdings, Inc. [D.I. 34651, filed on February 5, 2026]

   Status: This matter is adjourned to the March 26, 2026 omnibus hearing.

3. Motion of Chisato Muromoto to Permit Filing of a Proof of Claim After the Bar Date and/or for Related Relief [D.I. 32956, filed on October 9, 2025]

   Status: This matter is adjourned to the March 26, 2026 omnibus hearing.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS:**

4. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

   Status: This matter is adjourned to a date to be determined.

5. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. The Goodly Institute*, Adv. No. 24-50212 – Adv. D.I. 3, filed on November 26, 2024]

   Status: This matter is adjourned to a date to be determined.

6. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

   Status: This matter is adjourned to a date to be determined.

7.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Kurosemi Inc.*, Adv. No. 25-50635 – Adv. D.I. 3, 4 & 5, filed on May 1, 23 & 30, 2025]

    Status: This matter is adjourned to a date to be determined.

8.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Morgan and Morgan Claimants v. FTX Trading Ltd.*, Adv. No. 25-50962 – Adv. D.I. 6, filed on August 27, 2025]

    Status: This matter is adjourned to a date to be determined.

9.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Genesis Digital Assets Limited et al.*, Adv. No. 25-52358 – Adv. D.I. 3, filed on October 6, 2025]

    Status: This matter is adjourned to a date to be determined.

**RESOLVED MATTER:**

10. Motion of Loizides, P.A. and Christopher D. Loizides to Withdraw as Counsel to Chisato Muromoto [D.I. 34636, filed on February 3, 2026]

    Status: On February 17, 2026, the Court entered an order granting the requested relief. Accordingly, a hearing regarding this matter is not required.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: February 17, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        mcguire@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*