**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FTX TRADING LTD., *et al.*, | § | Case No. 22-11068 (KBO) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |
| | § | Hearing Date: March 26, 2026 at 9:30 a.m. (ET) |
| | § | Extended Obj. Deadline: March 16, 2026 at 4:00 p.m. (ET) |

**SECOND AMENDED NOTICE REGARDING MOTION OF RUSKIN
MOSCOU FALTISCHEK P.C. FOR LEAVE TO WITHDRAW
AS COUNSEL TO ALEXANDER MASHINSKY, KOALAL, LLC,
AND AM VENTURES HOLDINGS, INC.**

**PLEASE TAKE NOTICE** that, on February 17, 2026, Ruskin Moscou Faltischek P.C. ("RMF"), by and through its counsel Ashby & Geddes, P.A. ("Ashby & Geddes"), filed the *Motion of Ruskin Moscou Faltischek P.C. for Leave to Withdraw As Counsel to Alexander Mashinsky, Koala1, LLC, and AM Ventures Holdings, Inc.* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Court's approval of the Motion were required to be (a) in writing and served on or before February 12, 2026 at 4:00 p.m. (ET) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel.[2]

**PLEASE TAKE FURTHER NOTICE** that the Objection Deadline has been extended solely for Alexander Mashinsky, Koala1, LLC, and AM Ventures Holdings, Inc. until **March 16, 2026 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **MARCH 26, 2026 AT 9:30 A.M.** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DE 19801.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] No objections to approval of the Motion were filed or received by the Objection Deadline.

{02206576;v1 }

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF**

Dated: February 17, 2026

                              **ASHBY & GEDDES, P.A.**

                              */s/ Gregory A. Taylor*
                              Gregory A. Taylor (No. 4008)
                              500 Delaware Avenue
                              P.O. Box 1150
                              Wilmington, DE 19899
                              Phone: (302) 654-1888
                              Facsimile: (302) 654-2067
                              Email: gtaylor@ashbygeddes.com

*Counsel to Ruskin Moscou Faltischek P.C.*