UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------x
In re:                                                       :
                                                             :     Chapter 11
                                                             :     Case No. 22-11068(KBO)
FTX TRADING, LTD., et. al.,                                  :
                                                             :     (Jointly Administered)
                    Debtors.                                 :
                                                             :
                                                             :
-------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**A CLAIM HAS BEEN FILED IN THIS CASE** or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Pi-Crypto, Ltd. | Pi-1.0 LP |
| Name and Address where notices to transferee Should be sent: | Address: 18 Raoul Wallenberg St. Tel Aviv 6971915 Israel |

Pi-Crypto, Ltd.
18 Raoul Wallenberg St.
Tel Aviv 6971915 Israel

### CLAIM INFORMATION
Confirmation ID No. 3265-70-UBMNE-610900581
Creditor: Pi.10 LP
Debtor: FTX Trading, LTD; case no. 22-11068
Amount of Claim Transferred: 100%

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____       Date:_____16.02.26_____
       Aron Cohen

Transferee/Transferee's Agent

**Error! Unknown document property name.**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Pi-1.0 LP has unconditionally and irrevocably sold, transferred and assigned to Pi-Crypto, LTD, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against FTX Trading LTD et al.

Confirmation ID No. 3265-70-UBMNE-610900581
Creditor: Pi.10 LP
Debtor: FTX Trading, LTD; case no. 22-11068

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Transferee.

Date: 16.02.26



Transferee – Pi-Crypto, LTD.

By:_____   Date: 16.02.26

Transferee/Transferee's Agent

Transferor – Pi-1.0 LP

By:_____   Date: 16.02.26

Transferor/Transferor's Agent

**Error! Unknown document property name.**