# IN UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

RECEIVED
2026 FEB 18 A 9:32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re:**
**FTX TRADING LTD.,** *et al.,*1 **Debtors.**

Chapter 11
CASE NO.: 22-11068 (JTD)

## NOTICE OF WITHDRAWAL OF CLAIMANT'S OBJECTION - DOCKET NO. 20859

**Debtors:**

FTX Trading LTD.

**Claimant:**

Lesley Zut

## I. Introduction

This document serves as a formal notice by Lesley Zut, hereinafter referred to as the "Claimant," regarding the withdrawal of the previously filed dispute concerning the claim amount in the FTX Bankruptcy Estate under claim number 39286.

On July 19, 2024, the Claimant filed an objection (appearing as Docket No. 20859) asserting that the information provided by FTX Trading LTD, hereinafter referred to as the "Debtors", was inaccurate. The Claimant now formally notifies the Court and the Debtors of the full withdrawal of said objection.

**Claimant's information**

- Name:       Lesley Zut
- Address:    Rijtuigenhof 97-A13, Amsterdam, 1054 NB The Netherlands
- Phone no.:  + 31 (0)6 10 77 83 31
- Email:      cryptolesley@gmail.com
- Claim no.:  39286

## II. Statement of Withdrawal

1. On July 16, 2024, the Claimant executed an objection to the Debtors' modified claim, which was subsequently filed with the Court on July 19, 2024 under docket number 20859.

2. The Claimant hereby withdraws the Claimant's Objection to Modified Claim (Docket No. 20859) in its entirety.

3. The Claimant accepts the modified claim set by the Debtors as stated in "DEBTORS' FORTY-FIFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND/OR UNLIQUIDATED PROOFS OF CLAIM (CUSTOMER CLAIMS)" (Docket No. 17631)

## III. Conclusion

The claimant accepts the modified claim set by the Debtors for a total value of $ 173,715.78 (One Hundred Seventy-Three Thousand, Seven Hundred Fifteen Dollars and Seventy-Eight Cents). This claim is based on the the following assets:

| Coin | Amount | Value |
| --- | --- | --- |
| USD | 50,000.17 | $ 50,000.16 |
| FTT | 1,000.52571523 | $ 0 |
| TRX | 2,021,336.00000001 | $ 112,407.91 |
| ETH | 8.7547199 | $ 11,020.79 |
| SRM LOCKED | 864.77927201 | $ 286.02 |
| SRM | 2.68483172 | $ 0.89 |

**Full Claimant's Name:** Lesley Zut **Date:** January 27, 2026

*[signature]*     01/27/2026

## CN23 CUSTOMS DECLARATION (Déclaration en douane)

| Customs declaration | | |
|---|---|---|
| Category of item | ☐ Gift ☐ Returned Goods ☐ Commercial goods ☐ Documents ☐ Commercial sample | Sender's instructions in case of non-delivery: ☐ Treat as abandoned ☐ Return to sender |
| Description of contents | Quantity | HS Tariff number | Country of origin |
| | | | |
| Full details or commercial invoice | Total | 0 | Importer/addressee reference (if any) (tax code/VAT no./importer code) |
| Insured value (SDR) (Valeur douanes DTS) | | | |
| Total gross weight (kg) (Poids en kg) | 2 | | |
| Shipping charge | 23,5 | | |
| Taxes perçues | | | |
| Remark | | | |
| License ☐ License number | Total number of parcels 1 | Certificate ☐ Certificate number | Invoice ☐ Invoice number |

I, the undersigned, whose name and address are given on the item, certify that the particulars given in this declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

Date and sender's signature: 27-01-2025

**FROM:**
Lesley Zut
Rijtuigenhof 97 A13
1054NB AMSTERDAM
NETHERLANDS

**TO:**
United States Bankruptcy Court
824 3rd Floor Market ST N
19801 Wilmington
District of Delaware
UNITED STATES

Port Betaald / Port Payé / Pays-Bas — postnl

RF00007832BNL