UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al.,          Chapter 11

Case No. 22-11068 (JTD)

Debtors.

_____/

NOTICE OF WITHDRAWAL OF RESPONSE

(REGARDING CLAIM NO. 35616)

Please take notice that Jack Lucas, holder of Claim No. 35616, hereby withdraws his response to the Claim Objection filed by the FTX Recovery Trust.

This withdrawal is submitted following resolution of the matters raised therein, and the claimant has agreed to the modification of Claim No. 35616 to the allowed amount reflected in the Record Ticker Quantity.

Dated: February 9, 2026          *[signature]*  2/9/2026

Respectfully submitted,

Jack Lucas

4724 30th Street, Apt. 1

San Diego, CA 92116

Jlucas0677@gmail.com

Jack Lucas
4724 30th Street
Apt. 1
San Diego, CA 92116

United States Bankruptcy Court
District of Delaware
824 North Market Street
3rd Floor
Wilmington, DE 19801

19801-302499

9589 0710 5270 3722 0917 42

Retail



RDC 99

19801

$6.08

U.S. POST
FCM LETT
SOLANA B
FEB 11, 20

S2324M504