RECEIVED

2026 FEB 18 A 9:31

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankrupcy Court
824 North Market Street 3rd Floor
Wilmington, Delaware 19801
UNITED STATES

January 23, 2026

Re: FTX Claim No. 5910009

Dear Sir or Madam,

I am writing to you following advice received from Kroll Restructuring regarding the recovery of my funds held on the FTX.com platform.

In 2023, I attempted to complete all the required steps on the portal created for this purpose. Unfortunately, when I was asked to upload photographs of my identification documents for KYC verification, they were repeatedly rejected.

I then tried to contact the customer support service indicated on the platform, but I never received any response (see Document 1).

At the same time, I was overwhelmed by scam emails and phone calls, to the point where I began to believe that the entire process was fraudulent. Many of these emails used FTX branding, including the most recent one received during my latest attempts, which nearly convinced me of its legitimacy (see Document 2).

More recently, I tried once again to contact what appeared to be the least risky support channel. To my surprise, I received a response that did not appear fraudulent (see Document 3). This led to numerous exchanges, during which I was repeatedly redirected from one department to another and from one email address to another. Eventually, I had a telephone conversation with a representative from Kroll, who guided me and informed me that my claim had indeed been received but not finalized (see Document 4). I was told that my only remaining course of action was to send this letter to you.

I am at a complete loss as to what further steps I can take to recover these funds. I am extremely cautious, having already been the victim of a scam that cost me a significant amount of money, with no apparent legal recourse.

I have attached several documents to demonstrate that I made every possible effort under the circumstances. As a Belgian national with limited proficiency in English and as a prior victim of fraud, this process has been particularly difficult for me.

I sincerely hope that you will be able to assist me in this complex matter.

For your convenience, I am providing my email address and postal address below:

Email: ocolard@hotmail.com

Olivier Colard
481A Chaussée de Boondael
BE-1050 Ixelles
BELGIUM

Thank you very much for taking the time to consider my situation and for any assistance you may be able to provide.

Yours faithfully,


Olivier Colard

*[signature]*



Firefox    https://outlook.live.com/mail/0/id/AAkALgAAAAAHYQDEapmEc...

 **Outlook**

### Re: FTX claim

| | |
|---|---|
| À partir de | Ollie Ollie <ocolard@hotmail.com> |
| Date | Lun 25.09.2023 18:46 |
| À | FTX Info <FTXInfo@ra.kroll.com> |

I can not submit my claim, seems link on step5 is not working...

Olivier Colard
+32 474 978 918
GMT+1


Olivier Colard
+32 474 978 918

---

**De :** FTX Info <FTXInfo@ra.kroll.com>
**Envoyé :** Monday, September 25, 2023 8:43:27 PM
**À :** Ollie Ollie <ocolard@hotmail.com>
**Objet :** Automatic reply: FTX claim

Thank you for your email.

The Customer Bar Date in the FTX Debtors' Chapter 11 process has been set. This means that any person or entity holding a customer claim against any of the FTX exchanges and/or debtors must file a proof of claim for such customer claim on or before September 29, 2023 at 4 PM ET.

We understand that you may have questions around submitting your customer proof of claim. We have developed a set of Customer Bar Date Frequently Asked Questions available under the "Quick Links" section of our website at https://restructuring.ra.kroll.com/FTX/. We hope you will find this useful for any questions you have around submitting proofs of claim and using the customer portal at https://claims.ftx.com.

Should you still require assistance after reading the Frequently Asked Questions, please reply to this email with the nature of the assistance needed and your phone contact information (including your local time zone). Depending on the nature of the assistance needed, we will respond in the most efficient manner, such as updates to the Frequently Asked Questions, or respond directly to you. Replying to this email will result in an identical autoreply, but please know that your email has been received.

Thank you.

Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received.

Firefox  https://outlook.live.com/mail/0/id/AAkALgAAAAAHYQDEapmEc...

 Outlook

**Fw: In re FTX Trading Ltd., et al, Case No. 22-11068, Court-Approved Notice Concerning Supplementary Distribution Procedures**

| | |
|---|---|
| À partir de | Ollie Ollie <ocolard@hotmail.com> |
| Date | Lun 19.01.2026 01:07 |
| Cci | FTXInfo@ra.kroll.com <FTXInfo@ra.kroll.com>; FTX Support <support@ftx.com> |

Hello,

Really sorry to bother, but I receive this mail in my spam section regarding my attempts to retrieve my funds.

