# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING, LTD., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. Nos. 34487, 34613** |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against –<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>Defendants. | Adv. Pro. No. 24-50214 (KBO)<br><br>**Re: Adv. D.I. Nos. 88, 94** |

**CERTIFICATE OF NO OBJECTION**
**REGARDING ORDER DIRECTING FTX RECOVERY TRUST AND ITS COUNSEL**
**TO PAY SANCTIONS AWARD TO ROSS RHEINGANS-YOO**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Declaration of Scott D. Simon Attesting to Reasonable Attorneys' Fees and Necessary Expenses Incurred by Ross Rheingans-Yoo in Connection with FTX Recovery Trust's Sanctionable Conduct* [Main Case D.I. No. 34613, Adv. D.I. No. 94] (the "Declaration"), filed on January 30, 2026 . The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Declaration appears thereon. Pursuant to the *Order (I) Denying FTX Recovery*

*Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim and (II) Granting Ross Rheingans-Yoo's Motion to Dismiss and Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105* [Main Case D.I. No. 34487, Adv. D.I. No. 88], objections to the Declaration were to be filed and served no later than February 13, 2026.  It is hereby respectfully requested that the Order Directing FTX Recovery Trust and Its Counsel to Pay Sanctions Award to Ross Rheingans-Yoo, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: February 20, 2026
Wilmington, Delaware

                              Respectfully submitted:

                              **JOYCE, LLC**

                              */s/ Michael J. Joyce*
                              Michael J. Joyce (No. 4563)
                              1225 King Street
                              Suite 800
                              Wilmington, Delaware 19801
                              Telephone: (302) 388-1944
                              Email: mjoyce@mjlawoffices.com

                              -and-

                              Scott D. Simon (*pro hac vice*)
                              **GOETZ PLATZER LLP**
                              One Penn Plaza, Suite 3100
                              New York, New York 10119
                              (212) 695-8100
                              ssimon@goetzplatzer.com

                              *Counsel to Ross Rheingans-Yoo*