UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:

FTX TRADING LTD., et al.,

Debtors.

---------------------------------------------------------x

Case No. 22-11068 (KBO)

(Jointly Administered)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2), the undersigned parties hereby provide notice of the transfer of a proof of claim (the "Claim") filed against FTX Trading Ltd. (the "Debtor") in the above-captioned Chapter 11 bankruptcy case, as follows:

**1. Transferor (Seller):**
Name:       Redacted
Address:    Redacted

**2. Transferee (Buyer) and
     name and address where notices and payments should be sent:**
Name: Dmitrijs Krjukovs
Address: Skanstes 29a-69, Riga, LV1013, Latvia
Email: dmitrijs.krjukovs@gmail.com

**3. Claim Details:**
Debtor: **FTX Trading Ltd.**
Proof of Claim Number: *1075*
Confirmation ID: *N/A*
Claim Amount: *Unliquidated*

**4. Nature of Transfer:**
This is a complete transfer of the entire Claim, including all rights to principal, interest, fees, penalties, distributions, and any other proceeds or rights related to the Claim. No portion of the Claim is retained by the Transferor.

**5. Compliance with Kroll Guidelines:**
The Transferor and Transferee confirm that this Notice of Transfer complies with the guidelines provided by Kroll Restructuring Administration LLC, the court-approved claims and noticing agent,

including the requirement to file this document publicly on the Chapter 11 case docket. The parties will provide an unredacted version of this document via the Kroll Notice of Transfer Document Request Form if requested in writing.

**6. Declaration:**
The undersigned declare under penalty of perjury under the laws of the United States that the information provided in this Notice of Transfer is true and correct to the best of their knowledge and belief.

DATED: February 24, 2026

TRANSFEROR:    Redacted

TRANSFEREE:
**Dmitrijs Krjukovs**
By: _____