**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | CASE NO. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |

**MOTION OF JONES & WALDEN LLC AND ADAM E. EKBOM TO WITHDRAW**
**AS COUNSEL TO CURIO FINANCIAL TECHNOLOGY INC.**

Jones & Walden LLC and Adam E. Ekbom (collectively, the "Firm" or "Movant") moves for an order under Del. Bankr. L. R. 9010-2(b) for leave to withdraw as counsel to Curio Financial Technology Inc. (the "Motion"), and in support thereof, states as follows:

**JURISDICTION AND VENUE**

1.  This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the standing order of reference to this Court.

2.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.  Pursuant to 28 U.S.C. § 1409, venue of this Motion is proper in this Court.

**FACTUAL BACKGROUND**

4.  On November 11 and November 14, 2022, the Debtors filed their Chapter 11 petitions with this Court.

5.  Curio Financial Technology Inc. ("Curio Financial") retained the Firm to represent Curio Financial in the FTX bankruptcy case on or about February 16, 2023.

6.  On February 9, 2026, the Firm issued a *Notice of Intent to File Application for Withdrawal of Attorney for Creditor Curio Financial Technology Inc.* (the "Withdrawal Notice")

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.

notifying Curio Financial pursuant to Del. Bankr. L.R. 9010-2 that the Firm intends to withdraw from its position as counsel of record for Curio Financial in the above-styled bankruptcy case. Specifically, the undersigned has notified Curio Financial of the following:

a. Adam E. Ekbom, and the law firm of Jones & Walden, LLC wish to withdraw as Curio Financial's counsel of record in this action.

b. The U.S. Bankruptcy Court for the District of Delaware retains jurisdiction over this action.

c. That Curio Financial has the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so.

d. That Curio Financial may suffer adverse consequences if it fails or refuses to meet these obligations.

e. At present, there are no scheduled proceedings in this action involving Curio Financial. The holding of any such proceedings will not be affected by the withdrawal of counsel.

f. Service of notice may be made upon Curio Financial at its last know addresses, which are:

> Curio Financial Technology Inc.
> Attn: Bryan Malone Keltner, CEO
> 2370 Market Street
> STE 103, Box 453
> San Francisco, CA 94114
> bryan@celestial.technology

> Curio Financial Technology Inc.
> c/o CT Company, as Registered Agent
> 1209 Orange St
> Wilmington DE 19801

>Curio Financial Technology Inc.
>Attn: Bryan Malone Keltner, CEO
>235 Hopewell Amwell Road
>Hopewell, NJ 08525

7.  The Withdrawal Notice further provided that Curio Financial had 14 days from the date of such Withdrawal Notice to contact the Firm and state any objections to the Firm's withdrawal. A copy of the Withdrawal Notice is attached hereto as **Exhibit "A"**.

8.  No response has been received from Curio Financial.

### RELIEF REQUESTED AND REASONS THEREFOR

9.  By this Motion, the Firm requests that the Court enter an order allowing withdrawal from representation of Curio Financial in the above-styled bankruptcy case.

10. Under Del. Bankr. L.R. 9010-2, counsel is required to give 14 days' prior notice of a request to withdraw to its client by certified mail. Notice of this Motion has been provided to Curio Financial. Movant submits that no further notice is required.

WHEREFORE, the Firm respectfully requests this Court to issue an order substantially in the form attached hereto as **Exhibit "B"** permitting the Firm to withdraw as counsel for Curio Financial in this case.

DATED: February 27, 2026.

**JONES & WALDEN LLC**

*/s/ Adam E. Ekbom*
Adam E. Ekbom
Georgia Bar No. 919724
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
aekbom@joneswalden.com
*Withdrawing Attorney for Curio Financial Technology Inc.*

**Exhibit "A"**
**Notice of Intent to File Application for Withdrawal**

Case 22-11068-KBO    Doc 34770    Filed 02/27/26    Page 4 of 15

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br> Debtors. | CHAPTER 11<br><br>CASE NO. 22-11068 (KBO)<br><br>(Jointly Administered) |

### NOTICE OF INTENT TO FILE APPLICATION FOR WITHDRAWAL
### OF ATTORNEY FOR CREDITOR CURIO FINANCIAL TECHNOLOGY INC.

To:

Curio Financial Technology Inc.
2370 Market Street
STE 103, Box 453
San Francisco, CA 94114
bryan@celestial.technology

Curio Financial Technology Inc.
c/o CT Company, as Registered Agent
1209 Orange St
Wilmington DE 19801

