

# RE: FW: [EXTERNAL] Re: Assunto: URGENTE – KYC em vermelho / possível divergência de e-mail – Agenda 6616558 – FTX ID 147836425 1-28-2026

1 mensagem

---

**FTX Trading Ltd.** <ftxinfo@ra.kroll.com>                                     qua., 28 de jan. de 2026 às 12:17
Para: ig.p.reira51@gmail.com <ig.p.reira51@gmail.com>

Igor,

Thank you for your inquiry.

Kroll, as the claims and noticing agent for these proceedings, does not have access to personal FTX account information.

For concerns regarding the FTX customer claims portal, please visit the Frequently Asked Questions available at:
https://support.ftx.com/hc/en-us.

If additional support is required, you can reach the FTX Customer Support team at support@ftx.com.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice.  Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

---

**From:** Igor Pereira <ig.p.reira51@gmail.com>
**Sent:** Tuesday, January 27, 2026 9:40:59 PM
**To:** kyc-support@ftx.com <kyc-support@ftx.com>; FTX Claims <service@jatai.net>; Kroll E-Filing <krolle-filing@kroll.com>; info.PrimeClerk <info@ra.kroll.com>
**Subject:** [EXTERNAL] Re: Assunto: URGENTE – KYC em vermelho / possível divergência de e-mail – Agenda 6616558 – FTX ID 147836425

Em dom., 25 de jan. de 2026, 21:35, Igor Pereira <ig.p.reira51@gmail.com> escreveu:

> Corpo:
>
> Prezados(as),
>
> Estou com o KYC marcado em vermelho no portal e suspeito que existe uma divergência de e-mail vinculada ao meu cadastro/reivindicação.
>
> Identificadores:
>
> ID FTX: 147836425
>
> Número da programação: 6616558
>
> Nome: Igor Pereira
>
> Olá, equipe de suporte,
>
> Meu KYC aparece em vermelho/erro no portal, porém eu já verifiquei e consta como "ok/verified" nos fluxos de verificação (Sumsub) e no provedor de distribuição (Kraken/BitGo).

Peço, por favor:

Confirmação do status final do meu KYC no sistema de reclamações/distribuição;

Verificação de vinculação (vinculação) entre meu KYC aprovado e minha reivindicação;

Se necessário, que realize a sincronização/atualização manual do status;

Caso exista alguma pendência adicional, solicite a lista objetiva do que falta e como corrigir.

Identificadores:


Número da programação: 6616558

ID FTX: 147836425

FTX Customer Kroll E-Ballot Portal Log-In: BC7D-4B2E-9C19-BBC6

Plan Class: Dotcom Convenience Claims

https://restructuring.ra.kroll.com/FTX/Home-ClaimDetails?id=NjYxNjU1OA==

CRIPTOMOEDA ETH AFIRMADO 0,04170569 0,04170569

2 CRIPTOMOEDA ETHW AFIRMADO 0,04118547 0,04118547

3 CRIPTOMOEDA PARENTE AFIRMADO 1.0 1.0

4 CRIPTOMOEDA SECO AFIRMADO 1.03830423 1.03830423

5 CRIPTOMOEDA TRX AFIRMADO 0,001555 0,001555