## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING, LTD., *et al.*,<br><br>  Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. Nos. 34487, 34613** |
| FTX RECOVERY TRUST,<br><br>        Plaintiff,<br><br>    - against –<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>        Defendants. | Adv. Pro. No. 24-50214 (KBO)<br><br>**Re: Adv. D.I. Nos. 88, 94** |

### ORDER DIRECTING FTX RECOVERY TRUST AND ITS COUNSEL
### TO PAY SANCTIONS AWARD TO ROSS RHEINGANS-YOO

WHEREAS on January 21, 2026, the Court entered the *Order (I) Denying FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim and (II) Granting Ross Rheingans-Yoo's Motion to Dismiss and Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105* [D.I. 34487, Adv. D.I. No. 88] (the "Sanctions Order"); and

WHEREAS pursuant to the Sanctions Order, on January 30, 2026, counsel for Ross Rheingans Yoo ("Ross") timely filed and served a declaration [D.I. 34613; Adv. D.I. 94] (the "Fee Declaration") attesting to the fees and expenses that Ross reasonably incurred in opposing the FTX

1

Recovery Trust's *Motion for Reconsideration or to Modify Order Allowing FDU Claim* [D.I. 31846] (the "Reconsideration Motion") and seeking dismissal of the FTX Recovery Trust's *First Amended Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550 and Del. Code Ann. Tit. 6, § 1304 and 1305, and for Disallowance or Subordination of Claim Pursuant to 11 U.S.C. §§ 502 and 510* [Adv. D.I. 38] (the "First Amended Complaint"); and

WHEREAS the FTX Recovery Trust (the "Trust") and its counsel did not object to the reasonableness of Ross's fees and expenses set forth in the Fee Declaration; and

WHEREAS the Court has reviewed the Fee Declaration and, after due deliberation, determined that the fees and expenses Ross incurred in opposing the Reconsideration Motion and seeking dismissal of the First Amended Complaint are reasonable.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.  The Trust and its counsel are directed to pay Ross the sum of $111,868.07 within 14 days of entry of this Order.

2.  Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

3.  The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: February 24th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

2

United States Bankruptcy Court
District of Delaware

In re:                                                                                          Case No. 22-11068-KBO
FTX Trading Ltd.                                                                           Chapter 11
Robert J. Cleary
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                                    Page 1 of 103
Date Rcvd: Feb 25, 2026                       Form ID: pdfjo                                  Total Noticed: 1021

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | FTX Trading Ltd., 10-11 Mandolin Place, Friars Hill Road, St. John's, AG-04, ANTIGUA AND BARBUDA |
| aty | + | A. Spencer Osborne, Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 20th Floor, Philadelphia, PA 19103-7505 |
| aty | + | Aaron J. Javian, Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022-6030 |
| aty | + | Adam A. Marshall, The Reporters Committee for Freedom of, 1156 15th St. NW, Ste. 1020, Washington, DC 20005-1754 |
| aty | #+ | Adam M. Moskowitz, THE MOSKOWITZ LAW FIRM, PLLC, 3250 Mary Street, Suite 202, Coconut Grove, FL 33133-5232 |
| aty | + | Adrienne Woods, Esqui, Weinberg Zareh Malkin Price LLP, 45 Rockefeller Plaza, 20th Floor, New York, NY 10111-3193 |
| aty | + | Aimee M. Furness, HAYNES AND BOONE, LLP, 2801 North Harwood Street, Suite 2300, Dallas, TX 75201-2754 |
| aty | + | Alec J. Berin, Miller Shah LLP, 1845 Walnut Street, Suite 806, Philadelphia, PA 19103-4712 |
| aty | + | Alexander Boies, BOIES SCHILLER FLEXNER LLP, 333 Main Street, Armonk, NY 10504, UNITED STATES 10504-1812 |
| aty | + | Alexander F. Kasnetz, BROWN RUDNICK LLP, Seven Times Square, New York, NY 10036-6548 |
| aty | + | Alexander R. Tiktin, Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018-0947 |
| aty | + | Amish R. Doshi, Doshi Legal Group, P.C., 1979 Marcus Avenue, Suite 210E, Lake Success, NY 11042-1076 |
| aty | + | Andrea L. Gordon, Eversheds Sutherland (US) LLP, 700 Sixth Street NW, Suite 700, Washington, DC 20001-3980 |
| aty | + | Andrew J. Currie, VENABLE LLP, 600 Massachusetts Avenue, NW, Washington, DC 20001-5358 |
| aty | | Andrew J. Currie, VENABLE LLP, 600 Massachusetts Avenue, NW, New York, NY 10020 |
| aty | + | Andrew Kutscher, Quinn Emanuel Urquhart & Sullivan, LLP, 295 Fifth Avenue, New York, NY 10016-7103 |
| aty | + | Anthony P Alden, Quinn Emanuel Urquhart & Sullivan LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017-5003 |
| aty | + | Arie A. Peled, VENABLE LLP, 151 West 42nd St., 48th Floor, New York, NY 10036 UNITED STATES 10036-6563 |
| aty | + | Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899-1150 |
| aty | + | Ashley Rona Chase, WHITE & CASE LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Ashuraey Law, 1325 Avenue of the Americas, 28th Floor, New York, NY 10019, UNITED STATES 10019-6050 |
| aty | | Benjamin S Beller, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Benjamin Zonenshayn, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Brandon M. Hammer, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Brett Bakemeyer, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Brian D. Pfeiffer, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Brian Davidoff, Greenberg Glusker Fields Claman et al., 2049 Century Park East, Suite 2600, Los Angeles, CA 90067-3200 |
| aty | + | Brooke A. Alexander, BOIES SCHILLER FLEXNER LLP, 333 Main Street, Armonk, NY 10504-1812 |
| aty | + | Carlin Metzger, Commodity Futures Trading Commission, 77 West Jackson Blvd., Suite 800, Chicago, Il 60604-3850 |
| aty | + | Carol A. Weiner, Venable LLP, 151 West 42nd St., 48th Floor, New York, NY 10036-6563 |
| aty | + | Casey McGushin, Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, IL 60654-8878 |
| aty | + | Catherine Paige Lohse, BARNES & THORNBURG LLP, 1 N. Wacker Dr. #4400, Chicago, IL 60606-2841 |
| aty | + | Charles M. Jones, II, Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673 |
| aty | + | Christian P. Jensen, Sullivan & Cromwell LLP, 125 Broad St, New York, NY 10004-2498 |
| aty | + | Christopher Boyd, HERBERT SMITH FREEHILLS NEW YORK LLP, 450 Lexington Avenue, New York, NY 10017-3904 |
| aty | + | Christopher P Anton, Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310 |
| aty | + | Christopher R. Harris, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |

| | | |
|---|---|---|
| aty | + | Christopher S Koenig, Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, IL 60654-8878 |
| aty | + | Christopher T. Greco, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Colin T. West, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | D. Cameron Moxley, Brown Rudnick LLP, Seven Times Square, New York, NY 10036-6548 |
| aty | + | Daniel M Pereira, Stradley Ronon Stevens & Young LLP, 2005 Market St, Suite 2600, Philadelphia, PA 19103-7098 |
| aty | + | Daniel P O'Hara, Sullivan & Cromwell LLP, 125 Broad St, New York, NY 10004-2498 |
| aty | + | Daniel Thornburgh, Aylstock, Witkin, Kreis & Overholtz, PLL, 17 East Main Street, Suite 200, Pensacola, FL 32502-5998 |
| aty | + | Daniel W Sack, Latham & Watkins LLP, 200 Clarendon St, Boston, MA 02116-5021 |
| | | David A. Wender, EVERSHEDS SUTHERLAND, 999 Peachtree Street, NE, Suite 2300, Atlanta, GA 30309-3996 |
| aty | + | David Boies, BOIES SCHILLER FLEXNER LLP, 333 Main Street, Armonk, NY 10504-1812 |
| aty | + | David Gerardi, Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100 Newark, NJ 07102-5218 |
| aty | + | David H. Wander, Tarter Krinsky & Drogin LLP, 1350 Broadway, New York, NY 10018-0947 |
| aty | + | Deborah A Reperowitz, Stradley, Ronon, Stevens & Young, LLP, 100 Park Avenue, Suite 2000, New York, NY 10017-5516 |
| aty | + | Dennis O'Donnell, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-0083 |
| aty | #+ | Douglas S. Mintz, SCHULTE ROTH & ZABEL LLP, 555 13th Street, NW, Suite 6W, Washington, DC 20004-1286 |
| aty | + | Eduardo J. Glas, McCarter & English, LLP, 500 E. 83rd St., #9H, New York, NY 10028-7245 |
| aty | + | Eduardo W. Gonzalez, Miami-Dade County, Florida, 111 N.W. First St., Suite 2810, Miami, FL 33128-1930 |
| aty | + | Elie J. Worenklein, Debevoise & Plimpton LLP, 66 Hudson Boulevard, New York, NY 10001-2189 |
| aty | + | Elizabeth A. Rodd, McDermott Will & Emery LLP, 200 Clarendon Street, Boston, MA 02116-5081 |
| aty | + | Elizabeth D. Peters, Gebhardt & Smith LLP, 1000 N. West Street, Suite 1200, Wilmington, DE 19801-1058 |
| aty | + | Elizabeth Helen Jones, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Elizabeth Rodd, MCDERMOTT WILL & EMERY LLP, One Vanderbilt Avenue, New York, NY 10017-3852, UNITED STATES 10017-3978 |
| aty | | Elliott M. Bacon, KATTEN MUCHIN ROSENMAN LLP, 525 West Monroe Street, Chicago, IL 60661-3693 |
| aty | + | Erez Gilad, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Erez Gilad, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | + | Erin E. Broderick, Eversheds Sutherland (US) LLP, 227 West Monroe Street, Suite 600, Chicago, IL 60606-5029 |
| aty | + | Erin Smith, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | | Ethan Trotz, Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, IL 60661-3693 |
| aty | + | F. Maximilian Czernin, Squire Patton Boggs US LLP, 201 E Fourth St. Suite 1900, Cincinnati, OH 45202-4277 |
| aty | + | FTX1 SPV Ltd, Weinberg Zareh Malkin Price LLP, Attention: Adrienne Woods, Esq., 45 Rockefeller Plaza, 20th Floor New York, NY 10111-3193 |
| aty | + | Frank Scardino, Esq., Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton Center, MA 02459-1834 |
| aty | | Frederick E. Schmidt, Jr., Cozen O'Connor, 3 WTC, 175 Greenwich Street, 55th Floor, New York, NY 10007 |
| aty | + | Frederick Hyman, CROWELL & MORING LLP, 590 Madison Ave., New York, NY 10022-2524 |
| aty | + | Gabriel Sasson, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Genesis G. Sanchez Tavarez, Proskauer Rose LLP, One International Place, Boston, MA 02110-2602 |
| aty | + | Heather Christenson, QUINN EMANUEL URQUHART & SULLIVAN, LLP, 295 Fifth Avenue, New York, NY 10016-7103 |
| aty | + | Hilary M Williams, Sullivan &Cromwell LLP, 125 Broad Street, Newyork, NY 10004-2498 |
| aty | | Hyungchan Ko, Park & Rhee, 10th fl, 5, Teheran-ro-4-gil, Gangnam-gu, 06233 Seoul, Korea, Republic of (South.K |
| aty | + | J. Peter Glaws, IV, Carr Maloney PC, 2000 Pennsylvania Ave, St. 8001, Washington, DC 20006-1921 |
| aty | + | Jacob S. Frumkin, Cole Schotz PC, 25 Main Street, Hackensack, NJ 07601-7189 |
| aty | + | James E. Bailey III, Butler Snow LLP, Crescent Center, Suite 500, 6075 Poplar Avenue, PO BOX 171443, Memphis, TN 38187-1443 |
| aty | + | James E. Miller, Miller Shah LLP, 65 Main Street, Chester, CT 06412-1311 |
| aty | + | James L. Bromley, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | James M. McDonald, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | James V. Masella, BALLARD SPAHR LLP, 1675 Broadway, 19th Floor, New York, NY 10019-7759 |
| aty | + | Jason H. Rosell, PACHULSKI STANG ZIEHL & JONES LLP, One Sansome Street, Suite 3430, San Francisco, CA 94104 UNITED STATES 94104-4436 |
| aty | + | Jason N. Zakia, White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606-4418 |
| aty | + | Jason P. Gottlieb, Morrison Cohen LLP, 909 Third Avenue, 27th Floor, New York, NY 10022-4784 |
| aty | + | Jason Zakia, White & Case LLP, 111 S. Wacker Drive, Suite 5100, Chicago, IL 60606-4418 |
| aty | + | Jeffrey A. Weinman, Allen Vellone Wolf Helfrich & Factor, P., 1600 Stout Street, Suite 1900, Denver, CO 80202-3156 |
| aty | + | Jeffrey Bernstein, McElroy Deutsch Mulvaney & Carpenter LLP, 570 Broad Street, Suite 1401, Newark, NJ 07102-4600 |
| aty | + | Jeffrey L. Jonas, Brown Rudnick LLP, 7 Times Square, New York, NY 10036-6548 |
| aty | + | Jeffrey S Price, Manier & Herod, P.C., 1201 Demonbreun Street, Suite 900, Nashville, TN 37203-5078 |
| aty | + | Jeffrey S Torosian, DLA PIPER LLP (US), 444 West Lake Street, Suite 900, Chicago, IL 60606-0089 |
| aty | + | Jeffrey S. Sabin, Venable LLP, 151 West 42nd St., 48th Floor, New York, NY 10036-6563 |
| aty | + | Jessica H Goldman, Sullivan & Cromwell LLP, 8, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | John B Quinn, Quinn Emanuel Urquhart & Sullivan, 865 S Figueroa St, 10th Floor, Los Angeles, CA 90017-5003 |
| aty | + | John C Goodchild, Morgan Lewis & Bockius LLP, 1701 Market St, Philadelphia, PA 19103-2987 |
| aty | + | John D Niemeyer, Latham & Watkins LLP, 12670 High Bluff Dr, San Diego, CA 92130-3086 |
| aty | + | John J. Calandra, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017-3978 |

| | | |
|---|---|---|
| aty | | John T Miraglia, Reed Smith LLP, 1201 N. Market Street, 1500 Suite, Wilmington, DE 19801 |
| aty | + | Jonathan M. Sedlak, Sullivan & Cromwell, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Joseph A. Roselius, DLA Piper LLP (US), 444 West Lake Street, Suite 900, Chicago, IL 60606-0089 |
| aty | + | Joseph M. Kaye, 3250 Mary Street, Suite 202, Continental Plaza, Coconut Grove, FL 33133-5232 |
| aty | + | Joseph P. Sakai, Sakai LLP, 2655 Franklin Street, No. 1, San Francisco, CA 94123-4543 |
| aty | | Joshua Dorchak, Morgan, Lewis & Bockius, LLP, 101 Park Avenue, New York, NY 10178-0060 |
| aty | + | Judith Swartz, Emmet, Marvin & Martin, LLP, 120 Broadway, 32nd Floor, New York, NY 10271-3291 |
| aty | | Justin J. DeCamp, Sullivna & Cromwell, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Justine Young, Quinn Emanuel Urquhart & Sullivan, LLP, 295 Fifth Avenue, New York, NY 10016-7103 |
| aty | + | K. McKenzie Anderson, 51 Madison Avenue, 22nd Floor, New York, NY 10010-1603 |
| aty | + | Keith Kodosky, Lewis Brisbois Bisgaard & Smith LLP, 600 Peachtree NE, Suite 4700, Atlanta, GA 30308-2343 |
| aty | + | Kenneth H. Eckstein, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036-2714 |
| aty | + | Kenneth J. Aulet, Brown Rudnick LLP, Seven Times Square, New York, NY 10036-6548 |
| aty | + | Kenneth Pasquale, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | + | Kevin F Shaw, Lewis Brisbois Bisgaard & Smith, 500 Delaware Avenue, Suite 700, Wilmington, DE 19801-1490 |
| aty | + | Kimberly Black, Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036-6731 |
| aty | + | Kristopher M. Hansen, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | | Laura D. Metzger, Orrick Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019-6142 |
| aty | + | Lawrence J. Gebhardt, Gebhardt & Smith LLP, 1000 N. West Street, Suite 1200, Wilmington, DE 19801-1058 |
| aty | + | Leah Anne O'Farrell, Barnes & Thornburg LLP, One Marina Park Drive, Suite 1530, Boston, MA 02210-2682 |
| aty | + | Leah M Eisenberg, PASHMAN STEIN WALDER HAYDEN, P.C., 21 Main Street, Suite 200, Hackensack, NJ 07601-7054 |
| aty | + | Leonie C. Koch, PAUL HASTINGS LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | + | Loredana B Miranda, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | M. Natasha Labovitz, Debevoise & Plimpton LLP, 66 Hudson Boulevard, New York, NY 10001-2189 |
| aty | + | Marc De Leeuw, SULLIVAN & CROMWELL, LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Marina Lev, Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017-5003 |
| aty | + | Mark D. Sherrill, Sutherland Asbill & Brennan LLP, 1001 Fannin Street, Suite 3700, Houston, TX 77002-6785 |
| aty | + | Mark Franke, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Mark R. Owens, Barnes & Thornburg LLP, 222 Delaware Ave, Suite 1200, Wilmington, DE 19801-1611 |
| aty | + | Mary F. Caloway, PACHULSKI STANG ZIEHL & JONES LLP, One Sansome Street, Suite 3430, San Francisco, CA 94104-4436 |
| aty | + | Matthew A. Lafferman, Dentons, 1900 K Street NW, Washington, DC 20006-1110 |
| aty | + | Matthew A. Sawyer, Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| aty | + | Matthew C. Ziegler, Morgan Lewis & Bockius LLP, 1701 Market St, Philadelphia, PA 19103-2987 |
| aty | + | Matthew R. Pierce, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801-3033 |
| aty | + | Matthew R. Schieck, QUINN EMANUEL URQUHART & SULLIVAN, LLP, 300 West 6th Street, Suite 2010, Austin, TX 78701 UNITED STATES 78701-3901 |
| aty | + | Melissa J. Lee, Manier Herod, P.C., 1201 Demonbreun Street, Suite 900, Nashville, TN 37203-5078 |
| aty | + | Michael C. Godbe, Debevoise & Plimpton LLP, 66 Hudson Boulevard, New York, NY 10001-2189 |
| aty | + | Michael D. Anderson, Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102-3194 |
| aty | + | Michael R. Morano, McElroy, Deutsch, Mulvaney & Carpenter, 1300 Mount Kemble Ave., PO Box 2075, Morristown, NJ 07962-2075 |
| aty | + | Michael S. Winograd, Brown Rudnick LLP, Seven Times Square, New York, NY 10036-6548 |
| aty | | Michael Trentin, Orrick, Herrington &Sutcliffe LLP, 51 West 52nd Street, New York, NY 10019-6142 |
| aty | + | Michael Williams, Kirkland & Ellis LLP, 1301 Pennsylvania Ave., NW, Washington, DC 20004-1701 |
| aty | + | Michele C. Materni, SULLIVAN & CROMWELL, LLP, 125 Broad Street, New York, NY 10004, US 10004-2498 |
| aty | + | Michele L Angell, Westerman Ball Ederer Miller Zucker & Sh, 1201 RXR Plaza, Uniondale, NY 11556-4201 |
| aty | #+ | Minyao Wang, Lewis Brisbois Bisgaard & Smith LLP, 77 Water Street, Suite 2100, New York, NY 10005-4403 |
| aty | + | Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103-2987 |
| aty | + | Nacif Taousse, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | | Nathaniel T DeLoatch, Eversheds Sutherland (US) LLP, 999 Peachtree Street NE, Suite 2300, Atlanta, GA 30309-3996 |
| aty | + | Nicole Friedlander, Sullivan & Cromwell, 125 Broad Street, New York, NY 10004-2498 |
| aty | | Nikolaus F.X. Lutje, Nibelungstr. 84, 80639 Munchen, GERMANY |
| aty | + | Oxana Kozlov, 649 Dunhome Way, Sunnyvale, CA 94087-3403 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, One Sansome Street, Suite 3430, San Francisco, CA 94104-4436 |
| aty | + | Patrick Yarborough, Foster Yarborough PLLC, 917 Franklin Street, Suite 220, Houston, TX 77002-1741 |
| aty | + | Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036-6731 |
| aty | + | Peter A. Ivanick, Eversheds Sutherland (US) LLP, 1114 Avenue of the Americas, New York, NY 10036-7703 |
| aty | + | Peter Behmke, HERBERT SMITH FREEHILLS NEW YORK LLP, 450 Lexington Avenue, New York, NY 10017-3904 |
| aty | + | Philip H. Ehrlich, Eversheds Sutherland (US) LP, 114 Avenue of the Americas, New York, NY 10013-1607 |
| aty | + | Philip Hinson, Lewis Brisbois Bisgaard & Smith LLP, 521 East Morehead Street, Suite 250, Charlotte, NC 28202-2695 |
| aty | + | Phillip S. Pavlick, McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4056 |
| aty | + | Rebekah Presley, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Reuben E. Dizengoff, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| aty | + | Richard D. Anigian, Haynes & Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673 |

| | | |
|---|---|---|
| aty | + | Richard M. Simins, Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 20th Floor, Philadelphia, PA 19103-7505 |
| aty | + | Rick Antonoff, Blank Rome LLP, 1271 Avenue of the Americas, New York, NY 10020-1303 |
| aty | + | Robert B. Wasserman, Commodity Futures Trading Commission, 1155 21st Street NW, Washington, DC 20581-0001 |
| aty | + | Robert Campbell Hillyer, Butler Snow LLP, Crescent Center, Suite 500, 6075 Poplar Avenue, PO BOX 171443 Memphis, TN 38187-1443 |
| aty | + | Samantha Ruppenthal, Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| aty | + | Sarah E. Paul, Eversheds Sutherland (US) LLP, 1114 Avenue of the Americas, New York, NY 10036-7703 |
| aty | + | Sascha Rand, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010-1603 |
| aty | + | Scott C. Williams, Manier & Herod, P.C., 1201 Demonbreun Street, Suite 900, Nashville, TN 37203-5078 |
| aty | + | Sean Shecter, Lewis Brisbois Bisgaard & Smith LLP, 110 SE 6th Street, Suite 2600, Fort Lauderdale, FL 33301-5059 |
| aty | + | Sharon Frase, Boersch & Illovsky LLP, 1611 Telegraph Avenue, Suite 806, Oakland, CA 94612-2147 |
| aty | + | Sharon I. Dwoskin, Brown Rudnick LLP, One Financial Center, Boston, MA 02111-2600 |
| aty | + | Simon Briefel, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Stacy A Lutkus, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017-3978 |
| aty | + | Stanley E. Goldich, PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Stephanie G. Wheeler, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Stephen Ehrenberg, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498, UNITED STATES 10004-2498 |
| aty | + | Steven L. Klepper, Cole Schotz P.C, Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| aty | + | Steven R. Peikin, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | | Steven W. Golden, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 |
| aty | + | Teddy M. Kapur, Pachulski, Stang Ziehl and Jones LLP, 10100 Santa Monica Blvd. #1100, 13th Floor, Los Angeles, CA 90067-4111 |
| aty | + | Teddy M. Kapur, Pachulski, Stang and Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Terri A. Pawelski, Montgomery McCracken Walker & Rhoads, LLP, 1735 Market Street, 20th Floor, Philadelphia, PA 19103-7505 |
| aty | + | Tian Skye Gao, Glenn Agre Bergman & Fuentes, LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + | Tiffany M. Ikeda, LATHAM & WATKINS LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-3104 |
| aty | | Virginia R. Callahan, DLA Piper LLP (US), 650 South Exeter Street, Suite 1100, Baltimore, MD 21202-4576 |
| aty | + | William A. Burck, Quinn Emanuel Urquhart & Sullivan, LLP, 295 Fifth Avenue, New York, NY 10016-7103 |
| aty | + | William A. Burck, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010-1603 |
| aty | + | William D. Dalsen, Proskauer Rose LLP, One International Place, Boston, MA 02110-2742 |
| aty | + | William H. Sears, QUINN EMANUEL URQUHART & SULLIVAN, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017-5003 |
| aty | + | Xochitl S. Strohbehn, VENABLE LLP, 151 West 42nd St., 48th Floor, New York, NY 10036-6563 |
| aty | + | Zachary F. Proulx, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | | (Lando Tech OU) Envoy aka Voy, C/O Lee Tarone Entropy, 62 The Millennia Tower 17th FL, No. 1704-5 Langsuan Lumphini Pathumwan, 10330 Bangkok Thailand |
| cr | + | 3Sigma Capital LLC, George Lazarides, President, 2033 Wichita Ave, Grafton, WI 53024-2823 |
| cr | | Acquisen LLC, PO Box 93510, Dubai, UNITED ARAB EMIRATES |
| cr | + | Adam Bland Valenti, 2344 Howard Rd SW, Roanoke, VA 24015-3902 |
| cr | | Adam Jarlath Jordan, 6 Maolchnoc, Ballymoneen Road, Galway, Ireland - - H91 RY6D |
| intp | | Adrien Herisse, Rheinstr. A29 C, 76275 Ettlingen, Germany |
| cr | + | Ailan Hu, 40428 Citrus Dr, Fremont, CA 94538-3429 |
| intp | | Alan Roy Burden, 1-12-20-802 Akasaka, Minato-ku, Tokyo, Japan 107-0052 |
| cr | | Alejandro Castellanos, Kissimmee, Fl, UNITED STATES OF AMERICA |
| cr | | Alin Florea, 1007-9180 Hemlock Drive, Richmond BC V6Y 4J5, CANADA |
| intp | + | Amanda Houghton, Townsend, DE 19734 |
| cr | + | Amanuel Giorgis, 6624 Samba Ave, Las Vegas, NV 89139-6752 |
| cr | | Amori Hanekom, 101 Alphine Crescent, Pine Creek Estate, Somerset West 7139 western Cape, South Africa |
| cr | | Ana Karina Perez, Dean fune 5525, Lote 21, Barrio Santa Clara, Anexo 2, Dique Lujan 1622 Argentina |
| cr | | Andrea Collini, The Coach House, Pound Lane, Hadleigh, Ipswich 1P7 5EQ United Kingdom |
| cr | | Andrew Chi Kin Poon, Flat 18, 9/F,, Chi ak House, Lung Tak Court, Stanley, Hong Kong |
| cr | | Andrew Poon, Flat 18, 9F,, Chi Tak House, LungTak Court, Stanley, Hong Kong |
| cr | | Andriy Yeroshchenkov, Naд Al Sheba, Meydan South Villas, Villa A2-24, Dubai, AE |
| cr | | Anna Kucheryavykh, 6530 Annie Oakley Dr #122, Henderson, NV 89014-2168 |
| cr | | Anthony Maurin, 14 Rue des acacias, Paris, 75017, FRANCE |
| cr | | Antoine Aymard, 6, rue Chomel, 75007 Paris France |
| cr | + | Antoine Munlin, C/O Jacqueline Munlin, 18400 Algonac St., Detroit, Mi 48234-3832 |
| cr | | Antoine Ribeyre, 10, rue de Civry, 75016 Paris, France |
| cr | | Arkgrow Pte Ltd, 3 Fraser Street #04-23A, Duo Tower, Singapore, 189352 |
| intp | | Aurel Stoicanu, Strada Oancea 18, Bloc 353, Scara B, Apartment 1, Iasi 700352, Romania |
| cr | | Azure Distressed Opportunities Corporation, 4th Floor, Harbour Place, 103 South Chu, CAYMAN ISLANDS |
| cr | | Azure Tide Holdings Pte Ltd, 80 Marine Parade Road #16-09, Singapore, 449269, SINGAPORE |
| cr | + | BC Racing LLC, c/o Pryor Cashman LLP, 7 Times Square, Attn: Daniel Brenner, New York, NY 10036-6569 |
| intp | | Baoliang Shang, Hui Xin Yuan, Wen Shui Road, Liang Shan, Jining, Shandong CHINA |
| intp | + | Bidder #1, c/o McCarter & English, LLP, Attn: Kate R. Buck, Esq., Renaissance Centre, 405 N. King Street, 8th Floor Wilmington, DE |

|     |   |   |
|-----|---|---|
|     |   | 19801-3772 |
| cr  | + | Bijan Mostafavi, 8465 June Lake Dr, San Diego, CA 92119-3103 |
| cr  | + | Bingyu Guo, 1843 Balboa Way, Upland, CA 91784-1526 |
| intp | + | BitGo Trust Company, Inc., C/O Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150 Wilmington, DE 19899-1150 |
| cr  | + | Bluefin Energy, LLC, 41 Madison Avenue, 36th Floor, New York, NY 10010, Attn: Art Duquette, New York, NY 10010 UNITED STATES 10010-2257 |
| cr  |   | Borodko Maksim, Soi Sai Namyen 49/30, Tambon Chalong, Mueng Phuket, 83130, THAILAND |
| intp | + | Braden Leach, 2120 16th St. NW, Apt. 908, Washington, DC 20009-6568 |
| cr  | + | Brandon Piper, 7759 Corte Bianca Ct, Las Vegas, NV 89113, UNITED STATES 89113-4130 |
| intp | + | Brandon Williams, Gebhardt & Smith LLP, 1000 N. West Street, Suite 1200, Wilmington, DE 19801-1058 |
| cr  | + | Brendon Piper, 7759 Corte Bianca Ct, Las Vegas, NV 89113-4130 |
| cr  | + | Brian Meckler, 474 Beloit Avenue, Kensington, CA 94708-1114 |
| cr  | + | Brian Trott, 31 Admirals Way, Chelsea, MA 02150-4002 |
| cr  | + | CC Mutual LLC, ATTN: Richard Johnson, 10458 S Abbot Way, South Jordan, UT 84009-6155 |
| cr  | + | CTC Alternative Strategies, LTD c/o Chicago Tradin, 425 S. Financial Place, 4th Floor, Chicago, IL 60605-1000 |
| cr  |   | Cally Mottishaw, Varlhora House, Treswell Road, South Lev, Retford, Notts, DN220BP,, United Kingdom |
| intp | + | Cavendish Labs Co., 38 Moreland Ave, Lexington, MA 02421-6038 |
| intp | + | Cedram L Coleman, Sr., 675 11th Ave N, Safety Harbor, FL 34695-2925 |
| cr  | + | Cedrum Lavel Coleman, 675 11th Ave., North Safety Harbor, FL 34695-2925 |
| cr  | + | Cedrum Lavel Coleman, Sr, 675 11th Avenue North, Safety Harbor, FL 34695-2925 |
| cr  |   | Celsius Network LLC, The Harley Building, 77-79 New Cavandish Street, London, UNITED KINGDOM |
| intp |   | Cenjun Zhu, Room 8A, Millionaire Garden Building, Estrada De S. Francisco, Macau SAR, China |
| cr  | + | Center for Applied Rationality, c/o McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor Wilmington, DE 19801-3715 |
| cr  | + | Ceratosaurus Investors, L.L.C., c/c Farallon Capital Management, L.L.C., One Maritime Plaza, Suite 2100, San Francisco, CA 94111-3528 |
| cr  | + | Chainalysis Inc., c/o Reich Reich & Reich, P.C., 235 Main Street, Suite 450, White Plains, NY 10601-2421 |
| cr  |   | Chan I Ku, 7F, No. 51, Aly. 2, Ln. 743, Sec. 1, Zhonghua Rd., Zhongli Dist., Taoyuan City 320085, TAIWAN |
| intp |   | Chao Wang, Dexin Community, Tianhe East Road, Tianhe District, Guangzhou, Guangdong, China |
| cr  | + | Charles D'Angelo, 10513 Westcliff Place, Highlands Ranch, CO 80130-6916 |
| intp | + | Charles Mason, CIARDI CIARDI & ASTIN, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| cr  |   | Charter Group Holdings, LTD, PO Box 1657, Suite 212, Second Floor, Block A, Unity House, Victoria, Mahe |
| cr  |   | Chiara Stella Camellini, 44A Churton Street, London SW1V2LP, United Kingdom |
| cr  |   | Ching-Lieh Li, 9F., No. 30, Ln. 69, Beixin Rd., Tamsui Dist., New Taipei City, 251, Taiwan R.O.C. |
| cr  |   | Chintzu Chen, 4F Lane 153, Limbo West St, Taipei City, Taiwan R.O.C. |
| cr  |   | Christian Corlatti, via brembo 19, cremona 26100 Italy |
| cr  | + | Christian J. McGalloway, N5704 Grandview Road, Fond du Lac, WI 54937-7994 |
| cr  |   | Christophe Bussi, 44 bis av moulin Notre-Dame, Bat B Residence Notre-Dame, 84000 Avignon France |
| cr  | + | Christopher D Fay, 5909 Glendower Lane, Plano, TX 75093-4781 |
| cr  | + | Chun Mo Chan, 25 Barrington Dr, Bedford, NH 03110-5601 |
| cr  |   | Circle US Holdings, LLC, Jeremy Gray, 99 High Street, Suite 1701, Boston, MA 02110-2346 |
| crcmch |   | Coincident Capital International, Ltd, c/o Sunil Shah, 1805 N. Carson City St., Suite X-108, Carson City, NV 89701 |
| cr  | + | Coleman E Jackson, 4031 Sudlersville Rd, Clayton, DE 19938-3080 |
| cr  |   | Colin Griffiths, 1102 Impasse du Courbariuex, Saint Caprise d'Eymet, FRANCE |
| cr  | + | Courtney Michelle Star Ward, 4540 Orange Ave, Apt #308, Long Beach, CA 90807-2377 |
| cr  |   | Cristian Duca, Via della perna 16A, 60020 - Polverigi (AN), ITALY |
| cr  |   | Cyril Maurin, 261 Chemin du Mazet, 30129 Redessan, FRANCE |
| cr  | + | DCP Master Investments XVI LLC, 55 Hudson Yards, Suite 29B, New York, NY 10001-2163 |
| cr  |   | Daniel Egbuniwe, Suhrfeldstr 102, 28207 Bremen, GERMANY |
| intp | + | Daniel Pulver, 1107 Holly Ave Apt 6, Arcadia, CA 91007-6973 |
| cr  | + | David Edwards, 591 S. Hillcrest Avenue, Chicago, IL 60126-4147 |
| cr  | + | David Rindlaub, 826 2nd St #403, Santa Monica, CA 90403-1034 |
| cr  |   | David Siu, Estr. de Sete Tanques, 1350, O Pico, Block I, 39 Andar C, Macau, CHINA |
| cr  |   | David Stephen Sun, 142 Joel Terrace, Mount Lawley, Australia 6150 |
| cr  | + | David Watkins, 20 Forty Acres Drive, Wayland, MA 01778-2702 |
| cr  |   | Dejan Kaladjurdjevic, Mariahilfestrasse 99, Wien, 1060, AUSTRIA |
| intp |   | Deliang Lian, Hongyunxingcheng 6zuo 802,, Jiaotong Road, Taijiang Area, Fuzhou, Fujian, China 350002 |
| intp |   | Delong Young, Xiongan New Area Baoding, Hebei, China, 070001 |
| cr  |   | Deng Yuanhao, 163 Youshan Meidi, Jingkou, Zhenjiang, Jiangsu Province CHINA |
| cr  |   | Devin P., Suite 3313, Tower One, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong PEOPLE'S REPUBLIC OF CHINA |
| intp |   | Diandong Gao, Kangning Community, Xinqiao Town, Jiangyin City, Jiangsu Province CHINA |
| cr  |   | Digital Eureka, c/o Campbells Corp. Services Ltd., 4th Floor, Willow House, Cricket Square, Grand Cayman, KY1-9010 CAYMAN ISLANDS |
| cr  |   | Dingdingke Ltd, C/O Xian Yan, 71-75 Shelton Street, Convent Garden, London, United Kingdom WC2H 9JQ |

