# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Nos. 26404, 28689, 30300, 30631, 30981, 31491, 33444, 33890, 34611 & 34702 |

## SUPPLEMENT TO FTX RECOVERY TRUST'S REPLY IN SUPPORT OF ITS CLAIMS OBJECTIONS AND IN OPPOSITION TO FILINGS OF CLAIMANT RICHARD BELL RATTEY

The FTX Recovery Trust[2] hereby submits this supplement to *FTX Recovery Trust's Reply in Support of its Claims Objections and in Opposition to Filings of Claimant Richard Bell Rattey* [D.I. 34702] (the "Reply").[3]

Since the filing of the Reply, Richard B. Rattey (the "Claimant") has sent four emails to counsel to the FTX Recovery Trust, copies of which are attached as **Exhibit A** hereto. The emails use vulgar and profane language, threaten counsel, and continue the Claimant's pattern of completely inappropriate conduct. The FTX Recovery Trust believes it important to bring this correspondence to the Court's attention.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Reply.

The FTX Recovery Trust's position remains that the FTX Recovery Trust's Claims Objections as to the Claims should be sustained and the Claimant's Filings should be denied and overruled, as appropriate.

| | |
|---|---|
| Dated:  March 2, 2026<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone:  (302) 467-4400<br>Facsimile:  (302) 467-4450<br>E-mail:   landis@lrclaw.com<br>              mcguire@lrclaw.com<br>              brown@lrclaw.com<br>              pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, New York 10004<br>Telephone:  (212) 558-4000<br>Facsimile:  (212) 558-3588<br>E-mail:   dietdericha@sullcrom.com<br>              bromleyj@sullcrom.com<br>              gluecksteinb@sullcrom.com<br>              kranzleya@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust* |