# Exhibit A

**Emails from Claimant to Counsel for the FTX Recovery Trust Dated February 24, 2026**

| | |
|---|---|
| **From:** | Richard Bell |
| **To:** | Kim Brown |
| **Subject:** | RATTEY.V.FTX. |
| **Date:** | Tuesday, February 24, 2026 11:33:49 AM |
| **Attachments:** | 34702.pdf |

I can't believe how much time you wasted on this reply given it is total bullshit.

Sam used Oxygen as part of his personal piggy bank with Alameda and went to prison for 25 years for it.

And I can prove it.
Good luck at the hearing.
I'll be eviscerating your Reply shortly...

This is your life Kimberly?
Really?

How sad.


Cheers.
RB.Rattey
929.277.8795

| | |
|---|---|
| **From:** | Richard Bell |
| **To:** | Adam Landis; Kim Brown; Matthew Pierce; dietdericha@sullcrom.com; bromleyj@sullcrom.com; Glueckstein, Brian D.; Jensen, Christian P. |
| **Subject:** | Re: RATTEY.V.FTX.94653.98399 |
| **Date:** | Tuesday, February 24, 2026 11:34:36 AM |

PS. Fucking rapist lawyers all of you.


Cheers.
RB.Rattey
929.277.8795

On Wed, Jan 21, 2026, 15:22 Richard Bell <rb.tryk@gmail.com> wrote:
> Attached.
>
> I will agree to withdraw the Motion upon confirmation of payment on the February 18th distribution date.
>
> RB.
>
>
> Landis Rath & Cobb LLP
> Adam G. Landis
> Kimberly A. Brown
> Matthew R. Pierce
> 919 Market Street, Suite 1800
> Wilmington, DE 19801
> Emails: landis@lrclaw.com, brown@lrclaw.com, pierce@lrclaw.com
>
> Sullivan & Cromwell LLP
> Andrew G. Dietderich
> James L. Bromley
> Brian D. Glueckstein
> Christian P. Jensen
> 125 Broad Street
> New York, NY 10004
> Emails: dietdericha@sullcrom.com, bromleyj@sullcrom.com, gluecksteinb@sullcrom.com, jensenc@sullcrom.com
>
> Cheers.
> RB.Rattey
> 929.277.8795

| | |
|---|---|
| **From:** | Richard Bell |
| **To:** | Kim Brown |
| **Subject:** | Re: RATTEY.V.FTX. |
| **Date:** | Tuesday, February 24, 2026 11:46:43 AM |

You have two choices before I file my response absolutely eviscerating your arguments.

1. Settle and deposit the original 90 SOL as distribution. I'll take the hit on it's decline since October. That's about $8000 as of today's SOL price of $80-85 USD.

With the 9% accrued interest that's another $2000 to that...

$10000 USD

2. Spend another week drafting and filing and ultimately delaying the hearing to become an evidentiary hearing which I plan to bury you in so much paperwork you won't see daylight savings time switch over before the hearing.

Your choice Kimberly.


Cheers.
RB.Rattey
929.277.8795

On Tue, Feb 24, 2026, 11:32 Richard Bell <rb.tryk@gmail.com> wrote:
> I can't believe how much time you wasted on this reply given it is total bullshit.
>
> Sam used Oxygen as part of his personal piggy bank with Alameda and went to prison for 25 years for it.
>
> And I can prove it.
> Good luck at the hearing.
> I'll be eviscerating your Reply shortly...
>
> This is your life Kimberly?
> Really?
>
> How sad.
>
>
>
>
> Cheers.
> RB.Rattey
> 929.277.8795

| | |
|---|---|
| **From:** | Richard Bell |
| **To:** | Kim Brown |
| **Subject:** | Re: RATTEY.V.FTX. |
| **Date:** | Tuesday, February 24, 2026 11:48:19 AM |

It's so cute that you included my emails calling you attorneys cocksucking fucking rapists.

Which you of course are.

I'm still going to sue your law firms and attorneys for fraud if I'm not paid.

Bet on it sweetheart.


Cheers.
RB.Rattey
929.277.8795


On Tue, Feb 24, 2026, 11:46 Richard Bell <rb.tryk@gmail.com> wrote:
> You have two choices before I file my response absolutely eviscerating your arguments.
>
> 1. Settle and deposit the original 90 SOL as distribution. I'll take the hit on it's decline since October. That's about $8000 as of today's SOL price of $80-85 USD.
>
> With the 9% accrued interest that's another $2000 to that...
>
> $10000 USD
>
> 2. Spend another week drafting and filing and ultimately delaying the hearing to become an evidentiary hearing which I plan to bury you in so much paperwork you won't see daylight savings time switch over before the hearing.
>
> Your choice Kimberly.
>
>
> Cheers.
> RB.Rattey
> 929.277.8795
>
> On Tue, Feb 24, 2026, 11:32 Richard Bell <rb.tryk@gmail.com> wrote:
>> I can't believe how much time you wasted on this reply given it is total bullshit.
>>
>> Sam used Oxygen as part of his personal piggy bank with Alameda and went to prison for 25 years for it.
>>
>> And I can prove it.

Good luck at the hearing.
I'll be eviscerating your Reply shortly...

This is your life Kimberly?
Really?

How sad.



Cheers.
RB.Rattey
929.277.8795