## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>**FTX TRADING LTD.**, *et al.*,[1]<br><br>**Debtors.** | **CHAPTER 11**<br>**CASE NO. 22-11068 (KBO)**<br>**(Jointly Administered)**<br><br>Objections due by: March 16, 2026 at 4:00 p.m.<br>Hearing Date: April 16, 2026 at 1:00 p.m. |

### NOTICE OF MOTION OF JONES & WALDEN LLC AND ADAM E. EKBOM TO WITHDRAW AS COUNSEL TO CURIO FINANCIAL TECHNOLOGY INC.

PLEASE TAKE NOTICE that Jones & Walden LLC and Adam E. Ekbom (collectively, the "Movants") filed the *Motion of Jones & Walden LLC and Adam E. Ekbom to Withdraw as Counsel to Curio Financial Technology Inc.* (the "Motion") with the United States Bankruptcy Court for the District of Delaware on February 27, 2026 [D.I. 34770].

PLEASE TAKE FURTHER NOTICE that any response or objections to the Motion must be filed on or before March 16, 2026 at 4:00 p.m. with the United States Bankruptcy Court for the District of Delaware at 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection or response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION IS SCHEDULED FOR APRIL 16, 2026 AT 1:00 P.M. BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DE 19801.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED: March 2, 2026

                        **JONES & WALDEN LLC**

                        */s/ Adam E. Ekbom*
                        Adam E. Ekbom
                        Georgia Bar No. 919724
                        699 Piedmont Avenue, NE
                        Atlanta, Georgia 30308
                        (404) 564-9300
                        aekbom@joneswalden.com
                        *Withdrawing Attorney for Curio*
                        *Financial Technology Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>**FTX TRADING LTD.**, *et al.*,[2]<br><br>  Debtors. | **CHAPTER 11**<br>**CASE NO. 22-11068 (KBO)**<br>**(Jointly Administered)**<br><br>Re: D.I. 34770 |

## CERTIFICATE OF SERVICE

I, Adam E. Ekbom, hereby certify that on March 2, 2026, I did cause to be served true and correct copies of the foregoing ***NOTICE OF MOTION OF JONES & WALDEN LLC AND ADAM E. EKBOM TO WITHDRAW AS COUNSEL TO CURIO FINANCIAL TECHNOLOGY INC.*** (the "Notice") on the parties on the attached service list as indicated thereon.

DATED: March 2, 2026

**JONES & WALDEN LLC**

*/s/ Adam E. Ekbom*
Adam E. Ekbom
Georgia Bar No. 919724
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
aekbom@joneswalden.com
*Withdrawing Attorney for Curio Financial Technology Inc.*

---

[2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.

**SERVICE LIST**

**VIA EMAIL AND U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Curio Financial Technology Inc.
Attn: Bryan Malone Keltner, CEO
2370 Market Street
STE 103, Box 453
San Francisco, CA 94114
bryan@celestial.technology

Curio Financial Technology Inc.
c/o CT Company, as Registered Agent
1209 Orange St
Wilmington DE 19801

Curio Financial Technology Inc.
Attn: Bryan Malone Keltner, CEO
235 Hopewell Amwell Road
Hopewell, NJ 08525

**VIA CM/ECF**

All parties on the Clerk's service list.