# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

RECEIVED
2026 MAR -2 A 10: 11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>**FTX Trading Ltd., et al.,**<br><br>Debtors | Chapter 11<br><br>Case No.: 22-11068 (JTD)<br>(Jointly Administered) |
| James Cheung<br>Independent Creditor<br><br>Movant. | |

## MOTION FOR LEAVE TO EXPAND CM/ECF FILING PRIVILEGES PRO SE CREDITOR

I, James Cheung, respectfully state as follows:

1. I am a creditor in the above-captioned Chapter 11 case and appear pro se.

2. I am currently registered with the Court as a non-attorney CM/ECF user with limited access. My PACER Account No. is 6893152.

3. I respectfully request leave of the Court to expand my CM/ECF privileges in this case to permit full electronic filing of pleadings and other documents relating to my creditor interests.

4. I understand that pursuant to Local Rule 5005-4, electronic filing privileges for non-attorneys are not granted as a matter of right and require express authorization of the Court.

- 2 -

5. Good cause exists for this request because:

    a. I do not have convenient physical access to the Clerk's Office, and reliance on paper filing imposes delay and expense.

    b. Electronic filing will promote efficiency, allow timely compliance with Court deadlines, and facilitate orderly administration of the case.

    c. I am familiar with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Court's CM/ECF procedures.

    d. I understand the technical and procedural requirements of electronic filing and am capable of preparing and submitting filings in proper form.

6. I agree to comply fully with all applicable rules governing CM/ECF use, including maintaining accurate contact information and using the system solely for filings in this case.

7. I understand that the Court may revoke electronic filing privileges for failure to comply with applicable rules or procedures.

8. Granting this request will not prejudice any party and will promote judicial economy.

**WHEREFORE**, I respectfully request that the Court enter an order authorizing me to file documents electronically through CM/ECF in this case and granting such other relief as the Court deems just and proper.

Dated: February 18, 2026

By: *James Cheung*
    _____
    James Cheung
    1107 Fair Oaks Ave, #110
    South Pasadena CA 91030
    626-262-1211
    JamesDiamondBar@gmail.com

- 3 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and am not a party to the within action. My address is: 1107 Fair Oaks Avenue, #110, South Pasadena, California 91030.

On February 18, 2026, I caused a true and correct copy of the foregoing MOTION FOR LEAVE TO EXPAND CM/ECF FILING PRIVILEGES BY PRO SE CREDITOR to be served by first-class United States mail, postage prepaid, upon the following parties at the addresses indicated below:

**Counsel to the Debtors:**

**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004
Attn: Andrew G. Dietderich

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801
Attn: Adam G. Landis

**Counsel to the Official Committee of Unsecured Creditors:**

**Paul Hastings LLP**
200 Park Avenue
New York, NY 10166
Attn: Kristopher M. Hansen



**Young Conaway Stargatt & Taylor, LLP**

1000 North King Street

Wilmington, DE 19801

Attn: Matthew B. Lunn

**Office of the United States Trustee for the District of Delaware:**

**Office of the United States Trustee**

844 King Street, Suite 2207, Lockbox 35

Wilmington, DE 19801

**Claims and Noticing Agent:**

**Kroll Restructuring Administration LLC**

(c/o Claims and Noticing Department)

55 East 52nd Street, 17th Floor

New York, NY 10055

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2026

By: _____*Emmy Ng*_____
    Emmy Ng

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>**FTX Trading Ltd., et al.,**<br><br>　　　　Debtors<br><br>James Cheung<br>Independent Creditor<br><br>　　　　Movant. | Chapter 11<br><br>Case No.: 22-11068 (JTD)<br>(Jointly Administered) |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO EXPAND CM/ECF FILING PRIVILEGES

Upon consideration of the Motion of James Cheung for Leave to Expand CM/ECF Filing Privileges (the "Motion"); and the Court having jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334; and good cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. James Cheung is authorized to register for and utilize the Court's CM/ECF system for the limited purpose of electronically filing documents in the above-captioned case in connection with his interests as a creditor.

3. Mr. Cheung shall comply with all applicable Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Court's CM/ECF procedures. This authorization is limited to this case and may be revoked for noncompliance.

IT IS SO ORDERED.

Dated: _____, 2026

Wilmington, Delaware

_____

The Honorable John T. Dorsey
United States Bankruptcy Judge