Case #22-11068-KBO
Alex Mashinsky Pro-se

2.25.2026

RECEIVED
2026 MAR -3 A 9:04
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Ms. Brown

I just arrived to the otisville Camp facility, Yesterday I was served by the local sherif your objections to proof of claims Docet #34704. That was filed on 2.13.26

I do not have access to pacer and do not have any of the previous filings by me or the FTX recovery trust.

I request that you forward to my local address the full history of this case.

I can not properly respond to your filing without such materials so I suggest we both agree to delay the deadline by 90 days.

If you agree please inform the court & copy me on it.
If you would like to setup a legal call with me please contact Mr Deleo at jdeleo@bop.gov

Alex Mashinsky 68096-510
FCI camp
P.O. Box 1000
otisville NY 10963

cc: Honorable Karen B. Owens
Chief U.S. bankruptcy Judge



WESTCHESTER NY 105
27 FEB 2026 PM 3 L

Pro-Se filing
Hon. Judge Karen B. Owens.
U.S. Bankruptcy Court
824 Market St N 3rd floor
Wilmington DE 1980[?]

⇔68096-510⇔
Alex Mashinsky
REG # 68096-510
PO BOX 1000
Otisville, NY 10963
United States