# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref No.: 34704 |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on February 24, 2026, a true and correct copy of the *FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 34704] was caused to be served upon Alexander Mashinsky at the below listed address via personal service.

> **Alexander Mashinsky #68096-510**
> **FCI Otisville**
> **Federal Correctional Institution**
> **Satellite Camp**
> **P.O. Box 1000**
> **Otisville, NY 10963**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

<table>
<tr><td>Dated: March 3, 2026<br>Wilmington, Delaware</td><td>**LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       mcguire@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       bellerb@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust*</td></tr>
</table>

**CERTIFICATE OF SERVICE**

**ORANGE COUNTY SHERIFF'S OFFICE**
PAUL ARTETA, SHERIFF
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924-6740
CIVIL UNIT
TELEPHONE (845) 291-2933     FAX (845) 291-7603

---

In The United States Bankruptcy Court For The District Of Delaware
State of Delaware

Docket No.:   26000536
Index No:    22-11068

FTX Trading LTD., et al., Plaintiff

    -against-

Alexander Mashinsky, Defendant(s)

I, Christopher Santora certify that on 2/24/2026, at approximately 8:30 AM, at:

    FCI
    2 Mile Drive
    Otisville, NY 10963

service of the within NOTICE OF OBJECTION was made upon:

    Alexander Mashinsky

PERSONAL SERVICE – by delivering to and leaving with Alexander Mashinsky personally a true copy thereof, said person being known to me as the person mentioned and described herein.

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a Negative reply. The person served is described as: skin color - White, sex - Male, hair color - Brown, height - 6'0", weight - 200, age - 60.

**IN CASE OF ORDER OF PROTECTION SERVICE:**
I asked the person served if they owned or possessed any weapons. They said:

The following attempts at personal service were made:
Date: 2/20/2026 @ 11:40 AM - FCI P.O. Box 1000 Otisville, NY 10963

By: _____
Deputy Christopher Santora, # 122

Dated: February 25, 2026

*FORM CPF-03C rev. 2/25/2026*