# **<u>EXHIBIT A</u>**

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 4, 2026

<u>Via First-Class Mail</u>

Alexander Mashinsky
FCI Otisville
Federal Correctional Institution Satellite Camp
P.O. Box 1000
Otisville, NY 10963

Re:   <u>In re FTX Trading, Ltd., et al.</u>, Case No. 22-11068 (Bankr. D. Del.)

Dear Mr. Mashinsky:

We write as counsel to the FTX Recovery Trust in response to your letter dated February 25, 2026, which was filed on the docket in the above-captioned chapter 11 proceedings on March 3, 2026 (your "<u>Letter</u>"), requesting (i) a 90-day extension of the March 16, 2026 objection deadline set forth in the *FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 34704] (the "<u>Amended Objection</u>") and (ii) that the FTX Recovery Trust provide you with documents relevant to the Amended Objection.

With respect to your extension request, as a one-time courtesy given the nature of your circumstances, the FTX Recovery Trust agrees to grant you a 45-day extension of your deadline to respond to the Amended Objection to April 30, 2026, and to reset the hearing on the Amended Objection (if necessary) to May 14, 2026.

With respect to your request for materials relevant to the Amended Objection, the FTX Recovery Trust believes the only relevant documents are the original and amended proofs of claim you filed, which are enclosed with this letter, and the Amended Objection, which we understand you have received.

The FTX Recovery Trust reserves all rights.

Sincerely,

*Brian D. Glueckstein*

Brian D. Glueckstein