IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*., [1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware, Robert K. Malone, Esq., Brett S. Theisen, Esq., Kyle P. McEvilly, Esq., and Katharina Earle, Esq. (collectively, "**Counsel**"), formerly of Gibbons P.C. (which merged with Frost Brown Todd LLP on January 1, 2026 to form FBT Gibbons LLP), hereby withdraw their appearances as counsel to Dr. Marcel Lötscher and Martha Lambrianou in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

Dr. Marcel Lötscher and Martha Lambrianou continue to be represented by Christopher Viceconte and Christopher P. Anton of FBT Gibbons LLP in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that Counsel hereby requests to be removed from all service lists and the Court's CM/ECF electronic notification list.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: March 5, 2026
Wilmington, Delaware

        /s/ Katharina Earle
        Katharina Earle (No. 6348)
        **CONNELL FOLEY LLP**
        1000 N. West St., Suite 1200
        Wilmington, DE 19801
        Telephone: (973) 349-8451
        Email: kearle@connellfoley.com

        -and-

        Robert K. Malone (admitted *pro hac vice*)
        Kyle P. McEvilly (admitted *pro hac vice*)
        **CONNELL FOLEY LLP**
        56 Livingston Avenue
        Roseland, New Jersey 07068
        Telephone: (973) 535-0500
        Email: rmalone@connellfoley.com
               kmcevilly@connellfoley.com

        -and-

        Brett S. Theisen (admitted *pro hac vice*)
        **CONNELL FOLEY LLP**
        875 Third Avenue, 21st Floor
        New York, New York 10022
        Telephone: (212) 307-3700
        Email: btheisen@connellfoley.com

        *Counsel for Dr. Marcel Lötscher* and
        *Martha Lambrianou*