IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref No.: 34798 |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on March 5, 2026, a true and correct copy of the *Notice of Filing of FTX Recovery Trust's Letter in Response to Alexander Mashinsky's Letter Dated February 25, 2026* [D.I. 34798] was caused to be served upon Alexander Mashinsky at the below listed address via First-Class mail service.

**Alexander Mashinsky #68096-510**
**FCI Otisville**
**Federal Correctional Institution**
**Satellite Camp**
**P.O. Box 1000**
**Otisville, NY 10963**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: March 9, 2026<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       mcguire@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       bellerb@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust* |

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,[1]

    Debtors.

Chapter 11

Case No. 22-11068 (KBO)

(Jointly Administered)

STATE OF DELAWARE     }
                               }ss.
COUNTY OF NEW CASTLE     }

I, Zahid Nawaz, of the State of Delaware, County of New Castle, being duly sworn, says that on the 5th day of March, 2026 at 3:30 p.m. I personally served a copy of the NOTICE OF FILING with supporting documents on:

1. Alexander Mashinsky #68096-510, FCI Otisville, FEDERAL CORRECTIONAL INSTITUTION, SATELLITE CAMP, P.O. BOX 1000, OTISVILLE, NY 10963 via First Class USPS Mail.

_____
Zahid Nawaz

Subscribed and sworn before me
This 5th day of March, 2026

_____
Notary Public

My commission expires: _____

LISA M. JOYNER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 20, 2028