IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
### AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware, Patrick D. Vellone, Esq. of Michael Best & Friedrich, LLP., hereby withdraws his appearance as counsel to Jason Hansen and the Hansen Family Trust in the above-captioned Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that Counsel hereby requests to be removed from all service lists and the Court's CM/ECF electronic notification list.

Dated: March 9, 2026

MICHAEL BEST & FRIEDRICH, LLP

*/s/ Patrick D. Vellone*

Patrick D. Vellone, Esq.
675 15th Street, Suite 2000
Denver, CO 80202
(720) 240-9515
Patrick.Vellone@michaelbest.com

*Attorneys for Jason Hansen and the
Hansen Family Trust*

2