IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 9, 2026, true and correct copies of the (i) *The FTX Recovery Trust's First Requests for Production of Documents to ELD Capital LLC* and (ii) *Notice of Deposition of Dominic J. Cubitt* were caused to be served upon the following counsel via Electronic Mail.

{1368.002-W0085296.}

**VIA E-MAIL**
Peter C. Hughes, Esquire
**DILWORTH PAXSON LLP**
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone: (215) 575-7282
Email: phughes@dilworthlaw.com

**VIA E-MAIL**
James E. Miller, Esquire
Alec J. Berin, Esquire
**MILLER SHAH LLP**
1845 Walnut Street
Philadelphia, PA 19103
Telephone: (866) 540-5505
Email: jemiller@millershah.com
ajberin@millershah.com

Dated:  March 9, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: pierce@lrclaw.com

*Counsel for the FTX Recovery Trust*