## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors.<br>――――――――――――――<br>FTX RECOVERY TRUST,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　- against -<br><br>MANIFOLD MARKETS, INC, MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>　　　　　　　　　Defendant. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Pro. No. 24-50214 (KBO) |

## NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

　　1.　Name(s) of appellant(s):  FTX Recovery Trust and its counsel

　　2.　Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding.<br>☒ Plaintiff<br>☐ Defendant<br>☒ Other (describe) _____Counsel_____ | For appeals in a bankruptcy case and not in an adversary proceeding.<br>☒ Debtor<br>☐ Creditor<br>☐ Trustee<br>☒ Other (describe) _____Counsel_____ |
|---|---|

---

[1]　The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Part 2: Identify the subject of this appeal**

    1.  Describe the judgment—or the appealable order or decree—from which the appeal is taken:

*Order Directing FTX Recovery Trust and Its Counsel to Pay Sanctions Award to Ross Rheingans-Yoo* [D.I. 34759 / Adv. D.I. 101], a copy of which is attached hereto as **Exhibit A.**

    2.  State the date on which the judgment—or the appealable order or decree—was entered:

February 24, 2026 [D.I. 34759 / Adv. D.I. 101]

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Appellant: | Counsel to Appellant: |
|---|---|
| FTX Recovery Trust and its counsel | **LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>Kimberly A. Brown<br>Matthew R. Pierce<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>E-mail: landis@lrclaw.com<br>        mcguire@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Stephanie G. Wheeler<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>E-mail: wheelers@sullcrom.com<br>        gluecksteinb@sullcrom.com<br><br>-and- |

| | |
|---|---|
| | **WILSON SONSINI GOODRICH & ROSATI, P.C.**<br>Joseph R. Slights III<br>Erin Fay<br>Shane Reil<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 304-7600<br>E-mail: jslights@wsgr.com<br>          efay@wsgr.com<br>          sreil@wsgr.com |
| **Appellee:**<br><br>Ross Rheingans-Yoo | **Counsel to Appellee:**<br><br>**JOYCE, LLC**<br>Michael J. Joyce<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 3887-1944<br>Email: mjoyce@mjlawoffices.com<br><br>-and-<br><br>**GOETZ PLATZER LLP**<br>Scott D. Simon<br>One Penn Plaza, Suite 3100<br>New York, NY 10119<br>Telephone: (212) 695-8100<br>Email: ssimon@goetzplatzer.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

Not applicable.

**Part 5: Sign below**

Dated: March 10, 2026
Wilmington, Delaware

Respectfully submitted,

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
          mcguire@lrclaw.com
          brown@lrclaw.com
          pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: wheelers@sullcrom.com
          gluecksteinb@sullcrom.com

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Joseph R. Slights III (No. 2559)
Erin Fay (No. 5268)
Shane Reil (No. 6195)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: (302) 304-7600
E-mail: jslights@wsgr.com
          efay@wsgr.com
          sreil@wsgr.com

*Counsel for the FTX Recovery Trust and its counsel*

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING, LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. Nos. 34487, 34613** |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against –<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>Defendants. | Adv. Pro. No. 24-50214 (KBO)<br><br>**Re: Adv. D.I. Nos. 88, 94** |

**ORDER DIRECTING FTX RECOVERY TRUST AND ITS COUNSEL
TO PAY SANCTIONS AWARD TO ROSS RHEINGANS-YOO**

WHEREAS on January 21, 2026, the Court entered the *Order (I) Denying FTX Recovery Trust's Motion for Reconsideration or to Modify Order Allowing FDU Claim and (II) Granting Ross Rheingans-Yoo's Motion to Dismiss and Motion for Sanctions Under Federal Rule of Bankruptcy Procedure 9011, 28 U.S.C. § 1927, and 11 U.S.C. § 105* [D.I. 34487, Adv. D.I. No. 88] (the "Sanctions Order"); and

WHEREAS pursuant to the Sanctions Order, on January 30, 2026, counsel for Ross Rheingans Yoo ("Ross") timely filed and served a declaration [D.I. 34613; Adv. D.I. 94] (the "Fee Declaration") attesting to the fees and expenses that Ross reasonably incurred in opposing the FTX

1

Recovery Trust's *Motion for Reconsideration or to Modify Order Allowing FDU Claim* [D.I. 31846] (the "Reconsideration Motion") and seeking dismissal of the FTX Recovery Trust's *First Amended Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 544, 548, and 550 and Del. Code Ann. Tit. 6, § 1304 and 1305, and for Disallowance or Subordination of Claim Pursuant to 11 U.S.C. §§ 502 and 510* [Adv. D.I. 38] (the "First Amended Complaint"); and

WHEREAS the FTX Recovery Trust (the "Trust") and its counsel did not object to the reasonableness of Ross's fees and expenses set forth in the Fee Declaration; and

WHEREAS the Court has reviewed the Fee Declaration and, after due deliberation, determined that the fees and expenses Ross incurred in opposing the Reconsideration Motion and seeking dismissal of the First Amended Complaint are reasonable.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.  The Trust and its counsel are directed to pay Ross the sum of $111,868.07 within 14 days of entry of this Order.

2.  Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

3.  The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: February 24th, 2026  
Wilmington, Delaware

KAREN B. OWENS  
CHIEF JUDGE