UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: 22-11068 (adv. 24-)      BK ●   AP ○

If AP, related BK case number:

Title of Order Appealed: Order Directing FTX Recovery Trust and its Counsel to Pay Sanctions Award to Ross Rheingans-Yoo

Docket #: 34759          Date Entered: 2/24/2026

Item Transmitted:

| ✓ | Notice of Appeal | Docket #: 34853 | Date Filed: 3/10/2026 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

FTX Recovery Trust and its Counsel

**Appellee/Cross Appellee**

Ross Rheingans-Yoo

**Counsel for Appellant/Cross Appellant:**

Adam G. Landis, Matthew B. McGuire, Kimberly A. Brown and Matthew Pierce
919 N. Market St, Suite 1800
Wilmington, DE  19801
(additional attorneys listed on appeal)

**Counsel for Appellee/Cross Appellee:**

Michael J. Joyce
1225 N. King St, Suite 800
Wilmington, DE  19801
Scott D. Simon
One Penn Plaza, Suite 3100, New York, NY 1011

| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |
| Civil Action Number: | | |

(continued on next page)

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 3/10/2026          **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    26-15