3.5.2026

Case #22-11068 (KBO)

Hon Judge Karen B Owens.
US Bankrupcy Court
824 North Market St. 3rd floor
Wilmington DE 19801

CC: Kimberly A Brown

I filed proofs of claims in the FTX bankrupcy, these claims arise from the illegal and intentional actions of Sam Bankman Fried and other executives at FTX to destroy Celsius Network and interfere with my ownership, control and affairs in the Company. I ask the Court to reject FTX trust request.

FTX was a large borrower of Crypto curency from Celsius. In early 2022 when I visited Sam, Caroline and the rest of the team in the Bahamas, FTX borrowed over $2.5B worth of BTC, ETH and other Coins from Celsius. After my visit and discussions I wrote an internal memo to my team stating that FTX represented the single largest risk to Celsius. I urged my team to close such loans despite the fact that they were over-collateralized by F.T.T tokens. After short review Celsius lending team recalled such loans and minimized further lending to F.T.X

This action, as we now know caused major shortage of Coins in F.T.X because Sam has been selling his customers Coins to use the proceeds in various investments and purchases of real estate. FTX did not have sufficient coins to support withdrawals $ by FTX platform users.

Sam instructed his lutenants to seek alternative borowing of BTC, ETH, USDT and other Coins.

(2) At the same time Sam decided that he needed to "take down Celsius because I caused him liquidity and reputational issues.

Sam has used his public serogates like Michael Scaramuchi and Kevin Oleary to publicly defame celsius and me without disclosing that they received Investments, loans and compensation for such statements. On an interview on CNBC in 2022 mr Scaramuchi has said "If Burny Madof and long term Capital had a baby it would be Called Celsius".

Starting March 2022 Sam used the same investment banker from Citigroup as did Celsius. Sam requested an introduction to executives at Celsius that were willing to discuss M&A without the knowledge of the controling shareholder - Alex Mashinsk

Around May of 2022 SBF and other FTX executives together with Citibank and others have engaged in authorized and criminal discussions with multiple executives at Celsius.

SBF and Caroline requested and received critical, confidential and material information from Roni Pavon and Rod Bolger which included Celsius customers, borrowers, positions and financials.

This information was provided without the CEO or Board approval and constituted breach of every known standard or practice. The executives provided such information because SBF promised them lucrative packages and compensation.

③ SBF had no intent to buy Celsius, immedietly upon receipt of the information SBF instructed his lutenants to short positions held by Celsius depeging many of them by over 30%. for example Celsius held over $1B of ETHE a protocol token linked to the Ethereum blockchain. for most of its existance the ETHE token tracked the ETH coin but suddenly it was trading at a steep discount. Anyone who had to sell ETHE would suffer permanent loss and anyone who had stETH & wBTC would have to mark to market an otherwise prestine asset at a 30% discount.

These actions as well as the documented practice of allowing naked shorting of tokens on FTX is the definition of market manipulation. These actions are illegal in the U.S. and in the Bahamas. At one point in 2022 FTX allowed over 12,000,000 CEL tokens to be shorted on FTX (CEL is Celsius native token) while only having 2,500,000 CEL on deposit. This type of manipul caused the price of CEL to drop by 50% and forced Celsius to adjust down its balance sheet by over $1,000,000.

While manipulating the markets for positions held by Celsius, Sam continued to "negotiate" with Celsius executives demand they send him "updated" financials reflecting the damage he caus at one point in the "negotiations" Sam an Caroline demand that Celsius financials reflect a "$2,000,000 hole" despite the fact that the prices used to create this hole were artificial and did not represent the true value of such coins and tokens.

(4) Sam, OLeary, Scaramuchi and others then appeared in multiple public stages and on the internet stating that "Celsius had a $2B hole and is done"

These type of statements caused massive panic in the markets and a rush of withdrawals from Celsius.

The withdrawal requests then forced Celsius to liquidate some of the depeged positions shorted by FTX which created instant profits for FTX. Such profits were obtained only through market manipulation, extortion, false statements and manipulation. All such actions were done without my approval as the controlling shareholder, CEO and chairman of the Board.

Sam was secretly also negotiating with Blockfi, Celsius larges competitor and in mid 2022 entered into a transaction which effectively transferred all Blockfi assets to FTX to relieve the shortage of coins due to FTX $7B short position on BTC.

I have evidence for all of the above and further evidence is coming from the depositions of Celsius employees in the ch 11 advasery proceeding scheduled for April & may of 2026.

Based on these and other facts I request that the Court deny the FTX trust requests and allow me to prove my claims and show my damages in trial.

(5) I am currently incarcerated in the federal facility at Ottisville NY, I could not type and print my reply in time for the deadline as there is one type writer available to all inmates.

I request the Court to give me sufficient time to prepare my full reply as there are many other facts and actions that were taken by FTX to damage my company, my reputation and cause me and Celsius billions of dollars in damages.

I ask the Court to reject the FTX request and I ask for 90 days to prepare my full reply.

3.5.2026

P.S (1) The 2022 CEL "naked short positions" provided to FTX were taken from the FTX exchange and represent the positions of CEL token held by FTX at the time.

(2) The P.O.C filed by me followed the extended deadlines published by FTX for filers in U.S. and in the Bahamas.

(3) In my alocution in the criminal case I admitted to falsly not reporting my sale of CEL token in 2019. Such sale was valued at less than $100,000. I objected to all other claims and provided proof for my objections.

(4) I did not discharge my counsel at this time but they stoped communicating with me so I had no choice but to file my reply directly with the court.

(5) to protect my customers from the FTX Attack I chose to pause all withdrawals in June of 2022 which allowed Celsius to stop selling the FTX manipulated assets and enable full recovery for Celsius creditors.