IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: FTX Trading Ltd. et al

| | | |
|---|---|---|
| FTX Recovery Trust, | ) ) ) | Civil Action No. 1:26-cv-00252-UNA |
| Appellant, | ) ) | |
| v. | ) ) | |
| Ross Rheingans-Yoo, | ) ) ) | Bankruptcy Case No. 22-11068 (KBO) Adv. Proc. No. 24-50214 (KBO) |
| Appellee. | | Bankruptcy BAP No. 26-15 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 02/24/2026 was docketed in the District Court on 03/10/2026:

## ORDER DIRECTING FTX RECOVERY TRUST AND ITS COUNSEL TO PAY SANCTIONS AWARD TO ROSS RHEINGANS-YOO

In accordance with the Standing Order of the Court dated July 19, 2023, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                                           Randall Lohan
                                                                           Clerk of Court

Date: 3/10/2026
CC:    U.S. Bankruptcy Court
           Counsel via CM/ECF