**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

| PAXTIBI LLP | ████████ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Last known address:

████████

Type and Amount of Interest Transferred:

| Series A Preferred<br><br>109,408 shares | Series B Preferred | Series B-1 Preferred | Series C Preferred |
|---|---|---|---|
| FTX Common | WRS Class A Common | WRS Class B Common | WRS Common |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Federico Natali*            Date: 8/2/2025

Transferee/Transferee's agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

IN WITNESS WHEREOF, this Secondary Stock Purchase Agreement is hereby executed as of the date first above written.

**PURCHASER**

**PAXTIBI LLP**

By: _____
Signed by: *Federico Natali*
D5041B50C4DD4BD...

Print Name:   Federico Natali

Title:   Partner

Notice details to:   paxtibi.xyz@gmail.com

Address:   221 W 9th St.    #210.    Wilmington, DE 19801

\*PURCHASER SIGNATURE PAGES
DELIVERED SEPARATELY

Signature Page to Secondary Stock Purchase Agreement

      IN WITNESS WHEREOF, this Secondary Stock Purchase Agreement is hereby executed as of the date first above written.

**HOLDER**

By: _____
      DocuSigned by: ▮▮▮▮▮

Print Name: ▮▮▮▮▮

Title: Authorized Signatory

Notice details to: ▮▮▮▮▮

Address: ▮▮▮▮▮

Signature Page to Secondary Stock Purchase Agreement

## EXHIBIT A

## PURCHASER

| Purchaser Name and Address | Number of Purchased Shares | Applicable Purchase Price |
|---|---|---|
| PAXTIBI LLP | 109,408 Series A Preferred | ██████████ |
| 221 W 9th St #210 Wilmington, DE 19801 | | |

# EXHIBIT B

## STOCK POWER

## STOCK POWER AND ASSIGNMENT

## SEPARATE FROM STOCK CERTIFICATE

FOR VALUE RECEIVED and pursuant to that certain Secondary Stock Purchase Agreement dated August 2nd, 2025 as the undersigned hereby sells, assigns and transfers unto **PAXTIBI LLP** or its assigns  109,408  Series A Preferred shares of  **WEST REALM SHIRES INC.**, a Delaware corporation (the "*Company*"). Such shares are represented by certificate and stand in the undersigned's name on the books of the Company. The undersigned does hereby irrevocably constitute and appoint the Secretary of the Company or any duly authorized representative of the Company as attorney-in-fact, with full power of substitution, to transfer said stock on the books of said corporation.

Dated:  8/2/2025

**SELLER:** [DocuSigned by: ███████]