**Subject:** Request for Relief and Access to KYC Portal - FTX Trading Ltd., Case No. 22-11068

**To Honorable Judge John T. Dorsey,**

My name is **Zhi Liu (刘志)**, and I am a customer creditor of FTX (Account Email: **m84z8zjh7f@privaterelay.appleid.com**, Case Reference: **#337577**). I am writing to respectfully request the Court's assistance in restoring my access to the FTX KYC portal.

I held a significant balance of approximately **$1,000,000 USDT** on the FTX platform. I missed the July 17, 2025 deadline and subsequent KYC windows because I was subject to **judicial incarceration from July 2022 to September 2025**. During this period, I was legally and physically deprived of all access to the internet, personal emails, and financial records.

Following my release, I have made diligent efforts to contact Kroll and FTX support. However, my attempts were met with technical rejections and automated denials due to the expired deadlines.

**I respectfully request that the Court grant the following relief:**

1. Restoring my administrative access to the KYC portal for 30 days to allow me to complete the verification process.
2. Directing the Debtors (FTX) to recognize my **"Excusable Neglect"** due to my loss of liberty.

**I have attached the following documents for the Court's review:**

- **Official Prison Release Certificate** as evidence of my incarceration period.
- **Copies of Email Correspondence** between myself and FTX/Kroll, proving my continuous efforts to resolve this matter since my release.

I am ready to provide any additional identification required by the Court. Thank you for your compassion and for ensuring that all creditors, regardless of their past circumstances, are treated fairly.

Sincerely,

*刘志 Zhi Liu*

Zhi Liu (刘志)

**Contact Information:**

- **FTX Registered Email:** m84z8zjh7f@privaterelay.appleid.com
- **Contact Email (iCloud):** liwanfa1@icloud.com (Associated with Case #337577)
- **Contact Email (Gmail):** liwanfa666@gmail.com
- **Phone:** +86 17310474001
- **Date:** March 1, 2026

# 释放证明书

（2025）冀衡狱释字第744号

兹有刘志，男，1985年10月06日生，原户籍所在地湖南省攸县黄丰桥镇塔前村湾里组湾里015号，因组织、领导传销活动罪于2023年09月07日经河北省衡水市中级人民法院判处有期徒刑3年6个月，附加：罚金50万。服刑期间，减刑1次，减刑4个月，实际执行刑期3年2个月。现因执行刑满予以释放。

特此证明



（公章）

2025年09月21日

注意事项：此页由被释放人保存

# 释放证明书（副本）

（2025）冀衡狱释字第744号

兹有刘志，男，1985年10月06日生，原户籍所在地湖南省攸县黄丰桥镇塔前村湾里组湾里015号，因组织、领导传销活动罪于2023年09月07日经河北省衡水市中级人民法院判处有期徒刑3年6个月，附加：罚金50万。服刑期间，减刑1次，减刑4个月，实际执行刑期3年2个月。现因执行刑满予以释放。

特此证明



（公章）

2025年09月21日

注意事项：1、持证人必须在 2025年10月21日 之前将本证明书副本送达 湖南省攸县 公安局派出所办理户口登记手续。

2、本证明私自涂改无效。



发件人: **liuzhi** liwanfa1@icloud.com
主题: 回复: Re: [Please use support.ftx.com] Account Recovery Request - Apple ID Login Failure + Late Claim Filing (Force Majeure: Imprisonment)
日期: 2025年11月10日 上午11:07
收件人: FTX Support support@ftx.com
抄送: claims@ftx.com, ftxinfo@ra.kroll.com, krollnotices@ra.kroll.com

---

Dear FTX Support & Kroll Team,

**THIS IS MY 4TH FOLLOW-UP

**CASE IS ALREADY OPEN – ALL PROOF BELOW IN THREAD**

**Private Relay Email:** [m84z8zjh7f@privaterelay.appleid.com]

**Real Contact:** [liwanfa1@icloud.com]

**REQUEST (Bankruptcy Rule 3002(c)(6)):**

1. **UNLOCK ACCOUNT NOW**
2. **ISSUE TEMPORARY CREDITOR ID**
3. **ALLOW LATE KYC & CLAIM**
4. **QUEUE FOR 2026 USD DISTRIBUTION**

**FORCE MAJEURE:** Imprisoned Jul 2022 – Sep 2025

**ESCALATE TO KROLL SUPERVISOR IF NO REPLY IN 48 HOURS.**

Full Name: 刘志

Phone: +8617310474001

Date: November 10, 2025

---

2025年11月2日下午4:50，FTX Support <support@ftx.com> 写道:

##- Please type your reply above this line -##

Your request (337577) has been updated.

To add additional comments, reply to this email.

**Ella (Please use support.ftx.com)**
Nov 2, 2025, 01:50 PDT

Hi there,

There is an option on icloud that will hide your original email when interacting with apps which is called Private Relay. "A private relay email service sends email to a recipient using an automatically generated email address. This hides the real email address to preserve privacy."

Can you check what is your Private Relay email address for FTX? Private relay email addresses usually end in @privaterelay.appleid.com. You can find it in your phone settings at Settings > Apple ID > Password & Security > Apps Using Your Apple ID.

Thank you,

FTX Customer Support

**liuzhi**
Nov 2, 2025, 00:47 PDT

Dear FTX Support & Kroll Team,

**This is the SECOND email from my Apple ID-linked iCloud account: liwanfa1@icloud.com**

I already sent the first request on [ Oct 29, 2025] with full evidence attached.

Your reply: "Please submit from the email associated with your FTX account" → **I DID. This iCloud email IS my FTX account email (Apple ID login).**

**Account Issue:**
- Login method: Apple ID only (no separate FTX email or password)
- Portal error: "Login failure. Please contact customer support"
- Cannot access 2FA (imprisoned Jul 2022 – Sep 2025)

**Request (Force Majeure – Bankruptcy Rule 3002(c)(6)):**
1. **Immediately unlock my account without 2FA**
2. **Issue Temporary Creditor ID**
3. **Allow late KYC & Proof of Claim filing**
4. **Queue for 2026 USD bank distribution**

**This delay qualifies as force majeure. I demand Kroll review under 11 U.S.C. § 502.**

Full Name: 刘志
Phone:+8617310474001
Date: November 02, 2025


**Ella (Please use support.ftx.com)**
Oct 29, 2025, 04:45 PDT

Hello,

Thank you for reaching out.

For us to be able to answer your questions, please submit a new email to support@ftx.com using the email address associated with your FTX account.

Thank you,

FTX Customer Support

---

**liuzhi**
Oct 29, 2025, 04:39 PDT

Dear FTX Support Team,

I am unable to log in to the FTX Customer Claims Portal (claims.ftx.com) using my Apple ID.
Error: "Login failure. Please contact customer support"

Account Details:
- Apple ID:liwanfa1@icloud.com
- Approximate Account Balance (July 2022): [$500,000 USDT]

Issues:
1. Lost access to 2FA
2. Missed KYC deadline (March 3, 2025) and Claims Bar Date due to imprisonment from July 2022 to September 2025.

Request:
1. Recover my account without 2FA.
2. Issue a Temporary Creditor ID.
3. Allow late KYC submission and Proof of Claim filing.
4. Queue for 2026 distribution via USD bank transfer (China resident).

Evidence Attached (PDF):
- Prison release certificate (redacted)

This delay is due to force majeure (imprisonment). I qualify for late filing per bankruptcy rules.

Full Name: 刘志
Phone: 17310474001
Date: October 29, 2025

Attachment(s)

出狱证明.pdf

This email is a service from Please use support.ftx.com. Delivered by Zendesk

