**AFFIDAVIT OF SERVICE**

**ORANGE COUNTY SHERIFF'S OFFICE**
PAUL ARTETA, SHERIFF
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924-6740
CIVIL UNIT
TELEPHONE (845) 291-2933     FAX (845) 291-7603

---

In The United States Bankruptcy Court For The District Of Delaware
State of Delaware,

Docket No.: 26000652
Index No:    22-11068-KBO

FTX Trading LTD., et al., Plaintiff

-against-

Alexander Mashinsky, Defendant(s)

I, Brian Lasch certify that on 3/10/2026, at approximately 10:05 AM, at:

> FCI
> 2 Mile Drive
> Otisville, NY 10963

service of the within NOTICE was made upon:

Alexander Mashinsky

PERSONAL SERVICE – by delivering to and leaving with Alexander Mashinsky personally a true copy thereof, said person being known to me as the person mentioned and described herein.

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a Negative reply. The person served is described as: skin color - White, sex - Male, hair color - Brown, height - 6'0", weight - 200, age - 61.

**IN CASE OF ORDER OF PROTECTION SERVICE:**
I asked the person served if they owned or possessed any weapons. They said:

The following attempts at personal service were made: None

By: Deputy L C #116        Dated: 3/11/26

Sworn and Subscribed to Before Me
This 11th day of March, 2026

Christin Conklin
Notary Public, State of New York
Registration No. 01CO0035148
Qualified in Orange County
Commission Expires March 21, 20___

FORM CPF-03C rev. 12/13/06