**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FTX TRADING LTD., *et al.*, | § § | Case No. 22-11068 (KBO) |
| Debtors.[1] | § § § | (Jointly Administered) |
|  | § § | **Related D.I. 34651** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF RUSKIN
MOSCOU FALTISCHEK P.C. FOR LEAVE TO WITHDRAW
AS COUNSEL TO ALEXANDER MASHINSKY, KOALAL, LLC,
AND AM VENTURES HOLDINGS, INC.**

I, Gregory A. Taylor, a member of the law firm of Ashby & Geddes, P.A. ("Ashby & Geddes"), counsel to Ruskin Moscou Faltischek P.C. ("RMF"), hereby certify the following:

1.      On February 5, 2026, RMF, by and through their undersigned counsel, filed the *Motion of Ruskin Moscou Faltischek P.C. for Leave to Withdraw As Counsel to Alexander Mashinsky, Koala1, LLC, and AM Ventures Holdings, Inc.* (the "Motion") [D.I. 34651]. Attached to the Motion is a proposed form of order approving the Motion and the relief sought therein (the "Proposed Order").

2.      Pursuant to the notice of the Motion, objections or responses, if any, to the Motion were to be filed with the Court and served upon the undersigned counsel by February 12, 2026 at 4:00 p.m. (ET).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

3.      Pursuant to the second amended notice of the Motion, the objection deadline was extended <u>solely</u> for Alexander Mashinsky, Koala1, LLC, and AM Ventures Holdings, Inc. to March 16, 2026 at 4:00 p.m. (ET).

4.      As of the date hereof, undersigned counsel has not been served with any objections or responses to the Motion.  A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

**WHEREFORE**, RMF respectfully requests that the Order approving the Motion be entered at the Court's earliest convenience.

Dated: March 17, 2026

**ASHBY & GEDDES, P.A.**

  _/s/ Gregory A. Taylor_
Gregory A. Taylor (No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Phone: (302) 654-1888
Facsimile: (302) 654-2067
Email: gtaylor@ashbygeddes.com

*Counsel to Ruskin Moscou Faltischek P.C.*

{02214940;v1 }