**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>**FTX TRADING LTD.**, *et al.*,[1]<br><br>  **Debtors.** | **CHAPTER 11**<br>**CASE NO. 22-11068 (KBO)**<br>**(Jointly Administered)**<br><br> **Re: D.I. 34770** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF JONES**
**& WALDEN LLC FOR LEAVE TO WITHDRAW AS COUNSEL**
**TO CURIO FINANCIAL TECHNOLOGY INC.**

I, Adam E. Ekbom, a member of the law firm of Jones & Walden LLC ("J&W"), counsel to Curio Financial Technology Inc. ("Curio Financial"), hereby certify the following:

1.      On February 27, 2026, J&W, by and through the undersigned counsel, filed the *Motion of Jones & Walden LLC and Adam E. Ekbom to Withdraw as Counsel to Curio Financial Technology Inc.* (the "Motion") [D.I. 34770]. Attached to the Motion is a proposed form of order approving the Motion and the relief sought therein (the "Proposed Order").

2.      Pursuant to the notice of the Motion, objections or responses, if any, to the Motion were to be filed with the Court and served upon the undersigned counsel by March 16, 2026, at 4:00 p.m. (ET).

3.      As of the date hereof, undersigned counsel has not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

WHEREFORE, J&W respectfully requests that the Order approving the Motion be entered at the Court's earliest convenience.

This 18th day of March, 2026.

**JONES & WALDEN LLC**

*/s/ Adam E. Ekbom*
Adam E. Ekbom
Georgia Bar No. 919724
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
aekbom@joneswalden.com
*Withdrawing Attorney for Curio*
*Financial Technology Inc.*