## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**ORDER DENYING ALEXANDER MASHINSKY'S LETTER REQUESTS FOR RELIEF**

Upon consideration of the Mashinsky Letters and the *FTX Recovery Trust's Objection to Alexander Mashinsky's Letter Requests for a Further Extension of Deadline to Respond to the Claim Objection* (the "Objection") filed by the FTX Recovery Trust (the "Trust");[2] and the Court having reviewed the Mashinsky Letters and the Objection; and the Court having jurisdiction to consider the relief requested in accordance with 28 U.S.C. §§ 1334 and 157 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Objection or the Claim Objection, as applicable.

-2-

1.      The relief requested in the Mashinsky Letters is DENIED.

2.      The deadline to file any response to the Claim Objection is April 30, 2026.

3.      A hearing regarding the Claim Objection will be held on May 14, 2026.

4.      This Court shall retain jurisdiction with respect to all matters arising from or in relation to the interpretation and implementation of this Order.


Dated: _____, 2026
        Wilmington, Delaware          _____
                                      THE HONORABLE KAREN B. OWENS
                                      CHIEF UNITED STATES BANKRUPTCY JUDGE