Docusign Envelope ID: 6B8F5BE8-326C-80B7-822F-814B9B65AF0F

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

Name of Transferee

**CONFIDENTIAL CREDITOR**

**GreenWulf Master Fund, LP**

Transferor's Address:

    [Address on File]

Transferee's address for notices and payment:

    270 Madison Ave, NY, Suite 803
    NY 10016

    Attention: Jen Albert, Partner, CFO/COO
    Email: jen@greenwulf.com

| Schedule/Claim No. | Creditor Name | % Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim Number: 51306<br>Confirmation ID: 3265-70-PXUOD-310732176<br>Schedule Number: 7577004<br>Customer Code: 00643866 | CONFIDENTIAL CREDITOR | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Signed by:*
*Jen Albert*
A0D7A4EED0CD4B4...
Transferee / Transferee's Agent

Date: 3/18/2026

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 6B8F5BE8-326C-80B7-822F-814B9B65AF0F

## Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Docusign Envelope ID: 6B8F5BE8-326C-80B7-822F-814B9B65AF0F Case 22-11068-KBO    Doc 34903    Filed 03/19/26    Page 2 of 3

**EXHIBIT A**


SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

**Excerpt from Kroll Website:**

## KROLL

### Creditor Data Details - Claim # 51306

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Northway Housing, LLC as Transferee of Name on File | FTX Trading Ltd. | 51306 |
| Address on file | Date Filed | Schedule Number |
| | 09/12/2023 | 7577004 |
| | | Confirmation ID |
| | | 3265-70-PXUOD-310732176 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign