22-11068 K60

RECEIVED

2026 MAR 20  A 8: 21

CLERK
S BANKRUPTCY COURT
ST OF DELAWARE

**Clerk's Office (mailing address for the court in Wilmington):**
United States Bankruptcy Court
District of Delaware
**824 N Market St, 3rd Floor**
Wilmington, DE **19801**
Phone: **302-252-290**
SUBJECT to FRE 408 and State & Foreign Equivalents – Confidential.
FTX Claim Number: 2088
**ACCOUNT ID: 4419257**
Joshua Rablin

creativeeyephotographics@gmail.com

IN UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,1 Debtors.

NOTICE OF WITHDRAWAL OF CLAIMANT'S OBJECTION - CLAIM NUMBER - 2088

Debtors:
FTX Trading LTD.

Claimant:
Joshua Rablin

I. Introduction

This document serves as a formal notice by Joshua Rablin hereinafter referred to as the "Claimant,"
regarding the withdrawal of the previously filed dispute concerning the claim amount in the
FTX Bankruptcy Estate under claim number 2088.

The Claimant filed an objection asserting that the information provided by FTX Trading LTD, hereinafter referred to as the "Debtors", was inaccurate. The Claimant now formally notifies the Court and the Debtors of the full withdrawal of said objection.

Claimant's information

.
Name: Joshua Rablin
Email: creativeeyephotographics@gmail.com
**ACCOUNT ID: 4419257**

## II. Statement of Withdrawal

1. The Claimant executed an objection to the Debtors' modified claim, which was subsequently filed with the Court.

2. The Claimant hereby withdraws the Claimant's Objection to Modified Claim in its entirety.

3. The Claimant accepts the claim set by the Debtors as stated in "DEBTORS' FORTY-FIFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND/OR
UNLIQUIDATED PROOFS OF CLAIM (CUSTOMER CLAIMS)"

## III. Conclusion

The claimant accepts the claim set by the Debtors for a total value of $1,228.86 (One Thousand, two hundred and twenty eight dollars and eighty six cents). And withdraws any objection to receiving the funds and closing this matter.

Sincerely,

Joshua Rablin

AIR MAIL
INTERNATIONAL
PAR AVION

POSTAGE PAID AUSTRALIA

International POST

CLERKS OFFICE
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 N MARKET ST  3RD FLOOR
WILMINGTON, DE 19801
PHONE 302 252 290

Sender Josy Raziv
PO Box 1335
Murwillumbah, NSW
Postcode 2484

Design: Simone Sakinofsky, Australia Post Design Studio
Photograph: Martin Pelanek/Shutterstock.com,
New Holland Honeyeater *Phylidonyris novaehollandiae*

International Postage Prepaid Envelope DL
1  Postage on this envelope is prepaid for one international posting only to anywhere in the world.
2  This envelope must not exceed 50 grams or 5 millimetres in thickness when posted.
3  This envelope must only be used for sending documents only with no commercial value such as correspondence, papers and forms. This envelope must not be used for sending prohibited documents such as currency, securities or negotiable instruments (such as bank cheques).
4  Using this envelope to send non-documents with a commercial value or prohibited documents will result in it being returned to you by Australia Post or the customs authority of the destination country.
5  This service has no compensation for loss or damage as Australia Post has no liability pursuant to section 34 of the Australian Postal Corporation Act 1989.
6  Extra cover may be added separately to cover the contents from loss or damage.
7  The limits of Extra Cover can vary by destination, please enquire at your local Post Office.
   The carriage of this envelope is subject to the Australia Post Terms and Conditions.
   View these online at auspost.com.au or ask at your nearest Post Office.


Australia Post

POST OFFICE PREFERRED