**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref No. 34894** |

**CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on March 18, 2026, a true and correct copy of the *FTX Recovery Trust's Objection to Alexander Mashinsky's Letter Requests for a Further Extension of Deadline to Respond to the Claim Objection* [D.I. 34894] was caused to be served upon Alexander Mashinsky at the below listed address via First-Class mail service.

> **Alexander Mashinsky #68096-510**
> **FCI Otisville**
> **Federal Correctional Institution**
> **Satellite Camp**
> **P.O. Box 1000**
> **Otisville, NY 10963**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 20, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      mcguire@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      bellerb@sullcrom.com

*Counsel for the FTX Recovery Trust*

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,[1]

Case No. 22-11068 (KBO)

Debtors.

AFFIDAVIT OF SERVICE

STATE OF DELAWARE     }
                    } ss.
COUNTY OF NEW CASTLE   }

I, Clayton McFarlane, of Parcels, Inc., the State of Delaware, County of New Castle, being duly sworn, says that on the 19th day of March 2026 at 5:00 p.m., I personally served a copy of FTX RECOVERY TRUST'S OBJECTION TO ALEXANDER MASHINSKY'S LETTER REQUESTS FOR A FURTHER EXTENSION OF DEADLINE TO RESPOND TO THE CLAIM OBJECTION with supporting documents on:

Alexander Mashinsky #68096-510
FCI Otisville
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE CAMP
P.O. BOX 1000
OTISVILLE, NY 10963
via Certified Mail/Return Receipt Requested
Tracking # 9589 0710 5270 2684 3657 17

_____
Clayton McFarlane

Subscribed and sworn before me
This 20th day of March 2026
Notary Public

_____

My commission expires: _____

LISA M. JOYNER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 20, 2028