**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | CASE NO. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[2] | (Jointly Administered) |
| Debtors. | Re: D.I. 34770 |

**ORDER GRANTING MOTION OF JONES & WALDEN LLC AND ADAM E. EKBOM TO WITHDRAW AS COUNSEL TO CURIO FINANCIAL TECHNOLOGY INC.**

Upon consideration of the Motion of Jones & Walden LLC and Adam E. Ekbom to Withdraw as Counsel for Curio Financial Technology Inc. (the "Motion"), and having found that good cause exists for granting the relief requested in the Motion, it is hereby ORDERED that:

1.     The Motion is GRANTED.

2.     Jones & Walden LLC and Adam E. Ekbom shall be and are hereby withdrawn as counsel of record for Curio Financial Technology Inc. in the above-captioned bankruptcy case.

*Ka B. O*

**Dated: March 20th, 2026**           **KAREN B. OWENS**
**Wilmington, Delaware**               **CHIEF JUDGE**

---

[2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.