## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| | **CASE NO. 22-11068 (KBO)** |
| **FTX TRADING LTD.,** *et al.,*[1] | **(Jointly Administered)** |
| **Debtors.** | **Re: D.I. 34908** |

### CERTIFICATE OF SERVICE

I, Adam E. Ekbom, hereby certify that on March 23, 2026, I did cause to be served true and correct copies of the *Order Granting Motion of Jones & Walden LLC and Adam E. Ekbom to Withdraw as Counsel to Curio Financial Technology Inc.* **(Doc. No. 34908)** on the parties on the attached service list as indicated thereon.

DATED: March 23, 2026.

**JONES & WALDEN LLC**

*/s/ Adam E. Ekbom*
Adam E. Ekbom
Georgia Bar No. 919724
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
aekbom@joneswalden.com
*Withdrawn Attorney for Curio*
*Financial Technology Inc.*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The location of Debtors' principal of business and the Debtors' service address in these Chapter 11 cases is: 10-11 Mandolin Place, Friars Hill Road, St. John's, Antigua and Barbuda.

**SERVICE LIST**

**VIA EMAIL AND U.S. FIRST CLASS MAIL**

Curio Financial Technology Inc.
Attn: Bryan Malone Keltner, CEO
2370 Market Street
STE 103, Box 453
San Francisco, CA 94114
bryan@celestial.technology

Curio Financial Technology Inc.
c/o CT Company, as Registered Agent
1209 Orange St
Wilmington DE 19801

Curio Financial Technology Inc.
Attn: Bryan Malone Keltner, CEO
235 Hopewell Amwell Road
Hopewell, NJ 08525

**VIA CM/ECF**

All parties on the Clerk's service list.