**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | |
| MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC., | Adv. Pro. No. 24-50214 (KBO) |
| Defendants. | |

**APPELLANTS' STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009**

Appellants, the FTX Recovery Trust (by and through its undersigned counsel) and its counsel, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), respectfully submit the following:  (i) statement of issues to be included on appeal from the decision of the Bankruptcy Court's *Order Directing FTX Recovery Trust and its Counsel to Pay Sanctions Award to Ross Rheingans-Yoo* [D.I. 34759] (the "Order") entered on February 24, 2026; and (ii) designation of items to be included in the record on appeal (collectively with the statement of issues, the "Statement of Issues and Designation of Record on Appeal").  In support of this Statement of Issues and Designation of Record on Appeal, Appellants submit the following:

I.      <u>**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**</u>

     1. Did the Bankruptcy Court err in granting Ross Rheingans-Yoo's Motion for Sanctions?

II.      <u>**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**</u>

Appellants submit that the items designated in Appellants' designations filed on February 5, 2026 in Civil Action Nos. 26-cv-00079 (JLH) and 26-cv-00080 (JLH) are incorporated by reference. Appellants designate the following additional items to be included in the record on appeal:

**A. Docket Entries and Related Materials from Bankruptcy Case No. 22-11068**

| ITEM NO. | BANKR. D.I. | ADV. D.I.[1] | DATE | DESCRIPTION |
|---|---|---|---|---|
| 1. | 34613 | 94 | January 30, 2026 | Declaration of Scott D. Simon Attesting to Reasonable Attorneys' Fees and Necessary Expenses Incurred by Ross Rheingans-Yoo in Connection with FTX Recovery Trust's Sanctionable Conduct |
| 2. | 34751 | 100 | February 20, 2026 | Certificate of No Objection Regarding Order Directing FTX Recovery Trust and its Counsel to Pay Sanctions Award to Ross Rheingans-Yoo |
| 3. | 34759 | 101 | February 24, 2026 | Order Directing FTX Recovery Trust and its Counsel to Pay Sanctions Award to Ross Rheingans-Yoo |
| 4. | 34853 | | March 10, 2026 | Notice of Appeal |

---

[1]   Identical versions of certain filings in the main bankruptcy proceeding have been filed in the adversary proceedings, No. 24-50214 (KBO). Where applicable, the corollary adversary proceeding docket number is included. For the convenience of the Clerk of the Bankruptcy Court, and to remove the need to transmit duplicates, only one entry of each document is designated herein.

**III.    CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(b)**

In an appeal from a bankruptcy court ruling, Bankruptcy Rule 8009(b) requires an appellant to either:  (i) order from the court reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal and file a copy of the order with the bankruptcy clerk; or (ii) file a certificate with the bankruptcy clerk stating that the appellant is not ordering a transcript.  Pursuant to Bankruptcy Rule 8009(b), Appellants certify that all relevant transcripts of the proceedings are available on the Bankruptcy Court's docket and are included in these designations.

**IV.    RESERVATION OF RIGHTS**

Appellants expressly reserve the right to (i) withdraw, supplement, amend or modify this Statement of Issues and Designation of Record on Appeal and (ii) move to strike any items included by the Appellee in a designation of additional items.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

*[Remainder of page intentionally left blank.]*

Dated: March 24, 2026
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
     mcguire@lrclaw.com
     brown@lrclaw.com
     pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: wheelers@sullcrom.com
     gluecksteinb@sullcrom.com

-and-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Joseph R. Slights III (No. 2559)
Erin Fay (No. 5268)
Shane Reil (No. 6195)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: (302) 304-7600
E-mail: jslights@wsgr.com
     efay@wsgr.com
     sreil@wsgr.com

*Counsel for the FTX Recovery Trust and its counsel*