**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**FTX RECOVERY TRUST'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON MARCH 26, 2026 AT 9:30 A.M. (ET)**

**PLEASE TAKE NOTICE** that the FTX Recovery Trust[2] hereby provides the following information regarding the witness that it intends to present and the list of the potential exhibits that it may seek to introduce (the "Witness & Exhibit List"), at the hearing scheduled on March 26, 2026 at 9:30 a.m. (ET) (the "Hearing") regarding the following matters expected to go forward: (i) *FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* [D.I. 30300 & 30326], (ii) *FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* [D.I. 30631 & 30637], and (iii) *Motion to Compel (I) Clarification of Disputed Claim Status, (II) Reclassification of Claim to Class 7A DotCom Convenience, and (III) Inclusion of Claim in Next Distribution* [D.I. 34611].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' (as defined below) confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

{1368.003-W0085386.2}

## WITNESS INFORMATION

1. <u>Name and title of witness</u>: Steve P. Coverick, Managing Director at Alvarez & Marsal North America, LLC.

2. <u>Scope of Testimony</u>: The content of Mr. Coverick's direct testimony is set forth in the *Declaration of Steven P. Coverick in Support of the FTX Recovery Trust's Objections and Reply in Opposition to Filings of Claimant Richard Bell Rattey* [D.I. 34702-1] (the "<u>Coverick Declaration</u>"). The FTX Recovery Trust may elicit additional direct or rebuttal testimony from Mr. Coverick at the Hearing.

## EXHIBITS

In connection with the Hearing, the FTX Recovery Trust may seek to use any of the following documents:

| Number | Docket Ref. | Description |
|---|---|---|
| FTX-1 | 34702-1 | *Declaration of Steven P. Coverick in Support of the FTX Recovery Trust's Objections and Reply in Opposition to Filings of Claimant Richard Bell Rattey* |
| FTX-2 | 34702-2 | *Email from Claimant Dated February 9, 2026* |
| FTX-3 | 34793 | *Supplement to FTX Recovery Trust's Objections and Reply in Opposition to Filings of Claimant Richard Bell Rattey* and the exhibit attached thereto |
| FTX-4 | | Proof of Claim No. 94653 filed by Richard B. Rattey |
| FTX-5 | | Proof of Claim No. 98399 filed by Richard B. Rattey |

## RESERVATION OF RIGHTS

The FTX Recovery Trust reserves all rights to: (i) amend and supplement this Witness and Exhibit List at any time at or prior to the Hearing; (ii) use additional exhibits for purposes of rebuttal or impeachment and to supplement the foregoing exhibit list as appropriate; (iii) rely upon and use as evidence (a) any exhibits included on the exhibit lists of any other party in interest and (b) any pleading, hearing transcript, order, or other document filed with the Court in these Chapter 11 Cases; (iv) cross examine any and all witnesses proffered at the Hearing; and (v) call any rebuttal witnesses as the FTX Recovery Trust may deem necessary at the Hearing.

Dated: March 24, 2026
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
     mcguire@lrclaw.com
     brown@lrclaw.com
     pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
     bromleyj@sullcrom.com
     gluecksteinb@sullcrom.com
     kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*