**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | |
| FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, | Adv. Pro. No. 24-50188 (KBO) |
| Defendants. | |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiffs, | Adv. Pro. No. 24-50210 (KBO) |
| - against - | |
| MATTHEW NASS, MATTHEW PLACE, JOSHUA LEYTON, JOHN CONBERE, and LUIS SCOTT-VARGAS, | |
| Defendants. | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0085388.}

FTX RECOVERY TRUST,

      Plaintiff,

    - against -

MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,

      Defendants.

Adv. Pro. No. 24-50214 (KBO)

FTX RECOVERY TRUST,

      Plaintiff,

    - against -

KUROSEMI INC.,

      Defendant.

Adv. Pro. No. 25-50635 (KBO)

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 26, 2026 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**

**Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

---

[2] **Amended items appear in bold.**

{1368.003-W0085388.}     - 2 -

**ADJOURNED MATTERS:**

1. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

   Status: This matter is adjourned to a date to be determined.

2. FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC [D.I. 34251, filed on January 2, 2026]

   Status: This matter is adjourned to the April 16, 2026 omnibus hearing.

3. FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky [D.I. 34704, filed on February 13, 2026]

   Status: This matter is adjourned to the May 14, 2026 omnibus hearing.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS:**

4. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

   Status: This matter is adjourned to a date to be determined.

5. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

   Status: This matter is adjourned to a date to be determined.

6. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Kurosemi Inc.*, Adv. No. 25-50635 – Adv. D.I. 3, 4 & 5, filed on May 1, 23 & 30, 2025]

   Status: This matter is adjourned to a date to be determined.

**RESOLVED MATTERS:**

7. Formal Objection by Pro Se Creditor Regarding Claim Expungement Unique Customer Code (UCC): 04637174 [D.I. 34612, filed on January 29, 2026]

   Status: The parties have consensually resolved this matter. Accordingly, a hearing regarding this matter is not required.

8.      Motion of Ruskin Moscou Faltischek P.C. for Leave to Withdraw as Counsel to Alexander Mashinsky, Koala1, LLC, and AM Ventures Holdings, Inc. [D.I. 34651, filed on February 5, 2026]

Status: On March 20, 2026, the Court entered an order granting the requested relief. Accordingly, a hearing on this matter is not required.

**MATTERS GOING FORWARD:**

9.      FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 30300 & 30326, filed on April 28, 2025]

Objection Deadline: June 11, 2025 at 4:00 p.m. (ET)

Responses Received:

A.      Objection to Claim Disallowance [D.I. 30981, filed on June 23, 2025]

Related Documents:

A.      Notice of FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 30317, filed on April 28, 2025]

B.      Certification of Counsel Regarding FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 31043, filed on June 26, 2025]

C.      Order Sustaining FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 31084, entered on June 27, 2025]

D.      FTX Recovery Trust's Reply in Support of Its Claims Objections and in Opposition to Filings of Claimant Richard Bell Rattey [D.I. 34702, filed on February 12, 2026]

E.      Supplement to FTX Recovery Trust's Reply in Support of Its Claims Objections and in Opposition to Filings of Claimant Richard Bell Rattey [D.I. 34793, filed on March 2, 2026]

**F.      FTX Recovery Trust's Witness and Exhibit List for Hearing on March 26, 2026 at 9:30 a.m. (ET) [D.I. 34951, filed on March 24, 2026]**

Status: This matter is going forward solely with respect to claim no. 94653 filed by Richard B. Rattey.

10.   FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 30631 & 30637, filed on June 4, 2025]

Objection Deadline: July 15, 2025 at 4:00 p.m. (ET)

Responses Received:

A.   Response of Richard B. Rattey and TRYK 86 LLC to FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 31491, filed on July 16, 2025]

Related Documents:

A.   Certification of Counsel Regarding FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 31043, filed on June 26, 2025]

B.   Order Sustaining FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 31747, entered on July 21, 2025]

C.   FTX Recovery Trust's Reply in Support of Its Claims Objections and in Opposition to Filings of Claimant Richard Bell Rattey [D.I. 34702, filed on February 12, 2026]

D.   Supplement to FTX Recovery Trust's Reply in Support of Its Claims Objections and in Opposition to Filings of Claimant Richard Bell Rattey [D.I. 34793, filed on March 2, 2026]

E.   **FTX Recovery Trust's Witness and Exhibit List for Hearing on March 26, 2026 at 9:30 a.m. (ET) [D.I. 34951, filed on March 24, 2026]**

Status: This matter is going forward solely with respect to claim no. 98399 filed by Richard B. Rattey.

