**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail and/or Email on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 17, 2026

*/s/Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me March 17, 2026, by Thomas Evangelista, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 33198 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, L.L.C.<br>c/o Farallon Capital Management, L.L.C.<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: MLinn@FarallonCapital.com | 1/9/2026 |
| 33689 | Name on File<br>Address on File<br>Email Address on File | FTXCreditor, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/9/2026 |
| 33712 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 33894 | Name on File<br>Address on File<br>Email Address on File | Diameter Master Fund LP<br>Attn: Matt Gilmartin<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: mgilmartin@diametercap.com | 1/16/2026 |
| 33930 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 33954 | Name on File<br>Address on File<br>Email Address on File | GreenWulf Master Fund, LP<br>Attn: Michael Abbate<br>PO Box 1012<br>Riverside, CT 06878<br>Email: contact@greenwulf.com | 1/9/2026 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 33983 | Name on File<br>Address on File<br>Email Address on File | Diameter Master Fund LP<br>c/o Diameter Capital Partners, LP<br>Attn: Matt Gilmartin<br>50 Hudson Yards, Suite 6600A<br>New York, NY 10001<br>Email: mgilmartin@diametercap.com | 1/9/2026 |
| 33993 | Name on File<br>Address on File<br>Email Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: Mike Richards<br>520 Madison Avenue<br>New York, NY 10022<br>Email: mrichards@jefferies.com | 1/9/2026 |
| 33994 | Name on File<br>Address on File<br>Email Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: Mike Richards<br>520 Madison Avenue<br>New York, NY 10022<br>Email: mrichards@jefferies.com | 1/9/2026 |
| 33995 | Name on File<br>Address on File<br>Email Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: Mike Richards<br>520 Madison Avenue<br>New York, NY 10022<br>Email: mrichards@jefferies.com | 1/9/2026 |
| 33996 | Name on File<br>Address on File<br>Email Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: Mike Richards<br>520 Madison Avenue<br>New York, NY 10022<br>Email: mrichards@jefferies.com | 1/9/2026 |
| 34002 | Name on File<br>Address on File<br>Email Address on File | Jefferies Leveraged Credit Products, LLC<br>Attn: Mike Richards<br>520 Madison Avenue<br>New York, NY 10022<br>Email: mrichards@jefferies.com | 1/9/2026 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34010 | Name on File<br>Address on File<br>Email Address on File | Diameter Master Fund LP<br>c/o Diameter Capital Partners, LP<br>Attn: Matt Gilmartin<br>50 Hudson Yards, Suite 6600A<br>New York, NY 10001<br>Email: mgilmartin@diametercap.com,<br>skim@diametercap.com,<br>DCP_Ops_Team@diametercap.com | 1/9/2026 |
| 34011 | Name on File<br>Address on File<br>Email Address on File | Diameter Master Fund LP<br>c/o Diameter Capital Partners, LP<br>Attn: Matt Gilmartin<br>50 Hudson Yards, Suite 6600A<br>New York, NY 10001<br>Email: mgilmartin@diametercap.com,<br>skim@diametercap.com,<br>DCP_Ops_Team@diametercap.com | 1/9/2026 |
| 34016 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 1/16/2026 |
| 34040 | Name on File<br>Address on File<br>Email Address on File | Patino & Associates P.A.<br>Attn: Justin A. Gutierrez, Esq.,<br>113 Almeria Avenue<br>Coral Gables, FL 33134<br>Email: jgutierrez@patinolaw.com | 1/9/2026 |
| 34054 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 1/30/2026 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34061 | Name on File<br>Address on File<br>Email Address on File | Ceratosaurus Investors, LLC<br>Attn: Michael Linn<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Email: mlinn@farcap.com | 1/9/2026 |
| 34067 | Name on File<br>Address on File<br>Email Address on File | GreenWulf Master Fund, LP<br>Attn: Michael Abbate<br>PO Box 1012<br>Riverside, CT 06878<br>Email: contact@greenwulf.com | 1/9/2026 |
| 34099 | Name Not Provided by Transferee | DCP Master Investments XVI LLC<br>Attn: Matt Gilmartin<br>c/o Diameter Capital Partners, LP<br>50 Hudson Yards, Suite 6600A<br>New York, NY 10001<br>Email: mgilmartin@diametercap.com | 1/16/2026 |
| 34102 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 1/16/2026 |
| 34103 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza<br>Suite 1<br>Greenwich, CT 06830<br>Email:<br>12017192157@tls.ldsprod.com,<br>rbeacher@pryorcashman.com | 1/9/2026 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34125 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34130 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/9/2026 |
| 34169 | Name on File<br>Address on File<br>Email Address on File | FTXCREDITOR, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/9/2026 |
| 34205 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 1/16/2026 |
| 34280 | Name on File<br>Address on File<br>Email Address on File | GreenWulf Master Fund, LP<br>Attn: Jen Albert<br>270 Madison, Suite 803<br>New York, NY 10016<br>Email: contact@greenwulf.com | 1/16/2026 |
| 34440 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 1/30/2026 |
| 34495 | Name on File<br>Address on File<br>Email Address on File | GreenWulf Master Fund, LP<br>Attn: Jennifer Albert<br>270 Madison<br>Suite 803<br>New York, NY 10016<br>Email: contact@greenwulf.com | 1/30/2026 |

Exhibit A
Defective Transfer Service List
Served via First Class Mail and/or Email on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34506 | Name on File<br>Address on File<br>Email Address on File | Xianmin Yan<br>71-75 Shelton Street<br>Covent Garden<br>London,  WC2H 9JQ<br>United Kingdom<br>Email: info@dingdingke.org | 2/13/2026 |
| 34540 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: Paxtibi.xyz@gmail.com | 2/13/2026 |
| 34596 | Name on File<br>Address on File<br>Email Address on File | Paxtibi LLP<br>Federico Natali<br>221 W 9th St.<br>Wilmington, DE 19801<br>Email: paxtibi.xyz@gmail.com | 2/27/2026 |
| 34749 | Name on File<br>Address on File<br>Email Address on File | SP Multi Claims Holdings, LLC<br>Attn: Operations<br>2 Greenwich Plaza, Suite 1<br>Greenwich, CT 06830<br>Email: rbeacher@pryorcashman.com | 2/27/2026 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)                    Page 6 of 6