# SIGN – IN SHEET

CASE NAME: <u>FTX Trading Ltd.</u>

COURTROOM: <u>3</u>

CASE NO.: <u>22-11068-KBO</u>

DATE: <u>March 26, 2026 9:30 AM</u>

## PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeremy Mishkin (PHV) | Montgomery McCracken | Matthew Nass et. al |
| Stefania Rosca | Montgomery McCracken | Matthew Nass et. al |
| Jeremy Mishkin (PHV) | Montgomery McCracken | Million Dreams Games (3rd part) |
| Stefania Rosca | Montgomery McCracken | Million Dreams Games (3rd part) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Name | Law Firm | Client Representing |
|---|---|---|
| Brian Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Isaac Nesser | Quinn Emanuel Urquhart & Sullivan, LLP | FTX Trading Ltd. *et al.* |
| Marina Lev | Quinn Emanuel Urquhart & Sullivan, LLP | FTX Trading Ltd. *et al.* |
| Sam Heavenrich | Quinn Emanuel Urquhart & Sullivan, LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew B. McGuire | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Elizabeth A. Rogers | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| | | |
| | | |
| | | |
| | | |

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jamie | | Herring | jamieherrring96@gmail.com | | 60 Kilmarnock St | | Boston | MA | | 617-599-0448 | | 24-50188-KBO | FTX Recovery Trust v. Foris DAX MT Ltd. et al | Audio Only |
| Jamie | | Herring | jamieherrring96@gmail.com | | 60 Kilmarnock St | | Boston | MA | | 617-599-0448 | | 25-50635-KBO | FTX Recovery Trust v. KUROSEMI INC. | Audio Only |
| Jamie | | Herring | jamieherrring96@gmail.com | | 60 Kilmarnock St | | Boston | MA | | 617-599-0448 | | 24-50214-KBO | FTX Recovery Trust v. Manifold Markets, Inc. et al | Audio Only |
| Jamie | | Herring | jamieherrring96@gmail.com | | 60 Kilmarnock St | | Boston | MA | | 617-599-0448 | | 24-50210-KBO | FTX Recovery Trust v. Matthew Nass et al | Audio Only |
| Landis Rath | & Cobb LLP | | ramirez@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market | Suite 1800 | Wilmington | DE | 19801 | 3.02E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Michele | | Angell | mangell@westermannllp.com | Westerman Ball Ederer Miller Zucker & Sharfstein | 1201 RXR Plaza | | Uniondale | NY | 11556 | 516-622-9200 | Weiwei Ji, Liu Jing, Shengkun Ji, SCI Ventures Co. | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Hills Road | | White Plains | NY | 10603 | 9.14E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Aziza | | BEN ASKER | aziza@benasker.com | | 47 RUE CLER | (Rdrct 22 RUE DES FILLETTES 75018)) | PARIS | | 75007 | +33779 54 80 36 | Creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Brett | | Bakemeyer | brett.bakemeyer@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819-8200 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Nicholas | | Baker | nbaker@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Aziza | | Benasker | aziza@benasker.com | | 47 Rue cler | (Rdrct 22 rue des Fillettes 75018) | Paris | | 75007 | 0779548036 | Creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alex | | Bisogno | abisogno@willkie.com | Willkie Farr & Gallagher LLP | 787 7th Avenue | | New York | NY | 10019 | 212-728-3049 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mac | | Brice | bricem@sullcrom.com | | 125 Broad St | | New York | NY | 10002 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |

| First | Middle | Last | Email | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Party | Case No. | Debtor | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Siena | | Cerra | scerra@morrisjames.com | Morris James LLP | 3205 Avenue North Blvd. | Suite 100 | Wilmington | DE | 19803 | 302-888-6800 | Key Solution | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jordan | | Cohen | cohenjm@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| William | | Collins | wcollins@willkie.com | Willkie Farr & Gallagher LLP | 787 7th Avenue | | New York | NY | 10019 | 212-728-3115 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Chad | | Flick | cflick@hudsonbaycapital.com | | 290 Harbor Drive | | Stamford | CT | 06902 | 203-718-5691 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Brooke | | Giddon | brooke.giddon@davispolk.com | | 450 Lexington Avenue | | New York | NY | 10017 | 9.18E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jamie | | Herring | jamieherring96@gmail.com | | 60 Kilmarnock St | | Boston | MA | 02215 | 617-599-0448 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Batoul | S.A. | Husain | batoul.husain@stblaw.com | Simpson Thacher & Bartlett LLP | 900 G Street, N.W. | | Washington | DC | 20001 | 2.13E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Preben | Eikeland | Johnsen | Pejait@outlook.com | Nomyz | Svarhagen 47 | | Stors | NY | 5416 | 004792805573 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Justin | | Kane | justin.kane@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexa | J. | Kranzley | kranzleya@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| John | | Langham | al@cryptoclaims.pro | | Park ave | | New york | NY | 10500 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Mike | | Legge | legalteam@reorg.com | | 11 E 26th St | | New York | NY | 10010 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Yichao | | Lu | superjustcause@aliyun.com | | Nan&#039;an district,Chongqing CIty,China | | Chongqing | OU | 401336 | 08618725608276 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Matthew | B. | McGuire | mcguire@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Middle | Last | Email | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Role | Case | Entity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ata | | Nalbantoglu | ata.nalbantoglu@lw.com | LATHAM & WATKINS LLP | 1271 Avenue of the Americas | | New york | NY | 10020 | (212) 906-1200 | interested party | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Matthew | R | Pierce | Pierce@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 x452 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Wu | | Pingping | pp.wu.777777@gmail.com | | ROOM 901 NO.19 BUILDING 10 | LANE 1555 GULONG RD MINHANG DISTRICT | Shanghai | OU | 201101 | +86 18601723079 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mr. | | Purple | mr.purple.dj@gmail.com | | 1060 West Addison | | Chicago | IL | 60313 | 8.01E+09 | Creditors | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Wang | | Qi | qi.wang@nebulachamp.com | | ROOM 901 NO.19 BUILDING 10 | LANE 1555 GULONG RD MINHANG DISTRICT | SHANGHAI | OU | 201101 | +86 18817559019 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Howard | W | Robertson | robertson@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Ste 1800 | Wilmington | DE | 19899 | 302-467-4426 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Elizabeth | A. | Rogers | erogers@lrclaw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite &#035;1800 | Wilmington | DE | 19801 | 302-467-4435 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Melissa | L | Romano | mromano@potteranderson.com | | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | 302-984-6000 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Brendan | Joseph | Schlauch | schlauch@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 x7749 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Julie | R. | Sohnen | sohnenj@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexander | R. | Steiger | steiger@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Soumya | Parvathi | Venkateswaran | venkateswaran@lrclaw.com | Landis Rath & Cobb LLP | 919 North Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4445 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| George | A | Williams | williams@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Becky | Yerak | becky.yer ak@wsj.co m | Wall Street Journal | 401 Justison St. | suite 347 | Wilmingto n | DE | 19801 | 3.13E+09 | News Corp | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jonathan | Youngwoo d | jyoungwoo d@stblaw. com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendant s | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |