**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

██████████████

Name of Transferee:

**Blooming Triumph International Limited**

Name and Current Address of Transferor:

██████████
Attn: ████████
Email: ██████████████
██████████
██████████

Name and Current Address of Transferee:

Blooming Triumph International Limited
Attn: Jake Cormack
Email:
jake.cormack@chiron.management;
vs.chernyy@chiron.management;
sam@sterliq.com
VG1110, 3rd Floor J&C Building, Road Town, Tortola, British Virgin Islands

| Claim Identifiers | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 79005 Date Filed: 09/28/2023 Schedule No.: n/a Confirmation ID: 3265-70-KGNTM-659288069 | ██████████ | 100% | Quoine Pte Ltd. | 22-11161 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Blooming Triumph International Limited**

By: _____                                    Date:  March 26 2026
Name:    Jake Cormack
Title:     Director

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

2

**Identity of Transferor**

Transferee has in its possession an unredacted Transfer of Claim and an executed Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the unredacted Transfer of Claim and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.