UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., et al.,

Debtors.

Chapter 11

Case No. 22-11068 (KBO)

## PRO SE MOTION FOR CONTINUANCE OF HEARING AND FOR PERMISSION TO APPEAR REMOTELY (OR ALTERNATIVELY TO PROCEED ON THE PAPERS)

I, Chisato Muromoto, respectfully submit this motion and state as follows:

### 1. Background

I am a pro se claimant in the above-captioned case.

My former counsel has withdrawn, and I am currently representing myself.

A hearing on my Motion to Permit Filing of a Late Proof of Claim is scheduled for **March 26, 2026**.

### 2. Medical Condition

I am currently experiencing significant mental health difficulties, which have been confirmed by my treating physician.

Due to this condition, I am not able to participate in demanding or stressful proceedings, including live testimony.

A letter from my physician is attached in support of this motion.

### 3. Request for Relief

In light of the above, I respectfully request the Court to grant one of the following:

#### (a) Continuance of Hearing

That the hearing scheduled for March 26, 2026 be adjourned to a later date to allow for stabilization of my health condition.

#### (b) Remote Appearance

That I be permitted to participate in the hearing remotely via Zoom or similar means, given that I reside outside the United States and am unable to travel.

#### (c) Alternatively – Proceed on the Papers

If the Court determines that live testimony is not feasible, I respectfully request that the

matter be decided based on the written submissions already provided.

## 4. Good Faith

This request is made in good faith and not for purposes of delay, but due to genuine medical limitations and logistical constraints.

## WHEREFORE

I respectfully request that the Court grant such relief as it deems just and proper.

Dated: March 16, 2026

Respectfully submitted,

Chisato Muromoto

45 Fellows Road London

United Kingdom

Chisato.muromoto@gmail.com

+44 790 537 0801

## Attachment:

Exhibit A – Physician Letter (dated February 27, 2026)



**3 Park End, London**
**NW3 2SE**
**Tel: 020 7435 7282**

**E-mail:** parkend.surgery@nhs.net
**Website:** www.parkendsurgery.co.uk

27-Feb-2026                                   Our Reference - 24377

Re    **Miss Chisato Muromoto**      Date of Birth 13-Sep-1965
        45 Fellows Road   London NW3 3DX
        Telephone **02074314294** Mobile  **07905370801**
        NHS Number 499 208 1185    Hospital Number
        19-May-2010 **Other Asian background - ethnic category 2001 census** :

To whom it may concern,

I have seen Miss Muromoto in clinic and unfortunately, she is struggling with her mental health and is not able to participate in specific tasks due to this. We are actively supporting her through this tough time and please consider rescheduling or rearranging her activities and duties.

Best Regards,

Ashley Chut
GP Registrar
Park End Surgery

(KBO)





CLERK OF THE COURT

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET

3RD FLOOR

WILMINGTON, DE 19801

USA