**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 30300, 30326, 30631 & 30637** |

**CERTIFICATION OF COUNSEL**

I, Matthew R. Pierce, counsel to the FTX Recovery Trust[2], hereby certify as follows to the best of my knowledge, information and belief:

1.      On April 28, 2025, the FTX Recovery Trust filed the *FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* [D.I. 30300, redacted & 30326, sealed] (the "One Hundred Sixty-Second Omnibus Objection") objecting to, among other claims, claim number 94653 ("Claim No. 94653").

2.      On June 4, 2025, the FTX Recovery Trust filed the *FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* [D.I. 30631, redacted & 30637, sealed] (the "One Hundred Eighty-First Omnibus Objection," and together with the One Hundred Sixty-Second Omnibus Objection, the "Claim Objections") objecting to, among other claims, claim number 98399 (together with Claim

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

No. 94653, the "Rattey Claims").

3.      On June 23, 2025, Richard B. Rattey (the "Claimant") filed the *Objection to Claim Objection* [D.I. 30981] in response to the One Hundred Sixty-Second Omnibus Objection (the "Response to One Hundred Sixty-Second Omnibus Objection").

4.      On July 16, 2025, the Claimant filed the *Response of Richard B. Rattey and TRYK 88 LLC to FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* [D.I. 31491] in response to the One Hundred Eighty-First Omnibus Objection (the "Response to One Hundred Sixty-Second Omnibus Objection" together with the Response to One Hundred Sixty-Second Omnibus Objection, the "Responses").

5.      On January 28, 2026, the Claimant filed the *Motion to Compel (I) Clarification of Disputed Claim Status, (II) Reclassification of Claim to Class 7A Dotcom Convenience, and (III) Inclusion of Claim in Next Distribution* [D.I. 34611] (the "Motion to Compel").

6.      On February 5, 2026, the Court docketed a *Notice of Hearing* [D.I. 34645] scheduling the Motion to Compel for a hearing on March 26, 2026 at 9:30 a.m. (ET).

7.      On February 12, 2026, the FTX Recovery Trust filed the *FTX Recovery Trust's Reply in Support of Its Claims Objections and in Opposition to Filings of Claimant Richard Bell Rattey* [D.I. 34702].

8.      On March 26, 2026, the Court held a hearing (the "Hearing") to consider, among other things, the Claim Objections and the Motion to Compel.

9.      Consistent with the record at the Hearing, the FTX Recovery Trust submits the proposed order (the "Proposed Order"), denying the Motion to Compel and sustaining the Claim Objections as to the Rattey Claims, a copy of which is attached hereto as **Exhibit A**.  In accordance

2

with the Court's electronic order processing procedures, a copy of the Proposed Order shall be uploaded to CM/ECF.

10.     Accordingly, the FTX Recovery Trust respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: March 30, 2026
   Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
   brown@lrclaw.com
   pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
   bromleyj@sullcrom.com
   gluecksteinb@sullcrom.com
   kranzleya@sullcrom.com

*Counsel to the FTX Recovery Trust*

3