# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 30300, 30326, 30631 & 30637** |

**ORDER (I) SUSTAINING FTX RECOVERY TRUST'S**
**CLAIM OBJECTIONS TO CLAIM NUMBERS 94635 AND 98399, (II) DENYING**
**MOTION TO COMPEL AND (III) GRANTING RELATED RELIEF**

Upon the *FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* [D.I. 30300, redacted & 30326, sealed] (the "One Hundred Sixty-Second Omnibus Objection") and the *FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* [D.I. 30631, redacted & 30637, sealed] (the "One Hundred Eighty-First Omnibus Objection," and together with the One Hundred Sixty-Second Omnibus Objection, the "Claim Objections") of the FTX Recovery Trust[2], and the *Motion to Compel (I) Clarification of Disputed Claim Status, (II) Reclassification of Claim to Class 7A Dotcom Convenience, and (III) Inclusion of Claim in Next Distribution* [D.I. 34611], (the "Motion to Compel") filed by Richard B. Rattey (the "Claimant"), and this Court having jurisdiction to consider the Claim Objections and the Motion to Compel pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' (as defined below) confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

*Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases, the Claim Objections and Motion to Compel in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and these matters being core proceedings pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Claim Objections and the Motion to Compel and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and a hearing on March 26, 2026 (the "Hearing") having been held to consider the relief requested and upon the record of the Hearing; and this Court having found and determined that the relief set forth in this Order is in the best interests of the FTX Recovery Trust; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.     The One Hundred Sixty-Second Omnibus Objection as to claim number 94653 and One Hundred Eighty-First Omnibus Objection as to claim number 98399 are SUSTAINED as set forth herein.

2.     Claim number 94653 is disallowed and expunged in its entirety.

3.     Claim number 98399 is modified and reduced as set forth in Schedule 1 attached hereto.

4.     The Motion to Compel is DENIED.

5.     Except as set forth herein, this Order shall not alter, amend, supersede, or otherwise revise the *Order Sustaining FTX Recovery Trust's One Hundred Sixty-Second (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims)* [D.I. 31084]

-3-

and the *Order Sustaining FTX Recovery Trust's One Hundred Eighty-First (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)* [D.I. 31747].

6.    The FTX Recovery Trust is authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

7.    This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

8.    This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: _____
        Wilmington, Delaware

_____
The Honorable Karen B. Owens
Chief United States Bankruptcy Judge

## SCHEDULE 1

**Modified Claim**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Eighty-First Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | **Asserted Claims** | | | **Modified Claim** | |
| 98399 | RATTEY, RICHARD B | Alameda Research (Bahamas) Ltd | SOL | | West Realm Shires Services Inc. | 0.000000010000000 |
| | | | USD | 11,250.000000000000000 | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.