**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 34798** |

**ORDER EXTENDING RESPONSE DEADLINE TO FTX RECOVERY TRUST'S FIRST**
**AMENDED OBJECTION TO PROOFS OF CLAIM FILED BY ALEX MASHINSKY**

After consideration of Claimant Alexander Mashinsky's *Response to Amended Objection to Claim* [D.I. 34798]; the FTX Recovery Trust's *Letter in Response to Alexander Mashinsky's Letter Regarding FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 34813]; *Letter Urging the Court to Reject the FTX Trust's Request Filed by Alex Mashinsky* [D.I. 34861]; *Letter Requesting Additional Time to Respond to FTX's Amended Objection to Claim* filed by Mr. Mashinsky [D.I. 34888]; and *FTX Recovery Trust's Objection to Alexander Mashinsky's Letter Requests for a Further Extension of Deadline to Respond to the Claim Objection* [D.I. 34894], **IT IS HEREBY ORDERED**:

1.     Mr. Mashinsky's request for a 90-day extension to respond to the *FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 34704] (the "Claims Objection") is **GRANTED**.  Mr. Mashinsky's deadline to respond to the Claims Objection shall be June 15, 2026.

2.     The FTX Recovery Trust shall submit any reply in support of the Claims Objection on or before July 15, 2026.

3.     Following the close of briefing, the Court will consider the submissions and direct the parties as needed.

1

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5.      The FTX Recovery Trust shall serve a copy of this Order on Mr. Mashinsky by first class mail and file an affidavit of service reflecting such service within 2 business days.

Dated: March 31, 2026
Wilmington, Delaware

Karen B. Owens
Chief Judge

2