**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF INTENT TO SERVE SUBPOENA ON FTX RECOVERY TRUST**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, made applicable through Rule 9016 of the Federal Rules of Bankruptcy Procedure, Techteryx Ltd. ("Techteryx"), by and through its undersigned counsel, hereby serves the subpoena and request for production attached hereto as Exhibit A upon the FTX Recovery Trust[2] (the "FTX Recovery Trust"), seeking the production of certain documents and electronically stored information (the "Documents").

The FTX Recovery Trust should produce the Documents on or before April 14, 2026 at the offices of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154, or at such other place and/or date and time that is agreed upon by the parties. The produced Documents will be used for all purposes in accordance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the above-captioned Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

Dated: Wilmington, Delaware
      March 31, 2026

Respectfully submitted,

*/s/ Laurel D. Roglen*
BALLARD SPAHR LLP
Laurel D. Roglen
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-3034
Telephone: 302-252-4465
roglenl@ballardspahr.com

-and-

LOEB & LOEB LLP
Noah Weingarten
Alexis Zobeideh
345 Park Avenue
New York, New York 10154
Telephone: 212-407-4000
nweingarten@loeb.com
azobeideh@loeb.com

*Counsel to Techteryx Ltd.*