**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref No. 34994** |

### CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on March 31, 2026, a true and correct copy of the *Order Extending Response Deadline to FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 34994] was caused to be served upon Alexander Mashinsky at the below listed address via First-Class mail service.

> **Alexander Mashinsky #68096-510**
> **FCI Otisville**
> **Federal Correctional Institution**
> **Satellite Camp**
> **P.O. Box 1000**
> **Otisville, NY 10963**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 31, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      mcguire@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      bellerb@sullcrom.com

*Counsel for the FTX Recovery Trust*

2

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | |
| FTX TRADING LTD., et al.,[1] | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 22-11068 (KBO) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

| | |
|---|---|
| STATE OF DELAWARE | } |
| | }ss. |
| COUNTY OF NEW CASTLE | } |

I, Eric Chrsico, of the State of Delaware, County of New Castle, being duly sworn, says that on the 31st day of March, 2026 at 12:00 p.m. I personally served a copy of the ORDER EXTENDING RESPONSE DEADLINE TO FTX RECOVERY TRUST'S FIRST AMENDED OBJECTION TO PROOFS OF CLAIM FILED BY ALEX MASHINSKY on:

1. Alexander Mashinsky #68096-510, FCI Otisville, FEDERAL CORRECTIONAL INSTITUTION, SATELLITE CAMP, P.O. BOX 1000, OTISVILLE, NY 10963 via USPS Certified Mail/Return Receipt Requested Tracking # 9589 0710 5270 2684 3661 58.

_____
Eric Chrisco

Subscribed and sworn before me
This 31st day of March, 2026

_____
Notary Public

My commission expires: _____

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Certified Mail Fee

$ 5.30

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage

$ 1.65

Total Postage an

$ 11.33

Sent To

Alexander Mashinsky #68096-510
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE CAMP
P.O. BOX 1000
OTISVILLE, NY 10963

Street and Apt. N.

City, State, ZIP+4

PS Form 3800,

MAR 31 2026    Postmark Here

RODNEY SQUARE POST OFFICE
WILMINGTON DELAWARE