## SCHEDULE 1

**Modified Claim**

**FTX Trading Ltd. 22-11068 (KBO)**
**One Hundred Eighty-First Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | | | | Asserted Claims | | Modified Claim | |
|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| 98399 | RATTEY, RICHARD B | Alameda Research (Bahamas) Ltd | SOL | | | | West Realm Shires Services Inc. | 0.000000010000000 |
| | | | USD | | 11,250.000000000000000 | | | 0.000000000000000 |

Reason: The FTX Recovery Trust has conducted a review of the filed proof of claim and any related accompanying materials and their books and records.  Based on this review, the FTX Recovery Trust submits that the customer asserted cryptocurrency quantities and fiat which does not match the quantities and holdings in such customer's account.  Accordingly, the FTX Recovery Trust seeks to modify the asserted claim to match their books and records.