## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING, LTD., *et al.*,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Related D.I.** |

## <u>PROPOSED ORDER</u>

Upon the motion (the "<u>Motion</u>")[2] of Grigorii Levchenko ("<u>Mr. Levchenko</u>" or "<u>Movant</u>"), pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rules 9013 and 9014, for an order compelling the FTX Recovery Trust and the Plan Administrator to: (a) disclose the specific basis for Mr. Levchenko's designation as an "Excluded Party" under the GSA; (b) administer, reconcile, and adjudicate Mr. Levchenko's Class 5A Dotcom Customer Entitlement Claim in the Chapter 11 Cases; and (c) provide Mr. Levchenko with a timeline for the resolution of his claim and any distributions to which he may be entitled (including catch-up distributions); and granting such other and further relief as the Court deems just and proper; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found and determined that the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to them in the Motion.

legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The FTX Recovery Trust and Plan Administrator shall: (a) disclose to Movant, within fourteen (14) days of the entry of such order, the specific part of the Excluded Party definition under the GSA upon which Movant's designation is based, together with the factual grounds supporting such designation; (b) administer, reconcile, and adjudicate Movant's Class 5A Dotcom Customer Entitlement Claim in the Chapter 11 Cases in accordance with the confirmed Plan; and (c) provide Movant with a timeline for the resolution of his claim and any distributions to which he may be entitled (including catch-up distributions).

3. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the interpretation or implementation of this Order.