**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: April 16, 2026 at 1:00 p.m. (ET)**<br>**Objection Deadline: April 9, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF GRIGORII LEVCHENKO TO COMPEL FTX RECOVERY
TRUST TO (I) DISCLOSE BASIS FOR EXCLUDED PARTY DESIGNATION AND
(II) ADMINISTER CLASS 5A DOTCOM CUSTOMER ENTITLEMENT CLAIM**

**PLEASE TAKE NOTICE** that Grigorii Levchenko ("Mr. Levchenko" or "Movant") has

filed a motion (the "Motion") for an order compelling the FTX Recovery Trust[2] and the Plan

Administrator to:  (a) disclose the specific basis for Mr. Levchenko's designation as an

"Excluded Party" under the Amended Global Settlement Agreement ("GSA"); (b) administer,

reconcile, and adjudicate Mr. Levchenko's Class 5A Dotcom Customer Entitlement Claim in the

Chapter 11 Cases; and (c) provide Mr. Levchenko with a timeline for the resolution of his claim

and any distributions to which he may be entitled (including catch-up distributions); and granting

such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any response or objections to the Motion

must be filed on or before April 9, 2026 at 4:00 p.m. with the United States Bankruptcy Court for

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* (D.I. 26404-1) (the "Plan").  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

the District of Delaware at 824 N. Market Street, Wilmington, DE 19801.  At the same time, you must serve a copy of the objection or response upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the motion is scheduled for **APRIL 16, 2026 AT 1:00 P.M. (ET)** before the Honorable Karen B. Owens, Chief Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received in accordance with the procedures above will be considered by the Court at such hearing.  If you fail to respond in accordance with this notice, the Court may grant the relief requested in the motion without further notice or hearing.

Dated: April 1, 2026
       Wilmington, Delaware

                                   **ASHBY & GEDDES, P.A.**

                                  */s/ Ricardo Palacio*
                                  Ricardo Palacio (DE Bar No. 3765)
                                  500 Delaware Avenue, 8th Floor
                                  P.O. Box 1150
                                  Wilmington, Delaware 19899
                                  Telephone: (302) 654-1888
                                  Email: RPalacio@ashbygeddes.com

                                  -and-

                                  **DAVIS+GILBERT LLP**
                                  Joseph Cioffi
                                  H. Seiji Newman
                                  Adam M. Levy
                                  1675 Broadway
                                  New York, New York 10019
                                  Telephone: (212) 468-4800
                                  Email: jcioffi@dglaw.com
                                  Email: hsnewman@dglaw.com
                                  Email: alevy@dglaw.com

                                  *Counsel to Grigorii Levchenko*