**CERTIFICATE OF SERVICE**

I, Ricardo Palacio, hereby certify that, on April 1, 2026, I caused one copy of the *Motion of Grigorii Levchenko to Compel FTX Recovery Trust to (i) Disclose Basis for Excluded Party Designation and (ii) Administer Class 5a Dotcom Customer Entitlement Claim* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: April 1, 2026

/s/ *Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)

{02219095;v1 }

Adam G. Landis
Matthew B. McGuire
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com; mcguire@lrclaw.com;
brown@lrclaw.com; pierce@lrclaw.com

Matthew B. Lunn
Robert F. Poppiti, Jr.
Jared W. Kochenash
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com; rpoppiti@ycst.com;
jkochenash@ycst.com

Benjamin A. Hackman
Jonathan W. Lipshie
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Emails: benjamin.a.hackman@usdoj.gov;
jon.lipshie@usdoj.gov

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
E-mail: dietdericha@sullcrom.com;
bromleyj@sullcrom.com; gluecksteinb@sullcrom.com;
kranzleya@sullcrom.com

Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com;
erezgilad@paulhastings.com;
gabesasson@paulhastings.com

{02219095;v1 }

{02219095;v1 }