UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RECEIVED
2026 APR -1 A 9:33
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
FTX Trading Ltd., et al.
Case no. 22-11068 (KBO)

RESPONSE TO OBJECTION TO CLAIM

I, Erick Cornejo Estrada, submit this response to the objection regarding my claim.

1. Claim Information
Claim Number: [11965]
Claim Amount: [$7355.07]

2. Response
I disagree with the objection and believe my claim is right.

3. Basis
The claim amount should be $11,908.38 because it should include a withdrawal of $4554.19 made on 11/10/2022 that appears to have been excluded or not properly accounted for in the objection

4. Evidence
The withdrawal of $4554.19 made on 11/10/2022 is reflected in my FTX account records.

5. Contact Information
Erick Cornejo Estrada, 4425 N. Woodrow Ave, Fresno, CA 93726, (559) 515-9507, ecornejox1@gmail.com

I declare under penalty of perjury that the above is true and correct.

Date: March 27, 2026

Signature: *[signature]*
                Erick Cornejo Estrada





Erick Cornejo Estrada
4425 N. Woodrow Ave
Fresno, CA 93720

SACRAMENTO CA 957

28 MAR 2026PM 5 L



U.S. POSTAGE IMI
$0.78
RDC 99
93612    FCM
Date of sale
03/27/26
02      8WSS
2000394148

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

19801-493951