**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

<u>**NOTICE OF SERVICE**</u>

**PLEASE TAKE NOTICE** that on April 1, 2026, a true and correct copy of the *Revised Notice of Deposition of Dominic J. Cubitt* was caused to be served upon the following counsel via Electronic Mail.

<u>**VIA E-MAIL**</u>
Peter C. Hughes, Esquire
**DILWORTH PAXSON LLP**
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone: (215) 575-7282
Email: phughes@dilworthlaw.com

<u>**VIA E-MAIL**</u>
James E. Miller, Esquire
Alec J. Berin, Esquire
**MILLER SHAH LLP**
1845 Walnut Street
Philadelphia, PA 19103
Telephone: (866) 540-5505
Email: jemiller@millershah.com
      ajberin@millershah.com

Dated:  April 1, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: pierce@lrclaw.com

*Counsel for the FTX Recovery Trust*

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.