**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:  May 14, 2026 at 9:30 a.m. (ET)**<br>**Response Deadline:  May 7, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION**

TO:     (a) the U.S. Trustee; (b) the Securities and Exchange Commission; (c) the Internal Revenue Service; (d) the United States Department of Justice; (e) the United States Attorney for the District of Delaware; (f) each Original Holder of an Unverified Claim and any subsequent transferee subject to this Objection; and (g) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

**NOTICE TO ALL HOLDERS OF UNVERIFIED CLAIMS: THE FTX RECOVERY TRUST [2] HAS FILED AN OBJECTION SEEKING TO DISALLOW AND EXPUNGE YOUR CLAIM.  THE DEADLINE TO FILE A RESPONSE TO THE OBJECTION IS MAY 7, 2026.  IF THE COURT SUSTAINS THE OBJECTION, JUNE 30, 2026 WILL BE THE DEADLINE TO COMPLETE THE KYC SUBMISSION PROCESS, INCLUDING THE SUBMISSION OF ALL REQUESTED KYC INFORMATION.**

**PLEASE TAKE NOTICE THAT** on April 1, 2026, the FTX Recovery Trust filed the *FTX Recovery Trust's Two Hundredth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims* (the "Objection").[3]  A list of Unverified Claims subject to the Objection is attached thereto as **Schedule 1**.

Unverified Claims are identified on Schedule 1 by the unique customer code assigned to each Customer Entitlement Claim.  You will receive a separate email from Kroll providing the customer code for your claim(s).  If you do not receive your customer code, you may contact the Customer Help Line via email at FTXInfo@ra.kroll.com or call 888-482-0049 (US/Canada Toll-Free); 646-440-4176 (International).

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]     The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

[3]     Capitalized terms not defined herein shall have the same meaning set forth in the Objection.

**PLEASE TAKE FURTHER NOTICE THAT**, if approved as set forth in the Objection, you must complete the Know Your Customer ("KYC") information submission process with respect to the Original Holder [4] of such Unverified Claim, including the submission of any additional requested KYC information, no later than **June 30, 2026 at 4:00 p.m. (ET)** (the "Final KYC Submission Deadline").

- If you have not already done so, you are required to commence the KYC submission process via the FTX Customer Claims Portal.  To commence the KYC submission process, you must log into the FTX Customer Claims Portal [5] and begin "Step 3 – Provide Know Your Customer (KYC) Information" for the Original Holder.

- In the event that you do not complete the KYC submission process with respect to your Unverified Claim(s) listed in Schedule 1, including the submission of any additional KYC information requested by the FTX Recovery Trust or its KYC vendors, on or prior to **June 30, 2026 at 4:00 p.m. (ET)** such Unverified Claim(s) **shall be disallowed and expunged in its entirety**.

**PLEASE TAKE FURTHER NOTICE THAT** this Objection applies only to Customer Entitlement Claims to the extent the Original Holder fails to complete the KYC process by the Final KYC Submission Deadline.  The Objection does not seek to disallow Customer Entitlement Claims of any Original Holders who have submitted all requested KYC information (including information sought in subsequent requests) by the Final KYC Submission Deadline, even if such information was unable to be validated and was therefore rejected by Sumsub, BitGo, or the FTX Recovery Trust, as applicable.  You may check your claim's KYC status by logging into the FTX Customer Claims Portal.  If you have further questions regarding your claim status, you may contact FTX Customer Support via email at support@ftx.com.  Please include your customer code in the email subject line.

**PLEASE TAKE FURTHER NOTICE THAT** responses, if any, to the relief requested in the Objection must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 7, 2026 at 4:00 p.m. (ET)**.  At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on May 7, 2026**.

Do not file KYC documents on the docket or mail them to the Court.  Documents filed with the Court are publicly viewable.  **You must submit all KYC information through the FTX Customer Claims Portal.**

---

[4]    The Original Holder means the customer who held the Customer Entitlement Claim(s) as of the Petition Date.

[5]    Claimants may access the Customer Claims Portal at https://claims.ftx.com/welcome.  Detailed instructions regarding the KYC process for individual customers are available on the Customer Claims Portal at https://support.ftx.com/hc/en-us/articles/17964384447124-KYC-Guidelines-for-Individual-Customers, and instructions for institutional customers are available at https://support.ftx.com/hc/en-us/articles/17964603342740-KYC-Guidelines-for-Institutional-Customers.

**If you have any questions, you may contact the Customer Help Line via email at FTXInfo@ra.kroll.com or call 888-482-0049 (US/Canada Toll-Free); 646- 440-4176 (International).**

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 14, 2026 AT 9:30 A.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, CHIEF UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 1, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
E-mail:  dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*