**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE OF ELD CAPITAL LLC'S OBJECTIONS AND RESPONSES TO FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS OF THE FTX RECOVERY TRUST**

**PLEASE TAKE NOTICE** that, on March 27, 2026, a true and correct copy of *ELD Capital LLC's Objections and Responses to the FTX Recovery Trust's First Requests for Production of Documents*, as well as a document production responsive to *The FTX Recovery Trust's First Requests for Production of Documents*, were caused to be served upon the following counsel via Electronic Mail:

**SULLIVAN & CROMWELL LLP**
Brian D. Glueckstein
Stephen H. Clarke
Luke H. Van Holten
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: gluecksteinb@sullcrom.com
clarkesh@sullcrom.com
vanholtenl@sullcrom.com

**LANDIS RATH & COBB LLP**
Kimberly A. Brown
Matthew R. Pierce
George A. Williams III
Elizabeth A. Rogers
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: brown@lrclaw.com
pierce@lrclaw.com
williams@lrclaw.com
erogers@lrclaw.com

Dated: April 2, 2026

Respectfully submitted,

**DILWORTH PAXSON LLP**

/s/ *Peter C. Hughes*
Peter C. Hughes, Esquire
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone: (215) 575-7282
Email: phughes@dilworthlaw.com

**MILLER SHAH LLP**

/s/ *Alec J. Berin*
James E. Miller, Esquire
Alec J. Berin, Esquire
1845 Walnut Street
Philadelphia, PA 19103
Telephone: (866) 540-5505
Email: jemiller@millershah.com
        ajberin@millershah.com

*Counsel for ELD Capital LLC*