**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref No. 34949** |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on March 24, 2026, a true and correct copy of the *Notice of Agenda for Hearing Scheduled for March 26, 2026 at 9:30 A.M. (ET), Before the Honorable Karen B. Owens, Chief Judge at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801* [D.I. 34949] was caused to be served upon Alexander Mashinsky at the below listed address via First-Class mail service.

**Alexander Mashinsky #68096-510**
**FCI Otisville**
**Federal Correctional Institution**
**Satellite Camp**
**P.O. Box 1000**
**Otisville, NY 10963**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: April 2, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       bellerb@sullcrom.com

*Counsel for the FTX Recovery Trust*



RECEIVED
APR 01 2026
Landis Rath & Cobb LLP

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| FTX TRADING LTD., et al.,[1] | ) |
| | ) |
| Debtors. | )    Chapter 11 |
| ------------------------------------- | ) |
| | )    Case No. 22-11068 (KBO) |
| FTX RECOVERY TRUST, | )    (Jointly Administered) |
| | ) |
| Plaintiff, | ) |
| -against- | ) |
| | ) |
| FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, | ) |
| | ) |
| | )    Adv. Pro. No. 24-50188 (KBO) |
| Defendants. | ) |
| ------------------------------------- | ) |
| FTX RECOVERY TRUST, | ) |
| | ) |
| Plaintiffs, | ) |
| - against – | ) |
| | ) |
| MATTHEW NASS, MATTHEW PLACE, JOSHUA LEYTON, JOHN CONBERE, and LUIS SCOTT-VARGAS, | ) |
| | )    Adv. Pro. No. 24-50210 (KBO) |
| Defendants | ) |
| ------------------------------------- | ) |
| FTX RECOVERY TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| - against – | ) |
| | )    Adv. Pro. No. 24-50214 (KBO) |
| MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC., | ) |
| Defendants | ) |
| ------------------------------------- | ) |
| FTX RECOVERY TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| - against – | )    Adv. Pro. No. 25-50635 (KBO) |
| | ) |
| KUROSEMI INC., | ) |
| | ) |
| Defendant | |

STATE OF DELAWARE                    }
                                     }ss.
COUNTY OF NEW CASTLE                 }

I, Lisa Joyner, of the State of Delaware, County of New Castle, being duly sworn, says that on the 24th day of March, 2026 at 5:00 p.m. I personally served a copy of the NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 26, 2026 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801 with supporting documents on:

1.  Alexander Mashinsky #68096-510, FCI Otisville, FEDERAL CORRECTIONAL INSTITUTION, SATELLITE CAMP, P.O. BOX 1000, OTISVILLE, NY 10963 via USPS Certified Mail/Return Receipt Requested Tracking # 9589 0710 5270 2684 3660 04.

_____
Lisa Joyner

Subscribed and sworn before me
This 25th day of March, 2026

_____
Notary Public

My commission expires: _____

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026

