**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

**DECLARATION OF BRIAN D. GLUECKSTEIN IN SUPPORT OF FTX RECOVERY
TRUST'S MOTION TO ENFORCE PRIOR ORDERS THAT PRECLUDE
SETH MELAMED FROM ASSERTING NEW CLAIMS IN ARBITRATION**

I, Brian D. Glueckstein, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a partner at Sullivan & Cromwell LLP, counsel for FTX Recovery Trust.  I submit this declaration in connection with the FTX Recovery Trust's Motion to Enforce Prior Orders That Preclude Seth Melamed From Asserting New Claims in Arbitration (the "Motion"), filed concurrently herewith, to place before the Court certain documents referenced in the Motion.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of claim number 3385 filed by Seth Melamed in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the November 12, 2025 Notice of Arbitration filed by Seth Melamed with the Singapore International Arbitration Centre in *Seth Melamed* v. *The FTX Recovery Trust* (SIAC Case No. ARB602/25/VKH).

---

[1]      The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of a September 12, 2024 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

5.    Attached hereto as **Exhibit 4** is a true and correct copy of a May 14, 2025 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

6.    Attached hereto as **Exhibit 5** is a true and correct copy of a June 25, 2025 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

7.    Attached hereto as **Exhibit 6** is a true and correct copy of a July 22, 2025 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

8.    Attached hereto as **Exhibit 7** is a true and correct copy of an August 12, 2025 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

9.    Attached hereto as **Exhibit 8** is a true and correct copy of a September 11, 2025 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

10.    Attached hereto as **Exhibit 9** is a true and correct copy of a November 24, 2025 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

Executed in New York, New York, on this 2nd day of April 2026.

*/s/ Brian D. Glueckstein*
Brian D. Glueckstein
Sullivan & Cromwell LLP