**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br> Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br><br><br>          Plaintiffs,<br><br><br>          v.<br><br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>          Defendants. | Adv. Pro. No. 24-50222 (KBO) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
APRIL 8, 2026 AT 9:30 A.M. (ET), BEFORE THE HONORABLE
KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET,
<u>6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801</u>**

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 35574427v.1

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.

Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## I.    MATTERS GOING FORWARD:

1.    Defendant Digital Anchor Holdings Limited's Motion to Compel Arbitration, Dismiss, or Abstain [Adv. Docket No. 62; filed May 16, 2025]

Response/Objection Deadline:             August 7, 2025

Responses/Objections Received:

i.    Plaintiffs' Omnibus Memorandum of Law in Opposition of the Binance Defendants' Motions to Dismiss the Complaint [Adv. Docket No. 106; filed August 7, 2025]

    a.    Declaration of Ashley Rona Chase in Support of Plaintiffs' Omnibus Memorandum of Law in Opposition of Binance Defendants' Motions to Dismiss the Complaint (Sealed) [Adv. Docket No. 107; filed August 7, 2025]

    b.    Declaration of Ashley Rona Chase in Support of Plaintiffs' Omnibus Memorandum of Law in Opposition of Binance Defendants' Motions to Dismiss the Complaint (Redacted) [Adv. Docket No. 108; filed August 8, 2025]

Related Documents:

i.    Complaint [Adv. Docket No. 1; filed November 10, 2024]

ii.    Scheduling Order [Adv. Docket No. 58; entered May 9, 2025]

iii.    Defendant Digital Anchor Holdings Limited's Brief in Support of Motion to Compel Arbitration, Dismiss, or Abstain [Adv. Docket No. 63; filed May 16, 2025]

iv.    Declaration of Karen R. King in Support of Defendant Digital Anchor Holdings Limited's Motion to Compel Arbitration and Motion Dismiss [Adv. Docket No. 64; filed May 16, 2025]

v.    Defendant Digital Anchor Holdings Limited's Reply Brief in Support of Motion to Compel Arbitration, Dismiss, or Abstain [Adv. Docket No. 119; filed September 12, 2025]

vi.    Digital Anchor Holdings Limited's Request for Oral Argument [Adv. Docket No. 125; filed September 15, 2025]

vii.    Notice of Hearing on Motions to Dismiss [Adv. Docket No. 146; filed February 11, 2026]

Status: The oral argument on this matter will go forward.

2.    Defendants Binance Holdings Limited's, Binance Holdings (IE) Limited's, and Binance (Services) Holdings Limited's Motion to Dismiss the Complaint [Adv. Docket No. 66; filed May 16, 2025]

Response/Objection Deadline:          August 7, 2025

Responses/Objections Received:

i.    Plaintiffs' Omnibus Memorandum of Law in Opposition of the Binance Defendants' Motions to Dismiss the Complaint [Adv. Docket No. 106; filed August 7, 2025]

a.    Declaration of Ashley Rona Chase in Support of Plaintiffs' Omnibus Memorandum of Law in Opposition of Binance Defendants' Motions to Dismiss the Complaint (Sealed) [Adv. Docket No. 107; filed August 7, 2025]

b.    Declaration of Ashley Rona Chase in Support of Plaintiffs' Omnibus Memorandum of Law in Opposition of Binance Defendants' Motions to Dismiss the Complaint (Redacted) [Adv. Docket No. 108; filed August 8, 2025]

Related Documents:

i.    Complaint [Adv. Docket No. 1; filed November 10, 2024]

ii.    Scheduling Order [Adv. Docket No. 58; entered May 9, 2025]

iii.    Memorandum of Law in Support of Defendants Binance Holdings Limited's, Binance Holdings (IE) Limited's and Binance (Services) Holdings Limited's Motion to Dismiss the Complaint [Adv. Docket No. 67; filed May 16, 2025]

3

iv. Declaration of Gregory Strong in Support of Binance Holdings Limited's, Binance Holdings (IE) Limited's and Binance (Services) Holdings Limited's Motion to Dismiss the Complaint [Adv. Docket No. 68; filed May 16, 2025]

v. The Foreign Biance Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss [Adv. Docket No. 120; filed September 12, 2025]

vi. Request for Oral Argument Regarding Defendants Binance Holdings Limited's, Binance Holdings (IE) Limited's, and Binance (Services) Holdings Limited's Motion to Dismiss the Complaint [Adv. Docket No. 122; filed September 12, 2025]

vii. Notice of Completion of Briefing [Adv. Docket No. 130; filed September 16, 2025]

viii. Notice of Hearing on Motions to Dismiss [Adv. Docket No. 146; filed February 11, 2026]

Status: The oral argument on this matter will go forward.

