**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**In re: FTX Trading Ltd., et al. | Case No. 22-11068 (JTD)**

**URGENT STATUS NOTICE BY PRO SE CREDITOR REGARDING ADMINISTRATIVE ERRORS Unique Customer Code (UCC): 04637174**

**TO THE HONORABLE JUDGE JOHN T. DORSEY:**

I, Feng Zheng Fang, a pro se customer creditor (UCC 04637174) holding a claim of $356,419.01, respectfully file this notice to inform the Court of critical administrative and technical inconsistencies that currently obstruct my distribution rights.

**FACTUAL PROGRESSION:**

**1 FULFILLMENT OF STIPULATION:** Pursuant to the signed Stipulation between the Debtors and myself (Confidential Stipulation), I have successfully completed all KYC requirements and Step 7 (Tax Information) within the agreed timeframe.

**2 COUNSEL'S ASSURANCE:** On March 17, 2026, the Debtors' counsel, Alexa J. Kranzley, confirmed via email that the March 29th deadline was satisfied and stated that the Debtors intended to update the claims registry by the end of March.

**3 CURRENT SYSTEMIC ERRORS:** Despite my compliance and counsel's assurance, as of April 1, 2026:

The Kroll Claims Registry displays a **"Current Claim Value of $0.00"** under an "Asserted" status, inconsistent with the admitted claim amount.

The customer portal has reverted from a "Verified" status to **"Failed"** without notice or explanation.

**PROBABLE CAUSE:** It appears my account remains suppressed by an outdated **Notice of Expungement (Doc 30042)** filed in April 2025. While the subsequent Stipulation should supersede this record, the technical reinstatement has not yet been reflected in the Debtors' database.

**REQUEST FOR ADMINISTRATIVE CORRECTION:**

I respectfully request the Court's attention to these technical discrepancies to ensure that the Debtors:

Correct the Registry to reflect the actual claim value of $356,419.01.

Manually override the "Failed" status triggered by the stale administrative record (Doc 30042) to allow my participation in the current distribution cycle.

Respectfully submitted,

*Feng Zheng Fang*

**Name:** Feng Zheng Fang **Email:** xzxyjszuqiu@gmail.com

**Date:** April 1, 2026

**I kindly request your urgent intervention to:**

1. Communicate with Kroll's technical and legal leads to ensure they recognize the **Stipulation (Docket 34612)**.

2. Instruct them to manually override the "Objection Lock" on my account so that my verified status can be correctly synchronized before the March 29th deadline.

I have already fulfilled all biometric and document requirements in good faith. I am counting on your assistance to ensure that Kroll's administrative delay does not jeopardize my rights or my life savings.

Again, I really appreciate your work in this case.

Best regards,

**Feng Zheng Fang** UCC: 04637174

---

**3 Attachments** • Scanned by Gmail ⓘ    ⬇    ◬₊ Add all to Drive



---

**Kranzley, Alexa J.**                                                      Mar 13, 2026, 9:25 PM    ☆  ☺  ↩  ⋮
to *FTXClaims, me, FTX ▾

We are looking into this and will revert.

**Kranzley, Alexa J.**

to me, FTX, *FTXClaims ▾

Mar 17, 2026, 11:27 PM

Dear Feng Zhang Fang,

We have received multiple requests with respect to your claim and related issues.  If there are any outstanding questions that are not addressed in this correspondence, please let me know what issues remain outstanding.

Please consider the March 29th deadline satisfied with the information that you have provided.

Best,
Alexa

**Alexa J. Kranzley**
Sullivan & Cromwell LLP
125 Broad Street | New York, NY 10004–2498

 FTX will never ask you to connect to a wallet.  ✕

| | |
|---|---|
|  **STEP 1**<br>Initiate Account Owner<br>Authentication | |

# Tax Compliance

● Not Started

Complete/Submit IRS Form W-9 or appropriate IRS Form W-8.
Please refer to the Tax FAQs here: **Tax Requirements - FTX** for additional information.

**Generate Tax Form**

**STEP 2**
Verify Identity of the Original
FTX Account Owner

**STEP 3**
KYC  >

**STEP 4**
View Account Balances  >

**STEP 5**
View Your Proof of Claim Status

**STEP 6**
投票

 **STEP 1**
Initiate Account Owner
Authentication

 **STEP 2**
Verify Identity of the Original
FTX Account Owner

 **STEP 3**
**KYC**                                  >

Complete the Know Your Customer
(KYC) process to verify the identity of
the original FTX account owner. This
step ensures that the account is
compliant with regulations and helps to
verify your identity.

 **STEP 4**
**View Account Balances**         >

 **STEP 5**
**View Your Proof of Claim Status**

 **STEP 6**
**投票**

**STEP 7**
**Distributions - Tax**
**Requirements**                      >

# KYC Process

 失败

 Status updates here are delayed, please check back soon.

