**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



CHEROKEE
ACQUISITION

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

     A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name on file**

Name and Current Address of
Transferor:
**Name on file**
**Address on file**

Name of Transferee:

**Canyon IC Credit Master Fund L.P.**

Name and Address where notices and payments to
transferee should be sent:
**Canyon IC Credit Master Fund L.P.**
**c/o Canyon Capital Advisors LLC**
**Attn: James Pagnam and Legal**
**Email: legal@canyonpartners.com**
**2000 Avenue of the Stars, 11th Floor**
**Los Angeles, CA 90067**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 92114 | Name on file | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Schedule No. 6852078 | Name on file | as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-OFFRJ-291966106 | Name on file | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 01236063 | Name on file | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____               Date: March  18  , 2026
Transferee/Transferee's Agent



# Creditor Data Details - Claim # 92114

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 92114 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 02/26/2024 | 6852078 |
| | | **Confirmation ID** |
| | | 3265-70-OFFRJ-291966106 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

ETH[100.000147], EUR[2081519...], USD[130213.58]

ADA-PERP[-139322], AXS-PERP[-3350.9], BCH-PERP[-301.968], BNB-PERP[0], BSV-PERP[-438.28], BTC-PERP[0], BTC[39.96167057], CRV-PERP[0], CVX[0.00450615], CVX-PERP[0], DAI[.070705], DOGE-PERP[0], EOS-PERP[0], ETC-PERP[-8314.7], ETH[600.01956194], ETH-PERP[0], ETHW[205.32401049], EUR[40082.73], FLOW-PERP[0], FTT[150], FTT-PERP[-57970.5], GRT-PERP[0], LDO-PERP[28085], LTC-PERP[-706.05], LUNC-PERP[0], MATIC-PERP[0], MOB[20397.101985], SAND-PERP[0], SHIB-PERP[0], SOL[.00463], SOL-PERP[-37887.86], SRM[16.01631532], SRM_LOCKED[91.74368468], STETH[0.09154865], STG-PERP[0], TRX[1148526.282172865], UNI-PERP[0], USD[3374670.86], USDT[1], XLM-PERP[-3054467], XRP-PERP[0], YFI[0.00029089]

01236063

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.