**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*., [1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 3, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the list of parties attached hereto as **Exhibit A**:

- Notice of Intent to Serve Subpoena on Third-Party Carol Melamed [Docket No. 35245]

- Notice of Intent to Serve Subpoena on Third-Party Deutsche Bank Securities Inc. [Docket No. 35246]

- Notice of Intent to Serve Subpoena on Third-Party Howard Melamed [Docket No. 35247]

- Notice of Intent to Serve Subpoena on Third-Party Nomura Securities International, Inc [Docket No. 35248]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: April 6, 2026

/s/ Sonia Akter
Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 6, 2026, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 95624

**Exhibit A**

Exhibit A

| ADRID | NAME | EMAIL |
|---|---|---|
| 27629668 | Melamed, Seth | dadler@mccarter.com |
| 30873338 | Seth Melamed | kbuck@mccarter.com |