**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| FTX Trading Ltd., *et al.*, | ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Boston Patriot Arlington St LLC** | **JPMorgan Chase Funding Inc.** |
|---|---|
| Name of Transferor | Name of Transferee |

| Name and current address of transferor: | Name and address where notices and payments to transferee should be sent: |
|---|---|
| **Boston Patriot Arlington St LLC**<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Attn:  Colin McLafferty<br>Email: Cmclafferty@oaktreecapital.com | **JPMorgan Chase Funding Inc.**<br>270 Park Ave<br>3rd Floor<br>New York, NY 10179<br>Attn: Kenneth Keeley<br>Tel: 212-834-7584<br>Email: kenneth.keeley@jpmorgan.com |

| Schedule/Claim No. | Creditor Name | Transferred Amount | Debtor/Case No. |
|---|---|---|---|
| Customer Claim Confirmation ID No. 3265-70-NLBRD-907470770 FTX Trading Ltd. Amended Customer Claim Schedule F-19 (Docket #1748) Schedule No. 6083450 Unique Customer Code #: 05227018 | Boston Patriot Arlington St LLC | $139,761.86 | FTX Trading Ltd. (22-11068) |

Local Form 138

KL2 3483733.1

2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: __04/07/2026_____
        Transferee/Transferee's Agent

    Tyler Warrington
    Attorney-in-fact

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

KL2 3483733.1

**Annex B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND:      FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Customer Claim Confirmation ID No. 3265-70-NLBRD-907470770 ("CCID")
FTX Trading Ltd. Amended Customer Claim Schedule F-19 (Docket #1748)
and assigned Schedule No. 6083450 (the "Schedule")
Unique Customer Code #: 05227018 ("Customer Code")

**Boston Patriot Arlington St LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **JPMorgan Chase Funding Inc.**
> Address: 270 Park Ave
> 3rd Floor
> New York, NY 10179
> Attn: Kenneth Keeley
> Tel: 212-834-7584
> Email: kenneth.keeley@jpmorgan.com

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the CCID, the Schedule, the Proof of Claim and the Customer Code in the amount of $139,761.86 (such interest in the CCID, the Schedule, and the Customer Code, the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

(signature page follows)

032-8609/9036103.4

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February 27, 2026.

| SELLER: | BUYER: |
|---|---|
| **BOSTON PATRIOT ARLINGTON ST LLC**<br>By: Oaktree Capital Management, L.P.<br>Its: Investment Manager<br><br>DocuSigned by:<br>By: *Colin McLafferty*<br>Name: Colin McLafferty<br>Title: Senior Vice President<br><br>Signed by:<br>By: *Steve Tesoriere*<br>Name: Steven Tesoriere<br>Title: Managing Director | **JPMORGAN CHASE FUNDING INC.**<br><br>By: _____<br>Name: Tyler Warrington<br>Title: Attorney-in-fact |

032-8609/9036103.4