**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX Trading Ltd., *et al.*, | ) | Case No. 22-11068 (JTD) |
| Debtors. | ) |  |
|  | ) | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Boway Holdings, LLC** | **JPMorgan Chase Funding Inc.** |
|---|---|
| Name of Transferor | Name of Transferee |

| Name and current address of transferor: | Name and address where notices and payments to transferee should be sent: |
|---|---|

**Boway Holdings, LLC**
1301 Avenue of the Americas, 34th Floor
New York, NY 10019
Attn: Colin McLafferty
Email: Cmclafferty@oaktreecapital.com

**JPMorgan Chase Funding Inc.**
270 Park Ave
3rd Floor
New York, NY 10179
Attn: Kenneth Keeley
Tel: 212-834-7584
Email: kenneth.keeley@jpmorgan.com

| Schedule/Claim No. | Creditor Name | Proof of Claim No. | Transferred Amount | Debtor/Case No. |
|---|---|---|---|---|
| Customer Claim Confirmation ID No. 3265-70-ILGMI-734424363 FTX Trading Ltd. Amended Customer Claim Schedule F-1 (Docket #1730) Schedule No. 6726539 Unique Customer Code #: 00180666 | Boway Holdings, LLC | 57273 | $1,266,232.41 | FTX Trading Ltd. (22-11068) |

Local Form 138

KL2 3483732.1

2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:___04/07/2026_____

    Transferee/Transferee's Agent

      Tyler Warrington
      Attorney-in-fact

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

KL2 3483732.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO:          U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND:        FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Customer Claim Confirmation ID No. 3265-70-ILGMI-734424363 ("CCID")
FTX Trading Ltd. Amended Customer Claim Schedule F-1 (Docket #1730)
and assigned Schedule No. 6726539 (the "Schedule")
Proof of Claim No. 57273 (the "Proof of Claim")
Unique Customer Code #: 00180666 ("Customer Code")

**Boway Holdings, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**JPMorgan Chase Funding Inc.**
Address: 270 Park Ave
3rd Floor
New York, NY 10179
Attn: Kenneth Keeley
Tel: 212-834-7584
Email: kenneth.keeley@jpmorgan.com

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the CCID, the Schedule, the Proof of Claim and the Customer Code in the amount of $1,266,232.41 (such interest in the CCID, the Schedule, the Proof of Claim and the Customer Code, the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

(signature page follows)

032-8609/9036098.3

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February __27__, 2026.

| SELLER: | BUYER: |
|---|---|
| **BOWAY HOLDINGS, LLC**<br>By: Oaktree Fund GP, LLC<br>Its: Manager<br>By: Oaktree Fund GP I. L.P.<br>Its: Managing Member<br><br>*— DocuSigned by:*<br>*Colin McLafferty*<br>By: _____<br>Name: Colin McLafferty<br>Title: Senior Vice President<br><br>*— Signed by:*<br>*Steve Tesoriere*<br>By: _____<br>Name: Steven Tesoriere<br>Title: Managing Director | **JPMORGAN CHASE FUNDING INC.**<br><br><br>By: _____<br>Name: Tyler Warrington<br>Title: Attorney-in-fact |

032-8609/9036098.3