# SIGN – IN SHEET

CASE NAME: <u>FTX Trading Ltd.</u>  COURTROOM: <u>3</u>

CASE NO.: <u>22-11068-KBO</u>  DATE: <u>April 8, 2026 9:30 AM</u>

## PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bill Alleman | Melmer, Alleman & Spence | Dinghua Xiao |
| Matt Mazur | Dechert | " " |
| May Chiang | " " | " " |
| Karen King | Thornillo Abramowitz | Digital Anchor |
| Peter Metz | " | " |
| Karen Bifferato | Connolly Gallagher | " |
| Walter Hawes | MoloLamken | Samuel Lim |
| Chris Shore | White & Case LLP | Plaintiffs |
| Colin West | " " | " " |
| Loredana Miranda | " " | " " |
| Ashley Chase | " " | " " |
| Robert Maddox | Richards, Layton & Finger PA | " " |
| Gregory Strong | Cahill Gordon | Binance Holdings Ltd. |
| Edward Moss | " | " |
| Gregory Martorana | " | " |
| Jim Chris | PSZJ | Samuel Lin |
| Katherine McKnight | Baker + Hostetler | Changpeng Zhao |

Jeff Lyons

Baker + Hostetler

CZ

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landis Rath | | & Cobb LLP | ramirez@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market | Suite 1800 | Wilmington | DE | 19801 | 3.02E+09 | FTX Recovery Trust | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Hills Road | | White Plains | NY | 10603 | 9.14E+09 | | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Audio Only |
| Brett | | Bakemeyer | brett.bakemeyer@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New york | NY | 10020 | 212-819-8200 | Attorneys for Plaintiffs | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Ashley | | Chase | cwest@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819-8200 | Attorneys for Plaintiffs | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Charu | | Chitwan | charu.chitwan@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819-8200 | Attorneys for Plaintiffs | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Sandra | | Klein | Sandra_klein@cacb.uscourts.gov | | 255 E Temple Street | | Los Angeles | CA | 90012 | 213-894-7741 | N/A | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Mike | | Legge | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Audio Only |

| First | Middle | Last | Email | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Represents | Case No. | Case Name | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert | Charles | Maddox | maddox@rlf.com | Richards, Layton & Finger, P.A. | 920 N. King Street | One Rodney Square | Wilmington | DE | 19801 | 302-651-7551 | Attorneys for Plaintiffs | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Matthew | B. | McGuire | mcguire@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Loredana | B. | Miranda | loredana.miranda@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | 212-819-7046 | Plaintiffs | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Jonathan | | Randles | jrandles5@bloomberg.net | | 731 Lexington Ave | | New York | NY | 10027 | 714-932-5005 | Bloomberg News | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Audio Only |
| Howard | W | Robertson | robertson@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Ste 1800 | Wilmington | DE | 19899 | 302-467-4426 | FTX Recovery Trust | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Elizabeth | A. | Rogers | erogers@lrclaw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite &#035;1800 | Wilmington | DE | 19801 | 302-467-4435 | FTX Recovery Trust | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Brendan | Joseph | Schlauch | schlauch@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 x7749 | Attorneys for Plaintiffs | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |

| First | Middle | Last | Email | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Party | Case No. | Case Name | Access |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gursehaj | | Singh | gursehaj.singh@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 7.19E+09 | FTX Recovery Trust, FTX Digital Markets, Ltd. | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Alexander | R. | Steiger | steiger@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 | Plaintiffs | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Colin | | West | cwest@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819-8200 | Attorneys for Plaintiffs | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| George | A | Williams | williams@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4400 | FTX Recovery Trust | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Video and Audio |
| Becky | | Yerak | becky.yerak@wsj.com | Wall Street Journal | 401 JUSTISON ST | suite 347 | Wilmington | DE | | 3.13E+09 | News Corp | 24-50222-KBO | FTX Digital Markets, Ltd. et al v. Binance Holdings Limited et al | Audio Only |
| Alex | | Bisogno | abisogno@willkie.com | Willkie Farr & Gallagher LLP | 787 7th Avenue | | New York | NY | 10019 | 212-728-3049 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Siena | | Cerra | scerra@morrisjames.com | Morris James LLP | 3205 Avenue North Blvd. | Suite 100 | Wilmington | DE | 19803 | 302-888-6800 | Key Solution Development | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| William | | Collins | wcollins@willkie.com | Willkie Farr & Gallagher LLP | 787 7th Avenue | | New York | NY | 10019 | 212-728-3115 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Stephanie | | Lisko | slisko@morrisjames.com | Morris James LLP | 3205 Avenue North Blvd., Suite 100 | | Wilmington | DE | 19803 | 3.03E+09 | Key Solution Development | 22-11068-KBO | FTX Trading Ltd. | Audio Only |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Samantha  L. | Rodriguez | srodriguez@morrisjames.com | Morris James LLP | 3205 Avenue North Blvd. | Suite 100 | Wilmington | DE | 19803 | 302-888-6800 | Key Solution Development | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Vince | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Becky | Yerak | becky.yerak@wsj.com | Wall Street Journal | 401 JUSTISON ST | suite 347 | Wilmington | DE | 19801 | 3.13E+09 | News Corp | 22-11068-KBO | FTX Trading Ltd. | Audio Only |