**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**
Name of Transferee

**Name and Address where notices and payment
to transferee should be sent:**

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
520 Madison Ave 3rd Fl
New York, NY 10022
Attention: Mike Richards
Email: mrichards@jefferies.com

**BFCP IV LLC**
Name and current address of Transferor

BFCP IV LLC
c/o Nexxus Holdings Operations LLC
800 Miramonte Dr., Suite 380
Santa Barbara, CA 93109
Attention: Timothy Babich
Email: tim.babich@nexxus-holdings.com

### SEE SCHEDULE 1 ATTACHED HERETO FOR
### THE LIST OF CLAIMS SUBJECT TO THIS TRANSFER

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By:_____
Transferee/Transferee's Agent

Date: April __, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

## SCHEDULE 1

### (List of Claims)

| Creditor Name | Customer Code | Claim / Schedule No. | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| BFCP IV LLC | 06395814 | 624 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| BFCP IV LLC | N/A | 5708 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| BFCP IV LLC | 00619692 | 24090 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| BFCP IV LLC | 01174931 | 5571085 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| BFCP IV LLC | N/A | 5012 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| BFCP IV LLC | 00331351 | 22032 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO:   United States Bankruptcy Court ("Court")
     District of Delaware

AND:   FTX Trading Ltd., et al.  ("Debtor")

Case No.   Case No. 22-11068 (JTD) ("Case")

Customer Code: See attached Claims Schedule

Schedule #:  See attached Claims Schedule

Claim #:   See attached Claims Schedule

BFCP IV LLC ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC its successors and assigns ("Buyer"), all rights, title and interest in and to the Claim of Seller identified above, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the Claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case; and (f) to any amounts listed on the Debtor's schedules (collectively, the "Claim"), which represents 100% of the total claim amount against the Debtor in the Case, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court; and (b) to the fullest extent permitted by law, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

This Evidence of Transfer of Claim is executed solely for ministerial, administrative, and notice purposes in accordance with Rule 3001 of the Federal Rules of Bankruptcy Procedure. Nothing contained herein shall be deemed to expand, modify, or supplement any representation, warranty, covenant, indemnity, or liability of Seller beyond those expressly set forth in the Assignment. In the event of any inconsistency between this Evidence of Transfer of Claim and the Assignment, the terms of the Assignment shall control.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April __, 2026.

**BFCP IV LLC**                                      **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**


*Tim Babich*

By: _____          By: _____

Name: Tim Babich                                Name: Joseph Femenia

Title: Managing Member                          Title: Managing Director

## CLAIM SCHEDULE

| Current Holder | Customer Code | Claim / Schedule Number |
|---|---|---|
| BFCP IV LLC | 06395814 | 624 |
| BFCP IV LLC | N/A | 5708 |
| BFCP IV LLC | 00619692 | 24090 |
| BFCP IV LLC | 01174931 | 5571085 |
| BFCP IV LLC | N/A | 5012 |
| BFCP IV LLC | 00331351 | 22032 |