## SCHEDULE 1

### No Liability Claims

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AAX LIMITED<br>C/O QUANTUMA (CAYMAN) LTD<br>10 MARKET STREET<br>#1174 CAMANA BAY<br>GRAND CAYMAN, KY1-9006<br>CAYMAN ISLANDS | 04/04/2024 | 22-11068 (JTD) | FTX Trading Ltd. | 94056 | Undetermined* |

Reason: Proof of Claim No. 94056 asserts a claim in an unliquidated "to be confirmed" amount. The claimant did not provide any documentation to support its claim . After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the claimant . Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | BAHAMAS ENVIRONMENTAL GROUP LTD<br>GLADSTONE ROAD PO BOX CB-11090<br>NASSAU, 32541<br>BAHAMAS | 07/25/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 5731 | $525,813.50 |

Reason: Proof of Claim No. 5731 asserts a claim in the amount of $525,813.50 for "Construction Services provided at FTX Digital Markets Ltd Headquarters in Nassau Bahamas". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the claimant . The support included in the Proof of Claim indicate that the claimant's relationship was with FTX Digital Markets Ltd ., a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | BURKLAND ASSOCIATES LLC<br>12 SHEPHERD WAY<br>TIBURON, CA 94920 | 06/29/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 5143 | $8,774.57 |

Reason: Proof of Claim No. 5143 asserts a claim in the amount of $8,774.57 for "Consulting services performed for FTX Future Fund". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the claimant . The support included in the Proof of Claim indicate that the claimant's relationship was with FTX Foundation, a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | CAPUTO, SUSANNA<br>8311 MAYNARD AVE<br>WEST HILLS, CA 91304 | 10/02/2024 | 22-11068 (JTD) | FTX Trading Ltd. | 97256 | $33,743.26 |

Reason: Proof of Claim No. 97256 asserts a claim in the amount of $33,743.26 for "Bankruptcy Chapter 11". The claimant did not provide any documentation to support her claim. After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the claimant . Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Case 22-11068-KBO   Doc 35326-1   Filed 04/13/26   Page 2 of 8

Case 22-11068-KBO   Doc 35326-1   Filed 04/13/26   Page 3 of 8

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | DAILEY, CAMERON<br>7 CASTLEFORD WAY<br>MIDDLESBORO, KY 40965 | 02/24/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 988 | $2,000.00 |

Reason: Proof of Claim No. 988 asserts a claim in the amount of $2,000 for "Services Performed". The Claimant did not provide any documentation to support their claim. After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | FLORIDA CAPITAL REALTY<br>PO BOX 47<br>PIKETON, OH 45661 | 07/18/2023 | 22-11072 (JTD) | West Realm Shires Financial Services Inc. | 5710 | $46,985.08 |

Reason: Proof of Claim No. 5710 asserts a claim in the amount of $46,985.08 for "Services Performed". The Claimant did not provide any documentation to support their claim. After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | FOUR'S ROCK LTD.<br>SILVERMANACAMPORA LLP<br>RONALD J. FRIEDMAN<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | 06/30/2023 | 22-11149 (JTD) | FTX US Trading, Inc. | 4478 | Undetermined* |

Reason: Proof of Claim No. 4478 asserts a claim that the amount is unliquidated for "Pre-Petition transactions between the Debtors and Trans Island Airway". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The Claimant's relationship was with FTX Digital Markets Ltd., a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | FOUR'S ROCK LTD.<br>SILVERMANACAMPORA LLP<br>ATTN: RONALD J. FRIEDMAN<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | 06/30/2023 | 22-11171 (JTD) | FTX US Services, Inc. | 4889 | Undetermined* |

Reason: Proof of Claim No. 4889 asserts a claim that the amount is unliquidated for "Pre-Petition transactions between the Debtors and Trans Island Airway". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The Claimant's relationship was with FTX Digital Markets Ltd., a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

Case 22-11068-KBO   Doc 35326-1   Filed 04/13/26   Page 4 of 8

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | FOUR'S ROCK LTD.<br>SILVERMANACAMPORA LLP<br>ATTN: RONALD J. FRIEDMAN<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | 06/30/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 5052 | Undetermined* |
| | Reason: Proof of Claim No. 5052 asserts a claim that the amount is unliquidated for "Pre-Petition transactions between the Debtors and Trans Island Airway". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The Claimant's relationship was with FTX Digital Markets Ltd., a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors. | | | | | |
| 10 | FOUR'S ROCK LTD.<br>KELLER BENVENUTTI KIM LLP<br>ATTN: JANE KIM, ESQ.<br>425 MARKET STREET, 26TH FLOOR<br>SAN FRANCISCO, CA 94105 | 04/24/2024 | 22-11068 (JTD) | FTX Trading Ltd. | 94372 | $217,970.00 |
| | Reason: Proof of Claim No. 94372 asserts a claim in the amount of $217,970 for "Unpaid flight and ground services". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Bahamas Ltd (FTX Digital Markets Ltd.), a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors. | | | | | |
| 11 | FOUR'S ROCK LTD.<br>KELLER BENVENUTTI KIM LLP<br>ATTN: JANE KIM, ESQ.<br>425 MARKET STREET, 26TH FLOOR<br>SAN FRANCISCO, CA 94105 | 04/24/2024 | 22-11149 (JTD) | FTX US Trading, Inc. | 94373 | $217,970.00 |
| | Reason: Proof of Claim No. 94373 asserts a claim in the amount of $217,970 for "Unpaid flight and ground services". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Bahamas Ltd (FTX Digital Markets Ltd.), a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | FOUR'S ROCK LTD.<br>KELLER BENVENUTTI KIM LLP<br>ATTN: JANE KIM, ESQ.<br>425 MARKET STREET, 26TH FLOOR<br>SAN FRANCISCO, CA 94105 | 04/24/2024 | 22-11171 (JTD) | FTX US Services, Inc. | 94374 | $217,970.00 |

