**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF KUMANAN RAMANATHAN IN SUPPORT OF
THE FTX RECOVERY TRUST'S OBJECTION
TO PROOFS OF CLAIM FILED BY ELD CAPITAL LLC**

I, Kumanan Ramanathan, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am Kumanan Ramanathan, a Managing Director and Co-Head of Crypto at Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services, and financial and operation restructuring.

2. I have more than 14 years of restructuring and financial advisory experience across various industries, including oil & gas, cryptocurrency, pharmaceutical, retail, mining, industrials, and consumer products. I have a Bachelor's Degree from the University of Toronto and am a Chartered Accountant (CA).

3. I submit this supplemental declaration (the "Supplemental Declaration") in further support of the *FTX Recovery Trust's Objection to Proofs of Claim filed by ELD Capital LLC* [D.I. 34251] (the "Objection") and in connection with the *Declaration of Kumanan*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Ramanathan in Support of the FTX Recovery Trust's Objection to Proofs of Claim filed by ELD Capital LLC* [D.I. 34252] (including all exhibits thereto, the "Ramanathan Declaration) submitted contemporaneously with and in support of the Objection, and to place before the Court a document referred to in the *FTX Recovery Trust's Reply in Support of its Objection to the Proofs of Claim Filed by ELD Capital LLC* (the "Reply"), filed concurrently herewith.

4.   I am not being compensated separately for this testimony other than through payments received by A&M as financial advisor retained by the FTX Recovery Trust.[2] A&M was retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") from November 11, 2022 through January 3, 2025, and A&M has been retained by the FTX Recovery Trust since January 3, 2025.

5.   Except as otherwise indicated herein, all the facts set forth in this Supplemental Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by A&M professionals involved in advising the FTX Recovery Trust in the above-captioned cases (the "Chapter 11 Cases") or information provided to me by the FTX Recovery Trust.  If called upon to testify, I could and would testify to the facts set forth herein on that basis.  I am authorized to submit this Supplemental Declaration on behalf of the FTX Recovery Trust.

6.   I have analyzed the data available from the FTX.com Exchange[3] database. The exchange data establishes that, on November 10, 2022, Tron Tokens were deposited into a

---

[2]   The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established through the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404], which became effective on January 3, 2025 [D.I. 29127].

[3]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

deposit address on FTX.com Exchange (the "Tron Wallet"), in the amounts provided in the following table:

| Tron Token | Deposit Amount |
|---|---|
| BTT | 355,971,983,726 |
| HT | 404,100 |
| JST | 2,311,822 |
| SUN | 9,371,410 |
| TRX | 161,500,750 |

7.  While the Tron Credit Facility was operational, customer orders to withdraw Tron Tokens from the FTX.com Exchange and send them to an external address were processed through the Tron Wallet.  Unless cancelled by the customer, these withdrawal orders were successfully processed until the relevant supply of Tron Tokens in the Tron Wallet was effectively depleted.  During this time, some customer withdrawals of Tron Tokens experienced processing delays lasting several hours.

8.  From November 1 to 11, 2022, the Debtors' average daily trading fees totaled approximately $2,700,000.  After posting the Tron Facility Announcement, the Debtors made approximately $90,000 in fees from trades involving Tron Tokens executed by FTX.com customers.  Due to the premium on TRON tokens on the FTX.com Exchange, the Debtors also made approximately $95,000 by selling TRON tokens above market prices.

9.  Attached hereto as Exhibit A is a true and correct copy of an email from DocuSign NA4 System to Samuel Benjamin Bankman-Fried, dated November 11, 2022, with attachment "Omnibus Corporate Authority.doxc.pdf," bearing Bates numbers FTX_ELD Capital_0000026 through FTX_ELD Capital_0000028.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

-4-

Dated:  April 13, 2026

 /s/ *Kumanan Ramanathan*
Kumanan Ramanathan
Alvarez & Marsal North America, LLC
Managing Director
Co-Head of Crypto