**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: April 16, 2026 at 1:00 p.m. (ET)**<br>**Objection Deadline: April 9, 2026 at 4:00 p.m. (ET)** |
| | **Related D.I. 35226** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Grigorii Levchenko, by and through his undersigned counsel, hereby withdraws the *Motion of Grigorii Levchenko to Compel FTX Recovery Trust to (I) Disclose Basis for Excluded Party Designation and (II) Administer Class 5A Dotcom Customer Entitlement Claim* [D.I. 35226], filed on April 1, 2026, without prejudice.

*Remainder of this Page Intentionally Left Blank*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{02222723;v1 }

Dated: April 14, 2026
      Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Email: RPalacio@ashbygeddes.com

-and-

**DAVIS+GILBERT LLP**
Joseph Cioffi
H. Seiji Newman
Adam M. Levy
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Email: jcioffi@dglaw.com
Email: hsnewman@dglaw.com
Email: alevy@dglaw.com

*Counsel to Grigorii Levchenko*