**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 34251 |

**FTX RECOVERY TRUST'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON APRIL 16, 2026 AT 1:00 P.M. (ET)**

**PLEASE TAKE NOTICE** that the FTX Recovery Trust[2] hereby provides the following information regarding the witness that it intends to present and the list of the potential exhibits that it may seek to introduce (the "Witness & Exhibit List"), at the hearing scheduled on April 16, 2026 at 1:00 p.m. (ET) (the "Hearing") regarding the *FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 34251].

**WITNESS INFORMATION**

1.    Name and title of witness: Kumanan Ramanathan, Managing Director and Co-Head of Crypto at Alvarez & Marsal North America, LLC.

2.    Scope of Testimony: The content of Mr. Ramanathan's direct testimony is set forth in the *Declaration of Kumanan Ramanathan in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 34252] (the "Ramanathan Declaration") and *Supplemental Declaration of Kumanan Ramanathan in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 35328] (the "Supplemental Ramanathan

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' (as defined below) confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

Declaration"). The FTX Recovery Trust may elicit additional direct or rebuttal testimony from Mr. Ramanathan at the Hearing.

## EXHIBITS

In connection with the Hearing, the FTX Recovery Trust may seek to use any of the following documents:

| Number | Description |
|---|---|
| FTX-1 | *Declaration of Dominic J. Cubitt in Support of ELD Capital LLC's Objection to the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 34703-1] |
| FTX-2 | Google Form entitled *Huobi and TRON DAO Are Collecting the Records of Tron Tokens Deposited on FTX for Any Possible Redemption Needs*, (Nov. 9, 2022) [D.I. 34703-2] |
| FTX-3 | Amended Proof of Claim No. 91933 filed by ELD Capital LLC [D.I. 34703-3] |
| FTX-4 | *Declaration of Kumanan Ramanathan in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 34252] and any and all exhibits attached thereto |
| FTX-5 | *Supplemental Declaration of Kumanan Ramanathan in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 35328] and any and all exhibits attached thereto |
| FTX-6 | *Declaration of Kimberly A. Brown in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 35329] |
| FTX-7 | Email from ELD Capital LLC to FTX Compliance, attaching Dominic Cubitt's Curriculum Vitae, Mar. 1, 2021 [D.I. 35329-1] |
| FTX-8 | Email from FTX Support to ELD Capital LLC (Nov. 10. 2022) [D.I. 35329-2] |
| FTX-9 | Gillian Tan, *FTX Warns of Bankruptcy Without Rescue for $8 Billion Shortfall* BLOOMBERG LAW, (Nov. 9, 2022) https://news.bloomberglaw.com/crypto/ftx-investors-told-that-without-more-capital-bankruptcy-likely [D.I. 35329-4] |
| FTX-10 | Transcript of the Deposition of Dominic J. Cubitt, April 8, 2026 [D.I. 35329-5] |

## RESERVATION OF RIGHTS

The FTX Recovery Trust reserves all rights to: (i) amend and supplement this Witness and Exhibit List at any time at or prior to the Hearing; (ii) use additional exhibits for purposes of rebuttal or impeachment and to supplement the foregoing exhibit list as appropriate; (iii) rely upon and use as evidence (a) any exhibits included on the exhibit lists of any other party in interest and

(b) any pleading, hearing transcript, order, or other document filed with the Court in these Chapter 11 Cases; (iv) cross examine any and all witnesses proffered at the Hearing; and (v) call any rebuttal witnesses as the FTX Recovery Trust may deem necessary at the Hearing.

Dated: April 15, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      mcguire@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*