

# U.S. Bankruptcy Court

## Delaware Bankruptcy - Wilmington

Receipt Date: Apr 15, 2026 9:25AM

Haixin Ma

Rcpt. No: 10096140                    Trans. Date: Apr 15, 2026 9:25AM                    Cashier ID: #CH (4638)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| TOC | TransferofClaim$ | 22-11068-KBO | 1 | 28.00 | 28.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #55258175285 | 04/15/2026 | $28.00 |
| | | | Total Due Prior to Payment: | $28.00 |
| | | | Total Tendered: | $28.00 |
| | | | Total Cash Received: | $0.00 |

**Debtor**: FTX Trading Ltd.

Exact change only.

Docusign Envelope ID: C0F58039-B5F1-8B86-81D0-3E5F375C7D4E

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.,*<br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered) |

FILED 2026 APR 15 A 9: 22

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
HAIXIN MA

Name of Transferor

Name and Address where notices to transferee should be sent:

Name and Address where notices to transferor should be sent:

HAIXIN MA
11608 SE 47TH PL,
Bellevue, WA 98006
haixinma@gmail.com

Type and Amount of Claim Transferred:

| Claim No./Schedule No./ Unique Customer ID | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: **9459**<br>Schedule No.: **5622851**<br>Unique Customer ID: **02698543** | | 100% | FTX Trading Ltd., et al. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Signed by:

By:  haixin ma
Transferee

Date: 4/9/2026

Docusign Envelope ID: C0F58039-B5F1-8B86-81D0-3E5F375C7D4E

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 & 3571

Docusign Envelope ID: C0F58039-B5F1-8B86-81D0-3E5F375C7D4E

### Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Docusign Envelope ID: C0F58039-B5F1-8B86-81D0-3E5F375C7D4E

## EVIDENCE OF TRANSFER OF CLAIM

**TO:** Clerk, United States Bankruptcy Court, District of Delaware

███████████ (Unique Customer Code: **02698543**) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim dated as of the date hereof, hereby certifies that Seller has unconditionally and irrevocably sold, transferred, and assigned to **HAIXIN MA** ("**Buyer**") all of Seller's right, title, and interest in and to the claims against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, pending in the United States Bankruptcy Court for the District of Delaware, Case No. 22-11068 (KBO) (Jointly Administered).

The Claim is more fully described as (i) Claim No. **9459**, (ii) Schedule No. **5622851**, and (iii) Unique Customer Code **02698543** (collectively, the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, waives any notice or hearing requirements imposed by Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment, with Buyer as the valid owner of the Claim.

You are hereby requested to direct all future payments, distributions, notices, and other communications in Claim to Buyer.

Date: 4/9/2026 _____

| Buyer: *Signed by:* *haixin ma* BA67B8FECB5741D... | Seller: ███████████ |
|---|---|
| Name: HAIXIN MA | Name: ███████████ |
| Email: haixinma@gmail.com | Email: ███████████ |

## Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Docusign Envelope ID: C0F58039-B5F1-8B86-81D0-3E5F375C7D4E

3/26/26, 9:36 PM

FireShot Capture 019 - Kroll Restructuring Administration - [restructuring.ra.kroll.com]

| CRYPTO | ADA-1230 | ASSERTED | -639.0 | -639.0 |
|--------|----------|----------|--------|--------|
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 729 | 729 |
| CRYPTO | AVAX-1230 | ASSERTED | 17.7 | 17.7 |
| CRYPTO | BAL-1230 | ASSERTED | -58.08 | -58.08 |
| CRYPTO | BNB-1230 | ASSERTED | -0.999999999999999 | -0.999999999999999 |
| CRYPTO | BTC-1230 | ASSERTED | -0.0168 | -0.0168 |
| CRYPTO | COMP-1230 | ASSERTED | -22.9002 | -22.9002 |
| CRYPTO | DEFI-1230 | ASSERTED | -0.161 | -0.161 |
| CRYPTO | DOGE-1230 | ASSERTED | -14696.0 | -14696.0 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 15089 | 15089 |
| CRYPTO | EOS-1230 | ASSERTED | 498.4 | 498.4 |
| CRYPTO | EXCH-1230 | ASSERTED | -0.0979999999999999 | -0.0979999999999999 |
| CRYPTO | FTT | ASSERTED | 7.13692012 | 7.13692012 |
| CRYPTO | GMT-1230 | ASSERTED | 2788.0 | 2788.0 |
| CRYPTO | LTC-1230 | ASSERTED | -1.72 | -1.72 |
| CRYPTO | SHIT-1230 | ASSERTED | -0.154 | -0.154 |
| CRYPTO | SOL-1230 | ASSERTED | -19.5100000000002 | -19.5100000000002 |
| CRYPTO | SUSHI-1230 | ASSERTED | 267.5 | 267.5 |
| CRYPTO | SXP-1230 | ASSERTED | -2023.9666 | -2023.9666 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 2035 | 2035 |
| CRYPTO | TRX-1230 | ASSERTED | -4058.0 | -4058.0 |
| CRYPTO | Note: "Other" Ticker/Quantity populated on claim form | ASSERTED | 5200 | 5200 |
| CRYPTO | UNI-1230 | ASSERTED | -170.4 | -170.4 |
| CRYPTO | XTZ-1230 | ASSERTED | 242.204 | 242.204 |

Docusign Envelope ID: C0F58039-B5F1-8B86-81D0-3E5F375C7D4E

FireShot Capture 019 - Kroll Restructuring Administration - [restructuring.ra.kroll.com]

| FIAT | USD | | ASSERTED | 9786.208885587412 | 9786.208885587412 |
|------|-----|--|----------|--------------------|--------------------|

## Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|------------|------------------|------------|-----------------|-------|--------|
| 04/28/2025 | (REDACTED) FTX Recovery Trust's One Hundred Sixty... | 06/27/2025 | Order Sustaining FTX Recovery Trust's One Hundred... | Modified Claims | Ordered |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of

🔲 Open in new window