**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ELD CAPITAL LLC'S WITNESS AND EXHIBIT LIST
FOR HEARING ON APRIL 16, 2026 AT 1:00 P.M. (ET)**

**PLEASE TAKE NOTICE** that ELD Capital LLC ("ELD Capital") hereby provides the

following information regarding the witness that it intends to present and the list of the potential

exhibits that it may seek to introduce at the hearing scheduled on April 16, 2026 at 1:00 p.m.

(ET) (the "Hearing") regarding the FTX Recovery Trust's Objection to Proofs of Claim Filed by

ELD Capital LLC [D.I. 34251].

**WITNESS INFORMATION**

| Name | Scope of Testimony |
|---|---|
| Dominic J. Cubitt | Mr. Cubitt and his wife are the principals of ELD Capital.  Mr. Cubitt will testify about the nature and activities of ELD Capital; ELD Capital's exposure to the Debtor's announcement of the Tron special facility at issue in ELD Capital's claim; ELD Capital's knowledge regarding the Debtor's financial condition in the lead up and on November 10 and 11, 2022; ELD Capital's trading activities in the lead up to and on November 10 and 11, 2022; ELD Capital's understanding of and attempts to use the Tron special facility at issue; and ELD Capital's losses.  The content of Mr. Cubitt's testimony is set forth, in part, in the *Declaration of Dominic J. Cubitt in Support of ELD Capital LLC's Objection to the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* and ELD Capital intends to elicit additional direct or rebuttal testimony from Mr. Cubitt at the Hearing. |

---

[1]The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## EXHIBITS

ELD Capital may seek to use any of the following documents:[2]

| Number | Description |
|---|---|
| ELD-1 | *Declaration of Dominic J. Cubitt in Support of ELD Capital LLC's Objection to the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 34703-1] and all exhibits attached thereto |
| ELD-2 | *Declaration of Alec J. Berin in Support of ELD Capital LLC's Objection to the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [34703-5] and all exhibits attached thereto |
| ELD-3 | Amended Proof of Claim No. 91933 filed by ELD Capital LLC [D.I. 34703-3] |
| ELD-4 | *Declaration of Kumanan Ramanathan in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 34252] and any and all exhibits attached thereto |
| ELD-5 | *Supplemental Declaration of Kumanan Ramanathan in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 35328] and any and all exhibits attached thereto |
| ELD-6 | *Declaration of Kimberly A. Brown in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 35329] |
| ELD-7 | FTX Recovery Trust's Responses and Objections to ELD Capital LLC's Requests for Production of Documents dated April 6, 2026 |
| ELD-8 | Letter of Intent between Tron Network Limited and FTX Trading Limited dated November 10, 2022 (produced at FTX_ELD Capital_0000014) |
| ELD-9 | Omnibus Corporate Authority (produced at FTX_ELD Capital_0000028) |
| ELD-10 | File reflecting python code from FTX Exchange (produced at FTX_ELD Capital_0000029) |

## RESERVATION OF RIGHTS

ELD Capital reserves all rights to: (i) amend and supplement this Witness and Exhibit List at any time at or prior to the Hearing; (ii) use additional exhibits for purposes of rebuttal or impeachment and to supplement the foregoing exhibit list as appropriate; (iii) rely upon and use as evidence (a) any exhibits included on the exhibit lists of any other party in interest and (b) any

---

[2]Certain of these documents have been designated as "Confidential Material" or "Highly Confidential Material" by the FTX Recovery Trust ("Trust") pursuant to the Confidentiality Agreement and Stipulated Protective Order ("Order") effective in these proceedings.  Counsel for ELD Capital will confer with counsel for the Trust pursuant to the Order regarding the use of these documents at the Hearing.  *See* Order, at ¶ 9.

pleading, hearing transcript, order, or other document filed with the Court in these Chapter 11 Cases; (iv) cross examine any and all witnesses proffered at the Hearing; and (v) call any rebuttal witnesses as the ELD Capital may deem necessary at the Hearing.

Dated: April 15, 2026

Respectfully submitted,

**DILWORTH PAXSON LLP**

/s/ *Peter C. Hughes*
Peter C. Hughes, Esquire
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone: (215) 575-7282
Email: phughes@dilworthlaw.com

**MILLER SHAH LLP**

/s/ *Alec J. Berin*
James E. Miller, Esquire
Alec J. Berin, Esquire
1845 Walnut Street
Philadelphia, PA 19103
Telephone: (866) 540-5505
Email: jemiller@millershah.com
        ajberin@millershah.com

*Counsel for ELD Capital LLC*

3