# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>Defendants. | Adv. Pro. No. 24-50188 (KBO) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>Defendants. | Adv. Pro. No. 24-50214 (KBO) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0085624.}

FTX RECOVERY TRUST,

                                Plaintiff,

                        - against -

                                                        Adv. Pro. No. 25-50635 (KBO)

KUROSEMI INC.,

                                Defendant.

**THIRD AMENDED² NOTICE OF AGENDA FOR HEARING SCHEDULED FOR APRIL 16, 2026 AT 1:00 P.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**

**Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

**ADJOURNED MATTERS:**

1.      Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

        Status: This matter is adjourned to a date to be determined.

2.      FTX Recovery Trust's Motion to Enforce Prior Orders That Preclude Seth Melamed from Asserting New Claims in Arbitration [D.I. 35243, filed on April 2, 2026]

        Status: This matter is adjourned to the hearing scheduled for May 14, 2026.

---

² **Amended items appear in bold.**

{1368.003-W0085624.}                          - 2 -

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS**:

3.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

    Status: This matter is adjourned to a date to be determined.

4.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

    Status: This matter is adjourned to a date to be determined.

5.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Kurosemi Inc.*, Adv. No. 25-50635 – Adv. D.I. 3, 4 & 5, filed on May 1, 23 & 30, 2025]

    Status: This matter is adjourned to a date to be determined.

**RESOLVED MATTERS:**

6.  FTX Recovery Trust's One Hundred Ninety-Ninth (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims) [D.I. 34863, filed on March 10, 2026]

    Status: On April 13, 2026, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD:**

7.  FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC [D.I. 34251, filed on January 2, 2026]

    Objection Deadline: February 13, 2026 at 4:00 p.m. (ET)

    Responses Received:

    A.  ELD Capital LLC's Objection to the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC [D.I. 34703, filed on February 13, 2026]

    Related Documents:

    A.  Declaration of Kumanan Ramanathan in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC [D.I. 34252, filed on January 2, 2026]

B.    FTX Recovery Trust's Reply in Support of Its Objection to the Proofs of Claim Filed by ELD Capital LLC [D.I. 35327, filed on April 13, 2026]

C.    Supplemental Declaration of Kumanan Ramanathan in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC [D.I. 35328, filed on April 13, 2026]

D.    [SEALED] Declaration of Kimberly A. Brown in Support of the FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC [D.I. 35329, filed on April 13, 2026]

E.    FTX Recovery Trust's Witness and Exhibit List for Hearing on April 16, 2026 at 1:00 P.M. (ET) [D.I. 35357, filed on April 15, 2026]

F.    ELD Capital LLC's Witness and Exhibit List for Hearing on April 16, 2026 at 1:00 p.m. (ET) [D.I. 35361, filed on April 15, 2026]

**G.    FTX Recovery Trust's Amended Witness and Exhibit List for Hearing on April 16, 2026 at 1:00 P.M. (ET) [D.I. 35363, filed on April 15, 2026]**

Status: This matter is going forward.

8.    Motion of Grigorii Levchenko to Compel FTX Recovery Trust to (I) Disclose Basis for Excluded Party Designation and (II) Administer Class 5A Dotcom Customer Entitlement Claim [D.I. 35226, filed on April 1, 2026]

Objection Deadline: April 9, 2026 at 4:00 p.m. (ET)

Responses Received:

A.    Objection of the FTX Recovery Trust to the Motion of Grigorii Levchenko to Compel FTX Recovery Trust to (I) Disclose Basis for Excluded Party Designation and (II) Administer Class 5A Dotcom Customer Entitlement Claim [D.I. 35307, filed on April 9, 2026]

Related Documents:

A.    Notice of Withdrawal [D.I. 35350, filed on April 14, 2026]

Status: This motion has been withdrawn.  Accordingly, a hearing regarding this matter is not required.

Dated: April 15, 2026
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*