| Name | Law Firm | Client Representing |
|---|---|---|
| Brian Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Stephen Clarke | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Kim Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| George Williams | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Peter C Hughes | Dilworth Paxson | ELD Capital |
| Alec J. Berin | Miller Shah LLP | ELD Capital LLC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alex | | Bisogno | abisogno@willkie.com | Willkie Farr & Gallagher LLP | 787 7th Avenue | | New York | NY | 10019 | 212-728-3049 | | 24-50188-KBO | FTX Recovery Trust v. Foris DAX MT Ltd. et al | Video and Audio |
| William | | Collins | wcollins@willkie.com | Willkie Farr & Gallagher LLP | 787 7th Avenue | | New York | NY | 10019 | 2.13E+09 | | 24-50188-KBO | FTX Recovery Trust v. Foris DAX MT Ltd. et al | Video and Audio |
| Taylor | | Harrison | taylor.harrison@iongroup.com | | 1345 Sixth Avenue | | New York | NY | | 8.6E+09 | | 24-50188-KBO | FTX Recovery Trust v. Foris DAX MT Ltd. et al | Audio Only |
| Cathy | | Ta | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 24-50188-KBO | FTX Recovery Trust v. Foris DAX MT Ltd. et al | Audio Only |
| Landis Rath | & Cobb LLP | ramirez@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market | Suite 1800 | Wilmington | DE | 19801 | 3.02E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| David | | Adler | dadler@mccarter.com | McCarter & English | 250 W 55th Street, 13th Floor | | New York | NY | 10019 | 212-609-6847 | Seth Melamed | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Michele | | Angell | mangell@westermanllp.com | Westerman Ball Ederer Miller Zucker & Sharfstein, | 1201 RXR Plaza | | Uniondale | NY | 11556 | 516-622-9200 | Weiwei Ji, Liu Jing, Shengkun Ji, SCI Ventures Co | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Hills Road | | White Plains | NY | 10603 | 9.14E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Brett | | Bakemeyer | brett.bakemeyer@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819-8200 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Nicholas | | Baker | nbaker@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Aziza | | Benasker | aziza@benasker.com | | 47 Rue cler | (Rdrct 22 rue des Fillettes 75018) | Paris | | 75007 | 07795480 36 | Creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Daizhuo | | Chen | chendaizhuo@gmail.com | | 7080 W Rome Blvd | | Las Vegas | NV | 89131 | 6.46E+09 | Self | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Stephen | H. | Clarke | clarkest@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Dominic | M. | Cubitt | eld.capital@protonmail.ch | ELD Capital LLC | 1650 Market Street | Suite 1200 | Philadelphia | PA | 19103 | 8.57E+09 | ELD Capital LLC | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Middle | Last | Email | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Representing | Case | Debtor | Access |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Samuel | G. | Darby | darbys@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Chad | | Flick | cflick@hudsonbaycapial.com | | 290 Harbor Drive | | Stamford | CT | 06902 | 203-718-5691 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Brooke | | Giddon | brooke.giddon@davispolk.com | | 450 Lexington Avenue | | New York | NY | 10017 | 9.18E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | | 313-284-7244 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Taylor | | Harrison | taylor.harrison@iongroup.com | | 1345 Sixth Avenue | | New York | NY | 10105 | 8.6E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Batoul | S.A. | Husain | batoul.husain@stblaw.com | Simpson Thacher & Bartlett LLP | 900 G Street, N.W. | | Washington | DC | 20001 | 2.13E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Justin | | Kane | justin.kane@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | DC | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexa | J. | Kranzley | kranzleya@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Phoebe | A. | Lavin | lavinp@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mike | | Legge | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Matthew | B. | McGuire | mcguire@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mr. | | Purple | mr.purple.dj@gmail.com | | 1060 West Addison | | Chicago | IL | 12345 | 8.01E+09 | Creditors | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Howard | W | Robertson | robertson@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Ste 1800 | Wilmington | DE | 19899 | 302-467-4426 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Melissa | L | Romano | mromano@potteranderson.com | | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | 302-984-6000 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Brendan | Joseph | Schlauch | schlauch@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 x7749 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexander | R. | Steiger | steiger@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | MI | Last | Email | Firm | Address | Suite | City | State | Zip | Phone | Party | Case | Entity | Access |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Luke | H. | Van Holten | vanholtenl@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| George | A | Williams | williams@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Becky | | Yerak | becky.yerak@wsj.com | Wall Street Journal | 401 JUSTISON ST | suite 347 | Wilmington | DE | 19801 | 3.13E+09 | News Corp | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jonathan | | Youngwood | jyoungwood@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Aleksandra | | Abramova | aabramova@thompsoncoburn.com | Thompson Coburn LLP | 488 Madison Avenue | | New York | NY | 10022 | 2.12E+09 | Official Committee of Unsecured Creditors | 25-12188-KBO | GST, Inc. | Video and Audio |
