**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF KIMBERLY A. BROWN IN SUPPORT OF THE FTX RECOVERY**
**TRUST'S OBJECTION TO PROOFS OF CLAIM**
**FILED BY ELD CAPITAL LLC**

I, Kimberly A. Brown, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a member in good standing of the Bar of the State of Delaware and have been admitted to practice before this Court.  I am a partner of Landis Rath & Cobb LLP and am one of the attorneys representing the FTX Recovery Trust[2] in the above-captioned proceedings. I submit this declaration in further support of the *FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC* [D.I. 34251] (the "Objection"), and in support of the *FTX Recovery Trust's Reply in Support of its Objection to the Proofs of Claim Filed by ELD Capital LLC* (the "Reply"), filed concurrently herewith, to place before the Court certain documents referenced in the Reply.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established through the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404], which became effective on January 3, 2025 [D.I. 29127].

2.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an email from eld.capital@protonmail.ch to compliance@ftx.com, dated March 1, 2021, which was marked as Exhibit 2 during the deposition of Dominic Cubitt on April 8, 2026, with attachment "DOMINIC CUBITT CV.docx" which was marked as Exhibit 3 during the deposition of Dominic Cubitt on April 8, 2026.

3.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of an email from support@ftx.com to eld.capital@protonmail.ch, dated November 10, 2022 as produced by ELD Capital bearing Bates number ELD000024.

4.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a November 10, 2022 announcement made by the FTX Group (@FTX_Official) on Twitter, including comments made by Twitter users on the announcement.

5.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a November 9, 2022 Bloomberg Law News article titled "FTX Warns of Bankruptcy Without Rescue for $8 Billion Shortfall," which was marked as Exhibit 6 during the deposition of Dominic Cubitt on April 8, 2026.

6.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the Transcript of the Deposition of Dominic Cubitt on April 8, 2026 (the "<u>Cubitt Transcript</u>").

Executed in Wilmington, Delaware, on this 13th day of April 2026.

*/s/ Kimberly A. Brown*
Kimberly A. Brown
