# EXHIBIT 1

| | |
|---|---|
| **From:** | "eld.capital" <eld.capital@protonmail.ch> |
| **Sent:** | Mon 3/1/2021 9:35:20 AM (UTC) |
| **To:** | "compliance@ftx.com" <compliance@ftx.com> |
| **Subject:** | Re: FTX Account Verification |
| **Attachment:** | DOMINIC CUBITT CV.docx |

Dear Team

Apologies for the delay, please find attached Dominic's CV.
We've been using Binance and Bitmex but are unhappy with both of these platforms for various reasons. Hoping to join FTX soon, as a recommendation from Willy Woo.
Looking forward to hearing back from you.

Kind regards
Leona


Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, February 2, 2021 5:07 PM, eld.capital <eld.capital@protonmail.ch> wrote:


> Dear Team
> We are working on Dominic's CV - it's been a while since he's updated it and is taking a bit of time. Hopefully next week we will have it ready to send to you.
>
> Thanks
> Leona
>
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Thursday, January 28, 2021 3:03 AM, FTX Cryptocurrency Derivatives Exchange <compliance@ftx.com> wrote:
>
>
>> Dear Leona,
>>
>> Well received with thanks.
>>
>> Regarding the CV/resumes, they are collected as proof of source of wealth as we are unable to find online information regarding the entity and Mr. Cubitt. Sorry if any inconvenience caused.

**Exhibit 2**

04/08/2026

It is fine if your CV/resume is not provided, however, we need to obtain the document for Mr. Cubitt.
Thank you in advance.

Regards,
FTX Verification Team

On January 28, 2021, 3:37 AM GMT+8 eld.capital@protonmail.ch wrote:

Hello
Please find attached two proof of address documents. With regards to the request for CV/resumes - could you explain why this is needed, we haven't ever been asked for this before by any other exchange and wondered what the reason is.

Thanks in advance
Leona

Sent with ProtonMail Secure Email.

------- Original Message -------
On Monday, January 25, 2021 11:18 AM, eld.capital <eld.capital@protonmail.ch> wrote:

Perfect, thank you

Sent from ProtonMail Mobile

On Mon, Jan 25, 2021 at 11:17, FTX Cryptocurrency Derivatives Exchange <compliance@ftx.com> wrote:

Dear Leona,

In view of that, please ignore providing item 2.

Regards,
FTX Verification Team

On January 25, 2021, 6:16 PM GMT+8 [eld.capital@protonmail.ch](mailto:eld.capital@protonmail.ch) wrote:

Dear Verification team

Thank you very much for the reply.

We have not yet set up a bank account. Is this a requirement to complete the verification?

In the meantime I will work on providing you with the details in number 1.

Thanks in advance
Leona

Sent from ProtonMail Mobile

On Mon, Jan 25, 2021 at 06:18, FTX Cryptocurrency Derivatives Exchange <[compliance@ftx.com](mailto:compliance@ftx.com)> wrote:

Dear client,

Thank you for registering with FTX, we are excited to have you!

In order to finish the verification for ELD Capital LLC, please kindly provide the following:
1) CV/resumes and address proofs for the following within the past 3 months - We accept utility bill/ba

nk statement/government issued document:

- Dominic John Cubitt
- Leona Sammon

2) Bank statement for ELD Capital LLC within the past 3 months

Should you have any question, please do not hesitate to contact us.

Thank You,

FTX
Verific
ation
Team

## DOMINIC CUBITT

Husband and Father, Entrepreneur, Investor, Trader, Artificial Intelligence Researcher, Coder, CPU Miner before the 'Magic The Gathering' phase started.

