# **<u>EXHIBIT 2</u>**

**From:** support@ftx.com on behalf of FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
**Sent:** Thursday, November 10, 2022 1:45 PM
**To:** eld.capital@protonmail.ch
**Subject:** TRX withdrawal request

Hello ELD Capital LLC,

We have received a request to withdraw 33691.00000000 TRX from your FTX account to TCXWJncdoeeZusPrCE7pBNjRmb6uQBrV6f.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

ELD000024