# <u>EXHIBIT 3</u>

Q Search X

Home

Q Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

X Premium  50% off

Profile

More

Post

**FTX** ✓
@FTX_Official

FTX Announcement Regarding the Tron Credit Facility:

We are pleased to announce that we have reached an agreement with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets.

12:48 PM · Nov 10, 2022

💬 855          🔁 2.2K          ♡ 6.8K          🔖 130                ⬆️

Relevant ⌄                                          View quotes ›

Post your reply                                          Reply

**FTX** ✓ @FTX_Official · Nov 10, 2022
This functionality will be enabled at 18:30 UTC, November 10, 2022.

The exact capacity of the Tron Token facility will be determined weekly and future injections will occur at 14:00 UTC. The amount to be deposited will depend on a number of factors such as withdrawal demand...

💬 30          🔁 51          ♡ 478          ıl ıl          🔖 ⬆️

**FTX** ✓ @FTX_Official · Nov 10, 2022
...and funding capacity to be provided by Tron. By providing a set schedule of the amount of tokens to be introduced into the market and the corresponding time, our goal is to provide more clarity to the market allowing users to make better informed decisions.

💬 11          🔁 31          ♡ 369          ıl ıl          🔖 ⬆️

← **Post**

during this period. The only deposits will be the pre-announced deposits conducted weekly by the Tron Team. Initially, $13,000,000 of assets will be deployed to facilitate such swaps.

💬 39          🔁 82          ♡ 423          ıl ıl          🔖 ⬆️

**FTX** ✓ @FTX_Official · Nov 10, 2022
Information on future capital injections will be shared on a weekly basis.

We sincerely appreciate your patience and support of FTX during this period! And we hope to have more information to share in the near future. We are also very grateful to the Tron team for stepping...

💬 5          🔁 15          ♡ 177          ıl ıl          🔖 ⬆️

**FTX** ✓ @FTX_Official · Nov 10, 2022
...up to assist us in these hard times and provide support for the wider crypto industry.

Please note, these markets (TRX, BTT, JST, SUN, and HT) may experience high levels of volatility. Please ensure you understand the details of this arrangement and any associated risks...

💬 17          🔁 20          ♡ 189          ıl ıl          🔖 ⬆️

**FTX** ✓ @FTX_Official · Nov 10, 2022
before taking any actions. If you have any questions, don't hesitate to reach out through support channels or our official telegram channel:

@noahheaser has been muted.      Undo

t.me
FTX – Built By Traders, For Traders

**Relevant peo**

**FTX** ✓
@FTX_Offici
All official F
documents
Bankruptcy
at cases.ra.l

**What's happe**

Trending in United Sta
**Chris Murphy**

Sports · Trending
**Alex Vesia**
Trending with John Sc

Trending in United Sta
**Wisconsin Supren**
Trending with Chris Ta

Sports · Trending
**Austin Reed**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info



Q    **X**

Cryptocurrency Derivatives Exchange Futures | Leveraged Tokens | OTC www.ftx.com FTX Services...

⊙ Home

🔍 Explore                                    ○ 38          ⟲ 30          ♡ 182          ᴥ          🔖 ⬆

🔔 Notifications                    **FTX** ✓ @FTX_Official · Nov 10, 2022                                        Ø ···
                                    help.ftx.com/hc/en-us/artic...
➕ Follow                                    ○ 36          ⟲ 28          ♡ 128          ᴥ          🔖 ⬆

○ Chat                              **Rager** ✓ @Rager · Nov 10, 2022                                            Ø ···
                                    That's a small % of what's stuck
Ø Grok                                      ○ 7          ⟲              ♡ 134          ᴥ          🔖 ⬆

🔖 Bookmarks                        **Daniel** 📈 ✓ @CCPool_Daniel · Nov 10, 2022                                Ø ···
                                    So the scam exchange FTX partners with one of the biggest scammers in
🚀 Creator Studio                   the space Justin Sun..

✕ Premium  50% off

👤 Profile

⊙ More

Post

**Relevant peo**

**FTX** ✓
@FTX_Offici
All official F
documents
Bankruptcy
at cases.ra.l

**What's happe**

Trending in United Sta
**Chris Murphy**

Sports · Trending
**Alex Vesia**
Trending with John Sc

Trending in United Sta
**Wisconsin Supren**
Trending with Chris Ta

Sports · Trending
**Austin Reed**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

GIF  This is fine.

                                    ○ 3          ⟲ 4          ♡ 52          ᴥ          🔖 ⬆

                                    **Caff** ✓ @ChadCaff · Nov 10, 2022                                          Ø ···
                                    The scam never stops
                                    ○ 1          ⟲              ♡ 6          ᴥ          🔖 ⬆

                                    **Senna** @onlysenna_ · Nov 10, 2022                                          Ø ···
                                    $13,000,000...

