# **<u>EXHIBIT 5</u>**

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Chapter 11

Case No. 22-11068 (KBO)

-----------------------------------x

In re:

FTX TRADING LTD., et al.,

Debtors.

-----------------------------------x

April 8, 2026

8:07 a.m. EST

Remote video-teleconference deposition via Zoom of DOMINIC CUBITT, pursuant to notice, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

A P P E A R A N C E S :

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
        Attorneys for FTX Recovery Trust
BY:   BRIAN GLUECKSTEIN, ESQ.
        gluecksteinb@sullcrom.com
        STEPHEN CLARKE, ESQ.
        clarest@sullcrom.com

SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
        Attorneys for FTX Recovery Trust
BY:   LUKE H. VAN HOLTEN, ESQ.
        vanholtenl@sullcrom.com

MILLER SHAH, LLP
1845 Walnut Street, Suite 806
Philadelphia, Pennsylvania 19103
        Attorneys for ELD Capital LLC
BY:   ALEC BERIN, ESQ.
        ajberin@millershah.com

ALSO PRESENT:
LEONA SANNON
MJ ZIMDAHL, The Video Technician

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the Attorneys for the respective parties hereto that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within examination may be signed and sworn to before any notary public with the same force and effect as though signed and sworn to before this Court.

THE COURT REPORTER: Mr. Berin, are you ordering a copy of the transcript?

MR. BERIN: Yes, I am.

THE COURT REPORTER: Would you like a rough or a rush on the final?

MR. BERIN: I will take a rough, thank you.

THE COURT REPORTER: Okay, thank you.

(Pause.)

THE VIDEO TECHNICIAN: Good morning, good afternoon, we're going on the record today at 8:09 a.m. eastern time on April 8, 2026.

This deposition is being conducted remotely using virtual technology; quality of the recording depends on the quality of the camera and the Internet connection of participants.

What is seen from the witness and heard on the screen is what will be recorded.

Audio and video recording will continue to take place until all parties

agree to go off the record.

This is the video recorded deposition of Dominic Cubitt taken in the matter of In re FTX Trading Ltd., et al.

This deposition is being conducted remotely using virtual technology.

My name is MJ Zimdahl representing Veritext and I am the videographer; our court reporter today is Jineen Pavesi also from Veritext.

I am not authorized to administer an oath, I am not related to any party in this action nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

Counsel and all present, including remotely, will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MR. VAN HOLTEN:  This is Luke

Van Holten and I have with me Brian Glueckstein and Stephen Clarke from Sullivan & Cromwell on behalf of the FTX Recovery Trust.

MR. BERIN:  Good morning.

Alec Berin from Miller Shah representing ELD Capital LLC and the witness, Dominic Cubitt.

MR. VAN HOLTEN:  Before we begin, I would like to address a stipulation regarding the administration of the oath and remote nature of this deposition.

The parties have agreed to proceed remotely today with Mr. Cubitt's deposition.

The parties have also stipulated and agreed that the witness can and should be sworn in by the court reporter and that Mr. Cubitt's testimony under oath today can be used in litigation between the parties in the United States Bankruptcy Court for the District of Delaware.

MR. BERIN:  We so stipulate.

D O M I N I C   C U B I T T,
having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY
MR. VAN HOLTEN:

Q.      Good morning, Mr. Cubitt.

A.      Morning.

Q.      As you just heard, my name is Luke Van Holten and I represent the FTX Recovery Trust in this contested matter.

I'll be asking you some questions today on behalf of the FTX Recovery Trust, so to start, could you please state your full name for the record.

A.      Dominic John Cubitt.

Q.      Do you ever use any other names?

A.      No.

Q.      I am going to go over some ground rules for your deposition today, you may have already heard these from your

                    CUBITT
counsel, but I just want to make sure that we're both on the same page.

So for purposes of this contested matter, the oath that you just took has the same force and effect as if you were testifying in person in a courtroom in the United States.

You're required to answer my questions truthfully and completely.

Do you understand that?

A.    I do.

Q.    We have a court reporter here who will be writing down everything that we say today, so just to make sure that we have a clean record and to make her job as easy as possible, could you please make sure to speak clearly and slowly and I will strive to do the same.

A.    Sure.

Q.    For the same reason, it's important that you and I speak only one at a time, so I am going to do my very best to let you finish your answers and I ask that you please let me finish my questions

CUBITT

as well before you answer so that we're not talking over each other.

Is that okay?

A.      Understood.

Q.      If you don't understand a question, please let me know and I'll clarify or rephrase it.

If you answer a question, I'm going to assume that you understood it, is that okay?

A.      That's okay.

Q.      Today I don't really intend to ask any questions designed to elicit information protected by the attorney-client privilege; if you believe that to answer a question truthfully you might need to disclose privileged information, you should say so.

And your attorneys may object to questions that I ask for the record, if they do, that's fine; there is no judge here to rule on those objections, so you should answer the question anyway unless you're instructed not to answer.

Page 10

CUBITT

Does that make sense?

A.      It does.

Q.      I am happy to take a break any time you like; we typically try to take a break every hour or so, but if you need a break more often, that's totally fine, just let me know.

A.      Okay, thanks.

Q.      All right.

So is there any reason why you cannot provide complete and truthful testimony today?

A.      No.

Q.      Are you taking any medication that might affect your ability to testify?

A.      I often take paracetamol.

Q.      Have you reviewed the FTX Recovery Trust's objection to your claim in this matter?

A.      Yes.

Q.      Did you review the declaration of Kumanan Ramanathan in support?

A.      Was that the enormous 198-page document?

CUBITT

Q.      That would have --  it did have exhibits to it, but it was a declaration in support of the claim objection.

A.      Yes, although I don't recall the name, yes.

Q.      Did anyone help you prepare for this deposition?

A.      No.

Q.      Did you review any documents in preparation for the deposition?

A.      Yes, the ones that we sent over to you guys.

Q.      Did your lawyer prepare with you for this deposition at all?

A.      Well, not really, I mean, you're just going to ask some questions.

Q.      Other than your lawyer, did you discuss this deposition with anyone else?

A.      My wife.

Q.      And other than your lawyer, have you discussed the contested matter between yourself and the FTX Recovery Trust with anyone else?

A.      No.

CUBITT

Q.       I would like to start out with background information.

Where are you currently employed?

A.       I'm self-employed, I tend to do bits of trading here and there.

Q.       Okay.

MR. VAN HOLTEN:  So then let's introduce, Stephen, let's introduce tab 1, which has been premarked Exhibit 1.

This is a copy of a declaration that we filed --  that was filed in support of ELD Capital's response to the FTX Recovery Trust's objection to ELD Capital's proofs of claim.

(Cubitt Exhibit 1, declaration filed in support of ELD Capital's response to the FTX Recovery Trust's objection to ELD Capital's proofs of claim, was marked for identification, as of this date.)

Q.       That exhibit should have just popped up on your screen, on your Exhibit Share.

A.       Sorry, nothing.

CUBITT

Q.      Nothing has popped up?

A.      No.

I am --  it says Exhibit Share, marked exhibits, a table with item but no items.

A VOICE:  Try refresh, it should be published.

(Witness complying.)

THE WITNESS:  Okay, got it.

Q.      So do you recognize this declaration?

A.      Just give me a second.

(Witness perusing document.)

A.      Yes, I recognize it.

Q.      What is it?

A.      It is a declaration indicating why we think from our perspective the matters differ to yours.

Q.      Can you scroll down to the last page, page 10.

(Witness complying.)

A.      Yes.

Q.      Is that your signature there?

A.      Yes.

Page 14

CUBITT

Q.    You signed this under penalty of perjury, is that right?

A.    Yes.

Q.    Scroll back up to the first page.

In paragraph 2, the declaration states "ELD Capital is a customer-claimant in these Chapter 11 cases."

Did I read that correctly?

A.    You did.

Q.    Right below it in paragraph 3, the declaration states that ELD Capital is wholly-owned by you and your wife, is that right?

A.    Yes.

Q.    Who is your wife?

A.    Leona Sannon.

Q.    Where is your wife currently employed?

A.    She is not.

Q.    What is her background, what is her prior background?

A.    FP&A finance.

Q.    Does she have experience with

CUBITT

cryptocurrency trading?

A.      Not specifically trading, but she's familiar, she was -- the broad division between the two of us, I was more to do with trading and she was more administrative.

Q.      What types of administrator tasks did she do?

A.      KYC/AML.

Q.      Was this just during her time at ELD Capital?

A.      I don't really understand the question.

Q.      Did she perform these administrative tasks that you mentioned for ELD Capital LLC?

A.      Yes, that's not her main profession.

Her main profession is, as I said, FP&A finance.

Q.      Was she employed by any companies while she performed those administrative tasks for ELD Capital?

A.      No.

Page 16

CUBITT

Q.      When was she last employed?

A.      Up until January this year -- sorry, December last year.

Q.      Was she employed as a financial analyst then --  sorry.

Was she employed as a financial analyst while you were managing the company?

A.      No, she started the job about slightly over a year before that, but due to the U.K. prime minister increasing tax on that particular sector, doubling the tax actually, and of course there were mass layoffs, of which unfortunately she was one of them.

MR. VAN HOLTEN:  Let's pull up tab 2, Stephen, which we're now marking as Exhibit 2.

(Cubitt Exhibit 2, e-mail sent from eld.capital@protonmail.ch on March 1, 2021, to compliance at ftx.com, was marked for identification, as of this date.)

Q.      Has that appeared for you, Mr. Cubitt?

CUBITT

A.      Yes.

Q.      This is an e-mail sent from eld.capital@protonmail.ch on March 1, 2021, to compliance at ftx.com with an attachment entitled "Dominic Cubitt cv.docx."

Do you recognize this e-mail?

A.      Well, to the extent that I am aware of it it, but obviously, as you can see, I didn't send it.

Q.      Who did send it?

A.      My wife.

Q.      And you are aware that she had sent it?

A.      Yes.

Q.      Does ELD Capital use the e-mail address eld.capital@protonmail.ch to conduct business?

A.      Yes.

MR. VAN HOLTEN:  Let's pull up tab 3, which is the attachment to this e-mail, and we will mark it as Exhibit 3..

(Cubitt Exhibit 3, Cubitt CV, was marked for identification, as of this

CUBITT

date.)

Q.      Let me know when you can see that on your screen.

A.      Yes, got it.

Q.      Do you recognize this document?

A.      I do, yes.

Q.      What is it?

A.      It's my CV.

Q.      Did you write this CV yourself?

A.      Uh-huh.

Q.      Did anyone else help you write it?

A.      No.

Q.      So where did you attend university?

A.      Essex.

Q.      What degree did you obtain from there?

A.      Computer science with artificial intelligence.

Q.      After graduating university, how would you summarize your professional history up to the present?

A.      I suppose largely I started off

Page 19

                    CUBITT

working for Reuters straight out of
university as a software engineer and was
responsible for the U.S. domestic equities
product there.

          After that it was then largely
characterized by what's called a
contractor, so I ran my limited company in
the U.K. and did all sorts of different
jobs for different companies, including
the U.K. government.

          I suppose after that I took a
break in the sense that I started to trade
Forex, this type of thing, and some
algorithmic trading, that kind of brings
us to where we are.

     Q.     Did you start that algorithmic
trading and Forex trading while you were
still working as a software developer?

     A.     Yes, I always had an interest
in it so it kind of goes back a long way,
tinkering with that rather than taking it
seriously.

          At one point I started up a
company called Nstance to build out a

Page 20

CUBITT

mobile trading platform for institutional traders, futures traders, going through PATS and TT.

It was a bit early really, prior to 2008, and commonplace to have a mobile device now but not so much then.

Q.    What caused that transition from more of the software developing side to full-time trading for you?

A.    Well, in that case it wasn't a transition as you describe, because what I was doing with that company was to build a mobile trading system that integrated to professional institutional futures traders so that they could carry the position forward if they were going to lunch or they could carry, at that time it would have been a windows CE device, they could close positions in the market and carry on as if they were at their desk.

Q.    So what experience did you have previously with institutional trading that allowed you to develop this trading solution?

Page 21

                    CUBITT

          MR. BERIN:  Object to the form
of the question.

          You can answer.

     A.      I did the first e-brokerage
system, as you can see from my CV, I don't
know what the company is called anymore,
it was first E and then Unifirst.

          I have been around these things
to an extent off and on for a while.

     Q.      Let's look at your time at
Nstance; if you can look at page 4 of your
CV, about halfway down on that page there
is an entry for Nstance Ltd. from 2005 to
2009, do you see that?

     A.      Yes.

     Q.      So this section of your CV
states that the trading solution was for
proprietary and institutional traders, is
that right?

     A.      Right.

          So I write the software, I
write the client piece of software that
runs on a mobile phone, a server component
to it that the phone talks to and that

CUBITT

server component in turn talks to the trading infrastructure.

Q.    So what made this solution appropriate for institutional traders?

A.    There wasn't another one.

Q.    What portions or characteristics of the trading solution made it particularly appropriate for use by institutional traders?

A.    Mobile.

Q.    Is there anything else that would have made an institutional trader want to use your solution?

A.    No --

MR. BERIN:    Object to form.

A.    The point was it is mobile; it is the same, but mobile.

So you've got to cast your mind back to a life without mobile phone largely, this was the era of windows CE, prior to 2008, so it wasn't commonplace for people to have mobile trading systems, that was pretty unique, so that was the USP.

Page 23

CUBITT

Q.      So there was not anything about the trading solution that was unique to an institutional trader besides the mobile portion, is that right?

A.      The objective was to seek to take the function -- replicate the functionality, not entirely, because you've got a tiny little screen, I don't know if you're aware of a windows CE device, but they were pretty basic, you've got very little processing power, little screen.

The idea was to make it functional enough that they could continue outside the office, at the lunch break, this type of thing.

It wasn't fully fledged as, you know, the main desktop solution because, well, because it is a tiny device, it's mobile.

The point about it was that it was mobile.

Q.      Understood.

Scroll up to page 3 of your CV,

CUBITT

there is an entry for quant trader at Algo

Platform from 2009 to 2020, do you see

that?

    A.       Yes.

    Q.       What is Algo Platform?

    A.       That's my own little company.

    Q.       What was the purpose of

starting that company, what was your

purpose in starting that company?

    A.       Well, after we did Nstance,

there was the 2008 financial crash and

Lehman's blew up, Lehman we just about got

a contract with, for instance, and, well,

you know what happened to Lehman, within

three months all of the other pending

contracts were gone, everything blew up

for Nstance.

           The idea behind Algo Platform

was really to try to begin to do some

research and try to build up buy side

infrastructure, to try to build various

different --  like an infrastructural

project to experiment with buy side

algorithmic trading.

CUBITT

Q.      So Algo Platform was a trading system that you developed?

A.      Yes, there were various components, a tick database, yeah.

Q.      And you used this system as a the quant trader, is that right?

A.      At that time, yeah, in the end it was used in production for a little bit, yeah.

Q.      So what does that term, quant trader, mean?

A.      To me it means that you trade quantitatively as opposed to qualitatively.

Q.      What's the difference between those two, in your opinion?

A.      One by feeling, one by numbers.

Q.      Is quantitative trading, does that have an advantage over qualitative trading?

A.      I wouldn't think so, no.

MR. BERIN:  Object to form.

Q.      So what strategies did you employ as a quantitative trader?

Page 26

CUBITT

A.        Mean reversion.

Q.        What is mean reversion?

A.        It's a concept that the price reverts to its mean.

Q.        What types of assets did you trade with Algo Platform?

A.        Euro dollar and Swiss I think were the two.

Q.        Did you ever trade cryptocurrency using Algo Platform?

A.        No --  well, no, not really, at that stage it was FX.

Q.        So at this point in 2009 when you started Algo Platform, was this how you made a living?

A.        Well, I tried, I had some savings and --

THE COURT REPORTER:  I didn't hear you.

A.        I tried to make a living with it, I moved to Spain, that lowered my cost of living, but I also had savings, it was a very sort of gradual transitional process.

CUBITT

Q.      Did you hold any other jobs while trading with Algo Platform?

A.      After doing that for a bit, I then joined up with some friends to build a company called Lode Audio.

Q.      Then did you receive a salary from that position?

A.      I did, yeah.

Q.      Is it your testimony that you did not use Algo Platform for any cryptocurrency trading?

A.      Well, it's more like an evolution, you see, so the foundation of that work went on and on and on to do various other things and, you know, specific bits of code from Algo Platform may have been used, but certainly not with regard to FTX at that stage, I was just trading from a discretionary standpoint.

Q.      I ask because on page 5 of your CV there's a sentence near the top of the page that starts "our strategies include fairly high frequency," do you see that sentence?

Page 28

                    CUBITT

A.        Yeah, the main reversion was pretty high frequency.

Q.        At the end of that sentence it says, "and later a momentum style trading system for the crypto," did I read that right?

A.        Exactly, but that wasn't really used in the end, that was a deep learning thing, so that was at the very early stages of deep learning and used tensafly, so prior to that, you know, we had to write around kind of deep learning infrastructure, but that was a very early tensafly project.

Q.        So Algo Platform did not use a momentum style trading system?

A.        It's not that cut and dry, I think you're looking for a black and white thing here whereas it's not really like that, it was just evolution of sets and bits of tools and I'm sure I used bits of those tools but it evolved.

                    And so I am not really sure what you're striving at, I don't really

CUBITT

understand the distinction that you're trying to make.

Q.      I would like to know whether your work as a day trader with Algo, using Algo Platform, involved trading crypto currencies.

A.      I think so, I think just on the edge of that, it was just on the edge between -- you have to go further forward and then, you know, we were living in Spain.

If I may rewind a little bit, very early on I accidently mined some bitcoin which alerted me to the whole technology, sold it extremely early as well, before Mt. Gox went bang, so was in and out pretty quickly, but I kind of was aware of it, aware of the technology.

But not FTX, no, it was a whole different thing.

I think what I was trying to do was to see whether I could get deep learning to run a portfolio and so -- this is in the context of crypto, it would

                    CUBITT

have been on Poloniex, and we're talking about a portfolio of maybe like 150 pounds, it's not like --  this is fairly experimental stuff and I remember it as double trading, there was a bug in it that double-traded, so it wasn't that great, but it was sort of vaguely profitable, but it wasn't robust to raise a regime shift.

     Q.     You said that you mined a little bit of bitcoin at some point, is that right?

     A.     Yes.

     Q.     When was that?

     A.     Oh, really, really early, so early I can barely remember.

     Q.     What prompted you to mine bitcoin?

     A.     There was an article called -- I forget the name of the site, it is a very nerdy cite, used for nerds, Slash Dot.

     Q.     Did Slash Dot often have news about cryptocurrency?

     A.     No, cryptocurrency didn't

                    CUBITT

really exist then.

    Q.        Also under this heading of Algo
Platform on your CV, it states that the
system involved, quote, trading and risk
management models, is that right?

    A.        Yeah.

    Q.        Did you develop those trading
models while working --  while using Algo
Platform?

    A.        Uh-huh.

    Q.        What trading model?

    A.        Yes.

              Well, we covered this with the
mean reversion stuff.

              The stuff from Poloniex was
largely momentum-based.

              I tried some momentum stuff on
FX as well, I tried a lot of different
things actually.

    Q.        You also developed risk
management models for Algo Platform?

    A.        Yes, if you enter the market
naked, you know, if the market moves away
from you, you want to have a stop loss

Page 32

                    CUBITT

somewhere to ideally limit the amount of risk exposure you have, it's fairly basic stuff.

Q.       So were there specific risk management models that you developed as part of Algo Platform?

A.       Yeah, like adding stop losses are kind of important.

Q.       What kind of stop losses would you add in?

A.       Trailing.

Q.       What does that mean?

A.       What is a trailing stock?

Q.       Yes.

A.       So let's say, for example, you enter a trade on an instrument for a hundred dollars and you are prepared to lose $10 on it, so you set an initial stop at 90, it gets to 90, you're out.

             If it goes in your favor, the price goes up, let's say it goes up to initially 101, the trailing stop is lifted, so the stop becomes up to 91, and so on and so forth, it's racheted so it

CUBITT

only goes one way.

Q.      So this type of trailing stop loss would be used for trading more complex securities like derivatives, is that right?

A.      No, it's a trivial stop loss, it's a trivial risk management technique.

I mean, you can do all sorts -- you can put any kind of function in there that you want to, but it's trivial, I think it is almost automatic on many exchanges, you can just click the button for trial.

Q.      Would a retail investor that is simply putting their money in an index fund, for example, need a trailing stop loss mechanism?

MR. BERIN:  Object to the form.

A.      That's not an appropriate thing because they're not doing the trading, how could they do that, there isn't the facility for them to do that.

Q.      What if it was just a normal retail trader choosing stocks, they would

                    CUBITT

use that trailing stock?

     A.          I would recommend it, yeah.

     Q.          Let's look at page 2 of your
CV.

                 At the top you list some
analytical and trading skills, do you see
that?

                 (Witness perusing document.)

     A.          Yes.

     Q.          The first one listed there is
macro thesis generation?

     A.          Yes.

     Q.          What is macro thesis
generation?

     A.          Well, it's the idea that there
is a macroeconomic environment and that
elements of that perhaps are cyclical
according to the broader environment in
which a particular asset might sit, it
might be a win behind it, it might give
you favorable circumstances, or it might
give you headwinds.

                 So, for example, there has been
a long-held belief that, for example, the

CUBITT

halving in bitcoin causes it to rise in price, but macroeconomic thesis might contest this by saying that it's coincident to the business cycle.

Q.       How did you develop your skill at this philosophy or this theory of macro thesis generation?

A.       Following a guy called Raoul Pal and various other things, Brent Johnson, quite a few people in that field, listening to what they had said, considering whether I believed it myself, and to an extent, you know, I'm still not a hundred percent sure about macro thesis generation.

My mother is an artist and, you know, for her when she describes a painting, it's to me post rationalist and I believe there is an element of that in micro thesis generation as well.

Q.       You listed some people there, like Brent Johnson; who are they?

A.       He is a fund manager.

Raoul Pal publishes a macro

                    CUBITT

report, GMI I think it's called, they're active on social media.

Q.      Do you follow them on social media?

A.      I don't follow anybody on social media, but I do create lists of people for which I can look at.

        Following, it doesn't work for me.

Q.      Do you look at the posts or articles that those individuals publish?

A.      Sometimes.

Q.      How often would you say that you look at those individuals' posts?

        MR. BERIN:  Object to the form.

A.      I don't have an average time, it depends how often they publish, doesn't it.

Q.      Have you used macro thesis generation in your own trading?

A.      I think to an extent you can't not.

Q.      How have you used it?

A.      Well, if you have a belief in

Page 37

CUBITT

something, for example, you believe that the price is going to go up a bit, that's in and of itself your belief, however it is constructed there is a form of macro thesis generation.

Q.     The next skill that you list is discretionary swing trading, is that right?

A.     Yes.

Q.     What is that?

A.     Well, that's just trading yourself, but looking for pivotal points, inflection points in the price, so you can identify these by kind of coalescing points or you can look at the volume going sideways across price, look for clusters, and you tend to find more often than not that price moves sporadically, it consolidates and in that consolidation you could swing upwards and downwards in a range and you can e-count a little bit, it's hard work, but you can trade that.

Q.     How did you develop your skill at discretionary swing trading?

CUBITT

A.        Sheer pain, I think, by sheer pain, by trying things and failing a lot.

THE COURT REPORTER:  Can you repeat that please.

A.        I said by sheer pain and repeating and trying more.

Q.        Did you use this type of trading while managing ELD Capital?

A.        Not very much.

Q.        Why not?

A.        It's painful, you know, you have to be very, very active, so you have to be sitting there in front --  at that stage I had a newborn child and, you know, focus gets easily drifted, so I tried not to.

Q.        Prior to working as the manager of ELD Capital, would you say that you used discretionary swing trading more often?

A.        Prior to ELD, yeah, perhaps a little bit more often.

Maybe in the early stages of ELD, prior to FTX, I might have used it a

CUBITT

bit, because, you know, it wasn't initially on FTX.

Q.      What exchange did you start using when you formed ELD Capital?

A.      Initially we started using Binance, I am not sure exactly the pronunciation.

Q.      When did you stop using Binance?

A.      I don't remember.

Q.      Why did you stop using Binance?

A.      I looked at FTX and I preferred the interface.

Q.      What do you mean by interface?

A.      The user interface.

Q.      Just how it looked?

A.      Well, it's not the colors were pretty, it was, you know, I felt the layout was more comfortable for me, I preferred the way that it was structured.

Q.      Why did you prefer the way that it was structured?

A.      Because it was more sympathetic to the way it looks at trading.

Page 40

CUBITT

Q.      How was it more sympathetic to the way that you looked at trading?

A.      I suppose it had one more obvious place to go to trade, whereas on Binance, for example, it's just so many places, this, there's that, there's the other, there is all sorts of gimmicky things, and it just felt right.

Q.      Did you do any due diligence before deciding to use FTX?

MR. BERIN:  Object to the form.

Q.      Could you repeat your answer.

A.      To the extent that I could.

Q.      What type of due diligence did you do?

A.      We looked around and it was a pretty public exchange, it seemed as though it had some fairly solid backers and it was being heavily promoted.

It was supposed to be the exchange really, I mean, there was all sorts of flashy advertisement, one of the big stadiums in the United States, it was heavily promoted.

CUBITT

Q.        Since we're on this topic,
let's look back at Exhibit 2, you can
navigate there, there are arrows on the
side of your screen or you can go back to
the marked exhibit folder.

(Witness complying.)

A.        Okay, I am on Exhibit 2.

Q.        In that top e-mail between ELD
and FTX compliance, do you see that?

A.        Yes, I do.

Q.        It looks like Leona says,
"We've been using Binance and Bitmex but
are unhappy with both of these platforms
for various reasons."

Did I read that correctly?

A.        Yes.

Q.        Do you recall why you were
unhappy with Binance as a platform?

A.        Like I said, it was a mess, it
was a UI issue, user interface.

Q.        Was that the only reason?

A.        Well, it was functional, but as
I've said, it was a sort of messy --  in
contrast to FTX, where you were really

CUBITT

presented with one place to go to do the trading and a set of instruments from which you could trade, in contrast to that, Binance was a little bit all over the place and I just preferred it.

Q.      The e-mail also references being unhappy with Bitmex, right?

A.      Yes.

Q.      When did you use Bitmex?

A.      I don't recall when.

Q.      The e-mail also says you were unhappy with both platforms for various reasons, right?

A.      Yes.

Q.      Do you recall any other reasons besides the UI?

A.      No.

Q.      The next sentence you say, or Leona, sorry, says, "Hoping to join FTX soon, as a recommendation from Willy Woo," do you see that?

A.      Yes.

Q.      Who is Willy Woo?

A.      He was an industry commentator,

                    CUBITT
perhaps still is.

Q.        Was this a personal
recommendation from him?

A.        No.

Q.        Were you ever in touch with
Willy Woo?

A.        I joined his newsletter for a
bit.

Q.        Do you consider him to be
authoritative in the cryptocurrency field?

A.        I wouldn't go that far, but
he's definitely a character in the field.
          I'm not sure I would say
authoritative.

Q.        Why were you listening to his
recommendation though?

A.        He is one of many actually that
were saying FTX is quite a nice platform.
          Really it's kind of in passing
and it was, like, okay, let's have a look,
it seems pretty good, I liked it.

Q.        Were there anymore concrete
reasons for switching to FTX?

          MR. BERIN:  Object to the form.

Page 44

                    CUBITT

                    You can answer.

     A.        No.

     Q.        Let's go back to Exhibit 3,
your CV, you can navigate using the
arrows.

               (Witness complying.)

     Q.        Are you there?

     A.        Yes.

     Q.        On page 2, looking at your
analytical and trading skills again, there
is another entry for inverse perp swap
hedging.

     A.        Yes.

     Q.        What is that?

     A.        That's an instrument on Bitmex,
which is an inverse perpetual swap, the
base currency is bitcoin rather than
dollar, but hence it's inverse.

     Q.        How did you develop your skill
at inverse perp swap hedging?

     A.        Trial and error.

     Q.        Sorry, what was that?

     A.        Trial and error.

     Q.        Did you use inverse perp swap

CUBITT

hedging while trading for ELD Capital on Bitmex?

Q.     Why not?

A.     Because ELD Capital hadn't been formed at that time.

Q.     ████ ████ ███ ████ ██ ████ ██████

A.     █ ████ █████ ███ ████ ████ ██ █

████ █████ ██ █ ██ █ ██ ██ █████ ██

█████ ██ ██ █████ ██ ██ ██ ██

████

     ██ ███ ███ ███ ██ ██ ██ ████

████ █████ ██ ███ █ █████ ██

█████ █████ ██ ██ █ ████ █

████ ██ ███ ███ █ ███ ███ ████ ███

█████ █████ ██ ████ ███ ██ █████ █████

███ █ ████ ██ ███ ███ █████ ███ █

██ ███ █████ █ █ ██ ██ █ ███ ███ █

████ ██ ████ ██ █ ██ ███ ████ █████

███ ██ ███ █ █ ██ ██ ██ █████

█████ ██ █ ██ ██ █ █ █████ ████ █

██ █████

Q.     And you created ELD Capital after leaving Bitmex, after stopping your trading on Bitmex, is that right?

Page 46

CUBITT

A.        Well, you make it sound so pulverized in the question, but it's more like, I don't know how to put it, it's not that you suddenly stop trading, you don't fall out with them, it's not like having an argument with a partner or something and you're leaving them.

You just move around different things for different reasons.

At one stage Bitmex was the platform to be on, if you recall, that was the highest traded volume, it had the less liquidity, these are the sort of characteristics that cause you to move around, I guess.

Q.        You testified that you moved to FTX just because of the user friendly nature of the UI, is that right?

A.        Yes.

Q.        So the characteristics of the liquidity and popularity did not matter -- did not affect your decision to move to FTX?

A.        Well, in this case, coming from

CUBITT

Binance, that's a negative step, isn't it, so Binance at the time had the liquidity and the volume, whereas FTX was less so, and maintained that, like UI, it's not a crime.

I liked FTX, I really liked it, it was a good platform.

Q.   Looking at the bottom of page 2 of your CV, there is a section titled "Notable Achievements."

A.   Yes.

Q.   Can you read the first bullet point in that section.

A.   "Researched and deployed deep (fairly shallow really) learning portfolio selection trading system."

Q.   What does that mean?

A.   If you remember what I was talking about on Poloniex, the deep learning model.

Q.   You developed the deep learning model yourself?

A.   Yes.

Q.   Did you use this trading system

                    CUBITT

in your capacity as manager of ELD
Capital?

    A.      I did not.

    Q.      Why not?

    A.      It was in a previous world,
Poloniex was very low volume and we were
doing a different style of trading at that
stage.

    Q.      How was the style of trading
different?

    A.      Well, we weren't algo trading
with ELD Capital in any way, it wasn't a
quant fund, it was just a little family
fund to invest in a few things.

              All of our savings were put
into ELD and the reasons for opening ELD
and becoming an institutional client was
because of the friction associated with
trying to do that in Europe at the time,
which was very high.

    Q.      So these deep learning trading
systems wouldn't have assisted you in your
trading as manager of ELD Capital?

    A.      I don't think we ever connected

CUBITT

to the FTX API, did anything like that in that regard.

Q.       Why not?

A.       In that stage of life I was in a different world, you know, a newborn screaming isn't conducive to that type of world, and was seeking to perhaps look at more of a macro investment thesis to be able to sort of say, well, I think this is going to go, whether it be the halving or liquidity of the business cycle, I think this is going to do well over time, and we did okay.

