**UNITED STATES BANKRUPTCY COURT**
District of Delaware

In re FTX Trading Ltd., et al.,                          Case No. 22-11068 (KBO)
Debtors.                                                 (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

CERATOSAURUS INVESTORS, L.L.C.          FIRE BOUVARDIA, L.L.C.
Name of Transferee                                    Name of Transferor

Name and Address where notices to         Name and Address where notices to transferor
transferee should be sent:                 should be sent:

Ceratosaurus Investors, L.L.C.            Fire Bouvardia, L.L.C.
c/o Farallon Capital Management, L.L.C.    c/o Crowell & Moring LLP
One Maritime Plaza, Suite 2100             389 9th Ave, 44th Floor
San Francisco, CA 94111                    New York, NY 10001
MLinn@FarallonCapital.com                  Attention: Timothy Lin
loanops@FarallonCapital.com                Email: tlin@crowell.com

Claim Information:

| Schedule/Claim No. | % of Claim Transferred |
|---|---|
| Customer Code: 00392625 Claim #: 37158 Schedule #: 7575794 | 100 |
| Schedule #: 6788759 Claim #: 39161 | 100 |
| Schedule #: 5914244 Claim #: 78093 | 100 |
| Claim #: 54414 Schedule #: 7460977 | 100 |
| Claim #: 55991 Schedule #: 7453409 | 100 |
| Claim #: 23809 Schedule #: 7637155 | 100 |
| Customer Code: 03599359 Claim #: 18604 Schedule #: 6813745 | 100 |
| Claim #: 51595 | 100 |

NYACTIVE-25899526.2

| | |
|---|---|
| Schedule #: 7447740 | |
| Claim #: 21772<br>Schedule #: 6850564 | 100 |
| Claim #: 49874<br>Schedule #: 7450331 | 100 |
| Schedule #: 5505906 | 100 |
| Customer Code: 00638914<br>Claim #: 61217<br>Schedule #: 6814572 | 100 |
| Claim #: 36937<br>Schedule #: 6789604 | 100 |
| Schedule #: 6119239 | 100 |
| Claim #: 39731<br>Schedule #: 6806481 | 100 |
| Customer Code: 06732831<br>Schedule #: 5716220 | 100 |
| Claim #: 35684<br>Schedule #: 6852725 | 100 |
| Claim Number: 10409<br>Schedule #: 7457713 | 100 |
| Schedule Number: 6415306 | 100 |
| Schedule Number: 7445564<br>Claim #: 3323 | 100 |
| Customer Code: 00849777<br>Schedule #: 5958747 | 100 |
| Schedule #: 6833905 | 100 |
| Customer Code: 00158395<br>Schedule #: 6173809<br>Claim #: 1953 | 100 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew A. Jones

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonme

Transferee/Transferee's Agent

Date: April 15, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and FTX Trading Ltd. and its affiliated debtors and debtors in possession (the "Debtors")

In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) (the "Bankruptcy Cases")

For value received, the adequacy and sufficiency of which are hereby acknowledged, Fire Bouvardia, L.L.C. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Ceratosaurus Investors, L.L.C. ("Purchaser"), 100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), as set forth on Schedule 1 hereto, each of which was asserted against the Debtors and its non-debtor affiliates (collectively, "FTX") and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim and recognizing Purchaser as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Purchaser.

(Signatures on following page)

NYACTIVE-25899526.2

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April 15, 2026.

SELLER:

**FIRE BOUVARDIA, L.L.C.**

By: _____
Name: Timothy Lin
Title: Authorized Signatory

PURCHASER:

**CERATOSAURUS INVESTORS, L.L.C.**
By: Farallon Capital Management, L.L.C., Its Manager

By: _____
    Name: Michael G. Linn
    Title: Managing Member

       IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April 15, 2026.


SELLER:

**FIRE BOUVARDIA, L.L.C.**


By: _____
Name: Timothy Lin
Title: Authorized Signatory



PURCHASER:

**CERATOSAURUS INVESTORS, L.L.C.**

By: Farallon Capital Management, L.L.C., Its Manager

Michael Linn (Apr 14, 2026 07:51:57 EDT)

By: _____
    Name: Michael G. Linn
    Title: Managing Member

Schedule 1

Claim Information

| Schedule/Claim No. | % of Claim Transferred |
|---|---|
| Customer Code: 00392625<br>Claim #: 37158<br>Schedule #: 7575794 | 100 |
| Schedule #: 6788759<br>Claim #: 39161 | 100 |
| Schedule #: 5914244<br>Claim #: 78093 | 100 |
| Claim #: 54414<br>Schedule #: 7460977 | 100 |
| Claim #: 55991<br>Schedule #: 7453409 | 100 |
| Claim #: 23809<br>Schedule #: 7637155 | 100 |
| Customer Code: 03599359<br>Claim #: 18604<br>Schedule #: 6813745 | 100 |
| Claim #: 51595<br>Schedule #: 7447740 | 100 |
| Claim #: 21772<br>Schedule #: 6850564 | 100 |
| Claim #: 49874<br>Schedule #: 7450331 | 100 |
| Schedule #: 5505906 | 100 |
| Customer Code: 00638914<br>Claim #: 61217<br>Schedule #: 6814572 | 100 |
| Claim #: 36937<br>Schedule #: 6789604 | 100 |
| Schedule #: 6119239 | 100 |
| Claim #: 39731<br>Schedule #: 6806481 | 100 |
| Customer Code: 06732831<br>Schedule #: 5716220 | 100 |
| Claim #: 35684<br>Schedule #: 6852725 | 100 |
| Claim Number: 10409<br>Schedule #: 7457713 | 100 |
| Schedule Number: 6415306 | 100 |
| Schedule Number: 7445564<br>Claim #: 3323 | 100 |
| Customer Code: 00849777<br>Schedule #: 5958747 | 100 |
| Schedule #: 6833905 | 100 |
| Customer Code: 00158395<br>Schedule #: 6173809<br>Claim #: 1953 | 100 |

NYACTIVE-25899526.2