**UNITED STATES BANKRUPTCY COURT**
District of Delaware

In re FTX Trading Ltd., et al.,                           Case No. 22-11068 (KBO)
Debtors.                                                  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CERATOSAURUS INVESTORS, L.L.C. | FIRE BOUVARDIA, L.L.C. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ceratosaurus Investors, L.L.C.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
MLinn@FarallonCapital.com
loanops@FarallonCapital.com

Name and Address where notices to transferor should be sent:

Fire Bouvardia, L.L.C.
c/o Crowell & Moring LLP
389 9th Ave, 44th Floor
New York, NY 10001
Attention: Timothy Lin
Email: tlin@crowell.com

Claim Information:

| Schedule/Claim No. | % of Claim Transferred |
|---|---|
| Customer Code: 00392625<br>Claim #: 37158<br>Schedule #: 7575794 | 100 |
| Schedule #: 6788759<br>Claim #: 39161 | 100 |
| Schedule #: 5914244<br>Claim #: 78093 | 100 |
| Claim #: 54414<br>Schedule #: 7460977 | 100 |
| Claim #: 55991<br>Schedule #: 7453409 | 100 |
| Claim #: 23809<br>Schedule #: 7637155 | 100 |
| Customer Code: 03599359<br>Claim #: 18604<br>Schedule #: 6813745 | 100 |
| Claim #: 51595 | 100 |

NYACTIVE-25899526.2

| | |
|---|---|
| Schedule #: 7447740 | |
| Claim #: 21772<br>Schedule #: 6850564 | 100 |
| Claim #: 49874<br>Schedule #: 7450331 | 100 |
| Schedule #: 5505906 | 100 |
| Customer Code: 00638914<br>Claim #: 61217<br>Schedule #: 6814572 | 100 |
| Claim #: 36937<br>Schedule #: 6789604 | 100 |
| Schedule #: 6119239 | 100 |
| Claim #: 39731<br>Schedule #: 6806481 | 100 |
| Customer Code: 06732831<br>Schedule #: 5716220 | 100 |
| Claim #: 35684<br>Schedule #: 6852725 | 100 |
| Claim Number: 10409<br>Schedule #: 7457713 | 100 |
| Schedule Number: 6415306 | 100 |
| Schedule Number: 7445564<br>Claim #: 3323 | 100 |
| Customer Code: 00849777<br>Schedule #: 5958747 | 100 |
| Schedule #: 6833905 | 100 |
| Customer Code: 00158395<br>Schedule #: 6173809<br>Claim #: 1953 | 100 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew A. Jones

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonme

Date: April 15, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and FTX Trading Ltd. and its affiliated debtors and debtors in possession (the "Debtors")

In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) (the "Bankruptcy Cases")

  For value received, the adequacy and sufficiency of which are hereby acknowledged, Fire Bouvardia, L.L.C. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Ceratosaurus Investors, L.L.C. ("Purchaser"), 100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), as set forth on Schedule 1 hereto, each of which was asserted against the Debtors and its non-debtor affiliates (collectively, "FTX") and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

  Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim and recognizing Purchaser as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Purchaser.

  (Signatures on following page)

NYACTIVE-25899526.2

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April 15, 2026.

SELLER:

**FIRE BOUVARDIA, L.L.C.**

By: _____

Name: Timothy Lin

Title: Authorized Signatory

PURCHASER:

**CERATOSAURUS INVESTORS, L.L.C.**
By: Farallon Capital Management, L.L.C., Its Manager

By: _____

    Name: Michael G. Linn

    Title: Managing Member

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April 15, 2026.


SELLER:

**FIRE BOUVARDIA, L.L.C.**


By: _____
Name: Timothy Lin
Title: Authorized Signatory


PURCHASER:

**CERATOSAURUS INVESTORS, L.L.C.**

By: Farallon Capital Management, L.L.C., Its Manager

Michael Linn (Apr 14, 2026 07:51:57 EDT)

By: _____
    Name: Michael G. Linn
    Title: Managing Member

Schedule 1

Claim Information

| Schedule/Claim No. | % of Claim Transferred |
|---|---|
| Customer Code: 00392625<br>Claim #: 37158<br>Schedule #: 7575794 | 100 |
| Schedule #: 6788759<br>Claim #: 39161 | 100 |
| Schedule #: 5914244<br>Claim #: 78093 | 100 |
| Claim #: 54414<br>Schedule #: 7460977 | 100 |
| Claim #: 55991<br>Schedule #: 7453409 | 100 |
| Claim #: 23809<br>Schedule #: 7637155 | 100 |
| Customer Code: 03599359<br>Claim #: 18604<br>Schedule #: 6813745 | 100 |
| Claim #: 51595<br>Schedule #: 7447740 | 100 |
| Claim #: 21772<br>Schedule #: 6850564 | 100 |
| Claim #: 49874<br>Schedule #: 7450331 | 100 |
| Schedule #: 5505906 | 100 |
| Customer Code: 00638914<br>Claim #: 61217<br>Schedule #: 6814572 | 100 |
| Claim #: 36937<br>Schedule #: 6789604 | 100 |
| Schedule #: 6119239 | 100 |
| Claim #: 39731<br>Schedule #: 6806481 | 100 |
| Customer Code: 06732831<br>Schedule #: 5716220 | 100 |
| Claim #: 35684<br>Schedule #: 6852725 | 100 |
| Claim Number: 10409<br>Schedule #: 7457713 | 100 |
| Schedule Number: 6415306 | 100 |
| Schedule Number: 7445564<br>Claim #: 3323 | 100 |
| Customer Code: 00849777<br>Schedule #: 5958747 | 100 |
| Schedule #: 6833905 | 100 |
| Customer Code: 00158395<br>Schedule #: 6173809<br>Claim #: 1953 | 100 |

NYACTIVE-25899526.2