**Exhibit A**

**Claims Register Entry**

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.

# KROLL

## Creditor Information - Schedule # 5694766

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Kihyuk Nam as Transferee of Name on File | FTX Trading Ltd. | n/a |
| Address on file | Date Filed | Schedule Number |
| | n/a | 5694766 |
| | | Confirmation ID |
| | | 3265-70-LZFSH-047081774 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BITW | ASSERTED | 0.0000000038251 | 0.0000000038251 |
| CRYPTO | BITW-1230 | ASSERTED | 0.0000000000008527 | 0.0000000000008527 |
| CRYPTO | DEFI-1230 | ASSERTED | -34.434 | -34.434 |
| CRYPTO | ETH-PERP | ASSERTED | 0.0000000000004547 | 0.0000000000004547 |
| CRYPTO | FTT | ASSERTED | 507727.64961741 | 507727.64961741 |
| CRYPTO | NOK-1230 | ASSERTED | -14.6 | -14.6 |
| CRYPTO | TRX | ASSERTED | 10.0 | 10.0 |
| FIAT | USD | ASSERTED | 494907.2634408416 | 494907.2634408416 |

## Transfer History

| Date Filed | Transfer Document | Transferor | Transferee |
|---|---|---|---|
| 06/26/2024 | Transfer/Assignment of Claim. Fee Amount $28 Transfer Agreement 3001 (e) 2 Transferor: Name (Redacted) To Kihyuk Nam. Filed by XCLAIM Inc.. | Name on File | Name on File |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

**Exhibit B**

**Pre-distribution and Compliance Request**

 Gmail

**Secondary Holder Pre-Distribution Request**

**FTX Institutional Support** <institutionalsupport2@ftx.com>
To: kihyuknam93@gmail.com



 **Please validate the sender's domain is @ftx.com before proceeding**

**FTX Debtors will never ask you to connect your wallets**

Dear Kihyuk Nam,

You are receiving this email in connection with the Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates (as may be modified, amended, or supplemen the "Plan") related to Distributions you may be entitled to receive.

Please provide the requested information in advance of the Initial Distribution Date, which has not yet been established:

**1. Tax Forms Submission**

A tax form should be provided for each entity that purchased claims, not the original claim holder ("Secondary Holder(s)"). An appropriate tax form can be one of the following:

- **U.S. Entities:** If you are a U.S. entity, please submit an IRS Form W-9. Ensure that you accurately complete the form, including any exempt payee code if applicable (refer to 1 Form W-9).
- **Non-U.S. Entities:** If you are a non-U.S. entity, please submit the appropriate IRS Form W-8 (e.g., W-8BEN-E, W-8ECI, W-8IMY, or W-8EXP).

Review the instructions for these forms and FTX's FAQs to determine the correct form for your situation.

**Box.com Data Room:** Please upload the tax form to this data room folder that we have created specifically for Kihyuk Nam. If any information on the form changes before you receiv please upload a revised copy of your withholding certificate immediately. For any tax-related questions, please contact tax@ftx.com.

**2. Distribution Wire Instructions (USD)**

The Box.com data room contains a wire transfer form that will need to be filled out by the Secondary Holder(s).

**3. Secondary Holder Know-Your-Customer ("KYC")**

BitGo will be performing the KYC services on behalf of the Debtors to validate all Secondary Holders. Please proceed to the following website to complete your KYC application https KYC application will need to be completed for each Secondary Holder entity that holds purchased claims (Note: select "FTX.com" as the platform and insert your fund's contact email

**4. Fraud Alert for Secondary Claim Buyers – Be Aware**

It has come to our attention that at least one claims seller has developed a sophisticated replica of the FTX Customer Portal and is screen-sharing it during due diligence sessions to demonstrate ownership of a purported claim.

