**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to D.I. 34797** |
| | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR LEAVE
TO EXPAND CM/ECF FILING PRIVILEGES**

Upon review and consideration of the unopposed *Motion for Leave to Expand CM/ECF Filing Privileges Pro Se Creditor* [sic] [D.I. 34797] (the "Motion") filed by James Cheung ("Movant"); **IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED.

2.      Movant is authorized to register for and utilize the Court's CM/ECF system for the limited purpose of electronically filing documents in the above-captioned case in connection with his interests as a creditor.

3.      Movant shall comply with all applicable Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Court's CM/ECF procedures. This authorization is limited to the above-captioned cases and may be revoked for noncompliance.

Dated:  April 20, 2026
Wilmington, Delaware

Karen B. Owens
Chief Judge