**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-11068 (KBO) |
| | (Jointly Administered) |
| FTX TRADING, LTD., *et al.*,[1] | **Related to D.I. 35243, 35364** |
| | **Hearing Date: May 14, 2026** |
| | **Objection Deadline: April 20, 2026** |
| Debtors. | |

**DECLARATION OF DAVID J. ADLER IN SUPPORT OF OBJECTION
OF SETH MELAMED TO FTX RECOVERY TRUST'S MOTION TO
ENFORCE PRIOR ORDERS THAT PRECLUDE SETH MELAMED
FROM ASSERTING NEW CLAIMS IN ARBITRATION [D.I. 35243]**

I, David J. Adler, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a partner at McCarter & English, LLP, counsel for Seth Melamed. I submit this declaration in connection with the *Objection of Seth Melamed to FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed trom Asserting New Claims in Arbitration [D.I. 35243]*

2. Attached hereto as **Exhibit A** is a true and correct copy of the Response of the FTX Recovery Truste to the Notice of Arbitration in ARB602/25/VKH dated December 10, 2025.

3. Attached hereto as **Exhibit B** is a true and correct copy of Melamed's early dismissal application dated April 3, 2026.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

1

Executed in New York, New York on this 20th day of April 2026

/s/ *David J. Adler*
David J. Adler