**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) ) ) | Case No. 22-11068 (JTD) (Jointly Administered) |
|  | ) |  |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Diameter Master Fund LP | [REDACTED] |

Name and Address where notices to transferee should be sent:

Diameter Master Fund LP
c/o Diameter Capital Partners, LP
50 Hudson Yards, Suite 6600A
New York, NY 10001
Email:  legal@diametercap.com

Last known address:

[REDACTED]

**Unique Customer Code: 00155164**

**\*\* PORTION OF CLAIM TRANSFERRED:  100%\*\***

| Proof of Claim No. | Creditor | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No. 22639 | [REDACTED] | As referenced in POC | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:_April 21, 2026_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

## <u>EVIDENCE OF TRANSFER OF CLAIM</u>

**TO:     THE DEBTOR AND THE BANKRUPTCY COURT**

**RE:     PROOF OF CLAIM NO. 22639**

           █████████████ ("<u>Assignor</u>"), Unique Customer Code 00155164, hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor has sold, transferred and assigned to Diameter Master Fund LP ("<u>Assignee</u>") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against FTX Trading Ltd. (the "<u>Debtor</u>"), the debtor in Chapter 11 Case No. 22-11068 (KBO) (Jointly Administered), pending in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), including any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, **including, without limitation,** the above-referenced proof of claim.

           Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.  Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

           IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON APRIL 17, 2026.



**Diameter Master Fund LP**

By:_____
Name:  Michael Cohn
Title: General Counsel

DB1/ 160894898.4