**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*., [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

    I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

    At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim to be served via First-Class Mail and/or email on the date set forth on the list of parties attached hereto as **Exhibit A**

Dated: Apri 16, 2026

                                           */s/Thomas Evangelista*
                                             Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me April 16, 2026, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Exhibit A**

Exhibit A
Served via First-Class Mail and/or email as set forth below

| Docket Number | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 34754 | Name on File<br>Address on File<br>Email Address on File | Dmitrijs Krjukovs<br>Skanstes 29a-69<br>Riga,  LV1013<br>Latvia<br>Email:<br>dmitrijs.krjukovs@gmail.com | 3/6/2026 |
| 34762 | Name on File<br>Address on File<br>Email Address on File | GreenWulf Master Fund, LP<br>Attn: Jennifer Albert<br>270 Madison, Suite 803<br>New York, NY 10016<br>Email: contact@greenwulf.com | 3/13/2026 |
| 34807 | Name on File<br>Address on File<br>Email Address on File | Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>Email: claims@ftxcreditor.com | 3/13/2026 |