# <u>SCHEDULE 1</u>

**FTX Trading Ltd. 22-11068 (KBO)**
**Notice of Partial Satisfaction**
**Schedule 1**

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | **Asserted Claims** | **Modified Claim** | |
| 6564010 | Name on file | West Realm Shires Services Inc. | AAVE | 0.000015750000000 | West Realm Shires Services Inc. | 0.000015750000000 |
| | | | DOGE | 1.000000000000000 | | 1.000000000000000 |
| | | | ETH | 3.810357215000000 | | 0.000000004999897 |
| | | | ETHW | 0.000841420000000 | | 0.000841420000000 |
| | | | MATIC | 0.198021640000000 | | 0.198021640000000 |
| | | | SOL | 0.001973030000000 | | 0.001973030000000 |
| | | | USD | 38,159.062282700674000 | | 0.019413175599766 |
| | | | USDT | 0.004056245000000 | | 0.004056245000000 |

Reason: Claim has been partially satisfied via post-petition withdrawals.

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 6346125 | Name on file | West Realm Shires Services Inc. | ETH | 61.951126830000000 | West Realm Shires Services Inc. | 0.000000000000006 |
| | | | ETHW | 0.000921000000000 | | 0.000921000000000 |
| | | | USD | 4,809.341779855263000 | | 18.156215065940400 |

Reason: Claim has been partially satisfied via post-petition withdrawals.

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 5801344 | Name on file | West Realm Shires Services Inc. | BTC | 0.001377010000000 | West Realm Shires Services Inc. | 0.000077010000000 |
| | | | SOL | 0.000000005000000 | | 0.000000005000000 |
| | | | USD | 4,859.220172919600000 | | 8.784090719600500 |
| | | | USDT | 1,192.566240007320000 | | 0.000000007319613 |

Reason: Claim has been partially satisfied via post-petition withdrawals.

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 6056690 | Name on file | West Realm Shires Services Inc. | BTC | 0.000000007543698 | West Realm Shires Services Inc. | 0.000000007543698 |
| | | | DAI | 0.000000010000000 | | 0.000000010000000 |
| | | | USD | 38,240.000000004300000 | | 0.000000004198228 |
| | | | USDT | 0.000000011360140 | | 0.000000011360140 |

Reason: Claim has been partially satisfied via post-petition withdrawals.

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 6217563 | Name on file | West Realm Shires Services Inc. | USD | 11,000.001617789000000 | West Realm Shires Services Inc. | 0.020595744994353 |

Reason: Claim has been partially satisfied via post-petition withdrawals.

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 5882857 | Name on file | West Realm Shires Services Inc. | BTC | 0.991197001355743 | West Realm Shires Services Inc. | 0.000000001355743 |
| | | | LTC | 0.000000006066975 | | 0.000000006066975 |
| | | | SOL | 0.000000007615374 | | 0.000000007615374 |
| | | | USD | 0.000000027505987 | | 0.000000025198538 |
| | | | USDT | 0.000000004885906 | | 0.000000002881279 |

Reason: Claim has been partially satisfied via post-petition withdrawals.

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 5989350 | Name on file | West Realm Shires Services Inc. | BTC | 2.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | ETHW | 103.000000000000000 | | 103.000000000000000 |
| | | | SOL | 102.500000000000000 | | 102.500000000000000 |
| | | | USD | 0.023952113750000 | | 0.023952113750000 |

Reason: Claim has been partially satisfied via post-petition withdrawals.

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 5697088 | Name on file | West Realm Shires Services Inc. | AVAX | 11.348989320000000 | West Realm Shires Services Inc. | 11.348989320000000 |
| | | | BTC | 0.040608468800000 | | 0.000000008800000 |
| | | | ETH | 0.059595870002649 | | 0.000000000002649 |
| | | | ETHW | 0.000717530002649 | | 0.000717530002649 |
| | | | MATIC | 223.939014640000000 | | 223.939014640000000 |
| | | | SOL | 5.870000000000000 | | 0.000000000000000 |
| | | | USD | 7,729.844387252920000 | | 21.707713292928500 |
| | | | USDT | 79.962933950926800 | | 0.000000000926818 |

Reason: Claim has been partially satisfied via post-petition withdrawals.