**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

RECEIVED

2026 APR 29  A 11: 36

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY FILED AT ECF NO. 35285

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee previously gave evidence and notice (the "Notice")[1] pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in the Notice (the "Claim"). *See* ECF No. 35285. The Transferee hereby withdraws the Notice, and requests that the Clerk of this Court update the docket for Case No. 22-11068 (KBO) to reflect the withdrawal of the Notice filed at ECF No. 35285.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: _____
Transferee/Transferee's Agent

Date: April ___, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Notice.

4150-9718-5128.1                                          1