## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: May 14, 2026 at 9:30 p.m. (ET)** |
| | ) | **Obj. Deadline: May 7, 2026 at 4:00 p.m. (ET)** |
| | ) | |

### NOTICE OF MOTION OF KIHYUK NAM REGARDING D.I. 35397

TO:  (a) counsel to the FTX Recovery Trust; (b) the Office of the United States Trustee; and (c) to the extent not listed herein, those parties requesting notice pursuant to rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that, on April 17, 2026, Kihyuk Nam filed the Motion of Kihyuk Nam to Prohibit Reversal of Established Distribution Treatment of Schedule No. 5694766 Absent a Formal Claim-Specific Filing, and for Related Relief [D.I. 35397] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that this Notice of Motion is being filed to provide formal notice of the hearing date and objection deadline with respect to D.I. 35397.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before May 7, 2026 at 4:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, at the same time, you must also serve a copy of any objection upon the undersigned so as to be received no later than 4:00 p.m. (ET) on May 7, 2026.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **MAY 14, 2026 AT 9:30 A.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, CHIEF UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

MARKET STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  April 29, 2026
        Sejong City, South Korea

Respectfully submitted,

**KIHYUK NAM**

/s/ *Kihyuk Nam*
Kihyuk Nam
84 Jiphyeonse 2-ro
Building 1103, 1204
Sejong City
South Korea
Telephone: (+82) 10-2914-4866
Facsimile: (+82) 0504-197-4866
E-mail: kihyuknam@hanyang.ac.kr

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (KBO) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) . |
| | ) |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Kihyuk Nam, hereby certify that on April 29, 2026, I served true and correct copies of the following documents by electronic mail upon counsel to the FTX Recovery Trust and the Office of the United States Trustee:

(i)     Notice of Motion of Kihyuk Nam Regarding D.I. 35397; and

(ii)    Motion of Kihyuk Nam to Prohibit Reversal of Established Distribution Treatment of Schedule No. 5694766 Absent a Formal Claim-Specific Filing, and for Related Relief [D.I. 35397], together with all exhibits thereto; and

(iii)   the [Proposed] Order related thereto.

The foregoing documents were served by electronic mail on the following parties:

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

## SERVICE LIST

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Counsel
**Electronic Mail**

United States Trustee for Region 3
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
E-mail:
USTPRegion03.WL.ECF@usdoj.gov

United States Trustee
**Electronic Mail**

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
Michael O'Connor
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com
oconnorm@sullcrom.com

Counsel
**Electronic Mail**

Dated: April 29, 2026
       Sejong City, South Korea

Respectfully submitted,

**KIHYUK NAM**

/s/ *Kihyuk Nam*
Kihyuk Nam
84 Jiphyeonse 2-ro
Building 1103, 1204
Sejong City, South Korea
Telephone: (+82) 10-2914-4866
Facsimile: (+82) 0504-197-4866
E-mail: kihyuknam@hanyang.ac.kr

2