**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED

2026 MAY -4  A 10: 10

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (KBO) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## MOTION FOR PERMISSION TO USE ELECTRONIC CASE FILING (CM/ECF)

Movant, pro se creditor Kihyuk Nam ("Movant"), respectfully moves for permission to use the Court's CM/ECF system in the above-captioned case, and states as follows:

1. Movant is a creditor in the above-captioned chapter 11 case and appears pro se.

2. Movant resides in Sejong City, South Korea. Physical filing by paper and service by international courier are subject to substantial delay, time-zone differences, delivery uncertainty, and significant cost. These burdens materially increase the risk of delayed filings and prejudice to Movant in protecting his interests as a creditor.

3. On September 1, 2025, Movant filed a similar request at D.I. 32633, which was denied by order entered at D.I. 32669. Movant respectfully submits this motion in light of the Court's subsequent order granting similar relief to another pro se creditor in this case. See D.I. 35410 (granting motion at D.I. 34797).

4. Federal Rule of Bankruptcy Procedure 5005(a)(2) permits the Court to

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

authorize electronic filing by order. Movant has reliable internet access and the ability to create, convert, and file PDF documents electronically.

5.  Movant will comply with all applicable Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Court's CM/ECF procedures, and consents to electronic service at the email address listed below.

6.  Movant seeks authorization to register for and utilize the Court's CM/ECF system solely for the limited purpose of electronically filing documents in this case in connection with Movant's interests as a creditor.

**WHEREFORE,** Movant respectfully requests that the Court enter the accompanying proposed order granting this Motion and granting such other and further relief as the Court deems just and proper.

Dated:  April 24, 2026
Sejong City, South Korea

Respectfully submitted,

**KIHYUK NAM**

/s/ *Kihyuk Nam*
Kihyuk Nam
84 Jiphyeonse 2-ro
Building 1103, 1204
Sejong City
South Korea
Telephone: (+82) 10-2914-4866
Facsimile: (+82) 0504-197-4866
E-mail: kihyuknam@hanyang.ac.kr

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (KBO) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

RECEIVED

2026 MAY -4  A 10: 10

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kihyuk Nam, hereby certify that on April 24, 2026, I served true and correct copies of the following documents by electronic mail upon counsel to the FTX Recovery Trust and the Office of the United States Trustee:

(i)     the Motion for Permission to Use Electronic Case Filing (CM/ECF); and

(ii)    the [Proposed] Order Granting Motion for Permission to Use Electronic Case Filing (CM/ECF).

The foregoing documents were served by electronic mail on the following parties:

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

**SERVICE LIST**

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Counsel
**Electronic Mail**

United States Trustee for Region 3
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
E-mail:
USTPRegion03.WL.ECF@usdoj.gov

United States Trustee
**Electronic Mail**

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
Michael O'Connor
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com
oconnorm@sullcrom.com

Counsel
**Electronic Mail**

Dated: April 24, 2026
           Sejong City, South Korea

Respectfully submitted,

**KIHYUK NAM**

/s/ *Kihyuk Nam*
Kihyuk Nam
84 Jiphyeonse 2-ro
Building 1103, 1204
Sejong City, South Korea
Telephone: (+82) 10-2914-4866
Facsimile: (+82) 0504-197-4866
E-mail: kihyuknam@hanyang.ac.kr

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (KBO)<br>)<br>) (Jointly Administered)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION TO USE ELECTRONIC CASE FILING (CM/ECF)

Upon review and consideration of the Motion for Permission to Use Electronic Case Filing (CM/ECF) filed by Kihyuk Nam ("Movant"); **IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED.

2.    Movant is authorized to register for and utilize the Court's CM/ECF system for the limited purpose of electronically filing documents in the above-captioned case in connection with his interests as a creditor.

3.    Movant shall comply with all applicable Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Court's CM/ECF procedures. This authorization is limited to the above-captioned case and may be revoked for noncompliance.

**Dated: _____, 2026**
**Wilmington, Delaware**

**THE HONORABLE**

**KAREN B. OWENS**

**CHIEF JUDGE**