**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| | ) | |

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                    Name of Transferor

DCP Master Investments XV LLC                    Hudson Bay Claim Fund LLC

Name and Address where notices to transferee        Last known address:
should be sent:

DCP Master Investments XV LLC                    Hudson Bay Claim Fund LLC
c/o Diameter Capital Partners, LP                c/o Hudson Bay Capital Management LP
55 Hudson Yards, Suite 29B                       28 Havemeyer Place, 2nd Floor
New York, NY 10001                               Greenwich, CT  06830 USA
Email:  legal@diametercap.com                    Att'n: Matthew Weinstein and Chad Flick
                                                 Email: mweinstein@hudsonbaycapital.com
                                                 cflick@hudsonbaycapital.com

                                                 Claim #: 5504
                                                 Transferred Portion: 20%

                                                 Debtor: FTX Trading, Ltd.
                                                 Case Number: 22-11068 (KBO)

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date:  May 1, 2026
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:             U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND:           FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (KBO) ("Case")

Proof of Claim #: 5504 ("Proof of Claim")

**Hudson Bay Claim Fund LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

DCP Master Investments XV LLC
c/o Diameter Master Fund LP
50 Hudson Yards, Suite 6600A
New York, NY 10001
Attention: legal@diametercap.com

its successors and assigns ("Buyer"), an undivided twenty percent (20%) interest in Seller's rights, title and interest in and to the Proof of Claim against the Debtor in the Case (the "Claim").

Seller hereby certifies that it unconditionally waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representative dated April 24, 2026.

**Hudson Bay Claim Fund LLC**                       **DCP Master Investments XV LLC**

By: *Matt Weinstein*
Name: Matt Weinstein
Title: Authorized Signatory

By: *[signature]*
Name: Michael Cohn
Title: General Counsel

DB1/ 168720835.4