**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:

FTX Trading Ltd., *et al.*,

                        Debtors.

Chapter 11

Case No. 22-11068 (JTD)

Jointly Administered

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SP Multi Claims Holdings, LLC**
Name of Transferee

**Name and Address where notices and payment to transferee should be sent:**

SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Attn: Operations
Email: 12017192157@tls.ldsprod.com -and-
rbeacher@pryorcashman.com

**Hudson Bay Claim Fund LLC**
Name and current address of Transferor

Hudson Bay Claim Fund LLC
28 Havemeyer Place, 2nd Floor
Greenwich, CT 06830
Attn: Matthew Weinstein and Chad Flick
Email: mweinstein@hudsonbaycapital.com;
      cflick@hudsonbaycapital.com

| Claim Information | Creditor Name | Amount | Debtor | Case Number |
|---|---|---|---|---|
| Proof of Claim No. 5504 | Hudson Bay Claim Fund LLC | 20% of the amount of the claim | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SP Multi Claims Holdings, LLC
By: Silver Point Capital, L.P., its manager

By:_____
Transferee/Transferee's Agent

Date: April 30, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:          U.S. Bankruptcy Court for the
             District of Delaware ("Bankruptcy Court")

AND:         FTX Trading, Ltd. ("Debtor")
             Case No. 22-11068 (KBO) ("Case")

Proof of Claim #: 5504 ("Proof of Claim")

**Hudson Bay Claim Fund LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

             SP Multi Claims Holdings, LLC
             2 Greenwich Plaza, Suite 1
             Greenwich, CT 06830
             Attn: Operations
             Tel: 203-542-4441
             Email: 12017192157@tls.ldsprod.com
             and rbeacher@pryorcashman.com

its successors and assigns ("Buyer"), an undivided twenty percent (20%) interest in Seller's rights, title and interest in and to the Proof of Claim against the Debtor in the Case (the "Claim").

Seller hereby certifies that it unconditionally waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representative dated April 24, 2026.

| | |
|---|---|
| **Hudson Bay Claim Fund LLC** | **SP Multi Claims Holdings, LLC**<br>**By: Silver Point Capital, L.P.,**<br>**its manager** |
| By: _Matt Weinstein_<br>Name: Matt Weinstein<br>Title: Authorized Signatory | By: _____<br>Name: Jennifer Poccia<br>Title: Authorized Signatory |

DB1/ 168720835.2