**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: FTX Trading Ltd., et al<br>Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| Hudson Bay Claim Fund LLC<br>290 Harbor Dr., 3rd Fl<br>Stamford, CT 06902 | Goldman Sachs Lending Partners LLC<br>200 West Street<br>New York, New York 10282<br>Attention: gs-bankruptcyclaims@gs.com; gs-fax-19179773966@ny.email.gs.com and gs-loanclosers@ny.email.gs.com |

| Debtor | Case No. | Claim Identifiers | Assigned Claim Amount |
|---|---|---|---|
| FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00366840<br>Confirmation ID: 3265-70-LCKBZ-785929419<br>Schedule No.: 6789638 | 23.622418% of the Claim |

I declare under penalty of Perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Aura C Gonzalez_____      Date: May 4, 2026

Transferee / Transferee's Agent