**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re:**
**FTX Trading Ltd., et al.,**
**Debtors.**


**Case No. 22-11068 (LSS)**
**(Jointly Administered)**

**SUPPLEMENTAL RESPONSE TO THE FTX RECOVERY TRUST'S OMNIBUS OBJECTIONS TO CUSTOMER CLAIMS (INCLUDING THE TWO HUNDREDTH OMNIBUS OBJECTION) AND REQUEST FOR KYC RESOLUTION**

**Claim No. 15629**

Nick Yakutilov, the holder of Proof of Claim No. [15629] (the "Claim"), respectfully submits this Supplemental Response to the FTX Recovery Trust's omnibus objections to customer claims, including the Two Hundredth Omnibus Objection to Unverified Customer Entitlement Claims (Docket No. 35232) (the "200th Objection"), and requests relief as follows.

1. **Background and Prior Response**
   - On [November 12th 2024], the undersigned filed a response to the 123rd Omnibus Objection.
   - That response resulted in the Claim being carried forward with a "**Continued**" status on the Kroll claims portal, and the Claim was **not** included in the March/April 2025 mass expungement of unverified claims.

2. **Current "Continued" Status and Ongoing KYC Issues**
   - The Claim continues to show a "Continued" status on the Kroll portal.
   - Despite diligent efforts spanning more than two years, the undersigned has been unable to complete KYC verification in the FTX Customer Claims Portal due to persistent technical bugs and system errors.
   - Specific documented issues include: Status changing from "Verified" to "Failed, "Tax number is incorrect", "Error fetching income tax forms from server", "Sumsub acts only as a data processor", etc.
   - The undersigned has submitted multiple support tickets and communications to FTX/Kroll support on numerous occasions since 2024"]. Recent attempts continue to fail.
   - True and correct copies of screenshots, error logs, and support correspondence are attached as **Exhibit A**.

3.    **Relation to the 200th Omnibus Objection**
  ◦    Although the undersigned has not located Claim No. 15629 on the public exhibits to the 200th Objection, the Claim's "Continued" status places it within the scope of the ongoing omnibus objection process concerning customer KYC verification.
  ◦    The 200th Objection carries a final KYC deadline of June 30, 2026, after which claims may be expunged.

4.    **Request for Relief** For the foregoing reasons, the undersigned respectfully requests that the Court: a. Confirm that the Claim is not subject to disallowance under the 200th Objection (or any related omnibus objection); b. Direct the FTX Recovery Trust and Kroll Restructuring Administration to promptly resolve the technical KYC issues or, alternatively, grant a reasonable extension of time to complete KYC verification; c. Allow the Claim in full or schedule it for an allowance hearing; and d. Grant such other and further relief as the Court deems just and proper.

**Dated: May 5, 2026**

Respectfully submitted,

s, *Nick Yakutilov*

Nick Yakutilov
1720 E 13TH ST APT 2B
Brooklyn, NY, 11229
alishb   protonmail  com
Claim No. 15629
Pro Se Claimant