

# FTX Portal Screenshot May 3, 2026

--------------------------------------------

**Nick Yakutilov**

May 3, 2026, 07:31 PDT

**From:** Nick Yakutilov

Dear FTX Recovery Trust Claims Team / Kroll Restructuring Administration,

I am writing as the holder of **Proof of Claim No.** 15629 filed in the Chapter 11 cases of FTX Trading Ltd., et al., Case No. 22-11068 (LSS) (Bankr. D. Del.).

**Current Status of My Claim**

- My claim is currently listed with a **"Continued" status** on the Kroll claims portal.
- This "Continued" status has persisted for an extended period following my prior response to the 123rd Omnibus Objection in 2024.

**Ongoing KYC Verification Issues**

Despite repeated attempts over more than two years, I have been unable to complete the required Know Your Customer (KYC) verification due to persistent technical bugs and system errors in the FTX Customer Portal [ftx] Specific issues I have encountered and documented include:

- Status changing from "Verified" to "Failed, "Tax number is incorrect", "Error fetching income tax forms from server", "Sumsub acts only as a data processor", etc.
- I have submitted numerous support tickets / inquiries.
- Screenshots, correspondence, and error logs are attached as **Exhibits B and C** (and will be provided in greater detail upon request).

These technical barriers have prevented me from completing pre-distribution requirements (KYC, tax forms, and distribution provider onboarding) despite good-faith, diligent efforts.

**Reference to Current Objection Proceedings**

The FTX Recovery Trust recently filed the **Two Hundredth Omnibus Objection to Unverified Customer Entitlement Claims** (Docket No. 35232, filed on about April 1, 2026). Although I have not located my specific claim number on the public exhibits/schedules attached to that objection, my claim's "Continued" status directly relates to the ongoing omnibus objection process concerning customer entitlement and KYC verification.

The objection carries a response deadline of **May 7, 2026**, and (if sustained) a final KYC submission deadline of **June 30, 2026**.

**Demand for Immediate Resolution**

I hereby formally demand that the FTX Recovery Trust and Kroll Restructuring Administration take the following actions **within 7 business days** of this correspondence (i.e., by close of business on May 12, 2026):



**FTX Support**
to me ▾
10:39 PM (7 minutes ago)  ★  ☺  ↩  ⋮

##– Please type your reply above this line –##

Your request (346517) has been updated.

To add additional comments, reply to this email.

**John** (Please use [blank] ftx [blank])
May 3, 2026, 07:39 PDT

Hi there,

I'm not finding an account using the email address you're writing from. In order to assist you regarding your account, please contact us using the email address you registered with.

Thank you,

FTX Customer Support

**FTX RECOVERY TRUST**

⚠ Please validate the sender's domain is @ft[blank] before proceeding
FTX Recovery Trust will never ask you to connect your wallets

---

**Formal Demand for Resolution of Continued Claim [15629] – Reference Two Hundredth Omnibus Objection to Unverified...**

| | | |
|---|---|---|
| Formal Demand for Resolution of Continued Claim [15...  1:03 AM | | |
| Exhibit A - Proof of ...pdf   Exhibit B - KYC Cha...pdf  +2 | | |
| FTX Support, FTX Info   Apr 9 | | |
| Inquiry Regarding Asset Recovery - Nick Yakutilov - Ac... | | |
| NYakutilov Claim.png | | |
| K   Apr 3 | | |
| Re: Name Discrepancy in Account Information – Clarifi... | | |
| K ↩   Sep 27, 2025 | | |
| Re: Name Discrepancy in Account Information – Clarifi... | | |
| K   Sep 25, 2025 | | |
| Re: Name Discrepancy in Account Information – Clarifi... | | |
| K   Jun 24, 2025 | | |
| Re: Name Discrepancy in Account Information – Clarifi... | | |

**From** 🔒 alishb <alishb@protonmai[blank]>   ☆ ⊿ @ 1:03 AM
**To** inquiry@ftx[blank]   FTX Info,  FTX Support,  nickyakutilov@gmail   ⌄

**From:** Nick Yakutilov

Dear FTX Recovery Trust Claims Team / Kroll Restructuring Administration,

I am writing from the email address registered to my FTX account and associated with Claim No 15629 and Unique Customer Code 404651. This follows my prior communications and support tickets regarding the persistent KYC verification issues with my account.

