**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: May 14, 2026 at 9:30 a.m. (ET)**<br>**Objection Deadline: May 7, 2026 at 4:00 p.m. (ET)** |
| | **Ref. No. 35232** |

**CERTIFICATION OF COUNSEL REGARDING FTX RECOVERY TRUST'S
TWO HUNDREDTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO
UNVERIFIED CUSTOMER ENTITLEMENT CLAIMS**

I, Matthew R. Pierce, counsel to the FTX Recovery Trust[2], hereby certify as follows to the best of my knowledge, information and belief:

1.      On April 1, 2026, the FTX Recovery Trust filed the *FTX Recovery Trust's Two Hundredth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims* [D.I. 35232] (the "Objection").

2.      Pursuant to the notice attached to the Objection [D.I. 35232-1], any responses to the Objection were to be filed no later than May 7, 2026 at 4:00 p.m. (ET).

3.      Following the FTX Recovery Trust's filing of the Objection, approximately 116 holders of claims completed the KYC requirements in the FTX Recovery Trust's claims portal, which claims are no longer subject to the Objection and have been removed from the schedule of

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]  The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

claims attached as Schedule 1 to the Objection (the "Initial Schedule").[3]

4. The FTX Recovery Trust received an informal response to the Objection from counsel to the holder of claim no. 13887 (the "Respondent"). Claim no. 13887 was subsequently resolved as described in the preceding paragraph, and the FTX Recovery Trust has advised the Respondent that claim no. 13887 is no longer subject to the Objection.

5. On May 5, 2026, Nick Yakutilov filed the *Supplemental Response to the FTX Recovery Trust's Omnibus Objections to Customer Claims (Including the Two Hundredth Omnibus Objection) and Request for KYC Resolution* [D.I. 35536]. Mr. Yakutilov's claim is not listed on the Initial Schedule, and the FTX Recovery Trust has advised Mr. Yakutilov that his claim is not subject to the Objection.

6. As of the date hereof, no other responses to the Objection have been filed or served on the FTX Recovery Trust.

7. A copy of the proposed form of order (the "Proposed Order") is attached hereto as **Exhibit A**. A revised schedule containing the remaining claims subject to the Objection (the "Revised Schedule") is attached hereto as **Exhibit B**. A list of claims that have been removed from the Initial Schedule is attached hereto as **Exhibit C**.[4] In accordance with the Court's electronic order processing procedures, a copy of the Proposed Order together with the Revised Schedule attached as Schedule 1 thereto shall be uploaded to CM/ECF.

---

[3] Since the KYC process is ongoing, claimants who have completed their KYC submissions shortly before the filing of this notice may not yet be processed and may still appear on the Revised Schedule. As set forth in the Objection and Proposed Order, only claimants who have failed to complete the KYC submission process on or before June 30, 2026 at 4:00 p.m. (ET) shall be listed on the notices of expungement to be filed by the FTX Recovery Trust.

[4] Given its voluminous nature and the impracticality of locating individual removed claims, a full redline comparison of the Initial Schedule and Revised Schedule is not included.

8.      Accordingly, the FTX Recovery Trust respectfully requests that the Court enter the

Proposed Order at its earliest convenience.

Dated: May 8, 2026
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel to the FTX Recovery Trust*

3