# **<u>EXHIBIT C</u>**

| Customer Code | Related Claim(s) | Customer Code | Related Claim(s) | Customer Code | Related Claim(s) |
|---|---|---|---|---|---|
| 00157612 | 6728852 | 00158720 | 6786010 | 00162788 | 76302 |
| 00190326 | 7576168 | 00288186 | 47977 | 00292244 | 62202 |
| 00315844 | 7424984 | 00429477 | 7179065 | 00454689 | 13887 |
| 00481603 | 6140259 | 00486554 | 6503752 | 00542180 | 17730 |
| 00596159 | 6621496 | 00661455 | 6566303 | 00703397 | 7294650 |
| 00796704 | 7446117 | 00797835 | 7558874 | 00799095 | 6760491 |
| 00849140 | 7183960 | 00867249 | 7385641 | 00957206 | 20639 |
| 01052096 | 5732801 | 01087352 | 5900847 | 01164417 | 5416980 |
| 01191028 | 74343 | 01319903 | 6525335 | 01356047 | 79550 |
| 01456614 | 96451 | 01469635 | 6849023 | 01473905 | 7307264 |
| 01528809 | 7158420 | 01577506 | 5821755 | 01612545 | 5466923 |
| 01642391 | 6839080 | 01670147 | 69654 | 01712387 | 63478 |
| 01734918 | 5908885 | 01824226 | 98652, 98626 (expunged pursuant to order of the court) | 01872906 | 6476153 |
| 01947411 | 6777772 | 02007432 | 6685008 | 02023675 | 6568498 |
| 02085733 | 6532693 | 02169608 | 6141327 | 02245536 | 6845982 |
| 02264635 | 6690549 | 02413188 | 6683737 | 02462564 | 6662029 |
| 02475950 | 6631027 | 02734579 | 5396590 | 02766632 | 6586311 |
| 02815480 | 6643998 | 02878712 | 6586329 | 03036694 | 6605027 |
| 03053104 | 6656920 | 03060262 | 7185805 | 03067455 | 6634474 |
| 03119575 | 6489999 | 03252266 | 5423687 | 03328310 | 6594919 |
| 03427801 | 6813721 | 03439646 | 5494798 | 03494996 | 67108 |
| 03544856 | 6470204 | 03589932 | 6104352 | 03776013 | 6518209 |
| 03836770 | 6470956 | 03845234 | 6236959 | 03907788 | 69493 |
| 04019513 | 29779 | 04034706 | 6679046 | 04496863 | 5957483 |
| 04581490 | 6454365 | 04582301 | 6365878 | 05043649 | 5911172 |
| 05240571 | 6773775 | 06129203 | 5664246 | 06587590 | 6512186 |
| 07352911 | 6534598 | 07365335 | 5631584 | 07379789 | 6632128 |
| 07431833 | 6678489 | 07446661 | 6582757 | 07711935 | 6683267 |
| 07767385 | 6514103 | 07778707 | 6652595 | 07791893 | 95458 |
| 07993102 | 65550 | 08019754 | 6477330 | 08045151 | 97675 |
| 08049339 | 5432301 | 08093736 | 6124498 | 08103260 | 5615842 |
| 08108685 | 6532045 | 08169964 | 6142394 | 08385614 | 82351 |
| 08411595 | 5484946 | 08412601 | 5546146 | 08466572 | 6636930 |

| Customer Code | Related Claim(s) | Customer Code | Related Claim(s) | Customer Code | Related Claim(s) |
|---|---|---|---|---|---|
| 08516884 | 68917 | 08610765 | 6654177 | 08680089 | 6650957 |
| 08752382 | 6543008 | 08761473 | 6621178 | 08788437 | 6518338 |
| 09001670 | 6630703 | 09378997 | 96448, 84050 (expunged pursuant to order of the court), 83933 (expunged pursuant to order of the court) | 09434551 | 6310523 |
| 10102478 | 7020497 | 10115953 | 7493664 | 10132583 | 6742441 |
| 10191251 | 6906072 | 10193735 | 6991927 | 10205274 | 78492 |
| 10230164 | 6905669 | 10231658 | 6743236 | 10239130 | 35820, 16823 (expunged pursuant to order of the court) |