**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-11068 (KBO) |
| | (Jointly Administered) |
| FTX TRADING, LTD., *et al.*,[1] | **Related to D.I. 35243** |
| | **Hearing Date: May 14, 2026** |
| Debtors. | |

**NOTICE OF INTENDED USE OF DEMONSTRATIVE EXHIBIT BY SETH MELAMED AT MAY 14TH HEARING ON MOTION OF FTX RECOVERY TO ENFORCE PRIOR ORDERS THAT PRECLUDE SETH MELAMED FROM ASSERTING NEW CLAIMS IN ARBITRATION [D.I. 35243]**

PLEASE TAKE NOTICE that Seth Melamed intends to use the demonstrative exhibit attached as Exhibit A at the May 14th Hearing on the *Motion of FTX Recovery to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration* [D.I. 35243].

[*Remainder of page left intentionally blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

Dated: May 13, 2026
       Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

/s/ Kate R. Buck
Kate R. Buck (No. 5140)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com
-  and  -
David J. Adler (admitted *pro hac vice*)
250 W. 55th Street, 13th Floor
New York, NY 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
dadler@mccarter.com
*Counsel to Seth Melamed*