**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | | Case No. 22-11068(JTD) |
| FTX TRADING LTD., et al., | ) | |
| Debtor(s), | ) | |

**NOTICE OF OF WITHDRAWAL OF APPEARANCE
AS *PRO HAC VICE* COUNSEL AND REQUEST
FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, *pro hac vice* Attorney Warren E. Gluck hereby withdraws as counsel to Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows Capital, Ltd (in liquidation).  The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned cases, remove Mr. Gluck from the electronic and paper noticing matrix for the above captioned cases.

All other current counsel of record will continue to represent Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows Capital, Ltd (in liquidation) and are not intended to be affected by this notice.

DATED:  May 13, 2026

Respectfully submitted,

/s/ Warren E. Gluck
Warren E. Gluck, Esq.
GLUCK BLUESTONE, P.C.
52 Duane Street, 7th Floor
New York, NY  10007
Tel: 646-970-7712
Fax: 202-792-6658
wgluck@gluckbluestone.com

*Counsel for  Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows Capital, Ltd (in liquidation)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th  day of May, 2026 I caused the foregoing Notice of Withdrawal to be electronically filed with the Clerk, United States Bankruptcy Court For the District of Delaware, by ECF and thereby caused a copy to be served via email upon all parties and/or counsel of record via the Court's electronic filing system.

By: /s/ *Warren E. Gluck*
        Warren E. Gluck

4925-3694-9163