**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, Plaintiff, -against- FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, Defendants. | Adv. Pro. No. 24-50188 (KBO) |
| FTX RECOVERY TRUST, Plaintiff, - against - MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC., Defendants. | Adv. Pro. No. 24-50214 (KBO) |

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1368.001 - #25002328v1

**AMENDED² NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 14, 2026 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801</u>**

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**

**Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**<u>Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the</u> *eCourtAppearances* <u>tool available on the Court's website.</u>**

**<u>ADJOURNED MATTERS</u>:**

1. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

   <u>Status</u>: This matter is adjourned to a date to be determined.

**<u>ADJOURNED MATTERS – ADVERSARY PROCEEDINGS</u>:**

2. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

   <u>Status</u>: This matter is adjourned to a date to be determined.

3. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

   <u>Status</u>: This matter is adjourned to a date to be determined.

---

² **Amended items appear in bold.**

1368.001 - #25002328v1

**RESOLVED MATTERS:**

4.      FTX Recovery Trust's Two Hundredth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 35232, filed on April 1, 2026]

      Status: On May 11, 2026, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

5.      Sealing Motion of the FTX Recovery Trust [D.I. 35383, filed on April 16, 2026]

      Status: On May 4, 2026, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

6.      Motion of Kihyuk Nam, to Prohibit Reversal of Established Distribution Treatment of Schedule No. 5694766 Absent a Formal Claim-Specific Filing, and for Related Relief [D.I. 35397, filed on April 17, 2026]

      Status: The parties have consensually resolved this matter. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD:**

7.      FTX Recovery Trust's Objection to Proofs of Claim Filed by ELD Capital LLC [D.I. 34251, filed on January 2, 2026]

      Status: The Court will issue a bench ruling on the objection at the hearing.

8.      FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration [D.I. 35243, filed on April 2, 2026]

      Objection Deadline: April 9, 2026 at 4:00 p.m. (ET); extended to April 20, 2026 for Seth Melamed.

      Responses Received:

      A.    Objection of Seth Melamed to FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration [D.I. 35243] [D.I. 35411, filed on April 20, 2026]

      Related Documents:

      A.    Declaration of Brian D. Glueckstein in Support of FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration [D.I. 35244, filed on April 2, 2026]

      B.    Declaration of David J. Adler in Support of Objection of Seth Melamed to FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from

- 3 -

1368.001 - #25002328v1

Asserting New Claims in Arbitration [D.I. 35243] [D.I. 35412, filed on April 20, 2026]

C.      Declaration of Daniel Allen in Support of Seth Melamed's Objection to the FTX Recovery Trust's Motion to Enforce Prior Orders [D.I. 35243] [D.I. 35556, filed on May 9, 2026]

D.      FTX Recovery Trust's Reply in Further Support of Its Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration [D.I. 35558, filed on May 11, 2026]

**E.**      **Notice of Intended Use of Demonstrative Exhibit by Seth Melamed at May 14th Hearing on Motion of FTX Recovery to Enforce Prior Orders That Preclude Seth Melamed from Asserting New Claims in Arbitration [D.I. 35243] [D.I. 35603, filed on May 13, 2026]**

Status: This matter is going forward.


**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

- 4 -

1368.001 - #25002328v1

Dated: May 14, 2026
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      mcguire@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*