# <u>Exhibit A</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 34476 & ____ |

**ORDER APPROVING STIPULATION**

Upon the Certification of Counsel and the *Stipulation Governing FTX Recovery Trust's Objection to Proofs of Claim Filed by Seth Melamed* (the "Stipulation") entered into between the FTX Recovery Trust and Seth Melamed, a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.       The Stipulation is hereby **APPROVED**.

2.       The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

3.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____
     Wilmington, Delaware

_____
The Honorable Karen B. Owens
Chief United States Bankruptcy Judge

# Exhibit 1

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**STIPULATION GOVERNING FTX RECOVERY TRUST'S**
**OBJECTION TO PROOFS OF CLAIM FILED BY SETH MELAMED**

This Stipulation is made and entered into by and among (i) the FTX Recovery Trust (the "Trust") and (ii) Seth Melamed (together with the Trust, the "Parties"), by and through their respective undersigned counsel.  In support of this Stipulation, the Parties respectfully state as follows:

WHEREAS, on June 30, 2023, Seth Melamed filed Claims 3244 and 4578 against FTX Japan Holdings K.K., Claim 3353 against Quoine Pte Ltd., and Claim 3385 against FTX Trading Ltd.;

WHEREAS, on July 10, 2024, the above-captioned debtors and debtors-in-possession (formerly, the "Debtors") filed the *Debtors' Objection to Proofs of Claim Filed By Seth Melamed* [D.I. 20051];

WHEREAS, on August 16, 2024, Melamed filed the *Opposition to Debtors' Objection to Proofs of Claim* [D.I. 23170];

WHEREAS, on November 7, 2024, Melamed filed a *Request for Payment of Administrative Expense* [D.I. 27798] (the "Administrative Claim," and together with Claims 3244, 4578, 3353, and 3385, the "Claims");

WHEREAS, on December 9, 2024, the Debtors filed the *Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(b) and 510(c)(1)* [D.I. 28643] (the "Claims Objection");

WHEREAS, on January 3, 2025, the Effective Date of the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1] occurred [D.I. 29127];

WHEREAS, on April 7, 2025, Melamed filed the *Opposition to Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(b) and 510(c)(1) and Cross-Motion to Compel Arbitration* [D.I. 30077];

WHEREAS, on May 7, 2025, the Trust filed *FTX Recovery Trust's Reply in Support of Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination and Opposition to Claimant's Cross-Motion to Compel Arbitration* [D.I. 30364];

WHEREAS, on May 14, 2025, the Court held a scheduling conference to discuss staging of proceedings on Melamed's Claims, and at that conference, scheduled oral argument for June 25, 2025 on three threshold issues (the "Threshold Issues");

WHEREAS, on June 18, 2025, Melamed filed the *Reply in Support of Melamed's Cross-Motion to Compel Arbitration* [D.I. 30900];

WHEREAS, on June 25, 2025, the Court heard oral argument on the Threshold Issues;

WHEREAS, on July 22, 2025, the Court issued a ruling on the Threshold Issues from the bench, which the Court memorialized in its *Order Sustaining in Part Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed* [D.I. 32057] and its *Order Granting in Part*

- 2 -

*and Denying in Part Cross-Motion of Seth Melamed Seeking to Compel Arbitration of the Claims* [D.I. 32058];

WHEREAS, on January 19, 2026, the Court entered the *Order Approving Stipulation* [D.I. 34476], setting a schedule with respect to the litigation of the Claims pending before this Court and the Trust's Claims Objection thereto.

WHEREAS, the Parties have discussed in good faith a modified schedule with respect to the litigation of the Claims pending before this Court and the Trust's Claims Objection thereto.

**NOW, THEREFORE,** it is hereby stipulated and agreed, and upon approval by the Court, it shall be **SO ORDERED**:

1.      The Parties agree to the following modified scheduling order:

| Event | Deadline |
| --- | --- |
| Service of any discovery requests by either Party relating to Claim Nos. 3244, 4578, 3353, or the Administrative Claim filed by Seth Melamed or the Trust's motion for subordination pursuant to 11 U.S.C. § 510(c) | February 13, 2026 |
| Parties to meet and confer regarding the scope of any discovery requests | April 30, 2026 |
| Service of any non-party discovery requests by either Party | April 3, 2026 |
| Completion of Party document productions | July 21, 2026 |
| Completion of fact witness depositions | September 22, 2026 |
| Service of initial expert witness reports | September 29, 2026 |
| Service of expert witness rebuttal reports | October 20, 2026 |
| Completion of expert witness depositions | November 24, 2026 |
| Pretrial conference | To Be Determined Upon Court's Availability |

2.      Pending approval of this Stipulation by the Court, each Party agrees that it is and will be bound by this Stipulation and waives any right to object to approval by the Court.

3.      If approved by the Court, this Stipulation may be modified by written agreement signed by both Parties or, absent such agreement, by seeking an order of the Court.

4.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

Dated: May 20, 2026
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        mcguire@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        gluecksteinb@sullcrom.com
        dunnec@sullcrom.com
        crokej@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*

**McCARTER & ENGLISH, LLP**

*/s/ Kate R. Buck*
Kate R. Buck (No. 5740)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
E-mail:  kbuck@mccarter.com

-and-

David Adler (admitted *pro hac vice*)
250 West 55th Street, 13th Floor
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
E-mail: dadler@mccarter.com

*Counsel for Seth Melamed*