## Exhibit 1: Disputed Claims Reserve

### Claims and Reserves

USD in Millions

| Class | Allowed / Reconciled | Disputed Claims Reserve | | Total Disputed Claims Reserve | Total Claims and Reserve | Financial Projections | Excess to Fin. Projections |
| | | Estimated Allowed | Estimated Disallowed | | | | |
| Ref: | [A] | [B] | [C] | [B + C = D] | [A + D = E] | [F] | [E - F = G] |
|---|---|---|---|---|---|---|---|
| Class 5A | $ 7,968 | $ 650 | $ 749 | $ 1,399 | $ 9,367 | $ 8,026 | $ 1,341 |
| Class 5B | 136 | 5 | 1 | 6 | 142 | 168 | (26) |
| **Total Class 5** | **$ 8,104** | **$ 655** | **$ 750** | **$ 1,405** | **$ 9,509** | **$ 8,194** | **$ 1,315** |
| Class 6A | 623 | 154 | 19 | 174 | 797 | 1,133 | (336) |
| Class 6B | 577 | 3 | 2 | 5 | 582 | 642 | (60) |
| **Total Class 6** | **$ 1,200** | **$ 158** | **$ 21** | **$ 179** | **$ 1,379** | **$ 1,776** | **$ (397)** |
| Class 7A | 702 | 65 | 123 | 188 | 890 | 864 | 26 |
| Class 7B | 89 | 4 | 8 | 11 | 100 | 144 | (44) |
| Class 7C | 2 | 0 | 0 | 0 | 2 | 3 | (0) |
| **Total Class 7** | **$ 793** | **$ 69** | **$ 131** | **$ 200** | **$ 993** | **$ 1,011** | **$ (18)** |
| **Total** | **$ 10,098** | **$ 882** | **$ 902** | **$ 1,784** | **$ 11,881** | **$ 10,981** | **$ 900** |

### Claims by Count

| Class | Allowed / Reconciled | Disputed Claims Reserve | | Total Disputed Claims Reserve | Total Claims and Reserve | Financial Projections | Excess to Fin. Projections |
| | | Estimated Allowed | Estimated Disallowed | | | | |
| Ref: | [A] | [B] | [C] | [B + C = D] | [A + D = E] | [F] | [E - F = G] |
|---|---|---|---|---|---|---|---|
| Class 5A | 9,431 | 1,002 | 122 | 1,124 | 10,555 | 10,463 | 92 |
| Class 5B | 471 | 14 | 3 | 17 | 488 | 581 | (93) |
| **Total Class 5** | **9,902** | **1,016** | **125** | **1,141** | **11,043** | **11,044** | **(1)** |
| Class 6A | 125 | 51 | 40 | 91 | 216 | 157 | 59 |
| Class 6B | 31 | 3 | 1 | 4 | 35 | 63 | (28) |
| **Total Class 6** | **156** | **54** | **41** | **95** | **251** | **220** | **31** |
| Class 7A | 173,979 | 21,169 | 1,822 | 22,991 | 196,970 | 451,494 | (254,524) |
| Class 7B | 32,954 | 2,499 | 37 | 2,536 | 35,490 | 167,428 | (131,938) |
| Class 7C | 169 | 14 | 20 | 34 | 203 | 210 | (7) |
| **Total Class 7** | **207,102** | **23,682** | **1,879** | **25,561** | **232,663** | **619,132** | **(386,469)** |
| **Total** | **217,160** | **24,752** | **2,045** | **26,797** | **243,957** | **630,396** | **(386,439)** |