**UNITED STATES BANKRUPTCY COURT**
District of Delaware

In re FTX Trading Ltd., et al,                                    Case No. 22-11068 (KBO)
Debtor                                                                 (Jointly Administered)


**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


| CERATOSAURUS INVESTORS, L.L.C. | HUDSON BAY CLAIM FUND LLC |
|---|---|
| Name of Transferee | Name of Transferor |


Name and Address where notices to transferee should be sent:

Ceratosaurus Investors, L.L.C.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
MLinn@FarallonCapital.com
loanops@FarallonCapital.com

Name and Address where notices to transferor should be sent:

Hudson Bay Claim Fund LLC
c/o Hudson Bay Capital Management LP
28 Havemeyer Place, 2nd Floor
Greenwich, CT 06830 USA
Attention: Matthew Weinstein and Chad Flick
mweinstein@hudsonbaycapital.com and
cflick@hudsonbaycapital.com

Claim #: 5153
Transferred Portion: 20%

Debtor: West Real Shires, Inc.
Case Number: 22-11183 (KBO)


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew Jones_____                    Date: May 27, 2026
  Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:          U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND:        West Real Shires, Inc. ("Debtor")
Case No. 22-11183 (KBO) ("Case")

Proof of Claim #: 5153 ("Proof of Claim")

**Hudson Bay Claim Fund LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Ceratosaurus Investors, L.L.C.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attention: Michael Linn
MLinn@FarallonCapital.com
loanops@farcap.com

its successors and assigns ("Buyer"), an undivided twenty percent (20%) interest in Seller's rights, title and interest in and to the Proof of Claim against the Debtor in the Case (the "Claim").

Seller hereby certifies that it unconditionally waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representative dated April 24, 2026.

**Hudson Bay Claim Fund LLC**

By: _Matt Weinstein_
Name:    Matt Weinstein
Title:     Authorized Signatory

**Ceratosaurus Investors, L.L.C.**

By: _____
Name: **Michael Linn**
Title: **Managing Member**

DB1/ 168720835.3