**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.,*<br><br>Debtor(s). | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hrg. Date: 7/23/26 at 9:30 a.m. EST**<br><br>**Obj. Deadline: 6/15/26** |

**NOTICE OF CLAIMANT'S MOTION FOR AN ORDER COMPELLING
FTX RECOVERY TRUST AND KROLL RESTRUCTURING ADMINISTRATION
LLC TO PROVIDE PORTAL ACCESS AND DISTRIBUTION
<u>PROCESSING FOR TRANSFERRED CLAIM NO. 5985928</u>**

PLEASE TAKE NOTICE that Claimant Fuanglada Sae-Lor (hereinafter **"<u>Claimant</u>"**), by and through undersigned counsel, filed *Claimant's Motion for an Order Compelling FTX Recovery Trust and Kroll Restructuring Administration LLC to Provide Portal Access and Distribution Processing for Transferred Claim No. 5985928* (the **"<u>Motion</u>"**) with the United States Bankruptcy Court for the District of Delaware (the **"<u>Bankruptcy Court</u>"**).  More specifically, Claimant seeks an Order compelling FTX and Kroll to provide Claimant with full, functional access to submit the required tax forms and distribution wire transfer instructions, and to include Claimant in the July 31, 2026 distribution.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall be filed on or before _____June 15, 2026_____ (the **"<u>Objection Deadline</u>"**);

PLEASE TAKE FURTHER NOTICE that a hearing (the **"<u>Hearing</u>"**) on the Motion will be held on ____July 23, 2026 at _____ at _____9:30 a.m. ET_____ before the Honorable

Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Wilmington, Delaware 19801;

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance of the hearing for the purpose of determining whether a consent order may be entered and/or for the purpose of stipulating to relevant facts.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  June 1, 2026        KASEN LAW GROUP, P.C.

*/s/ Jenny R. Kasen*

Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
E-Mail: jkasen@kasenlawgroup.com

*Counsel to Claimant*

2