**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.,* | Case No. 22-11068 (KBO) |
| Debtor(s). | (Jointly Administered) |

**DECLARATION IN SUPPORT OF CLAIMANT'S MOTION FOR AN
ORDER COMPELLING PORTAL ACCESS AND DISTRIBUTION
<u>PROCESSING FOR TRANSFERRED CLAIM NO. 5985928</u>**

I, Fuanglada Sae-Lor, of full age, hereby certify, under penalty of perjury, as follows:

1.      I make this declaration in support of *Claimant's Motion for an Order Compelling FTX Recovery Trust and Kroll Restructuring Administration LLC to Provide Portal Access and Distribution Processing for Transferred Claim No. 5985928* (the **"<u>Motion</u>"**).

2.      I have personal knowledge of the factual averments set forth herein, except where certain averments regarding the first transfer of the Claim (prior to my involvement) are based upon my review of the case docket and the Kroll Claims Register, which I believe to be true and correct.  If called upon to do so, I could and would appear before the Court and competently testify to the truth thereof.

3.      I am the current transferee and holder of FTX Claim No. 5985928 (the "**Claim**").

4.      The Claim was originally held by Shabbir Ahmad and was first transferred to Siriluck Pongjintana (my niece) via a Notice of Transfer filed on July 12, 2025, at D.I. 31398.  A true and correct copy of the Notice of Transfer [D.I. 31398] is attached hereto as **<u>Exhibit A</u>**.

5.      Thereafter, Ms. Pongjintana transferred the Claim to me.

6. On February 11, 2026, a redacted Notice of Transfer to me was filed on the docket at D.I. 34700. A true and correct copy of that Notice of Transfer [D.I. 34700] is attached hereto as **Exhibit B**.

7. Thereafter, the claims register was updated accordingly. A true and correct copy of the Kroll Claims Register entry reflecting the transfer to me is attached hereto as **Exhibit C**.

8. On May 1, 2026, I received an email from FTX containing a Box.com Data Room link for purposes of submitting my required tax documentation and wire transfer information. A true and correct copy of that notice is attached hereto as **Exhibit D**.

9. That link has never functioned.

10. I have emailed institutionalsupport2@ftx.com on multiple occasions over many months requesting a corrected link. No substantive response has ever been received. A true and correct copy of a May 11, 2026 email with an example of such a request is attached hereto as **Exhibit E**.

11. In multiple email exchanges, including messages from the general support@ftx.com address, FTX repeatedly informed me and my niece who is my predecessor-in-interest, and with whom I share an email address, that because the Claim had been transferred, the KYC, tax compliance, and distribution setup would be handled by FTX's institutional support team and not through the ordinary Steps 7 and 8 of the FTX Customer Claims Portal. Those emails instructed us to send all related correspondence to institutionalsupport2@ftx.com and to use the Box.com data room link provided by that team to upload my signed tax form and to complete a distribution wire instruction form housed in that data room. But, again, the Box.com Data Room Link has never functioned.

12. On May 18, 2026, after a brief exchange with the FTX KYC support team and submission of requested documentation, FTX confirmed it did not require any further

documentation for KYC, though it declined to confirm KYC completion in writing.  A true and correct copy of the May 18, 2026 email is attached hereto marked as **Exhibit F**.

13.     The outstanding pre-distribution steps, submission of required tax forms and distribution wire transfer instructions remain incomplete solely because FTX has failed to provide me with a functional mechanism through which I can complete them.

14.     FTX announced on May 26, 2026, that the record date for the next distribution is June 16, 2026, with distributions expected to commence on July 31, 2026.  I must submit the required tax forms and distribution wire transfer instructions before that record date to be included in the distribution.  A true and correct copy of the FTX press release dated May 26, 2026, is attached hereto as **Exhibit G**.

15.     If I am unable to submit the required tax forms and distribution wire transfer instructions before the June 16, 2026 record date due to FTX's non-responsiveness and broken portal infrastructure, I will be excluded from the July 31, 2026 distribution.

16.     I have done everything within my power to complete the required steps.  The sole impediment is FTX's failure to provide me with a functional mechanism to do so.

17.     For the reasons set forth in the Motion, which are fully incorporated herein by reference, I respectfully request entry of an Order compelling FTX and Kroll to provide me with full, functional access to submit the required tax forms and distribution wire transfer instructions, and directing that I be included in the July 31, 2026 distribution.

Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing statements made by me are true and correct.  I am aware that if any of said statements are willfully false, I am subject to the penalties of perjury.

Dated:  June 1, 2026                              */s/ Fuanglada Sae-Lor*
                                                   Fuanglada Sae-Lor