**Exhibit C**



## Creditor Information - Schedule # 5985928

**Creditor**

Fuanglada Sae-Lor as Transferee of Name on File
Address on file

**Debtor Name**

FTX Trading Ltd.

**Date Filed**

n/a

**Claim Number**

n/a

**Schedule Number**

5985928

**Confirmation ID**

3265-70-THACU-389116733

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AAVE-PERP | ASSERTED | 0.0000000000000018 | 0.0000000000000018 |
| CRYPTO | AVAX-PERP | ASSERTED | 20000.0 | 20000.0 |
| CRYPTO | BNB | ASSERTED | 0.00000001 | 0.00000001 |
| CRYPTO | BTC-PERP | ASSERTED | 11.0 | 11.0 |
| CRYPTO | FTT | ASSERTED | 25.78414718 | 25.78414718 |
| CRYPTO | SOL-PERP | ASSERTED | -1000.0 | -1000.0 |
| FIAT | USD | ASSERTED | 282126.25742348493 | 282126.25742348493 |

## Transfer History

| Date Filed | Transfer Document | Transferor | Transferee |
|---|---|---|---|
| 02/11/2026 | Transfer/Assignment of Claim. Transfer Agreement 3001 (e) 1 Transferors: Schedule # 5985928 To Fuanglada Sae-Lor. Filed by Schedule # 5985928 Confirmation ID: 3265-70-THACU-389116733. | Name on File | Name on File |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is

