**Exhibit D**

 **Outlook**

## FTX – REMINDER: Secondary Holder KYC Requirement Request & Important Clarifications

**From** FTX Institutional Support <institutionalsupport2@ftx.com>

**Date** Fri 5/1/2026 4:26 PM

**To** siriluck.pongjintana@outlook.com <siriluck.pongjintana@outlook.com>

Dear Siriluck Pongjintana,

You are receiving this email in connection with the Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates (as may be modified, amended, or supplemented from time to time, the "Plan") related to Distributions you may be entitled to receive.

The FTX Recovery Trust's records reflect Siriluck Pongjintana as the owner of transferred claims. In order for Siriluck Pongjintana to be eligible to receive future distributions, satisfaction of the secondary holder pre-distribution requirements (as detailed below) is required.

**REMINDER: Submission and approval of your tax forms, wire instructions and KYC materials (detailed below) are required <u>as soon as possible</u> to be eligible for future distributions. Our records show that <u>you have not submitted all required materials</u>.**

### 1. Tax Forms Submission

A tax form should be provided for each entity that purchased claims, not the original claim holder ("Secondary Holder(s)"). An appropriate tax form can be one of the following:

- **U.S. Entities:** If you are a U.S. entity, please submit an IRS Form W-9. Ensure that you accurately complete the form, including any exempt payee code if applicable (refer to the IRS instructions for Form W-9).

- **Non-U.S. Entities:** If you are a non-U.S. entity, please submit the appropriate IRS Form W-8 (e.g., W-8BEN-E, W-8ECI, W-8IMY, or W-8EXP).

Review the instructions for these forms and FTX's FAQs to determine the correct form for your situation.

**Box.com Data Room:** Please upload the tax form to this data room (https://███████████████.box.com/folder/███████████) that we have created

specifically for Siriluck Pongjintana. If any information on the form changes before you receive your distribution, please upload a revised copy of your withholding certificate immediately. For any tax-related questions, please contact tax@ftx.com.

**2. Distribution Wire Instructions (USD)**

The Box.com data room contains a wire transfer form that will need to be filled out by the Secondary Holder(s).

**3. Secondary Holder Know-Your-Customer ("KYC")**

For purposes of completing your KYC, you will receive a unique link from the Debtors which will prompt you to provide your personal information and supporting identification documents on the platform maintained by Debtors' KYC service provider, Sumsub.

Please make sure to follow the instructions from Sumsub and to provide:

I. a valid and unexpired government-issued identification document;

II. proof of address issued within the last 3 months;

III. a liveness check;

IV. full Social Security Number, if you are a United States of America citizen; and

V. additional supporting documents as requested during your verification with Sumsub.

If you have any questions during your KYC process, do not hesitate to contact Debtors' Customer Support team at support@ftx.com.

For general Secondary Holder inquiries, please contact institutionalsupport2@ftx.com. For all other inquiries, please contact support@ftx.com.

Regards,
FTX Institutional Support