## EXHIBIT F

Case 22-11068-KBO    Doc 35767-8    Filed 06/01/26    Page 1 of 2

 Outlook

## Re: KYC Completion — Signed Confirmation Letter from Original Claimant (Shabbir Ahmad)

**From** kyc-support@ftx.com <kyc-support@ftx.com>

**Date** Mon 5/18/2026 5:17 AM

**To** Siriluck Pongjintana <siriluck.pongjintana@outlook.com>; Lionscarfybaby <lionscarfybaby@outlook.com>

**Cc** fuangladasaelor@gmail.com <fuangladasaelor@gmail.com>

Dear Customer,

Thank you for your email.

At this time, we do not need any further documentation to continue with the review of your claim.

For any updates, please, refer to the claims portal where you can track the progress of your application by login in with your credentials and / or contact FTX Customer Support team at support@ftx.com.

Best regards,
KYC Support



 **Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

Email:  kyc-support@ftx.com