# EXHIBIT G

# FTX Sets Next Distribution Date and Amends Proposed Disputed Claims Reserve Reduction



NEWS PROVIDED BY

**FTX** →

May 26, 2026, 15:34 ET

*Next Distribution Record Date Set for June 16, 2026, with Distribution on July 31, 2026*

*Amended Notice to Reduce Disputed Claims Reserve by approximately $600M Filed May 26, 2026*

*Allowed NFT Customer Entitlement Claim Holders will be Eligible to Begin the NFT Distribution Process on June 30, 2026*

WILMINGTON, Del., May 26, 2026 /PRNewswire/ -- FTX Trading Ltd. (d/b/a. FTX.com) and the FTX Recovery Trust (collectively "FTX") today announced that the anticipated record date for the next distribution (the "Next Distribution") will be June 16, 2026 for holders of allowed FTX claims and interests. The Next Distribution is expected to commence on July 31, 2026. The next payments to eligible holders of allowed preferred equity interests (the "Preferred Equity Holders") will also be made on July 31, 2026, with a June 16, 2026 record date. Additionally, holders of Allowed NFT Customer Entitlement Claims, as defined in FTX's confirmed Chapter 11 Plan of Restructuring, will be eligible to begin the NFT Distribution process on June 30, 2026, as instructed below.

FTX also filed an amended notice with the Bankruptcy Court to reduce the disputed claims reserve by $0.6B, from $2.4B to $1.8B, which, subject to approval by the Court, would release cash to be distributed to holders of allowed claims in the next Distribution.

The Next Distribution will be made by FTX's Distribution Service Providers, BitGo, Kraken, and Payoneer. Holders of allowed claims should note that:

- The Distributions will only be made to holders of allowed claims that have met all required pre-distribution requirements.
- If you have any questions related to the availability of your funds in your account with the Distribution Service Provider, please contact customer support at your selected Distribution Service Provider directly. Once FTX's payment of your distributions to the Distribution Service Provider is made to your account, claimants are solely responsible for their own funds.
- For transferred claims, distributions will only be made to the transferee holder of an allowed claim that is processed and reflected on the official register of claims maintained by the Notice and Claims Agent as of the June 16 record date, where the 21-day notice period has lapsed without objection.
- **For more information, please visit: [https://support.ftx.com/hc/en-us/sections/33189504164628-Distributions](https://support.ftx.com/hc/en-us/sections/33189504164628-Distributions).**

Customers and creditors should complete their Know Your Customer ("KYC") verification, submit required tax forms, and onboard with BitGo, Kraken, or Payoneer to receive a distribution.

For transferred claims, distributions will only be made to the transferee holder of an allowed claim that is processed and reflected on the official register of claims maintained by the Notice and Claims Agent as of the June 16, 2026 record date, where the 21-day notice period has elapsed without objection.

**Preferred Equity Holder Instructions**

Preferred Equity Holders that have not received a payment as of May 29, 2026 should complete pre-payment requirements including KYC, tax form submission, ownership certification submission, and onboarding with BitGo or Payoneer to receive a payment as previously instructed.

**NFT Distributions Instructions**

To receive a distribution, holders of eligible NFTs must complete the Pre-Distribution Requirements ("PDRs"), opt in, and provide a valid wallet address. Following the completion of PDRs, holders of eligible NFTs should log in to Step 10 of the FTX Customer Portal at **[https://claims.ftx.com](https://claims.ftx.com)** to begin the process.

**Phishing Advisory**

As distributions begin today, FTX advises all customers to remain aware of phishing emails that may look like they are from FTX Recovery Trust and scam sites from channels that may appear to look like the FTX Customer Portal (**[https://claims.ftx.com](https://claims.ftx.com)**). **The FTX Recovery Trust will never ask you to connect your**

**wallets. Please contact FTX Customer Support to confirm the legitimacy of any FTX-related correspondence if you have any questions or concerns.**

**Advisors**

FTX is represented by Sullivan & Cromwell LLP as legal counsel and are assisted by Alvarez & Marsal North America, LLC as financial advisor, Perella Weinberg Partners LP as investment banker, Quinn Emanuel Urquhart & Sullivan, LLP as special counsel and Landis Rath & Cobb LLP as Delaware counsel.

SOURCE FTX

# 21%

more press release
views with



Request a Demo

