**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.,*<br><br>　　　　　　　　　　Debtor(s). | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

**ORDER COMPELLING FTX RECOVERY TRUST AND KROLL RESTRUCTURING**
**ADMINISTRATION LLC TO PROVIDE PORTAL ACCESS AND DISTRIBUTION**
**PROCESSING FOR TRANSFERRED CLAIM NO. 5985928**

Upon consideration of *Claimant's Motion for an Order Compelling FTX Recovery Trust and Kroll Restructuring Administration LLC to Provide Portal Access and Distribution Processing for Transferred Claim No. 5985928* (the **"Motion"**) and the *Declaration in Support thereof*, all briefings filed in connection therewith, and any responses thereto; and the Court having determined that it has subject matter jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and sufficient notice was given under the circumstances; and the Court having found and determined that the Motion, and the legal and factual bases set forth therein, establish just cause for the relief requested; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.　　　The Motion is GRANTED.

2.      Within five (5) business days of the entry of this Order, the FTX Recovery Trust and Kroll shall take all steps necessary to ensure that Claimant Fuanglada Sae-Lor has full, functional access to submit the required tax forms and distribution wire transfer instructions.

3.      FTX Recovery Trust shall include Claim No. 5985928 in the July 31, 2026 distribution.

5.      Nothing in this Order shall impair or modify the rights of any other creditor or party in interest in these cases.

6.      This Order shall become effective immediately upon entry by this Court.

7.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.