## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.,* | Case No. 22-11068 (KBO) |
| Debtor(s). | (Jointly Administered) |

### CERTIFICATION OF SERVICE

JENNY R. KASEN, of full age, hereby certifies as follows:

On June 1, 2026, I caused a copy of the following document(s) to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated:

*Claimant's Motion for an Order Compelling FTX Recovery Trust and Kroll Restructuring Administration LLC to Provide Portal Access and Distribution Processing for Transferred Claim No. 5985928*

*Declaration in Support of Claimant's Motion for an Order Compelling Portal Access and Distribution Processing for Transferred Claim No. 5985928*

*Notice of Claimant's Motion for an Order Compelling Portal Access and Distribution Processing for Transferred Claim No. 5985928*

*Proposed Order Compelling FTX Recovery Trust and Kroll Restructuring Administration LLC to Provide Portal Access and Distribution Processing for Transferred Claim No. 5985928*

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of said statements are willfully false, I am subject to punishment.

Dated:  June 1, 2026          KASEN LAW GROUP, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2

Wilmington, DE 19801
Telephone: (302) 652-3300
E-Mail: jkasen@kasenlawgroup.com

*Counsel to Claimant*

3

**Service List**

**Via Email and/or ECF:**

FTX Recovery Trust
c/o Sullivan & Cromwell LLP
Attn: Andrew G. Dietderich, Esq.
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com

FTX Recovery Trust
c/o Landis Rath & Cobb LLP
Attn: Adam G. Landis, Esq.
919 Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com

Kroll Restructuring Administration LLC
Claims and Noticing Agent for the Debtors
Email: FTXquestions@kroll.com; ftxinfo@ra.kroll.com

Linda Richenderfer
Benjamin A. Hackman
Jonathan W. Lipshie
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Emails: linda.richenderfer@usdoj.gov; benjamin.a.hackman@usdoj.gov; jon.lipshie@usdoj.gov

FTX Customer Support
Email: support@ftx.com; institutionalsupport2@ftx.com