**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Related to D.I. 35243** |

**ORDER GRANTING FTX RECOVERY TRUST'S MOTION
TO ENFORCE PRIOR ORDERS THAT PRECLUDE SETH MELAMED
FROM ASSERTING NEW CLAIMS IN ARBITRATION**

Upon consideration of the *FTX Recovery Trust's Motion to Enforce Prior Orders That Preclude Seth Melamed From Asserting New Claims in Arbitration* [D.I. 35243] (the "Motion") and all briefing, argument, and evidence provided in support of and in opposition to the Motion; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these chapter 11 cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having previously entered the *Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404] (the "Confirmation Order"), the *Order (I)(A) Establishing Deadlines for Filing Non-Customer and Government Proofs of Claim and Proofs of Interest and (B) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* [D.I. 1519], and the *Order Granting in Part and Denying in Part Cross-Motion of*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Seth Melamed Seeking to Compel Arbitration of the Claims* [D.I. 32058]; **IT IS HEREBY**

**FOUND AND ORDERED THAT**:

1.        The Motion is **GRANTED** as set forth herein.

2.        Pursuant to the Court's prior findings of fact and conclusions of law set forth in the Confirmation Order, including those set forth in paragraphs 38-41, 49-50, 93, 119, and 143-144, Seth Melamed is enjoined from pursuing the claims described in his November 12, 2025 Notice of Arbitration (SIAC Case No. ARB602/25/VKH) because they are premised on claims that have been compromised, settled, resolved, and enjoined under sections 5.2 and 10.8 of the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates.*[2]

3.        This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

4.        Except as stated herein, this Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation of this Order.

Dated:  June 2, 2026
Wilmington, Delaware

Karen B. Owens
Chief Judge

---

[2] Given this determination, it is unnecessary for the Court to determine whether the claims set forth in the Notice of Arbitration are impermissible claim amendments.