# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

In re: FTX Trading Ltd., et al., Debtors.

Chapter 11
Case No. 22-11068 (KBO)

RECEIVED

2026 MAY 29 P 12: 34

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## RESPONSE AND OBJECTION TO NOTICE OF PARTIAL SATISFACTION OF CLAIMS

Claimant: Gregory Ayala
Claim No.: 5882857
Filed: May 29, 2026

## I. INTRODUCTION

Claimant Gregory Ayala, holder of Claim No. 5882857, hereby submits this Response and Objection to the Notice of Partial Satisfaction of Claims filed by the FTX Recovery Trust on April 29, 2026, pursuant to Federal Rule of Bankruptcy Procedure 3007 and the applicable provisions of the FTX Recovery Trust's confirmed Plan of Reorganization.

The Notice purports to modify Claimant's USDT balance to a de minimis amount on the grounds that the claim was partially satisfied via post-petition withdrawals. Claimant does not dispute that certain withdrawals were completed and are properly reflected in the ledger. However, Claimant objects to the Notice to the extent it fails to account for a USDT withdrawal of 4,187.27407376 USDT that was initiated but never executed on-chain — leaving that balance unresolved and incorrectly treated as satisfied.

## II. FACTUAL BACKGROUND

On or around November 11, 2022 — the date FTX suspended operations — Claimant initiated multiple withdrawal requests in an effort to recover account balances. The withdrawal ledger (Exhibit B) reflects the following USDT transactions:

| Timestamp (UTC) | Amount (USDT) | Status | Transaction ID |
|---|---|---|---|
| 2022-11-11 20:53:34 | 257.1188736 | Complete | On-chain confirmed |
| 2022-11-11 21:28:12 | 3,228.9484497 | Complete | On-chain confirmed |
| 2022-11-11 21:28:46 | 260.7712756 | Complete | On-chain confirmed |

| Timestamp (UTC) | Amount (USDT) | Status | Transaction ID |
|---|---|---|---|
| 2022-11-11 21:48:17 | 4,027.8128373 | Complete | On-chain confirmed |
| 2022-11-11 22:01:12 | 4,192.0891578 | Cancelled | No Transaction ID |
| 2022-11-11 22:43:31 | 4,187.27407376 | Requested | No Transaction ID |

The final entry — USDT 4,187.27407376, timestamped 2022-11-11T22:43:31 UTC, with status "requested" and no Transaction ID — was never executed on-chain. No funds corresponding to this withdrawal were ever received by Claimant. This amount was not satisfied by post-petition withdrawal, and the Trust's Schedule 1 modification does not properly account for it.

Claimant further notes that BTC withdrawals of 0.995806 BTC and 0.997397 BTC (both reflected as "complete" with on-chain Transaction IDs in Exhibit B) were received and are not in dispute. The modification to the BTC balance reflected in Schedule 1 is acknowledged.

## III. LEGAL BASIS FOR OBJECTION

Pursuant to Federal Rule of Bankruptcy Procedure 3007, a party in interest may object to a claim, and the burden of proof rests on the party seeking modification of a properly filed claim. The FTX Recovery Trust bears the burden of demonstrating that the claim has in fact been satisfied.

The Trust's Notice relies on a Schedule 1 that modifies Claimant's USDT balance to near-zero — specifically, from 0.000000004885906 USDT asserted to 0.000000002881279 USDT modified — figures that bear no relationship to the actual account balance at issue. The plain reading of Claimant's withdrawal ledger, which shows a "requested" withdrawal with no Transaction ID and no on-chain confirmation, directly contradicts the premise that this amount was satisfied.

A withdrawal request with status "requested" and no associated Transaction ID is, by definition, an incomplete transaction. The FTX platform froze withdrawals on November 11, 2022, before this request could be executed. Claimant received no funds corresponding to this request and cannot be deemed to have received a distribution that was never transmitted.

## IV. RELIEF REQUESTED

Claimant respectfully requests that this Court:

1. Sustain this Response and Objection;

2. Direct the FTX Recovery Trust to correct the claims register for Claim No. 5882857 to reflect the unresolved balance of USDT 4,187.27407376;

3. Enjoin any further reduction, disallowance, or zeroing out of Claimant's USDT balance with respect to this amount pending further order of this Court; and

4. Grant such other and further relief as the Court deems just and proper.

## V. RESERVATION OF RIGHTS

Claimant reserves all rights to supplement this Response, introduce additional evidence, and raise additional arguments as discovery or further review of the Trust's records may warrant.

Dated: May 29, 2026

Respectfully submitted,

**Gregory Ayala**
Pro Se Claimant

19011 Grove Valley Trail
Houston, TX 77084
(512) 289-2574
gregsayala@icloud.com

## Certificate of Service

I, Gregory Ayala, hereby certify that on May 29, 2026, I caused a true and correct copy of this Response and Objection to be served upon counsel to the FTX Recovery Trust at the service addresses and email addresses listed in the Notice of Partial Satisfaction of Claims dated April 29, 2026, via email and/or first-class mail.

