UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 North Market Street
3rd Floor
Wilmington, DE 19801
UNITED STATES OF AMERICA

RECEIVED

2026 JUN -1  A 11: 46

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re:**
FTX Trading Ltd., et al.,
Debtors.
Chapter 11
Case No. 22-11068 (JTD)

**NOTICE OF WITHDRAWAL**

Overprod, EURL hereby withdraws its responses filed at Docket Items 26945 and 27509 relating to Claim No. 1253.
The matters raised in those responses have been resolved with the FTX Recovery Trust, and Overprod, EURL consents to the expungement of Claim No. 1253.

Dated:
May 19th, 2026
Respectfully submitted,
Overprod, EURL

By:

Jérôme Carrette
220 route des Désirs
01540 Saint-Julien-sur-Veyle
France
jerome.carrette@gmail.com
me@jeromecarrette.com

Case 22-11068-KBO    Doc 35772    Filed 06/01/26    Page 2 of 3



**LA POSTE FRANCE**

LETTRE RECO INTER R1

I P **7,20 EUR

# R



Signature
Signature required

Veuillez scanner
Please scan

**Option**
○ Avis de réception

RK 88 001 577 1 FR

RK 88 001 577 1 FR

## LETTRE **RECOMMANDÉE** INTERNATIONALE / OUTRE-MER 2*

| **EXPÉDITEUR** | **DESTINATAIRE** | ☐ INTER | ☐ OM2* |
|---|---|---|---|

**EXPÉDITEUR**

Jerome CARRETTE
220 route des desirs
01540 Saint Julien sur Veyle
FRANCE

626414 - LRI V2 EMP MS 0046274 02/26

**DESTINATAIRE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON DE 19801
ETATS-UNIS D'AMERIQUE

LA POST

EXPEDITEUR: Jerome CARRETTE
220 Rue des désirs 01540 St Julien sur Veyle
FRANCE





PEFC
10-31-1172

NF
NF 316094

enveloppe agréée par  LA POSTE  —  Agrément N° 899