# **EXHIBIT 1**

**FTX Trading Ltd. 22-11068 (KBO)**
**Notice of Full Satisfaction**
**Exhibit 1**

| | | | Asserted Claims | |
| --- | --- | --- | --- | --- |
| **Claim / Schedule Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 5840778 | Name on file | West Realm Shires Services Inc. | BTC | 0.000002008000000 |
| | | | ETH | 0.000725000000000 |
| | | | MATIC | 483.724120000000000 |
| | | | SOL | 0.009142512500000 |
| | | | USD | 27,537.808691267100000 |
| | | | USDT | 0.000000007591245 |
| Reason: Claim has been fully satisfied via post-petition withdrawals. | | | | |
| 5992741 | Name on file | West Realm Shires Services Inc. | ETH | 0.000964000000000 |
| | | | LTC | 0.025894980000000 |
| | | | TRX | 1.330089000000000 |
| | | | USD | 1,097.288767800000000 |
| | | | USDT | 0.000000005000000 |
| Reason: Claim has been fully satisfied via post-petition withdrawals. | | | | |
| 94871 | Name on file | West Realm Shires Services Inc. | BTC | 11.070046325000000 |
| | | | LINK | 2,000.000000000000000 |
| | | | USD | 20.920000000000000 |
| Reason: Claim has been fully satisfied via post-petition withdrawals. | | | | |