# **<u>EXHIBIT 2</u>**

FTX Trading Ltd. 22-11068 (KBO)
Notice of Partial Satisfaction
Exhibit 2

| Claim / Schedule Number | Name | Debtor | Tickers | Asserted Claims Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 17757 | Name on file | West Realm Shires Services Inc. | BTC | 0.000079467976000 | West Realm Shires Services Inc. | 0.000000000000000 |
| | | | DOGE | 0.500000000000000 | | 0.500000000000000 |
| | | | ETH | 19.257423130000000 | | 0.000000000000000 |
| | | | MATIC | 0.265632200000000 | | 0.265632200000000 |
| | | | NFT (301093249406136901/COACHELLA X FTX WEEKEND 1 #24011) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (307840883097941353/ENTRANCE VOUCHER #3276) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (322432941924177216/BLOSSOM BUDDIES-LEGACY) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (325529071913296908/THE DISTRICT-LEGACY) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (343770491874934363/CLOUD MANSION #4 (REDEEMED)) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (350533444543160574/BAHRAIN TICKET STUB #1839) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (368532654706430645/REFLECTION '07 #68 (REDEEMED)) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (392636227291190733/BLOOM CITY-LEGACY) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (397170866162164282/COACHELLA X FTX WEEKEND 1 #28146) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (454971650053872091/THE HILL BY FTX #6780) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (459755810988445057/REFLECTION '13 #20) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (540789019353281603/LET'S GROW-LEGACY (REDEEMED)) | 1.000000000000000 | | 1.000000000000000 |
| | | | SOL | 0.002542000000000 | | 0.002542000000000 |
| | | | USD | 13,192.185334088000000 | | 0.000000000000000 |
| | | | USDT | 0.000000004629689 | | 0.000000004629689 |

Reason: Claim has been partially satisfied via post-petition withdrawals.

| 41493 | Name on file | West Realm Shires Services Inc. | BTC | 0.977631000000000 | West Realm Shires Services Inc. | 0.000000000000000 |
|---|---|---|---|---|---|---|
| | | | NFT (302951124581687834/2974 FLOYD NORMAN - OKC 3-0040) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (339276479339550516/THE 2974 COLLECTION #0370) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (350386730169492037/GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #1631) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (384907782440516396/GSW 75 ANNIVERSARY DIAMOND  #32) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (422012764887105540/BIRTHDAY CAKE #0370) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (469058954587578538/2974 FLOYD NORMAN - OKC 2-0092) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (514791587856168274/GSW WESTERN CONFERENCE FINALS COMMEMORATIVE BANNER #1632) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (528235883521124559/GSW WESTERN CONFERENCE SEMIFINALS COMMEMORATIVE TICKET #834) | 1.000000000000000 | | 1.000000000000000 |
| | | | NFT (532780693156142601/GSW CHAMPIONSHIP COMMEMORATIVE RING) | 1.000000000000000 | | 1.000000000000000 |
| | | | SHIB | 1.000000000000000 | | 1.000000000000000 |
| | | | TRX | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 0.000000009364444 | | 0.000000000000000 |
| | | | USDT | 1.000109560000000 | | 1.000109560000000 |

Reason: Claim has been partially satisfied via post-petition withdrawals.