Annex D

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of 88% of the claim referenced in this evidence and notice, which is 100% of the Seller's rights to this claim.

| Name of Transferor | Name of Transferee |
|---|---|

**[CONFIDENTIAL CREDITOR]**

**TRC Master Fund LLC**

Transferor's Address:

Transferee's address for notices and payment:

    [Address on File]

PO Box 633
 Woodmere, NY 11598
Attn: Terrel Ross
Email: tross@trcmllc.com

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Claim Number: 91933<br>Schedule Number: 6816837<br>Customer Code: 00428593 | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **Terrel Ross**
    Signed by:
    73F51C3A3995457...

Date: 6/1/2026

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of  Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the  filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For  Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Docusign Envelope ID: 4E29F655-9F9D-82DC-8101-4CF76125E70B

**EXHIBIT A**

SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

**Customer Code email from Kroll (March 2023)**

**Your Unique Customer Code is 00428593**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

**ADABULL[0.0000000060000000]**
**BTC[0.0000000080000000]**
**FTT[25.0000000054652351]**
**SOL[0.0000000003213601]**
**SRM[17.4420535400000000]**
**SRM_LOCKED[61.8059634000000000]**
**SUN[42021.5170000000000000]**
**TRX[1774949.0000000000000000]**
**USD[0.7530472160502340]**



## Creditor Data Details - Claim # 91933

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 91933 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 02/25/2024 | 6816837 |
| | | **Confirmation ID** |
| | | 3265-70-TDKHO-541314508 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign