**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.,* | Case No. 22-11068 (KBO) |
| Debtor(s). | (Jointly Administered) |
| | Re: D.I. 35767 |

**<u>NOTICE TO WITHDRAW DOCUMENT</u>**

**PLEASE TAKE NOTICE** that Fuanglada Sae-Lor (the "Claimant"), by and through undersigned counsel, hereby withdraws the *Motion for an Order Compelling FTX Recovery Trust and Kroll Restructuring Administration LLC to Provide Portal Access and Distribution Processing for Transferred Claim No. 5985928* [D.I. 35767] that was filed on June 1, 2026, without prejudice.

Dated:  June 8, 2026          KASEN LAW GROUP, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
E-Mail: jkasen@kasenlawgroup.com

*Counsel to Claimant*