# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:  FTX Trading Ltd., et al.,<br><br><br>Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 22-11068 (JTD)<br>)  (Jointly Administered)<br>) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

### Phoenix TF, LLC

Name of Transferee

Name and Address where notices to transferee should be sent:

Phoenix TF, LLC
Austin Viny
418 Broadway STE R
New York, NY 12207



| Identifier | Creditor Name | Amount | % Transferred | Debtor | Case Number |
|---|---|---|---|---|---|
| POC #:<br>52579 |  | Unliquidated<br>(stated in crypto) | 100 | FTX Trading Ltd. | 22-11068 |
| Unique<br>Customer Code:<br>07176251 |  | As described on<br>Schedule F | 100 | FTX Trading Ltd. | 22-11068 |
| Scheduled<br>Claim #:<br>06357826 |  | Unliquidated<br>(stated in crypto) | 100 | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*Austin Viny*_____     Date: _____6/8/26_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, District of Delaware, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ▮▮▮▮▮▮▮▮▮ has unconditionally and irrevocably sold, transferred and assigned to Phoenix TF, LLC, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against FTX Trading LTD et al.

| Schedule F Claim #: | 06357826 |
|---|---|
| Claim Amount: | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date:    6/8/2026

**SELLER:**

**BUYER:**

**PHOENIX TF, LLC**

By: _____

Name: Austin Viny

Title: Authorized Signatory

Date:    6/8/2026

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.