## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (KBO) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Kihyuk Nam, hereby certify that on June 1, 2026, I served true and correct copies of the following documents by electronic mail upon counsel to the FTX Recovery Trust and the Office of the United States Trustee:

(i)      Notice of Motion of Kihyuk Nam Regarding D.I. 35517; and

(ii)     Motion for Permission to Use Electronic Case Filing (CM/ECF); and

(iii)    the [Proposed] Order related thereto.

The foregoing documents were served by electronic mail on the following parties:

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

**SERVICE LIST**

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Counsel
**Electronic Mail**

United States Trustee for Region 3
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
E-mail:
USTPRegion03.WL.ECF@usdoj.gov

United States Trustee
**Electronic Mail**

Dated: June 1, 2026
     Sejong City, South Korea

Andrew G. Dietderich
Stephen H. Clarke
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
Michael O'Connor
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
clarkest@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com
oconnorm@sullcrom.com

Counsel
**Electronic Mail**

Respectfully submitted,

**KIHYUK NAM**

/s/ *Kihyuk Nam*
Kihyuk Nam
84 Jiphyeonse 2-ro
Building 1103, 1204
Sejong City, South Korea
Telephone: (+82) 10-2914-4866
Facsimile: (+82) 0504-197-4866
E-mail: kihyuknam@hanyang.ac.kr

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[1] | ) |
|  | ) (Jointly Administered) |
|  | ) |
| Debtors. | ) **Hearing Date: July 23, 2026 at 9:30 a.m. (ET)** |
|  | ) **Obj. Deadline: July 16, 2026 at 4:00 p.m. (ET)** |
|  | ) |

## NOTICE OF MOTION OF KIHYUK NAM REGARDING D.I. 35517

TO:   (a) counsel to the FTX Recovery Trust; (b) the Office of the United States Trustee; and (c) to the extent not listed herein, those parties requesting notice pursuant to rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that, on May 4, 2026, Kihyuk Nam filed the Motion for Permission to Use Electronic Case Filing (CM/ECF) [D.I. 35517] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that this Notice of Motion is being filed to provide formal notice of the hearing date and objection deadline with respect to D.I. 35517.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before July 16, 2026 at 4:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, at the same time, you must also serve a copy of any objection upon the undersigned so as to be received no later than 4:00 p.m. (ET) on July 16, 2026.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JULY 23, 2026 AT 9:30 A.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, CHIEF UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  June 1, 2026
        Sejong City, South Korea

                                    Respectfully submitted,


                                    **KIHYUK NAM**

                                    /s/ *Kihyuk Nam*
                                    Kihyuk Nam
                                    84 Jiphyeonse 2-ro
                                    Building 1103, 1204
                                    Sejong City
                                    South Korea
                                    Telephone: (+82) 10-2914-4866
                                    Facsimile: (+82) 0504-197-4866
                                    E-mail: kihyuknam@hanyang.ac.kr

2

996128X100X12XPRI
Kihyuk Nam
84 Jiphyeonseo 2-ro
Bldg 1103, Unit 1204
Sejong City, Sejong City 30141

1*************************SNGLP 480

Clerk's Office
US Bankruptcy Court DE
3rd Floor Clerks Office Attn Judge Owens
824 N Market St
Wilmington, DE 19801-3024