Annex D

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice, which is 100% of the Seller's rights to this claim.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **PAXTIBI LLP** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | 221 W 9th St.<br>Wilmington, DE 19801<br>Tel: +971 504209612<br>Email: paxtibi.xyz@gmail.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Claim Number: 17<br>Schedule Number: 5532459<br>Customer Code: 04637272<br>Confirmation ID: 3265-70-DFYWU-388436846 | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Federico Natali*
    Signed by:
    D5041B50C4DD4BD...
Transferee / Transferee's Agent

Date: 6/8/2026

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of  Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the  filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For  Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Docusign Envelope ID: 35CA7336-D24D-8A57-819A-0AB66D6EF613

## EXHIBIT A

### SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

2026/4/10 16:05                               FTX - Your Scheduled Claim Information and Unique Customer Code

**VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 04637272**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

**BTC[1.0039742902160516]**
**ETH[0.0000100000000000]**
**ETHW[0.0000100000000000]**
**TRX[0.1338132155636000]**
**USD[1379.5765935618665742]**
**USDT[0.0099946270060194]**

FTX Noticing
Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055
Unsubscribe



### KROLL

#### Creditor Data Details - Claim # 17

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Liang Lu as Transferee of Name on File | FTX Trading Ltd. | 17 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 11/20/2022 | 5532459 |
| | | **Confirmation ID** |
| | | 3265-70-DFYWU-388436846 |

**Claim Amounts**

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $21,164.00 | | $21,164.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | $21,164.00 | | $21,164.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

**Transfer History**

| Date Filed | Transfer Document | Transferor | Transferee |
|---|---|---|---|
| 11/07/2025 | Transfer/Assignment of Claim.Receipt Number 10095869 Transfer Agreement 3001 (e) 2 Transferors: Redacted (Claim No. 17) To Liang Lu. Filed by Liang Lu. | Name on File | Name on File |