Docusign Envelope ID: 35CA7336-D24D-8A57-819A-0AB66D6EF612

Annex D

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice, which is 100% of the Seller's rights to this claim.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **PAXTIBI LLP** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | 221 W 9th St.<br>Wilmington, DE 19801<br>Tel: +971 504209612<br>Email: paxtibi.xyz@gmail.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Claim Number: 986<br>Schedule Number: 6724314<br>Customer Code: 06120415<br>Confirmation ID: 3265-70-FUFUT-496437697 | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    *Federico Natali*
Signed by:
D5041B50C4DD4BD...

    Transferee / Transferee's Agent

Date:    6/8/2026

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

Docusign Envelope ID: 35CA7336-D24D-8A57-819A-0AB66D6EF613

## **EXHIBIT A**

### SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM



**KROLL**

### Creditor Data Details - Claim # 986

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Liang Lu as Transferee of Name on File | FTX Trading Ltd. | 986 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 02/24/2023 | 6724314 |
| | | **Confirmation ID** |
| | | 3265-70-FUFUT-496437697 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $1,002,511.29 | | $1,002,511.29 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | $1,002,511.29 | | $1,002,511.29 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Transfer History

| Date Filed | Transfer Document | Transferor | Transferee |
|---|---|---|---|
| 11/04/2025 | Transfer/Assignment of Claim.Receipt Number 10095858 Transfer Agreement 3001 (e) 2 Transferors: Redacted (Claim No. 986) To Liang Lu. Filed by Redacted Redacted. | Name on File | Name on File |

FTX Trading Ltd.     Amended Schedule F1-94 Nonpriority Unsecured Customer Claims

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 06120415 | | BTC[62.24919772], ETH[.00157415], ETHW[.00053313], TRX[.000285], USD[23.58], USDT[1.03566000] | | USD[23.47] |

Annex A