**Exhibit B**

| Name of Transferor(s) | Name of Debtor | Court Claim No. | Notice of Transfer Dkt. No. | Transfer Status |
|---|---|---|---|---|
| Silvergate Bank<br><br>Silvergate Capital Corporation | FTX Services Solutions Ltd. | 4301 | 35008 | Transferred |
| | West Realm Shires Services Inc. | 4302 | 35009 | Transferred |
| | Crypto Bahamas LLC | 4307 | 35010 | Transferred |
| | Maclaurin Investments Ltd. | 4311 | 35011 | Transferred |
| | Goodman Investments Ltd. | 4344 | 35012 | Transferred |
| | Alameda TR Systems S. de R. L. | 4353 | 35013 | Transferred |
| | Hilltop Technology Services LLC | 4358 | 35014 | Transferred |
| | Deck Technologies Holdings LLC | 4361 | 35015 | Transferred |
| | FTX US Trading, Inc. | 4472 | 35016 | Transferred |
| | LT Baskets Ltd. | 4473 | 35017 | Transferred |
| | Technology Services Bahamas Limited | 4481 | 35018 | Transferred |
| | FTX Canada Inc | 4522 | 35019 | Transferred |
| | Clifton Bay Investments LLC | 4534 | 35020 | Transferred |
| | Alameda Research Yankari Ltd | 4535 | 35021 | Transferred |
| | LedgerPrime Digital Asset Opportunities Master Fund LP | 4542 | 35022 | Transferred |
| | FTX Lend Inc. | 4554 | 35023 | Transferred |
| | Alameda Research KK | 4582 | 35024 | Transferred |
| | LedgerPrime LLC | 4583 | 35025 | Transferred |
| | Alameda Research Ltd | 4590 | 35026 | Transferred |
| | Deep Creek Ltd | 4598 | 35027 | Transferred |
| | LedgerPrime Ventures, LP | 4602 | 35028 | Transferred |
| | FTX Digital Holdings (Singapore) Pte Ltd | 4605 | 35029 | Transferred |
| | Blue Ridge Ltd | 4609 | 35030 | Transferred |
| | Verdant Canyon Capital LLC | 4614 | 35031 | Transferred |
| | Clifton Bay Investments Ltd | 4626 | 35032 | Transferred |
| | Digital Custody Inc. | 4630 | 35033 | Transferred |
| | FTX Japan Services KK | 4634 | 35034 | Defective[1] (Dkt. No. 12260.) |

[1] All "Defective" transfers noted herein were deemed so because the applicable FTX Group debtor entity's individual case had been closed prior to the transfer.

| Name of Transferor(s) | Name of Debtor | Court Claim No. | Notice of Transfer Dkt. No. | Transfer Status |
|---|---|---|---|---|
| Silvergate Bank<br><br>Silvergate Capital Corporation | FTX US Services, Inc. | 4638 | 35035 | Transferred |
| | North Dimension Inc | 4640 | 35036 | Transferred |
| | Killarney Lake Investments Ltd | 4642 | 35037 | Defective (Dkt. No. 30997.) |
| | North Dimension Ltd | 4643 | 35038 | Transferred |
| | Hannam Group Inc | 4646 | 35039 | Transferred |
| | FTX Europe AG | 4650 | 35040 | Transferred |
| | Hawaii Digital Assets Inc. | 4655 | 35041 | Transferred |
| | Deck Technologies Inc. | 4658 | 35042 | Transferred |
| | LiquidEX LLC | 4660 | 35043 | Defective (Dkt. No. 3739.) |
| | Quoine Pte Ltd | 4661 | 35044 | Transferred |
| | West Realm Shires Financial Services Inc. | 4667 | 35045 | Transferred |
| | Atlantis Technology Ltd. | 4672 | 35046 | Transferred |
| | North Wireless Dimension Inc. | 4673 | 35047 | Transferred |
| | FTX Japan Holdings K.K. | 4676 | 35048 | Transferred |
| | Island Bay Ventures Inc | 4680 | 35049 | Defective (Dkt. No. 30997.) |
| | Paper Bird Inc | 4683 | 35050 | Transferred |
| | FTX Trading Ltd. | 4684 | 35051 | Transferred |
| | Cedar Grove Technology Services, Ltd. | 4687 | 35052 | Transferred |
| | West Realm Shires Inc. | 4688 | 35053 | Transferred |
| | Pioneer Street Inc. | 4689 | 35054 | Transferred |
| | FTX Japan K.K. | 4691 | 35055 | Defective (Dkt. No. 20560.) |
| | Ledger Holdings Inc. | 4692 | 35056 | Defective (Dkt. No. 30997.) |
| | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | 4695 | 35057 | Defective (Dkt. No. 30997.) |
| | FTX Digital Assets LLC | 4696 | 35058 | Transferred |
| | Cardinal Ventures Ltd | 4699 | 35059 | Transferred |
| | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | 4700 | 35060 | Defective (Dkt. No. 30997.) |
| | Alameda Research LLC | 4702 | 35061 | Transferred |

