# EXHIBIT C

Excerpts of *United States v. Bankman-Fried* Trial Transcript

money was taking a long time to be credited to them.

So the two reasons essentially were to make it easier on the settlement team, make their job less hard, and to make processing customer deposits faster.

Q. How involved did the defendant remain in the project after he assigned it to you?

A. He was very involved.

Q. While working on this project, what did you learn about where FTX customer deposits were being made?

A. The North Dimension bank account.

Q. And I think you mentioned this earlier, but who controlled that account?

A. Alameda did.

Q. When you went to work at FTX, was the defendant still operating Alameda, his cryptocurrency trading firm?

A. Yes.

Q. Was Alameda also a customer on the FTX exchange?

A. Yes.

Q. When you worked at FTX, what did you observe about the relationship between FTX and Alameda?

A. It was a very close relationship.

Q. How so?

A. Well, the two companies shared an office, and obviously the same person was the CEO of both.

Q. When you say the same person was the CEO of both, who was

that?

A.   Sam Bankman-Fried.

Q.   So this was before Caroline Ellison was named CEO.

A.   Correct.

Q.   When Alameda traded on FTX and made money, what was your understanding of who was the ultimate beneficiary of Alameda's profits?

A.   Sam and Gary.

Q.   You mentioned that you learned that Alameda was receiving FTX customer deposits through a bank account called North Dimension.

         MS. SASSOON:   If we could take a look at Government Exhibit 568.

Q.   What is this?

A.   These are deposit instructions for ftx.com.

Q.   So are these available to customers on the FTX website?

A.   Yes.

Q.   And if you could look at the top where it says "Where to send the money to – Beneficiary Name – North Dimension," what does that mean?

A.   It means that the name of the bank account—the bank account was under the name North Dimension.

Q.   Which bank account?  Where it says—Let me take a step back.

         Where it says "Wire Instructions" at the top, who is

viewing these wire instructions?

A.   The customer.

Q.   And where it says "Where to send the money to – North Dimension," what information is that relaying?

A.   That's relaying that if they want to deposit money on ftx.com, they should wire the money to a bank account under the name North Dimension Incorporated.

Q.   Where it says below that, "Receiving Bank – Silvergate Bank," what does that mean?

A.   That means the bank that the bank account is in is Silvergate Bank.

Q.   Does it say anywhere here that the customer money is going to Alameda Research?

A.   No.

Q.   As far as you know, did FTX disclose to its customers that the North Dimension account was controlled by Alameda?

         MR. EVERDELL:  Objection.

         THE COURT:  Ground?

         MR. EVERDELL:  Personal knowledge.

         THE COURT:  Overruled.

Q.   As far as you know——

         THE COURT:  I'm sorry.  I overruled.  Are you just repeating your question?

         MS. SASSOON:  Yes.

         THE COURT:  Okay.  Go ahead.

Q.   As far as you know, did FTX disclose to its customers that the North Dimension account was controlled by Alameda Research?

A.   No.

Q.   How did you learn that North Dimension was controlled by Alameda?

A.   I was told by one of Sam, Nishad, or Ryan Salame.

Q.   Who was Ryan Salame?

A.   He was the head of settlements at FTX.

Q.   And who was Ryan Salame's boss?

A.   Sam Bankman-Fried.

Q.   In the conversation where you learned about the North Dimension account, what were you told about North Dimension and why FTX customer money was being sent there?

A.   I was told that FTX couldn't—had had trouble opening its own bank account and so this bank account was being used instead.

Q.   Were you able to successfully automate a process for customers getting credited for their deposits on the exchange, for the money that was going to North Dimension?

A.   Yes.

Q.   About how long did that project take?

A.   About a month or two, maybe.

Q.   Around when was that?

A.   This was sometime in early 2021; maybe between March and June.

A.   Sorry.  Can you repeat the question.

Q.   Of course.  What was the defendant's involvement in using FTX customer money as a source of funds for Alameda in those early days at FTX?

A.   He said that FTX would be a good source of capital, and he set up the system that allowed Alameda to borrow from FTX.

Q.   To your knowledge were customers of FTX ever told that their money was being taken and used by Alameda?

A.   No, not to my knowledge.

Q.   Before the lunch break you described two ways that Alameda took customer money from FTX, so let's talk about those.

What role, if any, did Alameda have with respect to FTX customer fiat or dollar deposits?

A.   Yeah.  Initially, when FTX was getting started, it was hard for it to get bank accounts, so Alameda would receive money in its bank accounts for FTX customer deposits.

