**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 26404, 28102, 28103, 28689, 35722 & 35723** |

**NOTICE OF HEARING ON PROPOSED
REDUCTION OF DISPUTED CLAIMS RESERVE**

**PLEASE TAKE NOTICE** that on December 11, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Establishing the Amount of the Disputed Claims Reserve* [D.I. 28689] (the "Order").[2]  The Order, among other things, established a Disputed Claims Reserve based on an aggregate amount of Disputed Claims in the amount of $6.533 billion.

**PLEASE TAKE FURTHER NOTICE** that on May 26, 2026, in accordance with paragraph 6 of the Order, the FTX Recovery Trust filed the *Third Notice of Proposed Reduction of Disputed Claims Reserve Amount* [D.I. 35722] (the "Notice") and the *Declaration of Steven P. Coverick in Support of Proposed Reduction of Disputed Claims Reserve Amount* [D.I. 35723] to adjust the amount of the Disputed Claims Reserve. You were previously served with a copy of the Notice.

**PLEASE TAKE FURTHER NOTICE** that on June 11, 2026, Argent Liquidation Trust

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]   Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Order or the Notice (as defined below).

#25002818v2

filed the *Argent Liquidation Trust's Limited Objection to Third Notice of Proposed Reduction of Disputed Claims Reserve Amount* [D.I. 35808] (the "Response") to the Notice.

PLEASE TAKE FURTHER NOTICE that in accordance with paragraph 6 of the Order, the Notice and the Response shall be considered at a hearing before the Honorable Karen B. Owens at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801 on **June 18, 2026 at 10:30 a.m. (ET)**.

Dated:  June 12, 2026
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450
E-mail:  landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
E-mail:  dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*

-2-

#25002818v2