**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.                    Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| **Loke Weng Keong** | **VenHedge Asset Management, LLC f/k/a Third Web Capital Management, LLC** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to Transferee should be sent: | Confidential Creditor with Unique Customer Code: 00289999 and 00331766 |
| Loke Weng Keong Address: 600 NORTH BRIDGE ROAD, #11-08, PARKVIEW SQUARE, SINGAPORE 188778 Email: Lokewk@proton.me | Name and Address where notices to Transferor should be sent: <u>Address on file</u> |

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 00289999 Claim No. 88116 Schedule No. 6752137 | VenHedge Asset Management, LLC f/k/a Third Web Capital Management, LLC | 100% | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 00331766 Schedule/Claim No. 54545 Schedule No. 6829576 | VenHedge Asset Management, LLC f/k/a Third Web Capital Management, LLC | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Signed by:

By: _____          Date: 5/21/2026 _____
B50EDBDF14004AE...
Name: Loke Weng Keong

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8071/6970891.2

**EVIDENCE OF TRANSFER OF CLAIM**

      TO: Clerk, United States Bankruptcy Court, District of Delaware

VenHedge Asset Management, LLC f/k/a Third Web Capital Management, LLC (with Unique Customer Code: 00289999 and 00331766) ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Loke Weng Keong ("Buyer"), 100% of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled In re: FTX Trading Ltd., et al., and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully identified assigned Claim No 88116 and Schedule No. 6752137 and Claim No 54545 and Schedule No. 6829576; (collectively, the "Claim").

      Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 16 May, 2026.

SELLER:

DocuSigned by:

*Brett Lyons*

By: ___6E5D1B0390E3471..._____

By: VenHedge Asset Management, LLC f/k/a Third Web Capital Management, LLC
Name: Brett Lyons
Title: Managing Partner

BUYER:

Signed by:

By: ___B50EDBDF14004AE..._____
Name: Loke Weng Keong

FTX Trading Ltd. Amended Customer Claim Schedule

| 00289999 | | APT-PERP[0], ATLAS-PERP[0], BTC[8.72007550], BTC-PERP[0], DOGE-1230[0], DOGE-PERP[0], DYDX-PERP[0], ETH[.01], ETH-PERP[0], ETHW[.01], FIL-PERP[0], FTT[.011653], FTT-PERP[0], GRT-PERP[0], LINK-PERP[0], LUNC-PERP[0], MNGO-PERP[0], SOL-PERP[0], SRM[62.5715127], SRM_LOCKED[718.7418753], USD[0.00], USDT[0] |

| 00331766 | | APT-PERP[0], ATOM-PERP[0], BNB-PERP[0], BTC[0.35710911], BTC-PERP[0], DEFI-PERP[0], DOT-PERP[0], ETH[0], ETH-PERP[0], FTM-PERP[0], FTT[0], FTT-PERP[0], GRT-PERP[0], HBAR-PERP[0], HOLY-PERP[0], LEO-PERP[0], LINK-PERP[0], LUNA2_LOCKED[638.6820007], LUNC-PERP[0], MATIC-PERP[0], NFT (32903999602550323]6/FTX Swag Pack #206][1], RSR-PERP[0], SOL[0], SOL-PERP[0], SRM[0.54662655], SRM_LOCKED[315.7679458], USD[102526.35], USDT[0], XTZ-PERP[0], YFI-PERP[0] |

Kroll Website Claim Entry



Docusign Envelope ID: 0A6385AE-E371-8E49-810F-D212325DA886



## Creditor Data Details - Claim # 54545

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Third Web Capital Management LLC as Transferee of Name on File Address on file | FTX Trading Ltd. | 54545 |
| | **Date Filed** | **Schedule Number** |
| | 09/18/2023 | 6829576 |
| | | **Confirmation ID** |
| | | 3265-70-CVQKL-469412241 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 0.35710911138926434 | 0.35710911138926434 |
| CRYPTO | BTC-PERP | ASSERTED | -0.0000000000000826 | -0.0000000000000826 |
| CRYPTO | ETH | ASSERTED | 0.000000004 | 0.000000004 |
| CRYPTO | ETH-PERP | ASSERTED | 0.0000000000002274 | 0.0000000000002274 |
| CRYPTO | FTT | ASSERTED | 0.0000000060877302 | 0.0000000060877302 |
| CRYPTO | LUNA2_LOCKED | ASSERTED | 638.6820007 | 638.6820007 |
| CRYPTO | LUNC-PERP | ASSERTED | -0.0000000000013642 | -0.0000000000013642 |
| CRYPTO | SOL | ASSERTED | 0.0000000052404998 | 0.0000000052404998 |
| CRYPTO | SOL-PERP | ASSERTED | 0.000000000001819 | 0.000000000001819 |
| CRYPTO | SRM | ASSERTED | 0.546626556562916 | 0.546626556562916 |
| CRYPTO | SRM_LOCKED | ASSERTED | 315.7679458 | 315.7679458 |
| CRYPTO | USDT | ASSERTED | 0.0000000078333747 | 0.0000000078333747 |
| FIAT | USD | ASSERTED | 102526.35312801544 | 102526.35312801544 |

### Transfer History

| Date Filed | Transfer Document | Transferor | Transferee |
|---|---|---|---|
| 02/26/2024 | Transfer/Assignment of Claim. Fee Amount $28 Transfer Agreement 3001 (e) 2 Transferor: Name (Redacted) To Third Web Capital Management, LLC. Filed by Third Web Capital Management, LLC. | Name on File | Name on File |