**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*. | Case No. 22-11068 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission

pro hac vice of Daniel M. Perry, of Milbank LLP, to represent the Argent Liquidation Trust in the

above-captioned cases and any and all adversary proceedings.

Dated: June 15, 2026               Respectfully submitted,
       Wilmington, Delaware

                                      */s/ Ethan H. Sulik*
                                      Ethan H. Sulik (No. 7270)
                                      **POTTER ANDERSON & CORROON LLP**
                                      1313 N. Market Street, 6th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 984-6000
                                      Facsimile: (302) 658-1192
                                      Email:   esulik@potteranderson.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: June 15, 2026

/s/ Daniel M. Perry
Daniel M. Perry, Esq.
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: dperry@milbank.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: June 16th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**