**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related to D.I. 35768** |

**NOTICE OF APPEAL**

**Part 1: Identify the appellant(s)**

1.   Name(s) of appellant(s):  Seth Melamed

2.   Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. <br> ☐ Plaintiff <br> ☐ Defendant <br> ☐ Other (describe) _____ | For appeals in a bankruptcy case and not in an adversary proceeding. <br> ☐ Debtor <br> ☒ Creditor <br> ☐ Trustee <br> ☐ Other (describe) _____ |
|---|---|

**Part 2: Identify the subject of this appeal**

1.   Describe the judgment—or the appealable order or decree—from which the appeal is taken:

*Order Granting FTX Recovery Trust's Motion To Enforce Prior Orders That Preclude Seth Melamed From Asserting New Claims In Arbitration* [D.I. 35768], a copy of which is attached hereto as **Exhibit A.**

2.   State the date on which the judgment—or the appealable order or decree—was

entered:  June 2, 2026

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## **Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Appellant: | Counsel to Appellant: |
|---|---|
| Seth Melamed | **McCARTER & ENGLISH, LLP**<br>Kate R. Buck<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>Facsimile (302) 984-6399<br>kbuck@mccarter.com<br>-  and  -<br>David J. Adler (admitted *pro hac vice*)<br>250 W. 55th Street, 13th Floor<br>New York, New York 10019<br>Telephone: (212) 609-6847<br>Facsimile: (212) 609-6921<br>dadler@mccarter.com |
| **Appellee:**<br><br>FTX Recovery Trust | **Counsel to Appellee:**<br><br>**LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>Kimberly A. Brown<br>Matthew R. Pierce<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>E-mail: landis@lrclaw.com<br>mcguire@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christopher J. Dunne (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>E-mail: *dietdericha@sullcrom.com*<br>*gluecksteinb@sullcrom.com*<br>*dunnec@sullcrom.com*<br>*kranzleya@sullcrom.com* |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

Not applicable.


**Part 5: Sign below**


Dated: June 16, 2026
      Wilmington, Delaware

                                         Respectfully submitted,

                                         **McCARTER & ENGLISH, LLP**

                                         /s/ Kate R. Buck
  Kate R. Buck (No. 5140) Renaissance Centre
  405 North King Street, 8th Floor
  Wilmington, Delaware 19801
  Telephone: (302) 984-6300
  Facsimile (302) 984-6399
  kbuck@mccarter.com

  - and –

  David J. Adler (admitted *pro hac vice*)
  250 W. 55th Street, 13th Floor
  New York, New York 10019
  Telephone: (212) 609-6847
  Facsimile: (212) 609-6921
  dadler@mccarter.com

  *Counsel to Seth Melamed*