## EXHIBIT A

**Proposed Form of Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | **Chapter 11** |
| FTX TRADING, LTD., *et al.*,[1] | **Case No. 22-11068 (KBO)** |
| Debtors. | **(Jointly Administered)** |

**ORDER GRANTING MOTION OF SETH MELAMED FOR RECONSIDERATION OF THE JUNE 2, 2026 ORDER [D.I. 35768] PURSUANT TO 11 U.S.C. § 502(j) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 3008, 9023, AND 9024**

Upon the Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 35768] pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008, 9023, and 9024 (the "Motion"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Motion and the record before this Court; and responses (if any) to the Motion having been withdrawn, resolved, or overruled on the merits; and this Court having found and determined that the relief set forth in this Order is appropriate and just; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

---

[1]The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Upon reconsideration, the *Order Granting the Motion of the FTX Recovery Trust to Enforce Prior Orders* [D.I. 35768] entered on June 2, 2026 is hereby vacated.

3.      This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

4.      Except as stated herein, this Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation of this Order.


Dated: _____
Wilmington, Delaware

                                        _____
                                        The Honorable Karen B. Owens
                                        Chief United States Bankruptcy Judge