**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | **Chapter 11** |
| FTX TRADING, LTD., *et al.*,[1] | **Case No. 22-11068 (KBO)** |
| Debtors. | **(Jointly Administered)** |
| | **Hearing Date: July 23, 2026 at 9:30 a.m. (ET)**<br>**Objection Deadline: July 16, 2026 at 4:00 p.m. (ET)**<br>**Related to D.I. 35243, 35411, 35768, 32057 & 32058** |

## <u>NOTICE OF MOTION</u>

TO:   (a) the U.S. Trustee; (b) the United States Department of Justice; (c) the United States Attorney for the District of Delaware; (d) counsel to the FTX Recovery Trust; and (e) to the extent not listed herein, those parties requesting notice pursuant to rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE THAT** on June 16, 2026, Seth Melamed ("<u>Movant</u>") filed the *Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 35768] Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008, 9023, And 9024* (the "<u>Motion</u>"), seeking reconsideration of the Court's Order [D.I. 35768].  You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 16, 2026 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on July 16, 2026.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **July 23, 2026 at 9:30 a.m (ET)** before the Honorable Karen B. Owens, Chief United States Bankruptcy Court Judge, in The United States Bankruptcy Court For The District Of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated: June 16, 2026
       Wilmington, Delaware

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

/s/ Kate R. Buck
Kate R. Buck (No. 5140)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com

-  and  –

David J. Adler (admitted *pro hac vice*)
250 W. 55th Street, 13th Floor
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
dadler@mccarter.com

*Counsel to Seth Melamed*

2