# Exhibit C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | . | Chapter 11 |
| IN RE: | . | |
| | . | Case No. 22-11068 (KBO) |
| FTX TRADING LTD, et al, | . | |
| | . | 824 Market Street |
| | . | Wilmington, Delaware 19801 |
| Debtors. | . | |
| . . . . . . . . . . . . . . . . | . | Thursday, May 14, 2026 |
| FTX RECOVERY TRUST, | . | |
| | . | |
| Plaintiff, | . | |
| vs. | . | Adv. Proc. No. 24-50188(KBO) |
| | . | |
| FORIS DAX MT LTD., FORIS DAX | . | |
| ASIA PTE. LTD., FORIS DAX, | . | |
| INC., and IRON BLOCK CAPITAL, | . | |
| | . | |
| Defendants. | . | |
| . . . . . . . . . . . . . . . . | | |
| | | |
| FTX RECOVERY TRUST, | . | |
| Plaintiff, | . | |
| vs. | . | Adv. Proc. No. 24-50214(KBO) |
| | . | |
| MANIFOLD MARKETS, INC., | . | |
| MANIFOLD FOR CHARITY, INC., | . | |
| ROSS RHEINGANS-YOO, and FTX | . | |
| PHILANTHROPY, INC., | . | |
| | . | |
| Defendants. | . | |
| . . . . . . . . . . . . . . . . | | |

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE KAREN B. OWENS
CHIEF UNITED STATES BANKRUPTCY JUDGE

Audio Operator:           Electronically Recorded
                          by Kim Ross, ECRO

Transcription Company:    Reliable
                          1007 N. Orange Street
                          Wilmington, Delaware 19801
                          (302)654-8080
                          Email:  gmatthews@reliable-co.com

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

to pursue that.

You know, Your Honor might say that the fraud claim -- you cannot recover on a fraud claim. Okay? But those representations, misrepresentations, and breach of warranty serve as the basis for the indemnity claim for the crypto consideration.

THE COURT: Okay.

MR. ADLER: Moving forward, Your Honor, we get to the --

THE COURT: Should I give any weight to Section (k) that says "and all causes of action relating to any of the foregoing"?

MR. ADLER: I'm sorry?

THE COURT: Should we just ignore Subsection (k) of the settlement that says and it releases all causes of action relating to any of the foregoing?

MR. ADLER: Let me see, hold on. I have to read this.

THE COURT: So I'm under 5.2.

MR. ADLER: "All causes of action relating to any of the foregoing."

Your Honor, I am struggling with the fact that a global settlement could remove a contractual provision that a party has.

THE COURT: But you were there at the confirmation

hearing.  Actually, I was not.

MR. ADLER:  Well, part --

THE COURT:  You were there, right?  Correct?

MR. ADLER:  Yes.

THE COURT:  Your client was there.  They were -- you were objecting, I understand.

MR. ADLER:  Yes.

THE COURT:  You appealed the confirmation order and it went forward on that basis.

MR. ADLER:  Right.

THE COURT:  This is an important part of the plan, in my understanding, because it would be difficult to prosecute all of these types of allegations and claims given the facts of the case, and it would have been to the detriment of the claimants to have allowed others to pursue such difficult claims.

MR. ADLER:  Right.

THE COURT:  I thought that that was -- and I could be wrong, but that was my understanding of the necessity for the settlement.

MR. ADLER:  Okay.  My -- I mean, Mr. Glueckstein is the expert on this --

THE COURT:  Right.

MR. ADLER:  -- I will say that from the start.  But my understanding is that this was a settlement between the