**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                              Plaintiff,<br><br>                    - against -<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>                              Defendants. | Adv. Pro. No. 24-50188 (KBO) |
| FTX RECOVERY TRUST,<br><br>                              Plaintiff,<br><br>                    - against -<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>                              Defendants. | Adv. Pro. No. 24-50214 (KBO) |

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

#25002870v1

FTX RECOVERY TRUST,

                Plaintiff,

              - against -

CRYPTO LOTUS FUND B INTERNATIONAL, LTD.,

                Defendant.

Adv. Pro. No. 26-50256 (KBO)

**AMENDED² NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 18, 2026 AT 10:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**

**Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

## ADJOURNED MATTERS:

1.     Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

    Status: This matter is adjourned to a date to be determined.

## ADJOURNED MATTERS – ADVERSARY PROCEEDINGS:

2.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on

---

**2**    **Amended items appear in bold.**

December 13, 2024]

Status: This matter is adjourned to a date to be determined.

3.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

Status: This matter is adjourned to a date to be determined.

4.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Crypto Lotus Fund B International, Ltd.*, Adv. No. 26-50256 – Adv. D.I. 6 & 7, filed on May 12, 2026]

Status: This matter is adjourned to the hearing scheduled for July 23, 2026.

**MATTER GOING FORWARD**:

5.  Third Notice of Proposed Reduction of Disputed Claims Reserve Amount [D.I. 35722, filed on May 26, 2026]

Objection Deadline: June 9, 2026; extended for Argent Liquidation Trust to June 11, 2026

Responses Received:

A.  Argent Liquidation Trust's Limited Objection to Third Notice of Proposed Reduction of Disputed Claims Reserve Amount [D.I. 35808, filed on June 11, 2026]

Related Documents:

A.  Declaration of Steven P. Coverick in Support of Third Notice of Proposed Reduction of Disputed Claims Reserve Amount [D.I. 35723, filed on May 26, 2026]

B.  Notice of Hearing on Proposed Reduction of Disputed Claims Reserve [D.I. 35809, filed on June 12, 2026]

C.  **FTX Recovery Trust's Response to Argent Liquidation Trust's Limited Objection to Third Notice of Proposed Reduction of Disputed Claims Reserve Amount [D.I. 35828, filed June 16, 2026]**

Status: This matter is going forward.

#25002870v1

Dated: June 17, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        mcguire@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*

- 4 -

#25002870v1