# SIGN – IN SHEET

CASE NAME: FTX Trading Ltd.

COURTROOM: 3

CASE NO.: 22-11068-KBO

DATE: June 18, 2026 10:30 AM

Case 22-11068-KBO   Doc 35837   Filed 06/18/26   Page 1 of 6

## PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dan Perum | Milbank | Argent Liquidating Trust |
| Lauren Doyle | " | " |
| Hannah Blazek | " | " |
| Zois Manaris | " | " |
| Katherine Good | Potter Anderson | " |
| Greg Flasser | " | " |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Name | Law Firm | Client Representing |
|---|---|---|
| Brian Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Stephen H. Clarke | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Matthew B. McGuire | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| George A. Williams | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Stuart Brown/Dennis O'Donnell    DLA Piper | | |
| | | |
| | | |
| | | |
| | | |

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alex | | Bisogno | abisogno@willkie.com | Willkie Farr & Gallagher LLP | 787 Seventh Ave | | New York | NY | 10017 | 212-728-3049 | | 26-50256-KBO | FTX Recovery Trust v. Crypto Lotus Fund B Internatio nal, Ltd. | Video and Audio |
| William | | Collins | wcollins@willkie.com | Willkie Farr & Gallagher LLP | 787 Seventh Ave | | New York | NY | 10017 | 212-728-3115 | | 26-50256-KBO | FTX Recovery Trust v. Crypto Lotus Fund B Internatio nal, Ltd. | Video and Audio |
| Jessica | | Flynn | jflynn@willkie.com | Willkie Farr & Gallagher LLP | 787 Seventh Ave | | New York | NY | 10017 | 212-728-3770 | | 26-50256-KBO | FTX Recovery Trust v. Crypto Lotus Fund B Internatio nal, Ltd. | Video and Audio |
| Alexandra | | Hough | ahough@willkie.com | Willkie Farr & Gallagher LLP | 787 Seventh Ave | | New York | NY | 10017 | 212-728-5567 | | 26-50256-KBO | FTX Recovery Trust v. Crypto Lotus Fund B Internatio nal, Ltd. | Video and Audio |
| Michael | | Rogers | michaelrogers@eversheds-sutherland.com | Eversheds Sutherland (US) LLP | 227 West Monroe Street | Ste 6000 | Chicago | IL | | 3.13E+09 | | 26-50256-KBO | FTX Recovery Trust v. Crypto Lotus Fund B Internatio nal, Ltd. | Audio Only |
| Landis Rath | & Cobb LLP | | ramirez@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market | Suite 1800 | Wilmingto n | DE | 19801 | 3.02E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Michele | | Angell | mangell@westermanllp.com | Westerman Ball Ederer Miller Zucker & Sharfstein | 1201 RXR Plaza | | Uniondale | NY | 11556 | 516-622-9200 | Wewei Ji, Liu Jing, Shengkun Ji, SCI Ventures | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Hills Road | | White Plains | NY | 10603 | 9.14E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Stepan | G | Atamian | atamians@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | (212) 558-4000 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Brett | | Bakemeye r | brett.bakemeyer@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819-8200 | Foreign Represent atives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Middle | Last | Email | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Party | Case | Debtor | Media |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nicholas | | Baker | nbaker@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Aziza | | Benasker | aziza@benasker.com | | 47 Rue cler | (Rdrct 22 rue des Fillettes 75018) | Paris | | 75007 | 0779548036 | Creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Hannah | | Blazek | hblazek@milbank.com | Milbank LLP | 1101 New York Avenue NW | | Washington | DC | 20005 | 202-835-7500 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kimberly | A. | Brown | brown@lrclaw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Daizhuo | | Chen | chendaizhuo@gmail.com | | 7080 W Rome Blvd | | Las Vegas | NV | 89131 | 6.46E+09 | Self | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Maria | | Chutchian | mchutchian@bloombergindustry.com | Bloomberg Law | 5 Saint Charles Place | &#035;2 | Brooklyn | NY | 11216 | 207-751-7968 | Media | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jordan | M | Cohen | cohenjm@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | (212) 558-4000 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Lauren | | Doyle | ldoyle@milbank.com | Milbank | 55 Hudson Yards | | New York | NY | 10001 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Dennis | | Dunne | ddunne@miilbank.com | Milbank | 55 Hudson Yards | | New York | NY | 10001 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jonah | L | Eber | jeber@haincapital.com | Hain | 301 Route 17 | | North Rutherford | NJ | 07070 | 2.02E+09 | creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Gregory | Joseph | Flasser | gflasser@potteranderson.com | Potter Anderson & Corroon LLP | 1313 North Market Street | Ste 6th Floor | Wilmington | DE | 19801 | 302-984-6058 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Chad | | Flick | cflick@hudsonbaycapial.com | | 290 Harbor Drive | | Stamford | CT | 06902 | 203-718-5691 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Chad | | Flick | cflick@hudsonbaycapital.com | | 290 Harbor Drive | | Stamford | CT | 06902 | 203-718-5691 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Brooke | | Giddon | brooke.giddon@davispolk.com | | 450 Lexington Avenue | | New York | NY | 10017 | 3.32E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Brooke | | Giddon | brooke.giddon@davispolk.com | | 450 Lexington Avenue | | New