**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Case No. 22-11068 (JTD) |
|  | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

Name of Transferee:
**OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.**

Name of Transferor:
**LUX TOTAL OPPORTUNITIES, L.P.**

Name and Address where notices to transferee should be sent:

**OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.**
1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
cmclafferty@oaktreecapital.com
vofacctng@oaktreecapital.com

Name and Address where notices to transferors should be sent:

**LUX TOTAL OPPORTUNITIES, L.P.**
920 Broadway, 11th Floor
New York, NY 10010
Attention: Steven Brody
Email: steve.brody@luxcapital.com

032-8704/9113222.1

Type and Amount of Interest Transferred:

| FTX Series A Preferred | FTX Series B Preferred | FTX Series B-1 Preferred | FTX Series C Preferred |
|---|---|---|---|
| -0- | -0- | -0- | 57,333 |
| FTX Common | WRS Series A Preferred | WRS Class A Common | WRS Class B Common |
| -0- | 1,163,020 | -0- | -0- |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.**

By: Oaktree Value Opportunities Fund GP, L.P.
its: General Partner
By: Oaktree Value Opportunities Fund GP, Ltd.
its: General Partner
By: Oaktree Capital Management, L.P.
its: Director

By: _____
Name:   Colin McLafferty
Title:  Senior Vice President

By: _____
Name:   Steven Tesoriere
Title:  Managing Director

Transferor

**LUX TOTAL OPPORTUNITIES, L.P.**

By: _____
Name: Steven Brody
Title: Partner, Operations

032-8704/9113222.1