**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | ) |
|  | ) Chapter 11 |
| Debtors. | ) |
|  | ) Case No. 22-11068 (JTD) |
|  | ) (Jointly Administered) |
|  | ) |

**NOTICE OF TRANSFER OF EQUITY INTEREST**

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

Name of Transferee:
**OAKTREE PHOENIX INVESTMENT FUND, L.P.**

Name of Transferor:
**LUX TOTAL OPPORTUNITIES, L.P.**

Name and Address where notices to transferee should be sent:

**OAKTREE PHOENIX INVESTMENT FUND, L.P.**
1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
cmclafferty@oaktreecapital.com
vofacctng@oaktreecapital.com

Name and Address where notices to transferors should be sent:

**LUX TOTAL OPPORTUNITIES, L.P.**
920 Broadway, 11th Floor
New York, NY 10010
Attention: Steven Brody
Email: steve.brody@luxcapital.com

032-8704/9113220.1

Type and Amount of Interest Transferred:

| FTX Series A Preferred -0- | FTX Series B Preferred -0- | FTX Series B-1 Preferred -0- | FTX Series C Preferred 7,454 |
|---|---|---|---|
| FTX Common -0- | WRS Series A Preferred 151,203 | WRS Class A Common -0- | WRS Class B Common -0- |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**OAKTREE PHOENIX INVESTMENT FUND, L.P.**

By: Oaktree Phoenix Investment Fund GP, L.P.
Its: General Partner
By: Oaktree Phoenix Investment Fund GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

DocuSigned by:
*Colin McLafferty*
6CAA40B708FE400...

By: _____
Name:   Colin McLafferty
Title:  Senior Vice President

Signed by:
*Steve Tesoriere*
014E552806634AA...

By: _____
Name:   Steven Tesoriere
Title: Managing Director

Transferor

**LUX TOTAL OPPORTUNITIES, L.P.**

DocuSigned by:
*Steven Brody*
87816ABAF3784B4...

By: _____
Name: Steven Brody
Title: Partner, Operations

032-8704/9113220.1