**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) ) | Chapter 11 |
| Debtors. | ) ) ) | Case No. 22-11068 (JTD) (Jointly Administered) |
|  | ) ) |  |

## NOTICE OF TRANSFER OF EQUITY INTEREST

Transferee hereby gives evidence and notice of the transfer of the equity interest referenced in this evidence and notice.

Name of Transferee:
**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

Name of Transferor:
**LUX TOTAL OPPORTUNITIES, L.P.**

Name and Address where notices to transferee should be sent:

**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**
1301 Avenue of the Americas
34th Floor
New York, NY 10019
Attention: Colin McLafferty
cmclafferty@oaktreecapital.com
vofacctng@oaktreecapital.com

Name and Address where notices to transferors should be sent:

**LUX TOTAL OPPORTUNITIES, L.P.**
920 Broadway, 11th Floor
New York, NY 10010
Attention: Steven Brody
Email: steve.brody@luxcapital.com

032-8704/9113221.1

Type and Amount of Interest Transferred:

| FTX Series A Preferred<br><br>-0- | FTX Series B Preferred<br><br>-0- | FTX Series B-1 Preferred<br>-0- | FTX Series C Preferred<br><br>27,248 |
|---|---|---|---|
| FTX Common<br>-0- | WRS Series A Preferred<br><br>552,735 | WRS Class A Common<br><br>-0- | WRS Class B Common<br><br>-0- |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee

**OAKTREE LONDON LIQUID VALUE OPPORTUNITIES FUND (VOF), L.P.**

By: Oaktree London Liquid Value Opportunities Fund (VOF) GP, L.P.
Its: General Partner
By: Oaktree London Liquid Value Opportunities GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

By: _____ *Colin McLafferty*
Name: Colin McLafferty
Title: Senior Vice President

By: _____ *Steve Tesoriere*
Name: Steve Tesoriere
Title: Managing Director

Transferor

**LUX TOTAL OPPORTUNITIES, L.P.**

By: _____ *Steven Brody*
Name: Steven Brody
Title: Partner, Operations

032-8704/9113221.1