**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 28689, 35722, 35808, 35828 & 35830** |

### CERTIFICATION OF COUNSEL

I, Matthew B. McGuire, counsel to the FTX Recovery Trust,[2] hereby certify as follows to the best of my knowledge, information and belief:

1.      On November 20, 2024, the Debtors filed the *Motion of Debtors for Entry of an Order Establishing the Amount of the Disputed Claims Reserve* [D.I. 28102] (the "Motion").

2.      On December 11, 2024, the Court granted the Motion and entered the *Order Establishing the Amount of the Disputed Claims Reserve* [D.I. 28689] (the "Disputed Claims Reserve Order"). The Disputed Claims Reserve Order, among other things, established a Disputed Claims Reserve based on an aggregate amount of Disputed Claims in an amount of $6.533 billion (the "Original Reserve Amount").

3.      On June 27, 2025, in accordance with paragraph 6 of the Disputed Claims Reserve Order, the FTX Recovery Trust filed the *Notice of Proposed Reduction of Disputed Claims Reserve Amount* [D.I. 31085] (the "Notice") to adjust the Original Reserve Amount by $1.93 billion to

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]   The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1] (the "Plan"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

$4.599 billion (the "Revised Reserve Amount").

4.  On July 23, 2025, the Court entered the *Order Reducing the Amount of the Disputed Claims Reserve* [D.I. 31822] reducing the Disputed Claims Reserve to the Revised Reserve Amount.

5.  On January 13, 2026, in accordance with paragraph 6 of the Disputed Claims Reserve Order, the FTX Recovery Trust filed the *Second Amended Notice of Proposed Reduction of Disputed Claims Reserve Amount* [D.I. 34406] (the "Second Notice") to adjust the Revised Reserve Amount by $2.22 billion to $2.38 billion (the "Second Revised Reserve Amount").

6.  On January 29, 2026, the Court entered the *Order Reducing the Amount of the Disputed Claims Reserve* [D.I. 34610] reducing the Disputed Claims Reserve to the Second Revised Reserve Amount.

7.  On May 26, 2026, the FTX Recovery Trust filed the *Third Notice of Proposed Reduction of Disputed Claims Reserve Amount* [D.I. 35722] (the "Third Notice") to adjust the Second Revised Reserve Amount by $600 million to $1.78 billion (the "Third Revised Reserve Amount").

8.  On June 11, 2026, Argent Liquidation Trust ("Argent") filed a limited objection to the Third Notice [D.I. 35808] (the "Argent Objection").

9.  On June 16, 2026, the FTX Recovery Trust filed a response to the Argent Objection [D.I. 35828] (the "Response").

10.  On June 17, 2026, Xiao Haidong filed a joinder to the Argent Objection [D.I. 35830] (the "Joinder" and together with the Argent Objection, the "Objections").

11.  On June 18, 2026, the Court held a hearing (the "Hearing") to consider, among other things, the Third Notice and the FTX Recovery Trust's proposed reduction of the Second

Revised Reserve Amount.

12.     Consistent with the record at the Hearing and in accordance with the Disputed Claims Reserve Order, the FTX Recovery Trust hereby submits a proposed form of order (the "Proposed Order"), attached hereto as **Exhibit A**, approving the Third Revised Reserve Amount. In accordance with the Court's electronic order processing procedures, a copy of the Proposed Order shall be uploaded to CM/ECF.

13.     Accordingly, the FTX Recovery Trust respectfully requests that the Court enter the Proposed Order at its earliest convenience.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: June 18, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      mcguire@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*