UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:**  22-11068                    BK ◉ AP ○

If AP, related BK case number:

**Title of Order Appealed:**  Order Granting FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration

**Docket #:** 35768              **Date Entered:** 6/2/26

Item Transmitted:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | **Notice of Appeal** | **Docket #:** | 35825 | **Date Filed:** | 6/16/26 |
| ☐ | **Amended Notice of Appeal** | **Docket #:** | | **Date Filed:** | |
| ☐ | **Cross Appeal** | **Docket #:** | | **Date Filed:** | |
| ☐ | **Motion for Leave to Appeal** | **Docket #:** | | **Date Filed:** | |
| ☐ | **Request for Certification of Direct Appeal** | **Docket #:** | | **Date Filed:** | |

**Appellant/Cross Appellant:**

Seth Melamed

**Appellee/Cross Appellee**

FTX Recovery Trust

**Counsel for Appellant/Cross Appellant:**

Kate R. Buck
405 N. King St, 8th Floor
Wilmington, DE  19801

(Additional attorney listed on appeal)

**Counsel for Appellee/Cross Appellee:**

Adam G. Landis, Matthew B. McGuire, Kimberly A. Brown and Matthew R. Pierce
919 N. Market St, Suite 1800
Wilmington, DE  19801
(Additional attorneys listed on appeal)

| | | | | |
|---|---|---|---|---|
| **Filing fee paid?** | **Yes** ◉ | **No** ○ |
| **IFP application filed by applicant?** | **Yes** ○ | **No** ◉ |
| **Have additional appeals of the same order been filed?** | **Yes** ○ | **No** ◉ |
| ***If Yes, has District Court assigned a Civil Action Number?** | **Yes** ○ | **No** ◉ |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**  (Appellant contemporaneously filed a Motion for Reconsideration of the above order with the bankruptcy court)

*I hereby certify that all designated items are available electronically through CM/ECF.*

/s/Kimberly Ross

**Date:** 6/22/26                    **by:**_____

                                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    26-40