**CULLEN AND DYKMAN LLP**
Michelle McMahon, DE Bar No. 3900
One Battery Park Plaza, 34th Fl.
New York, New York 10004
(212) 510-2296
Email: mmcmahon@cullenllp.com

*Attorneys for Qingdao BitJungle Technology Co., Ltd,*
*acting as a representative of Mr. Qiu Weidong.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**AFFIRMATION OF QINGDAO BITJUNGLE TECHNOLOGY CO., LTD  IN SUPPORT OF MOTION FOR AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AUTHORIZING THE PRODUCTION OF DOCUMENTS AND INFORMATION AND, IN THE ALTERNATIVE, FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

I, Ding Haisheng, declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an authorized representative of Qingdao BitJungle Technology Co., Ltd. ("**BitJungle**"). I am a citizen and resident of the People's Republic of China. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently to the facts stated herein, except where indicated upon information and belief. As to those matters, I believe them to be true, and the source of my belief is set forth as indicated.

2. I submit this affirmation in support of BitJungle's motion seeking relief pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure 2004 and 28 U.S.C. § 1782, for the

1

disclosure of certain information and records by FTX Trading Ltd. and its affiliated entities (the "**Motion**").[1]

3.      BitJungle is a digital asset forensic investigation company specializing in blockchain tracing, analysis, investigation, and recovery of cryptocurrency assets.

4.      In or about February 2026, BitJungle was retained by Mr. Weidong Qiu ("**Qiu**") to investigate and trace digital assets that were transferred without authorization from the Project's administrator wallet address by unknown hackers in or about February 2022.

5.      Following its investigation, BitJungle conducted forensic blockchain tracing and analysis and successfully traced stolen cryptocurrency worth <u>a total of $30 million</u> through a series of publicly recorded blockchain transactions. BitJungle thereafter prepared a detailed forensic tracing report identifying and documenting the relevant transaction history and blockchain data. A true and correct copy of the forensic tracing report is annexed hereto as **Exhibit 1.**

6.      According to the investigation, on February 11, 2022, unknown hackers gained unauthorized access to the private key associated with the Administrator Address, thereby obtaining control over the Administrator Address, the smart contracts controlled by the Administrator Address, and the Tokens held in the Smart Contract Addresses. Using this compromised access, the hackers executed a series of unauthorized transactions, transferring approximately $30 million worth of digital assets, including S-POSCHE-TRX, TRX, POSCHE, and DLW (the "**Total Stolen Tokens**"), from the two Smart Contract Addresses and the Administrator Address to a wallet address under the hacker's control (the "(the "**Target Address L1**"). Among the Total Stolen Tokens were Qiu's stolen tokens ("**Client Stolen Tokens**") which worths 300,000 RMB.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

7. After obtaining the stolen assets, the hackers moved quickly – they rapidly conducted a series of blockchain transactions to transfer the stolen tokens. Specifically, the hackers transferred the stolen tokens to wallets they controlled, converted S-POSCHE-TRX,, POSCHE, and DLW tokens into TRX and then into USDT, and dispersed the proceeds (USDT) across more than 15,000 blockchain addresses. These transfers, swaps, and dispersals occurred within approximately 1-2 days.

8. In February 2026, Qiu engaged Movant, a digital asset forensic investigation company, to conduct tracing analysis and authorized them to take necessary actions to recover the stolen assets. Under the terms of the authorization, BitJungle is authorized to investigate and trace the theft, pursuing litigation and recovery efforts in relevant jurisdictions, and taking possession of recovered assets.

9. The Movant conducted forensic blockchain tracing and analysis. Because all transactions on the relevant blockchain networks are publicly recorded, the movement of the stolen assets can be traced. The forensic tracing identified and confirmed a continuous and traceable chain of blockchain transactions conducted by hackers to transfer and swap the Total Stolen Tokens.

10. The forensic tracing identified that after several transfers and swaps, a portion of Total Stolen Tokens were swapped to 1,000 USDT and was deposited into an FTX account (the "**Target FTX Account**") with the following address: : TUFKHHShTCWfgWSVqnRzdGgq2pbK14Xach.

11. Below is a detailed tracing history confirming a continuous chain of transactions that establishes that the 1,000 USDT tokens deposited into the Target FTX Account are direct proceeds from the hacking and theft of the Stolen Tokens, including the Qiu Tokens.

a. On February 11, 2022, the hackers transferred the Stolen Tokens from two Smart Contract addresses and the Administrator Address to a wallet address under the hackers' control (the "**Target Address 1**"). On the same day, the hackers exchanged all the Stolen Tokens for 448,215,250 TRX tokens.

b. On February 11 - 12, 2022, the hackers transferred these TRX tokens from Target Address 1 to another address (the "**Target Address 3**"), exchanged 296,266,972 TRX tokens for 19,128,401 USDT tokens and disbursed these 19,128,401 USDT tokens to 10,872 different addresses.

c. One of the recipient addresses has been identified as the Target FTX Account, which received 1000 USDT tokens and subsequently transferred these tokens into an FTX hot wallet associated with the user's exchange account.

12. As demonstrated above and by Exhibit 1, Tracing Report, the tracing analysis establishes a continuous transactional path from the original theft to the deposit of stolen proceeds into the Target FTX Account.

13. Counsel for BitJungle informed me that on January 12, 2026, she contacted counsel for FTX and the FTX Recovery Trust to request the disclosure of identifying information associated with the relevant FTX account for purposes of the ongoing investigation and contemplated legal proceedings. Counsel for BitJungle further informed me that counsel for the FTX Recovery Trust advised that they would not be able to disclose such user information absent a court order.

14. In order to further track and recover Qiu Stolen Tokens, BitJungle requires the following information regarding the Target FTX Account, the FTX User Address and/or the FTX Transaction (collectively, the "**Requested Information**"):

a) User registration information and know your customer ("**KYC**") verification details (e.g., name, ID number, and portrait/photo information) for the Target FTX Account or any other trading account associated with the Target's FTX Address;

b) All historical login records for the Target FTX Account since registration (e.g., login time, IP address, device unique identifier, and MAC address);

c) Target FTX Account's over the counter transaction information (the "**OTC**");

4

d) Bank cards, Alipay, and other payment methods bound to the Target FTX Account;

e) Full transaction history records of digital asset deposits and withdrawals for the Target FTX Account (including TxID, address, amount, time, etc.);

f) Information regarding other accounts associated with the Target FTX Account, same device unique identifier, same MAC address, or other identical identifiers as the Target FTX Account including the related registration details, login records, KYC verification information, OTC transactions, and fund flow records.

15. After obtaining the above information, which would enable BitJungle to identify the hackers responsible for the theft of Qiu Stolen Tokens, BitJungle intends to commence the following proceedings immediately to recover Qiu Stolen Tokens, as well as to assist with criminal investigations by Hong Kong law enforcement and the following criminal proceeding against the suspects by Hong Kong Department of Justice:

- civil and/or criminal proceedings in the People's Republic of China; and/or

- civil and/or criminal in Hong Kong.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 2026/6/5 _____

By: Haisheng Ding

**EXHIBIT 1**



# Tracing Report on Stolen Funds of Douluo Hero Project

## 2026.04.02

Table of Contents

Tracing Report on Stolen Funds of Douluo Hero Project ............................................................. 1

(I) Case Summary ......................................................................................................... 1

(II) Detailed Fund Flow ............................................................................................. 2

    1. Hacker stole tokens from project-related addresses to Address 1 ...................................... 2

    2. Hacker Swapped tokens on Address 1 for TRX ............................................................. 3

    3. Hacker transferred TRX from Address 1 to Address 2 and Address 3 ............................. 4

    4. Hacker swapped TRX from Address 2 and Address 3 for USDT ..................................... 6

    5. Hacker transferred USDT from Address 2 and Address 3 to 15,583 addresses ................ 9



# (I) Case Summary

1. Launched in December 2021, the "Douluo Hero" cryptocurrency project issued three types of tokens: POSCHE, DLW, and S-POSCHE-TRX.

2. On February 11, 2022 (UTC+8), during the project's operation, a hacker obtained the private key of the administrator address and stole the digital assets within the administrator address and two project contract addresses, transferring them to Hacker Address 1.

    (1) Administrator Address: TWDePH1K83dAjsmtzRDpXbJN39QAybvhQb

    (2) Two Project Contract Addresses:

        ① Contract Address 1: TKLYGbVnSZ3p3SaTZCcZcrqN5QgEjFpYqi

        ② Contract Address 2: TK9LciPyr8KgtkQsMB6wXQwAvU48vaioKC

    (3) Hacker Address 1: TAmYcrQhS6gtv6CD4YuqaD55hb2L3foCkX ("Address 1")

3. During Feb 11 and Feb 12, 2022 (UTC+8), all tokens within Address 1 were exchanged for TRX.

4. Subsequently, the hacker transferred a portion of the TRX from "Address 1" to two addresses:

    (1) Address 2: T9ybQKZpjYvNsTaknqSyc92v5JEBceAruH

    (2) Address 3: TLq96M47D8W7StKf1VZuJEGpgYwEJtL8u2

5. Within Address 2 and Address 3, TRX was converted into USDT, and the USDT was then dispersed to a total of 15,583 addresses (amounting to 28,495,997 USDT).

6. An FTX user address received 1,000 USDT from Address 3 and then transferred it into an FTX hot wallet address.

    (1) FTX User Address: TUFKHHShTCWfgWSVqnRzdGgq2pbK14XAch



## (II) Detailed Fund Flow

## 1. Hacker stole tokens from project-related addresses to Address 1



From 15:41 to 16:04 (UTC+8) on 2022-02-11, the Administrator Address and the two Contract Addresses transferred a total of 39,444,509.49 TRX, 7,810,132.81 S-POSCHE-TRX, 376,039.25 POSCHE, and 18,471,354.08 DLW tokens to Address 1.

The specific transaction information is as follows:

| Hash | From Address | To Address | Token | Amount |
| --- | --- | --- | --- | --- |
| 95d52bbdbf8a60d8789 14e9118ed4a97c31d3d b77527be9b71289aae0 ca88083 | TWDePH1K83dAjsmtzRD pXbJN39QAybvhQb | TAmYcrQhS6gtv6CD4Y uqaD55hb2L3foCkX | TRX | 130,000 |
| 91e83424070f626d569 27315efc07002944c98 fd6767f72b5c7e859db d94e95d | TWDePH1K83dAjsmtzRD pXbJN39QAybvhQb | TAmYcrQhS6gtv6CD4Y uqaD55hb2L3foCkX | TRX | 39,314,509.4 9 |
| 7c5b8e0f429a853ee57 003e0d039e22cd3658d 42048e2a53ddd6ab44f 2934e47 | TK9LciPyr8KgtkQsMB6w XQwAvU48vaioKC | TAmYcrQhS6gtv6CD4Y uqaD55hb2L3foCkX | S-POSCHE -TRX | 0.000001 |
| 1f2e6b50e3718bc06f8 0cb3ee00b79d427e2ca 263b80bce02c9069104 fb3fd84 | TK9LciPyr8KgtkQsMB6w XQwAvU48vaioKC | TAmYcrQhS6gtv6CD4Y uqaD55hb2L3foCkX | S-POSCHE -TRX | 7,810,132.81 |
| e1bbd0000f603669f65 c907e1fe573abe837a2 | TKLYGbVnSZ3p3SaTZC cZcrqN5QgEjFpYqi | TAmYcrQhS6gtv6CD4Y uqaD55hb2L3foCkX | POSCHE | 376,039.25 |



| 2c06c2855c72a46489c18fa221 | | | | |
|---|---|---|---|---|
| 08024324acf0014991797fda1b0c7c5d398edd6bf864910013409ac5600e4395 | TWDePH1K83dAjsmtzRDpXbJN39QAybvhQb | TAmYcrQhS6gtv6CD4YuqaD55hb2L3foCkX | DLW | 55,034.08 |
| 7326188a46d782242828ff9ca4f7f1bf26e4eb2b09052abd541fde1bfce57628 | TWDePH1K83dAjsmtzRDpXbJN39QAybvhQb | TAmYcrQhS6gtv6CD4YuqaD55hb2L3foCkX | DLW | 18,416,320 |

## 2. Hacker Swapped tokens on Address 1 for TRX

From 15:45 to 16:06 on 2022-02-11, the hacker exchanged all tokens (S-POSCHE-TRX, POSCHE, DLW) on Address 1 for TRX. The transaction details are as follows:

| Hash | Original Token | Original Token Amount | Swapped Token | Swapped Token Amount |
|---|---|---|---|---|
| 5bc3cea07797014a9e2582785ac57043bf428a89888f8e52eecc10c5ee89fcea | S-POSCHE-TRX | 7,810,132.81 | TRX | 388,186,007.520172 |
| | | | POSCHE | 196,419.205273 |
| 3d69266accbb7691b57ec1f2ffd7dd8fa8c9cc9568af42e93f93d2bbb8b46687 | POSCHE | 572,458.456914 | TRX | 18,066,485.710982 |
| 42404e5eb6982008dbb72b4066aafaca70353424d7b568fe08086b112e01c0ce | DLW | 55,034.07875042 | TRX | 1,832,260.506934 |
| 45394837ef58da6e430b086be1677f641c01d67b9a4c34c54e4cd17b27ceeded | DLW | 9,000,000 | TRX | 685,987.014141 |



At this point, Address 1 held a total of 448,215,250.242229 TRX.

## 3. Hacker transferred TRX from Address 1 to Address 2 and Address 3



From 2024-02-11 to 02-12, Address 1 transferred 298,215,172 TRX to Address 3. The transaction details are as follows:

| Hash | From Address | To Address | Amount | Token |
|---|---|---|---|---|
| 1b05e91c6c3be675fb452530 289d1ce10a5aee69ee556e303 36fe111f68f49af | TAmYcrQhS6gtv6CD4 YuqaD55hb2L3foCkX | TLq96M47D8W7StKf1 VZuJEGpgYwEJtL8u2 | 50,000,000 | TRX |
| 1522e8fc7af7ea650bb38fe02 b3135dd50c52fa8eed1bfc07a 87f1257bd5a6b0 | TAmYcrQhS6gtv6CD4 YuqaD55hb2L3foCkX | TLq96M47D8W7StKf1 VZuJEGpgYwEJtL8u2 | 50,000,000 | TRX |
| 340c454be3d36eda043a4c93 98a054664c3986c2d7601a55 a6dfa59a8264fa60 | TAmYcrQhS6gtv6CD4 YuqaD55hb2L3foCkX | TLq96M47D8W7StKf1 VZuJEGpgYwEJtL8u2 | 100,000,000 | TRX |
| fbe4325f9c951accc6a1638d8 b36d68cd8593e921109cc412 8a4993eb664f79a | TAmYcrQhS6gtv6CD4 YuqaD55hb2L3foCkX | TLq96M47D8W7StKf1 VZuJEGpgYwEJtL8u2 | 50,000,000 | TRX |
| d11bc93ed6b958630384424a 00636dd15f5637f9c102e18c4 | TAmYcrQhS6gtv6CD4 YuqaD55hb2L3foCkX | TLq96M47D8W7StKf1 VZuJEGpgYwEJtL8u2 | 48,215,172.3 14146 | TRX |



| 56978e49e21fd2c | | | | |
|---|---|---|---|---|

On 2022-05-05, Address 1 transferred 110,000,000 TRX to Address 2. The transaction details are:

| Hash | From Address | To Address | Amount | Token |
|---|---|---|---|---|
| 89a9f9f1e8978b4a83eda34bc5bfa7da64747a47c6fa8ba9c9379c9ea954e1ab | TAmYcrQhS6gtv6CD4YuqaD55hb2L3foCkX | T9ybQKZpjYvNsTaknqSyc92v5JEBceAruH | 20,000,000 | TRX |
| a91884f24aef0f8d765ab9c4ee86cfcfeac7cd470147f3cc6f921a14d0e33b2a | TAmYcrQhS6gtv6CD4YuqaD55hb2L3foCkX | T9ybQKZpjYvNsTaknqSyc92v5JEBceAruH | 20,000,000 | TRX |
| 8686a3b243f831a21ecd3f94ba5924809a7d36789a6caa65f7a8168a5ec28b9e | TAmYcrQhS6gtv6CD4YuqaD55hb2L3foCkX | T9ybQKZpjYvNsTaknqSyc92v5JEBceAruH | 10,000,000 | TRX |
| c9271fcc84090128c81d51b976d68daff436bd73baf39c73085942c83b639e30 | TAmYcrQhS6gtv6CD4YuqaD55hb2L3foCkX | T9ybQKZpjYvNsTaknqSyc92v5JEBceAruH | 20,000,000 | TRX |
| 464ba701ad6d71949ffefa428af17fabbed9cc0725b83c91c2ff203e4394bf62 | TAmYcrQhS6gtv6CD4YuqaD55hb2L3foCkX | T9ybQKZpjYvNsTaknqSyc92v5JEBceAruH | 30,000,000 | TRX |
| cccddad56d29bad313f946a09081971d30da2cd07412ceb929e6e10636efccc6 | TAmYcrQhS6gtv6CD4YuqaD55hb2L3foCkX | T9ybQKZpjYvNsTaknqSyc92v5JEBceAruH | 10,000,000 | TRX |

On 2022-05-05, Address 2 transferred 9,141 TRX back to Address 1. The transaction details are:

| hash | From Address | To Address | Amount | Token |
|---|---|---|---|---|
| 13200f043f7e27809ecb4994dbe43b7a7f5d78fba6d3882474b1bf4f6f6af52e | T9ybQKZpjYvNsTaknqSyc92v5JEBceAruH | TAmYcrQhS6gtv6CD4YuqaD55hb2L3foCkX | 9,141 | TRX |



At this point, the hacker had transferred a total of 408,215,172 TRX out of Address 1, while Address 1 retained a balance of 40,009,160 TRX.

## 4. Hacker swapped TRX from Address 2 and Address 3 for USDT



From 2022-02-11 to 2022-02-12, Address 3 swapped 296,266,972 TRX for 19,128,401 USDT.

| hash |
| --- |
| 38a5527c6d35f5f79f0c76261996a71913a7d43e8fa29deeb7e013aa10a35f09 |
| e9ecb05b72d7d9773bbde12fd1a5e4b1ff21b769bfe9038aab9eb7f586368e34 |
| c6f7ef6f266ab68de15c3199a5bc1fcb7e143a6807859592a1667c953be219fc |
| 71e3c7f03a31d87ef0a672a2ea10591a77510e95792fad0a326bc2415e365043 |
| a746e351cfbd83f24fd0226d574c09ab64c063d7a9e120a420f46591074bfe77 |



| |
|---|
| d112f1db15488defde96ed0794c5653a37154f5e1c741bcdbf46c847f4d312bc |
| 0a794c70a8da7c9f4144a50ea042f4419999cd9c4c515e5e5d38732ae3fa0112 |
| 510f5a7ae0a9ee6e10ce37403800df7baa1b4911f465b9231bb91b18ad969b2b |
| 614ede58e4ef54303a6628719d6417a2af68bbebcc95766def0ba81de6344a74 |
| 9ed2b894cfc57f40c24295596918d4b29e966d688127c158884e9581886230b9 |
| d3dc367b81df3d3e17b9141870ecbe383f04532e0e864a8f27b9760aad7cec11 |
| cbcec6b30b48be6e01f26d4687f4e2cde009cd456f67d8a664083ccbbdd6bf4e |
| 97b8a717fe1ecd5468793743d1e709c4b64a76f00dc51b1d6690feee2e53e222 |
| d9c437ae0eff2070e607771410566ded765f7b733cdbcf61b0e656e6ce54f4c2 |
| 97e0b3d301be65abbfde4638c45aae8dc523435c405b4aa0ed269c617945ab3b |
| 76f67e85d13f627b187d3956c631b463659b4ad8d65bef9472c563a25e285e8c |
| 938ec971979412c444589c149663106d33d1c57295d6855823ce79e042c6c418 |
| a2ebf20569393c5f21d71da0dcd2670765f42c3810330ed73c64d75b8fb84ccb |
| 1229556a709553b15da6d99397dcc3a28658b7ce69f481a9fb41c8703d37c622 |
| 34d447a4e4315d33157625c5822097171448840cbffc7f32f5105755ac956171 |
| 3111c84cf8cfb3269bb5ce379e2cbfc49e00e63e816ac142415956690d23e4a7 |
| 1a8c8ecf0ccea126b7c417e7b2d0c054d6ce6b5954cd6fb3792ff373b40ba11d |
| 8f3194f6bfb4007421f2bb4d68553eeb5a3a741d97e7b08b37220947d8f45ba7 |
| 0bca16475df9d25fd4355e49f2c59fedf748dc9c63404eac1efbaab18b960840 |

On 2022-05-05, Address 2 swapped 109,950,000 TRX for 9,368,596 USDT.

| Hash |
|---|
| 21b407b024a2136e0673b960811b36cd8904686ce8ac77b55a47bc3a276a6708 |
| dee1736507022fdbe097618e63e54ba91754a2a8d009326a720c3aa417a06efe |



| |
|---|
| bd2c097fa3465184ada74341e1c10c8e065d170126a4b70d2068f3fa0e619034 |
| 6fd07f96584818ea106415ec12b89039f65aced24c51f9669a7ae0c1e0b0db28 |
| d4a247d3b2453760d0d36337c38d0e7c3f2b4f1acfd72923992e2e3a560071df |
| 5750be36b2656f9256e739cbc265df2a6ccb995dd9807a3ac6019b1fb4e54fd0 |
| f2eb2fc1cdd6d44e4a5a152a4c81bf8134388021b2908e531d3c13d284559a09 |
| a1a132e79a28bd5f56684e5c060a2bff873fe4f59e91997506971496845fed3f |
| 42baee6e4b8a0ba875e9ac2725a3cdd85ba1eac3f059dce38c75784ac97d3d5c |
| 7f10ae8e5bfa4b59218d7a770146f1ab545ff1b19fc2aaea482232dea01d2fba |
| 309357d6cec84c947395f59af8b8b5534100eea1c7cd7bd22566f4130abc4305 |
| 87159248ac55f1da6561013f399e6399efd15ae79c3e827dd19b2ccbfa85595c |
| 9aa61ac1ade2fa1d936aeaf0ac57807771b6d9f4538cd299abf9053c83dfc9a1 |
| affc136860d0793da83e0407b98aa1d9ef6e2afb51f4ee5559abd68d6513b49b |
| 759b45c4d5e23d2f060004ae5e59fc2fd9973208b3fe79a890b596950c1cf7a3 |
| 03e8191c00ccb0f1bb7458abdca5d5af7aacb9197661502f93247dd400feb8e5 |
| 461dc04bc57b02eb50dd123fc3c965ff1bdbed61eb677e46c55cb273b99920ec |
| 99b0d719c800ad7d27c02bfd07817a38c6360124da7428d0e295cc396d2e8f96 |
| 521220f684151b98fbd28deb58996c44ff1aa754a8645a20a93fb51618e54265 |
| aa22e0fbbb40023635e56219200cc780b2ecb1e88fe381d014e95b0f058bf1a0 |
| be83701a4e188d91dd0b7cd029953c8c572be0fbb969955b29f03f747a976de3 |
| 4ab101c104cd8ca823e2fa9cd5dab20d12cf5a7b3470cf2ba542d860722d87bc |
| ebaec26db9265847435ce9481e76652ea23721a4321d4abdf95176f4e1234c82 |
| e1ed42930dca390a4e7595e7e4bc2a1d3d7b26a0471f6164753e06428f4989cf |

At this point:

- Address 3 holds 19,128,401 USDT and 1,863,382 TRX;

- Address 2 holds 9,368,596 USDT.



## 5. Hacker transferred USDT from Address 2 and Address 3 to 15,583 addresses



From 2022-02-11 to 02-12, the USDT in Address 3 was dispersed to 10,872 addresses; **among these, an FTX user address (TUFKHHShTCWfgWSVqnRzdGgq2pbK14XAch) received 1,000 USDT from Address 3, and subsequently transferred it into an FTX hot wallet.**

On 2022-05-05, the USDT in Address 2 was dispersed to 4,711 addresses.

In summary:

(1) Address 3 transferred out a total of 19,128,401 USDT and retains 1,863,382 TRX.

(2) Address 2 transferred out a total of 9,368,596 USDT and now holds no remaining balance.

(3) The 15,583 addresses that received funds from Address 2 and Address 3 hold collectively 28,495,997 USDT, as detailed in the "Schedule of Addresses Balances".

(4) Address 1 retains a balance of 40,009,160 TRX.