**CERTIFICATE OF SERVICE**

I, Nicholas J. Brannick, hereby certify that on July 1, 2026, I caused a true and correct copy

of the foregoing *Notice of Change of Delaware Address of Ballard Spahr LLP* to be served *via*

CM/ECF on all parties who have registered for electronic service in these cases.

Dated: July 1, 2026
Wilmington, Delaware

/s/ Nicholas J. Brannick
Nicholas J. Brannick (DE No. 5721)
BALLARD SPAHR LLP