## EXHIBIT A

**(Proposed Form of Order)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 34994 & ____** |

**ORDER (I) EXTENDING TIME TO FILE REPLY IN SUPPORT OF THE
FTX RECOVERY TRUST'S FIRST AMENDED OBJECTION TO PROOFS OF
CLAIM FILED BY ALEX MASHINSKY, (II)  GRANTING RELATED RELIEF**

This matter coming before the Court on the *FTX Recovery Trust's Motion for Entry of an Order (I) Extending Time to File Reply in Support of the FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky, and (II) Granting Related Relief* (the "Motion");[2] the Court having reviewed the Motion, and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and after due deliberation thereon and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore; it is hereby **ORDERED** that:

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

-2-

1.      The Motion is **GRANTED**.

2.      The Trust's Reply Deadline is extended through and including July 29, 2026.

3.      The relief granted herein is without prejudice to Trust's right to seek further extensions of the Reply Deadline.

4.      The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

Dated: _____,2026
      Wilmington, Delaware            THE HONORABLE KAREN B. OWENS
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE