## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,
  Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

RECEIVED
JUL -7 P 2:44

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

### NOTICE OF HEARING ON MOTION FOR RECONSIDERATION

**PLEASE TAKE NOTICE** that Daizhuo Chen, a pro se creditor and customer claimant in the above-captioned chapter 11 cases, filed the Motion of Daizhuo Chen for Reconsideration Pursuant to Fed. R. Civ. P. 59(e) and 60(b)(2) Based on Newly Discovered Evidence [D.I. 34975] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, on July 23, 2026 at 9:30 a.m. Eastern Time, or as soon thereafter as the matter may be heard.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must be filed with the Court and served so as to be received on or before July 16, 2026 at 4:00 p.m. Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, must be served upon Daizhuo Chen, Pro Se, 1726 Maddux Dr, Redwood City, CA 94061-2423, Phone: 646-286-8876, Email: chendaizhuo@gmail.com, and upon counsel for the FTX Recovery Trust, counsel for the Official Committee of Unsecured Creditors, the U.S. Trustee, and Kroll as claims and noticing agent.

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are timely filed and served, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated: June 22, 2026

Respectfully submitted,

/s/ Daizhuo Chen
Daizhuo Chen
Pro Se
1726 Maddux Dr
Redwood City, CA 94061-2423
Phone: 646-286-8876
Email: chendaizhuo@gmail.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al.,
    Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

---

## CERTIFICATE OF SERVICE

I, Daizhuo Chen, certify that on June 22, 2026, I served the Notice of Hearing on Motion for Reconsideration and, to the extent not already served, the Motion at D.I. 34975, upon the following parties by email:

**Sullivan & Cromwell LLP (Debtors/Trust)**
- A. Dietderich - dietdericha@sullcrom.com
- J. Bromley - bromleyj@sullcrom.com
- B. Glueckstein - gluecksteinb@sullcrom.com
- A. Kranzley - kranzleya@sullcrom.com

**Landis Rath & Cobb LLP (Del. Counsel)**
- A. Landis - landis@lrclaw.com
- K. Brown - brown@lrclaw.com
- M. Pierce - pierce@lrclaw.com

**Paul Hastings LLP (UCC)**
- K. Hansen - krishansen@paulhastings.com
- K. Pasquale - kenpasquale@paulhastings.com
- E. Gilad - erezgilad@paulhastings.com
- G. Sasson - gabesasson@paulhastings.com
- L. Despins - lucdespins@paulhastings.com

**Young Conaway (UCC Del.)**
- M. Lunn - mlunn@ycst.com
- R. Poppiti - rpoppiti@ycst.com
- J. Kochenash - jkochenash@ycst.com

**U.S. Trustee, Region 3**
- D. Gerardi - David.Gerardi@usdoj.gov
- B. Hackman - Benjamin.A.Hackman@usdoj.gov
- J. Lipshie - Jon.Lipshie@usdoj.gov

**Kroll (Claims Agent)**
- FTXInfo@ra.kroll.com
- ftxnoticing@ra.kroll.com
- FTXquestions@kroll.com

Upon docketing by the Clerk, CM/ECF registrants may receive notice via the Notice of Electronic Filing.

Under penalty of perjury, the foregoing is true and correct.

Date: June 22, 2026

/s/ Daizhuo Chen
Daizhuo Chen (pro se)
Phone: 646-286-8876 | Email: chendaizhuo@gmail.com