## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref No. 35959** |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on July 7, 2026, a true and correct copy of the *FTX Recovery Trust's Motion for Entry of an Order (I) Extending Time to File Reply in Support of the FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky, and (II) Granting Related Relief* [D.I. 35959] was caused to be served upon Alexander Mashinsky at the below listed address via Certified Mail.

> **Alexander Mashinsky #68096-510**
> **FCI Otisville**
> **Federal Correctional Institution**
> **Satellite Camp**
> **P.O. Box 1000**
> **Otisville, NY 10963**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

#25003137v1

Dated: July 8, 2026
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       bellerb@sullcrom.com

*Counsel for the FTX Recovery Trust*

#25003137v1

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | |
| FTX TRADING LTD., et al.,[1] | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 22-11068 (KBO) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

| | |
|---|---|
| STATE OF DELAWARE | } |
| | }ss. |
| COUNTY OF NEW CASTLE | } |

I, Leah Sammak, of the State of Delaware, County of New Castle, being duly sworn, says that on the 7th day of July, 2026 at 5:00 p.m. I personally served a copy of the FTX RECOVERY TRUST'S MOTION FOR ENTRY OF AN ORDER (I) EXTENDING TIME TO FILE REPLY IN SUPPORT OF THE FTX RECOVERY TRUST'S FIRST AMENDED OBJECTION TO PROOFS OF CLAIM FILED BY ALEX MASHINSKY, AND (II) GRANTING RELATED RELIEF on:

1. Alexander Mashinsky #68096-510, FCI Otisville, FEDERAL CORRECTIONAL INSTITUTION, SATELLITE CAMP, P.O. BOX 1000, OTISVILLE, NY 10963 via USPS Certified Mail/Return Receipt Requested Tracking # 7020 1810 0001 3959 9252.


_____
Leah Sammak

Subscribed and sworn before me
This 9th day of July, 2026

_____
Notary Public

My commission expires: _____

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 5.30

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ 4.45
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 2.17

Total Postage and
$ 11.87

Sent To
Alexander Mashinsky #68096-510

Street and Apt. No.
FEDERAL CORRECTIONAL INSTITUTION

City, State, ZIP+4
FCI Otisville
P.O. BOX 1000
OTISVILLE, NY 10963

PS Form 3800, A