**EXHIBIT A**

**Proposed Form of Order**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. D.I. 35678 D.I. 35768 |
| | Hearing Date: July 23, 2026 at 9:30 a.m. (ET) |
| | Obj. Deadline: July 16, 2026 at 4:00 p.m. (ET) |

**ORDER GRANTING MOTION OF SETH MELAMED FOR ENTRY OF AN ORDER
DETERMINING THAT THE FILING AND PROSECUTION OF THE PROPOSED
REQUEST TO AMEND DESCRIPTION OF ARBITRATION IS NOT ENJOINED BY
THE JUNE 2ND ORDER OR THE CONFIRMATION ORDER**

Upon the *Motion of Seth Melamed for Entry of an Order Determining that the Filing
and Prosecution of the Proposed Request to Amend Description of Arbitration Is Not
Enjoined by the June 2nd Order or the Confirmation Order* (the "**Motion**"); and this Court
having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the
Amended Standing Order of Reference from the United States District Court for the District
of Delaware, dated February 29, 2012; and this Court being able to issue a final order
consistent with Article III of the United States Constitution; and venue of these Chapter 11
cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and
upon consideration of the Motion and the record before this Court; and responses (if any) to
the Motion having been withdrawn, resolved, or overruled on the merits; and this Court

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and
4063, respectively.  A complete list of the Debtors and the last four digits of their federal tax identification numbers
is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims
and noticing agent at https://cases.ra.kroll.com/FTX

having found and determined that the relief set forth in this Order is appropriate and just; and

that the legal and factual bases set forth in the Motion establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The filing of the proposed *Request to Amend Description of Arbitration* (attached

as **Exhibit A** to the Declaration of David Adler dated July 9, 2026) is hereby authorized and the

prosecution of the claims stated therein are not enjoined by the *Order Granting FTX Recovery*

*Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims*

*in Arbitration* (D.I. 35768) entered on June 2, 2026.

3. Except as stated herein, this Court shall retain jurisdiction with respect to any

matters, claims, rights, or disputes arising from or related to the Motion or the implementation of

this Order.

Dated: _____
Wilmington, Delaware

_____
The Honorable Karen B. Owens
Chief United States Bankruptcy Judge