**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Nos. D.I. 35678**<br><br>**Hearing Date: July 23, 2026 at 9:30 a.m. (ET)**<br>**Obj. Deadline: July 16, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION**

TO:    (a) the U.S. Trustee; (b) the United States Department of Justice; (c) the United States Attorney for the District of Delaware; (d) counsel to the FTX Recovery Trust; and (e) to the extent not listed herein, those parties requesting notice pursuant to rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE**  that on July 9, 2026, Seth Melamed, by and through undersigned counsel, filed the *Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration Is Not Enjoined by the June 2nd Order or the Confirmation Order* (The "Motion"), a copy of which is annexed to this Notice.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application is being served with this Notice.  A copy of the Application is also available on (i) the Court's website: www.deb.uscourts.gov and (ii) the website maintained by the Debtor's Claims and Noticing Agent https://restructuring.ra.kroll.com/ftx/

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 16, 2026 at 4:00 p.m. (ET).**  At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on July 16, 2026.**  Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **July 23, 2026 at 9:30 a.m (ET)** before the Honorable Karen B. Owens, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District Of Delaware, 824 North Market Street, 6th Floor, Courtroom no. 3, Wilmington, Delaware 19801.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

ME1\61925897.v1

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 9, 2026
      Wilmington, Delaware

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

/s/ *Kate R. Buck*
Kate R. Buck (No. 5140)
Larry O'Brien (No. 7000)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com
lobrien@mccarter.com

-  and –

David J. Adler (admitted *pro hac vice*)
250 W. 55th Street, 13th Floor
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
dadler@mccarter.com

*Counsel to Seth Melamed*

2

ME1\61925897.v1