Honorable Karen B. Owens                                                July 7,2026

824 North Market Street 6ᵗʰ Floor           RECEIVED

Courtroom 3 Wilmington, DE 19801   2026 JUL 16 P 1: 26       302-533-3183

Dear Ms. Wells,

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I am writing to you today with respect to the FTX / Blockfolio debacle. As the presiding judge on this matter; I am certain that you want your final decision to be carried out as ordered. My name is Carmen Rowland, and I was a client / creditor of Blockfolio. Approximately two years ago I provided my KYC information to the platform. It was received, and I was issued a client number by Kroll. Ever since that time, I have tried to re-upload my information to no avail. The site created by Kroll was very dark and the text font was very small and barely a shade different than the background, thereby making it difficult to navigate. There was no telephone response to my pleadings for help in assisting me with compliance. It was almost like they were counting on smaller investors to become frustrated and dismiss the loss out of hand. I cannot do that. After a decade of very low fixed income, my investment is an integral part of my retirement. I am 75 years old and in stage four cancer.

I have called every helpline and hotline I can find that could even remotely help me. I also texted and emailed every connection to the workout plan that I could find. Each time, I would spend days on research of this issue, and then give up due to frustration. After a few days, I would start the process all over again. I even emailed Randall Burkholder (CEO) of Kroll with my pleadings. Here are some of the attempted remedial steps I have exhausted:

FTXINFO@RA.KROL.COM, Claims@FTX.com, Support@FTX.com,

Restructuring.ra.Kroll.com/FTX, Saima Meyer, Benjamin Steele, Stacy Corr-Irvine, Abigail (Aby), Roya Imanl, counsel Randy from Landis Rath and Cobb and many more possible sources in my desperation. I asked if I could do a "liveness" call to provide the information first hand. Then I got the letter saying that; if my KYC wasn't completed by June 30, 2026, that my claim would be disallowed and my file expunged. After a few frenzied days of calls and emails, I fell into a deep depression. I had planned to do a fund raising solo sail to collect research money for cancer, but it looks like I am running out of life with this setback. I'm pretty sure that this isn't how you intended the disbursed funds to be handled on behalf of smaller everyday people's lives. No-one seems to take responsibility these days. One word from you could change the outcome of several lives. I thank you for your attention to this matter and God bless.

CarmenRowland@hotmail.com,  727-481-8035  Carmen@empexinternational.com