**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BRIAN D. GLUECKSTEIN IN SUPPORT OF OBJECTION OF
FTX RECOVERY TRUST TO MOTION OF SETH MELAMED FOR
<u>RECONSIDERATION OF THE JUNE 2, 2026 ORDER</u>**

I, Brian D. Glueckstein, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1.      I am a partner at Sullivan & Cromwell LLP, counsel for the FTX Recovery Trust (the "<u>Trust</u>").  I submit this declaration in support of the *Objection of the FTX Recovery Trust to Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 35768] Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008, 9023, and 9024* (the "<u>Objection</u>"), filed concurrently herewith, to place before the Court certain documents and information referenced in the Objection.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the May 14, 2025 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the July 22, 2025 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

4.      On November 12, 2025, Seth Melamed submitted a Notice of Arbitration to the Singapore International Arbitration Centre ("<u>SIAC</u>"), initiating SIAC Case No. ARB602/25/VKH against the Trust.  Attached hereto as **Exhibit 3** is a true and correct copy of the Notice of Arbitration.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the November 24, 2025 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the May 14, 2026 hearing transcript in *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.).

7. On June 4, 2026, Melamed's counsel emailed the SIAC arbitral tribunal advising that Melamed intended to seek reconsideration and/or appeal of the Bankruptcy Court's June 2, 2026 order and requesting that the deadline for his Statement of Claim be "held in abeyance" pending completion of those processes.  A true and correct copy of that email is attached hereto as **Exhibit 6.**

8. On June 12, 2026, the Trust requested that the SIAC arbitral tribunal terminate proceedings in light of the Bankruptcy Court's June 2 Order.  A true and correct copy of that letter is attached hereto as **Exhibit 7.**

9. On June 15, 2026, Melamed's counsel emailed the SIAC Secretariat formally requesting suspension of the arbitral proceedings.  On June 18, 2026, the Secretariat granted Melamed's request and suspended the arbitration.  A true and correct copy of that correspondence is attached hereto as **Exhibit 8**.

Executed in New York, New York on this 16th day of July 2026.

 */S/ Brian D. Glueckstein*
Brian D. Glueckstein
Sullivan & Cromwell LLP