# Exhibit 6

**De :** daniel.allen@morihamada.com <daniel.allen@morihamada.com>
**Envoyé :** 4 juin 2026 23:02
**À :** Finna@sullcrom.com; frankm@sullcrom.com; Pierre Bienvenu <pbienvenu@imk.ca>; bao@chiannbao.com; dschimmel@foleyhoag.com
**Cc :** zoe.lim@morihamada.com; lexi.takamatsu@morihamada.com; SIACSecretariatTeam6@siac.org.sg; yoshino.saito@morihamada.com; seri.takahashi@morihamada.com; gluecksteinb@sullcrom.com; Dunnec@sullcrom.com; devriess@sullcrom.com; Giacomo Marchisio <gmarchisio@imk.ca>; Izquierdop@sullcrom.com; goldmanj@sullcrom.com; rohanayusof@siac.org.sg; vakhtangigiorgadze@siac.org.sg; andresfrancisco@siac.org.sg
**Objet :** RE: ARB602/25/VKH - Procedural Order No. 2 [IMK-IMANAGE.FID1100548]

Dear Members of the Tribunal

We write regarding the status of the bankruptcy proceedings, in light of the 2 June 2026 court order (of which the Respondent has submitted a copy).

The Claimant intends to seek reconsideration of the order and/or to appeal the order, and will take corresponding steps shortly. The Claimant therefore respectfully requests that the deadline for the Statement of Claim continue to be held in abeyance (in the manner set out in Procedural Order No 2) until those processes have completed.

Respectfully
Daniel Allen
Counsel for the Claimant