# Exhibit 8

| | |
|---|---|
| **From:** | Vakhtangi Giorgadze <vakhtangigiorgadze@siac.org.sg> |
| **Sent:** | Thursday, June 18, 2026 1:53 AM |
| **To:** | Frank, Maximilian Y.M.; daniel.allen@morihamada.com; SIAC Secretariat Team 6; Rohanaahliza Yusof; Andres Larrea |
| **Cc:** | pbienvenu@imk.ca; dschimmel@foleyhoag.com; bao@chiannbao.com; Finn, Andrew J.; zoe.lim@morihamada.com; lexi.takamatsu@morihamada.com; yoshino.saito@morihamada.com; seri.takahashi@morihamada.com; Glueckstein, Brian D.; Dunne, Christopher J.; Izquierdo, Pedro José; Goldman, Jessica H.; gmarchisio@imk.ca; De Vries, Saskia E.L. |
| **Subject:** | [EXTERNAL] RE: ARB602/25/VKH - Request for suspension |
| **Categories:** | ND: Filed |

Dear Sirs, Mesdames,

**SIAC ARBITRATION NO. 602 OF 2025 (ARB602/25/VKH)**
**IN THE MATTER OF AN ARBITRATION UNDER THE ARBITRATION RULES OF THE SINGAPORE INTERNATIONAL ARBITRATION CENTRE (7TH EDITION, 1 JANUARY 2025) BETWEEN SETH MELAMED ("CLAIMANT") AND THE FTX RECOVERY TRUST ("RESPONDENT")**

Reference is made to the below email chain.

Pursuant to Rule 27.4 of the SIAC Rules, the Registrar hereby **suspends** this arbitration until the challenge to Mr Daniel Schimmel is resolved.

Thank you.

**(Mr) Vakhtangi Giorgadze**
Counsel (Team Lead)
**Singapore International Arbitration Centre**
28 Maxwell Road #03-01 Maxwell Chambers Suites 069120
T:   (65) 67139777
E:   vakhtangigiorgadze@siac.org.sg
🌐 [siac.org.sg] 🔗 [sg.linkedin.com]

**From:** Vakhtangi Giorgadze <vakhtangigiorgadze@siac.org.sg>
**Sent:** Wednesday, 17 June 2026 2:17 pm
**To:** Frank, Maximilian Y.M. <frankm@sullcrom.com>; daniel.allen@morihamada.com; SIAC Secretariat Team 6 <SIACSecretariatTeam6@siac.org.sg>; Rohanaahliza Yusof <rohanayusof@siac.org.sg>; Andres Larrea <andresfrancisco@siac.org.sg>
**Cc:** pbienvenu@imk.ca; dschimmel@foleyhoag.com; bao@chiannbao.com; Finn, Andrew J. <Finna@sullcrom.com>; zoe.lim@morihamada.com; lexi.takamatsu@morihamada.com; yoshino.saito@morihamada.com; seri.takahashi@morihamada.com; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Dunne, Christopher J. <Dunnec@sullcrom.com>; Izquierdo, Pedro José <Izquierdop@sullcrom.com>; Goldman, Jessica H. <goldmanj@sullcrom.com>; gmarchisio@imk.ca; De Vries, Saskia E.L. <devriess@sullcrom.com>
**Subject:** RE: ARB602/25/VKH - Request for suspension

Dear Sirs, Mesdames,

Safe receipt of the Respondent's email is acknowledged.

We will provide you with the Registrar's directions as soon as we can.

Kind regards,


**(Mr) Vakhtangi Giorgadze**
Counsel (Team Lead)
**Singapore International Arbitration Centre**
28 Maxwell Road #03-01 Maxwell Chambers Suites 069120
T:   (65) 67139777
E:   vakhtangigiorgadze@siac.org.sg
[siac.org.sg] [sg.linkedin.com]

**From:** Frank, Maximilian Y.M. <frankm@sullcrom.com>
**Sent:** Wednesday, 17 June 2026 12:23 pm
**To:** Vakhtangi Giorgadze <vakhtangigiorgadze@siac.org.sg>; daniel.allen@morihamada.com; SIAC Secretariat Team 6 <SIACSecretariatTeam6@siac.org.sg>; Rohanaahliza Yusof <rohanayusof@siac.org.sg>; Andres Larrea <andresfrancisco@siac.org.sg>
**Cc:** pbienvenu@imk.ca; dschimmel@foleyhoag.com; bao@chiannbao.com; Finn, Andrew J. <Finna@sullcrom.com>; zoe.lim@morihamada.com; lexi.takamatsu@morihamada.com; yoshino.saito@morihamada.com; seri.takahashi@morihamada.com; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Dunne, Christopher J. <Dunnec@sullcrom.com>; Izquierdo, Pedro José <Izquierdop@sullcrom.com>; Goldman, Jessica H. <goldmanj@sullcrom.com>; gmarchisio@imk.ca; De Vries, Saskia E.L. <devriess@sullcrom.com>
**Subject:** RE: ARB602/25/VKH - Request for suspension

**WARNING:** THIS EMAIL ORIGINATES FROM OUTSIDE SIAC. Do not click on links or attachments if you are unsure of the source or sender.

Dear Mr. Giorgadze,

Claimant's June 15, 2026 request "that SIAC suspend the proceedings" rather than permit the duly constituted Tribunal to properly terminate proceedings after awarding costs to Respondent pursuant to Rule 43 should be denied.

First, Claimant's purported concern — that the Tribunal might rule on Respondent's request to terminate proceedings and award costs while Claimant's challenge of Mr. Schimmel is pending — is now moot. The Tribunal confirmed via separate correspondence to the Parties on June 15 that it "does not intend to rule on the Respondent's request that the arbitration be terminated before the SIAC Court has determined the challenge to Mr. Schimmel." (June 15, 2026 E-mail from P. Bienvenue to Parties.) There is therefore nothing to be gained by a suspension aside from unnecessary delay. Rather, the SIAC Court should promptly address and dismiss the challenge to Mr. Schimmel for the reasons set forth in Respondent's submissions of May 22 and June 5, 2026.

Second, in any case, the Tribunal is fully capable of making a determination on Respondent's request to either terminate the arbitration with costs, or require Claimant to post an advance of costs. Claimant's challenge of Mr. Schimmel is nothing more than a spurious attempt to prolong the pursuit of his claims, which the U.S. Bankruptcy

Court has now clarified are barred. Moreover, the Tribunal is fully capable and authorized to make a decision notwithstanding a challenge of one of the three arbitrators. (*See* SIAC Rule 51.2.) In fact, it is *Claimant who initially asked the Tribunal for relief* on June 4, 2026, in the form of an order holding the arbitration in abeyance. Claimant cannot have it both ways, by seeking relief from the Tribunal while arguing the same Tribunal cannot grant relief to Respondent.

In short, the only "problematic development" in this arbitration is Claimant's continued efforts to pursue his claims in this arbitration despite an order from the U.S. Bankruptcy Court stating unequivocally that "Seth Melamed is enjoined from pursuing the claims described in his November 12, 2025 Notice of Arbitration." Respondent reserves all rights in respect of Claimant's actions.

Accordingly, the request to suspend the arbitration should be denied. Should SIAC permit a suspension (and it should not do so), SIAC should require Claimant to post security for costs pursuant to Rule 48 and grant Respondent leave to submit a proposed amount of costs.

Respectfully,

Max Frank

**Maximilian Y.M. Frank**
**Sullivan & Cromwell LLP**
125 Broad Street | New York, NY 10004-2498
+1 212 558 1648 (T) | +1 617 386 3441 (M)

---

**From:** Vakhtangi Giorgadze <vakhtangigiorgadze@siac.org.sg>
**Sent:** Monday, June 15, 2026 2:46 AM
**To:** daniel.allen@morihamada.com; SIAC Secretariat Team 6 <SIACSecretariatTeam6@siac.org.sg>; Rohanaahliza Yusof <rohanayusof@siac.org.sg>; Andres Larrea <andresfrancisco@siac.org.sg>
**Cc:** pbienvenu@imk.ca; dschimmel@foleyhoag.com; bao@chiannbao.com; Finn, Andrew J. <Finna@sullcrom.com>; Frank, Maximilian Y.M. <frankm@sullcrom.com>; zoe.lim@morihamada.com; lexi.takamatsu@morihamada.com; yoshino.saito@morihamada.com; seri.takahashi@morihamada.com; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Dunne, Christopher J. <Dunnec@sullcrom.com>; De Vries, Saskia E.L. <devriess@sullcrom.com>; gmarchisio@imk.ca; Izquierdo, Pedro José <Izquierdop@sullcrom.com>; Goldman, Jessica H. <goldmanj@sullcrom.com>
**Subject:** [EXTERNAL] RE: ARB602/25/VKH - Request for suspension

Dear Sirs, Mesdames,

The Respondent is kindly invited to comment on the Claimant's request below as soon as possible and no later than **17 June 2026**, **3 pm SGT**.

Thank you.

**(Mr) Vakhtangi Giorgadze**
Counsel (Team Lead)
**Singapore International Arbitration Centre**
28 Maxwell Road #03-01 Maxwell Chambers Suites 069120
T:    (65) 67139777
E:    vakhtangigiorgadze@siac.org.sg

3

 [siac.org.sg]   [sg.linkedin.com]

**From:** daniel.allen@morihamada.com <daniel.allen@morihamada.com>
**Sent:** Monday, 15 June 2026 2:42 pm
**To:** Vakhtangi Giorgadze <vakhtangigiorgadze@siac.org.sg>; SIAC Secretariat Team 6 <SIACSecretariatTeam6@siac.org.sg>; Rohanaahliza Yusof <rohanayusof@siac.org.sg>; Andres Larrea <andresfrancisco@siac.org.sg>
**Cc:** pbienvenu@imk.ca; dschimmel@foleyhoag.com; bao@chiannbao.com; finna@sullcrom.com; frankm@sullcrom.com; zoe.lim@morihamada.com; lexi.takamatsu@morihamada.com; yoshino.saito@morihamada.com; seri.takahashi@morihamada.com; gluecksteinb@sullcrom.com; Dunnec@sullcrom.com; devriess@sullcrom.com; gmarchisio@imk.ca; Izquierdop@sullcrom.com; goldmanj@sullcrom.com
**Subject:** ARB602/25/VKH - Request for suspension

**WARNING:** THIS EMAIL ORIGINATES FROM OUTSIDE SIAC. Do not click on links or attachments if you are unsure of the source or sender.

Dear Mr Giorgadze

We write on behalf of the Claimant with regard to a problematic development within the arbitration.

On 12 June 2026, the Respondent made a formal request to the Tribunal for the termination of the arbitral proceedings pursuant to Rule 43.3 of the SIAC Rules. That is a significant and highly consequential request, and one that the Claimant contests in its entirety.

This situation is problematic because the Claimant's challenge to Mr Schimmel remains pending. It would be inappropriate and irregular for a disputed request of this nature and gravity to be acted upon, or considered to any degree, while a challenge to a member of the Tribunal remains pending.

The Claimant therefore requests that SIAC suspend the proceedings until the challenge to Mr Schimmel is determined by the SIAC Court, pursuant to Rule 27.4 of the SIAC Rules.

Respectfully
Daniel Allen
Counsel for the Claimant


O a¡vn}f& }}n¡
Mafi#¡nfi

B £fiv#Ɖ a~ ala#ẟ #B a#fl·~ £#£
B afi·¡£·juv#Mafi|#·v}lv¡t#'Ɖ¸Ɖ'#B afi·¡£·juv#. uჯ£laƉ|·#ẞ£|‰£#' ˘˘Ɖ–"""#Pa«a¡
S#·'ƊˇƊ¸"¸¸Ɖ–˝"˘#Ø7#·'ƊˇƊ¸"¸¸Ɖ–¸""˘

la¡vn}a}n¡Ó~ £fiva~ alarჯ£~#Ø»»»·ı· £fiva~ alarჯ£~ [linkprotect.cudasvc.com]

**MORI HAMADA**

Notice: The information contained in this message and any attachments hereto is confidential, may be privileged and is intended solely for the use of the addressee. Any unauthorised dissemination, distribution, copying or other use of this message or its attachments, or any part hereof or thereof, is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message and please delete it from your computer.

Notice: The information contained in this message and any attachments hereto is confidential, may be privileged and is intended solely for the use of the addressee. Any unauthorised dissemination, distribution, copying or other use of this message or its attachments, or any part hereof or thereof, is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message and please delete it from your computer.

**This is an external message from:** vakhtangigiorgadze@siac.org.sg **

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

Notice: The information contained in this message and any attachments hereto is confidential, may be privileged and is intended solely for the use of the addressee. Any unauthorised dissemination, distribution, copying or other use of this message or its attachments, or any part hereof or thereof, is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message and please delete it from your computer.

Notice: The information contained in this message and any attachments hereto is confidential, may be privileged and is intended solely for the use of the addressee. Any unauthorised dissemination, distribution, copying or other use of this message or its attachments, or any part hereof or thereof, is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message and please delete it from your computer.

Notice: The information contained in this message and any attachments hereto is confidential, may be privileged and is intended solely for the use of the addressee. Any unauthorised dissemination, distribution, copying or other use of this message or its attachments, or any part hereof or thereof, is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message and please delete it from your computer.