**EXHIBIT A**

**Sent:** Friday, June 12, 2026 3:20 AM
**To:** pbienvenu@imk.ca; Finn, Andrew J. <Finna@sullcrom.com>; Frank, Maximilian Y.M. <frankm@sullcrom.com>; bao@chiannbao.com; dschimmel@foleyhoag.com
**Cc:** zoe.lim@morihamada.com; lexi.takamatsu@morihamada.com; SIACSecretariatTeam6@siac.org.sg; yoshino.saito@morihamada.com; seri.takahashi@morihamada.com; Glueckstein, Brian D. <gluecksteinb@sullcrom.com>; Dunne, Christopher J. <Dunnec@sullcrom.com>; De Vries, Saskia E.L. <devriess@sullcrom.com>; gmarchisio@imk.ca; Izquierdo, Pedro José <Izquierdop@sullcrom.com>; Goldman, Jessica H. <goldmanj@sullcrom.com>; rohanayusof@siac.org.sg; vakhtangigiorgadze@siac.org.sg; andresfrancisco@siac.org.sg
**Subject:** [EXTERNAL] RE: ARB602/25/VKH - Bankruptcy Court Order of 2 June 2026 [IMK-IMANAGE.FID1100548]

Dear Members of the Tribunal

We write on behalf of the Claimant pursuant to the Tribunal's directions to provide comments about the effect of the 2 June 2026 bankruptcy order (the "Order") upon this arbitration.

For the avoidance of doubt, nothing in this message is intended to constitute pursuit of the Claimant's claims as they were described in the Notice of Arbitration dated 12 November 2025, and this submission is made strictly on a procedural basis in response to the Tribunal's directions.

The bankruptcy court does not have curial jurisdiction over this arbitration itself. The Order is an injunction against the Claimant personally. While in effect, and unless stayed, modified, or vacated, the Order constrains the Claimant not to pursue claims of a particular description in this arbitration, which indirectly limits what the content of the Statement of Claim can be.

As the Claimant explained on 5 June 2026, the Claimant is now preparing to seek reconsideration of the Order by the court, and also to file a notice of appeal in respect of the Order. The Claimant will be filing with the Delaware bankruptcy court by 16 June 2026. We will keep the Tribunal apprised of developments as they occur.

Just as the Tribunal directed in Procedural Order No 2 that the deadline for the Statement of Claim would remain unfixed while the Respondent sought to obtain the Order, the procedural timetable should continue to be held in abeyance while proceedings in respect of the Order remain underway. Indeed, because the Order is subject to those processes, the most correct position is that the contingency contemplated in Procedural Order No 2 has not yet occurred. The deadline for the Statement of Claim should not yet be fixed, and no other substantive or procedural steps should be taken at this time either. This is the only fair and efficient way to proceed under the circumstances, bearing particularly in mind the fundamental requirements of consistency within the proceedings and equality of treatment between the parties.

The Claimant reserves all rights, including as to the scope of the Order.

Respectfully

Daniel Allen
Counsel for the Claimant

---

**From:** Pierre Bienvenu <pbienvenu@imk.ca>
**Sent:** Saturday, June 6, 2026 3:54 AM
**To:** Daniel Allen <daniel.allen@morihamada.com>; Finna@sullcrom.com; frankm@sullcrom.com; bao@chiannbao.com; dschimmel@foleyhoag.com
**Cc:** Zoe Lim <zoe.lim@morihamada.com>; Lexi Takamatsu <lexi.takamatsu@morihamada.com>; SIACSecretariatTeam6@siac.org.sg; Yoshino Saito <yoshino.saito@morihamada.com>; Seri Takahashi <seri.takahashi@morihamada.com>; gluecksteinb@sullcrom.com; Dunnec@sullcrom.com; devriess@sullcrom.com; Giacomo Marchisio <gmarchisio@imk.ca>; Izquierdop@sullcrom.com; goldmanj@sullcrom.com; rohanayusof@siac.org.sg; vakhtangigiorgadze@siac.org.sg; andresfrancisco@siac.org.sg
**Subject:** RE: ARB602/25/VKH - Bankruptcy Court Order of 2 June 2026 [IMK-IMANAGE.FID1100548]

Dear Counsel,

On behalf of the Tribunal, I acknowledge receipt of the Respondent's email of 2 June 2026, attaching the Order of even date of the Bankruptcy Court, and the Claimant's email of 4 June 2026, requesting that the submission of the Claimant's Statement of Claim be held in abeyance.

The Parties are invited each to comment on the Bankruptcy Court's Order and its consequences on the arbitration by Friday, 12 June 2026; and thereafter, should either Party wish to do so, to reply to the other Party's comments by Friday, 19 June 2026.

Sincerely,


**Pierre Bienvenu, Ad. E.**
T  :  + 1 514 934-5095
M :  + 1 514 823-8366
pbienvenu@imk.ca



IMK s.e.n.c.r.l./LLP
Place Alexis Nihon • Tour 2
3500, boulevard De Maisonneuve Ouest
Bureau 1400 • Montréal (Québec)  H3Z 3C1
T : 514 935-4460 F : 514 935-2999
www.imk.ca [imk.ca]

Pensez-y avant d'imprimer. | Think before printing.
Ce courriel peut contenir des renseignements confidentiels et assujettis au secret professionnel.
Si vous avez reçu cette communication par erreur, veuillez nous en informer par retour de courriel et supprimer l'échange de courriels. Merci.
This e-mail may contain privileged or confidential information.
If you have received this transmission in error, please notify us immediately by return e-mail and delete the e-mail exchange. Thank you.

---

**De :** daniel.allen@morihamada.com <daniel.allen@morihamada.com>
**Envoyé :** 4 juin 2026 23:02