**EXHIBIT B**

| | |
|---|---|
| **From:** | Daniel Allen |
| **To:** | Vakhtangi Giorgadze; SIACSecretariatTeam6@siac.org.sg; rohanayusof@siac.org.sg; andresfrancisco@siac.org.sg |
| **Cc:** | Pierre Bienvenu; Schimmel, Daniel; bao@chiannbao.com; Finn, Andrew J.; Frank, Maximilian Y.M.; Zoe Lim; Lexi Takamatsu; Yoshino Saito; Seri Takahashi; Glueckstein, Brian D.; Dunne, Christopher J.; De Vries, Saskia E.L.; Giacomo Marchisio; Izquierdo, Pedro José; Goldman, Jessica H. |
| **Subject:** | ARB602/25/VKH - Request for suspension |
| **Date:** | Monday, June 15, 2026 3:42:00 PM |
| **Attachments:** | image001.png |

Dear Mr Giorgadze

We write on behalf of the Claimant with regard to a problematic development within the arbitration.

On 12 June 2026, the Respondent made a formal request to the Tribunal for the termination of the arbitral proceedings pursuant to Rule 43.3 of the SIAC Rules. That is a significant and highly consequential request, and one that the Claimant contests in its entirety.

This situation is problematic because the Claimant's challenge to Mr Schimmel remains pending. It would be inappropriate and irregular for a disputed request of this nature and gravity to be acted upon, or considered to any degree, while a challenge to a member of the Tribunal remains pending.

The Claimant therefore requests that SIAC suspend the proceedings until the challenge to Mr Schimmel is determined by the SIAC Court, pursuant to Rule 27.4 of the SIAC Rules.

Respectfully
Daniel Allen
Counsel for the Claimant

**Daniel Allen**

Partner

**Mori Hamada & Matsumoto**
Marunouchi Park Building, 2-6-1 Marunouchi, Chiyoda-ku, Tokyo, 100-8222, Japan
T 81-3-6266-8527 | F 81-3-6266-8427
daniel.allen@morihamada.com | www.morihamada.com

MORI HAMADA