# Exhibit A

**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. No. ___ |

**ORDER STRIKING ARGENT'S JOINDER
AND STATEMENT IN SUPPORT OF MOTION OF SETH MELAMED
FOR RECONSIDERATION OF THE JUNE 2, 2026 ORDER**

Upon consideration of the *FTX Recovery Trust's Motion to Strike Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order* (the "Motion")[2], the Court having reviewed the Motion, and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1.      The Motion is GRANTED as set forth herein.

2.      Argent's Joinder is hereby stricken from the record and will not be considered for any purpose.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]   Capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

#25003364v2

3.      The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____
        Wilmington, Delaware

_____
The Honorable Karen B. Owens
Chief United States Bankruptcy Judge