**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

**<u>CERTIFICATION OF COUNSEL</u>**

I, Matthew B. McGuire, counsel to the FTX Recovery Trust, hereby certify as follows to the best of my knowledge, information and belief:

1.      On June 30, 2023, Seth Melamed filed Claims 3244 and 4578 against FTX Japan Holdings K.K., Claim 3353 against Quoine Pte Ltd., and Claim 3385 against FTX Trading Ltd.

2.      On July 10, 2024, the above-captioned debtors and debtors-in-possession (formerly, the "<u>Debtors</u>") filed the *Debtors' Objection to Proofs of Claim Filed By Seth Melamed* [D.I. 20051].

3.      On August 16, 2024, Melamed filed the *Opposition to Debtors' Objection to Proofs of Claim* [D.I. 23170].

4.      On November 7, 2024, Melamed filed a Request for Payment of Administrative Expense [D.I. 27798] (the "<u>Administrative Claim</u>," and together with Claims 3244, 4578, 3353, and 3385, the "<u>Claims</u>").

5.      On December 9, 2024, the Debtors filed the Debtors' *Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(b) and 510(c)(1)* [D.I. 28643] (the "<u>Claims Objection</u>").

6.      On January 3, 2025, the Effective Date of the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1] occurred [D.I. 29127].

7.      On April 7, 2025, Melamed filed the *Opposition to Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(b) and 510(c)(1) and Cross-Motion to Compel Arbitration* [D.I. 30077].

8.      On May 7, 2025, the Trust filed *FTX Recovery Trust's Reply in Support of Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination and Opposition to Claimant's Cross-Motion to Compel Arbitration* [D.I. 30364].

9.      On May 14, 2025, the Court held a scheduling conference to discuss staging of proceedings on Melamed's Claims, and at that conference, scheduled oral argument for June 25, 2025 on three threshold issues (the "Threshold Issues").

10.      On June 18, 2025, Melamed filed the *Reply in Support of Melamed's Cross-Motion to Compel Arbitration* [D.I. 30900].

11.      On June 25, 2025, the Court heard oral argument on the Threshold Issues.

12.      On July 22, 2025, the Court issued a ruling on the Threshold Issues from the bench, which the Court memorialized in its *Order Sustaining in Part Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed* [D.I. 32057] and its *Order Granting in Part and Denying in Part Cross-Motion of Seth Melamed Seeking to Compel Arbitration of the Claims* [D.I. 32058].

13.      On January 19, 2026, the Court entered the *Order Approving Stipulation* [D.I. 34476], setting a schedule with respect to the litigation of the Claims pending before this Court and the Trust's Claims Objection thereto.

14.     On May 18, 2026, the Trust emailed Melamed's counsel requesting updates on a number of discovery issues that remained open following the Parties' meet and confers in April 2026, including the data sources, date ranges, and search terms included in Melamed's review. The Trust also proposed extending the then-applicable schedule in light of these outstanding discovery issues.  After the Trust followed up with Melamed's counsel the following day, counsel responded that (i) Melamed would agree to the extended schedule and (ii) counsel would "respond to the substance" of the Trust's email later that day.  The Trust has yet to receive a substantive response to its questions regarding the scope or status of Melamed's review.

15.     On May 21, 2026, the Court entered the *Order Approving Stipulation* [D.I. 35717], approving the parties' amended schedule with respect to the litigation of the Claims pending before this Court and the Trust's Claims Objection thereto.

16.     On June 18, 2026, having received no substantive response to its May 18, 2026 email, the Trust sent a letter to Melamed's counsel which again requested information about the scope and status of Melamed's discovery efforts.  Having again received no response, on July 8, 2026, the Trust followed up with Melamed's counsel regarding the scope and status of Melamed's review and requesting confirmation that Melamed has been actively collecting and reviewing responsive documents.  The Trust's July 8, 2026 email also submitted to Melamed's counsel a proposed second amended schedule for review and consideration in light of the still outstanding discovery issues.  After still receiving no response, the Trust followed up with Melamed's counsel on July 17, 2026, informing that the Trust intends to request that the Court enter the revised case management order.  The Trust has not received any response as of the date of this filing.

17.     Accordingly, as the Trust is unable to finalize a stipulated case schedule due to the lack of response from Melamed's counsel, and as the deadline for document productions currently

stands as July 21, 2026, the Trust respectfully requests that the Court enter the Trust's proposed form of the CMO, attached hereto as Exhibit A.

18.     The Trust reserves all rights with respect to Melamed's failure to engage in the outstanding discovery matters.

Dated:  July 20, 2026
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450
E-mail:  landis@lrclaw.com
         mcguire@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
E-mail:  dietdericha@sullcrom.com
         gluecksteinb@sullcrom.com
         dunnec@sullcrom.com
         kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust.*