# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

**CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

1. This Case Management Plan and Scheduling Order, by and among the FTX Recovery Trust (the "Trust") and Seth Melamed (each a "Party" and collectively, the "Parties") shall govern the Trust's objection to the proofs of claim filed by Seth Melamed as well as his administrative claim [D.I. 27798].

2. The following schedule shall apply absent written agreement signed by both Parties or order of the Court:

| Event | Deadline |
|---|---|
| Service of any discovery requests by either Party relating to Claim Nos. 3244, 4578, 3353, or the Administrative Claim filed by Seth Melamed or the Trust's motion for subordination pursuant to 11 U.S.C. § 510(c) | February 13, 2026 |
| Parties to meet and confer regarding the scope of any discovery requests | April 30, 2026 |
| Service of any non-party discovery requests by either Party | April 3, 2026 |
| Completion of Party document productions | September 18, 2026 |
| Completion of fact witness depositions | November 20, 2026 |
| Service of initial expert witness reports | December 11, 2026 |
| Service of expert witness rebuttal reports | January 15, 2027 |
| Completion of expert witness depositions | February 19, 2027 |
| Pretrial conference | To Be Determined Upon Court's Availability |

Dated: _____
       Wilmington, Delaware

_____
The Honorable Karen B. Owens
Chief United States Bankruptcy Judge