# Exhibit A

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. __ & __** |

### ORDER GRANTING FTX RECOVERY TRUST'S MOTION TO SHORTEN NOTICE AND OBJECTION PERIODS FOR FTX RECOVERY TRUST'S MOTION TO STRIKE ARGENT'S JOINDER AND STATEMENT IN SUPPORT OF MOTION OF SETH MELAMED FOR RECONSIDERATION OF THE JUNE 2, 2026 ORDER

Upon the *FTX Recovery Trust's Motion to Shorten Notice and Objection Periods for FTX Recovery Trust's Motion to Strike Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order* (the "Motion to Shorten");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion to Shorten in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; pursuant to Rule 9006-1(e) of the Local Rules of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion to Shorten.

-2-

Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.     The Motion to Shorten is GRANTED with respect to the Motion to Strike.

2.     A hearing on the Motion to Strike shall be held on July 23, 2026 at 9:30 a.m. (ET).

3.     Responses to the Motion to Strike shall be due prior to or at the time of the hearing.

4.     The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.