**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br><br>Related Docket No. 36014 |

**NOTICE OF FILING OF "EXHIBIT A" TO REPLY
OF SETH MELAMED IN FURTHER SUPPORT OF MOTION FOR ENTRY OF AN
ORDER DETERMINING THAT THE FILING AND PROSECUTION OF THE
PROPOSED REQUEST TO AMEND DESCRIPTION OF ARBITRATION IS NOT
ENJOINED BY THE JUNE 2ND ORDER OR THE CONFIRMATION ORDER
(RELATED DOC # 36014)**

PLEASE TAKE NOTICE that Seth Melamed, by and through his undersigned counsel,

hereby files **Exhibit A** submitted in support of the *Reply of Seth Melamed in Further Support of*

*Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed*

*Request to Amend Description of Arbitration Is Not Enjoined by the June 2nd Order or the*

*Confirmation Order* [D.I. 36014] (the "**Reply**"), which was inadvertently not attached to the

Reply.

| | |
|---|---|
| Dated: July 21, 2026<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>By: */s/ Lawrence J. O'Brien*<br>Kate Roggio Buck (No. 5140)<br>Lawrence J. O'Brien (No. 7000)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone (302) 984-6300<br>Facsimile (302) 984-6399<br>kbuck@mccarter.com<br>lobrien@mccarter.com<br><br>-   and - |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

ME1\62054993.v2

2

David J. Adler (admitted *pro hac vice)*
250 W. 55th Street, 13th Floor
New York, New York 10019
Telephone (212) 609-6847
Facsimile (212) 609-6921
dadler@mccarter.com

*Counsel to Seth Melamed*