**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**AMENDED[1] NOTICE OF WITHDRAWAL OF MOTION OF QUINDAO BITJUNGLE TECHNOLOGY CO., LTD. FOR AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AUTHORIZING THE PRODUCTION OF DOCUMENTS AND INFORMATION AND, IN THE ALTERNATIVE, FOR AN ORDER PURSUANT TO 28 U.S.C. §1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING [Dkt. No. 35932]**

Qingdao BitJungle Technology Co., Ltd, acting as a representative of Mr. Qiu Weidong (the "**Movant**") hereby withdraws its *Motion Of Quindao Bitjungle Technology Co., Ltd. For An Order Pursuant To Federal Rule Of Bankruptcy Procedure 2004 Authorizing The Production Of Documents And Information And, In The Alternative, For An Order Pursuant To 28 U.S.C. §1782 Authorizing Discovery For Use In A Foreign Proceeding* [Dkt. No. 35932] (the "**Motion**"). FTX Recovery Trust (the "**Trust**") filed an objection to the Motion [Dkt. No. 36000]. Counsels for the Movant and the Trust spoke yesterday and agreed to the Movant withdrawing the Motion. The Motion was scheduled for hearing on July 23, 2026 at 9:30, but as a result of this withdrawal the hearing on the Motion will not go forward.

Date: July 21, 2026

**CULLEN AND DYKMAN LLP**

*/s/ Michelle McMahon*
Michelle McMahon, Esq.
One Battery Park Plaza, 34th Fl.
New York, New York 10004
T: (212) 510-2296

---

[1] Amended to correct the docket no. of the Motion only.

E: mmcmahon@cullenllp.com

*Attorneys for Qingdao BitJungle Technology Co., Ltd,*
*acting as a representative of Mr. Qiu Weidong*

**Certificate of Service**

I, Michelle McMahon, caused the foregoing *Notice of Withdrawal of the Motion Of Quindao Bitjungle Technology Co., Ltd. For An Order Pursuant To Federal Rule Of Bankruptcy Procedure 2004 Authorizing The Production Of Documents And Information And, In The Alternative, For An Order Pursuant To 28 U.S.C. §1782 Authorizing Discovery For Use In A Foreign Proceeding* to be served on July 21, 2026 on the parties registered for ECF notice and by first class mail to those parties listed on the annexed service list.

 */s/Michelle McMahon*
Michelle McMahon

**Service List**

Adam G. Landis
Matthew B. McGuire
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

Matthew B. Lunn
Robert F. Poppiti, Jr.
Jared W. Kochenash
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801

Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

Benjamin A. Hackman
Jonathan W. Lipshie
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801