**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING**

PLEASE TAKE NOTICE that Thomas D. Bielli, Esquire hereby withdraws his appearance as counsel of record for Auros Tech Limited in the above-captioned proceeding. Mr. Bielli also withdraws his request for receipts of all notices including electronic notices of documents filed in the above-captioned matter.

Dated: July 22, 2026

**BIELLI & KLAUDER, LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire
(admitted *pro hac vice*)
1905 Spruce Street
Philadelphia, PA 19103
Phone: 215-642-8271
Email: tbielli@bk-legal.com

*Counsel to Auros Tech Limited*

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.