**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: July 23, 2026 at 9:30 a.m. (ET)**<br>**Obj. Deadline: At or before the hearing** |
| | **Ref. Nos. 36017 & 36019** |

**NOTICE OF MOTION**

TO:     (a) the U.S. Trustee; (b) the Securities and Exchange Commission; (c) the Internal Revenue Service; (d) the United States Department of Justice; (e) the United States Attorney for the District of Delaware; (f) counsel to Seth Melamed; (g) counsel to Argent; and (h) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on July 21, 2026, the FTX Recovery Trust filed the *FTX Recovery Trust's Motion to Strike Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order* [D.I. 36017] (the "Motion") and the *FTX Recovery Trust's Motion to Shorten Notice and Objection Periods for FTX Recovery Trust's Motion to Strike Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order* [D.I. 36019 (the "Motion to Shorten"). You were previously served with the Motion and the Motion to Shorten.

**PLEASE TAKE FURTHER NOTICE** that on July 22, 2026, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order approving the Motion to Shorten [D.I. 36034] and scheduling the Motion for the hearing on **July 23, 2026 at 9:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion are due at or before the hearing on **July 23, 2026 at 9:30 a.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be received on or before the Objection Deadline.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

#25003399v2

A HEARING ON THE MOTION WILL BE HELD ON **JULY 23, 2026 AT 9:30 A.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, CHIEF UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.

Dated: July 22, 2026
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
     mcguire@lrclaw.com
     brown@lrclaw.com
     pierce@lrclaw.com

- and -

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted pro hac vice)
Brian D. Glueckstein (admitted pro hac vice)
Christopher J. Dunne (admitted pro hac vice)
Alexa J. Kranzley (admitted pro hac vice)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
     gluecksteinb@sullcrom.com
     dunnec@sullcrom.com
     kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*