## <u>CERTIFICATE OF SERVICE</u>

I, Sameen Rizvi, do hereby certify that on July 22, 2026, a copy of the **Argent's Objection to FTX Recovery Trust's Motion to Strike Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order** was served on the parties listed below via email.

| | |
|---|---|
| *Counsel for the FTX Recovery Trust*<br><br>**LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>Kimberly A. Brown<br>Matthew R. Pierce<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com;<br>mcguire@lrclaw.com;<br>brown@lrclaw.com;<br>pierce@lrclaw.com | *Counsel for the FTX Recovery Trust*<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York 10004<br>E-mail:dietdericha@sullcrom.com;<br>bromleyj@sullcrom.com;<br>gluecksteinb@sullcrom.com;<br>kranzleya@sullcrom.com |
| *Counsel for the Official Committee of Unsecured Creditors*<br><br>**PAUL HASTINGS LLP**<br>Kristopher M. Hansen<br>Erez E. Gilad<br>Gabriel E. Sasson*<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com | *Counsel for the Official Committee of Unsecured Creditors*<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Robert F. Poppiti, Jr.<br>Jared W. Kochenash<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com<br>jkochenash@ycst.com |
| *Counsel to Seth Melamed*<br><br>**McCARTER & ENGLISH, LLP**<br>Kate R. Buck<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, Delaware 19801<br>Email:  kbuck@mccarter.com | *Counsel to Seth Melamed*<br><br>**McCARTER & ENGLISH, LLP**<br>David J. Adler<br>250 W. 55th Street, 13th Floor<br>New York, New York 10019<br>Email:  dadler@mccarter.com |

2

| | |
|---|---|
| *Office of the United States Trustee*<br><br>Benjamin A. Hackman<br>Linda Richenderfer<br>Jonathan Lipshie<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Email:  benjamin.a.hackman@usdoj.gov<br>linda.richenderfer@usdoj.gov<br>jon.lipshie@usdoj.gov | |

*/s/ Sameen Rizvi*
Sameen Rizvi (No. 6902)