**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 24-50188 (KBO) |
| FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL, | |
| Defendants. | |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 24-50198 (KBO) |
| NAWAAZ MOHAMMAD MEERUN | |
| Defendant. | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

#25003398v1

- 2 -

FTX RECOVERY TRUST,

               Plaintiff,

        - against -

MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,

               Defendants.

Adv. Pro. No. 24-50214 (KBO)

HOWARD R. MELAMED,

               Plaintiff,

        - against -

FTX RECOVERY TRUST,

               Defendant.

Adv. Pro. No. 26-50377 (KBO)

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JULY 23, 2026 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.

Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.

---

2    **Amended items appear in bold.**

- 2 -

#25003398v1

**ADJOURNED MATTERS:**

1.  Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

    Status: This matter is adjourned to a date to be determined.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS**:

2.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

    Status: This matter is adjourned to a date to be determined.

3.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

    Status: This matter is adjourned to a date to be determined.

**WITHDRAWN MATTER:**

4.  Motion of Quindao Bitjungle Technology Co., Ltd. for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing the Production of Documents and Information and, in the Alternative, for an Order Pursuant to 28 U.S.C. §1782 Authorizing Discovery for Use in a Foreign Proceeding [D.I. 35932, filed on June 30, 2026]

    Status: This matter was withdrawn at D.I. 36020 **and 36023.**

**RESOLVED:**

5.  Motion of the FTX Recovery Trust for an Order Authorizing the Continued Redaction or Withholding of Certain Confidential Information of Customers [D.I. 35935, filed on June 30, 2026]

    Status: On July 17, 2026, the Court entered an order granting the requested relief. Accordingly, a hearing regarding this matter is not required.

6.  FTX Recovery Trust's Motion for Entry of an Order (I) Extending Time to File Reply in Support of the FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky, and (II) Granting Related Relief [D.I. 35959, filed on July 6, 2026]

    Status: **On July 22, 2026, the Court entered an order granting the requested relief**. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD**:

7.    Motion of Daizhuo Chen for Reconsideration Pursuant to Fed. R. Civ. P. 59(e) and 60(b)(2) Based on Newly Discovered Evidence [D.I. 34975, filed on March 27, 2026]

Objection Deadline: July 16, 2026 at 4:00 p.m. (ET)

Responses Received:

A.    Objection of the FTX Recovery Trust to Motion of Daizhuo Chen for Reconsideration Pursuant to Fed. R. Civ. P. 59(e) and 60(b)(2) Based on Newly Discovered Evidence [D.I. 36001, filed on July 16, 2026]

Related Documents:

A.    Notice of Hearing on Motion for Reconsideration [D.I. 35967, filed on July 7, 2026]

Status: This matter is going forward.

8.    Motion of Seth Melamed for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 35980, filed on July 9, 2026]

Objection Deadline: July 16, 2026 at 4:00 p.m. (ET)

Responses Received:

A.    Objection of FTX Recovery Trust to Motion of Seth Melamed for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 36004, filed on July 16, 2026]

Related Documents:

A.    Order Granting FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration [D.I. 35768, entered on June 2, 2026]

B.    Declaration of David J. Adler in Support of Motion of Seth Melamed for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 35981, filed on July 9, 2026]

C.    Reply of Seth Melamed in Further Support of Motion for Entry of an Order Determining That the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 36014, filed on July 20, 2026]

#25003398v1

D.    Declaration of Daniel Allen in Support of Seth Melamed's Replies in Support of his Motion for Reconsideration [D.I. 35827] and Motion to Clarify [D.I. 35980] [D.I. 36016, filed on July 20, 2026]

**E.    Notice of Filing of "Exhibit A" to Reply of Seth Melamed in Further Support of Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order (Related Doc # 36014) [D.I. 36022, filed on July 21, 2026]**

**F.    Notice of Intended Use of Demonstrative Exhibit by Seth Melamed at July 23, 2026 Hearing on 1) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order Motion for Reconsideration [D.I. 35827] and 2) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 35980] [D.I. 36036, filed on July 22, 2026]**

Status: This matter is going forward.

9.    Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 35768] Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008, 9023, and 9024 [D.I. 35827, filed on June 16, 2026]

Objection Deadline: July 16, 2026 at 4:00 p.m. (ET)

Responses Received:

A.    Objection of FTX Recovery Trust to Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 35768] Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008, 9023, and 9024 [D.I. 36002, filed on July 16, 2026]

Related Documents:

A.    Order Granting FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration [D.I. 35768, entered on June 2, 2026]

B.    Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 35985, filed on July 13, 2026]

C.    Declaration of Brian D. Glueckstein in Support of Objection of FTX Recovery Trust to Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36003, filed on July 16, 2026]

- 5 -

D.   Reply of Seth Melamed in Further Support of Motion for Reconsideration of the June 2, 2026 Order [D.I. 35768] Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008, 9023, and 9024 [D.I. 36015, filed on July 20, 2026]

E.   Declaration of Daniel Allen in Support of Seth Melamed's Replies in Support of his Motion for Reconsideration [D.I. 35827] and Motion to Clarify [D.I. 35980] [D.I. 36016, filed on July 20, 2026]

F.   **Notice of Intended Use of Demonstrative Exhibit by Seth Melamed at July 23, 2026 Hearing on 1) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order Motion for Reconsideration [D.I. 35827] and 2) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 35980] [D.I. 36036, filed on July 22, 2026]**

Status: This matter is going forward.

10.   FTX Recovery Trust's Motion to Strike Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36017, filed on July 20, 2026]

Objection Deadline: At or before the hearing.

Responses Received:

A.   **Argent's Objection to FTX Recovery Trust's Motion to Strike Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36038, filed on July 22, 2026]**

Related Documents:

A.   Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 35985, filed on July 13, 2026]

B.   FTX Recovery Trust's Motion to Shorten Notice and Objection Periods for FTX Recovery Trust's Motion to Strike Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36019, filed on July 20, 2026]

C.   **Order Granting FTX Recovery Trust's Motion to Shorten Notice and Objection Periods for FTX Recovery Trust's Motion to Strike Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36034, entered on July 22, 2026]**

- 6 -

#25003398v1

**D.** **Notice of Motion [D.I. 36037, filed on July 22, 2026]**

Status: **This matter is going forward.**

**ADVERSARY MATTERS GOING FORWARD**:

11.  Notice of Motion and Motion to Quash Subpoena to Produce Documents [*Howard R. Melamed v. FTX Recovery Trust*, Adv. No. 26-50377 – Adv. D.I. 3, transferred on May 29, 2026, from the United States District Court for the Northern District of California, Case No. 26-mc-80140-ASK, docketed on July 16, 2026]

Objection Deadline: July 22, 2026

Responses Received:

**A.** **FTX Recovery Trust's Objection to Howard Melamed's Motion to Quash Subpoena to Produce Documents and Cross-Motion to Compel Production of Privilege Log [Adv. D.I. 13, filed on July 21, 2026]**

Related Documents:

A.  Joint Stipulation for Transfer Pursuant to Rule 45(F); Order [Adv. D.I. 1, docketed on May 29, 2026]

B.  Notice of Hearing Regarding Motion to Quash Subpoena to Produce Documents [Adv. D.I. 2, filed on June 2, 2026]

**C.** **Declaration of Christopher J. Dunne in Support of FTX Recovery Trust's Objection to Howard Melamed's Motion to Quash Subpoena to Produce Documents and Cross-Motion to Compel Production of Privilege Log [Adv. D.I. 14, filed on July 21, 2026]**

Status: **This matter is adjourned to the omnibus hearing scheduled for August 19, 2026.**

**STATUS CONFERENCE:**

12.  Order Approving Motion of Morrison Cohen LLP and Morris James LLP to Withdraw as Counsel to Mohammad Nawaaz Meerun [*FTX Trading v. Nawaaz Mohammad Meerun*, Adv. No. 24-50198 – Adv. D.I. 73, entered on June 18, 2026]

Status: This matter is going forward as a status conference.

- 7 -

#25003398v1

- 8 -

Dated: July 22, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*

#25003398v1