**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*. | Case No. 22-11068 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 35985** |

**ARGENT'S NOTICE OF INTENDED USE OF DEMONSTRATIVE EXHIBIT IN
SUPPORT OF ARGENT'S JOINDER AND STATEMENT IN SUPPORT OF MOTION
OF SETH MELAMED FOR RECONSIDERATION OF THE JUNE 2, 2026 ORDER**

**PLEASE TAKE NOTICE** that, the Argent Liquidation Trust ("Argent"), as successor to the estates of debtors Silvergate Capital Corporation, Silvergate Liquidation Corporation (f/k/a Silvergate Bank), and Spring Valley Lots, LLC (collectively, "Silvergate"), intends to present the demonstrative exhibit attached hereto as **Exhibit A** (the "Demonstrative"), at the hearing on July 23, 2026, in support of *Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order* [Docket No. 35985].

[*Signature Page Follows*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: July 22, 2026
     Wilmington, Delaware

Respectfully submitted,

*/s/ Ethan H. Sulik*
L. Katherine Good (No. 5101)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Ethan H. Sulik (No. 7270)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:   kgood@potteranderson.com
       gflasser@potteranderson.com
       srizvi@potteranderson.com
       esulik@potteranderson.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Daniel M. Perry, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5770
Facsimile:  (212) 822-5770
Email:   ddunne@milbank.com
       ldoyle@milbank.com
       dperry@milbank.com

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
Melanie Westover Yanez, Esq. (admitted *pro hac vice*)
Hannah Blazek, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7574
Facsimile: (202) 263-7574
Email:   aleblanc@milbank.com
       mwyanez@milbank.com
       hblazek@milbank.com

*Counsel to the Argent Liquidation Trust*