**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Re: 35985, 36017 &36038**<br>**Hearing Date: July 23, 2026 at 9:30 a.m. (ET)** |

**JOINDER AND STATEMENT OF SUPPORT OF SETH MELAMED
IN ARGENT'S OBJECTION TO FTX RECOVERY TRUST'S
MOTION TO STRIKE ARGENT'S JOINDER AND STATEMENT
IN SUPPORT OF MOTION OF SETH MELAMED FOR
RECONSIDERATION OF THE JUNE 2, 2026 ORDER [D.I. 36038]**

Seth Melamed ("**Melamed**") hereby joins in *Argent's Objection To FTX Recovery Trust's Motion to Strike Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order* [D.I. 36038] (the "**Objection**") and respectfully requests that the Court deny the *Motion of the FTX Recovery Trust to Strike* [D.I. 36017] and grant such other and further relief as is just and proper.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

Dated: July 23, 2026
      Wilmington, Delaware

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

/s/ *Lawrence J. O'Brien*
Kate R. Buck (No. 5140)
Lawrence J. O'Brien (No. 7000)
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com
lobrien@mccarter.com

-and-

David J. Adler (admitted *pro hac vice*)
250 W. 55th Street, 13th Floor
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
dadler@mccarter.com

*Counsel to Seth Melamed*