# SIGN – IN SHEET

CASE NAME: <u>FTX Trading Ltd.</u>

CASE NO.: <u>22-11068-KBO</u>

COURTROOM: <u>3</u>

DATE: <u>July 23, 2026 9:30 AM</u>

Case 22-11068-KBO    Doc 36048    Filed 07/23/26    Page 1 of 7

## PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Adler | McCarter English | Seth Melamel |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# SIGN-IN SHEET

CASE NAME:   FTX Trading Ltd.                         COURTROOM NO.:        3

CASE NO.   22-11068 (KBO)                             DATE:        7/23/2026

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Andrew M. Leblanc | Milbank LLP | Argent Liquidation Trust |
| Lauren C. Doyle | Milbank LLP | Argent Liquidation Trust |
| Daniel M. Perry | Milbank LLP | Argent Liquidation Trust |
| Melanie Westover Yanez | Milbank LLP | Argent Liquidation Trust |
| Hannah Blazek | Milbank LLP | Argent Liquidation Trust |
| L. Katherine Good | Potter Anderson & Corroon LLP | Argent Liquidation Trust |
| Gregory J. Flasser | Potter Anderson & Corroon LLP | Argent Liquidation Trust |
| Ethan H. Sulik | Potter Anderson & Corroon LLP | Argent Liquidation Trust |
|  |  |  |
|  |  |  |
|  |  |  |

12981715

| **Name** | **Law Firm** | **Client Representing** |
|---|---|---|
| Brian Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Jess Goldman | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| George A. Williams | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| | | |
| | | |
| | | |
| | | |
| | | |

#25003420v1

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landis Rath | | & Cobb LLP | ramirez@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market | Suite 1800 | Wilmington | DE | 19801 | 3.02E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Ave. | | White Plains | NY | 10603 | 9.14E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Brett | | Bakemeyer | brett.bakemeyer@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819-8200 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Nicholas | | Baker | nbaker@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Phinneas | G | Bauer | bauerp@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alex | M | Bisogno | abisogno@willkie.com | Willkie Farr & Gallagher | 787 7th Ave | | New York | NY | 10019 | -3989 | Svalbard | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Hannah | | Blazek | hblazek@milbank.com | Milbank | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801-6108 | 3.03E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kimberly | A. | Brown | brown@lrclaw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Daizhuo | | Chen | chendaizhuo@gmail.com | | 1726 Maddux Dr | | Redwood CIty | CA | 89131 | 5.4E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jacob | W. | Ciafone | ciafonej@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jordan | | Cohen | cohenjm@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| William | | Collins | wcollins@willkie.com | | 787 Seventh AVe | | New York | NY | 10019 | 212-728-3115 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jacob | M | Croke | crokej@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Saskia | E.L. | De Vries | devriess@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Callen | T. | DiGiovanni | digiovannic@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Lauren | | Doyle | ldoyle@milbank.com | Milbank | 55 Hudson Yards | | New York | NY | 10001 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Christopher | J | Dunne | Dunnec@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jonah | L | Eber | jeber@haincapital.com | Hain | 301 Route 17 | | North Rutherford | NJ | 07070 | 2.02E+09 | creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrew | J | Finn | Finna@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Gregory | Joseph | Flasser | gflasser@potteranderson.com | Potter Anderson & Corroon LLP | 1313 North Market Street | Ste 6th Floor | Wilmington | DE | 19801 | 302-984-6058 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Chad | | Flick | cflick@hudsonbaycapital.com | | 290 Harbor Drive | | Stamford | CT | 06902 | 203-718-5691 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Brooke | | Giddon | brooke.giddon@davispolk.com | | 450 Lexington Avenue | | New York | NY | 10017 | 3.32E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jessica | H. | Goldman | goldmanj@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| L. Katherine | | Good | kgood@potteranderson.com | Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | 302-984-6049 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Natalie | A | Hills | hillsn@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexandra | | Hough | ahough@willkie.com | | 787 Seventh Ave | | New York | NY | 10019 | 212-728-5567 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Batoul | S.A. | Husain | batoul.husain@stblaw.com | Simpson Thacher & Bartlett LLP | 900 G Street, N.W. | | Washington | DC | 20001 | 212-455-2000 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Pedro | Jose | Izquierdo | Izquierdop@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Justin | | Kane | justin.kane@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | DC | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexa | J. | Kranzley | kranzleya@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| John | | Lee | jlee@milbank.com | Milbank | 1850 K Street, ,NW | Suite 1100 | Washington | DC | | 20006 | 302-984-6069 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mike | | Legge | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Samantha | M. | Mazzarelli | mazzarellis@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kristin | | McCloskey | kmccloskey@potteranderson.com | Potter Anderson | Potter Anderson & Corroon, LLP | 1313 N. Market St., 6th Fl. | Wilmington | DE | | 19801 | 3.03E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Middle | Last | Email | Firm | Address 1 | Address 2 | Address 3 | City | State | Zip | Phone | Party | Case | Entity | Access |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matthew | B. | McGuire | mcguire@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Carol | | Melamed | cmelamed@gmail.com | Melamed | 319 Lennon Lane | | | Walnut Creek | CA | | 925-788-4014 | Carol Melamed | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Howard | | Melamed | hmelamed@gmail.com | Howard R. Melamed | 319 Lennon Lane | | | Walnut Creek | CA | | 925-788-4014 | Howard R. Melamed | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Seth | | Melamed | sethmm19@gmail.com | | 2211 English Court | | | Walnut Creek | CA | 94598 | 5.1E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Alex | | Miller | AEMiller@milbank.com | Milbank | 55 Hudson Yards | | | New York | NY | 10001 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexa | N | Paladino | paladinoa@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Matthew | R | Pierce | Pierce@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | | Wilmington | DE | 19899 | 302-467-4400 x452 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Emily | N | Potter | pottere@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mr. | | Purple | mr.purple.dj@gmail.com | | 1060 West Addison | | | Chicago | IL | 12345 | 8.01E+09 | Creditors | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Sameen | | Rizvi | srizvi@potteranderson.com | Potter Anderson & Corroon LLP | 1313 N. Market Street | 6th Floor | | Wilmington | DE | 19801 | 302-984-6155 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Howard | W | Robertson | robertson@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Ste 1800 | | Wilmington | DE | 19899 | 302-467-4426 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Melissa | L | Romano | mromano@potteranderson.com | | 1313 N. Market Street | 6th Floor | | Wilmington | DE | 19801 | 302-984-6000 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jeremy | W. | Ryan | jryan@potteranderson.com | Potter Anderson & Corroon | 1313 N. Market Street, 6th Floor | | | Wilmington | DE | 19801 | 302-984-6108 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Brendan | Joseph | Schlauch | schlauch@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | | Wilmington | DE | 19801 | 302-651-7700 x7749 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Julie | R. | Sohnen | sohnenj@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexander | R. | Steiger | steiger@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | | Wilmington | DE | 19801 | 302-651-7700 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Ethan | Hans | Sulik | | Marine Midland Building | 824 North Market Street | Room 621 | | Wilmington | DE | 1.98E+08 | | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| First | Middle | Last | Email | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Representing | Case | Matter | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vince | | Sullivan | vince.sullivan@law360.com legalteam@reorg.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Kate | | Thomas | | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Michael | T. | Tomaino Jr. | TomainoM@sullcrom.com | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| MDRAMIZ | | UDDINMOLLA | srijonenterprisesp@gmail.com | Srijonenterprisesp | Village Chandina Road 205 Debidwer City | Village chandina road 205 Debidwer MOLLA | Comilla | NY | 23041- | 0163751720 | Kroll | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| MDRAMIZ | RAMIZ | UDDINMOLLA | srijonenterprisesp@gmail.com | Srijonenterprisesp | Village Chandina Road 205 Debidwer City | Village chandina road 205 Debidwer MOLLA | Comilla | NY | 23041- | 0163751720 | Kroll | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Soumya | Parvathi | Venkateswaran | venkateswaran@lrclaw.com | Landis Rath & Cobb LLP | 919 North Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4445 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| George | A | Williams | williams@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alex | | Wittenberg | alex.wittenberg@law360.com | | 111 W. 19th St. | | New York | NY | 10011 | 7.16E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jonathan | | Youngwood | jyoungwood@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Carol | | Melamed | cmelamed@gmail.com | Melamed | 319 Lennon Lane | | Walnut Creek | CA | 94598 | 925-788-4014 | Carol Melamed | 26-50377-KBO | Melamed v. FTX Recovery Trust | Video and Audio |
| Howard | | Melamed | hmelamed@gmail.com | Howard R. Melamed | 319 Lennon Lane | | Walnut Creek | CA | 94598 | 925-788-4014 | Howard R. Melamed | 26-50377-KBO | Melamed v. FTX Recovery Trust | Video and Audio |
| Mr. | | Purple | mr.purple.dj@gmail.com | | 1060 West Addison | | Chicago | IL | | 8.01E+09 | Creditors | 26-50377-KBO | Melamed v. FTX Recovery Trust | Video and Audio |
| MDRAMIZ | | UDDINMOLLA | srijonenterprisesp@gmail.com | Srijonenterprisesp | Village Chandina Road 205 Debidwer City | Village chandina road 205 Debidwer MOLLA | Comilla | NY | 23041- | 0163751720 | Kroll | 26-50377-KBO | Melamed v. FTX Recovery Trust | Audio Only |
| MDRAMIZ | RAMIZ | UDDINMOLLA | srijonenterprisesp@gmail.com | Srijonenterprisesp | Village Chandina Road 205 Debidwer City | Village chandina road 205 Debidwer MOLLA | Comilla | NY | 23041- | 0163751720 | Kroll | 26-50377-KBO | Melamed v. FTX Recovery Trust | Audio Only |