**Sophie Cheung**         cheungysophie@gmail.com
                          1920 SW 29th Ave
                          Ft Lauderdale, FL 33312

July 18, 2026

Clerk of Court
United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

> **Re: *In re FTX Trading Ltd., et al.*, Case No. 22-11068 (KBO) - Letter of Pro Se Claimant Disputing Forfeiture of Allowed Class 7B Distribution Under Plan Section 7.14**

To the Honorable Karen B. Owens:

I am a pro se creditor with an Allowed Class 7B (Convenience Class) claim of $505.06, plus $103.48 post-petition interest ($608.54 total), associated with FTX.US account cheungysophie@gmail.com. I write to dispute the forfeiture of my distribution under Section 7.14 of the Plan [D.I. 26404-1] and to respectfully request that the FTX Recovery Trust be directed to review and reinstate it.

The forfeiture was applied for failure to complete Pre-Distribution Requirements after notices dated January 8 and February 11, 2025. I could not comply because I was locked out of the FTX Claims Portal for the entire notice and compliance period - a fact documented in FTX's own support records: ticket #254832 (November 10, 2024, two months before the first notice; password-reset emails never delivered, never resolved), ticket #311032 (April 19, 2025), and tickets #317878/#317879 (May 18, 2025). The Portal's own annotations confirm each missed distribution was due solely to the Step 7 tax form, which can be submitted only through the Portal I could not access.

I regained access on July 2, 2026 and completed all requirements the same day; my claim shows as Allowed with Steps 1-9 complete. That day I also demanded escalation via FTX Support (ticket #348841), requesting by July 16, 2026 either escalation to the FTX Recovery Trust or a final written determination with the formal dispute procedure. I received only template responses. Kroll, the claims agent, replied on July 6, 2026 that it has no access to account information and referred me back to FTX Support.

Forfeiting an allowed claim of a creditor who was demonstrably unable to access the compliance portal - through no fault of her own and despite repeated timely support tickets - is inequitable. I respectfully ask that this letter be docketed, and that the Court direct the FTX Recovery Trust to review my account and reinstate my $608.54 distribution in the next distribution cycle. I can promptly provide the complete correspondence for every ticket referenced.

Respectfully submitted,

Sophie Cheung

Pro se creditor

Case 22-11068-KBO   Doc 36057   Filed 07/28/26   Page 3 of 3

Sophie Cheung
1920 SW 29th Ave.
Fort Lauderdale, FL 33312-3828

MIAMI FL  330

24 JUL 2026   PM 4  L

Freedom
25¢

USA FOREVER

Clerk of Court
United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

19801-302499