**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 34994 & 36035** |

**CERTIFICATION OF COUNSEL**

I, Matthew R. Pierce, counsel to FTX Recovery Trust, hereby certify as follows to the best of my knowledge, information and belief:

1.     On February 13, 2026, the Trust filed the *FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 34704] (the "Claims Objection") objecting to proofs of claim filed by Alex Mashinsky ("Mashinsky"), on behalf of himself, Koala1 LLC and AM Ventures Holdings Inc.  Pursuant to the attached notice, the deadline to respond to the Claims Objection was March 16, 2026 at 4:00 p.m. (the "Objection Deadline").

2.     On March 20, 2026, the Court entered the *Order Granting Leave to Ruskin Moscou Faltischek P.C. to Withdraw as Counsel to Alexander Mashinsky, Koala1, LLC, and Am Ventures Holdings, Inc.* [D.I. 34907].

3.     On March 31, 2026, the Court entered the *Order Extending Response Deadline to FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 34994] (the "Scheduling Order"), extending the Objection Deadline to June 15, 2026 and establishing July 15, 2026 as the deadline for the Trust to file a reply.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4.      On June 22, 2026, the *Response of Alex Mashinsky, Pro Se, in Opposition to the FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed By Alex Mashinsky* [D.I. 35863] was docketed.

5.      On July 22, 2026, the Court entered the *Order (I) Extending Time to File Reply in Support of the FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky, (II) Granting Related Relief* [D.I. 36035] (the "Amended Scheduling Order").

6.      On July 27, 2026, counsel to the FTX Recovery Trust was informed that Mashinsky has retained Kirby McInerney LLP as counsel with respect to this contested matter.

7.      Counsel to the FTX Recovery Trust and Mashinsky have conferred and agreed to a revised briefing schedule (the "Stipulation").  Attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") approving the Stipulation.  Attached as **Exhibit 1** to the Proposed Order is the Stipulation, as agreed to by and between the parties.

8.      In accordance with the Court's electronic order processing procedures, a copy of the Proposed Order shall be uploaded to CM/ECF.

9.      Accordingly, the FTX Recovery Trust respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: July 28, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      mcguire@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      bellerb@sullcrom.com

*Counsel for the FTX Recovery Trust*