**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.* | Case No. 22-11068 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 35985** |

**ARGENT LIQUIDATION TRUST'S NOTICE OF FILING CORRECTED JOINDER
AND STATEMENT IN SUPPORT OF MOTION OF SETH MELAMED FOR
RECONSIDERATION OF THE JUNE 2, 2026 ORDER**

**PLEASE TAKE NOTICE THAT**, on July 13, 2026, the Argent Liquidation Trust (the "Trust"), filed the *Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order* [Dkt. No. 35985] (the "Joinder"). The Trust has prepared a corrected version of the Joinder to correct citation errors, and such corrected Joinder is attached hereto as **Exhibit A** (the "Corrected Joinder").

**PLEASE TAKE FURTHER NOTICE**, for the convenience of the Court and all parties in interest, a changed pages only comparison of the Corrected Joinder marked against the Joinder is attached hereto as **Exhibit B**.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: July 28, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Ethan H. Sulik*    ~
L. Katherine Good (No. 5101)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Ethan H. Sulik (No. 7270)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:   kgood@potteranderson.com
        gflasser@potteranderson.com
        srizvi@potteranderson.com
        esulik@potteranderson.com

-and-

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5770
Facsimile:  (212) 822-5770
Email:   ddunne@milbank.com
        ldoyle@milbank.com

-and-

Andrew M. Leblanc, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7574
Facsimile: (202) 263-7574
Email:   aleblanc@milbank.com

*Counsel to Argent Liquidation Trust*

2