**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 34994, 36035 & 36058** |

## ORDER APPROVING STIPULATION

Upon the Certification of Counsel and the *Stipulation* (the "Stipulation") entered into between the FTX Recovery Trust and Alexander Mashinsky, on behalf of himself, Koala1 LLC and AM Ventures Holdings Inc., a copy of which is attached hereto as **Exhibit 1**; and this Court having jurisdiction to consider approval of the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that sufficient notice of the Stipulation has been given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Stipulation is **APPROVED**.

2.      The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

-2-

3.      This Court shall retain jurisdiction with respect to all matters arising from or related to the Stipulation or the implementation of this Order.

*Ka B. O—.*

Dated: July 29th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE