# Exhibit 1

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 34994 & 36035** |

**STIPULATION GOVERNING FTX RECOVERY TRUST'S**
**OBJECTION TO PROOFS OF CLAIM FILED BY ALEX MASHINSKY**

This Stipulation is made and entered into by and among (i) the FTX Recovery Trust (the "Trust") and (ii) Alex Mashinsky ("Mashinsky"), on behalf of himself and his controlled entities, Koala1 LLC and AM Ventures Holdings Inc. (the "Corporate Entities") (each a "Party," and, collectively, the "Parties"), by and through their respective undersigned counsel.  In support of this Stipulation, the Parties respectfully state as follows:

WHEREAS, on June 25, 2023, September 29, 2023, November 6, 2023, and December 13, 2023, Mashinsky filed certain claims against Alameda Research Ltd., Alameda Research LLC, and FTX Trading Ltd., in each case on behalf of himself or one of his Corporate Entities (the "Mashinsky Claims");

WHEREAS, on July 10, 2024, the above-captioned debtors and debtors-in-possession filed the *Debtors' Objection to Proofs of Claim Filed by Alex Mashinsky and Krissy Meehan* [D.I. 20044];

WHEREAS, on January 3, 2025, the Effective Date of the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1] occurred [D.I. 29127] and the Trust was established;

WHEREAS, on February 13, 2026, the Trust filed the *FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 34704] (the "Claims Objection");

WHEREAS, on March 31, 2026, the Court entered the *Order Extending Response Deadline to FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 34994], setting a briefing schedule with respect to the Mashinsky Claims and the Claims Objection;

WHEREAS, on June 22, 2026, the *Response of Alex Mashinsky, Pro Se, in Opposition to the FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* was filed on the docket [D.I. 35863] as a purported *pro se* response (the "Mashinsky Response");

WHEREAS, on July 22, 2026, the Court entered the *Order (I) Extending Time to File Reply in Support of the FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky, (II) Granting Related Relief* [D.I. 36035], extending the Trust's reply deadline to July 29, 2026.

WHEREAS, on July 27, 2026, counsel to the Trust was contacted by attorneys from Kirby McInerney LLP, who advised that Mashinsky had retained them as counsel in connection with the Mashinsky Claims and the Claims Objection and requested the Trust's consent to provide Mashinsky with an opportunity to file a superseding response with respect to the Mashinsky Response with the assistance of his retained counsel;

WHEREAS, the Parties have discussed in good faith a modified schedule with respect to the pending dispute with respect to the Mashinsky Claims;

WHEREAS, the signatories are authorized to enter into the Stipulation on behalf of their respective Party;

**NOW, THEREFORE,** it is hereby stipulated and agreed, and upon approval by the Court, it shall be **SO ORDERED**:

1.      Mashinsky's deadline to file a restated and superseded response to the Claims Objection on behalf of himself and his Corporate Entities shall be August 31, 2026.

2.      The Trust's deadline to file a reply in support of the Claims Objection shall be October 2, 2026.

3.      Pending approval of this Stipulation by the Court, each Party agrees that it is and will be bound by this Stipulation and waives any right to object to approval by the Court.

4.      If approved by the Court, this Stipulation may be modified only by a writing signed by both Parties and approved by the Court, or otherwise upon entry of an order of the Court entered upon notice to the Parties.

5.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.


Dated: July 28, 2026
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**                    **KIRBY McINERNEY LLP**

*/s/ Matthew R. Pierce*                        */s/ David Kovel*
Adam G. Landis (No. 3407)                      David Kovel
Matthew B. McGuire (No. 4366)                  250 Park Avenue, Suite 820
Kimberly A. Brown (No. 5138)                   New York, NY 10177
Matthew R. Pierce (No. 5946)                   Telephone: (212) 371-6600
919 Market Street, Suite 1800                  Facsimile: (212) 371-6600
Wilmington, Delaware 19801                     E-mail:  DKovel@kmllp.com
Telephone: (302) 467-4400
Facsimile: (302) 467-4450                      *Counsel for Alex Mashinsky, Koala1 LLC*
E-mail: landis@lrclaw.com                      *and AM Ventures Holdings Inc.*

- 4 -

       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       bellerb@sullcrom.com

*Counsel for the FTX Recovery Trust*