**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF SOOGEUN OH

I, Soogeun Oh, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am Soogeun Oh, the receiver (in such capacity, the "Receiver") and authorized foreign representative of Mr. Junho Bang ("Bang"), who is the subject of a proceeding, Case Number: Seoul Bankruptcy Court 2025Hoedan142 Rehabilitation (the "Korean Rehabilitation Proceeding"), under the Debtor Rehabilitation and Bankruptcy Act (the "DRBA") currently pending before the Republic of Korea's Seoul Bankruptcy Court, 101st Single Bench (the "Korean Court").

2.     I submit this declaration (the "Declaration") in connection with *the Motion of the FTX Recovery Trust for Entry of an Order Approving the Stipulation of Settlement with Soogeun Oh and Granting Related Relief* (the "Motion"),[2] and to place before the Court certain documents referred to in the Motion and this Declaration.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3.     I am not being compensated separately for this testimony.  My remuneration is provided solely through the Korean Court in connection with my duties as receiver, as authorized under Section 30 of the DRBA.

4.     Except as otherwise indicated herein, all the facts set forth in this Declaration are based upon my personal knowledge or my review of relevant documents.  If called upon to testify, I could and would testify to the facts set forth herein on that basis.

5.     Bang is a citizen and resident of Korea.  In the first half of 2022, Bang entered into various investment contracts with Korean individuals and companies, through which Bang managed their cryptocurrency holdings using a purported cryptocurrency trading program. Bang deposited most of these assets into two FTX.com exchange accounts in his own name: Customer Account No. 82284765 (the "765 Account") and Customer Account No. 1806799 (the "799 Account" and, together with the 765 Account, the "Bang Accounts").

6.     On September 11, 2023, Bang filed a proof of claim based on the 799 Account ("Claim No. 50458").  Attached hereto as Exhibit A is a true and correct copy of Claim No. 50458.

7.     On October 6, 2023, Bang filed a proof of claim based on the 765 Account ("Claim No. 87144").  Attached hereto as Exhibit B is a true and correct copy of Claim No. 87144.

8.     In January 2024, Bang was arrested on charges of fraud and breach of trust.  On August 13, 2024, he was sentenced to 10 years in jail by the Seoul Southern District Court, 13th Criminal Division.  Bang's subsequent appeals were unsuccessful, and he remains incarcerated in Korea.

9.      On July 18, 2024, Bang filed two proofs of claim ("Claim No. 96400" and "Claim No. 96401") that purported to amend and supersede Claim No. 50458 and Claim No. 87144 by substituting Lemma for Bang as the holder of the claims.  Attached hereto as Exhibit C and Exhibit D are true and correct copies of Claim No. 96400 and Claim No. 96401.

10.     On April 9, 2025, Lim and Choi filed an application with the Korean Court to commence rehabilitation proceedings against Bang.  Bang consented to the commencement of rehabilitation proceedings against him and, on May 2, 2025, the Korean Court commenced the Korean Rehabilitation Proceeding and designated me to act as Bang's authorized Receiver.

11.     Thereafter, in my capacity as Receiver, I commenced an avoidance action seeking to invalidate Bang's transfer of his claims to Lemma.  On June 10, 2025, the Korean Court issued an order invalidating Bang's assignment of rights to Lemma and restoring the Bang Claims to Bang's estate.  Attached hereto as Exhibit E is a true and correct copy of that decision from the Korean Court.

12.     All distributions on account of the Allowed Claims made to the Receiver shall ultimately be allocated in accordance with the final and effective plan of reorganization approved by the Seoul Bankruptcy Court (101st Single Bench) in the proceeding captioned *Seoul Bankruptcy Court 2025Hoedan142 Rehabilitation*.  Bang will not receive any distributions on account of the Allowed Claims under such final and effective plan.

-4-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  July 29, 2026                                   */s/ Soogeun Oh*
                                                        Soogeun Oh