# Exhibit A

Customer Claim Form

# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| melon1919@naver.com | 1806799 | 221106806814220 | |

## Scheduled Claim Information

**You have been redirected from FTX website.  Please check your scheduled information below.**

**If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.**

**You will also have an opportunity to add any NFTs not listed.  Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim.  You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.**

**Schedule**

F-1

**Contingent, Unliquidated or Disputed Status**

Contingent

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as an Contingent General Unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

- ◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

**Claim Number: 50458**

Customer Claim Form

List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|---|
| USD | | 255,744,265.032660500 | 255,744,265.03 | ○ No<br>◉ Yes | |

**Do you want to add any other fiat not previously listed?**

◉ No
○ Yes

## Loaned Fiat

### LOANED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Loaned Quantity? | If you do not agree, Please provide the Loaned Quantity of Fiat here |
|---|---|---|---|---|---|
| | | | | ○ No<br>○ Yes | |

**Do you want to add any other fiat not previously listed?**

◉ No
○ Yes

## Asserted Crypto

### Asserted Quantity of Crypto Tokens

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|

Customer Claim Form

| | | | |
|---|---|---|---|
| AAVE-PERP | 0.000000000 | ○ No ◉ Yes | |
| ADA-PERP | 0.000000000 | ○ No ◉ Yes | |
| ALGO-PERP | 2,700,003.000000000 | ○ No ◉ Yes | |
| ALICE-PERP | 0.000000000 | ○ No ◉ Yes | |
| AMPL-PERP | 0.000000000 | ○ No ◉ Yes | |
| APE-PERP | 230,212.800000000 | ○ No ◉ Yes | |
| AR-PERP | 0.000000000 | ○ No ◉ Yes | |
| ASD-PERP | -0.0000000001164153 | ○ No ◉ Yes | |
| ATLAS-PERP | 53,264,900.000000000 | ○ No ◉ Yes | |
| ATOM | 50,001.719788000 | ○ No ◉ Yes | |
| ATOM-PERP | 0.000000000 | ○ No ◉ Yes | |
| AVAX-PERP | -0.0000000000029104 | ○ No ◉ Yes | |
| AXS-PERP | -0.0000000000118234 | ○ No ◉ Yes | |
| BAND-PERP | 0.000000000 | ○ No ◉ Yes | |
| BAT-PERP | 0.000000000 | ○ No ◉ Yes | |
| BCH-PERP | 0.000000000 | ○ No ◉ Yes | |
| BNB-PERP | 0.000000000 | ○ No ◉ Yes | |
| BOBA | 4,036.031080000 | ○ No ◉ Yes | |
| BOBA-PERP | 0.000000000 | ○ No ◉ Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| BSV-PERP | 0.000000000 | ○ No<br>⦿ Yes | |
| BTC | 22.4635368645 | ○ No<br>⦿ Yes | |
| BTC-MOVE-20200503 | 0.000000000 | ○ No<br>⦿ Yes | |
| BTC-MOVE-WK-20191213 | -0.0000000000000008 | ○ No<br>⦿ Yes | |
| BTC-PERP | -0.0000000000016472 | ○ No<br>⦿ Yes | |
| C98-PERP | 0.000000000 | ○ No<br>⦿ Yes | |
| CAKE-PERP | 0.000000000 | ○ No<br>⦿ Yes | |
| CELO-PERP | 1,478,784.200000000 | ○ No<br>⦿ Yes | |
| CHR-PERP | 0.000000000 | ○ No<br>⦿ Yes | |
| CRV-PERP | 0.000000000 | ○ No<br>⦿ Yes | |
| DAWN-PERP | 0.000000000 | ○ No<br>⦿ Yes | |
| DOGE | 65.000000000 | ○ No<br>⦿ Yes | |
| DOGE-PERP | 0.000000000 | ○ No<br>⦿ Yes | |
| DOT-20210625 | 0.000000000 | ○ No<br>⦿ Yes | |
| DOT-PERP | 50,000.000000000 | ○ No<br>⦿ Yes | |
| DYDX-PERP | -0.000000000005457 | ○ No<br>⦿ Yes | |
| EDEN-PERP | -0.000000000007276 | ○ No<br>⦿ Yes | |
| ENJ-PERP | 2,500,000.000000000 | ○ No<br>⦿ Yes | |
| EOS-PERP | 0.000000000 | ○ No<br>⦿ Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| ETC-PERP | -0.000000000018872 | ○ No<br>◉ Yes | |
| ETH | 9,368.153004800 | ○ No<br>◉ Yes | |
| ETH-PERP | -144,302.556000000 | ○ No<br>◉ Yes | |
| ETHW | 9,841.708425345 | ○ No<br>◉ Yes | |
| FIDA-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| FIL-20201225 | 0.000000000 | ○ No<br>◉ Yes | |
| FIL-PERP | -0.0000000000434284 | ○ No<br>◉ Yes | |
| FLOW-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| FTM | 0.292620000 | ○ No<br>◉ Yes | |
| FTM-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| FTT | 13,282.070394630 | ○ No<br>◉ Yes | |
| FTT-PERP | -0.000000000007276 | ○ No<br>◉ Yes | |
| GALA-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| GMT-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| GRT-PERP | 67,674,086.000000000 | ○ No<br>◉ Yes | |
| HMT | 123,071.000000000 | ○ No<br>◉ Yes | |
| HUM-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| ICP-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| KNC-PERP | 0.000000000 | ○ No<br>◉ Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| LINA-PERP | 0.000000000 | ○ No ◉ Yes | |
| LINK-PERP | -0.0000000000145519 | ○ No ◉ Yes | |
| LRC-PERP | 0.000000000 | ○ No ◉ Yes | |
| LTC-PERP | 0.000000000003638 | ○ No ◉ Yes | |
| LUNA2 | 50,398.063021000 | ○ No ◉ Yes | |
| LUNA2_LOCKED | 117,595.480376000 | ○ No ◉ Yes | |
| LUNC | 350,018,356.952866850 | ○ No ◉ Yes | |
| LUNC-PERP | -0.0000000001164153 | ○ No ◉ Yes | |
| MANA-PERP | 0.000000000 | ○ No ◉ Yes | |
| MAPS-PERP | 547,032.000000000 | ○ No ◉ Yes | |
| MATIC-PERP | 0.000000000 | ○ No ◉ Yes | |
| MEDIA-PERP | -0.0000000000019327 | ○ No ◉ Yes | |
| NEAR-PERP | -0.0000000002764864 | ○ No ◉ Yes | |
| NEO-PERP | 0.000000000 | ○ No ◉ Yes | |
| OMG | 46,217.669685000 | ○ No ◉ Yes | |
| OMG-PERP | 538,177.000000000 | ○ No ◉ Yes | |
| ONE-PERP | 0.000000000 | ○ No ◉ Yes | |
| OP-PERP | 0.000000000 | ○ No ◉ Yes | |
| PEOPLE-PERP | 0.000000000 | ○ No ◉ Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| POLIS-PERP | 0.0000000000087539 | ○ No  ● Yes | |
| RAMP-PERP | 0.000000000 | ○ No  ● Yes | |
| RAY-PERP | 1,540,500.000000000 | ○ No  ● Yes | |
| ROOK-PERP | 0.000000000 | ○ No  ● Yes | |
| RSR-PERP | 12,952,580.000000000 | ○ No  ● Yes | |
| RUNE-PERP | 0.000000000 | ○ No  ● Yes | |
| SAND | 799,347.693087000 | ○ No  ● Yes | |
| SAND-PERP | 0.000000000 | ○ No  ● Yes | |
| SECO-PERP | 0.000000000 | ○ No  ● Yes | |
| SOL | 0.019728300 | ○ No  ● Yes | |
| SOL-PERP | 0.0000000000291038 | ○ No  ● Yes | |
| SPELL-PERP | 0.000000000 | ○ No  ● Yes | |
| SRM | 151.032440090 | ○ No  ● Yes | |
| SRM_LOCKED | 2,262.807559910 | ○ No  ● Yes | |
| SRM-PERP | 0.000000000 | ○ No  ● Yes | |
| STX-PERP | 0.000000000 | ○ No  ● Yes | |
| SUSHI-PERP | 0.000000000 | ○ No  ● Yes | |
| TRU-PERP | 0.000000000 | ○ No  ● Yes | |
| TRX | 0.000003000 | ○ No  ● Yes | |

| | | | |
|---|---|---|---|
| TRX-PERP | 0.000000000 | ○ No  ◉ Yes | |
| UNI-PERP | 0.000000000 | ○ No  ◉ Yes | |
| UNISWAP-PERP | -0.0000000000000036 | ○ No  ◉ Yes | |
| USDT | 3,112,267.156675540 | ○ No  ◉ Yes | |
| USDT-PERP | 0.000000000 | ○ No  ◉ Yes | |
| USTC | 6,906,551.815335000 | ○ No  ◉ Yes | |
| USTC-PERP | 0.000000000 | ○ No  ◉ Yes | |
| WAVES-PERP | 0.000000000 | ○ No  ◉ Yes | |
| XAUT-20211231 | 0.000000000 | ○ No  ◉ Yes | |
| XPLA | 900,046.625450000 | ○ No  ◉ Yes | |
| XRP | 7,092.590150000 | ○ No  ◉ Yes | |
| XRP-PERP | 0.000000000 | ○ No  ◉ Yes | |
| XTZ-PERP | 0.000000000 | ○ No  ◉ Yes | |
| YFI-PERP | 0.000000000 | ○ No  ◉ Yes | |
| ZEC-PERP | 0.000000000 | ○ No  ◉ Yes | |
| ZIL-PERP | 0.000000000 | ○ No  ◉ Yes | |

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## Loaned Crypto

### Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto | Do you agree with the Loaned Quantity? | If you do not agree, Please provide the Loaned Quantity of Crypto here. |
|---|---|---|---|
|  |  | ○ No<br>○ Yes |  |

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## NFTs

### NFTs (non-fungible tokens)

| NFT Identifier | Do you agree with the data in NFT Identifier? | If you do not agree, please provide the NFT quantity here. |
|---|---|---|
| NFT (416974972713811269/USDC Airdrop) | ○ No<br>◉ Yes |  |

**Do you want to add any NFTs not previously listed?**

◉ No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

**Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

BANG JUN HO

Email Address

apooapooar@gmail.com

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING: (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.

ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
○ Reject

## Instructions

## Claim Information

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

○ No
◉ Yes

First Name

| JUNHO |
|---|

Middle Name

Last Name

BANG

Other names the creditor used with the debtor (if any)

Do you know the creditor's FTX customer main account number?

⦿ No
◯ Yes

Do you know the creditor's FTX customer email address that was used at sign up?

◯ No
⦿ Yes

FTX customer email address used at account sign up:

melon1919@naver.com

**2. Has this claim been acquired from someone else?**

⦿ No
◯ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

JUNHO BANG

Address 1 (Street address, "Care of:", or "Attention To:"):

651, Samseong-ro, Gangnam-gu

Address 2:

Address 3:

Address 4:

City:

Seoul

Customer Claim Form

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

**Is the creditor address outside of the US?**

○ No
◉ Yes

Country (if outside of the US):

Republic of Korea

Contact phone:

Contact email:

Should payments go to a different address?

○ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

○ No
○ Yes

**4. Does this claim amend one already filed?**

○ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

○ No
○ Yes

## Additional Claim Information

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
○ Yes

**7. Please refer to the 'Scheduled Claim Information' section above for information on question 7.**

## 8. Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.

◉ No
○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

| 09/11/2023 |
| --- |

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

| JUNHOBANG |
| --- |

E-Signature:

JUNHOBANG

Customer Claim Form

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Address 1:

651, Samseong-ro, Gangnam-gu

Address 2:

City:

Seoul

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Republic of Korea

Contact phone:

Contact email:

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

○ I have supporting documentation
◉ I do not have supporting documentation

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

### Your Form has been successfully submitted...

DOCUMENT ID

c28b3ad49181aff0e80ddb82bbe2c88ee2d8993c

Submitted Date Time

2023-09-11T09:09:12.171Z

Status

Submitted

CONFIRMATION ID

3265-70-WOCCX-060709199

# Exhibit B

# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| jhbaang@gmail.com | 82284765 | 221106806781810 | |

## Scheduled Claim Information

### You have been redirected from FTX website.  Please check your scheduled information below.

### If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

### You will also have an opportunity to add any NFTs not listed.  Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim.  You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

**Schedule**

F-16

**Contingent, Unliquidated or Disputed Status**

Contingent

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as an Contingent General Unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

- ◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

**List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|---|
| | | | | | |

**Claim Number: 87144**

| USD | | 100,878,881.846457560 | 100,878,881.85 | ○ No<br>◉ Yes | |

**Do you want to add any other fiat not previously listed?**

◉ No
○ Yes

## Loaned Fiat

| LOANED QUANTITY FIAT | | | | | |
|---|---|---|---|---|---|
| Fiat (Ticker / Abbreviation) | | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Loaned Quantity? | If you do not agree, Please provide the Loaned Quantity of Fiat here |
| | | | | ○ No<br>○ Yes | |

**Do you want to add any other fiat not previously listed?**

◉ No
○ Yes

## Asserted Crypto

| Asserted Quantity of Crypto Tokens | | | |
|---|---|---|---|
| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
| APE-PERP | 0.0000000001164153 | ○ No<br>◉ Yes | |
| APT-PERP | 0.000000000 | ○ No<br>◉ Yes | |
| BTC | 366.520364746 | ○ No<br>◉ Yes | |
| BTC-PERP | 251.482199999998 | ○ No<br>◉ Yes | |
| ETC-PERP | -0.0000000000727596 | ○ No<br>◉ Yes | |
| ETH | 23.908982405 | ○ No<br>◉ Yes | |
| ETH-PERP | -46,829.4110000001 | ○ No<br>◉ Yes | |
| ETHW | 231.080267270 | ○ No<br>◉ Yes | |
| ETHW-PERP | -0.000000000007276 | ○ No<br>◉ Yes | |
| FTT | 9,998.120577000 | ○ No<br>◉ Yes | |
| FTT-PERP | 270,054.000000000 | ○ No<br>◉ Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| HT-PERP | -0.0000000000145519 | ○ No<br>◉ Yes | |
| SAND | 85,253.251387440 | ○ No<br>◉ Yes | |
| SRM | 46.004292500 | ○ No<br>◉ Yes | |
| SRM_LOCKED | 1,101.975707500 | ○ No<br>◉ Yes | |
| USDT | 4,442,616.777693750 | ○ No<br>◉ Yes | |
| XRP-PERP | 0.000000000 | ○ No<br>◉ Yes | |

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## Loaned Crypto

### Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto | Do you agree with the Loaned Quantity? | If you do not agree, Please provide the Loaned Quantity of Crypto here. |
|---|---|---|---|
| | | ○ No<br>○ Yes | |

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## NFTs

### NFTs (non-fungible tokens)

| NFT Identifier | Do you agree with the data in NFT Identifier? | If you do not agree, please provide the NFT quantity here. |
|---|---|---|
| | ○ No<br>○ Yes | |

**Do you want to add any NFTs not previously listed?**

◉ No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

**Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

| Creditor Name | Email Address |
|---|---|
| BANG JUN HO | apooapooar@gmail.com |

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING: (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.
SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.

ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.
Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.

All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

- ⦿ I Agree
- ○ Reject

## Instructions

## Claim Information

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

- ○ No
- ⦿ Yes

First Name

| JUNHO |

Middle Name

| |

Last Name

| BANG |

Other names the creditor used with the debtor (if any)

| |

Do you know the creditor's FTX customer main account number?

- ⦿ No
- ○ Yes

Do you know the creditor's FTX customer email address that was used at sign up?

- ○ No
- ⦿ Yes

FTX customer email address used at account sign up:

| jhbaang@gmail.com |

**2. Has this claim been acquired from someone else?**

⦿ No
◯ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

> JUNHO BANG

Address 1 (Street address, "Care of:", or "Attention To:"):

> 651, Samseong-ro, Gangnam-gu

Address 2:

Address 3:

Address 4:

City:

> Seoul

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

**Is the creditor address outside of the US?**

◯ No
⦿ Yes

Country (if outside of the US):

> Republic of Korea

Contact phone:

Contact email:

**Should payments go to a different address?**

◯ No
◯ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

◯ No
◯ Yes

**4. Does this claim amend one already filed?**

◯ No
◯ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◯ No
◯ Yes

## Additional Claim Information

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

○ No
○ Yes

### 7. Please refer to the 'Scheduled Claim Information' section above for information on question 7.

### 8. Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.

◉ No
○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

| 10/06/2023 |

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

| JUNHOBANG |

E-Signature:

JUNHOBANG

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

| |

Address 1:

| 651, Samseong-ro, Gangnam-gu |

Address 2:

| |

City:

> Seoul

State or Province (use 2-letter abbreviation if US or Canada):

> 

Zip Code | Postal Code:

> 

Is this address outside of the US?

○ No
⦿ Yes

Country (if outside of the US):

> Republic of Korea

Contact phone:

> 

Contact email:

> 

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

○ I have supporting documentation
⦿ I do not have supporting documentation

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

### Your Form has been successfully submitted...

| DOCUMENT ID | Submitted Date Time |
|---|---|
| 2b17642b4bfb09d12874e1f5325c92951aa247c0 | 2023-10-06T06:32:06.177Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | 3265-70-TYACU-240147853 |

# Exhibit C

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

| Creditor Name | Email Address |
|---|---|
| Lemma Technologies Inc. | info@cldlegal.com |

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.
**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.
Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;

**Claim Number: 96400**

• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.

By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.

◉ I Agree
◯ Reject

# Instructions

# Claim Information

### 1. Who is the current Creditor?
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

◉ No
◯ Yes

Creditor Name

| Lemma Technologies Inc. |

Other names the creditor used with the debtor (if any)

| |

Do you know the creditor's FTX customer main account number?

◯ No
◉ Yes

FTX customer main account number:

| 1806799 |

Do you know the creditor's FTX customer email address that was used at sign up?

◯ No
◉ Yes

FTX customer email address used at account sign up:

| melon1919@naver.com |

**2. Has this claim been acquired from someone else?**

○ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

> Lemma Technologies Inc.

Address 1 (Street address, "Care of:", or "Attention To:"):

> C/O CLD Legal, Attn: Ricardo Cambra

Address 2:

> Samuel Lewis Ave. & 55 East St.

Address 3:

> Building SL 55

Address 4:

> 21st Floor

City:

> Panama City

State or Province (use 2-letter abbreviation if US or Canada):

> 

Zip Code │ Postal Code:

> 0801

**Is the creditor address outside of the US?**

○ No
◉ Yes

Country (if outside of the US):

> Republic of Panama

Contact phone:

> +(507)263-5752

Contact email:

> info@cldlegal.com

**Should payments go to a different address?**

◉ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

○ No
◉ Yes

**Additional Address Block 1**

Name:

> Lemma Technologies Inc.

Address 1 (Street address, "Care of:", or "Attention To:"):

> C/O Eversheds Sutherland, Attn: Erin E. Broderick

Address 2:

> 227 West Monroe Street

Address 3:

Suite 6000

Address 4:

City:

Chicago

State or Province (use 2-letter abbreviation if US or Canada):

IL

Zip Code | Postal Code:

60606

Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

Contact email:

erinbroderick@eversheds-sutherland.com

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

○ No
◉ Yes

Claim number on court claims registry (if known)

50458

Filed on:

9/11/2023

09/11/2023

**5. Do you know if anyone else has filed a proof of claim for this claim?**

○ No
○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

# 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
○ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

**ASSERTED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.00000 0000 | 255,744,265.032660500 | 255,744,265.032660500 |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.00623 6000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.66190 0000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100 000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200 000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.75060 0000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000 000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.06932 4000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500 000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.00709 3000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767 000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.72350 0000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.03800 0000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.05409 1000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.05758 0000 | | |

| | | | |
|---|---|---|---|
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.00004 0000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531 000 | | |

**Do you want to add any other fiat not previously listed?**

○ Yes
◉ No

## Loaned Fiat

**LOANED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

**Do you want to add any other fiat not previously listed?**

○ Yes
◉ No

## Asserted Crypto

**Asserted Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | 50,001.719788000 |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | 22.4635368645 |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| Crypto.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | 65.000000000 |
| Ethereum (ETH) | 9,368.153004800 |

Customer Claim Form

| | |
|---|---|
| EthereumPoW (ETHW) | 9,841.708425345 |
| Fantom (FTM) | 0.292620000 |
| FTX Token (FTT) | 13,282.070394630 |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | 50,398.063021000 |
| Luna Classic (LUNC) | 350,018,356.952866850 |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | 151.032440090 |
| Shiba Inu (SHIB) | |
| Solana (SOL) | 0.019728300 |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | 6,906,551.815335000 |
| The Graph (GRT) | |
| The Sandbox (SAND) | 799,347.693087000 |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | 3,112,267.156675540 |

| XRP (XRP) | 7,092.590150000 |
|---|---|

**Do you want to add any coin not previously listed?**

◉ Yes
○ No

| Other Crypto not previously listed (please specify) | Please provide the Asserted Quantity of Crypto here. |
|---|---|
| XPLA | 900,046.625450000 |
| SRM_LOCKED | 2,262.807559910 |
| HMT | 123,071.000000000 |
| LUNA2_LOCKED | 117,595.480376000 |

## Loaned Crypto

## Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |

| | |
|---|---|
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| [crypto-loan.com](crypto-loan.com) Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |

Customer Claim Form

| | |
|---|---|
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?

○ Yes

○ No

## Staked Crypto

## Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |

| | |
|---|---|
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-stak.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |

| | |
|---|---|
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

**Do you want to add any coin not previously listed?**

○ Yes

○ No

## NFTs

### NFTs (non-fungible tokens)

| NFT Description | NFT Identifier | Quantity of NFT | | |
|---|---|---|---|---|
| | NFT (4169749727138 11269/USDC Airdrop) | | | |
| | | | | |
| | | | | |
| | | | | |

**8.** **Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

○ No

◉ Yes

If yes, please describe:

See Exhibit A attached hereto for Asserted Crypto

If yes, how much is the claim?

See Exhibit A attached hereto for Asserted Crypto

**Please provide any relevant supporting documentation necessary to support a claim related to any Other Activity.**

Please identify all relevant Debtor(s) you are asserting this claim against below, you may check more than one Debtor.

- ☑ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ☐ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd.) (Case No. 22-11166)
- ☐ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ☐ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ☐ West Realm Shires Services (d/b/a "FTX US") Inc. (Case No. 22-11071)
- ☐ Alameda Aus Pty Ltd (Case No. 22-11104)
- ☐ Alameda Global Services Ltd. (Case No. 22-11134)
- ☐ Alameda Research (Bahamas) Ltd (Case No. 22-11105)
- ☐ Alameda Research Holdings Inc. (Case No. 22-11069)
- ☐ Alameda Research KK (Case No. 22-11106)
- ☐ Alameda Research LLC (Case No. 22-11066)
- ☐ Alameda Research Ltd (Case No. 22-11067)
- ☐ Alameda Research Pte Ltd (Case No. 22-11107)
- ☐ Alameda Research Yankari Ltd (Case No. 22-11108)
- ☐ Alameda TR Ltd (Case No. 22-11078)
- ☐ Alameda TR Systems S. de R. L. (Case No. 22-11109)
- ☐ Allston Way Ltd (Case No. 22-11079)
- ☐ Analisya Pte Ltd (Case No. 22-11080)
- ☐ Atlantis Technology Ltd. (Case No. 22-11081)
- ☐ Bancroft Way Ltd (Case No. 22-11082)
- ☐ Blockfolio, Inc. (Case No. 22-11110)
- ☐ Blue Ridge Ltd (Case No. 22-11083)
- ☐ Cardinal Ventures Ltd (Case No. 22-11084)
- ☐ Cedar Bay Ltd (Case No. 22-11085)
- ☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)
- ☐ Clifton Bay Investments LLC (Case No. 22-11070)
- ☐ Clifton Bay Investments Ltd (Case No. 22-11111)
- ☐ Cottonwood Grove Ltd (Case No. 22-11112)
- ☐ Cottonwood Technologies Ltd (Case No. 22-11136)
- ☐ CryptoCrypto Bahamas LLC (Case No. 22-11113)
- ☐ DAAG Trading, DMCC (Case No. 22-11163)
- ☐ Deck Technologies Holdings LLC (Case No. 22-11138)
- ☐ Deck Technologies Inc. (Case No. 22-11139)
- ☐ Deep Creek Ltd (Case No. 22-11114)
- ☐ Digital Custody Inc. (Case No. 22-11115)
- ☐ Euclid Way Ltd (Case No. 22-11141)
- ☐ FTX (Gibraltar) Ltd (Case No. 22-11116)
- ☐ FTX Canada Inc (Case No. 22-11117)
- ☐ FTX Certificates GmbH (Case No. 22-11164)
- ☐ FTX Crypto Services Ltd. (Case No. 22-11165)
- ☐ FTX Digital Assets LLC (Case No. 22-11143)
- ☐ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118)
- ☐ FTX EMEA Ltd. (Case No. 22-11145)
- ☐ FTX Equity Record Holdings Ltd (Case No. 22-11099)
- ☐ FTX Europe AG (Case No. 22-11075)
- ☐ FTX Exchange FZE (Case No. 22-11100)
- ☐ FTX Hong Kong Ltd (Case No. 22-11101)
- ☐ FTX Japan Holdings K.K. (Case No. 22-11074)
- ☐ FTX Japan Services KK (Case No. 22-11103)
- ☐ FTX Lend Inc. (Case No. 22-11167)
- ☐ FTX Marketplace, Inc. (Case No. 22-11168)
- ☐ FTX Products (Singapore) Pte Ltd (Case No. 22-11119)
- ☐ FTX Property Holdings Ltd (Case No. 22-11076)
- ☐ FTX Services Solutions Ltd. (Case No. 22-11120)
- ☐ FTX Structured Products AG (Case No. 22-11122)
- ☐ FTX Switzerland GmbH (Case No. 22-11169)
- ☐ FTX Trading GmbH (Case No. 22-11123)
- ☐ FTX US Services, Inc. (Case No. 22-11171)
- ☐ FTX US Trading, Inc. (Case No. 22-11149)
- ☐ FTX Ventures Ltd. (Case No. 22-11172)
- ☐ FTX Zuma Ltd (Case No. 22-11124)
- ☐ GG Trading Terminal Ltd (Case No. 22-11173)
- ☐ Global Compass Dynamics Ltd. (Case No. 22-11125)
- ☐ Good Luck Games, LLC (Case No. 22-11174)

- ☐ Goodman Investments Ltd. (Case No. 22-11126)
- ☐ Hannam Group Inc (Case No. 22-11175)
- ☐ Hawaii Digital Assets Inc. (Case No. 22-11127)
- ☐ Hilltop Technology Services LLC (Case No. 22-11176)
- ☐ Hive Empire Trading Pty Ltd (Case No. 22-11150)
- ☐ Innovatia Ltd (Case No. 22-11128)
- ☐ Island Bay Ventures Inc (Case No. 22-11129)
- ☐ Killarney Lake Investments Ltd (Case No. 22-11131)
- ☐ Ledger Holdings Inc. (Case No. 22-11073)
- ☐ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177)
- ☐ LedgerPrime Bitcoin Yield Enhancement Master Fund LP (Case No. 22-11155)
- ☐ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156)
- ☐ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157)
- ☐ LedgerPrime LLC (Case No. 22-11158)
- ☐ LedgerPrime Ventures, LP (Case No. 22-11159)
- ☐ Liquid Financial USA Inc. (Case No. 22-11151)
- ☐ Liquid Securities Singapore Pte Ltd (Case No. 22-11086)
- ☐ LiquidEX LLC (Case No. 22-11152)
- ☐ LT Baskets Ltd. (Case No. 22-11077)
- ☐ Maclaurin Investments Ltd. (Case No. 22-11087)
- ☐ Mangrove Cay Ltd (Case No. 22-11088)
- ☐ North Dimension Inc (Case No. 22-11153)
- ☐ North Dimension Ltd (Case No. 22-11160)
- ☐ North Wireless Dimension Inc. (Case No. 22-11154)
- ☐ Paper Bird Inc (Case No. 22-11089)
- ☐ Pioneer Street Inc. (Case No. 22-11090)
- ☐ Quoine India Pte Ltd (Case No. 22-11091)
- ☐ Quoine Vietnam Co. Ltd (Case No. 22-11092)
- ☐ Strategy Ark Collective Ltd. (Case No. 22-11094)
- ☐ Technology Services Bahamas Limited (Case No. 22-11095)
- ☐ Verdant Canyon Capital LLC (Case No. 22-11096)
- ☐ West Innovative Barista Ltd. (Case No. 22-11097)
- ☐ West Realm Shires Financial Services Inc. (Case No. 22-11072)
- ☐ West Realm Shires Inc. (Case No. 22-11183)
- ☐ Western Concord Enterprises Ltd. (Case No. 22-11098)
- ☐ Zubr Exchange Ltd (Case No. 22-11132)

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ○ I am the creditor.
- ◉ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

07/18/2024

**Name of the person who is completing and signing this claim:**

**First Name/Middle Name/Last Name:**

Ricardo Cambra

**E-Signature:**

Ricardo Cambra

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Title/Company:**

Managing Partner, CLD Legal

**Address 1:**

Samuel Lewis Ave. & 55 East St.

**Address 2:**

Building SL 55, 21st Floor

**City:**

Panama City PA-8

**State or Province (use 2-letter abbreviation if US or Canada):**

**Zip Code | Postal Code:**

0801

**Is this address outside of the US?**

○ No
◉ Yes

**Country (if outside of the US):**

Republic of Panama

**Contact phone:**

+(507)263-5752

**Contact email:**

info@cldlegal.com

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

🗎 Addendum to Proof of Claim - 50458.pdf                                113 KB

**File Name**

Addendum to Proof of Claim - 50458.pdf

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

**Addendum to Amended Proof of Claim filed by Lemma Technologies Inc.**
*In re: FTX Trading Ltd., et al., Case No. 22-11068(JTD)*
United States Bankruptcy Court
District of Delaware

Lemma Technologies Inc. ("Lemma") files this addendum to its amended proof of claim ("Amended Proof of Claim") against FTX Trading Ltd. ("Debtors"), which filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, on November 11, 2022 (the "Petition Date"). This Amended Proof of Claim amends the proof of claim identified on the Kroll claims registry as Claim Number 50458 filed on September 11, 2023 (the "Initial Claim").

Lemma is the transferee of the customer claim against the Debtors associated with the FTX Account ID 1806799. The underlying claim was originally held by Lemma's president, Junho Bang ("JB"), in his individual capacity. On January 18, 2023, JB, in his individual capacity, transferred the claim to Lemma.

On September 11, 2023, JB, in his capacity as president of Lemma, inadvertently filed the Initial Claim under his individual name. The Initial Claim was intended to have been filed in Lemma's name—not in the individual name of Lemma's president. Therefore, Lemma amends its claim solely to correct the same. This Amended Proof of Claim does not amend the holdings asserted in the Initial Claim.

Exhibit A

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
| --- | --- |
| AAVE-PERP | 0.000000000 |
| ADA-PERP | 0.000000000 |
| ALGO-PERP | 2,700,003.000000000 |
| ALICE-PERP | 0.000000000 |
| AMPL-PERP | 0.000000000 |
| APE-PERP | 230,212.800000000 |
| AR-PERP | 0.000000000 |
| ASD-PERP | -0.000000001164153 |
| ATLAS-PERP | 53,264,900.000000000 |
| ATOM | 50,001.719788000 |
| ATOM-PERP | 0.000000000 |
| AVAX-PERP | -0.0000000000029104 |
| AXS-PERP | -0.0000000000118234 |
| BAND-PERP | 0.000000000 |
| BAT-PERP | 0.000000000 |
| BCH-PERP | 0.000000000 |
| BNB-PERP | 0.000000000 |
| BOBA | 4,036.031080000 |
| BOBA-PERP | 0.000000000 |
| BSV-PERP | 0.000000000 |
| BTC | 22.4635368645 |
| BTC-MOVE-20200503 | 0.000000000 |
| BTC-MOVE-WK-20191213 | -0.000000000000008 |
| BTC-PERP | -0.0000000000016472 |
| C98-PERP | 0.000000000 |
| CAKE-PERP | 0.000000000 |
| CELO-PERP | 1,478,784.200000000 |
| CHR-PERP | 0.000000000 |
| CRV-PERP | 0.000000000 |
| DAWN-PERP | 0.000000000 |
| DOGE | 65.000000000 |
| DOGE-PERP | 0.000000000 |
| DOT-20210625 | 0.000000000 |
| DOT-PERP | 50,000.000000000 |
| DYDX-PERP | -0.000000000005457 |
| EDEN-PERP | -0.000000000007276 |
| ENJ-PERP | 2,500,000.000000000 |
| EOS-PERP | 0.000000000 |
| ETC-PERP | -0.000000000018872 |
| ETH | 9,368.153004800 |
| ETH-PERP | -144,302.556000000 |
| ETHW | 9841.708425 |
| FIDA-PERP | 0.000000000 |

| | |
|---|---|
| FIL-20201225 | 0.000000000 |
| FIL-PERP | -0.0000000000434284 |
| FLOW-PERP | 0.000000000 |
| FTM | 0.292620000 |
| FTM-PERP | 0.000000000 |
| FTT | 13,282.070394630 |
| FTT-PERP | -0.000000000007276 |
| GALA-PERP | 0.000000000 |
| GMT-PERP | 0.000000000 |
| GRT-PERP | 67,674,086.000000000 |
| HMT | 123,071.000000000 |
| HUM-PERP | 0.000000000 |
| ICP-PERP | 0.000000000 |
| KNC-PERP | 0.000000000 |
| LINA-PERP | 0.000000000 |
| LINK-PERP | -0.0000000000145519 |
| LRC-PERP | 0.000000000 |
| LTC-PERP | 0.000000000003638 |
| LUNA2 | 50,398.063021000 |
| LUNA2_LOCKED | 117,595.480376000 |
| LUNC | 350,018,356.952866850 |
| LUNC-PERP | -0.0000000001164153 |
| MANA-PERP | 0.000000000 |
| MAPS-PERP | 547,032.000000000 |
| MATIC-PERP | 0.000000000 |
| MEDIA-PERP | -0.0000000000019327 |
| NEAR-PERP | -0.0000000002764864 |
| NEO-PERP | 0.000000000 |
| OMG | 46,217.669685000 |
| OMG-PERP | 538,177.000000000 |
| ONE-PERP | 0.000000000 |
| OP-PERP | 0.000000000 |
| PEOPLE-PERP | 0.000000000 |
| POLIS-PERP | 0.0000000000087539 |
| RAMP-PERP | 0.000000000 |
| RAY-PERP | 1,540,500.000000000 |
| ROOK-PERP | 0.000000000 |
| RSR-PERP | 12,952,580.000000000 |
| RUNE-PERP | 0.000000000 |
| SAND | 799,347.693087000 |
| SAND-PERP | 0.000000000 |
| SECO-PERP | 0.000000000 |
| SOL | 0.019728300 |
| SOL-PERP | 0.0000000000291038 |

| | |
|---|---|
| SPELL-PERP | 0.000000000 |
| SRM | 151.032440090 |
| SRM_LOCKED | 2,262.807559910 |
| SRM-PERP | 0.000000000 |
| STX-PERP | 0.000000000 |
| SUSHI-PERP | 0.000000000 |
| TRU-PERP | 0.000000000 |
| TRX | 0.000003000 |
| TRX-PERP | 0.000000000 |
| UNI-PERP | 0.000000000 |
| UNISWAP-PERP | -0.0000000000000036 |
| USDT | 3,112,267.156675540 |
| USDT-PERP | 0.000000000 |
| USTC | 6,906,551.815335000 |
| USTC-PERP | 0.000000000 |
| WAVES-PERP | 0.000000000 |
| XAUT-20211231 | 0.000000000 |
| XPLA | 900,046.625450000 |
| XRP | 7,092.590150000 |
| XRP-PERP | 0.000000000 |
| XTZ-PERP | 0.000000000 |
| YFI-PERP | 0.000000000 |
| ZEC-PERP | 0.000000000 |
| ZIL-PERP | 0.000000000 |

## Confirmation of Submission

### Your Form has been successfully submitted...

DOCUMENT ID

6c68f6eab99ac35f614cb9520805d3b869e54d14

Submitted Date Time

2024-07-18T03:49:37.835Z

Status

Submitted

CONFIRMATION ID

3265-70-JMUQM-726160464

# Exhibit D

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

| Creditor Name | Email Address |
|---|---|
| Lemma Technologies Inc. | info@cldlegal.com |

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING: (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.
SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.

ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.
Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;

**Claim Number: 96401**

• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
◯ Reject

## Instructions

## Claim Information

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

◉ No
◯ Yes

Creditor Name

Lemma Technologies Inc.

Other names the creditor used with the debtor (if any)

Do you know the creditor's FTX customer main account number?

◯ No
◉ Yes

FTX customer main account number:

82284765

Do you know the creditor's FTX customer email address that was used at sign up?

◯ No
◉ Yes

FTX customer email address used at account sign up:

jhbaang@gmail.com

**2. Has this claim been acquired from someone else?**

○ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

Lemma Technologies Inc.

Address 1 (Street address, "Care of:", or "Attention To:"):

C/O CLD Legal, Attn: Ricardo Cambra

Address 2:

Samuel Lewis Ave. & 55 East St.

Address 3:

Building SL 55

Address 4:

21st Floor

City:

Panama City

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code │ Postal Code:

0801

**Is the creditor address outside of the US?**

○ No
⦿ Yes

Country (if outside of the US):

Republic of Panama

Contact phone:

+(507)263-5752

Contact email:

info@cldlegal.com

**Should payments go to a different address?**

⦿ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

○ No
⦿ Yes

**Additional Address Block 1**

Name:

Lemma Technologies Inc.

Address 1 (Street address, "Care of:", or "Attention To:"):

C/O Eversheds Sutherland, Attn: Erin E. Broderick

Address 2:

227 West Monroe Street

Address 3:

Suite 6000

Address 4:

City:

Chicago

State or Province (use 2-letter abbreviation if US or Canada):

IL

Zip Code | Postal Code:

60606

Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

Contact email:

erinbroderick@eversheds-sutherland.com

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

○ No
◉ Yes

Claim number on court claims registry (if known)

87144

Filed on:

10/6/2023

10/06/2023

**5. Do you know if anyone else has filed a proof of claim for this claim?**

○ No
○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

○ No
○ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000000 | 100,878,881.846457560 | 100,878,881.846457560 |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |

Customer Claim Form

| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
|---|---|---|---|
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

○ Yes
◉ No

## Loaned Fiat

**LOANED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

○ Yes
○ No

## Asserted Crypto

**Asserted Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | 366.520364746 |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| Crypto.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | 23.908982405 |

Customer Claim Form

| | |
|---|---|
| EthereumPoW (ETHW) | 231.080267270 |
| Fantom (FTM) | |
| FTX Token (FTT) | 9,998.120577000 |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | 46.004292500 |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | 85,253.251387440 |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | 4,442,616.777693750 |

| XRP (XRP) | |
|---|---|

**Do you want to add any coin not previously listed?**

◯ Yes
◯ No

## Loaned Crypto

## Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-loan.com Coin (CRO) | |

| | |
|---|---|
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |

| | |
|---|---|
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

**Do you want to add any coin not previously listed?**

○ Yes

○ No

## Staked Crypto

## Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |

| | |
|---|---|
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| crypto-stak.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |
| Shiba Inu (SHIB) | |
| Solana (SOL) | |
| Spell Token (SPELL) | |
| Step Finance (STEP) | |
| SushiSwap (SUSHI) | |
| Swipe (SXP) | |
| Terra Classic USD (Wormhole) (USTC) | |
| The Graph (GRT) | |

Customer Claim Form

| | |
|---|---|
| The Sandbox (SAND) | |
| Thorchain (RUNE) | |
| TON Coin (TONCOIN) | |
| TRON (TRX) | |
| Uniswap Protocol Token (UNI) | |
| UpBots (UBXT) | |
| USD Coin (USDC) | |
| USD Tether (USDT) | |
| XRP (XRP) | |

Do you want to add any coin not previously listed?

○ Yes
○ No

## NFTs

**NFTs (non-fungible tokens)**

| NFT Description | NFT Identifier | Quantity of NFT | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**8.** **Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

○ No
◉ Yes

If yes, please describe:

See Exhibit A attached hereto for Asserted Crypto

If yes, how much is the claim?

See Exhibit A attached hereto for Asserted Crypto

## Please provide any relevant supporting documentation necessary to support a claim related to any Other Activity.

Please identify all relevant Debtor(s) you are asserting this claim against below, you may check more than one Debtor.

☑ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
☐ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd.) (Case No. 22-11166)
☐ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
☐ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
☐ West Realm Shires Services (d/b/a "FTX US") Inc. (Case No. 22-11071)
☐ Alameda Aus Pty Ltd (Case No. 22-11104)
☐ Alameda Global Services Ltd. (Case No. 22-11134)
☐ Alameda Research (Bahamas) Ltd (Case No. 22-11105)
☐ Alameda Research Holdings Inc. (Case No. 22-11069)
☐ Alameda Research KK (Case No. 22-11106)

- ☐ Alameda Research LLC (Case No. 22-11066)
- ☐ Alameda Research Ltd (Case No. 22-11067)
- ☐ Alameda Research Pte Ltd (Case No. 22-11107)
- ☐ Alameda Research Yankari Ltd (Case No. 22-11108
- ☐ Alameda TR Ltd (Case No. 22-11078
- ☐ Alameda TR Systems S. de R. L. (Case No. 22-11109)
- ☐ Allston Way Ltd (Case No. 22-11079)
- ☐ Analisya Pte Ltd (Case No. 22-11080)
- ☐ Atlantis Technology Ltd. (Case No. 22-11081)
- ☐ Bancroft Way Ltd (Case No. 22-11082)
- ☐ Blockfolio, Inc. (Case No. 22-11110)
- ☐ Blue Ridge Ltd (Case No. 22-11083)
- ☐ Cardinal Ventures Ltd (Case No. 22-11084)
- ☐ Cedar Bay Ltd (Case No. 22-11085)
- ☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)
- ☐ Clifton Bay Investments LLC (Case No. 22-11070)
- ☐ Clifton Bay Investments Ltd (Case No. 22-11111)
- ☐ Cottonwood Grove Ltd (Case No. 22-11112)
- ☐ Cottonwood Technologies Ltd (Case No. 22-11136)
- ☐ CryptoCrypto Bahamas LLC (Case No. 22-11113)
- ☐ DAAG Trading, DMCC (Case No. 22-11163)
- ☐ Deck Technologies Holdings LLC (Case No. 22-11138)
- ☐ Deck Technologies Inc. (Case No. 22-11139)
- ☐ Deep Creek Ltd (Case No. 22-11114)
- ☐ Digital Custody Inc. (Case No. 22-11115)
- ☐ Euclid Way Ltd (Case No. 22-11141)
- ☐ FTX (Gibraltar) Ltd (Case No. 22-11116)
- ☐ FTX Canada Inc (Case No. 22-11117)
- ☐ FTX Certificates GmbH (Case No. 22-11164)
- ☐ FTX Crypto Services Ltd. (Case No. 22-11165)
- ☐ FTX Digital Assets LLC (Case No. 22-11143)
- ☐ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118)
- ☐ FTX EMEA Ltd. (Case No. 22-11145)
- ☐ FTX Equity Record Holdings Ltd (Case No. 22-11099)
- ☐ FTX Europe AG (Case No. 22-11075)
- ☐ FTX Exchange FZE (Case No. 22-11100)
- ☐ FTX Hong Kong Ltd (Case No. 22-11101)
- ☐ FTX Japan Holdings K.K. (Case No. 22-11074)
- ☐ FTX Japan Services KK (Case No. 22-11103)
- ☐ FTX Lend Inc. (Case No. 22-11167)
- ☐ FTX Marketplace, Inc. (Case No. 22-11168)
- ☐ FTX Products (Singapore) Pte Ltd (Case No. 22-11119)
- ☐ FTX Property Holdings Ltd (Case No. 22-11076)
- ☐ FTX Services Solutions Ltd. (Case No. 22-11120)
- ☐ FTX Structured Products AG (Case No. 22-11122)
- ☐ FTX Switzerland GmbH (Case No. 22-11169)
- ☐ FTX Trading GmbH (Case No. 22-11123)
- ☐ FTX US Services, Inc. (Case No. 22-11171)
- ☐ FTX US Trading, Inc. (Case No. 22-11149)
- ☐ FTX Ventures Ltd. (Case No. 22-11172)
- ☐ FTX Zuma Ltd (Case No. 22-11124)
- ☐ GG Trading Terminal Ltd (Case No. 22-11173)
- ☐ Global Compass Dynamics Ltd. (Case No. 22-11125)
- ☐ Good Luck Games, LLC (Case No. 22-11174)
- ☐ Goodman Investments Ltd. (Case No. 22-11126)
- ☐ Hannam Group Inc (Case No. 22-11175)
- ☐ Hawaii Digital Assets Inc. (Case No. 22-11127)
- ☐ Hilltop Technology Services LLC (Case No. 22-11176)
- ☐ Hive Empire Trading Pty Ltd (Case No. 22-11150)
- ☐ Innovatia Ltd (Case No. 22-11128)
- ☐ Island Bay Ventures Inc (Case No. 22-11129)
- ☐ Killarney Lake Investments Ltd (Case No. 22-11131)
- ☐ Ledger Holdings Inc. (Case No. 22-11073)
- ☐ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177)
- ☐ LedgerPrime Bitcoin Yield Enhancement Master Fund LP (Case No. 22-11155)
- ☐ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156)
- ☐ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157)

☐ LedgerPrime LLC (Case No. 22-11158)
☐ LedgerPrime Ventures, LP (Case No. 22-11159)
☐ Liquid Financial USA Inc. (Case No. 22-11151)
☐ Liquid Securities Singapore Pte Ltd (Case No. 22-11086)
☐ LiquidEX LLC (Case No. 22-11152)
☐ LT Baskets Ltd. (Case No. 22-11077)
☐ Maclaurin Investments Ltd. (Case No. 22-11087)
☐ Mangrove Cay Ltd (Case No. 22-11088)
☐ North Dimension Inc (Case No. 22-11153)
☐ North Dimension Ltd (Case No. 22-11160)
☐ North Wireless Dimension Inc. (Case No. 22-11154)
☐ Paper Bird Inc (Case No. 22-11089)
☐ Pioneer Street Inc. (Case No. 22-11090)
☐ Quoine India Pte Ltd (Case No. 22-11091)
☐ Quoine Vietnam Co. Ltd (Case No. 22-11092)
☐ Strategy Ark Collective Ltd. (Case No. 22-11094)
☐ Technology Services Bahamas Limited (Case No. 22-11095)
☐ Verdant Canyon Capital LLC (Case No. 22-11096)
☐ West Innovative Barista Ltd. (Case No. 22-11097)
☐ West Realm Shires Financial Services Inc. (Case No. 22-11072)
☐ West Realm Shires Inc. (Case No. 22-11183)
☐ Western Concord Enterprises Ltd. (Case No. 22-11098)
☐ Zubr Exchange Ltd (Case No. 22-11132)

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

○ I am the creditor.
◉ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

07/18/2024

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

Ricardo Cambra

E-Signature:

Ricardo Cambra

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Managing Partner, CLD Legal

Customer Claim Form

Address 1:

Samuel Lewis Ave. & 55 East St.

Address 2:

Building SL 55, 21st Floor

City:

Panama City PA-8

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

0801

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Republic of Panama

Contact phone:

+(507)263-5752

Contact email:

info@cldlegal.com

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 📄 Addendum to Proof of Claim - 87144.pdf | 100 KB |
|---|---|

**File Name**

Addendum to Proof of Claim - 87144.pdf

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

### Your Form has been successfully submitted...

| DOCUMENT ID | Submitted Date Time |
|---|---|
| 2c844b6c18c22d134e3d000cac71e689db4bb7aa | 2024-07-18T04:12:16.05Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | 3265-70-ZWPWU-409068541 |

**Addendum to Amended Proof of Claim filed by Lemma Technologies Inc.**
*In re: FTX Trading Ltd., et al., Case No. 22-11068(JTD)*
United States Bankruptcy Court
District of Delaware

Lemma Technologies Inc. ("Lemma") files this addendum to its amended proof of claim ("Amended Proof of Claim") against FTX Trading Ltd. ("Debtors"), which filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, on November 11, 2022 (the "Petition Date"). This Amended Proof of Claim amends the proof of claim identified on the Kroll claims registry as Claim Number 87144 filed on October 6, 2023 (the "Initial Claim").

Lemma is the transferee of the customer claim against the Debtors associated with the FTX Account ID 82284765. The underlying claim was originally held by Lemma's president, Junho Bang ("JB"), in his individual capacity. On January 18, 2023, JB, in his individual capacity, transferred the claim to Lemma.

On October 6, 2023, JB, in his capacity as president of Lemma, inadvertently filed the Initial Claim under his individual name. The Initial Claim was intended to have been filed in Lemma's name—not in the individual name of Lemma's president. Therefore, Lemma amends its claim solely to correct the same. This Amended Proof of Claim does not amend the holdings asserted in the Initial Claim.

Exhibit A

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| AAVE-PERP | 0.0000000001164153 |
| APT-PERP | 0.000000000 |
| BTC | 366.520364746 |
| BTC-PERP | 251.482199999998 |
| ETC-PERP | -0.0000000000727596 |
| ETH | 23.908982405 |
| ETH-PERP | -46,829.4110000001 |
| ETHW | 231.080267270 |
| ETHW-PERP | -0.000000000007276 |
| FTT | 9,998.120577000 |
| FTT-PERP | 270,054.000000000 |
| HT-PERP | -0.0000000000145519 |
| SAND | 85,253.251387440 |
| SRM | 46.004292500 |
| SRM_LOCKED | 1,101.975707500 |
| USDT | 4,442,616.777693750 |
| XRP-PERP | 0.000000000 |

# Exhibit E

[별지 제41호 서식]

16F, Opulence Bldg.,254 Seocho-dae
Seocho-Gu, Seoul, 137-070, Korea

법무법인 세창 SECHANG & CO.

Tel. 02-595-7121
Fax. 02-595-9626

Registered No. 2025-235

# NOTARIAL CERTIFICATE

## SECHANG & CO.

16F, Opulence Bldg.,254 Seocho-daero,
Seocho-Gu, Seoul, 137-070, Korea



210㎜×297㎜ (보존용지(1종) 70g/㎡)

Caution regarding Personal Information Leakage  Submitted by: KIM Beomjin, Date and Time of Service Registration: June 10, 2025, 15:34, Printed by: JEONG Dooho, Date and Time of Download: June 10, 2025, 16:05

# Seoul Bankruptcy Court

## Decision

This is a Certified Copy.

June 10, 2025

Lee Hyeseong, Junior Court Official

| | |
|---|---|
| Case | 2025Hoegi107 Claim for Avoidance |
| Applicant | OH Soogeun, Receiver for the Debtor, BANG Junho |
| | 28, Geomungol-gil, Jipyeong-myeon, Yangpyeong-gun, Gyeonggi-do, Republic of Korea |
| | Counsel for Applicant: LEE Jinman and LEE Hayeong, Attorneys-in-charge, Law Firm Songwoo |
| Respondent | Lemma Technologies Inc. |
| | Via Espana, Delta Bank Building, 6th Floor, Suite 604D, Panama City PA-8 Panama |
| | [Republic of Panama Registration Number: 155724970] |
| | BANG Junho, President |

## Order



1. The Respondent shall confirm to the Recovery Trustees of FTX Trading Ltd. that the assignment dated January 18, 2023, between the Debtor and the Respondent regarding the claims listed in the Attachment was avoided on May 20, 2025.

2. The Respondent shall provide notice to the Recovery Trustees of FTX Trading Ltd. to the same effect as stated in Paragraph 1 above.

3. Each party shall bear its own cost of this application.

## Purport of Application

It is same as the Order.

## Reasoning

### 1. Findings of Fact

According to the records of this case and the results of the hearing, the following facts are established.

- 1 -

Caution regarding Personal Information Leakage   Submitted by: KIM Beomjin, Date and Time of Service Registration: June 10, 2025, 15:34, Printed by: JEONG Dooho, Date and Time of Download: June 10, 2025, 16:05

A. The Debtor BANG Joonho (hereafter referred to as the "Debtor") is a person who developed a system trading program and managed various virtual currencies based on it, and the Respondent is a Panamanian corporation established with a 100% investment by the Debtor.

B. The Debtor received entrustments or leases of virtual assets from various domestic corporations and individuals and managed them by depositing most of the virtual currency into FTX (FTX Trading Ltd.), a virtual assets exchange in the United States of America (hereafter referred to as the "U.S."). However, as bankruptcy proceedings based on Chapter 11 of the U.S. Bankruptcy Code were commenced for FTX Trading Ltd. on November 11, 2022, and the withdrawal of virtual assets was suspended, the Debtor fell into a state of insolvency around that time, unable to repay debts that had reached maturity to creditors.

C. While holding the claims listed in the Attachment (hereafter referred to as the "Claims") against FTX Trading Ltd., the Debtor transferred the Claims to the Respondent free of charge on January 18, 2023.

D. Meanwhile, the Debtor's creditors, LIM Hyeongcheol and CHOI Jiwoong, filed an application for the commencement of rehabilitation proceedings against the Debtor with this Court on April 9, 2025, and a decision to commence rehabilitation proceedings for the Debtor was rendered on May 2, 2025.

## 2. Exercise of the Right of Avoidance and Restitution

A. Exercise of the Right of Avoidance

As established above, the Debtor transferred the Claims to the Respondent free of charge after falling into a state of insolvency. In light of this, along with the timing of the transfer, the Debtor's assets and liabilities, and the relationship between the Debtor and the Respondent, it is reasonable to conclude that at the time of the assignment, the Debtor was aware that the transfer of the Claims would prejudice the rehabilitation creditors. Therefore, unless there are special circumstances, the assignment of the Claims constitutes an avoidable act as prescribed under Article 100, Paragraph 1, Subparagraphs 1 and 4 of the Debtor Rehabilitation and Bankruptcy Act.

B. Method of Restitution

The assignment of the Claims in this case shall be deemed to have lost its effect on May 20, 2025, the date on which this application containing the Applicant's expression of intent to exercise the right of avoidance was served upon the Respondent. Therefore, the Respondent is obligated to restore the said Claims to the Applicant. Accordingly, the Respondent is duty-

Caution regarding Personal Information Leakage   Submitted by: KIM Beomjin, Date and Time of Service Registration: June 10, 2025, 15:34, Printed by: JEONG Dooho, Date and Time of Download: June 10, 2025, 16:05

bound to notify the Receiver of FTX Trading Ltd. to the effect that the assignment dated January 18, 2023, between the Debtor and the Respondent regarding the claims listed in the Attachment was avoided on May 20, 2025, and has thereby lost its effect.

**3. Conclusion**

As such, the Applicant's request in this case is well-founded and is hereby granted. Accordingly, the Court decides as set forth in the Order.

June 10, 2025

Judge     KIM Beomjin     **Electronically signed**

> 1. If you object to the decision granting the Avoidance Claim, you may initiate an Action for Objection within one (1) month from the date of service of this authenticated copy.
>
> 2. If you initiate an Action for Objection, please obtain a Certificate of Filing and submit it to the court that rendered this decision.



- 3 -

Caution regarding Personal Information Leakage   Submitted by: KIM Beomjin, Date and Time of Service Registration: June 10, 2025, 15:34, Printed by: JEONG Dooho, Date and Time of Download: June 10, 2025, 16:05

Attachment

# List

All rights such as ownership, interests, etc. regarding the FTX accounts that BANG Junho registered and established on the cryptocurrency exchange, FTX.com, operated by FTX (FTX Trading Ltd.), using the email addresses, melon1919@naver.com or jhbaang@gmail.com (including but not limited to the following rights):

(a) all consent and property rights related to account ownership that currently exist or may occur in the future;

(b) all claims and claims against third parties in all rehabilitation, insolvency or restructuring proceedings currently in progress or that may occur in the future, including but not limited to all claims and causes of action against the Debtor or its affiliates (collectively, "Claims"), that the Assignor may hold through ownership of the accounts;

(c) all rights and interests of the Assignor relating to the Claims, including but not limited to the following:

(i) any right to receive digital assets, cash, securities, instruments, principal, interest, damages, penalties, fees, expenses, and/or other amounts or assets that may be paid or distributed in relation to the Claims;

(ii) any actions, claims (including "claims" as defined in section 101(5) of the United States Bankruptcy Code), rights or lawsuits of any nature whatsoever whether against the Debtor or any other parties, arising out of and in connection with the Claims;

(iii) any rights and interests arising out of or in connection with any attachment, exhibit, and/or supporting documentation relating to the Claims; (and)

(iv) If there are assignment agreements through which the Assignor or a prior assignor acquired the rights and obligations constituting or underlying a portion of the Claims, all those rights, ownership, and interests of the Assignor pursuant to the assignment agreements, (and)

(d) all proceeds against the Debtor or its affiliates, guarantors, or other third parties arising out of or pursuant to the matters specified in the preceding items (a), (b), (c), and this paragraph (d).

-

Caution regarding Personal Information Leakage   Submitted by: KIM Beomjin, Date and Time of Service Registration: June 10, 2025, 15:34, Printed by: JEONG Booho, Date and Time of Download: June 10, 2025, 16:05

All the right, title, and interest in and to the trading accounts referenced by the email addresses: melon1919@naver.com; and jhbaang@gmail.com, hereafter each an "Account") including, but not limited to:

(a) all consents and financial rights now or hereafter existing and associated with ownership of the Account;

(b) any and all claims and causes of action (collectively, "Claims") against any Debtor, including without limitation any and all claims in any bankruptcy, insolvency, or restructuring proceeding for any Debtor or its affiliate that is presently pending or otherwise come into existence, or any other third party with respect to the Account, that the Assignor may hold by virtue of the Assignor's ownership of the Account;

(c) all rights and benefits of the Assignor relating to the Claims, including without limitation:

(i) any right to receive digital assets, cash, securities, instruments, principal, - 2 -interest, damages, penalties, fees, expenses, and/or other amounts or other property, which may be paid or distributed with respect to the Claims;

(ii) any actions, claims (including, without limitation, "claims" as defined in section 101(5) of the Bankruptcy Code), rights or lawsuits of any nature whatsoever, whether against any Debtor or any other party, arising out of or in connection with the Claims;

(iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Claims; and

(iv) any and all of Assignor's right, title and interest in, to and under the transfer agreements, if any, under which the Assignor or any prior Assignor acquired the rights and obligations underlying or constituting a part of the Claim.

(d) any and all proceeds of any of the foregoing, whether against the Debtors or affiliates, any guarantor, or any other third party liable in respect thereof.

-The end

- 2 -

# 서 울 회 생 법 원

## 결 정

<table>
<tr><td>사 건</td><td>2025회기107 부인의 청구</td></tr>
<tr><td>신 청 인</td><td>채무자 방준호의 관리인 오수근</td></tr>
<tr><td></td><td>경기 양평군 지평면 거문골길 28</td></tr>
<tr><td></td><td>신청대리인 법무법인 송우 담당변호사 이진만, 이하영</td></tr>
<tr><td>상 대 방</td><td>렘마테크놀로지스 인코퍼레이티드(Lemma Technologies Inc.)</td></tr>
<tr><td></td><td>파나마국 파나마시티 스페인길 델타뱅크빌딩 6층 스위트 604D호</td></tr>
<tr><td></td><td>[파나마국 등록번호 : 155724970](Via Espana, Delta Bank Building, 6th Floor, Suite 604D, Panama City PA-8 Panama)</td></tr>
<tr><td></td><td>대표이사(President) 방준호</td></tr>
</table>

정본입니다.
2025. 6. 10.
법원주사 이혜성

## 주 문

1. 상대방은 FTX Trading Ltd. 관리인에게 채무자 방준호와 상대방 사이의 별지 목록 기재 채권에 관한 2023. 1. 18.자 양도행위가 2025. 5. 20. 부인되었음을 확인한다.
2. 상대방은 FTX Trading Ltd. 관리인에게 제1항과 같은 취지의 통지를 하라.
3. 신청비용은 각자 부담한다.

## 신 청 취 지

주문과 같다.

## 이 유

### 1. 인정 사실

이 사건 기록 및 심문 결과에 의하면 다음 사실이 인정된다.

가. 채무자 방준호(이하 '채무자'라 한다)는 시스템 트레이딩 프로그램을 개발하여 이

- 1 -

를 토대로 각종 가상화폐를 운용하던 사람이고, 상대방은 채무자가 100% 출자하여 설립한 파나마 국적의 회사이다.

나. 채무자는 국내 여러 법인과 개인으로부터 가상자산 투자의 위탁을 받거나 임대를 받아 그 가상화폐의 대부분을 미합중국(이하 '미국'이라 한다) 가상자산 거래소인 FTX(FTX Trading Ltd.)에 예치하여 운영해왔는데, 2022. 11. 11. FTX Trading Ltd.에 대한 미국 연방파산법 제11장의 도산절차가 개시되면서 가상자산의 출금이 중지됨에 따라 그 무렵 채권자들에게 변제기에 이른 채무를 변제하지 못하는 지급불능 상태에 빠지게 되었다.

다. 채무자는 FTX Trading Ltd.에 대하여 별지 목록 기재 채권(이하 '이 사건 채권'이라 한다)을 보유하고 있던 중 2023. 1. 18. 상대방에게 이 사건 채권을 무상으로 양도하였다.

라. 한편 채무자의 채권자들인 임형철, 최지웅은 2025. 4. 9. 이 법원에 채무자에 대한 회생절차개시 신청을 하였고, 2025. 5. 2. 채무자에 대한 회생절차개시결정이 이루어졌다.

## 2. 부인권의 행사 및 원상회복

### 가. 부인권 행사

채무자가 지급불능의 상태에 빠진 이후에 상대방에게 이 사건 채권을 무상으로 양도한 사실은 앞서 본 바와 같고, 이와 더불어 이 사건 채권의 양도 시점, 채무자의 자산 및 부채 상황, 채무자와 상대방의 관계 등에 비추어 보면, 이 사건 채권양도 당시 채무자는 상대방에 대한 채권양도가 회생채권자들을 해한다는 사실을 알고 있었다고 봄이 타당하다. 따라서 이 사건 채권의 양도는 특별한 사정이 없는 한 채무자 회생 및 파산에 관한 법률 제100조 제1항 제1호, 제4호가 규정한 부인할 수 있는 행위에 해당한다.

### 나. 원상회복의 방법

이 사건 채권의 양도는 신청인의 부인권 행사 의사표시가 기재된 이 사건 신청서가 상대방에게 송달된 2025. 5. 20. 그 효력이 상실되었다 할 것이므로 상대방은 신청

- 2 -

인에게 위 채권을 원상회복할 의무가 있다. 따라서 상대방은, FTX Trading Ltd. 관리인에게 채무자와 상대방 사이의 별지 목록 기재 채권에 관한 2023. 1. 18.자 양도행위가 2025. 5. 20. 부인되어 그 효력이 상실되었다는 취지의 통지를 할 의무가 있다.

## 3. 결론

그렇다면 신청인의 이 사건 신청은 이유 있으므로 이를 인용하기로 하여, 주문과 같이 결정한다.

2025. 6. 10.

판사   김 범 진         <u>전자서명완료</u>

---

1. 부인의 청구를 인용하는 결정에 불복이 있을 때에는 이 정본을 송달받은 날부터 1월 이내에 이의의 소를 제기할 수 있습니다.
2. 이의의 소를 제기한 경우에는 소제기증명원을 발급받아 이 사건을 결정을 한 재판부에 제출하시기 바랍니다.



별지

# 목록

방준호가 이메일 주소 melon1919@naver.com 또는 jhbaang@gmail.com 으로 FTX(FTX Trading Ltd.)가 운영하는 가상화폐 거래소 FTX.com에 등록하여 설정한 FTX 계정들에 관한 소유권, 이익 등 모든 권리(아래와 같은 권리를 포함하되 이에 국한되지 않음).

(a) 현재 존재하거나 향후 발생할 수 있는 계정 소유와 관련된 모든 동의권 및 재산권;

(b) 양도인이 계정의 소유권을 통해 보유할 수 있는, 채무자(Debtor) 또는 그 계열사에 대한 모든 청구 및 소송 원인(총칭하여 "청구권")을 포함하되 이에 한정되지 않는, 현재 진행 중이거나 향후 발생할 수 있는 모든 도산, 지급불능 또는 구조조정 절차 내의 청구권 및 제3자에 대한 관련 청구권;

(c) 청구권과 관련된 양도인의 모든 권리 및 이익으로서, 다음을 포함하되 이에 국한되지 않음:

 (i) 디지털 자산, 현금, 유가증권, 증서, 원금, 이자, 손해배상, 벌금, 수수료, 비용 및/또는 기타 금액 또는 자산으로서 청구권과 관련하여 지급되거나 분배될 수 있는 모든 권리;

 (ii) 채무자 또는 기타 당사자에 대한, 청구권과 관련하여 발생하는 모든 행위, 청구(미합중국 파산법(Bankruptcy Code) 제101(5)조에 정의된 "청구" 포함), 권리 또는 소송 등 일체의 권리;

 (iii) 청구권과 관련된 모든 첨부서류, 증거서류 및/또는 지원 문서에서 발생하거나 관련된 권리 및 이익;

 (iv) 청구권의 일부를 구성하거나 기초하는 권리 및 의무를 양도인이 또는 이전의 양도

- 1 -

인이 취득하게 된 양도계약이 있는 경우, 해당 계약에 따른 양도인의 모든 권리, 소유권 및 이익;

(d) 전 항목(a), (b), (c), 및 본 항(d)에서 명시된 사항으로부터 발생하거나 이에 따른 채무자 또는 그 계열사, 보증인, 기타 제3자에 대한 모든 수익.

-끝-

(영문)

All the right, title, and interest in and to the trading accounts referenced by the email addresses: melon1919@naver.com; and jhbaang@gmail.com, hereafter each an "Account") including, but not limited to:

(a) all consents and financial rights now or hereafter existing and associated with ownership of the Account;

(b) any and all claims and causes of action (collectively, "Claims") against any Debtor, including without limitation any and all claims in any bankruptcy, insolvency, or restructuring proceeding for any Debtor or its affiliate that is presently pending or otherwise come into existence, or any other third party with respect to the Account, that the Assignor may hold by virtue of the Assignor's ownership of the Account;

(c) all rights and benefits of the Assignor relating to the Claims, including without limitation:

(i) any right to receive digital assets, cash, securities, instruments, principal,

interest, damages, penalties, fees, expenses, and/or other amounts or other property, which may be paid or distributed with respect to the Claims;

(ii) any actions, claims (including, without limitation, "claims" as defined in section 101(5) of the Bankruptcy Code), rights or lawsuits of any nature whatsoever, whether against any Debtor or any other party, arising out of or in connection with the Claims;

(iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Claims;

and

(iv) any and all of Assignor's right, title and interest in, to and under the transfer agreements, if any, under which the Assignor or any prior Assignor acquired the rights and obligations underlying or constituting a part of the Claim.

(d) any and all proceeds of any of the foregoing, whether against the Debtors or affiliates, any guarantor, or any other third party liable in respect thereof.

-끝-

[별지 제45호 서식]

| | |
|---|---|
| 위 번역문은 원문과 상위없음을 서약합니다. | I swear that the attached translation is true to the original. |
| 2025년 12월 24일 | December 24, 2025 |
| 서약인　유 성 현　(인) | Yu Seonghyeon<br>Signature |

등부 2025년 제235호

Registered No. 2025-235

## 인 증

## NOTARIAL CERTIFICATE

위 서약인 유성현은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인하였다.

YU SEONGHYEON personally appeared before me, confirmed that the attached translation is true to the original and subscribed his name.

2025년 12월 24일 이 사무소에서 위인증한다.

This is hereby attested on this 24th day of December, 2025 at this office.

공증사무소명칭<br>
공증인가 법무법인 세창<br>
소속<br>
서울 중앙 지방 검찰청<br>
소재지표시<br>
서울 서초구 서초대로254, 16<br>
(서초동, 오퓨런스빌딩)

Name of the office<br>
SECHANG & CO.<br>
Belong to<br>
Seoul Central District Prosecutor's Office<br>
Address of the office<br>
16F, Opulence Bldg.,254 Seocho-daero, Seocho-Gu, Seoul, Korea

공증담당변호사　주진태

JIN TAE JOO



(Signature of Notary Public)

본 사무소는 대한민국 법무부 장관의 인가를 받아 법률 제36호에 의거, 2025년 2월 7일부터 공증인의 직무를 수행할 수 있도록 정식으로 허가되었습니다.

This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public since February, 2025 under Law No. 36.

210㎜×297㎜ (보존용지(1종) 70g/㎡)