**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, et al., | Case No. 22-11068-KBO |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE OF LAW FIRM**
**AFFILIATION AND CONTACT INFORMATION**

**PLEASE TAKE NOTICE** that Kenneth P. Kansa, counsel to Folkvang Ltd., formerly of

Barnes & Thornburg, LLP, hereby advises the United States Bankruptcy Court for the District of

Delaware and all interested parties that he is now affiliated with the firm of Steptoe LLP.

**PLEASE TAKE FURTHER NOTICE** that Mr. Kansa's law firm affiliation and contact

information is as follows:

Kenneth P. Kansa
Steptoe LLP
227 West Monroe Street, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 577-1257
Email: kkansa@steptoe.com

[*Remainder of Page Intentionally Left Blank*]

Dated: July 30, 2026

**BARNES & THORNBURG LLP**

/s/ Amy E. Tryon
Mark R. Owens (DE No. 4364)
Amy E. Tryon (DE No. 6945)
222 Delaware Ave., Suite 1200
Wilmington, DE 19801
(302) 300-3434
mark.owens@btlaw.com
amy.tryon@btlaw.com

-and-

**STEPTOE LLP**
Kenneth P. Kansa (admitted *pro hac vice)*
227 West Monroe Street, Suite 4700
Chicago, Illinois 60606
(312) 577-1257
kkansa@steptoe.com

*Counsel for Folkvang Ltd.*