## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record and on counsel listed below by email.

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com
*Counsel to the FTX Recovery Trust*

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
*Counsel to the FTX Recovery Trust*

Benjamin A. Hackman
Joseph James McMahon, Jr.
David Gerardi
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
joseph.mcmahon@usdoj.gov
David.Gerardi@usdoj.gov

Dated:  July 30, 2026

/s/ *Amy E. Tryon*
Amy E. Tryon