**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 35557** |

**NOTICE OF EXPUNGEMENT OF**
**UNVERIFIED CUSTOMER ENTITLEMENT CLAIMS**

**PLEASE TAKE NOTICE** that, on May 11, 2026, the United States Bankruptcy Court for the District of Delaware entered the *Order Sustaining FTX Recovery Trust's Two Hundredth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims* [D.I. 35557] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, if a holder of a claim listed on Schedule 1 attached thereto did not submit all KYC information requested by the FTX Recovery Trust or its KYC vendors with respect to such claim on or prior to June 30, 2026 at 4:00 p.m. (ET) (the "KYC Submission Deadline"), such claim shall be disallowed and expunged in its entirety.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, the FTX Recovery Trust[2] is required to file a notice of expungement with the Court attaching an exhibit of all claims that are disallowed and expunged under the Order upon expiration of the KYC Submission Deadline, and that such exhibit is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, each claim set forth on Exhibit A attached hereto has been expunged and disallowed in its entirety.

**PLEASE TAKE FURTHER NOTICE** that certain claims that were initially included in Schedule 1 attached to the Order are not included in Exhibit A (such claims, the "Removed Claims") and are accordingly not disallowed and expunged under the Order, and that a list of Removed Claims is attached hereto as Exhibit B.[3]

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

[3]    The FTX Recovery Trust reserves all rights with respect to the Removed Claims.

**PLEASE TAKE FURTHER NOTICE** that copies of the Order may be obtained from the Court's website, https://ecf.deb.uscourts.gov/ for a nominal fee or obtained free of charge by accessing the website of the FTX Recovery Trust's claims and noticing agent at https://restructuring.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: July 31, 2026<br>　　　　Wilmington, Delaware | **LANDIS RATH & COBB LLP** |

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
　　　　brown@lrclaw.com
　　　　pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
E-mail:  dietdericha@sullcrom.com
　　　　bromleyj@sullcrom.com
　　　　gluecksteinb@sullcrom.com
　　　　kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*

4925-1783-3665 v.2