**Exhibit B**

**Removed Claims**

| Customer Code | Related Claim(s) | Customer Code | Related Claim(s) | Customer Code | Related Claim(s) |
|---|---|---|---|---|---|
| 00049372 | 7851523 | 00062591 | 7849799 | 00157612 | 6728852 |
| 00158720 | 6786010 | 00160685 | 56393 | 00162788 | 76302 |
| 00164229 | 59453 | 00164360 | 24916 | 00169108 | 7194558 |
| 00172287 | 62882 | 00172925 | 7227168 | 00190326 | 7576168 |
| 00192096 | 6803786 | 00218476 | 84588 | 00226903 | 7076385 |
| 00288186 | 47977 | 00292244 | 62202 | 00307737 | 91566 |
| 00315844 | 7424984 | 00342292 | 7351566 | 00344362 | 7454138 |
| 00360879 | 6244835 | 00429477 | 7179065 | 00431024 | 6721628 |
| 00433763 | 6196875 | 00454689 | 13887 | 00468810 | 6364331 |
| 00481603 | 6140259 | 00486554 | 6503752 | 00492360 | 6117594 |
| 00542180 | 17730 | 00561334 | 6503779 | 00596159 | 6621496 |
| 00624859 | 6799824 | 00639838 | 7239291 | 00661455 | 6566303 |
| 00671300 | 5722840 | 00680776 | 81054 | 00703397 | 7294650 |
| 00796704 | 7446117 | 00797835 | 7558874 | 00799095 | 6760491 |
| 00829221 | 6785659 | 00830688 | 7265569 | 00849140 | 7183960 |
| 00867249 | 7385641 | 00901721 | 6695868 | 00936013 | 5523894 |
| 00957206 | 20639 | 01023826 | 76149 | 01052096 | 5732801 |
| 01087352 | 5900847 | 01095269 | 7252258 | 01102071 | 7387337 |
| 01124755 | 5616576 | 01164417 | 5416980 | 01184763 | 7450886 |
| 01191028 | 74343 | 01216917 | 7425654 | 01255028 | 80785 |
| 01319903 | 6525335 | 01356047 | 79550 | 01377088 | 5603390 |
| 01456614 | 96451 | 01469635 | 6849023 | 01473905 | 7307264 |
| 01515872 | 73720 | 01528809 | 7158420 | 01559958 | 6695953 |
| 01577506 | 5821755 | 01612545 | 5466923 | 01621436 | 6565721 |
| 01642391 | 6839080 | 01670147 | 69654 | 01699639 | 7095786 |
| 01711673 | 6657248 | 01712387 | 63478 | 01728089 | 6602793 |
| 01734918 | 5908885 | 01795447 | 38537 | 01806798 | 69158 |
| 01824226 | 98652, 98626 (expunged pursuant to order of the court) | 01872906 | 6476153 | 01897160 | 6619686 |
| 01939123 | 5599615 | 01947411 | 6777772 | 01991674 | 86672 |
| 02007432 | 6685008 | 02023675 | 6568498 | 02050826 | 6703666 |
| 02085733 | 6532693 | 02114784 | 6107111 | 02131203 | 6115829 |
| 02141026 | 7441397 | 02144698 | 5903178 | 02169608 | 6141327 |
| 02245536 | 6845982 | 02264635 | 6690549 | 02271560 | 75972 |

| Customer Code | Related Claim(s) | Customer Code | Related Claim(s) | Customer Code | Related Claim(s) |
|---|---|---|---|---|---|
| 02308072 | 6807073 | 02368235 | 2034 | 02371723 | 6172697 |
| 02413188 | 6683737 | 02443696 | 6688223 | 02462564 | 6662029 |
| 02475950 | 6631027 | 02505316 | 7167471 | 02547101 | 6852028 |
| 02549221 | 6678292 | 02563041 | 1893 | 02641768 | 6706577 |
| 02679500 | 6349632 | 02734579 | 5396590 | 02735962 | 7572627 |
| 02758516 | 7414164 | 02766632 | 6586311 | 02788218 | 6648089 |
| 02815480 | 6643998 | 02878712 | 6586329 | 02918922 | 49052 |
| 03036694 | 6605027 | 03043230 | 81882 | 03053104 | 6656920 |
| 03060262 | 7185805 | 03067455 | 6634474 | 03110293 | 6813973 |
| 03119575 | 6489999 | 03143909 | 6537716 | 03182081 | 5869283 |
| 03216257 | 6496579 | 03233486 | 7400493 | 03239723 | 6842995 |
| 03252266 | 5423687 | 03328310 | 6594919 | 03349483 | 6698749 |
| 03427801 | 6813721 | 03439646 | 5494798 | 03494996 | 67108 |
| 03522238 | 6515739 | 03544856 | 6470204 | 03589932 | 6104352 |
| 03656671 | 33632 | 03683642 | 6356854 | 03735413 | 6637466 |
| 03776013 | 6518209 | 03783920 | 6624940 | 03806576 | 6846323 |
| 03836770 | 6470956 | 03845234 | 6236959 | 03859599 | 5780592 |
| 03907788 | 69493 | 03988199 | 6513871 | 04019513 | 29779 |
| 04034706 | 6679046 | 04489695 | 6277565 | 04496863 | 5957483 |
| 04506395 | 6653203 | 04581490 | 6454365 | 04582301 | 6365878 |
| 04650978 | 82854 | 04660788 | 38541, 37145 (expunged pursuant to order of the court) | 04858196 | 6771598 |
| 05043649 | 5911172 | 05068505 | 6658762 | 05160710 | 6546159 |
| 05240571 | 6773775 | 05732038 | 6278446 | 05958930 | 6579496 |
| 06129203 | 5664246 | 06587590 | 6512186 | 06687196 | 6008116 |
| 07018888 | 6615936 | 07073245 | 5406728 | 07154420 | 6220319 |
| 07309247 | 5694785 | 07326364 | 6146105 | 07339826 | 5822291 |
| 07352911 | 6534598 | 07353658 | 6484701 | 07365335 | 5631584 |
| 07379789 | 6632128 | 07403929 | 6558216 | 07430354 | 6126976 |
| 07431833 | 6678489 | 07445980 | 6647475 | 07446403 | 5347203 |
| 07446661 | 6582757 | 07467671 | 6535533 | 07525243 | 6496041 |
| 07560138 | 6678574 | 07711935 | 6683267 | 07720232 | 6685155 |
| 07767385 | 6514103 | 07778707 | 6652595 | 07791893 | 95458 |
| 07842506 | 6514137 | 07843203 | 6517293 | 07993102 | 65550 |

| Customer Code | Related Claim(s) | Customer Code | Related Claim(s) | Customer Code | Related Claim(s) |
|---|---|---|---|---|---|
| 07996235 | 6663221 | 08008977 | 6668771 | 08016860 | 6623898 |
| 08019754 | 6477330 | 08024145 | 83589 | 08037015 | 6612886 |
| 08045151 | 97675 | 08049339 | 5432301 | 08069260 | 5356439 |
| 08093736 | 6124498 | 08103260 | 5615842 | 08108685 | 6532045 |
| 08119701 | 93213 | 08156398 | 6665889 | 08167254 | 6512045 |
| 08169964 | 6142394 | 08238038 | 6538513 | 08240916 | 6604507 |
| 08385614 | 82351 | 08388980 | 6658181 | 08411595 | 5484946 |
| 08412601 | 5546146 | 08441865 | 6545545 | 08455555 | 6562573 |
| 08466572 | 6636930 | 08516884 | 68917 | 08530892 | 6672870 |
| 08540040 | 14742 | 08566430 | 6687312 | 08610765 | 6654177 |
| 08674730 | 6689169 | 08680089 | 6650957 | 08685041 | 6534128 |
| 08706825 | 6596492 | 08735980 | 6485144 | 08752382 | 6543008 |
| 08761473 | 6621178 | 08788437 | 6518338 | 08794995 | 5564985 |
| 09001670 | 6630703 | 09378997 | 96448, 84050 (expunged pursuant to order of the court), 83933 (expunged pursuant to order of the court) | 09409989 | 6585136 |
| 09434551 | 6310523 | 09469301 | 6587579 | 09567755 | 5518738 |
| 09614676 | 6651490 | 10086974 | 6976838 | 10094881 | 6901758 |
| 10099748 | 6895400 | 10102478 | 7020497 | 10106964 | 6728964 |
| 10115953 | 7493664 | 10118060 | 6951723 | 10132583 | 6742441 |
| 10191251 | 6906072 | 10193735 | 6991927 | 10205274 | 78492 |
| 10217391 | 6947445 | 10218855 | 7030191 | 10224359 | 7021467 |
| 10225552 | 7023441 | 10229130 | 7471802 | 10230164 | 6905669 |
| 10231658 | 6743236 | 10231902 | 6959088 | 10239130 | 35820, 16823 (expunged pursuant to order of the court) |