**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 36079** |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | Adv. Pro. No. 24-50222 (KBO) |
|  | **Re: Adv. Docket No. 164** |
| Plaintiffs, |  |
| v. |  |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 |  |
| Defendants. |  |

## CERTIFICATE OF SERVICE

I, Robert C. Maddox, hereby certify that on August 5, 2026, I caused copies of the following to be served on the parties set forth on the attached service list in the manner indicated:

- *Notice of Agenda for Hearing Scheduled for August 7, 2026 at 10:00 a.m. (ET)* [Docket No. 36079; Adv. Docket No. 164]

 */s/ Robet C. Maddox*
Robert C. Maddox (No. 5356)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Service List**

**Via Email**

| | |
|---|---|
| Sean Murphy<br>Nola Heller<br>Alexander B. Lees<br>Milbank LLP<br>55 Hudson Yards<br>New York, New York 10001<br>Email: smurphy@milbank.com<br>     nheller@milbank.com<br>     alees@milbank.com<br><br>*Attorneys for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited* | Olivia Choe<br>Brett P. Lowe<br>Milbank LLP<br>1101 New York Avenue NW<br>Washington, D.C. 20005<br>Email: ochoe@milbank.com<br>     blowe@milbank.com<br><br>*Attorneys for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited* |
| Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington, Delaware 19801<br>Email: ljones@pszjlaw.com<br><br>*Counsel for Defendant Samuel Wenjun Lim* | Peter C. Douglas<br>MoloLamken LLP<br>300 N. LaSalle Street<br>Suite 5350<br>Chicago, IL 60654<br>Email: pdouglas@mololamken.com<br><br>*Counsel for Defendant Samuel Wenjun Lim* |
| Justin V. Shur, Esq.<br>Walter H Hawes IV, Esq.<br>MoloLamken LLP<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C.  20037<br>Email: jshur@mololamken.com<br>     whawes@mololamken.com<br><br>*Counsel for Defendant Samuel Wenjun Lim* | Matthew L. Mazur<br>May Chiang<br>Hayoung Park<br>Dechert LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Email: matthew.mazur@dechert.com<br>     may.chiang@dechert.com<br>     hayoung.park@dechert.com<br><br>*Counsel for Defendant Dinghua Xiao* |
| William Mark Alleman, Jr<br>Matthew D. Beebe<br>Meluney Alleman & Spence, LLC<br>1143 Savannah Road<br>Suite 3-A<br>Lewes, DE 19958<br>Email: bill.alleman@maslawde.com<br>     matt.beebe@maslawde.com<br><br>*Counsel for Defendant Dinghua Xiao* | Jeffrey J. Lyons<br>Baker & Hostetler LLP<br>1201 North Market Street<br>Suite 1407<br>Wilmington, DE 19801<br>Email: jjlyons@bakerlaw.com<br><br>*Counsel for Changpeng Zhao* |

| | |
|---|---|
| Teresa Goody Guillén<br>Katherine L. McKnight<br>Baker & Hostetler LLP<br>1050 Connecticut Ave., NW<br>Suite 1100<br>Washington, D.C. 20036<br>Email: tgoodyguillen@bakerlaw.com<br>       kmcknight@bakerlaw.com<br><br>*Counsel for Changpeng Zhao* | Karen C. Bifferato, Esq.<br>Connolly Gallagher LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>Email: kbifferato@connollygallagher.com<br><br>*Attorneys for Defendant Digital Anchor Holdings Limited* |
| Karen R. King<br>Peter Menz<br>Morvillo Abramowitz Grand Iason<br>& Anello P.C.<br>565 Fifth Avenue<br>New York, New York 10017<br>Email: kking@maglaw.com<br>       pmenz@maglaw.com<br><br>*Attorneys for Defendant Digital Anchor Holdings Limited* | |