**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br> Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br><br>       Plaintiffs,<br><br>       v.<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>       Defendants. | Adv. Pro. No. 24-50222 (KBO) |

**NOTICE OF *AMENDED*[2] AGENDA FOR HEARING SCHEDULED FOR
AUGUST 7, 2026 AT 10:00 A.M. (ET), BEFORE THE HONORABLE
KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET,
<u>6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801</u>**

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    **Amended items appear in bold.**

RLF1 36348622v.1

2

This proceeding will be conducted remotely via Zoom.

Please refer to Judge Owens's Chambers Procedures
(https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the
Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for
information on the method of allowed participation (video or audio), Judge
Owens's expectations of remote participants, and the advance registration
requirements.

Registration is required by 4:00 p.m. (Eastern time) the
business day before the hearing unless otherwise noticed
using the eCourtAppearances tool available on the Court's website.

## I.      MATTERS GOING FORWARD:

1.      Emergency Motion of Defendants for an Order Extending the Deadline to File (1) Notice of Interlocutory Appeal and Motion for Leave to File Interlocutory Appeal; and (2) Notice of Appeal as of Right [Adv. Docket No. 160; filed August 3, 2026]

Response/Objection Deadline:          At the hearing.

Responses/Objections Received:

A.      **Plaintiffs' Response to Defendants' Emergency Motion for an Order Extending Appellate Deadlines [Adv. Docket No. 166; filed August 5, 2026]**

Related Documents:

i.      Notice of Hearing Scheduled for August 7, 2026 at 10:00 a.m. on Defendants' Emergency Motion [Adv. Docket No. 163; filed August 5, 2026]

Status: The hearing on this matter is going forward.

RLF1 36348622v.1

Dated: August 5, 2026
Wilmington, Delaware

/s/ Robert C. Maddox
**RICHARDS, LAYTON & FINGER, P.A**.
Kevin Gross (No. 209)
Paul N. Heath (No. 3704)
Brendan J. Schlauch (No. 6115)
Robert C. Maddox (No. 5356)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Colin West (admitted *pro hac vice*)
Ashley R. Chase (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
Loredana B. Miranda (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com
loredana.miranda@whitecase.com

*Attorneys for Plaintiffs*

3