**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
|  | Case No. 22-11068 (KBO) |
| FTX TRADING LTD., *et al.*,[1] | (Jointly Administered) |
| Debtors. |  |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. |  |
|  | Adv. Pro. No. 24-50222 (KBO) |
| Plaintiffs, |  |
| v. |  |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 |  |
| Defendants. |  |

**NOTICE OF *SECOND AMENDED*[2] AGENDA FOR HEARING SCHEDULED FOR AUGUST 7, 2026 AT 10:00 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801</u>**

> *AS NO MATTERS ARE SCHEDULED TO GO FORWARD THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]   **Amended items appear in bold.**

RLF1 36350292v.1

2

## I.      MATTERS GOING FORWARD:

1.      Emergency Motion of Defendants for an Order Extending the Deadline to File (1) Notice of Interlocutory Appeal and Motion for Leave to File Interlocutory Appeal; and (2) Notice of Appeal as of Right [Adv. Docket No. 160; filed August 3, 2026]

Response/Objection Deadline:          At the hearing.

Responses/Objections Received:

A.      Plaintiffs' Response to Defendants' Emergency Motion for an Order Extending Appellate Deadlines [Adv. Docket No. 166; filed August 5, 2026]

Related Documents:

i.      Notice of Hearing Scheduled for August 7, 2026 at 10:00 a.m. on Defendants' Emergency Motion [Adv. Docket No. 163; filed August 5, 2026]

ii.     **Order Granting Emergency Motion of Defendants for an Order Extending the Deadline to File (1) Notice of Interlocutory Appeal and Motion for Leave to File Interlocutory Appeal; and (2) Notice of Appeal as of Right [Docket No. 176; entered August 6, 2026]**

Status: **On August 6, 2026, the Court entered and order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

RLF1 36350292v.1

Dated: August 6, 2026
Wilmington, Delaware

/s/ Robert C. Maddox
**RICHARDS, LAYTON & FINGER, P.A**.
Kevin Gross (No. 209)
Paul N. Heath (No. 3704)
Brendan J. Schlauch (No. 6115)
Robert C. Maddox (No. 5356)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Colin West (admitted *pro hac vice*)
Ashley R. Chase (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
Loredana B. Miranda (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com
loredana.miranda@whitecase.com

*Attorneys for Plaintiffs*

3

RLF1 36350292v.1