**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) (Jointly Administered) |
| Debtors. | **Re: D.I 29610, 29611, 29612, 29613, 29801, 29807, 29847** |
| | **Hearing Date: August 19, 2026, at 9:30 a.m. ET** |

**FEE EXAMINER'S SUMMARY REPORT**
**ON INTERIM AND FINAL FEE APPLICATIONS**

TO:    THE HONORABLE KAREN B. OWENS
        CHIEF UNITED STATES BANKRUPTCY JUDGE:

The Fee Examiner appointed in the above-captioned chapter 11 cases (the "Fee

Examiner") submits this summary report (the "Report") pursuant to the *Order (I) Appointing Fee*

*Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation*

*and Reimbursement of Expenses* [D.I. 834] (the "Fee Examiner Order") to advise the Court on

the status of the fee review process and to recommend the Court's approval of the interim and

final fees and expenses outlined on the attached **Exhibit A**, as discussed in detail below.

***Summary of Recommendations***

The Fee Examiner provided general background and summarized the fee review and final

reconciliation process in the *Fee Examiner's Summary Report on Final Fee Applications* [D.I.

30064].  The Court has already granted and approved the vast majority of the Final Fee

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryon's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Applications subject to the Fee Examiner's review.[2]  Now, the Fee Examiner has reached consensual agreement, subject to Court approval, with the remaining Retained Professional subject to her review on all its pending interim and final fee applications, listed below.  The Fee Examiner's recommended adjustments—all consensual—are outlined on the attached **Exhibit A**.

### FEE EXAMINER'S RECOMMENDATIONS

### UNCONTESTED INTERIM AND FINAL DEBTORS' PROFESSIONAL'S APPLICATIONS RECOMMENDED FOR APPROVAL

*Ernst & Young LLP*

1.  On February 20, 2025, EY filed the *Third Interim Fee Application of Ernst & Young LLP* [D.I. 29610] (the "EY Third Fee Application"), requesting $4,193,071.55 in fees and $34,052.78 in expenses.

2.  On February 20, 2025, EY filed the *Fourth Interim Fee Application of Ernst & Young LLP* [D.I. 29611] (the "EY Fourth Fee Application"), requesting $4,774,698.20 in fees and $53,701.57 in expenses.

3.  On February 20, 2025, EY filed the *Fifth Interim Fee Application* of Ernst & Young LLP [D.I. 29612] (the "EY Fifth Fee Application"), requesting $3,851,093.00 in fees and $235,774.62 in expenses.

4.  On February 20, 2025, EY filed the *Sixth Interim Fee Application of Ernst & Young LLP* [D.I. 29613] (the "EY Sixth Fee Application"), requesting $3,737,782.80 in fees and $200,775.21 in expenses.

5.  On February 28, 2025, EY filed the *Seventh Interim Fee Application of Ernst & Young LLP* [D.I. 29801] (the "EY Seventh Fee Application"), requesting $5,057,095.45 in fees and $269,815.69 in expenses.

---

[2] *See* D.I. 28869, 30149, 30163, 30180, and 32637.

6.     On February 28, 2025, EY filed the *Eighth Interim Fee Application of Ernst & Young LLP* [D.I. 29807] (the "EY Eighth Fee Application"), requesting $3,285,407.50 in fees and $126,371.30 in expenses.

7.     The Fee Examiner identified several irregularities in the EY Third through Eighth Fee Applications, including very late fee submissions, undisclosed revisions to the scope of work, work performed by EY affiliates and "member firms" not explicitly authorized to provide services in the retention order, unusual professional titles and billing rates, apparently excessive meeting attendance and overstaffing, erroneous billing, time devoted to fee applications and potentially routine timekeeping tasks, and various technical and procedural deficiencies with respect to certain time entries (including vague and lumped entries).  After an extensive exchange of information and discussion, the stipulated adjustments to fees and expenses are sufficient to address the Fee Examiner's concerns.  The Fee Examiner is satisfied that the agreed adjustments adequately address all identified issues and now recommends Court approval of the EY Third through Eighth Applications, as adjusted and outlined on **Exhibit A**.

8.     On March 3, 2025, EY filed the *Final Fee Application of Ernst & Young LLP* [D.I. 29847] (the "EY Final Fee Application"), requesting $31,477,651.25 in fees and $1,009,481.42 in expenses.

9.     With the exception of the agreed fee and expense reductions to the EY First through Eighth Fee Applications, the Fee Examiner has concluded no further adjustments are necessary.  The Fee Examiner now recommends that the Court order those adjustments to be incorporated into EY's final fee and expense award as outlined on **Exhibit A**.

### NOTICE

10.     Pursuant to ¶ 9(g) of the Fee Examiner Order, the Fee Examiner will serve this Summary Report by e-mail on counsel for the Debtors, on counsel for the Committee, and each

Applicant.  The Fee Examiner will also serve this Summary Report upon the U.S. Trustee by e-mail and first-class mail.  A copy of this report is available on the website of the Debtors' notice and claims agent at https://restructuring.ra.kroll.com/FTX/.  The Fee Examiner submits that, in light of the nature of this report, no other or further notice need be given.

## CONCLUSION

WHEREFORE, the Fee Examiner respectfully requests the entry of an order, to be submitted by Debtors' counsel under certification, granting the relief requested and such other and further relief as the Court may deem just and proper.

Dated:  August 6, 2026.

**GODFREY & KAHN, S.C.**

By  */s/ Mark W. Hancock*
Mark W. Hancock (*Pro Hac Vice*)
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 297-3911
E-mail: mhancock@gklaw.com

*Counsel for Fee Examiner*

Katherine Stadler
ftxfeeexaminer@gklaw.com
*Fee Examiner*

38878921.2

4

# EXHIBIT A

In re: FTX Trading Ltd., et al.
DEB Case No. 22-11068 (KBO)

**Exhibit A**

**Third - Eighth Interim Fee Period Applications Recommended:**

| | Applicant | Compensation Period Docket Index Filed Date | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Third Interim Fee Period (May 1, 2023 - July 31, 2023)* | | | | | | | | | |
| 1 | **Ernst & Young LLP** *Tax Services Provider to the Debtors* | 5/1/2023 -7/31/2023 D.I. 29610 2/20/2025 | $4,193,071.55 | $190,846.35 | | $34,052.78 | $1,109.82 | | $4,002,225.20 | $32,942.96 |
| | *Fourth Interim Fee Period (August 1, 2023 - October 31, 2023)* | | | | | | | | | |
| 2 | **Ernst & Young LLP** *Tax Services Provider to the Debtors* | 8/1/2023 -10/31/2023 D.I. 29611 2/20/2025 | $4,774,698.20 | $217,318.90 | | $53,701.57 | $1,750.20 | | $4,557,379.30 | $51,951.37 |
| | *Fifth Interim Fee Period (November 1, 2023 - January 31, 2024)* | | | | | | | | | |
| 3 | **Ernst & Young LLP** *Tax Services Provider to the Debtors* | 11/1/2023 -1/31/2024 D.I. 29612 2/20/2025 | $3,851,093.00 | $175,281.30 | | $235,774.62 | $7,684.20 | | $3,675,811.70 | $228,090.42 |
| | *Sixth Interim Fee Period (February 1, 2024 - April 30, 2024)* | | | | | | | | | |
| 4 | **Ernst & Young LLP** *Tax Services Provider to the Debtors* | 2/1/2024 -4/30/2024 D.I. 29613 2/20/2025 | $3,737,782.80 | $170,124.02 | | $200,775.21 | $6,543.52 | | $3,567,658.78 | $194,231.69 |
| | *Seventh Interim Fee Period (May 1, 2024 - July 31, 2024)* | | | | | | | | | |
| 5 | **Ernst & Young LLP** *Tax Services Provider to the Debtors* | 5/1/2024 - 7/31/2024 D.I. 29801 2/28/2025 | $5,057,095.45 | $230,172.13 | | $269,815.69 | $8,793.64 | | $4,826,923.32 | $261,022.05 |
| | *Eighth Interim Fee Period (August 1, 2024 - October 8, 2024)* | | | | | | | | | |
| 6 | **Ernst & Young LLP** *Tax Services Provider to the Debtors* | 8/1/2024 - 10/8/2024 D.I. 29807 2/28/2025 | $3,285,407.50 | $149,534.30 | | $126,371.30 | $4,118.60 | | $3,135,873.20 | $122,252.70 |

**Final Fee Application Recommended:**

| | Applicant | Compensation Period Docket Index Filed Date | Total Fees Requested | Fee Examiner's Recommended Fee Adjustments | | Total Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Fees Approved on a Final Basis | Expenses Approved on a Final Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Final Fee Period (November 2022 - October 8, 2024)* | | | | | | | | | |
| 1 | **Ernst & Young LLP** *Tax Services Provider to the Debtors* | 11/28/2022 - 10/8/2024 D.I. 29847 3/3/2025 | $31,477,651.25 | $1,765,891.88 **FN1** | | $1,009,481.42 | $33,514.93 **FN1** | | $29,711,759.37 | $975,966.49 |

**FN1** - The recommended adjustments reflect the previously agreed-to reductions for all interim fee applications.