**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

RECEIVED

2026 AUG -7 P 12: 33

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | Case No. 22-11068 |
| Debtors. | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Peng Xu | Cenjun Zhu |

| Name and Address where notices to transferee should be sent: | Name and Address where notices to transferor should be sent: |
|---|---|
| Peng Xu<br>Flat C 26/F Tower 6, 100 Tai Ho Road, Ocean Pride, Tsuen Wan New Territories, Hong Kong SAR, China<br>Email: romandxu@gmail.com | Cenjun Zhu<br>Room 8A, Millionaire Garden Building, Estrada de S. Francisco, Macau SAR, China<br>Email: mr.zhucj@gmail.com |

Type and Amount of Claim Transferred:

| Claim No./Schedule No./Customer Claim Confirmation ID / Unique Customer Code | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: n/a<br>Schedule No.: 5441059<br>Confirmation ID: 3265-70-RQMRT-818245887<br>Unique Customer Code: 03428491 | Cenjun Zhu | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

Signature: _____     Date: _July-27- 2026_
Transferee: Peng Xu

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, District of Delaware

**Cenjun Zhu** (Unique Customer Code: 03428491 and FTX Account ID 76221120) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Peng Xu** ("**Buyer**") all of Seller's right, title, and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court for the District of Delaware, under Case No. 22-11068 (Jointly Administered).

The Claim is more fully described as (i) Claim No. n/a, (ii) Schedule No. 5441059, (iii) Customer Claim Confirmation ID 3265-70-RQMRT-818245887 and (iv) Unique Customer Code: 03428491 ((i) to (iv) collectively, the "**Claim**").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and waives any notice or right to a hearing requirements imposed by Federal Rule of Bankruptcy Procedure 3001, and stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole and valid owner of the Claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, dated ___July 27___, 2026.

SELLER:

By: _____
Name: Cenjun Zhu
Email: mr.zhucj@gmail.com

BUYER:

By: _____
Name: Peng Xu
Email: romandxu@gmail.com

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

1.Screenshot from Amended Schedules PDF file, page 737 (Docket I.D. 1744)

| 03428491 | | BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-PERP[0], ETH-0624[0], ETH-0930[0], ETH-1230[0], ETH-PERP[0], USD[113116.86] |
| --- | --- | --- |

**2.** Screenshot from Kroll website claims page:

# KROLL

## Creditor Information - Schedule # 5441059

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
5441059
**Confirmation ID**
3265-70-RQMRT-818245887

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
| --- | --- | --- | --- | --- | --- | --- |
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
| --- | --- | --- | --- | --- |
| FIAT | USD | ASSERTED | 113116.863068182 | 113116.863068182 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue.

To the Honorable United States Bankruptcy Court for the District of Delaware,

Set forth below are the contact information of the Transferor and Transferee of this claim. Should any revisions or corrections be required regarding the filed documents hereunder, please feel free to contact us. Preferably to contact the Transferor Cenjun Zhu.

We kindly request that this document not be disclosed to the public by the Court. Thank you.

| Transferee | Transferor |
|---|---|
| Peng Xu<br>Flat C 26/F Tower 6, 100 Tai Ho Road, Ocean Pride, Tsuen Wan New Territories, Hong Kong SAR, China.<br>Email: romandxu@gmail.com<br>Mob: +852 91009738 | Cenjun Zhu<br>Room 8A, Millionaire Garden Building, Estrade de S. Francisco, Macau SAR, China<br>Email: mr.zhucj@gmail.com<br>Mob: +853 66505820 |



**BANK OF CHINA**

澳門蘇亞利斯博士大馬路中國銀行大廈
Bank of China Building, Avenida Doutor Mário Soares, Macau

中國銀行

**BANK OF CHINA**

澳門蘇亞利斯博士大馬路中國銀行大廈
Bank of China Building, Avenida Doutor Mário Soares, Macau

# PRIORITY® MAIL

PRIORITY MAIL
POSTAGE REQUIRED



estinations.

nestic

age.

US POSTAGE IMI  858160804164616  2000394032
$16.95
SSK
PM



08/04/26    Mailed from 94089    028W2311558

## PRIORITY MAIL®

CENHAO LI
404 TOPAZ TER
SUNNYVALE CA 94089-2192

2.30 oz

RDC 03

EXPECTED DELIVERY DAY: 08/08/26



SHIP
TO:

**CLERK OF  THE COURT**
**CLERK OF THE COURT**
**824 N MARKET ST, 3RD FLOOR**
**US BANKRUPTCY COURT**
**WILMINGTON DE 19801**

### USPS TRACKING® NUMBER



9505 5066 2461 6216 4251 51





PLASTIC
BAG

## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14 © U.S. Postal Service; December 2024; All rights reserved.