

# U.S. Bankruptcy Court

## Delaware Bankruptcy - Wilmington

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Aug 7, 2026 12:03PM

Cenjun Zhu
Room 8A, Million Garden Building
Estrada de S. Francisco
Macau SAR, China

Rcpt. No: 10096320     Trans. Date: Aug 7, 2026 12:03PM     Cashier ID: #SP (6534)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|----------------------|-----|-------|-----|
| TOC | TransferofClaim$ | 22-11068-KBO | 1 | 28.00 | 28.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| MO | Money Order | #55299182329 | 08/7/2026 | $28.00 |

Total Due Prior to Payment:    $28.00

Total Tendered:    $28.00

Total Cash Received:    $0.00

**Debtor**: FTX Trading Ltd.

**RECEIPT AMENDED** by staff #6534 8/7/2026 12:08 PM
**AMENDMENT VERIFIED** by staff #4639 8/7/2026 12:15 PM
**Correction Reason**: 99) Other Incorrect payor was used

Exact change only.