**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 23, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the list of parties attached hereto as **Exhibit A**:

- Order Approving Stipulation [Docket No. 36049]

Dated: August 6, 2026

/s/ *Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 6, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ *PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

SRF 97797

**Exhibit A**

## Exhibit A

| AddressID | Name | Email |
|-----------|------|-------|
| 27629668 | Melamed, Seth | dadler@mccarter.com |
| 30873338 | Seth Melamed | kbuck@mccarter.com |