Signue.com Document ID: 8e8a83f46a - 1/4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |



**DINGDINGKE**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of
Transferor:
**Name (Redacted)**

Name of Transferee:

DINGDINGKE LTD

Name and Address where notices and payments to
transferee should be sent:

**71-75 Shelton Street, Covent Garden, London,
United Kingdom, WC2H 9JQ**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6351777 | Name (Redacted) | as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00318463 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*xianmin yan*_____
Transferee/Transferee's Agent

Date: _08-10-2026_____

Sign.com Document ID: 8e8a83f46a

CLOSE

## KROLL

### Creditor Information - Schedule # 6351777

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on File | FTX Trading Ltd. | n/a |
| Address on File | **Date Filed** | **Schedule Number** |
| | n/a | 6351777 |
| | | **Confirmation ID** |
| | | 3265-70-STPLH-103448613 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | AMPL | ASSERTED | 0.0000000032827277 | 0.0000000032827277 |
| CRYPTO | ATOM | ASSERTED | 0.0000000052 | 0.0000000052 |
| CRYPTO | BIT | ASSERTED | 134062.195176 | 134062.195176 |
| CRYPTO | BNB | ASSERTED | 0.0000000033805715 | 0.0000000033805715 |
| CRYPTO | BTC | ASSERTED | 0.0000000069626063 | 0.0000000069626063 |
| CRYPTO | BTC-20211231 | ASSERTED | 0.0000000000000005 | 0.0000000000000005 |
| CRYPTO | BTC-PERP | ASSERTED | 0.0000000000000033 | 0.0000000000000033 |
| CRYPTO | DEFI-PERP | ASSERTED | -0 | -0 |
| CRYPTO | ETH | ASSERTED | 0.0000000042534584 | 0.0000000042534584 |
| CRYPTO | ETH-20211231 | ASSERTED | 0.0000000000000004 | 0.0000000000000004 |
| CRYPTO | FTT | ASSERTED | 0.1658413063876108 | 0.1658413063876108 |
| CRYPTO | HT | ASSERTED | 10.0856360099211 | 10.0856360099211 |
| CRYPTO | LUNC | ASSERTED | 0.000000001846376 | 0.000000001846376 |
| CRYPTO | OMG | ASSERTED | 0.0000000042373156 | 0.0000000042373156 |
| CRYPTO | SHIT-PERP | ASSERTED | 0.0000000000000001 | 0.0000000000000001 |
| CRYPTO | SRM | ASSERTED | 0.934336 | 0.934336 |
| CRYPTO | SUN | ASSERTED | 10000.0 | 10000.0 |
| CRYPTO | TRUMPFEBWIN | ASSERTED | 2877.085465 | 2877.085465 |
| CRYPTO | TRX | ASSERTED | 191520.54361 | 191520.54361 |
| CRYPTO | USDT | ASSERTED | 0.0000000062122469 | 0.0000000062122469 |
| CRYPTO | USTC | ASSERTED | 0.0000000008431257 | 0.0000000008431257 |
| FIAT | USD | ASSERTED | 103.82087384502198 | 103.82087384502198 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the

Open in new window

Sign.com Document ID: 8e8a83f46a - 3/4

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

Signed Document ID: 8e8a83f46a - 4/4

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to <u>DINGDINGKE LTD</u> its successors and assigns, all right, t itle and interest in and to the claim(s) identified below, against **FTX Trading LTD et al.**

| Schedule F Claim #: | 00318463 |
|---|---|
| Claim Amount: | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 08/10/2026

| BUYER: | SELLER: |
|---|---|
| *xianmin yan* | ███████████ |
| Name: xianmin yan | Name: ██████ |
| Email: info@dingdingke.org | Email: ████████ |