

# U.S. Bankruptcy Court

## Delaware Bankruptcy - Wilmington

Receipt Date: Aug 11, 2026 10:29AM

Parcels Inc
230 N Market St
Wilminton, DE 19801

| Rcpt. No: 10096328 | | Trans. Date: Aug 11, 2026 10:29AM | | | Cashier ID: #SP (6534) |

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| TOC | TransferofClaim$ | 22-11068-KBO | 1 | 28.00 | 28.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #25097 | 08/11/2026 | | $28.00 |
| | | | Total Due Prior to Payment: | | $28.00 |
| | | | Total Tendered: | | $28.00 |
| | | | Total Cash Received: | | $0.00 |

**Debtor**: FTX Trading Ltd.

Exact change only.