Docusign Envelope ID: 4E29F655-9F9D-82DC-8101-4CE7613FE70B

Annex D

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of 88% of the claim referenced in this evidence and notice, which is 100% of the Seller's rights to this claim.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **TRC Master Fund LLC** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | PO Box 633<br> Woodmere, NY 11598<br>Attn: Terrel Ross<br>Email: tross@trcmllc.com |

| Claim(s) | Deptor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Schedule Number: 6816837 | As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Signed by:

By: **Terrel Ross**

73E51C3A3995457

Transferee / Transferee's Agent

Date: 8/11/2026

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Creditor**

Name on file
Address on file

**Debtor Name**

FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**

n/a
**Schedule Number**
6816837
**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | $98,960.39 | Set by Objection Order |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $98,960.39 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

| Date Filed | Objection Motion | Date Filed | Objection Order | Basis | Status |
|---|---|---|---|---|---|
| 01/02/2026 | Objection to Claim by Claimant(s) ELD Capital LLC... | 05/14/2026 | Order Sustaining the FTX Recovery Trust's Objecti... | Scheduled Customer Claim | Ordered |