**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br>Plaintiff,<br><br>- against -<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>Defendants. | Adv. Pro. No. 24-50188 (KBO) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>Defendants. | Adv. Pro. No. 24-50214 (KBO) |
| HOWARD R. MELAMED,<br><br>Plaintiff,<br><br>- against -<br><br>FTX RECOVERY TRUST,<br><br>Defendant. | Adv. Pro. No. 26-50377 (KBO) |

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**NOTICE OF AGENDA FOR VIRTUAL HEARING SCHEDULED FOR AUGUST 19, 2026 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted remotely via Zoom.**

**Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

**ADJOURNED MATTERS:**

1. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

   Status: This matter is adjourned to a date to be determined.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS:**

2. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

   Status: This matter is adjourned to a date to be determined.

3. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

   Status: This matter is adjourned to a date to be determined.

**RESOLVED:**

4. Third Interim Fee Application of Ernst & Young LLP [D.I. 29610, filed on February 20, 2025]

   Status: A certification of counsel will be filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

5. Fourth Interim Fee Application of Ernst & Young LLP [D.I. 29611, filed on February 20, 2025]

   Status: A certification of counsel will be filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

6. Fifth Interim Fee Application of Ernst & Young LLP [D.I. 29612, filed on February 20, 2025]

   Status: A certification of counsel will be filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

7. Sixth Interim Fee Application of Ernst & Young LLP [D.I. 29613, filed on February 20, 2025]

   Status: A certification of counsel will be filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

8. Seventh Interim Fee Application of Ernst & Young LLP [D.I. 29801, filed on February 28, 2025]

   Status: A certification of counsel will be filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

9. Eighth Interim Fee Application of Ernst & Young LLP [D.I. 29807, filed on February 28, 2025]

   Status: A certification of counsel will be filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

10. Final Fee Application of Ernst & Young LLP [D.I. 29847, filed on March 3, 2025]

   Status: A certification of counsel will be filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

11. Motion of the FTX Recovery Trust for Entry of an Order Approving the Stipulation of Settlement with Soogeun Oh and Granting Related Relief [D.I. 36062, filed on July 29, 2026]

Status: On August 15, 2026, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**WITHDRAWN – ADVERSARY PROCEEDINGS**:

12. Notice of Motion and Motion to Quash Subpoena to Produce Documents [*Howard R. Melamed v. FTX Recovery Trust*, Adv. No. 26-50377 – Adv. D.I. 3, transferred on May 29, 2026, from the United States District Court for the Northern District of California, Case No. 26-mc-80140-ASK, docketed on July 16, 2026]

Status: The parties have consensually resolved this matter, and a joint notice of withdrawal has been filed. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD**:

13. Motion of Daizhuo Chen for Reconsideration Pursuant to Fed. R. Civ. P. 59(e) and 60(b)(2) Based on Newly Discovered Evidence [D.I. 34975, filed on March 27, 2026]

Objection Deadline: July 16, 2026 at 4:00 p.m. (ET)

Responses Received:

A. Objection of the FTX Recovery Trust to Motion of Daizhuo Chen for Reconsideration Pursuant to Fed. R. Civ. P. 59(e) and 60(b)(2) Based on Newly Discovered Evidence [D.I. 36001, filed on July 16, 2026]

Related Documents:

A. Motion of Daizhuo Chen for Entry of an Order Authorizing Late Completion of Customer KYC Pursuant to FRBP 9006(b)(1); in the Alternative, Relief Under FRBP 9024 (Rule 60(b)(1)) and FRBP 3008/11 U.S.C. 502(j) [D.I. 33349, filed on October 29, 2025]

B. Objection of the FTX Recovery Trust to Motion for Entry of an Order Authorizing Late Completion of Customer KYC [D.I. 33575, filed on November 13, 2025]

C. Reply in Further Support of Motion for Late KYC Completion [D.I. 33740, filed on November 20, 2025]

D. Notice of Hearing on Motion for Reconsideration [D.I. 35967, filed on July 7, 2026]

Status: This matter is going forward with respect to the Court's ruling on the motion.

Dated: August 17, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*