**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 26404, 28640 & 29590** |

**STATEMENT OF THE FTX RECOVERY TRUST[2] REGARDING RECOGNITION OF CHAPTER 11 CASE AND FILING OF LIQUIDATION APPLICATION OF QUOINE PTE LTD IN SINGAPORE**

On December 9, 2024, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Statement of the Debtors Regarding Filing of Recognition Application in Singapore with Respect to Quoine Pte Ltd* [D.I. 28640] (the "Recognition Application Statement").[3]Following the Recognition Application Statement, on February 12, 2025, the SICC granted Order of Court SIC/ORC 16/2025, among other things, (a) recognising, in Singapore, the Chapter 11 Case of Quoine as a foreign main proceeding, and (b) recognising and giving full force and effect, in Singapore, to, among other things, the Confirmation Order, the Digital Assets Estimation Order, the Claims Bar Date, the Plan, and the Revised Notice Procedures in respect of Quoine (the "Recognition Order").

Creditors of Quoine should take notice that, given the grant of the Recognition Order, pursuant to the Plan, Quoine is a Consolidated Debtor and any claims filed against Quoine will be satisfied solely through distributions from the FTX Recovery Trust in accordance with the

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2 The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established through the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1] (the "Plan"), which became effective on January 3, 2025 [D.I. 29127].

3 Unless otherwise defined, any capitalised terms used in this statement shall have the meanings ascribed to them in the Recognition Application Statement.

Plan. In light of the foregoing, Quoine will be liquidated in accordance with the terms of the Plan.

Accordingly, on August 4, 2026, Quoine filed an application in the SICC seeking, among other things, that a winding up order be made against Quoine and that joint and several liquidators be appointed (the "Quoine Liquidation Application"). In this regard, the SICC has assigned the case number SIC/CWU 1/2026 ("CWU 1") to the Quoine Liquidation Application. Further, in respect of CWU 1:

(a) On August 12, 2026, the SICC directed, among other things, that: (i) counsel for Quoine is to write in, within three working days, indicating what steps, if any, have been taken to give notice of CWU 1 to creditors and any other parties who may be affected by the reliefs sought in CWU 1 (the "Interested Parties"), and (ii) all directions and notices issued by the Court, including the above directions, are to be notified to the Interested Parties (the "August 12 Court Correspondence"). A copy of the August 12 Court Correspondence is attached as **Exhibit A** hereto.

(b) On August 14, 2026, counsel for Quoine wrote to the SICC, among other things, (i) proposing to notify the Interested Parties of CWU 1 in the same manner as previously directed by the SICC in the Singapore Recognition Application, namely, that any directions and notices issued by the Court in connection with CWU 1 be uploaded to the website maintained by Kroll at the Kroll Website (https://restructuring.ra.kroll.com/FTX/), and (ii) informing the SICC that upon a date being fixed for the hearing of CWU 1, the Interested Parties will be notified of CWU 1 in accordance with the

notification procedures prescribed by the Insolvency, Restructuring and Dissolution (Corporate Insolvency and Restructuring) Rules 2020 of Singapore, including but not limited to the publication of notice of CWU 1 in the *Gazette* and in an English local daily newspaper at least seven days before the hearing of CWU 1 (the "August 14 Letter"). A copy of the August 14 Letter is attached as **Exhibit B** hereto.

(c) On August 17, 2026, the SICC directed, among other things, that (i) the Case Management Conference (the "CMC") for CWU 1 will be heard on **9 September 2026 at 9.00am (Singapore time)**, (ii) Quoine is to prepare and file a Case Management Bundle by 31 August 2026, and (iii) Quoine is to write in, by 4 September 2026, to set out a list of attendees who are expected to attend the CMC (the "August 17 Court Correspondence"). A copy of the August 17 Court Correspondence is attached as **Exhibit C** hereto.

**If you are a creditor of Quoine, or a party who claims to be affected by the reliefs sought in CWU 1, and you wish to attend the hearing of the CMC in relation to the Quoine Liquidation Application, please write in to us by e-mail to FTXquestions@kroll.com by August 31, 2026, 11.59pm (Singapore time) to inform us of the same.**

**Further, if you are a creditor of Quoine and would like to receive paper copies of any filings made by the Debtors or the FTX Recovery Trust with the SICC in connection with the Singapore Recognition Application and any orders entered by the SICC in connection with the Singapore Recognition Application, including the Recognition Order, please send a request by e-mail to FTXquestions@kroll.com with a reference to "Request for Paper Notices Re: Singapore Recognition Proceedings" in the subject line.**

**Copies of the Plan, the Confirmation Order and all other documents filed in the Chapter 11 Cases may be obtained (i) for a nominal fee from the U.S. Bankruptcy Court's electronic docket for the Chapter 11 Cases at https://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or (ii) free of charge by accessing https://restructuring.ra.kroll.com/FTX.**

Dated: August 18, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*