# Exhibit A

SUPREME COURT OF SINGAPORE
LEGAL REGISTRY

**IN THE SINGAPORE INTERNATIONAL COMMERCIAL COURT OF THE REPUBLIC OF SINGAPORE**

Date: 12-August-2026

To:

Bird & Bird ATMD LLP
2, Shenton Way, # 18-01, SGX Centre 1, Singapore - 068804
Tel No: 65345266
Fax No: 62238762
Email: Singapore@twobirds.com
File Ref No:
Solicitor in charge: 1. BALAKRISHNAN ASHOK KUMAR
2. Lee Cheng
3. Nee Hoong Yi Adriel

Dear Sir/Madam,

**SIC/CWU 1/2026**
**RE: QUOINE PTE. LTD.**
**- CORRESPONDENCE FROM COURTS**

We refer to SIC/CWU 1/2026 ("CWU 1").

2 The Court directs as follows:

(a) Counsel for Quoine is to write in, within three working days, indicating the following:

(i) counsel's availability from 17 to 31 August 2026, and 1 to 18 September 2026 for a Case Management Conference; and

(ii) what steps, if any, have been taken to give notice of CWU 1 to creditors and any other parties who may be affected by the reliefs sought in CWU 1.

(b) All directions and notices issued by the court, including the above directions, are to be notified to creditors and any other parties who may be affected by the reliefs sought in CWU 1.

3 Thank you.

Yours faithfully,
LOH HUILIN
FOR REGISTRAR
SUPREME COURT
SINGAPORE

Tel No: 63323918
Email: SUPCT_Registry@judiciary.gov.sg

This is computer-generated and requires no signature.