# **Exhibit B**

Bird & Bird ATMD

Bird & Bird ATMD LLP
2 Shenton Way #18-01
SGX Centre 1
Singapore 068804

Tel +65 6534 5266
Fax +65 6223 8762

twobirds.com

Our Ref: FTXRE.0001/BASK/ANHY/LEEC
Your Ref: SIC/CWU 1/2026

Friday, 14 August 2026

**BY E-LITIGATION ONLY**

**The Registrar**
Supreme Court of Singapore
1 Supreme Court Lane
Singapore 178879

Dear Sirs,

**SIC/CWU 1/2026 ("CWU 1")**

1. We act for Quoine Pte. Ltd. ("**Quoine**"), the Applicant in CWU 1.

2. We refer to the above-captioned matter and the following:

   (a) our letter to the Court dated 6 August 2026 (the "**6 August Letter**"); and

   (b) the correspondence from the Court dated 12 August 2026 (the "**Court Correspondence**").

3. Unless otherwise defined, we adopt the definitions in our 6 August Letter.

4. We write to inform this Honourable Court that counsel for Quoine is available from 9:00am to 5:00pm (Singapore time) on the following dates for a Case Management Conference:

   (a) 17, 20, 24, and 28 to 31 August 2026; and

   (b) 1 to 9, 12 to 14, and 17 September 2026.

5. In respect of the steps taken to give notice of CWU 1 to creditors and any other parties who may be affected by the reliefs sought therein (the "**Interested Parties**"), we set out the following:

   (a) The Interested Parties will be notified of CWU 1 in the same manner as previously directed by this Honourable Court in OA 23, namely, by uploading any directions and notices issued by the Court in connection with CWU 1 to the website maintained by Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/FTX/Home-Index (the "**Information Docket**").

As explained in PAHT's 1st Affidavit, the Information Docket has been and continues to be used by Quoine and the FTX Group (as defined therein) since the commencement of the FTX Group Chapter 11 Proceedings (as defined therein) to, amongst other things, distribute notices and information to parties of interest.

(b) Separately, upon a date being fixed for the hearing of CWU 1, we intend to notify the Interested Parties of CWU 1 in accordance with the notification procedures prescribed by the Insolvency, Restructuring and Dissolution (Corporate Insolvency and Restructuring) Rules 2020, including but not limited to the publication of notice of CWU 1 in the *Gazette* and in an English local daily newspaper at least seven days before the hearing of CWU 1.

6. We will write to provide an update to this Honourable Court once notification of CWU 1 and the Court Correspondence have been effected upon the Interested Parties in accordance with paragraph 5(a) above.

7. We would be grateful if a copy of this letter could be placed before the Honourable Justice Peck.

8. We thank this Honourable Court for its kind attention to this letter.

Yours faithfully

Bird & Bird

**Ashok Kumar / Adriel Nee / Lee Cheng**
**For and on behalf of**
**BIRD & BIRD ATMD LLP**

Cc:

(1) **Insolvency & Public Trustee's Office** **BY E-LITIGATION ONLY**

Attn: The Official Receiver

(2) **Client** **BY EMAIL ONLY**