# **Exhibit C**

SUPREME COURT OF SINGAPORE
LEGAL REGISTRY

**IN THE SINGAPORE INTERNATIONAL COMMERCIAL COURT OF THE REPUBLIC OF SINGAPORE**

Date: 17-August-2026

To:

Bird & Bird ATMD LLP
2, Shenton Way, # 18-01, SGX Centre 1, Singapore - 068804
Tel No: 65345266
Fax No: 62238762
Email: Singapore@twobirds.com
File Ref No:
Solicitor in charge: 1. BALAKRISHNAN ASHOK KUMAR
2. Lee Cheng
3. Nee Hoong Yi Adriel

Dear Sir/Madam,

**SIC/CWU 1/2026**
**RE: QUOINE PTE. LTD.**
**- CORRESPONDENCE FROM COURTS**

We refer to the letter from Bird & Bird ATMD LLP dated 14 August 2026.

2 Please be informed that SIC/CWU 1/2026 will be heard before the Honourable Justice James Peck.

3 The Court directs as follows:

(a) The Case Management Conference (“CMC") will be heard on 9 September 2026 at 9am (Singapore time) via Zoom.

(b) Quoine is to prepare and file a Case Management Bundle by 31 August 2026.

(c) Quoine is to write in, by 4 September 2026, to set out a list of attendees who are expected to attend the CMC.

4 Thank you.

Yours faithfully,
LOH HUILIN
FOR REGISTRAR
SUPREME COURT
SINGAPORE

Tel No: 63323918
Email: SUPCT_Registry@judiciary.gov.sg

This is computer-generated and requires no signature.

**1 SUPREME COURT LANE SINGAPORE 178879**
**Tel: (65) 65878423 (6-JUSTICE) or 1800-5878423 (1800-JUSTICE) | www.judiciary.gov.sg**