**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd, *et al.*, | Case No. 22-11068 (KBO) |
| Debtors.[1] | Jointly Administered |
| | **Related to Docket No. 34975** |

**ORDER DENYING MOTION OF DAIZHUO CHEN FOR RECONSIDERATION PURSUANT TO FED. R. CIV. P. 59(E) AND 60(B)(2) BASED ON NEWLY DISCOVERED EVIDENCE**

Upon consideration of *Motion of Daizhuo Chen for Reconsideration Pursuant to Fed. R. Civ. P. 59(e) and 60(b)(2) Based on Newly Discovered Evidence* [Docket No. 34975] (the "Motion to Reconsider") and all briefing and argument in support of and in opposition thereto; and the Court finding that it has jurisdiction over the Motion to Reconsider, it is hereby **ORDERED** that the Motion to Reconsider is **DENIED** for the reasons set forth on the record at the August 19, 2026 hearing held in the above-captioned cases.

Dated: August 19, 2026
Wilmington, DE

Karen B. Owens
Chief Judge

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.