| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William | | Collins | wcollins@willkie.com | | 787 Seventh Ave | | New York | NY | 10019 | 212-728-3115 | | 24-50188-KBO | FTX Recovery Trust v. Foris DAX MT Ltd. et al | Video and Audio |
| Allie | | Hough | ahough@willkie.com | | 787 Seventh Ave | | New York | NY | 10019 | 212-728-5567 | | 24-50188-KBO | FTX Recovery Trust v. Foris DAX MT Ltd. et al | Video and Audio |
| Landis Rath | | & Cobb LLP | ramirez@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market | Suite 1800 | Wilmington | DE | 19801 | 3.02E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Michele | | Angell | mangell@westermanllp.com | Westerman Ball Ederer Miller Zucker & Sharfstein | 1201 RXR Plaza | | Uniondale | NY | 11556 | 516-622-9200 | Wewei Ji, Liu Jing, Shengkun Ji, SCI Ventures | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Ave. | | White Plains | NY | 10603 | 9.14E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Aziza | | BEN ASKER | aziza@benasker.com | | 47 RUE CLER | | PARIS | | 75007 | 0779548036 | Creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Brett | | Bakemeyer | brett.bakemeyer@whitecase.com | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | 212-819-8200 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Nicholas | | Baker | nbaker@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alex | | Bisogno | abisogno@willkie.com | | 787 Seventh Ave | | New York | NY | 10019 | 212-728-3049 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kimberly | A. | Brown | brown@lrclaw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Daizhuo | | Chen | chendaizhuo@gmail.com | | 1726 Maddux Dr | | Redwood CIty | CA | 89131 | 5.4E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jordan | M. | Cohen | cohenjm@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jonah | L | Eber | jeber@haincapital.com | Hain | 301 Route 17 | | North Rutherford | NJ | 07070 | 2.02E+09 | creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Chad | | Flick | cflick@hudsonbaycapital.com | | 290 Harbor Drive | | Stamford | CT | 06902 | 203-718-5691 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Brooke | | Giddon | brooke.giddon@davispolk.com | | 450 Lexington Avenue | | New York | NY | 10017 | 3.32E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brian | D. | Glueckstein | gluecksteinb@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Mark | W. | Hancock | mhancock@gklaw.com | Godfrey & Kahn, S.C. | 1 E. Main Street | Ste. 500 | Madison | WI | 53703 | 608-284-2251 | Fee Examiner | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Batoul | S.A. | Husain | batoul.husain@stblaw.com | Simpson Thacher & Bartlett LLP | 900 G Street, N.W. | | Washington | DC | 20001 | 212-455-2000 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Justin | | Kane | justin.kane@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | DC | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexa | J. | Kranzley | kranzleya@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| John | | Langham | mailto:support@claimscreditor.com | | Szalstry 22A | | Jonokowo | OU | 11-042 | 7.88E+09 | CryptoClaims | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mike | | Legge | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jonathan | | Lipshie | jon.lipshie@usdoj.gov | DOJ-Ust | 844 N. King Street | Ste 2207 | Wilmington | DE | 19801 | 202-567-1124 | ust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Matthew | B. | McGuire | mcguire@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | The FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Matthew | R | Pierce | Pierce@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 x452 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mr. | | Purple | mr.purple.dj@gmail.com | | 1060 West Addison | | Chicago | IL | 12345 | 8.01E+09 | Creditors | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Elizabeth | A. | Rogers | erogers@lrclaw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite #1800 | Wilmington | DE | 19801 | 302-467-4435 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Melissa | L | Romano | mromano@potteranderson.com | | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | 302-984-6000 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jeremy | W. | Ryan | jryan@potteranderson.com | Potter Anderson & Corroon | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | 302-984-6108 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Brendan | Joseph | Schlauch | schlauch@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 x7749 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Julie | R. | Sohnen | sohnenj@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexander | R. | Steiger | steiger@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Kate | | Thomas | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| MDRAMIZ | | UDDINMOLLA | srijonenterprisesp@gmail.com | srijonenterprisesp | Village Chandina Road 205 Debidwer Molla | | Comilla | NY | 3530 | 01637517200 | FTX trading LTD | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| MDRAMIZ | | UDDINMOLLA | srijonenterprisesp@gmail.com | srijonenterprisesp | Village Chandina Road 205 Debidwer Molla | | Comilla | NY | 3530 | 01637517200 | FTX trading LTD | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| George | A | Williams | williams@lrclaw.com | Landis Rath & Cobb LLP | 919 N Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jonathan | | Youngwood | jyoungwood@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |