**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 29610, 29611, 29612, 29613, 29801, 29807, 29847 & 36084** |

**CERTIFICATION OF COUNSEL**

I, Matthew R. Pierce, counsel to the FTX Recovery Trust[2], hereby certify as follows to the best of my knowledge, information and belief:

1. In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435], entered January 9, 2023 (the "Interim Compensation Order"), the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834], entered March 8, 2023 (the "Fee Examiner Order"), and the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404], entered October 8, 2024, (the "Confirmation Order"), Ernst & Young LLP ("EY") filed the Interim and Final Fee Applications (as defined herein) listed on **Exhibit 1** to the proposed form of order (the "Proposed Order") attached hereto as **Exhibit A** with the United States Bankruptcy Court for the District of Delaware (the "Court").

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1].

2. On February 20, 2025, EY filed the *Third Interim Fee Application of Ernst & Young LLP* [D.I. 29610] (the "EY Third Fee Application"), the *Fourth Interim Fee Application of Ernst & Young LLP* [D.I. 29611] (the "EY Fourth Fee Application"), the *Fifth Interim Fee Application of Ernst & Young LLP* [D.I. 29612] (the "EY Fifth Fee Application"), and the *Sixth Interim Fee Application of Ernst & Young LLP* [D.I. 29613] (the "EY Sixth Fee Application").

3. On February 28, 2025, EY filed the *Seventh Interim Fee Application of Ernst & Young LLP* [D.I. 29801] (the "EY Seventh Fee Application") and the *Eighth Interim Fee Application of Ernst & Young LLP* [D.I. 29807] (the "EY Eighth Fee Application").

4. On March 3, 2025, EY filed the *Final Fee Application of Ernst & Young LLP* [D.I. 29847] (the "EY Final Fee Application" and together with EY Third Fee Application, EY Fourth Fee Application, EY Fifth Fee Application, EY Sixth Fee Application, EY Seventh Fee Application, and EY Eighth Fee Application, the "Interim and Final Fee Applications").

5. Objections to the Interim and Final Fee Applications, if any, were to be filed and served no later than the objection deadlines set forth on each of the Interim and Final Fee Applications, which expired on March 12, 2025, March 20, 2025, and March 24, 2025, respectively.[3] No objections or responses to the Interim and Final Fee Applications were filed prior to the applicable Objection Deadlines.

6. On August 6, 2026, Katherine Stadler (the "Fee Examiner") filed the *Fee Examiner's Summary Report on Interim and Final Fee Applications* [D.I. 36084] (the "Final Report") with respect to EY's Interim and Final Fee Applications, recommending the approval of the fees and expenses requested therein with certain agreed upon reductions.

[3] As stated in the *Fee Examiner's Summary Report on Interim and Final Fee Applications* [D.I. 30870], the Fee Examiner and EY previously agreed to defer consideration of EY's pending Interim and Final Fee Applications.

7. The Proposed Order has been circulated to EY, the Fee Examiner, and the U.S. Trustee. EY and the Fee Examiner each consent to entry of the Proposed Order, and the U.S. Trustee has advised that it does not object to entry of the Proposed Order.

8. In accordance with the Court's electronic order processing procedures, a copy of the Proposed Order shall be uploaded to CM/ECF.

[*REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK*]

WHEREFORE the undersigned, on behalf of the FTX Recovery Trust, respectfully requests that the Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated: August 20, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel to the FTX Recovery Trust*