# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 29610, 29611, 29612, 29613, 29801, 29807, 29847, 36084 & ___** |

**OMNIBUS ORDER APPROVING INTERIM AND FINAL**
**APPLICATIONS OF ERNST & YOUNG LLP**

Upon consideration of the interim fee applications (the "Interim Applications") and final fee application (the "Final Application" and together with the Interim Applications, the "Interim and Final Fee Applications") of Ernst & Young LLP ("EY") listed on **Exhibit 1** attached hereto for final allowance of certain fees, including all holdbacks, and expenses for the periods set forth on each of the Interim and Final Fee Applications filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435], the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] (the "Fee Examiner Order"), and the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404] (the "Confirmation Order"); and Katherine Stadler, as the Court-appointed fee examiner (the "Fee Examiner"), having reviewed the Interim and Final Fee Applications and prepared the *Fee Examiner's Summary Report on Interim and Final Fee Applications*

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[D.I. 36084] (the "Final Report"); and the Court having reviewed the Interim and Final Fee Applications and the Final Report; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Interim and Final Fee Applications was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Interim and Final Fee Applications; and upon the full record of all proceedings in this case; and after due deliberation and sufficient good cause having been shown therefor;

IT IS HEREBY ORDERED THAT:

1. The Interim and Final Fee Applications are GRANTED and APPROVED as set forth herein.

2. EY is allowed, on a final basis, compensation for services rendered from November 28, 2022 through and including October 8, 2024 (the "Compensation Period") and reimbursement for actual and necessary expenses incurred during the Compensation Period in the amounts set forth on **Exhibit 1** hereto, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the FTX Recovery Trust is authorized and directed to pay EY one-hundred percent (100%) of the fees and one-hundred percent (100%) of the expenses listed on **Exhibit 1** hereto that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Period.

4. The FTX Recovery Trust is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Date: August __, 2026
Wilmington, Delaware

________________________________________
THE HONORABLE KAREN B. OWENS
CHIEF UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

| **Professional & Role in Case** | **Interim Compensation Period & Interim Fee Application** | **Interim Fees Requested** | **Fee Examiner's Recommended Fee Adjustments** | **Interim Expenses Requested** | **Fee Examiner's Recommended Expense Adjustments** | **Interim Fees Approved** | **Interim Expenses Approved** |
|---|---|---|---|---|---|---|---|
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 5/1/2023 - 7/31/2023 D.I. 29610 2/20/2025 | $4,193,071.55 | $190,846.35 | $34,052.78 | $1,109.82 | $4,002,225.20 | $32,942.96 |
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 8/1/2023 - 10/31/2023 D.I. 29611 2/20/2025 | $4,774,698.20 | $217,318.90 | $53,701.57 | $1,750.20 | $4,557,379.30 | $51,951.37 |
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 11/1/2023 - 1/31/2024 D.I. 29612 2/20/2025 | $3,851,093.00 | $175,281.30 | $235,774.62 | $7,684.20 | $3,675,811.70 | $228,090.42 |
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 2/1/2024 - 4/30/2024 D.I. 29613 2/20/2025 | $3,737,782.80 | $170,124.02 | $200,775.21 | $6,543.52 | $3,567,658.78 | $194,231.69 |
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 5/1/2024 - 7/31/2024 D.I. 29801 2/28/2025 | $5,057,095.45 | $230,172.13 | $269,815.69 | $8,793.64 | $4,826,923.32 | $261,022.05 |
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 8/1/2024 - 10/8/2024 D.I. 29807 2/28/2025 | $3,285,407.50 | $149,534.30 | $126,371.30 | $4,118.60 | $3,135,873.20 | $122,252.70 |

IN RE FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Interim and Final Fee Applications

| **Professional & Role in Case** | **Final Compensation Period & Interim Fee Application** | **Final Fees Requested** | **Fee Examiner's Recommended Fee Adjustment** | **Interim Expenses Requested** | **Fee Examiner's Recommended Expense Adjustments** | **Final Fees Approved** | **Final Expenses Approved** |
|---|---|---|---|---|---|---|---|
| **Ernst & Young LLP**[1] *Tax Services Provider to the Debtors and Debtors-In-Possession* | 11/28/2022 - 10/8/2024 D.I. 29847 3/3/2025 | $31,477,651.25 | $1,765,891.88 | $1,009,481.42 | $33,514.93 | $29,711,759.37 | $975,966.49 |

1 Pursuant to the Final Report, the recommended adjustments to the final fees and expenses reflect the previously agreed-to reductions for all interim fee applications.