# EXHIBIT 1

IN RE FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Interim and Final Fee Applications

| **Professional & Role in Case** | **Interim Compensation Period & Interim Fee Application** | **Interim Fees Requested** | **Fee Examiner's Recommended Fee Adjustments** | **Interim Expenses Requested** | **Fee Examiner's Recommended Expense Adjustments** | **Interim Fees Approved** | **Interim Expenses Approved** |
|---|---|---|---|---|---|---|---|
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 5/1/2023 - 7/31/2023 D.I. 29610 2/20/2025 | $4,193,071.55 | $190,846.35 | $34,052.78 | $1,109.82 | $4,002,225.20 | $32,942.96 |
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 8/1/2023 - 10/31/2023 D.I. 29611 2/20/2025 | $4,774,698.20 | $217,318.90 | $53,701.57 | $1,750.20 | $4,557,379.30 | $51,951.37 |
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 11/1/2023 - 1/31/2024 D.I. 29612 2/20/2025 | $3,851,093.00 | $175,281.30 | $235,774.62 | $7,684.20 | $3,675,811.70 | $228,090.42 |
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 2/1/2024 - 4/30/2024 D.I. 29613 2/20/2025 | $3,737,782.80 | $170,124.02 | $200,775.21 | $6,543.52 | $3,567,658.78 | $194,231.69 |
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 5/1/2024 - 7/31/2024 D.I. 29801 2/28/2025 | $5,057,095.45 | $230,172.13 | $269,815.69 | $8,793.64 | $4,826,923.32 | $261,022.05 |
| **Ernst & Young LLP** *Tax Services Provider to the Debtors and Debtors-In- Possession* | 8/1/2024 - 10/8/2024 D.I. 29807 2/28/2025 | $3,285,407.50 | $149,534.30 | $126,371.30 | $4,118.60 | $3,135,873.20 | $122,252.70 |

IN RE FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (KBO)
Summary Chart of Interim and Final Fee Applications

| Professional & Role in Case | Final Compensation Period & Interim Fee Application | Final Fees Requested | Fee Examiner's Recommended Fee Adjustment | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Ernst & Young LLP**[1] *Tax Services Provider to the Debtors and Debtors-In-Possession* | 11/28/2022 - 10/8/2024 D.I. 29847 3/3/2025 | $31,477,651.25 | $1,765,891.88 | $1,009,481.42 | $33,514.93 | $29,711,759.37 | $975,966.49 |

1 Pursuant to the Final Report, the recommended adjustments to the final fees and expenses reflect the previously agreed-to reductions for all interim fee applications.