# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>**FTX TRADING LTD., *et al.,***<br><br>Debtors | Chapter 11<br><br>Case No.: 22-11071<br><br>Lead case No.: 22-11068 (KBO)<br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PLEASE TAKE NOTICE that, pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of the transfer and assignment of the following claim:

| Name of Transferor | Name of Transferee (New Claim Holder): |
|---|---|
| **[CONFIDENTIAL CREDITOR]**<br><br>Transferor's Address:<br><br>[Address on File] | **BB WELLS INVESTMENT INC**<br><br>Transferee's address for notices and payment:<br><br>c/o: James Cheung<br><br>1107 Fair Oaks Ave, #110, South Pasadena<br><br>CA 91030<br><br>Email: JamesDiamondBar@gmail.com |

1. **Claim Information:**
    - Claim Number: 63042
    - Debtor Against Whom Claim Was Filed: West Realm Shires Services Inc.
    - Amount of Original Claim: [redacted]
    - Date Proof of Claim Filed: September 23, 2023
    - Claim Amount to be Transferred: 100% of the remaining claim of Principal and Interest effective as of the Recording Date of this Notice of Transfer
2. On or about August 24, 2026, the Transferor assigned and transferred the above-referenced claim to the Transferee pursuant to an Evidence of Transfer of Claim.
3. Transferee has in his possession an Evidence of Transfer of Claim signed by the Transferor. To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has attached a redacted version of Evidence of Transfer of Claim to this Notice of Transfer of Claim.
4. Upon written request, Transferee is prepared to provide a copy of the un-redacted Notice of Transfer of Claim and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, or appropriate professionals.
5. The Transferee requests that the official claims register be updated to reflect the Transferee as the holder of the claim and that all future notices and distributions be directed to the Transferee at the address above.

**DEADLINE TO OBJECT TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DATED: August 24, 2026

Respectfully submitted,

James Cheung

By: ___________________________

James Cheung
President
BB Wells Investment Inc
JamesDiamondBar@gmail.com

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

For good and valuable consideration, the receipt and sufficient of which are hereby acknowledged, [redacted] ("Seller") has unconditionally and irrevocably sold, transferred and assigned to BB WELLS INVESTMENT INC ("Buyer"), its successors and assigns, all right, title and interest in and to the claim(s) identified below against West Realm Shires Services Inc.

- Claim Number: 63042
- Debtor Against Whom Claim Was Filed: West Realm Shires Services Inc.
- Amount of Original Claim: [redacted]
- Date Proof of Claim Filed: September 23, 2023
- Claim Amount to be Transferred: 100% of the remaining claim of Principal and Interest effective as of the Recording Date of this Notice of Transfer

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: August 24, 2026

| SELLER: | BUYER: |
|---|---|
| [redacted] | James Cheung<br><br>BB WELLS INVESTMENT INC<br>C/O: James Cheung<br>JamesDiamondBar@gmail.com |

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and am not a party to the within action. My address is: 1107 Fair Oaks Avenue, #110, South Pasadena, California 91030.

On AUGUST 24, 2026, I caused to be served the following document(s) upon the Transferor via Personal Service:

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on AUGUST 24, 2026 at Los Angeles, California.

By:

_/s/ Emmy Ng_______________
Emmy Ng