**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

CHEROKEE ACQUISITION

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name on file**

Name and Current Address of Transferor:
**Name on file**
**Address on file**

Name of Transferee:

**Diamond Family Investments, LLC**

Name and Address where notices and payments to transferee should be sent:
**Diamond Family Investments, LLC**
**Attn: Jay Lipsey**
**Email: jay.lipsey@diamondfo.com**
**16690 Collins Ave., #1103**
**Sunny Isles Beach, FL 33160**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 53582 | Name on file | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Schedule No. 6753451 | Name on file | as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-KHFEE-717098547 | Name on file | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00174348 | Name on file | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Jay S. Lipsey
Transferee/Transferee's Agent

Date: August 25, 2026

KROLL

# Creditor Data Details - Claim # 53582

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 53582 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 09/17/2023 | 6753451 |
| | | **Confirmation ID** |
| | | 3265-70-KHFEE-717098547 |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 0.000052 | 0.000052 |
| CRYPTO | COMP-PERP | ASSERTED | -0.0000000000000213 | -0.0000000000000213 |
| CRYPTO | ETH | ASSERTED | 0.0000000079266225 | 0.0000000079266225 |
| CRYPTO | ETHW | ASSERTED | 0.0002365809244432 | 0.0002365809244432 |
| CRYPTO | FTT | ASSERTED | 25.0 | 25.0 |
| CRYPTO | LUNA2 | ASSERTED | 0.005929244666 | 0.005929244666 |
| CRYPTO | LUNA2_LOCKED | ASSERTED | 0.01383490422 | 0.01383490422 |
| CRYPTO | LUNC | ASSERTED | 821.0399674964153 | 821.0399674964153 |
| CRYPTO | TRX | ASSERTED | 0.000031 | 0.000031 |
| CRYPTO | USDT | ASSERTED | 0.000000000101758 | 0.000000000101758 |
| CRYPTO | USTC | ASSERTED | 0.3055771301797209 | 0.3055771301797209 |
| FIAT | USD | ASSERTED | 885040.8480504185 | 885040.8480504185 |

| | | | | |
|---|---|---|---|---|
| 00174348 | | BSV-PERP[0], BTC[.000052], COMP-20200626[0], COMP-PERP[0], ETH[0], ETHW[0.00023658], FTT[25], LUNA2[0.00592924], LUNA2_LOCKED[0.01383490], LUNC[821.03996749], OMG-PERP[0], THETA-PERP[0], TRX[.000031], USD[885040.85], USDT[0], USTC[0.30557713] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.