**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL**

I, Matthew R. Pierce, counsel to the FTX Recovery Trust, hereby certify as follows to the best of my knowledge, information and belief:

1. On June 30, 2023, Silvergate Capital Corporation, Silvergate Liquidation Corporation (f/k/a Silvergate Bank), and Spring Valley Lots, LLC (collectively, the "Silvergate Debtors" in the "Silvergate Chapter 11 Cases"), filed proofs of claim (the "Silvergate Claims") against FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "FTX Debtors" in the "FTX Chapter 11 Cases").

2. On October 31, 2024, the FTX Debtors filed proofs of claim (the "FTX Claims," and together with the Silvergate Claims, the "Claims") against the Silvergate Debtors.

3. On January 2, 2025, the FTX Recovery Trust was established pursuant to the terms of the FTX Debtors' confirmed and effective plan of reorganization [D.I. 26404-1], and interest in the FTX Claims automatically transferred to the FTX Recovery Trust.

4. On March 31, 2026, the Argent Liquidation Trust ("Argent," and together with the FTX Recovery Trust, the "Parties") was established, the Silvergate Claims automatically

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

transferred to Argent, and, for the avoidance of doubt, Argent filed notices of transfer in the FTX Chapter 11 Cases for each of the Silvergate Claims.

5. The Parties have conferred and agreed to a schedule with respect to litigation of the Claims (the "Stipulation"). Attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") approving the Stipulation. Attached as **Exhibit 1** to the Proposed Order is the Stipulation, as agreed to by the Parties.

6. In accordance with the Court's electronic order processing procedures, a copy of the Proposed Order shall be uploaded to CM/ECF.

7. Accordingly, the FTX Recovery Trust respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: August 27, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
bellerb@sullcrom.com

*Counsel for the FTX Recovery Trust*