# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. ______** |

**ORDER APPROVING STIPULATION**

Upon the Certification of Counsel and the *Stipulation* (the "Stipulation") entered into between the FTX Recovery Trust and the Argent Liquidation Trust, a copy of which is attached hereto as **Exhibit 1**; and this Court having jurisdiction to consider approval of the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that sufficient notice of the Stipulation has been given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is **APPROVED**.

2. The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the Stipulation or the implementation of this Order.

Dated: ______________________________
Wilmington, Delaware

______________________________
The Honorable Karen B. Owens
Chief United States Bankruptcy Judge

# **Exhibit 1**

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>Spring Valley Lots, LLC,[2]<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 24-12158 (KBO) |

**STIPULATION GOVERNING LITIGATION OF CLAIMS AND OBJECTIONS OF THE FTX RECOVERY TRUST AND THE ARGENT LIQUIDATION TRUST**

This stipulation (the "Stipulation") is made and entered into by and among (i) the FTX Recovery Trust and (ii) the Argent Liquidation Trust ("Argent," and together with the FTX Recovery Trust, the "Parties"), by and through their respective undersigned counsel. In support of this Stipulation, the Parties respectfully state as follows:

WHEREAS, on June 30, 2023, Silvergate Capital Corporation, Silvergate Liquidation Corporation (f/k/a Silvergate Bank), and Spring Valley Lots, LLC (collectively, the "Silvergate Debtors" in the "Silvergate Chapter 11 Cases"), filed proofs of claim (the "Silvergate

---

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the FTX Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2 The last four digits of Spring Valley Lots, LLC's tax identification number are 0474. The mailing address of Spring Valley Lots, LLC is Dundon Advisers LLC, 565 Fifth Avenue, 16th Floor, New York, NY 10017, c/o Matthew Dundon, Argent Liquidation Trustee. The Post-Effective Date Debtor's case was previously jointly administered under the lead case of *Silvergate Capital Corp*. (24-12158 (KBO)).

Claims") against FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "FTX Debtors" in the "FTX Chapter 11 Cases");

WHEREAS, on October 31, 2024, the FTX Debtors filed proofs of claim (the "FTX Claims," and together with the Silvergate Claims, the "Claims") against the Silvergate Debtors;

WHEREAS, on January 2, 2025, the FTX Recovery Trust was established pursuant to the terms of the FTX Debtors' confirmed and effective plan of reorganization, and interest in the FTX Claims automatically transferred to the FTX Recovery Trust;

WHEREAS, on March 31, 2026, Argent was established, the Silvergate Claims automatically transferred to Argent, and, for the avoidance of doubt, Argent filed notices of transfer in the FTX Chapter 11 Cases for each of the Silvergate Claims;

WHEREAS, the Parties have conferred in good faith regarding coordination of the litigation of the FTX Claims in the Silvergate Chapter 11 Cases, on the one hand, and the Silvergate Claims in the FTX Chapter 11 Cases, on the other, in an efficient manner;

WHEREAS, the Parties have conferred in good faith regarding a schedule with respect to the litigation of the Claims;

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval by the Court it shall be so ordered:

1. Unless otherwise ordered by the Court, the FTX Claims will be litigated and adjudicated in the Silvergate Chapter 11 Cases and the Silvergate Claims will be litigated and adjudicated in the FTX Chapter 11 Cases.[3]

---

[3] The Parties agree to reserve their respective rights to file or oppose a motion to withdraw the reference, as appropriate, and all arguments with respect thereto are reserved.

2. Litigation of the Claims shall be coordinated for the purposes of discovery, motion practice, and other pre-trial matters.

3. The Parties shall each file a more definite statement of claim (a "More Definite Statement") setting forth in more detail their factual allegations, legal theories, and estimated damages. The Parties reserve their respective rights to argue that any portion of the relevant More Definite Statement constitutes an improper amendment of the relevant Claims and/or violates any relevant claims bar date order.

4. After the filing of the More Definite Statements, any Party may file a dispositive motion with respect to the pleading of any or all of the relevant Claims or any other threshold issue to be determined by the Court prior to the completion of discovery or trial (each, a "Dispositive Motion") on the schedule set forth herein, *provided*, *however*, certain threshold issues concerning section 5.2 of the FTX Plan may be addressed separately as directed by the Court.

5. Documents and information produced to the Parties in connection with the litigation of the Claims may be used in connection with the litigation of the Claims in both the FTX Chapter 11 Cases and Silvergate Chapter 11 Cases.[4]

6. Except as otherwise ordered by the Court, any trial on the FTX Claims and the Silvergate Claims shall be conducted concurrently for efficiency and to avoid the duplication in the presentation of evidence.

7. The Parties agree to the following schedule for litigation of the Claims (the "Litigation Schedule"):

---

[4] The Parties otherwise reserve their respective rights to object to the admissibility of any documents or information.

| EVENT | DATE/DEADLINE |
|---|---|
| Deadline for the Parties to file More Definite Statements | September 1, 2026 |
| Start of fact discovery | September 15, 2026 |
| Deadline for the Parties to file Dispositive Motions / Preliminary Objection to Claims | October 1, 2026 |
| Deadline for the Parties to file Oppositions to Dispositive Motions | November 2, 2026 |
| Deadline for the Parties to file Replies in support of their Dispositive Motions | November 17, 2026 |
| Close of fact discovery | March 15, 2027 |
| Deadline for Parties to file initial expert reports | April 15, 2027 |
| Deadline for Parties to file rebuttal expert reports | May 14, 2027 |
| Close of expert discovery | May 28, 2027 |
| Deadline for Parties to file Final Objections to Claims | June 15, 2027 |
| Deadline for Parties to file Responses to Final Objections to Claims | July 9, 2027 |
| Parties to file Joint Pretrial Order | July 23, 2027 |
| Final Pretrial Conference | July 28, 2027 (subject to the Court's availability) |
| Commencement of trial | August 2, 2027 (subject to the Court's availability) |

8. Pending approval of this Stipulation by the Court, each of the Parties agrees that it is and will be bound by this Stipulation and waives any right to object to its approval by the Court.

9. If approved by the Court, the Litigation Schedule shall be further modified only by a writing signed by all Parties approved by the Court, or otherwise upon entry of an order of the Court entered upon notice to the Parties.

10. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Stipulation and the Litigation Schedule.

Dated: August 27, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
bellerb@sullcrom.com

*Counsel to the FTX Recovery Trust*

**POTTER ANDERSON & CORROON LLP**

*/s/ L. Katherine Good*
L. Katherine Good (No. 5101)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Ethan H. Sulik (No. 7270)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
esulik@potteranderson.com

-and-

**MILBANK LLP**
Dennis F. Dunne (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
Daniel M. Perry (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5770
Facsimile: (212) 822-5770
E-mail: dunne@milbank.com
ldoyle@milbank.com
dperry@milbank.com

-and-

**MILBANK LLP**
Andrew M. Leblanc (admitted *pro hac vice*)
Melanie Westover Yanez (admitted *pro hac vice*)
Hannah Blazek (admitted *pro hac vice*)
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7574
Facsimile: (202) 263-7574
Email: aleblanc@milbank.com
mwyanez@milbank.com
hblazek@milbank.com

*Counsel to the Argent Liquidation Trust*