CONFIDENTIAL REPORT BY ANONYMOUS INFORMANT

DATE: August 20, 2026

2026 AUG 31 A 10:43

TO: * Clerk of the Court, U.S. Bankruptcy Court for the District of Delaware

* Office of the U.S. Trustee, Region 3, U.S. Department of Justice

* Sullivan & Cromwell LLP, Lead Counsel for the FTX Debtors

RE: * MAIN CHAPTER 11 CASE NO: 22-11068 (JTD)

* ADVERSARY PROCEEDING NO: 23-50585 (FTX Trading Ltd. v. Burgess et al.)

* TARGET INDIVIDUAL: Jing Yu "Darren" Wong (Former CMO of FTX / Salameda Ltd.)

* SUBJECT: Notice of Non-Disclosed High-Value Real Estate Asset / Potential Material Breach of Civil Settlement Agreement

To Whom It May Concern,

I am writing to you anonymously to provide definitive, actionable real estate indicators regarding a luxury property in Hong Kong held by Jing Yu "Darren" Wong (黃璟宇), a primary defendant in Adversary Proceeding No. 23-50585.

Your asset recovery teams are respectfully requested to pull the official Hong Kong Land Registry data for this specific location to cross-reference against the global asset schedules Mr. Wong was legally mandated to disclose during his recent 2024 civil settlement with the FTX Bankruptcy Estate.

TARGET PROPERTY TO BE SEARCHED BY INVESTIGATORS:

* Registered Owner: Jing Yu "Darren" Wong (or a proxy shell corporate entity under his direct beneficial control)

* Official Physical Address: House No. 6, Geneva East Avenue, Valais, 28 Kwu Tung Road, Sheung Shui, N.T., Hong Kong

* Chinese Language Address: 香港新界上水古洞路 28 號 天巒,日內瓦大道東 6 號屋

* Target Registration Date: May 20, 2021 (20/05/2021)

* Target Transaction Value: HKD 42,000,000 (Approximately USD $5,380,000)

* Property Specifications: Saleable Area: 2,792 sq. ft. / Gross Floor Area: 4,787 sq. ft.

INVESTIGATIVE RELEVANCE TO THE FTX ESTATE:

According to pleadings filed by the FTX Debtors, Mr. Wong generated tens of millions of dollars through preferential privileges and FTT token trading operations prior to the exchange's collapse. Financial indicators show that during the height of FTX's operations in May 2021, a capital outlay of HKD 42 million was deployed to secure this specific villa.

If this asset was not fully declared, itemized, and evaluated as part of the asset schedules underpinning Mr. Wong's 2024 settlement with the FTX Debtors, its omission constitutes a material misrepresentation to the Bankruptcy Court, a breach of the settlement framework, and a violation of federal disclosure laws under Title 11 and Title 18 of the United States Code.

REQUESTED ACTIONS:

1. Please direct Sullivan & Cromwell LLP to immediately pull the official Hong Kong Land Registry records for House No. 6, Geneva East Avenue, Valais to verify the underlying equity and corporate structuring of this asset.
2. Please instruct the U.S. Trustee Program to evaluate whether the omission of this asset constitutes criminal concealment of estate property under 18 U.S.C. § 152.
3. Please, if a breach or concealment is verified, initiate cross-border asset freezing and execution protocols in the High Court of Hong Kong to seize the property for the benefit of the FTX general creditor pool.

Respectfully submitted,

[An Anonymous Concerned Creditor]

CC: mailed to all following parties for concurrent review:

1. Clerk of Court, U.S. Bankruptcy Court (Delaware)
2. Office of the U.S. Trustee, Region 3 (Department of Justice)
3. Sullivan & Cromwell LLP (Lead Counsel for FTX Debtors)