# EXHIBIT A

**Form of Notice of Transfer of Claim Other Than for Security**

(Federal Rule of Bankruptcy Procedure 3001(e)(2))

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)<br><br>Debtors | Chapter 11<br><br>22-11068<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferor:<br><br>Next Claims Capital Limited | Name of Transferee:<br><br>Grand Teton C II, LLC |
| Name and Current Address of Transferor:<br><br>Next Claims Capital Limited<br>PRESTIGE CENTRE, #09-10 (Room 12), 71 BUKIT BATOK CRES, SINGAPORE 658071 | Name and Address where notices and payments to transferee should be sent:<br><br>Grand Teton C II, LLC<br>Michael Bottjer<br>1509 Bent Ave.<br>Cheyenne, WY 82001<br>claims@ftxcreditor.com |

| Claim No./Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Kroll Schedule<br>7459402<br>Claim Number: 8134 | [redacted] | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Debtor Schedule F No:<br><br>00178863 | Next Claims Capital Limited | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Signed by:

By: Michael Bottjer ______________________________

03960BC85C4B484...

Transferee / Transferee's Agent

Date: 9/13/2026

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT B
## Evidence of Transfer of Claim

TO: Clerk, United States Bankruptcy Court for the District of Delaware. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Next Claims Capital Limited ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to Grand Teton C II, LLC ("Buyer"), its successors and assigns, all right, title and interest in and to the claim identified below against FTX Trading Ltd. et al.:

| | |
|---|---|
| **Customer Code (UCC)** | 00178863 |
| **Claim / Schedule Number** | 8134 |
| **Original Claimant** | [redacted] |
| **Plan Class** | 05A |
| **Claim Amount** | $100,031.84 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

Seller further certifies that the individual signing below is duly authorized to execute this Evidence of Transfer of Claim and to sell, transfer and assign the claim on Seller's behalf.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 9/13/2026

| SELLER: | BUYER: |
|---|---|
| Next Claims Capital Limited | Grand Teton C II, LLC |
| 签署人： | Signed by: |
| By: Jinfeng Chen | By: Michael Bottjer |
| 98DB8B8B5F9544A... | 03960BC85C4B484... |
| Name: Jinfeng Chen | Name: Michael Bottjer |
| Title: Manger | Title: Manager |