# SCHEDULE 1

## No Liability Customer Claims

**FTX Trading Ltd. 22-11068 (KBO)**
**Two Hundred First Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | | Asserted Claims | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 48912 | Name on file | FTX Trading Ltd. | BAO | 3,000.000000000000000 |
| | | | BCH | 0.010630550000000 |
| | | | BNB | 0.006679420000000 |
| | | | BTC | 0.002532540000000 |
| | | | CUSDT | 0.964543920000000 |
| | | | DOGE | 0.282267250000000 |
| | | | DOT | 0.258838000000000 |
| | | | ETH | 0.001877270000000 |
| | | | ETHW | 0.328456220000000 |
| | | | FTT | 50,107.105723160000000 |
| | | | GRT | 0.625535000000000 |
| | | | LINK | 0.089849880000000 |
| | | | LTC | 0.011346360000000 |
| | | | LUNA2 | 0.872769170000000 |
| | | | LUNA2_LOCKED | 65.447128070000000 |
| | | | LUNC | 0.368840870000000 |
| | | | OKB | 0.080912010000000 |
| | | | RAMP | 816,993.969170000000000 |
| | | | SOL | 0.017485200000000 |
| | | | SRM | 88.041619160000000 |
| | | | SRM_LOCKED | 49,333.641428960000000 |
| | | | SUSHI | 0.196774880000000 |
| | | | TRX | 2.374485000000000 |
| | | | USDT | 1,565.034345360000000 |
| | | | XRP | 2.406705160000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the Debtors or the FTX Recovery Trust.

| | | | | |
|---|---|---|---|---|
| 4895 | Name on file | FTX US Trading, Inc. | USD | 14,369,246.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the Debtors or the FTX Recovery Trust.

| | | | | |
|---|---|---|---|---|
| 5053 | Name on file | FTX Trading Ltd. | USD | 14,369,246.000000000000000 |

Reason: The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the FTX Recovery Trust has not identified any liability owing to, or customer entitlement of, the claimant. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the Debtors or the FTX Recovery Trust.