# <u>SCHEDULE 2</u>

## No Liability Non-Customer Claims

.

No Liability
Schedule 2

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | HXRO GAMES, LTD.<br>C/O DANIEL S. GUNSBERG, DIRECTOR<br>1482 MCDANIELS AVENUE<br>HIGHLAND PARK, IL 60035 | 06/29/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 3665 | $178,176.51 |
| | Reason: Proof of Claim No. 3665 asserts a claim in the amount of $178,176.51 for “Revenue/Fee Share Owed Per Intermediation Agreement Dated 9/20/20”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence supporting the claim or the asserted amount. The FTX Recovery Trust has requested additional supporting documentation, but to date, the Claimant has not responded to any of the repeated requests for additional supporting documentation. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the Debtors or the FTX Recovery Trust. | | | | | |
| 2 | MICROSOFT CORPORATION<br>FOX ROTHSCHILD LLP<br>ATTN: DAVID P. PAPIEZ<br>1001 4TH AVE SUITE 4400<br>SEATTLE, WA 98154 | 06/30/2023 | 22-11150 (JTD) | Hive Empire Trading Pty Ltd | 4378 | $725,157.12 |
| | Reason: Proof of Claim No. 4378 asserts a claim in the amount of $725,157.12 for “Bing Online advertising”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The FTX Recovery Trust has requested additional supporting documentation, but to date, the Claimant has not responded to any of the repeated requests for additional supporting documentation. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the Debtors or the FTX Recovery Trust. | | | | | |
| 3 | OMIPAY PTY LTD<br>201 ELIZABETH STREET SUITE 36.03<br>SYDNEY, NSW, 2000<br>AUSTRALIA | 06/30/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 4300 | $36,404.50 |
| | Reason: Proof of Claim No. 4300 asserts a claim in the amount of $36,404.50 for “services performed”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The FTX Recovery Trust has requested additional supporting documentation, but to date, the Claimant has not responded to any of the repeated requests for additional supporting documentation. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the Debtors or the FTX Recovery Trust. | | | | | |
| 4 | STRAITSX<br>C/O XFERS PTE LTD<br>ATTN: LEGAL DEPARTMENT<br>BLK 79 AYER RAJAH CRESCENT #04-08<br>139955<br>SINGAPORE | 06/19/2023 | 22-11161 (JTD) | Quoine Pte Ltd | 3088 | $36,175.00 |
| | Reason: Proof of Claim No. 3088 asserts a claim in the amount of $36,175.00 for “Unpaid fees for services performed”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The FTX Recovery Trust has requested additional supporting documentation, but to date, the Claimant has not responded to any of the repeated requests for additional supporting documentation. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the Debtors or the FTX Recovery Trust. | | | | | |
| | | | | | TOTAL | $975,913.13 |