# <u>SCHEDULE 3</u>

## No Liability Employee Claims

.

No Liability
Schedule 3

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CHAN, (MICHELLE), HO SZE<br>4F-6., No. 293, WOLONG STREET<br>DAAN DISTRICT, TAIPEI CITY, TAIWAN<br>TAIPEI, 106044<br>TAIWAN | 06/15/2023 | 22-11120 (JTD) | FTX Services Solutions Ltd. | 2881 | $2,722.00 |
| | Reason: Proof of Claim No. 2881 asserts a claim in the amount of $2,722.00 for “Services performed as a contractor with agreement signed with FTX Services Solutions Limited”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. All due and owing amounts were fully satisfied upon termination of the agreement. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the FTX Recovery Trust. | | | | | |
| 2 | GUREVICH, YEVGENY<br>38 LONGSTREET RD.<br>#621<br>MANALAPAN, NJ 07726 | 05/15/2024 | 22-11171 (JTD) | FTX US Services, Inc. | 94920 | $1,200,000.00 |
| | Reason: Proof of Claim No. 94920 asserts a claim in the amount of $1,200,000.00 for “Services performed (FTX employment)”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. All due and owing amounts were fully paid through resignation. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the FTX Recovery Trust. | | | | | |
| 3 | GUREVICH, YEVGENY<br>38 LONGSTREET RD.<br>MANALAPAN, NJ 07726 | 05/15/2024 | 22-11067 (JTD) | Alameda Research Ltd | 94921 | $1,200,000.00 |
| | Reason: Proof of Claim No. 94921 asserts a claim in the amount of $1,200,000.00 for “Services performed (FTX employment)”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. All due and owing amounts were fully paid through resignation. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the FTX Recovery Trust. | | | | | |
| 4 | JK ADVISORY PTY LTD<br>31 DALEY AVENUE<br>DALEYS POINT, NSW, 2257 | 06/29/2023 | 22-11120 (JTD) | FTX Services Solutions Ltd. | 4196 | $104,000.00 |
| | Reason: Proof of Claim No. 4196 asserts a claim in the amount of $104,000.00 for “Performance payment for contractual services (semester 1 2022) and unpaid directors fees”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The relationships underlying the purported liability are with FTX Australia Pty Ltd, FTX Express Pty Ltd., and Salameda Ltd, each of which are non-Debtor entities. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the FTX Recovery Trust. | | | | | |
| 5 | XU, VICTOR ZHETAO<br>210 AUTUMN WIND WAY<br>ROCKVILLE, MD 20850 | 08/31/2023 | 22-11112 (JTD) | Cottonwood Grove Ltd | 7817 | $78,467.00 |
| | Reason: Proof of Claim No. 7817 asserts a claim in the amount of $78,467.00 for “I am a former employee of Alameda Research, and did not receive contractually agreed compensation”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. All due and owing amounts were fully satisfied upon termination of the agreement. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the FTX Recovery Trust. | | | | | |
| | | | | | TOTAL | $2,585,189.00 |