# SCHEDULE 1

## No Liability Claims

.
No Liability
Schedule 1

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | I2C, INC.<br>100 REDWOOD SHORES PRKWAY<br>SUITE 100<br>REDWOOD CITY, CA 94065 | 01/23/2023 | 22-11071 (JTD) | West Realm Shires Services Inc. | 586 | $1,200,000.00 |
| | Reason: Proof of Claim No. 586 asserts a claim in the amount of $1,200,000.00 for “Early Termination Fee under Processing Agreement”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence of any contractual obligation or liability owed to the Claimant. The FTX Recovery Trust has requested additional supporting documentation, but to date, the Claimant has not responded to any of the repeated requests for additional supporting documentation. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the Debtors or the FTX Recovery Trust. | | | | | |
| 2 | WELLS FARGO BANK, N.A.<br>WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION<br>PO BOX 29482<br>MAC S4101-08C<br>PHOENIX, AZ 85038 | 01/26/2023 | 22-11176 (JTD) | Hilltop Technology Services LLC | 657 | $1,764.76 |
| | Reason: Proof of Claim No. 657 asserts a claim in the amount of $1,764.76 for “Money Loaned”. After a thorough review of the Debtors’ books and records, the FTX Recovery Trust has found no evidence supporting the claim or the asserted amount. The FTX Recovery Trust has requested additional supporting documentation, but to date, the Claimant has not responded to any of the repeated requests for additional supporting documentation. Accordingly, the FTX Recovery Trust has identified no basis for the claim or the asserted amount against the Debtors or the FTX Recovery Trust. | | | | | |
| | | | | | TOTAL | $1.201.764.76 |