**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br>Plaintiff,<br><br>- against -<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>Defendants. | Adv. Pro. No. 24-50188 (KBO) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>Defendants. | Adv. Pro. No. 24-50214 (KBO) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 17, 2026 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

****AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT****

**ADJOURNED MATTERS:**

1. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

   Status: This matter is adjourned to a date to be determined.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS:**

2. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

   Status: This matter is adjourned to a date to be determined.

3. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

   Status: This matter is adjourned to a date to be determined.

**RESOLVED MATTERS:**

4. [REDACTED] FTX Recovery Trust's Two Hundred First (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer and Non-Customer Claims) [D.I. 36105, filed on August 10, 2026]

   Status: A certificate of no objection has been filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

5. FTX Recovery Trust's Two Hundred Second (Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims) [D.I. 36106, filed on August 10, 2026]

   Status: A certificate of no objection has been filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

Dated:, September 14, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*