# UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

RECEIVED

| | |
|---|---|
| In re: FTX Trading Ltd. (d/b/a "FTX"), et al., Debtors. | Chapter 11 Case No. 22-11068 (Jointly Administered) |

2026 SEP 15 P 12: 36

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Name of Transferor:** | Envestis SA |
| **Name of Transferee:** | Fabrizio Sutera |
| **Name and Current Address of Transferor:** | Envestis SA, Via Pretorio 13A, 6900 Lugano, Switzerland. Email: 339253743@protonmail.com |
| **Name and Address where notices and payments to transferee should be sent:** | Fabrizio Sutera, Via Nolgio 5, 6900 Massagno, Switzerland. Email: fabsut@gmail.com |

| **Claim No./Schedule** | **Creditor Name** | **Amount** | **Debtor** |
|---|---|---|---|
| Kroll Schedule F No. 46189 – Unique Customer Code 1779957 | Envestis SA | As described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

This is an entire transfer: one hundred percent (100%) of the claim identified above is transferred by the Transferor to the Transferee.

The signed Evidence of Transfer of Claim executed by the Transferor and the Transferee is attached hereto.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Fabrizio Sutera* Date: 09/15/2026 (MM/DD/YYYY)

Transferee / Transferee's Agent: Fabrizio Sutera

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

# EVIDENCE OF TRANSFER OF CLAIM

RECEIVED
2026 SEP 15 P 12:30
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

TO: Clerk, United States Bankruptcy Court, District of Delaware. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, creditor Envestis SA, Via Pretorio 13A, 6900 Lugano, Switzerland (UID CHE-339.253.743) ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to Fabrizio Sutera, Via Nolgio 5, 6900 Massagno, Switzerland ("Buyer"), and his successors and assigns, all right, title and interest in and to the claim(s) identified below against FTX Trading Ltd., et al. (Case No. 22-11068, jointly administered):

| | |
|---|---|
| **Claim/Schedule F No.:** | 46189 |
| **Unique Customer Code:** | 1779957 |
| **Claim Amount:** | As detailed on Schedule F |
| **Transfer Type:** | Entire transfer — 100% of the claim |

This is an entire transfer: one hundred percent (100%) of the claim identified above is transferred by Seller to Buyer.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 09/15/2026 (MM/DD/YYYY)

| **SELLER (Transferor):** | **BUYER (Transferee):** |
|---|---|
| Envestis SA by: Fabrizio Sutera, Sole Director<br>Signature: *Fabrizio Sutera* Email:<br>339253743@protonmail.com | Fabrizio Sutera Signature:<br>*Fabrizio Sutera* Email:<br>fabsut@gmail.com |