# U.S. Bankruptcy Court

## Delaware Bankruptcy - Wilmington

Receipt Date: Sep 15, 2026 12:47PM

Parcels Inc
230 N Market St
Wilmington, DE 19801

Rcpt. No: 10096390 Trans. Date: Sep 15, 2026 12:47PM Cashier ID: #SP (6534)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| TOC | TransferofClaim$ | 22-11068-KBO | 1 | 28.00 | 28.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #25181 | 09/15/2026 | $28.00 |
| | | | Total Due Prior to Payment: | $28.00 |
| | | | Total Tendered: | $28.00 |
| | | | Total Cash Received: | $0.00 |

**Debtor**: FTX Trading Ltd.

Exact change only.