**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br>**Ref. Nos. 26404, 28640 & 29590** |

**STATEMENT OF THE FTX RECOVERY TRUST[2] REGARDING RECOGNITION OF CHAPTER 11 CASE AND FILING OF LIQUIDATION APPLICATION OF QUOINE PTE LTD IN SINGAPORE**

On December 9, 2024, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Statement of the Debtors Regarding Filing of Recognition Application in Singapore with Respect to Quoine Pte Ltd* [D.I. 28640] (the "Recognition Application Statement").[3]Following the Recognition Application Statement, on February 12, 2025, the SICC granted Order of Court SIC/ORC 16/2025, among other things, (a) recognising, in Singapore, the Chapter 11 Case of Quoine as a foreign main proceeding, and (b) recognising and giving full force and effect, in Singapore, to, among other things, the Confirmation Order, the Digital Assets Estimation Order, the Claims Bar Date, the Plan, and the Revised Notice Procedures in respect of Quoine (the "Recognition Order").

Creditors of Quoine should take notice that, given the grant of the Recognition Order, pursuant to the Plan, Quoine is a Consolidated Debtor and any claims filed against Quoine will be satisfied solely through distributions from the FTX Recovery Trust in accordance with the

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2 The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established through the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1] (the "Plan"), which became effective on January 3, 2025 [D.I. 29127].

3 Unless otherwise defined, any capitalised terms used in this statement shall have the meanings ascribed to them in the Recognition Application Statement.

Plan. In light of the foregoing, Quoine will be liquidated in accordance with the terms of the Plan.

On August 4, 2026, Quoine filed an application in the SICC seeking, among other things, that a winding up order be made against Quoine and that joint and several liquidators be appointed (the "Quoine Liquidation Application"). In this regard, the SICC has assigned the case number SIC/CWU 1/2026 ("CWU 1") to the Quoine Liquidation Application.

On August 18, 2026, the Debtors filed the *Statement of the FTX Recovery Trust Regarding Recognition of Chapter 11 Case and Filing of Liquidtaion Application of Quoine Pte. Ltd. in Singapore* [D.I. 36158] (the "Liquidation Application Statement"). As notified in the Liquidation Application Statement, the Case Management Conference (the "CMC") for CWU 1 was heard on September 9, 2026, at 9.00am (Singapore time).

Following the CMC, on September 9, 2026, a Registrar's Notice was issued by the SICC, fixing the hearing in respect of CWU 1 on **October 29, 2026, at 9.00am (Singapore time)** (the "Hearing Date"). A copy of the Registrar's Notice is attached as **Exhibit A** hereto.

Further, on September 10, 2026, counsel for Quoine received correspondence from the SICC (the "Court Correspondence") approving the directions (the "Court Directions") set out at Annex A of the letter from counsel for Quoine to the SICC dated September 9, 2026 (the "Counsel Letter"). The Court Directions provide a complete overview of the process of the Quoine Liquidation Application. Copies of the Court Correspondence and the Counsel Letter are attached as **Exhibit B** hereto. Creditors of Quoine or any other person who may be affected by the reliefs sought in CWU 1 are encouraged to review the Court Directions to determine whether any of the procedures set forth therein are applicable to them.

**Further, if you are a creditor of Quoine and would like to receive paper copies of any filings made by the Debtors or the FTX Recovery Trust with the SICC in connection with the Singapore Recognition Application and any orders entered by the SICC in connection with the Singapore Recognition Application, including the Recognition Order, please send a request by e-mail to FTXquestions@kroll.com with a reference to "Request**

**for Paper Notices Re: Singapore Recognition Proceedings" in the subject line. Copies of the Plan, the Confirmation Order and all other documents filed in the Chapter 11 Cases may be obtained (i) for a nominal fee from the U.S. Bankruptcy Court's electronic docket for the Chapter 11 Cases at https://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov/), or (ii) free of charge by accessing https://restructuring.ra.kroll.com/**

Dated: September 15, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*