# **Exhibit A**

**IN THE SINGAPORE INTERNATIONAL COMMERCIAL COURT OF THE REPUBLIC OF SINGAPORE**

**Case No.: SIC/CWU 1/2026**

Date: 09-September-2026

In the matter of Section S 125(1)(a) and (c) of the Insolvency, Restructuring and Dissolution Act 2018

and

In the matter of Quoine Pte. Ltd.
(Singapore UEN No. 201414068E)

Quoine Pte. Ltd.
(Singapore UEN No. 201414068E)

...Applicant(s)

To:

Bird & Bird ATMD LLP
2, Shenton Way, # 18-01, SGX Centre 1, Singapore - 068804
Tel No: 65345266
Fax No: 62238762
Email: Singapore@twobirds.com
File Ref No:
Solicitor in charge: 1. BALAKRISHNAN ASHOK KUMAR
2. Lee Cheng
3. Nee Hoong Yi Adriel

**REGISTRAR'S NOTICE - HEARING DATE FIXED**

The following hearing has been fixed:
Case No: SIC/CWU 1/2026
Type of hearing: OA & Summons (Corp Insolv)
Date/Time of hearing: 29-October-2026 at 09:00 AM
Venue of Hearing: COURT 4A (Full Zoom)

LOH HUILIN
FOR REGISTRAR
SUPREME COURT
SINGAPORE

Tel No: 63323918
Email: SUPCT_Registry@judiciary.gov.sg

cc:

Official Assignee
45 MAXWELL ROAD #07-11 THE URA CENTRE (EAST WING) Singapore 069118

This is computer-generated and requires no signature.