# Exhibit B

**SUPREME COURT OF SINGAPORE**
**LEGAL REGISTRY**

**IN THE SINGAPORE INTERNATIONAL COMMERCIAL COURT OF THE REPUBLIC OF SINGAPORE**

Date: 10-September-2026

To:

Bird & Bird ATMD LLP
2, Shenton Way, # 18-01, SGX Centre 1, Singapore - 068804
Tel No: 65345266
Fax No: 62238762
Email: Singapore@twobirds.com
File Ref No:
Solicitor in charge: 1. BALAKRISHNAN ASHOK KUMAR
2. Lee Cheng
3. Nee Hoong Yi Adriel

Dear Sir/Madam,

**SIC/CWU 1/2026**
**RE: QUOINE PTE. LTD.**
**- CORRESPONDENCE FROM COURTS**

We refer to the letter from Bird & Bird ATMD LLP dated 9 September 2026 (the "Letter").

2 The Court approves the directions set out at Annex A of the Letter (the "Directions"). Counsel for the Applicant is to proceed in the manner outlined in the Directions.

3 Thank you.

Yours faithfully,
LOH HUILIN
FOR REGISTRAR
SUPREME COURT
SINGAPORE

Tel No: 63323918
Email: SUPCT_Registry@judiciary.gov.sg

This is computer-generated and requires no signature.

**IN THE SINGAPORE INTERNATIONAL COMMERCIAL COURT OF THE REPUBLIC OF SINGAPORE**

Case No.: SIC/CWU 1/2026

Filed: 09-September-2026 12:18 PM

In the matter of Sections S 125(1)(a) and (c) of the Insolvency, Restructuring and Dissolution Act 2018

And

In the matter of Quoine Pte. Ltd.
(Singapore UEN No. 201414068E)

Quoine Pte. Ltd.
(Singapore UEN No. 201414068E)

...Applicant(s)

**OTHER HEARING RELATED REQUESTS**

To: The Registrar

The Applicant Quoine Pte. Ltd. (Singapore UEN No. 201414068E) requests for:

Please find attached our letter of even date for this Honourable Court's kind attention. Thank you.

Attach a document containing the reason(s)/justification(s) for Request

1. 2026.09.09 - B&B Letter to Court

Issued By:

Solicitor(s) for the 1st Applicant

Bird & Bird ATMD LLP
2 Shenton Way #18-01 SGX Centre 1
Singapore 068804
Tel No.: 65345266
Fax No.: 62238762
Email: Singapore@twobirds.com
File Ref No.:
Solicitor in charge: 1. NEE HOONG YI ADRIEL
2. BALAKRISHNAN ASHOK KUMAR
3. LEE CHENG

---

**COURT'S REPLY ON OTHER HEARING RELATED REQUESTS**

Dated: 09-September-2026

Outcome: The letter has been placed before the Court.

LOH HUILIN

SUPREME COURT
SINGAPORE

This is computer-generated and requires no signature.

Bird & Bird ATMD

Bird & Bird ATMD LLP
2 Shenton Way #18-01
SGX Centre 1
Singapore 068804

Tel +65 6534 5266
Fax +65 6223 8762

twobirds.com

Our Ref: FTXRE.0001/BASK/ANHY/LEEC
Your Ref: SIC/CWU 1/2026

Wednesday, 09 September 2026

**BY E-LITIGATION ONLY**

**The Registrar**
Supreme Court of Singapore
1 Supreme Court Lane
Singapore 178879

Dear Sirs,

**SIC/CWU 1/2026 ("CWU 1")**

1. We act for Quoine Pte. Ltd. ("**Quoine**"), the Applicant in CWU 1.

2. We refer to the above-captioned matter and the case management conference before the Honourable Justice James Michael Peck ("**Justice Peck**") on 9 September 2026, at 9:00am (Singapore time) (the "**CMC**").

3. We enclose herein the directions that were granted by the Honourable Justice Peck at the CMC as **Annex A**.

4. We would be grateful if a copy of this letter could be placed before the Honourable Justice Peck.

5. We thank this Honourable Court for its kind attention to this letter.

Yours faithfully

**Ashok Kumar / Adriel Nee / Lee Cheng**
**For and on behalf of**
**BIRD & BIRD ATMD LLP**

Bird & Bird ATMD

Enc.

Cc:

(1) **Insolvency & Public Trustee's Office** **BY E-LITIGATION ONLY**

Attn: The Official Receiver

(2) **Client** **BY EMAIL ONLY**

**Annex A**

SIC/CWU 1/2026 – Court Directions

1. Any directions and notices from the Court be uploaded to Kroll Restructuring Administration LLC's website at https://restructuring.ra.kroll.com/FTX/Home-Index for the purposes of notifying creditors and other parties who may be affected by the reliefs sought in SIC/CWU 1/2026 ("**CWU 1**"), subject to orders of the Court to be rendered at the time of the hearing of CWU 1.

2. Notice of CWU 1 (the "**CWU Notice**"), meeting the requirements set out under Rule 66(2) of the Insolvency, Restructuring and Dissolution (Corporate Insolvency and Restructuring) Rules 2020 (the "**CIR Rules**"), be published not less than 7 days (or any longer time as the Court may direct) before the hearing of CWU 1 (a) at least once in the *Gazette*, ~~and~~ (b) at least once in an English local daily newspaper, ~~or in any other newspaper as directed by the Court~~ (c) at least once in The Wall Street Journal, and (d) at least once in the Financial Times (collectively, the "**Newspapers**").

3. Every creditor or contributory of the Applicant is to be provided, by the Applicant, with a copy each of the application and the affidavit supporting the application within 48 hours after requiring the same, upon payment of $1 per page of such copy.

4. Following publication of the CWU Notice, (a) a memorandum meeting the requirements set out under Rule 39(a) of the CIR Rules be filed by the Applicant, and (b) a copy of ~~the *Gazette* and newspaper~~ each Newspaper in which the publication appeared be delivered to the Official Receiver and the liquidators by the Applicant.

5. A creditor or any other person who may be affected by the reliefs sought in CWU 1 (an "**Interested Party**") who intends to appear at the hearing of CWU 1 is to serve on the Applicant a notice of intention to appear at the hearing which meets the requirements set out under Rule 70 of the CIR Rules (a "**Notice of Intention to Appear**"), at least 3 clear working days before the day appointed for the hearing of CWU 1.

6. The Applicant is to prepare a list in accordance with Form CIR-16 of the names and addresses of the persons who have served a Notice of Intention to Appear and of their respective solicitors, if any (the "**List**"). A copy of the List, or a statement that no Notice was served, is to be filed by the Applicant at least 2 clear working days before the day of the hearing of CWU 1.

7. Any Interested Party may file an affidavit in opposition to CWU 1 (an "**Opposing Affidavit**"). A copy of the Opposing Affidavit is to be served on the Applicant at least 5 days before the day of the hearing of CWU 1.

8. The Applicant has the right to file an affidavit in reply to an Opposing Affidavit (a "**Reply Affidavit**"). Any Reply Affidavit is to be filed, and a copy of the Reply Affidavit is to be served, on the party opposing CWU 1 within 3 days after the date of the service of the Opposing Affidavit on the Applicant.

9. The Applicant is to, on a day to be appointed by the Registrar, attend before the Registrar and satisfy the Registrar that the requirements set out under Rule 73(1) of the CIR Rules have been met.

10. The hearing of CWU 1 is to be fixed on ~~a date to be determined by the Court~~ 29 October 2026, at 9:00am (Singapore time).

11. Any party has liberty to write in to Court to seek alternate timelines.

12. The directions above are to be notified to all Interested Parties as soon as practicable, and in any event, no later than 14 September 2026.