**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>SPRING VALLEY LOTS, LLC,[2]<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 24-12157 (KBO) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 15, 2026, Argent Liquidation Trust, by and through its undersigned counsel, served copies of *Argent's First Request for the Production of Documents Directed to the FTX Recovery Trust* upon the parties listed via electronic mail:

**LANDIS RATH & COBB LLP**
Adam G. Landis
Matthew B. McGuire
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail:landis@lrclaw.com
mcguire@lrclaw.com
pierce@lrclaw.com

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
Brian D. Glueckstein
Benjamin S. Beller
Christopher J. Dunne
125 Broad Street New York, NY 10004
Email: dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
bellerb@sullcrom.com
dunnec@sullcrom.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the FTX Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The last four digits of Spring Valley Lots, LLC's tax identification number are 0474. The mailing address of Spring Valley Lots, LLC is Dundon Advisers LLC, 565 Fifth Avenue, 16th Floor, New York, NY 10017, c/o Matthew Dundon, Argent Liquidation Trustee. The Post-Effective Date Debtor's case was previously jointly administered under the lead case of *Silvergate Capital Corp*. (24-12158 (KBO)).

Dated: September 15, 2026
Wilmington, Delaware

*/s/ Ethan H. Sulik*

L. Katherine Good (No. 5101)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Ethan H. Sulik (No. 7270)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
esulik@potteranderson.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Daniel Perry (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5770
Facsimile: (212) 822-5770
Email: ddunne@milbank.com
dperry@milbank.com
ldoyle@milbank.com

-and-

Andrew M. Leblanc (admitted *pro hac vice*)
Melanie Westover Yanez (admitted *pro hac vice*)
Hannah Blazek (admitted *pro hac vice*)
Riah Kim (admitted *pro hac vice*)
**MILBANK LLP**
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7574
Facsimile: (202) 263-7574
Email: aleblanc@milbank.com
mwyanez@milbank.com
hblazek@milbank.com
rkim2@milbank.com

*Counsel to the Argent Liquidation Trust*