**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL**

I, Matthew B. McGuire, counsel to the FTX Recovery Trust (the "Trust"), hereby certify as follows to the best of my knowledge, information and belief:

1. On June 30, 2023, Seth Melamed filed Claims 3244 and 4578 against FTX Japan Holdings K.K., Claim 3353 against Quoine Pte Ltd., and Claim 3385 against FTX Trading Ltd.

2. On July 10, 2024, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Objection to Proofs of Claim Filed by Seth Melamed* [D.I. 20051].

3. On August 16, 2024, Melamed filed the *Opposition to Debtors' Objection to Proofs of Claim* [D.I. 23170].

4. On November 7, 2024, Melamed filed a Request for Payment of Administrative Expense [D.I. 27798] (the "Administrative Claim," and together with Claims 3244, 4578, 3353, and 3385, the "Claims").

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

5. On December 9, 2024, the Debtors filed the Debtors' *Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(b) and 510(c)(1)* [D.I. 28643] (the "Claims Objection").

6. On January 3, 2025, the Effective Date of the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1] occurred [D.I. 29127].

7. On April 7, 2025, Melamed filed the *Opposition to Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination Pursuant to 11 U.S.C. §§ 510(b) and 510(c)(1) and Cross-Motion to Compel Arbitration* [D.I. 30077].

8. On May 7, 2025, the Trust filed *FTX Recovery Trust's Reply in Support of Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed and Motion for Subordination and Opposition to Claimant's Cross-Motion to Compel Arbitration* [D.I. 30364].

9. On May 14, 2025, the Court held a scheduling conference to discuss staging of proceedings on Melamed's Claims, and at that conference, scheduled oral argument for June 25, 2025 on three threshold issues (the "Threshold Issues").

10. On June 18, 2025, Melamed filed the *Reply in Support of Melamed's Cross-Motion to Compel Arbitration* [D.I. 30900].

11. On June 25, 2025, the Court heard oral argument on the Threshold Issues.

12. On July 22, 2025, the Court issued a ruling on the Threshold Issues from the bench, which the Court memorialized in its *Order Sustaining in Part Debtors' Amended Objection to Proofs of Claim Filed by Seth Melamed* [D.I. 32057] and its *Order Granting in Part and Denying in Part Cross-Motion of Seth Melamed Seeking to Compel Arbitration of the Claims* [D.I. 32058].

13. On January 19, 2026, the Court entered the *Order Approving Stipulation* [D.I. 34476], setting a schedule with respect to the litigation of the Claims pending before this Court and the Trust's Claims Objection thereto.

14. On May 21, 2026, the Court entered the *Order Approving Stipulation* [D.I. 35717], approving the parties' amended schedule with respect to the litigation of the Claims pending before this Court and the Trust's Claims Objection thereto.

15. On July 23, 2026, the Court entered the *Order Approving Stipulation* [D.I. 36049], approving the parties' amended schedule with respect to the litigation of the Claims pending before this Court and the Trust's Claims Objection thereto.

16. The parties have conferred in good faith and agreed to a further modified schedule with respect to the litigation of the Claims pending before this Court and the Trust's Claims Objection thereto (the "Stipulation"). Attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") approving the Stipulation. Attached as **Exhibit 1** to the Proposed Order is the Stipulation, as agreed to by and between the parties.

17. In accordance with the Court's electronic order processing procedures, a copy of the Proposed Order shall be uploaded to CM/ECF.

18. Accordingly, the parties respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: September 17, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
dunnec@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*