**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 36197 |
| | Hearing Date: October 20, 2026 at 9:30 a.m. (ET)<br>Response Deadline: October 2, 2026 at 4:00 p.m. (ET) |

**RESPONSE OF JEREMY LEBAIR TO THE FTX RECOVERY TRUST'S TWO HUNDRED THIRD (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM WITH REJECTED KYC (CUSTOMER CLAIMS)**

Jeremy Lebair (the "Claimant"), appearing pro se, hereby submits this response (the "Response") to the FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [Docket No. 36197] (the "Objection"), filed on September 1, 2026 in the above-captioned chapter 11 cases, and respectfully requests that the Court overrule the Objection with respect to the Claimant's claim identified below. In support of this Response, the Claimant respectfully states as follows:

## PRELIMINARY STATEMENT

1. The Objection seeks to disallow and expunge the Claimant's Customer Entitlement Claim on the sole basis that his Know Your Customer ("KYC") submission was rejected and the claim was classified as a "Verification Failure Claim." The Claimant does not dispute that his KYC status on the FTX Customer Claims Portal currently reads "Failed." He respectfully submits, however, that this status is not the result of any failure to act, of any inability to establish his identity, or of any attempt to use another person's identity. It is the direct and mechanical consequence of a data-entry error at the time the Claimant's FTX account was created in June 2021: his email address was recorded in the "Name" field instead of his legal name. Because the name recorded on the original FTX account is an email address, no identity document can "match" it, and the KYC verification cannot succeed regardless of the documents submitted.

2. The Claimant has been trying for more than two and a half years, through eleven support tickets, to have this error corrected through FTX Customer Support, FTX KYC Support and Kroll, without result. He is the genuine, original holder of the account; he retains full control of the registered email address and of the Customer Claims Portal account; he has completed every other step of the Customer Claims Portal; and he is ready and willing to complete any identity verification procedure the FTX Recovery Trust requires. The Claimant does not seek an exception from the KYC requirements. He asks only for the opportunity to satisfy them against his real legal name.

## BACKGROUND

### A. The Claimant and the Claim

3. The Claimant is an individual residing in La Garenne-Colombes, France. He is the original holder of the FTX exchange account registered under the email address cryptotiberspot@gmail.com and associated with Unique Customer Code 01394774.

4. The Debtors' claims and noticing agent, Kroll Restructuring Administration LLC ("Kroll"), has the Claimant's second e-mail address, lebair.jeremy@gmail.com, on record as a correspondence address for the Claim. The Claimant provided that address to Kroll for correspondence concerning his claim, while the FTX account itself remains registered under cryptotiberspot@gmail.com. On September 2, 2026, Kroll sent the notice of the Objection relating to Unique Customer Code 01394774 and Claim No. 14650 to both cryptotiberspot@gmail.com and lebair.jeremy@gmail.com (Exhibit F).

5. The Claimant holds the Customer Entitlement Claim identified in the Objection as Claim No. 14650 and Schedule No. 7459847 (the "Claim"), in the amount of $10,221.86 as shown on the Customer Claims Portal ("Total Customer Entitlement Claim"), arising from cash and digital assets held in his FTX account as of the Petition Date. The Claim is listed on Schedule 1 (Verification Failure Claims) to the proposed order attached as Exhibit A to the Objection.

## B. The Data-Entry Error

6. When the Claimant created his FTX account in June 2021, his email address was recorded in the "Name" field of the registration form instead of his legal name. The Claimant cannot say with certainty how this occurred — most likely a copy-and-paste error on his part when completing the form — but the error is his own, made in good faith, and involves no one else's identity. As a result, the account profile records "cryptotiberspot@gmail.com" both as the account holder's name and as the account holder's email address. The error dates from the creation of the account in June 2021: the very first e-mail the Claimant received from FTX, dated June 16, 2021 ("2FA bound to your account"), is addressed "Hello cryptotiberspot@gmail.com," (Exhibit B-1). Screenshots of the account profile and of the Customer Claims Portal showing the e-mail address in the "Name" field are attached hereto as Exhibit B-2.

7. This error had no practical consequence while the FTX exchange was operating, and the Claimant did not become aware of it until he attempted to complete KYC verification on the Customer Claims Portal.

8. The KYC process requires that the identity documents submitted by a claimant match the name recorded on the original FTX account. Because the recorded "name" is an email address, the Claimant's identity documents, which bear his legal name, Jeremy Lebair, cannot match it. The Claimant understands that this mismatch is the reason his KYC submission was rejected.

## C. The Claimant Is the Original Account Holder

9. The Claimant has at all times retained control of the registered email address cryptotiberspot@gmail.com and of the authentication and security mechanisms associated with the FTX account.

10. On the Customer Claims Portal, the Claimant has successfully completed Step 1 (Initiate Account Owner Authentication) and Step 2 (Verify Identity of the Original FTX Account Owner), has access to Step 4 (View Account Balances) and Step 5 (View Your Proof of Claim

Status), and participated in Step 6 (Vote). Screenshots of the Customer Claims Portal are attached hereto as Exhibit C. The only step marked as failed is Step 3 (KYC).

11. The email address recorded in the "Name" field is the Claimant's own email address, which he continues to control and from which he has communicated with Kroll in connection with his claim, as shown by Kroll's ballot confirmation e-mail of August 11, 2024 addressed to that address (Exhibit E). It is not the name or identity of any other person, and the Claimant has never attempted to use anyone else's identity in connection with the account or the Claim.

## D. Prior Attempts to Resolve the Issue

12. The Claimant first encountered the problem on February 6, 2024, when he attempted to complete the KYC verification on the Customer Claims Portal and received the message: "Unfortunately, we couldn't verify your identity. Enter your full name exactly as it is on your identity document." On the same day, he contacted the applicant support team of Sumsub, the identity verification provider used by the Customer Claims Portal. Sumsub confirmed on February 6, 2024 that the profile had not been approved because the profile data (the full name) did not match the data in the identity documents, and advised the Claimant to correct the name in the applicant data. On February 8, 2024, the Claimant explained, with screenshots, that the Customer Claims Portal offered no way to change the name; Sumsub replied the same day that it was unable to assist and directed him to FTX at support@ftx.com. Copies of this correspondence are attached hereto as Exhibit D-1.

13. On February 8, 2024, the Claimant contacted FTX Customer Support at support@ftx.com (ticket no. 225286), attaching a screenshot and asking that his legal name, Jeremy Lebair, be recorded on the account so that the KYC verification could proceed. FTX Customer Support replied the same day that it was unable to modify the account. In March 2024, the Claimant repeated his request to kyc-support@ftx.com.

14. On April 5, 2024, FTX KYC Support opened ticket no. 250282 ("Name Discrepancy in Account Information") and asked the Claimant for supporting documents. The Claimant responded the same day with a copy of his French national identity card, answered in detail the security questions put to him (account creation date, telephone number, withdrawal password, account features), and provided fourteen CSV files of his FTX transaction history. On April 12 and May 21, 2024, KYC Support informed him that his KYC was "in progress." Despite further follow-ups in June, July and October 2024, no correction was made; on October 28 and 29, 2024, FTX Customer Support stated that it could not modify the account and that the KYC status was "unverified."

15. On November 22, 2024, the Claimant's KYC status changed to "Failed" (tickets nos. 258056 and 303363). In January and February 2025, the Claimant reported that he was blocked at Step 7 of the Customer Claims Portal as a result (tickets nos. 270946 and 287219) and was told again that no modification could be made.

16. Between March 11 and April 24, 2025, FTX KYC Support reset the Claimant's KYC on several occasions (March 13–14, April 3 and April 16, 2025) and asked him to resubmit his documents; each resubmission failed for the same reason, as KYC Support itself acknowledged on April 17 and April 23, 2025 by issuing new "Name Discrepancy" notices. On April 16, 2025, FTX Customer Support asserted that the name displayed on the account was merely a "display name" unrelated to KYC — a statement contradicted by Sumsub's explanation of February 6, 2024 and by KYC Support's own discrepancy notices. On April 17, 2025, the Claimant pointed out that the first e-mail he had received from FTX, on June 16, 2021, was addressed "Hello cryptotiberspot@gmail.com," showing that the error dated from the creation of the account. On April 23 and May 6, 2025, he provided his 2021 FTX API key and, again, his identity card as proof of ownership. From May 2025 onward, FTX Customer Support repeated that it had no further information and that no modification could be made (tickets nos. 326560 of July 10, 2025 and 337543 of October 28, 2025).

17. On March 30, 2026, the Claimant sent a "Final Escalation" request (ticket no. 345019) and a "Formal Complaint" (ticket no. 345040) to FTX KYC Support, FTX Customer Support and Kroll, attaching a selfie, his identity document, a proof of address and his claim summary, and proposing either a manual verification of his identity or a correction of the name followed by a KYC reset. KYC Support referred him to Customer Support; Customer Support replied that it could not modify the account; Kroll replied on March 30, March 31 and April 8, 2026 that it had no access to account information and referred him back to Customer Support. Each department thus referred the Claimant to another, and none accepted responsibility for correcting the record.

18. On August 31, 2026, the Claimant sent a further detailed request for manual review and escalation (ticket no. 350656). On September 1, 2026, FTX Customer Support replied that no modification could be made, that KYC resubmission was no longer available, and that the FTX Recovery Trust reserved the right to object to the claim. The Objection was filed that same day, and notice of it reached the Claimant on September 2, 2026.

19. In summary, over two and a half years, through eleven support tickets and well over one hundred e-mails, the Claimant has consistently disclosed the error, supplied every document requested of him, and asked only that his legal name be verified against his identity documents. At no point was the Claimant informed of any independent concern regarding his identity or his ownership of the account; the sole issue ever communicated to him was the mismatch caused by the erroneous "Name" field on the original account, which no department has been willing or able to correct. A chronology of this correspondence is set out in Schedule 1 hereto, and copies of the key messages are attached as Exhibit D-2.

## **RESPONSE TO THE OBJECTION**

20. The Claimant respectfully submits that the Objection should not be sustained with respect to the Claim, for the following reasons.

21. First, the sole ground for the Objection as to the Claim is the rejection of the Claimant's KYC submission. That rejection does not reflect any doubt as to the Claimant's identity or the validity of the Claim; it reflects an obvious clerical error in the original account data that the Claimant has openly disclosed and has been trying in good faith to correct since February 2024. Neither the existence nor the amount of the Claim is disputed in the Objection (Objection ¶ 74). To the extent the Objection relies on the KYC deadlines established by the Order Sustaining Debtors' One Hundred Thirtieth (Non-Substantive) Omnibus Objection to Unverified Customer Entitlement Claims [D.I. 29464] (Objection ¶ 41 & n.17), the Claimant notes that he complied with both: he commenced the KYC process in February 2024, more than a year before the deadline to commence it, and submitted every document requested of him, including resubmissions in March and April 2025 and his identity card again on May 6, 2025, before the deadline to submit all requested KYC Information. His verification nonetheless failed, solely because of the uncorrected "Name" field, which he had no means of changing himself and which no FTX department has agreed to correct.

22. Second, the Objection's description of the Verification Failure Claims does not fit the Claimant. The Objection states that the Verification Failure Claimants submitted KYC Information that did not match the prepetition KYC Information of the Original Holders, "in most cases" with discrepancies as to names; that the Trust has no evidence that the relevant accounts were transferred; and that, when the KYC vendors reached out to allow the discrepancies to be cured, the claimants "consistently failed to respond" (Objection ¶¶ 4, 5, 44, 57, 61). None of this describes the Claimant. The "discrepancy" in his case is not between the names of two different persons: it is between his legal name and an e-mail address — his own — that sits in the "Name" field of the prepetition record. No transfer is asserted: the Claimant is, and has always been, the Original Holder. And far from failing to respond, the Claimant initiated the contact himself in February 2024 and answered every request put to him over two and a half years (Schedule 1; Exhibits D-1 and D-2).

23. Third, the Objection itself describes the procedure that the Debtors designed for customer accounts whose prepetition records "lacked the customers' names": a security questionnaire covering the date and time the account was opened, the phone number or e-mail address associated with the account, whether the account had a withdrawal password, and whether specific trading features (such as FTX Earn or spot margin) had been enabled, which "the majority of claimants" completed and passed (Objection ¶ 45). The Claimant's account is, in substance, such an account: its "Name" field contains no name. On April 5, 2024, FTX KYC Support put precisely these questions to the Claimant (account creation date, telephone number, withdrawal password, margin and Earn features, associated name); he answered them the same day and, for good measure, supplied his French identity card and fourteen files of his transaction history (Exhibit D-2). He was never told that he had failed the questionnaire; on the contrary, KYC Support twice informed him that his KYC was "in progress." The Claimant thus satisfied the very mechanism the Trust created for accounts with missing prepetition name data.

24. Fourth, the Claimant carries any burden the Objection may shift to him. Even if the rejection of his KYC submission were treated as evidence rebutting the prima facie validity of the Claim (Objection ¶ 53), the Claimant establishes his ownership of the account by a preponderance of the evidence: (i) his uninterrupted control of the registered e-mail address cryptotiberspot@gmail.com, to which FTX wrote on June 16, 2021 and to which Kroll wrote on August 11, 2024 and September 2, 2026 (Exhibits B-1 and E); (ii) his completion of Steps 1 and 2 of the Customer Claims Portal, which authenticate the account owner (Exhibit C); (iii) his correct answers to the security questions and his transaction history and 2021 API key, none of which has ever been challenged (Exhibit D-2); (iv) his government-issued identity document establishing his legal identity (Exhibit A); and (v) Kroll's own noticing records for this claim, which associate both of his e-mail addresses with it (Exhibit F). The Claimant is prepared to provide, immediately upon request, any further documentation the FTX Recovery Trust or its KYC vendors may require.

25. Fifth, the Claimant is not seeking any exception from the KYC requirements, from the Pre-Distribution Requirements under section 7.14 of the Plan, or from any other requirement of

the Plan. He seeks only a correction of the erroneous name data on his original account, or an alternative manual verification, so that he can satisfy those requirements in the ordinary course. The Claimant is a French resident who is not, to his knowledge, subject to any sanctions designation or politically exposed; no source-of-funds request was ever made of him; and the purposes of the KYC process described in the Objection — ensuring that distributions go to the true account holder and not to a sanctioned or illicit party (Objection ¶¶ 1, 13) — are fully served by verifying him against his identity documents.

26. Sixth, the Objection's alternative ground under the Dotcom Terms of Service (Objection ¶¶ 64–70) does not apply to the Claimant. FTX never suspended, closed or restricted his account, and never invoked any of the provisions the Objection cites; the account operated normally under his own e-mail, telephone and identity until the Petition Date. The Claimant has never refused a KYC request, is not a Restricted Person, and has never provided misleading information about his identity: the inadvertent presence of an e-mail address in the "Name" field of a 2021 registration form, in an account otherwise operated openly in the Claimant's own name and identity, is not the kind of "false, inaccurate . . . or misleading" information contemplated by sections 5.1 and 13.1.2 of the Terms of Service, and the authorities cited in the Objection concern customers who were sanctioned, refused to provide information, or were suspected of illicit activity. The Trust's own security-questionnaire procedure (Objection ¶ 45) confirms that missing prepetition name data is treated as curable, not disqualifying.

27. Disallowing and expunging a claim of $10,221.86 in its entirety because of a typing error made years ago in a registration form would be a disproportionate result that serves no purpose of the KYC process, the goal of which is to ensure that distributions are made to the true account holder. The Claimant is that account holder, and he stands ready to prove it by any means the FTX Recovery Trust considers appropriate.

## <u>SUPPORTING DOCUMENTATION</u>

28. In support of this Response, the Claimant attaches the following exhibits:

Exhibit A – Copy of the Claimant's government-issued identity document (passport or French national identity card), redacted in the copy filed with the Court; an unredacted copy is being served on counsel for the FTX Recovery Trust;

Exhibit B-1 – E-mail from FTX (support@ftx.com) dated June 16, 2021, "2FA bound to your account," addressed "Hello cryptotiberspot@gmail.com," — the first e-mail received from FTX after the creation of the account;

Exhibit B-2 – Screenshots of the FTX account profile and of the Customer Claims Portal showing the e-mail address recorded in the "Name" field;

Exhibit C – Screenshots of the Customer Claims Portal showing Steps 1, 2, 4, 5 and 6 completed and Step 3 (KYC) marked "Failed";

Exhibit D-1 – Correspondence with Sumsub, the KYC verification provider, dated February 6–8, 2024, confirming that the verification failed because of the name mismatch;

Exhibit D-2 – Selected correspondence with FTX Customer Support, FTX KYC Support and Kroll, February 2024 to September 2026 (tickets nos. 225286, 250282, 258056, 270946, 287219, 303363, 326560, 337543, 345019, 345040 and 350656), as listed in Schedule 1;

Exhibit E – Kroll's ballot confirmation e-mail of August 11, 2024 addressed to cryptotiberspot@gmail.com, evidencing the Claimant's control of that address;

Exhibit F – Kroll's e-mail notice of the Objection dated September 2, 2026, identifying Unique Customer Code 01394774 and Claim No. 14650, as received at lebair.jeremy@gmail.com and at cryptotiberspot@gmail.com.

29. The Claimant will promptly provide any further documentation or information that the FTX Recovery Trust or the Court may require.

## RESERVATION OF RIGHTS

30. The Claimant reserves the right to supplement or amend this Response, to submit additional documentation, and to be heard at the hearing on the Objection or at any adjourned hearing. The Claimant resides in France and is not represented by counsel; should the Court hear the Objection as it relates to the Claim, he respectfully requests to participate in the hearing by Zoom, as contemplated by the Notice of Omnibus Objection for claimants not represented by an attorney. The Claimant's command of English is limited; should the Court wish to hear from him,

he respectfully requests leave to be assisted by a French-language interpreter, subject to any procedures required or permitted by the Court.

## REQUESTED RELIEF

WHEREFORE, the Claimant respectfully requests that the Court: (a) overrule the Objection with respect to the Claim, or, in the alternative, adjourn the Objection with respect to the Claim; (b) afford the Claimant a reasonable opportunity to complete the KYC verification against his legal name through an appropriate verification procedure determined by the FTX Recovery Trust — for example, by correcting the name recorded on the Claimant's original FTX account or by conducting a manual verification of his identity — before any order disallowing or expunging the Claim is entered; and (c) grant such other and further relief as the Court deems just and proper.

## PERSON WITH AUTHORITY TO RESOLVE THE CLAIM

The Claimant is the person possessing authority to reconcile, settle or otherwise resolve the Claim. He may be contacted, and any reply to this Response should be sent, at the following address:

Jeremy Lebair
75 rue Pierre Sémard
92250 La Garenne-Colombes
France
Email: lebair.jeremy@gmail.com (address on file with Kroll)
cryptotiberspot@gmail.com (original FTX account address)
Telephone: +33 6 58 05 55 35

**VERIFICATION**

I, Jeremy Lebair, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the factual statements contained in the foregoing Response are true and correct to the best of my knowledge, information and belief, and that the exhibits attached hereto are true and correct copies of the documents they purport to be. Executed on September 4, 2026 at La Garenne-Colombes, France.

Dated: September 4, 2026
La Garenne-Colombes, France

Respectfully submitted,

Jeremy Lebair
Claimant, appearing pro se
75 rue Pierre Sémard
92250 La Garenne-Colombes, France
lebair.jeremy@gmail.com
cryptotiberspot@gmail.com
+33 6 58 05 55 35

## SCHEDULE 1
## CHRONOLOGY OF THE CLAIMANT'S KYC CORRESPONDENCE (FEBRUARY 2024 – SEPTEMBER 2026)

| Date | Ticket | Parties | Summary |
|---|---|---|---|
| June 16, 2021 | — | FTX → Claimant | First e-mail from FTX after account creation, addressed "Hello cryptotiberspot@gmail.com," (Exhibit B-1). |
| Feb. 6–8, 2024 | — | Claimant ↔ Sumsub | KYC fails: "full name does not match the documents." Portal offers no way to change the name. Sumsub refers to support@ftx.com (Exhibit D-1). |
| Feb. 8, 2024 | 225286 | Claimant ↔ FTX Support | Request to record legal name for KYC, with screenshot. FTX: unable to modify the account. |
| Mar. 3–28, 2024 | 225286 | Claimant → KYC Support | Repeated requests to validate KYC under legal name, with screenshots. |
| Apr. 5, 2024 | 250282 | KYC Support ↔ Claimant | "Name Discrepancy in Account Information." Claimant provides French ID card, answers all security questions, supplies 14 CSV transaction files. |
| Apr. 12 & May 21, 2024 | 250282 | KYC Support → Claimant | "KYC in progress." |
| June–Oct. 2024 | 250282 | Claimant → KYC Support | Follow-ups (June 11, July 20, Oct. 21). No correction. |
| Oct. 28–29, 2024 | 250282 | FTX Support → Claimant | Cannot modify the account; status "unverified." |
| Nov. 22, 2024 | 258056 / 303363 | Claimant ↔ FTX Support | Status now "Failed" despite documents supplied. FTX refers back to ticket 250282. |
| Jan. 5 & Feb. 11, 2025 | 270946 / 287219 | Claimant ↔ FTX Support | Blocked at Step 7 of the portal. FTX: no modification possible. |
| Mar. 11–20, 2025 | 303363 | KYC Support ↔ Claimant | New discrepancy notice; KYC reset (Mar. 13–14). Claimant explains name must be corrected first; KYC button remains greyed out. |
| Apr. 3–16, 2025 | 303363 | KYC Support / FTX Support ↔ Claimant | Further resets (Apr. 3, Apr. 16). FTX Support asserts the name is only a "display name" unrelated to KYC. Claimant resubmits; blocked again. |
| Apr. 17, 2025 | 303363 | KYC Support ↔ Claimant | New "Name Discrepancy" notice. Claimant cites the June 16, 2021 e-mail as proof that the error dates from account creation. |
| Apr. 22–24, 2025 | 303363 | FTX Support / KYC Support ↔ Claimant | "Issue should be resolved" (Apr. 22); resubmission fails again (Apr. 23); Claimant provides 2021 API key; FTX confirms "Failed" (Apr. 24). |
| May 6–26, 2025 | 303363 | Claimant ↔ FTX Support | Formal request for name correction with ID card (May 6). FTX: no modification possible; "all customers had their chance." |
| July 10 & Oct. 28, 2025 | 326560 / 337543 | Claimant ↔ FTX Support | Status enquiries. FTX: status "Failed," no further information. |
| Mar. 30, 2026 | 345019 | Claimant → KYC Support, FTX Support, Kroll | "Final Escalation" with selfie, ID, proof of address, claim summary; proposes manual verification or name correction + reset. KYC Support → Support; Support: cannot modify; |

| | | | |
|---|---|---|---|
| | | | Kroll: no access to account data. |
| Mar. 30–Apr. 8, 2026 | 345040 | Claimant ↔ FTX Support, Kroll | "Formal Complaint." Kroll requests phone number, then states no access to account data and no French-speaking operator. |
| Aug. 31, 2026 | 350656 | Claimant → KYC Support, FTX Support | Detailed request for manual review and correction of the original account name, with screenshot. |
| Sept. 1, 2026 | 350656 | FTX Support → Claimant | Cannot modify; KYC resubmission no longer available; Trust reserves right to object. Objection filed the same day. |
| Sept. 2, 2026 | — | Kroll → Claimant | Notice of the Objection received at both e-mail addresses. |

*Copies of the messages listed above are attached as Exhibit D-1 (Sumsub) and Exhibit D-2 (FTX Customer Support, FTX KYC Support and Kroll).*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 36197 |
| | Hearing Date: October 20, 2026 at 9:30 a.m. (ET)<br>Response Deadline: October 2, 2026 at 4:00 p.m. (ET) |

**CERTIFICATE OF SERVICE**

I, Jeremy Lebair, hereby certify that on September 4, 2026, I caused a true and correct copy of the foregoing Response of Jeremy Lebair to the FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims), together with the exhibits thereto, to be served upon the following counsel for the FTX Recovery Trust by registered international mail (La Poste – Lettre recommandée internationale) and by electronic mail:

LANDIS RATH & COBB LLP
Adam G. Landis, Matthew B. McGuire, Kimberly A. Brown, Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Email: landis@lrclaw.com; mcguire@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com

– and –

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley
125 Broad Street
New York, New York 10004
Email: dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com

I further certify that on the same date I caused the original of the foregoing Response, with exhibits, to be sent by registered international mail with return receipt (La Poste – Lettre recommandée internationale avec avis de réception) to the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, for filing.

Dated: September 4, 2026
La Garenne-Colombes, France

Jeremy Lebair

# EXHIBIT A

Copy of Government-Issued Identity Document

Page reservée aux autorites competentes
pour délivrer le passeport
*Pagina reservada a las autoridades competentes*
*para expedir el pasaporte / Forbeholdt de pasudstedende*
*myndigheder / Amtliche Vermerke*
*Προορίζεται για τις αρχές που είναι αρμόδιες για την*
*έκδοση του διαβατηρίου / Page reserved for issuing authorities*
*Leathanaigh in áirithe d'údaráis eisiúna*
*Pagina riservata all'autorità*
*Opmerkingen van bevoegde instanties*
*Página reservada às entidades competentes*
*para emitir o passaporte / Varattu passinantoviranomaisille*
*Forbehållet utfärdande myndighet.*

Ce passeport contient un composant électronique.
Il convient d'en prendre soin, et en particulier
de ne pas le plier, le perforer, l'exposer à des températures
extrêmes ou à une humidité excessive.

Signature du titulaire

**RÉPUBLIQUE FRANÇAISE**

**PASSEPORT**
*PASSPORT*



Type/*Type*: P
Code du pays/*Country code*: FRA
Passeport n°/*Passport no*

Nom/*Surname (1)*
LEBAIR

Prénoms/*Given names (2)*
Jérémy ic,Stéphane

Nationalité
Français

Sexe/*Sex (5)*: M
Taille/*Height (1)*: 1,78 m
Couleur des yeux/*Colour of eyes*: MARRON-VERT

Date de naissance
19

Lieu de naissance/*Place of birth (6)*
GRUCHET-LE-VALASSE

Date de délivrance
27 0

Domicile/*Residence (7)*
75 RUE PIERRE SEMARD
92250 LA GARENNE-COLOMBES
FRANCE

Autorité/*Authority*
Préfecture des Hauts-de-Seine NANTERRE

Date d'expiration/*Date of expiry (8)*
26 01 2036

P<FRALEBAIR<<JEREMY<ERIC<STEPHANE<<<<<<<<<<<

<<<<<<<<<<<<<<<04

# EXHIBIT B-1

FTX E-mail of June 16, 2021 ("2FA bound to your account") Addressed "Hello cryptotiberspot@gmail.com,"

**Exhibit B-1 — First e-mails received from FTX (support@ftx.com) on 16 June 2021, the day the account was created, each addressed "Hello cryptotiberspot@gmail.com,"**

A search of the mailbox for messages from support@ftx.com before 17 June 2021 returns these three messages and no earlier one.

| | |
|---|---|
| From: | FTX Cryptocurrency Derivatives Exchange <support@ftx.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Wed, 16 June 2021, 19:51 (Paris time) |
| Subject: | 2FA bound to your account |

Hello cryptotiberspot@gmail.com,

Two-factor authentication has been set for your account. If you did not make this change, please contact customer support immediately.

Thank you for choosing to trade on FTX.

Join our community:
Wechat: ftexchange
Telegram: FTX_Official
Twitter: FTX_Official

-------------------------
FTX Crypto Derivatives Exchange: https://ftx.com

| | |
|---|---|
| From: | FTX Cryptocurrency Derivatives Exchange <support@ftx.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Wed, 16 June 2021, 19:57 (Paris time) |
| Subject: | USDT deposit received |

Hello cryptotiberspot@gmail.com,

Your deposit of 848.44920000 USDT (txid 95961f537f2280bd1fd5ab140e9babb01dc0e328b754b1ab63148d57504ae3b9) has been received and credited to your account.

FTX

Thank you for choosing to trade on FTX.

Join our community:
Wechat: ftexchange
Telegram: FTX_Official
Twitter: FTX_Official

-------------------------
FTX Crypto Derivatives Exchange: https://ftx.com

| | |
|---|---|
| From: | FTX Cryptocurrency Derivatives Exchange <support@ftx.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Wed, 16 June 2021, 20:00 (Paris time) |
| Subject: | TRX deposit received |



Source: mailbox cryptotiberspot@gmail.com — originals retained, available on request — times as displayed in that mailbox (Paris time) unless stated

Hello cryptotiberspot@gmail.com,

Your deposit of 0.00000100 TRX (txid 4ed6081f28e106d4ada74c1715995e9db7179f0e61f74fd5182d4c6412bb0904) has been received and credited to your account.

FTX

Thank you for choosing to trade on FTX.

Join our community:
Wechat: ftexchange
Telegram: FTX_Official
Twitter: FTX_Official

--------------------------
FTX Crypto Derivatives Exchange: https://ftx.com

# EXHIBIT B-2

FTX Account Profile and Customer Claims Portal – E-mail Address Recorded in the "Name" Field

## Exhibit B-2 — FTX Customer Claims Portal, profile page (https://claims.ftx.com/profile), account cryptotiberspot@gmail.com, screenshot of 4 September 2026

The "Nom" (Name) field of the account records the e-mail address cryptotiberspot@gmail.com, identical to the "E-mail" field. Steps 1, 2, 4, 5 and 6 completed; Step 3 (KYC) marked as failed; two-factor authentication active (Authy / Google Authenticator). The same screenshot was attached to the Claimant's e-mail to FTX KYC Support of 31 August 2026 (Exhibit D-2).



# EXHIBIT C

FTX Customer Claims Portal – Status of Steps 1 through 6

## Exhibit C — FTX Customer Claims Portal (https://claims.ftx.com), account cryptotiberspot@gmail.com

C-1 — Screenshot of 3 September 2026: Steps 1, 2, 4 and 5 completed; Step 3 (KYC) marked as failed; Total Customer Entitlement Claim $10,221.86.



C-2 — Screenshot of 4 September 2026: Step 6 (Vote) completed; Step 3 (KYC) marked as failed.



C-3 — Screenshot of 4 September 2026, Step 3 detail (claims.ftx.com/redo-kyc): KYC Process status "Échoué" (Failed).



C-4 and C-5 — Screenshots of the portal as attached to the Claimant's e-mail to Sumsub of 8 February 2024 (French interface): Steps 1 and 2 completed, KYC status "Non vérifié", and the KYC step page with the "Commencer le processus KYC" button.






# EXHIBIT D-1

Correspondence with Sumsub (KYC Verification Provider), February 6–8, 2024

## Exhibit D-1 — Correspondence with Sumsub (KYC verification provider), 6-8 February 2024

Printout of mailbox lebair.jeremy@gmail.com — 7 message(s)

| | |
|---|---|
| From: | lebair.jeremy@gmail.com |
| To: | support@sumsub.com |
| Date: | Tue, 6 Feb 2024, 17:33 UTC (18:33 Paris) |
| Subject: | KYC - Impossible to modify to validate - LEBAIR JEREMY |

Dear,

For FTX claim, i was open KYC and i see now this message :

Unfortunately, we couldn't verify your identity

Enter your full name exactly as it is on your identity document.

I don't know why .. How can I modify for re validate this ?

https://in.sumsub.com/idensic/l/#/sNJrJyIJgsW9VHdH

Jérémy LEBAIR

| | |
|---|---|
| From: | support@sumsub.com |
| To: | lebair.jeremy@gmail.com |
| Date: | Tue, 6 Feb 2024, 17:34 UTC (18:34 Paris) |
| Subject: | Re: KYC - Impossible to modify to validate - LEBAIR JEREMY |

Hello!

Thank you for contacting the Sumsub applicant support team.

This is an automated message confirming that we have received your query.

Please make sure to clarify your request and provide the following information:
- your full name the first name, middle names, and the last name as they are indicated in the identity document;
- the email or phone number which you used during registration;
- the name of the website or the app for which you need the verification.

Kindly respond to this message, and our team will be happy to help!

| | |
|---|---|
| From: | support@sumsub.com |
| To: | lebair.jeremy@gmail.com |
| Date: | Tue, 6 Feb 2024, 17:41 UTC (18:41 Paris) |
| Subject: | Re: KYC - Impossible to modify to validate - LEBAIR JEREMY |

Hello!

Thank you for reaching out.

Your request is now in progress and is being actively reviewed. We'll be sure to provide you with updates as soon as we receive more information from the relevant department.

If you have any additional questions or need further assistance, please don't hesitate to ask. We're here to help!

| | |
|---|---|
| From: | support@sumsub.com (Marcus, Sumsub Team) |
| To: | lebair.jeremy@gmail.com |
| Date: | Tue, 6 Feb 2024, 17:59 UTC (18:59 Paris) |
| Subject: | Re: KYC - Impossible to modify to validate - LEBAIR JEREMY |

Thank you for your patience.

The following profile was not approved because the profile data (your full name) does not match the data in the documents.

To fix this, please correct the information to exactly match the provided documents. You can do that in the verification tab of the website where you are passing verification by following the steps below:

1. Go to your personal account on the website for which you are verifying your identity;
2. Find the verification tab and click on it;
3. Click the "Applicant Data" section;
4. Correct the information in the necessary fields.

Let me know if there's anything else I can help you with.

Marcus
Best regards,
Sumsub Team

| | |
|---|---|
| From: | support@sumsub.com |
| To: | lebair.jeremy@gmail.com |
| Date: | Tue, 6 Feb 2024, 18:00 UTC (19:00 Paris) |
| Subject: | Re: KYC - Impossible to modify to validate - LEBAIR JEREMY |

Help Marcus understand how they're doing: Rate your conversation (Terrible / Bad / OK / Great / Amazing). Powered by Intercom.

| | |
|---|---|
| From: | lebair.jeremy@gmail.com |
| To: | support@sumsub.com |
| Date: | Thu, 8 Feb 2024, 08:29 UTC (09:29 Paris) |
| Subject: | Re: KYC - Impossible to modify to validate - LEBAIR JEREMY |
| Attachments: | Capture d'écran 2024-02-08 à 09.26.28.png ; Capture d'écran 2024-02-08 à 09.26.31.png (screenshots of claims.ftx.com showing the e-mail address in the Name field — reproduced as Exhibit B-2) |

dear Marcus,

Thank you for your help but I don't have the possibility to update my name. the website is claim.ftx.com

See below :

[image: Capture d’écran 2024-02-08 à 09.26.31.png]

[image: Capture d’écran 2024-02-08 à 09.26.28.png]

and the link is the link of your KYC with the error message.

I don't know what to do.

Jérémy LEBAIR

[Quoted message of Marcus from Sumsub, 6 Feb 2024 18:59, reproduced above — omitted here]

| | |
|---|---|
| From: | support@sumsub.com (Katarina, Sumsub Team) |
| To: | lebair.jeremy@gmail.com |
| Date: | Thu, 8 Feb 2024, 10:33 UTC (11:33 Paris) |
| Subject: | Re: KYC - Impossible to modify to validate - LEBAIR JEREMY |

Hello!

Thank you for getting in touch with us.

Unfortunately, we are unable to assist you with this particular request. We recommend that you contact FTX via support@ftx.com.

Katarina
Best regards,
Sumsub Team

# EXHIBIT D-2

Selected Correspondence with FTX Customer Support, FTX KYC Support and Kroll (February 2024 – September 2026)

## Exhibit D-2 — Selected correspondence with FTX Customer Support, FTX KYC Support and Kroll, February 2024 - September 2026

Messages are reproduced in chronological order within each thread, with their original headers. Zendesk quoted histories, automated acknowledgements and standard disclaimers are omitted where indicated. Attachments are listed by file name. See Schedule 1 to the Response for the full chronology.

### 1. Thread "Update my name of my FTX account for KYC" — ticket 225286 (February–March 2024)

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | support@ftx.com |
| Date: | Thu, 8 Feb 2024, 09:34 |
| Subject: | Update my name of my FTX account for KYC |

Dear,

I ask your help because my KYC in claim.ftx.com is not verified because sumsub can't validate my KYC. See the error message. :

"Unfortunately, we couldn't verify your identity

Enter your full name exactly as it is on your identity document."

i contacted sumsub and they ask to me to update my full name in FTX. Actually, the name is the same like email : cryptotiberspot@gmail.com

How can i update my full name in FTX ? my full name is : "JEREMY LEBAIR"

Thank you a lot in advance,

Jérémy LEBAIR

| | |
|---|---|
| From: | FTX Support <support@ftx.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Thu, 8 Feb 2024, 10:54 |
| Subject: | Re: Update my name of my FTX account for KYC — ticket 225286 |

Your request (225286) has been updated.

John (support.ftx.com) — Feb 8, 2024, 01:54 PST

Hello,

Sorry to know that your account is unverified. We are unable to make changes to your account. Should we need additional information regarding your KYC application, our KYC team will reach out to you. Please refer to this page to get more details on your KYC status: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

The deadline for filing customer claims was on September 29, 2023.
The FTX Customer Claims Portal and the Kroll Portal will remain accessible after the Bar Date to amend or file a claim. Absent order from the U.S. Bankruptcy Court for the District of Delaware, any claims filed after the Bar Date will be considered late filed and may be disputed. KYC will also remain open for customers to complete and upload the requested documentation.


Source: mailbox cryptotiberspot@gmail.com — originals retained, available on request — times as displayed in that mailbox (Paris time) unless stated

Thanks,
FTX Customer Support

[Quoted message of 8 Feb 2024 omitted]

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com, support@ftx.com |
| Date: | Sun, 3 Mar 2024, 19:28 |
| Subject: | Re: Update my name of my FTX account for KYC |

Thank you for your answer.

Dear @kyc-support,

Could you help me to validate my KYC ? Because Sumsub said me to change my name of FTX to match with my identity document. My Real Name is JEREMY LEBAIR but into FTX account, ma name is my email... not my real name.

Is very important for me because, i'm in relationship to FTX Creditor because i have a lot of problem with money and i need it.

Thank you in advance,

Jérémy LEBAIR

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | support@ftx.com, kyc-support@ftx.com |
| Date: | Fri, 8 Mar 2024, 11:48 |
| Subject: | Re: Update my name of my FTX account for KYC |

Dear,

Could you help me ?

Jérémy LEBAIR

## 2. Thread “Name Discrepancy in Account Information” — ticket 250282 (April–October 2024) — security questionnaire

| | |
|---|---|
| From: | kyc-support@ftx.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Fri, 5 Apr 2024, 19:39 |
| Subject: | Name Discrepancy in Account Information – Clarification Requested |

Dear Customer,

Apologies for the inconvenience,
Upon reviewing your KYC Submission there was a difference between the original account name and the claim person. The original account owner has to be the person who filed the Claim. Please note we can not continue processing, unless we know the original account holder has filed the claim.

To ensure accuracy, we kindly ask you to explain this difference and provide supporting documentation for any name changes, such as a marriage certificate, court order, or official records,

to validate the discrepancy. Ensuring accurate customer information is essential for us to process your KYC submission.

You can respond to our queries and provide further documentation by replying to this secure email address.
We appreciate your understanding and cooperation in explaining this discrepancy. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

[Quoted message of 28 March 2024 from cryptotiberspot@gmail.com omitted]

[Standard confidentiality / Mimecast disclaimer omitted]

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com |
| Date: | Fri, 5 Apr 2024, 20:27 |
| Subject: | Re: Name Discrepancy in Account Information – Clarification Requested |
| Attachments: | 20220818_185830.jpg ; 20220818_185802.jpg (French national identity card, both sides) |

Hello,

Thank you for your response. I think there has been a misunderstanding. I have not changed my name legally. My real name has always been: LEBAIR JEREMY.

However, on the FTX platform, I initially did not provide the correct name. In fact, the name indicated on the FTX platform is my email: cryptotiberspot@gmail.com

As a result, the "sumsub" agency cannot validate the KYC because it is trying to compare the name present on the platform, which is erroneous and is: cryptotiberspot@gmail.com, with my real name, which is "LEBAIR JEREMY".

I can provide you with my French identity card (attached) to prove that my name is indeed "LEBAIR JEREMY" (LastName: LEBAIR, FirstName: JEREMY). In order for sumsub to validate my KYC, could you please change my name on FTX to indicate: LEBAIR JEREMY.

I thank you very much in advance,

Sincerely,

JEREMY LEBAIR

| | |
|---|---|
| From: | kyc-support@ftx.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Fri, 5 Apr 2024, 20:50 |
| Subject: | Re: Name Discrepancy in Account Information – Clarification Requested |

Dear Customer,

Thank you for providing that information,

It appears there's a difference between the names of the person who file the KYC Submission and the person on file for your account/ claim. Maybe someone you live with/ relative/ spouse. Can you recall if they may have accidentally submitted their name on the account/ claim or for KYC?

Best,
KYC Support

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com |
| Date: | Fri, 5 Apr 2024, 20:54 |
| Subject: | Re: Name Discrepancy in Account Information - Clarification Requested |

No, I confirm that it is indeed me who is the owner of the account and who made the complaint. I also have all the documents. I may have made a mistake when I initially entered the name when making the claim. But my real name is LEBAIR JEREMY.

I don't know how to get out of this problem without your help.

Jérémy

| | |
|---|---|
| From: | kyc-support@ftx.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Fri, 5 Apr 2024, 21:17 |
| Subject: | Re: Name Discrepancy in Account Information - Clarification Requested |

Dear Customer,

Unfortunately since you are not able clarify the name discrepancy, we will have to proceed with Security questions for security purposes. Please rest assured though if you are able to answer these questions correctly we can proceed with the KYC and fix this issue. So please try to remember and answer the questions to the best of your ability.

To further process your KYC, please answer the questions below to the best of your ability:

When did you open your FTX account? Please provide the exact date or an estimated month and year.

Did you sign up using a referral link or promotional code?

Which phone number did you register when you signed up for an account?

Did you set-up a withdrawal password?

Did you enable FTX Earn and/or Spot margin trading? Which one did you enable?

What is the name associated with the account?

Best regards,
KYC Support

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |

To: kyc-support@ftx.com
Date: Fri, 5 Apr 2024, 21:36
Subject: Re: Name Discrepancy in Account Information - Clarification Requested
Attachments: 14 CSV files of account history (historical_balances_010721.csv, historical_balances_101122.csv, main_deposits.csv, Spot/Spot2/Stack/Trade/Leverage1 deposits and withdrawals)

Thank you. I will try to answer as best I can. It's been a few years now.

When did you open your FTX account? Please provide the exact date or an estimated month and year. I think I created the account in June 2021. I'm not sure but I believe June 16 according to my emails.

Did you sign up using a referral link or promotional code? I think I created my account naturally without referencing.

Which phone number did you register when you signed up for an account? I don't think I provided a phone number when creating my account. But if that's the case, then I would have entered mine: 0658055535

Did you set-up a withdrawal password? I don't think I have any because I was using two-factor authentication. Which is still active today. It works because I logged into the complaints portal with it.

Did you enable FTX Earn and/or Spot margin trading? Which one did you enable? I activated spot margin trading. This is for sure because I was testing different trading algorithms both in spot and margin. I also had several sub-accounts dedicated to this. I also took care to export the details of all this before the platform was no longer accessible. I am providing this to you as an attachment. I don't remember about FTX EARN but maybe yes.

What is the name associated with the account? I don't remember exactly what name I put on this account. Obviously I hadn't indicated my real name (lebair jeremy) so either I put "cryptotiberspot" or "tiber".

Thanks a lot for your help. Really because this situation stresses me out.

Jeremy

From: spot bot <cryptotiberspot@gmail.com>
To: kyc-support@ftx.com
Date: Fri, 12 Apr 2024, 09:42
Subject: Re: Name Discrepancy in Account Information - Clarification Requested

Hello,

Any news about my KYC ?

Jérémy LEBAIR

From: kyc-support@ftx.com
To: cryptotiberspot@gmail.com
Date: Fri, 12 Apr 2024, 17:32
Subject: Re: Name Discrepancy in Account Information - Clarification Requested

Dear Customer,

Your KYC is being processed, and no further information is needed from you at this time.

To check the status of your claim, please navigate to the claims portal.
Should you have any other issues or difficulties, please contact support@ftx.com.

Best,
KYC Support.

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com |
| Date: | Mon, 29 Apr 2024, 15:46 |
| Subject: | Re: Name Discrepancy in Account Information - Clarification Requested |

Dear,

I am contacting you because my KYC is still not validated. How much longer will this take? Thanks in advance.

Jérémy

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com |
| Date: | Tue, 21 May 2024, 16:19 |
| Subject: | Re: Name Discrepancy in Account Information - Clarification Requested |

Dear,

I would like to contact you because I have answered all your questions in order to validate my KYC. It's been weeks and it's still not validated. Can you do what's nessessary ? This is very important to me as I told you in my first message.

thanks in advance.

Jérémy LEBAIR

| | |
|---|---|
| From: | kyc-support@ftx.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Tue, 21 May 2024, 18:48 |
| Subject: | Re: Name Discrepancy in Account Information - Clarification Requested |

Dear Customer,

Thank you,
Your KYC is being processed, and no further information is needed from you at this time.
Should you have any other issues, difficulties, or questions please contact support@ftx.com.

Best,
KYC Support.

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com |
| Date: | Tue, 11 June 2024, 09:17 |


Source: mailbox cryptotiberspot@gmail.com — originals retained, available on request — times as displayed in that mailbox (Paris time) unless stated

Subject: Re: Name Discrepancy in Account Information - Clarification Requested

Dear,

Thank you but I told you that I was in an emergency and it has been under treatment for 2 months. What is the problem and why is my KYC still not validated?

Best,

Jérémy LEBAIR

From: spot bot <cryptotiberspot@gmail.com>
To: kyc-support@ftx.com
Date: Sat, 20 July 2024, 19:22
Subject: Re: Name Discrepancy in Account Information - Clarification Requested

Dear,

My name has not been changed and my KYC is still not validated as you promised me. Why hasn't this been done yet? I would like to resell my claim because I am in financial difficulty. Could you help me ?

Jérémy LEBAIR

From: spot bot <cryptotiberspot@gmail.com>
To: kyc-support@ftx.com
Date: Mon, 21 Oct 2024, 00:30
Subject: Re: Name Discrepancy in Account Information - Clarification Requested

Dear,

I have been waiting for months for you to validate my KYC. I have given all the necessary information. You told me that it was being processed but on the account, it is still not validated. What do you expect from me?

jérémy LEBAIR

From: spot bot <cryptotiberspot@gmail.com>
To: kyc-support@ftx.com
Date: Mon, 21 Oct 2024, 00:32
Subject: Re: Name Discrepancy in Account Information - Clarification Requested

I am unable to complete step 7 even though I provided everything in May 2024 and everything is OK. Could you do the necessary? It has become really blocking for me.

Jérémy LEBAIR

From: FTX Support <support@ftx.com>
To: cryptotiberspot@gmail.com
Date: Mon, 21 Oct 2024, 01:08
Subject: Re: Name Discrepancy in Account Information - Clarification Requested — ticket 250282

Your request (250282) has been updated.

Ivar (Please use support.ftx.com) — Oct 20, 2024, 16:08 PDT


Source: mailbox cryptotiberspot@gmail.com — originals retained, available on request — times as displayed in that mailbox (Paris time) unless stated

Hi there,

To help us locate your account, could you please confirm the following:

- Country where you signed up from, and which website/app/website you used?
- Which website/app/platform did you use?
a. FTX.com/ FTX International
b. FTX.us
c. Blockfolio - FTX.com
d. Blockfolio - FTX US
e. Liquid
f. FTX EU
g. FTX JP

Please note that in order for you to successfully log in, you must be using your registered FTX email address on the correct platform.

Thank you,

FTX Customer Support

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | support@ftx.com |
| Date: | Mon, 21 Oct 2024, 08:58 |
| Subject: | Re: Name Discrepancy in Account Information - Clarification Requested |

Dear,

- France
- FTX.com/ FTX International

I contacted your support and the KYC section at the beginning of the year because my KYC had not been validated on the site. I asked to change my name on my FTX account which was not correct. The correct one is: "LEBAIR" to match it with my official documents. I provided all the documents, your teams told me that it was good and in progress in MAY 2024 but I have not heard from them since .... Except that the next steps are unlocked and I cannot complete them without my KYC so it is really becoming a blocker for me. I really need my money. Could you really help me? This is really starting to stress me out. I can't sleep anymore.

thank you in advance

Jeremy LEBAIR

| | |
|---|---|
| From: | FTX Support <support@ftx.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Mon, 28 Oct 2024, 17:00 |
| Subject: | Re: Name Discrepancy in Account Information - Clarification Requested — ticket 250282 |

Your request (250282) has been updated.

Rigel (Please use support.ftx.com) — Oct 28, 2024, 09:00 PDT

Hello spot,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

[Quoted message of 21 Oct 2024 omitted]

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | support@ftx.com |
| Date: | Mon, 28 Oct 2024, 20:31 |
| Subject: | Re: Name Discrepancy in Account Information – Clarification Requested |

Dear,

Why was I asked for documents in May to validate my KYC, telling me that it was being validated? And how can I access this new section on my claim. I am finally blocked even though I have provided all the necessary documents... I really don't understand...

Jérémy

| | |
|---|---|
| From: | FTX Support <support@ftx.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Tue, 29 Oct 2024, 11:19 |
| Subject: | Re: Name Discrepancy in Account Information – Clarification Requested — ticket 250282 |

Your request (250282) has been updated.

Rigel (Please use support.ftx.com) — Oct 29, 2024, 03:19 PDT

Hi there,

Your KYC status is marked as unverified. Unfortunately, we are not able to make changes at this time. When your KYC is unverified:

• It means that we were not able to verify the documentation you provided to us.

• You should still proceed to file a claim given that a verified KYC status is not required to file your claim. Your claim must be filed by September 29, 2023, 4 PM United States Eastern Time regardless of your KYC status.

• Please note that a holder who submits a proof of claim but does not submit the requested KYC Information by the Customer Bar Date, shall be deemed "unverified." With respect to all such unverified Customer Claims, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims' proofs of claim and scheduled

claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Thank you,
FTX Customer Support

[Quoted message of 28 Oct 2024 omitted]

**3. Thread "Failed KYC - cryptotiberspot@gmail.com" — ticket 303363 (November 2024 - April 2025), selected messages as quoted in KYC Support's e-mail of 17 April 2025**

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com |
| Date: | Fri, 22 Nov 2024, 07:35 (06:35 GMT) |
| Subject: | Failed KYC - cryptotiberspot@gmail.com |
| Attachments: | Capture d'écran 2024-11-22 à 07.32.24.png ; Capture d'écran 2024-11-22 à 07.32.33.png |

Hello,

I am contacting you because my KYC has been in process for months and months and it is now in failed status. However, I had provided all the official documents concerning me and everything was good. You would like to explain to me why it failed? So I provided everything. I am indeed the owner of the account but I cannot access the higher steps.

Could you unblock the situation?

Kind regards,
Jérémy LEBAIR

| | |
|---|---|
| From: | kyc-support@ftx.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Tue, 11 Mar 2025, 22:01 |
| Subject: | Re: Failed KYC - cryptotiberspot@gmail.com |

Dear Customer,

We have noticed a discrepancy in the personal information associated with your account. The name we have in our records as the account holder does not match the name you have provided as part of your KYC information submission.

To ensure accuracy, we kindly ask you to explain this difference and provide supporting documentation for any name changes, such as a marriage certificate, court order, or official records, to validate the discrepancy. Ensuring accurate customer information is essential for us to process your KYC submission.

You can respond to our queries and provide further documentation by replying to this secure email address.

We appreciate your understanding and cooperation in explaining this discrepancy. If you have any questions or need assistance, please contact our customer support team. We are here to help. Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com |
| Date: | Tue, 11 Mar 2025, 22:31 (21:31 GMT) |
| Subject: | Re: Failed KYC - cryptotiberspot@gmail.com |

First of all, thank you for getting back to me after this long wait.

This is actually a bug on the FTX site when I created my account back in June 2021. I entered my real name "lebair" and the email I used for crypto platforms "cryptotiberspot@gmail.com". I didn't notice the problem directly but FTX placed my email as my last name. That's why you see my name as my email. My real name does not appear on the FTX site.

On the other hand, and as I said in my last exchanges, I have everything I need to prove that it is indeed my account:
- First of all, I do have the gmail account since I'm replying to you on it.
- The account has dual authentication, which I also own via my personal phone, and has been since the account was created (June 2021).
- I can provide full details about my account. The various sub-accounts and transactions. On the advice of a lawyer friend, I made sure to back up the list of all my transactions at the time of the crash in case the site went down. And I was right to do so, since the site blocked all transactions right afterward. But you know the story.

As you've seen, there isn't a huge amount in my FTX account. Like everyone else, I'm disappointed because I feel I could have benefited from the market and had more money, but hey, that's how it is. I just hope for one thing: to be able to get my money back as quickly as possible because my personal financial situation isn't good, and I'd like to be able to get back on the right foot with this money that's been stuck at FTX for too long.

Thank you in advance for your help and I remain available to answer any questions you may have.

Jérémy LEBAIR
Account Owner: cryptotiberspot@gmail.com

| | |
|---|---|
| From: | kyc-support@ftx.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Thu, 13 Mar 2025, 10:47 |
| Subject: | Re: Failed KYC - cryptotiberspot@gmail.com |

Dear Customer,

Thank you for confirming this.

We would require the original account owner to go through the KYC again and hence we kindly request you to please grant the permission to reset by responding to this email.

Reminder that KYC needs to be done with the documents of the original account owner in whose name the account was first opened when they signed up on FTX for it to be process further.

Thank you for your attention to this matter.

Best regards,
KYC Support

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com |
| Date: | Thu, 13 Mar 2025, 10:53 |
| Subject: | Re: Failed KYC - cryptotiberspot@gmail.com |

Dear,

I'm completely willing to redo the KYC.
I have all the documents at my disposal. I'm an honest person.

However, if you don't fix the bug by leaving my email in the name of my FTX account, it won't work. We must first correct the problem by including my name in the name of my FTX account. I would have done this if we still had access to the FTX website because we could make this change on the website, but I no longer have access, so I can't do anything without you. If my name on my FTX account is corrected and it's mine, "LEBAIR."

First name: Jérémy
Last name: LEBAIR

Then yes, the KYC will be successful.

As I said, in addition to the identity documents, I have all the information linked to my account that proves that I am the owner.

Okay, I can restart the KYC now.

Thank you for your help. Really.

Jeremy

| | |
|---|---|
| From: | kyc-support@ftx.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Fri, 14 Mar 2025, 10:48 |
| Subject: | Re: Failed KYC - cryptotiberspot@gmail.com |

Dear customer,

We have successfully reset your account and would explicitly like to remind you that the KYC needs to be done with the documents of the original account owner in whose name the account was first opened when they signed up on FTX for it to process further. Please make sure to do it correctly this time.

The whole purpose of KYC Reset is that it is done in the original account owner's name.

Therefore, kindly follow the steps below-

- Access the Customer Portal using your credentials

- Select the KYC section within the portal
- Click on "Begin KYC Process" to initiate the process
- Follow the instructions provided in the portal to provide the additional required information and documents

We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need further clarification, our customer support team is ready to assist you.

Thank you for your attention to this matter.

Best regards,
KYC Support

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com |
| Date: | Fri, 14 Mar 2025, 11:03 (10:03 GMT) |
| Subject: | Re: Failed KYC - cryptotiberspot@gmail.com |

Dear,

Unfortunately, my account is still blocked by KYC, and I can't start a new one.

But I think you misunderstood my last email. I'm explaining that there's a bug on the FTX website. My name is "lebair." I created the account under that name. However, on the FTX website, my email address is included in my name. Therefore, KYC won't work since my ID will show "lebair," and the FTX website will ask for "cryptotiberspot@gmail.com." This is also why the initial KYC failed. If you don't fix the bug with my name on FTX, KYC will fail again.

Now in FTX site with the bug :

email : cryptotiberspot@gmail.com
name : cryptotiberspot@gmail.com

bug -> ftx put my email into the name.... i don't know why.

The real information I provided when I created the account.

email : cryptotiberspot@gmail.com
name : lebair

I've been trying to explain this problem to you for months, but I feel like you don't understand. It's not complicated to fix the FTX bug that set my email as a value in my name and restore the initial name I provided when I created the account.

If you don't do this, I'll never be able to pass KYC. It's logical.

I repeat once again: I am indeed the person who created the account in June 2021. I have the email address, the two-factor authentication, and all transaction records for all accounts and sub-accounts. I even have the API keys I created at the time.

The only thing holding me back now isn't whether I'm the account owner, because I am. The issue is

Thank you,



FTX Customer Support

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | support@ftx.com |
| Date: | Wed, 16 Apr 2025, 18:36 (09:36 PDT) |
| Subject: | Re: Failed KYC - cryptotiberspot@gmail.com |

I understand, but this poses a problem. During my first KYC attempt, I provided all my documents. My official documents. The KYC failed. I contacted Sumsub, who told me that my KYC hadn't gone through because the name on my ID didn't match the name on FTX.

He had a name: "Lebair" on my documents, but "cryptotiberspot@gmail.com" on FTX... That's what I've been explaining to you from the start. You understand that cryptotiberspot@gmail.com can't be my name. It's not a name, but an email address. There's a real bug on your end.

Therefore, I can repeat the KYC process, but I know in advance that it will be rejected because of this problem.

As long as my name hasn't been changed on FTX, my KYC will be refused.

Therefore, without your help, I am stuck and cannot move forward.

Jérémy LEBAIR

From: FTX Support <support@ftx.com> (Marlon)
To: cryptotiberspot@gmail.com
Date: Wed, 16 Apr 2025, 19:21 (10:21 PDT)
Subject: Re: Failed KYC - cryptotiberspot@gmail.com — ticket 303363

---

Hi,

I can understand where you are coming from and sorry for the confusion but I'd like to clarify that the display name is not related to KYC process nor part of the KYC process.

Thank you,

FTX Customer Support

From: spot bot <cryptotiberspot@gmail.com>
To: support@ftx.com
Date: Wed, 16 Apr 2025, 19:37
Subject: Re: Failed KYC - cryptotiberspot@gmail.com

---

Thank you for your feedback. I hadn't understood that from your previous feedback, nor from sumsub.

I trust you and will begin this new process.

Thank you for your help and will get back to you if this process doesn't go well.

Have a nice rest of your day.

Jérémy

From: spot bot <cryptotiberspot@gmail.com>
To: support@ftx.com
Date: Wed, 16 Apr 2025, 21:06 (20:06 GMT+1)
Subject: Re: Failed KYC - cryptotiberspot@gmail.com

---

I just repeated the process.

I sent my ID card, which shows my first and last name as "LEBAIR JEREMY."

I then sent my internet box bill, which does indeed show my first and last name and address.

But once again, the KYC process seems stuck to proof of address.

It's happening again like last time...

I hope you can help me this time.

link of verification : https://in.sumsub.com/idensic/l/#/3UPaC216X9A8dLCf

Jérémy LEBAIR

**4. Second thread "Name Discrepancy in Account Information" (17 April 2025)**

| | |
|---|---|
| From: | kyc-support@ftx.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Thu, 17 Apr 2025, 11:04 |
| Subject: | Name Discrepancy in Account Information - Clarification Requested |

Dear Customer,

Please note that name we have in our records as the account holder does not match the name you have provided as part of your KYC information submission.

To ensure accuracy, we kindly ask you to explain this difference in order for us to proceed with your KYC. Ensuring accurate customer information is essential for us to process your KYC submission.

You can respond to our queries and provide further documentation by replying to this secure email address.

We appreciate your understanding and cooperation in explaining this discrepancy. If you have any questions or need assistance, please contact our customer support team. We are here to help. Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

[Quoted history of the "Failed KYC" thread (22 Nov 2024 - 16 Apr 2025) omitted; reproduced above]

| | |
|---|---|
| From: | kyc-support@ftx.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Thu, 17 Apr 2025, 11:31 |
| Subject: | Re: Name Discrepancy in Account Information - Clarification Requested |

Dear customer,

We have successfully reset your account and would explicitly like to remind you that the KYC needs to be done with the documents of the original account owner in whose name the account was first opened when they signed up on FTX for it to process further. Please make sure to do it correctly this time.

The whole purpose of KYC Reset is that it is done in the original account owner's name.

[Standard reset instructions repeated]

Best regards,
KYC Support

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | kyc-support@ftx.com |
| Date: | Thu, 17 Apr 2025, 11:37 |

Subject: Re: Name Discrepancy in Account Information – Clarification Requested

I already received this email... If you don't fix this name issue on FTX, I'll redo the KYC procedure with the same documents and it will fail again. What do you suggest? We're not going to go around in circles forever.

Jérémy

From: kyc-support@ftx.com
To: cryptotiberspot@gmail.com
Date: Thu, 17 Apr 2025, 14:37
Subject: Re: Name Discrepancy in Account Information – Clarification Requested

Dear Customer,

Thank you so much for your email.

Can you please kindly try and recall the name you used when you first registered an account with FTX?

You can respond to our queries and provide further documentation by replying to this secure email address.

We appreciate your understanding and cooperation in explaining this discrepancy. If you have any questions or need assistance, please contact our customer support team. We are here to help. Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

From: spot bot <cryptotiberspot@gmail.com>
To: kyc-support@ftx.com
Date: Thu, 17 Apr 2025, 14:42
Subject: Re: Name Discrepancy in Account Information – Clarification Requested

I used my name: "LEBAIR."

As I was saying, I see that the name I listed on the FTX website appears to be my email address.
I see two possibilities for this:
- A copy/paste issue on my part when creating the account; I pasted the email address twice in the NAME and EMAIL fields. But I don't really believe it.
- A bug on the FTX form during registration that would have entered my EMAIL address twice instead of my name.

In both cases, this prevents me from continuing the KYC process since the name isn't correct on FTX.

Thank you for your help.

Jérémy LEBAIR

From: spot bot <cryptotiberspot@gmail.com>
To: kyc-support@ftx.com
Date: Thu, 17 Apr 2025, 14:54
Subject: Re: Name Discrepancy in Account Information – Clarification Requested

Here's one of the first emails I received after creating my account on June 16, 2021. It says "hello cryptotiberspot@gmail.com." They call me by my email address. So I assume the name that was registered was cryptotiberspot@gmail.com (my email address). As I've said before, this is a mistake.

If I had realized this problem in 2021, I would have requested a name change, but I can't do it anymore.
Hence my request for help. Otherwise, I'm stuck.

"Hello cryptotiberspot@gmail.com,

Two-factor authentication has been set for your account. If you did not make this change, please contact customer support immediately.

Thank you for choosing to trade on FTX.
[...]
FTX Crypto Derivatives Exchange: https://ftx.com"

### 5. Thread "FINAL ESCALATION" — ticket 345019 (30 March 2026)

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | FTXInfo@ra.kroll.com |
| Cc: | KYC-Support@ftx.com |
| Date: | Mon, 30 Mar 2026, 11:07 |
| Subject: | FINAL ESCALATION: Manual KYC Correction Required - Class 7A Claim - Customer Code 01394774 |
| Attachments: | ID_Identity_Card.pdf ; Selfie_Verification.jpeg ; Proof_Of_Address.pdf ; Class 7A Dotcom Convenience Claims - 065d2f52c0dcd8c5.pdf |

Dear Kroll Team / FTX Support,

I am writing to formally request an urgent manual intervention regarding my KYC verification, which has been stuck at "Failed" for several months.

Despite multiple attempts to resolve this via the standard KYC support channel, no solution has been provided. The automated system (Sumsub) is currently blocked due to a technical naming mismatch that I cannot correct myself.

1. The Issue: My FTX account (ID: 29968438) was originally registered with my email address (cryptotiberspot@gmail.com) in the "Name" field. Therefore, the automated KYC system rejects my legal identity documents as they do not match the "email-string" currently on file.

2. My Creditor Credentials (Class 7A):
- Unique Customer Code: 01394774
- E-Ballot ID: [redacted]
- FTX Account ID: 29968438
- Confirmed Claim Amount: $10,246.99 (Class 7A Dotcom Convenience Claim)
- Status: Plan Accepted & Voted.

3. Requested Solution: To allow me to proceed with the final distribution steps (Steps 7 & 8), I request that you:
- Option A: Manually verify my KYC status based on the comprehensive identity documents attached; OR
- Option B: Correct my account profile name to Lebair Jérémy and RESET my KYC step on the portal so

I can successfully complete the automated verification.

4. Attached Evidence:
- Valid Government ID: (Passport/National ID).
- Liveness Selfie: Me holding my ID and a handwritten note with today's date and Customer Code 01394774.
- Proof of Residence: Recent rent receipt/utility bill.
- Claim Proof: Screenshot of my accepted E-Ballot showing the $10,246.99 amount.

As a Class 7A creditor, I have been diligent in following all procedures. It is critical that this clerical error is corrected manually so I am not excluded from the upcoming distribution waves.

Thank you for your immediate assistance.

Sincerely,

Jérémy LEBAIR,
75 rue pierre semard,
92250, La Garenne-Colombes

| | |
|---|---|
| From: | kyc-support@ftx.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Mon, 30 Mar 2026, 11:23 |
| Subject: | Re: FINAL ESCALATION: Manual KYC Correction Required - Class 7A Claim - Customer Code 01394774 |

Dear customer,

Please reach out to Customer support at support@ftx.com for assistance with this matter,specifying the issue that you are currently facing in the email addressed to them.

Regards,

KYC Support
Email: kyc-support@ftx.com

[Standard confidentiality / Mimecast disclaimer omitted]

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | support@ftx.com |
| Cc: | FTXInfo@ra.kroll.com |
| Date: | Mon, 30 Mar 2026, 11:27 |
| Subject: | Fwd: FINAL ESCALATION: Manual KYC Correction Required - Class 7A Claim - Customer Code 01394774 |

To the Customer Support Team,

As instructed by the KYC Support team (see their email below), I am reaching out to you to resolve a critical technical mismatch on my account.

- The Issue: My account name is incorrectly set as my email address (cryptotiberspot@gmail.com) instead of my legal name. This prevents the automated KYC from passing.
- My Credentials: Customer Code 01394774 / Claim Amount $10,246.99 (Class 7A).

I have already provided all identity documents and a liveness selfie in the thread below. Please manually update my profile name to Jeremy LEBAIR so that the KYC process can be finalized.

Thank you for your urgent action.

Best regards,

Jérémy LEBAIR

[Forwarded message of KYC Support of 30 Mar 2026 11:23 omitted; reproduced above]

| | |
|---|---|
| From: | FTX Support <support@ftx.com> (Shandie) |
| To: | cryptotiberspot@gmail.com |
| Date: | Mon, 30 Mar 2026, 11:33 (02:33 PDT) |
| Subject: | Re: FINAL ESCALATION: Manual KYC Correction Required - Class 7A Claim - Customer Code 01394774 — ticket 345019 |

Your request (345019) has been updated.

Hello spot,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

[Attachments listed by Zendesk: Selfie_Verification.jpeg ; Proof_Of_Address.pdf ; Class 7A Dotcom Convenience Claims - 065d2f52c0dcd8c5.pdf ; ID_Identity_Card.pdf]

| | |
|---|---|
| From: | FTX Trading Ltd. <ftxinfo@ra.kroll.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Mon, 30 Mar 2026, 20:51 |
| Subject: | Re: FINAL ESCALATION: Manual KYC Correction Required - Class 7A Claim - Customer Code 01394774 |

Jeremy,

Thank you for your inquiry.

Kroll, as the claims and noticing agent for these proceedings, does not have access to personal FTX account information.

For concerns regarding the FTX customer claims portal, please visit the Frequently Asked Questions available at: https://support.ftx.com/hc/en-us.

If additional support is required, you can reach the FTX Customer Support team at support@ftx.com.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

### 6. Thread "FORMAL COMPLAINT" — ticket 345040 (30 March - 8 April 2026)

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | FTXInfo@ra.kroll.com, support@ftx.com, KYC-Support@ftx.com |
| Date: | Mon, 30 Mar 2026, 21:00 |
| Subject: | FORMAL COMPLAINT - SYSTEMIC BLOCKING - Claim 01394774 - Name/Email Mismatch |
| Attachments: | Proof_Of_Address.pdf ; Selfie_Verification.jpeg ; Class 7A Dotcom Convenience Claims - 065d2f52c0dcd8c5.pdf ; ID_Identity_Card.pdf |

To whom it may concern,

I am filing a formal complaint regarding my Class 7A Claim (Customer Code: 01394774 / Amount: $10,246.99). I am currently caught in an unacceptable administrative loophole between the Debtors and the Claims Agent, preventing me from completing my KYC and receiving my distribution.

The Facts of the Blocking Issue: My KYC status is "Failed" because my FTX account name was incorrectly set as my email address (cryptotiberspot@gmail.com) instead of my legal name. This is a clerical error that I cannot correct myself on the portal.

The Administrative Failure (Evidence of Diligence):
1. KYC Support referred me to General Support.
2. General Support (Agent Shandie) stated on March 30, 2026, that they "are not able to make changes at this time."
3. Kroll stated today that they "do not have access to account information."

My Demand: This lack of coordination is a denial of my rights as a creditor. I have provided all necessary legal identity documents (Passport, Liveness Selfie, and Proof of Address) attached to this email.

I request an immediate manual override of my profile name to Jérémy LEBAIR or a reset of my KYC portal step with the correct name string so I can finalize the process (Steps 7 & 8).

I am copying the Official Committee of Unsecured Creditors (UCC) on this matter. If no resolution is provided within 48 hours, I will formally escalate this to the U.S. Trustee's office to report an obstruction of the court-approved distribution process.

Sincerely,

Jérémy LEBAIR
Customer Code: 01394774
FTX Account ID: 29968438

| | |
|---|---|
| From: | FTX Support <support@ftx.com> (John) |
| To: | cryptotiberspot@gmail.com |

| | |
|---|---|
| Date: | Mon, 30 Mar 2026, 21:07 (12:07 PDT) |
| Subject: | Re: FORMAL COMPLAINT - SYSTEMIC BLOCKING - Claim 01394774 - Name/Email Mismatch — ticket 345040 |

Your request (345040) has been updated.

Hi there,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed "Failed". With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims' proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,
FTX Customer Support

| | |
|---|---|
| From: | FTX Trading Ltd. <ftxinfo@ra.kroll.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Tue, 31 Mar 2026, 21:20 |
| Subject: | Re: FORMAL COMPLAINT - SYSTEMIC BLOCKING - Claim 01394774 - Name/Email Mismatch |

Jérémy,

Thank you for your inquiry.

Kroll, as the claims and noticing agent for these proceedings, does not have access to personal FTX account information.

For concerns regarding the FTX customer claims portal, please visit the Frequently Asked Questions available at: https://support.ftx.com/hc/en-us.

If additional support is required, you can reach the FTX Customer Support team at support@ftx.com.

[Standard Kroll notice omitted]

Regards,

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | FTX Trading Ltd. <ftxinfo@ra.kroll.com> |

| | |
|---|---|
| Date: | Fri, 3 Apr 2026, 10:43 |
| Subject: | Re: FORMAL COMPLAINT - SYSTEMIC BLOCKING - Claim 01394774 - Name/Email Mismatch |

Dear Kroll Team,

Thank you for your reply and for directing me toward FTX Customer Support.

However, I am writing back because I am currently facing a procedural deadlock. As you suggested, I have already contacted the FTX Customer Support team regarding my naming mismatch (Email address appearing as Profile Name), but their official response (from Agent "Shandie") was that they "are not able to make changes at this time".

Since I am a confirmed Class 7A creditor (Claim ID: 01394774) with an accepted amount of $10,246.99, I would appreciate your guidance on the following:
1. If FTX Support cannot make the change and Kroll does not have account access, which department is authorized to correct clerical errors on the creditor portal?
2. Is there a specific form or a supervisor I should reach out to, so that my legal name can be correctly reflected for KYC purposes?

I am simply trying to follow the court-approved process to receive my distribution. I have attached my identity documents and the refusal from FTX Support to this email for your review.

Thank you for your help in resolving this administrative impasse.

Best regards,

Jérémy LEBAIR
Customer Code: 01394774 - FTX Account ID: 29968438

| | |
|---|---|
| From: | FTX Trading Ltd. <ftxinfo@ra.kroll.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Tue, 7 Apr 2026, 16:41 |
| Subject: | Re: FORMAL COMPLAINT - SYSTEMIC BLOCKING - Claim 01394774 - Name/Email Mismatch |

Jeremy,

Thanks for your email.

As previously stated, Kroll, as the claims and noticing agent for these proceedings, does not have access to any personal FTX account information.

Additionally, to ensure we can assist you effectively, we kindly request that you provide us with your phone number and the preferred time for a call.

You may also contact the FTX restructuring hotline at 888-482-0049 (Toll-free within the United States or Canada) or 646-440-4176 (if calling outside of the United States or Canada). Operators are available from 9 a.m. - 6 p.m. Eastern Time Monday through Friday.

Information including access to court documents, and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/FTX/.

[Standard Kroll notice omitted]

Regards,
Kroll Inquiries

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | FTX Trading Ltd. <ftxinfo@ra.kroll.com> |
| Date: | Tue, 7 Apr 2026, 17:06 |
| Subject: | Re: FORMAL COMPLAINT - SYSTEMIC BLOCKING - Claim 01394774 - Name/Email Mismatch |

Dear Kroll Team,

Thank you for your reply. Here are my contact details and availability:
- Phone number: +33658055535
- Language: Please note that I am a French speaker and I do not speak English. I would appreciate it if a French-speaking agent could call me, or if we could resolve this via email.
- Availability: I am available from 10:00 AM to 6:00 PM French time (CET/CEST), which corresponds to 4:00 AM to 12:00 PM Eastern Time (ET).

Note: If you need to schedule a specific appointment outside of these hours, please let me know by email so I can arrange to be available.

Summary of the technical issue: My KYC verification is currently blocked because my profile name is incorrectly set as my email address (cryptotiberspot@gmail.com) instead of my legal name: LEBAIR JEREMY.

I look forward to your call or your email instructions to resolve this.

Best regards,

Jérémy LEBAIR
Customer Code: 01394774
FTX Account ID: 29968438

| | |
|---|---|
| From: | FTX Trading Ltd. <ftxinfo@ra.kroll.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Wed, 8 Apr 2026, 23:43 |
| Subject: | Re: FORMAL COMPLAINT - SYSTEMIC BLOCKING - Claim 01394774 - Name/Email Mismatch |

Jeremy,

Thank you for your email.

We don't have a French-speaking operator at this time.

And as previously stated, Kroll, as the claims and noticing agent for these proceedings, does not have access to personal FTX account information.

### 7. Thread "URGENT - Request for Manual Review" — ticket 350656 (31 August - 1 September 2026)

| | |
|---|---|
| From: | spot bot <cryptotiberspot@gmail.com> |
| To: | KYC-Support@ftx.com |
| Cc: | support@ftx.com |

Date: Mon, 31 Aug 2026, 23:19
Subject: URGENT - Request for Manual Review and Correction of Original FTX Account Name - KYC Failed

Hello,

I am writing to request a manual review and escalation of my KYC case, as I have been trying to resolve this issue with customer support for several months without success.

My FTX Customer Claims Portal account currently has a KYC status of "Failed". The reason for this issue is a historical data-entry error made when I originally created my FTX account.

Explanation of the issue

When I created my original FTX account, I accidentally entered my email address in the name field instead of entering my legal name.

As a result, my profile currently displays my email address as my "Name", while the same email address is also correctly displayed in the Email field.

For example, the profile currently effectively shows:
- Name: cryptotiberspot@gmail.com
- Email: cryptotiberspot@gmail.com

This is clearly the result of an accidental mistake made during the original account registration process.

Because the name stored on my original FTX account is my email address rather than my real legal name, my identity documents obviously cannot match the incorrect name recorded in the original account information. This appears to be the reason why my KYC verification cannot be successfully completed.

I am the original account holder

I would like to emphasize that I am the genuine and original owner of this FTX account.

I still have access to:
- the original registered email address;
- my FTX Customer Claims Portal account;
- the account authentication and security mechanisms associated with the account.

I have also successfully completed other stages of the Customer Claims Portal, including:
- Step 1 - Initiate Account Owner Authentication
- Step 2 - Verify Identity of the Original FTX Account Owner
- access to Step 4 - View Account Balances
- access to Step 5 - View Your Proof of Claim Status
- participation in Step 6 - Vote

The only unresolved issue is Step 3 - KYC, which is currently marked as Failed because the name stored in the original FTX account contains my email address instead of my actual legal name.

Request for manual correction

I respectfully request that this case be escalated to the appropriate team for a manual review of the original account information.

I am not requesting any exception from the KYC requirements. I am fully willing to complete all required identity verification procedures and provide any documentation necessary.

I am requesting assistance with correcting or otherwise resolving the incorrect name data associated with my original FTX account so that my identity can be properly verified against my real legal name.

I am able to provide, if required:
- Passport or government-issued identification;
- Proof of access to the original registered email address;
- Screenshots of the original account/profile showing the incorrect name;
- Any additional documentation necessary to establish that I am the original account holder;
- Any historical information about the account that may assist with verification.

Previous attempts to resolve the issue

I have already contacted support multiple times over several months in an attempt to resolve this problem.

Unfortunately, the issue has remained unresolved, and my KYC status continues to be marked as Failed.

For this reason, I kindly ask that this request not simply be treated as a standard KYC rejection, but instead be reviewed as a case involving an obvious historical account data-entry error.

The incorrect name is not a different person's identity or an attempt to use someone else's information. The name field contains my own email address due to an accidental mistake during the original account registration.

I would be extremely grateful if this case could be escalated to a team or supervisor able to review the original account data and determine whether the incorrect name can be corrected or whether an alternative manual verification process is available.

This issue directly affects my ability to complete the claims process and resolve my approximately $10,246.99 FTX customer claim.

Please let me know exactly what documentation or information is required from me to resolve this matter.

Thank you very much for your time and assistance. I sincerely hope that, after my previous unsuccessful attempts to resolve this issue, this case can finally receive a detailed manual review.

Kind regards,

LEBAIR JEREMY
FTX registered email: cryptotiberspot@gmail.com
FTX Customer Code / Claim Number: 01394774

From: spot bot <cryptotiberspot@gmail.com>

To: KYC-Support@ftx.com
Cc: support@ftx.com
Date: Mon, 31 Aug 2026, 23:35
Subject: Re: URGENT - Request for Manual Review and Correction of Original FTX Account Name - KYC Failed
Attachments: Capture d'écran 2026-08-31 à 22.41.34.png (screenshot of the account profile — reproduced as Exhibit B-2)

---

Please find attached the screenshot that I forgot to include in my previous email.

As shown in the screenshot, my email address is incorrectly displayed in the Name field as well as in the Email field. This illustrates the original data-entry error I described in my previous message.

Thank you for your consideration and for reviewing my case.

Kind regards,
Jérémy LEBAIR

From: FTX Support <support@ftx.com> (Monica)
To: cryptotiberspot@gmail.com
Date: Tue, 1 Sep 2026, 01:45 (Aug 31, 16:45 PDT)
Subject: Re: URGENT - Request for Manual Review and Correction of Original FTX Account Name - KYC Failed — ticket 350656

---

Your request (350656) has been updated.

Hello spot,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

From: FTX Support <support@ftx.com> (Maureen)
To: cryptotiberspot@gmail.com
Date: Tue, 1 Sep 2026, 09:55 (00:55 PDT)
Subject: Re: URGENT - Request for Manual Review and Correction of Original FTX Account Name - KYC Failed — ticket 350656

---

Your request (350656) has been updated.

Hi there,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. KYC resubmission is no longer available. All customers, including yourself, were given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements. The FTX Recovery Trust reserves all rights, including the right to object, if necessary, to your claims at a later date.


Source: mailbox cryptotiberspot@gmail.com — originals retained, available on request — times as displayed in that mailbox (Paris time) unless stated

Thank you,

FTX Customer Support

| | |
|---|---|
| From: | FTX Support <support@ftx.com> (Philip) |
| To: | cryptotiberspot@gmail.com |
| Date: | Tue, 1 Sep 2026, 11:46 (02:46 PDT) |
| Subject: | Re: URGENT - Request for Manual Review and Correction of Original FTX Account Name - KYC Failed — ticket 350656 |

Your request (350656) has been updated.

Hi there,

At this time, KYC resubmission is no longer available. All customers, including yourself, were given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements. The FTX Recovery Trust reserves all rights, including the right to object, if necessary, to your claims at a later date.

Thank you,

FTX Customer Support

# EXHIBIT E

Kroll Ballot Confirmation E-mail of August 11, 2024 Addressed to cryptotiberspot@gmail.com

**Exhibit E — Kroll ballot confirmation e-mail of 11 August 2024 addressed to cryptotiberspot@gmail.com (with the ballot submitted, relevant pages)**

Printout of mailbox cryptotiberspot@gmail.com — 1 message(s)

| | |
|---|---|
| From: | noreply.efiling@ra.kroll.com |
| To: | cryptotiberspot@gmail.com |
| Date: | Sun, 11 Aug 2024, 16:53 UTC (18:53 Paris) |
| Subject: | FTX - Ballot Confirmation Number: 3265-2-IXNBC-183364915 |
| Attachments: | Class 7A Dotcom Convenience Claims - 065d2f52c0dcd8c5.pdf (ballot as submitted; relevant pages reproduced hereafter) |

Hello:

We are in receipt of your FTX ballot submission. Please be advised that the submission has been assigned the below Confirmation Number:

FTX Ballot Confirmation Number: 3265-2-IXNBC-183364915

Please review and ensure that you have been assigned a Confirmation Number for each of your submissions. If you have not yet received a Confirmation Number for one of your submissions, please notify Kroll Restructuring Administration immediately by emailing FTXballots@ra.kroll.com.

Additionally, if you would like to make any changes to your submission, please resubmit your submission using the same Unique ID as the most recent submission will supersede the previous one.

Please note that as the claims, noticing and solicitation agent, Kroll Restructuring Administration receives and processes the information provided. The ultimate determination as to whether the submissions are accepted and valid lies with Debtors' counsel.

Originals are not required for this event.

Please let us know if you have any further questions by emailing FTXballots@ra.kroll.com.

Sincerely,
Kroll Restructuring Administration

80214-13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**BALLOT FOR VOTING TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF FTX TRADING LTD. AND ITS DEBTOR AFFILIATES**

**Class 7A Dotcom Convenience Claims**

**PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING THIS BALLOT CAREFULLY *BEFORE* COMPLETING THIS BALLOT.**

**PLEASE BE SURE TO LEAVE SUFFICIENT TIME TO CAREFULLY READ AND COMPLETE THIS BALLOT.**

**THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO AS TO BE *ACTUALLY RECEIVED* BY THE SOLICITATION AGENT BY AUGUST 16, 2024, AT 4:00 P.M., PREVAILING EASTERN TIME (THE "VOTING DEADLINE").**

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

80214-13

section 502 of the Bankruptcy Code as of the Solicitation Mailing Deadline and the Scheduled Amount is not scheduled as contingent, unliquidated or disputed, the Voting Amount shall be your Scheduled Amount. If your Proof of Claim is subject to a pending objection or an adversary complaint containing an assertion of disallowance under section 502 of the Bankruptcy Code as of the Solicitation Mailing Deadline and (i) the Scheduled Amount is scheduled as contingent, unliquidated or disputed or (ii) if your Proof of Claim is in respect of a Claim that does not appear in the Schedules, the Voting Amount shall be $1.00. For additional details regarding the Voting Amount, please refer to Section 4(ii) of the Solicitation and Voting Procedures.

When signing your Ballot, you will be certifying that, as of the Voting Record Date, you are the Holder of a Class 7A Dotcom Convenience Claim as set forth below and understand that you are eligible to make the stipulation in <u>**Item 4**</u>.

| **Relevant Ballot Amounts** |
| --- |
| **Scheduled Amount: $** 10264 |
| **Voting Amount: $** 10246.99 |

**For additional details regarding the treatment and rights for Class 7A Dotcom Convenience Claims under the Plan, please review the Disclosure Statement and the Plan.**

**<u>Item 4</u>. Stipulated Amount for Voting, Allowance and Distribution.**

If you do not make the Bahamas Opt-In Election, effective upon the Effective Date, the Debtors and the Wind Down Entities shall waive and not prosecute any Customer Preference Action (to the extent not designated by the Debtors as an Excluded Customer Preference Action) with respect to your Class 7A Dotcom Convenience Claim if you (i) vote to accept the Plan in <u>**Item 7**</u> of this Ballot and (ii) consent and stipulate in this <u>**Item 4**</u> to the Stipulated Amount below <u>***for voting, allowance and Distribution***</u>. For more details, please refer to Section 5.5 of the Plan.

**Stipulated Amount of your Class 7A Dotcom Convenience Claim for Voting, Allowance and Distribution: $** 10264

**If you would like to agree to your Stipulated Amount identified above <u>*for voting, allowance and Distribution*</u> in respect of your Class 7A Dotcom Convenience Claim, you should check the box below. In order to have the Debtors and the Wind Down Entities waive and not prosecute any Customer Preference Action (to the extent not designated by the Debtors as an Excluded Customer Preference Action) with respect to your Class 7A Dotcom Convenience Claim, you must both (i) agree to your Stipulated Amount <u>*for voting, allowance and Distribution*</u> in respect of your Class 7A Dotcom Convenience Claim as set forth in this <u>Item 4</u> and (ii) vote to accept the Plan in <u>Item 7</u> of this Ballot. If you agree to your Stipulated Amount <u>*for voting, allowance and Distribution*</u> in respect of your Class 7A Dotcom Convenience Claim, but do not vote to accept the Plan in <u>Item 7</u> of this Ballot, or if you vote to accept the Plan in <u>Item 7</u> of this Ballot, but do not agree to your Stipulated Amount for voting, allowance and Distribution in respect of your Class 7A Dotcom Convenience Claim,**

**the Debtors and the Wind Down Entities may still prosecute Customer Preference Action with respect to your Class 7A Dotcom Convenience Claim. Note that Excluded Customer Preference Actions are not waived by the Debtors or the Wind Down Entities regardless of whether you agree to your Stipulated Amount for voting, allowance and Distribution in respect of your Class 7A Dotcom Convenience Claim as set forth in this Item 4 or vote to accept the Plan in Item 7 of this Ballot. For the avoidance of doubt, any pending preference actions filed by the Debtors against any party shall be an Excluded Customer Preference Action, and the defendant of such action shall not be released from such action even if such holder properly agrees to the stipulated amount for voting, allowance and Distribution and votes in favor of the Plan. PLEASE BE ADVISED THAT IF YOU PROPERLY CONSENT AND STIPULATE TO THE STIPULATED AMOUNT, THE STIPULATED AMOUNT WILL SUPERSEDE ANY FILED OR SCHEDULED CLAIM AND SUCH STIPULATED AMOUNT SHALL CONTROL FOR VOTING, ALLOWANCE AND DISTRIBUTION IN RESPECT OF YOUR CLASS 7A DOTCOM CONVENIENCE CLAIM. FOR MORE DETAILS, PLEASE REFER TO SECTION 5.5 OF THE PLAN AND SECTION 6(E) OF THE DISCLOSURE STATEMENT.**

The undersigned, a Holder of a Class 7A Dotcom Convenience Claim against the Debtors as set forth in the chart above, elects as follows:

☒ The undersigned consents and stipulates to the Stipulated Amount as set forth in **Item 4** of this Ballot ***for voting, allowance and Distribution***.

**Item 5. Guide for Filling Out this Ballot.**

All Holders of Class 7A Dotcom Convenience Claims should review and consider whether to make the elections in this Ballot and review the Ballot Instructions in **Annex A** attached to this Ballot.

**Item 6. Treatment of Class 7A Dotcom Convenience Claims.**

A "Class 7A Dotcom Convenience Claim" is (a) any Dotcom Customer Entitlement Claim that is Allowed in an amount equal to or less than $50,000 or (b) any Dotcom Customer Entitlement Claim that is Allowed in an amount greater than $50,000 but that is reduced to an amount equal to or less than $50,000 by an irrevocable written election of the Holder of such Customer Entitlement Claim made on a properly executed and delivered Ballot; *provided* that where any portion of a Dotcom Customer Entitlement Claim has been transferred or subdivided, any transferred or subdivided portion shall continue to be treated together with the entire initial Dotcom Customer Entitlement Claim for purposes of determining whether any portion of such Dotcom Customer Entitlement Claim qualifies as a Dotcom Convenience Claim.

| Voting Class | Description | Treatment |
|---|---|---|
| Class 7A | Dotcom Convenience Claims | In full and final satisfaction, settlement, release, and discharge of and in exchange for its Allowed Dotcom Convenience Claim, each Holder of an Allowed Dotcom Convenience Claim shall receive payment in Cash in an |

80214-13

The undersigned, a Holder of a Class 7A Dotcom Convenience Claim against the Debtors as set forth in the chart in **Item 3**, or as set forth in the Stipulated Amount in **Item 4**, as applicable, votes to (please check **one box**):

| **Voting to Accept or Reject the Plan** |
|---|
| ☒ ACCEPT (VOTE FOR) THE PLAN<br>☐ REJECT (VOTE AGAINST) THE PLAN |

**Item 8. Third-Party Release.**

THE PLAN CONTAINS A THIRD-PARTY RELEASE. IF YOU DO NOT WISH TO GRANT THE THIRD-PARTY RELEASE, YOU MUST AFFIRMATIVELY OPT OUT OF THE THIRD-PARTY RELEASE. IF YOU DO NOT OPT OUT OF THE THIRD-PARTY RELEASE, THIS WILL BE CONSTRUED BY THE DEBTORS AS CONSENT TO THE THIRD-PARTY RELEASE. THE DEBTORS WILL REQUEST THE BANKRUPTCY COURT TO DEEM YOUR FAILURE TO OPT OUT AS CONSENT TO THE THIRD-PARTY RELEASE, INCLUDING CONSENT TO THE BANKRUPTCY COURT'S AUTHORITY TO GRANT THE THIRD-PARTY RELEASE.

IF YOU DO NOT OPT OUT OF THE THIRD-PARTY RELEASE, YOU WILL BE DEEMED A RELEASING PARTY PROVIDING THE RELEASES CONTAINED IN SECTION 10.5 OF THE PLAN. AS A HOLDER OF CLASS 7A DOTCOM CONVENIENCE CLAIMS, YOU ARE A "RELEASING PARTY" UNDER THE PLAN UNLESS YOU OPT OUT OF THE THIRD-PARTY RELEASE. YOU MAY CHECK THE BOX BELOW TO DECLINE TO GRANT THE THIRD-PARTY RELEASE.

YOU WILL BE CONSIDERED A "RELEASING PARTY" UNDER THE PLAN ONLY IF (I) THE BANKRUPTCY COURT DETERMINES THAT YOU HAVE THE RIGHT TO OPT OUT OF THE THIRD-PARTY RELEASE AND (II) YOU DO NOT CHECK THE BOX BELOW TO OPT OUT OF GRANTING THE RELEASES. YOUR RECOVERY UNDER THE PLAN REMAINS UNAFFECTED WHETHER OR NOT YOU ELECT TO OPT OUT OF THE THIRD-PARTY RELEASE. IF YOU VOTE TO ACCEPT THE PLAN IN **Item 7** OF THIS BALLOT, YOU MAY STILL VOTE TO OPT OUT OF THE THIRD-PARTY RELEASE.

| |
|---|
| ☐ **By checking this box, you elect to OPT OUT OF the Third-Party Release.** |

**Section 10.5 of the Plan contains the following Third-Party Release:**

**For good and valuable consideration, including the service of the Released Parties to facilitate the administration of the Chapter 11 Cases, the implementation of the Plan, and the distribution of proceeds, on and after the Effective Date, to the fullest extent permitted by applicable law, the Releasing Parties (regardless of whether a Releasing Party is a Released Party) shall be deemed to conclusively, absolutely, unconditionally, irrevocably and**

80214-13

been cast or (b) if any other ballot has been cast with respect to such Class 7A Dotcom Convenience Claim, then any such prior ballots are hereby revoked and deemed to be null and void.

**Item 10. Ballot Completion Information.**

| | |
|---|---|
| Name of Holder: | Lebair Jeremy |
| Signature: | |
| Signatory Name (if other than the Holder): | |
| Title (if other than the Holder): | |
| Address: | |
| Email Address: | cryptotiberspot@gmail.com |
| Telephone Number: | 0658055535 |
| Date Completed: | 08/11/2024 |

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot shall not constitute or be deemed a proof of claim or equity interest or an assertion of a claim or equity interest.

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT IN ACCORDANCE WITH INSTRUCTIONS CONTAINED HEREIN. THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS ACTUALLY RECEIVED BY THE SOLICITATION AGENT PRIOR TO THE VOTING DEADLINE VIA THE ONLINE VOTING PORTAL AT: HTTPS://RESTRUCTURING.RA.KROLL.COM/FTX OR BY REGULAR MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO FTX TRADING LTD. BALLOT PROCESSING CENTER, C/O KROLL RESTRUCTURING ADMINSITRATION LLC, 850 THIRD AVENUE, SUITE 412, BROOKLYN, NY 11232.**

**THE VOTING DEADLINE IS AUGUST 16, 2024, AT 4:00 P.M., PREVAILING EASTERN TIME.**

**THE SOLICITATION AGENT MUST ACTUALLY RECEIVE THIS BALLOT ON OR BEFORE THE VOTING DEADLINE.**

Eballot Confirmation: 3265-2-IXNBC-183364915

EBallot Electronically Submitted on (UTC) :2024-08-11T16:53:49.972Z

Submitted by: cryptotiberspot@gmail.com
Lebair Jeremy

# EXHIBIT F

Kroll E-mail Notice of the Objection of September 2, 2026 (Customer Code 01394774 / Claim No. 14650) as Received at Both of the Claimant's E-mail Addresses

## Exhibit F — Kroll e-mail notice of the Objection, 2 September 2026, as received at cryptotiberspot@gmail.com

| | |
|---|---|
| From: | FTX Noticing <ftxnoticing@noticing.ra.kroll.com> |
| To: | cryptotiberspot@gmail.com |
| Date: | Wed, 2 Sep 2026, 23:10 (Paris time) |
| Subject: | In re FTX Trading Ltd., et al, Case No. 22-11068, US Bankruptcy Court for the District of Delaware |

NOTICE TO ALL HOLDERS OF UNVERIFIED CLAIMS: THE FTX RECOVERY TRUST HAS FILED AN OBJECTION SEEKING TO DISALLOW AND EXPUNGE YOUR CLAIM. THE DEADLINE TO FILE A RESPONSE TO THE OBJECTION IS OCTOBER 2, 2026 AT 4:00 P.M. (ET). IF THE COURT SUSTAINS THE FTX RECOVERY TRUST\u2019S OBJECTION, YOUR CLAIM SHALL BE DISALLOWED AND EXPUNGED IN ITS ENTIRETY.

On September 1, 2026, the FTX Recovery Trust filed an Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) with the United States Bankruptcy Court for the District of Delaware (the \u201cCourt\u201d) [D.I. 36197] (the \u201cObjection\u201d) in the chapter 11 cases (the \u201cChapter 11 Cases\u201d) of FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (the \u201cDebtors\u201d). Please find below links to the Objection, the notice attached thereto, and the declaration submitted in support of the Objection.

FTX Recovery Trust\u2019s Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims). Hearing Scheduled for October 20, 2026 at 9:30 a.m. (ET). Response due by October 2, 2026 at 4:00 p.m. (ET) [Docket No. 36197]

Notice of Two Hundred Third Omnibus Objection to Proofs of Claim

Declaration of Michael S. Leto in Support of the FTX Recovery Trust\u2019s Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim With Rejected KYC (Customer Claims) [Docket No. 36198]

You are receiving this email because your KYC submission with respect to the following Customer Entitlement Claim (as defined below) associated with your Unique Customer Code was rejected as a Verification Failure Claims (see Objection for more information).

Unique Customer Code: 01394774 Claim No.: 14650 Schedule No.: 7459847

Below are important things to highlight about this notice you are receiving:

The FTX Customer Claims Portal is available here: https://claims.ftx.com

If the Court sustains the Objection and enters an order, your claim shall be disallowed and expunged in its entirety.

This notice is being sent to the Original Holders of the Customer Entitlement Claims listed above and subsequent transferees of such Customer Entitlement Claims.

For the avoidance of doubt, the FTX Recovery Trust reserves all rights with respect to the Customer Entitlement Claims that are the subject of the Objection. For the further avoidance of doubt, nothing contained in this email or the Objection is intended to amend, supersede, or otherwise modify any of the requirements or deadlines with respect to any aspect of section 7.14 of the Plan, including the Pre-Distribution Requirements (as defined in the Plan).

[Remainder of the notice (definitions and reservation of rights) omitted for brevity; full text identical to the copy received at cryptotiberspot@gmail.com.]

FTX Noticing
Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

**Exhibit F — Kroll e-mail notice of the Objection, 2 September 2026, as received at lebair.jeremy@gmail.com**

Printout of mailbox lebair.jeremy@gmail.com — 1 message(s)

| | |
|---|---|
| From: | FTX Noticing <ftxnoticing@noticing.ra.kroll.com> |
| To: | lebair.jeremy@gmail.com |
| Date: | Wed, 2 Sep 2026, 21:10 UTC (23:10 Paris) |
| Subject: | In re FTX Trading Ltd., et al, Case No. 22-11068, US Bankruptcy Court for the District of Delaware |

NOTICE TO ALL HOLDERS OF UNVERIFIED CLAIMS: THE FTX RECOVERY TRUST HAS FILED AN OBJECTION SEEKING TO DISALLOW AND EXPUNGE YOUR CLAIM. THE DEADLINE TO FILE A RESPONSE TO THE OBJECTION IS OCTOBER 2, 2026 AT 4:00 P.M. (ET). IF THE COURT SUSTAINS THE FTX RECOVERY TRUST'S OBJECTION, YOUR CLAIM SHALL BE DISALLOWED AND EXPUNGED IN ITS ENTIRETY.

On September 1, 2026, the FTX Recovery Trust filed an Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) with the United States Bankruptcy Court for the District of Delaware (the "Court") [D.I. 36197] (the "Objection") in the chapter 11 cases (the "Chapter 11 Cases") of FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (the "Debtors"). Please find below links to the Objection, the notice attached thereto, and the declaration submitted in support of the Objection.

FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims). Hearing Scheduled for October 20, 2026 at 9:30 a.m. (ET). Response due by October 2, 2026 at 4:00 p.m. (ET) [Docket No. 36197]

Notice of Two Hundred Third Omnibus Objection to Proofs of Claim

Declaration of Michael S. Leto in Support of the FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim With Rejected KYC (Customer Claims) [Docket No. 36198]

You are receiving this email because your KYC submission with respect to the following Customer Entitlement Claim (as defined below) associated with your Unique Customer Code was rejected as a Verification Failure Claims (see Objection for more information).

Unique Customer Code: 01394774 Claim No.: 14650 Schedule No.: 7459847

Below are important things to highlight about this notice you are receiving:

The FTX Customer Claims Portal is available here: https://claims.ftx.com

If the Court sustains the Objection and enters an order, your claim shall be disallowed and expunged in its entirety.

This notice is being sent to the Original Holders of the Customer Entitlement Claims listed above and subsequent transferees of such Customer Entitlement Claims.

For the avoidance of doubt, the FTX Recovery Trust reserves all rights with respect to the Customer Entitlement Claims that are the subject of the Objection. For the further avoidance of

doubt, nothing contained in this email or the Objection is intended to amend, supersede, or otherwise modify any of the requirements or deadlines with respect to any aspect of section 7.14 of the Plan, including the Pre-Distribution Requirements (as defined in the Plan).

[Remainder of the notice (definitions and reservation of rights) omitted for brevity; full text identical to the copy received at cryptotiberspot@gmail.com.]

FTX Noticing
Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

# LETTRE VERTE

FRANCE

100g

POIDS MAX

DÉLAI
3 JOURS*

LA POSTE
FRANCE

CPLT AFF LETTRE RECO INTER
R1 AR

IP *19,95 EUR

R

Signature
Signature required

Veuillez scanner
Please scan

Option
Avis de réception

LETTRE **RECOMMANDÉE** INTERNATIONALE / OUTRE-MER 2*

**EXPÉDITEUR**

Clerk of the Court
United States Bankruptcy Court
For the District of Delaware
824 North Market street, 3rd floor
Wilmington, DE19801, United States of America

**DESTINATAIRE** INTER OM2*

LEBAIR JEREMY
75 RUE PIERRE SEMARD
92250 LA GARENNE-COLOMBES

626414 - LRI V2 EMP M5 0046274 02/26

LA POSTE

RK 88 596 479 5 FR

RK 88 596 479 5 FR

avisé CH PHILIPPE
le:
05/09

06026602785