# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

**ORDER SUSTAINING FTX RECOVERY TRUST'S AMENDED OBJECTION TO PROOFS OF CLAIM FILED BY SKYBRIDGE CAPITAL II, LLC, SKYBRIDGE GP HOLDINGS, LLC, AND SALT VENTURE GROUP, LLC**

Upon the amended objection (the "Objection") of the FTX Recovery Trust (the "Trust"), for an entry of an order (this "Order"), disallowing and expunging in their entirety proofs of claim set forth in **Schedule 1** attached hereto filed by SkyBridge Capital II, LLC, SkyBridge GP Holdings, LLC, and SALT Venture Group, LLC; and this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Objection in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Objection; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Objection and the relief requested therein has been provided in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and that, except as otherwise ordered herein, no other or further notice is necessary; and any replies (if any) to the Objection having been withdrawn, resolved or

overruled on the merits; and upon the record of any hearing held to consider the relief requested in the Objection; and this Court having found and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Objection is GRANTED as set forth herein.

2. The claims set forth in **Schedule 1** attached hereto are disallowed and expunged in their entirety.

3. Kroll Restructuring Administration LLC, as the Debtors' claims and administrative agent, is authorized and directed to update the claims register maintained in these Chapter 11 Cases to reflect the relief granted in this Order.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Trust's rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (v) an approval or assumption of any agreement, contract or lease under section 365 of the Bankruptcy Code; or (vi) a waiver of the Trust's rights under the Bankruptcy Code or any other applicable law.

5. Should one or more of the grounds of objection stated in the Objection be dismissed, the Trust's right to object on any other grounds that the Trust discovers is preserved.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Trust is authorized to take all actions necessary to effectuate the relief granted in this Order.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: __________________, 2026
Wilmington, Delaware

_____________________________________________
THE HONORABLE KAREN B. OWENS
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Schedule 1**

**Proofs of Claim**

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 4864 | Alameda TR Systems S. de R. L. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4697 | North Dimension Inc | SkyBridge Capital II, LLC | 6/29/2023 |
| 4777 | North Dimension Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4787 | North Wireless Dimension Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4814 | Alameda Research LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 4823 | LedgerPrime LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 4827 | Alameda Research Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4835 | Good Luck Games, LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 4845 | LedgerPrime Ventures, LP | SkyBridge Capital II, LLC | 6/29/2023 |
| 4850 | Alameda Research Yankari Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4853 | Technology Services Bahamas Limited | SkyBridge Capital II, LLC | 6/29/2023 |
| 4857 | Alameda Research KK | SkyBridge Capital II, LLC | 6/29/2023 |
| 4861 | Alameda TR Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4869 | LedgerPrime Digital Asset Opportunities Fund, LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 4871 | FTX Services Solutions Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4873 | Bancroft Way Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4879 | LT Baskets Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4881 | Maclaurin Investments Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4907 | Ledger Holdings Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4913 | West Innovative Barista Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4918 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | SkyBridge Capital II, LLC | 6/29/2023 |
| 4920 | Hilltop Technology Services LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 4924 | Digital Custody Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4925 | Hive Empire Trading Pty Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4928 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 4930 | Atlantis Technology Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 4931 | Clifton Bay Investments Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4936 | Cedar Grove Technology Services, Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4941 | Cottonwood Grove Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4943 | FTX Ventures Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4954 | Island Bay Ventures Inc | SkyBridge Capital II, LLC | 6/29/2023 |
| 4955 | LedgerPrime Digital Asset Opportunities Master Fund LP | SkyBridge Capital II, LLC | 6/29/2023 |
| 4957 | Blockfolio, Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4963 | FTX Hong Kong Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4965 | Alameda Research (Bahamas) Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4966 | Crypto Bahamas LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 4967 | Cottonwood Technologies Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4972 | Paper Bird Inc | SkyBridge Capital II, LLC | 6/29/2023 |
| 4973 | Allston Way Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4977 | West Realm Shires Services Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4978 | Clifton Bay Investments LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 4988 | FTX US Trading, Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 4990 | FTX Zuma Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 4991 | Global Compass Dynamics Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5005 | GG Trading Terminal Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5006 | FTX US Services, Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5009 | Alameda Research Holdings Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5014 | FTX Digital Holdings (Singapore) Pte Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5022 | FTX EMEA Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5023 | FTX Property Holdings Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5028 | FTX Canada Inc | SkyBridge Capital II, LLC | 6/29/2023 |
| 5037 | Quoine Pte Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5047 | FTX Japan Holdings K.K. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5051 | Hannam Group Inc | SkyBridge Capital II, LLC | 6/29/2023 |
| 5057 | FTX Lend Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5062 | FTX Marketplace, Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5084 | Goodman Investments Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 5086 | Deep Creek Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5088 | FTX (Gibraltar) Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5089 | Euclid Way Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5094 | Deck Technologies Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5097 | Pioneer Street Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5106 | Western Concord Enterprises Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5108 | Killarney Lake Investments Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5109 | FTX Digital Assets LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 5112 | West Realm Shires Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5118 | Alameda Global Services Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5122 | Cedar Bay Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5127 | West Realm Shires Financial Services Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5131 | Cardinal Ventures Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5132 | FTX Trading Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5133 | Blue Ridge Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5149 | Deck Technologies Holdings LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 5486 | Mangrove Cay Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5521 | FTX Equity Record Holdings Ltd | SkyBridge Capital II, LLC | 6/29/2023 |
| 5577 | Strategy Ark Collective Ltd. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5578 | Hawaii Digital Assets Inc. | SkyBridge Capital II, LLC | 6/29/2023 |
| 5579 | Verdant Canyon Capital LLC | SkyBridge Capital II, LLC | 6/29/2023 |
| 5569 | FTX Europe AG | SkyBridge Capital II, LLC | 6/29/2023 |
| 4349 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4362 | Euclid Way Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4407 | Deep Creek Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4566 | FTX Digital Holdings (Singapore) Pte Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4571 | FTX Digital Assets LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4575 | Ledger Holdings Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4585 | FTX Lend Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4603 | Deck Technologies Holdings LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4612 | Allston Way Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4622 | FTX Marketplace, Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 4645 | Alameda TR Systems S. de R. L. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4681 | Alameda TR Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4710 | Killarney Lake Investments Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4731 | FTX Canada Inc | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4745 | FTX (Gibraltar) Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4752 | Digital Custody Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4770 | FTX Equity Record Holdings Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4783 | Island Bay Ventures Inc | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4804 | Hilltop Technology Services LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4818 | North Dimension Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4838 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4840 | Hawaii Digital Assets Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4843 | North Dimension Inc | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4867 | Global Compass Dynamics Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4876 | Mangrove Cay Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4906 | Goodman Investments Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4909 | Good Luck Games, LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4915 | LT Baskets Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4922 | Strategy Ark Collective Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4937 | GG Trading Terminal Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4944 | Atlantis Technology Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4946 | LedgerPrime Digital Asset Opportunities Master Fund LP | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4948 | Quoine Pte Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4953 | FTX Ventures Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4958 | Technology Services Bahamas Limited | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4960 | Cottonwood Technologies Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4961 | FTX Hong Kong Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4968 | FTX EMEA Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4969 | Deck Technologies Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4971 | Pioneer Street Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4976 | FTX US Trading, Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 4986 | FTX US Services, Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4993 | FTX Services Solutions Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5003 | LedgerPrime LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5007 | LedgerPrime Digital Asset Opportunities Fund, LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5011 | Cardinal Ventures Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5013 | Bancroft Way Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5015 | Cedar Bay Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5021 | Clifton Bay Investments LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5024 | Clifton Bay Investments Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5025 | Crypto Bahamas LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5026 | FTX Japan Holdings K.K. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5027 | Paper Bird Inc | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5039 | Alameda Research Yankari Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5040 | North Wireless Dimension Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5043 | FTX Zuma Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5091 | Blue Ridge Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5092 | Hive Empire Trading Pty Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5093 | Alameda Research Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5095 | Cedar Grove Technology Services, Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5096 | Alameda Global Services Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5098 | West Realm Shires Services Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5099 | Hannam Group Inc | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5100 | Cottonwood Grove Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5101 | Alameda Research Holdings Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5102 | Alameda Research KK | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5105 | FTX Trading Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5107 | LedgerPrime Ventures, LP | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5110 | Western Concord Enterprises Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5111 | West Realm Shires Financial Services Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5113 | West Innovative Barista Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |

| Claim Number | Debtor | Creditor | Filing Date |
|---|---|---|---|
| 5117 | Blockfolio, Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5119 | Verdant Canyon Capital LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5124 | West Realm Shires Inc. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5138 | Alameda Research LLC | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5140 | FTX Property Holdings Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5142 | Alameda Research (Bahamas) Ltd | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5566 | Maclaurin Investments Ltd. | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 4589 | FTX Europe AG | SkyBridge GP Holdings, LLC | 6/29/2023 |
| 5126 | FTX Trading Ltd. | SALT Venture Group, LLC | 6/29/2023 |