**EXPRESS EASY** | **XED** | DHL

2026-09-18 MyDHL API 1.0 / *GLS certified label*

From : duino Santoni
Golden Insurance sas
Via Nino Bixio, 19
36100 VICENZA
ITALY

Origin: **VCE**

To : US Bankruptcy Court
Clerk of the court
District of Delaware
824 Market Street, 3rd floor
**19801 WILMINGTON**
**UNITED STATES OF AMERICA**

Contact:

BE02 **US-PHL-NJS** DENJ

**ADI-NPA**

Day | Time

Pce/Shpt Weight **0.5 kg** | Piece **1/1**

Content : DOCUMENTS, GENERAL BUSINESS

WAYBILL 27 6738 1050

(2L)US19801+60000000

Ref Code:

NJOC 32 EDD: COMM
2767381050
PCS:1

SECURITY CHECKED

THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED FOR SECURITY PURPOSES, BY THE PERSON(S) NAMED:

FOR CLIENT (PRINT NAME)

FOR CLIENT (SIGNATURE)

FOR DHL (PRINT NAME)

FOR DHL (SIGNATURE)

STATION

DHL

EXPRESS EASY

XED

DHL

2026-09-18 MyDHL AP 1.0 / *GLS certified label*

From : Iduino Santoni
Golden Insurance sas
Via Nino Bixio, 19
36100 VICENZA
ITALY

Origin:
VCE

To : US Bankruptcy Court
Clerk of the court
District of Delaware
824 Market Street, 3rd floor
**19801 WILMINGTON**
**UNITED STATES OF AMERICA**

Contact:

BE02 **US-PHL-NJS** DENJ

**ADI-NPA**

Day Time

Pce/Shpt Weight: **0.5 kg**

Piece: **1/1**

Content : DOCUMENTS, GENERAL BUSINESS

WAYBILL 27 6738 1050

(2L)US19801+60000000

Ref Code:

NJOC 32
EDD: COMM
2767381050
PCS:1