**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re:**
**FTX Trading Ltd., et al.,**
**Debtors.**

**Case No. 22-11068 (KBO)**
**(Jointly Administered)**

**RESPONSE TO THE FTX RECOVERY TRUST'S TWO HUNDRED THIRD (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM WITH REJECTED KYC (CUSTOMER CLAIMS) [D.I. 36197] AND REQUEST FOR CONTINUED KYC REVIEW / OWNERSHIP LINKAGE**

**Claim No. 15629**
Unique Customer Code: 00404651
Schedule No.: 7383870 (Schedule 1 – Verification Failure Claims)

Nick Yakutilov, the sole beneficial owner and holder of Proof of Claim No. 15629 (the "Claim"), respectfully submits this Response to the FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [D.I. 36197] (the "203rd Objection") and states as follows:

**1. Background and Prior Status**

- The Claim has been the subject of prior omnibus objections and has consistently been carried forward with a "Continued" or adjourned status rather than expunged.
- Specifically, Claim 15629 was adjourned on the Debtors' One Hundred Twenty-Third (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim [D.I. 27179], as noted in the footnote to Schedule 1 of the 203rd Objection.
- The undersigned previously filed responses (including a supplemental response in May 2026) explaining the ownership situation and ongoing efforts to complete KYC / ownership linkage. Those responses resulted in the Claim remaining active and under review.

**2. Nature of the KYC Issue – Verification Failure / Name Mismatch**

- The 203rd Objection classifies the Claim as a "Verification Failure Claim" on Schedule 1 because of a mismatch between prepetition KYC information associated with the account and the postpetition KYC information submitted by the undersigned.
- The undersigned is the **sole beneficial owner** of the account and the Claim. The account was registered under a different name. The undersigned has repeatedly explained this ownership structure to the FTX Recovery Trust / Sullivan & Cromwell (including Julie and Renae) and has offered to provide any additional documentation, transaction records, or other evidence necessary to establish ownership and complete the KYC process.
- The undersigned has never failed or refused to respond to outreach. On the contrary, the undersigned has been proactive for many months, regularly contacting Trust counsel, offering additional materials, and standing ready to cure any perceived deficiency.

**3. Ongoing Good-Faith Efforts and Communications**

- The undersigned has maintained continuous, professional communication with the FTX Recovery Trust team (including Julie and, more recently, Renae) regarding Claim 15629.
- Multiple follow-up emails have been sent (approximately every 10–14 days) reconfirming readiness to provide any further information or documentation needed to resolve the ownership linkage and complete Step 7 / remaining KYC requirements.
- The undersigned remains fully prepared to submit any additional supporting materials immediately upon request.

**4. Request for Relief**

For the foregoing reasons, the undersigned respectfully requests that the Court:

a. Overrule the 203rd Objection as to Claim No. 15629 / Unique Customer Code 00404651, or, in the alternative, continue the Claim for further review and resolution of the KYC / ownership linkage issues;

b. Direct the FTX Recovery Trust and its KYC vendors to work cooperatively with the undersigned to resolve the name/ownership discrepancy so that the Claim can be Allowed;

c. Confirm that the Claim is not subject to disallowance and expungement under the 203rd Objection while good-faith efforts to complete KYC remain ongoing; and

d. Grant such other and further relief as the Court deems just and proper.

The undersigned is available for any telephonic or virtual conference the Court or the Trust may find helpful and stands ready to provide any additional documentation on short notice.

**Dated: September 28, 2026**

Respectfully submitted,

/s/ *Nick Yakutilov*

Nick Yakutilov
1720 E 13TH ST APT 2B
Brooklyn, NY 11229
alishb@protonmail
Claim No. 15629
Pro Se Claimant