## Re: Discrepancy in Account Information – Clarification requested

From alishb <alishb@protonmail[redacted]

To KYC-Support@ftx[redacted] <kyc-support@ftx[redacted]

CC nickyakutilov@gmail[redacted] sohne[redacted]ullcrom[redacted] FTXClaims@sullcrom[redacted] lrcftxclaimsteam@lrcl[redacted]microsoft[redacted] ftxobjectionrespo[redacted]alvarezandmarsal[redacted]

Date Friday, May 8th, 2026 at 11:12 AM

**Subject:** Re: KYC Verification Questions – Claim No. 15629 – Unique Customer Code 404651

Dear KYC Support Team,

Thank you for reaching out. I am responding to your questions below. I have also CC'd Julie Sohnen and the FTX Claims team who are currently reviewing the ownership linkage for this account.

**Answers:**

1. **Account opening date:** [redacted]
2. **Referral link or promotional code** [redacted]
3. **Phone number registered at signup:** [redacted]
4. **Withdrawal password:** [redacted]
5. **FTX Earn and/or Spot margin trading:** [redacted]

I confirm I am the **sole beneficial owner** of this account (Claim No. 15629). Julie and the team have my government-issued ID and other supporting documents on file for the name linkage.

I can also provide **transaction records** showing BTC deposits and withdrawals from this FTX account going directly to [redacted] **account** as further proof of control.

Please let me know if you need any of these records or any additional information.

Best regards,
**Nick Yakutilov**
Claim No. 15629
Unique Customer Code: 404651

On Friday, May 8th, 2026 at 12:52 AM, kyc-[redacted]rt@ftx[redacted] <kyc-[redacted]rt@ft[redacted]> wrote:

> Dear Customer,
>
> To further process your KYC can you please answer the below questions to the best of your ability.
>
> When did you open your FTX account? Please provide the exact date or an estimated month and year.
> Did you sign up using a referral link or promotional code?
> Which phone number did you register when you signed up for an account?
> Did you set-up a withdrawal password?
> Did you enable FTX Earn and/or Spot margin trading? Which one did you enable?
>
> Best regards,
> KYC Support
>
> FTX RECOVERY TRUST
>
> **Please validate the sender's domain is @ftx[redacted]before proceeding**
> FTX Recovery Trust will never ask you to connect your wallets
>
> Email: [redacted]
>
> **Disclaimer**
>
> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.
>
> This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast



**Sohnen, Julie R.** <sohnenj@sullcrom[redacted] Tue, May 5, 3:18 PM
to me, *FTXClaims, LRC, FTX

***Subject to FRE 408 and Foreign and State Law Equivalents***
***CONFIDENTIAL***

Dear Nick,

The FTX Recovery Trust's records show that the FTX account you are inquiring about is registered under a different name than the one included in your email. Could you please provide your full name and any potential other names that might be associated with your account so that we may confirm and link you to the correct account?

Best,
Julie

**Subject:** Re: Account Name Mismatch – Claim No. 15629 – Unique Customer Code 404651

Dear Julie,

Thank you for your email.

The FTX account in question was originally created [redacted] am the **sole beneficial owner** and have been the exclusive user and controller of the account since its creation.

My full legal name is **Nick Yakutilov**. There are [redacted] account.

To confirm my ownership and link the account properly, I am happy to provide any of the following documentation:

- Government-issued photo ID (passport/driver's license)
- Original account creation confirmation emails
- Transaction history showing my exclusive use
- Any other information the FTX Recovery Trust requires

This account corresponds to **Proof of Claim No. 15629** and **Unique Customer Code 404651**. My claim is currently in "Continued" status due to the long-standing KYC technical issues we have been trying to resolve.

Please let me know exactly what documentation you need so we can resolve the name mismatch and complete verification promptly.

Thank you for your assistance.

Best regards,

**Current Status of My Claim**

- My claim is currently listed with a **"Continued" status** on the Kroll claims portal.
- This "Continued" status has persisted for an extended period following my prior response to the 123rd Omnibus Objection in 2024.

**Ongoing KYC Verification Issues**

Despite repeated attempts over more than two years, I have been unable to complete the required Know Your Customer (KYC) verification due to persistent technical bugs and system errors in the FTX Customer Portal[redacted]pecific issues I have encountered and documented include:

- Status changing from "Verified" to "Failed, "Tax number is incorrect", "Error fetching income tax forms from server", "Sumsub acts only as a data processor", etc.
- I have submitted numerous support tickets / inquiries.
- Screenshots, correspondence, and error logs are attached as **Exhibits B and C** (and will be provided in greater detail upon request).

These technical barriers have prevented me from completing pre-distribution requirements (KYC, tax forms, and distribution provider onboarding) despite good-faith, diligent efforts.

**Reference to Current Objection Proceedings**

The FTX Recovery Trust recently filed the **Two Hundredth Omnibus Objection to Unverified Customer Entitlement Claims** (Docket No. 35232, filed on or about April 1, 2026). Although I have not located my specific claim number on the public exhibits/schedules attached to that objection, my claim's "Continued" status directly relates to the ongoing omnibus objection process concerning customer entitlement and KYC verification.

The objection carries a response deadline of **May 7, 2026**, and (if sustained) a final KYC submission deadline of **June 30, 2026**.

**Demand for Immediate Resolution**

**Subject:** Re: Account Name Mismatch – Claim No. 15629 – Unique Customer Code 404651

Dear Julie,

Thank you for the update.

To the best of my knowledge, the following are **all possible names** that could be associated with the account (including the original creator and any KYC performed by a friend):

[redacted]

I confirm that I am the **sole beneficial owner** and exclusive user of the account since its creation. No other individuals have any ownership interest.

The Level 1 identity verification information was submitted on [redacted]

Could you please confirm:

1. What name is **currently showing** as the registered/KYC account holder for Unique Customer Code 404651?
2. Whether any internal FTX team has changed or updated the registered name on the account?

I am prepared to immediately provide my transaction history, and any other documentation needed to verify ownership and complete the linkage.

Thank you for your assistance. Please let me know the next steps.

Best regards,
**Nick Yakutilov**
Claim No. 15629

**Huh, Christopher J.** <huhc@sullcrom[redacted] Tue, Aug 25, 11:04 AM
to me, *FTXClaims, LRC, FTX

***Subject to FRE 408 and Foreign and State Law Equivalents***
***CONFIDENTIAL***

Nick,

The FTX Recovery Trust team is still reviewing your KYC materials and does not have any updates on the timeline or additional detail regarding the status of the review. Thank you for your continued patience.

Best,
Chris

**Christopher J. Huh**
+1[redacted]43 (T) I +1[redacted]37 (M)
...

# FTX Support/Sullcrom Email Excerpts May - Aug 2026

--------------------------------------------------------