**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**[REDACTED]**
Name of Transferor

**Address:**

[Redacted / on file]

**99 Unicorns LLC**
Name of Transferee

**Name and Address of Transferee:**

99 Unicorns LLC
30 N Gould St Ste N
Sheridan, Wyoming 82801
Email: 99unicornsllc@gmail.com

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 00349480 | [Redacted] | [As stated on Schedule below] | FTX Trading Ltd. | **22-11068** |
| Proof of Claim No. 50598 Proof of Claim Confirmation ID No. 3265-70-OKYVZ-676611 977 | [Redacted] | [As stated on Schedule below] | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Volodymyr Tsymbaliuk
Transferee/Transferee's Agent

Date: September 23, 2026

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Identity of Transferor

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00349371 | | FTT[25.9992], MATH[69.986], SRM[34.17967751], SRM_LOCKED[.10292997], TRX[.000777], USDT[227.0442172] | | |
| 00349378 | | AAVE-PERP[0], ADA-PERP[0], ALGO[116], ALGO-PERP[0], ALICE-PERP[0], ALT-PERP[0], APT-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC-PERP[0], CAKE-PERP[0], CEL-PERP[0], CHZ-PERP[0], CRV[2108], CRV-PERP[0], DOGE[816], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], ENS-PERP[0], ETH[0], ETH-PERP[0], EXCH-PERP[0], FTM-PERP[0], FTT-PERP[ -1], GALA-PERP[0], GRT-PERP[0], HOT-PERP[0], INJ-PERP[0], KAVA-PERP[0], KLUNC-PERP[0], KNC-PERP[0], KSM-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNA2[1.43010778], LUNA2_LOCKED[3.33691815], LUNA2-PERP[ -1], LUNC[311408.98], LUNC-PERP[ -13000], MASK-PERP[0], MATIC[63], MATIC-PERP[0], NEAR-PERP[0], PEOPLE-PERP[0], ROSE-PERP[0], RSR-PERP[0], RVN-PERP[0], SOL-PERP[0], SRM-PERP[0], SUSHI-PERP[0], UNI-PERP[0], USD[1186.37], USDT[.00749002], VET-PERP[0], WAVES-PERP[0], XMR-PERP[0], XRP[.845234], XRP-PERP[0], XTZ-PERP[0] | | |
| 00349381 | | FTT[.1917322], SRM[80.58973458], SRM_LOCKED[305.66026542], USD[12.42], USDT[0] | | |
| 00349404 | | 1INCH[5.99796000], 1INCH-PERP[0], ALT-PERP[0], AURY[3.99932], BTC[0], BTC-0325[0], BTC-PERP[0], DOGE[0], DOT-PERP[0], ETH[0], ETH-PERP[0], FTT[.000131], FTT-PERP[0], ICP-PERP[0], JET[44.99983], LINA[0], LINA-PERP[0], LUNA2[0.00373187], LUNA2_LOCKED[0.00870770], LUNC[812.62291824], LUNC-PERP[0], ONT-PERP[0], RAY[4.99915], SOL[0], SOL-20210625[0], TONCOIN[0], TONCOIN-PERP[0], UMEE[9.4441], USD[0.00], XRP[0] | | |
| 00349412 | | 1INCH[0], 1INCH-PERP[0], AAVE-20210326[0], AAVE-PERP[0], ADA-20210924[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMPL[0], AMPL-PERP[0], ANC-PERP[0], APE-PERP[0], ASD[0], ASD-PERP[0], ATLAS-PERP[0], AVAX[0.00797984], AVAX-0624[0], AVAX-20210625[0], AVAX-20210924[0], AVAX-PERP[0], AXS-0930[0], AXS-PERP[0], BADGER-PERP[0], BAO-PERP[0], BCH-PERP[0], BIT[.38130211], BIT-PERP[0], BNB-20210625[0], BNB-PERP[0], BTC[0], BTC-20201225[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-PERP[0], CEL[0], CEL-PERP[0], COMP-20210625[0], COMP-PERP[0], CREAM-20210326[0], CREAM-PERP[0], CRV-PERP[0], DEFI-20210326[0], DEFI-PERP[0], DMG-20201225[0], DMG-PERP[0], DOGE-PERP[0], DOT[.02290002], DOT-20210326[0], DOT-20210924[0], DOT-PERP[0], DYDX-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-20201225[0], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-PERP[0], ETHW[0], FIDA-PERP[0], FIL-20201225[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[540.06763999], FTT-PERP[0], GALA-PERP[0], GAL-PERP[0], GME[.00000002], GME-20210625[0], GMEPRE[0], GMT-PERP[0], GOOGL[.0001], GRT[0], GRT-20210326[0], GRT-PERP[0], HOLY-PERP[0], ICP-PERP[0], KAVA-PERP[0], KIN-PERP[0], KNC-PERP[0], KSHIB-PERP[0], LDO-PERP[0], LINA-PERP[0], LINK[.05156239], LINK-20201225[0], LINK-20210326[0], LINK-20210625[0], LINK-PERP[0], LTC-20210326[0], LTC-20210625[0], LTC-20211231[0], LTC-PERP[0], LUNA2[0.00009184], LUNA2_LOCKED[0.00021431], LUNC-PERP[0], MAPS-PERP[0], MATIC[0], MATIC-PERP[0], MER-PERP[0], MKR-PERP[0], NEAR[.04837503], NEAR-PERP[0], NFT (290620571386821176/FTX EU - we are here! #179859)[1], NFT (302014835774477763/FTX EU - we are here! #179806)[1], NFT (478673929992858674/FTX AU - we are here! #50432)[1], NFT (506466708112092850/FTX EU - we are here! #179704)[1], OKB-PERP[0], OMG-PERP[0], OP-PERP[0], PERP-PERP[0], QTUM-PERP[0], RAY[0], RAY-PERP[0], REN-PERP[0], RSR[0], RSR-PERP[0], RUNE-PERP[0], SECO-PERP[0], SHIB-PERP[0], SOL-0325[0], SOL-20210326[0], SOL-20210625[0], SOL-PERP[0], SRM[1.95690136], SRM_LOCKED[120.46435405], SRM-PERP[0], SUSHI-20210625[0], SUSHI-20210924[0], SUSHI-PERP[0], SXP-20210326[0], SXP-20210924[0], SXP-PERP[0], THETA-20210924[0], THETA-PERP[0], TLM-PERP[0], TRX-PERP[0], TRYB-20201225[0], TRYB-PERP[0], TULIP-PERP[0], UNI[0], UNI-PERP[0], UNISWAP-20201225[0], UNISWAP-PERP[0], USD[1162.88], USDT[0.00000003], USDT-PERP[0], USTC-PERP[0], XEM-PERP[0], XRP-20201225[0], XRP-20210326[0], XRP-20210625[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0] | Yes | |
| 00349429 | | LUNA2[0.02755384], LUNA2_LOCKED[0.06429229], LUNC[5999.9068621], USD[0.05] | | |
| 00349480 | | 1INCH[1744.00591], 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[86.2], ASD-PERP[0], ATLAS[9.81], ATLAS-PERP[0], ATOM[129.5000555], ATOM-PERP[0], AVAX[57.6000215], AVAX-PERP[0], BABA[25.5550875], BAL-PERP[0], BAND[.0017195], BAR[263.8070455], BILI[35.15017475], BLT[8], BNB[8.8650169], BOBA[.0088765], BTC[0.10052541], BTC-PERP[0], C98[5624.01744], C98-PERP[0], CELO-PERP[0], CHR-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRV[1100], CRV-PERP[0], CVX[169.9000395], CVX-PERP[0], DEFI-PERP[0], DODO-PERP[29506.1], DOGE[6508], DOGE-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], ETH[0.01118070], ETH-PERP[0], ETHW[127.09577170], EUR[18003.01], FLOW-PERP[0], FTM[.73799], FTM-PERP[0], FTT[187.3872125], FTT-PERP[0], GALA-PERP[0], GENE[.0008195], GLD[24.33003645], GLMR-PERP[0], GMT[1540], GMT-PERP[0], GODS[.0054545], GOG[2881.013775], HNT[211.200495], IMX[1900.8014255], IMX-PERP[0], INJ-PERP[0], INTER[.003554], KNC-PERP[0], KSM-PERP[0], LINA-PERP[0], LOOKS[3564.00157], LOOKS-PERP[12515], LTC[.00503842], LTC-PERP[0], LUNA2[0.13815461], LUNA2_LOCKED[0.32236077], LUNC[30083.45890786], LUNC-PERP[0], MATIC[5], MATIC-PERP[0], MID-PERP[0], MOB[11.488748], NEAR[396.300171], NEAR-PERP[0], NFT (291551425000022539/The Hill by FTX #37061)[1], NFT (293928750871762141/The Hill by FTX #43822)[1], NFT (294585767250230696/The Hill by FTX #36422)[1], NFT (298335904483917143/The Hill by FTX #43876)[1], NFT (304582365180869912/The Hill by FTX #36663)[1], NFT (307906860210460670/The Hill by FTX #37878)[1], NFT (311485077978432646/The Hill by FTX #36665)[1], NFT (320410146837326414/The Hill by FTX #36383)[1], NFT (327539959307684869/The Hill by FTX #40092)[1], NFT (329979882306943860/The Hill by FTX #37921)[1], NFT (336013574137859824/The Hill by FTX #37050)[1], NFT (341395174773225036/The Hill by FTX #36252)[1], NFT (342153426361612298/The Hill by FTX #37915)[1], NFT (342547357367016681/The Hill by FTX #43843)[1], NFT (348595837987477609/The Hill by FTX #37918)[1], NFT (349845289620358341/The Hill by FTX #37052)[1], NFT (350042772299591396/The Hill by FTX #43815)[1], NFT (359394572231041956/The Hill by FTX #37053)[1], NFT (365826995087280591/The Hill by FTX #37959)[1], NFT (370083506598478657/The Hill by FTX #36670)[1], NFT (372630168358124342/The Hill by FTX #36465)[1], NFT (374090761564262612/The Hill by FTX #37874)[1], NFT (381778840014261179/The Hill by FTX #36661)[1], NFT (389910237311377276/The Hill by FTX #36349)[1], NFT (394623995250793891/The Hill by FTX #37906)[1], NFT (395182760936657485/The Hill by FTX #36347)[1], NFT (395657556313669776/The Hill by FTX #37063)[1], NFT (396113953452933654/The Hill by FTX #43819)[1], NFT (401161832999699630/The Hill by FTX #43818)[1], NFT (401439802674133520/The Hill by FTX #37914)[1], NFT (414070283906459897/The Hill by FTX #37890)[1], NFT (417436324674732427/The Hill by FTX #36353)[1], NFT (422918551925878716/The Hill by FTX #37057)[1], NFT (424702390626037301/The Hill by FTX #36355)[1], NFT (433256378973799578/The Hill by FTX #37917)[1], NFT (447039650726854909/The Hill by FTX #37044)[1], NFT (447585069573958373/The Hill by FTX #37058)[1], NFT (452819143303439305/The Hill by FTX #37879)[1], NFT (455517180847298965/The Hill by FTX #37945)[1], NFT (458859143335628333/The Hill by FTX #43873)[1], NFT (462258087361586096/The Hill by FTX #37054)[1], NFT (462467342038272378/The Hill by FTX #43844)[1], NFT (464029567476301397/The Hill by FTX #36662)[1], NFT (465235955310512277/The Hill by FTX #37926)[1], NFT (469117975082309790/The Hill by FTX #37062)[1], NFT (472583507235288096/The Hill by FTX #43872)[1], NFT (475851291286983818/The Hill by FTX #37883)[1], NFT (479659813436365344/The Hill by FTX #37048)[1], NFT (480038475550538795/The Hill by FTX #37046)[1], NFT (484307676428106200/The Hill by FTX #36668)[1], NFT (490807140018738963/The Hill by FTX #37049)[1], NFT (492701863541541337/The Hill by FTX #37055)[1], NFT (496686613304749515/The Hill by FTX #36361)[1], NFT (506285056879692337/The Hill by FTX #37056)[1], NFT (523163026206222352/The Hill by FTX #36392)[1], NFT (531341414321712870/The Hill by FTX #37913)[1], NFT (538684295472353010/The Hill by FTX #37927)[1], NFT (542284197363573681/The Hill by FTX #43825)[1], NFT (558496078959279587/The Hill by FTX #37045)[1], NFT (560799049714213889/The Hill by FTX #43382)[1], NFT (566391920593583491/The Hill by FTX #36359)[1], NFT (575836989424202217/The Hill by FTX #37059)[1], ONE-PERP[0], OP-PERP[0], PAXG[6.000025], PERP[1963.6006455], PERP-PERP[17480.7], QI[4.0162], RAY-PERP[0], REN-PERP[0], RUNE-PERP[0], SAND[1.000005], SAND-PERP[0], SLRS[.931712], SLV[408.2013655], SNX-PERP[0], SOL[37.23224785], SOL-PERP[0], SRM-PERP[0], STG[264.000495], SUSHI-PERP[0], SXP-PERP[0], TLM[.11262], TLM-PERP[0], TONCOIN[493.938005], TRX[50.000044], UNI-PERP[0], USD[129536.66], USDT[295.43400470], WAVES-PERP[0], WRX[.010135], XMR-PERP[0], XRP-PERP[0], YGG[.177265] | | |
| 00349493 | | 1INCH[.894664], AAVE[0.00617933], APE[.0029915], ATLAS[8130], AURY[499.000825], AVAX[24.300211], AXS-PERP[0], BNB[1.64980451], BNB-PERP[0], BTC[0.00000068], BTC-PERP[0], CRO[1350.00675], DOGE[1891.79073984], DOT-20210326[0], ENJ[.7456375], ETH[0.01000136], ETH-PERP[0], ETHW[2.01001635], FTM-PERP[0], FTT[476.57101335], GMT[395.02938], HKD[0.45], LOOKS[.03413], LOOKS-PERP[0], LUNA2[0.85057090], LUNA2_LOCKED[1.98466543], LUNC[.00006015], LUNC-PERP[0], MATIC[.0004], MATIC-PERP[0], NEAR[50.300567], RAY[325.93900722], RAY-PERP[0], RUNE[.0021095], SAND[.002095], SAND-PERP[0], SC-PERP[0], SHIB-PERP[0], SLP-PERP[0], SNX[.086244], SOL[1269.27536937], SOL-PERP[0], SUSHI[.434222], SUSHI-PERP[0], UNI[70.56873659], UNI-PERP[0], USD[18546.44], USDT[10847.01880967] | | BNB[1.565515], DOGE[1857.037763], SOL[362.260031] |
| 00349534 | | 1INCH-PERP[0], AAVE-PERP[0], ADABULL[.0008896], ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALPHA-PERP[0], APT-PERP[0], AR-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-20210924[0], ATOM-PERP[0], AUDIO-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAND-PERP[0], BAO-PERP[0], BAT-PERP[0], BCH[.0001394], BIT-PERP[0], BNB[0.00013316], BNB-PERP[0], BOBA-PERP[0], BTC-PERP[0], BTT-PERP[0], BTTPRE-PERP[0], CELO-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[0], CREAM-PERP[0], DENT-PERP[0], DODO-PERP[0], DOGE-1230[0], DOGE-PERP[0], DOT-20210326[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETHBULL[261.95664440], ETH-PERP[0], ETHW[.0004], ETHW-PERP[0], FIDA-PERP[0], FIL-PERP[0], FTM-PERP[0], FTT[0], FTT-PERP[250], GALA-PERP[0], GLMR-PERP[0], GMT-PERP[0], GRT-PERP[0], GST-PERP[0], HBAR-PERP[0], HOT-PERP[0], HT-PERP[0], HUM-PERP[0], ICX-PERP[0], INDI[.988], INJ-PERP[0], KBTT-PERP[0], KIN-PERP[0], KLAY-PERP[0], KLUNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LEO-PERP[0], LINA-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTCBULL[30000], LUNA2[2.29572981], LUNA2_LOCKED[5.35670289], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATICBULL[.5766], MATIC-PERP[0], MCB-PERP[0], MER-PERP[0], MINA-PERP[0], MNGO-PERP[0], MOB-PERP[0], MTA-PERP[0], NEAR-PERP[0], NEO-PERP[0], NPXS-PERP[0], OP-1230[0], OP-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], PUNDIX-PERP[0], RNDR-PERP[0], ROOK-PERP[0], ROSE-PERP[0], SAND-PERP[0], SC-PERP[0], SHIB-PERP[0], SLP-PERP[0], SOL-PERP[0], SOS-PERP[0], SPELL-PERP[0], SRM-PERP[0], SRN-PERP[0], STEP-PERP[0], STG-PERP[0], STMX-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX[0.00556700], TRX-PERP[0], TULIP-PERP[0], UNISWAPBULL[.9974], USD[ -218.71], USDT[401.14693722], USTC-PERP[0], VET-PERP[0], WAVES-0325[0], WAVES-PERP[0], XRP-PERP[0], YFI-20211231[0], YFI-PERP[0], ZIL-PERP[0] | | |
| 00349538 | | AAVE-PERP[0], ADA-PERP[0], ALCX-PERP[0], ALT-PERP[0], AR-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BNB[0.02902311], BNB-PERP[0], BTC[0.00002169], BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-20210924[0], BTC-20211231[0], BTC-MOVE-WK-20210730[0], BTC-MOVE-WK-20210806[0], BTC-PERP[0], CAKE-PERP[0], COMP-PERP[0], COPE[0], CREAM-PERP[0], CRV-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], DRGN-PERP[0], DYDX-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH[0.00054229], ETH-0325[0], ETH-0624[0], ETH-1230[0], ETH-20210924[0], ETH-20211231[0], ETHBULL[0], ETH-PERP[0], ETHW[0.00020596], EUR[0.43], EXCH-PERP[0], FTM-PERP[0], FTT[0.07643139], FTT-PERP[0], ICP-PERP[0], ICX-PERP[0], IOTA-PERP[0], LEO-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MID-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], ONE-PERP[0], OXY-PERP[0], PERP-PERP[0], PRIV-PERP[0], RAY-PERP[0], RUNE-PERP[0], SHIB[10000000], SHIT-PERP[0], SOL[0], SOL-20210326[0], SOL-PERP[0], SPELL-PERP[0], SRM[.09198039], SRM_LOCKED[.48552478], SRM-PERP[0], STEP-PERP[0], SUSHI-20210326[0], SUSHI-PERP[0], TULIP-PERP[0], UNISWAP-PERP[0], USD[70019.88], USDT[0], XRP-PERP[0], YFII-PERP[0], ZEC-PERP[0] | | |
| 00349540 | | BAO[1], BNB[2.76453383], BTC[.2158], ETH[7.02992278], ETHW[7.02992278], GMT[.4479527], LUNA2_LOCKED[461.3541669], SOL[99.2], TRX[.000009], USD[480.11], USDT[2319.64192971] | Yes | |
| 00349547 | | 1INCH[0], 1INCH-PERP[0], AAVE[0], AAVE-PERP[0], AGLD-PERP[0], AMPL[0], AMPL-PERP[0], APE[0], APE-PERP[0], ASD-PERP[0], ATLAS-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BAO-PERP[0], BNB[0.00000001], BNB-PERP[0], BRZ[0], BTC[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-MOVE-20201221[0], BTC-MOVE-20201225[0], BTC-MOVE-20201226[0], BTC-MOVE-20201227[0], BTC-MOVE-20201228[0], BTC-MOVE-20201229[0], BTC-MOVE-20201230[0], BTC-PERP[0], CEL[0.00000001], CEL-PERP[0], CVX-PERP[0], DOGE[0], DOGE-PERP[0], ENJ-PERP[0], ETH[0.00000001], ETH-20211231[0], ETH-PERP[0], ETHW[0], FTM[0], FTM-PERP[0], FTT[57.53225935], FTT-PERP[0], GBP[156268.00], HT[0], HT-PERP[0], JASMY-PERP[0], LDO-PERP[0], LINK[0.00000001], LINK-PERP[0], LOOKS[0], LOOKS-PERP[0], LRC-PERP[0], LTC[0], LTC-PERP[0], LUNA2[0.01257373], LUNA2_LOCKED[0.02933874], LUNC[0.00213449], LUNC-PERP[0], MATIC-PERP[0], MKR[0], MKR-PERP[0], OKB[0.09621685], OKB-PERP[0], OMG-PERP[0], OXY-PERP[0], PERP-PERP[0], RAY[0.00000001], RAY-PERP[0], RNDR-PERP[0], ROOK[0], RSR[0], RSR-PERP[0], RUNE[0.05846700], RUNE-PERP[0], SNX[0], SNX-PERP[0], SOL[0], SOL-PERP[0], SRM[26.55300645], SRM_LOCKED[117.60909679], SRM-PERP[0], SUN[1], SUSHI[0.00000001], SUSHI-20211231[0], SUSHI-PERP[0], SXP[0], SXP-PERP[0], TONCOIN-PERP[0], TRX[1000], TRX-PERP[0], UNI[0], UNI-PERP[0], UNISWAP-20210924[0], UNISWAP-PERP[0], USD[46877.77], USDT[200.01145407], USTC[0], USTC-PERP[0], XRP[0], XRP-PERP[0], YFI[0], YFI-PERP[0] | | |
| 00349554 | | BNB[.008354], ETH[.00083539], FTM[.7], FTM-PERP[40000], LUNA2_LOCKED[714.654473], LUNC[80026550.1893964], LUNC-PERP[0], MATIC-PERP[0], TRX[.022321], USD[ -12850.85], USDT[ -0.00244851] | | |
| 00349595 | | BNB-PERP[ -0.5], BTC-PERP[0], DOGE[776.70669062], DYDX-PERP[0], ETH-PERP[0], FTT[31.79353522], FTT-PERP[0], LUNA2[9.09561185], LUNA2_LOCKED[21.22309432], LUNC[1042231.49829177], MATIC-PERP[0], SAND-PERP[0], SHIB[11000000], SOL[.09135351], SOL-PERP[ -15.84], SOS[10000000], TRX[.000777], USD[1383.75], USDT[0.00000001], USTC[610.00093341], VET-PERP[4363], XRP-PERP[0], YFI-PERP[0] | | |
| 00349609 | | AXS[0], BIT[0], BTC[0], CHZ[0], CLV[0], CRV[0], ENS[.00000001], ETH[0], ETHW[0], FTM[0], FTT[86.49426502], FXS[0], HNT[0], JOE[0], LOOKS[0], LUNA2[0.00279275], LUNA2_LOCKED[0.00651643], LUNC[0], MAPS[0], MATIC[0], MER[0], RUNE[0], SAND[0], SOL[23.13212402], SRM[69.94573352], SRM_LOCKED[1.6666673], STG[0], SUSHI[0], TONCOIN[0], USD[0.14], USDT[0] | | |
| 00349615 | | ADA-PERP[0], AVAX-PERP[0], BTC-PERP[0], CVX-PERP[0], ETH[0], ETH-PERP[0], FLOW-PERP[0], FTT[0], FTT-PERP[0], GMT-PERP[0], LUNA2[0.12713507], LUNA2_LOCKED[0.29664850], LUNC[.0060091], LUNC-PERP[0], MATIC-PERP[0], RAY-PERP[0], RSR-PERP[0], SOL-PERP[0], TRX-PERP[0], USD[0.00], USDT[0] | | |