**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| In re:<br><br>Spring Valley Lots, LLC,[2]<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 24-12158 (KBO) |

**FIRST AMENDED STIPULATION MODIFYING LITIGATION SCHEDULE GOVERNING CLAIMS AND OBJECTIONS OF THE FTX RECOVERY TRUST AND THE ARGENT LIQUIDATION TRUST**

This stipulation (the "Amended Stipulation") is made and entered into by and among (i) the FTX Recovery Trust and (ii) the Argent Liquidation Trust ("Argent," and together with the FTX Recovery Trust, the "Parties"), by and through their respective undersigned counsel. In support of this Amended Stipulation, the Parties respectfully state as follows:

WHEREAS, on August 27, 2026, the Parties entered into the Stipulation Governing Litigation of Claims and Objections of the FTX Recovery Trust and the Argent Liquidation Trust

---

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the FTX Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2 The last four digits of Spring Valley Lots, LLC's tax identification number are 0474. The mailing address of Spring Valley Lots, LLC is Dundon Advisers LLC, 565 Fifth Avenue, 16th Floor, New York, NY 10017, c/o Matthew Dundon, Argent Liquidation Trustee. The Post-Effective Date Debtor's case was previously jointly administered under the lead case of *Silvergate Capital Corp*. (24-12158 (KBO)).

(the "Original Stipulation"), which set forth a Litigation Schedule (as defined in the Original Stipulation).

WHEREAS, on August 28, 2026, the Court entered orders approving the Original Stipulation in Case No. 22-11068 (KBO) [Docket No. 36189] and in Case No. 24-12157 (KBO) [Docket No. 65].

WHEREAS, Paragraph 9 of the Original Stipulation provides that "the Litigation Schedule shall be further modified only by a writing signed by all Parties approved by the Court, or otherwise upon entry of an order of the Court entered upon notice to the Parties";

WHEREAS, the Parties have agreed to extend by one week the deadlines to file Dispositive Motions (as defined in the Original Stipulation), oppositions thereto, and replies in support thereof, and to leave all other dates in the Litigation Schedule unchanged;

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval by the Court it shall be so ordered:

1. The Litigation Schedule is amended as follows:

| EVENT | ORIGINAL DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Deadline for the Parties to file Dispositive Motions / Preliminary Objection to Claims | October 1, 2026 | **October 8, 2026** |
| Deadline for the Parties to file Oppositions to Dispositive Motions | November 2, 2026 | **November 9, 2026** |
| Deadline for the Parties to file Replies in support of their Dispositive Motions | November 17, 2026 | **November 24, 2026** |

2. Except as expressly set forth in Paragraph 1, all other dates in the Litigation Schedule and all other terms in the Original Stipulation remain unchanged and in full force and effect.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Stipulation and the Litigation Schedule.

Dated: September 30, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
bellerb@sullcrom.com

*Counsel to the FTX Recovery Trust*

**POTTER ANDERSON & CORROON LLP**

*/s/ L. Katherine Good*
L. Katherine Good (No. 5101)
Gregory J. Flasser (No. 6154)
Sameen Rizvi (No. 6902)
Ethan H. Sulik (No. 7270)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
esulik@potteranderson.com

-and-

**MILBANK LLP**
Dennis F. Dunne (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
Daniel M. Perry (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5770
Facsimile: (212) 822-5770
E-mail: dunne@milbank.com
ldoyle@milbank.com
dperry@milbank.com

-and-

**MILBANK LLP**
Andrew M. Leblanc (admitted *pro hac vice*)
Melanie Westover Yanez (admitted *pro hac vice*)
Hannah Blazek (admitted *pro hac vice*)
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7574
Facsimile: (202) 263-7574
Email: aleblanc@milbank.com
mwyanez@milbank.com
hblazek@milbank.com

*Counsel to the Argent Liquidation Trust*