**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BENJAMIN S. BELLER IN SUPPORT OF THE REPLY IN FURTHER SUPPORT OF THE FTX RECOVERY TRUST'S FIRST AMENDED OBJECTION TO PROOFS OF CLAIM FILED BY ALEX MASHINSKY**

I, Benjamin S. Beller, hereby declare under penalty of perjury:

1. I am a member in good standing of the Bar of the State of New York and have been admitted *pro hac vice* to practice before this Court. I am a partner of Sullivan & Cromwell LLP and am one of the attorneys representing the FTX Recovery Trust in the above-captioned proceedings. I submit this declaration in support of the *Reply in Further Support of the FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* (the "Reply"), filed concurrently herewith, to place before the Court certain documents referenced in the Reply.[2]

2. Attached hereto as Exhibit A is a true and correct copy of Proof of Claim No. 2314.

3. Attached hereto as Exhibit B is a true and correct copy of Proof of Claim No. 85255.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of post-effective date debtor entities in these chapter 11 cases, a complete list of the post-effective date debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Recovery Trust's claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Defined terms used but not otherwise defined herein shall have the meanings ascribed to them in the Reply.

4. Attached hereto as Exhibit C is a true and correct copy of Proof of Claim No. 88339.

5. Attached hereto as Exhibit D is a true and correct copy of Proof of Claim No. 89699.

6. Attached hereto as Exhibit E is a true and correct copy of the transcript of the May 8, 2025 sentencing hearing of Alex Mashinsky in the *United States* v. *Alexander Mashinsky* (No. 1:23-cr-00347) proceedings.

7. Attached hereto as Exhibit F is a true and correct copy of the transcript of the December 3, 2024 plea hearing of Alex Mashinsky in the *United States* v. *Alexander Mashinsky* (No. 1:23-cr-00347) proceedings.

Dated: October 2, 2026

*/s/ Benjamin S. Beller*
Benjamin S. Beller