# EXHIBIT D

# FTX Non Customer Proof of Claim Form

## Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission. EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

EPOC IDs are not required to submit a claim. If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

## Instructions

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This claim form should not be used to assert claims against Emergent Fidelity Technologies Ltd.**

**Fill in all the information about the claim as of November 14, 2022 for Debtor West Realm Shires Inc. and as of November 11, 2022 for all other Debtors.**

☑ Check here to see further instructions on completing your claim form:

## Debtor Selection

**Check the box to identify the Debtor against whom you assert a claim (select only one Debtor per claim form):**

- ○ FTX Trading Ltd. (Case No. 22-11068)
- ○ Alameda Aus Pty Ltd (Case No. 22-11104)
- ○ Alameda Global Services Ltd. (Case No. 22-11134)
- ○ Alameda Research (Bahamas) Ltd (Case No. 22-11105)
- ○ Alameda Research Holdings Inc. (Case No. 22-11069)
- ○ Alameda Research KK (Case No. 22-11106)
- ◉ Alameda Research LLC (Case No. 22-11066)
- ○ Alameda Research Ltd (Case No. 22-11067)
- ○ Alameda Research Pte Ltd (Case No. 22-11107)
- ○ Alameda Research Yankari Ltd (Case No. 22-11108)
- ○ Alameda TR Ltd (Case No. 22-11078)
- ○ Alameda TR Systems S. de R. L. (Case No. 22-11109)
- ○ Allston Way Ltd (Case No. 22-11079)
- ○ Analisya Pte Ltd (Case No. 22-11080)
- ○ Atlantis Technology Ltd. (Case No. 22-11081)
- ○ Bancroft Way Ltd (Case No. 22-11082)
- ○ Blockfolio, Inc. (Case No. 22-11110)
- ○ Blue Ridge Ltd (Case No. 22-11083)
- ○ Cardinal Ventures Ltd (Case No. 22-11084)
- ○ Cedar Bay Ltd (Case No. 22-11085)
- ○ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)
- ○ Clifton Bay Investments LLC (Case No. 22-11070)
- ○ Clifton Bay Investments Ltd (Case No. 22-11111)
- ○ Cottonwood Grove Ltd (Case No. 22-11112)
- ○ Cottonwood Technologies Ltd (Case No. 22-11136)
- ○ Crypto Bahamas LLC (Case No. 22-11113)
- ○ DAAG Trading, DMCC (Case No. 22-11163)
- ○ Deck Technologies Holdings LLC (Case No. 22-11138)
- ○ Deck Technologies Inc. (Case No. 22-11139)
- ○ Deep Creek Ltd (Case No. 22-11114)
- ○ Digital Custody Inc. (Case No. 22-11115)
- ○ Euclid Way Ltd (Case No. 22-11141)
- ○ FTX (Gibraltar) Ltd (Case No. 22-11116)
- ○ FTX Canada Inc (Case No. 22-11117)
- ○ FTX Certificates GmbH (Case No. 22-11164)
- ○ FTX Crypto Services Ltd. (Case No. 22-11165)
- ○ FTX Digital Assets LLC (Case No. 22-11143)
- ○ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118)
- ○ FTX EMEA Ltd. (Case No. 22-11145)
- ○ FTX Equity Record Holdings Ltd (Case No. 22-11099)
- ○ FTX EU Ltd. (Case No. 22-11166)
- ○ FTX Europe AG (Case No. 22-11075)
- ○ FTX Exchange FZE (Case No. 22-11100)
- ○ FTX Hong Kong Ltd (Case No. 22-11101)
- ○ FTX Japan Holdings K.K. (Case No. 22-11074)
- ○ FTX Japan K.K. (Case No. 22-11102)
- ○ FTX Japan Services KK (Case No. 22-11103)
- ○ FTX Lend Inc. (Case No. 22-11167)
- ○ FTX Marketplace, Inc. (Case No. 22-11168)
- ○ FTX Products (Singapore) Pte Ltd (Case No. 22-11119)
- ○ FTX Property Holdings Ltd (Case No. 22-11076)
- ○ FTX Services Solutions Ltd. (Case No. 22-11120)
- ○ FTX Structured Products AG (Case No. 22-11122)
- ○ FTX Switzerland GmbH (Case No. 22-11169)
- ○ FTX Trading GmbH (Case No. 22-11123)
- ○ FTX US Services, Inc. (Case No. 22-11171)
- ○ FTX US Trading, Inc. (Case No. 22-11149)
- ○ FTX Ventures Ltd. (Case No. 22-11172)
- ○ FTX Zuma Ltd (Case No. 22-11124)
- ○ GG Trading Terminal Ltd (Case No. 22-11173)
- ○ Global Compass Dynamics Ltd. (Case No. 22-11125)
- ○ Good Luck Games, LLC (Case No. 22-11174)
- ○ Goodman Investments Ltd. (Case No. 22-11126)

- ○ Hannam Group Inc (Case No. 22-11175)
- ○ Hawaii Digital Assets Inc. (Case No. 22-11127)
- ○ Hilltop Technology Services LLC (Case No. 22-11176)
- ○ Hive Empire Trading Pty Ltd (Case No. 22-11150)
- ○ Innovatia Ltd (Case No. 22-11128)
- ○ Island Bay Ventures Inc (Case No. 22-11129)
- ○ Killarney Lake Investments Ltd (Case No. 22-11131)
- ○ Ledger Holdings Inc. (Case No. 22-11073)
- ○ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177)
- ○ LedgerPrime Bitcoin Yield Enhancement Master Fund LP (Case No. 22-11155)
- ○ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156)
- ○ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157)
- ○ LedgerPrime LLC (Case No. 22-11158)
- ○ LedgerPrime Ventures, LP (Case No. 22-11159)
- ○ Liquid Financial USA Inc. (Case No. 22-11151)
- ○ Liquid Securities Singapore Pte Ltd (Case No. 22-11086)
- ○ LiquidEX LLC (Case No. 22-11152)
- ○ LT Baskets Ltd. (Case No. 22-11077)
- ○ Maclaurin Investments Ltd. (Case No. 22-11087)
- ○ Mangrove Cay Ltd (Case No. 22-11088)
- ○ North Dimension Inc (Case No. 22-11153)
- ○ North Dimension Ltd (Case No. 22-11160)
- ○ North Wireless Dimension Inc. (Case No. 22-11154)
- ○ Paper Bird Inc (Case No. 22-11089)
- ○ Pioneer Street Inc. (Case No. 22-11090)
- ○ Quoine India Pte Ltd (Case No. 22-11091)
- ○ Quoine Pte Ltd (Case No. 22-11161)
- ○ Quoine Vietnam Co. Ltd (Case No. 22-11092)
- ○ Strategy Ark Collective Ltd. (Case No. 22-11094)
- ○ Technology Services Bahamas Limited (Case No. 22-11095)
- ○ Verdant Canyon Capital LLC (Case No. 22-11096)
- ○ West Innovative Barista Ltd. (Case No. 22-11097)
- ○ West Realm Shires Financial Services Inc. (Case No. 22-11072)
- ○ West Realm Shires Inc. (Case No. 22-11183)
- ○ West Realm Shires Services Inc. (Case No. 22-11071)
- ○ Western Concord Enterprises Ltd. (Case No. 22-11098)
- ○ Zubr Exchange Ltd (Case No. 22-11132)

## Part 1: Identify the Claim

**1. Who is the current Creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

- ◉ No
- ○ Yes

Creditor Name

Koala1 LLC

Other names the creditor used with the debtor

Email the creditor used with the debtor

alex@mashinsky.com

**2. Has this claim been acquired from someone else?**

- ◉ No
- ○ Yes

From whom?

**3. Where should notices and payments to the Creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the Creditor be sent?**

Name:

Koala1 LLC

Address 1 (Street address, “Care of:”, or “Attention To:”):

140 E 63 St PH4

Address 2:

Address 3:

Address 4:

City:

New York

State or Province (use 2-letter abbreviation if US or Canada):

NY

Zip Code | Postal Code:

10065

**Is the creditor address outside of the US?**

◉ No
○ Yes

Contact phone:

6465524499

Contact email:

alex@mashinsky.com

**Should payments go to a different address?**

◉ No
○ Yes

**Would you like to add any additional noticing addresses?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

Claim number on court claims registry (if known)

**5. Do you know if anyone else has filed a Proof of Claim for this claim?**

◉ No
○ Yes

Who made the earlier filing?

## Part 2a: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

◉ No
○ Yes

Last 4 digits of the debtor's account or any number you use to identify the debtor:

## If filing a claim for cryptocurrency, please fill in 7b.

**7a. How much is the claim?**

$

Does this amount include interest or other charges?

◉ No
○ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**If asserted liability is in a currency other than U.S. dollars or cryptocurrency, provide:**

(i) the currency type:

(ii) the amount in such currency

(iii) a conversion rate to U.S. dollars

**7b. List the number of each type and quantity of each coin owed as of the date the case was filed (November 11, 2022)**

Please use only numerals and decimals in the Count fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

| Coin List | Count | Coin List | Count |
|---|---|---|---|
| CEL | 6507977 | | |
| | | | |
| | | | |

## Part 2b: Give Information About the Claim as of the Date the Case Was Filed

**8. What is the basis of the claim?**

Fraud, market manipulation, contract interference.

**9. Is all or part of the claim secured?**

◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate

☐ Motor vehicle

☐ Other

Describe:

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

Annual Interest Rate (when case was filed) % -

- ○ Fixed
- ○ Variable

**Annual Interest Rate (when case was filed) %:**

**10. Is this claim based on a lease?**

- ◉ No
- ○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

- ◉ No
- ○ Yes

Identify the property.

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

- ◉ No
- ○ Yes

- ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).
- ☐ Wages, salaries, or commissions (up to $15,150) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).
- ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).
- ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).
- ☐ Other

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

- ◉ No
- ○ Yes.

**Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case (s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. If claim is for both goods and services, provide your total claim amount (goods & services) in section 7a. and the value of the goods here. Attach documentation supporting such claim. See the instructions above on what further information is required.**

## Part 3: Electronic Signature

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**

**18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ○ I am the creditor.
- ◉ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the Debtor, or their authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

### Executed on date (Calculated in UTC)

12/13/2023

Signature



I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

alex mashinsky

Title/Company:

Address 1:

140 E 63 St PH4

Address 2:

City:

New York

State or Province (use 2-letter abbreviation if US or Canada):

NY

Zip Code | Postal Code:

10065

Is this address outside of the US?

- (●) No
- ( ) Yes

Contact phone:

6465524499

Contact email:

alex@mashinsky.com

## Supporting Documentation

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

- (●) I have supporting documentation
- ( ) I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

RMF_DOC-#1014532-v2-Rider_to_Amended_POC_-_Koala1_-_FTX (1).pdf 173 KB

**Attachment Filename**

RMF_DOC-#1014532-v2-Rider_to_Amended_POC_-_Koala1_-_FTX (1).pdf

Sheryl P. Giugliano
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600
*Attorneys for Koala1 LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**RIDER TO AMENDED PROOF OF CLAIM FILED BY KOALA1 LLC**

1. Basis for Claim

    a. This amended proof of claim (the "**Amended Proof of Claim**") is asserted by Koala1 LLC (the "**Claimant**") a creditor of FTX Trading Ltd. (the "**FTX Debtor**"), a debtor and debtor in possession in the above-captioned jointly administered chapter 11 cases (the "**Bankruptcy Cases**"). The FTX Debtor's Case Number is 22-11068.

    b. The Amended Proof of Claim amends the original Proof of Claim timely filed September 29, 2023 and assigned Confirmation No. 3265-69-ZBZDB-947770398 (the "**Original Proof of Claim**") by Claimant against the FTX Debtor in the amount of not less than 7.5 million CEL Token arising out of the FTX Debtor's

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

fraud, conspiracy to commit fraud, market manipulation, bribery, securities fraud, and money laundering as set forth below.

c. Claimant is amending the Original Proof of Claim to provide additional support and background information with respect to the Original Proof of Claim, with respect to losses suffered by Claimant as a direct result of the FTX Debtor's actions or actions taken on the FTX Debtor's behalf resulting in the diminution in value of CEL Token owned by Claimant.

2. Background.

**Celsius Network Bankruptcy**

a. On July 13, 2022 (the "**Celsius Petition Date**"), Celsius Network LLC and certain of its affiliates (collectively, the "**Celsius Debtors**") filed voluntary petitions for relief under chapter 11 of title 11, United States Code (the "**Bankruptcy Code**") in the U.S. Bankruptcy Court for the Southern District of New York. On December 7, 2022, GK8 Ltd., GK8 UK Limited, and GK8 USA LLC (collectively part of the Celsius Debtors) filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of New York.

**FTX Bankruptcy**

b. On November 11, 2022 and November 14, 2022 (the "**FTX Petition Dates**"), the FTX Debtor and 101 of its affiliate entities (collectively, the "**FTX Debtors**") each

filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware.[2]

c. On June 29, 2023, Celsius Network Limited filed a proof of claim against Alameda Research Ltd. (P.O.C. No. 3752) asserting a secured claim in the amount of not less than $14,176,995.81 (or 10,000,000 ADA, 83,553 LTC, 1,303,482 EOS, 3,125,000 MATIC, whichever is greater), as well as a claim for the value of "any tokens that it is entitled to pursuant to a Hard Fork or an Applicable Airdrop," based upon those certain loan documents reflected therein.

d. On June 29, 2023 the Celsius Debtors, by and through Christopher Ferraro as CRO, CFO and Interim CEO for Celsius Network Limited filed proofs of claim (P.O.C. Nos. 4027, 3021, 3152, 3232, 3262, 3306, 3350, 3581, 3594, 3620, 3650, 3581, 3594, 3620, 3650, 3657, 3678, 3703, 3714, 3735, 3780, 3789, 3807, 3817, 3832, 3849, 3851, 3853, 3867, 3892, 3925, 3928, 3939, 3945, 3957, 3960, 3961, 3966, 3973, 3979, 3980, 3982, 3985, 3986, 3990, 3991, 3994, 3997, 4009, 4017, 4029, 4035, 4037, 4054, 4105, 4574, 3130, 3140, 3202, 3320, 3390, 3454, 3530, 3586, 3623, 3688, 3697, 3747, 3761, 3805, 3811, 3818, 3829, 3843, 3864, 3882, 3886, 3899, 3916, 3922, 3929, 3931, 3935, 3938, 3942, 3943, 3948, 3949, 3963, 3965, 3976, 3984, 3988, 3992, 3998, 3999, 4003, 4005, 4006, 4011, 4012, 4018, 4021, 4038, 4080, 4118) (the "**Celsius Claims Against FTX**") against the FTX Debtors asserting contingent, unliquidated, general unsecured claims in the amount of not less than $2,000,000,000.00, based upon "unsubstantiated and disparaging

2 On February 13, 2023, an order was entered at ECF Doc. No. 711 dismissing the cases of FTX Debtors SNG Investments Yatirim Ve Danismanlik Anom Sirketi (Case No. 22-11093 and FTX Turkey Teknoloji

statements allegedly made by FTX's officers, directors, employees or agents regarding Celsius' balance sheet and financial condition." In addition, according to the Celsius Claims Against FTX, Celsius is "investigating whether certain of FTX customers or investors manipulated the value of Celsius's products and assets" which "statements and overt acts not only damaged Celsius's brand, reputation, and business prospects, but contributed to Celsius's need to file for chapter 11."

e. To the extent applicable and supportive of this Amended Proof of Claim, the Celsius Claims Against FTX are incorporated herein by reference, and are relied upon at a minimum to demonstrate the further bad acts committed by the FTX Debtors and their representatives which resulted in the loss of value of CEL Token and the Celsius Debtors.

**Unauthorized Acts by Rogue Celsius Officers and the FTX Naked Short**

f. Prior to the Celsius Petition Date, on or about June 5, 2022, certain former officers of the Celsius Debtors provided the FTX Debtor with sensitive financial information concerning the Celsius Debtors, without the knowledge, consent, or authorization of the Celsius Debtors' Board of Directors or former Chief Executive Officer.

g. As a result of that unauthorized sharing of sensitive financial information, the FTX Debtors were able to force the liquidation of Celsius's positions (specifically stETH and WBTC at well below market prices) and attack CEL Token to create fear and mass withdrawals.

---

Ve Ticaret Anonim Sirketi (Case No. 22-11170). On August 18, 2023, an order was entered at ECF Doc. No. 2207 dismissing the case of FTX Exchange FZE (Case No. 22-11100).

h. In further support of its allegations, Claimant incorporates by reference into this Amended Proof of Claim the *Otis Davis' Limited Objection to the Debtors' Entry for an Order (I) Approving the Settlement of CEL Token at $0.25 for the Purpose of Confirming the Debtors' Plan of Reorganization (II) Granting Related Relief* including the exhibits annexed thereto, filed in the Celsius Debtors' chapter 11 cases on September 22, 2023 as ECF Doc. No. 3532) (the "**Davis Objection**").

i. The Davis Objection evidences that the losses suffered by holders of CEL Token, including the Celsius Debtors and Claimant were directly caused by (i) the unauthorized actions of certain officers of the Celsius Debtors, and (ii) the FTX Debtor's false and fraudulent creation and sale of CEL Token.

3. Amount of Claim.

a. As of the FTX Petition Dates, Claimant is owed in the aggregate not less than the value of 7.5 million CEL Token on account of Claimant's loss of CEL Token and its value; such losses arising out of the FTX Debtor's fraud, conspiracy to commit fraud, market manipulation, bribery, securities fraud, and money laundering as set forth in this Amended Proof of Claim.

b. Claimant reserves the right to amend this Amended Proof of Claim to include the liquidated amount for the precise value of the lost CEL Token upon further rulings from the Bankruptcy Court in the Celsius Debtors' jointly administered chapter 11 cases.

4. Classification of Claim.

The Proof of Claim is asserted as a general unsecured claim, of which a portion is unliquidated. Claimant reserves the right to amend this Amended Proof of Claim to assert

a different or additional classification of claims, as well as claims against different or additional debtors.

5. Credits and Setoffs.

As of the date of this Amended Proof of Claim, Claimant has not received any payments to reduce the amount set forth herein.

6. Supporting Documents.

The documents supporting the Amended Proof of Claim were included with the Original Proof of Claim, are publicly filed and referenced herein, or can be provided upon request to the extent the FTX Debtor or its estate does not already have them in their possession.

7. Reservation of Rights.

Claimant reserves the right to further amend or supplement this Amended Proof of Claim to reflect any additional claims against the FTX Debtor or any of debtor or its non-debtor affiliates, to specify interest, costs, expenses, or other charges or claims incurred by Claimant and to file additional claims which may be based on the same or additional documents.

8. No Waiver.

This Amended Proof of Claim is filed to protect Claimant from forfeiture of the Proof of Claim. The filing of this Amended Proof of Claim is not: (a) a waiver or release of Claimant's rights against any person, entity, or property including but not limited to the FTX Debtor or its debtor or non-debtor affiliates; (b) a consent by Claimant to the jurisdiction of the United States Bankruptcy Court for the District of Delaware with respect to the subject matter of the Amended Proof of Claim or any objection or other proceeding

commenced in the FTX Debtors' jointly administered cases against or otherwise involving Claimant; (c) a waiver of the right to move to withdraw the reference or otherwise to challenge the jurisdiction of the Bankruptcy Court; (d) an election of remedy; (e) a waiver of any rights or claims Claimant has against the FTX Debtors or any of their debtor or non-debtor affiliates or any person or entity with respect to any pending or future litigation or to any matters related to such litigation; or (f) a waiver of past, present, or future defaults or events of default.

9. Notices.

All notices to Claimant should be sent to:

Ruskin Moscou Faltischek, PC
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
Attn: Sheryl P. Giugliano
sgiugliano@rmfpc.com

## Confirmation of Submission

**Your Form has been successfully submitted...**

| DOCUMENT ID | Submitted Date Time |
|---|---|
| f337c695f17830f24d41a1e9ed3a7803947de49b | 2023-12-13T23:28:34.261Z |
| **Status** | **CONFIRMATION ID** |
| Submitted | 3265-69-OLESE-491984851 |

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.