# CERTIFICATE OF SERVICE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br>Related Docket No. 36490 |

I certify that on October 6, 2026, I electronically filed the motion of the holder of Claim No. 70813 for leave to respond after the deadline and related relief, together with its proposed order and notice, through the Court's CM/ECF system. The Court entered the filing as D.I. 36490 at 1:25 p.m. Eastern and issued its Notice of Electronic Filing.

The CM/ECF system transmitted notice to the registered electronic recipients identified in that Notice of Electronic Filing, including the following counsel and addresses:

Matthew B. McGuire: mcguire@lrclaw.com.
Matthew R. Pierce: pierce@lrclaw.com.
Kimberly A. Brown: brown@lrclaw.com.
Adam G. Landis: landis@lrclaw.com.
Alexa J. Kranzley: kranzleya@sullcrom.com.
Andrew G. Dietderich: dietdericha@sullcrom.com.
Brian D. Glueckstein: gluecksteinb@sullcrom.com.
U.S. Trustee: USTPRegion03.WL.ECF@USDOJ.GOV.
Benjamin A. Hackman: benjamin.a.hackman@usdoj.gov.
Luc A. Despins: lucdespins@paulhastings.com.
John F. Iaffaldano: jackiaffaldano@paulhastings.com.
Matthew Barry Lunn: mlunn@ycst.com.
Robert F. Poppiti, Jr.: rpoppiti@ycst.com.

On October 6, 2026, at 10:33 a.m. Pacific (1:33 p.m. Eastern), I also sent a courtesy copy of the exact filed motion, proposed order, and notice as a PDF attachment by email from nick@neonlaw.com to each of the thirteen addresses listed above.

This certificate records service through CM/ECF on registered electronic recipients and the supplemental courtesy copies described above. It does not certify service by mail or other delivery on persons who were not electronic recipients.

Dated: October 6, 2026
/s/ Nicholas shook

Nicholas Shook
Neon Law
5150 Mae Anne Ave Ste 405-9002
Reno, NV 89523
nick@neonlaw.com