**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Nos. D.I. 35827, 35980**<br>**Hearing Date: October 20, 2026 at 9:30 a.m. (ET)** |

**NOTICE OF RESCHEDULED HEARING**

**PLEASE TAKE NOTICE** that a hearing on the *Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order Pursuant to 11 U.S.C. § 502(j) and Federal Rules Of Bankruptcy Procedure 3008, 9023, and 9024* [D.I. 35827] and the *Motion of Seth Melamed for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order* [D.I. 35980] will be held on October 20, 2026, at 9:30 a.m. (ET) before the Honorable Karen B. Owens, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District Of Delaware, 824 North Market Street, 6th Floor, Courtroom no. 3, Wilmington, Delaware 19801.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

Dated: October 6, 2026
Wilmington, Delaware

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

/s/ *Kate R. Buck*
Kate R. Buck (No. 5140)
Larry O'Brien (No. 7000)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com
lobrien@mccarter.com

- and –

David J. Adler (admitted *pro hac vice*)
250 W. 55th Street, 13th Floor
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
dadler@mccarter.com

*Counsel to Seth Melamed*