# UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)<br>Debtors | Chapter 11<br>22-11068<br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

[redacted]

Name and Current Address of Transferor:

[redacted]

Name of Transferee:

**TRUP RECOVERY LLC**

Name and Address where notices and payments to transferee should be sent:

/o Riva Ridge Capital Management LP
55 Fifth Avenue, 18th Floor

New York, New York 10003
Attn: Peter Finelli
Email: RivaTrades@rivalp.com

| Claim No./Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Kroll Schedule 221106806771162 Claim No. 43743 | [redacted] | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Debtor Schedule F No: 00604406 | Original creditor: [redacted] | Described on Schedule F | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Signed by:

By: Peter Finelli
E14B437642484E8...

Transferee / Transferee's Agent

Date: Date: October 5, 2026

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, creditor [redacted] hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **Trup Recovery LLC** its successors and assigns all right, title and interest in and to the claim(s) identified below, against **FTX Trading LTD et al**:

| | |
|---|---|
| **Schedule F Claim #:** | 00604406 |
| **Claim Amount:** | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: October 5, 2026

| **BUYER:** | **SELLER:** |
|---|---|
| **TRUP RECOVERY LLC** | [redacted] |
| Signed by: Peter Finelli E14B437642484E8... | |
| Name: Peter Finelli | |
| Email: pfinelli@rivalp.com | |