# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING THE FTX RECOVERY TRUST'S**
**MOTION TO DISALLOW THE ARGENT LIQUIDATION TRUST'S CLAIMS**

Upon the dispositive motion (the "Motion") of the FTX Recovery Trust (the "Trust"), for an entry of an order (this "Order"), disallowing and expunging in their entirety proofs of claim set forth in Schedule 1 attached hereto filed by Silvergate Capital Corporation, Silvergate Liquidation Corporation (f/k/a Silvergate Bank), and Spring Valley Lots, LLC; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Motion; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and that, except as otherwise ordered herein, no other or further notice is necessary; and any replies (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and

upon the record of any hearing held to consider the relief requested in the Motion; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The claims set forth in Schedule 1 attached hereto are disallowed and expunged in their entirety.

3. Kroll Restructuring Administration LLC, as the Debtors' claims and administrative agent, is authorized and directed to update the claims register maintained in these Chapter 11 Cases to reflect the relief granted in this Order.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Trust's rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion; (v) an approval or assumption of any agreement, contract or lease under section 365 of the Bankruptcy Code; or (vi) a waiver of the Trust's rights under the Bankruptcy Code or any other applicable law.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Trust is authorized to take all actions necessary to effectuate the relief granted in this Order.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: __________________, 2026
Wilmington, Delaware

_______________________________________
THE HONORABLE KAREN B. OWENS
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Schedule 1**

**Proofs of Claim**

| Claim Number | Debtor | Claimant Name | Claim Date Filed |
|---|---|---|---|
| 4301 | FTX Services Solutions Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4302 | West Realm Shires Services Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4307 | Crypto Bahamas LLC | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4311 | Maclaurin Investments Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4344 | Goodman Investments Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4353 | Alameda TR Systems S. de R. L. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4358 | Hilltop Technology Services LLC | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4361 | Deck Technologies Holdings LLC | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4472 | FTX US Trading, Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4473 | LT Baskets Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4481 | Technology Services Bahamas Limited | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4522 | FTX Canada Inc | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4534 | Clifton Bay Investments LLC | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4535 | Alameda Research Yankari Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4542 | LedgerPrime Digital Asset Opportunities Master Fund LP | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4554 | FTX Lend Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4582 | Alameda Research KK | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4583 | LedgerPrime LLC | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4590 | Alameda Research Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |

| Claim Number | Debtor | Claimant Name | Claim Date Filed |
|---|---|---|---|
| 4598 | Deep Creek Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4602 | LedgerPrime Ventures, LP | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4605 | FTX Digital Holdings (Singapore) Pte Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4609 | Blue Ridge Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4614 | Verdant Canyon Capital LLC | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4626 | Clifton Bay Investments Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4630 | Digital Custody Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4638 | FTX US Services, Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4640 | North Dimension Inc | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4643 | North Dimension Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4646 | Hannam Group Inc | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4650 | FTX Europe AG | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4655 | Hawaii Digital Assets Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4658 | Deck Technologies Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4661 | Quoine Pte Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4667 | West Realm Shires Financial Services Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4672 | Atlantis Technology Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4673 | North Wireless Dimension Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4676 | FTX Japan Holdings K.K. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4683 | Paper Bird Inc | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4684 | FTX Trading Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |

| Claim Number | Debtor | Claimant Name | Claim Date Filed |
|---|---|---|---|
| 4687 | Cedar Grove Technology Services, Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4688 | West Realm Shires Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4689 | Pioneer Street Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4696 | FTX Digital Assets LLC | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4699 | Cardinal Ventures Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4702 | Alameda Research LLC | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4703 | Bancroft Way Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4706 | Global Compass Dynamics Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4713 | FTX Ventures Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4715 | Cedar Bay Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4717 | FTX EMEA Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4718 | Cottonwood Technologies Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4720 | FTX Property Holdings Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4721 | FTX Equity Record Holdings Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4726 | FTX Marketplace, Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4735 | LedgerPrime Digital Asset Opportunities Fund, LLC | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4737 | FTX Hong Kong Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4747 | GG Trading Terminal Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4751 | Alameda Research (Bahamas) Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4753 | Blockfolio, Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4759 | Cottonwood Grove Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |

| Claim Number | Debtor | Claimant Name | Claim Date Filed |
|---|---|---|---|
| 4766 | Alameda Global Services Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4772 | Strategy Ark Collective Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4775 | FTX Zuma Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4782 | Alameda TR Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4784 | Euclid Way Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4789 | Alameda Research Holdings Inc. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4791 | Good Luck Games, LLC | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4794 | Allston Way Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4797 | Western Concord Enterprises Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4801 | West Innovative Barista Ltd. | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4809 | FTX (Gibraltar) Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4841 | Mangrove Cay Ltd | Argent Liquidation Trust as Transferee of Name on File | 6/30/2023 |
| 4642 | Killarney Lake Investments Ltd | Silvergate Bank and Silvergate Capital Group | 6/30/2023 |
| 4680 | Island Bay Ventures Inc | Silvergate Bank and Silvergate Capital Group | 6/30/2023 |
| 4692 | Ledger Holdings Inc. | Silvergate Bank and Silvergate Capital Group | 6/30/2023 |
| 4695 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | Silvergate Bank and Silvergate Capital Group | 6/30/2023 |
| 4700 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | Silvergate Bank and Silvergate Capital Group | 6/30/2023 |
| 4761 | Hive Empire Trading Pty Ltd | Silvergate Bank and Silvergate Capital Group | 6/30/2023 |
| 4730 | FTX Products (Singapore) Pte Ltd | Silvergate Bank and Capital Corporation | 6/30/2023 |
| 4634 | FTX Japan Services KK | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4660 | LiquidEX LLC | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |

| Claim Number | Debtor | Claimant Name | Claim Date Filed |
|---|---|---|---|
| 4691 | FTX Japan K.K. | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4709 | Analisya Pte Ltd | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4723 | DAAG Trading, DMCC | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4739 | FTX Exchange FZE | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4741 | Alameda Aus Pty Ltd | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4742 | FTX EU Ltd. | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4744 | FTX Trading GmbH | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4748 | Liquid Securities Singapore Pte Ltd | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4763 | Zubr Exchange Ltd | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4767 | FTX Certificates GmbH | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4774 | Liquid Financial USA Inc. | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4778 | Alameda Research Pte Ltd | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4793 | Quoine India Pte Ltd | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4798 | FTX Crypto Services Ltd. | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4799 | Quoine Vietnam Co. Ltd | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4802 | FTX Switzerland GmbH | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4806 | FTX Structured Products AG | Silvergate Bank and Silvergate Capital Corporation | 6/30/2023 |
| 4757 | Innovatia Ltd | Silvergate Bank and Silvergate Capital Group | 6/30/2023 |