**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

**DECLARATION OF BENJAMIN S. BELLER IN SUPPORT OF FTX RECOVERY TRUST'S MOTION TO DISALLOW AND PRELIMINARY OBJECTION TO THE ARGENT LIQUIDATION TRUST'S CLAIMS**

I, Benjamin S. Beller, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner at Sullivan & Cromwell LLP, counsel for the FTX Recovery Trust. I submit this declaration in connection with FTX Recovery Trust's Motion to Disallow and Preliminary Objection to the Argent Liquidation Trust's Claims (the "Motion"), filed concurrently herewith, to place before the Court a document referenced in the Motion.

2. Attached hereto as Exhibit A is a true and correct copy of proof of claim number 137 filed by the FTX Group[2] on October 31, 2024 against Silvergate Capital Corporation in *In re Silvergate Capital Corporation*, Case No. 24-12158 (KBO) (Bankr. D. Del.).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Executed in New York, New York, on this 8th day of October 2026.

*/s/ Benjamin S. Beller*
Benjamin S. Beller
Sullivan & Cromwell LLP