# CERTIFICATE OF SERVICE

I, Ethan H. Sulik, do hereby certify that on October 9, 2026, a copy of the **Argent Liquidation Trust's Reply to FTX Recovery Trust's Response to Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order** was served on the parties listed below via email.

| | |
|---|---|
| *Counsel for the FTX Recovery Trust*<br><br>**LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>Kimberly A. Brown<br>Matthew R. Pierce<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com;<br>mcguire@lrclaw.com;<br>brown@lrclaw.com;<br>pierce@lrclaw.com | *Counsel for the FTX Recovery Trust*<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York 10004<br>E-mail:dietdericha@sullcrom.com;<br>bromleyj@sullcrom.com;<br>gluecksteinb@sullcrom.com;<br>kranzleya@sullcrom.com |
| *Counsel for the Official Committee of Unsecured Creditors*<br><br>**PAUL HASTINGS LLP**<br>Kristopher M. Hansen<br>Erez E. Gilad<br>Gabriel E. Sasson*<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com | *Counsel for the Official Committee of Unsecured Creditors*<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Robert F. Poppiti, Jr.<br>Jared W. Kochenash<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com<br>jkochenash@ycst.com |
| *Counsel to Seth Melamed*<br><br>**McCARTER & ENGLISH, LLP**<br>Kate R. Buck<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, Delaware 19801<br>Email: kbuck@mccarter.com | *Counsel to Seth Melamed*<br><br>**McCARTER & ENGLISH, LLP**<br>David J. Adler<br>250 W. 55th Street, 13th Floor<br>New York, New York 10019<br>Email: dadler@mccarter.com |

| | |
|---|---|
| *Office of the United States Trustee*<br><br>Benjamin A. Hackman<br>Linda Richenderfer<br>Jonathan Lipshie<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Email: benjamin.a.hackman@usdoj.gov<br>linda.richenderfer@usdoj.gov<br>jon.lipshie@usdoj.gov | |

*/s/ Ethan H. Sulik*
Ethan H. Sulik (No. 7270)