**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., et al., | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee:**
[redacted]

**Name of Transferor:**
[redacted]

| Customer Code | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 01958078<br>Proof of Claim No. 7232 | [redacted] | 100% of Claim | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [redacted] Date: 9/8/2026

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

Upon written request to Transferee, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the clerk of the United States Bankruptcy Court for the District of Delaware, the Debtors, the Debtors' claims agent, and relevant professionals.

**Identity of the Transferor and Transferee**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identities of the Transferor and Transferee, the Transferee has not disclosed its name or address, or the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

**EXHIBIT A-1**

**Evidence of Transfer of Assigned Claim - [redacted]**

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, [redacted] ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns unto [redacted] ("Buyer") 100% of all Seller's right, title and interest in and to Seller's claim against FTX Trading Ltd. and certain of its affiliates in the Chapter 11 bankruptcy cases pending in the United States Bankruptcy Court for the District of Delaware, jointly administered under Case No. 22-11068 (JTD), which claim is identified as Customer ID 01958078; Proof of Claim No. 7232; (the "Assigned Claim").

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court and, to the fullest extent permitted by law, waives any notice or right to a hearing imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller recognizing Buyer as the sole owner and holder of the Assigned Claim. Seller further directs the Debtors, the Bankruptcy Court, Kroll and all other interested parties that all future notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim as of the _____ day of July, 2026.

SELLER:

[redacted]

By: [redacted]

Name: [redacted]

BUYER:

[redacted]

By: [redacted]

Name: [redacted]