# EXHIBIT A

## Revised Schedules

# Schedule 1

## Verification Failure Claims

| Customer Code | Claim # |
|---|---|
| **00151250** | *6837353* |
| **00151277** | *7449952* |
| **00153270** | *7451621* |
| **00155225** | *80393* |
| **00157684** | *7455793* |
| **00159132** | *7447450* |
| **00161337** | *7637442* |
| **00162874** | *7446417* |
| **00162897** | *7453034* |
| **00164905** | *70842* |
| **00164968** | *7170138* |
| **00166308** | *7269721* |
| **00170392** | *5312987* |
| **00170654** | *25428* |
| **00171417** | *7303172* |
| **00171944** | *7452013* |
| **00172488** | *80335* |
| **00172507** | *7106892* |
| **00172919** | *27907* |
| **00172925** | *7227168* |
| **00173942** | *81415* |
| **00175245** | *82047* |
| **00175534** | *5322547* |
| **00177411** | *84164** |
| **00182912** | *7355509* |
| **00183582** | *7419992* |
| **00184999** | *7269742* |
| **00190360** | *10122** |
| **00190822** | *7296940* |
| **00192314** | *84201* |
| **00193202** | *7232348* |
| **00193217** | *7188994* |
| **00196307** | *7434946* |
| **00196377** | *6725456* |
| **00198161** | *5887157* |
| **00203354** | *7455808* |
| **00210734** | *6407978* |
| **00224077** | *16405* |
| **00226990** | *5513116* |
| **00227879** | *5568118* |
| **00228693** | *7278521* |

| Customer Code | Claim # |
|---|---|
| **00229348** | *43924* |
| **00241268** | *57832* |
| **00247357** | *7120390* |
| **00249412** | *5564719* |
| **00253103** | *7119116* |
| **00254856** | *5330238* |
| **00256003** | *7449148* |
| **00258332** | *7392891* |
| **00258532** | *7288548* |
| **00258593** | *7075503* |
| **00264232** | *20000** |
| **00265494** | *7447802* |
| **00267044** | *10911* |
| **00267893** | *7094547* |
| **00269913** | *7457994* |
| **00273096** | *48704** |
| **00280047** | *89197* |
| **00283924** | *45109* |
| **00284203** | *7450260* |
| **00284296** | *6798410* |
| **00285259** | *7184976* |
| **00285496** | *7263638* |
| **00286987** | *22564* |
| **00288000** | *73606* |
| **00288521** | *7291623* |
| **00291934** | *10632** |
| **00294384** | *60654* |
| **00294961** | *7153486* |
| **00295571** | *73024* |
| **00295639** | *73122* |
| **00297011** | *81164* |
| **00300920** | *11756* |
| **00301036** | *6133078* |
| **00303991** | *66272* |
| **00305333** | *71077* |
| **00306833** | *7374230* |
| **00308435** | *7116631* |
| **00314128** | *34796** |
| **00315562** | *17038* |
| **00316351** | *7356999* |
| **00317494** | *7434735* |

| Customer Code | Claim # |
|---|---|
| **00322713** | *7204259* |
| **00328785** | *7446440* |
| **00328994** | *6754997* |
| **00329327** | *7384703* |
| **00332607** | *7216574* |
| **00332834** | *86855* |
| **00334147** | *7321037* |
| **00336740** | *7152645* |
| **00339821** | *82358* |
| **00340671** | *51352* |
| **00341029** | *7082308* |
| **00343526** | *7137606* |
| **00345183** | *6669036* |
| **00345250** | *7260536* |
| **00346642** | *7130559* |
| **00347472** | *7445429* |
| **00349957** | *7576237* |
| **00353984** | *7448366* |
| **00354086** | *7460264* |
| **00355368** | *7289497* |
| **00357227** | *6650332* |
| **00359572** | *12768* |
| **00366365** | *7319502* |
| **00372592** | *7391168* |
| **00381564** | *5569199* |
| **00382490** | *62399* |
| **00392057** | *51670** |
| **00395231** | *46122* |
| **00396864** | *7239418* |
| **00399068** | *7391205* |
| **00403793** | *7198370* |
| **00404280** | *6182949* |
| **00404581** | *7062596* |
| **00404651** | *15629*[1] |
| **00404929** | *5713941* |
| **00405505** | *6721373* |
| **00408585** | *7443822* |
| **00413863** | *26394** |
| **00416933** | *6829967* |
| **00422267** | *7128033* |
| **00425427** | *7073418* |

[1] Claim 15629 is adjourned on the Debtors' One Hundred Twenty-Third (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim [D.I. 27179]

* Indicates the claim was previously modified by order of the Court.

| Customer Code | Claim # |
|---|---|
| **00427579** | *7451270* |
| **00430960** | *7455870* |
| **00432749** | *5311582* |
| **00436185** | *7366621* |
| **00440192** | *91467** |
| **00449771** | *76822** |
| **00457361** | *5405533* |
| **00463702** | *7199275* |
| **00465341** | *7426516* |
| **00475943** | *6345527* |
| **00476082** | *7091499* |
| **00490409** | *7316248* |
| **00500542** | *7173442* |
| **00517567** | *7454850* |
| **00520609** | *7374041* |
| **00520765** | *5342936* |
| **00522949** | *7455842* |
| **00531057** | *7401492* |
| **00531448** | *36823* |
| **00545618** | *5344270* |
| **00554729** | *7192893* |
| **00573587** | *52728* |
| **00597780** | *7098647* |
| **00602552** | *88465* |
| **00623348** | *7234751* |
| **00626779** | *6017020* |
| **00637814** | *7132476* |
| **00637828** | *6241159* |
| **00640704** | *7415794* |
| **00644945** | *7459801* |
| **00650890** | *7223610* |
| **00654342** | *7092971* |
| **00655415** | *7442387* |
| **00658253** | *7454767* |
| **00668206** | *7430361* |
| **00668476** | *7447872* |
| **00673883** | *7185769* |
| **00675772** | *43776** |
| **00684921** | *7305524* |
| **00699488** | *33505* |
| **00702536** | *60963* |
| **00712087** | *7267786* |
| **00721427** | *72803* |

| Customer Code | Claim # |
|---|---|
| **00735219** | *5821893* |
| **00738087** | *7157107* |
| **00753127** | *7245914* |
| **00755416** | *7102783* |
| **00762287** | *11735* |
| **00767663** | *7455874* |
| **00775759** | *50286* |
| **00779177** | *7154371* |
| **00793948** | *5522373* |
| **00815474** | *7160267* |
| **00817108** | *7325405* |
| **00834866** | *7288170* |
| **00849045** | *62180* |
| **00853122** | *7449020* |
| **00853297** | *6387898* |
| **00862368** | *7123020* |
| **00864832** | *72977* |
| **00868728** | *52854* |
| **00881291** | *6749105* |
| **00897860** | *7287987* |
| **00898056** | *7357469* |
| **00907989** | *7431262* |
| **00912489** | *7448053* |
| **00919869** | *7117829* |
| **00922627** | *83919** |
| **00923827** | *6430452* |
| **00926321** | *7231626* |
| **00935747** | *6131229* |
| **00939056** | *5328560* |
| **00944053** | *7444857* |
| **00948870** | *6765029* |
| **00952360** | *5328588* |
| **00959845** | *6109253* |
| **00964350** | *6717347* |
| **00964597** | *6387855* |
| **00973703** | *7448390* |
| **00980469** | *7184753* |
| **00982023** | *19345* |
| **00995928** | *7436034* |
| **01003424** | *6433459* |
| **01005305** | *7215888* |
| **01026977** | *7172265* |
| **01033465** | *44350* |

| Customer Code | Claim # |
|---|---|
| **01047257** | *5354032* |
| **01048532** | *7115750* |
| **01048757** | *83998** |
| **01056781** | *5648445* |
| **01057691** | *5580366* |
| **01059119** | *83981* |
| **01064037** | *34535* |
| **01064233** | *34521* |
| **01064285** | *34516* |
| **01068709** | *7433351* |
| **01069981** | *7073633* |
| **01073946** | *20718* |
| **01075740** | *7138638* |
| **01081164** | *5441264* |
| **01088854** | *7420232* |
| **01091203** | *7350669* |
| **01115053** | *7358169* |
| **01121472** | *56953** |
| **01122046** | *7227495* |
| **01122224** | *88972* |
| **01129096** | *7360902* |
| **01133956** | *6411380* |
| **01137590** | *7444717* |
| **01144530** | *33507** |
| **01151575** | *6518450* |
| **01154206** | *37980** |
| **01155226** | *7425711* |
| **01155458** | *7418309* |
| **01164150** | *5321483* |
| **01181446** | *6432227* |
| **01186074** | *83450** |
| **01187122** | *7404964* |
| **01189097** | *6525850* |
| **01189957** | *7449356* |
| **01192987** | *5963083* |
| **01196033** | *7451514* |
| **01216917** | *7425654* |
| **01221443** | *5928981* |
| **01223032** | *5913086* |
| **01230080** | *7148078* |
| **01237222** | *7446874* |
| **01243907** | *7248121* |
| **01252410** | *30352* |

* Indicates the claim was previously modified by order of the Court.

| Customer Code | Claim # |
|---|---|
| 01272528 | 7199426 |
| 01274247 | 6198971 |
| 01286090 | 7150863 |
| 01324945 | 7365238 |
| 01326809 | 7407535 |
| 01333277 | 5747316 |
| 01336493 | 59029* |
| 01336746 | 7316887 |
| 01346978 | 7100274 |
| 01375117 | 20864 |
| 01388375 | 6442545 |
| 01402039 | 7215355 |
| 01448936 | 6380407 |
| 01453334 | 7235020 |
| 01456362 | 5333342 |
| 01486181 | 78112 |
| 01489285 | 58457 |
| 01494673 | 76536 |
| 01557861 | 6719153 |
| 01567352 | 35105 |
| 01568738 | 6394306 |
| 01572148 | 7067868 |
| 01579574 | 7217915 |
| 01598645 | 7358581 |
| 01600394 | 31457 |
| 01605498 | 7424667 |
| 01611131 | 5404939 |
| 01627483 | 29431* |
| 01636888 | 70313* |
| 01638645 | 7385484 |
| 01648101 | 5951384 |
| 01660769 | 6599360 |
| 01662788 | 7456913 |
| 01685657 | 6845434 |
| 01693592 | 6424911 |
| 01717163 | 7089182 |
| 01729017 | 6122641 |
| 01740672 | 7074163 |
| 01744391 | 5323856 |
| 01752207 | 5342295 |
| 01773090 | 81455 |
| 01774999 | 7452309 |
| 01835833 | 96894 |

| Customer Code | Claim # |
|---|---|
| 01837322 | 9305* |
| 01868387 | 6822993 |
| 01891256 | 6452316 |
| 01892962 | 6452343 |
| 01905120 | 7205553 |
| 01909072 | 70263 |
| 01923890 | 6215122 |
| 01992531 | 7272483 |
| 01999184 | 69589 |
| 02001620 | 7452696 |
| 02003766 | 5537887 |
| 02023809 | 7398257 |
| 02024027 | 7283591 |
| 02035157 | 7367772 |
| 02055728 | 6066997 |
| 02082143 | 7103318 |
| 02083292 | 6452113 |
| 02083331 | 51800 |
| 02094675 | 7418591 |
| 02109973 | 7266219 |
| 02124062 | 7441303 |
| 02130758 | 7378221 |
| 02155324 | 90558 |
| 02156891 | 6088349 |
| 02179093 | 6821743 |
| 02201098 | 77977 |
| 02208486 | 7549592 |
| 02237986 | 7111569 |
| 02256987 | 39580 |
| 02264714 | 51413 |
| 02319225 | 5368326 |
| 02329619 | 7444500 |
| 02358910 | 7361272 |
| 02364602 | 6076011 |
| 02391608 | 7442566 |
| 02402638 | 5946673 |
| 02404318 | 12263 |
| 02445224 | 5762088 |
| 02449445 | 6265627 |
| 02462011 | 7122943 |
| 02474300 | 7254232 |
| 02498075 | 23133* |
| 02518401 | 73802* |

| Customer Code | Claim # |
|---|---|
| 02550787 | 7070712 |
| 02562006 | 7575979 |
| 02572613 | 7210716 |
| 02604147 | 49296 |
| 02608215 | 7282670 |
| 02651620 | 7453640 |
| 02687699 | 43981 |
| 02693228 | 6186233 |
| 02700318 | 5448684 |
| 02751374 | 5396619 |
| 02757710 | 6819211 |
| 02767673 | 65750 |
| 02789002 | 7381974 |
| 02790790 | 6253722 |
| 02796671 | 70679 |
| 02815500 | 6142077 |
| 02830234 | 6307146 |
| 02843899 | 5330990 |
| 02843916 | 5498594 |
| 02857315 | 5545685 |
| 02902036 | 6659159 |
| 02905814 | 6212793 |
| 02911845 | 5317507 |
| 02917013 | 7370265 |
| 02923008 | 6332383 |
| 02955900 | 6488512 |
| 02958267 | 6810741 |
| 03000354 | 7377489 |
| 03001822 | 6213323 |
| 03010691 | 17777* |
| 03117832 | 7453969 |
| 03145820 | 6257307 |
| 03158266 | 6438965 |
| 03158268 | 6040111 |
| 03160687 | 5861195 |
| 03161516 | 36384 |
| 03165821 | 5845853 |
| 03217287 | 6715321 |
| 03245438 | 40552 |
| 03261070 | 84541 |
| 03261757 | 5480927 |
| 03264280 | 6115796 |
| 03290913 | 6178508 |

* Indicates the claim was previously modified by order of the Court.

| Customer Code | Claim # |
|---|---|
| **03296298** | *6329143* |
| **03297635** | *5960304* |
| **03298187** | *6760396* |
| **03298760** | *6391142* |
| **03301049** | *6224635* |
| **03324507** | *6493666* |
| **03341114** | *6799134* |
| **03364523** | *10407* |
| **03371249** | *51509** |
| **03399934** | *6794837* |
| **03419121** | *5766856* |
| **03437498** | *78494** |
| **03447824** | *14905* |
| **03503941** | *6778527* |
| **03510434** | *5515144* |
| **03536868** | *6085674* |
| **03556617** | *6204826* |
| **03594466** | *5400959* |
| **03666477** | *35723* |
| **03668542** | *24419* |
| **03761591** | *6618827* |
| **04026219** | *5567957* |
| **04029269** | *6463605* |
| **04110080** | *7435887* |
| **04166660** | *5339177* |
| **04264647** | *83397** |
| **04271457** | *70317** |
| **04293504** | *5895666* |
| **04302620** | *6791206* |
| **04312943** | *53153* |
| **04384983** | *6028059* |
| **04387418** | *5594281* |
| **04416791** | *6776139* |
| **04445507** | *5594288* |
| **04445724** | *5331564* |
| **04504649** | *6152489* |
| **04597944** | *6846463* |
| **04605194** | *77642* |
| **04627556** | *5595035* |
| **04646719** | *6156196* |
| **04679228** | *6104610* |
| **04711509** | *5888568* |
| **04714239** | *6779494* |

| Customer Code | Claim # |
|---|---|
| **04757051** | *6402370* |
| **04801364** | *5617238* |
| **04886885** | *5600797* |
| **04891905** | *7535816* |
| **04929488** | *6770294* |
| **04947604** | *6385000* |
| **05008088** | *5689707* |
| **05054566** | *5559366* |
| **05104843** | *63034* |
| **05136174** | *6598185* |
| **05154621** | *6369301* |
| **05180130** | *5970832* |
| **05202093** | *5344384* |
| **05260558** | *7579068* |
| **05410642** | *84835** |
| **05523753** | *5661692* |
| **05538848** | *6361434* |
| **05540951** | *5600881* |
| **05579874** | *5734588* |
| **05860263** | *6508663* |
| **06133353** | *6626541* |
| **06312718** | *5998902* |
| **06361059** | *6469656* |
| **06393742** | *6429639* |
| **06430282** | *5320168* |
| **06462096** | *5334002* |
| **06542393** | *5320238* |
| **06611281** | *6640655* |
| **06630719** | *5572947* |
| **06701165** | *5844444* |
| **06719819** | *6586582* |
| **06797170** | *6192144* |
| **06800593** | *6185265* |
| **06800676** | *6006435* |
| **06810776** | *88584* |
| **06814273** | *5782911* |
| **06837077** | *5527701* |
| **06849131** | *6047234* |
| **06880547** | *56373** |
| **06895008** | *6136019* |
| **06915433** | *5967641* |
| **06943537** | *42885** |
| **06949109** | *6300984* |

| Customer Code | Claim # |
|---|---|
| **06957493** | *6561231* |
| **06989731** | *5497254* |
| **06993714** | *5843781* |
| **07028901** | *5712528* |
| **07033492** | *5861398* |
| **07045388** | *6297306* |
| **07067736** | *23299** |
| **07079311** | *5622422* |
| **07090798** | *5422574* |
| **07118704** | *6672361* |
| **07137046** | *6640745* |
| **07152057** | *6101590* |
| **07162250** | *6697179* |

* Indicates the claim was previously modified by order of the Court.

# Schedule 2

## Security Questionnaire Failure Claims

| Customer Code | *Claim #* |
|---|---|
| **00159903** | *7110972* |
| **00164751** | *7217276* |
| **00164901** | *7160533* |
| **00167910** | *80714* |
| **00168988** | *7375233* |
| **00171507** | *7183502* |
| **00180539** | *7093903* |
| **00182761** | *7194268* |
| **00210980** | *7213173* |
| **00250968** | *5330226* |
| **00251272** | *7172044* |
| **00269594** | *50064** |
| **00277143** | *92288** |
| **00288398** | *7172128* |
| **00311836** | *7104282* |
| **00313981** | *5377942* |
| **00315844** | *7424984* |
| **00321913** | *7117198* |
| **00322201** | *7231478* |
| **00329692** | *7359809* |
| **00330537** | *7171803* |
| **00342908** | *5378142* |
| **00365363** | *7129448* |
| **00398943** | *7091313* |
| **00415075** | *32148* |
| **00421713** | *7187725* |
| **00423047** | *7259953* |
| **00428309** | *7397068* |
| **00433280** | *7297643* |
| **00444640** | *7254471* |
| **00447106** | *7257328* |
| **00452778** | *7290599* |
| **00469421** | *7246769* |
| **00488676** | *7127378* |
| **00508780** | *7433024* |
| **00511485** | *7195946* |
| **00528240** | *7311683* |
| **00533889** | *61747** |
| **00537146** | *7174336* |
| **00542741** | *5315178* |
| **00599612** | *7446360* |

| Customer Code | *Claim #* |
|---|---|
| **00610137** | *7445103* |
| **00620012** | *7316010* |
| **00621989** | *7123770* |
| **00628569** | *57326** |
| **00628653** | *7088742* |
| **00633122** | *7140670* |
| **00635180** | *7148976* |
| **00642237** | *7352145* |
| **00651938** | *7422424* |
| **00672677** | *7227624* |
| **00676871** | *7310053* |
| **00682850** | *7097038* |
| **00689934** | *7143745* |
| **00690030** | *7163476* |
| **00705611** | *5373907* |
| **00730575** | *96418* |
| **00754423** | *35983** |
| **00795054** | *7225959* |
| **00796165** | *7159298* |
| **00813832** | *7408789* |
| **00826658** | *7421358* |
| **00832339** | *7160280* |
| **00839354** | *7408808* |
| **00841652** | *7445804* |
| **00848497** | *7125214* |
| **00851436** | *7259663* |
| **00875419** | *15030* |
| **00884512** | *7394445* |
| **00886743** | *7388369* |
| **00891105** | *7285402* |
| **00892598** | *5326445* |
| **00893763** | *7409686* |
| **00904799** | *69064** |
| **00917486** | *7228398* |
| **00920640** | *7103172* |
| **00928056** | *7140818* |
| **00942874** | *7308688* |
| **00952764** | *7215052* |
| **00954861** | *7431406* |
| **00973993** | *7293280* |
| **00983434** | *7228600* |

| Customer Code | *Claim #* |
|---|---|
| **00986331** | *93882** |
| **00994631** | *7283146* |
| **01036647** | *7399136* |
| **01067460** | *7430412* |
| **01076594** | *7251708* |
| **01077366** | *7142520* |
| **01102071** | *7387337* |
| **01115836** | *7267860* |
| **01122634** | *7183812* |
| **01132303** | *7323923* |
| **01133203** | *7227509* |
| **01135008** | *7116891* |
| **01157917** | *5359324* |
| **01166986** | *7442491* |
| **01181524** | *5372494* |
| **01205909** | *7073944* |
| **01214964** | *5367800* |
| **01233417** | *7123926* |
| **01279414** | *7445324* |
| **01282295** | *5376661* |
| **01303574** | *5381675* |
| **01374889** | *7128886* |
| **01406418** | *7257963* |
| **01422008** | *7207492* |
| **01496424** | *7256848* |
| **01694648** | *7348069* |
| **01741017** | *83673* |
| **01890073** | *7157359* |
| **02090682** | *7117803* |
| **02100016** | *7410183* |

* Indicates the claim was previously modified by order of the Court.

# Schedule 3

## SOF Failure Claims

| **Customer Code** | ***Claim #*** |
|---|---|
| **00318224** | *89285* |
| **01774176** | *6632424* |
| **01848269** | *7445262* |
| **02048708** | *37847* |
| **02636915** | *80297* |
| **02706982** | *5578948* |
| **02840001** | *92230* |
| **02882376** | *6638111* |
| **04379481** | *6678711* |

* Indicates the claim was previously modified by order of the Court.

**Schedule 4**

**KYC Withdrawn Claims**

| **Customer Code** | ***Claim #*** |
|---|---|
| **00936870** | *7103184* |
| **02100221** | *7566503* |

* Indicates the claim was previously modified by order of the Court.