**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Related to D.I. 35768, 35827, 35980, 36002, 36059, 36245**<br><br>**Hearing Date: October 20, 2026 at 9:30 am (ET)** |

**MOTION OF SETH MELAMED FOR LEAVE TO FILE A RESPONSE TO FTX RECOVERY TRUST'S RESPONSE TO ARGENT LIQUIDATION TRUST'S CORRECTED JOINDER AND STATEMENT IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE JUNE 2, 2026 ORDER**

Seth Melamed ("Melamed"), by and through his undersigned counsel, submits this motion (the "Motion") for entry an order, substantially in the form proposed attached hereto as **Exhibit A**, granting Melamed leave to file the *Statement of Seth Melamed in Response to FTX Recovery Trust's Response to Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion For Reconsideration of the June 2, 2026 Order* (the "Statement") a copy of which is attached hereto as **Exhibit B**. In support of the Motion, Melamed respectfully represents as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 105(a) and 1109(b) of the Bankruptcy Code, Bankruptcy Rules 9013, and 9014, and Local Rules 9006-1 and 9013-1.

**BACKGROUND**

4. On June 2, 2026, the Court entered the *Order Granting FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration* [D.I. 35768].

5. On June 16, 2026, Melamed filed a *Motion for Reconsideration of the June 2, 2026 Order [D.I. 35768] pursuant to 11 U.S.C. § 502(J) and Federal Rules of Bankruptcy Procedure 3008, 9023, and 9024* ("Motion to Reconsider"; [D.I. 35827]).

*6.* On July 9, 2026, Melamed filed a *Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration Is Not Enjoined by the June 2nd Order or the Confirmation Order* ("Motion to Clarify"; [D.I. 35980]).

7. On July 13, 2026, Argent filed the *Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order* [D.I. 35985]. On July 28, 2026, Argent filed *Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order* [D.I. 36059] (the "Argent Joinder").

8. On July 20, 2026, Melamed filed the Reply of Seth Melamed in Further Support of Motion for Reconsideration of the June 2, 2026 Order Pursuant to 11 U.S.C. § 502(J) and Federal Rules of Bankruptcy Procedure 3008, 9023, and 9024 [D.I. 36015]. Footnote 2 of the Reply noted that "[o]n July 13, 2026, Argent filed [the Argent Joinder] which is incorporated herein by reference."

*9.* On July 20, 2026, Melamed filed the *Reply in Further Support of Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration Is Not Enjoined by the June 2nd Order or the Confirmation Order* [D.I. 36014].

10. On September 11, 2026, the Trust filed the *FTX Recovery Trust's Response to Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion for Reconsideration of the June 2, 2026 Order* [D.I. 36245] (the "Trust Response").

11. On October 9, 2026, Argent filed its *Reply to FTX Recovery Trust's Response to Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order* [D.I. 36663].

12. Point IV of the Trust Response (pages 51-54) is entitled "*The June 2 Order Correctly Applies the Global Settlement to Melamed's Arbitration Claims*" and is divided into the following subsections:

- IV.A "**The Court's Threshold Rulings Apply the Plan's Prescribed Treatment to Melamed's Crypto-Related Claims**."
- IV.B. "**The Claims Asserted in Melamed's Notice of Arbitration Are Barred by the Global Settlement**."
- IV.C "**The Claims Proposed in Melamed's Amended Notice Are Still Barred by the Global Settlement**."

(Collectively, the "Trust's Supplemental Response").

13. By this Motion, Melamed seeks to respond to the arguments in the Trust's Supplemental Response.

**RELIEF REQUESTED**

14. By this Motion, Melamed respectfully requests the entry of the proposed order, substantially in the form attached hereto as **Exhibit A**, granting Melamed leave to file the Statement, a copy of which is attached hereto as **Exhibit B**.

**LEGAL ARGUMENT**

15. Melamed believes that he is permitted to file the Statement, but out of an abundance of caution files this Motion. Melamed has a right to be heard on Argent's pleadings under Section 1109(b) as a party in interest. Section 1109(b) of the Bankruptcy Code provides: "[a] party in interest, including the debtor, the trustee, a creditors' committee, an equity security holders' committee, a creditor, an equity security holder, or any indenture trustee, may raise and may appear and be heard on any issue in a case under this chapter." 11 U.S.C. § 1109(b).

16. To the extent that the Statement is construed as a sur-reply, it should be noted that sur-replies are regularly and properly permitted to allow a party the opportunity to respond to issues raised for the first time in reply. Leave to file a sur-reply should be granted where the party "would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Groobert v. President and Dirs. Of Georgetown Coll.*, 219 F. Supp. 2d 1, 13 (D.D.C. 2002) (citing *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001)).

17. The Trust's Supplemental Response raises numerous arguments that were not made in either the opposition to the Motion for Reconsideration or the Motion to Clarify. Melamed should be permitted to respond to these arguments which are being raised for the first time in the Trust's Supplemental Response. For these reasons, the Court should grant the Motion.

18. Counsel for Melamed has emailed counsel for the Trust requesting its consent for Melamed to file the Statement. No response has been received as of the time of this filing.

19. Accordingly, Melamed respectfully requests that the Court enter an order substantially in the form proposed attached hereto as **Exhibit A**, authorizing Melamed to file the Statement, a copy of which is attached hereto as **Exhibit B**.

## NOTICE

20. Notice of this Motion is being provided to: (i) the Office of the United States Trustee for Region 3; and (ii) the FTX Recovery Trust. Melamed respectfully submits that no further notice of this Motion is required under the circumstances.

[***Remainder of Page Intentionally Left Blank***]

## CONCLUSION

**WHEREFORE**, in light of the foregoing, Melamed respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting Melamed permission to file the attached Statement and such other and further relief as the Court deems just and proper.

Dated: October 15, 2026
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

/s/ *Kate R. Buck*
Kate R. Buck (No. 5140)
Larry O'Brien (No. 7000)
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com
lobrien@mccarter.com

– and –

David J. Adler (admitted *pro hac vice*)
250 W. 55th Street, 13th Floor
New York, NY 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
dadler@mccarter.com

*Counsel to Seth Melamed*