**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 15, 2026, a true and correct copy of the *FTX Recovery Trust's Responses and Objections to Argent's First Request for the Production of Documents to the FTX Recovery Trust* was caused to be served upon the following counsel via Electronic Mail:

**POTTER ANDERSON & CORROON LLP**
L. Katherine Good
Gregory J. Flasser
Sameen Rizvi
Ethan H. Sulik
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Email: kgood@potteranderson.com
gflasser@potteranderson.com
srizvi@potteranderson.com
esulik@potteranderson.com

**MILBANK LLP**
Dennis F. Dunne
Daniel Perry
Lauren C. Doyle
55 Hudson Yards
New York, New York 10001
Email: ddunne@milbank.com
dperry@milbank.com
ldoyle@milbank.com

**MILBANK LLP**
Andrew M. Leblanc
Melanie Westover Yanez
Hannah Blazek
1101 New York Avenue, NW
Washington, D.C. 20005
Email: aleblanc@milbank.com
mwyanez@milbank.com
hblazek@milbank.com

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in the FTX Chapter 11 Cases, a complete list of the FTX debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: October 16, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
dunnec@sullcrom.com
bellerb@sullcrom.com

*Counsel to the FTX Recovery Trust*