**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: FTX Trading Ltd., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) (Jointly Administered) |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Phoenix TF, LLC
Name of Transferee

[redacted]

Name and Address where notices to transferee should be sent:

Phoenix TF, LLC
Austin Viny
418 Broadway STE R
New York, NY 12207

Court Claim # (if known):
Date Claim Filed:

| Identifier | Creditor Name | Amount | % Transferred | Debtor | Case Number |
|---|---|---|---|---|---|
| POC #: n/a | [redacted] | Unliquidated (stated in crypto) | 34 | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 00424367 | [redacted] | As described on Schedule F | 34 | FTX Trading Ltd. | 22-11068 |
| Scheduled Claim #: 5677037 | [redacted] | Unliquidated (stated in crypto) | 34 | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Austin Viny
Transferee/Transferee's Agent

Date: 10/15/26

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# Coins Held by Claimant

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | ALCX-PERP | ASSERTED | 0.00000000000002130000 | 0.00000000000002130000 |
| CRYPTO | ALT-PERP | ASSERTED | (0.00000000000000440000) | (0.00000000000000440000) |
| CRYPTO | AR-PERP | ASSERTED | 0.00000000000221690000 | 0.00000000000221690000 |
| CRYPTO | ASD-PERP | ASSERTED | 0.00000000003274180000 | 0.00000000003274180000 |
| CRYPTO | ATOM-PERP | ASSERTED | (0.00000000000011370000) | (0.00000000000011370000) |
| CRYPTO | AVAX-PERP | ASSERTED | (0.00000000000068210000) | (0.00000000000068210000) |
| CRYPTO | AXS-PERP | ASSERTED | (0.00000000000005680000) | (0.00000000000005680000) |
| CRYPTO | BADGER-PERP | ASSERTED | 0.00000000000088110000 | 0.00000000000088110000 |
| CRYPTO | BAL-PERP | ASSERTED | (0.00000000000005680000) | (0.00000000000005680000) |
| CRYPTO | BAND-PERP | ASSERTED | (0.00000000000108000000) | (0.00000000000108000000) |
| CRYPTO | BCH-PERP | ASSERTED | (0.00000000000005680000) | (0.00000000000005680000) |
| CRYPTO | BNB-PERP | ASSERTED | 0.00000000000005680000 | 0.00000000000005680000 |
| CRYPTO | BSV-PERP | ASSERTED | 0.00000000000005680000 | 0.00000000000005680000 |
| CRYPTO | BTC-PERP | ASSERTED | 0.00000000000000140000 | 0.00000000000000140000 |
| CRYPTO | COMP-PERP | ASSERTED | (0.00000000000001420000) | (0.00000000000001420000) |
| CRYPTO | CREAM-PERP | ASSERTED | 0.00000000000087400000 | 0.00000000000087400000 |
| CRYPTO | CVX-PERP | ASSERTED | 0.00000000000022740000 | 0.00000000000022740000 |
| CRYPTO | DEFI-PERP | ASSERTED | 0.00000000000000090000 | 0.00000000000000090000 |
| CRYPTO | DMG-PERP | ASSERTED | (0.00000000000909490000) | (0.00000000000909490000) |
| CRYPTO | DODO-PERP | ASSERTED | 0.00000000000363800000 | 0.00000000000363800000 |
| CRYPTO | DOT-PERP | ASSERTED | (0.00000000000363800000) | (0.00000000000363800000) |
| CRYPTO | DRGN-PERP | ASSERTED | 0.00000000000000020000 | 0.00000000000000020000 |
| CRYPTO | DYDX-PERP | ASSERTED | 0.00000000000045470000 | 0.00000000000045470000 |
| CRYPTO | EGLD-PERP | ASSERTED | (0.00000000000019900000) | (0.00000000000019900000) |
| CRYPTO | EOS-PERP | ASSERTED | 0.00000000000255800000 | 0.00000000000255800000 |
| CRYPTO | ETC-PERP | ASSERTED | 0.00000000000187580000 | 0.00000000000187580000 |
| CRYPTO | ETH-PERP | ASSERTED | (0.00000000000001420000) | (0.00000000000001420000) |
| CRYPTO | FIL-PERP | ASSERTED | (0.00000000000004260000) | (0.00000000000004260000) |
| CRYPTO | FLM-PERP | ASSERTED | 0.00000000000727600000 | 0.00000000000727600000 |
| CRYPTO | FTT | ASSERTED | 25.08825914700000000000 | 25.08825914700000000000 |
| CRYPTO | FTT-PERP | ASSERTED | (0.00000000000147790000) | (0.00000000000147790000) |
| CRYPTO | HNT-PERP | ASSERTED | (0.00000000000090950000) | (0.00000000000090950000) |
| CRYPTO | HT-PERP | ASSERTED | (0.00000000000090950000) | (0.00000000000090950000) |
| CRYPTO | KNC-PERP | ASSERTED | (0.00000000000272850000) | (0.00000000000272850000) |
| CRYPTO | KSM-PERP | ASSERTED | 0.00000000000004260000 | 0.00000000000004260000 |
| CRYPTO | LINK-PERP | ASSERTED | 0.00000000000090950000 | 0.00000000000090950000 |
| CRYPTO | LTC-PERP | ASSERTED | 0.00000000000005680000 | 0.00000000000005680000 |
| CRYPTO | LUNC-PERP | ASSERTED | 0.00000000000636650000 | 0.00000000000636650000 |
| CRYPTO | MEDIA-PERP | ASSERTED | 0.00000000000011370000 | 0.00000000000011370000 |
| CRYPTO | MID-PERP | ASSERTED | (0.00000000000000360000) | (0.00000000000000360000) |
| CRYPTO | MKR-PERP | ASSERTED | (0.00000000000004260000) | (0.00000000000004260000) |
| CRYPTO | MTL-PERP | ASSERTED | 0.00000000000181900000 | 0.00000000000181900000 |
| CRYPTO | NEO-PERP | ASSERTED | 0.00000000000022740000 | 0.00000000000022740000 |
| CRYPTO | OKB-PERP | ASSERTED | 0.00000000000022740000 | 0.00000000000022740000 |

| | | | | |
|---|---|---|---|---|
| CRYPTO | OXY-PERP | ASSERTED | (0.000000000008731150000) | (0.000000000008731150000) |
| CRYPTO | PRIV-PERP | ASSERTED | (0.000000000000000100000) | (0.000000000000000100000) |
| CRYPTO | RON-PERP | ASSERTED | (0.000000000001018650000) | (0.000000000001018650000) |
| CRYPTO | ROOK-PERP | ASSERTED | (0.000000000000041920000) | (0.000000000000041920000) |
| CRYPTO | RUNE-PERP | ASSERTED | 0.000000000000022740000 | 0.000000000000022740000 |
| CRYPTO | SHIT-PERP | ASSERTED | (0.000000000000000040000) | (0.000000000000000040000) |
| CRYPTO | SNX-PERP | ASSERTED | 0.000000000000181900000 | 0.000000000000181900000 |
| CRYPTO | STORJ-PERP | ASSERTED | (0.000000000000181900000) | (0.000000000000181900000) |
| CRYPTO | SXP-PERP | ASSERTED | 0.000000000000181900000 | 0.000000000000181900000 |
| CRYPTO | THETA-PERP | ASSERTED | (0.000000000000227370000) | (0.000000000000227370000) |
| CRYPTO | TOMO-PERP | ASSERTED | 0.000000000001455190000 | 0.000000000001455190000 |
| CRYPTO | TRX | ASSERTED | 0.000057000000000000000 | 0.000057000000000000000 |
| CRYPTO | UNI | ASSERTED | 0.020459607655169000000 | 0.020459607655169000000 |
| CRYPTO | USDT | ASSERTED | 0.009459527636271200000 | 0.009459527636271200000 |
| CRYPTO | XAUT-PERP | ASSERTED | 0.000000000000000360000 | 0.000000000000000360000 |
| CRYPTO | XMR-PERP | ASSERTED | 0.000000000000001420000 | 0.000000000000001420000 |
| CRYPTO | XTZ-PERP | ASSERTED | (0.000000000000227370000) | (0.000000000000227370000) |
| CRYPTO | YFII-PERP | ASSERTED | (0.000000000000000710000) | (0.000000000000000710000) |
| CRYPTO | YFI-PERP | ASSERTED | (0.000000000000000090000) | (0.000000000000000090000) |
| CRYPTO | ZEC-PERP | ASSERTED | (0.000000000000008530000) | (0.000000000000008530000) |
| FIAT | USD | ASSERTED | 73,080.978450746600000000000 | 73,080.978450746600000000000 |

**EXHIBIT B-2: EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO: United States Bankruptcy Court
for the District of Delaware ("Court")

AND: FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

CLAIM: Schedule No. 5677037 ("Schedule")

[redacted] ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged pursuant to the terms of an Assignment of Claim Agreement dated as of 10/12/2026, does hereby certify that he has unconditionally and irrevocably sold, transferred, and assigned to:

Phoenix TF, LLC
418 Broadway Ste R
Albany, NY 12207
Attention: Austin Viny
Email: austin@phoenixtf.co.uk

and its successors and assigns ("Phoenix"), 34% of its rights, title, and interest in and to (a) the Proofs of Claim, (b) the Schedule, (c) the Confirmation IDs and (d) the Customer Code (collectively the "Claim") and all cash, principal, interest, and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Phoenix as the sole owner and holder of 34% the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions on account of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim.

| **SELLER:** | **BUYER:** |
| --- | --- |
| [redacted] | **PHOENIX TF, LLC**<br>By: ______<br>Name: Austin Viny<br>Title: Authorized Signatory<br>Date: 10/13/2026 |

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.