RECEIVED
2026 OCT 19 A 9:05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Ref. D.I. 36197 |
| | ) | |
| | ) | |

**AMENDED CERTIFICATE OF SERVICE**

I certify that on October 7, 2026, I caused a copy of the Response of Robert Dickey to the FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection [D.I. 36197] as to Schedule No. 7206298, and Motion for Leave to File and Serve a Late Response, a Claim-Specific Adjournment, and Related Notice Relief, with Exhibits A and B (the "Response and Motion"), to be served on the following parties by the methods indicated. This amended certificate corrects the U.S. Trustee email address stated in the certificate of service attached to the Response and Motion.

**By first-class U.S. mail and email:** Landis Rath & Cobb LLP, Attn: Adam G. Landis, Matthew B. McGuire, Kimberly A. Brown, Matthew R. Pierce, 919 Market Street, Suite 1800, Wilmington, DE 19801 (landis@lrclaw.com; mcguire@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com), counsel for the FTX Recovery Trust

**By first-class U.S. mail and email:** Sullivan & Cromwell LLP, Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Alexa J. Kranzley, 125 Broad Street, New York, NY 10004 (dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com), counsel for the FTX Recovery Trust

100009775400101.002390.03.04.000000

**By first-class U.S. mail and email:** Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (benjamin.a.hackman@usdoj.gov; USTPRegion03.WL.ECF@usdoj.gov). An email copy sent the same day to linda.richenderfer@usdoj.gov, the address listed in the original certificate, was returned as undeliverable.

Dated: October 7, 2026

______________________________

Robert Dickey, *pro se*
500 Westover Dr. #39093
Sanford, NC 27330
Telephone: (301) 529-3243
Email: ftx-claim@rfd.email

100009775400101.002390.04.04.000000