# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX Trading Ltd. (d/b/a "FTX")<br>Debtors | Chapter 11<br>22-11068<br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

[redacted]

Name of Transferee:

**RECLAIM CAPITAL LLC**

Name and Address where notices and payments to transferee should be sent:

Address:

Reclaim Capital LLC
Attn: Oleh Chubai, CEO
1023 E Lincolnway
Cheyenne, WY 82001, United States
Tel: +1 (307) 650-2219
info@reclaim-capital.com

| **Claim No./Schedule** | **Creditor Name** | **Amount** | **Debtor** |
|---|---|---|---|
| Kroll Schedule No.: 6823512 | [redacted] | $617.01 | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Debtor Schedule F No.: 03565615 | [redacted] | $617.01 | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Claim No.: 58146 | [redacted] | $617.01 | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Signed by:
By: Oleh Chubai
F6DE6EDF29CD4BC...
Transferee / Transferee's Agent
Oleh Chubai, CEO - Reclaim Capital LLC

Date: 14 October, 2026

Schedule F

| | | |
|---|---|---|
| 03565615 | | BCH[0], ETH[.00000001], ETHW[0], FTT[0], LTC[0], LUNA2[0.00538000], LUNA2_LOCKED[0.01255334], MATIC[0], TRX[.000148], USD[16.98], USDT[0.00654654] |

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.