**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,[1]<br>Debtors. | | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br>**Related to D.I. 35827, 35980**<br>**Hearing Date: October 20, 2026** |

**NOTICE OF INTENDED USE OF DEMONSTRATIVE EXHIBIT BY SETH MELAMED AT OCTOBER 20, 2026 HEARING ON 1) MOTION FOR ENTRY OF AN ORDER DETERMINING THAT THE FILING AND PROSECUTION OF THE PROPOSED REQUEST TO AMEND DESCRIPTION OF ARBITRATION IS NOT ENJOINED BY THE JUNE 2ND ORDER OR THE CONFIRMATION ORDER MOTION FOR RECONSIDERATON [D.I. 35827] AND 2) MOTION FOR ENTRY OF AN ORDER DETERMINING THAT THE FILING AND PROSECUTION OF THE PROPOSED REQUEST TO AMEND DESCRIPTION OF ARBITRATION IS NOT ENJOINED BY THE JUNE 2ND ORDER OR THE CONFIRMATION ORDER [D.I. 35980]**

PLEASE TAKE NOTICE That Seth Melamed Intends To Use The Demonstrative Exhibit (attached as Exhibit A) at the Hearing on October 20, 2026 on 1) *Motion For Entry Of An Order Determining That The Filing And Prosecution Of The Proposed Request To Amend Description Of Arbitration Is Not Enjoined By The June 2nd Order Or The Confirmation Order Motion For Reconsideration [D.I. 35827];* and 2) *Motion For Entry Of An Order Determining That The Filing And Prosecution Of The Proposed Request To Amend Description Of Arbitration Is Not Enjoined By The June 2nd Order Or The Confirmation Order [D.I. 35980]*.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

Dated: October 19, 2026
Wilmington, Delaware

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

/s/ Kate R. Buck
Kate R. Buck (No. 5140) Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com
- and –
David J. Adler (admitted *pro hac vice*)
250 W. 55th Street, 13th Floor
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
dadler@mccarter.com
*Counsel to Seth Melamed*