**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br>Plaintiff,<br><br>- against -<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>Defendants. | Adv. Pro. No. 24-50188 (KBO) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>Defendants. | Adv. Pro. No. 24-50214 (KBO) |

**NOTICE OF *THIRD AMENDED*[2] AGENDA FOR HEARING SCHEDULED FOR OCTOBER 20, 2026 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

---

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2 All amended items appear in **bold**.

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend in person unless permitted to appear remotely via Zoom.**

**Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

**After registering your appearance, you will receive a confirmation email containing information about joining the hearing.**

**ADJOURNED MATTERS:**

1. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

   Status: This matter is adjourned to the hearing scheduled for November 19, 2026.

**ADJOURNED MATTERS – ADVERSARY PROCEEDINGS:**

2. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

   Status: This matter is adjourned to a date to be determined.

3. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

   Status: This matter is adjourned to a date to be determined.

**MATTERS GOING FORWARD:**

4. Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 35768] Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008, 9023, and 9024 [D.I. 35827, filed on June 16, 2026]

   Objection Deadline: July 16, 2026 at 4:00 p.m. (ET)

Responses Received:

A. Objection of FTX Recovery Trust to Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 35768] Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008, 9023, and 9024 [D.I. 36002, filed on July 16, 2026]

Related Documents:

A. Order Granting FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration [D.I. 35768, entered on June 2, 2026]

B. Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 35985, filed on July 13, 2026]

C. Declaration of Brian D. Glueckstein in Support of Objection of FTX Recovery Trust to Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36003, filed on July 16, 2026]

D. Reply of Seth Melamed in Further Support of Motion for Reconsideration of the June 2, 2026 Order [D.I. 35768] Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008, 9023, and 9024 [D.I. 36015, filed on July 20, 2026]

E. Declaration of Daniel Allen in Support of Seth Melamed's Replies in Support of his Motion for Reconsideration [D.I. 35827] and Motion to Clarify [D.I. 35980] [D.I. 36016, filed on July 20, 2026]

F. Notice of Intended Use of Demonstrative Exhibit by Seth Melamed at July 23, 2026 Hearing on 1) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order Motion for Reconsideration [D.I. 35827] and 2) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 35980] [D.I. 36036, filed on July 22, 2026]

G. Argent's Notice of Intended Use of Demonstrative Exhibit in Support of Argent's Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36042, filed on July 22, 2026]

H. Argent Liquidation Trust's Notice of Filing Corrected Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36059, filed on July 28, 2026]

I. Notice of Hearing [D.I. 36188, filed August 28, 2026]

J. FTX Recovery Trust's Response to Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36245, filed on September 11, 2026]

K. Notice of Rescheduled Hearing [D.I. 36492, filed on October 6, 2026]

L. Argent Liquidation Trust's Reply to FTX Recovery Trust's Response to Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36663, filed on October 9, 2026]

**M. Notice of Intended Use of Demonstrative Exhibit by Seth Melamed at the Hearing on October 20, 2026 on 1) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order Motion for Reconsideration [D.I. 35827]; and 2) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 35980] [D.I. 36728, filed October 19, 2026]**

**N. Statement of Seth Melamed in Response to FTX Recovery Trust's Response to Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion for Reconsideration of the June 2, 2026 Order [D.I. 36729, filed October 19, 2026]**

Status: This matter is going forward.

5. Motion of Seth Melamed for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 35980, filed on July 9, 2026]

Objection Deadline: July 16, 2026 at 4:00 p.m. (ET)

Responses Received:

A. Objection of FTX Recovery Trust to Motion of Seth Melamed for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 36004, filed on July 16, 2026]

Related Documents:

A. Order Granting FTX Recovery Trust's Motion to Enforce Prior Orders that Preclude Seth Melamed from Asserting New Claims in Arbitration [D.I. 35768, entered on June 2, 2026]

B. Declaration of David J. Adler in Support of Motion of Seth Melamed for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 35981, filed on July 9, 2026]

C. Reply of Seth Melamed in Further Support of Motion for Entry of an Order Determining That the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 36014, filed on July 20, 2026]

D. Declaration of Daniel Allen in Support of Seth Melamed's Replies in Support of his Motion for Reconsideration [D.I. 35827] and Motion to Clarify [D.I. 35980] [D.I. 36016, filed on July 20, 2026]

E. Notice of Filing of "Exhibit A" to Reply of Seth Melamed in Further Support of Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 36022, filed on July 21, 2026]

F. Notice of Intended Use of Demonstrative Exhibit by Seth Melamed at July 23, 2026 Hearing on 1) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order Motion for Reconsideration [D.I. 35827] and 2) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 35980] [D.I. 36036, filed on July 22, 2026]

G. Notice of Rescheduled Hearing [D.I. 36492, filed on October 6, 2026]

H. **Notice of Intended Use of Demonstrative Exhibit by Seth Melamed at the Hearing on October 20, 2026 on 1) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order Motion for Reconsideration [D.I. 35827]; and 2) Motion for Entry of an Order Determining that the Filing and Prosecution of the Proposed Request to Amend Description of Arbitration is Not Enjoined by the June 2nd Order or the Confirmation Order [D.I. 35980] [D.I. 36728, filed October 19, 2026]**

6. FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [D.I. 36197, filed on September 1, 2026]

Response Deadline: October 2, 2026 at 4:00 p.m. (ET)

Responses Received:

A. Response of Jeremy Lebair to the FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [D.I. 36299, filed on September 18, 2026]

B. Response to the FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [D.I. 36197] and Request for Continued KYC Review / Ownership Linkage [D.I. 36357, filed on September 28, 2026]

C. Claimant's Response to the FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [D.I. 36443, filed on October 1, 2026]

D. Response of Kang Shuting to FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [Docket No. 36197] [D.I. 36489, filed on October 6, 2026]

E. Motion of the Holder of Claim No. 70813 for Leave to Respond After the Deadline, A Limited Opportunity to Cure, and Participation at the October 20 Hearing [D.I. 36490, filed on October 6, 2026]

F. Informal Response from Holder of Claim No. 79445 [Received via email on September 3, 2026]

G. Informal Response from Holder of Claim No. 52885 [Received via email on September 8, 2026]

H. Informal Response from Holder of Schedule No. 7327678 [Received via email on September 19, 2026]

I. Informal Response from Holder of Claim No. 72524 [Received via email on September 25, 2026]

J. Informal Response from Holder of Schedule No. 6726901 [Received via email on September 30, 2026]

K. Informal Response from Holder of Schedule No. 7208882 [Received via email on October 1, 2026]

L. Informal Response from Holder of Schedule No. 7206298 [Received via email on October 3, 2026]

M. Informal Response from Holder of Claim No. 74417 [Received via email on October 12, 2026]

N. Response of Robert Dickey to the FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection [D.I. 36197] as to Schedule No. 7206298. And Motion of Robert Dickey for Lease to File and Serve a Late Response, a Claim-Specific Adjournment and Related Notice Relief [D.I. 36719, filed October 19, 2026]

Related Documents:

A. Declaration of Michael S. Leto in Support of the FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [D.I. 36198, filed on September 1, 2026]

B. FTX Recovery Trust's Reply in Support of the Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [D.I. 36699, filed on October 15, 2026]

Status: This matter is going forward.

7. Motion of Seth Melamed for Leave to File a Response to FTX Recovery Trust's Response to Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion for Reconsideration of the June 2, 2026 Order [D.I. 36700, filed October 15, 2026]

Response Deadline: N/A

Responses Received: None.

Related Documents:

A. FTX Recovery Trust's Response to Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion of Seth Melamed for Reconsideration of the June 2, 2026 Order [D.I. 36245, filed on September 11, 2026]

B. Order Granting Motion of Seth Melamed for Leave to File a Response to FTX Recovery Trust's Response to Argent Liquidation Trust's Corrected Joinder and Statement in Support of Motion for Reconsideration of the June 2, 2026 Order [D.I. 36714, entered October 19, 2026]

**Status:** An order granting the relief requested has been entered by the Court. Accordingly, a hearing on this matter is not necessary.

Dated: October 20, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*