# SIGN – IN SHEET

CASE NAME: FTX Trading Ltd.

CASE NO.: 22-11068-KBO

COURTROOM: 3

DATE: October 20, 2026 9:30 AM

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katherine Good | Potter Anderson & Corroon | Argent Liquidating Trust |
| | | |
| DAVID ADLER | MCCARTER + ENGLISH | Seth MELAMED |
| Larry O'Brien | McCarter + English | Seth Melamed |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**CASE NAME:** ***FTX Trading Ltd., et al.,***
**CASE NO: 22-11068 (KBO)**

**SIGN-IN SHEET**

**COURTROOM LOCATION: 6th Floor #3**
**DATE: October 20, 2026 at 9:30 am (ET)**

| **Name** | **Law Firm** | **Client Representing** |
|---|---|---|
| Brian Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Jessica Goldman | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Isaac Foote | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Elizabeth A. Rogers | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| | | |
| | | |
| | | |
| | | |
| | | |

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hannah | | Aiello | haiello@milbank.com | | 1101 New York Avenue | | Washington | DC | 20005 | 2.03E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Ave. | | White Plains | NY | 10603 | 9.14E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Nicholas | | Baker | nbaker@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alex | | Bisogno | abisogno@willkie.com | | 787 Seventh Ave | | New York | NY | 10019 | 212-728-3049 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Hannah | | Blazek | hblazek@milbank.com | Milbank | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801-6108 | 3.03E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kimberly | A. | Brown | brown@lrclaw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jordan | M | Cohen | cohenjm@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Will | | Collins | wcollins@willkie.com | | 787 Seventh Ave | | New York | NY | 10019 | 212-728-3115 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Robert | | Dickey | ftx-claim@rfd.email | | 500 Westover Dr #39093 | | Sanford | NC | 27330 | 301-529-3243 | Robert Dickey, creditor (pro se) - Schedule No. 7206298 | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Lauren | | Doyle | ldoyle@milbank.com | Milbank | 55 Hudson Yards | | New York | NY | 10001 | 2.13E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Christopher | J | Dunne | Dunnec@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Andrew | J | Finn | Finna@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Gregory | Joseph | Flasser | gflasser@potteranderson.com | Potter Anderson & Corroon LLP | 1313 North Market Street | Ste 6th Floor | Wilmington | DE | 19801 | 302-984-6058 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Maximilian | Y.M. | Frank | frankm@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| L. Katherine | | Good | kgood@potteranderson.com | Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | 302-984-6049 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amina | | Hassan | amina.hassan@hugheshubbard.com | Hughes Hubbard & Reed | Hughes Hubbard & Reed | ONE BATTERY PARK PLAZA | New York City | NY | 10004 | 9.17E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Batoul | S.A. | Husain | batoul.husain@stblaw.com | Simpson Thacher & Bartlett LLP | 900 G Street, N.W. | | Washington | DC | 20001 | 2.13E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Pedro | Jose | Izquierdo | Izquierdop@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Justin | | Kane | justin.kane@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | DC | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Riah | | Kim | rkim2@milbank.com | | 1101 New York Avenue | | Washington | DC | 20005 | 202-835-7581 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Landis Rath & Cobb LLP | | Landis Rath & Cobb LLP | ford@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | Wilmington | DE | 19899 | 3.02E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Andrew | | Leblanc | aleblanc@milbank.com | | 1313 N. Market St. | | Wilmington | DE | 19801 | 3.03E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mike | | Legge | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Nam | T | Luu | luun@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Sam | M | Mazzarelli | mazzarellis@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kristin | | McCloskey | kmccloskey@potteranderson.com | | Potter Anderson & Corroon, LLP | 1313 N. Market St., 6th Fl. | Wilmington | DE | 19801 | 3.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Matthew | B. | McGuire | mcguire@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Seth | | Melamed | sethmm19@gmail.com | | Villa Kamila, Jl. Bumbak Gg. Pulau No. 37 | Kerobokan, Kec. Kuta Utara, Kabupaten Badung | Bali | OU | 80361 | 510-229-2855 | Seth Melamed (creditor; counsel McCarter & English, LLP) | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Juan | Nestor | Palao Pinedo | nrpalao@gmail.com | | Hohlstrasse 440A | | Zurich | OU | 8048 | +34 689-951-009 | Creditor / Claim Holder - Claim No. 79445 | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Dan | | Perry | dperry@milbank.com | | Milbank | 1313 N. Market St., 6th Fl. | Wilmington | DE | 19801 | 2.03E+09 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matthew | R | Pierce | Pierce@lrclaw.com | Landis Rath & Cobb LLP | P.O. Box 2087 | 919 Market Street, Suite 1800 | Wilmington | DE | 19899 | 302-467-4400 x452 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Emily | N | Potter | pottere@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mr. | | Purple | mr.purple.dj@gmail.com | | 1060 West Addison | | Chicago | IL | 12345 | 8.01E+09 | Creditors | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Sameen | | Rizvi | srizvi@potteranderson.com | Potter Anderson & Corroon LLP | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | 302-984-6155 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Howard | W | Robertson | robertson@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Ste 1800 | Wilmington | DE | 19899 | 302-467-4426 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Elizabeth | A. | Rogers | erogers@lrclaw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite #1800 | Wilmington | DE | 19801 | 302-467-4435 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Melissa | L | Romano | mromano@potteranderson.com | | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | 302-984-6000 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Nicholas | | Shook | nick@neonlaw.com | Neon Law | 5150 Mae Anne Ave Ste 405-9002 | | Reno | NV | 89523 | 510-800-2080 | Holder of Claim No. 70813 | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alexander | R. | Steiger | steiger@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Ethan | Hans | Sulik | | Marine Midland Building | 824 North Market Street | Room 621 | Wilmington | DE | 1.98E+08 | | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Yuan | C | Tao | taoy@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kate | | Thomas | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Michael | T | Tomaino Jr. | TomainoM@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Kana | M | Turley | turleyk@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Soumya | Parvathi | Venkateswaran | venkateswaran@lrclaw.com | Landis Rath & Cobb LLP | 919 North Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4445 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alex | | Wittenberg | alex.wittenberg@law360.com | | 111 W. 19th St. | | New York | NY | | 10011 | 7.16E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Jonathan | | Youngwood | jyoungwood@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | DC | | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Saskia | E.L. | de Vries | devriess@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | | 10004 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |