**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 36197** |

**CERTIFICATION OF COUNSEL REGARDING FTX RECOVERY TRUST'S TWO HUNDRED THIRD (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM WITH REJECTED KYC (CUSTOMER CLAIMS)**

I, Kimberly A. Brown, counsel to the FTX Recovery Trust (the "Trust"),[2] hereby certify as follows to the best of my knowledge, information, and belief:

1. On September 1, 2026, the Trust filed the *FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims)* [D.I. 36197] (the "Objection").

2. Pursuant to the attached notice [D.I. 36197-2], any responses to the Objection were to be filed no later than October 2, 2026 at 4:00 p.m. (ET).

3. The Trust received informal responses to the Objection from the holders of claim numbers 70313, 79445, 52885, 7327678, 72524, 6726901, 7208882, and 74417.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

4. On September 18, 2026, Jeremy Lebair ("Lebair") filed a response to the Objection [D.I. 36299] (the "Lebair Response").

5. On September 28, 2026, Nick Yakutilov ("Yakutilov") filed a response to the Objection [D.I. 36357] (the "Yakutilov Response").

6. On October 1, 2026, Matthew Joseph Heye ("Heye") filed a response to the Objection [D.I. 36443] (the "Heye Response").

7. On October 6, 2026, Kang Shuting ("Shuting") filed a response to the Objection [D.I. 36489] (the "Shuting Response").

8. On October 6, 2026, the holder of claim number 70813 filed a response to the Objection [D.I. 36490].

9. On October 19, 2026, Robert Dickey ("Dickey") filed a response to the Objection [D.I. 36719] (the "Dickey Response").[3]

10. As of the date hereof, no other responses to the Objection have been filed or served on the Trust.

11. The parties have agreed to resolve the Objection with regard to Lebair's claim, Heye's claim, Shuting's claim, Dickey's claim, and claim numbers 79445, 52885, 7327678, 72524, 7143782, 3007, 7207804, and 7208882 (together, the "Resolved Claims").[4] Accordingly, the Trust is withdrawing the Objection solely with respect to the Resolved Claims, without prejudice and with all rights of the parties reserved with regard thereto. A list of the Resolved Claims is attached hereto as **Exhibit A.**

12. The Trust has agreed to adjourn the Objection solely with respect to Yakutilov's

[3] The Trust also received an informal response to the Objection from Dickey on October 3, 2026.

[4] The Trust removed claim numbers 7143782 and 7207804 from the Objection in connection with a further review of the Debtors' legacy KYC records.

claim, and claim numbers 70813, 74417 and 70313 (the "Adjourned Claims"). A list of the Adjourned Claims is attached hereto as **Exhibit B.**

13. The Trust has revised the proposed form of order (the "Revised Order"), a copy of which is attached hereto as **Exhibit C**, to reflect the above withdrawals and adjournments. In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

14. Accordingly, the Trust respectfully requests that the Court enter the Revised Order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 20, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*