# EXHIBIT A

## Resolved Claims

| **Customer Code** | ***Claim*** **#** |
|---|---|
| **00152641** | *79445* |
| **00155400** | *7143782* |
| **00163952** | *7339090* |
| **00174845** | *52885* |
| **00182979** | *7206298* |
| **00183582** | *7419992* |
| **00184256** | *3007* |
| **00972205** | *7207804* |
| **01261212** | *7208882* |
| **01263415** | *72524* |
| **01394774** | *14650* |
| **02808449** | *7327678* |

* Indicates the claim was previously modified by order of the Court.