# EXHIBIT B

## Adjourned Claims

| **Customer Code** | ***Claim #*** |
|---|---|
| **00404651** | *15629*[1] |
| **00448489** | *70813* |
| **01636888** | *70313** |
| **03990159** | *74417* |

[1] Claim 15629 is adjourned on the Debtors' One Hundred Twenty-Third (Substantive) Omnibus Objection to Certain Fully or Partially Unliquidated Proofs of Claim [D.I. 27179].

* Indicates the claim was previously modified by order of the Court.