**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) | |
| | ) | Case No. 22-11068 (KBO) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 36323** |

**SCHEDULING ORDER**

Upon receipt of the *Motion of Creditor Iduino Santoni to Compel Distribution of Allowed Class 7A Claim and For Relief From Onboarding Deadline Pursuant to Fed. R. Bankr. P. 9006(b)(1) and 11 U.S.C. § 105(a)* [D.I. 36323] (the "Motion") and it appearing that movant Iduino Santoni (the "Movant") failed to notice the Motion for a hearing as required by Rule 9013-1(e)-(f) of the Local Rules of The United States Bankruptcy Court for the District of Delaware, it is hereby **ORDERED**:

1. A hearing on the Motion is scheduled for **November 19, 2026 at 1:00 p.m. (Eastern time)**.

2. The hearing will be conducted in person before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

3. Movant may remotely participate in the hearing. All other participants are directed to consult Judge Owens's Chambers Procedures (dated January 2, 2024) for guidance as to the

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

accepted manner of appearance. Remote registration is required by **November 18, 2026 at 4:00 p.m. (Eastern time)** using the *eCourtAppearances* tool available on the Bankruptcy Court's website.

4. Any objection to the Motion must be filed with the Bankruptcy Court and served by **November 4, 2026**. Any reply in support of the Motion must be filed with the Bankruptcy Court and served by **November 11, 2026**.

5. The FTX Recovery Trust is directed to serve this Order on Movant by overnight courier and electronic mail (if available) and file an affidavit of service with the Bankruptcy Court within 2 business days.

Dated: October 21, 2026
Wilmington, Delaware

Karen B. Owens
Chief Judge