**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 34704, 34994, 35863, 36194 & 36459** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on February 13, 2026, the FTX Recovery Trust[2] filed the *FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 34704] (the "Amended Objection"). Responses, if any, to the relief requested in the Amended Objection were required to be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"), on or before March 16, 2026 at 4:00 p.m. (ET) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that on March 31, 2026, the Court entered the *Order Extending Response Deadline to FTX Recovery Trust's First Amended Objection to Proofs of Claim filed by Alex Mashinsky* [D.I. 34994], extending the Objection Deadline to June 15, 2026.

**PLEASE TAKE FURTHER NOTICE** that on June 22, 2026, Mashinsky filed the *Response of Alex Mashinsky, Pro Se, in Opposition to the FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 35863].

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established on January 3, 2025, the effective date of the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404-1].

**PLEASE TAKE FURTHER NOTICE** that on August 31, 2026, Mashinsky, Koala1 LLC, and AM Ventures Holdings Inc. filed the *Superseding Opposition of Creditors Alexander Mashinsky, Koala1 LLC, and AM Ventures Holdings Inc. to FTX Trust's First Amended Objection* [D.I. 36194].

**PLEASE TAKE FURTHER NOTICE** that on October 2, 2026, the FTX Recovery Trust filed the *Reply in Further Support of the FTX Recovery Trust's First Amended Objection to Proofs of Claim Filed by Alex Mashinsky* [D.I. 36459].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Amended Objection will be held on **December 17, 2026 at 1:00 p.m. (ET)** before the Honorable Karen B. Owens, Chief United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 21, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted pro hac vice)
James L. Bromley (admitted pro hac vice)
Brian D. Glueckstein (admitted pro hac vice)
Benjamin S. Beller (admitted pro hac vice)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
bellerb@sullcrom.com

*Counsel for the FTX Recovery Trust*