# **Schedule 1**

## **Verification Failure Claims**

| Customer Code | *Claim #* |
|---|---|
| **00151250** | *6837353* |
| **00151277** | *7449952* |
| **00153270** | *7451621* |
| **00155225** | *80393* |
| **00157684** | *7455793* |
| **00159132** | *7447450* |
| **00161337** | *7637442* |
| **00162874** | *7446417* |
| **00162897** | *7453034* |
| **00164905** | *70842* |
| **00164968** | *7170138* |
| **00166308** | *7269721* |
| **00170392** | *5312987* |
| **00170654** | *25428* |
| **00171417** | *7303172* |
| **00171944** | *7452013* |
| **00172488** | *80335* |
| **00172507** | *7106892* |
| **00172919** | *27907* |
| **00172925** | *7227168* |
| **00173942** | *81415* |
| **00175245** | *82047* |
| **00175534** | *5322547* |
| **00177411** | *84164** |
| **00182912** | *7355509* |
| **00184999** | *7269742* |
| **00190360** | *10122** |
| **00190822** | *7296940* |
| **00192314** | *84201* |
| **00193202** | *7232348* |
| **00193217** | *7188994* |
| **00196307** | *7434946* |
| **00196377** | *6725456* |
| **00198161** | *5887157* |
| **00203354** | *7455808* |
| **00210734** | *6407978* |
| **00224077** | *16405* |
| **00226990** | *5513116* |
| **00227879** | *5568118* |
| **00228693** | *7278521* |
| **00229348** | *43924* |
| **00241268** | *57832* |
| **00247357** | *7120390* |
| **00249412** | *5564719* |
| **00253103** | *7119116* |
| **00254856** | *5330238* |
| **00256003** | *7449148* |
| **00258332** | *7392891* |
| **00258532** | *7288548* |
| **00258593** | *7075503* |
| **00264232** | *20000** |
| **00265494** | *7447802* |
| **00267044** | *10911* |
| **00267893** | *7094547* |
| **00269913** | *7457994* |
| **00273096** | *48704** |
| **00280047** | *89197* |
| **00283924** | *45109* |
| **00284203** | *7450260* |
| **00284296** | *6798410* |
| **00285259** | *7184976* |
| **00285496** | *7263638* |
| **00286987** | *22564* |
| **00288000** | *73606* |
| **00288521** | *7291623* |
| **00291934** | *10632** |
| **00294384** | *60654* |
| **00294961** | *7153486* |
| **00295571** | *73024* |
| **00295639** | *73122* |
| **00297011** | *81164* |
| **00300920** | *11756* |
| **00301036** | *6133078* |
| **00303991** | *66272* |
| **00305333** | *71077* |
| **00306833** | *7374230* |
| **00308435** | *7116631* |
| **00314128** | *34796** |
| **00315562** | *17038* |
| **00316351** | *7356999* |
| **00317494** | *7434735* |
| **00322713** | *7204259* |
| **00328785** | *7446440* |
| **00328994** | *6754997* |
| **00329327** | *7384703* |
| **00332607** | *7216574* |
| **00332834** | *86855* |
| **00334147** | *7321037* |
| **00336740** | *7152645* |
| **00339821** | *82358* |
| **00340671** | *51352* |
| **00341029** | *7082308* |
| **00343526** | *7137606* |
| **00345183** | *6669036* |
| **00345250** | *7260536* |
| **00346642** | *7130559* |
| **00347472** | *7445429* |
| **00349957** | *7576237* |
| **00353984** | *7448366* |
| **00354086** | *7460264* |
| **00355368** | *7289497* |
| **00357227** | *6650332* |
| **00359572** | *12768* |
| **00366365** | *7319502* |
| **00372592** | *7391168* |
| **00381564** | *5569199* |
| **00382490** | *62399* |
| **00392057** | *51670** |
| **00395231** | *46122* |
| **00396864** | *7239418* |
| **00399068** | *7391205* |
| **00403793** | *7198370* |
| **00404280** | *6182949* |
| **00404581** | *7062596* |
| **00404929** | *5713941* |
| **00405505** | *6721373* |
| **00408585** | *7443822* |
| **00413863** | *26394** |
| **00416933** | *6829967* |
| **00422267** | *7128033* |
| **00425427** | *7073418* |
| **00427579** | *7451270* |
| **00430960** | *7455870* |
| **00432749** | *5311582* |
| **00436185** | *7366621* |
| **00440192** | *91467** |
| **00449771** | *76822** |
| **00457361** | *5405533* |
| **00463702** | *7199275* |

* Indicates the claim was previously modified by order of the Court.

| Customer Code | *Claim #* |
|---|---|
| **00465341** | *7426516* |
| **00475943** | *6345527* |
| **00476082** | *7091499* |
| **00490409** | *7316248* |
| **00500542** | *7173442* |
| **00517567** | *7454850* |
| **00520609** | *7374041* |
| **00520765** | *5342936* |
| **00522949** | *7455842* |
| **00531057** | *7401492* |
| **00531448** | *36823* |
| **00545618** | *5344270* |
| **00554729** | *7192893* |
| **00573587** | *52728* |
| **00597780** | *7098647* |
| **00602552** | *88465* |
| **00623348** | *7234751* |
| **00626779** | *6017020* |
| **00637814** | *7132476* |
| **00637828** | *6241159* |
| **00640704** | *7415794* |
| **00644945** | *7459801* |
| **00650890** | *7223610* |
| **00654342** | *7092971* |
| **00655415** | *7442387* |
| **00658253** | *7454767* |
| **00668206** | *7430361* |
| **00668476** | *7447872* |
| **00673883** | *7185769* |
| **00675772** | *43776** |
| **00684921** | *7305524* |
| **00699488** | *33505* |
| **00702536** | *60963* |
| **00712087** | *7267786* |
| **00721427** | *72803* |
| **00735219** | *5821893* |
| **00738087** | *7157107* |
| **00753127** | *7245914* |
| **00755416** | *7102783* |
| **00762287** | *11735* |
| **00767663** | *7455874* |
| **00775759** | *50286* |
| **00779177** | *7154371* |

| Customer Code | *Claim #* |
|---|---|
| **00793948** | *5522373* |
| **00815474** | *7160267* |
| **00817108** | *7325405* |
| **00834866** | *7288170* |
| **00849045** | *62180* |
| **00853122** | *7449020* |
| **00853297** | *6387898* |
| **00862368** | *7123020* |
| **00864832** | *72977* |
| **00868728** | *52854* |
| **00881291** | *6749105* |
| **00897860** | *7287987* |
| **00898056** | *7357469* |
| **00907989** | *7431262* |
| **00912489** | *7448053* |
| **00919869** | *7117829* |
| **00922627** | *83919** |
| **00923827** | *6430452* |
| **00926321** | *7231626* |
| **00935747** | *6131229* |
| **00939056** | *5328560* |
| **00944053** | *7444857* |
| **00948870** | *6765029* |
| **00952360** | *5328588* |
| **00959845** | *6109253* |
| **00964350** | *6717347* |
| **00964597** | *6387855* |
| **00973703** | *7448390* |
| **00980469** | *7184753* |
| **00982023** | *19345* |
| **00995928** | *7436034* |
| **01003424** | *6433459* |
| **01005305** | *7215888* |
| **01026977** | *7172265* |
| **01033465** | *44350* |
| **01047257** | *5354032* |
| **01048532** | *7115750* |
| **01048757** | *83998** |
| **01056781** | *5648445* |
| **01057691** | *5580366* |
| **01059119** | *83981* |
| **01064037** | *34535* |
| **01064233** | *34521* |

| Customer Code | *Claim #* |
|---|---|
| **01064285** | *34516* |
| **01068709** | *7433351* |
| **01069981** | *7073633* |
| **01073946** | *20718* |
| **01075740** | *7138638* |
| **01081164** | *5441264* |
| **01088854** | *7420232* |
| **01091203** | *7350669* |
| **01115053** | *7358169* |
| **01121472** | *56953** |
| **01122046** | *7227495* |
| **01122224** | *88972* |
| **01129096** | *7360902* |
| **01133956** | *6411380* |
| **01137590** | *7444717* |
| **01144530** | *33507** |
| **01151575** | *6518450* |
| **01154206** | *37980** |
| **01155226** | *7425711* |
| **01155458** | *7418309* |
| **01164150** | *5321483* |
| **01181446** | *6432227* |
| **01186074** | *83450** |
| **01187122** | *7404964* |
| **01189097** | *6525850* |
| **01189957** | *7449356* |
| **01192987** | *5963083* |
| **01196033** | *7451514* |
| **01216917** | *7425654* |
| **01221443** | *5928981* |
| **01223032** | *5913086* |
| **01230080** | *7148078* |
| **01237222** | *7446874* |
| **01243907** | *7248121* |
| **01252410** | *30352* |
| **01272528** | *7199426* |
| **01274247** | *6198971* |
| **01286090** | *7150863* |
| **01324945** | *7365238* |
| **01326809** | *7407535* |
| **01333277** | *5747316* |
| **01336493** | *59029** |
| **01336746** | *7316887* |

* Indicates the claim was previously modified by order of the Court.

| Customer Code | *Claim #* |
|---|---|
| **01346978** | *7100274* |
| **01375117** | *20864* |
| **01388375** | *6442545* |
| **01402039** | *7215355* |
| **01448936** | *6380407* |
| **01453334** | *7235020* |
| **01456362** | *5333342* |
| **01486181** | *78112* |
| **01489285** | *58457* |
| **01494673** | *76536* |
| **01557861** | *6719153* |
| **01567352** | *35105* |
| **01568738** | *6394306* |
| **01572148** | *7067868* |
| **01579574** | *7217915* |
| **01598645** | *7358581* |
| **01600394** | *31457* |
| **01605498** | *7424667* |
| **01611131** | *5404939* |
| **01627483** | *29431** |
| **01638645** | *7385484* |
| **01648101** | *5951384* |
| **01660769** | *6599360* |
| **01662788** | *7456913* |
| **01685657** | *6845434* |
| **01693592** | *6424911* |
| **01717163** | *7089182* |
| **01729017** | *6122641* |
| **01740672** | *7074163* |
| **01744391** | *5323856* |
| **01752207** | *5342295* |
| **01773090** | *81455* |
| **01774999** | *7452309* |
| **01835833** | *96894* |
| **01837322** | *9305** |
| **01868387** | *6822993* |
| **01891256** | *6452316* |
| **01892962** | *6452343* |
| **01905120** | *7205553* |
| **01909072** | *70263* |
| **01923890** | *6215122* |
| **01992531** | *7272483* |
| **01999184** | *69589* |

| Customer Code | *Claim #* |
|---|---|
| **02001620** | *7452696* |
| **02003766** | *5537887* |
| **02023809** | *7398257* |
| **02024027** | *7283591* |
| **02035157** | *7367772* |
| **02055728** | *6066997* |
| **02082143** | *7103318* |
| **02083292** | *6452113* |
| **02083331** | *51800* |
| **02094675** | *7418591* |
| **02109973** | *7266219* |
| **02124062** | *7441303* |
| **02130758** | *7378221* |
| **02155324** | *90558* |
| **02156891** | *6088349* |
| **02179093** | *6821743* |
| **02201098** | *77977* |
| **02208486** | *7549592* |
| **02237986** | *7111569* |
| **02256987** | *39580* |
| **02264714** | *51413* |
| **02319225** | *5368326* |
| **02329619** | *7444500* |
| **02358910** | *7361272* |
| **02364602** | *6076011* |
| **02391608** | *7442566* |
| **02402638** | *5946673* |
| **02404318** | *12263* |
| **02445224** | *5762088* |
| **02449445** | *6265627* |
| **02462011** | *7122943* |
| **02474300** | *7254232* |
| **02498075** | *23133** |
| **02518401** | *73802** |
| **02550787** | *7070712* |
| **02562006** | *7575979* |
| **02572613** | *7210716* |
| **02604147** | *49296* |
| **02608215** | *7282670* |
| **02651620** | *7453640* |
| **02687699** | *43981* |
| **02693228** | *6186233* |
| **02700318** | *5448684* |

| Customer Code | *Claim #* |
|---|---|
| **02751374** | *5396619* |
| **02757710** | *6819211* |
| **02767673** | *65750* |
| **02789002** | *7381974* |
| **02790790** | *6253722* |
| **02796671** | *70679* |
| **02815500** | *6142077* |
| **02830234** | *6307146* |
| **02843899** | *5330990* |
| **02843916** | *5498594* |
| **02857315** | *5545685* |
| **02902036** | *6659159* |
| **02905814** | *6212793* |
| **02911845** | *5317507* |
| **02917013** | *7370265* |
| **02923008** | *6332383* |
| **02955900** | *6488512* |
| **02958267** | *6810741* |
| **03000354** | *7377489* |
| **03001822** | *6213323* |
| **03010691** | *17777** |
| **03117832** | *7453969* |
| **03145820** | *6257307* |
| **03158266** | *6438965* |
| **03158268** | *6040111* |
| **03160687** | *5861195* |
| **03161516** | *36384* |
| **03165821** | *5845853* |
| **03217287** | *6715321* |
| **03245438** | *40552* |
| **03261070** | *84541* |
| **03261757** | *5480927* |
| **03264280** | *6115796* |
| **03290913** | *6178508* |
| **03296298** | *6329143* |
| **03297635** | *5960304* |
| **03298187** | *6760396* |
| **03298760** | *6391142* |
| **03301049** | *6224635* |
| **03324507** | *6493666* |
| **03341114** | *6799134* |
| **03364523** | *10407* |
| **03371249** | *51509** |

* Indicates the claim was previously modified by order of the Court.

| Customer Code | Claim # |
|---|---|
| 03399934 | 6794837 |
| 03419121 | 5766856 |
| 03437498 | 78494* |
| 03447824 | 14905 |
| 03503941 | 6778527 |
| 03510434 | 5515144 |
| 03536868 | 6085674 |
| 03556617 | 6204826 |
| 03594466 | 5400959 |
| 03666477 | 35723 |
| 03668542 | 24419 |
| 03761591 | 6618827 |
| 04026219 | 5567957 |
| 04029269 | 6463605 |
| 04110080 | 7435887 |
| 04166660 | 5339177 |
| 04264647 | 83397* |
| 04271457 | 70317* |
| 04293504 | 5895666 |
| 04302620 | 6791206 |
| 04312943 | 53153 |
| 04384983 | 6028059 |
| 04387418 | 5594281 |
| 04416791 | 6776139 |
| 04445507 | 5594288 |
| 04445724 | 5331564 |
| 04504649 | 6152489 |
| 04597944 | 6846463 |
| 04605194 | 77642 |
| 04627556 | 5595035 |
| 04646719 | 6156196 |
| 04679228 | 6104610 |
| 04711509 | 5888568 |
| 04714239 | 6779494 |
| 04757051 | 6402370 |
| 04801364 | 5617238 |
| 04886885 | 5600797 |
| 04891905 | 7535816 |
| 04929488 | 6770294 |
| 04947604 | 6385000 |
| 05008088 | 5689707 |
| 05054566 | 5559366 |
| 05104843 | 63034 |

| Customer Code | Claim # |
|---|---|
| 05136174 | 6598185 |
| 05154621 | 6369301 |
| 05180130 | 5970832 |
| 05202093 | 5344384 |
| 05260558 | 7579068 |
| 05410642 | 84835* |
| 05523753 | 5661692 |
| 05538848 | 6361434 |
| 05540951 | 5600881 |
| 05579874 | 5734588 |
| 05860263 | 6508663 |
| 06133353 | 6626541 |
| 06312718 | 5998902 |
| 06361059 | 6469656 |
| 06393742 | 6429639 |
| 06430282 | 5320168 |
| 06462096 | 5334002 |
| 06542393 | 5320238 |
| 06611281 | 6640655 |
| 06630719 | 5572947 |
| 06701165 | 5844444 |
| 06719819 | 6586582 |
| 06797170 | 6192144 |
| 06800593 | 6185265 |
| 06800676 | 6006435 |
| 06810776 | 88584 |
| 06814273 | 5782911 |
| 06837077 | 5527701 |
| 06849131 | 6047234 |
| 06880547 | 56373* |
| 06895008 | 6136019 |
| 06915433 | 5967641 |
| 06943537 | 42885* |
| 06949109 | 6300984 |
| 06957493 | 6561231 |
| 06989731 | 5497254 |
| 06993714 | 5843781 |
| 07028901 | 5712528 |
| 07033492 | 5861398 |
| 07045388 | 6297306 |
| 07067736 | 23299* |
| 07079311 | 5622422 |
| 07090798 | 5422574 |

| Customer Code | Claim # |
|---|---|
| 07118704 | 6672361 |
| 07137046 | 6640745 |
| 07152057 | 6101590 |
| 07162250 | 6697179 |

* Indicates the claim was previously modified by order of the Court.