# Schedule 2

## Security Questionnaire Failure Claims

| Customer Code | *Claim #* |
|---|---|
| **00159903** | *7110972* |
| **00164751** | *7217276* |
| **00164901** | *7160533* |
| **00167910** | *80714* |
| **00168988** | *7375233* |
| **00171507** | *7183502* |
| **00180539** | *7093903* |
| **00182761** | *7194268* |
| **00210980** | *7213173* |
| **00250968** | *5330226* |
| **00251272** | *7172044* |
| **00269594** | *50064** |
| **00277143** | *92288** |
| **00288398** | *7172128* |
| **00311836** | *7104282* |
| **00313981** | *5377942* |
| **00315844** | *7424984* |
| **00321913** | *7117198* |
| **00322201** | *7231478* |
| **00329692** | *7359809* |
| **00330537** | *7171803* |
| **00342908** | *5378142* |
| **00365363** | *7129448* |
| **00398943** | *7091313* |
| **00415075** | *32148* |
| **00421713** | *7187725* |
| **00423047** | *7259953* |
| **00428309** | *7397068* |
| **00433280** | *7297643* |
| **00444640** | *7254471* |
| **00447106** | *7257328* |
| **00452778** | *7290599* |
| **00469421** | *7246769* |
| **00488676** | *7127378* |
| **00508780** | *7433024* |
| **00511485** | *7195946* |
| **00528240** | *7311683* |
| **00533889** | *61747** |
| **00537146** | *7174336* |
| **00542741** | *5315178* |
| **00599612** | *7446360* |
| **00610137** | *7445103* |
| **00620012** | *7316010* |
| **00621989** | *7123770* |
| **00628569** | *57326** |
| **00628653** | *7088742* |
| **00633122** | *7140670* |
| **00635180** | *7148976* |
| **00642237** | *7352145* |
| **00651938** | *7422424* |
| **00672677** | *7227624* |
| **00676871** | *7310053* |
| **00682850** | *7097038* |
| **00689934** | *7143745* |
| **00690030** | *7163476* |
| **00705611** | *5373907* |
| **00730575** | *96418* |
| **00754423** | *35983** |
| **00795054** | *7225959* |
| **00796165** | *7159298* |
| **00813832** | *7408789* |
| **00826658** | *7421358* |
| **00832339** | *7160280* |
| **00839354** | *7408808* |
| **00841652** | *7445804* |
| **00848497** | *7125214* |
| **00851436** | *7259663* |
| **00875419** | *15030* |
| **00884512** | *7394445* |
| **00886743** | *7388369* |
| **00891105** | *7285402* |
| **00892598** | *5326445* |
| **00893763** | *7409686* |
| **00904799** | *69064** |
| **00917486** | *7228398* |
| **00920640** | *7103172* |
| **00928056** | *7140818* |
| **00942874** | *7308688* |
| **00952764** | *7215052* |
| **00954861** | *7431406* |
| **00973993** | *7293280* |
| **00983434** | *7228600* |
| **00986331** | *93882** |
| **00994631** | *7283146* |
| **01036647** | *7399136* |
| **01067460** | *7430412* |
| **01076594** | *7251708* |
| **01077366** | *7142520* |
| **01102071** | *7387337* |
| **01115836** | *7267860* |
| **01122634** | *7183812* |
| **01132303** | *7323923* |
| **01133203** | *7227509* |
| **01135008** | *7116891* |
| **01157917** | *5359324* |
| **01166986** | *7442491* |
| **01181524** | *5372494* |
| **01205909** | *7073944* |
| **01214964** | *5367800* |
| **01233417** | *7123926* |
| **01279414** | *7445324* |
| **01282295** | *5376661* |
| **01303574** | *5381675* |
| **01374889** | *7128886* |
| **01406418** | *7257963* |
| **01422008** | *7207492* |
| **01496424** | *7256848* |
| **01694648** | *7348069* |
| **01741017** | *83673* |
| **01890073** | *7157359* |
| **02090682** | *7117803* |
| **02100016** | *7410183* |

* Indicates the claim was previously modified by order of the Court.