# Schedule 3

## SOF Failure Claims

| **Customer Code** | ***Claim #*** |
|---|---|
| **00318224** | *89285* |
| **01774176** | *6632424* |
| **01848269** | *7445262* |
| **02048708** | *37847* |
| **02636915** | *80297* |
| **02706982** | *5578948* |
| **02840001** | *92230* |
| **02882376** | *6638111* |
| **04379481** | *6678711* |

* Indicates the claim was previously modified by order of the Court.