# Schedule 4

## KYC Withdrawn Claims

| **Customer Code** | ***Claim*** **#** |
|---|---|
| **00936870** | *7103184* |
| **02100221** | *7566503* |

* Indicates the claim was previously modified by order of the Court.