**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED
2026 OCT 21 A 9:14
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,
Debtors.

Case No. 22-11068 (JTD)
(Jointly Administered)

## CLAIMANT'S SECOND SUPPLEMENTAL SUBMISSION AND ADDITIONAL EXHIBITS IN SUPPORT OF OBJECTION TO FORFEITURE OF DISTRIBUTION AND MOTION FOR RELIEF

Claimant, Ryoungja Lee, acting pro se (without legal counsel), respectfully submits this Second Supplemental Statement to the Debtors and the Honorable Court to provide irrefutable electronic evidence of an absolute technical lockout, active good-faith mitigation efforts, and compelling humanitarian circumstances, which fully satisfies the standard for excusable neglect and completely refutes the Debtors' position.

1. The Debtors assert in their recent correspondence that Claimant merely received a single, passive "automated email" on March 5, 2025, and remained silent until June. However, newly retrieved electronic records from Claimant's inbox (attached here to as **Exhibit C**) prove a continuous, active, and immediate technical struggle to access the account on that exact morning. **Exhibit C provides definitive and undeniable evidence of this baseline timeline, destroying any allegation of passivity.**

2. As proven by **Exhibit C**, Claimant set up a new mobile device (Galaxy S23 FE) on March 5, 2025. This device transition resulted in the complete initialization and wipeout of the Google Authenticator One-Time Password (OTP / 2FA) data, which was mandatory to log into the FTX Customer Portal.

3. The exact timeline of Claimant's inbox and active digital footprint on the morning of March 5, 2025, documented definitively in **Exhibit C**, demonstrates immediate, good-faith mitigation to break through the login barrier:

- 05:13 AM: Claimant requested and successfully retrieved the FTX password reset email, establishing the correct credentials.
- 05:25 AM: Claimant successfully obtained a Google Verification Code.
- 05:26 AM - 05:27 AM: Claimant successfully recovered the Google Account (Security alerts and recovery confirmation received).
- 05:28 AM: Claimant finalized the setup of the Galaxy S23 FE device.

4. Armed with the newly recovered password, Claimant immediately attempted to log into the FTX account on that very morning. Claimant's active authentication attempt was successfully transmitted to the platform, and the Debtors' own internal network systems must contain the official IP access logs verifying this real-time login attempt. However, immediately after entering the correct password, Claimant was completely blocked by the secondary 2FA prompt.

5. Under normal circumstances on any standard financial platform, when a user changes mobile devices or encounters an initialized OTP, the platform provides a "self-service recovery function" allowing users to safely deactivate or reset 2FA via multi-factor email verification. However, during the critical restructuring and overhaul of the https://claims.ftx.com portal, the Debtors completely dismantled and removed these self-service 2FA recovery options. Consequently, the system intentionally stripped away all independent corrective mechanisms, leaving Claimant with zero technical means to bypass the lockout screen without internal administrative intervention.

6. Enforcing a strict 2FA mandate while simultaneously dismantling the necessary infrastructure for independent OTP reset directly engineered the total severance of Claimant's communication. To hold this pro se Claimant responsible for failing to contact a support window located inside the portal—when Claimant was fundamentally barred right at the entrance (the login stage) due to a systemic error and the integrated OTP barrier—is an utterly unreasonable and contradictory demand. Claimant did not act with neglect; rather, Claimant was trapped behind a security barrier erected by the system itself, which completely and fundamentally severed any path to communication. As shown by the immediate struggle in **Exhibit C**, the subsequent 3.5-month gap was not an idle delay, but a technological isolation imposed entirely by the Debtors' defective infrastructure.

7. Furthermore, the Debtors' reliance on rigid portal metrics to declare a claim "forfeited" is entirely inconsistent with the equitable standards enforced within this very bankruptcy proceeding. In a recent and substantially identical precedent upheld within this jurisdiction—specifically, the case litigated by Kasen & Kasen where a technical lockout was fully cured for the July 31, 2026 distribution—it was established that an automated "Forfeited" status on the portal is a mere mechanical, administrative byproduct of the system's infrastructure, not a final legal adjudication of a claimant's abandonment. Crucially, judicial precedent underscores that the FTX Customer Support desk is an administrative, non-legal unit possessing no legal authority to determine or extinguish a creditor's substantive rights. Therefore, penalizing a pro se creditor for failing to file a ticket with an unauthorized support desk—while simultaneously barring them at the login entrance—is legally flawed.

8. While the Debtors may argue that a non-login support link existed externally, accessing that link required navigating multiple layers of complex English-language guidelines. Particularly from the perspective of an elderly South Korean citizen born in 1955 (71 years old) with limited English proficiency, who was already suffering from immense anxiety due to a total technical lockout, locating such a hidden external link and filling out an intricate English support form was functionally and practically impossible.

9. Crucially, in addition to the severe technical lockout and language barriers, Claimant's gap in communication was heavily driven by an unavoidable and compelling humanitarian crisis. During this critical period, Claimant was under immense physical and mental distress as the sole primary caregiver for her elder sister, who suffers from severe dementia. **The official medical certificate proving her sister's severe cognitive and physical condition is attached hereto as Exhibit D.** Because her sister lives alone without any other immediate family members or support systems, Claimant had an absolute, involuntary obligation to provide round-the-clock medical and personal care. This left Claimant with absolutely no mental bandwidth, time, or practical ability to navigate complex foreign legal platforms. This overwhelming family caregiving crisis, **fully corroborated by Exhibit D**, combined with the technical isolation, directly caused the unavoidable delay.

10. A support system that completely lacks practical accessibility for vulnerable, elderly foreign creditors under severe personal hardships cannot be used as a metric to claim "neglect." The burden placed on Claimant was entirely disproportionate. Moreover, because Claimant's total claim of **$48,237.11** falls squarely under the $50,000 threshold, Claimant belongs to the Convenience Class, a vulnerable class of small individual creditors whom this Court has consistently sought to protect from disproportionate procedural penalties. The formal ticket

on June 16, 2025, was not a delayed reaction, but the absolute earliest moment Claimant managed to discover the manual 2FA reset route after months of agonizing distress.

Permanently forfeiting **$48,237.11** over an unavoidable mobile device transition, a dismantled self-recovery infrastructure, an inaccessible platform system, and an overwhelming family medical crisis constitutes an unconscionable penalty. Claimant respectfully requests the Honorable Court to hold the Debtors to their accommodation policy and grant relief from the forfeiture.

Dated: October 19, 2026

Respectfully submitted,

Ryoungja Lee

Ryoungja Lee, Pro Se
FTX Account Email: nicekms91@naver.com
Claimant Name: Ryoungja Lee
Account ID: 141578164
Unique Customer Code (UCC): 6319185

**EXHIBIT C**

**[Electronic Records of Claimant's Inbox and Active Digital Footprint on March 5, 2025]**

N 메일

메일쓰기 내게쓰기

999+ Unread · importance · attach · TO

Inbox · Promotion · Billing and Payment · SNS · cafe · +

nicek..sir log out
nicekms91@naver.com
Naver ID · Security settings · My Certificate
234 won
My blog · Cafe I joined

All emails (Organize)
Inbox 999+
Sent Mail
Receipt
Drafts
My Sent Mail
Smart Mailbox
My Mailbox
Spam folder
waste basket 3
Environment settings
customer service cent... Smartbot
Email capacity 569MB / 5 GB
announcement

Read · delete · Report spam · Reply · Reply to all · transmission · movement · see more · filter · 6261 / 6724 · Delete unread

| Sender | Subject |
|---|---|
| Kakao Pay | [Kakao Pay] Notice of Revision to Electronic Financial Transaction Terms and Conditions |
| Google | Finish setting up your Galaxy S23 FE device with Google |
| Google | Security alert |
| Google | Your Google Account was recovered successfully |
| Google | Security alert |
| Google | Google Verification Code |
| FTX | Please reset your password |
| Naver | Logged in in a new environment. |
| FTX Notice | FTX Digital Markets Phase 2 Distribution - 24-Hour Window Active |
| Upbit Info | [Trading] Notice of Termination of SOLVE Trading Support (2/24 17:00) |
| Korea Financial Clearing I... | Information on the usage history of personal information regarding Korea Financial Payment Services certificates |
| FTX Digital | Claim Your Repayment Now, 24-Hour Window Open |
| FTX Digital | FTX Digital Markets Ltd. (In Official Liquidation): Claim Portal - Withdrawal Is Live |

« ‹ 31 32 33 34 35 › »

N 메일

메일쓰기 내게쓰기

999+ Unread · importance · attach · TO

All emails · Organize
Inbox 999+
Sent Mail
Receipt
Drafts
My Sent Mail
Smart Mailbox
My Mailbox
Spam folder
waste basket 5

Environment settings
customer service cen... Smartbot
Email capacity 569MB / 5 GB
announcement
New security feature 'Privacy Prot...

Download Mail App

< Inbox 6261 / 6724 Delete unread

Reply · Reply to all · transmission · delete · Report spam · Unread · movement▾ · see more▾

**Google Verification Code**

Sender: Google <noreply@google.com>

recipient: nicekms91@naver.com

March 5, 2025 (Wed) 5:25 AM

Google

**Google Verification Code**

Google users,

Access to the Google account nicekms91@naver.com has been requested via your email address . The Google authentication code is as follows.

**172216**

If you were not asked for this code, someone else may be attempting to access your Google account nicekms91@naver.com . **Do not share or provide this code to anyone.**

thank you

Google Account Team

This email is for sending purposes only. For more information, please visit the Google Account Help Center

© Google Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

nicek... · nicekms91@naver.com · 234 won

My blog · Cafe joined

N 메일

메일쓰기 내게쓰기

999+ Unread | importance | attach | TO

All emails Organize

Inbox 999+

Sent Mail

Receipt

Drafts

My Sent Mail

Smart Mailbox

My Mailbox

Spam folder

waste basket 5

Environment settings

customer service cen... Smartbot

Email capacity 569MB / 5 GB

announcement

New security feature 'Privacy Prot...

Download Mail App

< Inbox 6261 / 6724 Delete unread

Reply | Reply to all | transmission | delete | Report spam | Unread | movement ▾ | see more ▾

## Security alert

Sender Google <no-reply@accounts.google.com>

recipient nicekms91@naver.com

March 5, 2025 (Wed) 5:26 AM

nicek... log out
nicekms91@naver.com
Naver ID Security settings My Certificate
234 won
My blog | Cafe joined

Google

### The password has been changed.

nicekms91@naver.com

The password for my Google account nicekms91@naver.com has been changed. If you have never changed it, you need to recover your account.

You can also check security activities on the following page:
https://myaccount.google.com/notifications

This email was sent to inform you of important changes to your Google account and services.
© 2025 Google LLC 1600 Amphitheater Parkway Mountain View, CA 94043, USA

N 메일

메일 쓰기 내게 쓰기

999+ Unread · importance · attach · TO

All emails Organize
Inbox 999+
Sent Mail
Receipt
Drafts
My Sent Mail
Smart Mailbox
My Mailbox
Spam folder
waste basket 5
Environment settings
customer service cen... Smartbot
Email capacity 569MB / 5 GB
announcement
Strengthening blocking of emails ...
Download Mail App

< Inbox 6261 / 6724 Delete unread

Reply Reply to all transmission delete Report spam Unread movement ▾ see more ▾

## Your Google Account was recovered successfully

^ Sender Google <no-reply@accounts.google.com>

recipient nicekms91@naver.com

March 5, 2025 (Wed) 5:27 AM

english → korean Translate

Google

Account recovered successfully

nicekms91@naver.com

**Welcome back to your account**

If you suspect you were locked out of your account because of changes made by someone else, you should review & protect your account.

You received this email to let you know about important changes to your Google Account and services.
© 2025 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

nicek... log out
nicekms91@naver.com
Naver ID Security setting My Certificate
234 won
My blog Cafe joined

N 메일

메일 쓰기 | 내게 쓰기

999+ unread | importance | attach | TO

All emails — Organize

Inbox 999+

Sent Mail

Receipt

Drafts

My Sent Mail

Smart Mailbox

My Mailbox

Spam folder

waste basket 5

Environment settings

customer service center — Smartbot

Email capacity 569MB / 5 GB

announcement

New security feature Privacy Protec...

Download Mail App

© NAVER Corp.

< Inbox 6261 / 6724 Delete unread

Reply | Reply to all | transmission | delete | Report spam | Unread | movement ▾ | see more ▾

**Security alert**

^ Sender Google <no-reply@accounts.google.com>

recipient nicekms91@naver.com

March 5, 2025 (Wed) 5:27 AM

english → korean Translate

Google

## A new sign-in on Galaxy S23 FE

nicekms91@naver.com

We noticed a new sign-in to your Google Account on a Galaxy S23 FE device. If this was you, you don't need to do anything. If not, we'll help you secure your account.

Check activity

You can also see security activity at
https://myaccount.google.com/notifications

You received this email to let you know about important changes to your Google Account and services.
© 2025 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

nicek... log out
nicekms91@naver.com
Naver ID | Security settings | My Certificate
234 won
Myblog | Cafe joined

N 메일

메일 쓰기 내게 쓰기

999+ Unread · importance · attach · TO

All emails Organize

Inbox 999+

Sent Mail

Receipt

Drafts

My Sent Mail

Smart Mailbox

My Mailbox

Spam folder

waste basket 5

Environment settings

customer service center Smartbot

Email capacity 569MB / 5 GB

announcement

New security feature 'Privacy Protec...

Download Mail App

© NAVER Corp.

< Inbox 6261 / 6724 Delete unread

Reply Reply to all transmission delete Report spam Unread movement see more

**Finish setting up your Galaxy S23 FE device with Google**

Sender Google <no-reply@google.com>

recipient nicekms91@naver.com

March 5, 2025 (Wed) 5:28 AM

english → korean Translate

Google

Hi

A better Android experience is waiting

Take one minute to set up your Galaxy S23 FE with Google

Get started

This email was sent to nicekms91@naver.com because you recently signed into your Google Account on your Galaxy S23 FE device. If you do not wish to receive emails to help you set up your device with Google when you sign into your account on the device for the first time, please unsubscribe.

© 2025 Google LLC 1600 Amphitheater Parkway, Mountain View, CA 94043

234 won

My blog · Cafe joined

## EXHIBIT D

[Official Medical Certificate / Diagnosis of Dementia for Claimant's Elder Sister]

# Medical Certificate

Patient's No. 207221
File No. 2026-11
ID. No 46[redacted]-[redacted]
Date of issue 2026-10-19

| | | | | |
|---|---|---|---|---|
| Name of Patient | Lee Myung Ja | Age | Date of Birth: 1946-[redacted] | Sex: female |
| Current Address | 105-dong, 1301-ho, 135 Dongwon-ro, Suseong-gu, Daegu Metropolitan, South Korea | | | |
| Diagnosis | # Dementia | | | ICD Code F00 |
| Date of Onset (M/D/Y) | / / / / | Date of Diagnosis (M/D/Y) | 12/11/2023 | |
| Recommendations | 1. Cognitive and Physical Impairment: The patient has severe dementia with significant cognitive impairment and associated functional limitations, as documented in her medical records.<br>2. Care Requirements: Due to her severe cognitive and functional impairments, the patient requires substantial assistance with basic activities of daily living, including bathing, dressing, toileting, and feeding, as well as continuous supervision and 24-hour caregiving support.<br>3. Caregiver Information: According to the patient's family, her younger sister has served as her primary caregiver.<br>The patient's cognitive and functional impairments have been progressively worsening over time. | | | |

I hereby certify that the above informations were confirmed & correct.

Name of hospital Kyungil Neurologic Clinic & Internal Medicine
Address of hospital 1814, Dalgubeol-daero, Dalseo-gu, Daegu Republic of Korea
License No. 51432
Name of physician Jungil Kim signature

발급확인번호: 2137-1474-0589-1280

이 등본은 세대별 주민등록표의 원본내용과 틀림없음을 증명합니다.
담당자: 최예림 ☎ 053-663-3301
2026년 10월 19일

This certifies that this household register fully reflects the information in the original resident register.
Person in Charge: choi yerim
Date of Issue : 2026. 10. 19. ☎ 053-663-3301

# 주 민 등 록 표 (주민등록등본)

# Household Register (Resident Register)

대구광역시 서구 내당1동장
Head of Seo-Gu,Naedang 1Dong Office,Daegu Metropolitan City

이 용지는 위조식별 표시가 되어 있음.

| 세대주 성명 Householder | 이명자 LEE MYUNG JA | 세대구성 사유 및 일자 Household Composition Reason and Date | 전입 1991-06-24 Composition of Household Moved-in 1991-06-24 |
|---|---|---|---|

| 주소 Address | 발생일 / 신고일 변동사유 Date of Event/Date of report Reason for Change |
|---|---|
| 대구광역시 수성구 동원로 135 105동 1301호 (만촌동, 메트로팔레스) | ---------- 2011-10-31 도로명주소 |
| 105-dong 1301-ho 135 Dongwon-ro, Suseong-gu, Daegu Metropolitan | ---------- 2011-10-31 Street-name Address |

| 번호 No. | 세대주와의 관계 Relationship with Householder | 성명 주민등록번호 Name Korean ID No. | 발생일 / 신고일 등록상태 Date of Event / Date of Report Registration Status | 변동사유 Reason for Change |
|---|---|---|---|---|
| 1 | 본인 | 이명자 46[redacted] | 1991-06-13 1991-06-24 거주자 | 전입 |
| 1 | Self | LEE MYUNG JA 46[redacted] | 1991-06-13 1991-06-24 Resident | Move-in |

== 이 하 여 백 ==
== End of Information ==

수 104 대구광역시 서구 400원 2026.10.19 G23077019 지

문서발행일: 2026년10월19일

대구광역시 서구 내당1동장

(수입증지가 이면(첨부)되지 아니한 증명은 그 효력을 보장할 수 없습니다)

"물자사랑 나라사랑"

SUPREME COURT OF KOREA

# CERTIFICATE OF FAMILY RELATIONS

## Information of the Person Concerned

| | | | |
|---|---|---|---|
| Surname | LEE | Given name | MYUNG JA |
| Gender | FEMALE | Date of birth | 1946-[redacted] |
| Korean ID No. | 46[redacted]-[redacted] | | |
| Place of birth | Seonsan-gun(KOREA) | | |

## Information of Parents

| | | | |
|---|---|---|---|
| Surname of father | LEE | Given name of father | WANGI |
| Gender | MALE | Date of birth | - |
| Korean ID No. | - | | |
| Surname of mother | CHUNG | Given name of mother | IN YOUNG |
| Gender | FEMALE | Date of birth | 1919-[redacted] |
| Korean ID No. | 19[redacted]-[redacted] | Cause of register closure | Death |

## Information of Spouse

Nothing to record

This certifies that the above information accurately reflects the contents of the Family Relation Register of the person concerned, pursuant to Article 15 of the Act on Registration of Family Relations.

2026-10-19

KWON OHSANG, Head of Seo-gu, Daegu

※ Names on this certificate shall be the exact names as they appear on his/her passport. In the absence of passport, names shall be written according to the Romanization of Korean.

Applicant LEE MYUNG JA

Issuance No. 9157-2913-6897-1100

1 / 1

Certificate authenticity can be verified via the Electronic Family Registration System(https://efamily.scourt.go.kr) within 3 months from the date of issue.

SUPREME COURT OF KOREA

대법원 용상서비스

# CERTIFICATE OF FAMILY RELATIONS

## Information of the Person Concerned

| | | | |
|---|---|---|---|
| Surname | LEE | Given name | RYOUNGJA |
| Gender | FEMALE | Date of birth | 1955-[redacted] |
| Korean ID No. | 55[redacted]-[redacted] | | |
| Place of birth | Gunwi-gun(KOREA) | | |

## Information of Parents

| | | | |
|---|---|---|---|
| Surname of father | LEE | Given name of father | WANGI |
| Gender | MALE | Date of birth | - |
| Korean ID No. | - | | |
| Surname of mother | CHUNG | Given name of mother | IN YOUNG |
| Gender | FEMALE | Date of birth | 1919-[redacted] |
| Korean ID No. | 19[redacted]-[redacted] | Cause of register closure | Death |

## Information of Spouse

| | | | |
|---|---|---|---|
| Surname of spouse | KIM | Given name of spouse | JONG SOO |
| Gender | MALE | Date of birth | 1953-[redacted] |
| Korean ID No. | 53[redacted]-[redacted] | Date of marriage | 1989-[redacted] |

This certifies that the above information accurately reflects the contents of the Family Relation Register of the person concerned, pursuant to Article 15 of the Act on Registration of Family Relations.

2026-10-19

KWON OHSANG, Head of Seo-gu, Daegu

※ Names on this certificate shall be the exact names as they appear on his/her passport. In the absence of passport, names shall be written according to the Romanization of Korean.

Applicant LEE RYOUNGJA

대구광역시 서구

1,000원

2026. 10. 19

G23077019

문서발행일:
2026년10월19일

Issuance No.: 9157-2913-6895-1101

1 / 1

Certificate authenticity can be verified via the Electronic Family Registration System(https://efamily.scourt.go.kr) within 3 months from the date of issue.