Could you confirm this is legit? (It's asking to provide words to connect to my wallet)

If not let's say i inform you...

Thank you.

Olivier Colard
+32 474 978 918

**De :** FTX Noticing <info@fincase.co.in>
**Envoyé :** dimanche, janvier 18, 2026 11:39 PM
**À :** ocolard@hotmail.com <ocolard@hotmail.com>
**Objet :** In re FTX Trading Ltd., et al, Case No. 22-11068, Court-Approved Notice Concerning Supplementary Distribution Procedures



Dear Colard Olivier Marie,

We are writing to inform you of a significant development in the FTX bankruptcy estate that may directly impact your remaining assets. Following the initial distributions, the estate's recovery team has successfully identified and reclaimed a substantial amount of previously inaccessible digital assets from various cold storage facilities.

### ACTION REQUIRED: Claim Your Additional Digital Assets

Our analysis indicates that your account has a verified claim to additional digital assets that were not included in previous distributions. These assets were recovered from facilities that were previously inaccessible due to lost access credentials. Our technical

team has recently gained access to these holdings and has successfully verified ownership claims through blockchain analysis and historical transaction data.

### Access Claims Portal

To view and claim these assets, you must log in to the FTX Customer Claims Portal and complete the following steps:

1. Select "Additional Asset Claim" from the dashboard
2. Review the specific assets identified for your account
3. Complete a one-time identity verification for this specific claim
4. Select your preferred withdrawal method

**IMPORTANT DEADLINE:** All additional asset claims must be submitted by February 1, 2026. After this date, unclaimed assets will be consolidated with the remaining estate assets and distributed according to the standard waterfall hierarchy.

### Security Verification Process:

Due to the nature of these recovered assets, we are implementing enhanced security measures. You will be required to:

- Complete a video verification session with our identity verification partner
- Provide original transaction IDs from your account history (available in the portal)

For customers who may have difficulty with verification, we have established an alternative verification process using historical account data and blockchain transaction analysis.

These recovered assets represent a unique opportunity to reclaim funds that were previously considered lost. The total value of recovered assets across all customer accounts exceeds $127 million.

For technical assistance with the claim process or if you believe you have additional assets that are not reflected in your claim, please schedule a support call through the portal.

Please disregard this email if you have already completed the Additional Asset Claim process or if your account had no assets in the affected cold storage facilities.

Sincerely,
**FTX Asset Recovery Team**

Firefox  https://outlook.live.com/mail/0/id/AAkALgAAAAAHYQDEapmEc...

**FTX Noticing**

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe

*(handwritten, circled: 3.1)*

Firefox

https://outlook.live.com/mail/0/id/AAkALgAAAAAHYQDEapmEc...

  **Outlook**

**Please help recovery**

À partir de   Ollie Ollie <ocolard@hotmail.com>
Date         Mer 14.01.2026 15:25
À            support@ftx.com <support@ftx.com>

Hi,

I tried many times to complete the required kyc to recover my funds on Ftx, but pictures of documents required did not pass... I tried to contact you but never had an answer.

Now when I connect to my account it says too late and this adress is my last hope.

Please help me to recover my money.

Olivier Colard
+32 474 978 918

Firefox  https://outlook.live.com/mail/0/id/AAkALgAAAAAHYQDEapmEc...

 Outlook

**[Please use support.ftx.com] Re: Fw: FTX claim**

| | |
|---|---|
| À partir de | FTX Support <support@ftx.com> |
| Date | Mer 14.01.2026 18:51 |
| À | Ollie Ollie <ocolard@hotmail.com> |

##- Please type your reply above this line -##

Your request (340814) has been updated.

To add additional comments, reply to this email.

 **Philip (Please use support.ftx.com)**
Jan 14, 2026, 10:51 PST

Hello,

Unfortunately. we are not able to contact Kroll for you. Any Kroll related issues will need to be directed to them. Apologies for this matter.

Thanks,
FTX Customer Support

 **Ollie Ollie**
Jan 14, 2026, 09:18 PST

That's the point, I need help but I don't even know where to ask... I already tried to contact kroll, but as I explained i didn't receive any reply.
Please, you can help me, do it.��

Olivier Colard
+32 474 978 918

 **Philip (Please use support.ftx.com)**
Jan 14, 2026, 09:02 PST

Hello,

(3-3)

 **Outlook**

---

Non remis : KYC issue

---

À partir de  postmaster@outlook.com <postmaster@outlook.com>
Date         Mer 21.01.2026 17:06
À            FTX_KYC@alvarezandmarsal.com <FTX_KYC@alvarezandmarsal.com>

📎 1 pièce jointe (22 Ko)
KYC issue;

### Échec de la remise pour ces destinataires ou groupes :

FTX_KYC@alvarezandmarsal.com
Votre message n'a pas été remis car le fournisseur de courrier du destinataire l'a rejeté.

**Informations de diagnostic pour les administrateurs :**

Serveur de génération : AS4PR10MB5372.EURPRD10.PROD.OUTLOOK.COM

FTX_KYC@alvarezandmarsal.com
Remote server returned '554 5.7.0 < #5.7.520 smtp;550 5.7.520 Message blocked because it contains content identified as spam. AS(4810)>'

En-têtes de message d'origine :

```
Received: from DB9PR10MB4476.EURPRD10.PROD.OUTLOOK.COM (2603:10a6:10:22f::13)
 by AS4PR10MB5372.EURPRD10.PROD.OUTLOOK.COM (2603:10a6:20b:4bc::6) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9520.13; Wed, 21 Jan
 2026 17:06:28 +0000
Received: from DB9PR10MB4476.EURPRD10.PROD.OUTLOOK.COM
 ([fe80::2209:b502:a6fb:3504]) by DB9PR10MB4476.EURPRD10.PROD.OUTLOOK.COM
 ([fe80::2209:b502:a6fb:3504%4]) with mapi id 15.20.9542.009; Wed, 21 Jan 2026
 17:06:27 +0000
Content-Type: application/ms-tnef; name="winmail.dat"
Content-Transfer-Encoding: base64
From: Ollie Ollie <ocolard@hotmail.com>
To: "FTX_KYC@alvarezandmarsal.com" <FTX_KYC@alvarezandmarsal.com>
Subject: KYC issue
Thread-Topic: KYC issue
Thread-Index: AQHcivefcj4JxEeoTE6wMa6opH9AYA==
X-MS-Exchange-MessageSentRepresentingType: 1
```



# KROLL

## Creditor Information - Schedule # 5910009

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
n/a

**Claim Number**
n/a

**Schedule Number**
5910009

**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | 1INCH | ASSERTED | 0.94281 | 0.94281 |
| CRYPTO | BTC | ASSERTED | 0.0378076209556375 | 0.0378076209556375 |
| CRYPTO | CHZ | ASSERTED | 379.6865 | 379.6865 |
| CRYPTO | ETH | ASSERTED | 0.02998005 | 0.02998005 |
| CRYPTO | ETHW | ASSERTED | 0.02998005 | 0.02998005 |
| CRYPTO | EXCH-PERP | ASSERTED | 0 | 0 |
| CRYPTO | FRONT | ASSERTED | 326.93787 | 326.93787 |
| CRYPTO | FTT | ASSERTED | 53.2763956 | 53.2763956 |
| CRYPTO | RAY | ASSERTED | 26.0 | 26.0 |
| CRYPTO | RUNE | ASSERTED | 36.894889 | 36.894889 |
| CRYPTO | SOL | ASSERTED | 6.5347012 | 6.5347012 |
| CRYPTO | TRX | ASSERTED | 0.000002 | 0.000002 |
| CRYPTO | USDT | ASSERTED | 7.158564751225328 | 7.158564751225328 |
| CRYPTO | XRP | ASSERTED | 276.857025 | 276.857025 |
| FIAT | USD | ASSERTED | 1.00067551888799808 | 1.00067551888799808 |

## Objection History




Olivier Colard
Chée de Boondael 481A
1050 Ixelles.
BELGIUM