Bryan Malone Keltner
11808 Autumn Leaves Lane
Farragut, TN 37934

Curio Financial Technology Inc.
Attn: Bryan Malone Keltner, CEO
235 Hopewell Amwell Road
Hopewell, NJ 08525

This "Notice of Intent to File Application for Withdrawal of Attorney for Creditor Curio Financial Technology Inc." ("Notice") is to advise you that Jones & Walden LLC, Adam Ekbom (collectively, the "Law Firm") intend to withdraw from their position as attorneys for creditor Curio Financial Technology Inc. ("Curio") in the above-styled bankruptcy case. In doing so, an "Application for Withdrawal of Attorney for Creditor Curio Financial Technology Inc." ("Withdrawal Application") will be filed with the Court after a period of 14 days.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.

1

The Law Firm will file its Withdrawal Application seeking permission for its withdrawal pursuant to Del. Bankr. L.R. 9010-2 for the Bankruptcy Court for the District of Delaware (being hereinafter referred to as the "Rule").

1)      The Law Firm will request that the Court enter an Order authorizing, permitting, and validating the Law Firm's withdrawal as attorneys of record for Curio in the above-styled bankruptcy case.

2)      The Law Firm is providing this written notice to Curio respecting the Law Firm's intention to withdraw 14 days prior to submitting the request to the Court, or in the alternative, the request for such withdrawal is made with your consent. *See* Rule 9010-2(b).

3)      The Law Firm shows that the granting of the request pursuant to the Withdrawal Application will not delay the bankruptcy case or otherwise interrupt the orderly operation of the Court. The Law Firm will give notice to the Debtor and Curio as the client of this request when the Withdrawal Application is filed with the court.

4)      Notification pursuant to Local Rule 9010-2:  The Law Firm provides notice, all as anticipated by the Rule of the following:

(a) That the Law Firm, as counsel, wishes to withdraw and the Law Firm intends to file a motion to withdraw;

(b) That the style of the bankruptcy case in which the Law Firm seeks to withdraw is set forth in the caption of this Notice–i.e., *FTX Trading Ltd.*, et al., Case No. 22-11068 (KBO) (jointly administered);

The contact information for the Debtor's principal counsel is as follows:

Anthony P. Alden
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017
(212) 443-3000
anthonyalden@quinnemanuel.com

K. McKenzie Anderson
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000
mckenzieanderson@quinnemanuel.com

Michael Barlow
Quinn Emanuel Urquhart & Sullivan LLP
500 Delaware Ave.
Suite 220
Wilmington, DE 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
(302) 467-4400
landis@lrclaw.com

Matthew M. McGuire
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
mcguire@lrclaw.com

Matthew R. Pierce
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
pierce@lrclaw.com

The contact information for the Clerk of Court is as follows:

Clerk, U.S. Bankruptcy Court
824 N. Market Street
3rd Floor
Wilmington, DE 19801
(302) 252-2887

    (c)  The Bankruptcy Court retains jurisdiction of all matters;

    (d)  That, if the Law Firm's withdrawal is permitted:

        1. Curio will have the obligation to promptly file with the Bankruptcy Court, and mail to the Debtor or their counsel, a written statement showing (A) the names of the parties and the number of each case, adversary proceeding, or contested matter in which you are a party and (B) your current name, telephone number, mailing address, and email address. Such written statement must be amended promptly if your telephone number, mailing address, or email address changes;

        2. That Curio has the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so;

        3. That if Curio fails or refuses to meet these obligations, Curio may suffer adverse consequences;

        4. That services of notices upon Curio may be made upon you at your last known addresses, to wit:

4

>Curio Financial Technology Inc.
>2370 Market Street
>STE 103, Box 453
>San Francisco, CA 94114
>bryan@celestial.technology
>
>Curio Financial Technology Inc.
>c/o CT Company, as Registered Agent
>1209 Orange Street
>Wilmington DE 19801
>
>Bryan Malone Keltner
>11808 Autumn Leaves Lane
>Farragut, TN 37934
>
>Curio Financial Technology Inc.
>Attn: Bryan Malone Keltner, CEO
>235 Hopewell Amwell Road
>Hopewell, NJ 08525

(e) No hearings, trials or other proceedings are presently scheduled. The holding of such proceedings, including trial, will not be affected by the withdrawal of counsel;

(f) Unless the withdrawal requested by the Law Firm is with the client's consent, you have 14 days from the date of this notice to contact the Law Firm and state any objections to the Law Firm's withdrawal.

5) <u>Notification</u>: This Notification is being served upon Curio by email and U.S. Mail at Curio's last known addresses:

>Curio Financial Technology Inc.
> 2370 Market Street
>STE 103, Box 453
>San Francisco, CA 94114
>bryan@celestial.technology
>
>Curio Financial Technology Inc.
>c/o CT Company, as Registered Agent
> 1209 Orange St
>Wilmington DE 19801

5

Bryan Malone Keltner
11808 Autumn Leaves Lane
Farragut, TN 37934

Curio Financial Technology Inc.
Attn: Bryan Malone Keltner, CEO
235 Hopewell Amwell Road
Hopewell, NJ 08525

6) Curio will have the burden of keeping the Court and all adverse parties or their counsel informed respecting where notices, pleadings, or other papers may be served;

This 9th day of February, 2026.

                        **JONES & WALDEN LLC**

                        */s/ Adam E. Ekbom*
                        Adam E. Ekbom
                        Georgia Bar No. 919724
                        699 Piedmont Avenue, NE
                        Atlanta, Georgia 30308
                        (404) 564-9300
                        aekbom@joneswalden.com
                        Withdrawing Attorney for Curio Financial Technology Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: <br><br> **FTX TRADING LTD.,** *et al.,*[2] <br><br> Debtors. | CHAPTER 11 <br><br> CASE NO. 22-11068 (KBO) <br><br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing **Notice of Intent to File Application for Withdrawal of Attorney for Creditor Curio Financial Technology Inc.** on the parties listed below by mailing copies thereof via U.S. first-class mail and email to:

Curio Financial Technology Inc.
2370 Market Street
STE 103, Box 453
San Francisco, CA 94114
bryan@celestial.technology

Curio Financial Technology Inc.
c/o CT Company, as Registered Agent
1209 Orange St
Wilmington DE 19801

Bryan Malone Keltner
11808 Autumn Leaves Lane
Farragut, TN 37934

Curio Financial Technology Inc.
Attn: Bryan Malone Keltner, CEO
235 Hopewell Amwell Road
Hopewell, NJ 08525

This 9th day of February, 2026.

**JONES & WALDEN LLC**
*/s/ Adam E. Ekbom*
Adam E. Ekbom
Georgia Bar No. 919724
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
aekbom@joneswalden.com
Withdrawing Attorney for Curio Financial Technology Inc.

---

[2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.

**Exhibit "B"**
**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>FTX TRADING LTD., *et al.*,[2]<br><br>　　　Debtors. | CHAPTER 11<br>CASE NO. 22-11068 (KBO)<br>(Jointly Administered)<br><br>Re: D.I. _____ |

**ORDER GRANTING MOTION OF JONES & WALDEN LLC AND ADAM E. EKBOM TO WITHDRAW AS COUNSEL TO CURIO FINANCIAL TECHNOLOGY INC.**

Upon consideration of the Motion of Jones & Walden LLC and Adam E. Ekbom to Withdraw as Counsel for Curio Financial Technology Inc. (the "Motion"), and having found that good cause exists for granting the relief requested in the Motion, it is hereby ORDERED that:

1.　　The Motion is GRANTED.

2.　　Jones & Walden LLC and Adam E. Ekbom shall be and are hereby withdrawn as counsel of record for Curio Financial Technology Inc. in the above-captioned bankruptcy case.

---

[2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| FTX TRADING LTD., *et al.*,[3] | CASE NO. 22-11068 (KBO) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. _____ |

## CERTIFICATE OF SERVICE

I, Adam E. Ekbom, hereby certify that on February 27, 2026, I did cause to be served true and correct copies of the foregoing ***MOTION OF JONES & WALDEN LLC AND ADAM E. EKBOM TO WITHDRAW AS COUNSEL TO CURIO FINANCIAL TECHNOLOGY INC.*** on the parties on the attached service list as indicated thereon.

DATED: February 27, 2026.

**JONES & WALDEN LLC**

*/s/ Adam E. Ekbom*
Adam E. Ekbom
Georgia Bar No. 919724
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
aekbom@joneswalden.com
*Withdrawing Attorney for Curio Financial Technology Inc.*

---

[3] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.

**SERVICE LIST**

**VIA EMAIL AND U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Curio Financial Technology Inc.
Attn: Bryan Malone Keltner, CEO
2370 Market Street
STE 103, Box 453
San Francisco, CA 94114
bryan@celestial.technology

Curio Financial Technology Inc.
c/o CT Company, as Registered Agent
1209 Orange St
Wilmington DE 19801

Curio Financial Technology Inc.
Attn: Bryan Malone Keltner, CEO
235 Hopewell Amwell Road
Hopewell, NJ 08525

**VIA CM/ECF**

All parties on the Clerk's service list.