| | | |
|---|---|---|
| intp | | Dongsheng Li, 2205, G9 Building, Golden Dream, Jinliu Street, Huangpu District, Guangzhou City, Guandong Province, China |
| cr | + | Douglas Scott Richardson, 488 S 910 W, Unit 110, Pleasant Grove, UT 84062-2778 |
| cr | + | Douglass Lorenzen, 1887 Whitney Mesa Dr PMB 6161, Henderson, NV 89014-2069 |
| cr | | EAST WEST TECHNOLOGY VENTURES PTD LTD, 80 ROBINSON ROAD, FLOOR 15, SINGAPORE |
| cr | | Edward Lehman, Lehman, Lee & Xu, Suite 3313, Tower One, Times Square, 1 Matheson Street, Causeway Bay, Hong Kong PRC |
| intp | | Edward Moncada, c/o Waller Lansden Dortch & Davis, LLP, 100 Congress Avenue, l 81h Floor, Attn: Morris D. Weiss Austin, TX 78701 |
| cr | + | Edward Ornelas, 703 FM 1385, Aubrey, TX 76227-8149 |
| cr | #+ | Edward Stiger, 9328 Jerico Drive, McKinney, TX 75072-8850 |
| cr | | Edwin Wijaya, 5 Alan Street, Cammeray, New South Wales, 2062, Australia |
| cr | | Eleftherios Tsiokos, Agiou Nektariou 328, Glyfada, 16562, Athens, Greece |
| intp | | Emergent Fidelity Technologies Ltd., Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's ANTIGUA AND BARBUDA |
| cr | | Emmanuel Fauquet, 8 bis rue Jacques Darr, 31 300 Toulouse, France |
| cr | | Evgeny Kurilenko, Forest Hill Residence 165/237, Townhouse D5, Surat Thani, Koh Samui THAILAND |
| cr | + | FTX Claims SPV LLC, 475 Sansome St., Suite 750, San Francisco, CA 94111-3100 |
| cr | + | FXCL Acquisition LLC, 85 Broad St, 22nd Floor, New York, NY 10004, UNITED STATES 10004-2783 |
| intp | + | Fabio Krishna Ames Windsor-Mountbatten, KC, Fabio Krishna Ames & Company, Inc., 626 Bergen Avenue, Apt. 801, New York, NY 10455-0990 |
| intp | | Faisal Saad Almutairi, Near Al Sukook St - Trade Centre, DIFC- Dubai - United Arab Emirate |
| intp | | Fangda Wan, 3 Nassim Road, Nassim Jade, # 04-02, Singapore 258371 |
| intp | | Fangmin Ye, CHINA |
| cr | | Fatih Arguc, Gomec Sk. No:27, TR-34718, Acibadem, Kadikoy, Istanbul, Turkey |
| intp | | Fatih Turker Arguc, Gomec Sk. No. 27, TR-34718, Acibadem, Kadikoy, Instanbul, Turkey |
| cr | + | Figure Markets Inc., 650 California St, Suite 2700, San Francisco, CA 94108-2608 |
| cr | + | Fire Bouvardia, L.L.C., c/o Crowell & Moring LLP, 389 9th Ave, 44th Floor, New York, NY 10001-1696 |
| br | + | Found Onchain Inc., 409 W Church St, Edna, TX 77957-3521 |
| cr | | Fung Pok Man, Flat A, 6/F, Tower 7, Providence Bay, 5 Fo Chun Road, Tai Po, Hong Kong |
| cr | + | Gabriel Munoz Moreno, 3101 New Mexico Ave NW #538, Washington, DC 20016-5906 |
| intp | | Gabriel Recchia, 92 Union Lane, Cambridge, CB4 1QB, UNITED KINGDOM |
| cr | + | George Sakhel, 3419 Via Lido #615, Newport Beach, CA 92663-3908 |
| cr | | George Zarya, Avinguda De Catalunya 11, Castelldefels, Catalunya 08860 Spain |
| intp | + | Georgia Department of Banking and Finance, 2990 Brandywine Rd. Suite 200, Atlanta, GA 30341-5565 |
| cr | + | Georgian Partners, Inc., c/o Clark Hill PLC, Attn: Kevin H. Morse, 130 E. Randolph Street, Suite 3900 Chicago, IL 60601-6317 |
| cr | | Georgios Karagiannis, 76689 Karlsdorf-Neuthard, 12163 Berlin, Germany, Baden-Wuerttemberg |
| cr | | Gert Heinrich Pistor, Juttastr. 15, 14169 Berlin/ Germany |
| cr | | Giuseppe Santomassimo, Via Sant'Abbondio, Pompei, NA 80045, ITALY |
| cr | | Gonia Chan, 9 Emmanuel Dr, Richmond Hill, Ontario, Canada. L4B 1Y5 |
| cr | + | Green Healthy House, LLC, 9609 S. University Blvd, #631274, Littleton, CO 80163-3049 |
| cr | + | Gregory C Evans, 7020 E County Rd 40, Windsor, CO 80550-2540 |
| cr | | Gregory Declercq, Lange Leestraat 280, 2018 Antwerp, Belgium |
| intp | | Haichuan Shang, Chiba-Ken, Kashiwa-shi, Funato 3-6-81, 277-0802, JAPAN |
| cr | | Haichuan Shang, Funato 3-6-81, Kashiwa, 2770802, JAPAN |
| intp | | Han Liu, 10/2 Sukhumvit 27, Khlong Toey Nuea, Watthana, 10110 Bangkok, Thailand |
| cr | | Haoliang Yang, Wuhan City, CHINA |
| intp | + | Hejie Chen, 2812 Sterne Pl,, Fremont, CA 94555-1426 |
| intp | + | Helen McCarty, 8200 Tillinghast Lane, Gainesville, VA 20155-3819 |
| intp | | Heng Lu, No. 157, Minzuyuan West Road, Chaoyang District, Beijing, China |
| cr | | Hisham Sakr, 980 Seymour St Unit 2006, Vancouver, BC V6B1B5, CANADA |
| br | + | Holly Pond Capital LLC, 6 Oakland Terrace, Darien, CT 06820-5024 |
| cr | | Hong Teck Malcolm Teo, 7 Faber Avenue, Singapore, 129521 |
| cr | + | Honghong Liu, 10117 Windfield Drive, Munster, LN 46321-5110 |
| intp | | Hongliang Ding, 1201, Building 10, 679 Tangqi Road, Baoshan District, Shanghai, 200444 China |
| intp | | Hou Han Yun, Room 301, 67 Building Shiguangsicun, Yangpu District, Shanhai 230000 China |
| cr | | Hu Huaxiang, 17A2, 3rd District, Luban Bldg, Futian District, Shenzhen, Guandong Province, China 518128 |
| intp | + | Huimin Zhong, 2299 Piedmont Ave, Room 767, Berkeley, CA 94720-2392 |
| cr | | Hussein Faraj, NuGenesis Pty Ltd, 94 Railway Rd, Rockdale 2216, 2216 Rockdale AUSTRALIA |
| cr | + | Huy Nguyen, 418 Bamboo Lane Ste A, Los Angeles, CA 90012-1799 |
| cr | | Hyun-Hwa Kim, 401, 52-4 Daehakro-5-gil, Jongno-Gu, Seoul, Korea 03081 |
| cr | | IIya Zusman, Acharon Yosef 13 apt 3, tel Avia Israel 6683540 |
| cr | + | Ikigai Opportunities Master Fund, Ltd., Attn: Taft Stettinius & Hollister, LLP, 27777 Franklin, Suite 2500, Southfield, MI 48034, UNITED STATES 48034-8222 |
| cr | | Ivan George Hesdey Winter, Wielewaalstraat 37-b, 3083KW Rotterdam, The Netherlands, NETHERLANDS |
| cr | #+ | Jack Christopher Lucas, 4930 Santa Monica Ave Apt 5, San Diego, CA 92107-2876 |
| cr | | James Goddard, 12 Springfield Way, Threemilestone, Truro, Cornwall, UK TR3 6BJ, 999999 |

| | | |
|---|---|---|
| cr | + | James McIlvaine, 23822 N Buckhill Rd, Howey In The Hills, FL 34737-4235 |
| cr | | Jannis Paper, Thadenstrabe 48, 22767 Hamburg, Germany |
| cr | + | Jason Spallino, 9036 Terra Verde Trail, Eden Prairie, MN 55347-2198 |
| cr | + | Jean Tripier, 5699 Kalanianahole Highway, Honolulu, HI 96821-2303 |
| intp | | Jean-Claude Roland, 10 rue Vincent d'Indy, 91590 Guigneville-sur-Essone, FRANCE |
| cr | + | Jeff Rancilio, 11740 San Vicente Blvd, Ste 109 PMB 269, Los Angeles, CA 90049-6610 |
| cr | + | Jeffrey Kaufman, 800 S. Harvard Blvd, Apt. 511, Los Angeles, CA 90005, UNITED STATES 90005-4267 |
| cr | | Jerome Carrette, 220 route des desirs, 01540 Saint Julien sur Veyle, France |
| cr | + | Jerry McGuffin, 15721 Dyna St, Corpus Christi, TX 78418-6431 |
| cr | | Jesse Ramkomuth, C4 4/75 Brighton Parade, Southport, QLD, 04215 |
| cr | + | Jessy Abouarab, 4849 NW 108 Path, Doral, FL 33178-4336 |
| cr | | Jia Wen, Southorn Garden 2911, O'Brien 2, WanChai, HONG KONG |
| cr | | Jiang Yuedong, Unit 604, building B3, Times E Park, Building, Hanxi Village Panyu District, Guangzhou, 511490, PEOPLES REPUBLIC OF CHINA |
| intp | | Jianxue Lu, Room 1601, Building 3, 1833 West Zhonghuan Rd, Jiaxing, Zhejiang, 314033 China |
| cr | + | Jing Liang, 21865 N. Orchard Lane, Deer Park, IL 60010-6553 |
| cr | | Jinglin Wang, Grit Capital LLC, 2A, 8 La Vista, Discovery Bay, Hong Kong |
| cr | | John Castellana, 70 Manor Drive, Red Bank, NJ 07701-2465 |
| intp | | Jonas Paasch, 700 Dovercourt Dr, Unit 31 #163, Winnipeg, MB R3Y 1X5 Canada |
| cr | + | Jonathan Perez, 439 South Catalina St, Apt 2, Los Angeles, CA 90020-2454 |
| cr | | Jose Luis Gonzalez Felix, C/ Capellanes 18 1 A Getafe, Madrid, Spain |
| cr | | Joseph Emile, 25, rue de la foret de Buis, 57480, Rettel, France 0033617963174 |
| cr | + | Joseph Hickey, 445 Miller Creek Rd, San Rafael, CA 94903-1317 |
| cr | | Juliette Faith Beng Choo Ngo, c/o 444 Alaska Ave, Suite #CBZ322, Torrance, CA 90503 |
| cr | | Jung-Sook Lee, ongsan GU, Seoul 30114, Seoul Korea - South |
| cr | | Jung-yup Lee, Lawjibsa, 6th Floor, Doowon Building, 20 Banpo-daero 28-gil, Seocho-gu, Seoul REPULIC OF KOREA |
| intp | | Juntao Wang, 705, Building 10, West Chongwe, 518128 Shenzhen City, Guang China Mainland |
| cr | + | KB507 LLC, 10830 SW 69 Ave, Pinecrest, FL 33156-3929 |
| intp | | Kaikai Lin, Guangying Bldg, Shuang Yu Street, Wenzhou City, Zhejiang Province, China |
| intp | + | Keith Pitts, Jr, 141 Fourth St E, #1126, St. Paul, MN 55101-2524 |
| cr | + | Kenneth Dwyer, 5775 Autumn Chase Cir, Sanford, FL 32773-8173 |
| cr | + | Kenneth James Casterlin, 46 Sunrise Circle, Wallingford, CT 06492-3276 |
| cr | + | Keping You, 28A Jalan Lempeng, The Trilinq #29-14, Singapore 128808 |
| cr | | Kevin Bertoldi, Passeggiata dei Castani 20, 39100 Bolzano BZ, ITALY |
| cr | | Koji Takido, Aza Harayashiki, 10-2 Gamo, Miyagino-ku, Sendai, Miyagi, Japan |
| cr | + | Krishna Prasad Rao, 3207 Summerwood Ln, Alpharetta, GA 30005-3790 |
| cr | | Kristian Milne, Engevollen 13b, 8622 Mo I Rana, Norland, 08616, NORWAY |
| intp | | Lana Aleksandra Rynty, Via Lincoln, 35A, 90135 Plalermo, Italy |
| intp | | Lanqi Yu, No. 62, Liangpu East Road, Gaocheng, Shijiazhuang City, Hebei China 052160 |
| cr | | Lap Sun Lam, 2/F, No. 383 Kam Tsin Village, Sheung Shui, N.T., Hong Kong SAR |
| cr | | Lars Kroijer, Dubai Convention Centre Emirates Post, Exhibition Gate, Hall No. 8, World Trade Centre, Dubai, United Arab Emirates |
| cr | + | Lawrence D. Van Dyn Hoven, W4806 Swan Acre Drive, Cecil, WI 54111, UNITED STATES 54111-9413 |
| cr | | Leon M James, 215 Lanella Pkwy, Conyers, GA 30013-5239 |
| intp | | Leonardo Caramia, Chemin Des Mesanges 2, 1212 Lancy (Geneva), Switzerland |
| cr | | Leonardo Patrizi, Via Giosue Carducci, 34, San Benedetto del Tronto (AP) - 63074, ITALY |
| cr | | Lesley Zut, 97-A13 Rijtuigenhof, Amsterdam, 1054 NB, THE NETHERLANDS |
| intp | | Leslie Stuart, PO BOX N1671, Nassau, Bahamas |
| intp | | Li Luo, U702/6 Railway Road, Cheltenham VIC 3192, Australia |
| cr | | Li Qirun, QianHai times Block 3, 518052 Shenzhen GD, China Mainland |
| cr | + | Liam Ellmann, 4575 W. Loch Alpine Dr., Ann Arbor, MI 48103-9081 |
| cr | | Lichi Pai, 4F, No 42, Aly. 2,, Ln. 359 Fujin St., Songshan Dist., Taipei City, TAIWAN |
| cr | | Lidia Favario, 54 Peregrine House, London EC1v7pQ, UNITED KINGDOM |
| cr | + | Lightcone Infrastructure, c/o McCarter & English, LLP, Renaissance Centre, 405 North King Street, 8th Floor Wilmington, DE 19801-3715 |
| cr | + | Lightcone Infrastructure, Inc., c/o McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor Wilmington, DE 19801-3715 |
| cr | + | Lightcone Rose Garden LLC, c/o McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor Wilmington, DE 19801-3715 |
| cr | + | Limarvo Vladyslav, 7620 Glaolstone Dr Apt 303, Naperville, IL 60565-1132 |
| intp | | Lin Lin, People's Republic of China, Tianxin Jiayuan, Huilonggaun East Street, Changping District, Beijing, China |
| cr | | Lin Tung Hao, 6F.' No.5, Aly. 5, Ln. 94 Wenlin. Rd., Beitou Dist., Taipei City 112, Taiwan REPUBLIC OF CHINA |
| intp | | Lingchi Yang, Room 2106, Building 4, Lane 1560,, Changdao Road, Pudong New Area, Shanghai, China, 200129 |
| intp | | Lingjian Kong, Room 2302, Building 5, 1111 Huimin Road, Lucheng District, Wenzhou, Zhejiang 325000 China |
| cr | + | Link Forth Capital Ltd, 1111 Burlington Ave, 309, Lisle, IL 60532-4523 |

| | | |
|---|---|---|
| intp | | Liu Jiaying, Unit F, 28/F, Tower 3, Grand Central, NO 336 Hip Wo Street, Kowloon, Hong Kong CHINA |
| intp | | Liu Zhenxu, 2111 West Gaoke Road, Shanghai 200125, CHINA |
| cr | | Liubomyr Hnatiuk, 80211 Andriyivska Street 9, Rozhaliv Village, Radehivskiy District, Lvivska Region, Ukraine |
| cr | | Luca Parisini, Via G.B. Scanaroli, 112, 41124 Modena, ITALY |
| cr | | Luca Splendi, Via Sant'Antonio, 57, maranello, 41053, Modena, ITALY |
| cr | + | Lucas Brito, 4101 19th Ave S, Apt 104, Fargo, ND 58103-7131 |
| cr | ++ | MOTHANA MAHER HUSSEIN, ATTN IN CARE OF ATTORNEY-IN-FACT, 2562 HYLAN BLVD, STE 61413, STATEN ISLAND NY 10306-8669 address filed with court:, Mothana Maher Hussein, 2562 Hylan Blvd, Suite 61413, Staten Island, NY 10306 |
| cr | + | Ma Yuntao, c/o Laurence S. Kao, Opes Law PC, 1330 Avenue of Americas, Suite 23A, New York, NY 10019-5483 |
| cr | + | Mai Nguyen, 13291 Kelly St, Garden Grove, CA 92844-2033 |
| intp | | Manqiu Cai, Room 1401, Block 6, Lane 299, Shanghua Road, Qinpu District, Shanghai, China, 201720 |
| intp | + | Marc J Ellenby, 7245 SW 138th St, Miami, FL 33158-1277 |
| cr | + | Maria Arantzazu Gomez Madrazo, 1269 DeKalb Avenue, Apt 4A, Brooklyn, NY 11221-8213 |
| cr | | Mariela Elizabeth Silberman Beltramella, Calle San Martin 29, Piso 2 B, Santa Cruz De Tenerife Spain 38001 |
| cr | + | Mashood Alam, 4821 Lankershim Blvd, F1036, North Hollywood, CA 91601-4538 |
| cr | | Mayank Nagle, Qr-2D, Street-3, Sector-8, Bhilai,, Chhattisgarh 490009, INDIA |
| cr | | Melvyn Pard, 2a Hartley Grove, Singapore 457871 |
| cr | + | Mercedes-Benz Grand Prix Limited, c/o Ashby & Geddes, P.A ., 500 Delaware Avenue, 8th Floor, P.O. Box 1150 Wilmington, DE 19899-1150 |
| cr | | Michael Andrew Lusk, Hinter Rotzberg 2, 6372 Ennetmoos, SWITZERLAND |
| cr | + | Michael Judkins, 2415 Pebble Valley Road, Number 18, Waukesha, WI 53188-7504 |
| cr | | Mincheol Kim, Room 703 40 Oncheoncheonnam-ro, Yeonje-gu, Busan Republic of Korea |
| intp | | Ming Zhu, Shang Di Xi Lu8, 4 Hao Lou, Hai Dian Qu, 10008 Beijing China |
| intp | | Mingmim Liu, 201208 Beijing City, China Mainland |
| cr | + | Mitch Port, 1346 Gordon Terrace, Deerfield, IL 60015-4737 |
| intp | + | Moises Montano Ruiz, 226 Mortimer Ln, Marina, CA 93933-3038 |
| cr | | Momentum Trading GmbH, c/o Roman Franz Hemetsberger, Wuehlischstr. 24, 10245 Berlin, GERMANY |
| cr | | Moritz Geisthovel, 20355 Hamburg, GERMANY |
| cr | | NOIA Opportunities SCSp., Nicolas Vassaux, 18 Rue Robert Stumper, L-2557, Luxembourg, Luxembourg |
| cr | + | Natalie Rae Post, 19225 E Crestwood Lane, Otis Orchards, WA 99027-8275 |
| cr | + | Nathaniel Parke, c/o Stradley Ronon Stevens & Young, LLP, 1000 N. West Street, Suite 1200, Wilmington, DE 19801-1058 |
| cr | + | New Jersey Bureau of Securities, 153 Halsey Street, 6th Floor, P.O. Box 47029, Newark, NJ 07102 UNITED STATES 07101-8129 |
| cr | + | Noah Krueger, 514 Mesa Oaks, Leander, TX 78641-4118 |
| intp | | Noah McArthur, 9575 Cobblecreek Dr, Pensacola, FL 32506 |
| cr | | Nok Hing Wan, Flat A, 31/F, Nanchang House, Tsuen Wan Centre, Tsuen Wan NT Hong Kong |
| cr | + | OPY Credit Corp., 85 Broad Street, New York, NY 10004, UNITED STATES 10004-2434 |
| cr | + | Oaktree London Liquid Value Opportunities Fund (VO, 1301 6th Avenue, 34th Floor, New York, NY 10019-6034 |
| cr | + | Oaktree Opportunities Fund XI Holdings (Cayman), L, 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| cr | + | Oaktree Phoenix Investment Fund, L.P., 1301 Avenue ofthe Americas, 34th Fl, New York, NY 10019-6034 |
| crcmch | | Octopus Information Ltd., Attn: Linfeng Dong, OMC Chambers, Wickhams Cay 1,, Road Town, Tortola British Virgin Islands |
| cr | | Olivier Maurin, 261 Chemin du Mazet, 30129 Redessan, FRANCE |
| cr | + | Olympus Peak Trade Claims Opportunities Fund I Non, Attn: Leah Silverman, c/o Olympus Peak Asset Management, 177 West Putnam Ave. Suite 2622-SI, Greenwich, CT 06830-5203 |
| cr | + | Oroboros FTX 1, LLC, 245 Michigan Avenue LG4, Miami, FL 33139-7035 |
| cr | + | PAXTIBI, LLP, Attn. Federico Natali, 221 West 9th Street, Wilmington, DE 19801-1619 |
| cr | | Paul-Henri Chopin, 33 rue du Faubourg Poissonniere, Paris, TX 75009 |
| intp | | Peiyi Li, Room 2304, Unit 2, Building 5, Lakeside Garden Aera C, Nanshan Road, Donggaun, Guangdong Province, China |
| cr | | Peng Huimin, Unit 604, building B3, Times E Park, Building, Hanxi Village Panyu District, Guangzhou, 511490, PEOPLES REPUBLIC OF CHINA |
| intp | + | Peter Lau, CIARDI CIARDI & ASTIN, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| intp | | Petro Rybchak, Konotopska 25, app 13, Lviv, Ukraine, 79057 |
| cr | + | Phoenix TF, LLC, Attn: Jonathan Forsgren, 418 Broadway, Suite R, Albany, NY 12207-2922 |
| cr | | Ping Liu, 1109 Buildl 1, Jiu Xian Qiad LU 26 HAO, Chao Yang QU 100000 Beijing China |
| intp | | Ping Liu, Room 429, Building 10, District 6, Shangdi Dongli, Haidian District, Beijing, China |
| cr | | Priscilla Bastiaans, 5 Alan Street, Cammeray, New South Wales, 2062, AUSTRALIA |
| crcmch | | Pulsar Global Ltd., Unit 903-905, K11 Atelier Victoria Dockside, 18 Salisbury Road, Kowloon, Hong Kong CHINA |
| intp | | Qi Wei, Unit F, 28/F, Tower 3, Grand Central, No.33 Hip Wo Street, Kowloon, Hong Kong, CHINA |
| intp | | QiaoQian Liang, Room 201, 1 Ti, 3 Jie Zuo, Beiqu, Futingyayuan, Shiqi, Panyu, Guangzhou, Guandong, 511450 China |
| intp | | Qin Yi, People's Republic of China, Tianxin Jiayuan, Huilonggaun East Street, Changping District, Beijing, China |
| cr | | Rabindranath Dikshit, Deepsikha Apartment, c/o Manisha Ray, GF1, No3, 2nd Cross, Appauv Nagar, Valakulam,, Pondicherry, 605001 INDIA |
| cr | | Ramiro Dutto Luquez, Av. Cordoba 455 3E, Argentina, Bueno Aires, CABA, 1054 |
| cr | | Raoni Hipolito Da Silva, Eisenbahnstrasse, 39, Freiburg im Breisgau, Baden Warteberg, Germany 79098 |
| cr | + | Raviv M. Jackier, 5911 Brookfield Cir W, Fort Lauderdale, FL 33312-6289 |

| | | |
|---|---|---|
| cr | + | Raymond M. Rogers, 3456 Peninsula Cir, Melbourne, FL 32940-1109 |
| cr | + | Rebodel IRA LLC, 3916 N Potsdam Ave #4946, Sioux Falls, SD 57104-7048 |
| cr | + | Red River Digital Trading LLC, 111 Congress Avenue, Suite 500, Austin, Texas 78701, Email: delfos.machado@redriverdt.com, Austin, TX 78701 UNITED STATES 78701-4076 |
| cr | | Richard Coleman, 8 Wrangle Farm Green, Clevedon North Somerset, BS21 5DR United Kingdom, UK |
| cr | + | Richard E. Vallee, 4940 Jack Frost Road, Mount Charleston, NV 89124-9299 |
| cr | + | Richard G Norwood, 3460 Old Moultrie Rd, St Augustine, FL 32086-5477 |
| ex | + | Robert J. Cleary, Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036-6731 |
| cr | | Rohin Brown, 46 Bardo Road, Newport, NSW, 2106, AUSTRALIA |
| cr | | Romain Francois Marie Goupil, 103 rue des infirmieres, Avignon, 84000, FRANCE |
| cr | | Ronald J Bierer, 127/192 Caroline Chisholm Dr, Winston Hills, NSW 2153, AUSTRALIA |
| intp | | Rong Cai, 385 Hongzhong Road, Minhang District, Shanghai, CHINA |
| cr | + | Ronge Lu, 10117 Windfild Dr, Mienster, IN 46321-5110 |
| cr | + | Ross Mahler, 9911 Hunters Run Dr, Missouri City, TX 77459-5632 |
| cr | + | Rubyann Willis, P.O. Box 348, Tholumze, CA 95379-0348 |
| cr | + | Ryan Andrew Kahan, 5216 26th Ave, W. Bradenton, FL 34209-5624 |
| cr | + | SP Multi Claims Holdings, LLC, 2 Greenwich Plaza, 1st Fl., Greenwich, CT 06830-2747 |
| cr | | SSW Holding GmbH, Am Knick 4, 22113, Oststeinbek, GERMANY |
| cr | | Saeed Kamal, 67 Allbutt St, Kuraby QLD-4112, Australia |
| cr | | Samuel Gunawan, Villa Puncak Krakatau 5, Malang, East Java 65151, Indonesia |
| stkhld | + | Samuel L. Bankman-Fried, c/o Montgomery McCracken Walker & Rhoads, 1105 North Market Street, 15th Floor, Wilmington, DE 19801-1201 |
| cr | + | Samy Ferrenbach, 3238 Hempstead Av, Arcadia, CA 91006-5732 |
| cr | | Sang Yingshuo, P.O. Box 84315, HungHom Bay Post Office, Kowloon, HONG KONG |
| cr | | Sanghun Lee, Traum Infotech Co.LTD, #627 GA-DONG, 54, Changeop-RO, Sujeong-GU, Korea. Republic Of |
| cr | | Sean Xue, 38 Cherry St, Tower 3 42D, Tai Kok Tsui, Hong Kong |
| cr | | Sebastian Chece, Bublitzer StraBe 3, 40599 Dusseldorf, GERMANY |
| intp | | Sen Wang, C1803 Chang An Tai He (Phase 1), Jian Guo Men Nei Da Jie J1A 11, Dong Cheng District, Beijing 1000005 CHINA |
| cr | | Serhan Mark Kohen, Abdi ipekci caddesi Kizilkaya, Apt 59/5 Sisli Istanbul, Turkey 34367, TURKEY |
| cr | | Serla Pepper, 4/582 Old South Head Rd, Rose Bay, Sydney NSW 2029, AUSTRALIA |
| cr | | Seyed Ali Mazlouman, No. 17/1, Malak Abad St 19, Kamal ol Molk Alley 2 / Mashhad, Khorasa, Iran, Postal Code 9186764867 |
| cr | | Shaohua Miao, huliqu, gaolinjuzhuqusanli 11, #Room redacted, Xiamen, Fujian CHINA |
| intp | | Shenglin Wu, Building 15, Dongfang Yueheeyuan, Zhuji City, Shaoxing City, Zhejiang Province,, CHINA |
| intp | + | Shengning Lang, 595 Pavonia Ave, Apt 0911, Jersey City, NJ 07306-3014 |
| cr | + | Shih-Yung Lo, PO Box 100729, Arlington, VA 22210-3729 |
| cr | | Shih-Yung Lo, Max Nice Industrial Limited, 5F, No. 20, LN 272, Xinshu Rd., Xinzhuang Dist., New Taipei City 242065 TAIWAN (R.O.C) |
| cr | | Shirong Wang, Unit 8 250 Dundas Street West, Toronto, Ontario, M5T 2Z5, CANADA |
| intp | | Shu Xiang, No. 416, Zhongshan Street, Sitang Sub-district Office, Sinan County, Tongren City, Guizhou Province, CHINA |
| cr | | Shuai Wang, 11691 Aztec St, Richmond BC V6X 1H9, CANADA |
| intp | + | Silicon Valley Accountants, c/o James E. Huggett, Esq., Margolis Edelstein, 300 Delaware Ave., Ste. 800, Wilmington, DE 19801-1697 |
| cr | + | Silvio Pop, 11 Batt Ln, West Haven, CT 06516-6920 |
| cr | | Simon Eduardo Ale Inostroza, 13 Rue Balichon, Bayonne, 6400, FRANCE |
| cr | | Simon Katz, 63 Sunny Road, Glenhazel, Johannesburg, MA 02192, SOUTH AFRICA |
| cr | | Simone Betteto, Via Bronzino 24, Firenze, 50142, ITALY |
| intp | | Siqing Xu, Convention Plaza Apt., 1, Harbour Rd, Wanchai, Hong Kong, CHINA |
| cr | + | Space Walnut, Ltd., c/o Crowell & Moring LLP, 375 9th Ave, 44th Floor, New York, NY 10001, UNITED STATES 10001-1871 |
| cr | | Stanley Hakze, Jan Doret 14, Willemstad at Curacao |
| intp | | State of Texas, c/o Texas Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| intp | | State of Wisconsin Dep't of Financial Institutions, 17 West Main, P.O. Box 7857, Madison, WI 53707-7857 |
| cr | | Stephen Davies, 17 Torvale Rd, Wightwick, Wolverhampton, England WV6 8NL |
| cr | + | Stephen Gifford, 1391 Martin Road, Hood River, Or 97031-9626 |
| cr | + | StoneX Credit Trading Inc., 230 Park Avenue, 10th Floor, New York, NY 10169-1001 |
| cr | + | Sundae Lynn Knight, 4230 Pincushion St, North Port, FL 34286-5459 |
| cr | | Svalbard II Holdings Limited, c/o Attestor Limited, 7 Seymour Street, London, W1H 7JW, UNITED KINGDOM |
| cr | | Takuya Nagasaka, 50-15 Tutumine, Kawasakiku, Kawasakishi, Kanagawaken, Japan 210-0026 |
| cr | | Takuya Yokoyama, 14-15 Baba-cho, Hyogo-ku, Kobe-shi, Hyogo, Japan 652-0016 |
| cr | + | Teresa Otsuki, 25 Calle La Espalda, San Clemente, CA 92673-7020 |
| intp | | Texas Dept. of Banking, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | | Theia X Limited, 19A Shek O Headland, Shek O, Hong Kong, Hong Kong, HONG KONG |
| cr | + | Thi Nguyen, 2565 W Rome Ave, Anaheim, CA 92804-4019 |
| cr | + | Third Web Capital Management, LLC, 920 Incline Way, Suite 2D, Attn: Brett Lyons, Incline Village, NV 89451-7429 |
| cr | + | Timothy Lee Pitcher II, 3628 W. Kipp Road, Mason, MI 48854-9777 |

| | | |
|---|---|---|
| cr | | Tobias Puellmann, 9 Teltrosweg, Gelsenkirchen, NRW, 45896 |
| intp | + | Tomas Baglietto, 1706 T Street NW, Apartment 205, Washington, DC 20009-7192 |
| cr | | Tomasz Komenda, Felinskiego 103/4, 31-236 Cracow, Poland |
| intp | + | Tony Nguyen, 9113 Tefall CV E, Cordova, TN 38016-9520 |
| cr | + | Tyra Powell, 6 Caspian Ct, Durham, NC 27713-8606 |
| cr | | Ulrich Lindemann, Pro Se Creditor, Hundekehlestr. 11, Berlin,Germany, 14199 |
| cr | | Vanessa Caravello, Via Antonino di Peco 33, Trieste, TS 34148, ITALY |
| cr | | Veno Bojanovsky, 5 Rue de Dalheim, L-5761, Hassel, Weiler-la-Tour, Luxembourg |
| intp | | Victory Ridley Meulengracht Geisler, Oesterbro 33B. 1TH, 9000 Aalborg, Denmark |
| cr | | Viktoriia Khodakivska, Kasteellaan 85, Wijchen, 6602DD, NETHERLANDS |
| intp | | Vilius Urbaitis, Balzio g. 37b-1, Lithuania |
| cr | | Vincenzo Bernardi, St. Bruno Genovesi, 23/2, 56021 Cascina PI, PI, Italy 56021 |
| cr | + | Virgo Nightshade, L.L.C., c/o Crowell & Moring LLP, 389 9th Ave, 44th Floor, New York, NY 10001, UNITED STATES 10001-1696 |
| cr | | Vlad-Alexandru Pleian, Alter Postweg 176e, 26133 Oldenburg, Germany |
| op | + | VonWin Partners, LLC, 80 West 40th Street, 3rd Floor, New York, NY 10018, UNITED STATES 10018-2682 |
| intp | + | WA State Dept of Financial Institutions, Government Compliance & Enforcement, 1125 Washington Street SE, PO Box 40100, Olympia, WA 98504-0100 UNITED STATES 98504-0100 |
| intp | | WEIWEI LI, Qiaosi Street, Linping District,, Hangzhou, Zhejiang, CHINA |
| cr | | Wang Jen Hao, 2F No. 239-3, Jinhua St, Taipei, 108 Taiwan |
| intp | | Wang Shirong, 2706-77 Mutual Street, Toronto, ON M5B 0B9, CANADA |
| cr | | Wang Yali, No. 1102, Building 1, Shuangquan Jia Yuan, Haidian District, Beijing, 100000, China |
| cr | + | Warren Winter, c/o Foster Yarborough, 917 Franklin Street, Suite 220, Houston, TX 77002-1741 |
| intp | | Wei Nan, 21-1-402, Hexiang Street 2, Songzhuang, Tongzhou, Beijing CHINA |
| intp | | Weipeng Zhao, CHINA |
| intp | | Weiwei Ji, 916 Sims Avenue #07-78, Singapore, 408974 |
| cr | | Weng Keong Loke, 600 NORTH BRIDGE ROAD #11-08, PARKVIEW SQUARE, Singapore, 188778, SINGAPORE |
| intp | | Wensong Lin, 180 Foxtail Ridge Newmarket, Ontario, Canada L3X 1Z2 |
| cr | | Win Yin Ko, Room 1205, Hau Chi House Estate, Li Cheng Uk Estate, Kowloon, Hong Kong |
| crcmch | | Wincent Investment Fund PCC Ltd, Attn: Charles Melvin, c/o Wincent Capital Management, Old Police Station, 120B Irish Town Gibraltar, GX11 1AA |
| crcmch | | Wintermute Asia PTE. Ltd, Attn: Legal Department, 24 Ean Kiam Place, Singapore, 429115 |
| cr | + | Wireless Mouse I, LLC, 2120 University Avenue, Berkeley, CA 94704, UNITED STATES 94704-1026 |
| cr | + | Woong Kyu SUNG, Advanced Legal P.C., 258 Steilen Avenue, Ridgewood, NJ 07450-2822 |
| intp | | Wujie Lin, HuiDe Road NO.12, BaiYun District, GuangZhou, CHINA |
| intp | | Xiaochun Liu, Shengbei Road No. 350, Room 21-501, Minhang District, Shanghai, China |
| intp | | Xiaodong Wang, Room 18A-0141, Building 2, Yard 6, Jiuxianqiao Road, Chaoyang District, Beijing, China 100000 |
| cr | + | Xijie Dong, 15 Hodgenville, Irvine, CA 92620-6210 |
| intp | #+ | Xin Huang, 3351 Monroe St Apt 5, Santa Clara, CA 95051-1443 |
| intp | | Xinzhi Du, No. 1703, 8 Building, Guanlan Area, Huashan biguiyuan, Hongshan District, Wuhan City Hubei, 430014 China |
| intp | | Xu Yongqiang, Room 1703, No. 817 Haicang Avenue, Haicang District, Xiamen City, Fujian Province, China |
| intp | | Xufei Bai, Room 601, Building 19, Tongfang Jincheng C Block, 555 North Zhangyang Road, Shanghai China |
| intp | | Xuzhou Yin, Beijing, China |
| intp | | Yan Junyi, Room 1403, Building 18, Shanhu Biguiyuan, Dalingshan Town, Dongguan City, 523000 CHINA |
| intp | | Yang Fan, Building 8, Fuzeyuan District, Chongqing, China Building 8, Fuzeyuan, Chongqing, China |
| cr | | Yang Haoliang, Wuhan City, CHINA |
| intp | | Yaxuan Meng, SiDaLinLu338, DaLain, LiaoNing, CHINA |
| intp | | Ye Shenghong, 3351 Monroe St, Apt 5, Santa Clara, CA 95051-1443 |
| cr | | Yi Lin Liu, No. 63, Ln. 58, Wenlin St., Taiping Dist., Taichung City 411613, Taiwan (R.O.C) |
| intp | | Yi Xu, Jinshi Road, Jingkai District, Wuxi, CHINA |
| intp | | Yicheng Zhong, Apt 107 Number 5588 Sanlugong Road, Minghang District, Shanghai, China |
| intp | | Yong Li, 8038 East Building, 518128 Shenzhen City Guang, China Mainland |
| intp | | Yongjun Wen, 1388 Northmount Drive, NW Calgary, AB T2L0G2 |
| cr | | Yu-Han Cheng, No. 37, LN 1023, Sec. 3, Zhongqing Rd., Daya Dist.,, Taichung City 428, TAIWAN |
| cr | | Yu-Ling Hsia, 9F No. 30 Ln. 69 Beixin Rd. Tamsui Dist, New Taipei City 251, Taiwan (R.O.C.) |
| cr | | YuJung Cheng, No. 37, LN 1023, Sec. 3, Zhongqing Rd., Daya Dist.,, Taichung City 428, TAIWAN |
| intp | | YuRu Jia, WeiHeHuaYuan, HinShui District, ZhengZhou, CHINA |
| cr | | Yuhe Liu, Zhengjiazhuang, Qilihe District Lanzhou, Gansu 730050, CHINA |
| cr | | Yuliia Honchar, Rua Jaime Brasil 104, ap. 13.20, 4350-009 Porto, PORTUGAL |
| intp | | Yumou Wei, K25-01 Yutianxia Sanqi Tianzhu Shunyi Di, Beijing, CHINA |
| cr | | Yurii Maruda, Nauki Avenue 43, Apartment 60, Kyiv, 03028, UKRAINE |
| intp | | ZHENYU LI, Xianlin Subdistrict,, Yuhang District, Hangzhou City,, Zhejiang Province, CHINA |
| crcmch | + | Zachary Bruch, Hunton Andrews Kurth LLP, Attn: Peter S. Partee, Sr.,, Esq., 200 Park Ave, New York, NY 10166-4499 |
| cr | | Zhang Zhou, 9B Tower I, Redhill Peninsula Phase 4, 18 Pak Pat Shan Road, Hong Kong |

| | | |
|---|---|---|
| intp | | Zhenkun Zhao, Bafangxiaoqu D Community, Changsha City; Yuelu District, Hunan province, CHINA |
| intp | | Zhou Lu, 992/91 The Esse Sukhumvit 36, 992 Sukhumvit Rd, Phra Khanong, Bangkok 10110 THAILAND |
| cr | | Zixuan Xu, 15G, Tower One Robinson Place, 70 Robinson Road, Mid-Levels, Hong Kong |
| intp | | Ziyou Xiong, 820 Sixth Avenue, New Westminster, BC, V3M 5V4, CANADA |
| 18642279 | | 00341674, Grzybowska 49, Warsaw, 00-844, Poland |
| 18642278 | | 01577315, Honingboomstraat 15, Leeuwarden, 8924EE, Netherlands |
| 18685716 | + | 117 Partners LLC, 5 Greyhen Lane, Savannah, GA 31411-2827 |
| 18187025 | | 2755451 Ontario Incorporated, c/o Illya Yavorsky, 30 Regina Avenue, North York, Ontario, M6A 1R3 |
| 18945975 | + | 507 Investment Fund LLC, 5 Greyhen Lane, Savannah, GA 31411-2827 |
| 19298538 | + | 508 CLAIMS LLC, 20 Florence St, PO Box #948, Marlborough, MA 01752-0948 |
| 18702647 | | 8 Golden Fish Investments Ltd., 27 Discovery Bay Road, Neo Horizons, Block 2, 25/D, Discovery Bay, Hong Kong |
| 17585826 | | ARBIFUND LIMITED, FU LI DAN MAI XIAO ZHEN D-G37, PANGGEZHUANG DAXING, CHINA |
| 18697691 | | ATLS 5, Ltd., Insurgentes Sur 1722, Mexico City, CDMX 01030, Mexico, Attn: Salomon Betesh |
| 18702758 | | ATLS 5, Ltd., assignee of (Redacted), Insurgentes Sur 1722, Mexico City, CDMX 01030, Mexico, Attn: Salomon Betesh |
| 18758249 | | Aaron Bichler, Rue de lEglise 1, 1950 Sion, Switzerland |
| 18639173 | | Acquisen LLC, PO Box 935190, Dubai, United Arab Emirates, acquisen@pm.me |
| 18946681 | | Acquisen, LLC, assignee of (Redacted), PO Box 935190, Dubai, United Arab Emirates, Email: acquisen@pm.me |
| 18639960 | + | Advanced Legal P.C., Woong Kyu SUNG, 258 Steilen Avenue, Ridgewood, NJ 07450-2822 |
| 19987424 | | Aleksey Smirnov, str Granitnaya 54-3-138, Saint-Petersburg, 195213, Russia |
| 19938807 | | Alexander Chalermklao Wice, 93/172 Sukhumvit Soi 39, DS Tower 2, Bangkok, Thailand 10110 |
| 17585666 | | Alexander Schmacher, Georg Bucher Gasse 9, 9020 Klagenfurt, Austria, Austria, 9020 Klagenfurt, Georg Bucher G |
| 19854228 | + | Altimeter Growth Partners Fund V, L.P., c/o Altimeter Capital Management, LP, One International Place, Suite 4610, Boston, MA 02110, Attention: Chief Financial Officer 02110-2646 |
| 19854227 | + | Altimeter Growth Partners III, L.P., c/o Altimeter Capital Management, LP, One International Place, Suite 4610, Boston, MA 02110, Attention: Chief Financial Officer 02110-2646 |
| 18221985 | | Anicoma Brands Limited, Unit 417-421 Level 4, Cyberport 1, 100 Cyberport Road, Hong Kong |
| 18221986 | | Animoca Brands Limited, Unit 417-421 Level 4, Cyberport 1, 100 Cyberport Road, Hong Kong |
| 19867823 | | Apollo Crypto Market Neutral Fund Ltd., (Formerly Apollo Capital Opportunities F, Level 3, 534 Church Street, Richmond VIC 3121, Australia |
| 18096701 | | Arceau 507 II LLC, 4 Lakeside Drive, Chobham Lakes, Woking, Surrey, United Kingdom, GU248BD |
| 18472141 | + | Arceau 507 II LLC, 245 Michigan Avenue GL4, Miami, FL 33139-7035, Attn: Michael Bottjer |
| 18096700 | | Arceau X LLC, 4 Lakeside Drive, Chobham Lakes, Woking, Surrey, United Kingdom, GU248BD |
| 19824458 | + | Arie Yona Refson, 5401 Collins Avenue, Suite CU-9A, Miami Beach, FL 33140-2590 |
| 19822553 | | Artz Fund Investments Pte Ltd., 60B Orchard Road, #06-18 Tower 2, Singapore 238891 |
| 18289603 | | Astra Partners Company Limited, 42/F, Flat A, Tower 2,, Phase 1, Residence, Bel-Air, 28 Bel-Air Avenue, Island, South, Hong Kong |
| 19019939 | | Azure Distressed Opportunities Corporation, 4th Floor, Harbour Place, 103 South Church Street, Grand Cayman, KY1-1002, Cayman Islands, Attn: Ngeow Wu Tien |
| 18110999 | | Azure Tide Holdings PTE Ltd., 80 MARINE PARADE ROAD #16-09, PARKWAY PARADE, SINGAPORE 449269 |
| 19331774 | + | BC Racing LLC, c/o Pryor Cashman LLP, Attn: Daniel Brenner, 7 Times Square, New York, N.Y. 10036-6569 |
| 18096447 | + | BC Racing, LLC, C/o Juliana Leite, Esq, 950 Brickell Bay Dr #3906, Miami, FL 33131-3958 |
| 18602824 | | BEE CAPITAL BV, Hertendreef 4, 2970 Schilde, BELGIUM |
| 18602823 | | BEN VAN HOOL, Hertendreef 4, 2970 Schilde, BELGIUM |
| 18472754 | + | BFCP IV LLC, 800 Miramonte Dr. Suite 380, Santa Barbara, CA 93109-1419 |
| 18975528 | + | BH Trading, Ltd., 4470 W. Sunset Blvd. Suite 107, PMB 9466, Los Angeles, CA 90027-6309 |
| 19942040 | + | BLOC CLAIMS LLC, 1309 Coffeen Avenue STE 1200, Sheridan, Wyoming 82801, USA, Attention: Viktor Kurako, Email: contact@ftxclaims.com 82801-5777 |
| 19302581 | + | Bar Point Partners, LP, Attn: Jonathan Rankin, PO Box 170008, Boston, MA 02117-0008 |
| 19950442 | + | Barn Owl IV, LLC, 808 W. Hollywood St, Tampa, FL 33604-3936 |
| 18472683 | | Bastien Llewellyn Max Vogt, Stockerstrasse 11, Zurich, 8002, Switzerland |
| 19301571 | + | Benefit Street Partners, L.L.C., 9 West 57th Street, Suite 4920, New York, NY 10019, Attention: Jonathan Farnham Email: j.farnham@benefitstreetpartners.c 10019-061 |
| 18643341 | | Bequant Prime Limited, Santalo 114, Piso 3, Apt. 1A, Barcelona, Spain |
| 19162288 | + | BlockFi International Ltd., M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019-6148 |
| 18658928 | + | BlockTower Capital Partners Master Fund, 1221 Brickell Avenue, Miami, FL 33131-3224 |
| 18772157 | + | BlockTower Gamma Point Master Fund, Ltd., 1221 Brickell Avenue, Miami, Florida 33131-3224 |
| 18110043 | | Blockchain Access UK Ltd., c/o Blockchain.com Group Holdings, Inc.,, 190 Elgin Avenue, George Town,, Grand Cayman, KY1-9008, Cayman Islands |
| 18110044 | | Blockchain.com (Singapore) Pte. Ltd., c/o Blockchain.com Group Holdings, Inc.,, 190 Elgin Avenue, George Town,, Grand Cayman, KY1-9008, Cayman Islands |
| 17585466 | | Blockchainfonds II GmbH & Co. KG, Toelzer Str. 5, 82031 Gruenwald, Germany |
| 18643390 | + | Blockforce Capital Vesper DeFi Growth Fund, c/o Blockforce Capital Management, LLC, 402 West Broadway Suite 920, San Diego, CA 92101-8576 |
| 18222132 | + | Blue Basin Ventures LLC, 3172 N Rainbow Blvd #26642, Las Vegas, NV 89108, ftx@bluebasin.net 89108-4534 |
| 18771988 | + | Bluefin Energy, LLC, c/o Bluefin Companies, 41 Madison Avenue, 36th Floor, New York, NY 10010, Attn: Art Duquette Email: mkole@bfcm.com 10010-2257 |

| | | |
|---|---|---|
| 19310895 | + | Boston Patriot Arlington St LLC, 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| 18703199 | + | Boway Holdings, LLC, 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| 18512730 | | Bozhun Lee, 4F. No. 59 Sec. 2 Wenhua 3rd Rd., Linkou Dist., New Taipei City,, 244017, Taiwan |
| 17822246 | + | Bradford Capital Holdings, LP, P.O. Box 4353, Clifton, NJ 07012-8353 |
| 17583136 | | Burdy Technology Limited, Rooms 05-15,13A/F.,South Tower, World Finance Centre, Harbour City, 17 C, Tsim Sha Tsui, Kowloon, Hong Kong |
| 19914117 | | CCM Opportunity Fund Limited, 1 Fusionopolis Place, #17-10, Galaxis, Singapore 138522 |
| 18888786 | + | CDOF IV Master Fund, L.P., c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732, attn: legal@canyonpartners.com; jpagnam@ |
| 19063045 | | CERATO PARTNERS II GMBH, Am Dorfanger 12, 12529 Schoenefeld, Deutschland, Attn: Gunther Kotz |
| 17585839 | | CHE HUNG LIN, Building B, 24F-3, No.97, Sec.1 Xintai 5, Xizhi Dist, New Taipei City 22175, Taiwan (R.O.C) |
| 18665796 | + | CRCM Institutional Master Fund (BVI), Ltd., Attn: Anh Le, 475 Sansome St, Suite 730, San Francisco, CA 94111-3100 |
| 19862636 | + | CTC Alternative Strategies, Ltd., c/o Chicago Trading Company, 425 S. Financial Place, 4th Floor, Chicago, IL 60605-1000, Attn: CTC Middle Office Operations |
| 18945894 | + | CUSTOMER CODE 00307781, 411 WEST PUTNAM AVE., SUITE 425, GREENWHICH, CT 06830-6263 |
| 18945911 | + | CUSTOMER CODE 03472346, 411 WEST PUTNAM AVE, SUITE 425, GREENWICH, CT 06830-6263 |
| 18971318 | | Calico Capital Ltd., 100 Bishopsgate, London, EC2N 4AG, UK |
| 18698317 | + | Canyon Balanced Master Fund, Ltd., c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Fl., Los Angeles, CA 90067-4732, Attn: James Pagnam and Legal |
| 18822806 | + | Canyon Distressed Opportunity Master Fund III, L.P, c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732 |
| 18682720 | + | Canyon Distressed Opportunity Master Fund III, LP, 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732, Attn: James Pagnam |
| 18945289 | + | Canyon Distressed TX (A) LLC, 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732, Attn: James Pagnam (jpagnam@canyonpartn |
| 18693731 | + | Canyon Distressed TX (A) LLC, c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Fl, Los Angeles, CA 90067-4732, Attn: James Pagnam and Legal |
| 18945290 | + | Canyon Distressed TX (B) LLC, 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732, Attn: James Pagnam (jpagnam@canyonpartn |
| 18693733 | + | Canyon Distressed TX (B) LLC, c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Fl, Los Angeles, CA 90067-4732, Attn: James Pagnam and Legal |
| 18946684 | + | Canyon ESG Master Fund, L.P., c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Fl, Los Angeles, CA 90067-4732, Attn: James Pagnam and Legal |
| 18946907 | + | Canyon IC Credit Master Fund L.P., c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732 |
| 18822807 | + | Canyon NZ-DOF Investing, L.P., 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732 |
| 18667371 | + | Canyon NZ-DOF Investing, L.P., 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732, Attn: James Pagnam |
| 18698320 | + | Canyon Value Realization Fund, L.P., c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Fl., Los Angeles, CA 90067-4732, Attn: James Pagnam and Legal |
| 18946909 | + | Canyon-ASP Fund, L.P., c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732 |
| 18947664 | + | Canyon-AUF Fund, LP, c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Fl, Los Angeles, CA 90067-4732, Attn: James Pagnam and Legal |
| 19347186 | + | Cedar Advance LLC, 25 Robert Pitt Drive Suite 204, Monsey, NY 10952-3366 |
| 19710477 | + | Celestial Technology LLC, 5830 E. 2nd Street, STE 8, Casper, WY 82609-4308 |
| 19474215 | + | Celsius Network Limited, c/o GXD Labs LLC, 7301 SW 57th Ct., Suite 515, Miami, FL 33143-5339, Attn: Pat McKeon |
| 18639097 | + | Ceratosaurus Investors, LLC, One Maritime Plaza, Suite 2100, San Francisco, CA 94111-3511, Attn: Michael Linn |
| 18639962 | | Chan JUNG, 26 Baekjegobun-ro 39-gil,, Songpa-gu, Geumsung Bldg #302, South Korea, Seoul 05609, South Korea |
| 18513860 | | Chandan Hegde, 6 Quiamong Road, Naremburn NSW, 2065, Australia |
| 19046930 | | Charter Group Holdings, LTD, PO BOX 1657, Suite 212, Second Floor, Block A, Unity House, Victoria, Mah Seychelles |
| 17585842 | | Chen Mei-Sha, 2F., No. 122, Sec. 4, Zhongyang N. Rd.,, Beitou Dist., Taipei City , Taiwan (R.O. |
| 18683033 | | Cheng HUA, Unit A, 22F, Gramercy, 38 Caine Road, Mid-Levels, Hong Kong, Hong Kong SAR |
| 18683035 | | Cheng USA, Unit A, 22F, Gramercy, 38 Caine Road, Mid-Levels, Hong Kong, Hong Kong SAR |
| 17585836 | | Chih -Ping Chang, No.5, Fayuan St.,, Yuanlin City, Changhua County, Taiwan |
| 18947235 | | Chingari Holdings Ltd, Attn: Kamal Sain, Jayla Place, 2nd Floor, Road Town, Tortola VG1110, British Virgin Islands |
| 18682862 | | Chua Soon Guan, Block 134 Bedok Reservoir, Road #07-1237, Singapore 470134 |
| 18700368 | + | Circle US Holdings, LLC, 99 High Street, Suite 1701, Boston, MA 02110-2346 |
| 18966820 | + | Claim Confirmation ID # 3265-70-SZHTR-788822412, 411 West Putnam Ave., Suite 425, Greenwich, CT 06830-6263 |
| 19037132 | + | Claim Nexus C I, LLC, 245 Michigan Avenue, Miami, FL 33139-7035, Attn: Louis d'Origny |
| 18512652 | + | Cockenoe Holdings Ltd., c/o Green Key Partners, LP, 530 7th Avenue, Floor M1, New York, NY 10018-4878 |
| 19492611 | + | Coinbase Global, Inc., 248 3rd Street, #434, Oaktree, CA 94607-4375 |
| 18824272 | | Coleman S. Maher, (Address On File) |
| 19149114 | | Coleman S. Maher, assignee of, Name (Redacted), On file with the Debtors (see, e.g.,, Proof of Claim #49496, Confirmation ID, #3265-70-CEUVM-951903150) |
| 18947041 | + | Colormatics, LLC, 823 W 2nd Ave, Spokane, WA 99201-4402 |
| 19630012 | + | Confusion Capital, Inc., 450 Sinclair Street, Reno, NV 89501-2239 |
| 19710478 | + | Curio Financial Technology Inc., 2370 Market Street, STE 103, Box 453, San Francisco, CA 94114-1697 |

| | | |
|---|---|---|
| 18945893 | + | Customer Code 00307781, 411 West Putnam Ave, Suite 425, Greenwich CT 06830-6263 |
| 18974812 | + | Customer Code 00802682, 411 West Putnam Ave, Suite 425, Greenwich, CT 06830-6263 |
| 18974814 | + | Customer Code 00855222, 411 West Putnam Ave, Suite 425, Greenwich, CT 06830-6263 |
| 19063039 | | Customer Code: 03131261, Claim No. 25098, Address on File with Transfer Agent |
| 19047630 | | Customer code 05928220, (Address on file) |
| 19161911 | + | DCP Master Investments XC LLC, 55 Hudson Yards, Suite 29B, New York, NY 10001-2163 |
| 18165350 | + | DCP Master Investments XIV LLC, 55 Hudson Yards, Suite 29B, New York, NY 10001-2163, Attn: S. Rao |
| 18638140 | + | DCP Master Investments XV LLC, 55 Hudson Yards, Suite 29B, New York, NY 10001-2163 |
| 18187737 | + | DCP Master Investments XVI LLLC, 55 Hudson Yards, Suite 20B, New York, NY 10001-2163, Attn: S. Rao |
| 19231111 | + | DCP Tree LP, c/o Diameter Capital Partners LP, 55 Hudson Yards, Suite 29B, New York, NY 10001-2163 |
| 18944572 | + | DJ Bam, LLC, 634 Downer Street, Westfield, NJ 07090 USA, Attn: Sunjay Matthews, sunjay.matthews@gmail.com 07090-4115 |
| 18971183 | + | DOIP II LUXEMBOURG LLC, 2 Greenwich Plaza, Suite 1, Greenwich, CT 06830-2747 |
| 19829059 | + | DRQC LLC, assignee of Name (Redacted), Email: DRQCLLC@gmail.com, 1413 Ave Ponce de Leon, Ste. 400, PMB 2305, San Juan, PR 00907-4023 |
| 19713848 | + | Daniel Friedberg, 13 Twin Peaks Road, Dubois, WY 82513-9772 |
| 18567155 | | Daniel Mitesh Hemal Parekh, 45 Rea Road, Birmingham, B31 2PQ United Kingdom |
| 19824454 | + | Daniel Saks, 5401 Collins Avenue, Suite Cu-9A, Miami Beach, FL 33140-2590 |
| 19893685 | | Daryl Lim, 458 Ang Mo Kio Ave 10, #18-1584, Singapore 560458 |
| 18643444 | + | David Edwards, 591 S. Hillcrest Avenue, Chicago, Illinois 60126-4147 |
| 18639316 | | Deniz KUU, ISTANBUL /SARIYER , Istanbul, 34457,, Turkey |
| 18947299 | | Deniz Kusco, Istambul/Sariyer, Istanbul 34457, Turkey |
| 18639317 | | Deniz Kusco, ISTANBUL /SARIYER , Istanbul, 34457,, Turkey |
| 19162286 | + | Diameter Master Fund LP, c/o Diameter Capital Partners, LP, 55 Hudson Yards, Suite 29B, New York, NY 10001-2163 |
| 18235929 | + | Diamond Family Investments LLC, 109 Elk Avenue, New Rochelle, NY 10804-4214 |
| 19232279 | + | Diamond Family Investments, LLC, Attn: Irv Schlussel, 16690 Collins Ave, #1103, Sunny Isles Beach, FL 33160-5687 |
| 18643446 | | Digital Eureka, c/o Campbells Corp. Services, Ltd., Fl 4, Willow House, Cricket Square, Grand Cayman KY1-9010, Cayman Islands |
| 19913839 | | Dingdingke Ltd, C/O Xianmin Yan, 71-75 Shelton Street, Convent Garden, London, United Kingdom, WC2H 9JQ |
| 18758975 | | Dlocal LLP, 4 King's Beach Walk, London EC4Y 7DL United Kingdom |
| 18293530 | | Dominic Tsang, 33A, 117 Caine Rd,, Central, Hong Kong |
| 18956178 | + | EFRA Digital Assets Inc, 7901 4th St N, Ste 300, St. Petersburg, FL 33702-4399 |
| 17583334 | | ETHEREAL TECH PTE. LTD., 111 North Bridge Road,, #15-01 Peninsula Plaza, Singapore 179098, , |
| 19827490 | | East West Technology Ventures Pte Ltd, 80 Robinson Road, Floor 14, Attn: Binhong Ng, Singapore 068898 |
| 19393608 | | East West Technology Ventures Pte Ltd, 80 Robinson Road, Floor 15, Singapore 068898 |
| 19331646 | | Elliotwave Limited, 22 Stasikratous Street, Suite 102 104, 1065 Nicosia, Cyprus, P.O. Box 23664, 1685 Nicosia, Cyprus |
| 19499530 | | Elliotwave Limited, assignee of Name (Redacted), 22 Stasikratous Street, Suite 102-104, 1065 Nicosia, Cyprus, Attn: Maria Christodoulidou |
| 19149548 | + | F9 Research Market Neutral Fund, LP, 8 W Hamilton Pl, Jersey City, NJ 07302-1608 |
| 18567212 | + | FTX Bidco LLC, 90 Argyle Avenue, New Rochelle, NY 10804-4017 |
| 18472499 | + | FTX Bidco, LLC, 90 Argyle, New Rochelle, NY 10804-4017 |
| 18693937 | + | FTX Claims SPV LLC, 475 Sansome St, Suite 730, San Francisco, CA 94111-3100, Attn: Anh Le |
| 18766686 | + | FTX Claims SPV LLC, Attn: Anh Le, 475 Sansome St., Suite 730, San Francisco, CA 94111-3100 |
| 17585827 | | FTX Trading Ltd., 346 MOO 14 T.HUAISAK A.MUANG, CHIANG RAI THAILAND 57000 |
| 18890415 | | FTXCREDITOR, LLC, 1509 Bent Ave.Cheyenne, WY 82001 |
| 19308831 | + | FXCL Acquisition LLC, 85 Broad St, 22nd Floor, New York, NY 10004-2783 |
| 18888408 | + | Fabian Gerlinghaus, 211 Montcalm St, San Francisco, CA 94110-5327 |
| 18472687 | | Fabien Clerc, Ch. de l Diey, Granges,, 1614, Switzerland |
| 19009622 | + | Federico Natali, 221 W 9th St, Wilmington, DE 19801, paxtibi.xyz@gmail.com 19801-1619 |
| 18667525 | | Federico Natali, P.O. Box number 75719, Dubai, United Arab Emirates |
| 19038009 | + | Figure Markets, Inc., 650 California Street, Suite 2700, San Francisco, California 94108-2608, Attn: Dan Grueter |
| 18703146 | + | Fire Bouvardia, L.L.C., c/o Crowell & Moring LLP, 389 9th Ave, 44th Floor, New York, NY 10001, Attention: Timothy Lin 10001-1696 |
| 18693980 | + | Floating Point Group International LLC, 1 Newark Street, Unit 20A, Hoboken, NJ 07030-5678 |
| 18667120 | | Fondation Elements, c/o De Cerjat Associes, Rue Sautter 29, Case Postale 244, 1205 Geneve Switzerland |
| 17594395 | + | Frederick Chang, RIMON, P.C., 506 2nd Ave., Suite 1400, Seattle, WA 98104-2329 |
| 18944576 | + | GB Solutions, LLC, 112 Forrester Court, Los Gatos, CA 95032, gebough@gmail.com 95032-6530 |
| 19162618 | + | GCM SIG Holdings Nineteen, LLC, c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732, Attn: James Pagnam and Legal |
| 19950373 | + | GRACE SOFTWARE HOLDINGS III, LLC, 1114 Avenue of the Americas, 36th Floor, New York, NY 10036, Attention: Legal Notices Email: legalnotices@insightpartners.com 10036-7703 |
| 19480741 | + | Galaxy Digital LLC, 300 Vesey Street, 13th Floor, New York, NY 10282-1102 |
| 19484856 | | Galaxy Trading Asia Limited, Level 22 Prosperity Tower, No. 39 Queens Road Central, Central, Hong Kong, Attn: Legal & Compliance Email: legal-compliance@galaxydigital.io |
| 19142585 | + | GenesysGo Network Solutions, 2100 N Hwy 360 Ste2007B #203, Grand Prairie, TX 75050-1010 |
| 18604037 | + | Glushon Sports Management, 16255 Ventura Blvd, Suite 950, Encino, CA 91436-2313 |
| 18966302 | + | Goldman Sachs Lending Partners LLC, 200 West Street, New York, New York 10282, Attention: gs-bankruptcyclaims@gs.com |

| | | |
|---|---|---|
| | | 10282-2198 |
| 18890413 | | Grand Teton C I, LLC., 1509 Bent Ave.Cheyenne, WY 82001 |
| 19047457 | | Grand Teton C II, LLC, 1509 Bent Ave.Cheyenne, WY 82001 |
| 19392795 | + | Grand Teton Systems Inc, 1509 Bent Ave., Cheyenne, WY 82001-4310 |
| 19942285 | + | GreenWulf Asset Management, LLC, Attn: Michael Abbate, PO Box 1012, Riverside, CT 06878-8012 |
| 19936942 | + | Guilherme Cherman Perdigao de Oliveira, c/o Pryor Cashman LLP, 7 Times Square, New York, N.Y. 10036-6569, Attn: Daniel Brenner |
| 18745106 | + | HBK Master Fund L.P., c/o HBK Services LLC, 2300 North Field Street, Suite 2200, Dallas, TX 75201-2477 |
| 18658228 | | HXRO Foundation, Attn: Brandt Page, 106 Burnthwaite Road, London SW6 5BG, United Kingdom |
| 18757871 | + | Hain Capital Investors Master Fund, LTD, 301 Route 17 North, Suite 816A, Rutherford, NJ 07070-2575 |
| 19940824 | + | Haixin Ma, 13657 SE 67th Ln, Newcastle, WA 98059-5306 |
| 18693979 | | Haralabos Voulgaris, 11 Boulevard Ibert, 1er Etage CH13,, Monaco, MC 98000 |
| 19062402 | + | Harvest Triumph Investments Limited, c/o Qian Wan, 122 E 42nd Street, RM 4505, New York, NY 10168, alpha.romeo.14916@gmail.com 10168-4596 |
| 19149012 | #+ | Holland & Knight LLP, 524 Grand Regency Blvd, Brandon, FL 33510-3931 |
| 19473400 | | Holland Street Capital Limited, Niddry Lodge, 51 Holland Street, |
| 17585840 | | Hsu Che Chia, No. 11, Aly. 90, Ln. 155, Guo'an St., An, Tainan City 709009 , Taiwan (R.O.C.) |
| 17585861 | | Huang ,Li-Chung, 30E, No.402, Shizheng Rd., Xitun Dist.,, Taichung City, 40757, Taiwan (R.O.C.), Huang ,Li-Chung |
| 18638141 | + | Hudson Bay Claim Fund LLC, c/o Hudson Bay Capital Management LP, 28 Havemeyer Place, 2nd Floor, Greenwich, CT 06830-2624 |
| 19230988 | + | Hudson Bay Special Opportunities Master Fund C LP, c/o Hudson Bay Capital Management LP, 28 Havemeyer Place, 2nd Floor, Greenwich, CT 06830-2624 |
| 19950376 | + | INSIGHT PARTNERS (CAYMAN) XII, L.P., 1114 Avenue of the Americas, 36th Floor, New York, NY 10036, Attention: Legal Notices Email: legalnotices@insightpartners.com 10036-7703 |
| 19950377 | + | INSIGHT PARTNERS (DELAWARE) XII, L.P., 1114 Avenue of the Americas, 36th Floor, New York, NY 10036, Attention: Legal Notices Email: legalnotices@insightpartners.com 10036-7703 |
| 19950378 | + | INSIGHT PARTNERS (EU) XII, S.C.S.P., 1114 Avenue of the Americas, 36th Floor, New York, NY 10036, Attention: Legal Notices Email: legalnotices@insightpartners.com 10036-7703 |
| 19950425 | + | INSIGHT PARTNERS XII (CO-INVESTORS) (B), L.P., 1114 Avenue of the Americas, 36th Floor, New York, NY 10036, Attention: Legal Notices Email: legalnotices@insightpartners.com 10036-7703 |
| 19950426 | + | INSIGHT PARTNERS XII (CO-INVESTORS), L.P., 1114 Avenue of the Americas, 36th Floor, New York, NY 10036, Attention: Legal Notices Email: legalnotices@insightpartners.com 10036-7703 |
| 19950428 | + | INSIGHT PARTNERS XII, L.P., 1114 Avenue of the Americas, 36th Floor, New York, NY 10036, Attention: Legal Notices Email: legalnotices@insightpartners.com 10036-7703 |
| 18697647 | | Ikigai Opportunities Master Fund, Ltd., c/o Campbells Corporate Services Limited, Floor 4, Willow House, Cricket Square, Grand Cayman, KY 1-9010, Cayman Islands Attn: Travis Kling |
| 18639990 | +++ | In Sik JUNG, 12-9, Sucheong 2-gil, Raonville #301, Seonggeo-eup, Seobuk-gu, Cheonan-si, Chungcheongnam-do, 31045, South Korea |
| 18945785 | #+ | Inca Digital, Inc, 255 East Flagler Street #218, Miami, FL 33131-1319 |
| 18165353 | | Invictus Capital Financial Technologies SPC, on behalf its Crypto20 SP, c/o West Bay Global Services Ltd, 67 Fort Street, George Town, Grand Cayman, Cayman Islands |
| 18165351 | | Invictus Capital Financial Technologies SPC, on behalf its Bitcoin Alpha SP, c/o West Bay Global Services Ltd, 67 Fort Street, George Town, Grand Cayman, Cayman Islands |
| 18165357 | | Invictus Capital Financial Technologies SPC, on behalf its Stable Growth SP, c/o West Bay Global Services Ltd, 67 Fort Street, George Town, Grand Cayman, Cayman Islands |
| 18165354 | | Invictus Hyperion, c/o West Bay Global Services Ltd, 67 Fort Street, George Town, Grand Cayman, Cayman Islands, Attention: Casey McDonald |
| 18472725 | | J Digital 6 Cayman Ltd., P.O. Box 309, Ugland House, Grand Cayman KY1-1104, Cayman Islands |
| 19482408 | + | JADOFF SPV 6, LLC, c/o Willoughby Capital Holdings, LLC, 330 Railroad Avenue, Suite 101, Greenwich, CT 06830-6396 |
| 17585831 | | JINGSONG LIU, FU LI DAN MAI XIAO ZHEN D-G37, PANGGEZHUANG DAXING BEIJING, CHINA |
| 19393604 | + | Jared Gross, 2666 Nottingham Road, Bethlehem, PA 18017-3351 |
| 18693978 | | Jerd Phichitkul, No. 249/61, Tela Thonglor, 21st Floor, Sukhumvit Road, Khlong Tan Nuea, Wattana, Bangkok, Thailand 10110 |
| 19310413 | | Jesse Manning Anderson, 51 Eastbourne Avenue, Culburra Beach NSW 2540, Australia |
| 19891531 | + | Jimmy Tito Alvarado Medina, 25 Menahan St, Oak Bluffs, MA 02557-7047 |
| 18694417 | | Jingwen Sun, #08-57, 57 Grange Road, Singapore |
| 19165523 | | Jiri Balun, Karla Svobody 317/23a, 725 27, Ostrava-Plesna, Czech Republic, Attn: Jiri Balun |
| 19009424 | | Jonathan Accelnorm, 250-365 rue Ste-Catherine E, Montreal, Quebec H2X 3X2, Canada |
| 18756442 | | Joshua Doonquah, 28 Millsborough Avenue, Kingston, Jamaica |
| 19939910 | | KestrelX Limited, Walkers Corporate Limited,, 190 Elgin Avenue, Georgetown, Grand Cayman KYi-9009, Cayman Islands |
| 18292159 | + | Kingdon Capital Ventures VII, LLC, c/o Kingdon Capital Management, LLC, 152 W. 57th Street, 50th Floor, New York, NY 10019-3480 |
| 18244818 | | Kosen Labs, 190 Elgin Ave, George Town, Grand, Cayman, KY1-9008,, Cayman Islands |
| 18510939 | | Kratos Studio Limited, OMC Chambers, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands |
| 19298591 | | Kwan Chan, House 6, 36 Plantation Road, The Peak Hong Kong, China |
| 17585832 | | LIN,PO-YU, No. 332, Zhongxing Rd., Guoxing Township, Nantou County 54443 , Taiwan (R.O.C.) |
| 17585718 | | LIU JIAYING, CHIJIN, A01-1 798 Art Zone, Jiuxianqiao, Chaoyang District, Beijing, China, Beijing, China, 100016 |
| 18567154 | | Lance Nicolas Henderson de la Fuente, Edific Pirineus Carreterra Xixerella,, ERTS, AD400, Andorra |
| 19302159 | + | Lantern FTX Holdings, L.L.C., 9 West 57th Street, Suite 4920, New York, NY 10019, Attention Jonathan Farnham Email: j.farnham@benefitstreetpartners.c 10019-061 |
| 19473769 | + | Lantern FTX Holdings, L.L.C., c/o Benefit Street Partners, L.L.C., 100 Federal Street, Floor 22 - BSP, Boston, MA 02110-2055, Attn: |

|  | | |
|---|---|---|
| | | Max Rudenstein |
| 19892523 | + | Lantern FTX Holdings, L.L.C.,, One Madison Avenue, Suite 1600, New York, NY 10010, Attention: Jonathan Farnham, Email: j.farnham@benefitsstreetpartners.c 10010-360 |
| 18666866 | | Lars Erik Wurflinger, Schwenckestr. 103, 20255 Hamburg, Germany |
| 19892376 | | Lars Kroijer, Dubai Convention Centre Emirates Post, Exhibition Gate, Hall No. 8, Dubai, United Arab Emirates |
| 18667122 | + | Lavanda Sands, L.L.C., c/o Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022, Attention: Timothy Lin 10022-2524 |
| 19713954 | + | LayerZero Labs Ltd., Eleven Times Square, New York, NY 10036-6600, Attn: Brian S. Rosen |
| 17585830 | | Lin Chen-Nan, 1F., No. 582, Ruiguang Rd., Neihu Dist.,, Taipei City 114 , Taiwan (R.O.C.) |
| 18667121 | | Liquidity Network Ltd., c/o De Cerjat Associes, Rue Sautter 29, Case Postale 244, 1205 Geneve Switzerland |
| 18823322 | + | Livello Capital Special Opportunities Master Fund, c/o Livello Capital Management LP, 104 W. 40th Street, 19th Floor, New York, NY 10018-3628, Attn: Joseph Salegna |
| 19908794 | | Loke Weng Keong, 600 NORTH BRIDGE ROAD, #11-08,, PARKVIEW SQUARE, SINGAPORE 188778 |
| 19936813 | | Lorenz Christopher Sebastian Buehler, 296/47 Moo 3, Taling Ngam, Koh Samui, Thailand |
| 19713141 | | Lorenzo Corsetti, Piazza della Rocca 11, 01010 Capodimonte Viterbo Italy, Lorenzo.corsetti@outlook.com |
| 18698249 | + | MLB Advanced Media L.P., 1271 Avenue of the Americas, New York, NY 10020-1300, Attn: Lara Pitaro Wisch E-mail: |
| 19508171 | | Manticore Securities AS, 522-999 Canada Place, Vancouver, B.C., Canada, V6C3T4 |
| 18513134 | | Manussawin Yoosathaporn, 88/228 Phutthamonthon Sai 4,, Sam Phran, 73210, Thailand |
| 18947314 | + | Marquette Partners Holdings LLC, 1 East Erie Street, Suite 525-2305, Chicago, IL 60611-2740 |
| 18639315 | | Maximilian Jan Leonard Enthoven, 6 Lacets St. Lon, Monaco,, 98000, Monaco |
| 18680851 | + | Mempool Flying Club Ltd, JET Protocol, Attn: Mike Bombace, 9 1/2 Market Street, Northampton, MA 01060-3295 |
| 18217329 | | Merkle Tree Markets Ltd., c/o Blockchain.com Group Holdings, Inc., 190 Elgin Avenue, George Town, Grand Cayman, KY1-9008 Cayman Islands |
| 18509953 | + | Miami-Dade County, Florida, 111 NW 1st, Floor 22, Miami, FL 33128-1926 |
| 19475604 | | Michael Bacina, c/o Williams Law, P.O. Box 882, Grand Cayman KYI-1103, Cayman Islands |
| 18642743 | | Min Ju KIM, 319-19, Dongtanjiseong-ro, Hwaseong-si,, SK View Park (3rd) #103-101, Gyeonggi-do 18394, South Korea |
| 19906408 | | Min Ju Kim, 103-dong 101-ho, 319-19 Dongtanjiseong-r, Hwaseong-si, Gyeonggi-do, Republic of Korea (South Korea) |
| 19484897 | + | Mirana Corp., c/o Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 19069187 | | Mojito Markets S.A., 401, Building C5, Polo Residence, Al Meydan Dubai, UAE |
| 18289584 | | Mooncolony Limited, Cambridge, United Kingdom |
| 18680667 | | Moonye JEONG, 51, Geumdan-ro 170 Beon-gil, Geumjeong-g, Whayin Jootaek #A9, Busan, 46215 Republic of Korea |
| 18576759 | | Muhammad Hassan Khan, 138/2, 13 Street, Khy-e-Muhafiz, DHA6, Karachi, 75500, Pakistan |
| 18290084 | + | NDE LLC, 150 N. Michigan Ave, Suite 3700, Chicago, IL 60601-7571 |
| 18667765 | | NOIA Opportunities SCSp., 18 Rue Robert Stumper, L-2557, Luxembourg, Luxembourg |
| 18745323 | + | NORTH AMERICA LEAGUE OF LEGENDS, CHAMPIONSHIP SERIES, LLC, Attn: Legal Dept., 12333 W. Olympic Blvd., Los Angeles, CA 90064-1021 |
| 18666437 | | Neor Crypto Volatility Fund Ltd, c/o Neor Technologies Ltd, Suites 7B & 8B, 50 Town Range PO Box 472, Gibraltar GX11 1AA |
| 18510938 | | Nerf Design Inc., Espana, Delta Bank Building, 6th Fl., Ste. 604D, Panama City, Panama |
| 18165358 | | New World Holdings (in Official Liquidation), 2ndFloor, Flagship Building, 142 Seafare, Grand Cayman, Cayman Islands, Attention: Barry Lynch |
| 19298742 | | Neworld One Bay Street Limited d/b/a Margaritavill, Suite 700, Financial Tower, Park Avenue,, Nassau, Bahamas 64291 |
| 18673058 | + | Nexxus Participation Vehicle III LLC, 800 Miramonte Drive, Suite 380, Santa Barbara, CA 93109, Tel#: +1 805-880-4105, Email: tim.babich@nexxus-holdings.com 93109-1419 |
| 19311905 | + | Nikolay Kuznetsov, c/o counsel to Transferee, Sam Ashuraey, Ashuraey Law PLLC, 1325 6th Avenue, 28th Fl New York, NY 10019-6050 |
| 18758167 | | Nikolia Mamut, 13 Wycombe Sq, London, United Kingdom, W8 7JD |
| 18975636 | + | Northway Housing, LLC, 222 Rockaway Turnpike Ste 3, Cedarhurst, NY 11516-1833, Attn: Joshua Shlomowitz |
| 19310531 | + | Northway Housing, LLC, 222 Rockaway Tpke, Ste 3, Cedarhurst, NY 11516-1833 |
| 18758273 | + | OAKTREE OPPORTUNITIES FUND XI HOLDINGS (CAYMAN), L, Attention: Colin McLafferty, 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| 19109243 | + | OPY Credit Corp., 85 Broad Street, New York, NY 10004-2434, Attn: Daniel Silverstein |
| 17585774 | | OU YANG CHIH KUANG, 17F., No.759, Zhongzheng Rd., Zhonghe Di, New Taipei City, Taiwan (R.O.C.), 235602, , |
| 19156326 | + | Oaktree London Liquid Value Opp Fund VOF LP, 1301 6th Avenue, 34th Floor, New York, NY 10019-6034 |
| 19266233 | + | Oaktree London Liquid Value Opportunities, Fund (VOF), L.P., 1301 6th Ave., 34th Floor, New York, NY 10019-6034, Attn: Colin McLafferty |
| 18758186 | + | Oaktree Opportunities Fund XI Holdings (Cayman)LP, 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| 19364996 | + | Oaktree Opps Fund XI Holdings (Delaware), L.P., 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| 19311896 | + | Oaktree Opps XI Holdco, Ltd., 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| 18697662 | + | Oaktree Phoenix Investment Fund, L.P., 1301 Avenue of the Americas, 34th Fl, New York, NY 10019-6034 |
| 18682781 | + | Oaktree Value Opportunities Fund Holdings, L.P., 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| 18947302 | + | Oaktree-Copley Investments, LLC, 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| 18577916 | | Obscuro Limited, 15 Andover Rd, Winchester S023 7BT, United Kingdom |
| 18643068 | + | Olympus Peak Trade Claims Opportunities, Fund 1 Non-ECI Mast LP, c/o Olympus Peak Asset Management LP, 177 West Putnam Ave Suite 2622-S1, Greenwich, CT 06830-5203 |
| 18745335 | + | Olympus Peak Trade Claims Opportunities, Fund I Non-ECI Master LP, c/o Olympus Peak Asset Management LP, 177 West Putnam Ave Suite 2622-S1, Greenwich, CT 06830-5203 |
| 18946271 | + | Olympus Peak Trade Claims Opportunities Fund I Non, c/o Olympus Peak Asset Management, 177 West Putnam Ave. Suite 2622-S1, |

|  |  |  |
|---|---|---|
|  |  | Greenwich, CT 06830-5203 |
| 18680777 | + | Olympus Peak Trade Claims Opportunities Fund I Non, c/o Olympus Peak Asset Management, 177 West Putnam Ave., Suite 2622-S1, Greenwich, CT 06830-5203, Attn: Leah Silverman |
| 18694046 | + | Omakase Fund SPC Ltd., c/o Recharge Capital, 10 East 53rd Street, Suite 1401, New York, NY 10022-5244, Attn: Jasmine Jia |
| 18888412 | + | Omar Kurdi, 1354 Sherman Avenue, Meulo Park, CA 94025-6014 |
| 18824487 | + | Opps CY Holdings, LLC, 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| 18080876 | + | Oracle America, Inc., c/o Amish R. Doshi, Esq., DOSHI LEGAL GROUP, P.C., 1979 Marcus Avenue, Suite 210E, Lake Success, NY 11042-1076 |
| 18512650 | + | Oroboros FTX I, LLC, 245 Michigan Avenue LG4, Miami, FL 33139-7035 |
| 19824389 | + | Oroboros FTX I, LLC, 1509 Bent Ave., Cheyenne, Wyoming 82001-4310, Attn: Louis dOrigny |
| 18667110 |  | Oxygen Vault Limited, Trinity Chambers, PO Box 4301, Road Town, Tortola, British Virgin Islands, Attn: Philippe Mantel |
| 18681011 |  | PARK, Nari, 509-1203, 99, Godeok-ro 80-gil, Gangdong, Seoul 05276, Republic of Korea (South) |
| 19016443 | + | PAXTIBI LLP, 221 West 9th Street, Wilmington, De 19801-1619, Attn: Federico Natali |
| 19474593 |  | PAXTIBI LLP, 27 Old Gloucester Street, London, United Kingdom, WC1N 3AX, Attn: Federico Natali |
| 18945913 | + | POC 3265-70-FWDLE-, 050749811, 411 WEST PUTNAM AVE., SUITE 425, GREENWICH, CT 06830-6263, ATTN: TRADE CLAIMS |
| 18974813 | + | POC Confirmation # 3265-70-EFHKC-273772751, 411 West Putnam Ave, Suite 425, Greenwich, CT 06830-6263 |
| 18974815 | + | POC Confirmation # 3265-70-IOHAA-236300237, 411 West Putnam Ave, Suite 425, Greenwich, CT 06830-6263 |
| 19047109 |  | POC Confirmation # 3265-70-MIJKS- 864828262, POC # 54956 |
| 17585835 |  | Pai Han Kuo, No. 15, Changji St., Datong Dist., Taipei City 103038, Taiwan (R.O.C.) |
| 19893785 | + | Paradigm Fund LP, c/o Paradigm, 548 Market Street, Suite 46425, San Francisco, CA 94104-5401 |
| 19893787 | + | Paradigm Green Fortitudo LP, c/o Paradigm, 548 Market Street, Suite 46425, San Francisco, CA 94104-5401 |
| 19893786 | + | Paradigm One LP, c/o Paradigm, 548 Market Street, Suite 46425, San Francisco, CA 94104-5401 |
| 18667113 |  | Parity Digital AG, c/o DD Immo Service Plus GmbH, Baarerstrasse 75, 6300 Zug, Switzerland Attn: Philippe Mantel |
| 18110046 | + | Park Walk Credit Partners LLC, 1120 S. Capital of Texas Hwy,, Building 1, Suite 120, Austin, TX 78746-6734, Attn: Jesse Hibbard |
| 17585834 |  | Pavlo Zaika, Minquan East Rd., Sec.6, Alley 180, N.6,, Neihu district, Taipei city- 114, Taiwan (R.O.C.) |
| 17585490 | + | Pecunia SPC - sustainliquid SP, PO Box 10649, Suite 114, 1st Floor, Wind, Regatta Business Park, West Bay Road,, Grand Cayman KY1-1006, Cayman Islands, Georgetown, Cayman Islands |
| 18471573 |  | Peninvest Advisors Ltd, Attention: Shayaan Nackvi, 101 New Cavendish Street, 1st Floor S., London, United Kingdom, W1W 6XH |
| 18948864 | + | Phantasm Trading LLC, c/o Cole-Frieman & Mallon LLP, 201 California Street, Suite 350, San Francisco, CA 94111-5038, Attn: Alex Yastremski |
| 18975506 | + | Philadelphia Indemnity Insurance Company, Manier Herod, P.C., Attn: Scott C. Williams, 1201 Demonbreun St., Ste. 900, Nashville, TN 37203-5078 |
| 18289588 | + | Phoenix Digital LLC, 42 W 33rd St, Apt 27B, New York, NY 10001-3372 |
| 18944987 | + | Phoenix TF LLC, 418 Broadway Ste R, Albany, NY 12207-2922, Attn: Jonathan Forsgren |
| 18956381 | + | Phoenix TF LLC, 418 Broadway Ste R, Albany, NY 12207-2922 |
| 19475608 |  | Piper Alderman, Level 23, Governor McQuarie Tower, One Farrer Place, Sydney, NSW 2000, Australia |
| 18513861 | + | Plutus Technologies Philippines Corporation, c/o Plutus Financial Inc., 1000 N. West Street, Suite 1200, Wilmington, DE 19801-1058 |
| 19025373 | + | Pngme, c/o Steptoe LLP, 1114 Avenue of the Americas, New York, NY 10036-7703 |
| 17585688 |  | QI WEI, CHIJIN, A01-1 798 Art Zone, Jiuxianqiao, Chaoyang District, Beijing, China, Beijing, China, 100016 |
| 19936887 |  | QQG Inc., 11703 Annapolis Drive, Rancho Cucamonga, CA 91730-8238 |
| 19482410 | + | QUAD SPV 14, LLC, c/o Willoughby Capital Holdings, LLC, 330 Railroad Avenue, Suite 101, Greenwich, CT 06830-6396 |
| 19482409 | + | QUAD SPV 26 , LLC, c/o Willoughby Capital Holdings, LLC, 330 Railroad Avenue, Suite 101, Greenwich, CT 06830-6396 |
| 18472686 |  | Qiang Xun Xu, Matian Village, Jinpanling Town,, Poyang County, Shangrao City, 333100, China |
| 19162620 | + | RIVER CANYON TOTAL RETURN BOND FUND, c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732, Attn: James Pagnam and Legal |
| 19891530 | + | Rare Isle Co. Inc, 1357 Ave Ashford, STE 2-236, San Juan, PR 00907-1400 |
| 18771992 | + | Red River Digital Trading LLC, 111 Congress Avenue, Suite 500, Austin, Texas 78701, Email: delfos.machado@redriverdt.com 78701-4076 |
| 19713423 |  | Redacted, PO BOX 1657, Suite 212, Second Floor, Block A, Unity House, Victoria, Mah Seychelles |
| 19484855 | + | Redacted - Available on Request, Level 22 Prosperity Tower, No. 39 Queens Road Central, Central, Hong Kong |
| 19480740 | + | Redacted - Available upon request, 300 Vesey Street, 13th Floor, New York, NY 10282-1102 |
| 19492610 |  | Redacted - Customer Code 00152650 - Name on file, 71 Robinson Road, Floor 15, Singapore 068898 |
| 19370440 | + | Redacted - Information available upon request, 1313 North Market Street, Suite 1201, Wilmington, Delaware 19801, Email: Jmartinez@beneschlaw.com 19801-6101 |
| 19485158 | + | Redacted - Name on File, 670 White Plains Rd. - Penthouse, Scarsdale, NY. 10583-5025 |
| 18956177 | + | Redacted / Name on File, 550 S. Hope Street, Ste. 1765, Los Angeles, CA 90071-2669, Attn: Jonathan Serrano |
| 18512651 | + | Redacted / On File, Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199, Attention: Patricia Chen 02199-3600 |
| 19949429 | + | Redacted/On File, Dennis O'Donnell, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10021 dennis.odonnell@us.dlapiper.com 10020-0083 |
| 17585679 |  | Reto Rolf Stiffler, Seestrasse 105, 8700 Ksnacht ZH, Switzerland |
| 18756441 | + | Rohan Pandit, 1509 Ave Ponce de Leon, Apt 1153, Cond Plaza Del Sur 1100, San Juan, PR 00907-1264 |
| 18639318 |  | Romain marie bernard jacques Campredon, 12 rue capitaine dessemond,, Marseille, 13007, France |
| 17627728 | + | Ryan Hamilton, 520 Madison Ave., 6th Floor, New York, NY 10022-4356 |
| 18110300 |  | SHZ Aviation LLC, Attn: Ziki Slav, 3 Columbus Circle, 15th Floor, New York, NY 10019-8720 |

| | | |
|---|---|---|
| 19299196 | + | SHZ Aviation LLC, assignee of Name (Redacted), 3 Columbus Circle, 15th Floor, New York, NY 10019-8720, Attn: Ziki Slav |
| 19683143 | + | SIP SPV I LLC, 37 Greenpoint Avenue, Suite 416 #20, Brooklyn, NY 11222-1545 |
| 19311858 | + | SIP SPV I, LLC, 37 Greenpoint Avenue, Ste. 416 / #20, Brooklyn, New York 11222-1545, Attn: Ezra Serrur |
| 19165698 | + | SLFAQ LLC, 670 White Plains Rd. Penthouse, Scarsdale, NY. 10583-5024 |
| 18672980 | + | SP Multi Claims Holdings, LLC, 2 Greenwich Plaza, First Floor, Greenwich, CT 06830, Attn: Operations, Email: rbeacher@pryorcashman.com 06830-6353 |
| 19231091 | + | SP Multi Claims Holdings, LLC, 2 Greenwich Plaza, Suite 1, Greenwich, CT 06830-2747 |
| 18156988 | + | SPCP Institutional Group, LLC, 2 Greenwich Plaza, 1st Fl., Greenwich, CT 06830-2747, Attn: Operations |
| 18946683 | + | SPCP Luxembourg LLC, 2 Greenwich Plaza, First Floor, Greenwich, CT 06830, Attn: Operations, Email: rbeacher@pryorcashman.com 06830-6353 |
| 19399349 | | SSW Alpha Rock Fund PCC Ltd, 327 Main Street, Gibraltar, GX11 1AA, Attn: Julian Harm, Managing Director, Email: julian.harm@sswgroup.com |
| 19399338 | | SSW Alpha Rock Fund PCC Ltd, Address: On file with Debtors |
| 19399354 | | SSW Holding GmbH, Am Knick 4, 22113 Oststeinbek, Germany, Attn: Thorsten Geier, Finance Director, Email: thorsten.geier@sswgroup.com |
| 19949408 | + | SVF II Tempest (DE) LLC, SVF II Tempest (DE) LLC, c/o SB Investment Advisers (US) Inc., 300 El Camino Real, Menlo Park, CA 94025-5239 |
| 19949353 | + | SVF II Tempest (DE) LLC, c/o SB Investment Advisers (US) Inc., 300 El Camino Real, Menlo Park, CA 94025-5239 |
| 19020540 | | Safe Eagle Holding Limited, Mandar House, 3rd Floor, P. O. Box 2196, Johnson's Ghut Tortola,, British Virgin Islands, Attn: Marco Chen |
| 18639314 | | Sagar Mandal, 77-J Sector 4 Pushp Vihar New Delhi 17 S, New Delhi, 110017, India |
| 19101957 | | Sameer Moolana, Sidra 1, Villa 53, Dubai Hills Estate, Dubai, United Arab Emirates |
| 19370270 | | Sanmeet Bedi, 296 Great West Rd,, Hounslow TW5 0BB, UK, s_bedi@hotmail.co.uk |
| 19913558 | | Schedule # 5985928, Confirmation ID: 3265-70-THACU-389116733 |
| 18639979 | + | Seaport Loan Products LLC, Attn: Jonathan R. Silverman, 360 Madison Avenue, New York, NY 10017-7111 |
| 19867827 | | Sen Xue, 38 Cherry St, Tower 3 42D, Tai Kok Tsui, Hong Kong |
| 18639982 | | Seoung Man Hong, 26 Baekjegobun-ro 39-gil, Songpa-gu, Geumsung Bldg. #302, Seoul 05609, South Korea |
| 19069188 | + | Shadow Lion LLC, 1234 Chestnut Street, Unit 201, Newton, MA 02464-1491 |
| 18567153 | | Shenghui Liu, baoanqu hangchengjiedao huangtianshequ, shenzhen 518100 China |
| 18971322 | + | Sheridan Investment Holdings LLC, c/o The Daley Law Firm LLC, 4845 Pearl East Cir., Ste 101, Boulder, CO 80301, US, (303) 479-3500 darrell@daleylawyers.com 80301-6113 |
| 19370035 | | Shih-Chen Ting, No. 144, Longmen Rd., Sanchong Dist., New Taipei City Taiwan, stanleyding.tw@gmail.com |
| 18694416 | | Shiran Liu, #08-02, 57 Grange Road, Singapore |
| 19302887 | + | Silk Road Network, LLC, 2880w West Oakland Park Boulevard, Oakland Park, FL 33311-1354 |
| 19314211 | + | Silk Road Network, LLC, assignee of, Name (Redacted), 2880w West Oakland Park Boulevard, Oakland Park, FL 33311-1354 |
| 18758300 | | Simon Michael Mayer, Bauerstr. 26, 80796 Munich, Germany |
| 18948516 | | Socios Technologies AG, Gubelstrasse 11, ZUG, 6300, Switzerland |
| 19854226 | + | Space Walnut, Ltd., c/o Crowell & Moring LLP, 375 9th Ave, 44th Floor, New York, NY 10001, Attention: Timothy Lin 10001-1871 |
| 18513560 | | Stanislaw Jakub Winiewski, Plocka 77, Plonsk 09-100, Poland |
| 18513557 | | Stanislaw Jakub Winiewski, Pocka 77, Posk, 09-100, Poland |
| 19149944 | + | Stephen Joseph Paul Jr., 35542 Cypress Point TRL, Millville, DE 19967, stephen.joseph.paul@gmail.com 19967-6824 |
| 18244800 | | Svalbard Holdings Limited, c/o Attestor Limited, 7 Seymour St, W1H 7JW, London, United Kingdom |
| 19309760 | | Svalbard II Holdings Limited, c/o Attestor Limited, 7 Seymour Street, W1H 7JW, London, United Kingdom |
| 18658931 | | Svalboard Holdings Limited, Attestor Value Master Fund LP, c/o Attestor Limited, 7 Seymour Street, W1H 7JW, London, United Kingdom |
| 18642276 | | Swissblock Capital AG, Neuhofstrasse 22, 6340 Baar, Switzerland |
| 19827491 | + | THREE AMIGOS TECHNOLOGY HOLDINGS LLC, Attn: Brett Lyons, 920 Incline Way, Suite 2D, Incline Village, NV 89451-7429 |
| 18758316 | | TRADEBAIT DMCC, Unit No: 361 DMCC Business Centre, Level No 1 Jewellery & Gemplex 3, Dubai, United Arab Emirates |
| 19400270 | + | Tawnee Mccluskey, 1059 South 50 East, Kouts, IN. 46347-9717 |
| 18697680 | | Terrapin International Foundation, Attn: Hugh Karp, Duplex No. 6 Obarrio, Calle 61, Panama |
| 19479928 | + | Tesseract Group Oy, Goodwin Proctor LLP, 620 Eighth Avenue, New York, NY 10018-1618, Attn: Kizzy L Jarashow, Esq. |
| 18945292 | + | The Canyon Value Realization Master Fund, L.P., 2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4732, Attn: James Pagnam (jpagnam@canyonpartn |
| 18693735 | | The Canyon Value Realization Master Fund, L.P., c/o Canyon Capital Advisors LLC, 2000 Avenue of the Stars, 11th Fl, Los Angeles, CA 90067-4732, Attn: James Pagnam and Legal |
| 19332113 | | Theia X Limited, 19A Shek O Headland, Shek O, Hong Kong |
| 18698247 | + | Third Web Capital Management, LLC, Attn: Brett Lyons, 920 Incline Way, Suite 2D, Incline Village, NV 89451-7429 |
| 19854230 | + | Thoma Bravo Growth Fund A, L.P., c/o Thoma Bravo, LP, 110 N. Wacker Drive, 32nd Floor, Chicago, IL 60606-1579, Attn: Scott Conquest, Adam McIntosh |
| 19854229 | + | Thoma Bravo Growth Fund, L.P., c/o Thoma Bravo, LP, 110 N. Wacker Drive, 32nd Floor, Chicago, IL 60606-1579, Attn: Scott Conquest, Adam McIntosh |
| 18576760 | | Timothy Benjamin Gerritsen, bloemerstraat 64, nijmegen, 6511el, Netherlands |
| 19484944 | + | Timothy Bentley, 3807 cetus drive, sparks, nv 89436-7338 |
| 18566484 | + | Tomas Baglietto, 1706 T Street NW, Apt 205, Washington DC 20009-7192 |
| 18658227 | | Tower Square Capital Limited, Attn: Jaimin Ma, Trinity Chambers, P.O. Box 4301, Road Town, Tortola, British Virgin Islands |
| 18291893 | | Treschow-Fritze AS, Sanden 1, 3264 Larvik, Norway |

| | | |
|---|---|---|
| 18823331 | + | Trup Recovery LLC, c/o Riva Ridge Capital Management LP, Attn: Stephen Golden, 55 Fifth Avenue, 18th Floor, New York, New York 10003-4301 |
| 19942386 | | Tyr Capital Multi Strategy Fund Ltd as, Transferee of Name on File, Address on File |
| 19475945 | | Tyr Capital Multi Strategy Fund, Ltd., Nick Norris, Tyr Capital Partners Sarl, Rue de Lausanne 15, 1201 Geneva, Switzerland |
| 18664881 | + | Uluwatu Research LLC, 1511 Ave. Ponce De Leon Apt. 186, San Juan, PR 00909-5009 |
| 19391878 | | VOLODYMYR TSYMBALIUK, 98 Natalii Uzhvii str., apt 76, Kharkiv, Ukraine 61195 |
| 18944616 | + | VegaX Holdings, Inc., 276 Fifth Ave Ste 704, PMB 169, New York NY, 10001, sang@vegaxholdings.com 10001-4527 |
| 19162802 | | Virgo Nightshade, L.L.C., 389 9th Ave, 44th Fl, New York, NY 10001 |
| 19298744 | + | VonWin Trust, LP, 80 West 40th Street, 3rd Floor, New York, NY 10018-2682 |
| 19392933 | + | WAGMI CLAIMS LLC, 1309 Coffeen Avenue STE 1200, Sheridan, WY 82801, Attention: Viktor Kurako, Email: wagmiclaimscontact@gmail.com 82801-5777 |
| 19482407 | + | WCHS SPV 6, LLC, c/o Willoughby Capital Holdings, LLC, 330 Railroad Avenue, Suite 101, Greenwich, CT 06830-6396 |
| 19309462 | | WEI QIANG, 38 Cherry St, Tower 3 42D, Tai Kok Tsui, Hong Kong |
| 18667749 | | WSC Digital Liquid Master Fund Limited, Trident Chambers, P.O. BOX 146, Tortola, VG1110, Road Town British Virgin Islands |
| 17585825 | | WU MENGTSANG, 6F., No. 108, Jingwen St., Renwu Dist.,, Kaohsiung City 814 , Taiwan (R.O.C.), Kaohsiung City 814 , Taiwan (R.O.C.) |
| 17585843 | | Wang Qi, 76 Longhai Road, Qingdao City,, Shandong Province, China, China, 76Longhai Road,QingdaoCity,Shandong Prov |
| 19310534 | | Wang Xiaqing), , ,, 333100, China |
| 18639260 | | Werner Riekert, 3 Trek rd, Cape Town, 8001, South Africa |
| 18512731 | | Wilson Domiciano de Jesus Morais, Rua rio farias 38,, So Paulo , 03813370, Brazil |
| 18693827 | + | Wireless Mouse I, LLC, 2120 University Avenue, Berkeley, CA 94704-1026, Attn: Lingtong Sun |
| 18823177 | + | Wireless Mouse I, LLC, 2120 University Avenue, #607, Berkeley, CA 94704-1026 |
| 18946304 | + | Xclaim Capital Holdings, LLC, 2261 Market STE 4385, San Francisco, CA 94114, Attn: Matthew Sedigh, tradesupport@x-claim.com 94114-1612 |
| 17585838 | | Yen Chen Yu, 4F., No. 31, Shanxi 4th St., North Dist., Taichung City 404038 , Taiwan (R.O.C.) |
| 17585837 | | Yu-Yen Lin, No.5, Fayuan St.,, Yuanlin City, Changhua County, Taiwan |
| 19913892 | + | Yufu Ma, 43227 Kimberly Anne Ct, Ashburn, VA 20147-3124 |
| 19161910 | + | Zachary Bruch, 3238 Emathla Street, Miami, FL 33133-3229 |
| 17585684 | | Zealot (BVI) Limited, CHIJIN, A01-1 798 Art Zone, Jiuxianqiao, Chaoyang District, Beijing, China, Beijing, China, 100016 |
| 18512729 | | Zhiting Li, Baitangjingyuan 1#,, Suzhou Industrial Park,, Suzhou, 215000,, China |
| 18513133 | | jindong lv, Guanchong Village, Qinghu Town,, Luchuan, 523905, China |

TOTAL: 985

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: carolinediaz@paulhastings.com | Feb 25 2026 20:14:00 | Caroline Diaz, PAUL HASTINGS LLP, 200 Park Avenue, NEW YORK, NY 10166 |
| aty | + | Email/Text: Bankruptcy@mccarter.com | Feb 25 2026 20:14:00 | Phillip S. Pavlick, McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4056 |
| cr | + | Email/Text: kwillis@barclaydamon.com | Feb 25 2026 20:14:00 | Acheron PTE. Ltd, c/o Barclay Damon LLP, Attn: Jeffrey A. Dove, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| cr | | Email/Text: rminkoff@cedargladecapital.com | Feb 25 2026 20:13:00 | Cedar Glade LP, Attn Robert Minkoff, 600 Madison Ave., 17th Fl, New York, NY 10022 |
| cr | + | Email/Text: ahochheiser@mauricewutscher.com | Feb 25 2026 20:14:00 | Cedar Advance LLC, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| br | + | Email/Text: vjel@cherokeeacq.com | Feb 25 2026 20:14:00 | Cherokee Acquisition, 1384 Broadway, Suite 906, New York, NY 10018-6146 |
| br | + | Email/Text: vjel@cherokeeacq.com | Feb 25 2026 20:14:00 | Cherokee Acquisitions, 1384 Broadway, Suite 906, New York, NY 10018-6146 |
| cr | + | Email/Text: lemaster@slollp.com | Feb 25 2026 20:13:00 | Cloudflare, Inc., c/o Streusand, Landon, Ozburn & Lemmon, 1801 S Mopac Expressway, Suite 320, Austin, TX 78746-9817 |
| intp | + | Email/Text: secretary@cftc.gov | Feb 25 2026 20:14:00 | Commodity Futures Trading Commission, 1155 21st Street NW, Washington, DC 20036-3308 |
| cr | + | Email/Text: secretary@cftc.gov | | |

District/off: 0311-1
Date Rcvd: Feb 25, 2026

User: admin
Form ID: pdfjo

Page 19 of 103
Total Noticed: 1021

| | | | Feb 25 2026 20:14:00 | Commodity Futures Trading Commission, 1155 21st Street NW, Washington, DC, DC 20581-0001 |
|---|---|---|---|---|
| cr | + | Email/Text: arapoport@haincapital.com | | |
| | | | Feb 25 2026 20:14:00 | Hain Capital Group, 301 Route 17 North, Suite 816A, Rutherford, NJ 07070, UNITED STATES 07070-2575 |
| cr | + | Email/Text: jkane@jefferies.com | | |
| | | | Feb 25 2026 20:14:00 | Jefferies Leveraged Credit Products, LLC, c/o Jefferies LLC, 520 Madison Avenue, Third Floor, New York, NY 10022-4213 |
| cr | | Email/Text: mothanahussein@gmail.com | | |
| | | | Feb 25 2026 20:14:00 | Mothana Maher Hussein, 2562 Hylan Blvd, Suite 61413, Staten Island, NY 10306 |
| cr | ^ | MEBN | | |
| | | | Feb 25 2026 20:13:31 | Massachusetts Department of Revenue, Litigation Bureau, 100 Cambridge Street, PO Box 9565, Boston, MA 02114-9565 |
| cr | | Email/Text: mdor.bkysec@state.mn.us | | |
| | | | Feb 25 2026 20:13:00 | Minnesota Department of Revenue Taxes, Minnesota Revenue, P.O. Box 64447 - BKY, St. Paul, MN 55164-0447 |
| cr | + | Email/Text: BANKRUPTCY@DOR.MS.GOV | | |
| | | | Feb 25 2026 20:14:00 | Mississippi Department of Revenue, Bankruptcy Section, PO Box 22828, Jackson, MS 39225-2828 |
| cr | + | Email/Text: ecfnotices@dor.mo.gov | | |
| | | | Feb 25 2026 20:13:00 | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, Jefferson City, MO 65105-0475 |
| cr | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | | Feb 25 2026 20:14:00 | New York State Department of Taxation and Finance, Collection and Civil Enforcement Div., Bankruptcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| cr | + | Email/Text: schristianson@buchalter.com | | |
| | | | Feb 25 2026 20:13:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | + | Email/Text: CreditNotices@contrariancapital.com | | |
| | | | Feb 25 2026 20:13:00 | Philip Bonello, C/O CONTRARIAN FUNDS, LLC, 411 WEST PUTNAM AVE., SUITE 425, Greenwich, CT 06830-6263 |
| intp | ^ | MEBN | | |
| | | | Feb 25 2026 20:13:44 | State of Texas, c/o Texas Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| intp | + | Email/Text: tross@trcmllc.com | | |
| | | | Feb 25 2026 20:14:00 | TR Capital Management, LLC, PO Box 633, Woodmere, NY 11598-0633 |
| intp | | Email/Text: bcd@oag.texas.gov | | |
| | | | Feb 25 2026 20:14:00 | Texas State Securities Board, c/o Texas Attorney General, Bankruptcy & Collections Division, P.O. Box 12548 MC 008, Austin, TX 78711-2548 |
| intp | + | Email/Text: secbankruptcy@sec.gov | | |
| | | | Feb 25 2026 20:14:00 | U.S. Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549-2001 |
| br | ^ | MEBN | | |
| | | | Feb 25 2026 20:13:23 | XCLAIM Inc., Xclaim, 2261 Market Street #4385, San Francisco, CA 94114-1612 |
| 19347185 | + | Email/Text: ahochheiser@mauricewutscher.com | | |
| | | | Feb 25 2026 20:14:00 | Arie Yona Refson, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 17627729 | | Email/Text: rminkoff@cedargladecapital.com | | |
| | | | Feb 25 2026 20:13:00 | Cedar Glade LP, 600 Madison Ave., 17th Floor, New York, NY 10022 |
| 18166533 | | Email/Text: CreditNotices@contrariancapital.com | | |
| | | | Feb 25 2026 20:13:00 | CONTRARIAN FUNDS, LLC, 411 WEST PUTNAM AVE., SUITE 425, GREENWICH, CT 06830 |
| 18082365 | + | Email/Text: vjel@cherokeeacq.com | | |
| | | | Feb 25 2026 20:14:00 | Cherokee Acquisition, 1384 Broadway, Suite 906, New York, NY 10018-6146, Attn: Vladimir Jelisavcic |
| 17628018 | + | Email/Text: vjel@cherokeeacq.com | | |
| | | | Feb 25 2026 20:14:00 | Cherokee Debt Acquisition, LLC, 1384 Broadway, Suite 906, New York, NY 10018-6146, Attn: Vladimir Jelisavcic |

| 19347184 | + Email/Text: ahochheiser@mauricewutscher.com | | |
|---|---|---|---|
| | | Feb 25 2026 20:14:00 | Daniel Saks, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 18642767 | + Email/Text: lguido@willkie.com | | |
| | | Feb 25 2026 20:14:00 | FC Cayman A, L.L.C., c/o Willkie Farr & Gallagher LLP, Attn: Joseph G. Minias, Esq., 787 Seventh Avenue, New York, New York 10019-6099 |
| 17594394 | Email/Text: jacquelyn.choi@rimonlaw.com | | |
| | | Feb 25 2026 20:13:00 | Jacquelyn H. Choi, RIMON, P.C., 2029 Century Park East, Suite 400N, Los Angeles, CA 90067 |
| 17601599 | + Email/Text: schristianson@buchalter.com | | |
| | | Feb 25 2026 20:13:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 18639456 | + Email/Text: CreditNotices@contrariancapital.com | | |
| | | Feb 25 2026 20:13:00 | PHILIP BONELLO, C/O CONTRARIAN FUNDS, LLC, 411 WEST PUTNAM AVE., SUITE 425, GREENWICH, CT 06830-6263, ATTN: TRADE CLAIMS |
| 18156987 | + Email/Text: creditadmin@silverpointcapital.com | | |
| | | Feb 25 2026 20:14:00 | SPCP Group, LLC, 2 Greenwich Plaza, 1st Fl., Greenwich, CT 06830-2747, Attn: Operations |
| 17600697 | + Email/Text: AGBankAGO@ag.tn.gov | | |
| | | Feb 25 2026 20:14:00 | TN Dept of Financial Institutions, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 18946305 | + Email/Text: tross@trcmllc.com | | |
| | | Feb 25 2026 20:14:00 | TRC Master Fund LLC, PO Box 633, Woodmere, NY 11598, Attn: Terrel Ross, Email: tross@trcmllc.com 11598-0633 |
| 19906407 | + Email/Text: tross@trcmllc.com | | |
| | | Feb 25 2026 20:14:00 | TRC Master Fund LLC, PO Box 633, Woodmere, NY 11598-0633 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Annie Kubic, Westerman Ball |
| aty | | Illinois Department of Financial & Professional Re, 100 W Randolph St, Suite 13-225, Chicago |
| cr | | 117 Partners Ltd, 6.20 World Trade Center, 6 Bayside Road, GX11 1AA |
| cr | | 3Commas Technologies OU |
| cr | | A. Kim, Attorney Edward Lehman |
| cr | | Adrian Koppel |
| cr | | Alameda County Office of the Treasurer and Tax Col |
| cr | | Alberto Persico |
| cr | | Aleksey Smirnov, str Granitnaya 54-3-138, Saint-Petersburg, 195213, Russia, RUSSIA |
| cr | | Alex Tahmizian |
| cr | | Alexander Melzer |
| intp | | Allan Greif, R Adolfo Bastos 136 APTO 141, 09041-000 Santo Andre SP |
| cr | | Allan Greif, R Adolfo Bastos 136 APTO 141, 09041-000 Santo Andre SP |
| cr | | Ambrogio Villani |
| cr | | Ana-Maria Mikloviciu |
| cr | | Andrew Campione |
| cr | | Andrew Chi Kin Poon |
| cr | | Angel Luis Prieto Criado |
| cr | | Augustine W Caimi |
| intp | | BaCui Tan, TajiangBeiLu 9 Hao, TaTouSun Cun, DongShi Zhen, JinJiang Shi, QuanZhou Shi, FuJian Province |
| cr | | Ben Asker |
| cr | | Ben Jackson |
| intp | | Bhavika Chunawala |
| cr | | Binani Shyam |
| intp | | BlockTower Capital Partners Master Fund LP |
| cr | | Blue Square Group Limited |

| | |
|---|---|
| cr | Boba Foundation |
| cr | Branislav Pales, 21 1/2-8 Pine Ave, Little Bay, Sydney, NEW Austalia |
| cr | Bryan Quinn |
| cr | Byungjoon Park |
| cr | CDOF IV Master Fund, L.P. |
| cr | Cai Hui |
| cr | Caihui |
| cr | Canyon Balanced Master Fund, LTD |
| cr | Canyon Distressed Opportunity Master Fund III, L.P |
| cr | Canyon Distressed TX (A) LLC |
| cr | Canyon Distressed TX (B) LLC |
| cr | Canyon NZ-DOF Investing, L.P. |
| cr | Canyon Value Realization Fund, L.P. |
| cr | Capital Sbaraini, Sbaraini Capital, Avenida Candido de Abreu 526, Cj 307, Curitiba, PR, BRAZI |
| cr | Charleese Madison |
| cr | Chen Faxing |
| cr | Chen Shen |
| cr | Chia-Ju Lee, 5F, No. 472, Zhangshu 2nd Rd, Xizhi Dist, New Taipei City, 221019 |
| cr | Chia-Wei Cheng |
| cr | Chisato Muromoto |
| cr | Cho Jinsu |
| cr | Choi Hongcheol |
| intp | Chris Koh |
| cr | Christian Lorenzati |
| cr | Chun Xiang Wei |
| cr | ChunYu Chen |
| cr | Connor Maclellan |
| cr | Daizhuo Chen |
| cr | Dan Li |
| cr | Daniel Quinonez |
| cr | Daniele Scribano Memoria |
| cr | Daochi Cai |
| cr | Daoyin Chen |
| intp | Darius Feaster |
| intp | Dave Inc. |
| cr | Davide Alessandro Jacobo Leon |
| cr | Deli Gong |
| cr | Dengyuan Hao |
| cr | Denni Bruno Radetich |
| cr | Dijie Wang, Address on file |
| cr | Dong Jun Shin |
| cr | DongJie Bai |
| cr | DongSheng Li |
| cr | Duck Young Oh |
| cr | Dukhee Hwang, c/o Hyunsoon Kim |
| intp | Elaine Baker |
| cr | Emily Nitz |
| intp | Etienne Eric Jeau |
| cr | Evgenii Volfman |
| cr | Evgeny Glinskaya |
| cr | FTX Bidco LLC |
| cr | FTX Creditor |
| cr | FTX Creditor BR |
| cr | FTX Creditor Group |
| cr | Fabian Quoss |
| cr | Feng Hu |
| cr | Feng Zheng Fang |
| cr | Francesco Baldassarri, Reset Sri |
| cr | GCM SIG Holdings Nineteen, LLC |
| cr | Gabriel Munoz Moreno |
| cr | Gabriel Presedo, Bd de la Cluse 57, 1205 Geneve / Suisse |
| cr | Gadze Finance Special Purpose Holdings, Leeward Management Limited, P.O. Box, 144, 3119 9 Forum Lane, Camana Bay, George Town, Grand Cayman, KY1-9006, CAYMAN |

| | |
|---|---|
| cr | Gerhard Schulenberg, Resch Rechtsanwalte GmbH / Hind Bouslimi, Kurfurstendamm 129 e, 10711 Berlin |
| cr | Gihoon Jung |
| cr | Giorgio Fanecco |
| cr | Gregory T Schreiner |
| cr | Guizhen Zhao |
| cr | GuoHua Hu |
| cr | Guoqing Zheng |
| cr | Han Deng |
| cr | Heinz Halter |
| cr | Ho Joon Song |
| cr | Hong Wang |
| cr | Hongpeng Wang |
| cr | Hongwei Wang |
| cr | Hua Deng |
| cr | Huazhen Wu |
| cr | Huijin Tao |
| cr | Hyunjung Kim |
| cr | Hyunsoon Kim |
| cr | Ihor Pryimak |
| cr | Isa Acar |
| cr | Ismael Lemhadri |
| cr | Ivan Winter, Oldegaarde 950B, Rotterdam, 3086 AW Rotterdam |
| cr | Jack Lucas |
| cr | Jae-Myoung Kim |
| cr | Jaerim Yang |
| cr | Jan Baur |
| cr | Jan Budig |
| cr | Jared Gross |
| cr | Jared Swanson |
| cr | Jason Hansen |
| cr | Jens de Jong |
| cr | Jianhua Jin, Address on File |
| cr | Jing Xu |
| cr | Jingdong Yao |
| cr | Jinseok Oh |
| intp | Jon Bond |
| cr | Josh Drew |
| cr | Joshua Rablin |
| cr | Jun Ni |
| cr | Jun Xu |
| cr | Jun Yeop Kim |
| cr | Junho Bang |
| cr | Junior Yamir Ugarte Becerra |
| cr | Ka Ho Ngai |
| cr | Kai Huang |
| cr | Kaihao Ni |
| cr | Kangliang Li |
| cr | Kangliang Li |
| cr | Kay Baur |
| cr | Ke Ke |
| cr | Ke Yuan |
| op | KestrelX Limited |
| intp | KestrelX Limited |
| cr | Kihyuk Nam, 8 Geuunaknam 1 Gil, Hallim-eup jejn-si, deda-do |
| cr | Kim Haeng Jae |
| cr | Kim Hyundae |
| cr | Kim Jun Hwan |
| cr | Kisung Nam |
| cr | Kolomiiets Stanislav |
| cr | Kuhwa Hong |
| cr | Kui Yuan |
| cr | Kyle Rupprecht |
| cr | LIU YI LIN |

| | |
|---|---|
| cr | Lanqi Yu |
| crcmch | Larry Qian |
| cr | Laura Gilberti |
| cr | Lek Tai Yong |
| cr | Li Zhenyu |
| intp | Lianfu Xie, Room 302, No. 35, Lane 1507, Longming Road, Minhang District, Shaghai |
| cr | Liang Lu |
| cr | Lianghua Chai |
| cr | Liao Te Wen |
| cr | Lijie Yu |
| cr | Lijuan Feng |
| cr | Lin Kaikai |
| cr | Lin Yi |
| cr | Liu ZhenHua |
| cr | Liubomir Gnatiuk |
| cr | Llhan Uzun, Mehmet Akif Street, Selcuklu / Konya, Turkiye |
| cr | Long Di |
| cr | Lu Qi |
| intp | Lu Zhiqi, T2-23G, Zhuoyuegianhaiyihao, Guiwan, 5 rd Nanshan |
| cr | Lujie Wang |
| cr | Lukas Bartusek, Narodni obrany 3, 16000 Prague, Czechia |
| cr | Magddlena Alice Bissels |
| cr | Maksim Tolochko |
| cr | Manik Jain |
| intp | Markus Gerhard Reinhold |
| intp | Marquette Partners Holdings LLC |
| intp | Marwan Awadh Alsehli |
| intp | Massimo Vergnasco |
| cr | Max Bodoia |
| cr | Michael G. Boland |
| cr | Michael Landau-Spiers, 23 Kedale Road, Seaford, East Sussex, BN25 2BX |
| intp | Michael Pawellek |
| cr | Michele Chini |
| cr | Michele Serra |
| cr | Mike Wilen |
| cr | Min Kyoung Seo |
| cr | Mingmin Liu |
| cr | Mingming Chen |
| cr | Minxia Zheng, between 4th and 5th Streets, Central District, La Fria, Tachira State, VENEZUELA |
| cr | Mirco Vignati |
| intp | Murali Balasubramani |
| cr | Nan Xu |
| cr | Nasir Mahmood, 30 Farm Crescent, Slough, SL2 5TH |
| cr | Nathan Goss |
| cr | Next Claims Capital Limited |
| cr | Ngu Yin Mar |
| cr | Nifty Island LLC |
| cr | Noh Yoon Ho |
| cr | Northway Housing, LLC |
| cr | NuGenesis Ou and NuGenesis PTY Ltd. |
| cr | Oliver Cundale, 2b Maple Rd, Bristol, BS7 8RH |
| cr | PUTU AGUS WAHYU ADI PERDANA GIRI |
| intp | Paradigm Operations LP |
| intp | Park Walk Credit Partners LLC |
| cr | Pasqaule Di Pratola |
| cr | Paul Antoni |
| cr | Pavel Vorobets |
| intp | Pavel Vorobets |
| cr | Petra Gasiorek-Budig |
| cr | Pham Thi Ngan |
| cr | Prasetya Ari Apriliyan, Jl Jend A Yani No 141 Serang, Serang, Banten 42111 |
| intp | Preben Eikeland Johnsen |
| cr | Qi Chen |

| | |
|---|---|
| cr | Qi Lu |
| cr | QingChong Chen |
| cr | RIVER CANYON TOTAL RETURN BOND FUND |
| cr | Redacted |
| cr | Redacted Redacted |
| cr | Renato Mariani |
| cr | Rikesh Rajput |
| cr | Robert Shearer |
| cr | Rodrigo Formighieri |
| cr | Rongrong Zhao |
| cr | Run The Chain |
| cr | SB Min. |
| cr | Sandra Wu |
| cr | Seong ho Yeo |
| cr | Seongseok Oh |
| cr | Shang Wu |
| cr | Shijun Song |
| cr | Shuai Hou |
| cr | Shuo Liang |
| cr | Shutao Peng |
| cr | Shuyan Zhang |
| cr | Simon Carter |
| cr | Simon Carter |
| cr | Simone Gottardi |
| cr | Starboard Digital Strategies, 6 The Court, Holywell Business Park, Southam |
| cr | Stefano Del Vecchio |
| cr | Steffen Engler |
| cr | Steven Sydow |
| cr | Stjepan Radic |
| cr | Suiye Gao |
| cr | Sungbin Min |
| cr | Swee Piew Lee |
| cr | Tae Hoon Lim |
| cr | Tahar Slimani |
| cr | Thomas Pegot-Ogier |
| cr | Tianhua Xu |
| cr | Tianyig Chen |
| cr | Tijmen Scheifes |
| cr | Treschow-Fritze AS |
| cr | Umut Isik Cengiz, 11, 4704 Niederbipp / Switzerland, Balaban Mh. Yorulmaz Sk., Basinconut 2 sites, 28 FU Silivril Istanbul, TURCIYE |
| cr | VegaX Holdings, Inc. |
| cr | Verena Roll |
| cr | Victor Cury Simionato |
| cr | Ville Tolvanen |
| cr | Vishal Bathia |
| cr | Vivek Manjunath |
| cr | Vladimir Bykov |
| cr | Vladzislau Skarabahatau |
| cr | Voyager Digital Holdings, Inc. |
| cr | Voyager Digital Ltd. |
| cr | Voyager Digital, LLC and affiliates |
| cr | WAN Fangda |
| cr | WSC Digital Liquid Master Fund Limited, Trident Chambers, P.O. Box 146, Tortola, VG1110 |
| cr | Wei Nan |
| cr | Wei Xue |
| cr | Wei Zhang |
| intp | Weifeng Fan |
| cr | Weihao Chen |
| cr | Weirong Chen |
| cr | Weiwei Li |
| cr | Weng Jing |
| cr | Wenjie Yi |

| cr | White Star Capital International Limited, La Plaiderie House, La Plaiderie, St Peter Port, GY1 1WG, Guernsey |
|---|---|
| cr | William Arts |
| cr | Woochan Kim |
| cr | Wu Hao |
| cr | Wu Yiwei |
| cr | XUE XIAORONG |
| cr | Xiao Xu |
| cr | XiaoPing Huang |
| cr | Xiaobin Shi |
| cr | Xiaoliang Xia |
| cr | Xiaowang Weng |
| cr | Xiaowen Liao |
| cr | Xiaoyu Li |
| cr | Xin Huang |
| cr | Xingyi Zheng |
| cr | Xinling Xiong |
| cr | Xinyang Liu |
| cr | Xu Shengwei |
| cr | Xue Xiaorang |
| cr | Xuelu Zhao |
| cr | YUJIA LI |
| cr | Yang Huiqiang |
| cr | Yang Li |
| cr | Yang Yang |
| cr | Yanhua Xue |
| intp | YaoHua Dong |
| cr | Ye Shengnan |
| cr | Yi Qin |
| intp | Yijian Feng |
| cr | Yijian Feng |
| cr | Ying Gao |
| cr | Ying Zhou |
| cr | Yishou Sun |
| cr | Yiwei Wu |
| cr | Yong Cao |
| cr | Yong Li |
| cr | Yong Ping Hu |
| cr | Yue Li |
| cr | Yue Lou |
| cr | Yuhe Liu |
| cr | Yulian Zhang |
| cr | Yuqi Zhao |
| cr | Yuyang Tian |
| cr | Zenan Li |
| cr | Zengrui Zhao |
| intp | Zhang Qingqing |
| cr | Zhang Shuyan |
| cr | Zhang Xiang |
| cr | Zhao Yuqi |
| cr | Zhaoxiang Qu |
| cr | Zhen Yang |
| cr | Zhi Yang |
| cr | Zhongmin Xu |
| cr | Zhongxiu Guan |
| cr | Zhou Jing Li |
| cr | Zhou Jingli |
| cr | Zhu Ming |
| cr | Ziliu Liang |
| cr | Zuo Huahua |
| 18693813 | 117 Partners Ltd, 6.20 World Trade Center, 6 Bayside Road, GX11 1AA, Attn: Thomas Braziel |
| 18664800 | AZURE DISTRESSED OPPORTUNITIES CORPORATION, UNIT 1603,16/FTHEL.PLAZA367-375 QUEEN'SR |
| 18658213 | Acheron PTE. Ltd, c/o Barclay Damon LLP, Attn: Jeffrey A. Dove |
| 19893686 | Avalanche (BVI), Inc., Campbells Corporate Services Floor 4, Banco Popular Building, Road Town, Tortola 11110 |

| | |
|---|---|
| 18165349 | B2C2 LTD, 86-90 Paul Street, London, EC2A 4NE, Attn: General Counsel |
| 18683032 | BLUE SQUARE GROUP LIMITED, c/o Patrick Yuhsiang Su, Director, Ritter House, Wickhams Cay II, PO BOX 3170, Road Town, Tortola VG1110, Attention: The Directors |
| 17583336 | Bankhaus Scheich Wertpapierspezialist AG, Rossmarkt 21, Frankfurt am Main, 60311-21 |
| 18639877 | CUSTOMER CODE 00151030 |
| 18223671 | CUSTOMER CODE 00151618 |
| 18665106 | CUSTOMER CODE 00157940 |
| 18642315 | CUSTOMER CODE 00175155 |
| 18642313 | CUSTOMER CODE 00221092 |
| 18567146 | CUSTOMER CODE 00325992 |
| 18698178 | CUSTOMER CODE 00366946 |
| 18639452 | CUSTOMER CODE 00377951 |
| 18693369 | CUSTOMER CODE 00437457 |
| 18642312 | CUSTOMER CODE 00518728 |
| 18642310 | CUSTOMER CODE 00620550 |
| 18758125 | CUSTOMER CODE 01182328 |
| 18637464 | CUSTOMER CODE 01372502 |
| 18665107 | CUSTOMER CODE 01664297 |
| 18166532 | CUSTOMER CODE 02030693 |
| 18681056 | CUSTOMER CODE 02030693 |
| 18292967 | CUSTOMER CODE 02142038 |
| 18289385 | CUSTOMER CODE 04613175 |
| 18223670 | CUSTOMER CODE 04620318 |
| 18292970 | CUSTOMER CODE 05862253 |
| 18289387 | CUSTOMER CODE 06031789 |
| 19046929 | Claim # 3265-70-OHSTQ-307132318, Schedule ID 221106806849122 |
| 19046935 | Claim # 3265-70-OHSTQ-307132318, Schedule ID 221106806849122 |
| 18956379 | Claim Confirmation ID# 3265-70-MNMHF-152891583 |
| 19331652 | Claim No. 3265-70-, COBWT-041287263[Redacted] |
| 19331654 | Claim No. 3265-70-, COBWT-041287263 |
| 19713420 | Claim No. 95111 |
| 19713421 | Claim No. 95111, [Redacted] |
| 19149542 | Confidential Creditor, Customer Code 04444349, Confidential Address |
| 19149541 | Confidential Creditor |
| 19867825 | Confidential Creditor of Claim # 78384 |
| 19046934 | Customer Code 1127679 |
| 18956378 | Customer Code: 00356448 |
| 19047108 | Customer Code: 02360318 |
| 19063040 | Customer Code: 03131261(Claim No. 25098), Address on File with Transfer Agent |
| 18642311 | DRQC LLC |
| 18667202 | Dragonfly International Holding Limited, (court use only) |
| 18667203 | Dragonfly Ventures L.P. |
| 17585677 | Duy Linh Nguyen, 7 Calita ave, Tarneit, Vic 3029, Austral |
| 19331653 | Electronic Proof of Claim, No.3265-70-COBWT-041287263 |
| 19331649 | Electronic Proof of Claim No 3265-70-COBWT-0412872 |
| 19331650 | Electronic Proof of Claim No., 3265-70-COBWT-041287263 [Redacted] |
| 19331644 | Electronic Proof of Claim No. 3265-70-COBWT-014287 |
| 19331651 | Electronic Proof of Claim No.3265-70-COBWT-0412872 |
| 19713104 | Encryptus Capital LTD, encryptuscapital@gmail.com |
| 18642314 | Escaleras de Esperanza LLC |
| 19939544 | Evgeny Glinsky, address redacted |
| 18471574 | FTX1 SPV Ltd, Suite 202, 2nd Floor, Eden Plaza, Eden Island, Mahe, Seychelles |
| 17585824 | Fang, Kai-min, 9F-1, 47, Boai Road, Taipei, 100 |
| 19824345 | Flow Foundation, P.O. Box 472, 103 South Church St, Harbour Pl, 2nd Fl, George Town, Grand Cayman, KY1-1106, KY, Email: jonathan@flowfoundation.com |
| 18603911 | Fortune Media Inc., d/b/a OpenFortune, (Court Use Only) |
| 18603909 | Fortune Media Inc., d/b/a OpenFortune, (Court use only) |
| 18666642 | Franco Venter, Waterkloof Ridge, 59 Westacre Cresent, Somerset West 7130 |
| 18694065 | Fulcrum Credit Partners LLC |
| 19165394 | Gadze Finance Special Purpose Holdings, P.O. Box, 144, 3119 9 Forum Lane, KY1-9006 Cayman |
| 18673057 | Grant Kim, Pangyo-ro 210 beon-gil 74-6, Bundand-gu Seongam-si, 1821092230213; grantkim15@gmail.com |
| 18702564 | Gwei Assets Limited, B6 4th Main St, Alta Tierra, Village, BGY Quintin, Salas Iloilo City, Phillipines |
| 18698248 | HEKA FUNDS SICA V PLC, Elysium Global Arbitrage Fund, 475 Trig ii Kbira San Guzepp, SVR1011 Sa |

| | |
|---|---|
| 19392900 | Hector Jose Rizek Guerrero, Calle David Ben Gurion no.53, Torre Las Meninas, Piantini, Santo Domingo |
| 18664807 | Infinity Conflomerate Group, House of Francis Room 303, Ile Du Porte, Mahe, Seychelles |
| 18165355 | Invictus Asset Management Limited, Trinity Chambers, Ora et Labora Building, Wickhams Cay II, Road Town, Tortola, BVI, VG1110, Attention: Casey McDonald & Wade Kenny |
| 19370441 | Jackson Garg, Available upon request, Email: jmartinez@beneschlaw.com |
| 19373247 | Jesse van Marsbergen, Orchideelaan 164, 1171MN Badhoevedorp, Nederland |
| 18772091 | KB507 LLC, 10830 SW 69 Ave., Pinecrest, FL, Attn: Jason Lu, (551) 497-1475, jason@komodobay.com |
| 19070039 | KIA II LLC, 777 West Putnam Ave., First Floor,, Greenwich, CT 06830, c/o Wexford Capital LP, legal@wexford.com, Attn: Daniel J. Weiner |
| 19149115 | Kihyuk Nam, #2404, Building 2, 107 Haedoji-ro, Yeonsu-gu, Incheon, 21997 |
| 17585845 | Kou fuying, 76 Longhai Road, Qingdao, Shandong Provi, 76 Longhai Road, Qingdao, Shandong Provi, 76 Longhai Road, Qingdao, Shandong Provi |
| 18666643 | Lars Erik Wrflinger, Schwenckestr. 103, 20255 Hamburg |
| 17583333 | Lu Haiyi, SONGZHUANGZHENQIANZHANGSHU17-3-102 TONGZ, 101100 |
| 18667112 | Maps Vault Limited, Trinity Chambers, P.O. Box 4301, Road Town, Tortola, British Virgin Island |
| 18745087 | Maven Digital Limited, Level 7, 155 Bishopgate, EC2M 3TQ, London |
| 18658229 | Moty Povolotski, Zuhtupasa, Camlibel Sokak, Evren, apt 11/2, Istanbul, Turkiye |
| 18111000 | Name (Redacted), Address on File |
| 17628019 | Name (Redacted) |
| 17822247 | Name (Redacted) |
| 18110301 | Name (Redacted) |
| 19713953 | Name on file, Address on file |
| 19149013 | Nodle Limited, Trinity Chambers, Box 4301, Road Town - Tortola, British Virgin Isla |
| 18567203 | Obscuro Limited |
| 18946881 | Oleksandr Sochka |
| 18680982 | Orca Global Management, Maples Corporate Services Limited, P.O. |
| 18472697 | Oroboros FTX I LLC, 4 Lakeside Drive Chobham Lakes, Woking, Surrey, GU24 8BD |
| 18187088 | Paradox Fund SPC, 49 Wellington St East, M5E 1C9, Suite 200, Attn: Stephanie Ouellette |
| 18244824 | Peter Andras Herz |
| 19370245 | Phala Ltd., [Redacted] |
| 19475605 | Piper Alderman |
| 19391874 | Proof of Claim #50598/E Proof of Claim No.3265-70- |
| 19391880 | Proof of Claim#50598/E No.3265-70-OKYVZ-676611977 |
| 19892377 | REDACTED Claim #5467579 |
| 18244825 | Redacted - available Upon request |
| 18244816 | Redacted - available upon request |
| 19165697 | Redacted - available upon request |
| 17585687 | SHI RULI, , |
| 17585776 | SHI RULI, Jiasheng Center, Chaoyang District, Beij |
| 19063041 | STONEX CREDIT TRADING INC., 230 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10169, ATTN: HENRY TAVAREZ, PHONE: (212) 692 5193, HENRY.TAVAREZ@STONEX.COM |
| 19713422 | Schedule 6849122, [Redacted] |
| 19913559 | Siriluck Pongjintana, Address Redacted |
| 19047634 | Stake Technologies PTE. LTD |
| 18244817 | Svalbard Holdings Limited |
| 19037133 | Tam, Nai Him Leslie, ADDRESS ON FILE |
| 19939543 | Tatiana Glinsky, Address Redacted |
| 19480213 | Tekne Private Ventures XIII, L.P. |
| 19143041 | Tradecraft Autonomy Fund, LP, 94 Solaris Avenue, Camana Bay, P.O. Box 1348, Grand Cayman KY1-1108, Attn: John K. Ryan |
| 19264501 | Tradecraft Autonomy Fund, LP, assignee of, Name (Redacted), 94 Solaris Avenue, Camana Bay, P.O. Box 1348, Grand Cayman KY1-1108, Attn: John K. Ryan |
| 19475242 | Tribe Capital Fund III, L.P. |
| 19475243 | Tribe Capital V, LLC Series 19 |
| 19475244 | Tribe Capital VI, LLC Series 11 |
| 19070045 | Turners Place, LLC |
| 19391872 | Unique Customer Code 00349480 |
| 19046928 | Unique Customer Code 1127679 |
| 19331643 | Unique Customer Code: 00907320 |
| 19373245 | Unique Customer Code: 02017908, ADDRESS ON FILE |
| 19331648 | Unique Customer Code:00907320[Redacted] |
| 19046933 | Unique Customer Code:1127679 |
| 19037134 | Vincent Tsun Ho Kwok, ADDRESS ON FILE |
| 18667712 | White Star Capital International Limited, La Plaiderie House, La Plaiderie, St. Peter Port, GY1 1WG, Guernsey |
| 19939599 | White Truffle Fund Ltd. |

| | | |
|---|---|---|
| 18673081 | | Wormhole Foundation, 238 North Church St., 2nd Floor, Whitehall House, Grand Cayman, Grand Cayman KY1-1206, dan@wormhole.foundation |
| 17585773 | | YULIA AKHRAMENKA, Dubovlany, Druzhnaya str. 4/1, Belarus BY 223043 |
| 18974759 | | Yudu Pang, 4 Chrome-7-55-2502 Konan, Minato City, Tokyo |
| 19391877 | | [Redacted]Customer Code 00349480 |
| aty | *+ | Andrew J. Currie, Venable LLP, 600 Massachusetts Avenue, NW, Washington, DC 20001-5358 |
| aty | *+ | Andrew J. Currie, Venable LLP, 600 Massachusetts Avenue, NW, Washington, DC 20001-5358 |
| aty | *+ | Andrew J. Currie, Venable LLP, 600 Massachusetts Avenue, NW, Washington, DC 20001-5358 |
| aty | *+ | Charles M. Jones, II, Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673 |
| aty | *+ | D. Cameron Moxley, Brown Rudnick LLP, Seven Times Square, New York, NY 10036-6548 |
| aty | *+ | Frederick Chang, RIMON, P.C., 506 2nd Avenue, Suite 1400, Seattle, WA 98104-2329 |
| aty | *+ | Frederick Hyman, CROWELL & MORING LLP, 590 Madison Ave., New York, NY 10022-2524 |
| aty | *P++ | JACQUELYN H CHOI, ATTN JACQUELYN H CHOI, 2029 CENTURY PARK EAST SUITE 400N, LOS ANGELES CA 90067-2901, address filed with court:, Jacquelyn H. Choi, Rimon, P.C., 2029 Century Park East, Suite 400N, Los Angeles, CA 90067 |
| aty | *+ | James L. Bromley, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | *+ | John C Goodchild, Morgan Lewis & Bockius LLP, 1701 Market St, Philadelphia, PA 19103-2987 |
| aty | *+ | Kenneth Pasquale, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | *+ | M. Natasha Labovitz, Debevoise & Plimpton LLP, 66 Hudson Boulevard, New York, NY 10001-2189 |
| aty | *+ | Matthew C. Ziegler, Morgan Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103-2987 |
| aty | *+ | Reuben E. Dizengoff, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| aty | *+ | Richard D. Anigian, Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673 |
| cr | *+ | 117 Partners LLC, 5 Greyhen Lane, Savannah, GA 31411-2827 |
| cr | *+ | 507 Investment Fund LLC, 5 Greyhen Lane, Savannah, GA 31411-2827 |
| cr | *+ | Advanced Legal P.C., Woong Kyu Sung, 258 Steilen Avenue, Ridgewood, NJ 07450-2822 |
| cr | *+ | Arie Yona Refson, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| cr | *+ | BC Racing, LLC, C/o Juliana Leite, Esq, 950 Brickell Bay Dr #3906, Miami, FL 33131-3958 |
| cr | *+ | Barn Owl IV, LLC, 808 W. Hollywood St, Tampa, FL 33604-3936 |
| cr | * | Bee Capital BV, Hertendreef 4, 2970 Schilde, BELGIUM |
| cr | *+ | Boston Patriot Arlington St LLC, 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| cr | *+ | Boway Holdings, LLC, 1301 Avenue of the Americas, 34th Fl, New York, NY 10019-6034 |
| cr | *+ | DOIP II Luxembourg LLC, 2 Greenwich Plaza, Suite 1, Greenwich, CT 06830-2747 |
| cr | *+ | Daniel Saks, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| cr | * | Deliang Lian, Hongyunxingcheng 6zuo 802,, Jiaotong Road, Taijiang Area, Fuzhou, Fujian, China 350002 |
| apl | *+ | Edward Ornelas, 703 FM 1385, Aubrey, TX 76227-8149 |
| cr | *+ | Efra Digital Assets Inc, 7901 4th St N, Ste 300, St Petersburg, FL 33702-4399 |
| cr | *+ | FTXCREDITOR, LLC, 1509 Bent Ave, Cheyenne, WY 82001-4310 |
| cr | * | Federico Natali, PO Box Number 75719, Dubai, United Arab Emirates |
| cr | *+ | GRAND TETON C I, LLC, 1509 Bent Ave, Cheyenne, WY 82001-4310 |
| cr | *+ | Haixin Ma, 13657 SE 67th LN, Newcastle, WA 98059-5306 |
| cr | * | Hou Han Yun, Room 301, 67 Building Shiguangsicun, Yangpu District, Shanhai 230000 China |
| cr | * | J Digital 6 Cayman Ltd., P.O. Box 309, Ugland House, Grand Cayman KY1-1104, CAYMAN ISLANDS |
| cr | * | Li Luo, U702/6 Railway Road, Cheltenham VIC 3192, Australia |
| cr | * | Lingchi Yang, Room 2106, Building 4, Lane 1560,, Changdao Road, Pudong New Area, Shanghai, China, 200129 |
| cr | * | Liu Zhenxu, 2111 West Gaoke Road, Shanghai 200125, CHINA |
| cr | *+ | Oaktree Opps XI Holdco, Ltd., 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| cr | *+ | Oaktree Value Opportunities Fund Holdings, L.P., 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| cr | *+ | Oaktree-Copley Investments, LLC, 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| cr | *+ | Omar Kurdi, 1354 Sherman Avenue, Meulo Park, CA 94025-6014 |
| cr | *+ | Opps CY Holdings, LLC, 1301 Avenue of the Americas, 34th Floor, New York, NY 10019-6034 |
| intp | * | Rabindranath Dikshit, Deepsikha Apartment, c/o Manisha Ray, GF1, No3, 2nd Cross, Appauv Nagar, Valakulam,, Pondicherry, 605001, INDIA |
| cr | *+ | Rare Isle Co. Inc, 1357 Ave Ashford, STE 2-236, San Juan, PR 00907-1400 |
| cr | *+ | SLFAQ, LLC, 670 White Plains Rd. Penthouse, Scarsdale, NY 10583-5024 |
| cr | * | Sameer Moolana, Sidra 1, Villa 53, Dubai Hills Estate, Dubai, UNITED ARAB EMIRATES |
| cr | *+ | Seaport Loan Products LLC, Attn: Jonathan R. Silverman, 360 Madison Avenue, New York, NY 10017-7111 |
| cr | * | Sen Wang, C1803 Chang An Tai He (Phase 1), Jian Guo Men Nei Da Jie J1A 11, Dong Cheng District, Beijing 1000005, CHINA |
| cr | *+ | TN Dept of Financial Institutions, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | * | Terrapin International Foundation, Attn: Hugh Karp, Duplex No. 6 Obarrio,, Calle 61, Panama |
| cr | *+ | Uluwatu Research LLC, 1511 Ave. Ponce De Leon Apt. 186, San Juan, PR 00909-5009 |
| intp | * | Volodymyr Tsymbaliuk, 98 Natalii Uzhvii str., apt 76, Kharkiv, Ukraine, 61195 |
| cr | * | Weipeng Zhao, CHINA |
| cr | * | Weiwei Ji, 916 Sims Avenue #07-78, Singapore, 408974 |

| | | |
|---|---|---|
| cr | * | Xuzhou Yin, Beijing, China |
| cr | * | Yan Junyi, Room 1403, Building 18, Shanhu Biguiyuan, Dalingshan Town, Dongguan City, 523000, CHINA |
| cr | * | Yong Li, 8038 East Building, 518128 Shenzhen City Guang, China Mainland |
| cr | * | Yongjun Wen, 1388 Northmount Drive, NW Calgary, AB T2L0G2 |
| cr | *+ | Yufu Ma, 43227 Kimberly Anne Ct, Ashburn, VA 20147-3124 |
| cr | * | Ziyou Xiong, 820 Sixth Avenue, New Westminster, BC, V3M 5V4, CANADA |
| 19231259 | *P++ | CONTRARIAN CAPITAL MANAGEMENT LLC, ATTN OPERATIONS TEAM, 411 WEST PUTNAM AVE, STE 425, GREENWICH CT 06830-6281, address filed with court:, Contrarian Funds, LLC, 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 |
| 19046931 | * | Charter Group Holdings, LTD, PO BOX 1657, Suite 212, Second Floor, Block A, Unity House, Victoria, Mah, Seychelles |
| 19473401 | * | Holland Street Capital Limited, Niddry Lodge, 51 Holland Street, London, |
| 19492609 | *+ | Jared Gross, 2666 Nottingham Road, Bethlehem, PA 18017-3351 |
| 19475606 | *+ | Lantern FTX Holdings LLC, c/o Benefit Street Partners, L.L.C., 100 Federal Street, Floor 22 - BSP, Boston, MA 02110-2055, Attn: Max Rudenstein |
| 19823108 | *+ | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 18513561 | * | Stanislaw Jakub Winiewski, Pocka 77, Posk,, 09-100, Poland |
| 18513559 | * | Stanislaw Jakub Winiewski, Pocka 77, Posk, 09-100, Poland |
| 18683076 | * | WSC Digital Liquid Master Fund Limited, Trident Chambers, P.O. Box 146, Tortola, VG1110, Road Town British Virgin Islands |
| 19914749 | *+ | Yufu Ma, 43227 Kimberly Anne Ct, Ashburn, VA 20147-3124 |
| aty | ##+ | Arie Peled, Venable LLP, 1270 Avenue of the Americas, 24th Fl., New York, NY 10020, UNITED STATES 10020-1806 |
| aty | ##+ | Carol A. Weiner, Venable LLP, 1270 Avenue of the Americas, 24th Floor, New York, NY 10020-1806 |
| aty | ##+ | Daniel Friedberg, 1133 Bigelow Avenue North, Seattle, WA 98109-3208 |
| aty | ##+ | David Adler, McCarter & English, LLP, Worldwide Plaza, 825 Eighth Ave., 31st Floor, New York, NY 10019-7416 |
| aty | ##+ | Warren E. Gluck, Holland & Knight LLP, 31 West 52nd Street, New York, NY 10019-6111 |
| aty | ##+ | Xochitl S. Strohbehn, Venable LLP, 1270 Avenue of the Americas, 24th Floor, New York, NY 10020-1806 |
| intp | ##+ | 86 LLC TRYK, Richard B. Rattey, 121 Westmoreland Ave, Apt 601, White Plains, NY 10606-2363 |
| cr | ##+ | Richard B Rattey, 121 Westmoreland Ave, Apt 601, White Plains, NY 10606-2363 |
| 18603912 | ##+ | Hudson Bay Claim Fund LLC, c/o Hudson Bay Capital Management LP, 28 Havemeyer Place, 2nd Floor, Greenwich, CT 06830-2624, Attn: Matthew Weinstein/Chad Flick |
| 20499334 | ##+ | Richard Rattey, 121 Westmoreland Ave, Apt 601, White plains, NY 10606-2363 |
| 19016172 | ##+ | Swift Media Entertainment, Inc., 5340 Alla Road #100, Los Angeles, CA 90066-7036, Attn: Woo Kim |

TOTAL: 463 Undeliverable, 71 Duplicate, 11 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron R. Cahn | on behalf of Creditor Pi-Crypto Ltd. cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Cohen K Investments  Ltd. cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Pi 1.0 LP cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron S. Applebaum | on behalf of Interested Party Oxygen Vault Ltd. aaron.applebaum@us.dlapiper.com |

District/off: 0311-1
Date Rcvd: Feb 25, 2026

User: admin
Form ID: pdfjo

Page 30 of 103
Total Noticed: 1021

carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com

Aaron S. Applebaum

on behalf of Interested Party Maps Vault Ltd. aaron.applebaum@us.dlapiper.com
carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com

Aaron S. Applebaum

on behalf of Creditor Maps Vault Limited aaron.applebaum@us.dlapiper.com
carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com

Abigail Rushing Ryan

on behalf of Interested Party Texas State Securities Board aryan@naag.org

Abigail Rushing Ryan

on behalf of Interested Party Texas Dept. of Banking aryan@naag.org

Adam Herring

on behalf of Defendant One Nation  Inc. adam.herring@nelsonmullins.com, francis.santelices@nelsonmullins.com

Adam Herring

on behalf of Defendant Senate Leadership Fund adam.herring@nelsonmullins.com  francis.santelices@nelsonmullins.com

Adam Schneebaum

schneebaum.adam@gmail.com

Adam E. Ekbom

on behalf of Creditor Curio Financial Technology  Inc aekbom@joneswalden.com, jwdistribution@joneswalden.com

Adam G. Landis

on behalf of Debtor Atlantis Technology Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Ventures Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Zuma Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Hive Empire Trading Pty Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Exchange FZE landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Certificates GmbH landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Structured Products AG landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Equity Record Holdings Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Quoine Vietnam Co. Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Lend Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Aus Pty Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Trading GmbH landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Alameda Research Holdings Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Strategy Ark Collective Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor West Realm Shires Services Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Alameda Global Services Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor West Realm Shires Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor DAAG Trading  DMCC landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Deck Technologies Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Maclaurin Investments Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Japan Holdings K.K. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Alameda TR Systems S. de R. L. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Plaintiff West Realm Shires Services  Inc. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor West Realm Shires Financial Services Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Killarney Lake Investments Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Zubr Exchange Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Cardinal Ventures Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Plaintiff FTX Trading Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Alameda TR Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Island Bay Ventures Inc landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Digital Assets LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Digital Custody Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Interested Party FTX Trading Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Paper Bird Inc landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Products (Singapore) Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Property Holdings Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Analisya Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor North Dimension Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Trading Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Alameda Research Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Japan K.K. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Liquid Securities Singapore Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Services Solutions Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor North Wireless Dimension Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX US Services  Inc. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Cedar Grove Technology Services  Ltd. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Technology Services Bahamas Limited landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX EU Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Crypto Services Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Canada Inc landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Quoine Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan Services KK landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Yankari Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Goodman Investments Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Hilltop Technology Services LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Cottonwood Grove Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research (Bahamas) Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor West Innovative Barista Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX US Trading  Inc. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Liquid Financial USA Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research KK landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Global Compass Dynamics Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Western Concord Enterprises Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Clifton Bay Investments LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor LiquidEX LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Plaintiff Alameda Research LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Ventures  LP landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Debtor Blue Ridge Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis

on behalf of Plaintiff Maclaurin Investments Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Hannam Group Inc landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Ledger Holdings Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Mangrove Cay Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Verdant Canyon Capital LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Blockfolio  Inc. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Bancroft Way Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Good Luck Games  LLC landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Quoine India Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Allston Way Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Euclid Way Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Pioneer Street Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor North Dimension Inc landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor LedgerPrime LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Hong Kong Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Cedar Bay Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor GG Trading Terminal Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Crypto Bahamas LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX EMEA Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Europe AG landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Hawaii Digital Assets Inc. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Marketplace  Inc. landis@lrclaw.com,
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Cottonwood Technologies Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Clifton Bay Investments Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor LT Baskets Ltd. landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX (Gibraltar) Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Switzerland GmbH landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Deck Technologies Holdings LLC landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Innovatia Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor Deep Creek Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd landis@lrclaw.com
Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Adam J. Goldberg
on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) adam.goldberg@lw.com

Adam J. Goldberg
on behalf of Creditor SVB II Tempest (DE) LLC adam.goldberg@lw.com

Adam J. Goldberg
on behalf of Creditor Binance (Switzerland) AG adam.goldberg@lw.com

Adam J. Goldberg
on behalf of Creditor Svalbard Holdings Limited adam.goldberg@lw.com

Adam J. Goldberg
on behalf of Creditor Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows
Capital  Ltd and foreign representatives of 3AC adam.goldberg@lw.com

Adam J. Goldberg
on behalf of Creditor Svalbard II Holdings Limited adam.goldberg@lw.com

Adrien Herisse
pikrachou@gmail.com

Alex Case
on behalf of Creditor Commodity Futures Trading Commission acase@cftc.gov

Alexa J. Kranzley
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com kranzleya@sullcrom.com

Alexa J. Kranzley
on behalf of Plaintiff Alameda Research LLC kranzleya@sullcrom.com

Alexa J. Kranzley
on behalf of Debtor FTX Trading Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley
on behalf of Interested Party FTX Trading Ltd. kranzleya@sullcrom.com

Alexandre J. Tschumi
on behalf of Interested Party FTX Recovery Trust alextschumi@quinnemanuel.com

Alexis R. Gambale
on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation)
agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale

on behalf of Defendant Im Kind of a Big Deal LLC agambale@pashmanstein.com, lsalcedo@pashmanstein

Alexis R. Gambale

on behalf of Defendant Neil Patel  Im Kind of a Big Deal, LLC and Neil Patel Digital, LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale

on behalf of Creditor Binance (Switzerland) AG agambale@pashmanstein.com  lsalcedo@pashmanstein.com

Alexis R. Gambale

on behalf of Defendant Neil Patel agambale@pashmanstein.com  lsalcedo@pashmanstein.com

Alexis R. Gambale

on behalf of Creditor I'm Kind of a Big Deal  LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale

on behalf of Creditor Neil Patel agambale@pashmanstein.com  lsalcedo@pashmanstein.com

Alexis R. Gambale

on behalf of Creditor Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows Capital  Ltd and foreign representatives of 3AC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale

on behalf of Creditor Neil Patel Digital  LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alexis R. Gambale

on behalf of Defendant Neil Patel Digital  LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Amir A Isaiah

on behalf of Creditor M&M Group of FTX Claimants isaiah@forthepeople.com  paitynnelson@forthepeople.com

Amir A Isaiah

on behalf of Interested Party Morgan & Morgan Claimants isaiah@forthepeople.com  paitynnelson@forthepeople.com

Amir A Isaiah

on behalf of Plaintiff Morgan & Morgan Claimants isaiah@forthepeople.com  paitynnelson@forthepeople.com

Amy Patterson

on behalf of Interested Party Georgia Department of Banking and Finance apatterson@law.ga.gov

Amy Tryon

on behalf of Interested Party Folkvang Ltd. amy.tryon@btlaw.com  kathleen.lytle@btlaw.com

Amy D. Brown

on behalf of Creditor Yuta Hattori adbrown@moodklaw.com  mfriedman@gsbblaw.com

Andre Botha

mailbox@iprivateer.org

Andrew Behlmann

on behalf of Creditor Liquidity Solutions Global Ltd. abehlmann@lowenstein.

Andrew A. Jones

on behalf of Creditor Ceratosaurus Investors  L.L.C. andrew@ajoneslaw.com

Andrew G. Dietderich

on behalf of Interested Party Kevin G. Cambridge dietdericha@sullcrom.com

Andrew G. Dietderich

on behalf of Plaintiff Alameda Research LLC dietdericha@sullcrom.com

Andrew G. Dietderich

on behalf of Interested Party Peter Greaves dietdericha@sullcrom.com

Andrew G. Dietderich

on behalf of Interested Party Brian C. Simms dietdericha@sullcrom.com

Andrew G. Dietderich

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com dietdericha@sullcrom.com

Andrew G. Dietderich

on behalf of Interested Party FTX Trading Ltd. dietdericha@sullcrom.com

Andrew G. Dietderich

on behalf of Debtor FTX Trading Ltd. dietdericha@sullcrom.com

Andrew J. Entwistle

on behalf of Plaintiff Austin Onusz aentwistle@entwistle-law.com  efilings@entwistle-law.com

Andrew J. Entwistle

on behalf of Plaintiff Nicholas Marshall aentwistle@entwistle-law.com  efilings@entwistle-law.com

Andrew J. Entwistle

on behalf of Plaintiff Cedric Kees van Putten aentwistle@entwistle-law.com efilings@entwistle-law.com

Andrew J. Entwistle

on behalf of Plaintiff Hamad Dar aentwistle@entwistle-law.com efilings@entwistle-law.com

Andrew John Roth-Moore

on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund L.P. aroth-moore@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew K Glenn

on behalf of Creditor FTXCREDITOR LLC aglenn@glennagre.com, mco@glennagre.com

Andrew L. Brown

on behalf of Defendant MOUNT OLYMPUS CAPITAL LP abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL VENTURES LLC abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5X FUND I LP abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant BRYAN BAUM abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5X FUND I LLC abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MICHAEL KIVES abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL GROWTH FUND II LP abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant SGN ALBANY LLC abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MBK CAPITAL LP SERIES T abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 GLOBAL HOLDINGS LLC abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Brown

on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC abrown@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;tmistretta@potteranderson.com

Andrew L. Cole

on behalf of Interested Party Celsius Litigation Administrator acole@coleschotz.com
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com

Andrew S. Richmond

on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC et al., and Moshin Y. Meghji, solely in his capacity as the Litigation Administrator of Celsius Network LLC, et al. arichmond@pryorcashman.com

Anh Nguyen

on behalf of Creditor Cloudflare Inc. anh.nguyen@lewisbrisbois.com

District/off: 0311-1
Date Rcvd: Feb 25, 2026

User: admin
Form ID: pdfjo

Page 38 of 103
Total Noticed: 1021

Ann M. Kashishian

on behalf of Interested Party Cavendish Labs Co. ann.kashishian@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Gabriel Recchia ann.kashishian@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Braden Leach ann.kashishian@lewisbrisbois.com

Anthony Fraser Teale

me@teale.af

Anthony M. Saccullo

on behalf of Creditor Celsius Network LLC ams@saccullolegal.com

Anton Vladislavovich Ivanov

ggfloq3@gmail.com

Aram Ordubegian

on behalf of Interested Party Peter Kim Aram.Ordubegian@afslaw.com nicholas.marten@arentfox.com

Aram Ordubegian

on behalf of Interested Party BH Trading Ltd. Aram.Ordubegian@afslaw.com nicholas.marten@arentfox.com

Aram Ordubegian

on behalf of Interested Party Grant Kim Aram.Ordubegian@afslaw.com nicholas.marten@arentfox.com

Ari David Kunofsky

on behalf of Creditor United States of America on behalf of the Internal Revenue Service ari.d.kunofsky@usdoj.gov
eastern.taxcivil@usdoj.gov

Barry R. Kleiner

on behalf of Defendant Nai Him Leslie Tam dkleiner@kkwc.com

Barry R. Kleiner

on behalf of Defendant GBV Technologies Ltd. dkleiner@kkwc.com

Benjamin Finestone

on behalf of Debtor FTX Trading Ltd. benjaminfinestone@quinnemanuel.com

Benjamin A. Hackman

on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Benjamin A. Hackman

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com benjamin.a.hackman@usdoj.gov

Benjamin Joseph Steele

on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin Joseph Steele

on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Benjamin P. Chapple

on behalf of Creditor Fondation Serendipity bchapple@reedsmith.com

Benjamin P. Chapple

on behalf of Creditor Serendipity Network Ltd. bchapple@reedsmith.com

Benjamin P. Chapple

on behalf of Creditor Fondation Elements bchapple@reedsmith.com

Benjamin P. Chapple

on behalf of Creditor Liquidity Network Ltd bchapple@reedsmith.com

Bradley P. Lehman

on behalf of Interested Party The FTX MDL Customers blehman@whitefordlaw.com
clano@whitefordlaw.com;bradley-lehman-7582@ecf.pacerpro.com

Bradley P. Lehman

on behalf of Interested Party MDL FTX Customers blehman@whitefordlaw.com
clano@whitefordlaw.com;bradley-lehman-7582@ecf.pacerpro.com

Brandon Batzel

on behalf of Interested Party Kevin G. Cambridge bbatzel@orrick.com bbatzel@ecf.courtdrive.com

Brandon Batzel

on behalf of Interested Party Brian C. Simms bbatzel@orrick.com bbatzel@ecf.courtdrive.com

Brandon Batzel

on behalf of Interested Party Peter Greaves bbatzel@orrick.com bbatzel@ecf.courtdrive.com

Brendan Joseph Schlauch

on behalf of Interested Party Brian C. Simms schlauch@rlf.com

rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Peter Greaves schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Kevin G. Cambridge schlauch@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Brett D. Fallon

on behalf of Defendant FBH Corporation brett.fallon@faegredrinker.com  cathy.greer@faegredrinker.com

Brett D. Fallon

on behalf of Defendant Farmington State Corporation brett.fallon@faegredrinker.com  cathy.greer@faegredrinker.com

Brett D. Fallon

on behalf of Defendant Jean Chalopin brett.fallon@faegredrinker.com  cathy.greer@faegredrinker.com

Brett S. Theisen

on behalf of Creditor Dr. Marcel Lotscher btheisen@connellfoley.com

Brian Loughnane

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com brian.loughnane@morganlewis.com

Brian D. Glueckstein

on behalf of Plaintiff Maclaurin Investments Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Debtor FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Plaintiff Alameda Research LLC gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Peter Greaves gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Plaintiff FTX Trading Ltd. gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Brian C. Simms gluecksteinb@sullcrom.com

Brian D. Glueckstein

on behalf of Interested Party Kevin G. Cambridge gluecksteinb@sullcrom.com

Brian Sandlow Rosen

on behalf of Creditor Binance (Switzerland) AG brian.rosen@lw.com
brian-rosen-8701@ecf.pacerpro.com;Christopher.tarrant@lw.com

Casey Sawyer

on behalf of Defendant BT Payments Services Uganda Ltd csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Adam Gouveia csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Linda Levinson csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Transferzero Money Transfer EP SA csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Tomoyuki Nii csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic

hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant B Transfer Services Limited csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant NeWurth S.A. csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Marleen Haye csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Min-Si Wang csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Charlene Chen csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Elizabeth Rossiello csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant Callum Dryden csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Defendant BT Payment Services Nigeria Ltd csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Catherine C Lyons

on behalf of Interested Party Astronomer  Inc. clyons@wsgr.com

Chase Nathaniel Miller

on behalf of Creditor American Express National Bank de-ecfmail@mwc-law.com

Christine McCabe

on behalf of Creditor Dmitrijs Krjukovs cmccabe@rosenpc.com  dehney.christinem.r81087@notify.bestcase.com

Christine McCabe

on behalf of Creditor FTXCREDITOR  LLC cmccabe@rosenpc.com, dehney.christinem.r81087@notify.bestcase.com

Christopher Viceconte

on behalf of Creditor Dr. Marcel Lotscher cviceconte@fbtgibbons.com  dseward@gibbonslaw.com;nmitchell@gibbonslaw.com

Christopher Viceconte

on behalf of Creditor Martha Lambrianou cviceconte@fbtgibbons.com  dseward@gibbonslaw.com;nmitchell@gibbonslaw.com

Christopher H Lee

on behalf of Interested Party Morgan & Morgan Claimants clee@forthepeople.com

Christopher K.S. Wong

on behalf of Interested Party Peter Kim christopher.wong@arentfox.com

Christopher K.S. Wong

on behalf of Interested Party BH Trading Ltd. christopher.wong@arentfox.com

Christopher K.S. Wong

on behalf of Interested Party Grant Kim christopher.wong@arentfox.com

Christopher M. Samis

on behalf of Interested Party Kingdon Capital Ventures VII  LLC
leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m

Christopher M. Samis

on behalf of Interested Party Riva Ridge Capital Management LP
leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m

Christopher M. Samis

on behalf of Creditor Trup Recovery LLC
leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Christopher Page Simon

on behalf of Defendant Merchant Oasis Ltd. csimon@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Creditor Benefit Street Partners  L.L.C. csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Creditor Lantern FTX Holdings  L.L.C. csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher S. Sontchi

on behalf of Mediator Hon. Christopher S. Sontchi (Ret) sontchi@sontchillc.com

Colleen Restel

on behalf of Creditor Liquidity Solutions Global Ltd. crestel@lowenstein.com

Cortlan S. Hitch

on behalf of Defendant Nawaaz Mohammad Meerun chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Defendant Key Solution Development Ltd. chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Craig Rasile

on behalf of Creditor F9 Research Market Neutral Fund  LP crasile@winston.com

Daniel A. O'Brien

on behalf of Interested Party Aux Cayes FinTech Co. Ltd. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party OKC USA Holding Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Hyung Cheol Lim daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Okcoin USA  Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Aimed  Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Blocore Pte.  Ltd daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Ji Woong Choi daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Mosaic Co. Ltd. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Digital Augean  LLC daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. daobrien@venable.com

Daniel Alan Mason

on behalf of Defendant The Goodly Institute dmason@paulweiss.com
bschneese@paulweiss.com;mgranger@paulweiss.com;shall@paulweiss.com;mao_fednational@paulweiss.com

Daniel B. Besikof

on behalf of Creditor QQG Inc. dbesikof@lowenstein.com

Daniel B. Besikof

on behalf of Interested Party Edward Hing Yun Lee dbesikof@lowenstein.com

Daniel B. Butz

on behalf of Interested Party Steadview Capital Mauritius Limited dbutz@mnat.com
jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Daniel N. Brogan

on behalf of Interested Party Terraform Labs PTE Ltd. dbrogan@bayardlaw.com  rhudson@bayardlaw.com

Darrell M. Daley

on behalf of Defendant Robin Matzke darrell@daleylawyers.com

Darrell M. Daley

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke darrell@daleylawyers.com

District/off: 0311-1                         User: admin                              Page 42 of 103
Date Rcvd: Feb 25, 2026                   Form ID: pdfjo                          Total Noticed: 1021

Darrell M. Daley
on behalf of Defendant Lorem Ipsum UG darrell@daleylawyers.com

Darrell M. Daley
on behalf of Defendant Patrick Gruhn darrell@daleylawyers.com

Darren Azman
on behalf of Defendant Able Rise Corporate Development Ltd. dazman@mwe.com

Darren Azman
on behalf of Defendant Genesis Block Ltd. dazman@mwe.com

Darren Azman
on behalf of Defendant GBV Capital  Inc. dazman@mwe.com

Darren Azman
on behalf of Defendant Bluebird Capital Ltd. dazman@mwe.com

Darren Azman
on behalf of Defendant GB Holdings  Ltd. dazman@mwe.com

Darren Azman
on behalf of Defendant Myth Success Ltd. dazman@mwe.com

Darren Azman
on behalf of Defendant Hung Ka Ho dazman@mwe.com

Darren Azman
on behalf of Defendant D21 Solutions Ltd. dazman@mwe.com

Darren Azman
on behalf of Defendant Charles Yang dazman@mwe.com

Darren Azman
on behalf of Defendant Aleksandr Sasha Ivanov dazman@mwe.com

Darren Azman
on behalf of Defendant Clement Ip dazman@mwe.com

Darren Azman
on behalf of Defendant Tin Ka Yu dazman@mwe.com

Darren Azman
on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern
District of New York) dazman@mwe.com

Daryl Lim
Daryllimsn@gmail.com

David Patton
on behalf of Interested Party Do Kwon dpatton@heckerfink.com

David Shim
on behalf of Interested Party Emergent Fidelity Technologies Ltd. david.shim@morganlewis.com

David Shim
on behalf of Debtor Emergent Fidelity Technologies Ltd. david.shim@morganlewis.com

David Shim
on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd david.shim@morganlewis.com

David J. Kozlowski
on behalf of Creditor Transferee dkozlowski@morrisoncohen.com  autodocket@morrisoncohen.com

David J. Kozlowski
on behalf of Interested Party Michael Bacina dkozlowski@morrisoncohen.com  autodocket@morrisoncohen.com

David M. Klauder
on behalf of Creditor Anna Kucheryavykh dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party BetDEX Labs  Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
on behalf of Creditor Fire Bouvardia  L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party Lavanda Sands  L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party Certain Preferred Equity Holders dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder

District/off: 0311-1                              User: admin                                    Page 43 of 103
Date Rcvd: Feb 25, 2026                          Form ID: pdfjo                                  Total Noticed: 1021

on behalf of Interested Party Nexxus Participation Vehicle III LLC dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder

on behalf of Interested Party Auros Tech Limited dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder

on behalf of Interested Party BetDEX Labs  Ltd. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder

on behalf of Creditor Lavanda Sands  L.L.C. dklauder@bk-legal.com, DE17@ecfcbis.com

David R. Hurst

on behalf of Defendant GBV Capital  Inc. dhurst@mwe.com,
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant Able Rise Corporate Development Ltd. dhurst@mwe.com
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant Aleksandr Sasha Ivanov dhurst@mwe.com
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant Myth Success Ltd. dhurst@mwe.com
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant Tin Ka Yu dhurst@mwe.com
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant Bluebird Capital Ltd. dhurst@mwe.com
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant D21 Solutions Ltd. dhurst@mwe.com
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant Genesis Block Ltd. dhurst@mwe.com
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant Hung Ka Ho dhurst@mwe.com
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant Clement Ip dhurst@mwe.com
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant GB Holdings  Ltd. dhurst@mwe.com,
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David R. Hurst

on behalf of Defendant Charles Yang dhurst@mwe.com
dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com;nolley-rainey-0153@ecf.pacerpro.com

David T Queroli

on behalf of Interested Party Peter Greaves Queroli@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

David T Queroli

on behalf of Interested Party Kevin G. Cambridge Queroli@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

David T Queroli

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) Queroli@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

David T Queroli

on behalf of Interested Party Brian C. Simms Queroli@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

David V. Fontana

on behalf of Defendant Brandon Williams dfont@gebsmith.com

David V. Fontana

on behalf of Interested Party Brandon Williams dfont@gebsmith.com

Deirdre M Richards

on behalf of Creditor Pavel Vorobets dmr@elliottgreenleaf.com  crw@elliottgreenleaf.com

District/off: 0311-1                                    User: admin                                    Page 44 of 103
Date Rcvd: Feb 25, 2026                            Form ID: pdfjo                            Total Noticed: 1021

Deirdre M Richards
    on behalf of Creditor Matthew Rahe dmr@elliottgreenleaf.com crw@elliottgreenleaf.com

Deirdre M Richards
    on behalf of Creditor Phillip Hunt dmr@elliottgreenleaf.com crw@elliottgreenleaf.com

Deirdre M Richards
    on behalf of Creditor Arian Fontal dmr@elliottgreenleaf.com crw@elliottgreenleaf.com

Dennis A. Meloro
    on behalf of Interested Party Escaleras de Esperanza LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro
    on behalf of Interested Party Pateno Payments Inc. melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro
    on behalf of Interested Party DRQC LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Derek C. Abbott
    on behalf of Interested Party BlockFi Inc. and affiliates dabbott@morrisnichols.com
derek-abbott-1155@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Diego Benjamin Flores
    on behalf of Creditor Coleman S. Maher dflores@sflaw.com

Domenic E. Pacitti
    on behalf of Creditor Kariya Kayamori dpacitti@klehr.com

Doron Yitzchaki
    on behalf of Defendant Common Sense Leadership Fund Inc. dyitzchaki@dickinsonwright.com

Douglas Ellmann
    on behalf of Creditor Liam Ellmann dse@ellmannlaw.com

Douglas Schneller
    on behalf of Debtor FTX Trading Ltd. douglas.schneller@rimonlaw.com bankruptcydocketing@rimonlaw.com

Douglas Schneller
    on behalf of Creditor Contrarian Funds LLC douglas.schneller@rimonlaw.com, bankruptcydocketing@rimonlaw.com

Douglas Schneller
    on behalf of Creditor Philip Bonello douglas.schneller@rimonlaw.com bankruptcydocketing@rimonlaw.com

Douglas Schneller
    on behalf of Creditor StoneX Credit Trading Inc. douglas.schneller@rimonlaw.com bankruptcydocketing@rimonlaw.com

Douglas Schneller
    on behalf of Creditor Charter Group Holdings LTD douglas.schneller@rimonlaw.com, bankruptcydocketing@rimonlaw.com

Douglas D. Herrmann
    on behalf of Creditor Daniel Friedberg wlbank@troutman.com Kristin.Wright@troutman.com,Monica.Molitor@troutman.com

Dov R. Kleiner
    on behalf of Creditor Arceau 507 II LLC dkleiner@kkwc.com

Dov R. Kleiner
    on behalf of Creditor Wireless Mouse I LLC dkleiner@kkwc.com

Dov R. Kleiner
    on behalf of Creditor 117 Partners Ltd dkleiner@kkwc.com

Dov R. Kleiner
    on behalf of Creditor 117 Partners LLC dkleiner@kkwc.com

Dov R. Kleiner
    on behalf of Creditor Phoenix Digital LLC dkleiner@kkwc.com

Dov R. Kleiner
    on behalf of Creditor 507 Investment Fund LLC dkleiner@kkwc.com

Dov R. Kleiner
    on behalf of Creditor Arceau X LLC dkleiner@kkwc.com

Dov R. Kleiner
    on behalf of Creditor Gadze Finance Special Purpose Holdings dkleiner@kkwc.com

Dov R. Kleiner
    on behalf of Creditor FTX Claims SPV LLC dkleiner@kkwc.com

Dov R. Kleiner
                    on behalf of Creditor Uluwatu Research LLC dkleiner@kkwc.com

Dov R. Kleiner
                    on behalf of Creditor Third Web Capital Management  LLC dkleiner@kkwc.com

Dov R. Kleiner
                    on behalf of Creditor Sameer Moolana dkleiner@kkwc.com

Dov R. Kleiner
                    on behalf of Creditor Barn Owl IV  LLC dkleiner@kkwc.com

Dov R. Kleiner
                    on behalf of Creditor KB507 LLC dkleiner@kkwc.com

Dov R. Kleiner
                    on behalf of Creditor Oroboros FTX I LLC dkleiner@kkwc.com

Drew McGehrin
                    on behalf of Interested Party Michelle Bond dsmcgehrin@duanemorris.com  drew-mcgehrin-5282@ecf.pacerpro.com

Edward A. Corma
                    on behalf of Creditor Sidar Sahin ecorma@pszjlaw.com abates@pszjlaw.com

Edward J Leen
                    on behalf of Creditor Oaktree Phoenix Investment Fund  L.P. eleen@mkbllp.com

Edward J Leen
                    on behalf of Creditor Oaktree Opportunities Fund XI Holdings (Delaware)  L.P. eleen@mkbllp.com

Edward J Leen
                    on behalf of Creditor Oaktree Value Opportunities Fund Holdings  L.P. eleen@mkbllp.com

Edward J Leen
                    on behalf of Creditor Opps CY Holdings  LLC eleen@mkbllp.com

Edward J Leen
                    on behalf of Creditor Boway Holdings  LLC eleen@mkbllp.com

Edward J Leen
                    on behalf of Creditor Oaktree London Liquid Value Opportunities Fund (VOF)  L.P. eleen@mkbllp.com

Edward J Leen
                    on behalf of Creditor Oaktree-Copley Investments  LLC eleen@mkbllp.com

Edward J Leen
                    on behalf of Creditor Boston Patriot Arlington St LLC eleen@mkbllp.com

Edward J Leen
                    on behalf of Creditor Oaktree Opportunities Fund XI Holdings (Cayman)  L.P. eleen@mkbllp.com

Edward J Leen
                    on behalf of Creditor Oaktree Opps XI Holdco  Ltd. eleen@mkbllp.com

Elihu Ezekiel Allinson, III
                    on behalf of Creditor Claimant No. 65255 ZAllinson@SHA-LLC.com  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elisabeth Michaelle Bruce
                    on behalf of Creditor United States of America on behalf of the Internal Revenue Service elisabeth.m.bruce@usdoj.gov
                    eastern.taxcivil@usdoj.gov

Elizabeth A. Rogers
                    on behalf of Defendant Weizheng Ye erogers@lrclaw.com
                    ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers
                    on behalf of Interested Party Sin Wei Tan erogers@lrclaw.com
                    ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers
                    on behalf of Interested Party Weizheng Ye erogers@lrclaw.com
                    ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers
                    on behalf of Interested Party Nashon Loo Shun Liang erogers@lrclaw.com
                    ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers
                    on behalf of Defendant Nashon Loo Shun Liang erogers@lrclaw.com
                    ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers
                    on behalf of Defendant Wei Lin "Germaine" Tan erogers@lrclaw.com

ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers

on behalf of Defendant Sin Wei "Sean" Tan erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Elizabeth A. Rogers

on behalf of Interested Party Wei Lin Tan erogers@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Emily K Steele

on behalf of Defendant Foris DAX Asia Pte. Ltd. emily.steele@klgates.com

Emily K Steele

on behalf of Defendant Foris DAX MT Ltd. emily.steele@klgates.com

Emily K Steele

on behalf of Defendant Foris DAX  Inc. emily.steele@klgates.com

Epiq Corporate Restructuring, LLC

sgarabato@epiqglobal.com;ecr@ecf.epiqsystems.com

Eric D. Schwartz

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com eschwartz@mnat.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Eric D. Schwartz

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com eschwartz@mnat.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Eric J. Monzo

on behalf of Defendant Huy Xuan "Kevin" Nguyen emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant Michael Burgess emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Creditor Buzko Krasnov LLC emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant Jing Yu "Darren" Wong emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant Lesley Burgess emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant 3Twelve Ventures Ltd. emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant Matthew Burgess emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Defendant BDK Consulting Ltd. emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric M. Sutty

on behalf of Creditor Miami-Dade County  Florida esutty@atllp.com, mmillis@atllp.com

Ethan H. Sulik

on behalf of Defendant Congressional Leadership Fund esulik@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant American Prosperity Alliance esulik@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant SALT Venture Group LLC esulik@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant SkyBridge GP Holdings LLC esulik@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant American Action Network  Inc. esulik@potteranderson.com,
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant Digital Macro Fund LP esulik@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant SkyBridge Capital II  LLC esulik@potteranderson.com,
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant KUROSEMI INC. esulik@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant One Nation  Inc. esulik@potteranderson.com,
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant Senate Leadership Fund esulik@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant Anthony Scaramucci esulik@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Ethan H. Sulik

on behalf of Defendant Brett Messing esulik@potteranderson.com
bankruptcy@potteranderson.com;kmccloskey@potteranderson.com

Felicia Brownell

on behalf of Interested Party Yumou Wei fbrownell@brownelllawgroup.com

Frank A. Merola

on behalf of Creditor Committee Official Committee of Unsecured Creditors frankmerola@paulhastings.com

Frederick Brian Rosner

on behalf of Creditor 507 Investment Fund LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Arceau 507 II LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Nexxus Participation Vehicle III LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Defendant Nai Him Leslie Tam rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Defendant GBV Technologies Ltd. rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Hain Capital Investors Master Fund  Ltd. rosner@teamrosner.com,
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Phala Ltd. rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Gabriel Colwell

on behalf of Creditor I'm Kind of a Big Deal  LLC gabriel.colwell@squirepb.com

Gabriel Colwell

on behalf of Creditor Neil Patel Digital  LLC gabriel.colwell@squirepb.com

Gabriel Colwell

on behalf of Creditor Neil Patel gabriel.colwell@squirepb.com

Gabriel Colwell

on behalf of Defendant Neil Patel gabriel.colwell@squirepb.com

Gabriel Colwell

on behalf of Defendant Im Kind of a Big Deal  LLC gabriel.colwell@squirepb.com

Gabriel Colwell

on behalf of Defendant Neil Patel Digital  LLC gabriel.colwell@squirepb.com

Gabrielle Albert
on behalf of Creditor Island Air Capital and Paul F. Aranha galbert@kbkllp.com

Garvan F. McDaniel
on behalf of Creditor 101 Second Street Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
on behalf of Creditor Curio Financial Technology Inc gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gary D. Bressler
on behalf of Creditor Philadelphia Indemnity Insurance Company gbressler@mdmc-law.com hryan@mdmc-law.com

Gaston P Loomis, II
on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com csentman@mdmc-law.com

Gaston P Loomis, II
on behalf of Creditor FTXCREDITOR LLC gloomis@mdmc-law.com, csentman@mdmc-law.com

Gaston P Loomis, II
on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com csentman@mdmc-law.com

George A Williams, III
on behalf of Plaintiff West Realm Shires Services Inc. williams@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

George A Williams, III
on behalf of Plaintiff FTX Trading Ltd. williams@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

George A Williams, III
on behalf of Plaintiff Alameda Research Ltd. williams@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;rogers@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Gregory Strong
on behalf of Defendant Binance Holdings Limited gstrong@cahill.com ma@cahill.com

Gregory Strong
on behalf of Defendant Binance Holdings (IE) Limited gstrong@cahill.com ma@cahill.com

Gregory Strong
on behalf of Defendant Binance (Services) Holdings Limited gstrong@cahill.com ma@cahill.com

Gregory A. Taylor
on behalf of Attorney Ruskin Moscou Faltischek P.C. gtaylor@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory A. Taylor
on behalf of Creditor Mercedes-Benz Grand Prix Limited gtaylor@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory A. Taylor
on behalf of Creditor Steaker Inc. gtaylor@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory G. Hesse
on behalf of Interested Party HBK Master Fund L.P. ghesse@huntonak.com crankin@huntonak.com;creeves@huntonak.com

Gregory L Arbogast
on behalf of Interested Party Lorem Ipsum UG Patrick Gruhn, and Robin Matzke GArbogast@coleschotz.com

Gregory Thomas Donilon
on behalf of Defendant Allan Joseph Bankman gregory.donilon@stevenslee.com rita.christopher@stevenslee.com

Gregory Thomas Donilon
on behalf of Defendant Barbara Fried gregory.donilon@stevenslee.com rita.christopher@stevenslee.com

Gregory Thomas Donilon
on behalf of Defendant Samuel Bankman-Fried gregory.donilon@stevenslee.com rita.christopher@stevenslee.com

Heath D. Rosenblat
on behalf of Interested Party Lorem Ipsum UG Patrick Gruhn, and Robin Matzke hrosenblat@morrisoncohen.com,
autodocket@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Michael Burgess hrosenblat@morrisoncohen.com autodocket@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Robin Matzke hrosenblat@morrisoncohen.com autodocket@morrisoncohen.com

Heath D. Rosenblat
on behalf of Defendant Huy Xuan "Kevin" Nguyen hrosenblat@morrisoncohen.com autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Nawaaz Mohammad Meerun hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Lesley Burgess hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant 3Twelve Ventures Ltd. hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant BDK Consulting Ltd. hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Matthew Burgess hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Patrick Gruhn hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Lorem Ipsum UG hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Heath D. Rosenblat

on behalf of Defendant Jing Yu "Darren" Wong hrosenblat@morrisoncohen.com  autodocket@morrisoncohen.com

Hejia Zhao

hz263@cornell.edu

Howard W Robertson, IV

on behalf of Plaintiff FTX Recovery Trust robertson@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Howard W Robertson, IV

on behalf of Interested Party FTX Recovery Trust robertson@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Howard W Robertson, IV

on behalf of Plaintiff LP Digital Asset Opportunities Master Fund Successor LP robertson@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Hugh K. Murtagh

on behalf of Defendant K5X FUND I LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MOUNT OLYMPUS CAPITAL LP hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant BRYAN BAUM hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL HOLDINGS LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MBK CAPITAL LP SERIES T hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5X FUND I LP hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL VENTURES LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant K5 GLOBAL GROWTH FUND II LP hugh.murtagh@lw.com

Hugh K. Murtagh

on behalf of Defendant MICHAEL KIVES hugh.murtagh@lw.com

Ileana Cruz

on behalf of Creditor Miami-Dade County  Florida cao.bkc@miamidade.gov, icruz@whitecase.com;DReznik@whitecase.com

Ira S. Greene
　　　　　　　on behalf of Interested Party Phala Ltd. ira.greene@lockelord.com
　　　　　　　ronald.cappiello@hoganlovells.com;dckaufman@hhlaw.com;sagolden@hhlaw.com

Isaac Nesser
　　　　　　　on behalf of Debtor FTX Trading Ltd. isaacnesser@quinnemanuel.com

Jack Shrum
　　　　　　　on behalf of Creditor Lukas Bartusek jshrum@jshrumlaw.com

Jacob M. Croke
　　　　　　　on behalf of Debtor FTX Trading Ltd. pierce@lrclaw.com  crokej@sullcrom.com

James A Plemmons
　　　　　　　on behalf of Defendant Common Sense Leadership Fund  Inc. JPlemmons@dickinsonwright.com

James E O'Neill
　　　　　　　on behalf of Creditor OTOY International  SEZC joneill@pszjlaw.com, efile1@pszjlaw.com

James F. Murphy
　　　　　　　on behalf of Creditor Tyr Capital Multi Strategy Fund  Ltd. frasher.murphy@haynesboone.com, kim.morzak@haynesboone.com

James R. Risener, III
　　　　　　　on behalf of Defendant SkyBridge Capital II  LLC jrisener@potteranderson.com,
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James R. Risener, III
　　　　　　　on behalf of Defendant SkyBridge GP Holdings LLC jrisener@potteranderson.com
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James R. Risener, III
　　　　　　　on behalf of Defendant One Nation  Inc. jrisener@potteranderson.com,
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James R. Risener, III
　　　　　　　on behalf of Defendant Senate Leadership Fund jrisener@potteranderson.com
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James R. Risener, III
　　　　　　　on behalf of Defendant Digital Macro Fund LP jrisener@potteranderson.com
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James R. Risener, III
　　　　　　　on behalf of Defendant Anthony Scaramucci jrisener@potteranderson.com
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James R. Risener, III
　　　　　　　on behalf of Defendant Brett Messing jrisener@potteranderson.com
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James R. Risener, III
　　　　　　　on behalf of Defendant American Prosperity Alliance jrisener@potteranderson.com
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James R. Risener, III
　　　　　　　on behalf of Defendant SALT Venture Group LLC jrisener@potteranderson.com
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James R. Risener, III
　　　　　　　on behalf of Defendant Congressional Leadership Fund jrisener@potteranderson.com
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James R. Risener, III
　　　　　　　on behalf of Defendant American Action Network  Inc. jrisener@potteranderson.com,
　　　　　　　leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com

James S. Carr
　　　　　　　on behalf of Creditor Seaport Loan Products LLC KDWBankruptcyDepartment@kelleydrye.com
　　　　　　　MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jamie Lynne Edmonson
　　　　　　　on behalf of Creditor Island Air Capital and Paul F. Aranha jedmonson@rc.com  lshaw@rc.com;amerkey@rc.com

Jamie Lynne Edmonson
　　　　　　　on behalf of Creditor North America League of Legends Championship Series  LLC jedmonson@rc.com,
　　　　　　　lshaw@rc.com;amerkey@rc.com

Jane Kim
　　　　　　　on behalf of Creditor Island Air Capital and Paul F. Aranha jkim@kbkllp.com

Jane VanLare
　　　　　　　on behalf of Interested Party BitGo Trust Company  Inc. jvanlare@cgsh.com, maofiling@cgsh.com

Jared W Kochenash
    on behalf of Intervenor Official Committee of Unsecured Creditors bankfilings@ycst.com

Jared W Kochenash
    on behalf of Defendant Jing Yu "Darren" Wong bankfilings@ycst.com

Jared W Kochenash
    on behalf of Defendant 3Twelve Ventures Ltd. bankfilings@ycst.com

Jared W Kochenash
    on behalf of Defendant BDK Consulting Ltd. bankfilings@ycst.com

Jared W Kochenash
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com

Jared W Kochenash
    on behalf of Defendant Michael Burgess bankfilings@ycst.com

Jared W Kochenash
    on behalf of Defendant Huy Xuan "Kevin" Nguyen bankfilings@ycst.com

Jared W Kochenash
    on behalf of Defendant Lesley Burgess bankfilings@ycst.com

Jarret P. Hitchings
    on behalf of Creditor Outremont Smartbeta Master Fund LP jarret.hitchings@bclplaw.com
deborah.field@bclplaw.com,jarret-hitchings-0150@ecf.pacerpro.com

Jason Daniel Angelo
    on behalf of Creditor Liquidity Network Ltd JAngelo@reedsmith.com
jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo
    on behalf of Creditor Fondation Elements JAngelo@reedsmith.com
jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo
    on behalf of Creditor Serendipity Network Ltd. JAngelo@reedsmith.com
jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo
    on behalf of Creditor Fondation Serendipity JAngelo@reedsmith.com
jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo
    on behalf of Creditor Maps Vault Limited JAngelo@reedsmith.com
jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jeffrey C. Krause
    on behalf of Creditor Steaker Inc. jKrause@gibsondunn.com
jstern@gibsondunn.com;dtrujillo@gibsondunn.com;RDouglas@gibsondunn.com

Jeffrey J. Lyons
    on behalf of Defendant Changpeng Zhao jjlyons@bakerlaw.com  tmcguckin@bakerlaw.com

Jeffrey S. Sabin
    on behalf of Interested Party Digital Augean  LLC JSSabin@Venable.com

Jeffrey S. Sabin
    on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. JSSabin@Venable.com

Jennifer Rood
    on behalf of Creditor VT Department of Financial Regulation jennifer.rood@vermont.gov

Jennifer R Sharret
    on behalf of Interested Party FTI Consulting Inc. jsharret@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Jenny Kasen
    on behalf of Creditor Schedule # 5985928 Confirmation ID: 3265-70-THACU-389116733 jkasen@kasenlawgroup.com

Jeremy W. Ryan
    on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
    on behalf of Defendant MICHAEL KIVES jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan
    on behalf of Defendant American Prosperity Alliance jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co

m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant SkyBridge GP Holdings LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant SkyBridge Capital II  LLC jryan@potteranderson.com,
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant American Action Network  Inc. jryan@potteranderson.com,
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant MBK CAPITAL LP SERIES T jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant K5 GLOBAL GROWTH FUND II LP jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant Congressional Leadership Fund jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant K5X FUND I LP jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant SGN ALBANY LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant One Nation  Inc. jryan@potteranderson.com,
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant K5 GLOBAL HOLDINGS LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant MOUNT OLYMPUS CAPITAL LP jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant K5 GLOBAL VENTURES LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

     on behalf of Defendant Digital Macro Fund LP jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant SALT Venture Group LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant K5X FUND I LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Senate Leadership Fund jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Anthony Scaramucci jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant BRYAN BAUM jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant Brett Messing jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jeremy W. Ryan

on behalf of Defendant K5 Global Growth Co-Invest I GP LLC jryan@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Jesse Van Marsbergen

jvm21@pm.me

Jessica Lauria

on behalf of Interested Party Peter Greaves jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Kevin G. Cambridge jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jessica Lauria

on behalf of Interested Party Brian C. Simms jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jody C. Barillare

on behalf of Interested Party Hudson Bay Claim Fund LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Yudu Pang jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com
lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor Svalbard Holdings Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor DCP Master Investments XVI LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Attorney Morgan  Lewis & Bockius LLP jody.barillare@morganlewis.com, lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor DCP Master Investments XIV LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd jody.barillare@morganlewis.com
lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor DCP Master Investments XV LLC jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Safe Eagle Holding Limited jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Debtor Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Creditor Diameter Capital Partners LP jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Joel H Levitin

on behalf of Defendant Binance Holdings Limited jlevitin@cahill.com  rstieglitz@cahill.com;ma@cahill.com

Joel H Levitin

on behalf of Defendant Binance Holdings (IE) Limited jlevitin@cahill.com  rstieglitz@cahill.com;ma@cahill.com

Joel H Levitin

on behalf of Defendant Binance (Services) Holdings Limited jlevitin@cahill.com  rstieglitz@cahill.com;ma@cahill.com

John Klusman, III

on behalf of Interested Party The New York Times Company jklusman@mgmlaw.com

John Klusman, III

on behalf of Interested Party Bloomberg L.P. jklusman@mgmlaw.com

John Klusman, III

on behalf of Interested Party The Financial Times Ltd. jklusman@mgmlaw.com

John Klusman, III

on behalf of Interested Party Dow Jones & Company  Inc. jklusman@mgmlaw.com

John Mallon

jmallonjnr@gmail.com

John Reding

on behalf of Attorney Illinois Department of Financial & Professional Regulation john.reding@ilag.gov

John Charles Quinn

on behalf of Interested Party Do Kwon jquinn@heckerfink.com

John Christopher Shore

on behalf of Interested Party FTX Recovery Trust cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Peter Greaves cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Kevin G. Cambridge cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John Christopher Shore

on behalf of Interested Party Brian C. Simms cshore@whitecase.com
caverch@whitecase.com;gsedlik@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com

John D. Demmy

on behalf of Defendant Wandilla Holdings Limited john.demmy@saul.com  robyn.warren@saul.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Richard L. Brummond jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Warren Winter jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Defendant Zixiao Wang jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John David Penn

on behalf of Interested Party Silvergate Bank jpenn@perkinscoie.com
docketdal@perkinscoie.com;john--penn-1853@ecf.pacerpro.com

John F. Iaffaldano

on behalf of Defendant Matthew Burgess jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant 3Twelve Ventures Ltd. jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

District/off: 0311-1
Date Rcvd: Feb 25, 2026

User: admin
Form ID: pdfjo

Page 55 of 103
Total Noticed: 1021

John F. Iaffaldano

on behalf of Defendant Michael Burgess jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Lesley Burgess jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Creditor Committee Official Committee of Unsecured Creditors jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Jing Yu "Darren" Wong jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant Huy Xuan "Kevin" Nguyen jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John F. Iaffaldano

on behalf of Defendant BDK Consulting Ltd. jackiaffaldano@paulhastings.com
FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

John J. Monaghan

on behalf of Liquidator Joint Liquidators of Three Arrows Capital  Ltd john.monaghan@hklaw.com

John W. Weiss

on behalf of Defendant Neil Patel jweiss@pashmanstein.com

John W. Weiss

on behalf of Creditor Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows
Capital  Ltd and foreign representatives of 3AC jweiss@pashmanstein.com

John W. Weiss

on behalf of Defendant Neil Patel Digital  LLC jweiss@pashmanstein.com

John W. Weiss

on behalf of Defendant Im Kind of a Big Deal  LLC jweiss@pashmanstein.com

John W. Weiss

on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation)
jweiss@pashmanstein.com

John W. Weiss

on behalf of Creditor Binance (Switzerland) AG jweiss@pashmanstein.com

Jonathan Accelnorm

accelnorm@gmail.com

Jonathan Lipshie

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com jon.lipshie@usdoj.gov

Jonathan Lipshie

on behalf of U.S. Trustee U.S. Trustee jon.lipshie@usdoj.gov

Jonathan Youngwood

on behalf of Defendant Anthony Scaramucci jyoungwood@stblaw.com

Jonathan Youngwood

on behalf of Defendant SALT Venture Group LLC jyoungwood@stblaw.com

Jonathan Youngwood

on behalf of Defendant Digital Macro Fund LP jyoungwood@stblaw.com

Jonathan Youngwood

on behalf of Defendant SkyBridge Capital II  LLC jyoungwood@stblaw.com

Jonathan Youngwood

on behalf of Defendant Brett Messing jyoungwood@stblaw.com

Jonathan Michael Weyand

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com jweyand@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Jonathan Michael Weyand

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP jweyand@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Jonathan Michael Weyand

on behalf of Attorney Eversheds Sutherland (US) LLP jweyand@morrisnichols.com

john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Jonathan Michael Weyand

on behalf of Financial Advisor Rothschild & Co US Inc jweyand@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Jonathan Michael Weyand

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com jweyand@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Jordan Sazant

on behalf of Defendant Skip & Goose LLC jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com

Jordan Sazant

on behalf of Defendant LayerZero Labs Ltd. jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com

Jordan Sazant

on behalf of Defendant Ari Litan jsazant@proskauer.com  jordan-sazant-0995@ecf.pacerpro.com

Jordan A. Kroop

on behalf of Interested Party The Moskowitz Law Firm jkroop@pszjlaw.com

Josef W. Mintz

on behalf of Interested Party Fulcrum Distressed Partners Limited Josef.Mintz@blankrome.com
ecf-fe4957a0ba6a@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Aleksandr Sasha Ivanov jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Tin Ka Yu jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant GB Holdings  Ltd. jbevans@mwe.com, alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant D21 Solutions Ltd. jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Myth Success Ltd. jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Charles Yang jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Able Rise Corporate Development Ltd. jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Hung Ka Ho jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Genesis Block Ltd. jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant GBV Capital  Inc. jbevans@mwe.com, alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Bluebird Capital Ltd. jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern
District of New York) jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph B. Evans

on behalf of Defendant Clement Ip jbevans@mwe.com  alison-hart-6921@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Creditor Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows
Capital  Ltd and foreign representatives of 3AC jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Joseph H. Huston, Jr.

on behalf of Defendant Nashon Loo Shun Liang jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Defendant Weizheng Ye jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Defendant Sin Wei "Sean" Tan jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Interested Party Wei Lin Tan jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Interested Party Weizheng Ye jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Defendant Wei Lin "Germaine" Tan jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Interested Party Nashon Loo Shun Liang jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph H. Huston, Jr.

on behalf of Interested Party Sin Wei Tan jhh@stevenslee.com  rita.christopher@stevenslee.com

Joseph James McMahon, Jr.

on behalf of U.S. Trustee U.S. Trustee joseph.mcmahon@usdoj.gov

Joseph T. Moldovan, Esq.

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke jmoldovan@morrisoncohen.com,
autodocket@morrisoncohen.com

Joseph T. Moldovan, Esq.

on behalf of Defendant Robin Matzke bankruptcy@morrisoncohen.com  autodocket@morrisoncohen.com

Joseph T. Moldovan, Esq.

on behalf of Defendant Lorem Ipsum UG bankruptcy@morrisoncohen.com  autodocket@morrisoncohen.com

Joseph T. Moldovan, Esq.

on behalf of Defendant Patrick Gruhn bankruptcy@morrisoncohen.com  autodocket@morrisoncohen.com

Joshua K. Porter

on behalf of Plaintiff Austin Onusz jporter@entwistle-law.com

Joshua K. Porter

on behalf of Plaintiff Nicholas Marshall jporter@entwistle-law.com

Joshua K. Porter

on behalf of Plaintiff Cedric Kees van Putten jporter@entwistle-law.com

Joshua K. Porter

on behalf of Plaintiff Hamad Dar jporter@entwistle-law.com

Joslyn R. Smith

on behalf of Creditor Starboard Digital Strategies js@lojrs.com

Juan E Martinez

on behalf of Creditor Jackson Garg jmartinez@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Juliet M. Sarkessian

on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov

Justin R. Alberto

on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. jalberto@coleschotz.com,
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto

on behalf of Interested Party Celsius Litigation Administrator jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Kara Hammond Coyle

on behalf of Defendant Genesis Digital Assets Limited kcoyle@ycst.com  bankfilings@ycst.com

Karen C. Bifferato

on behalf of Defendant Ethereal Tech Pte. Ltd kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Defendant FIND SATOSHI LAB kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Defendant Burdy Technology Limited kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Defendant Bybit Fintech Ltd. kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Defendant Digital Anchor Holdings Limited kbifferato@connollygallagher.com

Kate R. Buck

on behalf of Creditor Lightcone Infrastructure  Inc. kbuck@mccarter.com

Kate R. Buck

on behalf of Defendant Center for Applied Rationality kbuck@mccarter.com

Kate R. Buck

on behalf of Creditor Center for Applied Rationality kbuck@mccarter.com

Kate R. Buck

on behalf of Defendant Lightcone Infrastructure  Inc. kbuck@mccarter.com

Kate R. Buck

on behalf of Defendant Spartz Philanthropies kbuck@mccarter.com

Kate R. Buck

on behalf of Defendant Lightcone Rose Garden LLC kbuck@mccarter.com

Kate R. Buck

on behalf of Creditor Lightcone Rose Garden LLC kbuck@mccarter.com

Kate R. Buck

on behalf of Creditor Seth Melamed kbuck@mccarter.com

Kate R. Buck

on behalf of Interested Party Bidder #1 kbuck@mccarter.com

Kate R. Buck

on behalf of Creditor Lightcone Infrastructure kbuck@mccarter.com

Katharina Earle

on behalf of Creditor Martha Lambrianou kearle@connellfoley.com  emunera@gibbonslaw.com

Katharina Earle

on behalf of Creditor Dr. Marcel Lotscher kearle@connellfoley.com  emunera@gibbonslaw.com

Katherine Epstein

on behalf of Interested Party Do Kwon kepstein@heckerfink.com

Kelvin Azevedo Santos

azsantos.k@gmail.com

Kevin Gross

on behalf of Interested Party Peter Greaves gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) gross@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross

on behalf of Interested Party Kevin G. Cambridge gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross

on behalf of Plaintiff FTX Recovery Trust gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross

on behalf of Plaintiff FTX Digital Markets  Ltd. gross@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross

on behalf of Interested Party Brian C. Simms gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Scott Mann

on behalf of Creditor Liquidity Solutions Global Ltd. kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Creditor Play Magnus AS kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kihyuk Nam

kihyuknam@hanyang.ac.kr

Kimberly A. Brown

on behalf of Debtor Cedar Bay Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Europe AG brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Yankari Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Quoine Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX (Gibraltar) Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX US Services  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Products (Singapore) Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Cedar Grove Technology Services  Ltd. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Lend Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Property Holdings Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Goodman Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Maclaurin Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Japan Services KK brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Deck Technologies Holdings LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Marketplace  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Quoine Vietnam Co. Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Equity Record Holdings Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Ledger Holdings Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Blue Ridge Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Good Luck Games  LLC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Ventures Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research KK brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Clifton Bay Investments LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Quoine India Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Cardinal Ventures Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Verdant Canyon Capital LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Allston Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Atlantis Technology Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Aus Pty Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Switzerland GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Digital Assets LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Hannam Group Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Island Bay Ventures Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor West Realm Shires Services Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Structured Products AG brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Hawaii Digital Assets Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX EMEA Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Plaintiff FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Research LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Maclaurin Investments Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Exchange FZE brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX US Trading  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Research (Bahamas) Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Deep Creek Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda TR Systems S. de R. L. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Japan K.K. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Deck Technologies Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Zubr Exchange Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Hilltop Technology Services LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Canada Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Blockfolio  Inc. brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Innovatia Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Services Solutions Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Interested Party FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Hive Empire Trading Pty Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Defendant FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda TR Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Holdings Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Alameda Research Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Cottonwood Grove Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Alameda Research Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor North Dimension Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Plaintiff Alameda Research LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Trading Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor DAAG Trading  DMCC brown@lrclaw.com,
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor North Wireless Dimension Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Global Services Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Digital Custody Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Clifton Bay Investments Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Bancroft Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor LedgerPrime LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Crypto Services Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Cottonwood Technologies Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor GG Trading Terminal Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Trading GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Interested Party FTX Recovery Trust brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor West Realm Shires Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor West Realm Shires Financial Services Inc. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Crypto Bahamas LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Hong Kong Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Paper Bird Inc brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Analisya Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Euclid Way Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Plaintiff FTX Recovery Trust brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Clifton Bay Investments LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

District/off: 0311-1                                    User: admin                                    Page 63 of 103
Date Rcvd: Feb 25, 2026                            Form ID: pdfjo                            Total Noticed: 1021

Kimberly A. Brown

on behalf of Debtor FTX Certificates GmbH brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Pte Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Japan Holdings K.K. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Ltd brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX EU Ltd. brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kroll Restructuring Administration LLC

info@ra.kroll.com

Kurt F. Gwynne

on behalf of Creditor Fondation Serendipity kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Creditor Fondation Elements kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Creditor Liquidity Network Ltd kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Creditor Serendipity Network Ltd. kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kyle P. McEvilly

on behalf of Creditor Dr. Marcel Lotscher kmcevilly@connellfoley.com

Laura Davis Jones

on behalf of Defendant Robin Matzke ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Samuel Wenjun Lim ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke ljones@pszjlaw.com, efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Lorem Ipsum UG ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Defendant Patrick Gruhn ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones

on behalf of Creditor Sidar Sahin ljones@pszjlaw.com  efile1@pszjlaw.com

Laura L. McCloud

on behalf of Creditor TN Dept of Financial Institutions agbankdelaware@ag.tn.gov

Laurel D. Roglen

on behalf of Interested Party D1 Ventures roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Lawrence O'Brien

on behalf of Creditor Seth Melamed lobrien@mccarter.com

Lawrence Joel Kotler

on behalf of Interested Party Michelle Bond ljkotler@duanemorris.com  lawrence-kotler-7511@ecf.pacerpro.com

Lawrence Raymond Thomas, III

on behalf of Interested Party Fulcrum Credit Partners LLC lorenzo.thomas@blankrome.com

Lawrence Raymond Thomas, III

on behalf of Interested Party Goldman Sachs Lending Partners LLC lorenzo.thomas@blankrome.com

Layla D Milligan

on behalf of Interested Party Texas Dept. of Banking layla.milligan@oag.texas.gov

Layla D Milligan

on behalf of Interested Party State of Texas layla.milligan@oag.texas.gov

Layla D Milligan
     on behalf of Interested Party Texas State Securities Board layla.milligan@oag.texas.gov

Leif Simonson
     on behalf of Creditor Lawrence D. Van Dyn Hoven leif.simonson@simonsonlaw.com

Lisa Bonsall
     on behalf of Interested Party Bidder #1 lbonsall@mccarter.com

Lisa M. Schweitzer
     on behalf of Interested Party M 7 Holdings  LLC lschweitzer@cgsh.com, maofiling@cgsh.com

Louis Phillips
     on behalf of Creditor Word of God Fellowship  Inc. louis.phillips@kellyhart.com,
     june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com

Louis J. Cisz, III
     on behalf of Defendant Merchant Oasis Ltd. lcisz@nixonpeabody.com
     sf.managing.clerk@nixonpeabody.com;jzic@nixonpeabody.com

Luc A. Despins
     on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
     Affiliated Debtors lucdespins@paulhastings.com

Luc A. Despins
     on behalf of Creditor Committee Official Committee of Unsecured Creditors lucdespins@paulhastings.com

Lucian Borders Murley
     on behalf of Defendant Wandilla Holdings Limited luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
     on behalf of Interested Party FinTech HQ Inc. luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
     on behalf of Defendant Nishad Singh luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
     on behalf of Creditor Equinix  Inc. luke.murley@saul.com, robyn.warren@saul.com

Lynn W Holbert
     on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com lynnholbert@eversheds-sutherland.us

Lynn W Holbert
     on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com lynnholbert@eversheds-sutherland.us

M. Blake Cleary
     on behalf of Defendant Ari Litan bcleary@potteranderson.com
     leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.co
     m;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary
     on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group")
     bcleary@potteranderson.com,
     leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.co
     m;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary
     on behalf of Defendant Skip & Goose LLC bcleary@potteranderson.com
     leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.co
     m;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Blake Cleary
     on behalf of Defendant LayerZero Labs Ltd. bcleary@potteranderson.com
     leastburn@potteranderson.com;bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.co
     m;tmistretta@potteranderson.com;mromano@potteranderson.com

Marc J. Phillips
     on behalf of Defendant Barbara Fried mphillips@whitefordlaw.com
     mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Marc J. Phillips
     on behalf of Defendant Allan Joseph Bankman mphillips@whitefordlaw.com
     mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Margaret Manning
     on behalf of Interested Party Morgan & Morgan Claimants mmanning@gsbblaw.com

Margaret Manning
     on behalf of Plaintiff Morgan & Morgan Claimants mmanning@gsbblaw.com

Margaret Manning
     on behalf of Creditor Gisele Bundchen mmanning@gsbblaw.com

Margaret Manning
on behalf of Creditor M&M FTX Customers mmanning@gsbblaw.com

Maris J. Kandestin
on behalf of Defendant Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York) mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Maris J. Kandestin
on behalf of U.S. Trustee U.S. Trustee mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Maris J. Kandestin
on behalf of Creditor Plan Administrator of the Voyager Wind-Down Debtor mkandestin@mwe.com dnorthrop@mwe.com;nrainey@mwe.com

Maris J. Kandestin
on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York) mkandestin@mwe.com  dnorthrop@mwe.com;nrainey@mwe.com

Mark Minuti
on behalf of Creditor Pyth Data Association mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
on behalf of Creditor TMSI SEZC Ltd. mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
on behalf of Creditor Tai Mo Shan Limited mark.minuti@saul.com  robyn.warren@saul.com

Mark Minuti
on behalf of Defendant Time Research Ltd. mark.minuti@saul.com  robyn.warren@saul.com

Mark L. Desgrosseilliers
on behalf of Counter-Claimant Daniel Friedberg desgross@chipmanbrown.com fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark M. Billion
on behalf of Defendant Fair Democracy markbillion@billionlaw.com  markbillion@gmail.com

Mark W. Hancock
on behalf of Fee Examiner Fee Examiner Stadler mhancock@gklaw.com  kboucher@gklaw.com

Mark W. Hancock
on behalf of Attorney Godfrey & Kahn  S.C. mhancock@gklaw.com, kboucher@gklaw.com

Marla S. Benedek
on behalf of Creditor North Field Technology Ltd. mbenedek@cozen.com  marla-benedek-0597@ecf.pacerpro.com

Marshal J. Hoda
on behalf of Creditor Warren Winter marshalhoda@recap.email

Marshal J. Hoda
on behalf of Creditor Acquisen LLC marshalhoda@recap.email

Martin A. Sosland
on behalf of Creditor Evolve Bank & Trust Martin.Sosland@vhh.law ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,vj.barham@butlersnow.com

Mary E. Augustine
on behalf of Creditor Celsius Network LLC meg@saccullolegal.com

Mary F. Caloway
on behalf of Interested Party The Moskowitz Law Firm mcaloway@pszjlaw.com

Mary F. Caloway
on behalf of Attorney FTX MDL Co-Lead Counsel mcaloway@pszjlaw.com

Matthew Rifino
on behalf of Creditor Center for Applied Rationality mrifino@mccarter.com  kmcdonnell@mccarter.com

Matthew B. Goeller
on behalf of Interested Party Blockforce Capital Vesper DeFi Growth Fund matthew.goeller@klgates.com cass.barlatier@klgates.com

Matthew B. Goeller
on behalf of Defendant Iron Block Capital matthew.goeller@klgates.com  cass.barlatier@klgates.com

Matthew B. Goeller
on behalf of Defendant Foris DAX MT Ltd. matthew.goeller@klgates.com  cass.barlatier@klgates.com

Matthew B. Goeller
on behalf of Interested Party Confusion Capital  Inc. matthew.goeller@klgates.com, cass.barlatier@klgates.com

Matthew B. Goeller
on behalf of Defendant Foris DAX Asia Pte. Ltd. matthew.goeller@klgates.com  cass.barlatier@klgates.com

Matthew B. Goeller
on behalf of Defendant Foris DAX  Inc. matthew.goeller@klgates.com, cass.barlatier@klgates.com

Matthew B. Harvey
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com mharvey@morrisnichols.com
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnich
ols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. Harvey
on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com mharvey@mnat.com
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnich
ols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. Harvey
on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP mharvey@mnat.com,
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnich
ols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. Harvey
on behalf of Cred. Comm. Chair Wincent Investment Fund PCC Ltd mharvey@mnat.com
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnich
ols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. McGuire
on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP
mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant GOODMAN INVESTMENTS LTD.  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant West Realm Shires Services Inc. (d/b/a FTX.US) mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant STRATEGY ARK COLLECTIVE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Defendant Allston Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Defendant Killarney Lake Investments Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Defendant FTX Europe AG mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Defendant Alameda Research (Bahamas) Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Defendant Alameda Research Holdings Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Counter-Defendant FTX STRUCTURED PRODUCTS AG mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Interested Party FTX Recovery Trust mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire
on behalf of Defendant Liquid Financial USA Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

District/off: 0311-1

Date Rcvd: Feb 25, 2026

User: admin

Form ID: pdfjo

Page 67 of 103

Total Noticed: 1021

Matthew B. McGuire

on behalf of Counter-Defendant FTX MARKETPLACE  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Blue Ridge Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Blockfolio  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX HONG KONG LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Mangrove Cay Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant GLOBAL COMPASS DYNAMICS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN HOLDINGS K.K. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Services Solutions Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE VIETNAM CO. LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH YANKARI LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH DIMENSION INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Crypto Bahamas LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ATLANTIS TECHNOLOGY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cottonwood Technologies Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALLSTON WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@

lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Digital Assets LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research KK mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN SERVICES KK  FTX mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DECK TECHNOLOGIES HOLDINGS LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Technology Services Bahamas Limited mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EQUITY RECORD HOLDINGS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant INNOVATIA LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Digital Holdings (Singapore) Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Dimension Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Pioneer Street Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Bancroft Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX US Services  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff FTX Recovery Trust mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LT BASKETS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Global Services Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Clifton Bay Investments LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LiquidEX LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Switzerland GmbH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DMCC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX EMEA Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LIQUIDEX LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Ledger Holdings Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Services Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant West Realm Shires  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HIVE EMPIRE TRADING PTY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Island Bay Ventures Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

| District/off: 0311-1 | User: admin | Page 70 of 103 |
| Date Rcvd: Feb 25, 2026 | Form ID: pdfjo | Total Noticed: 1021 |

Matthew B. McGuire

on behalf of Defendant FTX (Gibraltar) Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant EUCLID WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LIQUID SECURITIES SINGAPORE PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Products (Singapore) Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant GG Trading Terminal Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant MACLAURIN INVESTMENTS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA TR LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DAAG TRADING mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EXCHANGE FZE mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Digital Custody Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Quoine Vietnam Co. Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Financial Services Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ISLAND BAY VENTURES INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@

lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CEDAR BAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Quoine India Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BLUE RIDGE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda TR Systems S. de R. L. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX US TRADING  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Exchange FZE mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Structured Products AG mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LT Baskets Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research Yankari Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CEDAR GROVE TECHNOLOGY SERVICES  LTD. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX US SERVICES  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Euclid Way Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX PROPERTY HOLDINGS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX CANADA INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LIQUID FINANCIAL USA INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

District/off: 0311-1                          User: admin                              Page 72 of 103
Date Rcvd: Feb 25, 2026                       Form ID: pdfjo                           Total Noticed: 1021

Matthew B. McGuire

on behalf of Counter-Defendant GOOD LUCK GAMES  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Clifton Bay Investments Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cedar Grove Technology Services  Ltd. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Quoine Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX TRADING GMBH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant COTTONWOOD GROVE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cottonwood Grove Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Analisya Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hawaii Digital Assets Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant PAPER BIRD INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DECK TECHNOLOGIES INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BANCROFT WAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant BLOCKFOLIO  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Goodman Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@

lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Japan Services KK mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deck Technologies Holdings LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EUROPE AG  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DIGITAL CUSTODY INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Wireless Dimension Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant TECHNOLOGY SERVICES BAHAMAS LIMITED mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Atlantis Technology Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Ventures Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff North Dimension Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH (BAHAMAS) LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH WIRELESS DIMENSION INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant PIONEER STREET INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Other Prof. FTX Recovery Trust mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant DAAG Trading  DMCC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA TR SYSTEMS S. DE R. L. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Hong Kong Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX US Trading  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff LP Digital Asset Opportunities Master Fund Successor LP mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deck Technologies Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant NORTH DIMENSION LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX ZUMA LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EMEA LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hannam Group Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Deep Creek Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Zuma Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Claims Agent Kroll Restructuring Administration LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant QUOINE INDIA PTE LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Marketplace  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Trading GmbH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda TR Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Services  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Verdant Canyon Capital LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX CERTIFICATES GMBH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

District/off: 0311-1
Date Rcvd: Feb 25, 2026

User: admin
Form ID: pdfjo

Page 75 of 103
Total Noticed: 1021

Matthew B. McGuire

on behalf of Defendant FTX Japan K.K. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST INNOVATIVE BARISTA LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant VERDANT CANYON CAPITAL LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Property Holdings Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGER HOLDINGS INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Equity Record Holdings Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Recovery Trust mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA AUS PTY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant COTTONWOOD TECHNOLOGIES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX VENTURES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cardinal Ventures Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Strategy Ark Collective Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Maclaurin Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@

lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant GG TRADING TERMINAL LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant North Dimension Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff West Realm Shires Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CARDINAL VENTURES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ZUBR EXCHANGE LTD.  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Maclaurin Investments Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Services Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CRYPTO BAHAMAS LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX JAPAN K.K. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Innovatia Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Debtor FTX Trading Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WESTERN CONCORD ENTERPRISES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Innovative Barista Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX EU Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX SERVICES SOLUTIONS LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Aus Pty Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant KILLARNEY LAKE INVESTMENTS LTD mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX SWITZERLAND GMBH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Good Luck Games  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hive Empire Trading Pty Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HANNAM GROUP INC.  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND  LLC, mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGER PRIME LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Cedar Bay Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX DIGITAL ASSETS LLC  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA GLOBAL SERVICES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX CRYPTO SERVICES LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Paper Bird Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Bitcoin Yield Enhancement Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH KK mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX PRODUCTS (SINGAPORE) PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX LEND INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Western Concord Enterprises Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES SERVICES  INC. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Liquid Securities Singapore Pte Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant Hilltop Technology Services LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Digital Asset Opportunities Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant West Realm Shires Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Bitcoin Yield Enhancement Master Fund  LLC mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Alameda Research LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Ventures  LP mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant LedgerPrime Digital Asset Opportunities Master Fund LP mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX (GIBRALTAR) LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HILLTOP TECHNOLOGY SERVICES LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Canada Inc mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Certificates GmbH mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant WEST REALM SHIRES FINANCIAL SERVICES INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Crypto Services Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@

lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX EU LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant FTX TRADING LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant DEEP CREEK LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Zubr Exchange Ltd mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant LEDGERPRIME VENTURES  LP mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Japan Holdings K.K. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant MANGROVE CAY LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ANALISYA PTE LTD. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant ALAMEDA RESEARCH HOLDINGS INC.  mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant HAWAII DIGITAL ASSETS INC. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Plaintiff Clifton Bay Investments LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant FTX Lend Inc. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LLC mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew B. McGuire

on behalf of Defendant Global Compass Dynamics Ltd. mcguire@lrclaw.com
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew Barry Lunn

on behalf of Creditor Committee Official Committee of Unsecured Creditors mlunn@ycst.com  bankfilings@ycst.com

Matthew Barry Lunn

on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
Affiliated Debtors mlunn@ycst.com  bankfilings@ycst.com

Matthew J. Craig

on behalf of Interested Party Do Kwon mcraig@heckerfink.com

Matthew R Pierce

on behalf of Debtor Liquid Securities Singapore Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant BLUE RIDGE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX US Trading  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ANALISYA PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant West Realm Shires  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Defendant West Realm Shires Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Goodman Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX CANADA INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Crypto Services Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant QUOINE INDIA PTE LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Innovatia Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DAAG TRADING Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Maclaurin Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX DIGITAL HOLDINGS (SINGAPORE) PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ISLAND BAY VENTURES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA TR LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA TR SYSTEMS S. DE R. L. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Island Bay Ventures Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX VENTURES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Realm Shires Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant FTX Trading Ltd. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Plaintiff West Realm Shires Services Inc. Pierce@lrclaw.com,
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Debtor FTX Japan K.K. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT MASTER FUND LP Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant FTX CERTIFICATES GMBH Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant WEST REALM SHIRES INC. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant PIONEER STREET INC. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Debtor FTX Services Solutions Ltd. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant LIQUID SECURITIES SINGAPORE PTE LTD. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Debtor Ledger Holdings Inc. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant LIQUID FINANCIAL USA INC. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Debtor Zubr Exchange Ltd Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant NORTH DIMENSION LTD. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Interested Party FTX Recovery Trust Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant HIVE EMPIRE TRADING PTY LTD. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Debtor FTX Certificates GmbH Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant QUOINE VIETNAM CO. LTD Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant GOODMAN INVESTMENTS LTD. Pierce@lrclaw.com,
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Counter-Defendant PAPER BIRD INC. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Defendant West Realm Shires Inc. Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
> on behalf of Debtor Paper Bird Inc Pierce@lrclaw.com
> Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES FUND  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME BITCOIN YIELD ENHANCEMENT FUND  LLC, Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant QUOINE PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DEEP CREEK LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CEDAR BAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant STRATEGY ARK COLLECTIVE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant MANGROVE CAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor GG Trading Terminal Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Good Luck Games  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Ventures Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EU LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA AUS PTY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant HAWAII DIGITAL ASSETS INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX SWITZERLAND GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DIGITAL CUSTODY INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Services Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Mangrove Cay Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA GLOBAL SERVICES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CEDAR GROVE TECHNOLOGY SERVICES  LTD. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

District/off: 0311-1
Date Rcvd: Feb 25, 2026

User: admin
Form ID: pdfjo

Page 83 of 103
Total Noticed: 1021

Matthew R Pierce

on behalf of Counter-Defendant West Realm Shires Services Inc. (d/b/a FTX.US) Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant COTTONWOOD GROVE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX CRYPTO SERVICES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX PRODUCTS (SINGAPORE) PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Killarney Lake Investments Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX DIGITAL ASSETS LLC  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant GG TRADING TERMINAL LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine India Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EQUITY RECORD HOLDINGS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST REALM SHIRES SERVICES  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DECK TECHNOLOGIES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Liquid Financial USA Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant EUCLID WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX PROPERTY HOLDINGS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH PTE LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX ZUMA LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX MARKETPLACE  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DMCC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST INNOVATIVE BARISTA LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH (BAHAMAS) LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Pioneer Street Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH KK Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EUROPE AG  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant DECK TECHNOLOGIES HOLDINGS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Defendant FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Strategy Ark Collective Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX STRUCTURED PRODUCTS AG Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant COTTONWOOD TECHNOLOGIES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ATLANTIS TECHNOLOGY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX JAPAN K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant HANNAM GROUP INC.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine Vietnam Co. Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX JAPAN SERVICES KK  FTX Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX US SERVICES  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Zuma Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff North Dimension Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALLSTON WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Innovative Barista Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Structured Products AG Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant GLOBAL COMPASS DYNAMICS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant HILLTOP TECHNOLOGY SERVICES LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX (GIBRALTAR) LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LT Baskets Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Realm Shires Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant GOOD LUCK GAMES  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Hive Empire Trading Pty Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Hawaii Digital Assets Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LiquidEX LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Switzerland GmbH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH HOLDINGS INC.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Interested Party FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGER HOLDINGS INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant KILLARNEY LAKE INVESTMENTS LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WEST REALM SHIRES FINANCIAL SERVICES INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Technology Services Bahamas Limited Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGERPRIME VENTURES  LP Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Maclaurin Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Realm Shires Financial Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CRYPTO BAHAMAS LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Trading GmbH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EXCHANGE FZE Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Western Concord Enterprises Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX HONG KONG LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX US Services  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX LEND INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant BLOCKFOLIO  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Ventures  LP Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant NORTH DIMENSION INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ZUBR EXCHANGE LTD.  Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX SERVICES SOLUTIONS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Defendant FTX Recovery Trust Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX US TRADING  INC. Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LEDGER PRIME LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff FTX Recovery Trust Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant NORTH WIRELESS DIMENSION INC. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor North Dimension Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LIQUIDEX LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX TRADING LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant CLIFTON BAY INVESTMENTS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor North Wireless Dimension Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Verdant Canyon Capital LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant LT BASKETS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant BANCROFT WAY LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Clifton Bay Investments LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant WESTERN CONCORD ENTERPRISES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Hilltop Technology Services LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX TRADING GMBH Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor Hannam Group Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant VERDANT CANYON CAPITAL LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant TECHNOLOGY SERVICES BAHAMAS LIMITED Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant FTX EMEA LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Counter-Defendant ALAMEDA RESEARCH YANKARI LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Debtor Global Compass Dynamics Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant CARDINAL VENTURES LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Debtor North Dimension Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant INNOVATIA LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP
Pierce@lrclaw.com  Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX EU Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Defendant Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Debtor Alameda Research (Bahamas) Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Debtor FTX Property Holdings Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant FTX JAPAN HOLDINGS K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Plaintiff West Realm Shires Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Counter-Defendant MACLAURIN INVESTMENTS LTD. Pierce@lrclaw.com
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew R Pierce
on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Matthew Steven Sarna
on behalf of Defendant Working America matthew.sarna@us.dlapiper.com  DLAPiper@ecfxmail.com

Melissa M. Hartlipp
on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. MHartlipp@coleschotz.com,
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Melissa M. Hartlipp
on behalf of Creditor Eden Protocol Limited MHartlipp@coleschotz.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Melissa M. Hartlipp
on behalf of Interested Party Celsius Litigation Administrator MHartlipp@coleschotz.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Michael Barlow
on behalf of Plaintiff FTX Recovery Trust michaelbarlow@quinnemanuel.com  michael-barlow-0570@ecf.pacerpro.com

Michael Barlow
on behalf of Debtor FTX Trading Ltd. michaelbarlow@quinnemanuel.com  michael-barlow-0570@ecf.pacerpro.com

Michael Ferrara
on behalf of Interested Party Do Kwon mferrara@heckerfink.com

Michael Ferrara
on behalf of Creditor Lidia Favario mferrara@heckerfink.com

Michael Kelly
on behalf of Interested Party U.S. Securities and Exchange Commission kellymich@sec.gov

Michael Klein
    on behalf of Defendant Nishad Singh mklein@cooley.com efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
    on behalf of Defendant Wandilla Holdings Limited mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Mix
    on behalf of Defendant Robin Matzke mmix@morrisoncohen.com

Michael Mix
    on behalf of Defendant Patrick Gruhn mmix@morrisoncohen.com

Michael Mix
    on behalf of Defendant Nawaaz Mohammad Meerun mmix@morrisoncohen.com

Michael Mix
    on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke mmix@morrisoncohen.com

Michael Mix
    on behalf of Defendant Lorem Ipsum UG mmix@morrisoncohen.com

Michael Morris
    on behalf of Interested Party State of Wisconsin Dep't of Financial Institutions morrismd@doj.state.wi.us
radkeke@doj.state.wi.us

Michael Rogers
    on behalf of Creditor Blooming Triumph International Limited michaelrogers@eversheds-sutherland.us

Michael David DeBaecke
    on behalf of Examiner Robert J. Cleary mdebaecke@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
    on behalf of Attorney Ashby & Geddes  P.A. mdebaecke@ashbygeddes.com,
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David Van Gorder
    on behalf of Defendant Michelle Bond mvangorder@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell
    on behalf of Plaintiff Morgan & Morgan Claimants mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor M&M FTX Customers mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell
    on behalf of Interested Party Todd R. Snyder  as the Terraform Plan Administrator mbusenkell@gsbblaw.com,
mfriedman@gsbblaw.com

Michael G. Busenkell
    on behalf of Interested Party BlockFi Inc. and affiliates mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell
    on behalf of Interested Party M 7 Holdings  LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell
    on behalf of Interested Party Do Kwon mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor FC CAYMAN A  L.L.C. mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael J. Reiss
    on behalf of Defendant K5 GLOBAL GROWTH FUND II LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
    on behalf of Defendant BRYAN BAUM michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
    on behalf of Defendant K5X FUND I LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
    on behalf of Defendant SGN ALBANY LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
    on behalf of Defendant K5 GLOBAL VENTURES LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
    on behalf of Defendant K5 GLOBAL GROWTH FUND II GP LLC michael.reiss@lw.com
michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
    on behalf of Defendant K5X FUND I LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
 on behalf of Defendant K5 GLOBAL TECHNOLOGY LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
 on behalf of Defendant MICHAEL KIVES michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
 on behalf of Defendant K5 Global Growth Co-Invest I GP LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
 on behalf of Defendant MOUNT OLYMPUS CAPITAL LP michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
 on behalf of Defendant K5 GLOBAL HOLDINGS LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
 on behalf of Defendant MOUNT OLYMPUS CAPITAL LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
 on behalf of Defendant MBK CAPITAL LP SERIES T michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Reiss
 on behalf of Defendant K5 GLOBAL GROWTH FUND I GP LLC michael.reiss@lw.com  michael-reiss-5372@ecf.pacerpro.com

Michael J. Small
 on behalf of Creditor Mercedes-Benz Grand Prix Limited msmall@foley.com

Michael Joseph Joyce
 on behalf of Defendant Manifold for Charity  Inc. mjoyce@mjlawoffices.com

Michael Joseph Joyce
 on behalf of Creditor Ross Rheingans-Yoo mjoyce@mjlawoffices.com

Michael Joseph Joyce
 on behalf of Creditor Blooming Triumph International Limited mjoyce@mjlawoffices.com

Michael Joseph Joyce
 on behalf of Defendant Manifold Markets  Inc. mjoyce@mjlawoffices.com

Michael Joseph Joyce
 on behalf of Defendant Ross Rheingans-Yoo mjoyce@mjlawoffices.com

Michael L. Vild
 on behalf of Defendant Merchant Oasis Ltd. mvild@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Michael R. Nestor
 on behalf of Defendant Genesis Digital Assets Limited bankfilings@ycst.com

Michael Vincent DiPietro
 on behalf of Creditor Michael Lehrer mdipietro@polsinelli.com  lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Monique Bair DiSabatino
 on behalf of Defendant Time Research Ltd. monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
 on behalf of Creditor TMSI SEZC Ltd. monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino
 on behalf of Creditor FTX Customers with ID Codes of 00219293  etc. monique.disabatino@saul.com, robyn.warren@saul.com

Morris D. Weiss
 on behalf of Interested Party Charles Mason mweiss@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Morris D. Weiss
 on behalf of Interested Party Peter Lau mweiss@krcl.com  ajezisek@krcl.com,tgreenblum@krcl.com

Naznen Rahman
 on behalf of Creditor FTXCREDITOR  LLC nrahman@glennagre.com, mao@glennagre.com

Nicholas Baker
 on behalf of Defendant SkyBridge Capital II  LLC nbaker@stblaw.com

Nicholas Baker
 on behalf of Defendant Brett Messing nbaker@stblaw.com

Nicholas Baker
 on behalf of Defendant Digital Macro Fund LP nbaker@stblaw.com

Nicholas Baker
 on behalf of Defendant Anthony Scaramucci nbaker@stblaw.com

Nicholas Baker
 on behalf of Defendant SALT Venture Group LLC nbaker@stblaw.com

Nicholas J. Brannick

on behalf of Interested Party The Dorothy Anne Jones 2007 Trust brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick

on behalf of Interested Party The Caroline Dorothy Jones 2007 Trust brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick

on behalf of Interested Party The Christine Louise Jones 2007 Trust brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nicholas J. Brannick

on behalf of Interested Party The John Paul Jones II 2007 Trust brannickn@ballardspahr.com friedmanm@ballardspahr.com

Nick Yakutilov

nickyakutilov@gmail.com

Nicole A. Leonard

on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com

Olivia A. Barket Yeffet

on behalf of Interested Party FTX Recovery Trust oliviayeffet@quinnemanuel.com

Oxana Kozlov

on behalf of Attorney Oxana Kozlov okozlov@gmail.com

Paige Noelle Topper

on behalf of Defendant Time Research Ltd. paige.topper@saul.com cassandra.joyner@saul.com

Paige Noelle Topper

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com paige.topper@saul.com cassandra.joyner@saul.com

Patrick D. Vellone

on behalf of Creditor Claimant No. 65255 Patrick.Vellone@michaelbest.com
litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

Patrick J. Reilley

on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC et al., and Moshin Y. Meghji, solely in his capacity as the Litigation Administrator of Celsius Network LLC, et al. preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Paul Haskel

on behalf of Creditor Lavanda Sands L.L.C. phaskel@crowell.com

Paul Haskel

on behalf of Creditor Virgo Nightshade L.L.C. phaskel@crowell.com

Paul Haskel

on behalf of Creditor Red River Digital Trading LLC phaskel@crowell.com

Paul Haskel

on behalf of Creditor Fire Bouvardia L.L.C. phaskel@crowell.com

Paul Haskel

on behalf of Creditor Bluefin Energy LLC phaskel@crowell.com

Paul Haskel

on behalf of Creditor Ceratosaurus Investors L.L.C. phaskel@crowell.com

Paul Haskel

on behalf of Creditor Space Walnut Ltd. phaskel@crowell.com

Paul Haskel

on behalf of Creditor OPY Credit Corp. phaskel@crowell.com

Paul Haskel

on behalf of Creditor SSW Holding GmbH phaskel@crowell.com

Paul Haskel

on behalf of Creditor FXCL Acquisition LLC phaskel@crowell.com

Paul A. Rubin

on behalf of Interested Party Nexxus Participation Vehicle III LLC prubin@rubinlawllc.com hhuynh@rubinlawllc.com

Paul N. Heath

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation) RBGroup@rlf.com

Paul N. Heath

on behalf of Interested Party Peter Greaves heath@rlf.com RBGroup@rlf.com

Paul N. Heath

on behalf of Interested Party Kevin G. Cambridge heath@rlf.com RBGroup@rlf.com

Paul N. Heath

on behalf of Interested Party Brian C. Simms heath@rlf.com  RBGroup@rlf.com

Peter A. Siddiqui

on behalf of Creditor Pyth Data Association peter.siddiqui@katten.com  courtalertchi@katten.com

Peter C. Hughes

on behalf of Creditor Dominic John Cubitt phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter C. Hughes

on behalf of Creditor ELD Capital LLC phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter C. Hughes

on behalf of Creditor Leona Sammon phughes@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

Peter J Keane

on behalf of Defendant Patrick Gruhn pkeane@pszjlaw.com

Peter J Keane

on behalf of Creditor Sheridan Investment Holdings LLC pkeane@pszjlaw.com

Peter J Keane

on behalf of Defendant Robin Matzke pkeane@pszjlaw.com

Peter J Keane

on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke pkeane@pszjlaw.com

Peter J Keane

on behalf of Defendant Lorem Ipsum UG pkeane@pszjlaw.com

Peter R. Morrison

on behalf of Defendant Im Kind of a Big Deal  LLC peter.morrison@squirepb.com,
cle_dckt@squirepb.com;sarah.conley@squirepb.com;peter-r-morrison-9901@ecf.pacerpro.com

Peter R. Morrison

on behalf of Defendant Neil Patel Digital  LLC peter.morrison@squirepb.com,
cle_dckt@squirepb.com;sarah.conley@squirepb.com;peter-r-morrison-9901@ecf.pacerpro.com

Peter R. Morrison

on behalf of Defendant Neil Patel peter.morrison@squirepb.com
cle_dckt@squirepb.com;sarah.conley@squirepb.com;peter-r-morrison-9901@ecf.pacerpro.com

Pu Ke

kepu@superbloch.com

R. Montgomery Donaldson

on behalf of Defendant Ryan Salame rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Defendant John Conbere rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Defendant Luis Scott-Vargas rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Defendant Samuel Bankman-Fried rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Defendant Matthew Place rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Interested Party Joseph Bankman rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Interested Party Barbara Fried rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Defendant Ryan Salame rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Defendant Matthew Nass rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Defendant Sam Bankman-Fried rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Stockholder Samuel L. Bankman-Fried rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Interested Party Ryan Salame rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

R. Montgomery Donaldson

on behalf of Defendant Joshua Leyton rdonaldson@mmwr.com  richard-donaldson-2474@ecf.pacerpro.com

District/off: 0311-1                    User: admin                    Page 93 of 103
Date Rcvd: Feb 25, 2026                 Form ID: pdfjo                 Total Noticed: 1021

R. Stephen McNeill

on behalf of Defendant Ari Litan rmcneill@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;t
mistretta@potteranderson.com;rmcneill@potteranderson.com

R. Stephen McNeill

on behalf of Defendant LayerZero Labs Ltd. rmcneill@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;t
mistretta@potteranderson.com;rmcneill@potteranderson.com

R. Stephen McNeill

on behalf of Defendant Skip & Goose LLC rmcneill@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;t
mistretta@potteranderson.com;rmcneill@potteranderson.com

R. Stephen McNeill

on behalf of Defendant KUROSEMI INC. rmcneill@potteranderson.com
bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;t
mistretta@potteranderson.com;rmcneill@potteranderson.com

R. Stephen McNeill

on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group")
rmcneill@potteranderson.com,
bankruptcy@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;t
mistretta@potteranderson.com;rmcneill@potteranderson.com

Rachel E. Albanese

on behalf of Defendant Working America rachel.albanese@us.dlapiper.com

Rafael Xavier Zahralddin-Aravena

on behalf of Counter-Claimant Daniel Friedberg Rafael.Zahralddin@lewisbrisbois.com
rafael-zahralddin-4117@ecf.pacerpro.com.

Ralph G Patino

on behalf of Creditor Omar Botero rpatino@patinolaw.com

Raniero D'Aversa

on behalf of Creditor Galaxy Digital LLC rdaversa@orrick.com  lmetzger@orrick.com;casestream@ecf.courtdrive.com

Raniero D'Aversa

on behalf of Creditor Galaxy Trading Asia Limited rdaversa@orrick.com  lmetzger@orrick.com;casestream@ecf.courtdrive.com

Raniero D'Aversa

on behalf of Creditor Jefferies Leveraged Credit Products  LLC rdaversa@orrick.com,
lmetzger@orrick.com;casestream@ecf.courtdrive.com

Reagan Charleston Thomas

on behalf of Creditor Yangjing Lin rthomas@awkolaw.com  hpenrose@awkolaw.com

Reliable Companies

gmatthews@reliable-co.com

Ricardo Palacio, Esq

on behalf of Interested Party BitGo Trust Company  Inc. rpalacio@ashbygeddes.com,
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com;ktsaganos@ashbygeddes.com

Ricardo Palacio, Esq

on behalf of Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP rpalacio@ashbygeddes.com
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com;ktsaganos@ashbygeddes.com

Ricardo Palacio, Esq

on behalf of Creditor Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP rpalacio@ashbygeddes.com
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com;ktsaganos@ashbygeddes.com

Richard Levy, Jr.

on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his
capacity as the Litigation Administrator of Celsius Network LLC, et al. rlevy@pryorcashman.com,
bankruptcydocketing@pryorcashman.com

Richard Michael Beck

on behalf of Creditor Kariya Kayamori rbeck@klehr.com  lstanton@klehr.com

Richard S. Kanowitz

on behalf of Interested Party BlockFi Inc and affiliates Richard.Kanowitz@haynesboone.com
margaret.salvatore@haynesboone.com

Richard S. Kanowitz

on behalf of Interested Party BlockFi Inc. and affiliates richard.kanowitz@haynesboone.com
margaret.salvatore@haynesboone.com

Richard S. Kebrdle

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
rkebrdle@whitecase.com  mco@whitecase.com

District/off: 0311-1
Date Rcvd: Feb 25, 2026

User: admin
Form ID: pdfjo

Page 94 of 103
Total Noticed: 1021

Rick S. Miller
on behalf of Defendant Prosperity Alliance  Inc. rmiller@ferryjoseph.com, mstucky@ferryjoseph.com

Robert Rock
on behalf of Creditor New York State Department of Taxation and Finance robert.rock@ag.ny.gov

Robert Charles Maddox
on behalf of Plaintiff FTX Digital Markets  Ltd. maddox@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert Charles Maddox
on behalf of Plaintiff FTX Recovery Trust maddox@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Robert F. Poppiti, Jr.
on behalf of Interested Party Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.
on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
Affiliated Debtors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.
on behalf of Creditor Committee Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert F. Poppiti, Jr.
on behalf of Intervenor Official Committee of Unsecured Creditors rpoppiti@ycst.com  bankfilings@ycst.com

Robert J. Kriner, Jr
on behalf of Interested Party Austin Onusz rjk@chimicles.com

Robert J. Kriner, Jr
on behalf of Plaintiff Nicholas Marshall rjk@chimicles.com

Robert J. Kriner, Jr
on behalf of Plaintiff Cedric Kees van Putten rjk@chimicles.com

Robert J. Kriner, Jr
on behalf of Plaintiff Hamad Dar rjk@chimicles.com

Robert J. Kriner, Jr
on behalf of Plaintiff Austin Onusz rjk@chimicles.com

Robert K. Malone
on behalf of Creditor Dr. Marcel Lotscher rmalone@fbtgibbons.com  nmitchell@gibbonslaw.com

Robert N. Cappucci
on behalf of Plaintiff Austin Onusz rcappucci@entwistle-law.com

Robert N. Cappucci
on behalf of Plaintiff Nicholas Marshall rcappucci@entwistle-law.com

Robert N. Cappucci
on behalf of Plaintiff Cedric Kees van Putten rcappucci@entwistle-law.com

Robert N. Cappucci
on behalf of Plaintiff Hamad Dar rcappucci@entwistle-law.com

Robert T. Honeywell
on behalf of Defendant Foris DAX MT Ltd. robert.honeywell@klgates.com

Robert T. Honeywell
on behalf of Defendant Foris DAX  Inc. robert.honeywell@klgates.com

Robert T. Honeywell
on behalf of Defendant Foris DAX Asia Pte. Ltd. robert.honeywell@klgates.com

Rohan Thompson
mail@rohanthompson.com

Roma N Desai
on behalf of Interested Party Texas State Securities Board roma.desai@oag.texas.gov

Roma N Desai
on behalf of Interested Party State of Texas roma.desai@oag.texas.gov

Roma N Desai
on behalf of Interested Party Texas Dept. of Banking roma.desai@oag.texas.gov

Ronald S. Beacher
on behalf of Creditor Red River Digital Trading LLC rbeacher@pryorcashman.com  bankruptcydocketing@pryorcashman.com

Ronald S. Beacher
on behalf of Creditor SPCP Institutional Group  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor BC Racing LLC rbeacher@pryorcashman.com  bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor PAXTIBI  LLP rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor SP Multi Claims Holdings  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor DOIP II Luxembourg LLC rbeacher@pryorcashman.com  bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor Bluefin Energy  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor SPCP Group  LLC rbeacher@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Interested Party Escaleras de Esperanza LLC rbeacher@pryorcashman.com
bankruptcydocketing@pryorcashman.com

Ronald S. Gellert

on behalf of Interested Party FTX Customers rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Warren Winter rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Interested Party The FTX MDL Customers rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Michael Livieratos rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Ryan Henderson rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Gregg Podalsky rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Chukwudozie Ezeokoli rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Michael Norris rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Creditor Gisele Bundchen rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Plaintiff FTX Trading Ltd. rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Vijeth Shetty rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Vitor Vozza rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Brandon Orr rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Shengyun Huang rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Leandro Cabo rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Julie Papadakis rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Alexander Chernyavsky rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Kyle Rupprecht rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Edwin Garrison rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Defendant Sunil Kavuri rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Interested Party MDL FTX Customers rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Rongping Wu

on behalf of Interested Party Chris Curl Lee lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Lingling Li lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Haici Gao lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party DAG Holdings Limited lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Hongcheng Huang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Jyunyu Chen lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Weiyang Zhou lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Tianqi Huang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Yan Tang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Huayang Zhou lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Simin Jiang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Wenchao Tan lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Jingkuan Hou lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Qilin Chen lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Siyuan Yan lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Lu Yu lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Xiao Li lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Yijian Feng lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Shupei Chen lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Ke Wang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Yingkai Xu lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Ben Li lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu

on behalf of Interested Party Hongyuan Zhai lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Ryan Ernst

on behalf of Interested Party Auros Tech Limited rernst@bk-legal.com

Sabrina L. Streusand

on behalf of Creditor Cloudflare  Inc. streusand@slollp.com, prentice@slollp.com

Sal H. Lee

on behalf of Plaintiff Hamad Dar slee@entwistle-law.com

Sal H. Lee

on behalf of Plaintiff Cedric Kees van Putten slee@entwistle-law.com

Sal H. Lee
on behalf of Plaintiff Nicholas Marshall slee@entwistle-law.com

Sal H. Lee
on behalf of Plaintiff Austin Onusz slee@entwistle-law.com

Sally E. Veghte
on behalf of Creditor Kariya Kayamori sveghte@klehr.com

Samantha Martin
on behalf of Creditor Committee Official Committee of Unsecured Creditors samanthamartin@paulhastings.com

Samantha Martin
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com samanthamartin@paulhastings.com

Samantha O'Neal
on behalf of Interested Party Lorem Ipsum UG  Patrick Gruhn, and Robin Matzke samantha@daleylawyers.com

Samantha O'Neal
on behalf of Defendant Patrick Gruhn samantha@daleylawyers.com

Samantha O'Neal
on behalf of Defendant Robin Matzke samantha@daleylawyers.com

Samantha O'Neal
on behalf of Defendant Lorem Ipsum UG samantha@daleylawyers.com

Sameen Rizvi
on behalf of Interested Party LayerZero Labs Ltd  Ari Litan, and Skip & Goose LLC ("LayerZero Group") srizvi@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com

Sameen Rizvi
on behalf of Defendant Ari Litan srizvi@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com

Sameen Rizvi
on behalf of Defendant Skip & Goose LLC srizvi@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com

Sameen Rizvi
on behalf of Defendant LayerZero Labs Ltd. srizvi@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com

Samson Enzer
on behalf of Defendant Binance Holdings Limited senzer@cahill.com

Samson Enzer
on behalf of Defendant Binance (Services) Holdings Limited senzer@cahill.com

Samson Enzer
on behalf of Defendant Binance Holdings (IE) Limited senzer@cahill.com

Schuyler G. Carroll
on behalf of Creditor Cedar Glade LP SCarroll@manatt.com

Scott D Jones
on behalf of Creditor Evolve Bank & Trust scott.jones@cousins-law.com  kmccloskey@bayardlaw.com

Scott D. Cousins
on behalf of Creditor Evolve Bank & Trust scott.cousins@lewisbrisbois.com  susan.brown@lewisbrisbois.com

Scott J. Leonhardt
on behalf of Interested Party Kingdon Capital Ventures VII  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Creditor Trup Recovery LLC scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott M Tucker
on behalf of Interested Party Cedric Kees van Putten smt@chimicles.com

Scott M Tucker
on behalf of Plaintiff Nicholas Marshall smt@chimicles.com

Scott M Tucker
on behalf of Plaintiff Hamad Dar smt@chimicles.com

Scott M Tucker
on behalf of Interested Party Cedric van Putten smt@chimicles.com

District/off: 0311-1       User: admin       Page 98 of 103

Date Rcvd: Feb 25, 2026       Form ID: pdfjo       Total Noticed: 1021

Scott M Tucker
on behalf of Plaintiff Austin Onusz smt@chimicles.com

Scott M Tucker
on behalf of Interested Party Austin Onusz smt@chimicles.com

Scott M Tucker
on behalf of Plaintiff Cedric Kees van Putten smt@chimicles.com

Scott M Tucker
on behalf of Interested Party Nicholas Marshall smt@chimicles.com

Scott M Tucker
on behalf of Interested Party Hamad Dar smt@chimicles.com

Sean Glantz
sean.glantz@gmail.com

Sean Hecker
on behalf of Interested Party Do Kwon shecker@heckerfink.com

Seth B. Shapiro
on behalf of Interested Party United States seth.shapiro@usdoj.gov

Seth H. Lieberman
on behalf of Interested Party Litigation Oversight Committee of Celsius Network LLC  et al., and Moshin Y. Meghji, solely in his capacity as the Litigation Administrator of Celsius Network LLC, et al. slieberman@pryorcashman.com, bankruptcydocketing@pryorcashman.com

Seth H. Lieberman
on behalf of Creditor Lorenz Christopher Sebastian Buehler slieberman@pryorcashman.com bankruptcydocketing@pryorcashman.com

Shannon Forshay
on behalf of Creditor Customer 911658 sforshay@potteranderson.com  bankruptcy@potteranderson.com

Shannon Dougherty Humiston
on behalf of Plaintiff Pat Rabitte shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Creditor Pat Rabbitte shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Interested Party Sunil Kavuri shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Interested Party Pat Rabbitte shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Creditor Sunil Kavuri shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Interested Party Ahmed Abd El-Razek shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Interested Party Noia Capital Sarl shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Plaintiff Ahmed Abd-El-Razek shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Creditor Seth Melamed shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Plaintiff Sunil Kavuri shumiston@burr.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Siena Cerra
on behalf of Defendant Key Solution Development Ltd. scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Defendant Nawaaz Mohammad Meerun scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Creditor Lorenzo Corsetti scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Silvia Robinson
on behalf of Creditor Mississippi Department of Revenue sylvie.robinson@dor.ms.gov

Simon E. Fraser
on behalf of Creditor North Field Technology Ltd. sfraser@cozen.com  simon-fraser-1269@ecf.pacerpro.com

Sommer Leigh Ross
on behalf of Interested Party Michelle Bond slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stefania Rosca
on behalf of Defendant Joshua Leyton srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Defendant Matthew Nass srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Interested Party Barbara Fried srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Defendant Matthew Place srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Interested Party Ryan Salame srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Defendant Ryan Salame srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Interested Party Joseph Bankman srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Defendant Samuel Bankman-Fried srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Defendant Sam Bankman-Fried srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Stockholder Samuel L. Bankman-Fried srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Defendant John Conbere srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stefania Rosca
on behalf of Defendant Luis Scott-Vargas srosca@mmwr.com  stefania-rosca-2773@ecf.pacerpro.com

Stephanie Sasarak
on behalf of Creditor United States of America on behalf of the Internal Revenue Service Stephanie.A.Sasarak@usdoj.gov

Stephanie M Eberhardt
on behalf of Interested Party Texas State Securities Board stephanie.eberhardt@oag.texas.gov

Stephanie M Eberhardt
on behalf of Interested Party Texas Dept. of Banking stephanie.eberhardt@oag.texas.gov

Stephanie M Eberhardt
on behalf of Interested Party State of Texas stephanie.eberhardt@oag.texas.gov

Stephen B Gerald
on behalf of Creditor Warwick Alan James sgerald@tydings.com

Stephen B Gerald
on behalf of Creditor KINC Management Pty Limited sgerald@tydings.com

Stephen B Gerald
on behalf of Creditor James Investment Corporation Pty Ltd ATF James Superannuation Fund sgerald@tydings.com

Stephen Mark Blank
on behalf of Creditor CTC Alternative Strategies  LTD c/o Chicago Trading Company stephen.blank@alston.com

Steven A. Ginther
on behalf of Creditor Missouri Department of Revenue Steve.Ginther@ag.iowa.gov

Steven C. Reingold
on behalf of Defendant Time Research Ltd. steven.reingold@saul.com  michele.urann@saul.com

Steven L. Caponi
on behalf of Defendant Iron Block Capital steven.caponi@klgates.com

Steven L. Caponi
on behalf of Defendant Foris DAX  Inc. steven.caponi@klgates.com

Steven L. Caponi
on behalf of Defendant Foris DAX MT Ltd. steven.caponi@klgates.com

Steven L. Holley
on behalf of Plaintiff FTX Trading Ltd. holleys@sullcrom.com

Steven L. Holley
    on behalf of Debtor FTX Trading Ltd. holleys@sullcrom.com

Steven L. Holley
    on behalf of Plaintiff Maclaurin Investments Ltd. holleys@sullcrom.com

Steven W Golden
    on behalf of Foreign Representative Soogeun Oh sgolden@pszjlaw.com  hdaniels@pszjlaw.com

Tara C Pakrouh
    on behalf of Defendant Matthew Burgess tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Tara C Pakrouh
    on behalf of Defendant 3Twelve Ventures Ltd. tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Tara C Pakrouh
    on behalf of Defendant Key Solution Development Ltd. tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Tara C Pakrouh
    on behalf of Interested Party Avalanche (BVI)  Inc. tpakrouh@morrisjames.com,
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Tara C Pakrouh
    on behalf of Creditor FTX Customer with ID Code of 00331099 tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Tara C Pakrouh
    on behalf of Defendant Huy Xuan "Kevin" Nguyen tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Tara C Pakrouh
    on behalf of Defendant BDK Consulting Ltd. tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Tara C Pakrouh
    on behalf of Defendant Michael Burgess tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Tara C Pakrouh
    on behalf of Defendant Jing Yu "Darren" Wong tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Tara C Pakrouh
    on behalf of Defendant Nawaaz Mohammad Meerun tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Tara C Pakrouh
    on behalf of Defendant Lesley Burgess tpakrouh@morrisjames.com
    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
    @ecf.courtdrive.com

Therese Anne Scheuer
    on behalf of Interested Party U.S. Securities and Exchange Commission scheuert@sec.gov

Thomas A. Draghi
    on behalf of Creditor Liu Jing tdraghi@westermanllp.com

Thomas A. Draghi
    on behalf of Creditor Ji Shengkun tdraghi@westermanllp.com

Thomas A. Draghi
    on behalf of Creditor Sci Ventures Co.  Limited tdraghi@westermanllp.com

Thomas A. Pitta
    on behalf of Creditor Cadian Group Co. tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

Thomas D. Bielli
    on behalf of Interested Party Auros Tech Limited tbielli@bk-legal.com

Thomas E Lauria

on behalf of Interested Party Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)
tlauria@whitecase.com  mco@whitecase.com

Thomas Joseph Francella, Jr.

on behalf of Interested Party Pngme TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raine
slaw.com

Thomas Joseph Francella, Jr.

on behalf of Interested Party Peter Kim TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raine
slaw.com

Thomas Joseph Francella, Jr.

on behalf of Interested Party Grant Kim TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raine
slaw.com

Thomas Joseph Francella, Jr.

on behalf of Interested Party BH Trading Ltd. TFrancella@raineslaw.com
thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raine
slaw.com

Thomas S. Kessler

on behalf of Creditor The Canyon Value Realization Master Fund  L.P. tkessler@cgsh.com, maofiling@cgsh.com

Thomas S. Kessler

on behalf of Creditor Canyon IC Credit Master Fund L.P. tkessler@cgsh.com  maofiling@cgsh.com

Thomas S. Kessler

on behalf of Creditor Canyon-ASP Fund  L.P. tkessler@cgsh.com, maofiling@cgsh.com

Thomas S. Kessler

on behalf of Creditor Canyon ESG Master Fund  L.P. tkessler@cgsh.com, maofiling@cgsh.com

Thomas T Janover

on behalf of Creditor Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor DCP Master Investments XIV LLC Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor Oroboros FTX 1  LLC Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor DCP Master Investments XV LLC Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor Seaport Loan Products LLC Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor Contrarian Funds  LLC Thomas.Janover@hsfkramer.com

Thomas T Janover

on behalf of Creditor DCP Master Investments XVI LLC Thomas.Janover@hsfkramer.com

Tori Lynn Remington

on behalf of Interested Party BlockFi Inc. and affiliates tori.remington@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Tristan G Axelrod

on behalf of Interested Party BlockFi Inc. and affiliates taxelrod@brownrudnick.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

William A. Hazeltine

on behalf of Creditor Astteria (HK) Limited whazeltine@sha-llc.com

William B Larson, Jr

on behalf of Interested Party The New York Times Company wlarson@mgmlaw.com

William B Larson, Jr

on behalf of Interested Party Bloomberg L.P. wlarson@mgmlaw.com

William B Larson, Jr

on behalf of Interested Party Dow Jones & Company  Inc. wlarson@mgmlaw.com

William B Larson, Jr

on behalf of Interested Party The Financial Times Ltd. wlarson@mgmlaw.com

| District/off: 0311-1 | User: admin | Page 102 of 103 |
| Date Rcvd: Feb 25, 2026 | Form ID: pdfjo | Total Noticed: 1021 |

William D. Sullivan

on behalf of Interested Party Weiwei Ji wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Weiwei Ji wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Sci Ventures Co.  Limited wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Claimant No. 65255 wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Word of God Fellowship  Inc. wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Ji Shengkun wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Liu Jing wdsecfnotices@sha-llc.com

William E. Chipman, Jr.

on behalf of Interested Party Silvergate Bank chipman@chipmanbrown.com
fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

William K. Pao

on behalf of Defendant Bybit Fintech Ltd. efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

William K. Pao

on behalf of Defendant Burdy Technology Limited efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

William K. Pao

on behalf of Defendant Ethereal Tech Pte. Ltd efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

William Matthew Uptegrove

on behalf of Interested Party U.S. Securities and Exchange Commission uptegrovew@sec.gov

Yienie Peng

ypeng@faralloncapital.com

Zhao Liu

on behalf of Interested Party Chris Curl Lee liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Ke Wang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Jingkuan Hou liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Huayang Zhou liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Yan Tang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Haici Gao liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Tianqi Huang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Yingkai Xu liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Qilin Chen liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Xiao Li liu@teamrosner.com  wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu

on behalf of Interested Party Weiyang Zhou liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Shupei Chen liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Wenchao Tan liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Siyuan Yan liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Jyunyu Chen liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Lu Yu liu@teamrosner.com  wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party DAG Holdings Limited liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Hongcheng Huang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Yijian Feng liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Simin Jiang liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Lingling Li liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Hongyuan Zhai liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

Zhao Liu
on behalf of Interested Party Ben Li liu@teamrosner.com  wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

TOTAL: 1639