11.   Motion to Compel (I) Clarification of Disputed Claim Status, (II) Reclassification of Claim to Class 7A DotCom Convenience, and (III) Inclusion of Claim in Next Distribution [D.I. 34611, filed on January 28, 2026]

Objection Deadline: February 12, 2026 at 4:00 p.m. (ET)

Responses Received:

A.   FTX Recovery Trust's Reply in Support of Its Claims Objections and in Opposition to Filings of Claimant Richard Bell Rattey [D.I. 34702, filed on February 12, 2026]

B.   Supplement to FTX Recovery Trust's Reply in Support of Its Claims Objections and in Opposition to Filings of Claimant Richard Bell Rattey [D.I. 34793, filed on March 2, 2026]

Related Documents:

A.   Notice of Hearing [D.I. 34645, filed on February 5, 2026]

**B.   FTX Recovery Trust's Witness and Exhibit List for Hearing on March 26, 2026 at 9:30 a.m. (ET) [D.I. 34951, filed on March 24, 2026]**

Status: This matter is going forward.

12.   Motion of Chisato Muromoto to Permit Filing of a Proof of Claim After the Bar Date and/or for Related Relief [D.I. 32956, filed on October 9, 2025]

Objection Deadline: November 13, 2025 at 4:00 p.m. (ET)

Responses Received:

A.   FTX Recovery Trust's Objection to Motion of Chisato Muromoto to Permit Filing of a Proof of Claim After the Bar Date and/or for Related Relief [D.I. 33580, filed on November 13, 2025]

Related Documents:

A.   Order (I)(A) Establishing Deadlines for Filing Customer Proofs of Claim, (B) Approving Procedures for Submitting Proofs of Claim and (C) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief [D.I. 1793, entered on June 28, 2023]

B.   Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 29464, entered on February 3, 2025]

Status: This matter is going forward.

**ADVERSARY MATTERS GOING FORWARD:**

13.    [SEALED] Plaintiff's Motion to Compel Production of Documents [*FTX Recovery Trust v. Matthew Nass et al.*, Adv. No. 24-50210 (KBO) – Adv. D.I. 65, filed on February 13, 2026]

Objection Deadline: N/A

Responses Received: None.

Related Documents:

A.    Notice of Service [Adv. D.I. 23, filed on March 28, 2025]

B.    Notice of Service of Defendants' Objections and Responses to Plaintiff's First Request for Production of Documents [Adv. D.I. 27, filed on April 28, 2025]

C.    Order Approving Stipulated and Agreed Document Production Protocol [Adv. D.I. 37, entered on May 29, 2025]

D.    [SEALED] Declaration of Matthew B. McGuire in Support of Plaintiff's Motion to Compel Production of Documents [Adv. D.I. 66, filed on February 13, 2026]

E.    [REDACTED] Plaintiff's Motion to Compel Production of Documents [Adv. D.I. 69, filed on February 20, 2026]

F.    [REDACTED] Declaration of Matthew B. McGuire in Support of Plaintiff's Motion to Compel Production of Documents [Adv. D.I. 70, filed on February 20, 2026]

G.    Notice of Remote Hearing [Adv. D.I. 72, filed on February 25, 2026]

**H.    Defendants' Objection to Plaintiff's Motion to Compel Production of Documents [Adv. D.I. 81, filed on March 24, 2026]**

Status: This matter is going forward.

14.    Plaintiff FTX Recovery Trust's Motion to Compel Non-Party Million Dreams Games, Inc. to Produce Documents and Provide Testimony [*FTX Recovery Trust v. Matthew Nass et al.*, Adv. No. 24-50210 – Adv. D.I. 77, docketed on March 13, 2026]

Response Deadline: N/A

Responses Received: None.

- 8 -

Related Documents:

A.    Notice of Intent to Serve Subpoena on Non-Party [Adv. D.I. 54, filed on December 16, 2025]

B.    Defendants' Objections to Plaintiff's Notice of Intent to Serve Subpoena on Non-Party Million Dollar Games, Inc. [Adv. D.I. 55, filed on December 19, 2025]

C.    Order to Transfer Under Federal Rule of Civil Procedure 45(F) [Adv. D.I. 76, docketed on March 13, 2026]

**D.    Non-Party Million Dreams Games, Inc.'s and Defendants' Memorandum of Law in Opposition to Plaintiff FTX Recovery Trust's Motion to Compel Compliance with Subpoena [Adv. D.I. 82, filed on March 24, 2026]**

Status: This matter is going forward.

**[*REMAINDER OF THE PAGE IS INTENTIONALLY LEFT BLANK*]**

Dated: March 25, 2026
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*