3. Defendant Samuel Wenjun Lim's Motion to Dismiss the Complaint [Adv. Docket No. 92, filed July 11, 2025]

Response/Objection Deadline:          August 22, 2025

Responses/Objections Received:

i. Plaintiff FTX Recovery Trust's Omnibus Memorandum of Law in Opposition of the Two Management Defendants' Motions to Dismiss the Complaint [Adv. Docket No. 114; filed August 22, 2025]

a. Declaration of Ashley Rona Chase in Support of Plaintiff FTX Recovery Trust's Omnibus Memorandum of Law in Opposition of the Two Management Defendants' Motions to Dismiss the Complaint [Adv. Docket No. 115; filed August 22, 2025]

Related Documents:

i. Complaint [Adv. Docket No. 1; filed November 10, 2024]

ii. Scheduling Order [Adv. Docket No. 80; entered June 2, 2025]

iii. Defendant Samuel Wenjun Lim's Brief in Support of Motion to Dismiss the Complaint [Adv. Docket No. 93; filed July 11, 2025]

iv. Declaration of Samuel Wenjun Lim in Support of Motion to Dismiss the Complaint [Adv. Docket No. 94; filed July 11, 2025]

v. Defendant Samuel Wenjun Lim's Reply Brief in Support of Motion to Dismiss the Complaint [Adv. Docket No. 123; filed September 12, 2025]

4

vi.   Defendant Samuel Wenjun Lim's Request for Oral Argument [Adv. Docket No. 127; filed September 15, 2025]

vii.   Notice of Completion of Briefing [Adv. Docket No. 137; filed September 19, 2025]

viii.   Notice of Hearing on Motions to Dismiss [Adv. Docket No. 146; filed February 11, 2026]

Status: The oral argument on this matter will go forward.

4.   Defendant Dinghua Xiao's Motion to Dismiss the Complaint [Adv. Docket No. 95, filed July 11, 2025]

Response/Objection Deadline:   August 22, 2025

Responses/Objections Received:

i.   Plaintiff FTX Recovery Trust's Omnibus Memorandum of Law in Opposition of the Two Management Defendants' Motions to Dismiss the Complaint [Adv. Docket No. 114; filed August 22, 2025]

b.   Declaration of Ashley Rona Chase in Support of Plaintiff FTX Recovery Trust's Omnibus Memorandum of Law in Opposition of the Two Management Defendants' Motions to Dismiss the Complaint [Adv. Docket No. 115; filed August 22, 2025]

Related Documents:

i.   Complaint [Adv. Docket No. 1; filed November 10, 2024]

ii.   Scheduling Order [Adv. Docket No. 80; entered June 2, 2025]

iii.   Defendant Dinghua Xiao's Memorandum of Law in Support of his Motion to Dismiss the Complaint [Adv. Docket No. 96; filed July 11, 2025]

iv.   Declaration of Dinghua Xiao in Support of his Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction [Adv. Docket No. 97; filed July 11, 2025]

v.   Defendant Dinghua Xiao's Reply in Further Support of His Motion to Dismiss Plaintiffs' Complaint [Adv. Docket No. 124; filed September 12, 2025]

vi.   Request for Oral Argument Regarding Defendant Dinghua Xiao's Motion to Dismiss the Complaint [Adv. Docket No. 126; filed September 15, 2025]

vii.   Notice of Completion of Briefing [Adv. Docket No. 137; filed September 19, 2025]

viii.   Notice of Hearing on Motions to Dismiss [Adv. Docket No. 146; filed February 11, 2026]

RLF1 35574427v.1

Status: The oral argument on this matter will go forward.

5.    Defendant Changpeng Zhao's Motion to Dismiss [Adv. Docket No. 104, filed August 4, 2025]

Response/Objection Deadline:         September 18, 2025

Responses/Objections Received:

i.    Plaintiffs' Memorandum of Law in Opposition to Changpeng Zhao's Motion to Dismiss the Complaint [Docket No. 134; filed September 18, 2025]

   a.    Declaration of Ashley Rona Chase in Support of Plaintiffs' Memorandum of Law in Opposition to Changpeng Zhao's Motion to Dismiss the Complaint [Adv. Docket No. 135; filed September 18, 2025]

Related Documents:

i.    Complaint [Adv. Docket No. 1; filed November 10, 2024]

ii.    Scheduling Order [Adv. Docket No. 82; entered June 24, 2025]

iii.    Defendant Changpeng Zhao's Memorandum of Law in Support of his Motion to Dismiss [Docket No. 105; filed August 4, 2025]

iv.    Defendant Changpeng Zhao's Reply Memorandum in Support of his Motion to Dismiss [Docket No. 141; filed October 9, 2025]

v.    Defendant Changpeng Zhao's Request for Oral Argument [Docket No. 143; filed February 5, 2026]

vi.    Notice of Completion of Briefing [Docket No. 145; filed February 5, 2026]

vii.    Notice of Hearing on Motions to Dismiss [Docket No. 146; filed February 11, 2026]

Status: The oral argument on this matter will go forward.

RLF1 35574427v.1

Dated: April 6, 2026
Wilmington, Delaware

/s/ Alexander R. Steiger
**RICHARDS, LAYTON & FINGER, P.A**.
Kevin Gross (No. 209)
Paul N. Heath (No. 3704)
Brendan J. Schlauch (No. 6115)
Robert C. Maddox (No. 5356)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com
steiger@rlf.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Colin West (admitted *pro hac vice*)
Ashley R. Chase (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
Loredana B. Miranda (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com
loredana.miranda@whitecase.com

*Attorneys for Plaintiffs*

7

RLF1 35574427v.1