## KYC Status Explanations                                    ⌄

For purposes of validating identities and ensuring compliance, users are requested to follow the Know Your Customer (KYC) procedure. Please note that this procedure will be conducted through our third party partner, Sumsub. (Sumsub for retail, BitGo for institutional)

开始 KYC 之前，我们强烈建议您阅读下面的说明以及 "**验证**" 中的支持文章。

虽然此 KYC 过程有一部分是自动执行的（即，立即审批），但由于客户索赔数量极其庞大，需要人工审核的任何 KYC 可能需要超过 **30 个工作日**的时间。因此，无论 KYC 状态如何，请前往第 4 步和第 5 步，查看账户余额，并在完成 KYC 文档上传后提交索赔。

The Kroll Portal will remain accessible after the Bar Date to amend or file a claim. Absent order from the U.S. Bankruptcy Court for the District of Delaware, any claims filed after the Bar Date will be considered late filed and may be disputed. KYC will also remain open for customers to complete and upload the requested documentation

Begin KYC process

## Creditor Information - Schedule # 6260889

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on File | FTX Trading Ltd. | n/a |
| Address on File | **Date Filed** | **Schedule Number** |
| | n/a | 6260889 |
| | | **Confirmation ID** |
| | | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | $0.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Case 22-11068-KBO   Doc 35254   Filed 04/06/26   Page 7 of 9

# Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BNB | ASSERTED | 44.16263319 | 44.16263319 |
| CRYPTO | DOT | ASSERTED | 999.8 | 999.8 |
| CRYPTO | ETH | ASSERTED | 0.03615926 | 0.03615926 |
| CRYPTO | ETHW | ASSERTED | 0.03615926 | 0.03615926 |
| CRYPTO | LOOKS | ASSERTED | 3634.327 | 3634.327 |
| CRYPTO | TRX | ASSERTED | 0.001555 | 0.001555 |
| CRYPTO | USDT | ASSERTED | 323836.9681870233 | 323836.9681870233 |
| FIAT | USD | ASSERTED | 14421.203168034199 | 14421.203168034199 |

# Stipulation History

| Date Filed | Docket Number | Stipulation Document |
|---|---|---|
| 04/02/2025 | 30042 | Exhibit(s) (Notice of Expungement of Unverified Customer Entitlement Claims) (related document(s)29464) Filed by FTX Recovery Trust. (Attachments: # 1 Exhibit A) |

Case 22-11068-KBO   Doc 35254   Filed 04/06/26   Page 9 of 9

# FedEx Express

## International Air Waybill

For FedEx services worldwide.
Packages up to 150 lbs. (68 kg), excluding dangerous goods. Not all services and options are available to all destinations.

**Destination Copy**

### 1 From

Date

Sender's Name: FENG ZHENG FANG   Phone: 

Company

Address: B_ _ 17? DAJIE GLOBAL CENTER

Address: CHENDE TOWN   JINJIANG CITY

City: QUAN ZHOU   State/Province: FUJIAN

Country/Territory: CHINA   Postal Code: 362200

Email Address: XZXYJSZU&ZU@gmail.com

Internal Billing Reference: CASE 22-11068, JTD)

### 2 To

28 ☐ Residential Delivery

Recipient's Name: JUDGE JOHN T. DORSEY   Phone: 3021-52-2910

Company: US BANKRUPTCY COURT

Address: 8_ _ 24TH MARKET STREET

Address: 3RD FLOOR   Dept./Floor:

City: WILMINGTON   State/Province: DE

Country/Territory: USA   ZIP/Postal Code: 1901

Email Address:

Recipient's Tax ID Number for Customs Purposes:

### 3 Shipment Information

| Total Packages | Total Weight | DIM | | | |
|---|---|---|---|---|---|
| 1 | 0.5 kg | X | X | cm | |

| Commodity Description | Harmonised Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| PAPER DOCUMENTS | | | |
| | | | |
| | | | |
| | | | |

| Total Declared Value for Carriage | Specify Currency | Total Value for Customs |
|---|---|---|
| | | |

PART 157831 • Rev. Date 11/19 • ©2002–2019 FedEx • Non-Negotiable International Air Waybill

---

FedEx Tracking Number: 8179 2045 8331 0448   Form ID No.

### 4 Service

06 ☐ FedEx Intl. First   2A ☐ FedEx Intl. Priority Express   2P ☐ FedEx Intl. Priority (Delivery by end of day.)   03 ☐ FedEx Intl. Economy

ZKD

Delivery by noon to select locations.

### 5 Packaging

06 ☑ FedEx Envelope   02 ☐ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

### 6 Special Handling and Delivery Signature Options

Fees may apply. See the FedEx Service Guide. Not available to all locations or for all shipments.

01 ☐ Hold at FedEx Location   03 ☐ Saturday Delivery

10 ☐ Direct Signature — Someone at recipient's address may sign for delivery.

34 ☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery.

### 7 Payment

Complete payment options for both transportation charges and duties and taxes.

**Bill transportation charges to:**

Enter FedEx Acct. No. or Credit Card No. below.

1 ☐ Sender Acct. No. in Section 1 will be billed.   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☑ Cash/Cheque

Credit Card Exp. Date

Total Transportation: 692

Specify Currency

**Bill duties and taxes to:**

Enter FedEx Acct. No. below.

1 ☐ Sender Acct. No. in Section 1 will be billed.   2 ☐ Recipient   3 ☐ Third Party   5 ☐ Cash/Cheque

### 8 Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

Sender's Signature: Feng Zheng Fang

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Contract as stated on the reverse side of the Recipient's Copy.

Recipient's Signature:

713

| Origin Station ID | Country Code/Destination Station ID | URSA Routing | Handling Units |
|---|---|---|---|
| | | | Total Volume (cm) |

Received At: 1 ☐ Reg. Stop   2 ☐ On-Call Stop   3 ☐ Drop Box   4 ☐ World Service Center   5 ☐ Station

Forms Attached: ☐ CI   ☐ CO

| Base Charges | Declared Val. Chrg. | Other | ODA/OPA | Credit Card Auth. |
|---|---|---|---|---|
| FedEx Emp. # | Audit Emp. #    Date | Time | Del. Courier Emp. #    Date | Time |