Reason: Proof of Claim No. 94374 asserts a claim in the amount of $217,970 for "Unpaid flight and ground services". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Bahamas Ltd (FTX Digital Markets Ltd.), a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | GENSLER COSTA RICA SRL<br>TORRE LEXUS, 7TH FLOOR<br>SAN JOSÉ, 10203<br>COSTA RICA | 06/30/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 4877 | $267,674.48 |

Reason: Proof of Claim No. 4877 asserts a claim in the amount of $267,674.48 for "Architecture and design services". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Digital Markets Ltd., a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | GUMMA, SUMAN<br>13413 NE 129TH DR<br>KIRKLAND, WA 98034 | 07/23/2023 | 22-11149 (JTD) | FTX US Trading, Inc. | 5721 | $550.00 |

Reason: Proof of Claim No. 5721 asserts a claim in the amount of $550 for "Credit Card and money loaned". The Claimant did not provide any documentation to support their claim. After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Case 22-11068-KBO    Doc 35326-1    Filed 04/13/26    Page 6 of 8

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | LIL EATS POP UP & CATERING<br>9 RUBY AVE<br>CABLE BEACH<br>NEW PROVIDENCE THE BAHAMAS<br>NASSAU, CB12668<br>BAHAMAS | 05/30/2023 | 22-11143 (JTD) | FTX Digital Assets LLC | 2347 | $29,050.00 |

Reason: Proof of Claim No. 2347 asserts a claim in the amount of $29,050 for "Catering Services". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Digital Markets Ltd., a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | NOIA CIC<br>6 CARMICHAEL CLOSE<br>LONDON, SW11 2HS<br>UNITED KINGDOM | 06/30/2023 | 22-11067 (JTD) | Alameda Research Ltd | 4487 | $32,000.00 |

Reason: Proof of Claim No. 4487 asserts a claim in the amount of $32,000 for "Unpaid income within 180 days prior to bankruptcy". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Foundation, a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | NOIA CIC<br>ZAKEE ULHAQ<br>6 CARMICHAEL CLOSE<br>LONDON, SW11 2HS<br>UNITED KINGDOM | 06/30/2023 | 22-11066 (JTD) | Alameda Research LLC | 4550 | $3,225.33 |

Reason: Proof of Claim No. 4550 asserts a claim in the amount of $3,225.33 for "Business expenses". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Foundation, a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | NOIA CIC<br>ZAKEE ULHAQ<br>6 CARMICHAEL CLOSE<br>LONDON, SW11 2HS<br>UNITED KINGDOM | 06/30/2023 | 22-11066 (JTD) | Alameda Research LLC | 4552 | $1,746.10 |

Reason: Proof of Claim No. 4552 asserts a claim in the amount of $1,746.10 for "Business expenses". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Foundation, a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | NOIA CIC<br>6 CARMICHAEL CLOSE<br>LONDON, SW11 2HS<br>UNITED KINGDOM | 06/30/2023 | 22-11066 (JTD) | Alameda Research LLC | 4665 | $42,315.52 |

Reason: Proof of Claim No. 4665 asserts a claim in the amount of $42,315.52 for "Goods within 20 days of bankruptcy". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Foundation, a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | SCHROADER, ELLORY<br>441 W SECOND ST<br>APT 220<br>LEXINGTON, KY 40507 | 07/03/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 5538 | $14,880.00 |

Reason: Proof of Claim No. 5538 asserts a claim in the amount of $14,880 for "services performed". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Digital Markets Ltd., a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors.

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | SLIMVISION2.0LLC<br>886 SANTIATO DR<br>FAYETTEVILLE, NC 28314 | 08/01/2024 | 22-11068 (JTD) | FTX Trading Ltd. | 96551 | $125,000.00 |

Reason: Proof of Claim No. 96551 asserts a claim in the amount of $125,000 for "Good Sold". The Claimant did not provide any documentation to support their claim. After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. Accordingly, the FTX Recovery has identified no basis for the asserted claim.

*Indicates claim contains unliquidated and/or undetermined amounts

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | THEATRE PROJECTS CONSULTANTS, INC. 47 WATER STREET NORWALK, CT 06854 | 06/01/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 2485 | $504,308.00 |
| | Reason: Proof of Claim No. 2485 asserts a claim in the amount of $504,308 for "Balance due for services performed, drawings submitted and services terminated". After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The support included in the Proof of Claim indicate that the Claimant's relationship was with FTX Digital Markets Ltd., a non-debtor entity. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim against the Debtors. | | | | | |
| 23 | WEBSTER, KENISHA 1128 N MADISON AVE LOS ANGELES, CA 90029 | 06/15/2023 | 22-11149 (JTD) | FTX US Trading, Inc. | 2870 | $75.00 |
| | Reason: Proof of Claim No. 2870 asserts a claim in the amount of $75 for "Service Performed". The Claimant did not provide any documentation to support their claim. After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any obligation or liability owed to the Claimant. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim. | | | | | |
| 24 | ZELLE, ZACH 43 ROBERT TREAT DR 43A MILFORD, CT 06460-4455 | 09/26/2023 | 22-11134 (JTD) | Alameda Global Services Ltd. | 72766 | $25,458.00 |
| | Reason: Proof of Claim No. 72766 asserts a claim in the amount of $25,458 for "Marketing Services unpaid". The Claimant did not provide any documentation to support their claim. After a thorough review of the Debtors' books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. Accordingly, the FTX Recovery Trust has identified no basis for the asserted claim. | | | | | |
| | | | | | TOTAL | $2,317,508.84* |

*Indicates claim contains unliquidated and/or undetermined amounts