| Aleksandra | | Abramova | aabramova@thompsoncoburn.com | Thompson Coburn | 488 Madison Ave | | New York | NY | 10022 | 212-478-7200 | Official Committee of Unsecured Creditors of GST, | 25-12188-KBO | GST, Inc. | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Hills Road | | White Plains | NY | 10603 | 9.14E+09 | | 25-12188-KBO | GST, Inc. | Audio Only |
| Carollynn | | Callari | ccallari@raineslaw.com | Raines Feldman Littrell LLP | 1350 Avenue of the Americas | 22nd Floor | New York | NY | 10019 | (917) 790-7103 | Winners Alliance Inc. | 25-12188-KBO | GST, Inc. | Video and Audio |
| Jim | | Carr | Jim@carr-hughes.com | | 1313 N. Market Street | | Wilmington | DE | 19801 | 302-295-0191 | Committee | 25-12188-KBO | GST, Inc. | Video and Audio |
| Billy | | Cromarty | billy@girraphic.com | | 1313 N. Market Street | | Wilmington | DE | 19801 | 302-295-0191 | Committee | 25-12188-KBO | GST, Inc. | Video and Audio |
| Mark | | Fulton | mark@momentumbroadcast.co.uk | | 1313 N. Market Street | | Wilmington | DE | 19801 | 302-295-0191 | Committee | 25-12188-KBO | GST, Inc. | Video and Audio |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 25-12188-KBO | GST, Inc. | Audio Only |
| Stephen | | Gera | steve@grandslamtrack.com | | 322 Culver Boulevard | Suite 150 | Playa Del Ray | CA | 90293 | 949-357-2360 | Debtor | 25-12188-KBO | GST, Inc. | Video and Audio |
| Carly | | Golboro | Carly.Golboro@PMYGroup.com | PMY ETS (USA), Inc | 3424 Midcourt Rd | &#035;124 | Carrollton | TX | 75006 | 972-934-3700 | PMY | 25-12188-KBO | GST, Inc. | Audio Only |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 25-12188-KBO | GST, Inc. | Audio Only |
| Bryan | J | Hall | hall@chipmanbrown.com | Chipman Brown Cicero & Cole LLP | 1313 N. Market Street | Suite 5400 | Wilmington | DE | 19801 | 302-295-0191 | Official Committee of Unsecured Creditors | 25-12188-KBO | GST, Inc. | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Suite/PO Box | City | State | Zip | Phone | Represents | Case | Entity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taylor | | Harrison | taylor.harrison@iongroup.com | | 1345 Sixth Avenue | | New York | NY | | 8.6E+09 | | 25-12188-KBO | GST, Inc. | Audio Only |
| Michael | | Johnson | mj@grandslamtrack.com | | 322 Culver Boulevard | Suite 150 | Playa Del Ray | CA | 90293 | 949-357-2360 | Debtor | 25-12188-KBO | GST, Inc. | Video and Audio |
| Jeff | | Kaplan | jkaplan@crgfinancial.com | | 84 Herbert Ave. | | Closter | NJ | 07624 | 917-754-9852 | | 25-12188-KBO | GST, Inc. | Video and Audio |
| Brian | P | Karpuk | brian.karpuk@stretto.com | Stretto | 13813 Meadow Ln | | Leawood | KS | 66224 | 3.13E+09 | Stretto - Claims Agent | 25-12188-KBO | GST, Inc. | Video and Audio |
| Chad | | Kurtz | ckurtz@force10partners.com | Force Ten | 5271 California Avenue | Suite 270 | Irvine | CA | 92617 | 9.49E+09 | Debtor | 25-12188-KBO | GST, Inc. | Video and Audio |
| Don | | Lockerbie | dlockerbie@parkerinternational.com | The Parker Company | 6205 Blue Lagoon Drive | Suite 300 | Miami | FL | 33126 | 3.05E+09 | The Parker Company | 25-12188-KBO | GST, Inc. | Video and Audio |
| Matthew | P. | Milana | mmilana@reedsmith.com | Richards, Layton & Finger | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | 302-651-7700 | Debtor | 25-12188-KBO | GST, Inc. | Video and Audio |
| Joseph | | Orbach | JOrbach@thompsoncoburn.com | Thompson Coburn LLP | 488 Madison Avenue | | New York | NY | 10022 | 2.12E+09 | Official Committee of Unsecured Creditors | 25-12188-KBO | GST, Inc. | Video and Audio |
| Mark | T. | Power | mpower@thompsoncoburn.com | Thompson Coburn LLP | 488 Madison Avenue | | New York | NY | 10022 | 2.12E+09 | Official Committee of Unsecured Creditors | 25-12188-KBO | GST, Inc. | Video and Audio |
| Hamid | | Rafatjoo | hrafatjoo@raineslaw.com | Raines Feldman Littrell LLP | 4675 MacArthur Ct | Suite 1550 | Newport Beach | CA | 92660 | (310) 424-4084 | Winners Alliance Inc. | 25-12188-KBO | GST, Inc. | Video and Audio |
| Nick | | Rubin | nrubin@force10partners.com | Force Ten | 5271 California Avenue | Suite 270 | Irvine | CA | 92617 | 9.49E+09 | Debtor | 25-12188-KBO | GST, Inc. | Video and Audio |
| Ben | | Sosenko | ben@srkstrategies.com | | 1313 N. Market St | | Wilmington | DE | 19801 | 302-295-0191 | Committee | 25-12188-KBO | GST, Inc. | Video and Audio |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 25-12188-KBO | GST, Inc. | Audio Only |
| Sabrina | | Tu | sabrina.tu@stretto.com | Stretto | 410 Exchange | Suite 100 | Irvine | CA | 92602 | 949-771-1652 | | 25-12188-KBO | GST, Inc. | Audio Only |
| Maria | | Whalen | whalen@chipmanbrown.com | Chipman Brown Cicero & Cole | 1313 North Market Street | Suite 5400 | Wilmington | DE | 19801 | 3.02E+09 | Committee | 25-12188-KBO | GST, Inc. | Video and Audio |