Positions Held

- Manager – ELD Capital LLC: 2020 to Date
- CTO – Lode Audio Ltd: 2012 to 2018
- Quant Trader (FX & Crypto) – Algo Platform: 2009 to 2020
- Cofounder & CTO – Nstance Ltd: 2005 to 2009
- UK Government SC Cleared: 2002 to 2004
- Senior Consultant - Capital International: 2002
- Technical Director – KL Ltd: 2001 to 2002
- Senior Consultant – Borland: 2000 to 2001
  - Datacard Platform 7 (American Express): UK – London
  - Ericsson R&D: China – Shanghai
  - CV Retail: UK – London
  - First e Bank: Ireland - Dublin & Germany – Frankfurt
  - Infonet: Holland – Amsterdam
  - First e Bank: Ireland - Dublin
- Consultant - Sema Group: 1999 to 2000
- Developer - 101010 Ltd. / ABN Amro - 1998 to 1999
- Business Analyst - Reuters Plc - 1996 to 1998
- Developer - Virgo Software Ltd. - 1994 to 1996

Patents:

- WO2007129070A2 (LOB) Data Processing Tool
- WO2016030694A1 A system for transmitting low latency, synchronised audio

European Design registrations:

- 000528781-0001
- 000528781-0002
- 000528781-0003

<div style="border:3px solid black; background-color:#FFD700; text-align:center; font-weight:bold;">

**Exhibit 3**

04/08/2026

</div>

Qualifications:

- B.Sc. (Hons) Computer Science with Artificial Intelligence - Essex University England
- H.N.D. Industrial Software Engineering - Anglia Ruskin University England

Analytical & Trading Skills

Macro Thesis Generation, discretionary swing trading, inverse perp swap hedging, cash and carry. Technical Analysis and Automated Machine and Deep learning trading systems.

Current Research

- Market Microstructure Deep Reinforcement Learning for Market Making using an information theoretic LOB sampling approach.
- Blockchain block analytics to automate macro bias (autoencoders).

Markets & Broker's API's

PAT Systems (Acquired by ION) and Trading Technologies, Futures, FIX 4.2. Oanda's, FX, Java API. Various Crypto Web Socket's.

Technical Background

Started with a ZX81, later got a copy of Kernighan & Ritchie, obsessed with cellular automata, writing directly to screen memory. C, Java, shame about Sun Microsystems, Python, C++17. Architecture and design principles using UML as a team communication mechanism. Linux is the way.

Machine & Deep (Reinforcement/Supervised/Unsupervised) Learning

Hibernated through the AI winder and woke 15 years later, when Hinton's Restricted Boltzmann machine layered into a Deep Belief Network made 1% MNIST error. Closely followed Hinton's ImageNet work using Deep Convolutional Nets (that really ought to have come from Yann LeCun's Lab), to welcome the AI revolution. Can't proceed without mentioning Yoshua Benjio's seminal work on Autoencoders and Jürgen Schmidhuber's beautiful LSTM design.
Early hand written framework using Java, too slow. Java JNI to C++ framework using BLAS; Java is horrible for this. Along comes Tensorflow+GPU, buggy as hell early on, but I don't enjoy Lua (Torch 7). Production trading models using Tensorflow 1.x (moderate success). Tensorflow 2.0 to 2.1 horrible performance problems and incompatibility. PyTorch is the way.

Soft Skills

Always working to overcome the criticism of having a 'take no prisoners' management style.

Notable Achievements

- Researched and deployed deep (fairly shallow really) learning portfolio selection trading system.
- Built own buy side trading infrastructure, including low latency tick database and complex event processor. Implemented mean reversion stat-arb style fully automated trading system.
- Designed and coded a low latency synchronized audio distribution protocol, on a very tight budget.
- Having been given a team and office space in Detica (then CEO Tom Black later Acquired by BAe Systems 2008), delivered on the promise of replicating the functionality of one of the top document management systems, but with 6 orders of magnitude performance improvement, in just 3 months.

Appendix A – The Details

**Manager – ELD Capital, 2020 to date**

With the capital base and intellectual property from Algo Platform and with an investment partner and associated capital, we decided to start ELD Capital as a Crypto focused private fund. ELD inherits all intellectual property from Algo Platform and considerable international finance experience from my partner.

We focus on the development of a macro thesis to give us bias into the market state based on, on chain analysis from third parties, and from the cyclical nature of the asset class. Within this framework we seek to scale in and out with the ebb and flow of the market.

We conduct constant research over the market trying to identify trends and emergent breakthroughs with an associated allocation.

We have two areas of active technology research.

- An information theoretic sampling method for limit order book deep reinforcement learning for Market Making.
- Automatic macro bias generation derived directly from the blockchain.

Both of these research avenues use machine and deep learning.

**Quant Trader (FX & Crypto) – Algo Platform, 2009 to 2020**

Low latency, algorithmic trading system in Java including all the tools necessary for analysis, back testing, production and monitoring, together with trading and risk management models.

The system consists of many proprietary components:

- High performance tick/event database specifically designed to deal with real time event data.
- JTA compatible transaction manager for production.
- High performance Complex event processor with a native language query interface.
- Container in which the event processing nodes sit. Supporting the event processing nodes with annotation driven IOC/Dependency injection and service source and sink generation as well as a host of other services.

Analysis is facilitated using the Eclipse RCP framework enhanced with many plugins. The plugins provide an analysis project type and access to many components to build studies and run simulations and develop market models. Broker integration is to Oanda and LMAX.

A simulation is made at the tick level with a fully loaded simulation environment with broker simulation/risk management/model integration/stats generation, the system processes over 1 million events per second, it also stores the entire dataset ready for later analysis.

The graphing tools developed are data size independent as each simulation produces gigabytes of event data. It is possible to zoom in and out of the entire dataset in real time. This is achieved by strategically creating indexes when the data is stored at increasing levels of abstraction.

The system is cloud based and uses the Amazon EC2 Grid for production. The alarm monitoring system uses Google App Engine, with telephony integration to Tropo.

It is designed to run autonomously and unmanned, only requiring intervention when an alarm is raised. An alarm will produce a telephone call, to bring to attention the alert, and to acknowledge it, such that remedial action can be taken.

Grid based optimisation and Monte Carlo simulation is achieved using the Hazelcast distributed data grid libraries, however this is just for job distribution. Data distribution is built into the tick/event database.
Trading and risk management models have been deployed and require only weekly parameter updates, based on results from optimisation.

Model concept to development and testing through to optimisation and deployment can now be achieved in less than one day.

Strategies included fairly high frequency stat-arb style mean reversion of the FX market and later a momentum style trading system for the Crypto.

Further development includes machine learning extensions, and a variety of models were used including a deep reinforcement learning system trading FX, and later a pick-the-winner style portfolio optimization model on crypto alts.

Much of the work involved developing a series of strategies to deal with deep model's overfitting, and coping with very low signal to noise ratio of financial data.

**CTO – Lode Audio Ltd: 2012 to 2018**

Joined the board as a shareholder and director (CTO) responsible for R&D. Successfully developed and patented the technology to play multi-room synchronized audio over IP into the custom control industry.

With the technology entering a maintenance cycle my role is complete and I no longer maintain an executive position within the company.

See http://www.lodeaudio.com for details of the technology. I maintain a going concern in the company.

**Cofounder & CTO - Nstance Ltd. 2005 to 2009**

Nstance was started to produce an integrated, professional, mobile trading solution that would allow both proprietary and institutional traders to trade away from their desks and keep in touch with the markets, including price activity, order book and P&L.

With initial seed capital of £100k, the technology was developed to a demonstrable point positioning the company for further investment. We successfully gained additional investment of over £250k, to complete the technology and take the product to market. The company established strategic partners with two major ECNs, completed the technology and gained initial customers.

- Created the business plan and developed the financial forecasts.
- Successfully negotiated and gained over £250k investment in a mezzanine structure from 12 Angel investors.
- Successfully passed the investment due diligence conducted by the London Technology Fund.
- Negotiated the Investment Agreement, New Articles of Association and Warrants.
- Formed strategic development relationships with two major Futures Trading ISVs, PAT Systems, TT.
- Managed the development of the technology and product solution, integrating to both PATS and TT, using the FIX Protocol.
- Successfully passed conformance testing allowing the product to be used in a live trading environment through both PATs and TT.

- Managed the creation of the office and development infrastructure.
- Patented Key parts of the technology (see above)
- European Design registrations (see above)
- Performed numerous demonstrations during sales meeting to clients including Morgan Stanley, Lehman Brothers, Man Financial, Marex etc...
- Gained in depth knowledge of the Futures market
- Developed by far the majority of the end-to-end system.

Java 1.6 on the server side, integration to the sell side using FIX protocol; in both cases (PATS and TT), a slightly modified FIX 4.2. Spring Framework for Inversion of Control and Hibernate for ORM against PostgreSQL 8.

The protocol is proprietary, specifically for transporting financial data over the mobile data network with as little latency as possible, imposes stringent SLAs on the line to ensure continuous communication, using a bilateral heartbeat. Automatic line reconnection and application state synchronisation is another feature of the protocol (in the case the user passes an area of no signal). Implemented using NIO on the server side utilising the MINA libraries. The server is multi-threaded, with special attention given to the configuration of the garbage collector to ensure consistent and predictable garbage collection cycles.

Server administration used jBoss J2EE container with EJB and JSF (myFaces) on the front end. The client (Pocket PC) is a mixed language solution comprising mostly of java using IBM's j9 J2ME Foundation Profile 1.1 JVM and C++ performing platform specific functions such as monitoring of battery levels, backlight control, GPRS/3G dialling integration etc… SWT was selected for the widget library. All communication to the server is done over SSL.

**2002 to 2004 (UK Government SC Cleared)**

The department was undergoing a technology transformation project, as a result of criticisms cited within the Butler Report. I served two high priority projects to provide tighter regulatory conformance with Regulation of Investigatory Powers Act and the Police Act.

I managed two teams of architects and liaised with multiple agencies, to provide detailed specifications for both projects. Extensive UML 4+1 views were created, including fully dressed use cases based on Cockburn's interpretation, as well as activity diagrams and many domain models.

In addition, I was the Business representative for the OJEC procurement for the departmental wide EAI solution, with particular focus on Business Process Management (BPM) and Workflow. This involved liaising with the various stakeholders and potential providers amassing criteria and scoring solutions. Eventually the department chose BEA's Weblogic vertical stack.

Further information by request only.

**Senior Consultant - Capital International, 2002**

Capital International is a large privately owned Fund. UK regulatory requirements require delivery of accounting information to their clients, relating to the investments made. This is traditionally achieved by sending out glossy accounting statements on a quarterly basis and summary information on interim accounts. While this is cost effective for the institutional side of the business, a website was seen as a more cost-effective way of delivering the accounts to the retail sector.

My role here was to manage the delivery of a solution that took the accounts from 3 source systems together with the meta data for each client account, performed meta data translation and neutralisation for presentation into bespoke components, delivered from a 3rd party American company called Plural. Much of the work here was to manage Plural and report the issues that arose from the components delivered and to give advice on possible solutions allowing

delivery of the website into user acceptance testing. The architecture used here was Weblogic 7 using EJB 2.0 and Documentum 5.

**Technical Director - KL Limited; October 2001 to May 2002**

I joined KL as a start-up company to deliver the technology required to run the business. I was responsible for analysing all business processes and distilling them into technical requirements, followed by taking these use case requirements and producing an Architecture and Design. I was responsible for producing a prototype, delivered using ASP.NET/JavaScript for the client side web technology and an OO TopLink / java server using SQL server database integrating with Sage for the accounting.

The prototype was migrated into the production system with the help of two other developers. I designed this architecture using an enhancement to the Apache Struts framework called Model 2X, this uses XML and XSLT to mark-up the view component into HTML / PDF / email / text. On the server side, the migration was to use Weblogic 6. For the most part the migration from the prototype to the production system was a rework of the front end. The server had been robustly designed using an object oriented relational mapping tier (TopLink) and so needed little migration. This was really just a wrapping exercise for the session components.

Other duties as a Director included:

- Definition of the Marketing Plan, including commissions etc… This was distilled into the server.
- Financial modelling and projection reporting, achieved using computer modelling and traditional techniques.
- Managing the testing of the production system and the deployment of the system into a co-located internet hosted environment.
- Opening a Merchant account (Barclays) to take credit card transactions and securing a 3rd party internet payment service provider (SecPay) so that credit card transactions could be taken securely over the internet.
- Managing the corporate point-of-presence web site delivered by a freelance consultant.
- All budgetary requirements for the technology side of the business including the sourcing of hardware, software, staffing and justifying the technology through cost-benefit analysis.

**Senior Consultant – Borland; February 2000 to October 2001**

Senior consultant for Borland. Duties included on-site consultancy and training. I was given in-house training in Borland J2EE Application Server (EJB, servlets, JSP), Fundamental and Advanced Visigenics 4.x (CORBA 2.3), AppCenter 1.6 Application management System. Gained Borland Train the Trainer certification.

Assignments:

**(Borland) Datacard Platform 7 (Amex UK - London); Consultant Architect**

On-site consulting to define the technology migration strategy and architecture for the **Amex Blue** Platform Management Architecture from quite a monolithic CORBA/TOPLink system to a component based J2EE architecture using MQ Series JMS and Borland J2EE Appserver, recycling much of the existing code base to allow for an incremental strategy.

Much of this work was done at the UML analysis and design level as there was an existing system design in place. The middleware technology migration also involved a paradigm shift between the existing, pure object oriented design, and the component based design of J2EE. In particular, there exists quite a large impedance mismatch between EJB entities and entities based around an object oriented database (TopLink). Much R&D work was carried out looking at different approaches, to minimise the impact on the existing code base. EJB entities were not used for this particular project as we deviated too far from the EJB specification, enhancing it with features such as persistent interface polymorphism and concrete instantiation of inheritance hierarchies.

I made several enhancements to the Borland J2EE Container to integrate with TOPLink. These enhancements included JTS/OTS transaction synchronisation between Borland AppServer and TOPLink as well and some extensions to manage the paradigm shift between J2EE and a pure object oriented database approach. These extensions were successfully carried out on-site and the technology migration was successfully implemented.

Additionally trained the entire team of developers in the J2EE architecture at Borland in Redding.

**(Borland) Ericsson R&D (China – Shanghai); Training**

I ran a two-week training session for Ericsson Shanghai R&D department for CORBA 2.3 (Visibroker 3.4).

**(Borland) CV Retail (UK - London); Consultant**

On site consulting to provide a UML architecture and design definition for a medium sized supply chain project. Production of the architecture documentation including scalability, security, data integrity, maintainability etc… Solution is a hybrid JSP/Applet front-end web tier, using EJB in the business logic component tier with an Oracle database.

**(Borland) First e Bank (Ireland - Dublin and Germany - Frankfurt); Consultant**

Consultant member of the Enterprise Architecture Team responsible for the production of the global enterprise application architecture. Producing an EJB architecture using MOM integration layer for both vertical and back end integration supported by CORBA services with a JSP/servlet front-end. MQ Series was chosen as the MOM as it has wide spread penetration within the market while Inprise Application server was selected with the strongest EJB container and close CORBA integration. Responsible also to liaise with all the CTOs from around the world to get buy-in for the new architecture and to direct and mentor project inception with the use of this architecture. In addition to this we brought to all the projects strong UML design, closely working with third party design consultancies (Orbism and Rational) to best structure the UML designs and advise on how best to use methodologies such as Catalysis, RUP and XP.

**(Borland) Infonet (Holland - Amsterdam); EJB Training**

Gave tailored training to the development team on Enterprise Java Beans 1.1 and Inprise Application Server 4.0. While covering the entire EJB course, special emphasis was focused on load balancing and fail-over configurations, front-end request threading models, Data Access Beans and demonstrations of load balancing.
(Borland) First e Bank (Ireland - Dublin); Consultant

On site consulting for the design and implementation of the First e Brokerage system implemented using CORBA 2.1, Inprise Application server with Updata providing the market data feed and DKB brokering the trades. Also integrated with the First e core banking architecture. Responsible for the Design and implementation of the Application Management Model using a UML component design, load balancing and fail-over strategy as well as reviewing all the CORBA services produced by the team. Feeding back to the project team, recommendations to make the system work successfully and to liaise with the deployment team to ensure a smooth transition between development and deployment.

The load balancing and fail-over application management model was implemented using Inprise AppCenter 1.6. The CORBA services being periodically scrutinised by the management model for self-diagnosis to evaluate the status of each service, also supported by ORB, bind level load balancing.

**Consultant - Sema Group; January 1999 to February 2000**

Member of the architecture team, responsible for the architecture and design of a high volume supply chain booking system supporting over one million transactions per day. System comprised an object oriented multi tier CORBA 2.1 component architecture scaled over multiple application servers implemented in Java 1.2.

Day to day duties include delivery of the UML object model using Select Enterprise, mapping of the persistence layer (TopLink), design of the CORBA services in UML and the implementation of various infrastructure components; persistence layer, server service, logging service etc…

Also responsible for mentoring beginner and intermediate members of the development team, producing example implementation patterns for them to follow in the construction of the server and client GUI application implemented using Swing. Production of technical documentation detailing the design approach for the services. Performed numerous interviews to recruit team members.

**Contractor - 101010 Ltd. / ABN Amro; April 1998 to January 1999**

Contract with 101010 Ltd to design and implement an Intranet e-commerce application framework for ABN Amro. Additionally realised by the implementation of a brokerage system.

The application framework is designed around a distributed agent oriented architecture using ObjectSpace's Voyager 2.0, the main delivery channel of which is a Java Applet (Java 1.1 and swing (JFC) 1.1) although SMS and email are also integrated. The framework is based around a data transparency interface using an asynchronous message request model allowing the quick integration of other systems without having to change the overall architecture. An application server with a set of adapter interfaces for integration and a universal request model.
Supplied with numerous GUI components with active request models, the pages can be designed with live data. The framework supplies the session, navigation metaphor and client authentication to enhance time to market of realisations.

The brokerage realisation of the application framework integrated many external interfaces. Reuters real time market data is delivered using Tibco message oriented middleware integrated with Rendezvous. News was delivered from News Edge using socket based integration to the adapter API and the brokerage feed itself was delivered from Liberty again using socket based integration. Further integration to existing ABN Amro databases was achieved using a JDBC realisation of the adapter API as well as an HTTP realisation for ABN Amro research reports. All presented using a common API and request model to the client.

**Reuters Plc. June 1996 to April 1998**

My first job out of university, I was responsible for the design and implementation of the intraday enhancement to the Reuters 3000 series product and financial analytics to support the Money 3000 Series product.

Then I was tasked with delivering the US domestic version of the Reuters 3000+ product. I continuously liaised with international marketing who were responsible for the design of the product pages, but also liaised with the Database team so that views could be created. This allowed the development team to proceed easily and quickly delivering the project on time.

I also managed the constant influx of requirements that enhance all Reuters Equity 3000 products under change control.

**Virgo Software Ltd.**

Employed whilst at university, we developed a real time 3d engine and associated modelling tools as basis for which to build a flight simulator game based on the American Formula V sport.

Responsible for design, implementation and testing, with an emphasis placed on the development of high performance algorithms for texture mapping, Gouraud and Phong shading for real time rendering in C++, C and assembler.

Appendix B – Technical Profile

| Skill | Years | Comments |
| --- | --- | --- |
| Java (J2SE) | 10+ | Trained by Sun Microsystems in Java 1.0 while working at Reuters in 1997 where we deployed a Java Financial Analytics server. Since then, all the projects I have worked on have been Java based. |
| JNI | 10+ | Strong experience of JNI on a number of projects. Familiarity of the difficulties associated with thread coordination between native threads and JVM threads. |
| C/C++ | 10+ | C/C++17, Boost, Template Oriented Programing |
| Concurrency/Multithreading | 10+ | Strong knowledge of multithreading and Doug Lea's concurrency framework within the JDK. Experience of debugging multithreaded apps. Understanding the importance of choosing the correct collection. Extensive experience of differing locks including 'check and set' spin locks. Understanding of the difficulties imposed by the JVM e.g. lack of thread affinity, lack of intrinsics. Understanding of the need for mechanical sympathy given the very hierarchical nature of memory. Good understanding of lock free algorithms. |
| Java (J2EE) | 7 | Trained by Borland. Using the architecture and training others ever since, with particular experience of the vertical BEA Weblogic stack including Portal and Business Process Management. JBoss 3.x and 4.x. Struts, JSF Apache Myfaces. |
| Java (J2ME) | 3.5 | MIDP 1, 2, CLCD 1.0, 1.1, Foundation and Personal Profile. Some Android. |
| OSGI | 4 | Good working knowledge of OSGI. OSGI R4, OSGI DS, Spring dm/OSGI Blueprints |
| OpenGL | 2 | Knowledge of using OpenGL for high performance 2d graphical rendering. LWJGL and JOGL |
| IOC | 4 | Hivemind, Spring and e4. |
| CEP | 3 | Extensive experience of complex event processing including Esper as well as building a proprietary CEP engine with a native query language. |
| DSP | 2 | Experience of repurposing digital signal processing algorithms for the financial markets based on Ehler's work. |
| CORBA | 7 | Trained by Borland to Advanced CORBA standards and 'Train the Trainer' certified. I have a deep understanding of the inner workings of CORBA. |
| TCP/IP | 10+ | Implementing protocols using TCP and Java NIO for high performance communications using frameworks like MINA and NETTY as well as hand coding from scratch. |
| Optimisation | 10+ | Very strong optimisation knowledge in both managed and unmanaged environments, including and specialising in multithreading. Knowledge of Intel intrinsics, cache and memory architectures. Understanding of the need for mechanical sympathy. Tools used: JProbe, YourKit, Intel vTune/Amplifier XE. |
| UML | 10+ | I have been using UML as an effective requirements and design communication tool for many years with RUP, DSDM and XP. Extensive knowledge of design patterns, both GoF and patterns of enterprise |

|  |  | architecture. |
|---|---|---|
| DSDM | 2 | DSDM was used sometimes. |
| EDRM | 2 | Experience of creating classification hierarchies for records management (Livelink 9.2 RM). Experience of Documentum 5 and much experience of Opentext Livelink 9.2 Document Management. |
| ORM | 10+ | Object Relational Mapping using TopLink from version 2 through to 10 and more recently using Hibernate 2.x, 3 and JDO as well as hand coding JDBC operation for performance critical apps. |
| RDBMS | 10+ | Extensive experience of Oracle on many platforms as well as  PostgreSQL, MySQL. |
| Security | 10+ | Responsible for designing the network DMZs and configuring routers such as CISCO PIX as well as configuring IIOP proxies, web Proxies/Load Balancers. Configured/Developed servers to use SSL/TLS. Good knowledge of PKI security. |
| CBD | 10+ | Strong knowledge of Component Based Development. |
| OO | 10+ | Strong knowledge of Object Orientation. |
| COTS Component Architecture | 2 | Experience of integrating Document Management, Records Management, User provisioning as well as integrating open source components and the issues and implications surrounding. |
| Web | 4 | HTML, JSP, Struts, JSF (MyFaces). |
| Procurement | 1 | OJEC procurement for EAI, resulting in the purchase of BEA Weblogic Platform – Portal/BPM/Server/MQ. |
| Linux | 10+ | Redhat EL, Slakware, Fedora. |
| Windows | 10+ | Knowledge of COM, MFC, DCOM etc… |
| Solaris | 6 | Generally the production OS of choice for larger projects. |
| FIX Protocol | 7 | Extensive knowledge of the FIX protocol, versions 4.0 through 4.4. |
| Eclipse RCP | 10+ | Great knowledge of the Eclipse architecture and of producing plugins to enhance it as well as SWT. WindowBuilder for UI development EMF for model development and EMF Data Bindings to connect the two. |
| UI | 10+ | Long-standing experience of creating professional UIs with SWT and Swing on the Desktop as well as GWT, JSF and Struts for the browser. |
| Cloud | 8 | Extensive experiences with Amazon EC2 compute grid as well as Google's platform as a service App Engine. |
| Revision Control | 10+ | I have very strong revision control experience with using branches and tags, rather than hacking at the trunk, merging from isolated branches. CVS, SVN, PVCS, Continuus, VSS, Perforce, Clearcase, GIT. |
| IDEs | 10+ | JBuilder, Eclipse, Together, Weblogic, Visual Sudio, Clion, Intellij, Webstorm |
| R | 1 | Knowledge of the R statistical computing language and integration with an eclipse environment. |
| Scala | 2 | Moderate scala knowledge |
| Scripting | 10+ | Javascript, Groovy, Python, Bash |
| Issue Tracking | 10+ | Trac, Bugzilla, Jira, Mylin Eclipse integration. |
| Build Tools | 10+ | Ant, Maven, Hudson, Eclipse PDE, Tycho/Maven |
| Continuous Integration and testing | 10+ | Having a continuous integration server with unit and regression tests, code coverage reports built in, is essential to any team environment. |
| Unit Testing | 10+ | Having adopted a Test Driven Development approach (TDD) for many years, I have experience of JUnit and further (my preferred) TestNG. Coupled with ECLEmma for Code coverage reports, the two provide a strong testing |

| | | solution. |
| --- | --- | --- |