                                    That sounds more like a marketing stunt than anything
                                    ○ 1          ⟲              ♡ 5          ᴥ          🔖 ⬆

                                    **battbot** 🛡 ✓ @in4crypto · Nov 10, 2022                                     Ø ···
                                    aka users choose to screw themselves in exchange for lowering ftx liability
                                    ○ 1          ⟲              ♡ 2          ᴥ          🔖 ⬆

                                    **quant** ✓ @Quantaraum · Nov 10, 2022                                         Ø ···
                                    that's insane.
                                    ○              ⟲              ♡ 1          ᴥ          🔖 ⬆

                                    **IDO | PRESALE INSIGHTS** @IDO_Insights · Nov 10, 2022                        Ø ···
                                    This is absolutely SCAM.
                                    ○ 1          ⟲              ♡ 1          ᴥ          🔖 ⬆

                                    **Incognito_33** @Incognito_33 · Nov 10, 2022                                  Ø ···
                                    This is pure evil! You are scamming people that you've already scammed!
                                    ○ 1          ⟲ 1          ♡ 11          ᴥ          🔖 ⬆

                                    **chris** 🇺🇸 /acc @imchrismayfield · Nov 10, 2022                              Ø ···
                                    @noahheaser has been muted.    Undo

...





Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

X Premium  50% off

Profile

More

Post

♡ 11

**Tony $594K Acid** 🌀 @TonyAcid25 · Nov 10, 2022
one scam feeds another. wen people learn?
💬 1    🔁 1    ♡ 8

**Motaz Azaiza** @Motaz_1Azaiza · Nov 10, 2022
@wassielawyer is this as bat shit crazy as it seems?
💬 1    🔁    ♡ 5

**J** @xjayxx90 · Nov 10, 2022
People: Don't let a noob play with your money!
💬    🔁    ♡ 3

**oshi (4)** 🐸 @avaxoshi · Nov 10, 2022
how desperate to trap more noobs. you guys are ruthless
💬    🔁    ♡ 3

**0x56_| ETHGas** 🗽 @j_gatsb7 · Nov 10, 2022
In summary FTX users rekt x2 💀 😂
💬    🔁    ♡ 2

**Hyundai Hater** @markbra11414638 · Nov 10, 2022
Basically there will be no arbitrage so the limited number of tron will be inflated like 10 or 20x then u withdraw and get 5 cents on the dollar. That's why no tron deposits. A new Sam Scam
💬    🔁    ♡ 1

**AISavvy** ✓ @AISavvyCapital · Nov 11, 2022
Nothing will work , Tron is a scam and Justin is a joke
💬    🔁    ♡ 1

**TRICIA.eth** 📢 @TRICIA_eth · Nov 10, 2022
DO NOT trust Justin Sun even if you still trust Sam. He is a crooked mf.
💬    🔁    ♡ 1

**Kensho Shaman** 🌀 @PLANZZZZZZZ · Nov 10, 2022
2 heads better then 1....2 scammers better then none.
💬    🔁    ♡ 1

**Bozz** @JayBosworth5 · Nov 10, 2022
I'd rather take the loss than buy TRON. Talk about shady.
💬    🔁    ♡ 1

**Steemadi** @Steemadi_ · Nov 10, 2022
this will be doubly disastrous for your users
💬    🔁    ♡ 1

@noahheaser has been muted.    Undo

**Relevant peo**

**FTX** ✓
@FTX_Offici
All official F
documents
Bankruptcy
at cases.ra.l

**What's happe**

Trending in United Sta
**Chris Murphy**

Sports · Trending
**Alex Vesia**
Trending with John Sc

Trending in United Sta
**Wisconsin Supren**
Trending with Chris Ti

Sports · Trending
**Austin Reed**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info



Q  X

⌂  Home

Q  Explore

🔔  Notifications

👤+  Follow

💬  Chat

∅  Grok

🔖  Bookmarks

🚀  Creator Studio

X  Premium    50% off

👤  Profile

⋯  More

Post

▶

GIF

💬        🔁        ♡ 1        📊            🔖  ⬆

**Relevant peo**

**FTX** ✔
@FTX_Offici
All official F
documents
Bankruptcy
at cases.ra.l

**What's happe**

Trending in United Sta
**Chris Murphy**

Sports · Trending
**Alex Vesia**
Trending with John Sc

Trending in United Sta
**Wisconsin Supren**
Trending with Chris Ta

Sports · Trending
**Austin Reed**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

⬛⬛ ···        @noahheaser has been muted.    Undo