Q.       In that same section of your CV under notable achievements, there is a second bullet point, could you read that, please.

A.       "Built own buy side trading infrastructure, including low latency tick database and complex event processor. Implemented mean reversion start-arb style fully automated trading system."

Q.       What does that mean?

A.       You remember we talked about

Page 50

CUBITT

the FX trading and the mean reversion, it is pertaining to that.

Q.     It's a fully automated trading system, is that right?

A.     Just it was fully automated to the extent that I managed to integrate a telephone alarm system, so it phoned me up if it thought it was outside of risk parameters or if it couldn't connect or something like this, if there was a problem it would integrate using Twilio at the time, and they would give me a call and alert me so I could at least leave the desk.

Q.     If there wasn't a problem, the fully automated trading system would continue on its own, is that right?

A.     Correct.

Q.     Did you use this fully automated trading system while at ELD Capital, while managing ELD Capital?

A.     No.

Q.     Why not?

A.     I've answered that in many

CUBITT

ways; because my life had changed and, you know, these sorts of things are not conducive to having a very young child in your life.

You know, the style of trading was very different, this was a different world, I had become married, had a kid, you know, we're talking about our life savings, it's a different world to where I lived previously as a single man trading like that.

So life circumstances changed, I hope you understand this.

Q.    Let's look at your time at ELD Capital as you relate in your CV, I believe this would be page 3 of your CV.

You list position as manager of ELD Capital starting in 2020, is that right?

A.    Yes.

Q.    Where is ELD Capital registered?

A.    St. Vincent's and the Grenadines.

CUBITT

Q.

A.

Q.

A.

Q.

A.

Q.    Besides yourself, does anyone else manage ELD Capital?

A.    Leona Sannon.

Q.    Does she participate at all in the trading decisions made at ELD Capital?

Page 53

CUBITT

A.      Not really.

I certainly was the one that executed the trades, but we would talk about it to the extent that she was involved as my wife of course.

Q.      Did her experience in financial markets help at all in your role in managing ELD Capital?

A.      Did her experience in financial markets help in my role, yeah, she was helpful.

Q.      How was she helpful?

A.      She did the administrative side of the KYC/AML, very good administrator, much better than me.

Q.      You said, though, that she did participate somewhat in trading decisions, right?

A.      I said as man and wife.

Q.      Did she participate as more of a financial partner in ELD Capital?

MR. BERIN:  Objection to form.

You can answer the question.

A.      In what capacity; I don't

CUBITT

understand the question.

Q.     Did she use her experience in financial markets to assist in making trading decisions?

A.     FP&A experience.

Q.     Did she use that experience to assist in making trading decisions?

A.     No, that doesn't make any sense.

Q.     Why not?

A.     Because FP&A is largely a regulatory role.

When you have a large enough company that becomes a P.L.C., there is a set of regulatory reporting requirements New York Stock Exchange will place on the company and she's really part of that whole mechanism.

There are areas of finance that are different from one another and they all relate, so having, not that I want to pigeon hole her, but that experience doesn't relate in any way to buy side trading experience, if that answers your

Page 55

                    CUBITT

question, I'm still not exactly clear.

     Q.      I am asking because on page 3 of your CV, in that first paragraph under ELD Capital, it says that "With the capital base and intellectual property from Algo Platform and with an investment partner and associated capital, we decided to start ELD Capital as a crypto-focused private fund.  ELD inherits all intellectual property from Algo Platform and considerable international finance experience from my partner."

             Who is the partner referred to in this sentence?

     A.      Leona.

     Q.      And it says, your CV says that she has considerable international finance experience, is that right?

     A.      That's correct.

     Q.      Is it your testimony that that financial experience is limited to the regulatory side of things?

     A.      As I've said over and over again now, the partnership that we had was

CUBITT

very broadly split, administrative to execution.

So she would do the KYC/AML, all of this type of stuff, I did more of the actual grunt work of the trading.

I hope that makes it clear, but if you're asking about financial input, we both put our savings in.

Q.      Looking at that same sentence, it says the capital base was brought over from Algo Platform, is that right?

A.      On my side, yeah.

Q.      What was that capital base?

A.      How much was it, what's the question exactly?

Q.      Was the capital base the money that you made using Algo Platform?

A.      Yes.

Q.      What intellectual property was brought over from Algo Platform?

A.      The tick database, the complex of the processor, all of these things, they're all my code.

Q.      You used those bits of code in

Page 57

CUBITT

your capacity as manager of ELD Capital?

A.    No, no, by the time it gets to ELD, you see, we've got a baby, things have changed.

I mean, the code is still there, it's old now though, and I have to look at it, but we weren't trading in that way in ELD.

This was an investment vehicle for our retirement, so we weren't seeking to do high frequency trading or anything too sophisticated, it was pretty slow long-term cadence stuff.

The idea was, you know, we think the market waves in cycles, over time this should do well.

Q.    So even though your CV states that ELD Capital inherited that intellectual property from Algo Platform, it's your testimony that it was never used?

A.    Yeah, I think that's absolutely right, I don't think I've ever used it under ELD at all, I can't think of a

                    CUBITT

single instance, no.

Q.      If it wasn't used in your trading as manager of ELD Capital, why was it included in this section of your CV?

A.      Because ELD is a vehicle that holds the rights to that code and if you think about it, if the company was more successful, it might want to sell that company, it has the rights to the complex of info processor and tick database.

Q.      So it was purely an issue of intellectual property, of the ownership of that intellectual property, is that your testimony?

A.      Sure, yeah.

Q.      ██████ ███████ ██ ███████ ███████ ██████

██████ ███████ ██ ███████ ███████

A.      ██████ ███ ███████ ██ ███████ ██████

███ ███ ██ ██ ███████

Q.      Was it entirely made up of your personal capital?

A.      Myself and my wife, yes.

Q.      Was FTX the only exchange that ELD Capital was trading on?

Page 59

CUBITT

A.      No.

Q.      Did ELD Capital previously trade on any other exchanges like Binance?

A.      Yes.

Q.      Did you trade in any other assets besides cryptocurrency as manager of ELD Capital?

A.      I think on FTX there was possibly an area that was a bit experimental that linked to equity traded on New York Stock Exchange, it's possible I experimented with that.

My recollection of it was that it was flaky at best and there was no liquidity.

Q.      At that point when you started trading on FTX, how many years of cryptocurrency trading experience did you have?

A.      A few, I don't know exactly, but a few.

Q.      Were you aware of cryptocurrency exchanges that collapsed prior to FTX?

Page 60

CUBITT

A.        Yes.

Q.        Did you have any assets invested on them?

A.        No.

Q.        Do you know of anybody who did?

A.        No.

Q.        Have you experienced withdrawal halts before on other exchanges?

A.        No.

Q.        ██ █████ ███ ██

████████ █ █████ ██████ ██ ███ █ █

████ ███ █ █ █████ ██████

A.        █ █ █ █ █████ ██ ███████

██ ████ ████ ██ █ █████ ██ ██

████████

██████ █ █████ ██ █ █ █████ ███████

██████ █████ ███ █ █ ████ ██ ██ ██

██████ ██ ███ ███

Q.        ███ ███ ███ ████ ██ █ ███

██████ ██ █ ████ ██████ ███ ██

██████ ████ █████ █ ███

A.        █ █████ █ ████ ███ ██████ ██

████ ██ ████ ████ ████

Q.        There wasn't any other reason?

                    CUBITT

        A.        I don't really understand the
question.

        Q.        Why would you place such a
large portion of your personal assets on a
single exchange?

                MR. BERIN:  Object to the form.

        A.        To trade with it.

        Q.        Were there any concerns at the
time that you opened the account that
exposing yourself in that manner instead
of diversifying your investments would
lead to a poor outcome?

        A.        Well, we did diversify, we
didn't just invest in one thing like
bitcoin or ethereum or solana, we did
diversify.

        Q.        How did you diversify your
investments on FTX?

        A.        By asset.

        Q.        What mix of assets did you
invest in?

                MR. BERIN:  Clarification of
the time period.

        Q.        When you opened your account on

CUBITT

FTX, what mix of assets did you invest in?

A.      I don't recall the specific assets, but it would have been the ones that were high liquidity or in the high market cap range.

So I wasn't seeking to experiment with mid or low cap coins.

Q.      What types of coins would you avoid?

A.      Low cap.

Q.      Why?

A.      Low cap, low capitalization.

Q.      What types of coins would you consider to be low capitalization?

A.      Well, if you go to CoinMarketCap, it's got a list, and if you go right to the bottom, those.

Q.      Was there any other method that you used to determine what coins to invest in?

A.      Yeah, there was a timing thing as well where, towards the end of a cycle there is a rotation from bitcoin out of bitcoin and then to major old coins, that

CUBITT

was kind of prevalent and discovered.

Q.      What rotation are you referring to, what does that mean?

A.      Capital.

Q.      Could you be a little more specific what rotation were you looking for at that time.

A.      It was an observation of market dynamic.

Q.      So you were following the market closely at that time to determine which --

A.      It's not an uncommon piece of knowledge that toward the end of one of these cycles, whether you believe it to be a halving cycle or a business cycle, you know, regardless of your underlying belief system, that towards the end of that often what happens is the rotation of capital from high caps into the old coin, often referred to as old season.

Q.      Can you explain what these cycles were at that time.

A.      Sorry?

Page 64

CUBITT

Q.     Could you explain, you're referring several times now to cycles in the cryptocurrency market, what are those cycles?

A.     What I'm pointing out is people have different belief systems associated with why they think the market fluctuates in the way that it does and there are various different epistemologies associated with that, some of which attributes market behavior to the halving cycle, the bitcoin, and they attribute the entire ecosystem moving as a result of that.

And other people think it coincident to the business liquidity cycle.

Q.     Do you have an opinion on which one of those groups is correct?

A.     To be honest, I think that they're both correct and that initially the halving cycle was very, very influential to bitcoin in the East Coast system.

Page 65

CUBITT

The cycle, the halving amount gets halved and ultimately I think around about now, the likelihood of everything being keyed around a halving cycle is far diminished as to its previous kind of influence and perhaps more at the moment to do with the business cycle and global liquidity cycle.

Q.      How did you reach your conclusions on these cycles, the activities, the way that these cycles worked?

A.      That's an epistemological question.

Q.      Did you conduct any research?

A.      Well, obviously the price and knowing the existence of these theories is research.

But coming to the conclusion that there is a blend there is my own interpretation and my own experience, that's my own personal opinion.

I could be wrong.

Q.      How did you come to that

                    CUBITT

opinion?

    A.       I can't really answer that, you know, in any kind of direct way.

             I think looking at it for a long time, listening to one camp shout halving cycle, another camp shouting business cycle, and not being swayed entirely by each.

    Q.       So you would say that your experience as a quant trader or as a trader in general informed your belief on halving cycles in other transliquidity cryptocurrency market?

    A.       Yeah, I don't think that's unreasonable.

    Q.       Relatedly, I think on page 3 again of your CV, in your capacity as manager at ELD Capital, it says in that third paragraph that you conduct constant research over the market trying to identify trends, is that right?

    A.       I try.

    Q.       Is that related to the halving cycles and other trends we have been

Page 67

                    CUBITT

talking about?

     A.        And date.

     Q.        What would this research
entail, how did you perform this research?

     A.        I guess reading various
different things, there is a few
newsletters that are free, Lyn Alden is
quite an interesting character, she offers
a perspective and a free newsletter.

               These days there is a chap who
fell out with Raoul Pal and the gang, GMI,
called Mad King; he offers a perspective,
not that I particularly agree with much of
what he says, but he offers a perspective.

               And I think it's reasonable to
try to read some of these more reputable
perspectives regardless of whether you
agree with them to try to triangulate your
own opinions.

     Q.        What makes these sources that
you are referring to reputable, in your
opinion?

     A.        I think the quality of the
output is very high.

Page 68

CUBITT

For example, in the case of the Mad King, his output quality is so high in regard to his analysis of NVidia, caused Jensen Yang to make comment, that's unusual in the (inaudible), so that's an indication of quality for the Mad King.

With regard to Lyn Alden, I think that she's highly educated, highly articulate, and her newsletter carries some insight.

Q.      Do you monitor any other sources of information as part of this research on the cryptocurrency market?

A.      Not in a formal way, I don't have a rigid formality associated with today I will read this, tomorrow I will read that, nothing like that.

It's a free form thing.

Q.      Do you generally monitor large news sources?

A.      Yeah, of course, like, you know, Reuters, those sorts of things.

As I said, I try to keep it -- the Internet is a noisy place, so I like

CUBITT

to try to keep it minimally to a few sources that I think are reputable, Bloomberg, Reuters, pretty mainstream stuff.

Q.      These cryptocurrency sources, these individuals who you listen to, do you only receive newsletters from them or is there another way that you see their opinions and the information that they put out?

A.      No, it's just they're free newsletters, otherwise you have to pay a ton of money.

Q.      They don't post anything on social media?

A.      They might, you would have to ask them.

Q.      But you never access any of their information on social media, is that right?

A.      I might, but --  I don't think social media particularly --  you don't get that long form content necessarily, you would need to go to their substack or

Page 70

CUBITT

this type of thing.

Q.        Do you have a Twitter or X account?

A.        I have an account, yes.

Q.        Do you regularly use it?

A.        I use it more now than I used to, but in a very strange way, I don't use it as a normal user.

Q.        What does that mean?

A.        So I don't follow anybody and nobody follows me, my account is totally locked and nobody can follow me.

I only create lists of topics, for example, artificial intelligence, I like to listen --  I like to see what is happening in that area, Yann Lecun, Jeffrey Hinton, not so much these days, he is retired, Yoshua Bengio, those types of people, so I have a list and I use the list to access these people.

So I don't have anybody in my, like, timeline that I follow anybody, it's just a whole bunch of noise for me.

Q.        Does your list include

CUBITT

cryptocurrency topics?

A.      There is one list for crypto these days that I've recently formed, fairly recently.

Q.      In November 2022, when FTX collapsed, were you using that same list or a list like it?

A.      Or a list like it, sure.

Q.      Were you at that time in November 2022, were you using Twitter to monitor or watch for news about cryptocurrency?

A.      To an extent, but like I said, the Internet is a very noisy place, Bloomberg and Reuters seem to be kind of pretty good spots as well, less noisy.

Q.      Do you ever monitor on-chain analytics?

A.      I've had a go on-chain and I don't believe it.

        Obviously it tells you what's happened, but the extent to which I've seen any model ever work, it's not predictive of price, I've really, really

CUBITT

tried to do this, and Raoul Pal came up with this one and looking at decomposing it, it was just like price multiplied by some random noise in the on-chain world is proportional to price and that's unsurprising to me.

Q.      Why is that unsurprising to you?

A.      Well, price being proportional to price plus noise.

Q.      Yes.

Why is that unsurprising?

A.      It's mathematically unsurprising, so it could be reduced to price equals price, it's tautology, not interesting.

Q.      If it is that simple, why were you looking into on-chain analytics?

A.      It's not that it's that simple, it's reduces to that simplicity, it's presented as something quite complicated, but in there you will always find that it's multiplied by price and then the output is proportional to what's going on.

CUBITT

Q.      So you would say that you analyzed on-chain analytics using your experience?

A.      Some, some.

I think for forensic activity it is an entirely different world, but I'm critical of it in its ability as a predictor of the future.

Q.      Did you use --  were you analyzing the use of on-chain analytics while trading as a manager of ELD Capital?

A.      Yeah, I had a look at it, yeah.

Like I said, at that time Raoul Pal will come up with, you know, his on-chain metric and I didn't comment on it because I don't comment on anything I ever see, but personally I thought it was price is equal to price and it's just not interesting, it doesn't hold any value for me.

Q.      ███ ██████ ███ █████ ██████ ███ ██████ ███████ ████ ███ ███

A.      █ █████ ████ ███ ██ ██████

███████ ██████ ███ ███ ██ ███ ███

Page 74

CUBITT

██████████  █████████  ██████████████

          ████  ██████████  ████  ████  ████████

████████  ██████  ██  ██████  █  ███████  ████

████████  ████████  ██  ████  ███████████████

████████  █████  ████████  ██  ██  █████████  ████████

████████  █  ████████  ██  ██████  ████████

          ██████  █  ████████  ████  ████  ████  ████

████████  ████  ██████████  ████  ██  ██████  ████

██████  ██████  ██████  ████████  █  ████████  ████

████████████  ████████  ██  ████████  ████  ██████████

██████  ████████  ██████  ██████  ██████  ██████  ██  ████████

Q.        Did ELD Capital use machine and deep learning in its trading?

A.        No.

Q.        Why not?

A.        Well, I think we've covered this, but at that time in my life I had a young baby and, you know, life changes, things move on, you try different things at different stages in your life, this was to do with our savings.

Q.        Did you think that these strategies that you used to employ were less effective?

CUBITT

A.      In my experience of all strategies, once you find an edge you can exploit it for a little while, but it diminishes over time.

Q.      So even if you had more time at your disposal while you were a manager at ELD Capital, you wouldn't have used the strategies that you employed earlier in your career?

A.      No.

Q.      Why not?

A.      Liquidity.

Q.      Can you explain in a little more detail.

A.      The slippage would have been too high.

To speak to your exact question in relation to deep learning, I can get it to work on Poloniex and earn a few grand there and that's really cool, right, but the moment you've got like a hundred thousand, trying to deploy that over that type of a system, you're going to -- and just issue market trades -- you're going

CUBITT

to come on stop very quickly because the
cost of doing business, the cost of making
that trade will be pretty high.

Q.

A.   

Q.      And the reason that you
restricted yourself to that trading
strategy just had to do with your
stability in life, is that right?

A.      Sure, sure, and it was our
savings, it wasn't kind of, you know,
burner capital, is this going to fly
really quickly and do something amazing,
that wasn't what this was for.

Q.      The account that you had on FTX
was a corporate account or an
institutional account, is that right?

A.      Uh-huh.

Q.      Did anyone have access to this
account besides yourself?

Page 77

CUBITT

A.        My wife.

Q.        Did you have any other accounts on FTX?

A.        I don't think so, it may be possible that you could open up a subaccount on FTX, I might have played with that, but not to the extent that there was anything, for example, like -- no, you know, we didn't have a separate account capitalized doing something different, no.

Q.        When you were trading on FTX, did you engage in arbitrage strategies?

A.        No.

Q.        Why not?

A.        That's a question about all of the things that I didn't do.

Q.        Why did you decide not to pursue arbitrage strategies?

A.        Arbitrage is really --  I mean, that's the territory of --  it can work, you need to automate it, it needs to be pretty high frequency.

                  These days it's an incredibly

Page 78

CUBITT
crowded room, it's very hard to find an edge, you need it to be able to move capital between exchanges and my now understanding of that is that you probably needed a silver bank account.

Does that answer your question?

Q.   How did you come to that conclusion, how did you gain the understanding that you just described?

A.   Much of that is an understanding I wouldn't have had at the time but do have now.

Since then I've looked at both triangular arbitrage and inter-exchange arbitrage and not really found anything much of an edge that I could work with, yeah.

Q.   How did you conclude that there would be -- there wouldn't be an edge for you to work with in those arbitrage strategies?

A.   By prototyping an algorithm to look for it.

Q.   Did you develop that algorithm

CUBITT

yourself?

A.    Uh-huh.

THE COURT REPORTER:  Is that yes?

A.    Yes.

Q.    Was this while you were trading on FTX?

A.    No, that was while we were in Madrid probably last year, the year before.

Q.    I believe we covered this already, but did you use any trading tools when you were trading on FTX as manager of ELD Capital?

A.    Well, it kind of depends what you mean by trading tool, because FTX itself is a trading tool.

Q.    Did you use any of the proprietary trading models that you developed?

A.    No, no, not on FTX.

I'm a hundred percent sure we never connected to the API or did anything algorithmic at all.

Page 80

CUBITT

MR. BERIN:  Is there a good time to take a break in a moment, it's been an hour-and-a-half.

MR. VAN HOLTEN:  Yes, we can take a break now.

THE VIDEO TECHNICIAN: The time is 9:39 a.m. eastern time and we're off the record.

(Recess taken.)

THE VIDEO TECHNICIAN: Time is 9:50 a.m. eastern time and we're back on the record.

BY MR. VAN HOLTEN:

Q.    Mr. Cubitt, did you discuss any of the deposition with your counsel during the break?

A.    Any of the deposition?

Q.    Yes, any of what we've been talking about.

A.    No.

Q.    I'd like to move on a bit and talk about the TRON blockchain network.

Is it okay if I refer to that simply as TRON?

CUBITT

A.       Yes.

Q.       Do you recall when you first became aware of TRON?

A.       It was advertised as an escape route for capital on FTX.

Q.       So you hadn't heard of TRON before that time?

A.       I might have heard of it but not in any kind of real sense of knowing anything about it.

Q.       It hadn't come up in the research that you had done previously on cryptocurrency?

A.       Not at all, no, I probably couldn't tell you if it was the mave or the coin.

Q.       Did you know anything about -- let me rephrase.

Had you heard of TRX as a token on the TRON blockchain?

A.       To me they're sort of one and the same.

Q.       Why is that?

A.       Because TRX is the token on the

Page 82

CUBITT
TRON blockchain.

Q.      Are there other tokens that are specific to the TRON blockchain?

A.      Possibly these days.

Q.      Do you recall when you first learned about TRON and TRX, did you have any knowledge of the coin's liquidity?

A.      When I saw the advert, I looked -- first of all, I looked at the white paper actually, I think you got this as an exhibit, and my kind of question was is it proof of stake or proof of work, which type of chain it was, did a little bit of research, you know.

My question was to myself is it a viable store of value and I came to the conclusion that it was a proof of stake chain and it represented a viable store of value.

Q.      How did you come to that conclusion?

A.      I read the white paper, it says that in it.

Q.      Did you read anything else?

CUBITT

A.      Not much, no, the white paper really is the thing to go to to tell you how the chain works.

Q.      What contents in the white paper gave you confidence that TRON was a proof of stake?

A.      I felt, it might be a bit critical, but I felt a little bit as though it was copy and paste, that it was quite a standard proof of stake type of coin.

Q.      Why did you think that?

A.      Because it seemed to be using the same libraries that other people were using implied within that, it's almost like remember how like coin was just a full bitcoin and someone just copied it and called it --  I'm not saying that's necessarily the case because I certainly didn't do the amount of research that would have been required to see if it was merely a fork of something else, I'm not trying to suggest that, but it felt a little bit like that in the sort of way

Page 84

                    CUBITT

that gave me comfort that, yeah, if we

stored value in this, that it wouldn't

just immediately blow up.

     Q.        Why did you limit your research

to just the white paper?

     A.        Well, we now talk --  what

specifically is this in relation to, the

liquidity or --

     Q.        In general, the TRON

blockchain, I believe your testimony was

that on learning of the TRON blockchain

during the collapse of FTX from reading

the advertisement, that you went and read

the white paper for TRON, is that right?

     A.        Yeah, I also read all the

announcements on Bloomberg and Reuters to

do with this particular facility.

     Q.        What announcements were those?

     A.        The announcement was made by

FTX.

     Q.        You're referring to news

articles about the TRON facility?

     A.        Yeah.

     Q.        Had you ever heard of the Huobi

                    CUBITT

exchange?

     A.        Yeah, I think I heard of it.

     Q.        When did you become aware of
the Huobi exchange?

     A.        More and more during that
period of time certainly.

     Q.        Did you consider Huobi to be a
reputable exchange?

     A.        Reasonably, yeah, to an extent,
they're still going, they have rebranded,
but they're still going.

     Q.        Had you ever traded on Huobi
before?

     A.        No, no.

     Q.        Were you ever familiar with the
Sun token, S-U-N?

     A.        Again, not before that time.

     Q.        Did you do any research on that
token before purchasing it?

     A.        Not at all.

     Q.        What research did you do?

     A.        Again, it was part of Bloomberg
and Reuters, one of the ones listed as
part of the package of coins that were

CUBITT

available for swap.

Q.      Did you rely on any other information besides those news articles?

A.      Well, yes, the front page announcement on FTX.

Q.      Did you rely on any information from some of the figures in the cryptocurrency industry that you've mentioned before?

A.      I don't think they made comment to it, so Raoul Pal, I don't think there was any comment made by him, Brent Johnson, he is just not a crypto guy particularly, Lyn Alden, I don't think there was any comment from them.

Q.      Besides the announcement from FTX about the TRON facility and various news articles, you didn't do any -- conduct any other research about the TRON tokens or the TRON facility, is that right?

A.      No.

As I said, I read the white paper to try and understand a bit more

CUBITT

about the underlying technology and vital store value, I looked at the news articles from the mainstream boys like Bloomberg and --  I used to work for Reuters actually, so Reuters and Bloomberg were kind of my go-to for things.

Q.      Okay.

Let's pull up tab 5, I am going to mark this as Exhibit 4.

MR. VAN HOLTEN:  This is a copy of the Amended Proof of Claim that ELD Capital filed in the FTX bankruptcy.

(Cubitt Exhibit 4, Amended Proof of Claim that ELD Capital filed in the FTX bankruptcy, was marked for identification, as of this date.)

Q.      Let me know when you see it.

A.      Yes, I can see it.

Q.      Do you recognize this document?

A.      I think so.

Q.      Do you know who wrote it?

A.      Probably Alec or Jim.

Q.      Who are they?

A.      Alec is with us at the moment

                    CUBITT
on the call and Jim is another member of
the firm, his firm.
    Q.      They were your attorneys at the
time, is that right?
    A.      Yes.
    Q.      Can we scroll down to page 9.
    A.      I am there.
    Q.      Do you see this is Addendum to
Amended Proof of Claim No. 91933, is that
right?
    A.      I can see that, yeah.
    Q.      Did you review this addendum
before it was filed?
    A.      I'm pretty sure we reviewed it,
yeah.
    Q.      Did you confirm before it was
filed that everything stated was true and
accurate?
    A.      Yes.
    Q.      Let's look at page 11,
paragraph 7.
    A.      Yes.
    Q.      I am going to read part of
paragraph 7 and then ask you some

CUBITT

questions about it.

A.      Okay.

Q.      It says, "Given the substantial and well-publicized concerns about the debtors' ability to operate as a going concern and satisfy the withdrawal demands of its customers, as well as the specific representations made by the debtors, the claimant made the difficult decision to engage in exchange transactions to convert holdings in cryptocurrencies and fiat currency in its account into TRON-sponsored tokens."

Did I read that right?

A.      I think so, I must apologize, the sound is going bananas on this laptop.

Q.      Are you having trouble hearing me?

A.      A little.

(Technical discussion off the record.)

Q.      That paragraph 7 references the claimant, that's ELD Capital, right?

A.      Yes.

Page 90

CUBITT

Q.        And the passage also references some exchange transactions, is that right?

(Witness perusing document.)

A.        I'm scanning it and I can't see it, but I will take your word for it.

Q.        It is in line 4 of that paragraph 7.

A.        Oh, right, yes, I'm with you.

Q.        Does that refer to the trades that you made on November 10th and 11th of 2022?

A.        Yes.

Q.        At that time what were the substantial and well-publicized concerns that you were aware of concerning the debtor?

A.        Well, there seemed to be a bit of a liquidity crisis going on in FTX and that seemed to be fairly well-reported.

Q.        Do you recall what that liquidity crisis was?

A.        Kind of a run on the bank I think is the best phrase.

Q.        Do you recall the size of the

                         CUBITT

liquidity crisis?

     A.      No.

     Q.      How did you become aware of the
liquidity issues facing FTX?

     A.      From our perspective, we
couldn't place withdrawals.

     Q.      Was that the first time that
you were aware there was a liquidity
concern regarding FTX?

     A.      I don't recall whether it was
trying to make a withdrawal and then
reading the news and finding that they
have a liquidity issue or it was the other
way around.

     Q.      When you read these reports
about the liquidity issues at FTX, what
was your reaction to them?

     A.      No idea.

     Q.      Did you discuss these reports
with your wife?

     A.      I can't remember the specific
reports at this point in time.

             Are you referring to a specific
report?

Page 92

CUBITT

Q.       We can look at some.

Are you familiar with the website CoinDesk?

A.       I am aware of it.

Q.       What is it?

A.       It's a website.

Q.       Is it a website focused on anything in specific?

A.       I think it's crypto-focused.

Q.       Did you ever read articles published by CoinDesk?

A.       No, not by CoinDesk.

Like I said, I come from more of perhaps a conservative background of looking at main things like Reuters and Bloomberg and there's a lot of noise.

Q.       Let's pull up tab 6, which we'll mark as Exhibit 5.

(Cubitt Exhibit 5, copy of a November 2, 2022, CoinDesk article titled "Divisions in Sam Bankman-Fried's Crypto Empire Blur on His Trading Titan Alameda's Balance Sheet", was marked for identification, as of this date.)

Page 93

CUBITT

Q.      Let me know when you have it up.

A.      Yes, I've got it.

Q.      This is a copy of a November 2, 2022, CoinDesk article titled "Divisions in Sam Bankman-Fried's Crypto Empire Blur on His Trading Titan Alameda's Balance Sheet."

Did you ever see this article?

A.      No.

Q.      No?

A.      No.

Q.      Did you ever see an article like this around that time, November 2nd?

MR. BERIN:  Object to the form.

Dominic, if you need to review the article to answer the question, feel free.

A.      I will need to read it to see what it says to know if I saw anything like it.

Q.      Let's look at page 2, the bottom of the page, there is a quote there that says, "It's fascinating to see that

                    CUBITT
the majority of net equity in the Alameda
business is actually FTX's own centrally
controlled and printed out of thin air
token," did I read that right?
        A.        I am trying to find that on
page 2.
        Q.        Sorry, it's at the bottom.
        A.        At the bottom of page 2,
paragraph starting what?
        Q.         "It's fascinating to see."
                   (Witness perusing document.)
        A.        Okay, got it.
                   (Witness perusing document.)
        A.        Okay.
        Q.        Do you recall hearing anything
like this about Alameda's balance sheets?
        A.        No.
        Q.        Is it your testimony that you
weren't aware of the issues facing, the
liquidity issues, facing FTX until you
were unable to withdraw your assets?
        A.        Like I said, I can't remember
which way around it was, did I see a news
article, it would have been Bloomberg or

Page 95

                    CUBITT
Reuters, and then trying to make a
withdrawal, or trying to make a withdrawal
and then seeing the news article.
          But the internal structure of
the liquidity condition was not  -- no, I
didn't know about it.
     Q.     Were you following news about
FTX closely at that time in November of
2022?
     A.     Not really prior to the point
that everything went wrong.
     Q.     Why not?
     A.     I had no reason to, I was happy
with the service, it was functioning well.
     Q.     You testified earlier that you
had placed your and your family's assets,
entire assets, on FTX, is that right?
     A.     Yes.
     Q.     Was it still not important then
to follow news and updates about FTX?
     A.     Sure, but consider this, that,
you know, they were advertising I think it
was Miami Stadium, Florida, it was huge,
this was the most reputable shining light

CUBITT

exchange that America had to offer and, you know, I felt comfortable with that, as did many others.

Q.    You did mention previously that you had experienced the issues following Lehman going under, is that right?

A.    Yes.

Q.    Was Lehman considered to be a popular and stable company at that time?

A.    From whose perspective, from our perspective?

Q.    The general public.

A.    I believe that's a fair and true statement, yes, yeah.

Q.    So despite that experience that you had with Lehman going under, you felt no reason to monitor FTX's financial situation?

A.    I'm not sure the two are comparable.

Q.    Why not?

A.    Because in one case it was a decision of the regulator to let Lehman go and in the other it was what I perceived

CUBITT

to be a short-term liquidity issue and still believe that.

Q.      So it's your testimony that the issues facing FTX were short-term liquidity problems?

A.      I believed that to be the case, yeah.

Q.      How did you form that opinion?

A.      I felt as though that they had a run, things had gone a bit bad, but it was such a prevalent exchange and, as I said, this sort of shining light on American exchange that if they needed investors, I was sure people were going to step in.

I'm still surprised that it ended up as it is.

Q.      You testified previously that you follow various prominent voices in the cryptocurrency community.

Did none of them speak about FTX's liquidity situation prior to you being unable to withdraw your assets from FTX?

CUBITT

MR. BERIN:  Object to the form.

A.       To be fair, the voices that I said I followed were to do with macro thesis generation and not specifically to do with crypto.

The one Raoul Pal is mostly crypto, I don't believe he said anything at all about this.

Q.       At this time in 2022, while you were manager at ELD Capital, you were regularly trading cryptocurrency, is that right?

A.       I'm not even sure I would put it regularly at that stage, it was long-term investment, I recently bought, fairly recently, by recently I mean months, within months, I bought 200 ETH.

I wanted to get some more SOL, I wanted to put a hundred thousand dollars worth of SOL, but I wanted it for 25, $25 was my buy price, so the cadence was very slow, methodical.

And I think, I still believe had we continued on that thesis it would

                    CUBITT

have been correct and that's borne out

over time.

    Q.        At that time while you were

manager of ELD Capital, you were not

specifically conducting any research about

cryptocurrency, trends in the

cryptocurrency market?

    A.        That's not really true.

    Q.        Why not?

    A.        Well, I would still be looking

at various different things, but you seem

to be looking for answers like on Monday I

look at this page and on Tuesday I look at

that page and that's just not how I

operate.

            I do things in a more free form

fashion, unless I'm just answering a

question that you haven't asked.

    Q.        I think I am asking more

generally the types of information that

you were monitoring that would have

concerned FTX or cryptocurrency markets in

general.

    A.        Bloomberg and Reuters was my

                    CUBITT
go-to for the type of news.

Q.        You had previously testified that, for example, on Twitter you had a list of topics that you would follow and that some of those topics were cryptocurrency-related, is that right?

A.        Yes.

Q.        So while you were trading cryptocurrency on FTX in your capacity as a manager of ELD Capital, were you monitoring those Twitter -- that list on Twitter?

A.        Look, my opinion of Twitter is the signal-to-noise ratio is incredibly low, it's mostly noise and very little signal, and for that reason, yeah, you look at it, but I personally don't hold much stock in it.

Q.        But your testimony is that you did monitor it?

A.        Sure, sure, sure.

Q.        It is your testimony --  let me step back.

                    Were those sources that we've

CUBITT

talked about, the Reuters and Bloomberg and then your personal Twitter list, were those the only sources that you were following at that time related to cryptocurrency?

A.    Well, I guess; I mean, it's possible I did a Google search and looked at something else, but I don't recall.

Q.    You didn't regularly get information from another source?

A.    Is there a particular source that you're referring to?

Q.    I'm asking broadly based on your recollection.

A.    No.

Q.    Would you ever -- was one of the sources that you would consider to be a reputable source the Financial Times?

A.    I like the FT, sure, but I didn't read it, I used to have a subscription but then I stopped.

Q.    Do you recall hearing during FTX's liquidity issues anything about a deal with Binance to purchase FTX?

Page 102

CUBITT

A.    I think it was on the cards.

Q.    How did you become aware of that?

A.    I couldn't tell you.

Q.    Was it possible that it was through -- you became aware of the deal with Binance through these traditional media sources that you're talking about?

A.    Sure.

MR. VAN HOLTEN:  Stephen, let's pull up tab 8, this will be marked as Exhibit 6.

(Cubitt Exhibit 6, Bloomberg article, November 9, 2022, "FTX Warns of Bankruptcy Without Rescue of $8 Billion Shortfall", was marked for identification, as of this date.)

Q.    This is a Bloomberg article from November 9, 2022, the headline reads "FTX Warns of Bankruptcy Without Rescue of $8 Billion Shortfall."

Did I read that right?

A.    Yes.

Q.    Bloomberg news, as you've

CUBITT

testified previously, it was one of the
sources that you monitored during that
time?

A.      Yes.

Q.      Let's scroll down, let's look
at the first sentence of that article, it
says, "Sam Bankman-Fried told ftx.com
investors Wednesday that without a cash
injection the company would need to file
for bankruptcy."

Did I read that right?

A.      Yes.

Q.      Do you recall seeing articles
similar to this at that time?

A.      Sure.

To be honest, I think at this
point on the 11th, 22:31, the website
completely disappeared.

Q.      Sorry, what website?

A.      The FTX website, ftx.com was
kind of pulled at that stage.

Q.      This article is dated on
November 9, 2022, is that right?

A.      Oh, 9th, okay, we do things the

Page 104

CUBITT

other way around here.

Q.        So do you recall reading articles similar to this at that time?

A.        Possibly.

Q.        Do you recall generally seeing that FTX's liquidity issues amounted to around an $8 billion hole in their balance sheets?

A.        Yeah, I think that's reasonable, I would have been aware of that kind of number.

Q.        Would you have thought this was an isolated news article if you had read it?

A.        No.

MR. VAN HOLTEN:  Let's pull up tab 9 now, this is going to be Exhibit 7.

(Cubitt Exhibit 7, article in Economics, November 9th, 2022, titled "The Spectacular Fall of FTX and Sam Bankman-Fried", was marked for identification, as of this date.)

A.        Yes, got it.

Q.        This is an article that ran in

                    CUBITT
the Economics, November 9th, 2022, it's
titled "The Spectacular Fall of FTX and
Sam Bankman-Fried."

          Did I read that right?

     A.    Yes.

     Q.    Are you familiar with the
Economist?

     A.    As a magazine, sure.

     Q.    Did you ever read articles from
it?

     A.    No.

     Q.    Did you read similar articles
to this discussing the collapse of FTX at
that time?

     A.    I would have to read it to see
what the content is to know if I read
something similar.

     Q.    Let's look at the bottom of
page 2, top of page 3.

     A.    I'm there.

     Q.    I apologize, on this exhibit
it's slightly cut off, but there is a
sentence there that says, at the bottom,
starts "Mr. Bankman-Fried is reported to

CUBITT

have told investors that FTX faces an $8 billion shortfall and that it will, without more capital, go bankrupt."

Do you see that?

A.    Yes.

Q.    Do you recall seeing any reports similar to this around November 8 or 9th of 2022?

A.    I mean, I would have seen the liquidity, certainly I was aware of the liquidity crisis, and to my mind I was pretty sure that he was going to be offered the money.

Q.    What made you sure that he would be offered the money?

A.    The prominence of the exchange.

And I kind of thought sovereign wealth funds would get involved, because I think it was a very good profitable exchange, yeah, that's what I thought, I thought it would be a great investment for them.

Q.    So going up a little bit in this article, in fact, the prior

CUBITT

sentences, the two sentences discuss Binance's letter of intent to buy FTX, and then it says the next day Binance pulled out after having taken a look at FTX's books, is that right?

A.   I don't know exactly where you are, but sounds about right.

Q.   The sentence prior to the sentence we just read, it's near the bottom of page 2.

A.   November 8th, "Mr. Bankman-Fried," that one?

Q.   Yes.

(Witness perusing document.)

A.   Yes, discusses a letter of intent.

Q.   Do you recall at that time hearing about a letter of intent or the deal in general?

A.   Yeah, I didn't really think that --  to be honest, I think that was a bit of a stunt pulled by Binance to inflict as much damage on a competitor as possible.

CUBITT

Q.        Why did you think that?

A.        It seemed a disingenuous kind of relationship, but I have nothing to substantiate that.

Q.        You testified previously that you thought that Mr. Bankman-Fried would be able to cover the shortfall, that other investors would help him cover that?

A.        To this day I'm surprised that sovereign wealth funds didn't sweep in and scoop it up as an investment.

Q.        At the time when you heard that the Binance deal had fallen through, did that change your opinion about FTX's prospects as a going concern at that time?

A.        No.

Like I say, even now I'm surprised sovereign wealth funds -- sovereign wealth funds is so big that 8 billion to a sovereign wealth fund is just a drop in the ocean, but it was a nice investment, it was a nice company and, you know, obviously I know more about the situation now, but I'm still surprised

CUBITT

that, you know, it wasn't bought up in FTX.

Q.    Let's quickly jump back to Exhibit 1; like before, you can navigate either through the marked exhibits folder or by clicking back through the arrows on the screen showing the exhibits, whichever is easier for you.

(Witness complying.)

A.    Okay.

Q.    In your declaration in paragraph 9, starts on page 2, are you there?

A.    Yes.

Q.    You note in that paragraph of your declaration that "No reporting of which we were aware indicated a date by which FTX was expected to collapse or file for bankruptcy."

Is that right?

A.    Yes.

Q.    Do businesses typically advertise the day that they're going to go bankrupt?

                    CUBITT

            MR. BERIN:  Object to the form.

            You can answer.

    A.      Do businesses advertise, I think it is a legal obligation to notify creditors, I thought there was a legal obligation to notify creditors of impending bankruptcy.

    Q.      Do businesses typically know in advance that they're going to go bankrupt?

            MR. BERIN:  Object to the form.

    A.      They would have internal information, maybe, yeah; one can only wildly speculate.

    Q.      You mentioned before that you were aware that Mt. Gox was a cryptocurrency exchange that had gone under previously, is that right?

    A.      Yes.

    Q.      Did they give investors a forewarning before they collapsed?

    A.      I don't know the details.

    Q.      We also talked about the bankruptcy of the Lehman Brothers corporation; was there any advance warning

                    CUBITT

to investors before Lehman went under or
was that more of a shock?

            MR. BERIN:    Object to the form.

    A.        I don't know.

    Q.        You were aware at the time in
2008, I believe, when Lehman went under,
you were aware they went bankrupt at that
time?

    A.        Yes.

    Q.        Do you recall whether that was
surprising to you?

    A.        Yes, I found it surprising,
because I was in the boardroom I believe
in Lehman Brothers ten days prior.

    Q.        What were you doing there?

    A.        Demonstrating the mobile
trading system, the latest features that
was there.

    Q.        Lehman was interested in
adopting that system that you had
developed; did they adopt it before they
went under?

    A.        No.

    Q.        Do you remember any

                    CUBITT
announcements at that time that Lehman was about to go under?

     A.        I can't remember, no idea.

     Q.        But you're aware generally that even large institutions can go bankrupt, right?

     A.        Of course, it's possible.

     Q.        Were you ever aware that the securities commission of the Bahamas had frozen assets of an FTX subsidiary?

     A.        Yes, I did eventually become aware of that.

     Q.        When were you aware of that?

     A.        Around that time.

               I mean, are you after a time or a date, because I can't give you that, I don't remember specifically.

     Q.        Do you generally recall how you became aware?

     A.        It would have been mentioned in the news somewhere at some point in time.

     Q.        Let's keep going in your declaration, paragraph 10, do you see that?

CUBITT

A.          Yes.

Q.          You state that "ELD Capital placed four withdrawal orders on November 8, 2022, and one withdrawal order on November 9, 2022."

Did I read that right?

A.          Yes.

Q.          Why did you initiate these withdrawal attempts?

A.          To see if they would work.

Q.          What specifically prompted you to initiate the attempts to withdraw?

A.          Well, at that point I believe withdrawal was blocked and I was probing to see, you know, what could I withdraw, was it a blanket -- was it certain coins, what was the story.

Q.          But what was the reason that prompted you to attempt to make those withdrawals?

A.          Well, to try to get the ETH into a different account.

Q.          Why, why did you want to withdraw your assets out of FTX?

CUBITT

A.        Because it seemed like it was frozen.

Q.        There was no other reason to try to leave FTX at that time?

A.        No.

Q.        So it's your testimony that the only reason that you wanted to withdraw, to make these withdrawal attempts on November 8th and November 9th was simply because there was a withdrawal freeze?

A.        Well, to me I wasn't sure whether it was a blanket withdrawal on all coins.

I do recall buying some sort -- some coins that I wouldn't normally have bought, I think AVAX was one of them, I bought some just to see if it was majors that had been blocked, you know, what's the story here; really I was just probing.

Q.        If withdrawal attempts had worked, what would you have done then?

A.        One can only wildly speculate.

Q.        Do you think you would have put the assets back into FTX at that time?

CUBITT

MR. BERIN:  Object to the form.

A.      Again, it sort of calls for speculation of an event that --  do you want me to speculate what I would have done, what's the question exactly?

Q.      I want to know what your opinion was at the time about what you would have done --  strike that, let me rephrase.

Is it your testimony that the liquidity concerns at FTX had nothing to do with your decision to attempt these withdrawals?

A.      Can you repeat the question.

MR. VAN HOLTEN:  Can we read back the question.

(Record read.)

A.      No, I didn't say that.

Q.      Did the liquidity concerns at FTX have anything to do with your decision to attempt these withdrawals?

A.      Well, like I said, the withdrawal didn't seem to be working, so I was trying to do stuff to see if I could

CUBITT

get it to work.

Q.      Why did you want to get it to work?

A.      Well, to see if I could get the exchange to transfer coins to another one.

Q.      Why would you want to transfer coins out of FTX at that time?

A.      Well, because I couldn't.

Q.      Your testimony is that the only reason for these withdrawal attempts was simply to see if you could make them?

A.      In many cases, yes.

Q.      Why would you --

A.      In particular, I was wondering, like I said to you, I wasn't sure if it was specific assets that had been blocked or it was a total block, I didn't have that information and much of what I was doing at that stage was to see what the story is.

Q.      So then it is your testimony that the liquidity concerns at FTX was not the reason that you attempted these withdrawals, right?

                    CUBITT

A.        No, it's all tied up into one bundle.

          If there was no liquidity concern, the exchange naturally wouldn't have blocked transactions.

Q.        So your testimony is that you had no personal concerns about FTX?

A.        No, no, I was aware there was liquidity issues.

          And because they kind of stopped transactions, that was obviously concerning, but many of the transactions that you're pointing to were kind of probes.

Q.        Let's look at the table at the bottom of this exhibit, page 3.

A.        Yes.

Q.        The first withdrawal attempt on November 8th was 200 ETH, is that correct?

A.        Yes.

Q.        Was that a probing attempt?

A.        No, but look at the fourth one, AVAX, for the principal sum of $108, that was a probing one, because I never would

                    CUBITT

have bought AVAX otherwise.

    Q.        I understand that AVAX you
consider to be a probing attempt to
withdraw.

              What would make the attempt to
withdraw 200 ETH on November 8, was that
also a probing attempt?

    A.        No, to specifically move it to
another exchange.

    Q.        Why did you want to move it to
another exchange?

    A.        Well, because it is our savings
and I should be allowed to do that if I
want to.

    Q.        Was the liquidity concerns at
FTX, was that a reason to make that move?

    A.        Sure, in the round, but the
liquidity, it's all bundled together,
isn't it, if they didn't have any
liquidity issues they wouldn't have
blocked the transaction.

    Q.        Did you think there was a risk
that you might not be able to access your
funds?

                    CUBITT

     A.      No, I already couldn't access them.

     Q.      You couldn't withdraw them, is that correct?

     A.      No, I already couldn't access the funds; there wasn't a risk, I already couldn't.

     Q.      Were you trying to reduce your exposure to FTX?

     A.      No, I already didn't have access to the funds.

     Q.      I understand.

             I think the question that I'm asking is, when you made that initial withdrawal attempt of 200 ETH, were you trying to reduce your exposure to FTX through that attempt?

     A.      It would be more characterized as I would like to try to have my money.

     Q.      In that table we have some calculations that show that the approximate value of the attempted withdrawal was around $314,000 on November 8th, is that right?

CUBITT

A.        That is the same number as I'm reading.

Q.        And if we go down to, a little bit of a scroll, but if we go down to paragraph 26 on page 8.

A.        Yes.

Q.        It says that ELD Capital's claim consists of two components totaling $569,262.34, is that right?

A.        Yes.

Q.        Would you agree with some rough math, that that attempt to withdraw 200 ETH was an attempt to withdraw approximately half of the value of your assets on November 8th, 2022?

A.        Right, but the asset had already been bought.

Q.        The attempt to withdraw it, you were attempting to withdraw half of your assets?

A.        We had ETH for quite some time, the 200 had already been bought.

Q.        But you were trying to move about half of your assets off of the

                    CUBITT

exchange?

    A.        Sure, sure, sure, but the ETH
had already been bought some months
beforehand.

    Q.        Did you ordinarily attempt to
withdraw half of your assets on FTX?

            MR. BERIN:  Object to the form.

    A.        Ordinarily, no.

    Q.        What made this attempt
different?

    A.        Well, again, it was a probe, I
wanted to have my money, I can't have my
money, I want my money, to make it really
brutally simple.

    Q.        And you wanted your money --
did you want to get your money off the
exchange because you were concerned that
FTX might go under?

    A.        Not exactly, no.

            I mean, I'm still to this day
surprised.

            As I said, more the problem for
us is we tied up all of our liquidity in
FTX and for us it was all of our savings

CUBITT

and that's kind of like -- that was the problem for us, is that we didn't have a bank account, we really used FTX as our bank account.

Q.    If you're still convinced to this day that FTX was a safe investment, why did you not just leave that money in there?

MR. BERIN:  Object to the form.

A.    Because we had no other money available to us.

Q.    ████  ██████  ████  █  ████████
████████

A.    █████  ████  ███  ██████████  █████████
████

Q.    So was the concern that you had at that time that the withdrawal freeze would last for some unknown amount of time?

A.    Yes.

Q.    When you initiated these withdrawal attempts on November 8th and November 9th, what happened from your perspective?

CUBITT

A.        Nothing.

Q.        On the exchange, did they time out?

A.        No.

Q.        Did you cancel --

A.        I did cancel them, yes, but there was no --  just nothing happened.

I don't mean that facetiously, I mean literally it just didn't do anything, it just came up as a transaction, but none of the normal protocol stages occurred, none of the steps occurred, to put it in simple terms.

Q.        What would have been the normal steps that would have occurred?

A.        Well, you get a URL that indicates a transaction block on the blockchain, you could click on it, it would take you to an external website related to that chain and you could see your transaction being processed.

Q.        With these attempts to withdraw on November 8th and November 9th, you never received a URL?

Page 124

CUBITT

A.    No, no, that's what I literally mean when you did it and just nothing happened.

Q.    How much time elapsed approximately between your initiation of the withdrawal and you canceling the withdrawal?

A.    Well, that would vary based upon which one you're talking about I guess.

Q.    Let's start with the first attempt on November 8th of the 200 ETH.

A.    I can't remember, I'd have to go through the transaction logs to tell you exactly how long it was, but somewhere between hours and days or minutes and days, somewhere, but probably not more than a couple of days and probably not less than a couple of minutes.

Q.    Generally that's consistent with your recollection for the other attempts as well?

A.    Mostly I'd say, yeah.

Q.    When you were unable to

CUBITT

withdraw your funds on November 8th and November 9th, what did that mean to you?

A.    It meant that our savings and our access to capital were tied up for a period of time that we didn't know about.

Q.    Was it a red flag to you at all about the financial health of FTX?

A.    Yes, to an extent, and that goes to the uncertainty of how long it would take before we'd have access to our capital again.

Q.    Was the withdrawal freeze consistent with what you were seeing in the public reporting, like on Reuters and --

A.    I think so.

Q.    Had you ever attempted to withdraw half of your total assets as manager of ELD Capital?

A.    From FTX before?

Q.    Yes.

A.    No.

Q.    Why not?

A.    No reason to.

CUBITT

Q.        Let's look at page 4 of your declaration, same exhibit.

MR. VAN HOLTEN:  Actually, I think we have been going for an hour, do you want to take another five-minute break?

MR. BERIN:  Sounds good.

THE VIDEO TECHNICIAN: Time is 10:49 a.m. eastern time and we're off the record.

(Recess taken.)

THE VIDEO TECHNICIAN: Time is 10:59 a.m. eastern time and we're back on the record.

BY MR. VAN HOLTEN:

Q.        Did you have any discussions with your attorneys during the break, Mr. Cubitt?

A.        No.

Q.        Briefly I want to touch on some of the withdrawal attempts we had been looking at at the bottom of page 3 of Exhibit 1 on the table that's there.

A.        Page 3, Exhibit 1?

CUBITT

Q.    Yes.

A.    Okay.

Q.    You testified earlier that some of these withdrawal attempts were probing attempts, is that right?

A.    Yeah.

Q.    And you had pointed to the attempted withdrawal of AVAX on November 8th, is that right?

A.    Yes.

Q.    How did you learn about AVAX?

A.    Can't remember.

Q.    Did you consider it to be one of the low liquidity --

A.    It wasn't bitcoin from SOL, which were the three that were very much on my radar.

Q.    So why did you choose AVAX to use as a test?

A.    Because it wasn't on my radar.

Q.    Was it a random choice?

A.    Pretty much, yeah; it was a small amount of money, generally speaking, relative to the wider portfolio, we're

CUBITT

talking, yeah, a small amount of the
portfolio, very tiny, as a probe to see if
certain things are allowed, certain things
are not.

Q.        Can we go back to Exhibit 4,
which is the amended proof of claim.

(Witness complying.)

Q.        If you scroll down to page 11,
the same paragraph 7 we were looking at
earlier.

That first sentence we had
briefly discussed, it starts with "given
the substantial and well-publicized
concerns about the debtors' ability," do
you see that?

A.        Yes.

Q.        You testified earlier to the
best of your knowledge this is an accurate
representation of the facts, is that
right?

A.        Yes.

Q.        In looking at this sentence, do
you agree that the debtors' ability to
operate as a going concern and satisfy the

CUBITT

withdrawal demands of the customers affected your decision to attempt to withdraw your assets from ftx.com?

A.     Yes, I think we have been over this in the sense that withdrawals were frozen.

Q.     And as we had discussed previously, the debtors' ability to operate as a going concern was part of your decision-making process to withdraw, is that right?

A.     Yes, I mean, it seemed to me that for some undefined amount of time that our capital would be tied up.

Q.     Let's go back to your declaration, Exhibit 1.

(Witness complying.)

Q.     Once you're there, if you can scroll down to page 4.

Do you see there the block text quote?

A.     Yes.

Q.     And that's a quote of what you understand to be the text of the

                    CUBITT
announcement of the TRON exchange offer,
is that right?

    A.        That was on the front page of
FTX.

    Q.        Did you see this announcement
anywhere else besides the front page of
FTX?

    A.        Surely Reuters reported it,
Bloomberg too.

    Q.        Did you see any posts on
Twitter of an announcement?

    A.        No.

    Q.        So the text of the announcement
refers to a special facility, is that
right?

    A.        Yes.

    Q.        Just for clarity, I'm going to
refer to that as the TRON facility, do you
understand that?

    A.        Sure.

    Q.        When did you first read this
announcement regarding the TRON facility?

    A.        Probably when it was first put
up on the front page of FTX.

CUBITT

Q.       Were you monitoring the front page of FTX at that time?

A.       You can't kind of not when you're logging in; as the transaction shows, I was logging in at that time.

Q.       Did you discuss the announcement with anyone?

A.       Probably my wife, yes.

Q.       Anyone else?

A.       I don't think so.

Q.       Did you do any research either on Twitter or from news sources we had discussed like Bloomberg about the announcement?

A.       Exactly as I've said and as you've said, Bloomberg, and I read the white paper with regard to the TRON and Bloomberg, Reuters, Reuters is a good shop.

Q.       Did you think that a lot of FTX users were going to try to take advantage of this announcement?

A.       Personally I did not, no.

Q.       Why not?

Page 132

CUBITT

A.      Can't tell you that, I have no substantive quantitative reason I can give you, that's just what I thought, sorry.

Q.      When you saw this announcement, did you immediately want to take advantage of it?

A.      Not immediately, no, it was something my wife and I discussed and, as I said to you, this represented our money and our savings and, you know, from our perspective this was a possibility.

Q.      Did you think that --  it's your testimony that you had no reason to think that other FTX users would also think that it's a possibility?

A.      I can't speculate about the minds of other FTX users, that's not  -- that's just insane.

Q.      The announcement discusses the deployment of 13 million in assets, is that right?

A.      It does, yeah.

Q.      Did you think that those assets, did you think you would be the

CUBITT

only user attempting to use those assets?

    A.      To me there's more to this as well, isn't there, because FTX had blocked anybody else from depositing TRON tokens.

            So the 13 million in liquidity to me was on the sell side.

    Q.      How did that affect your decision to use the facility?

    A.      It meant that the price of TRON relative to the open market was wildly inflated and volatile and it meant decimating our life savings in order for immediate liquidity.

    Q.      Why did you make that decision?

    A.      We had no choice.

    Q.      Why not?

    A.      Because we had no other money.

    Q.      Did you consider leaving your assets on the exchange until the withdrawal freeze ended?

    A.      We had no money.

    Q.      It was your testimony that you believe that the liquidity issues with FTX would be short-term, is that right?

CUBITT

A.        Short-term, my speculation, if I have to give it.

How long would it take for a deal for sovereign wealth funds to, you know, buy out FTX and set it up as a going concern, that's going to be a considerable amount of time, I don't think those things happen too quickly.

Q.        So it's your testimony that despite --  let me rephrase that.

It was your testimony that the liquidity issues with FTX would be resolved at some point in the future, that was your opinion, correct?

A.        Correct, and still to this day, as I've said over and over again, I'm still surprised that things turned out as they did.

I'm really surprised that it wasn't --  yeah, didn't go a different way.

Q.        So then generally speaking, what was your understanding of this announcement of the TRON facility?

CUBITT

A.        Well, it was clear to me that the cost of gaining relatively fast liquidity was high, and for our particular circumstances, sadly we didn't really have another choice, so we tried to avail of the facility.

Q.        Why did you feel you had no other choice?

A.        No money.

Q.        It's your testimony that you believed at the time that the liquidity concerns at FTX were severe enough to force the withdrawal pause to last longer than you could bear financially, is that right?

A.        That's more or less it.

Q.        Let me ask again.

How did you understand, based

CUBITT

on the announcement, that the TRON facility would operate?

A.      Well, clearly you take a massive hit on your portfolio, but you gain access to your liquidity in the short-term.

Q.      Let's look at the last sentence of the announcement, it starts with "please ensure."

A.      Yes.

Q.      It says, "Please ensure you understand the details of this arrangement and any associated risks before taking any actions."

A.      Yes.

Q.      The sentence before notes, as you've mentioned, that "These markets for TRX, BTT, JST, SUN and HT, may experience high levels of volatility."

        Is that right?

A.      Yes.

Q.      Do you recall reading this language when you saw the announcement?

A.      Yes.

CUBITT

Q.      What did you understand this portion of the announcement to mean?

A.      As I've stated, the price of these tokens were inflated relative to market value and if you wanted to take advantage of this facility, you would take hits on your portfolio, the cost of liquidity was high.

Q.      How did you determine how high the cost of liquidity would be?

A.      The price.

Q.      How did you determine the price off the exchanges?

A.      It tells you the price.

Q.      It tells you the price, the ftx.com home page, your home page on ftx.com, tells you the price of other exchanges?

A.      The price traded higher on FTX as it did on the open markets, so the cost of liquidity is the relative change in price.

So if it's 10 on the open market and 20 in FTX, it's double, yeah.

Page 138

CUBITT

Q.      Yes, so you went and looked at what the price for these TRON tokens would be on other exchanges, is that right?

A.      Yes, to an extent, and it was obvious they were inflated, yes.

Q.      Do you remember whether -- do you recall whether you researched other TRON tokens besides TRX and SUN?

A.      The majority of the portfolio was put into TRX, a little bit SUN, and the other tokens I think just have nominal value.

TRX is by far the greatest one; I mean, we were in an incredibly vulnerable position, our financial situation was difficult and we had to -- we didn't really have a choice, it's not that we wanted to avail of this facility, we didn't have a choice.

We were aware of the cost of doing business, the cost of this liquidity was extremely high.

Q.      Did you ever consider using other TRON tokens, such as BTT, JST or HT?

CUBITT

A.        Not particularly.

Q.        Why not?

A.        I don't recall.

Q.        Do you recall why you chose SUN?

A.        I think that SUN was trading at a little bit better ratio between markets and the FTX, but I wasn't too sure.

You know, these are the tokens that -- I had done my research on TRX and I was pretty happy with TRX.

These other tokens, I wasn't a hundred percent sure, we're talking about now by far the majority of the portfolio was liquidated to TRON or TRX and we're now referring to very minor bits of the portfolio.

So I think we got --  liquidity was by far the majority in TRX, there was very little liquidity for SUN and so the price might have been better, but you're moving the market.

Q.        As we covered before, it was your testimony that you believed the

CUBITT

issues, the liquidity issues of FTX, were short-term, but not short enough for your purposes of needing liquidity?

A.    We'd have to define terms, what to you is short-term.

Q.    Relatively it was not short enough because you and your family needed liquidity, is that right?

A.    Yes.

Q.    Is it correct that your need for liquidity -- one more time.

Was your need for liquidity, did you need to withdraw your entire portfolio on FTX to meet the liquidity needs that you have just testified to?

A.    That wasn't possible because the value of the portfolio was so much higher, we had to decimate the value of the portfolio to enter the TRON facility.

I guess --

Q.    Was there a reason that you attempted to withdraw -- to convert all of your assets to TRX and SUN instead of only a portion of them given the high

CUBITT

liquidity and the dislocation of the prices?

A.    I see the question why didn't we do just half, for example; it just wouldn't have met our liquidity needs.

We don't know --  again, we have to define terms, what's short-term, what's medium-term.

To me, you know, if the sovereign wealth fund was going to come in, there is quite a lot of evidence to suggest there were several of them prepared to do so, that's not a speedy process, months and months and months, yes.

Q.    What evidence did you see that sovereign wealth funds were poised to --

A.    Plenty of news about that, Mr. Wonderful was waxing lyrical about this, you know, extensively.

Q.    Looking back at the announcement itself, the final sentence of the announcement says, "If you have any questions, don't hesitate to reach out

CUBITT

through support channels or our official

telegram channel."

Do you see that?

A.      Yes.

Q.      When you saw the announcement
the first time, did you read that
language?

A.      Yes.

Q.      What did you understand it to
mean?

A.      That if you had any questions,
you could reach out.

Q.      Did you have any questions
about the announcement?

A.      Not particularly, I understood
it, it was clear to me.

Q.      Were you confused about
anything that you read in the
announcement?

A.      Not particularly.

Q.      Did you reach out to FTX with
any questions or clarifications?

A.      Not at the time I wanted to do
that, the whole website had been taken off

                    CUBITT

line and the records were destroyed.

Q.       Can you scroll down to paragraph 17 of your declaration, it's on page 6.

           (Witness complying.)

A.       17, yes.

Q.       The beginning of that sentence notes that the announcement characterized the transaction as a swap rather than a withdrawal, is that right?

A.       Yeah, I mean looking back at the -- scrolling back up quickly, it is a one-to-one swap and the special facility I think was mentioned as well.

Q.       In paragraph 12 at the top of page 5, it notes that the announcement did not provide -- last sentence of that paragraph, it says, "The announcement did not provide specific instructions regarding how to effectuate the swap transaction contemplated under the facility."

           Is that right?

A.       Yes.

CUBITT

Q.       Did you need exact instructions on how to perform a swap?

A.       Well, you know, a swap is an instrument and we understood the process to be one of filling out a form for the Huobi exchange and becoming an Huobi customer.

Q.       It is your testimony that at the time you weren't confused about how the swap transaction would operate, is that right?

A.       Sure, we thought we had a pretty good idea about how it was all going to work, at the same time on the 11th we opened up, we filled out the form, it is a true and correct version of events, we put all the correct sums in there and we started the process of, my wife started the process, of opening up the account in Huobi.

Q.       So then what was your understanding of how at the time the swap transaction would work?

A.       We filled out the form to

CUBITT

notify both parties that we wanted to conduct the swap, we would meet to go through the KYC/AML process for Huobi.

Once we completed that, they would then do the swap itself, which to my understanding it wasn't a withdrawal, it was a swap, and it probably meant more TRON and burn the existing TRON note, notice to burn it.

Q.      Where did you obtain that understanding of minting new TRON?

A.      That's kind of my understanding of how a swap works, it's not  -- that's my understanding of a swap, a swap is -- if you're swapping one-to-one in order to not alter the market capitalization, you need to sort of mint and destroy, yeah.

Q.      Did the announcement say anywhere that TRON tokens would be minted or destroyed?

A.      That announcement, no.

Q.      Did any other information that you saw say anything about minting or destroying TRON tokens?

CUBITT

A.        I don't think specifically, that's just my understanding of how it worked, the specific details are slightly irrelevant as a user.

From my point of view, we filled out the form correctly and the swap would be conducted however the swap was conducted.

Q.        It is your testimony that the swap would have been conducted by TRON or by Huobi at FTX, is that right?

A.        The two would need to be in communication, I believe, yes.

Q.        Would you have had to do anything differently in your mind at the time to effectuate the swap?

A.        No.

Q.        What did you -- what was your understanding at the time of the steps that you needed to take to effectuate the swap?

A.        The ones that I've just said.

Q.        What were those steps, what steps would you have to take personally at

CUBITT

that time to effectuate the swap?

A.     I just said.

Q.     Could you repeat those.

A.     Sure.

So we converted, as you know, we made the trade to, let's just say, the majority went to TRX, going to the liquidity in our understanding of it, we filled out the form, which was a true description of our holdings on FTX, and we underwent the process to open up the Huobi account and notified Huobi of our intent to do the swap and take advantage of the facility.

Q.     After doing that, after completing those steps, what next steps would you have to take to actually effectuate the swap, in your understanding?

A.     That would have been it for me.

We were trying to effectuate it right up until I think the 3rd of January when finally Huobi stated that it just wasn't possible.

CUBITT

Q.      You didn't take any other steps besides filling out the Huobi form?

A.      Such as?

Q.      Did you attempt to withdraw TRX?

A.      Sure, I confirmed that you couldn't withdraw it, so it wasn't a withdrawal.

Q.      Did you initiate a withdrawal of TRX at that time?

A.      Absolutely, yeah, to make sure that it wasn't just a trivial withdrawal.

        The announcement said it was a swap and a special facility, so it's kind of confirmation that, no, it's not a simple withdrawal.

Q.      So it's your testimony that the attempt, your attempted withdrawal of TRX wasn't necessary for the facility to operate?

A.      For me it was confirmation that just converting to TRX, it wasn't a withdrawal, but it never said withdrawal, nowhere in the wordage does it say

                    CUBITT

withdrawal, it says special facility and swap, so it was kind of confirmation for me.

Q.      Let's look at the announcement again, it's on page 4 of the exhibit that's currently up.

A.      Yes.

Q.      It looks like maybe the third sentence starting with "the amount to be deposited," do you see that?

            (Witness perusing document.)

A.      Yes.

Q.      Do you see where it says, "The amount to be deposited will depend on a number of factors, such as withdrawal demand and funding capacity to be provided by TRON"?

A.      Yes.

Q.      So the announcement does reference withdrawals, correct?

A.      Withdrawal demand and funding capacity, sure.

Q.      Who would have been making those withdrawals?

CUBITT

A.        Well, to me it was a case of, as it mentions in here, the 13 million of liquidity, somebody's got to sell the TRON.

Q.        Is it your testimony that the announcement is not referring to TRON injecting $13 million of assets, worth of assets, onto the FTX exchange?

A.        Sorry, I didn't really understand the question.

Q.        Reading the announcement, it was your understanding that there was going to be other supply of TRON tokens besides the 13 million that TRON was depositing?

A.        Sure, it says, yeah, I think it says that.

Q.        Where?

A.        By providing a schedule of the amount of tokens to be introduced.

Q.        Your testimony is that the tokens to be introduced are referring to something besides the tokens introduced by TRON?

CUBITT

A.        Well, if you're buying TRON, somebody's got to sell it.

Q.        Let's look down in the middle of the announcement, it says, "Initially $13 million of assets will be deployed to facilitate such swaps."

A.        Yes.

Q.        Is it your testimony that that 13 million in assets came from somewhere besides TRON?

A.        I can't know that.

Q.        This sentence that we had looked at previously discussing the amount to be deposited, it also references funding capacity to be provided by TRON, is that right?

A.        Where?

Q.        It was that third sentence following 14 UTC, it says, "The amount to be deposited will depend on a number of factors, such as withdrawal demand and funding capacity to be provided by TRON."

Do you understand that to mean something besides TRON providing the

Page 152

CUBITT
funding capacity?

A.      Not particularly, but I am at a loss as to what you're driving at.

Q.      That question that I have been asking is simply whether the 13 million in assets came from TRON.

A.      Well, I can't really know that, can I.

For sure it says initially 13 million of assets will be deployed, but it doesn't say and I can't know that because I'm not part of FTX and I'm not privy to that inside information and those mechanics.

It's a centralized exchange, so there's no public ledger that we can go to to verify that.

It's possible we're talking at cross-purposes.

Q.      At the time your understanding of the TRON facility was based on this announcement, is that right?

A.      Yes, more or less, yes.

Q.      And the announcement states

Page 153

CUBITT

that funding capacity would be provided by TRON, is that right?

A.        I mean, I think so, I think that if you want me to describe how I think it works, I think, you know, TRON puts in 13 million worth of TRON and sold it for probably 500 million in TRON and made an actual killing somehow behind the scenes.

That seemed kind of, like, it seemed like what was happening now I look back on it.

I don't know if you're talking about market manipulation or what, I don't know what the angle is.

Q.        I want to focus on your decision to utilize the TRON facility and the way that the TRON facility operated as to you.

And so we had been talking about withdrawals.

A.        Yes.

Q.        And the announcement references withdrawals.

CUBITT

A.      Mostly it references swaps, the mechanism of action is clearly a swap under a special facility, it literally says that.

I tested the withdrawal, it didn't work.

Q.      So it is your testimony that you at the time understood the facility to not process, it did not process withdrawals?

A.      Sure, exactly.

Q.      Why did you attempt to withdraw then?

A.      To make sure it wasn't something as stupid as I just needed to do a withdrawal.

I mean, imagine sitting here now and all I had to do was a withdrawal.

Q.      You made two withdrawal attempts, is that right?

A.      Yes.

Q.      Why did you make the second withdrawal attempt?

A.      To make absolutely sure.

CUBITT

Q.      The first withdrawal attempt wasn't so silly that you didn't have to check again?

A.      No, I don't think it was a silly thing to do.

What I said was imagine in retrospect that that was the case, which it isn't, but it was the case, imagine if I hadn't at least checked.

But that was confirmation to me that it was a swap in a special facility, literally what it says.

Q.      Where are you getting your understanding that the facility --  your understanding today, which you just testified --  that the facility had nothing to do withdrawals?

A.      In the text.

Q.      Right, you testified just now that you know now that it had nothing to do with withdrawals, right?

A.      Well, that's my understanding, but perhaps it did because none of it works.

                    CUBITT

Q.      That's what I am asking; where did you get that understanding.

A.      It didn't work for me.

Q.      Was there anything else that made you believe that withdrawals had nothing to do with the facility?

A.      The text.

Q.      Just the text of the announcement?

A.      Yeah, the text of the announcement, the fact that there was the form and somewhere, and I don't recall where, but somewhere there was the instruction that if you wanted to take hold of this facility, you needed to fill out this form and you needed a Huobi account and that was the mechanism of action.

Q.      Let's take a look at that form then.

            MR. VAN HOLTEN:  This is tab 13, Stephen, and we'll be marking it as Exhibit 8, I believe.

            (Cubitt Exhibit 8, Exhibit A to

Page 157

                    CUBITT

declaration, was marked for

identification, as of this date.)

        A.        Yes, I have the exhibit.

        Q.        This document was included as

Exhibit A to your declaration, do you

recognize this document?

        A.        I do, it's the form that I am

referring to.

        Q.        When did you receive this web

form?

        A.        It's not something you receive.

        Q.        When did you access this web

form?

        A.        I believe on the 11th,

everything pretty much happened on the

same day, the 11th we did the

consolidation, we filled out the form, we

started the process of opening the Huobi

account.

        Q.        How did you learn about the

existence of this form?

        A.        I don't remember, that's what

I've been scratching my head about.

        Q.        Let's look at this first page

CUBITT

of the web form.

Let me know when you're there.

A.      Yes, I'm there.

Q.      There is a paragraph in the middle that starts "TRON tokens holders on FTX."

Do you see that?

A.      Yes.

Q.      Do you see where it says, "We'll coordinate with FTX regarding the withdrawals of TRON tokens"?

A.      Yes.

Q.      Am I reading that right?

A.      Uh-huh.

Q.      How did you understand that portion of this web form, what did that mean to you?

A.      Well, they may be allowed to do the withdrawal, but I wouldn't.

Q.      It was your understanding that they would have access to your FTX account?

A.      That's kind of what they're saying, isn't it?

                    CUBITT

    Q.        How could they have access to
your FTX account?

    A.        Well, FTX announced it.

    Q.        Did the announcement anywhere
state that they would be making trades for
you?

                MR. BERIN:  Object to the form.

    A.        I'm sorry, what was the
question?

    Q.        Did the announcement of the
TRON facility state anywhere that FTX
would be accessing your account and
withdrawing your assets?

    A.        No, that's what it says in this
form.

    Q.        Where does it say that in this
form?

    A.        You just read it.

    Q.        Can you point to it.

    A.        I'm pointing to it.

    Q.        Could you read the portion of
the form that you believe shows that FTX
would be accessing your account and making
transactions on your behalf.

CUBITT

MR. BERIN:   Object to the form.

A.       It says, "And we will coordinate with FTX regarding the withdrawal of TRON tokens," but that's what he read.

Q.       You understood that at the time to mean that FTX would access your account and --

A.       Not particularly.

Like I said to begin with, my kind of interpretation of the swap would have been it's sort of an administrative back end.

How that works I can only speculate, the back end shop, how they conduct the swap is not information that I'm privy to.

Q.       Did the announcement reference anything about a back end or performing the swap on your behalf?

A.       The announcement does mention a swap, yeah.

Q.       It mentions a swap, yes.

A.       Yes.

CUBITT

Q.      Does it describe how that swap will operate?

A.      Not in specific detail.

Q.      Did you ever in your trading history on ftx.com perform a swap transaction?

A.      I did not.

Q.      So is it your understanding that this was an entirely new type of transaction that had never been done before?

MR. BERIN:  Object to the form.

A.      It literally says special facility.

Q.      Was the swap transaction itself, not the facility, something completely new, in your opinion?

MR. BERIN:  Object to the form.

A.      Again, I can only speculate.

Q.      What was your understanding at the time as to what the swap transaction would entail?

A.      We've been through this a couple of times, but let me describe it

Page 162

CUBITT

again.

My understanding was that you would have to buy the TRON tokens, that part is pretty obvious, that you have to fill out the form and then you have to have the Huobi account and then the two people would talk to each other and figure it out amongst themselves.

Q.      Can you point me to anywhere in the announcement that states that FTX would perform the swap on your behalf?

A.      I didn't say that they would.

Q.      Your understanding, as you testified, of the swap facility is that there would be a back end communication between FTX and TRON based on the form that you filled out, is that correct?

A.      There would be something, sure.

Again, one can only wildly speculate; there would be any number -- if I were to design the process myself, there would be any number of mechanisms by which I could make this happen.

Q.      Were you speculating at the

CUBITT

time as to how the facility would work?

A.    No, I filled out the forms, I opened up the Huobi account, the e-mail trail is there.

Q.    Did you have any questions about how the swap would operate?

A.    No, I mean, Huobi seemed to be opening up the account, we stated literally we would be opening up the account to conduct the swap.

There was no way to come to at that point in time --  it was only like an hour or two before the whole website goes dark and you can't contact FTX anymore, there was no possibility to get in touch with FTX anymore, our only avenue for communication was through Huobi.

So whilst it would have been lovely to have got in contact with FTX and say, hey, the facility, we're doing this with Huobi, there was no possibility to do that.

Q.    Was it a difficult decision to use the TRON facility?

                    CUBITT

   A.      Incredibly.

   Q.      Why?

   A.      We had to decimate our portfolio, the cost of that liquidity that was being advertised was incredibly high.

   Q.      Did you calculate the loss that you would take even if you were able to get TRX and SUN off the ftx.com exchange?

          MR. BERIN:   What time are you talking about?

   Q.      On November 11th, 2022, when you made --  when you converted your assets to TRX and SUN, did you calculate the loss that you would take even if you were able to get TRX and SUN off the ftx.com exchange?

   A.      The cost of doing business was very high.

   Q.      Did you consider the possibility that the facility could fail?

   A.      I considered the possibility that the facility could take longer than we wanted.

   Q.      Did you consider the

                    CUBITT
possibility that other FTX users would
attempt to use the facility?

     A.        Sure.

     Q.        Did you confirm how the swap
mechanics would work with either Huobi or
FTX?

     A.        Well, like I said to you, hours
later FTX went dark, so there was no
possibility to ask anymore.

     Q.        In your understanding of the
TRON facility at the time, what would have
been swapped from your account to Huobi?

     A.        Any of the tokens for which we
filled out that form, so the TRX, all of
those, the ones that were listed in the
advertisement, the ones that were listed
in the announcement.

     Q.        At the time you understood that
you would not be the one making that swap,
correct?

     A.        Sure.

               But, again, FTX went dark, you
couldn't e-mail or get in touch, the
website was just pulled.

Page 166

CUBITT

Q.      Let's go back to Exhibit 1, which is your declaration.

We have been going for another hour, I think; do you want to take a break or are you fine?

A.      I'm getting pretty tired.

Q.      Should we take five?

A.      Yes, let's take five.

THE VIDEO TECHNICIAN: Time is 11:49 eastern and we're off the record.

(Recess taken.)

THE VIDEO TECHNICIAN: The time is 11:57 a.m. eastern time and we're back on the record.

BY MR. VAN HOLTEN:

Q.      Mr. Cubitt, did you discuss anything with your attorney over the break?

A.      Yes, my wife had to step out to look after our seven-year old boy, we've left him for an extended period of time and we can't go any longer like that.

Q.      Understood.

I would like to look back at

                    CUBITT

the announcement briefly, I am not sure if
you still have it up on your screen, it's
page 4 of your declaration, Exhibit 1.

        A.      Which exhibit?

        Q.      Exhibit 1, at the bottom of
page 4.

                (Witness complying.)

        Q.      It looks like in the third
sentence it starts "The exact capacity of
the TRON token facility will be determined
weekly."

                Do you see that?

        A.      Yes.

        Q.      Did you read this language when
you read the announcement?

        A.      Yes.

        Q.      What did you understand it to
mean?

        A.      Kind of as it says, you know,
the capacity will be determined weekly and
future injections will occur at 2 p.m.
UTC, so you might not be able to be part
of the first TRON but, you know, it was
going to be done daily 14:00 UTC, as it

CUBITT

says.

Q.      Did you think that meant the capacity of the exchange was unlimited?

A.      To an extent, yes, I don't think there was limitations on that, and also it meant that it was going forward into perpetuity.

Q.      The announcement references 13 million of assets that TRON would deploy, is that right?

A.      Yes.

Q.      When you read that, did you think there was a chance that that 13 million would run out?

A.      Well, 13 million of TRON on market is valued an awful lot more at the price that it was being traded at FTX.

Q.      What does that price inflation tell you, what would that price inflation have told you about the interest in the TRON exchange, the TRON facility?

A.      If you couple it with disallowing the deposit of TRON, it's kind of market manipulation, that's one thing

CUBITT

that it looked like a bit, certainly in

retrospect it looks like market

manipulation.

Q.      Would the inflation of the

price tell you anything about the interest

in using the facility?

A.      Well, strong bid.

Q.      What would that mean in

layman's terms?

A.      Limited offer.

Q.      Would it mean -- would the

dislocation of the price of the TRON

tokens mean that there was high

interest --

A.      When you've only got one

seller, they can name their price.

Q.      Was TRX trading on the FTX

exchange?

A.      Yeah, but nobody else was

allowed to deposit TRX.

Q.      So what caused, in your

opinion, what caused the price inflation?

A.      One seller.

Q.      It had nothing to do with the

CUBITT

interest and the number of people that were --

A.        One seller, they name their price certainly.

Q.        When you purchased TRX, was it always at the same price?

A.        That's not really how it works.

Q.        How does it work?

A.        Oh, god, that's a very long conversation, I think that's way beyond the scope of this.

Q.        In layman's terms, why was it your understanding --  let me rephrase that.

Was it your understanding at the time that the increased price of TRON tokens had nothing to do with the interest in using the TRON facility?

A.        No, my testimony is if you've only got one seller, they name that price.

Q.        Did you understand the announcement to mean that any user would be able to use the TRON facility?

A.        Sure.

                    CUBITT

Q.      Do you recall us discussing the liquidity concerns at FTX earlier in this deposition?

A.      I do recall, yeah.

Q.      Do you recall that we talked about an $8 billion hole in FTX's balance sheets?

A.      Yes.

Q.      Would 13 million have been enough to plug that $8 billion hole?

A.      Right, but then you've got to multiply 13 million in TRON trading at market value by what it's traded at on FTX, which sometimes was up to 40 times that.

Q.      And would that have been fluff to cover the $8 billion hole?

A.      Well, there's further interviews by Sun that he publicly stated that he lined up a billion in TRON assets going in and it was easily trading at 10x.

        That would've been in -- you've got the magnification there of 10 billion, so that would have been enough to

Page 172

                    CUBITT
literally get everybody off the exchange.
     Q.        Did the announcement state
anything about a billion dollars of TRON?
     A.        It did not, no.
     Q.        Did this facility have anything
to do with other investments by TRON?
     A.        Sorry, did what?
     Q.        Did this facility, this TRON
facility, have anything to do with other
announcements or other investments by
TRON?
     A.        Other investments?
     Q.        You're talking about a billion
dollars worth of TRON.
     A.        Right, Justin Sun, when
speaking publicly about this, stated that
there was up to a billion in the facility,
starting with the 13 million.
               If you multiply that by the
fact that it's trading around about up to
40, but let's say 10x, that's enough to
get literally everybody off the exchange.
     Q.        Were you looking at other
information besides the announcement to

CUBITT

inform your view of the TRON facility?

A.      Sure, the usual suspects, I mean, Reuters echoed the announcement as sort of liquidity lifeline, noting the cost of that liquidity, Justin Sun I think appeared on Bloomberg TV as well.

Q.      But the facility itself, was it your understanding that the facility itself would have a billion dollars worth of TRON at its disposal?

A.      No, I mean, that came to light later.

At the time I thought it had initially 13 million, multiply that by 10 more, up to 40, that is quite a lot of money.

One can only wildly speculate as to who else was using it, so I can't know that.

Q.      So did this $13 million facility seem to you like a way for FTX to avoid bankruptcy?

A.      In part, yeah, to me it did look a bit that way.

CUBITT

If you've got an 8 billion hole and you can reduce that down, it helps surely.

Q.      Was your understanding that the 13 million --

A.      If you're asking me to speculate about the motivation behind -- no, okay.

Q.      Was it your understanding that the 13 million of assets injected by TRON would benefit FTX in some way?

A.      Well, somebody made a hell of a lot of money.

Q.      How so?

A.      Well, if you take the market value of 13 million of TRON and you sell it at 10 times the price or more, somebody's made some money somewhere; it sure wasn't me.

Q.      Was it your understanding that the 13 million in TRON assets --  let me rephrase.

Was it your understanding that the purpose of the $13 million worth of

CUBITT

TRON tokens was to enrich FTX?

A.      I mean at the time I didn't take it that way.

You could make that argument if you want, but at the time that's not how I saw it.

Q.      Still looking at this announcement from FTX, does the announcement mention Huobi anywhere?

A.      No, it just says external wallets.

Q.      Does it say anything about filling out a form?

A.      No.

Q.      Where did you get your understanding that the facility would only work if you filled out the Huobi form?

A.      I don't recall the exact place, but it's possible it was part of Huobi exchange, but I can't remember.

Q.      Do you recall how you accessed the Huobi form?

A.      Yes.

Q.      How?

CUBITT

A.      It was on the web, so it's basically a Google form.

Q.      Why did you attempt to find that form?

A.      I am not sure that I attempted to find it.

Q.      Was it sent to you?

A.      It would have been --  no, it wasn't sent to me.

I just don't recall how I came across it, but, you know, I can speculate if you'd like.

Q.      Is it your testimony, then, that you obtained your knowledge of the Huobi form from somewhere besides the FTX announcement?

A.      As I said, I don't recall, it could have been a link off the FTX website to say, you know, here's the form, I don't recall, I still don't recall.

Q.      Let's scroll down to paragraph 16 of your declaration.

(Witness complying.)

A.      Okay.

                    CUBITT

Q.        On November 10, 2022, ELD
Capital bought TRX, is that right?

A.        Yes.

Q.        How much TRX did ELD Capital
initially purchase?

A.        33,691.

Q.        And then you immediately after
purchasing the 33,691 TRX, you attempted
to withdraw that TRX, is that correct?

A.        Yes.

Q.        How did you go about doing
that?

A.        I'm sorry, you broke up, can
you repeat.

Q.        How did you go about initiating
the withdrawal of the 33,691 TRX?

A.        Once again, I'm sorry, I didn't
get that.

          MR. VAN HOLTEN:  Is anyone else
having problems hearing me?

          MR. BERIN:  No, you came
clearly on my end.

Q.        How did you go about
withdrawing the 33,691 TRX from your

CUBITT

account?

A.      Standard method, nothing new.

Q.      Did the screen show any messages after you attempted that withdrawal?

A.      No, once again it literally didn't show anything.

I'm not trying to be facetious, it just didn't do anything.

Q.      How long did you leave that transaction pending?

A.      I don't recall exactly.

Q.      Do you recall testifying earlier that you left your previous withdrawal attempts pending for anywhere from a couple of hours to a couple of days?

A.      Uh-huh.

Q.      Was it common for withdrawals to take that long?

A.      No.

Q.      Do you recall why you canceled that first withdrawal of TRX?

A.      Yes.

CUBITT

Q.        Why?

A.        Because when you conduct a withdrawal, like any bank, it kind of wraps up the money and becomes, or the token or asset, it becomes inaccessible, and I didn't want to destroy the swap by leaving it in a pending transaction state or unknown transaction state.

Q.        Why did you think that would destroy the swap?

A.        Because if you go to your bank account, if you transfer $10 to your friend, that $10 doesn't go to your friend's bank account immediately, but immediately you can't access it.

Q.        So is this initial withdrawal attempt, would you have characterized it as a probe attempt, a probing transaction?

A.        Again, to make sure it isn't something as silly as you need to withdraw and then you can just transfer it, it isn't some kind of special swap thing.

Q.        So is it your understanding that because the transaction sat pending

                    CUBITT
for a certain amount of time --
     A.        No, I'm sorry.
               When I said the UI didn't do
anything, again, I am not trying to be
facetious, it literally didn't do
anything, so it didn't enter a pending
state, it just didn't do anything, it just
came up and --  it did something it didn't
do before, which is literally nothing, it
just does nothing.
     Q.        I believe you had testified
with your attempts to withdraw 200 ETH on
November 8th and 9th that also nothing
happened, is that right?
     A.        Yes, it was consistent.
     Q.        And you canceled those
transactions as well, correct?
     A.        Exactly, I had to cancel those
to gain access to be able to sell those
assets to buy the TRON.
     Q.        After that first withdrawal
attempt, did you discuss the attempt with
anyone?
     A.        Well, if I did, if anybody it

                    CUBITT
would have been my wife, but I don't
recall the conversation.

     Q.     Were you monitoring any news
sources at that time while your withdrawal
was pending?

     A.     I think as things went, it was
the evening of the 10th when we decided
that, you know, in the morning of the 11th
we would take advantage of the facility,
we had made our minds up and we canceled
all pending transactions, liquidated
everything, put into TRX by far the
majority, and literally within hours of
that the website went dark.

     Q.     So you have no way of knowing
whether the attempted withdrawal would
have closed, is that right?

     A.     No, I canceled it, because I
had to cancel all of the pending
withdrawals.

               They weren't pending, they were
just attempted withdrawals, let's say
attempting; pending implies something's
happening.

CUBITT

In order to have access, for example, to the ETH, I had to cancel the withdrawal so that I could sell it, so I couldn't sell it without having canceled it because I don't have access to it.

Q.      The withdrawal attempt, the 33,691 TRX, you have no way of knowing whether that withdrawal attempt would have cleared, right?

A.      What do you mean by would have cleared?

Q.      You canceled that withdrawal attempt, correct?

A.      Correct.

Q.      Because you canceled that withdrawal attempt, you have no way of knowing whether it would have cleared, is that right?

A.      I don't think so, because it wasn't working in the same manner of the nothing that it didn't enter a pending, it just did a nothing.

So I don't think it would have gone through because it didn't even enter

CUBITT

a pending state, there was no attempt for it to start.

Q.     Had previous transactions that you made on the FTX exchange specifically entered a pending state?

A.     Sure.

Q.     How was that?

A.     It is a state between kind of like you've asked it to happen and then it goes -- initiates the transaction to the blockchain, but there's some period of time in between that, sometimes it can be -- often exchanges will back-drop transactions to make it cheaper and sometimes you might have to wait a couple of blocks before, you know, you get your tickets in a sense.

Q.     And when you have to wait, what message do you see, is there a message saying that the transaction is pending?

A.     Yes, something like that.

Q.     And your testimony is that that --

A.     Did not appear.

CUBITT

Q.      -- that did not appear when you attempted the withdrawal of 33,691 TRX?

A.      Yes.

Q.      Did you investigate whether other customers were successfully withdrawing TRX at the time?

A.      No.

Q.      Did the fact that nothing happened when you initiated that first transaction raise any alarm bells for you?

A.      Actually, the opposite; it was confirmation, to me it was confirmation that this was the wrong channel and it was the swap.

Q.      To be clear, it's your testimony that you understood the swap mechanism from the Huobi form rather than the FTX announcement, is that right?

        MR. BERIN:  Objection to the form and misstates testimony.

A.      Like I said, it mentions external wallets and perhaps there were other wallets that you could do the swap with, but this seemed to be a coherent

CUBITT

method.

Q.      Am I correct that the FTX announcement nowhere mentions Huobi?

A.      Yes, but just in sum, to be fair, to give this context, it was very much part of Huobi, Huobi made the same announcement, Huobi created the form, so it did appear and, you know, TRON and SUN echoed the same announcement as FTX literally, in quotes, they appeared, or at least TRON appeared, to be the other end of the swap.

Q.      But you can't recall how you became aware of the Huobi form?

A.      I'm sorry, I still don't remember exactly what it was.

Q.      So after you canceled that first withdrawal attempt of TRX, you purchased more TRX and SUN right afterwards, is that right?

A.      Yes.

Q.      Why did you buy more after the first withdrawal failed?

A.      Because we wanted to take

Page 186

CUBITT

advantage of the facility, the withdrawal failure was a confirmation to me that it was a swap and not just a simple withdrawal.

And further I canceled all other pending withdrawals to liquidate all assets in TRX.

Q. So you didn't receive any new information after that first withdrawal failure that prompted you to try again?

A. It wasn't so much withdrawal failure because that implies it would have at least gone to pending.

I mean, withdrawals do fail, transactions do fail, but that implies something at least started.

Q. You canceled this second withdrawal, is that right?

A. Yes -- I canceled all of the withdrawals.

My concern was, as I've stated, you know, when you have a withdrawal pending you don't have access to the funds and I was concerned that if I had a

CUBITT

withdrawal pending the swap couldn't occur.

Q.        You testified that it was your understanding that FTX and Huobi would coordinate on the swap transaction, is that right?

A.        That's my interpretation, it seemed to be that's what they were both saying.

Q.        If that's the case, why would the pending or the withdrawal transaction that seemed to be out in the ether, why would that have prevented FTX and Huobi from coordinating on that swap still?

A.        Well, perhaps it wouldn't, but like I say, when you have a transaction, that ties up the funds.

So literally if you have, let's say, $10 in your account, and you send $5 or attempt to send $5 anywhere on FTX, you do a withdrawal, before anything happens you don't have access to that $5.

Q.        But under your understanding, it was that you didn't need access to that

CUBITT

$5, correct?

A.     I agree, you could make the argument that it wouldn't have mattered.

That was my concern and I didn't want to have any, you know, sand clogging the wheels.

Q.     I know you don't recall how you learned about the Huobi form.

Do you recall whether you learned about the Huobi form before or after you made these withdrawal attempts?

A.     I don't recall.

Q.     The Huobi form includes your current assets, you list those on the Huobi form, is that right?

A.     Yes.

Q.     So would that mean that you filled out the Huobi form after making your withdrawal attempts, right?

MR. BERIN:  Object to the form.

You can answer, Dominic.

A.     Yes, I mean, we certainly had to buy the TRON before we --  and do this stuff, make sure it wasn't just a simple

                    CUBITT

transfer while the TRON transfers, cancel

the other withdrawal terms, liquidate the

thing, put it into TRON, fill out the

form, start the KYC.

     Q.       But you can't recall when you

learned about the form, correct?

     A.       I think by the time it was the

11th that we understood that entire

process or at least believed that to be

the case.

     Q.       Was that before or after you

purchased your TRX?

     A.       Both.

     Q.       How was it both?

     A.       There was some --  the smaller

amount purchased before, I think on the

10th, maybe it was a different date, and

then by far the majority was done on the

11th.

     Q.       Is it your testimony that you

learned about the Huobi form between those

two transactions?

     A.       No, as I've said, I really

can't remember, I still can't remember; if

CUBITT

I could jog my memory, I would.

Q.    Did you receive any other communications from Huobi or TRON at that time?

A.    Other than that which you've requested in discovery, I don't know, I would have to go back and look.

Q.    Before you filled out the Google form, did you receive any other information from Huobi or TRON about the facility?

A.    I don't believe so.

Q.    You had mentioned seeing a tweet from Justin Sun, is that right?

A.    Yes, yes, I mean, the social media landscape seemed to be the announcement was made on FTX in multiple formats, in multiple channels, as they say, and equally the other side of the coin, Justin Sun with TRON and Huobi, it was made multiple times through multiple channels.

MR. VAN HOLTEN:  Let's take a quick break, I just want to make sure that

CUBITT

I don't have any final questions, so let's take a quick five-minute break and we'll come back on.

THE VIDEO TECHNICIAN: Time is 12:27 p.m. eastern time and we're off the record.

(Recess taken.)

THE VIDEO TECHNICIAN: The time is 12:37 p.m. eastern time and we're back on the record.

MR. VAN HOLTEN:  I have no further questions for Mr. Cubitt, thank you very much for your time.

MR. BERIN:  Thank you.

THE VIDEO TECHNICIAN: Time is 12:37 p.m. eastern and that concludes today's deposition.

Thank you everyone.

(Time noted: 12:37 p.m.)

Page 192

C E R T I F I C A T I O N

I, Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and a Notary Public, do hereby certify that the foregoing witness, DOMINIC CUBITT, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

JINEEN PAVESI, RPR, RMR, CRR

Page 193

E X H I B I T S

Cubitt

| EXHIBIT | DESCRIPTION | PAGE |
|---------|-------------|------|
| Exhibit 1 | declaration filed in support of ELD Capital's response to the FTX Recovery Trust's objection to ELD Capital's proofs of claim | 12 |
| Exhibit 2 | e-mail sent from eld.capital@ protonmail.ch on March 1, 2021, to compliance at ftx.com | 16 |
| Exhibit 3 | Cubitt CV | 17 |
| Exhibit 4 | Amended Proof of Claim that ELD Capital filed in the FTX bankruptcy | 87 |

Page 194

Exhibit 5      copy of a November        92
               2, 2022, CoinDesk
               article titled
               "Divisions in Sam
               Bankman-Fried's
               Crypto Empire Blur
               on His Trading
               Titan Alameda's
               Balance Sheet"

Exhibit 6      Bloomberg article,       102
               November 9, 2022,
               "FTX Warns of
               Bankruptcy Without
               Rescue of $8
               Billion Shortfall"

Exhibit 7      article in              104
               Economics, November
               9th, 2022, titled
               "The Spectacular
               Fall of FTX and Sam
               Bankman-Fried"

Exhibit 8      Exhibit A to            156
               declaration

Page 195

In re: FTX TRADING LTD., et al.

4/8/2026 - DOMINIC CUBITT

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____    _____

DOMINIC CUBITT                        Date

Page 196

In re: FTX TRADING LTD., et al.

4/8/2026 - DOMINIC CUBITT

ACKNOWLEDGEMENT OF DEPONENT

I, DOMINIC CUBITT, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted on the Errata to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.


_____  _____
DOMINIC CUBITT                Date

*If notary is required


SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20\_\_\_.



_____
NOTARY PUBLIC

**[& - 4/8/2026]**                                                    Page 1

**&**

**&** 2:4,9 6:4

**1**

**1** 12:10,11,17 16:21 17:4 109:5 126:24 126:25 129:17 166:2 167:4,6 193:7,17
**10** 13:21 32:19 112:24 137:24 171:24 173:15 174:18 177:2 179:13,14 187:20
**10004** 2:5
**101** 32:23
**102** 194:10
**104** 194:16
**108** 117:24
**10:49** 126:10
**10:59** 126:14
**10th** 90:11 181:8 189:18
**10x** 171:22 172:22
**11** 1:4 14:9 88:21 128:9
**11:49** 166:11
**11:57** 166:14
**11th** 90:11 103:18 144:16 157:15,17

164:12 181:9 189:9,20
**12** 143:16 193:7
**125** 2:4
**12:27** 191:6
**12:37** 191:10 191:17,20
**13** 132:21 133:6 150:3,8 150:15 151:6 151:10 152:6 152:10 153:7 156:23 168:9 168:14,16 171:10,13 172:19 173:15 173:21 174:6 174:11,17,22 174:25
**14** 151:20
**14:00** 167:25
**150** 30:3
**156** 194:22
**16** 176:23 193:14
**17** 143:4,7 193:20
**1845** 2:13
**19103** 2:14
**198** 10:24

**2**

**2** 14:7 16:18,19 16:20 34:4 41:3,8 44:10 47:9 92:21 93:5,23 94:7,9 105:20 107:11 109:13 167:22 193:14 194:2
**20** 137:25 196:17
**200** 98:18 117:20 118:7 119:16 120:13 120:23 124:13 180:13
**2005** 21:14
**2008** 20:6 22:22 24:12 111:7
**2009** 21:15 24:3 26:14
**2020** 24:3 51:19
**2021** 16:22 17:5 193:17
**2022** 58:17 60:11 71:6,11 90:12 92:21 93:6 95:10 98:10 102:15 102:20 103:24 104:20 105:2

106:9 113:5,6 120:16 164:12 177:2 194:2,11 194:18
**2026** 1:13 4:15
**22** 58:19 60:15
**22-11068** 1:5
**22:31** 103:18
**25** 98:21,21
**26** 120:6
**2nd** 93:15

**3**

**3** 14:12 17:22 17:23,24 23:25 44:4 51:17 55:3 66:17 105:20 117:17 126:23,25 193:20
**314,000** 119:24
**33,691** 177:7,9 177:17,25 182:8 184:3
**3rd** 147:23

**4**

**4** 21:12 87:10 87:14 90:7 126:2 128:6 129:20 149:6 167:4,7 193:21
**4/8/2026** 195:2 196:2

**[40 - actually]**                                                        Page 2

| | | | |
|---|---|---|---|
| **40** 171:15 172:22 173:16 | **806** 2:13 | **ability** 10:16 73:8 89:6 128:15,24 129:9 | 113:23 122:4,5 122:14 135:21 144:21 147:13 156:18 157:20 158:23 159:3 159:13,24 160:8 162:7 163:4,9,11 165:13 178:2 179:13,15 187:20 |
| | **87** 193:21 | | |
| **5** | **8:07** 1:14 | | |
| **5** 27:21 87:9 92:19,20 143:17 187:20 187:21,23 188:2 194:1 | **8:09** 4:14 | | |
| | **8th** 107:12 114:10 117:20 119:25 120:16 122:23 123:24 124:13 125:2 127:10 180:14 | **able** 49:10 78:3 108:8 118:24 164:8,16 167:23 170:24 180:20 | |
| | | | |
| | | **absolutely** 57:23 148:12 154:25 | |
| **500** 153:8 | | | |
| **5108** 192:20 | **9** | | **accounts** 77:3 135:22 |
| **550** 2:9 | **9** 88:7 102:15 102:20 103:24 104:18 109:13 113:6 194:11 | **access** 69:19 70:21 76:24 118:24 119:2,6 119:12 125:5 125:11 136:6 157:13 158:22 159:2 160:8 179:16 180:20 182:2,6 186:24 187:23,25 | |
| **569,262.34** 120:10 | | | **accurate** 88:19 128:19 192:12 |
| **6** | | | **achievements** 47:11 49:16 |
| **6** 92:18 102:13 102:14 143:5 194:10 | **90** 32:20,20 | | **acknowledge...** 196:3 |
| | **91** 32:24 | | |
| | **91933** 88:10 | | **acting** 76:5 |
| **7** | **92** 194:1 | | **action** 5:15 154:3 156:19 192:16 |
| **7** 88:22,25 89:23 90:8 104:18,19 128:10 194:16 | **94301** 2:10 | | |
| | **9:39** 80:8 | **accessed** 175:22 | **actions** 136:15 |
| | **9:50** 80:12 | | **active** 36:3 38:13 |
| | **9th** 103:25 104:20 105:2 106:9 114:10 122:24 123:24 125:3 180:14 194:18 | **accessing** 159:13,24 | |
| **8** | | | **activities** 65:12 |
| **8** 1:13 4:15 102:12,16,22 104:8 106:2,8 108:20 113:5 118:7 120:6 156:24,25 171:7,11,18 174:2 194:14 194:22 | | **accidently** 29:14 | **activity** 73:6 |
| | | | **actual** 56:6 153:9 |
| | **a** | **account** 60:16 60:17,22 61:10 61:25 70:4,5 70:12 76:20,21 76:22,25 77:11 78:6 89:13 | |
| | **a.m.** 1:14 4:14 80:8,12 126:10 126:14 166:14 | | **actually** 16:14 31:20 43:18 82:11 87:6 94:3 126:4 |

147:18 184:12
**add** 32:11
**addendum**
88:9,13
**adding** 32:8
**additions** 196:6
**address** 6:11
17:18
**administer**
5:14
**administration**
6:12
**administrative**
15:7,16,24
53:14 56:2
160:13
**administrator**
15:8 53:15
**adopt** 111:22
**adopting**
111:21
**advance** 110:10
110:25
**advantage**
25:20 131:22
132:6 137:7
147:14 181:10
186:2
**advert** 82:9
**advertise**
109:24 110:4
**advertised** 81:5
164:6

**advertisement**
40:23 84:14
165:17
**advertising**
95:23
**affect** 10:16
46:23 133:8
**affected** 129:3
**affiliations**
5:22
**afternoon** 4:13
**agree** 5:2 67:14
67:19 120:12
128:24 188:3
**agreed** 3:4,8,12
6:15,19
**air** 94:4
**ajberin** 2:15
**al** 1:9 5:5 195:1
196:1
**alameda** 94:2
**alameda's**
92:23 93:8
94:17 194:8
**alarm** 50:8
184:11
**alden** 67:8 68:8
86:15
**alec** 2:15 6:7
87:23,25
**alert** 50:14
**alerted** 29:15
**algo** 24:2,6,19
25:2 26:7,11

26:15 27:3,11
27:17 28:16
29:5,6 31:3,9
31:22 32:7
48:12 55:7,11
56:12,18,21
57:20
**algorithm**
78:23,25
**algorithmic**
19:15,17 24:25
79:25
**allowed** 20:24
118:14 128:4
158:19 169:21
**alter** 145:17
**alto** 2:10
**amazing** 76:18
**amended** 87:12
87:14 88:10
128:7 193:21
**america** 96:2
**american** 97:14
**aml** 15:10
53:15 56:4
145:4
**amount** 32:2
65:2 83:21
122:19 127:24
128:2 129:14
134:8 149:10
149:15 150:21
151:14,20
180:2 189:17

**amounted**
104:7
**analysis** 68:4
**analyst** 16:6,8
**analytical** 34:7
44:11
**analytics** 71:19
72:19 73:3,11
**analyzed** 73:3
**analyzing**
73:11
**angle** 153:16
**announced**
159:4
**announcement**
84:20 86:6,17
130:2,6,12,14
130:23 131:8
131:15,23
132:5,20
134:25 136:2,9
136:24 137:3
141:23,24
142:6,15,20
143:9,17,19
145:19,22
148:14 149:5
149:20 150:7
150:12 151:5
152:23,25
153:24 156:10
156:12 159:5
159:11 160:19
160:22 162:11

**[announcement - attempt]**                                      Page 4

165:18 167:2 167:16 168:9 170:23 172:3 172:25 173:4 175:9,10 176:17 184:19 185:4,8,10 190:18

**announcements** 84:17,19 112:2 172:11

**answer** 8:9 9:2 9:9,17,24,25 21:4 40:13 44:2 53:24 66:3 78:7 93:18 110:3 188:22

**answered** 50:25

**answering** 99:18

**answers** 8:24 54:25 99:13

**anybody** 36:6 60:6 70:11,22 70:23 133:5 180:25

**anymore** 21:7 43:23 163:15 163:17 165:10

**anyway** 9:24

**api** 49:2 79:24

**apologize** 89:16 105:22

**appear** 183:25 184:2 185:9

**appearance** 5:19

**appearances** 5:22

**appeared** 16:24 173:7 185:11 185:12

**appended** 196:8

**appropriate** 22:5,9 33:20

**approximate** 119:23

**approximately** 120:15 124:6

**april** 1:13 4:15

**arb** 49:22

**arbitrage** 77:14 77:20,21 78:15 78:16,21

**area** 59:10 70:17

**areas** 54:20

**argument** 46:7 175:5 188:4

**arrangement** 136:13

**arrows** 41:4 44:6 109:7

**article** 30:19 92:21 93:6,10 93:14,18 94:25 95:4 102:15,19 103:7,23 104:14,19,25 106:25 194:3 194:10,16

**articles** 36:12 84:23 86:4,19 87:3 92:11 103:14 104:4 105:10,13

**articulate** 68:10

**artificial** 18:21 70:15

**artist** 35:17

**asked** 99:19 135:22 183:10

**asking** 7:14 55:3 56:8 99:20 101:14 119:15 152:6 156:2 174:7

**asset** 34:20 61:20 120:17 179:6

**assets** 26:6 59:7 60:3 61:5,21 62:2,4 94:22 95:17,18 97:24 112:11 113:25 114:25 116:17

120:16,21,25 121:7 125:19 129:4 132:21 132:25 133:2 133:20 140:24 150:8,9 151:6 151:10 152:7 152:11 159:14 164:14 168:10 171:21 174:11 174:22 180:21 186:8 188:15

**assist** 54:4,8

**assisted** 48:23

**associated** 48:19 55:8 64:7,11 68:16 136:14

**assume** 9:10

**attachment** 17:6,22

**attempt** 113:20 115:13,22 117:19,22 118:4,6,8 119:16,18 120:13,14,19 121:6,10 124:13 129:3 148:5,19 154:13,24 155:2 165:3 176:4 179:18 179:19 180:23

**[attempt - basically]** Page 5

180:23 182:7,9
182:14,17
183:2 185:19
187:21
**attempted**
116:24 119:23
125:18 127:9
140:23 148:19
176:6 177:9
178:5 181:17
181:23 184:3
**attempting**
120:20 133:2
181:24
**attempts**
113:10,13
114:9,21
116:11 122:23
123:23 124:23
126:22 127:5,6
154:21 178:16
180:13 188:12
188:20
**attend** 18:15
**attorney** 5:24
9:16 166:18
**attorneys** 2:5
2:10,14 3:5
9:20 88:4
126:18
**attribute** 64:13
**attributes**
64:12

**audio** 4:24 27:6
**authoritative**
43:11,15
**authorized**
5:13
**automate** 77:23
**automated**
49:23 50:4,6
50:17,21
**automatic**
33:12
**avail** 135:6
138:19
**available** 86:2
122:12
**avax** 114:17
117:24 118:2,3
127:9,12,19
**avenue** 2:9
163:17
**average** 36:17
**avoid** 62:10
173:23
**aware** 17:10,14
23:10 29:19,19
59:23 81:4
85:4 90:16
91:4,9 92:5
94:20 102:3,7
104:11 106:11
109:18 110:16
111:6,8 112:5
112:9,13,14,20
117:9 138:21

185:15
**awful** 52:16
168:17

**b**

**b** 7:3 193:2
**baby** 57:4
74:19
**back** 14:5
19:21 22:20
41:3,5 44:4
80:12 100:24
109:4,7 114:25
115:17 126:14
128:6 129:16
141:22 143:12
143:13 153:13
160:14,16,20
162:16 166:2
166:14,25
183:14 190:8
191:4,10
**backers** 40:19
**background**
12:3 14:22,23
92:15
**bad** 97:11
**bahamas**
112:10
**balance** 92:24
93:8 94:17
104:8 171:7
194:9

**ban** 45:17
**bananas** 89:17
**bang** 29:17
**bank** 78:6
90:23 122:4,5
179:4,12,15
**bankman**
92:22 93:7
103:8 104:22
105:4,25
107:13 108:7
194:5,21
**bankrupt**
106:4 109:25
110:10 111:8
112:6
**bankruptcy** 1:2
6:24 87:13,16
102:16,21
103:11 109:20
110:8,24
173:23 193:24
194:13
**barely** 30:16
**base** 44:18 55:6
56:11,14,17
**based** 31:17
101:14 124:9
135:25 152:22
162:17
**basic** 23:11
32:3
**basically** 176:3

**bear** 135:15
**becoming**
  48:18 144:7
**beginning** 5:23
  143:8
**behalf** 6:4 7:15
  159:25 160:21
  162:12
**behavior** 64:12
**belief** 34:25
  36:25 37:4
  63:18 64:7
  66:12
**believe** 9:16
  35:20 37:2
  51:17 63:16
  71:21 79:12
  84:11 96:14
  97:3 98:8,24
  111:7,14
  113:14 133:24
  146:14 156:6
  156:24 157:15
  159:23 180:12
  190:13
**believed** 35:13
  97:7 135:12
  139:25 189:10
**bells** 184:11
**benefit** 174:12
**bengio** 70:19
**berin** 2:15 4:2
  4:4,7 6:6,7 7:2
  21:2 22:16

25:23 33:19
36:16 40:12
43:25 53:23
61:7,23 80:2
93:16 98:2
110:2,11 111:4
115:2 121:8
122:10 126:8
159:8 160:2
161:13,19
164:10 177:22
184:20 188:21
191:15
**best** 8:23 59:15
  90:24 128:19
**better** 53:16
  139:8,22
**beyond** 170:11
**bid** 169:8
**big** 40:24
  108:20
**billion** 102:16
  102:22 104:8
  106:3 108:21
  171:7,11,18,21
  171:24 172:4
  172:14,18
  173:10 174:2
  194:15
**binance** 39:7
  39:10,12 40:6
  41:13,19 42:5
  47:2,3 59:4
  101:25 102:8

107:4,23
108:14
**binance's** 107:3
**bit** 20:5 25:10
  27:4 29:13
  30:11 37:3,22
  38:23 39:2
  42:5 43:9
  45:10 59:10
  60:14 80:22
  82:14 83:8,9
  83:25 86:25
  90:18 97:11
  106:24 107:23
  120:5 138:11
  139:8 169:2
  173:25
**bitcoin** 29:15
  30:11,18 35:2
  44:18 61:16
  62:24,25 64:13
  64:24 83:18
  127:16
**bitmex** 41:13
  42:8,10 44:16
  45:3,11,24,25
  46:11
**bits** 12:7 27:17
  28:22,22 56:25
  139:17
**black** 28:19
**blank** 60:14
**blanket** 113:17
  114:13

**blend** 65:21
**blew** 24:13,17
**block** 116:18
  123:18 129:21
**blockchain**
  80:23 81:21
  82:2,4 84:11
  84:12 123:19
  183:12
**blocked** 113:15
  114:19 116:17
  117:6 118:22
  133:4
**blocks** 183:17
**bloomberg**
  69:4 71:16
  84:17 85:23
  87:4,6 92:17
  94:25 99:25
  101:2 102:14
  102:19,25
  130:10 131:14
  131:17,19
  173:7 194:10
**blow** 84:4
**blur** 92:23 93:7
  194:6
**boardroom**
  111:14
**books** 107:6
**borne** 99:2
**bottom** 47:9
  62:18 93:24
  94:8,9 105:19

105:24 107:11 117:17 126:23 167:6
**bought** 98:16 98:18 109:2 114:17,18 118:2 120:18 120:23 121:4 177:3
**boy** 166:21
**boys** 87:4
**break** 10:4,6,7 19:13 23:16 80:3,6,17 126:7,18 166:5 166:19 190:25 191:3
**brent** 35:10,23 86:13
**brian** 2:6 6:2
**briefly** 126:21 128:13 167:2
**brings** 19:15
**broad** 2:4 15:4
**broader** 34:19
**broadly** 56:2 74:6 101:14
**broke** 177:14
**brokerage** 21:5
**brothers** 110:24 111:15
**brought** 56:11 56:21

**brutally** 121:15
**btt** 136:19 138:25
**buffer** 135:23
**bug** 30:6
**build** 19:25 20:13 24:21,22 27:5
**built** 45:13 49:19
**bullet** 47:13 49:17
**bunch** 70:24
**bundle** 117:3
**bundled** 118:19
**burn** 145:9,10
**burner** 76:17
**business** 17:19 35:5 49:12 63:17 64:17 65:8 66:8 76:3 94:3 138:22 164:18
**businesses** 109:23 110:4,9
**button** 33:13
**buy** 24:21,24 49:19 54:24 98:22 107:3 134:6 162:4 180:21 185:23 188:24
**buying** 114:15 151:2

**c**

**c** 2:2 7:3,3 192:2,2
**cadence** 57:14 98:22
**calculate** 164:7 164:14
**calculations** 119:22
**california** 2:10
**call** 50:13 88:2
**called** 19:7,25 21:7 27:6 30:19 35:9 36:2 67:13 83:19
**calls** 115:3
**camera** 4:19
**camp** 66:6,7
**cancel** 123:6,7 180:19 181:20 182:3 189:2
**canceled** 178:23 180:17 181:11,19 182:5,13,16 185:18 186:6 186:18,20
**canceling** 124:7
**candidates** 52:13
**cap** 62:6,8,11 62:13

**capacity** 48:2 53:25 57:2 66:18 100:10 149:17,23 151:16,23 152:2 153:2 167:10,21 168:4
**capital** 2:14 6:8 14:8,13 15:12 15:17,24 17:17 38:9,19 39:5 45:2,6,8,23 48:3,13,24 50:22,22 51:16 51:19,22 52:22 52:25 53:9,22 55:5,6,8,9 56:11,14,17 57:2,19 58:4 58:18,18,22,25 59:3,8 60:12 60:19,21,23 63:5,20 66:19 73:12,22 74:13 75:8 76:6,17 78:4 79:15 81:6 87:13,15 89:24 98:11 99:5 100:11 106:4 113:3 125:5,12,20 129:15 177:3,5 193:23

**capital's** 12:14 12:16,18,20 120:8 193:9,12
**capitalization** 62:13,15 145:17
**capitalized** 77:11
**caps** 63:21
**cards** 102:2
**career** 75:10
**carries** 68:10
**carry** 20:16,18 20:20
**case** 1:5 20:11 46:25 68:2 83:20 96:23 97:7 150:2 155:8,9 187:11 189:11
**cases** 14:9 116:13
**cash** 103:9
**cast** 22:19
**cause** 46:15
**caused** 20:8 68:4 169:22,23
**causes** 35:2
**cayman** 52:15
**ce** 20:19 22:21 23:10
**centralized** 152:16

**centrally** 94:3
**certain** 113:17 128:4,4 180:2
**certainly** 27:18 53:3 83:20 85:7 106:11 169:2 170:5 188:23
**certainty** 45:21
**certified** 1:20 192:8
**certify** 192:9,14
**chain** 71:18,20 72:5,19 73:3 73:11,16 82:14 82:19 83:4 123:21
**chance** 168:14
**change** 108:15 137:22 195:4,7 195:10,13,16 195:19
**changed** 51:2 51:13 57:5
**changes** 74:19 196:7
**channel** 142:3 184:14
**channels** 142:2 190:19,23
**chap** 67:11
**chapter** 1:4 14:9

**character** 43:13 67:9
**characteristics** 22:8 46:15,21
**characterized** 19:7 119:19 143:9 179:18
**cheaper** 183:15
**check** 155:4
**checked** 155:10
**checking** 122:13
**child** 38:15 51:4
**choice** 127:22 133:16 135:6,9 138:18,20
**choose** 127:19
**choosing** 33:25 52:11
**chose** 139:5
**circumstances** 34:22 51:13 135:5
**cite** 30:21
**claim** 10:19 11:4 12:16,20 87:12,15 88:10 120:9 128:7 193:13,22
**claimant** 14:8 89:10,24
**clarest** 2:7

**clarification** 61:23
**clarifications** 142:23
**clarify** 9:8
**clarity** 130:18
**clarke** 2:7 6:3
**clean** 8:16
**clear** 55:2 56:7 135:2 142:17 184:16
**cleared** 182:10 182:12,18
**clearly** 8:18 136:4 154:3 177:23
**click** 33:13 123:19
**clicking** 109:7
**client** 9:16 21:23 48:18
**clogging** 188:7
**close** 20:20
**closed** 181:18
**closely** 63:12 95:9
**clusters** 37:17
**coalescing** 37:15
**coast** 64:24
**code** 27:17 56:24,25 57:6 58:7

**coherent** 184:25
**coin** 63:21 81:17 83:12,17 190:21
**coin's** 82:8
**coincident** 35:5 64:17
**coindesk** 92:4 92:12,13,21 93:6 194:2
**coinmarketcap** 62:17
**coins** 62:8,9,14 62:20,25 85:25 113:17 114:14 114:16 116:6,8
**collapse** 84:13 105:14 109:19
**collapsed** 59:24 71:7 110:21
**colors** 39:18
**come** 65:25 73:15 76:2 78:8 81:12 82:21 92:14 141:11 163:12 191:4
**comfort** 84:2
**comfortable** 39:20 96:3
**coming** 46:25 65:20

**comment** 68:5 73:16,17 86:11 86:13,16
**commentator** 42:25
**commission** 112:10
**common** 178:20
**commonplace** 20:6 22:22
**communication** 146:14 162:16 163:18
**communicati...** 190:4
**community** 97:21
**companies** 15:23 19:10
**company** 16:9 19:8,25 20:13 21:7 24:7,9,10 27:6 54:15,18 58:8,10 96:10 103:10 108:23
**comparable** 96:21
**competitor** 107:24
**complete** 10:12 196:9
**completed** 145:5

**completely** 8:10 103:19 161:18
**completing** 147:17
**complex** 33:5 49:21 56:22 58:10
**compliance** 16:22 17:5 41:10 45:21 193:18
**complicated** 72:22
**complying** 13:9 13:22 41:7 44:7 109:10 128:8 129:18 143:6 167:8 176:24
**component** 21:24 22:2
**components** 25:5 120:9
**computer** 18:20
**concept** 26:4
**concern** 89:7 91:10 108:16 117:5 122:17 128:25 129:10 134:7 186:22 188:5

**concerned** 99:23 121:18 186:25
**concerning** 90:16 117:13
**concerns** 61:9 89:5 90:15 115:12,20 116:23 117:8 118:16 128:15 135:13 171:3
**conclude** 78:19
**concludes** 191:17
**conclusion** 65:20 78:9 82:18,22
**conclusions** 65:11
**concrete** 43:23
**condition** 95:6
**conducive** 49:7 51:4
**conduct** 17:19 65:16 66:20 86:20 145:3 160:17 163:11 179:3
**conducted** 4:17 5:7 146:8,9,11
**conducting** 99:6
**confidence** 83:6

**confirm** 88:17 165:5

**confirmation** 148:16,22 149:3 155:11 184:13,13 186:3

**confirmed** 148:7

**confused** 142:18 144:10

**connect** 50:10

**connected** 48:25 79:24

**connection** 4:20

**conservative** 92:15

**consider** 43:10 62:15 85:8 95:22 101:18 118:4 127:14 133:19 138:24 164:20,25

**considerable** 55:12,18 134:7

**considered** 96:9 164:22

**considering** 35:13

**consistent** 124:21 125:14 180:16

**consists** 120:9

**consolidates** 37:20

**consolidation** 37:20 157:18

**constant** 66:20

**constructed** 37:5

**contact** 163:15 163:20

**contemplated** 143:22

**content** 69:24 105:17

**contents** 83:5

**contest** 35:4

**contested** 7:13 8:5 11:22

**context** 29:25 185:6

**continue** 4:25 23:15 50:18

**continued** 98:25

**contract** 24:14

**contractor** 19:8

**contracts** 24:17

**contrast** 41:25 42:4

**controlled** 94:4

**conversation** 170:11 181:3

**convert** 89:11 140:23

**converted** 147:6 164:13

**converting** 148:23

**convinced** 122:6

**cool** 75:21

**coordinate** 158:11 160:4 187:6

**coordinating** 187:15

**copied** 83:18

**copy** 4:3 12:12 83:10 87:11 92:20 93:5 194:1

**corporate** 76:21

**corporation** 110:25

**correct** 50:19 55:20 64:20,22 99:2 117:20 119:5 134:15 134:16 140:11 144:17,18 149:21 162:18 165:21 177:10 180:18 182:14 182:15 185:3 188:2 189:7 196:9

**corrections** 196:6

**correctly** 14:10 41:16 146:7

**cost** 26:22 52:13 76:3,3 135:3 137:8,11 137:21 138:21 138:22 164:5 164:18 173:6

**counsel** 5:20 8:2 80:16

**count** 37:22

**couple** 124:19 124:20 161:25 168:23 178:17 178:17 183:16

**course** 16:14 53:6 68:22 112:8

**court** 1:2 3:16 4:2,5,9 5:11 6:20,24 8:13 26:19 38:4 79:4

**courtroom** 8:8

**cover** 108:8,9 171:18

**covered** 31:14 74:17 79:12 139:24

**crash** 24:12

**create** 36:7 45:20 70:14

| | | | |
|---|---|---|---|
| **created** 45:23 185:8 | **cubitt** 1:17 5:4 6:9 7:9,19 8:1 | 94:1 95:1 96:1 97:1 98:1 99:1 | 164:1 165:1 166:1,17 167:1 |
| **creditors** 110:6 110:7 | 9:1 10:1 11:1 12:1,17 13:1 | 100:1 101:1 102:1,14 103:1 | 168:1 169:1 170:1 171:1 |
| **crime** 47:6 | 14:1 15:1 16:1 | 104:1,19 105:1 | 172:1 173:1 |
| **crisis** 90:19,22 91:2 106:12 | 16:20,25 17:1 17:6,24,24 | 106:1 107:1 108:1 109:1 | 174:1 175:1 176:1 177:1 |
| **critical** 73:8 83:9 | 18:1 19:1 20:1 21:1 22:1 23:1 | 110:1 111:1 112:1 113:1 | 178:1 179:1 180:1 181:1 |
| **cromwell** 2:4,9 6:4 | 24:1 25:1 26:1 27:1 28:1 29:1 | 114:1 115:1 116:1 117:1 | 182:1 183:1 184:1 185:1 |
| **cross** 152:20 | 30:1 31:1 32:1 | 118:1 119:1 | 186:1 187:1 |
| **crowded** 78:2 | 33:1 34:1 35:1 | 120:1 121:1 | 188:1 189:1 |
| **crr** 192:21 | 36:1 37:1 38:1 | 122:1 123:1 | 190:1 191:1,13 |
| **crypto** 28:6 29:6,25 55:9 | 39:1 40:1 41:1 42:1 43:1 44:1 | 124:1 125:1 126:1,19 127:1 | 192:10 193:4 193:20 195:2 |
| 71:3 86:14 92:10,22 93:7 | 45:1 46:1 47:1 48:1 49:1 50:1 | 128:1 129:1 130:1 131:1 | 195:24 196:2,4 196:13 |
| 98:6,8 194:6 | 51:1 52:1 53:1 | 132:1 133:1 | **cubitt's** 6:16,21 |
| **cryptocurren...** 89:12 | 54:1 55:1 56:1 57:1 58:1 59:1 | 134:1 135:1 136:1 137:1 | **currencies** 29:7 **currency** 44:18 |
| **cryptocurrency** 15:2 26:11 | 60:1 61:1 62:1 63:1 64:1 65:1 | 138:1 139:1 140:1 141:1 | 89:13 **current** 135:20 |
| 27:12 30:24,25 43:11 59:7,19 | 66:1 67:1 68:1 69:1 70:1 71:1 | 142:1 143:1 144:1 145:1 | 135:21 188:15 **currently** 12:4 |
| 59:24 64:4 66:14 68:14 | 72:1 73:1 74:1 75:1 76:1 77:1 | 146:1 147:1 148:1 149:1 | 14:19 149:7 **customer** 14:8 |
| 69:6 71:2,13 74:5 81:14 | 78:1 79:1 80:1 80:15 81:1 | 150:1 151:1 152:1 153:1 | 144:8 **customers** 89:8 |
| 86:9 97:21 98:12 99:7,8 | 82:1 83:1 84:1 85:1 86:1 87:1 | 154:1 155:1 156:1,25 157:1 | 129:2 184:6 **cut** 28:18 |
| 99:23 100:7,10 101:6 110:17 | 87:14 88:1 89:1 90:1 91:1 92:1,20 93:1 | 158:1 159:1 160:1 161:1 162:1 163:1 | 105:23 **cv** 17:24 18:9 18:10 21:6,13 |

21:17 23:25 27:22 31:4 34:5 44:5 47:10 49:15 51:16,17 55:4 55:17 57:18 58:5 66:18 193:20

**cv.docx.** 17:7

**cycle** 35:5 49:12 62:23 63:17,17 64:13 64:18,23 65:2 65:5,8,9 66:7,8 74:4

**cycles** 57:16 63:16,24 64:3 64:5 65:11,12 66:13,25 74:6

**cyclical** 34:18 74:2

**d**

**d** 7:3

**daily** 167:25

**damage** 107:24

**dark** 163:15 165:9,23 181:15

**database** 25:5 49:21 56:22 58:11

**date** 12:21 16:23 18:2

45:9 60:15 67:3 87:17 92:25 102:18 104:23 109:18 112:17 157:3 189:18 192:11 195:24 196:13

**dated** 103:23

**day** 29:5 107:4 108:10 109:24 121:21 122:7 134:16 157:17 196:17

**days** 67:11 70:18 71:4 77:25 82:5 111:15 124:17 124:18,19 178:18

**deal** 101:25 102:7 107:20 108:14 134:5

**debtor** 90:17

**debtors** 1:11 89:6,9 128:15 128:24 129:9

**december** 16:4

**decide** 52:2 77:19

**decided** 55:8 181:8

**deciding** 40:11

**decimate** 140:19 164:4

**decimating** 133:13

**decision** 46:23 89:10 96:24 115:13,21 129:3,11 133:9 133:15 153:18 163:24

**decisions** 52:25 53:18 54:5,8

**declaration** 10:22 11:3 12:12,17 13:12 13:17 14:7,13 109:12,17 112:24 126:3 129:17 143:4 157:2,6 166:3 167:4 176:23 193:7 194:23

**declare** 196:4

**decomposing** 72:3

**deemed** 196:7

**deep** 28:9,11,13 29:23 47:15,20 47:22 48:22 74:14 75:19

**define** 140:5 141:8

**definitely** 43:13

**degree** 18:18

**delaware** 1:3 6:25

**demand** 149:17 149:22 151:22

**demands** 89:7 129:2

**demonstrating** 111:17

**depend** 149:15 151:21

**depends** 4:19 36:18 79:16

**deploy** 75:23 168:10

**deployed** 47:15 151:6 152:11

**deployment** 132:21

**deponent** 196:3

**deposit** 168:24 169:21

**deposited** 149:11,15 151:15,21

**depositing** 133:5 150:16

**deposition** 1:17 4:16 5:4,6 6:14 6:17 7:24 11:8 11:11,15,19 80:16,18 171:4 191:18

**derivatives** 33:5 45:17

**describe** 20:12 153:5 161:2,25

**described** 78:10

**describes** 35:18

**description** 147:11 193:5

**design** 162:22

**designed** 9:14

**desk** 20:21 50:15

**desktop** 23:19

**despite** 96:16 134:11

**destroy** 145:18 179:7,11

**destroyed** 143:2 145:21

**destroying** 145:25

**detail** 75:15 161:4

**details** 110:22 136:13 146:4

**determine** 62:20 63:12 137:10,13

**determined** 167:11,21

**develop** 20:24 31:8 35:6 37:24 44:20 78:25

**developed** 25:3 31:21 32:6 47:22 79:21

111:22

**developer** 19:19

**developing** 20:9

**device** 20:7,19 23:11,20

**differ** 13:19

**difference** 25:16

**different** 19:9 19:10 24:23 29:21 31:19 46:9,10 48:8 48:11 49:6 51:7,7,10 54:21 64:7,10 67:7 73:7 74:20,21 77:12 99:12 113:23 121:11 134:21 189:18

**differently** 146:16

**difficult** 89:10 138:17 163:24

**diligence** 40:10 40:15

**diminished** 65:6

**diminishes** 75:5

**direct** 66:4

**direction** 74:11

**disallowing** 168:24

**disappeared** 103:19

**disclose** 9:18

**discovered** 63:2

**discovery** 190:7

**discretionary** 27:20 37:8,25 38:20

**discuss** 11:19 80:15 91:20 107:2 131:7 166:17 180:23

**discussed** 11:22 76:8 128:13 129:8 131:14 132:9

**discusses** 107:16 132:20

**discussing** 105:14 151:14 171:2

**discussion** 89:21

**discussions** 126:17

**disingenuous** 108:3

**dislocation** 141:2 169:13

**disposal** 75:7 173:11

**distinction** 29:2

**district** 1:3 6:24

**diversify** 61:14 61:17,18

**diversifying** 61:12

**division** 15:5

**divisions** 92:22 93:6 194:4

**document** 10:25 13:14 18:6 34:9 87:20 90:4 94:12,14 107:15 149:12 157:5,7

**documents** 11:10

**doing** 20:13 27:4 33:21 48:8 76:3 77:11 111:16 116:20 138:22 147:16 163:21 164:18 177:12

**dollar** 26:8 44:19

**dollars** 32:18 98:20 172:4,15 173:10

**domestic** 19:4
**dominic** 1:17
5:4 6:9 7:19
17:6 93:17
188:22 192:10
195:2,24 196:2
196:4,13
**dot** 30:22,23
**double** 30:6,7
137:25
**doubling** 16:13
**downwards**
37:21
**drifted** 38:16
**driving** 152:4
**drop** 108:22
183:14
**dry** 28:18
**dual** 52:8
**due** 16:11
40:10,15
**duly** 7:4 192:11
**dynamic** 63:10

**e**

**e** 2:2,2 16:20
17:3,8,17,23
21:5,8 37:22
41:9 42:7,12
163:4 165:24
192:2 193:2,14
195:3,3,3
**earlier** 75:9
76:8 95:16

127:4 128:11
128:18 171:3
178:15
**early** 20:5
28:10,14 29:14
29:16 30:15,16
38:24
**earn** 75:20
**easier** 109:9
**easily** 38:16
171:22
**east** 64:24
**eastern** 4:14
80:8,12 126:10
126:14 166:11
166:14 191:6
191:10,17
**easy** 8:17
**echoed** 173:4
185:10
**economics**
104:20 105:2
194:17
**economist**
105:8
**ecosystem**
64:14
**edge** 29:9,9
75:3 78:3,17
78:20
**educated** 68:9
**effect** 3:15 8:6
74:5,7

**effective** 74:25
**effectuate**
143:21 146:17
146:21 147:2
147:19,22
**either** 109:6
131:12 165:6
**elapsed** 124:5
**eld** 2:14 6:8
12:14,15,18,20
14:8,13 15:12
15:17,24 17:17
38:9,19,22,25
39:5 41:9 45:2
45:6,8,14,23
48:2,13,17,17
48:24 50:21,22
51:15,19,22
52:22,25 53:9
53:22 55:5,9
55:10 57:2,4,9
57:19,25 58:4
58:6,18,25
59:3,8 66:19
73:12,22 74:13
75:8 76:6
79:15 87:12,15
89:24 98:11
99:5 100:11
113:3 120:8
125:20 177:2,5
193:8,12,22
**eld's** 60:12

**eld.capital**
16:21 17:4,18
193:15
**element** 35:20
**elements** 34:18
**elicit** 9:14
**empire** 92:23
93:7 194:6
**employ** 25:25
74:24
**employed** 12:5
12:6 14:20
15:22 16:2,5,7
75:9 192:14
**ended** 97:18
133:21
**engage** 77:14
89:11
**engineer** 19:3
**enormous**
10:24
**enrich** 175:2
**ensure** 136:10
136:12
**entail** 67:5
161:23
**enter** 31:23
32:17 140:20
180:7 182:22
182:25
**entered** 183:6
**entire** 64:14
95:18 140:14
189:9

| | | | |
|---|---|---|---|
| **entirely** 23:8 58:21 66:9 73:7 161:10 | 180:13 182:3 | **example** 32:16 33:17 34:24,25 | **execution** 56:3 |
| **entitled** 17:6 | **ether** 187:13 | 37:2 40:6 | **exhibit** 12:11 |
| **entry** 21:14 | **ethereum** 61:16 | 52:15 68:2 | 12:17,22,23 |
| 24:2 44:12 | **euro** 26:8 | 70:15 77:9 | 13:4 16:19,20 |
| **environment** | **europe** 45:15 | 100:4 141:5 | 17:23,24 41:3 |
| 34:17,19 45:15 | 48:20 | 182:3 | 41:6,8 44:4 |
| **epistemologi...** | **evening** 181:8 | **except** 3:9 | 82:12 87:10,14 |
| 65:14 | **event** 49:21 | **exchange** 39:4 | 92:19,20 |
| **epistemologies** | 115:4 | 40:18,22 54:17 | 102:13,14 |
| 64:10 | **events** 144:18 | 58:24 59:12 | 104:18,19 |
| **equal** 73:19 | **eventually** | 60:21 61:6 | 105:22 109:5 |
| **equally** 190:20 | 112:12 | 78:15 85:2,5,9 | 117:17 126:3 |
| **equals** 72:16 | **everybody** | 89:11 90:3 | 126:24,25 |
| **equities** 19:4 | 172:2,23 | 96:2 97:12,14 | 128:6 129:17 |
| **equity** 59:11 | **evidence** | 106:17,21 | 149:6 156:24 |
| 94:2 | 141:12,17 | 110:17 116:6 | 156:25,25 |
| **era** 22:21 | **evolution** 27:14 | 117:5 118:10 | 157:4,6 166:2 |
| **errata** 196:8 | 28:21 | 118:12 121:2 | 167:4,5,6 |
| **error** 44:22,24 | **evolved** 28:23 | 121:18 123:3 | 193:5,7,14,20 |
| **escape** 81:5 | **exact** 75:18 | 130:2 133:20 | 193:21 194:1 |
| **especially** | 144:2 167:10 | 144:7 150:9 | 194:10,16,22 |
| 73:25 | 175:19 | 152:16 164:9 | 194:22 |
| **esq** 2:6,7,11,15 | **exactly** 28:8 | 164:17 168:4 | **exhibits** 11:3 |
| **essex** 18:17 | 39:7 55:2 | 168:22 169:19 | 13:5 109:6,8 |
| **est** 1:14 | 56:16 59:21 | 172:2,23 | **exist** 31:2 |
| **et** 1:9 5:5 195:1 | 107:7 115:6 | 175:21 183:5 | **existence** 65:18 |
| 196:1 | 121:20 124:16 | **exchanges** | 157:22 |
| **eth** 98:18 | 131:16 154:12 | 33:13 59:4,24 | **existing** 145:9 |
| 113:22 117:20 | 178:13 180:19 | 60:9 78:4 | **expected** |
| 118:7 119:16 | 185:17 | 137:14,19 | 109:19 |
| 120:14,22 | **examination** | 138:4 183:14 | **expensive** |
| 121:3 124:13 | 3:13 7:7 | **executed** 53:4 | 52:17 |
| | **examined** 7:6 | | **experience** |
| | | | 14:25 20:22 |

53:7,10 54:3,6 54:7,23,25 55:13,19,22 59:19 65:22 66:11 73:4 75:2 96:16 136:19

**experienced** 60:8 96:6

**experiment** 24:24 62:8

**experimental** 30:5 59:11

**experimented** 59:13

**explain** 63:23 64:2 75:14

**exploit** 75:4

**exposing** 61:11

**exposure** 32:3 119:10,17

**extended** 166:22

**extensively** 141:21

**extent** 17:9 21:10 35:14 36:22 40:14 50:7 53:5 71:14,23 77:8 85:10 125:9 138:5 168:5

**external** 123:20 175:11 184:23

**extremely** 29:16 138:23

**f**

**f** 192:2

**faces** 106:2

**facetious** 178:9 180:6

**facetiously** 123:9

**facilitate** 151:7

**facility** 33:23 84:18,23 86:18 86:21 130:15 130:19,23 133:9 134:25 135:7 136:3 137:7 138:19 140:20 143:14 143:23 147:15 148:15,20 149:2 152:22 153:18,19 154:4,9 155:12 155:15,17 156:7,16 159:12 161:15 161:17 162:15 163:2,21,25 164:21,23 165:3,12 167:11 168:22 169:7 170:19 170:24 172:6,9

172:10,18 173:2,8,9,22 175:17 181:10 186:2 190:12

**facing** 91:5 94:20,21 97:5

**fact** 106:25 156:12 172:21 184:9

**factor** 52:14

**factors** 149:16 151:22

**facts** 128:20

**fail** 164:21 186:15,16

**failed** 185:24

**failing** 38:3

**failure** 186:3 186:11,13

**fair** 96:14 98:3 185:6

**fairly** 27:24 30:4 32:3 40:19 47:16 52:19 71:5 90:20 98:17

**fall** 45:18 46:6 104:21 105:3 194:20

**fallen** 108:14

**familiar** 15:4 85:16 92:3 105:7

**family** 48:14 140:8

**family's** 95:17

**far** 43:12 45:16 65:5 138:14 139:15,20 181:13 189:19

**fascinating** 93:25 94:11

**fashion** 99:18

**fast** 135:3

**favor** 32:21

**favorable** 34:22

**features** 111:18

**feel** 93:18 135:8

**feeling** 25:18

**fell** 67:12

**felt** 39:19 40:9 83:8,9,24 96:3 96:17 97:10

**fiat** 89:12

**field** 35:11 43:11,13

**figure** 162:8

**figures** 86:8

**file** 103:10 109:19

**filed** 12:13,13 12:18 87:13,15 88:14,18 193:7 193:23

**filing** 3:6

**fill** 156:16
162:6 189:4
**filled** 144:16,25
146:7 147:10
157:18 162:18
163:3 165:15
175:18 188:19
190:9
**filling** 144:6
148:3 175:14
**final** 4:6 141:23
191:2
**finally** 147:24
**finance** 14:24
15:21 54:20
55:12,18
**financial** 16:5,7
24:12 53:7,10
53:22 54:4
55:22 56:8
96:18 101:19
125:8 138:16
**financially** 5:16
135:15
**find** 37:18
72:23 75:3
78:2 94:6
176:4,7
**finding** 91:13
**fine** 9:22 10:7
166:6
**finish** 8:24,25
**firm** 88:3,3

**first** 7:4 14:5
21:5,8 34:11
47:13 55:4
81:3 82:6,10
91:8 103:7
117:19 124:12
128:12 130:22
130:24 142:7
155:2 157:25
167:24 178:24
180:22 184:10
185:19,24
186:10
**fit** 52:20
**five** 126:6
166:8,9 191:3
**flag** 125:7
**flaky** 59:15
**flashy** 40:23
**fledged** 23:18
**florida** 95:24
**fluctuates** 64:8
**fluff** 171:17
**fly** 76:17
**focus** 38:16
153:17
**focused** 55:9
92:8,10
**folder** 41:6
109:6
**follow** 36:4,6
70:11,13,23
95:21 97:20
100:5

**followed** 98:4
**following** 35:9
36:9 63:11
95:8 96:6
101:5 151:20
**follows** 7:6
70:12
**force** 3:15 8:6
135:14
**forced** 45:19
**foregoing**
192:10,12
196:5
**forensic** 73:6
**forewarning**
110:21
**forex** 19:14,18
**forget** 30:20
**fork** 83:23
**form** 3:9 21:2
22:16 25:23
33:19 36:16
37:5 40:12
43:25 45:8
53:23 61:7
68:19 69:24
93:16 97:9
98:2 99:17
110:2,11 111:4
115:2 121:8
122:10 144:6
144:16,25
146:7 147:10
148:3 156:13

156:17,20
157:8,11,14,18
157:22 158:2
158:17 159:8
159:16,18,23
160:2 161:13
161:19 162:6
162:17 165:15
175:14,18,23
176:3,5,16,20
184:18,21
185:8,15 188:9
188:11,14,16
188:19,21
189:5,7,22
190:10
**formal** 68:15
**formality** 68:16
**formats** 190:19
**formed** 39:5
45:7 71:4
**forms** 163:3
**forth** 32:25
**forward** 20:17
29:10 168:7
**foul** 45:18
**found** 78:16
111:13
**foundation**
27:14
**four** 113:4
**fourth** 117:23
**fp&a** 14:24
15:21 54:6,12

**free** 67:8,10
68:19 69:12
93:19 99:17
**freeze** 114:11
122:18 125:13
133:21
**frequency**
27:24 28:3
57:12 77:24
**friction** 48:19
**fried** 103:8
104:22 105:4
105:25 107:13
108:7 194:21
**fried's** 92:22
93:7 194:5
**friend** 179:14
**friend's** 179:15
**friendly** 46:18
**friends** 27:5
**front** 38:14
86:5 130:4,7
130:25 131:2
**frozen** 112:11
114:3 129:7
**ft** 101:20
**ftx** 1:9 2:5,10
5:5 6:4 7:12,15
10:18 11:23
12:15,19 27:19
29:20 38:25
39:3,13 40:11
41:10,25 42:20
43:19,24 46:18

46:24 47:4,7
49:2 58:24
59:9,18,25
60:13,19,22,24
61:19 62:2
71:6 74:8
76:20 77:4,7
77:13 79:8,14
79:17,22 81:6
84:13,21 86:6
86:18 87:13,16
90:19 91:5,10
91:17 94:21
95:9,18,21
97:5,25 99:23
100:10 101:25
102:15,21
103:21 104:21
105:3,14 106:2
107:3 109:3,19
112:11 113:25
114:5,25
115:12,21
116:8,23 117:8
118:17 119:10
119:17 121:7
121:19,25
122:4,7 125:8
125:21 130:5,8
130:25 131:3
131:21 132:15
132:18 133:4
133:24 134:6
134:13 135:13

135:20 137:20
137:25 139:9
140:2,15
142:22 146:12
147:11 150:9
152:13 158:7
158:11,22
159:3,4,12,23
160:4,8 162:11
162:17 163:15
163:17,20
165:2,7,9,23
168:18 169:18
171:3,15
173:22 174:12
175:2,9 176:16
176:19 183:5
184:19 185:3
185:10 187:5
187:14,21
190:18 193:10
193:24 194:12
194:20 195:1
196:1
**ftx's** 94:3 96:18
97:23 101:24
104:7 107:5
108:15 171:7
**ftx.com** 16:22
17:5 103:8,21
129:4 137:17
137:18 161:6
164:9,17
193:19

**full** 7:17 20:10
83:18
**fully** 23:18
49:23 50:4,6
50:17,20
**function** 23:7
33:10
**functional**
23:15 41:23
**functionality**
23:8
**functioning**
95:15
**fund** 33:17
35:24 48:14,15
55:10 108:21
141:11
**funding** 149:17
149:22 151:16
151:23 152:2
153:2
**funds** 106:19
108:11,19,20
118:25 119:7
119:12 125:2
134:5 141:18
186:24 187:18
**further** 3:8,12
29:10 171:19
186:6 191:13
192:14
**future** 73:9
134:14 167:22

**futures** 20:3,15
**fx** 26:13 31:19
  50:2

**g**

**gain** 78:9 136:6
  180:20
**gaining** 135:3
**gang** 67:12
**general** 66:12
  84:10 96:13
  99:24 107:20
**generally** 68:20
  99:21 104:6
  112:5,19
  124:21 127:24
  134:23
**generation**
  34:12,15 35:8
  35:16,21 36:21
  37:6 98:5
**getting** 155:14
  166:7
**gimmicky** 40:8
**give** 13:13
  34:21,23 50:13
  110:20 112:17
  132:3 134:3
  185:6
**given** 89:4
  128:13 140:25
  196:10
**global** 65:8
  74:3

**glueckstein** 2:6
  6:3
**gluecksteinb**
  2:6
**gmi** 36:2 67:12
**go** 5:2 7:23
  29:10 37:3
  40:5 41:5 42:2
  43:12 44:4
  49:11 62:16,18
  69:25 71:20
  83:3 87:7
  96:24 100:2
  106:4 109:24
  110:10 112:3,6
  120:4,5 121:19
  124:15 128:6
  129:16 134:21
  145:3 152:17
  166:2,23
  177:12,16,24
  179:12,14
  190:8
**god** 170:10
**goes** 19:21
  32:21,22,22
  33:2 125:10
  163:14 183:11
**going** 4:13 7:23
  8:23 9:10
  11:17 20:3,17
  37:3,16 49:11
  49:13 72:25
  75:24,25 76:17

85:11,12 87:9
88:24 89:6,17
90:19 96:7,17
97:15 104:18
106:13,24
108:16 109:24
110:10 112:23
126:5 128:25
129:10 130:18
131:22 134:6,7
141:11 144:15
147:8 150:14
166:4 167:25
168:7 171:22
**good** 4:12,13
  6:6 7:9 43:22
  47:8 53:15
  71:17 74:12
  80:2 106:20
  126:8 131:19
  144:14
**google** 101:8
  176:3 190:10
**government**
  19:11
**gox** 29:17
  110:16
**gradual** 26:24
**graduating**
  18:22
**grand** 75:20
**great** 30:7
  106:22

**greater** 74:4,5
**greatest** 138:14
**grenadines**
  51:25
**ground** 7:24
**groups** 64:20
**grunt** 56:6
**guess** 46:16
  67:6 101:7
  124:11 140:21
**guy** 35:9 86:14
**guys** 11:13

**h**

**h** 2:11 193:2
  195:3
**half** 80:4
  120:15,20,25
  121:7 125:19
  141:5
**halfway** 21:13
**halts** 60:9
**halved** 65:3
**halving** 35:2
  49:11 63:17
  64:12,23 65:2
  65:5 66:7,13
  66:24 74:6
**hamilton** 2:9
**happen** 134:9
  162:24 183:10
**happened**
  24:15 71:23
  122:24 123:8

**[happened - ideally]** Page 20

124:4 157:16
180:15 184:10
**happening**
70:17 153:12
181:25
**happens** 63:20
187:22
**happy** 10:4
95:14 139:12
**hard** 37:23
78:2
**hardship** 74:9
**head** 58:20
157:24
**heading** 31:3
**headline**
102:20
**headwinds**
34:23
**health** 125:8
**hear** 26:20
**heard** 4:22 7:11
7:25 81:7,9,20
84:25 85:3
108:13
**hearing** 89:18
94:16 101:23
107:19 177:21
**heavily** 40:20
40:25
**hedging** 44:13
44:21 45:2
**held** 34:25
60:12

**hell** 174:13
**help** 11:7 18:12
53:8,11 108:9
**helpful** 53:12
53:13
**helps** 174:3
**hereto** 3:6
196:8
**hesitate** 141:25
**hey** 163:21
**high** 27:24 28:3
48:21 57:12
62:5,5 63:21
67:25 68:3
75:17 76:4
77:24 135:4
136:20 137:9
137:10 138:23
140:25 164:6
164:19 169:14
**higher** 137:20
140:19
**highest** 46:13
**highly** 68:9,9
**hinton** 70:18
**history** 18:24
161:6
**hit** 136:5
**hits** 137:8
**hold** 27:2 73:20
100:18 135:22
156:16
**holders** 158:6

**holdings** 89:12
147:11
**holds** 58:7
**hole** 54:23
104:8 171:7,11
171:18 174:2
**holten** 2:11
5:25 6:2,10 7:8
7:12 12:9
16:17 17:21
80:5,14 87:11
102:11 104:17
115:16 126:4
126:16 156:22
166:16 177:20
190:24 191:12
**home** 137:17
137:17
**honest** 45:22
64:21 103:17
107:22
**hope** 51:14
56:7
**hoping** 42:20
**hour** 10:6 80:4
126:5 163:14
166:5
**hours** 124:17
165:8 178:17
181:14
**ht** 136:19
138:25
**huge** 95:24

**huh** 18:11
31:11 76:23
79:3 158:15
178:19
**hundred** 32:18
35:15 60:13
75:22 79:23
98:20 139:14
**huobi** 84:25
85:5,8,13
144:7,7,21
145:4 146:12
147:12,13,24
148:3 156:17
157:19 162:7
163:4,8,18,22
165:6,13
175:10,18,20
175:23 176:16
184:18 185:4,7
185:7,8,15
187:5,14 188:9
188:11,14,16
188:19 189:22
190:4,11,21

**i**

**idea** 23:14
24:19 34:16
57:15 58:19
91:19 112:4
144:14
**ideally** 32:2

**[identification - intend]**                                                    Page 21

**identification**
  12:21 16:23
  17:25 87:17
  92:25 102:17
  104:23 157:3
**identify** 37:15
  66:22
**imagine** 154:18
  155:7,9
**immediate**
  133:14
**immediately**
  84:4 132:6,8
  177:8 179:15
  179:16
**impending**
  110:8
**implemented**
  49:22
**implied** 83:16
**implies** 181:24
  186:13,16
**important** 8:22
  32:9 95:20
**inaccessible**
  179:6
**inaudible** 68:6
**include** 27:23
  70:25
**included** 58:5
  157:5
**includes** 188:14
**including** 5:21
  19:10 49:20

**increased**
  170:17
**increasing**
  16:12
**incredibly**
  77:25 100:15
  138:15 164:2,6
**index** 33:16
**indicated**
  109:18 192:11
**indicates**
  123:18
**indicating**
  13:17
**indication** 68:7
**individuals**
  36:12,15 69:7
**industry** 42:25
  86:9
**inflated** 133:12
  137:5 138:6
**inflation**
  168:19,20
  169:5,23
**inflection** 37:14
**inflict** 107:24
**influence** 65:7
**influential**
  64:24
**info** 58:11
**inform** 173:2
**information**
  9:15,19 12:3
  68:13 69:10,20

  86:4,7 99:21
  101:11 110:13
  116:19 145:23
  152:14 160:17
  172:25 186:10
  190:11
**informed** 66:12
**infrastructural**
  24:23
**infrastructure**
  22:3 24:22
  28:14 49:20
**inherited** 57:19
**inherits** 55:10
**initial** 32:19
  119:15 179:17
**initially** 32:23
  39:3,6 64:22
  151:5 152:10
  173:15 177:6
**initiate** 113:9
  113:13 148:10
**initiated**
  122:22 184:10
**initiates** 183:11
**initiating**
  177:16
**initiation** 124:6
**injected** 174:11
**injecting** 150:8
**injection**
  103:10
**injections**
  167:22

**input** 56:8
**insane** 132:19
**inside** 152:14
**insight** 68:11
**instance** 24:14
  58:2
**institutional**
  20:2,15,23
  21:19 22:5,10
  22:13 23:4
  48:18 76:22
**institutions**
  112:6
**instructed** 9:25
**instruction**
  156:15
**instructions**
  143:20 144:2
**instrument**
  32:17 44:16
  144:5
**instruments**
  42:3
**integrate** 50:7
  50:12
**integrated**
  20:14
**intellectual**
  55:6,11 56:20
  57:20 58:13,14
**intelligence**
  18:21 70:15
**intend** 9:13

**[intent - know]**                                                    Page 22

**intent** 107:3,17 107:19 147:13
**inter** 78:15
**interest** 19:20 168:21 169:6 169:15 170:2 170:18
**interested** 5:16 111:20
**interesting** 67:9 72:17 73:20
**interface** 39:14 39:15,16 41:21
**internal** 95:5 110:12
**international** 55:12,18
**internet** 4:20 68:25 71:15
**interpretation** 65:22 160:12 187:8
**interviews** 171:20
**introduce** 12:10,10
**introduced** 150:21,23,24
**inverse** 44:12 44:17,19,21,25 45:11
**invest** 48:15 61:15,22 62:2

62:20
**invested** 60:4
**investigate** 184:5
**investment** 49:9 55:7 57:10 74:11 98:16 106:22 108:12,23 122:7
**investments** 61:12,19 172:7 172:11,13
**investor** 33:15
**investors** 97:15 103:9 106:2 108:9 110:20 111:2
**involved** 29:6 31:5 53:6 106:19
**irrelevant** 146:5
**islands** 52:15
**isolated** 104:14
**issue** 41:21 58:12 75:25 91:14 97:2
**issues** 91:5,17 94:20,21 96:6 97:5 101:24 104:7 117:10 118:21 133:24 134:13 140:2,2

**item** 13:5
**items** 13:6

**j**

**january** 16:3 147:23
**jeffrey** 70:18
**jensen** 68:5
**jim** 87:23 88:2
**jineen** 1:18 5:12 192:6,21
**job** 8:16 16:10
**jobs** 19:10 27:2
**jog** 190:2
**john** 7:19
**johnson** 35:11 35:23 86:14
**join** 42:20
**joined** 27:5 43:8
**jst** 136:19 138:25
**judge** 9:22
**jump** 109:4
**jurisdiction** 52:5,11
**justin** 172:16 173:6 190:15 190:21

**k**

**kbo** 1:5
**keep** 68:24 69:2 112:23

**keyed** 65:5
**kid** 51:8
**killing** 153:9
**kind** 19:15,21 28:13 29:18 32:9,10 33:10 37:15 43:20 45:19 63:2 65:6 66:4 71:16 76:16 79:16 81:10 82:12 87:7 90:23 103:22 104:12 106:18 108:3 117:11 117:14 122:2 131:4 145:13 148:15 149:3 153:11 158:24 160:12 167:20 168:24 179:4 179:23 183:9
**king** 67:13 68:3 68:7
**know** 9:7 10:8 18:3 21:7 23:10,19 24:15 27:16 28:12 29:4,11 31:24 35:14,18 38:12 38:15 39:2,19 46:4 49:6 51:3 51:6,9 57:15 59:21 60:6

63:18 66:4 68:23 73:15 74:19 76:16 77:10 81:18 82:15 87:18,22 93:2,21 95:7 95:23 96:3 105:17 107:7 108:24,24 109:2 110:9,22 111:5 113:16 114:19 115:7 125:6 132:11 134:6 135:18 139:10 141:7 141:10,21 144:4 147:6 151:12 152:8 152:12 153:6 153:14,16 155:21 158:3 167:20,24 173:20 176:12 176:20 181:9 183:17 185:9 186:23 188:6,8 190:7

**knowing** 65:18 81:10 181:16 182:8,18

**knowledge** 63:15 82:8 128:19 176:15

**kumanan** 10:23

**kyc** 15:10 53:15 56:4 145:4 189:5

**l**

**l** 3:2

**landscape** 190:17

**language** 136:24 142:8 167:15

**laptop** 89:17

**large** 54:14 61:5 68:20 112:6

**largely** 18:25 19:6 22:21 31:17 54:12

**latency** 49:20

**latest** 111:18

**lawyer** 11:14 11:18,21

**layman's** 169:10 170:13

**layoffs** 16:15

**layout** 39:20

**lead** 61:13

**learn** 127:12 157:21

**learned** 82:7 188:9,11 189:7 189:22

**learning** 28:9 28:11,13 29:24 47:16,21,22 48:22 74:14 75:19 84:12

**leave** 50:14 114:5 122:8 178:11

**leaving** 45:24 46:8 133:19 179:8

**lecun** 70:17

**ledger** 152:17

**left** 166:22 178:15

**legal** 110:5,6

**lehman** 24:13 24:15 96:7,9 96:17,24 110:24 111:2,7 111:15,20 112:2

**lehman's** 24:13

**leona** 2:17 14:18 41:12 42:20 52:23 55:16

**lesser** 74:7,7

**letter** 107:3,16 107:19

**levels** 136:20

**libraries** 83:15

**life** 22:20 49:5 51:2,5,9,13

74:18,19,21 76:14 133:13

**lifeline** 173:5

**lifted** 32:24

**light** 95:25 97:13 173:12

**liked** 43:22 47:7,7

**likelihood** 65:4

**limit** 32:2 84:5

**limitations** 168:6

**limited** 19:8 55:22 169:11

**line** 90:7 143:2 195:4,7,10,13 195:16,19

**lined** 171:21

**link** 176:19

**linked** 59:11

**liquidate** 186:7 189:3

**liquidated** 139:16 181:12

**liquidity** 46:14 46:22 47:3 49:12 59:16 62:5 64:17 65:9 74:4 75:13 82:8 84:9 90:19,22 91:2,5,9,14,17 94:21 95:6 97:2,6,23

101:24 104:7
106:11,12
115:12,20
116:23 117:4
117:10 118:16
118:19,21
121:24 127:15
133:6,14,24
134:13 135:4
135:12 136:6
137:9,11,22
138:22 139:19
139:21 140:2,4
140:9,12,13,15
141:2,6 147:9
150:4 164:5
171:3 173:5,6
**list** 34:6 37:7
51:18 62:17
70:20,21,25
71:3,7,8,9
100:5,12 101:3
188:15
**listed** 34:11
35:22 85:24
165:16,17
**listen** 69:7
70:16
**listening** 35:12
43:16 66:6
**lists** 36:7 70:14
**literally** 123:10
124:2 135:20
154:4 155:13

161:14 163:10
172:2,23 178:7
180:6,10
181:14 185:11
187:19
**litigation** 6:22
**little** 23:9,12,12
24:7 25:9
29:13 30:11
37:22 38:23
42:5 48:14
63:6 75:4,14
82:14 83:9,25
89:20 100:16
106:24 120:4
138:11 139:8
139:21
**lived** 51:11
**living** 26:16,21
26:23 29:11
**llc** 2:14 6:8
15:17
**llp** 2:4,9,13
**locked** 70:13
**lode** 27:6
**logging** 131:5,6
**logs** 124:15
**long** 19:21
34:25 57:14
66:6 69:24
74:2 76:7
98:16 124:16
125:10 134:4
170:10 178:11

178:21
**longer** 135:14
164:23 166:23
**look** 21:11,12
34:4 36:8,11
36:15 37:16,17
41:3 43:21
49:8 51:15
57:8 73:13
78:24 88:21
92:2 93:23
99:14,14
100:14,18
103:6 105:19
107:5 117:16
117:23 126:2
136:8 149:5
151:4 153:12
156:20 157:25
166:21,25
173:25 190:8
**looked** 39:13
39:17 40:3,17
78:14 82:9,10
87:3 101:8
138:2 151:14
169:2
**looking** 28:19
37:13 44:10
47:9 56:10
63:7 66:5 72:3
72:19 92:16
99:11,13
126:23 128:10

128:23 141:22
143:12 172:24
175:8
**looks** 39:25
41:12 149:9
167:9 169:3
**lose** 32:19
**loss** 31:25 33:4
33:7,18 152:4
164:7,15
**losses** 32:8,10
**lot** 31:19 38:3
52:16 92:17
131:21 141:12
168:17 173:16
174:14
**lovely** 163:20
**low** 48:7 49:20
62:8,11,13,13
62:15 100:16
127:15
**lowered** 26:22
**luke** 2:11 5:25
7:12
**lunch** 20:17
23:16
**lyn** 67:8 68:8
86:15
**lyrical** 141:20

| m |
|---|

**m** 7:3
**machine** 74:13

**[macro - mean]**

**macro** 34:12,14 35:7,15,25 36:20 37:5 49:9 76:7 98:4
**macroecono...** 34:17 35:3
**mad** 67:13 68:3 68:7
**made** 22:4,9,13 26:16 52:25 56:18 58:21 84:20 86:11,13 89:9,10 90:11 106:15 119:15 121:10 147:7 153:9 154:20 156:6 164:13 174:13,19 181:11 183:5 185:7 188:12 190:18,22 196:6
**madrid** 79:10
**magazine** 105:9
**magnification** 171:24
**mail** 16:20 17:3 17:8,17,23 41:9 42:7,12 163:4 165:24 193:14
**main** 15:18,20 23:19 28:2

92:16
**mainstream** 69:4 87:4
**maintained** 47:5
**major** 62:25
**majority** 94:2 138:10 139:15 139:20 147:8 181:14 189:19
**majors** 114:18
**make** 8:2,15,16 8:17 10:2 23:14 26:21 29:3 46:2 54:9 68:5 91:12 95:2,3 113:20 114:9 116:12 118:6,17 121:14 133:15 148:12 154:15 154:23,25 162:24 175:5 179:20 183:15 188:3,25 190:25
**makes** 56:7 67:21
**making** 54:4,8 76:3 129:11 149:24 159:6 159:24 165:20 188:19

**man** 51:11 53:20
**manage** 52:22
**managed** 50:7
**management** 31:6,22 32:6 33:8
**manager** 35:24 38:18 48:2,24 51:18 57:2 58:4 59:7 66:19 73:12,22 75:7 76:6 79:14 98:11 99:5 100:11 125:20
**managing** 16:8 38:9 50:22 53:9 58:18
**manipulation** 153:15 168:25 169:4
**manner** 61:11 182:21
**march** 16:21 17:4 193:17
**mark** 17:23 87:10 92:19
**marked** 12:20 13:5 16:22 17:25 41:6 87:16 92:24 102:12,17 104:22 109:6

157:2
**market** 20:20 31:23,24 57:16 62:6 63:9,12 64:4,8,12 66:14,21 68:14 74:6 75:25 99:8 133:11 137:6,25 139:23 145:17 153:15 168:17 168:25 169:3 171:14 174:16
**markets** 53:8 53:11 54:4 99:23 136:18 137:21 139:8
**marking** 16:18 156:23
**married** 51:8
**mass** 16:15
**massive** 136:5
**math** 120:13
**mathematically** 72:14
**matter** 5:5 7:13 8:5 10:20 11:22 46:22
**mattered** 188:4
**matters** 13:19
**mave** 81:16
**mean** 11:16 25:12 26:2,3,5 31:15 32:13

33:9 39:15 40:22 47:18 49:22,24 50:2 52:6 57:6 63:4 70:10 77:21 79:17 98:17 101:7 106:10 112:16 121:21 123:9,10 124:3 125:3 129:13 137:3 138:15 142:11 143:12 151:24 153:4 154:18 158:18 160:8 163:8 167:19 169:9 169:12,14 170:23 173:4 173:12 175:3 182:11 186:15 188:18,23 190:16

**means** 25:13 52:7

**meant** 125:4 133:10,12 145:8 168:3,7

**mechanics** 152:15 165:6

**mechanism** 33:18 54:19 154:3 156:18 184:18

**mechanisms** 162:23

**media** 36:3,5,7 69:16,20,23 102:9 190:17

**medication** 10:15

**medium** 141:9

**meet** 140:15 145:3

**member** 88:2

**memory** 190:2

**mention** 96:5 160:22 175:10

**mentioned** 15:16 86:10 110:15 112:21 136:18 143:15 190:14

**mentions** 150:3 160:24 184:22 185:4

**merely** 83:23

**merit** 1:20 192:7

**mess** 41:20

**message** 183:20 183:20

**messages** 178:5

**messy** 41:24

**met** 141:6

**method** 62:19 178:3 185:2

**methodical** 98:23

**metric** 73:16

**miami** 95:24

**micro** 35:21

**mid** 62:8

**middle** 151:4 158:6

**miller** 2:13 6:7

**millershah.com** 2:15

**million** 132:21 133:6 150:3,8 150:15 151:6 151:10 152:6 152:11 153:7,8 168:10,15,16 171:10,13 172:19 173:15 173:21 174:6 174:11,17,22 174:25

**mind** 22:19 106:12 146:16

**minds** 132:18 181:11

**mine** 30:17

**mined** 29:14 30:10

**minimally** 69:2

**minister** 16:12

**minor** 139:17

**mint** 145:18

**minted** 145:20

**minting** 145:12 145:24

**minute** 126:6 191:3

**minutes** 124:17 124:20

**misstates** 184:21

**mix** 61:21 62:2

**mj** 2:18 5:9

**mobile** 20:2,7 20:14 21:24 22:11,17,18,20 22:23 23:4,21 23:23 111:17

**model** 31:12 47:21,23 71:24

**models** 31:6,9 31:22 32:6 79:20

**moment** 65:7 75:22 80:3 87:25

**momentum** 28:5,17 31:17 31:18

**monday** 99:13

**money** 33:16 52:8 56:17 69:14 106:14 106:16 119:20 121:13,14,14 121:16,17

122:8,11,15
127:24 132:10
133:18,22
135:10 173:17
174:14,19
179:5
**monitor** 68:12
68:20 71:12,18
96:18 100:21
**monitored**
103:3
**monitoring**
99:22 100:12
131:2 181:4
**months** 24:16
98:18,18 121:4
135:19,20
141:15,15,15
**morning** 4:13
6:6 7:9,10
181:9
**mother** 35:17
**motivation**
174:8
**move** 46:9,15
46:23 60:18,23
74:20 78:3
80:22 118:9,11
118:17 120:24
**moved** 26:22
46:17
**moves** 31:24
37:19

**moving** 64:14
139:23
**mt** 29:17
110:16
**multiple**
190:18,19,22
190:22
**multiplied** 72:4
72:24
**multiply**
171:13 172:20
173:15

**n**

**n** 2:2 3:2 7:3
85:17 192:2
**naked** 31:24
**name** 5:9 7:11
7:17 11:6
30:20 169:17
170:4,21
**names** 7:21
**naturally** 117:5
**nature** 6:13
46:19
**navigate** 41:4
44:5 109:5
**near** 27:22
107:10
**necessarily**
69:24 83:20
**necessary**
148:20 196:7

**need** 9:18 10:6
33:17 69:25
77:23 78:3
93:17,20
103:10 140:11
140:13,14
144:2 145:18
146:13 179:21
187:25
**needed** 78:6
97:14 140:8
146:21 154:16
156:16,17
**needing** 140:4
**needs** 77:23
140:16 141:6
**negative** 47:2
**nerds** 30:21
**nerdy** 30:21
**net** 94:2
**network** 80:23
**neutral** 52:4
**never** 57:21
69:19 79:24
117:25 123:25
148:24 161:11
**new** 1:22 2:5,5
7:5 54:17
59:12 145:12
161:10,18
178:3 186:9
**newborn** 38:15
49:6

**news** 30:23
68:21 71:12
84:22 86:4,19
87:3 91:13
94:24 95:4,8
95:21 100:2
102:25 104:14
112:22 131:13
141:19 181:4
**newsletter** 43:8
67:10 68:10
**newsletters**
67:8 69:8,13
**nice** 43:19
108:22,23
**noise** 70:24
72:5,11 92:17
100:15,16
**noisy** 68:25
71:15,17
**nominal** 138:12
**normal** 33:24
70:9 123:12,15
**normally**
114:16
**notable** 47:11
49:16
**notary** 1:21
3:14 7:4 192:9
196:14,21
**note** 109:16
145:9
**noted** 191:20
196:7

Case 22-11068-KBO Doc 35382-5 Filed 04/16/26 Page 225 of 248

**notes** 136:17
143:9,17
192:13
**notice** 1:18
145:10
**noticing** 5:23
**notified** 147:13
**notify** 110:5,7
145:2
**noting** 173:5
**november**
58:17,19 60:11
60:14 71:6,11
90:11 92:21
93:5,15 95:9
102:15,20
103:24 104:20
105:2 106:8
107:12 113:4,6
114:10,10
117:20 118:7
119:24 120:16
122:23,24
123:24,24
124:13 125:2,3
127:9 164:12
177:2 180:14
194:1,11,17
**nstance** 19:25
21:12,14 24:11
24:18
**number** 104:12
120:2 149:16
151:21 162:21

162:23 170:2
**numbers** 25:18
**nvidia** 68:4

**o**

**o** 3:2 7:3 192:2
**oath** 5:14 6:13
6:22 8:5
**object** 9:20
21:2 22:16
25:23 33:19
36:16 40:12
43:25 61:7
93:16 98:2
110:2,11 111:4
115:2 121:8
122:10 159:8
160:2 161:13
161:19 188:21
**objection** 10:19
11:4 12:15,19
53:23 184:20
193:11
**objections** 3:9
5:17 9:23
**objective** 23:6
**obligation**
110:5,7
**observation**
63:9
**obtain** 18:18
145:11
**obtained**
176:15

**obvious** 40:5
138:6 162:5
**obviously**
17:10 65:17
71:22 108:24
117:12 135:21
**occur** 167:22
187:3
**occurred**
123:13,14,16
**ocean** 108:22
**offer** 96:2
130:2 169:11
**offered** 106:14
106:16
**offers** 67:9,13
67:15
**office** 23:16
**official** 142:2
**oh** 30:15 90:9
103:25 170:10
**okay** 4:9 9:4,11
9:12 10:9 12:8
13:10 41:8
43:21 45:11
49:14 80:24
87:8 89:3
94:13,15
103:25 109:11
127:3 174:9
176:25
**old** 57:7 62:25
63:21,22
166:21

**once** 75:3
129:19 135:18
145:5 177:18
178:7
**ones** 11:12 62:4
85:24 146:23
165:16,17
**open** 77:6
133:11 137:21
137:24 147:12
**opened** 60:15
60:17,22 61:10
61:25 144:16
163:4
**opening** 48:17
144:20 157:19
163:9,10
**operate** 89:6
99:16 128:25
129:10 136:3
144:11 148:21
161:3 163:7
**operated**
153:19
**opinion** 25:17
64:19 65:23
66:2 67:23
97:9 100:14
108:15 115:8
134:15 161:18
169:23
**opinions** 67:20
69:10

**[opposed - perceived]**                                                                Page 29

**opposed** 25:14
**opposite** 184:12
**order** 113:5 133:13 145:16 182:2
**ordering** 4:3
**orders** 113:4
**ordinarily** 121:6,9
**outcome** 5:16 61:13
**output** 67:25 68:3 72:25
**outside** 23:16 50:9
**own** 24:7 36:21 49:19 50:18 65:21,22,23 67:20 94:3
**owned** 14:14
**ownership** 58:13

**p**

**p** 2:2,2 3:2
**p.l.c.** 54:15
**p.m.** 167:22 191:6,10,17,20
**package** 85:25
**page** 8:3 10:24 13:21,21 14:6 21:12,13 23:25 27:21,23 34:4

44:10 47:9 51:17 55:3 66:17 86:5 88:7,21 93:23 93:24 94:7,9 99:14,15 105:20,20 107:11 109:13 117:17 120:6 126:2,23,25 128:9 129:20 130:4,7,25 131:3 137:17 137:17 143:5 143:17 149:6 157:25 167:4,7 193:5 195:4,7 195:10,13,16 195:19
**pain** 38:2,3,6
**painful** 38:12
**painting** 35:19
**pal** 35:10,25 67:12 72:2 73:15 86:12 98:7
**palo** 2:10
**paper** 82:11,23 83:2,6 84:6,15 86:25 131:18
**paracetamol** 10:17
**paragraph** 14:7,12 55:4

66:20 88:22,25 89:23 90:8 94:10 109:13 109:16 112:24 120:6 128:10 143:4,16,19 158:5 176:22
**parameters** 50:10
**part** 32:7 54:18 68:13 85:23,25 88:24 129:10 152:13 162:5 167:23 173:24 175:20 185:7
**participants** 4:20
**participate** 52:24 53:18,21
**particular** 16:13 34:20 84:18 101:12 116:15 135:4
**particularly** 22:9 67:14 69:23 86:15 139:2 142:16 142:21 152:3 160:10
**parties** 3:6 4:25 6:15,18,23 145:2
**partner** 46:7 53:22 55:8,13

55:14
**partnership** 55:25
**party** 5:15 192:15
**passage** 90:2
**passing** 43:20
**paste** 83:10
**pats** 20:4
**pause** 4:11 135:14
**pavesi** 1:18 5:12 192:6,21
**pay** 69:13
**penalty** 14:2
**pending** 24:16 178:12,16 179:8,25 180:7 181:6,12,20,22 181:24 182:22 183:2,6,21 186:7,14,24 187:2,12
**pennsylvania** 2:14
**people** 22:23 35:11,22 36:8 64:6,16 70:20 70:21 83:15 97:15 162:8 170:2
**perceived** 96:25

**percent** 35:15
60:13 79:23
139:14
**percentage**
60:12
**perform** 15:15
67:5 144:3
161:6 162:12
**performed**
15:23
**performing**
160:20
**period** 61:24
85:7 125:6
166:22 183:12
**perjury** 14:3
**perp** 44:12,21
44:25
**perpetual**
44:17
**perpetuity**
168:8
**person** 8:7
**personal** 43:3
58:22 61:5
65:23 101:3
117:8
**personally**
73:18 100:18
131:24 146:25
**perspective**
13:18 67:10,13
67:15 91:6
96:11,12

122:25 132:12
**perspectives**
67:18
**pertaining** 50:3
**perusing** 13:14
34:9 90:4
94:12,14
107:15 149:12
**philadelphia**
2:14
**philosophy**
35:7
**phone** 21:24,25
22:20
**phoned** 50:8
**phrase** 90:24
**piece** 21:23
63:14
**pigeon** 54:23
**pivotal** 37:13
**place** 4:25 40:5
42:2,6 54:17
60:20 61:4
68:25 71:15
91:7 175:19
**placed** 95:17
113:4
**places** 40:7
**platform** 20:2
24:3,6,19 25:2
26:7,11,15
27:3,11,17
28:16 29:6
31:4,10,22

32:7 41:19
43:19 46:12
47:8 55:7,11
56:12,18,21
57:20
**platforms**
41:14 42:13
**played** 77:7
**please** 5:18
7:17 8:17,25
9:7 38:5 49:18
136:10,12
**plenty** 141:19
**plug** 171:11
**plus** 72:11
**point** 19:24
22:17 23:22
26:14 30:11
47:14 49:17
59:17 91:23
95:11 103:18
112:22 113:14
134:14 146:6
159:20 162:10
163:13
**pointed** 127:8
**pointing** 64:6
117:14 159:21
**points** 37:13,14
37:16
**poised** 141:18
**poloniex** 30:2
31:16 47:20
48:7 75:20

**poor** 61:13
**popped** 12:23
13:2
**popular** 96:10
**popularity**
46:22
**portfolio** 29:24
30:3 47:16
127:25 128:3
136:5 137:8
138:10 139:15
139:18 140:15
140:18,20
164:5
**portion** 23:5
61:5 137:3
140:25 158:17
159:22
**portions** 22:7
**position** 20:16
27:8 51:18
138:16
**positions** 20:20
**possibility**
132:12,16
163:16,22
164:21,22
165:2,10
**possible** 8:17
59:12 77:6
101:8 102:6
107:25 112:8
140:17 147:25
152:19 175:20

**[possibly - projections]**

**possibly** 59:10 82:5 104:5
**post** 35:19 69:15
**posts** 36:11,15 130:11
**pounds** 30:4
**power** 23:12
**predictive** 71:25
**predictor** 73:9
**prefer** 39:22
**preferred** 39:13,21 42:6
**premarked** 12:11
**preparation** 11:11
**prepare** 11:7 11:14
**prepared** 32:18 141:14
**present** 2:16 5:20 18:24
**presented** 42:2 72:22
**pretty** 22:24 23:11 28:3 29:18 39:19 40:18 43:22 57:13 69:4 71:17 76:4 77:24 88:15 106:13 127:23

139:12 144:14 157:16 162:5 166:7
**prevalent** 63:2 97:12
**prevented** 187:14
**previous** 48:6 65:6 178:15 183:4
**previously** 20:23 51:11 59:3 81:13 96:5 97:19 100:3 103:2 108:6 110:18 129:9 151:14
**price** 26:4 32:22 35:3 37:3,14,17,19 65:17 71:25 72:4,6,10,11,16 72:16,24 73:18 73:19 98:22 133:10 137:4 137:12,13,15 137:16,18,20 137:23 138:3 139:22 168:18 168:19,20 169:6,13,17,23 170:5,7,17,21 174:18

**priced** 52:19
**prices** 141:3
**prime** 16:12
**principal** 117:24
**printed** 94:4
**prior** 14:23 20:6 22:22 28:12 38:18,22 38:25 59:25 95:11 97:23 106:25 107:9 111:15
**private** 55:10
**privilege** 9:16
**privileged** 9:18
**privy** 152:13 160:18
**probably** 78:5 79:10 81:15 87:23 124:18 124:19 130:24 131:9 135:19 145:8 153:8
**probe** 121:12 128:3 179:19
**probes** 117:15
**probing** 113:15 114:20 117:22 117:25 118:4,8 127:5 179:19
**problem** 50:12 50:16 121:23 122:3

**problems** 97:6 177:21
**proceed** 6:16
**proceeding** 5:18
**process** 26:25 129:11 141:15 144:5,19,20 145:4 147:12 154:10,10 157:19 162:22 189:10
**processed** 123:22
**processing** 23:12
**processor** 49:21 56:23 58:11
**product** 19:5
**production** 25:9
**profession** 15:19,20
**professional** 1:19 18:23 20:15 192:7
**profitable** 30:8 106:20
**project** 24:24 28:15
**projections** 74:2

**prominence** 106:17

**prominent** 97:20

**promoted** 40:20,25

**prompted** 30:17 113:12 113:20 186:11

**pronunciation** 39:8

**proof** 82:13,13 82:18 83:7,11 87:12,15 88:10 128:7 193:21

**proofs** 12:16,20 193:13

**property** 55:6 55:11 56:20 57:20 58:13,14

**proportional** 72:6,10,25

**proprietary** 21:19 79:20

**prospects** 108:16

**protected** 9:15

**protocol** 123:13

**protonmail.ch** 16:21 17:4,18 193:16

**prototyping** 78:23

**provide** 10:12 143:18,20

**provided** 149:17 151:16 151:23 153:2

**providing** 150:20 151:25

**public** 1:21 3:14 7:5 40:18 96:13 125:15 152:17 192:9 196:21

**publicized** 89:5 90:15 128:14

**publicly** 171:20 172:17

**publish** 36:12 36:18

**published** 13:8 92:12

**publishes** 35:25

**pull** 16:17 17:21 87:9 92:18 102:12 104:17

**pulled** 103:22 107:4,23 165:25

**pulverized** 46:3

**purchase** 101:25 177:6

**purchased** 170:6 185:20 189:13,17

**purchasing** 85:20 177:9

**purely** 58:12

**purpose** 24:8 24:10 52:20 174:25

**purposes** 8:4 140:4 152:20

**pursuant** 1:18

**pursue** 77:20

**put** 33:10 46:4 48:16 56:9 69:10 98:14,20 114:24 123:14 130:24 138:11 144:18 181:13 189:4

**puts** 153:7

**putting** 33:16

**q**

**qualitative** 25:20

**qualitatively** 25:15

**quality** 4:18,19 67:24 68:3,7

**quant** 24:2 25:7,11 48:14 66:11

**quantitative** 25:19,25 132:3

**quantitatively** 25:14

**question** 3:10 9:7,9,17,24 15:14 21:3 46:3 53:24 54:2 55:2 56:16 61:3 65:15 75:18 77:17 78:7 82:12,16 93:18 99:19 115:6,15 115:17 119:14 141:4 150:11 152:5 159:10

**questions** 7:15 8:10,25 9:14 9:21 11:17 89:2 141:25 142:12,14,23 163:6 191:2,13

**quick** 190:25 191:3

**quickly** 29:18 76:2,18 109:4 134:9 143:13

**quite** 35:11 43:19 67:9 72:22 83:11 120:22 141:12 173:16

**quote** 31:5 93:24 129:22 129:24

**quotes** 185:11

| r | | | |
|---|---|---|---|
| **r** 2:2 192:2 195:3,3 | 49:17 67:17 68:17,18 82:23 82:25 84:14,16 86:24 88:24 89:15 91:16 92:11 93:20 94:5 101:21 102:23 103:12 104:14 105:5 105:10,13,16 105:17 107:10 113:7 115:16 115:18 130:22 131:17 142:7 142:19 159:19 159:22 160:6 167:15,16 168:13 196:5 | 54:18 61:2 66:3 71:25,25 75:21 76:18 77:21 78:16 83:3 95:11 99:9 107:21 114:20 121:14 122:4 134:20 135:5 138:18 150:10 152:8 170:8 189:24 | **rebranded** 85:11 |
| **racheted** 32:25 | | **realtime** 1:21 192:8 | **recall** 11:5 41:18 42:11,16 45:9 46:12 62:3 81:3 82:6 90:21,25 91:11 94:16 101:9,23 103:14 104:3,6 106:7 107:18 111:11 112:19 114:15 136:23 138:8 139:4,5 156:13 171:2,5 171:6 175:19 175:22 176:11 176:18,21,21 178:13,14,23 181:3 185:14 188:8,10,13 189:6 |
| **radar** 127:18 127:21 | | **reason** 8:21 10:11 41:22 52:10 60:25 76:11 95:14 96:18 100:17 113:19 114:4,8 116:11,24 118:17 125:25 132:3,14 140:22 195:6,9 195:12,15,18 195:21 | |
| **raise** 30:9 184:11 | | | |
| **ramanathan** 10:23 | | | |
| **ran** 19:8 104:25 | | | |
| **random** 72:5 127:22 | | | |
| **range** 37:22 62:6 | | | |
| **raoul** 35:9,25 67:12 72:2 73:14 86:12 98:7 | **reading** 67:6 84:13 91:13 104:3 120:3 136:23 150:12 158:14 | | |
| **rather** 19:22 44:18 143:10 184:18 | **reads** 102:20 | **reasonable** 67:16 104:11 | **receive** 27:7 69:8 157:10,12 186:9 190:3,10 |
| **ratio** 100:15 139:8 | **real** 81:10 | **reasonably** 52:19 85:10 | **received** 123:25 |
| **rationalist** 35:19 | **really** 9:13 11:16 15:13 20:5 24:20 26:12 28:8,20 28:24,25 30:15 30:15 31:2 40:22 41:25 43:20 45:16 47:7,16 53:2 | **reasons** 41:15 42:14,16 43:24 46:10 48:17 52:18 | **recently** 71:4,5 98:16,17,17 |
| **reach** 65:10 141:25 142:13 142:22 | | | **recess** 80:10 126:12 166:12 191:8 |
| **reaction** 91:18 | | | **recognize** 13:11,15 17:8 18:6 87:20 |
| **read** 14:10 28:6 41:16 47:13 | | | |

157:7
**recollection**
59:14 101:15
124:22
**recommend**
34:3
**recommendat...**
42:21 43:4,17
**record** 4:14 5:2
5:23 7:18 8:16
9:21 80:9,13
89:22 115:18
126:11,15
166:11,15
191:7,11
**recorded** 4:23
5:3
**recording** 4:18
4:24
**records** 143:2
**recovery** 2:5,10
6:5 7:13,16
10:19 11:23
12:15,19
193:10
**red** 125:7
**reduce** 119:9
119:17 174:3
**reduced** 72:15
**reduces** 72:21
**refer** 80:24
90:10 130:19
**reference**
149:21 160:19

**references** 42:7
89:23 90:2
151:15 153:24
154:2 168:9
**referred** 55:14
63:22
**referring** 63:3
64:3 67:22
84:22 91:24
101:13 139:17
150:7,23 157:9
**refers** 130:15
**refresh** 13:7
**regard** 27:19
49:3 68:4,8
131:18
**regarding** 6:12
91:10 130:23
143:21 158:11
160:4
**regardless**
63:18 67:18
**regime** 30:9
52:9
**register** 52:2
**registered** 1:19
1:20 51:23
192:6,7
**regularly** 70:6
98:12,15
101:10
**regulator** 45:19
96:24

**regulatory**
45:15,20 54:13
54:16 55:23
**relate** 51:16
54:22,24
**related** 5:14
66:24 100:7
101:5 123:21
192:15
**relatedly** 66:17
**relation** 75:19
84:8
**relationship**
108:4
**relative** 127:25
133:11 137:5
137:22
**relatively** 135:3
140:7
**rely** 86:3,7
**remember** 30:5
30:16 39:11
47:19 49:25
83:17 91:22
94:23 111:25
112:4,18
124:14 127:13
138:7 157:23
175:21 185:17
189:25,25
**remote** 1:16
6:13
**remotely** 4:17
5:7,21 6:16

**repatriate** 52:7
**repeat** 38:5
40:13 115:15
147:4 177:15
**repeating** 38:7
**rephrase** 9:8
81:19 115:10
134:11 170:14
174:23
**replicate** 23:7
**report** 36:2
91:25
**reported** 90:20
105:25 130:9
**reporter** 1:19
1:20,21 4:2,5,9
5:11 6:21 8:13
26:19 38:4
79:4 192:7,8,8
**reporting**
54:16 109:17
125:15
**reports** 91:16
91:20,23 106:8
**represent** 7:12
**representation**
128:20
**representations**
89:9
**represented**
82:19 132:10
**representing**
5:10 6:8

**reputable**
67:17,22 69:3
85:9 95:25
101:19
**requested**
190:7
**required** 8:9
83:22 196:14
**requirements**
54:16
**rescue** 102:16
102:21 194:14
**research** 24:21
65:16,19 66:21
67:4,5 68:14
81:13 82:15
83:21 84:5
85:19,22 86:20
99:6 131:12
139:11
**researched**
47:15 138:8
**reserved** 3:10
**resolved**
134:14
**respective** 3:6
**response** 12:14
12:18 193:9
**responsible**
19:4
**restricted**
76:12
**result** 64:14

**retail** 33:15,25
**retired** 70:19
**retirement**
57:11
**retrospect**
155:8 169:3
**reuters** 19:2
68:23 69:4
71:16 84:17
85:24 87:5,6
92:16 95:2
99:25 101:2
125:15 130:9
131:19,19
173:4
**reversion** 26:2
26:3 28:2
31:15 49:22
50:2
**reverts** 26:5
**review** 10:22
11:10 88:13
93:17
**reviewed** 10:18
88:15
**rewind** 29:13
**right** 10:10
14:3,12,15
21:20,21 23:5
25:7 28:7
30:12 31:6
33:6 37:9 40:9
42:8,14 45:25
46:19 50:5,18

51:20 53:19
55:19 56:12
57:24 62:18
66:22 69:21
74:10,12 75:21
76:9,14,22
84:15 86:22
88:5,11 89:15
89:24 90:3,9
94:5 95:18
96:7 98:13
100:7 102:23
103:12,24
105:5 107:6,8
109:21 110:18
112:7 113:7
116:25 119:25
120:10,17
127:6,10
128:21 129:12
130:3,16
132:22 133:25
135:16,19
136:21 138:4
140:9 143:11
143:24 144:12
146:12 147:23
151:17 152:23
153:3 154:21
155:20,22
158:14 168:11
171:12 172:16
177:3 180:15
181:18 182:10

182:19 184:19
185:20,21
186:19 187:7
188:16,20
190:15
**rights** 58:7,10
**rigid** 68:16
**rise** 35:2
**risk** 31:5,21
32:3,5 33:8
50:9 118:23
119:7
**risks** 136:14
**rmr** 192:21
**robust** 30:9
**role** 53:8,11
54:13
**room** 78:2
**rotation** 62:24
63:3,7,20
**rough** 4:6,8
120:12
**round** 118:18
**route** 81:6
**rpr** 192:21
**rule** 9:23
**rules** 7:24
**run** 29:24
90:23 97:11
168:15
**runs** 21:24
**rush** 4:6

**[s - seller]**

| s | | | |
|---|---|---|---|
| **s** 2:2 3:2,2 85:17 193:2 195:3 | 55:5,17,17 56:11 66:19 67:15 82:23 | 120:5 128:9 129:20 143:3 176:22 | 128:16 129:21 130:6,11 141:4 141:17 142:4 |

**s**  2:2 3:2,2 85:17 193:2 195:3

**sadly**  135:5

**safe**  122:7

**salary**  27:7

**sam**  92:22 93:7 103:8 104:21 105:4 194:4,20

**sand**  188:6

**sannon**  2:17 14:18 52:23

**sat**  179:25

**satisfy**  89:7 128:25

**savings**  26:18 26:23 48:16 51:10 56:9 74:22 76:16 118:13 121:25 125:4 132:11 133:13

**saw**  82:9 93:21 132:5 136:24 142:6 145:24 175:7

**saying**  35:4 43:19 83:19 158:25 183:21 187:10

**says**  13:4 28:5 41:12 42:12,20

55:5,17,17 56:11 66:19 67:15 82:23 89:4 93:21,25 103:8 105:24 107:4 120:8 136:12 141:24 143:19 149:2 149:14 150:17 150:18 151:5 151:20 152:10 154:5 155:13 158:10 159:15 160:3 161:14 167:20 168:2 175:11

**scanning**  90:5

**scenes**  153:10

**schedule** 150:20

**science**  18:20

**scoop**  108:12

**scope**  170:12

**scratching** 157:24

**screaming**  49:7

**screen**  4:22 12:23 18:4 23:9,13 41:5 109:8 167:3 178:4

**scroll**  13:20 14:5 23:25 88:7 103:6

120:5 128:9 129:20 143:3 176:22

**scrolling** 143:13

**sealing**  3:7

**search**  101:8

**season**  63:22

**second**  13:13 49:17 154:23 186:18

**section**  21:17 47:10,14 49:15 58:5

**sector**  16:13

**securities**  33:5 112:10

**see**  17:11 18:3 21:6,15 24:3 27:14,24 29:23 34:7 41:10 42:22 57:4 69:9 70:16 73:18 83:22 87:18,19 88:9 88:12 90:5 93:10,14,20,25 94:11,24 105:16 106:5 112:24 113:11 113:16 114:18 115:25 116:5 116:12,20 123:21 128:3

128:16 129:21 130:6,11 141:4 141:17 142:4 149:11,14 158:8,10 167:13 183:20

**seeing**  95:4 103:14 104:6 106:7 125:14 190:14

**seek**  23:6

**seeking**  49:8 57:11 62:7

**seem**  71:16 99:12 115:24 173:22

**seemed**  40:18 83:14 90:18,20 108:3 114:2 129:13 153:11 153:12 163:8 184:25 187:9 187:13 190:17

**seems**  43:22

**seen**  4:21 71:24 106:10

**selection**  47:17

**self**  12:6

**sell**  58:9 133:7 150:4 151:3 174:17 180:20 182:4,5

**seller**  169:17,24 170:4,21

send 17:11,12
  187:20,21
sense 10:2
  19:13 54:10
  81:10 129:6
  183:18
sent 11:12
  16:20 17:3,15
  176:8,10
  193:14
sentence 27:22
  27:25 28:4
  42:19 55:15
  56:10 103:7
  105:24 107:9
  107:10 128:12
  128:23 136:8
  136:17 141:23
  143:8,18
  149:10 151:13
  151:19 167:10
sentences 107:2
  107:2
separate 77:10
seriously 19:23
server 21:24
  22:2
service 95:15
set 32:19 42:3
  54:16 134:6
sets 28:21
seven 166:21
several 64:3
  141:13

severe 135:13
shah 2:13 6:7
shallow 47:16
share 12:24
  13:4
sheer 38:2,2,6
sheet 92:24
  93:9 194:9
sheets 94:17
  104:9 171:8
shift 30:9
shining 95:25
  97:13
shock 111:3
shop 131:20
  160:16
short 97:2,5
  133:25 134:2
  136:7 140:3,3
  140:6,7 141:8
shortfall
  102:17,22
  106:3 108:8
  194:15
shout 66:6
shouting 66:7
show 119:22
  178:4,8
showing 109:8
shows 131:6
  159:23
side 20:9 24:21
  24:24 41:5
  49:19 53:14

54:24 55:23
  56:13 133:7
  190:20
sideways 37:17
signal 100:15
  100:17
signature 13:24
  192:20
signed 3:13,15
  14:2
significant
  122:15 135:23
silly 155:3,6
  179:21
silver 78:6
similar 103:15
  104:4 105:13
  105:18 106:8
simple 72:18,20
  121:15 123:14
  148:17 186:4
  188:25
simplicity
  72:21
simply 33:16
  80:25 114:10
  116:12 152:6
single 51:11
  58:2 60:21
  61:6
sit 34:20
site 30:20
sitting 38:14
  154:18

situation 96:19
  97:23 108:25
  138:17
size 90:25
skill 35:6 37:7
  37:24 44:20
skills 34:7
  44:11
slash 30:21,23
slightly 16:11
  105:23 146:4
slippage 75:16
slow 57:13
  98:23
slowly 8:18
small 127:24
  128:2
smaller 189:16
social 36:3,4,7
  69:16,20,23
  190:16
software 19:3
  19:19 20:9
  21:22,23
sol 98:19,21
  127:16
solana 61:16
sold 29:16
  153:7
solid 40:19
solution 20:25
  21:18 22:4,8
  22:14 23:3,19

**somebody** 174:13

**somebody's** 150:4 151:3 174:19

**something's** 181:24

**somewhat** 53:18

**soon** 42:21

**sophisticated** 57:13

**sorry** 12:25 16:4,6 42:20 44:23 63:25 94:8 103:20 132:4 150:10 159:9 172:8 177:14,18 180:3 185:16

**sort** 26:24 30:8 41:24 46:14 49:10 81:22 83:25 97:13 114:15 115:3 145:18 160:13 173:5

**sorts** 19:9 33:9 40:8,23 51:3 68:23

**sound** 46:2 74:11 89:17

**sounds** 107:8 126:8

**source** 101:11 101:12,19

**sources** 67:21 68:13,21 69:3 69:6 100:25 101:4,18 102:9 103:3 131:13 181:5

**sovereign** 106:18 108:11 108:19,20,21 134:5 141:11 141:18

**spain** 26:22 29:12

**speak** 8:18,22 75:18 97:22

**speaking** 127:24 134:23 172:17

**special** 130:15 143:14 148:15 149:2 154:4 155:12 161:14 179:23

**specific** 27:17 32:5 62:3 63:7 82:4 89:8 91:22,24 92:9 116:17 143:20 146:4 161:4

**specifically** 15:3 84:8 98:5 99:6 112:18

113:12 118:9 146:2 183:5

**spectacular** 104:21 105:3 194:19

**speculate** 110:14 114:23 115:5 132:17 160:16 161:20 162:21 173:18 174:8 176:12

**speculating** 162:25

**speculation** 115:4 134:2

**speedy** 141:14

**split** 56:2

**sponsored** 89:14

**sporadically** 37:19

**spots** 71:17

**st** 51:24

**stability** 76:14

**stable** 96:10

**stadium** 95:24

**stadiums** 40:24

**stage** 26:13 27:19 38:15 46:11 48:9 49:5 98:15 103:22 116:20

**stages** 28:11 38:24 74:21

123:13

**stake** 82:13,18 83:7,11

**standard** 83:11 178:3

**standpoint** 27:20

**start** 7:16 12:2 19:17 39:4 49:22 55:9 124:12 183:3 189:5

**started** 16:10 18:25 19:13,24 26:15 39:6 59:17 144:19 144:20 157:19 186:17

**starting** 24:9 24:10 51:19 94:10 149:10 172:19

**starts** 27:23 105:25 109:13 128:13 136:9 158:6 167:10

**state** 1:22 5:18 5:21 7:5,17 113:3 159:6,12 172:3 179:8,9 180:8 183:2,6 183:9

**stated** 88:18 137:4 147:24

163:9 171:20 172:17 186:22

**statement** 96:15

**states** 1:2 6:23 8:8 14:8,13 21:18 31:4 40:24 57:18 152:25 162:11

**stenographic** 192:13

**step** 47:2 97:16 100:24 166:20

**stephen** 2:7 6:3 12:10 16:18 102:11 156:23

**steps** 123:14,16 146:20,24,25 147:17,17 148:2

**stipulate** 7:2

**stipulated** 3:4,8 3:12 6:19

**stipulation** 6:12

**stock** 32:14 34:2 54:17 59:12 100:19

**stocks** 33:25

**stop** 31:25 32:8 32:10,19,23,24 33:3,7,17 39:9 39:12 46:5 76:2

**stopped** 101:22 117:12

**stopping** 45:24

**store** 82:17,19 87:3

**stored** 84:3

**story** 113:18 114:20 116:21

**straight** 19:2

**strange** 70:8

**strategies** 25:24 27:23 73:23 74:24 75:3,9 77:14 77:20 78:22

**strategy** 76:7 76:13

**street** 2:4,13

**strike** 115:9

**strive** 8:19

**striving** 28:25

**strong** 169:8

**structure** 95:5

**structured** 39:21,23

**stuff** 30:5 31:15 31:16,18 32:4 56:5 57:14 69:5 115:25 188:25

**stunt** 107:23

**stupid** 154:16

**style** 28:5,17 48:8,10 49:22

51:6

**subaccount** 77:7

**subscribed** 196:16

**subscription** 101:22

**subsidiary** 112:11

**substack** 69:25

**substantial** 89:4 90:15 128:14

**substantiate** 108:5

**substantive** 132:3

**successful** 58:9

**successfully** 184:6

**suddenly** 46:5

**suffer** 52:8

**suffered** 74:9

**suggest** 83:24 141:13

**suite** 2:13

**sullcrom.com** 2:6,7,11

**sullivan** 2:4,9 6:4

**sum** 117:24 185:5

**summarize** 18:23

**summary** 76:10

**sums** 135:23 144:18

**sun** 85:17 136:19 138:9 138:11 139:6,7 139:21 140:24 164:9,14,16 171:20 172:16 173:6 185:9,20 190:15,21

**supply** 150:14

**support** 10:23 11:4 12:14,18 142:2 193:8

**suppose** 18:25 19:12 40:4

**supposed** 40:21

**sure** 8:2,15,18 8:20 28:22,24 35:15 39:7 43:14 58:16 71:9 76:15,15 79:23 88:15 95:22 96:20 97:15 98:14 100:22,22,22 101:20 102:10 103:16 105:9 106:13,15 114:12 116:16 118:18 121:3,3 121:3 130:21 139:9,14

144:13 147:5
148:7,12
149:23 150:17
152:10 154:12
154:15,25
162:19 165:4
165:22 167:2
170:25 173:3
174:20 176:6
179:20 183:7
188:25 190:25
**surely** 130:9
174:4
**surprised**
97:17 108:10
108:19,25
121:22 134:18
134:20
**surprising**
111:12,13
**suspects** 173:3
**swap** 44:12,17
44:21,25 86:2
143:10,14,21
144:3,4,11,23
145:3,6,8,14,15
145:15 146:7,8
146:11,17,22
147:2,14,19
148:15 149:3
154:3 155:12
160:12,17,21
160:23,24
161:2,6,16,22

162:12,15
163:7,11 165:5
165:20 179:7
179:11,23
184:15,17,24
185:13 186:4
187:2,6,15
**swapped**
165:13
**swapping**
145:16
**swaps** 151:7
154:2
**swayed** 66:8
**sweep** 108:11
**swing** 37:8,21
37:25 38:20
**swiss** 26:8
**switching**
43:24
**sworn** 3:14,16
6:20 7:4
192:11 196:16
**sympathetic**
39:24 40:2
**system** 20:14
21:6 25:3,6
28:6,17 31:5
47:17,25 49:23
50:5,8,17,21
63:19 64:25
75:24 111:18
111:21

**systems** 22:23
48:23 64:7

**t**

**t** 3:2,2 7:3,3
192:2,2 193:2
195:3,3
**tab** 12:10 16:18
17:22 87:9
92:18 102:12
104:18 156:22
**table** 13:5
117:16 119:21
126:24
**take** 4:7,25
10:4,5,17 23:7
80:3,6 90:6
123:20 125:11
126:6 131:22
132:6 134:4
136:4 137:6,7
146:21,25
147:14,18
148:2 156:15
156:20 164:8
164:15,23
166:5,8,9
174:16 175:4
178:21 181:10
185:25 190:24
191:3
**taken** 5:4 80:10
107:5 126:12
142:25 166:12

191:8
**talk** 53:4 80:23
84:7 162:8
**talked** 49:25
101:2 110:23
171:6
**talking** 9:3 30:2
47:20 51:9
67:2 80:20
102:9 124:10
128:2 139:14
152:19 153:14
153:21 164:11
172:14
**talks** 21:25
22:2
**tasks** 15:9,16
15:24
**tautology** 72:16
**tax** 16:12,14
52:4
**taxation** 52:8
**technical** 89:21
**technician** 2:18
4:12 80:7,11
126:9,13
166:10,13
191:5,9,16
**technique** 33:8
**technology**
4:18 5:8 29:16
29:19 87:2
**teleconference**
1:16

| | | | |
|---|---|---|---|
| **telegram** 142:3 | **testify** 10:16 | **thin** 94:4 | 74:8,10,17,23 |
| **telephone** 50:8 | **testifying** 8:7 | **thing** 19:14 | 77:5 82:11 |
| **tell** 81:16 83:3 | 178:14 | 23:17 28:10,20 | 83:13 85:3 |
| 102:5 124:15 | **testimony** 6:21 | 29:21 33:20 | 86:11,12,15 |
| 132:2 168:20 | 10:13 27:10 | 61:15 62:22 | 87:21 89:16 |
| 169:6 | 55:21 57:21 | 68:19 70:2 | 90:24 92:10 |
| **tells** 71:22 | 58:15 84:11 | 83:3 155:6 | 95:23 98:24 |
| 137:15,16,18 | 94:19 97:4 | 168:25 179:23 | 99:20 102:2 |
| **ten** 111:15 | 100:20,23 | 189:4 | 103:17 104:10 |
| **tend** 12:6 37:18 | 114:7 115:11 | **things** 21:9 | 106:20 107:21 |
| **tensafly** 28:11 | 116:10,22 | 27:16 31:20 | 107:22 108:2 |
| 28:15 | 117:7 132:14 | 35:10 38:3 | 110:5 114:17 |
| **term** 25:11 | 133:23 134:10 | 40:9 46:10 | 114:24 118:23 |
| 57:14 74:2 | 134:12 135:11 | 48:15 51:3 | 119:14 125:17 |
| 76:7 97:2,5 | 139:25 144:9 | 55:23 56:23 | 126:5 129:5 |
| 98:16 133:25 | 146:10 148:18 | 57:4 67:7 | 131:11,21 |
| 134:2 136:7 | 150:6,22 151:9 | 68:23 74:20,20 | 132:13,15,16 |
| 140:3,6 141:8 | 154:8 170:20 | 77:18 87:7 | 132:24,25 |
| 141:9 | 176:14 183:23 | 92:16 97:11 | 134:8 138:12 |
| **terms** 123:14 | 184:17,21 | 99:12,17 | 139:7,19 |
| 140:5 141:8 | 189:21 196:10 | 103:25 128:4,4 | 143:15 146:2 |
| 169:10 170:13 | **text** 129:21,25 | 134:8,18 181:7 | 147:23 150:17 |
| 189:3 | 130:14 155:19 | **think** 13:18 | 153:4,4,6,6 |
| **territory** 77:22 | 156:8,9,11 | 25:22 26:8 | 155:5 166:5 |
| **test** 127:20 | **thank** 4:8,10 | 28:19 29:8,8 | 168:3,6,14 |
| **tested** 154:6 | 191:13,15,19 | 29:22 33:12 | 170:11 173:6 |
| **testified** 7:6 | **thanks** 10:9 | 36:2,22 38:2 | 179:10 181:7 |
| 46:17 95:16 | **theories** 65:18 | 48:25 49:10,12 | 182:20,24 |
| 97:19 100:3 | **theory** 35:7 | 57:16,23,24,25 | 189:8,17 |
| 103:2 108:6 | **thesis** 34:12,14 | 58:8 59:9 64:8 | **thinking** 74:3 |
| 127:4 128:18 | 35:3,8,15,21 | 64:16,21 65:3 | **third** 66:20 |
| 140:16 155:17 | 36:20 37:6 | 66:5,15,17 | 149:9 151:19 |
| 155:20 162:15 | 49:9 74:11 | 67:16,24 68:9 | 167:9 |
| 180:12 187:4 | 76:8 98:5,25 | 69:3,22 73:6 | |

**thought** 50:9
73:18 104:13
106:18,21,22
108:7 110:6
132:4 135:18
144:13 173:14
**thousand** 75:23
98:20
**threatening**
45:17
**three** 24:16
127:17
**tick** 25:5 49:20
56:22 58:11
**tickets** 183:18
**tied** 117:2
121:24 125:5
129:15
**ties** 187:18
**time** 3:11 4:14
5:18 8:23 10:5
15:11 20:10,18
21:11 25:8
36:17 45:7,16
47:3 48:20
49:13 50:13
51:15 57:3,17
61:10,24 63:8
63:12,24 66:6
71:10 73:14
74:18 75:5,6
76:5 78:13
80:3,7,8,11,12
81:8 85:7,18

88:5 90:14
91:8,23 93:15
95:9 96:10
98:10 99:3,4
101:5 103:4,15
104:4 105:15
107:18 108:13
108:16 111:6,9
112:2,15,16,22
114:5,25 115:8
116:8 120:22
122:18,20
123:3 124:5
125:6 126:9,10
126:13,14
129:14 131:3,6
134:8 135:12
140:12 142:7
142:24 144:10
144:15,23
146:17,20
147:2 148:11
152:21 154:9
160:7 161:22
163:2,13
164:10 165:12
165:19 166:10
166:13,14,22
170:17 173:14
175:3,6 180:2
181:5 183:13
184:7 189:8
190:5 191:5,6
191:9,10,14,16

191:20
**timeline** 70:23
**times** 64:3
101:19 161:25
171:15 174:18
190:22
**timing** 62:22
**tinkering** 19:22
**tiny** 23:9,20
128:3
**tired** 166:7
**titan** 92:23
93:8 194:8
**titled** 47:10
92:21 93:6
104:20 105:3
194:3,18
**today** 4:14 5:11
6:16,22 7:15
7:24 8:15 9:13
10:13 68:17
155:16
**today's** 191:18
**together**
118:19
**token** 81:20,25
85:17,20 94:5
167:11 179:6
**tokens** 82:3
86:21 89:14
133:5 137:5
138:3,9,12,25
139:10,13
145:20,25

150:14,21,23
150:24 158:6
158:12 160:5
162:4 165:14
169:14 170:18
175:2
**told** 103:8
106:2 168:21
**tomorrow**
68:17
**ton** 69:14
**took** 8:6 19:12
**tool** 79:17,18
**tools** 28:22,23
79:13
**top** 27:22 34:6
41:9 58:20
105:20 143:16
**topic** 41:2
**topics** 70:14
71:2 100:5,6
**total** 116:18
125:19
**totaling** 120:9
**totally** 10:7
70:12
**touch** 43:6
126:21 163:16
165:24
**toward** 63:15
**towards** 62:23
63:19 73:25
**trade** 19:13
25:13 26:7,10

32:17 37:23
40:5 42:4 59:4
59:6 60:24
61:8 76:4
147:7
**traded** 30:7
46:13 59:11
85:13 137:20
168:18 171:14
**trader** 22:13
23:4 24:2 25:7
25:12,25 29:5
33:25 66:11,12
**traders** 20:3,3
20:15 21:19
22:5,10
**trades** 53:4
75:25 90:10
159:6
**trading** 1:9 5:5
12:7 15:2,3,6
19:15,18,18
20:2,10,14,23
20:24 21:18
22:3,8,23 23:3
24:25 25:2,19
25:21 27:3,12
27:20 28:5,17
29:6 30:6 31:5
31:8,12 33:4
33:21 34:7
36:21 37:8,12
37:25 38:9,20
39:25 40:3

42:3 44:11
45:2,10,17,25
46:5 47:17,25
48:8,10,12,22
48:24 49:19,23
50:2,4,17,21
51:6,11 52:25
53:18 54:5,8
54:25 56:6
57:8,12 58:4
58:25 59:18,19
73:12,23 74:14
76:7,12 77:13
79:7,13,14,17
79:18,20 92:23
93:8 98:12
100:9 111:18
139:7 161:5
169:18 171:13
171:22 172:21
194:7 195:1
196:1
**traditional**
102:8
**trail** 163:5
**trailing** 32:12
32:14,23 33:3
33:17 34:2
**transaction**
118:22 123:12
123:18,22
124:15 131:5
143:10,22
144:11,24

161:7,11,16,22
178:12 179:8,9
179:19,25
183:11,21
184:11 187:6
187:12,17
**transactions**
89:11 90:3
117:6,12,13
159:25 180:18
181:12 183:4
183:15 186:16
189:23
**transcript** 4:3
196:5,10
**transcription**
192:13
**transfer** 116:6
116:7 179:13
179:22 189:2
**transfers** 189:2
**transition** 20:8
20:12
**transitional**
26:24
**transliquidity**
66:13
**trends** 66:22,25
99:7
**trial** 3:11 33:14
44:22,24
**triangular**
78:15

**triangulate**
67:19
**tried** 26:17,21
31:18,19 38:16
72:2 135:6
**trivial** 33:7,8
33:11 148:13
**tron** 80:23,25
81:4,7,21 82:2
82:4,7 83:6
84:10,12,15,23
86:18,20,21
89:14 130:2,19
130:23 131:18
133:5,10
134:25 136:2
138:3,9,25
139:16 140:20
145:9,9,12,20
145:25 146:11
149:18 150:5,7
150:14,15,25
151:2,11,16,23
151:25 152:7
152:22 153:3,6
153:7,8,18,19
158:6,12
159:12 160:5
162:4,17
163:25 165:12
167:11,24
168:10,16,22
168:22,24
169:13 170:17

170:19,24
171:13,21
172:4,7,9,12,15
173:2,11
174:11,17,22
175:2 180:21
185:9,12
188:24 189:2,4
190:4,11,21
**trouble** 89:18
**true** 88:18
96:15 99:9
144:17 147:10
192:12 196:9
**trust** 2:5,10 6:5
7:13,16 11:24
**trust's** 10:19
12:15,19
193:11
**truthful** 10:12
**truthfully** 8:10
9:17
**trx** 81:20,25
82:7 136:19
138:9,11,14
139:11,12,16
139:20 140:24
147:8 148:6,11
148:19,23
164:9,14,16
165:15 169:18
169:21 170:6
177:3,5,9,10,17
177:25 178:24

181:13 182:8
184:3,7 185:19
185:20 186:8
189:13
**try** 10:5 13:7
24:20,21,22
66:23 67:17,19
68:24 69:2
74:20 86:25
113:22 114:5
119:20 131:22
186:11
**trying** 29:3,22
38:3,7 48:20
66:21 75:23
83:24 91:12
94:6 95:2,3
115:25 119:9
119:17 120:24
147:22 178:9
180:5
**tt** 20:4
**tuesday** 99:14
**turn** 22:2
**turned** 134:18
**tv** 173:7
**tweet** 190:15
**twilio** 50:12
**twitter** 70:3
71:11 100:4,12
100:13,14
101:3 130:12
131:13

**two** 15:5 25:17
26:9 96:20
107:2 120:9
146:13 154:20
162:7 163:14
189:23
**type** 19:14
23:17 33:3
38:8 40:15
49:7 56:5 70:2
75:24 82:14
83:11 100:2
161:10
**types** 15:8 26:6
62:9,14 70:19
99:21
**typically** 10:5
109:23 110:9

**u**

**u** 3:2 7:3 85:17
**u.k.** 16:12 19:9
19:11
**u.s.** 19:4
**uh** 18:11 31:11
76:23 79:3
158:15 178:19
**ui** 41:21 42:17
46:19 47:5
180:4
**ultimately** 65:3
**unable** 94:22
97:24 124:25

**uncertainty**
125:10
**uncommon**
63:14
**undefined**
129:14
**under** 6:22
14:2 31:3
49:16 55:4
57:25 96:7,17
110:18 111:2,7
111:23 112:3
121:19 143:22
154:4 187:24
**underlying**
63:18 87:2
**understand**
8:11 9:6 15:13
29:2 45:14
51:14 54:2
61:2 86:25
118:3 119:13
129:25 130:20
135:25 136:13
137:2 142:10
150:11 151:24
158:16 167:18
170:22
**understanding**
78:5,10,12
134:24 144:23
145:7,12,13,15
146:3,20 147:9
147:20 150:13

152:21 155:15 155:16,23 156:3 158:21 161:9,21 162:3 162:14 165:11 170:14,16 173:9 174:5,10 174:21,24 175:17 179:24 187:5,24

**understood** 9:5 9:10 23:24 142:16 144:5 154:9 160:7 165:19 166:24 184:17 189:9

**underwent** 147:12

**unfortunately** 16:15

**unhappy** 41:14 41:19 42:8,13

**unifirst** 21:8

**unique** 22:24 23:3

**united** 1:2 6:23 8:8 40:24

**university** 18:16,22 19:3

**unknown** 122:19 179:9

**unlimited** 168:4

**unreasonable** 66:16

**unsurprising** 72:7,8,13,15

**unusual** 68:6

**updates** 95:21

**upwards** 37:21

**url** 123:17,25

**use** 7:20 17:17 22:9,14 27:11 28:16 34:2 38:8 40:11 42:10 44:25 47:25 50:20 54:3,7 70:6,7,8 70:20 73:10,11 73:23 74:13 79:13,19 127:20 133:2,9 163:25 165:3 170:24

**used** 6:22 25:6 25:9 27:18 28:9,11,22 30:21 33:4 36:20,24 38:20 38:25 56:25 57:22,24 58:3 62:20 70:7 74:24 75:8 87:5 101:21 122:4 135:20

**user** 39:16 41:21 46:18

70:9 133:2 146:5 170:23

**users** 131:22 132:15,18 165:2

**using** 4:17 5:7 26:11 29:5 31:9 39:5,6,9 39:12 41:13 44:5 50:12 56:18 71:7,11 73:3 83:14,16 138:24 169:7 170:19 173:19

**usp** 22:25

**usual** 173:3

**utc** 151:20 167:23,25

**utilize** 153:18

### v

**vaguely** 30:8

**value** 73:20 82:17,20 84:3 87:3 119:23 120:15 137:6 138:13 140:18 140:19 171:14 174:17

**valued** 168:17

**van** 2:11 5:25 6:2,10 7:8,12 12:9 16:17 17:21 80:5,14

87:11 102:11 104:17 115:16 126:4,16 156:22 166:16 177:20 190:24 191:12

**vanholtenl** 2:11

**various** 24:22 25:4 27:16 35:10 41:15 42:13 52:18 64:10 67:6 86:18 97:20 99:12

**vary** 124:9

**vehicle** 45:20 57:10 58:6

**verify** 152:18

**veritext** 5:10,12

**version** 144:17

**viable** 82:17,19

**video** 1:16 2:18 4:12,24 5:3 80:7,11 126:9 126:13 166:10 166:13 191:5,9 191:16

**videographer** 5:11

**view** 146:6 173:2

**vincent's** 51:24

**virtual** 4:17 5:7

**[vital - withdrawal]** Page 46

vital 87:2
voice 13:7
voices 97:20
 98:3
volatile 133:12
volatility
 136:20
volume 37:16
 46:13 47:4
 48:7
vulnerable
 138:16

**w**

wait 183:16,19
waived 3:7
wallets 175:12
 184:23,24
walnut 2:13
want 8:2 22:14
 31:25 33:11
 45:18 54:22
 58:9 113:24
 115:5,7 116:3
 116:7 118:11
 118:15 121:14
 121:17 126:6
 126:21 132:6
 153:5,17 166:5
 175:6 179:7
 188:6 190:25
wanted 60:23
 98:19,20,21
 114:8 121:13

121:16 137:6
138:19 142:24
145:2 156:15
164:24 185:25
warning
 110:25
warns 102:15
 102:21 194:12
watch 71:12
waves 57:16
waxing 141:20
way 19:21 33:2
 39:21,22,25
 40:3 48:13
 54:24 57:9
 64:9 65:12
 66:4 68:15
 69:9 70:8
 83:25 91:15
 94:24 104:2
 134:22 153:19
 163:12 170:11
 173:22,25
 174:12 175:4
 181:16 182:8
 182:17
ways 51:2
we've 41:13
 57:4 74:17
 80:19 100:25
 161:24 166:21
wealth 106:19
 108:11,19,20
 108:21 134:5

141:11,18
web 157:10,13
 158:2,17 176:2
website 92:4,7
 92:8 103:18,20
 103:21 123:20
 142:25 163:14
 165:25 176:19
 181:15
wednesday
 103:9
weekly 167:12
 167:21
went 27:15
 29:17 84:14
 95:12 111:2,7
 111:8,23 138:2
 147:8 165:9,23
 181:7,15
wheels 188:7
whichever
 109:8
whilst 163:19
white 28:19
 82:10,23 83:2
 83:5 84:6,15
 86:24 131:18
wholly 14:14
wider 127:25
wife 11:20
 14:14,17,19
 17:13 53:6,20
 58:23 77:2
 91:21 131:9

132:9 144:20
166:20 181:2
wildly 110:14
 114:23 133:11
 162:20 173:18
willy 42:21,24
 43:7
win 34:21
windows 20:19
 22:21 23:10
withdraw
 94:22 97:24
 113:13,16,25
 114:8 118:5,7
 119:4 120:13
 120:14,19,20
 121:7 123:23
 125:2,19 129:4
 129:11 140:14
 140:23 148:5,8
 154:13 177:10
 179:21 180:13
withdrawal
 60:8 89:7
 91:12 95:3,3
 113:4,5,10,15
 114:9,11,13,21
 115:24 116:11
 117:19 119:16
 119:24 122:18
 122:23 124:7,8
 125:13 126:22
 127:5,9 129:2
 133:21 135:14

**[withdrawal - zimdahl]** Page 47

143:11 145:7
148:9,10,13,17
148:19,24,24
149:2,16,22
151:22 154:6
154:17,19,20
154:24 155:2
158:20 160:5
177:17 178:6
178:16,24
179:4,17
180:22 181:5
181:17 182:4,7
182:9,13,17
184:3 185:19
185:24 186:2,5
186:10,12,19
186:23 187:2
187:12,22
188:12,20
189:3
**withdrawals**
91:7 113:21
115:14,22
116:25 129:6
149:21,25
153:22,25
154:11 155:18
155:22 156:6
158:12 178:20
181:21,23
186:7,15,21
**withdrawing**
159:14 177:25

184:7
**witness** 4:21
6:9,19 13:9,10
13:14,22 34:9
41:7 44:7 90:4
94:12,14
107:15 109:10
128:8 129:18
143:6 149:12
167:8 176:24
192:10
**wonderful**
141:20
**wondering**
116:15
**woo** 42:21,24
43:7
**word** 90:6
**wordage**
148:25
**work** 27:15
29:5 36:9
37:23 56:6
71:24 75:20
77:22 78:17,21
82:13 87:5
113:11 116:2,4
144:15,24
154:7 156:4
163:2 165:6
170:9 175:18
**worked** 65:13
114:22 146:4

**working** 19:2
19:19 31:9
38:18 115:24
182:21
**works** 83:4
145:14 153:6
155:25 160:15
170:8
**world** 48:6
49:6,8 51:8,10
72:5 73:7
**worth** 98:21
150:8 153:7
172:15 173:10
174:25
**would've**
171:23
**wraps** 179:5
**write** 18:10,12
21:22,23 28:13
**writing** 8:14
**wrong** 65:24
95:12 184:14
**wrote** 87:22

**x**

**x** 1:6,12 70:3
193:2

**y**

**yang** 68:5
**yann** 70:17
**yeah** 25:5,8,10
27:9 28:2 31:7
32:8 34:3

38:22 52:12
53:11 56:13
57:23 58:16
62:22 66:15
68:22 73:13,13
78:18 84:2,16
84:24 85:3,10
88:12,16 96:15
97:8 100:17
104:10 106:21
107:21 110:13
124:24 127:7
127:23 128:2
132:23 134:21
137:25 143:12
145:18 148:12
150:17 156:11
160:23 169:20
171:5 173:24
**year** 16:3,4,11
79:10,10
166:21
**years** 59:18
**york** 1:22 2:5,5
7:5 54:17
59:12
**yoshua** 70:19
**young** 51:4
74:19

**z**

**zimdahl** 2:18
5:9

**[zoom - zoom]**                                    Page 48

**zoom**   1:17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.