This fraud can be mitigated by requesting the claim seller to perform a live verification of the Customer Portal by:

1. Open a new web browser
2. Visiting https://claims.ftx.com
3. Refreshing the screen
4. Clicking the SSL certificate padlock in the address bar
5. Confirming these certificate details:
   - Certificate issued to claims.ftx.com
   - Certificate is signed by **Amazon RSA 2048 M03**

This will help protect against phishing or fraudulent websites that may be used by bad actors to falsely demonstrate KYC verification or large value balances. Below is an example of

**Exhibit C**

**May 24, 2025, Eligibility Communication**

 Gmail　　　　　　　　　　　　　　　　KIHYUK NAM <kihyuknam93@gmail.com>

## Kihyuk Nam - Distribution Records

4 messages

---

**Lucas, Emmet** <elucas@alvarezandmarsal.com>　　　　　　　Sat, May 24, 2025 at 11:49 PM
To: "kihyuknam93@gmail.com" <kihyuknam93@gmail.com>
Cc: "Ramanathan, Kumanan" <kram@alvarezandmarsal.com>, "Gonzalez, Johnny"
<johnny.gonzalez@alvarezandmarsal.com>, "Bolduc, Joseph" <jbolduc@alvarezandmarsal.com>

Kihyuk,

The FTX Recovery Trust's records indicate that you are the owner of claims eligible for distributions. Please find the attached listing of claims held by your entity by customer code and anticipated distribution amounts.  We anticipate sending wires to the wiring instructions on file on May 30th.  Please let us know of any issues with the attached population.

Thanks.

**Emmet Lucas**

Alvarez & Marsal North America, LLC

Direct: +1 ██████████

Email: elucas@alvarezandmarsal.com

## ALVAREZ & MARSAL

LEADERSHIP. ACTION. **RESULTS.**

*This communication may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are hereby notified that any dissemination of this communication is strictly prohibited. When addressed to our clients, any advice contained in this communication and any attachments are subject to the terms and conditions expressed in the appropriate client engagement agreement and no other party may rely on the information or advice contained herein for any purpose. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Email messages may be monitored for reasons of security, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies. Emails are not a secure method of communication, can be intercepted and cannot be guaranteed to be error free.*

 **FTX_Kihyuk Nam Distribution_5.30_(2025-05-24-1040).xlsx**
16K

---

**KIHYUK NAM** <kihyuknam93@gmail.com>　　　　　　　　　Thu, Jun 5, 2025 at 9:54 PM
To: "Lucas, Emmet" <elucas@alvarezandmarsal.com>
Cc: "Ramanathan, Kumanan" <kram@alvarezandmarsal.com>, "Gonzalez, Johnny"
<johnny.gonzalez@alvarezandmarsal.com>, "Bolduc, Joseph" <jbolduc@alvarezandmarsal.com>

Dear Mr. Emmet,

Thank you for the first distribution. I got my money back well.

I would like to update the bank account to which future distributions will be sent.

Could you please let me know the appropriate process or point of contact for submitting new wire instructions?

Please advise if there are any specific forms or verification steps I need to complete.

Thank you for your assistance.

Best regards,
Kihyuk Nam

[Quoted text hidden]

---

**Lucas, Emmet** <elucas@alvarezandmarsal.com>                                      Fri, Jun 6, 2025 at 4:07 AM
To: KIHYUK NAM <kihyuknam93@gmail.com>
Cc: "Ramanathan, Kumanan" <kram@alvarezandmarsal.com>, "Gonzalez, Johnny"
<johnny.gonzalez@alvarezandmarsal.com>, "Bolduc, Joseph" <jbolduc@alvarezandmarsal.com>

Kihyuk,

Thanks for reaching out and glad to hear that the distribution was received.

Please upload the new wiring instructions to the same Box link as before and we will coordinate with our payments team to make sure that it is properly updated for the next distribution.

Thank you.

**Emmet Lucas**

Alvarez & Marsal North America, LLC

Email: elucas@alvarezandmarsal.com

**From:** KIHYUK NAM <kihyuknam93@gmail.com>
**Sent:** Thursday, June 5, 2025 8:55 AM
**To:** Lucas, Emmet <elucas@alvarezandmarsal.com>
**Cc:** Ramanathan, Kumanan <kram@alvarezandmarsal.com>; Gonzalez, Johnny <johnny.gonzalez@alvarezandmarsal.com>; Bolduc, Joseph <jbolduc@alvarezandmarsal.com>
**Subject:** Re: Kihyuk Nam - Distribution Records

⚠ **[EXTERNAL EMAIL]: Use Caution**

[Quoted text hidden]

---

**KIHYUK NAM** <kihyuknam93@gmail.com>                                      Sat, Jun 7, 2025 at 11:53 AM
To: "Lucas, Emmet" <elucas@alvarezandmarsal.com>

Dear Mr. Emmet,

I have uploaded the file **"USD Wire Instructions_Updated_KIHYUKNAM"** to the existing BOX folder.

Kindly make the necessary changes accordingly.

Thank you.

**Exhibit D**

**September 24, 2025, Eligibility Communication**

 **Gmail**

**KIHYUK NAM <kihyuknam93@gmail.com>**

## Kihyuk Nam - Distribution Records (9/30)

3 messages

---

**Lucas, Emmet** <elucas@alvarezandmarsal.com>          Wed, Sep 24, 2025 at 9:39 AM
To: "kihyuknam93@gmail.com" <kihyuknam93@gmail.com>
Cc: "Ramanathan, Kumanan" <kram@alvarezandmarsal.com>, "Gonzalez, Johnny"
<johnny.gonzalez@alvarezandmarsal.com>, "Bolduc, Joseph" <jbolduc@alvarezandmarsal.com>

Kihyuk,

The FTX Recovery Trust's records indicate that you are the owner of claims eligible for distributions. Please find the attached listing of claims held by your entity by customer code and anticipated distribution amounts. The "Claims Eligible for Distribution" population reflects claims that the Debtors view as eligible to receive distributions. We anticipate sending wires for the total amount in column R to the wiring instructions on file on September 30th. As you have requested this distribution to be sent to a new account, please be aware that callback confirming the wiring instructions will be required to receive the distribution. Please reach out with any questions.

Thanks.

**Emmet Lucas**

Alvarez & Marsal North America, LLC

Email: elucas@alvarezandmarsal.com

## ALVAREZ & MARSAL

LEADERSHIP. ACTION. **RESULTS.**

*This communication may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are hereby notified that any dissemination of this communication is strictly prohibited. When addressed to our clients, any advice contained in this communication and any attachments are subject to the terms and conditions expressed in the appropriate client engagement agreement and no other party may rely on the information or advice contained herein for any purpose. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Email messages may be monitored for reasons of security, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies. Emails are not a secure method of communication, can be intercepted and cannot be guaranteed to be error free.*

---

 **49. Kihyuk Nam.xlsx**
52K

---

**Gonzalez, Johnny** <johnny.gonzalez@alvarezandmarsal.com>          Sat, Oct 4, 2025 at 3:28 AM
To: "kihyuknam93@gmail.com" <kihyuknam93@gmail.com>
Cc: "Lucas, Emmet" <elucas@alvarezandmarsal.com>, "Bolduc, Joseph" <jbolduc@alvarezandmarsal.com>

Kihyuk,

When you have a moment, can you please confirm the September 30th distribution wire transfer for $23,618.06 was received?

Thanks,

Johnny


**Johnny Angel Gonzalez**

Alvarez & Marsal North America, LLC

██████████████████ Floor

Dallas, Texas, 75201

Mobile: +1 ████████████

AlvarezandMarsal.com

[Quoted text hidden]

---

**KIHYUK NAM** <kihyuknam93@gmail.com>           Sat, Oct 4, 2025 at 3:50 AM
To: "Gonzalez, Johnny" <johnny.gonzalez@alvarezandmarsal.com>
Cc: "Lucas, Emmet" <elucas@alvarezandmarsal.com>, "Bolduc, Joseph" <jbolduc@alvarezandmarsal.com>

Hello.

Yes, I received it.
Thank you so much.

Sincerely,
KIHYUK NAM


2025년 10월 4일 (토) 오전 3:28, Gonzalez, Johnny <johnny.gonzalez@alvarezandmarsal.com>님이 작성:
[Quoted text hidden]

**Exhibit E**

**Prior Distribution Proof**

**(May 30, 2025 / September 30, 2025)**

## 거래명세 조회 결과                                              ✕

조회기간 : 2025.05.17 ~ 2026.04.17

| 고객명 | 남기혁 | 주민번호 | ▮▮▮-▮▮▮ |
|---|---|---|---|
| 예금종류 | 외화보통예금 | 계좌번호 | ▮▮▮8512 |
| 조회일시 | 2026.04.17 01:27:09 | 조회건수 | 9 |

| 통화 | 외화예금잔액 | 원화환산예상액(원) | 미화환산금액 |
|---|---|---|---|
| USD | 0.00 | 0 | 0.00 |

원화환산예상액은 현재 매매기준율로 계산된 예상금액입니다

## 거래명세 조회결과

| 거래일자 | 적요 | 기재내용 | 찾으신 금액 | 맡기신 금액 | 거래 후 잔액 | 거래점 | 바로가기 |
|---|---|---|---|---|---|---|---|
| 2026.03.22 | 예금결산 | 예금결산이자 | 0.00 | 0.00 | 0.00 | ▮▮▮ | |
| 2025.12.21 | 예금결산 | 예금결산이자 | 0.00 | 0.00 | 0.00 | ▮▮▮ | |
| 2025.10.02 | 모바일 | 남기혁 | 23,618.06 | 0.00 | 0.00 | ▮▮▮ | |
| 2025.10.02 | 모바일 | FTA87525000724 | 0.00 | 23,618.06 | 23,618.06 | ▮▮▮ | |
| 2025.09.21 | 예금결산 | 예금결산이자 | 0.00 | 0.00 | 0.00 | ▮▮▮ | |
| 2025.06.22 | 예금결산 | 예금결산이자 | 0.00 | 0.00 | 0.00 | ▮▮▮ | |
| 2025.06.05 | 대체지급 | 남기혁 | 301,293.38 | 0.00 | 0.00 | ▮▮▮ | |
| 2025.06.05 | 대체입금 | FTX RECOVERY TRUST | 0.00 | 301,293.38 | 301,293.38 | ▮▮▮ | |
| 2025.05.30 | 예금신규 | | 0.00 | 0.00 | 0.00 | ▮▮▮ | |

**Exhibit F**

**March 30, 2026 Inquiry and Response Chain**

 **Gmail**

KIHYUK NAM <kihyuknam93@gmail.com>

## Distribution Status Inquiry

6 messages

---

**KIHYUK NAM** <kihyuknam93@gmail.com>                                    Mon, Mar 30, 2026 at 7:31 PM
To: "Lucas, Emmet" <elucas@alvarezandmarsal.com>

Dear Mr. Lucas,

I hope you are well.
I usually receive a notice email about one week before each distribution, but I have not received one for the upcoming March 31, 2026 distribution.

Could you please confirm whether my claims are included and if any action is required?

Thank you.

Best regards,
Kihyuk Nam

---

**Lucas, Emmet** <elucas@alvarezandmarsal.com>                            Mon, Mar 30, 2026 at 10:56 PM
To: KIHYUK NAM <kihyuknam93@gmail.com>
Cc: "Ramanathan, Kumanan" <kram@alvarezandmarsal.com>, "Walia, Gaurav" <gwalia@alvarezandmarsal.com>, "Gonzalez, Johnny" <johnny.gonzalez@alvarezandmarsal.com>, "Sirek, Gabriel" <gsirek@alvarezandmarsal.com>

Kihyuk,

Thanks for reaching out.  We are in the process of coordinating with the secondary holders on their claims positions and working through each matter.

In regards to Schedule No. 5694766, please be advised that during the course of our claims investigation and reconciliation process, the FTX Recovery Trust has discovered after allowing Schedule No. 5694766 that this account participated in improper price manipulation on the FTX exchange in the days leading up to the bankruptcy petition being filed.  As a result, this Claim will not receive the forthcoming distribution scheduled on March 31, 2026.  The FTX Recovery Trust reserves all rights with respect to the claim and all amounts previously distributed on account of this Claim.

As this was the only claim transferred to your name during the process, there is no sheet for this distribution cycle as there will not be a distribution as stated above.  We will continue to monitor the situation and keep you apprised of any updates.

Thank you.

**Emmet Lucas**

Alvarez & Marsal North America, LLC

Email: elucas@alvarezandmarsal.com

---

**From:** KIHYUK NAM <kihyuknam93@gmail.com>
**Sent:** Monday, March 30, 2026 6:32 AM

**To:** Lucas, Emmet <elucas@alvarezandmarsal.com>
**Subject:** Distribution Status Inquiry

⚠️ **[EXTERNAL EMAIL]: Use Caution**

[Quoted text hidden]

---

**KIHYUK NAM** <kihyuknam93@gmail.com>                    Mon, Mar 30, 2026 at 11:00 PM
To: "Lucas, Emmet" <elucas@alvarezandmarsal.com>
Cc: "Ramanathan, Kumanan" <kram@alvarezandmarsal.com>, "Walia, Gaurav" <gwalia@alvarezandmarsal.com>,
"Gonzalez, Johnny" <johnny.gonzalez@alvarezandmarsal.com>, "Sirek, Gabriel" <gsirek@alvarezandmarsal.com>

Dear Mr. Lucas,

Thank you for your response.
I am very concerned by this notice, as I have not received any prior communication regarding this issue.
Could you please clarify what specific "improper price manipulation" you are referring to? I would appreciate detailed
information, including the basis for this determination and any supporting evidence.
Additionally, please advise where and to whom I should direct a formal inquiry or dispute regarding this matter.
I look forward to your prompt clarification.

Best regards,
Kihyuk Nam

2026년 3월 30일 (월) 오후 10:56, Lucas, Emmet <elucas@alvarezandmarsal.com>님이 작성:
[Quoted text hidden]

---

**KIHYUK NAM** <kihyuknam93@gmail.com>                    Tue, Mar 31, 2026 at 12:10 AM
To: "Lucas, Emmet" <elucas@alvarezandmarsal.com>
Cc: "Ramanathan, Kumanan" <kram@alvarezandmarsal.com>, "Walia, Gaurav" <gwalia@alvarezandmarsal.com>,
"Gonzalez, Johnny" <johnny.gonzalez@alvarezandmarsal.com>, "Sirek, Gabriel" <gsirek@alvarezandmarsal.com>

Dear Mr. Lucas,

I would like to ask whether there may have been some misunderstanding regarding my claim.

It is highly unusual for a claim to be allowed, for the debtor to engage in litigation with the claimant's transferee or
secondary holder, and to make multiple distributions to that transferee, and then subsequently refuse further
distributions without filing an objection to the claim or initiating an adversary proceeding.

For your reference, I have received all prior distributions. I have also confirmed that there are currently no objections
to my claim, and I have not received any prior notice of any kind regarding any issue with my claim.

Is it possible that my claim has been confused with another claim?

Thank you for your time and assistance.

Sincerely,
KIHYUK NAM

2026년 3월 30일 (월) 오후 11:00, KIHYUK NAM <kihyuknam93@gmail.com>님이 작성:
[Quoted text hidden]

---

**Lucas, Emmet** <elucas@alvarezandmarsal.com>                    Tue, Mar 31, 2026 at 4:47 AM
To: KIHYUK NAM <kihyuknam93@gmail.com>
Cc: "Ramanathan, Kumanan" <kram@alvarezandmarsal.com>, "Walia, Gaurav" <gwalia@alvarezandmarsal.com>,
"Gonzalez, Johnny" <johnny.gonzalez@alvarezandmarsal.com>, "Sirek, Gabriel" <gsirek@alvarezandmarsal.com>

Kihyuk,

There is no misunderstanding regarding the claim and the background on the original holder. This is a newly identified issue that was discovered about the original holder as part of our ordinary course claims reconciliation process.

Thanks.

[Quoted text hidden]

---

**KIHYUK NAM** <kihyuknam93@gmail.com>           Tue, Mar 31, 2026 at 11:27 AM
To: "Lucas, Emmet" <elucas@alvarezandmarsal.com>
Cc: "Ramanathan, Kumanan" <kram@alvarezandmarsal.com>, "Walia, Gaurav" <gwalia@alvarezandmarsal.com>,
"Gonzalez, Johnny" <johnny.gonzalez@alvarezandmarsal.com>, "Sirek, Gabriel" <gsirek@alvarezandmarsal.com>

Dear Mr. Lucas,

Thank you for your response.

However, I would appreciate clarification on the basis for this determination. As my claim has been allowed and prior distributions were made, I have not received any objection or notice regarding this issue.

Could you please clarify:
The specific conduct being referred to as improper price manipulation, and
The procedural basis for withholding distributions without a formal objection or court proceeding.
Additionally, please advise how I may formally respond or dispute this matter.

I look forward to your clarification.

Sincerely,
KIHYUK NAM

2026년 3월 31일 (화) 오전 4:47, Lucas, Emmet <elucas@alvarezandmarsal.com>님이 작성:
[Quoted text hidden]