**Current Status of My Claim**

- My claim is currently listed with a "**Continued**" status on the Kroll claims portal.
- This "Continued" status has persisted for an extended period following my prior response to the 123rd Omnibus Objection in 2024.

**Ongoing KYC Verification Issues**

Despite repeated attempts over more than two years, I have been unable to complete the required Know Your Customer (KYC) verification due to persistent technical bugs and system errors in the FTX Customer Portal [claims.ftx.com]

---

Your request (346523) has been updated.

To add additional comments, reply to this email.

**John** (Please use [blank] ftx [blank])
May 3, 2026, 10:06 PDT

Hi there,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed

"Failed". With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims' proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

# Deflections May 3, 2026

-------------------------------------------



KYC Original



KYC September 25, 2024



# Errors 2024 - 2026

-------------------------------------------



Email content

**Giorno** (Please use support

Oct 7, 2024, 18:50 PDT

Hello,

Can you share the documentation related to your name change? So we can take a look at your case.

With due regards,
FTX

Email content **orno** (Please use sup    ftx

Oct 17, 2024, 02:25 PDT

Hello,

Unfortunately, we are not able to make changes at this time because your KYC is unverified.

Please refer to this page to get more details on your KYC status:

Thanks,

FTX Customer Support

## Requesting documents then deflecting after I sent in good faith October 2024

-----------------------------------------------------------

## RE: Claim Verification Account ID 7636881

From    alishb <alishb@protonmail

To    KYC-Support@ftx    no-reply@sumsub    claims@ftx
Sumsub support team <support@sumsub    business-support@sumsub
hello@sumsub

CC    nickyakutilov@gmail

Date    Thursday, September 26th, 2024 at 5:29 PM

Dear Sumsub/FTX Support,

The platform is not allowing me to submit tax documents due to a glitch in the KYC section. I previously submitted the necessary documents. Please advise on what additional documents need to be submitted.

My account email is: alishb@protonmail
FTX Account ID: 7636881
Kroll Unique Customer Code: 00404651

Submission Date, Confirmation Number and accepted scheduled claim:
17/07/2023,  3265

I have significant assets asserted through Kroll and request immediate access to next steps to proceed with withdrawal.

The account owner is a resident of New York, and all processes should be conducted in compliance with the New York State Department of Financial Services (NYSDFS) and the U.S. Securities and Exchange Commission (SEC) regulations.

Thank You

**217.97 KB**    2 files attached

Unverif Screen.png 140.98 KB    Final Decision.png 77.00 KB

## Re: FTX verification

| | |
|---|---|
| From | alishb <alishb@protonmail |
| To | Sumsub support team <support@sumsub |
| Date | Tuesday, October 8th, 2024 at 7:40 AM |

Hello,

Is there a way to redo KYC? Maybe my new name is not registered because I did change my name less than 2 years ago.  I need to pass the KYC step to submit documents and receive my money back.

Thanks

Sent with Proton Mail secure email.

On Thursday, September 26th, 2024 at 8:17 AM, Sumsub support team <support@sumsub        wrote:

> Hello,
>
> Thank you for reaching out to us.
>
> First, we'd like to clarify that Sumsub is an identity verification service provider. We verify the identity of customers for our Clients (the platforms we provide services for) strictly based on the documents, rules, and procedures set by such Clients.
>
> As an identity verification service provider, Sumsub does not make decisions regarding the acceptance or rejection of customers. These decisions are solely determined by each Client, based on their customer due diligence, risk assessments, and other evaluations, as they have full access to their customers' data. Sumsub acts only according to our client's instructions.
>
> Considering your situation, we recommend that you contact **Ftx** directly via support@ftx
>
> **Marcus**
> Best regards,
> **Sumsub Team**
> THIS E-MAIL AND ANY ATTACHED FILES ARE CONFIDENTIAL AND MAY BE LEGALLY PRIVILEGED. If you are not the addressee, you are hereby notified that any disclosure, reproduction, copying, distribution or other dissemination or use of this communication is strictly prohibited. If you have received this transmission in error, please immediately alert the sender by replying to this email and then delete this message and any attachments. Any opinions, advice or facts included in this message are given without any warranties or intention to enter into a contractual relationship with Sumsub unless specifically indicated otherwise by an agreement, letter or facsimile signed by Sumsub's authorised signatory. All emails sent through the Sumsub gateway are potentially subject to monitoring. All liability for errors and viruses is excluded. Website: sumsub

## Re: Re: FTX verification

From    Sumsub support team <support@sumsub

To      alishb@protonmail

Date    Wednesday, October 16th, 2024 at 10:24 PM

Hello,

Thank you for your message.

Please accept our apologies for the delayed response.

Kindly reach out to Ftx Claims so they can assist you with this issue. You can reach out to them via
support@ftx

Thank you for your understanding.

**Marcus**
Best regards,
**Sumsub Team**
THIS E-MAIL AND ANY ATTACHED FILES ARE CONFIDENTIAL AND MAY BE LEGALLY PRIVILEGED. If you are not the addressee, you are hereby notified that any disclosure, reproduction, copying, distribution or other dissemination or use of this communication is strictly prohibited. If you have received this transmission in error, please immediately alert the sender by replying to this email and then delete this message and any attachments. Any opinions, advice or facts included in this message are given without any warranties or intention to enter into a contractual relationship with Sumsub unless specifically indicated otherwise by an agreement, letter or facsimile signed by Sumsub's authorised signatory. All emails sent through the Sumsub gateway are potentially subject to monitoring. All liability for errors and viruses is excluded. Website: sumsub

 sumsub

Powered by **Intercom**

# Urgent Resolution Required for Tax Submission – Account ID 7636881

From    alishb <alishb@protonmail

To    tax@ft

Date    Friday, October 11th, 2024 at 4:18 AM

FTX.

I am writing to you regarding the persistent issues with my account (Account ID: 7636881), specifically related to the submission of my tax documents and the recent KYC status change, which is preventing me from completing necessary steps in the claims process.

I have previously submitted all required documents and Kroll has acknowledged my crypto assets, as reflected in the attached proof of claim ("ASSERTED"). However, despite this, FTX's system is preventing me from moving forward. I have contacted support multiple times and received only copy–paste responses, similar to those from Kroll. They continue to redirect me to contact Sumsub, yet Sumsub has made it clear that they do not control the processes on FTX's platform. The failure to allow me to submit tax documents is clearly an issue on FTX's end.

I have attached all relevant documents, including the court papers related to my recent name change and my identification. I suspect that the KYC issue may stem from this name change, though my Tax ID remains unchanged. Despite this, I am receiving error messages stating that my tax number is incorrect, without any option to correct it or proceed further.

I have already filed a proof of claim, and FTX is deliberately preventing me from moving to the next step in the process. This is highly concerning, and I am now in the process of initiating a class action lawsuit on behalf of thousands of other individuals who are also being neglected by FTX's faulty service and software. I have been more than patient throughout this ordeal, but your failure to resolve this matter is clearly in your favor, as it appears you are intentionally stalling to prevent me and others from accessing our funds.

Given your role as the Debtor, I expect a real answer, not more irrelevant copy–paste responses. I need to know what my next steps are to resolve this issue and get my funds back.

I have included the following information for your reference:

FTX Account ID: 7636881
Kroll Unique Customer Code: 00404651
Claim #: 1562
Schedule #: 7383870
Email: alishb@protonmail
Phone                    (EST time zone)

It is critical that you resolve my KYC status or provide an alternative method for submitting my documents. If this issue is not resolved immediately, I will have no choice but to proceed with legal action. As a U.S. resident, I am prepared to take all necessary steps to recover my assets.

I look forward to your prompt and satisfactory resolution of this matter.

Nick Yakutilov
(FTX Account ID: 7636881)

Sent with Proton Mail secure email.

---

**2.24 MB**    4 files attached

| Nick Yakutilov Court Receipt.pdf 51.76 KB | Nick Yakutilov.pdf 123.73 KB | Unverif Screen.png 140.98 KB |

| Creditor Information.pdf 1.93 MB |

## Re: Urgent Resolution Required for Tax Submission – Account ID 7636881

From    tax@ftx        <tax@ftx

To      alishb <alishb@protonmail.

Date    Friday, October 11th, 2024 at 4:19 AM



 **Please validate the sender's domain is @ftx    before proceeding**
FTX Debtors will never ask you to connect your wallets

Dear Sender,

Thank you for your email.

- If you are submitting your withholding form, please review the attached "Online e-delivery disclosure and consent agreement" and reply to this email with one of the following options:
  - I consent to the electronic delivery of certain U.S. tax documents;
  - I do not consent to the electronic delivery of certain U.S. tax documents.
- If you have not yet provided your withholding form, please do so at your earliest convenience.
- For questions regarding the appropriate withholding form, please consult your U.S. tax advisor.

Please continue to use this email (tax@ftx    for tax-related inquiries.  For all other non-tax inquiries, please contact support@ftx

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**118.48 KB**   1 file attached   1 embedded image

## Re: Urgent Resolution Required for Tax Submission – Account ID 7636881

From    alishb <alishb@protonmail

To    tax@ftx

Date    Friday, October 11th, 2024 at 4:34 AM

I, Nick Yakutilov consent to the electronic delivery of certain U.S. tax documents.

Sent with Proton Mail secure email.

On Thursday, October 10th, 2024 at 4:19 PM, tax@ftx    <tax@ftx    > wrote:



 ⚠ **Please validate the sender's domain is @ftx    before proceeding**
FTX Debtors will never ask you to connect your wallets

Dear Sender,

Thank you for your email.

- If you are submitting your withholding form, please review the attached "Online e-delivery disclosure and consent agreement" and reply to this email with one of the following options:
  - I consent to the electronic delivery of certain U.S. tax documents;
  - I do not consent to the electronic delivery of certain U.S. tax documents.
- If you have not yet provided your withholding form, please do so at your earliest convenience.
- For questions regarding the appropriate withholding form, please consult your U.S. tax advisor.

Please continue to use this email (tax@ftx    for tax-related inquiries.  For all other non-tax inquiries, please contact support@ftx

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training,

## Re: Urgent Resolution Required for Tax Submission – Account ID 7636881

| | |
|---|---|
| From | alishb <alishb@protonmail |
| To | tax@ftx |
| Date | Monday, October 14th, 2024 at 1:50 PM |

Any updates?

Sent with Proton Mail secure email.

On Thursday, October 10th, 2024 at 4:34 PM, alishb <alishb@protonmail · wrote:

> I, Nick Yakutilov consent to the electronic delivery of certain U.S. tax documents.
>
> Sent with Proton Mail secure email.
>
> On Thursday, October 10th, 2024 at 4:19 PM, tax@ftx <tax@ftx › wrote:
>
>
>
>  **Please validate the sender's domain is @ftx before proceeding**
> FTX Debtors will never ask you to connect your wallets
>
> Dear Sender,
>
> Thank you for your email.
>
> - If you are submitting your withholding form, please review the attached "Online e-delivery disclosure and consent agreement" and reply to this email with one of the following options:
>   - I consent to the electronic delivery of certain U.S. tax documents;
>   - I do not consent to the electronic delivery of certain U.S. tax documents.
> - If you have not yet provided your withholding form, please do so at your earliest convenience.
> - For questions regarding the appropriate withholding form, please consult your U.S. tax advisor.
>
> Please continue to use this email (tax@ftx for tax-related inquiries.  For all other non-tax inquiries, please contact support@ftx

## Re: Urgent Resolution Required for Tax Submission – Account ID 7636881

From    tax@ftx        <tax@ftx

To      alishb <alishb@protonmail          ·

Date    Tuesday, October 15th, 2024 at 4:12 AM

Hello,

Please reach out to support@ftx        for assistance with KYC.

Thanks,



  **Please validate the sender's domain is @ftx        before proceeding**
FTX Debtors will never ask you to connect your wallets

Email:  tax@ftx

> On October 14, 2024 at 4:50 PM GMT+11 alishb@protonmail        wrote:
>
> Any updates?
>
> Sent with Proton Mail secure email.
>
> > On Thursday, October 10th, 2024 at 4:34 PM, alishb <alishb@protonmai        > wrote:
> > I, Nick Yakutilov consent to the electronic delivery of certain U.S. tax documents.
> >
> > Sent with Proton Mail secure email.
> >
> > > On Thursday, October 10th, 2024 at 4:19 PM, tax@ftx        <tax@ftx        · wrote:



 **Please validate the sender's domain is @ftx⬚ before proceeding**
FTX Debtors will never ask you to connect your wallets

Dear Sender,

Thank you for your email.

- If you are submitting your withholding form, please review the attached "Online e-delivery disclosure and consent agreement" and reply to this email with one of the following options:
    - I consent to the electronic delivery of certain U.S. tax documents;
    - I do not consent to the electronic delivery of certain U.S. tax documents.
- If you have not yet provided your withholding form, please do so at your earliest convenience.
- For questions regarding the appropriate withholding form, please consult your U.S. tax advisor.

Please continue to use this email (tax@ftx⬚ for tax-related inquiries.  For all other non-tax inquiries, please contact support@ftx⬚

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

 Gmail

Nick Yakutilov <nickyakutilov@gmail

**Automatic reply: Automatic reply: Automatic reply: Automatic reply: Automatic reply: [EXTERNAL] Unable to Submit Tax Documents**

**Nick Yakutilov** <nickyakutilov@gmail                                                Tue, Oct 15, 2024 at 3:00 AM
To: FTX Info <FTXInfo@ra

I sent my documents to tax@ft:    4 days ago - when will I receive a response?
Email on account: alishb@protonmail
[Quoted text hidden]



**FTX Info**
Thank you for your email. For information regarding the FTX Debtors' Chapter 11 proceedings, please visit https://restructuring.ra.kroll
Tue, Oct 15, 2024, 2:59 AM ☆
‹ . We have devel

**Nick Yakutilov** <nickyakutilov@gmail
to FTX ▾
Tue, Oct 15, 2024, 3:00 AM ☆ ☺ ↩ ⋮

I sent my documents to tax@ftx    4 days ago - when will I receive a response?
Email on account: alishb@protonmail

...

↩ Reply    ↪ Forward    ☺

 Gmail

Nick Yakutilov <nickyakutilov@gmail

## Automatic reply: Automatic reply: Automatic reply: Automatic reply: [EXTERNAL] Unable to Submit Tax Documents

9 messages

**FTX Info** <FTXInfo@ra                                     Wed, Oct 9, 2024 at 12:30 PM
To: Nick Yakutilov <nickyakutilov@gmail

Thank you for your email.

For information regarding the FTX Debtors' Chapter 11 proceedings, please visit _____ restructuring _____ . We have developed Frequently Asked Questions available under the "Quick Links" section of the website to assist with customer concerns. We hope you find these useful for any questions you may have regarding the bankruptcy process.

Should you still require assistance after reading the Frequently Asked Questions, please reply to this email with the nature of the assistance needed and your phone contact information (including your local time zone). Depending on the nature of the assistance needed, we will respond in the most efficient manner, including by making updates to the Frequently Asked Questions, or by responding directly to you. Replying to this email will result in an identical autoreply, but please know that your email has been received.

Regards.
Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll      Emails sent to the domain @primeclerk      will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held.

**Nick Yakutilov** <nickyakutilov@gma                        Wed, Oct 9, 2024 at 12:35 PM
To: FTX Info <FTXInfo@ra

I have already filed proofs of claim, and Kroll has acknowledged my crypto assets ("ASSERTED") - attached.
FTX is deliberately preventing me from proceeding to the next steps, what are my options?

The KYC provider informed me that FTX determines which claimants can move forward. Currently, I am unable to submit my tax documents.
FTX support is giving me copy/paste replies much like Kroll. They are redirecting me to contact Sumsub, but Sumsub has no control over the processes occurring on FTX's website.

Attached are claim details along court documents for name change and my ID.

My phone number is [          ] and I am in EST timezone.
[Quoted text hidden]

**7 attachments**


**Sumsub Reply.png**
235K

**Unverif Screen.png**
141K


**nick id front.jpeg**
196K

 **ClaimDetails.pdf**
458K

**Creditor Information.pdf**
1979K

**Adobe Scan Oct 07, 2024 (3).pdf**
52K

**Adobe Scan Oct 07, 2024 (4) (1).pdf**
124K

**FTX Trading Ltd.** <ftxinfo@ra                              Fri, Oct 11, 2024 at
To: "nickyakutilov@gmail      <nickyakutilov@gmail

Nick,

Thank you for your inquiry.

You can review details regarding Tax Requirement for Receiving Distribution in the FTX website at _____ suppo

Requirements.

For assistance updating your tax information, you may wish to contact support@ftx

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

**Kroll Inquiries**

---

**Nick Yakutilov** <nickyakutilov@gmai.                                   Fri, Oct 11, 2024 at
To: "FTX Trading Ltd." <ftxinfo@ra

The system is not allowing me to submit tax documents because my KYC status was changed and is erroring. I previously submitted all necessary documents.

[Quoted text hidden]

---

**FTX Trading Ltd.** <ftxinfo@ra                                          Mon, Oct 14, 2024 at 10:09 PM
To: "nickyakutilov@gmail      " <nickyakutilov@gmail

Nick,

Thank you for your inquiry.

For concerns regarding the FTX customer claims portal, please visit the Frequently Asked Questions available at:      support      1c/en-u

If additional support is required, you may submit a request through the Support page for further assistance.

The deadline for filing general proofs of claim was September 29, 2023, at 4 p.m. ET. Kroll will continue to process claims as they are received; however, the debtors may object on the basis of lateness, among other reasons.
[Quoted text hidden]

---

**Nick Yakutilov** <nickyakutilov@gmai                                    Tue, Oct 15, 2024 at 2:59 AM
To: "FTX Trading Ltd." <ftxinfo@ra

I sent my documents to tax@fb      4 days ago - when will I receive a response?
Email on account: alishb@protonmai
[Quoted text hidden]

---

**FTX Trading Ltd.** <ftxinfo@ra                                          Tue, Oct 15, 2024 at 11:11 PM
To: "nickyakutilov@gmail.com" <nickyakutilov@gmail

[Quoted text hidden]

---

**Nick Yakutilov** <nickyakutilov@gmail                                   Thu, Oct 17, 2024 at
To: "FTX Trading Ltd." <ftxinfo@ra

Sumsub yet again informed me that you have the ability to fix this issue.

[Quoted text hidden]

---

**FTX Trading Ltd.** <ftxinfo@ra                                          Fri, Oct 18, 2024 at 5:12 AM
To: "nickyakutilov@gmai      <nickyakutilov@gmai

Nick,

Thank you for your inquiry.

As previously stated, for concerns regarding the FTX customer claims portal including KYC support, please visit the Frequently Asked Questions available at:
        suppor        c/en-us
[Quoted text hidden]

 Gmail

Nick Yakutilov <nickyakutilov@gmail

## FORMAL NOTICE: Legal Impediment to KYC Verification & Beneficial Ownership Claim - [Account ID: 7636881]
1 message

**Nick Yakutilov** <nickyakutilov@gmail                                                Sat, Apr 11, 2026 at 2:07 AM
To: andrew.dietderich@sullcrom      brian.glueckstein@sullcrom
Cc: FTX Info <FTXInfo@ra        ', ftxinfo@ftx

### Body of Notice

#### To the Counsel for the Debtors (Sullivan & Cromwell LLP):

I am writing to provide formal notice regarding a persistent legal and technical impediment to the verification of my claim in the FTX Trading Ltd. (and affiliated debtors) bankruptcy proceedings.

I am a resident of **Queens, New York**, and the sole beneficial owner of assets totaling approximately **$8,000 USD** held in the account associated with **alishb@protonmail**

#### Notice of Beneficial Ownership & Systemic Failure:

1. **Ownership Status:** I possess comprehensive documentation, including bank records and funding logs, proving that the assets in this account were provided exclusively by me.

2. **Registrant Unavailability:** The account was originally registered under the name of an individual who is now permanently unreachable. I am prepared to provide a sworn affidavit and supporting evidence to establish my legal right to these assets.

3. **Systemic KYC Failure:** The automated KYC portal provided by the Estate has been in a non-working/pending state for over two years. Despite multiple attempts to engage with Kroll and FTX support, I have been denied a manual review path to verify my identity and ownership.

**Request for Action:** Given the ongoing distributions and the potential for "Omnibus Objections" against unverified claims, I am formally requesting that the Debtors:

- Acknowledge this notice of beneficial ownership.

- Direct the claims agent (Kroll) to initiate a **manual KYC review** process for this account.

- Prevent any administrative disallowance of this claim based on "failure to verify" while this technical and legal impasse remains unresolved.

  a diligent creditor seeking to comply with the court's requirements, but I am currently being precluded from doing so by the estate's automated systems. I reserve all rights to bring this matter before the Bankruptcy Court should my claim be targeted for objection due to these systemic failures.

Respectfully,

**Nick Yakutilov**
**FTX Account ID:** 7636881
**Kroll Claim Number:** 15629

# [Please use support          Re: Urgent: "Error fetching income tax forms from server" on Claims Portal – Claim No. [15629] – Request Immediate Resolution

From   FTX Support <support@ftx

To       alishb <alishb@protonmail

Date    Tuesday, May 5th, 2026 at 3:48 AM

##– Please type your reply above this line –##

Your request (346537) has been updated.

To add additional comments, reply to this email.



**Samantha** (Please use          ftx

May 4, 2026, 12:48 PDT

Hi there,

At this time, KYC resubmission is no longer available. All customers, including yourself, were given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements. The FTX Recovery Trust reserves all rights, including the right to object, if necessary, to your claims at a later date.

Thank you,

FTX Customer Support



 **Please validate the sender's domain is @ftx.          before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

 **alishb**

May 4, 2026, 10:57 PDT

Hello,

Thank you for the reply. However, this response does not resolve the longstanding issue.

I am writing from the **registered email** associated with **Claim No. 15629** and **Unique Customer Code 404651**. My claim remains in **"Continued"** status on the Kroll portal.

The root problem is that **KYC verification has been failing for over two years due to persistent technical bugs** in the portal (documented in multiple prior tickets and my recent formal correspondence). Because KYC cannot be completed due to these system errors, Step 7 (tax forms) is inaccessible — creating an impossible circular barrier.

> This ongoing technical barrier directly prevents me from completing the required KYC verification and pre–distribution steps. As a result, my claim remains at risk under the Two Hundredth Omnibus Objection (Docket No. 35232) and the approaching June 30, 2026 final KYC deadline.

**Formal Demand**
I request that you **immediately escalate this for manual review and resolution** by providing the following within 3 **business days**:

1. Manual override or direct assistance to complete KYC verification despite the technical bugs.
2. Temporary access to Step 7 (tax forms) while KYC is being resolved.
3. Written confirmation that my claim will **not** be disallowed or prejudiced due to these system failures.

Failure to resolve this will force me to seek relief from the Bankruptcy Court.

Screenshots of the KYC failures, the tax form error, and this email chain are being preserved as evidence.

I look forward to your substantive response.

Sincerely,

Nick Yakutilov

Claim No. 15629

Unique Customer Code: 404651

On Monday, May 4th, 2026 at 4:16 PM, FTX Support <support@ftx     wrote:

---

**Rigel** (Please use     ftx
May 4, 2026, 01:16 PDT

Hello,

Thank you for your email. Step 7 will only be accessible for KYC verified accounts. Since your kyc status shows failed step 7 is not available for your account.

Thank you,

FTX Customer Support



 **Please validate the sender's domain is @ftx‎ before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

---

 **alishb**
May 4, 2026, 01:09 PDT

Dear FTX Recovery Trust / Kroll Claims Team,

I am writing from the email address registered to my FTX account and associated with **Claim No. 15629** and **Unique Customer Code 404651**. This follows my prior communications and support tickets regarding persistent KYC and portal issues.

**Issue:**
When attempting to complete Step 7 (Tax Requirements) in the FTX Customer Claims Portal, I am receiving the following error:
**"Error fetching income tax forms from server. Please contact support."**

This is preventing me from generating/submitting the required W-9 or W-8BEN tax form.

**Background:**

- My claim remains in **"Continued"** status on the Kroll portal.
- I have been experiencing ongoing technical bugs with KYC and portal functionality for over two years.
- This new tax form error is directly blocking pre-distribution requirements and risks affecting my eligibility under the Two Hundredth Omnibus Objection and the June 30, 2026 KYC cutoff.

**Request:**
Please escalate this immediately and provide one or more of the following within 3 **business days**:

1. A manual workaround or direct resolution of the server error so I can complete the   tax form.
2. Clear step-by-step instructions or escalated support access.
3. Written confirmation that my claim will not be prejudiced due to this technical issue.

I have attached screenshots of the error message (Exhibit A) along with prior support attempts specifically regarding the tax form submission (Exhibit B).

Thank you for your urgent attention. I request a substantive reply (**not a deflection**) by return email.

Sincerely,

Nick Yakutilov


Claim No. 15629

Unique Customer Code: 404651

Attachment(s)
Exhibit A.pdf
Exhibit B.pdf

This email is a service from Please use          ftx          Delivered by **Zendesk**

## Prior email threads including 1st attempt to resolve 2024 - 2026

---------------------------------------------------------