Gregory Ayala

## Proposed Exhibits

- **Exhibit A:** Schedule 1 excerpt for Claim No. 5882857 — Notice of Partial Satisfaction of Claims, filed April 29, 2026, showing the FTX Recovery Trust's asserted modification to Claimant's account balances.

- **Exhibit B:** Withdrawal ledger excerpt for Claim No. 5882857 showing USDT withdrawal of 4,187.27407376 with status "requested," no Transaction ID, and timestamp of 2022-11-11T22:43:31 UTC, demonstrating the transaction was initiated but never executed on-chain.

Exhibit A:

**FTX Trading Ltd. 22-11068 (KBO)**
**Notice of Partial Satisfaction**
**Schedule 1**

| Claim / Schedule Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 5882857 | Gregory Ayala | West Realm Shires Services Inc. | BTC | 0.991197001355743 | West Realm Shires Services Inc. | 0.000000001355743 |
| | | | LTC | 0.000000006066975 | | 0.000000006066975 |
| | | | SOL | 0.000000007615374 | | 0.000000007615374 |
| | | | USD | 0.000000027505987 | | 0.000000025198538 |
| | | | USDT | 0.000000004885906 | | 0.000000002881279 |

Reason: Claim has been partially satisfied via post-petition withdrawals.

Exhibit B:

main_withdrawals

| Time | Coin | Amount | Destination | Status | Transaction ID |
|---|---|---|---|---|---|
| 2022-11-11T22:43:31.852582+00:00 | USDT | 4187.27407376 | CbRFjVzm7HYsw9vzWzja5Qdo28tBHBVYT5LytaGKnSQS | requested | |
| 2022-11-11T22:01:18.630482+00:00 | USDT | 4192.0691576 | CbRFjVzm7HYsw9vzWzja5Qdo28tBHBVYT5LytaGKnSQS | cancelled | |
| 2022-11-11T21:48:17.736388+00:00 | USDT | 4027.8128373 | CbRFjVzm7HYsw9vzWzja5Qdo28tBHBVYT5LytaGKnSQS | complete | JJ33g9Li6WRYBbWaYNZUfWL4fKkaP9pKHnZzX95o69PvnWRtrRt2stoGrmXxQo5JE6Snxx95UPxw6YJ1ggyd7up |
| 2022-11-11T21:28:46.403873+00:00 | USDT | 260.7712756 | CbRFjVzm7HYsw9vzWzja5Qdo28tBHBVYT5LytaGKnSQS | complete | 6iWy5DqJfNdtw84qKGjQZ7krm2YoYn26MAfY5T8mKrbCQNTns6ughHFoCikuFQpg8T3oPtLDZwKwn1rmayqkGp9Q |
| 2022-11-11T21:26:18.178883+00:00 | USDT | 3226.9484497 | CbRFjVzm7HYsw9vzWzja5Qdo28tBHBVYT5LytaGKnSQS | complete | 8WJhARF97rZPl1dRAvqH63HhttGv2hSEvG6R613nIgLYgQs9nc3cPX9Y2rGNznvYrdIU1Adjvf7F5n6XksgN6xXE |
| 2022-11-11T21:07:34.871500+00:00 | USDC | 3707.5447794 | 0x2BBe2B58eD6aE504e4C73a0fd436189d0384d5E0 | cancelled | |
| 2022-11-11T20:53:34.988924+00:00 | USDT | 257.1188736 | CbRFjVzm7HYsw9vzWzja5Qdo28tBHBVYT5LytaGKnSQS | complete | T7EJ7b2ActUGxbKmdefCcdbVSa4Q6ytbryNeN69VSoBieiUyHjbaZYkdCuk8UNtudU8ZUkmrQsnn3tJz3D8wzCh |
| 2022-11-11T20:51:03.488254+00:00 | BUSD | 3867.63721184 | 0x98Ba994e3e04b03fcC07405E7B1Bf26f5B194D00 | cancelled | |
| 2022-11-11T20:44:21.888776+00:00 | USDC | 3867.63721184 | CbRFjVzm7HYsw9vzWzja5Qdo28tBHBVYT5LytaGKnSQS | cancelled | |
| 2022-11-11T20:41:01.806219+00:00 | BTC | 0.995806 | 3H39PXcCpL6SJgACXaPnJEpPL1jih9tm2k | complete | 2c363aebb774c6b0b900b19ad2eb77ec03e79b6e48357455b749ce76da0f7be1 |
| 2022-11-11T20:37:47.456636+00:00 | BTC | 0.997397 | 3H39PXcCpL6SJgACXaPnJEpPL1jih9tm2k | complete | fe60c39b9ffea9b13a9e4310a8346c1e334b8eda0ad3b85ad1f82f4cdc335aa6 |