| Name of Transferor(s) | Name of Debtor | Court Claim No. | Notice of Transfer Dkt. No. | Transfer Status |
|---|---|---|---|---|
| Silvergate Bank<br><br>Silvergate Capital Corporation | Bancroft Way Ltd | 4703 | 35062 | Transferred |
| | Global Compass Dynamics Ltd. | 4706 | 35063 | Transferred |
| | Analisya Pte Ltd | 4709 | 35064 | Defective (Dkt. No. 12260.) |
| | FTX Ventures Ltd. | 4713 | 35065 | Transferred |
| | Cedar Bay Ltd | 4715 | 35066 | Transferred |
| | FTX EMEA Ltd. | 4717 | 35067 | Transferred |
| | Cottonwood Technologies Ltd | 4718 | 35068 | Transferred |
| | FTX Property Holdings Ltd | 4720 | 35069 | Transferred |
| | FTX Equity Record Holdings Ltd | 4721 | 35070 | Transferred |
| | DAAG Trading, DMCC | 4723 | 35071 | Defective (Dkt. No. 3739.) |
| | FTX Marketplace, Inc. | 4726 | 35072 | Transferred |
| | FTX Products (Singapore) Pte Ltd | 4730 | 35073 | Defective (Dkt. No. 12260.) |
| | LedgerPrime Digital Asset Opportunities Fund, LLC | 4735 | 35074 | Transferred |
| | FTX Hong Kong Ltd | 4737 | 35075 | Transferred |
| | FTX Exchange FZE | 4739 | 35076 | Defective (Dkt. No. 2207.) |
| | Alameda Aus Pty Ltd | 4741 | 35077 | Defective (Dkt. No. 12260.) |
| | FTX EU Ltd. | 4742 | 35078 | Defective (Dkt. No. 9585.) |
| | FTX Trading GmbH | 4744 | 35079 | Defective (Dkt. No. 9585.) |
| | GG Trading Terminal Ltd | 4747 | 35080 | Transferred |
| | Liquid Securities Singapore Pte Ltd | 4748 | 35081 | Defective (Dkt. No. 12260.) |
| | Alameda Research (Bahamas) Ltd | 4751 | 35082 | Transferred |
| | Blockfolio, Inc. | 4753 | 35083 | Transferred |
| | Innovatia Ltd | 4757 | 35084 | Defective (Dkt. No. 12260.) |
| | Cottonwood Grove Ltd | 4759 | 35085 | Transferred |
| | Hive Empire Trading Pty Ltd | 4761 | 35086 | Defective (Dkt. No. 30997.) |
| | Zubr Exchange Ltd | 4763 | 35087 | Defective (Dkt. No. 3739.) |
| | Alameda Global Services Ltd. | 4766 | 35088 | Transferred |
| | FTX Certificates GmbH | 4767 | 35089 | Defective (Dkt. No. 9585.) |

| Name of Transferor(s) | Name of Debtor | Court Claim No. | Notice of Transfer Dkt. No. | Transfer Status |
|---|---|---|---|---|
| Silvergate Bank<br><br>Silvergate Capital Corporation | Strategy Ark Collective Ltd. | 4772 | 35090 | Transferred |
| | Liquid Financial USA Inc. | 4774 | 35091 | Defective (Dkt. No. 3739.) |
| | FTX Zuma Ltd | 4775 | 35092 | Transferred |
| | Alameda Research Pte Ltd | 4778 | 35093 | Defective (Dkt. No. 12260.) |
| | Alameda TR Ltd | 4782 | 35094 | Transferred |
| | Euclid Way Ltd | 4784 | 35095 | Transferred |
| | Alameda Research Holdings Inc. | 4789 | 35096 | Transferred |
| | Good Luck Games, LLC | 4791 | 35097 | Transferred |
| | Quoine India Pte Ltd | 4793 | 35098 | Defective (Dkt. No. 12260.) |
| | Allston Way Ltd | 4794 | 35099 | Transferred |
| | Western Concord Enterprises Ltd. | 4797 | 35100 | Transferred |
| | FTX Crypto Services Ltd. | 4798 | 35101 | Defective (Dkt. No. 9585.) |
| | Quoine Vietnam Co. Ltd | 4799 | 35102 | Defective (Dkt. No. 12260.) |
| | West Innovative Barista Ltd. | 4801 | 35103 | Transferred |
| | FTX Switzerland GmbH | 4802 | 35104 | Defective (Dkt. No. 9585.) |
| | FTX Structured Products AG | 4806 | 35105 | Defective (Dkt. No. 9585.) |
| | FTX (Gibraltar) Ltd | 4809 | 35106 | Transferred |
| | Mangrove Cay Ltd | 4841 | 35107 | Transferred |