Q.   And why were FTX customers depositing money?

A.   Because they wanted to use it to maybe convert into cryptocurrencies or just use as collateral for their trading.

Q.   What was the approximate time frame of Alameda receiving FTX customer money into its bank account?

A.   I recall it happening as early as 2020.  I'm not sure if it was earlier.  And I know that it was still happening to some extent in 2022, though we had largely moved to FTX bank accounts at that point.

Q.   What was the name of one of the entities that was listed for those bank accounts?

A.   North Dimension is the main one I'm aware of.

Q.   Apart from FTX customer funds, as far as you know, did other money get deposited into the North Dimension bank account?

A.   Not that I know of, but I'm not sure about that.

Q.   About how much FTX customer money would you approximate got deposited with Alameda over time on a net basis?

          MR. COHEN:   Objection to form.

          THE COURT:   I don't understand the objection.

          MR. COHEN:   Compound, your Honor.

          THE COURT:   Overruled.

A.   I think it was ballpark of 10 to $20 billion.

Q.   How, if at all, did Alameda keep track of these billions of dollars of customer money that it was accepting into its bank accounts?

A.   There was an account on FTX with the email fiat@ftx.com where, if a customer deposited money into an Alameda bank account, then there would be a negative ledger entry created in this account to offset the money that Alameda was receiving.

Q.   What about if a customer withdrew money from FTX?

A.   It was supposed to—the process was supposed to happen in reverse, though I later learned that there was a bug that prevented this from happening at least some of the time.

Q.   When you say the process was supposed to happen in reverse, do you mean the negative liability was supposed to get less negative?

A.   Yes, that's right.

Q.   And was Alameda paying for those withdrawals?

A.   Yes, we were.

Q.   You testified that approximately billions of dollars went through the Alameda bank account.  Did Alameda maintain most of this FTX customer money in that bank account?

A.   No, we did not.

Q.   What did Alameda do with a portion of that money?

A.   Some of that money was withdrawn to other exchanges, was spent on expenses, was used to repay loans, was used for investments.

Q.   Was some of that money used for something called stablecoin conversion?

A.   Yes, that's right, some of it was.

Q.   What is that?

A.   So a stablecoin is a cryptocurrency that's supposed to track the price of the fiat currency—for example, US dollar. So a USD coin is supposed to be worth the same as a US dollar. So sometimes FTX customers would deposit like US dollars through a bank account and want to withdraw USDC, so Alameda would take the dollars that it deposited, convert them to USDC so they could withdraw.

recipient of the loans listed here?

A.    Sam was.

Q.    And looking at row 48 as an example, it says there was a loan of 20 million on October 1, 2021, that was used for GAP. What is GAP?

A.    GAP stands for Guarding Against Pandemics.  That was Sam's political lobbying organization.

Q.    And what did you learn about how the money to GAP was spent?

A.    I learned that it was spent on donations to congressional candidates and to political action committees.

Q.    Overall, in the summer and fall of 2022, what did you understand about where the money was coming from to make additional venture investments?

A.    I understood that it was coming from Alameda and that Alameda's money was coming from FTX customer funds.

Q.    In your view, by making additional investments in the fall and summer of 2022, what effect did this have on Alameda's ability to repay its debt?

            MR. COHEN:    Objection.  Asked and answered.

            THE COURT:    Sustained.

Q.    Let's turn to November of 2022.

            At a high level, what happened in November of 2022?

A.    Alameda's balance sheet got leaked to CoinDesk, a crypto news outlet.  This caused a general market concern about

Alameda that increased, ultimately FTT went down a lot, and people started withdrawing a lot of money from FTX, and FTX did not have enough assets to meet all of those withdrawals.

Q.    And so what happened?

A.    So FTX and Alameda went bankrupt.

          MS. SASSOON:    Let's pull up Government Exhibit 1087, which is in evidence.

Q.    Let's start first on November 2nd, which is a Wednesday. Where were you on November 2nd?

A.    I was on vacation in Japan.

Q.    And what happened on that day?

A.    Alameda's balance sheet was leaked to CoinDesk.

Q.    And when we're talking about Alameda's balance sheet getting leaked, is this the internal balance sheet or a version of the external balance sheet that was shared with lenders?

A.    This was a version of the external balance sheet that was shared with lenders.

Q.    And what did you do when you learned that Alameda's external balance sheet was leaked?

A.    I——I considered whether to comment for the article and discussed the question in a group with Sam and others but decided not to make any comment.

Q.    Why is that?

A.    I mean, most of the time by default I wouldn't comment on articles, and there wasn't anything we could think of that

seemed like a clearly helpful comment, and I was hoping at the time the news would just blow over.

Q.   What did the leaked balance sheet show?

A.   I mean, it was dishonest so it understated the true extent of Alameda's risk, but it still showed that Alameda was in a fairly risky position and that a lot of this——its assets were FTT and other risky cryptocurrencies.

Q.   What happened in the days immediately following this article that leaked Alameda's balance sheet?

A.   At first not much happened for a couple days, but then concern about Alameda started to grow and eventually FTT started going down and people started withdrawing money in greater numbers from FTX.

Q.   Let's turn to Sunday, November 6th.  Where were you on that day?

A.   At that point I was in Hong Kong, working out of the Hong Kong office.

Q.   And that was Alameda's Hong Kong office?

A.   Yes, that's right.

Q.   How were you communicating with the defendant that day?

A.   Over Signal, and I know we had some phone calls during this period.  I don't remember specifically if there were any on that day.

Q.   With respect to what you described as increased FTX customer withdrawals, what, if anything, was the defendant

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

What do those numbers represent?

A.   That represents the amount of money that FTX customers had withdrawn in the past day and few hours.

Q.   In your experience, was that typical?

A.   No.  Typical was a lot less than that.

Q.   Nishad Singh then wrote you:  Continuing so far at about 120 million an hour.

What is that referring to?

A.   He is saying that there were continued withdrawals, about $120 million dollars' worth, in the past hour.

Q.   You wrote back with a sad face.  Why did you write a sad face?

A.   I mean, I was terrified.  This was what I had been worried about for the past several months and it was finally happening. I thought that at this point everything about FTX and Alameda was going to come out.

Q.   What did the defendant respond?

A.   He responded oof.

Q.   And at this point in time, what was your understanding about whether Alameda or FTX could satisfy all customer withdrawals if they continue to increase?

A.   My understanding was that we could not.

Q.   Why?

A.   Based on the most recent balance sheets.  I think the most recent one we looked at, at around $14 billion that we were

borrowing from FTX, and more like $6 billion of liquid assets that we had on hand.

Q. The balance sheets we looked at also had a number of other assets on the balance sheet. Did that comfort you?

A. Not really. I mean, for one thing, in any sort of market conditions, it would be hard to sell those assets quickly. But also, if people were starting to withdraw in large amounts from FTX, that would be very negative news for FTX's future and, therefore, would mean our FTX equity and FTT holdings would be worth a lot less, if not zero.

Q. Looking at the bottom here you wrote: Ryan is asking me if FTX can meet all withdrawals. What should I say.

Who is Ryan?

A. That's Ryan Salame. He was an employee at FTX.

Q. Why are you asking about what to say to Ryan about whether FTX could meet all withdrawals?

A. I mean, I knew that FTX could not meet all withdrawals, but that was a fact that we had tried to conceal in the past, and I was wondering whether I should continue trying to conceal it or just start being honest with people about it once it was becoming evident.

MS. SASSOON: Can we scroll down to the defendant's message that begins, maybe something like. Stop.

Mr. Bianco, can you zoom in.

Q. Can you read the defendant's message?

Q.   What does it mean to halt withdrawals?

A.   It means to stop FTX customers from continuing to withdraw their funds.

Q.   Did that happen on November 6 or November 7 of 2022?

A.   No, I don't think so.

Q.   What about number 2, send a confident tweet thread?

A.   Yeah.  Sam did do that.

MS. SASSOON:  Let's take a look at Government Exhibit 866.

Q.   I'll focus your attention on number 2:  FTX has enough to cover all client holdings.  We don't investigate client assets, even in treasuries.

On November 7, 2022, was that true?

A.   No, it was not.

Q.   And why not?

A.   Because it says that FTX has enough to cover all client holdings, but, as we have just been seeing from internal documents, FTX only had $4 billion to cover $12 billion of client holdings, and FTX didn't invest assets itself directly; it loaned them to Alameda, who invested them in assets that were much riskier than treasuries.

Q.   Then it says:  We have been processing all withdrawals and will continue to be.

What do you understand about FTX's ability to process all withdrawals?

THE DEPUTY CLERK:  Please remain standing for a moment and please raise your right hand.

(Defendant sworn)

THE DEPUTY CLERK:  Thank you.  Please be seated.

MS. SASSOON:  Your Honor, what's your practice when it comes to objections during a hearing of this nature?

THE COURT:  Well, not having had a hearing of this nature in quite a long time, if ever, I will hear whatever objections there are.  I don't have a practice, in other words.  Seems to me appropriate to hear whatever is to be said.

SAM BANKMAN-FRIED,

the Defendant,

having been duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. COHEN:

Q.  Good afternoon, Mr. Bankman-Fried.

A.  Good afternoon.

Q.  You heard his Honor.  We're only going to cover certain topics today.  So let me start with one topic.

What communications platforms did employees at FTX use?

A.  Internally, the primary platforms used were Slack, Signal, and to some extent Telegram; externally, email and to some extent Telegram, in addition to Slack and Signal.

Q.  What are Slack and Signal?

A.  I believe that's correct.

Q.  And so at that time when you signed the account opening document, you had not had any conversations with lawyers about the permissibility of using the North Dimension account to receive customer funds; is that accurate?

A.  I don't recall having any, no.

Q.  And is it likely you did, given that you are testifying that you didn't know the purpose of the account?

A.  I don't think that I did, but I can't be certain about the order in conversations here.  I'm relying on my memory here, and this was not a thing I was focused on at the time.

        MS. SASSOON:  Well, let's look at Government Exhibit 267.

        Mr. Bianco, if you could pull that up.

Q.  This is the bank account application document you signed, right?

A.  Yes.

        MS. SASSOON:  And if we could just go to the last page.

Q.  That's your signature?

A.  Yes.

Q.  And this is dated December 9, 2020, so you were CEO of Alameda at the time?

A.  Yes.

Q.  And that's a wet signature, right?

A.  I guess it looks like one.

Q.  Sometimes you used DocuSign, right?

A.  Yes.

Q.  In this instance you did not?

A.  It doesn't look like I did.  I don't recall.

Q.  And did you review this document before you signed it?

A.  I reviewed it briefly.

Q.  Did you discuss it with a lawyer before you signed it?

A.  I—it was presented to me by a lawyer.  I didn't have a lengthy discussion with him about it, though.

Q.  Did you have any discussion that you can recall, sitting here today, about this document?

A.  Not other than, I mean, him saying that there's a document for you to sign related to a bank account opening for a subsidiary of Alameda's, and I said, all right.  That's all I can recall from the moment of that signing.  I'm not entirely sure there isn't something I'm not remembering.  I don't recall anything other than that.

Q.  Let's go to the first page.

A.  Mm-hmm.

Q.  And do you see here under 1, it says "Description of business.  Select all that apply"?

A.  Yup, mm-hmm.

Q.  And what's checked is "proprietary trading firm" and "over-the-counter trading firm."

A.  Yup.

Q.  As far as you know, was North Dimension either of those things?

A.  I viewed it to be one.  It was a wholly-owned subsidiary of Alameda, which was both of those things.

Q.  And as far as you understood it, was this bank account used for either of those purposes?

A.  I'm actually not entirely sure all the things that it ended up being used for.

Q.  Did you discuss this section of the application with Dan Friedberg?

A.  I don't recall discussing it with him.

Q.  In the course of preparing for this trial did you review reports of meetings the government had with Dan Friedberg?

A.  I—I'm not sure.  I—I think at least a little bit.  I don't know if I did.

Q.  Did you review the witness notes and materials provided to you by the government?

A.  I reviewed some of them.

Q.  And did you review some of the reports related to Dan Friedberg?

A.  Some, but I believe not all of them.

Q.  And did you read in one of those reports that Friedberg says he could not recall who asked for North Dimension to be formed but it would have been either you or Andy Croghan?

platforms."

What did you mean by that, sir?

A.   Yeah, so what that——that meant, essentially, was that for digital assets, we would have an omnibus wallet that represented the net customer holdings on the exchange, but the profit that FTX as a company had made wouldn't be there.  And in terms of banks, at least by 2022, we had separate bank accounts where net customer assets would be held versus where, again, FTX's profit would be held.  So, you know, FTX had about a billion or two, depending on when you're measuring it, in——in, you know, in revenue.  That would be held in corporate or operating bank accounts, which were separate from where the——where customer——net customer assets would be held, and then same thing for blockchain wallets.

MR. COHEN:  Okay.  We can take this down.

Q.   Now we talked about how to deposit crypto onto the exchange.  How did customers deposit fiat currency onto the exchange?

A.   Yeah.  So that, there were a number of routes, and it changed over time.  Originally, in 2019——really in 2020 I think is when this program started——FTX had not yet been able to get bank accounts in its own name.  It had applied, it was going through that process with banks, but we anticipated that it would take a year or two for it to actually be able to open up a bank account.  And in the interim, a lot of our customers

wanted to be able to wire money to the exchange, to send dollars in in order to buy Bitcoins.  We had a few third-party payment processors we worked with——MasterCard, PayPal, and others——but for bank transfers, the largest was Alameda.  For a period of a year or two, we originally just, in some cases, and ultimately throughout FTX International, gave wire bank account information for an Alameda bank account to customers where they could wire funds in and be credited on FTX to trade.

Q.   What would they see on their FTX account?

A.   What they would see when they went to deposit is the bank account information of Alameda, or whatever Alameda entity had the bank account, and then if they wired the money in, what they would see is if they wired in a thousand dollars, for instance, they would then see a balance of 1,000 USD on their account page.

Q.   And who at Alameda handled the incoming deposits to the Alameda account?

A.   There was a settlements team that was——I think Alameda settlements team was five or ten people, and they were in charge of managing the——everything related to Alameda's bank accounts.

Q.   And you mean settlements with an S, settlements team?

A.   That is correct, yes.

Q.   Now in 2020, when this began, what was your understanding, Mr. Bankman-Fried, of how, if at all, these funds were being

tracked?

A.   I wish I had a better understanding than I did.  My understanding at the time was that there were teams that were managing this process and that to whatever extent there was any borrowing, either from those assets or from others, that it would be reflected in Alameda's info@ account.

Q.   Can you explain that.

A.   Yeah.  So the——effectively, when customers wired funds to Alameda Research's bank account, you know, customer wired a thousand dollars there, that customer then had a balance on FTX of 1,000 US dollars, which they could use to buy Bitcoins or use as margin, as collateral for a margin trade, or whatever else they wanted to do on FTX with it.  But FTX didn't actually custody those dollars.  It didn't have bank accounts to do it with.  Alameda did.  There were a number of things that could have been happening there that I at the time believed could have been happening there.  Alameda could have found a way to transfer those——

          MS. SASSOON:  Objection.

          THE COURT:  Ground?

          MS. SASSOON:  Speculative.  There were things that could have been happening, could have, could have.

          THE COURT:  Mr. Cohen?

          MR. COHEN:  Let me rephrase, your Honor.

BY MR. COHEN:

Alameda still had a net asset value of roughly positive 10 billion. FTX had no holes on its balance sheet. And there had been no attack on the customer assets. And so my view at the time was that the exchange was okay and that there, you know, there was no—no hole in terms of assets.

MR. COHEN: Okay. Now let's call out No. 2, Brian.

Q. You said here, "FTX has enough to cover all client holdings. We don't invest client assets (even in treasuries). We have been processing all withdrawals and will continue to be. Some details on withdrawal speed."

What does this all refer to, Mr. Bankman-Fried?

A. Yeah. So the last thing—the prior thing we looked at was the BTC notes and the banking and stuff. The first pieces of that, FTX itself had effectively no liabilities and just assets. And FTX did not do any investments with customer assets. So FTX just kept the customer assets it held in wallets and bank accounts. We had discussed whether to invest in treasuries. Hadn't done that. And as of the time this was sent, Alameda, which was obviously a large customer on FTX, still had far more in assets than in liabilities.

MR. COHEN: Okay. Okay. You can take that down.

Q. Going into the evening of November 7th, what, if anything, did you observe with respect to customer withdrawals?

A. Yeah. They accelerated to about $4 billion over the course of the day.

Q.   And what did this mean to you?

A.   It meant that we were on the verge of a liquidity crisis.

Q.   Okay.  Now we've spoken several times about hedges.  Do you recall that, sir?

A.   Yes.

Q.   And I think you told us hedges got put on in September.

A.   That's right.

Q.   What effect, if any, did they have now in November?

A.   Well, so far they hadn't been relevant because there hadn't been any market move.  Alameda's assets and liabilities had not, in my understanding at the time, moved that much since mid-June.  That would soon change, though.

Q.   All right.  So you said you thought there was a liquidity issue.  What did you mean by that?

A.   So effectively, going into this, there had been roughly 5 to $10 billion of liquidity on hand, which means ability to immediately process or promptly process liquid customer withdrawals.  That was far more than had been needed before, but in a two-day period, customers had withdrawn about $5 billion of liquid assets.

Q.   What happened going into November 8th in terms of withdrawals?

A.   They were continuing at that same 3-to-$4 billion-a-day clip.

Q.   And did anything else happen that—did anything happen that

exchange, right?

A.   Yeah, especially with various properties.

Q.   Isn't it true that many banks did not want to transact at all with a crypto exchange?

A.   I'm not sure what you mean by "transact with."  Are you——opening a bank account or sending to one?

Q.   Well, isn't it true that many banks did not want to open a bank account for FTX?

A.   Yes, that is true.

Q.   And at that time you were still CEO of Alameda, correct?

A.   Yup.

Q.   And you decided to use Alameda bank accounts to accept FTX customer money, right?

A.   Yup.

Q.   And those bank accounts had not originally been opened for the purpose of receiving FTX customer deposits, right?

A.   That's correct.

Q.   And you knew about this at the time, that Alameda bank accounts would be used to receive customer money, correct?

A.   I knew it was used to receive deposits as of——I think it was 2020, but, yeah.

Q.   And eventually Alameda began receiving FTX customer funds into an account under the name North Dimension, right?

A.   It began receiving deposits into North Dimension, yes.

Q.   And you knew about that when that was happening, right?

NAV1BAN1                          Bankman-Fried - Cross

A.   I learned about that I think after it had been rolled out,
but yes.

Q.   You knew about it in 2020?

A.   I think it was 2020.  I don't remember the exact date.

Q.   Certainly by 2021, correct?

A.   Yup.

          MS. SASSOON:  And let's pull up Government Exhibit 568
in evidence.

Q.   Looking at Government Exhibit 568, while North Dimension
was in use, this is what FTX customers would see when they went
to deposit dollars or fiat to their FTX account, right?

A.   Partly, some of the time.  I think it may have changed over
time.

Q.   For a period of time this is what customers would see,
right?

A.   It looks about right.

Q.   And I believe you testified that you were aware at the time
that FTX had rolled out North Dimension deposit instructions to
its customers, correct?

A.   At some time, yeah.

Q.   When you say "at some time," while those instructions were
active, right?

A.   Yup.

Q.   And looking at these instructions, nowhere does it say here
Alameda, right?

NAV1BAN1                    Bankman-Fried - Cross

Q.  Was it one of your goals?

A.  Sure.

Q.  And you didn't want customers to withdraw their money from FTX, right?

A.  That depends on the context.

Q.  Well—

A.  All else equal, that is correct.

Q.  And on November 7th, among other things, you tweeted, "FTX has enough to cover all client holdings," right?

A.  Yup.

Q.  Your tweet doesn't say Alameda has enough to cover all client holdings, does it?

A.  No, it doesn't.

Q.  And I believe you testified that in this tweet you were referring to the fact that Alameda still had more assets than liabilities, right?

A.  That is only part of what I was referring to.

Q.  Well, when you said, we have enough to cover all client holdings, "FTX has enough to cover all client holdings," you were factoring into that Alameda's balance sheet, right?

A.  That's not quite how I would put it.

Q.  Well, isn't it true, Mr. Bankman-Fried, that on November 7th, FTX itself, if you disregarded Alameda's assets, did not have enough to cover all client holdings?

A.  That's—I don't believe that's correct, no.

NAV1BAN1                        Bankman-Fried - Cross

A.   That is correct.

          MS. SASSOON:   Now if we could scroll down.

Q.   This is a message from you on November 7th at 3:08 a.m.
acknowledging that there was an $8 billion hole even if you
were able to liquidate all these assets in a week, correct?

A.   I don't know that "hole" is the word that I would use, but
liquidity gap, a potential liquidity gap, yes.

Q.   The gap between customer assets, excluding Alameda, and the
amount of money you could come up with in a week was about
$8 billion.

A.   With a few more qualifiers and scoping on it, yes.

Q.   The number you wrote here on the group chat is 8 billion,
right?

A.   Yes, that's right.

Q.   And Modulo, Robinhood, these items that you are including
in FTX assets, those are investments, right?

A.   Yeah.   Sorry.   In—in assets, that is correct.

Q.   You tweeted, didn't you, that "we don't invest client
assets"?

A.   That is correct.

          MS. SASSOON:   We could take that down.

Q.   Now on November 7th, some customers responded to your
tweet, correct?

A.   I think so, yeah.

Q.   And some said in substance that they would not withdraw