York | NY | 10017 | 9.18E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| L. Katherine | | Good | kgood@potteranderson.com | Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | 302-984-6049 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Address 2 | City | State | Zip | Phone | Party | Case | Debtor | Appearance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Taylor | | Harrison | taylor.harrison@iongroup.com | | 1345 Sixth Avenue | | New York | NY | | 8.6E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Batoul | S.A. | Husain | batoul.husain@stblaw.com | Simpson Thacher & Bartlett LLP | 900 G Street, N.W. | | Washington | DC | 20001 | 212-455-2000 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Batoul | S.A. | Husain | batoul.husain@stblaw.com | Simpson Thacher & Bartlett LLP | 900 G Street, N.W. | | Washington | DC | 20001 | 2.13E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Vladimir | | Jelisavcic | vjel@cherokeeacq.com | Cherokee Acquisitions | 1384 Broadway, Suite 906 | | New York | NY | 10018 | 212-259-4305 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Justin | | Kane | justin.kane@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | DC | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kevin | | Kim | kimys@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | (212) 558-4000 | FTXRecovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexa | J | Kranzley | kranzleya@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | (212) 558-4000 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Landis Rath & Cobb LLP | | Landis Rath & Cobb LLP | ford@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | Wilmington | DE | 19899 | 3.02E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Andrew | | LeBlanc | Aleblanc@milbank.com | Milbank | 1850 K. Street NW | Suite 1100 | Washington | DC | 20006 | 2.03E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Johghyun | | Lee | jlee7@milbank.com | Milbank LLP | 1101 New York Avenue NW | | Washington | DC | 20005 | 202-835-7500 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mike | | Legge | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Zois | | Manaris | zmanaris@milbank.com | Milbank LLP | 1101 New York Avenue NW | | Washington | DC | 20005 | 202-835-7500 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kristin | | McCloskey | kmccloskey@potteranderson.com | Potter Anderson & Corroon LLP | 1313 N. Market St. | Suite 1100 | Wilmington | DE | 19801 | 3.03E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Keith | | McCormack | kmccormack@contrariancapital.com | | 411 West Putnam Avenue, Suite 425 | | Greenwich | CT | 06830 | 2.04E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Matthew | B. | McGuire | mcguire@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Daniel | | Perry | dperry@miilbank.com | Milbank | 55 Hudson Yards | | New York | NY | 10001 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Mid | Last | Email | Firm | Address | Address 2 | City | State | Zip | Phone | Party | Case | Debtor | Access |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matthew | R | Pierce | Pierce@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 x452 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mr. | | Purple | mr.purple.dj@gmail.com | | 1060 West Addison | | Chicago | IL | 12345 | 8.01E+09 | FTX Creditors | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jonathan | | Randles | jrandles5@bloomberg.net | | 731 Lexington Ave | | New York | NY | 10027 | 714-932-5005 | Bloomberg News | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Elizabeth | A. | Rogers | erogers@lrclaw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite &#035;1800 | Wilmington | DE | 19801 | 302-467-4435 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Michael | | Rogers | michaelrogers@eversheds-sutherland.com | Eversheds Sutherland (US) LLP | 227 West Monroe Street | Ste 6000 | Chicago | IL | 60606 | 3.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Melissa | L | Romano | mromano@potteranderson.com | | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | 302-984-6000 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| BRANDON | | SOLOMON | brandonsolomon390@gmail.com | | 902 WAVERLY AVE | BRICK HOUSE | Florence | SC | 29501-3448 | 8.43E+09 | Brandon Solomon | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexander | R. | Steiger | steiger@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Yuan | C | Tao | taoy@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | The FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kana | M | Turley | turleyk@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | The FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Daniel | | Unkovic | dlu@dunkovic.com | | 48 26th St | Suite 3700 | Pittsburgh | PA | 15222 | 7.25E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Melanie | | Westover Yanez | mwyanez@milbank.com | Milbank LLP | 1101 New York Avenue NW | | Washington | DC | 20005 | 202-835-7500 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| George | A | Williams | williams@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Becky | | Yerak | becky.yerak@wsj.com | Wall Street Journal | 401 JUSTISON ST | suite 347 | Wilmington | DE | 19801 | 3.13E+09 | News Corp | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jonathan | | Youngwood | jyoungwood@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |