# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,
Debtors.

Case No. 22-11068 (JTD)
(Jointly Administered)

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, a true and correct copy of the foregoing Claimant's Second Supplemental Submission and Exhibits was served upon the Debtors' designated legal counsel via international first-class mail and email, addressed as follows:

**Liam Gerry**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Email: gerryl@sullcrom.com

Dated: October 19, 2026

(Signature) Ryoungja Lee
Ryoungja Lee, Pro Se

Re: FTX Trading Ltd., Case No. 22 [redacted]

이세일자 : 2020.06

우체국 (전화 1588-1300) KOREA POST

Item No. 우편물 번호 EA022585304KR

EMS 우체국 국제특송

| | |
|---|---|
| Date & Time Posted 접수년월일시 | 2026.10.13. 13:35 |
| Post office code 우편용국기호 | 49454 |

**From 보내는 사람**

| | |
|---|---|
| Tel | -- |
| HTel | 010-2822-2818 |
| Name (영문) | Ryoungja Lee |
| Address | single-family home 31-4 Sejin-ro Suseong-gu Daegu |
| e-mail | nicekms91@naver.com |

※작성된 개인정보는 사전통관정보제공 시행국가에 전자적으로 전송됩니다.

42023 Rep. of KOREA

**To 받는 사람**

| | |
|---|---|
| Tel | +1-302-252-2900 |
| HTel | +1-302-252-2900 |
| Name (영문) | Clerk of Court,FTX,Case No.22-11068 |
| Address | 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, USA (United States Bankruptcy Court for the District of Delaware, Re; FTX Trading Ltd., Case No. 22-11068 (JTD)) Wilmington Delaware |
| e-mail | de_court_clerk@deeb.uscourts.gov |
| Postal code | 19801 |
| Country | U.S.A |

**Customs Declaration 세관신고서 CN22**

| Contents 내용 품명 (반드시 영문으로 구체적으로 기재) | Quantity (개수) | Value (가격) | Currency Code (통화코드) |
|---|---|---|---|
| Containing not more than 4 | 1 | 1 | USD |

Weight 중량 42 g | Postage 우편요금 25,800 원 | Country code 도착국명 약호 U S

Guarantee Service 배달보장서비스(도착국가기준) (신청시 인터넷우체국 확인가능)

교환국 코드 USJFKA

[√] 현금수납( [ ] 감액 시 표시) [ ] 요금후납

[√] Document 서류

Signature 발송인 서명(사실대로 기재하였음을 확인함) Ryoungja Lee

보험이용여부(음식물,전자제품 불가) (Shipping insurance) [ ] YES [√] NO

보험가액 (insurance value) 0 원

우체국(전화 1588-1300) KOREA POST

**Customs Declaration(CN22) / Invoice**

| | |
|---|---|
| ① Shipper/Exporter: | Ryoungja Lee<br>single-family home 31-4 Sejin-ro Suseong-gu Daegu<br>010-2822-2818 |
| ② Carrier | |
| ③ Sailing on or about | 2026.10.13. |
| ④ No date of invoice | 2026.10.13. EA022585304KR |
| ⑤ For account risk of Messers: | Clerk of Court,FTX,Case No.22-11068<br>824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, USA (United States Bankruptcy Court for |
| ⑥ No date of L/C | |
| ⑦ L/C Issuing Bank | |
| ⑧ Notify party | |
| ⑨ Remarks | TEL:<br>FAX:<br>Attn: |
| ⑩ Port of Loading | KOREA |
| ⑪ Final destination | U.S.A |

| Description of Goods | Quantity/Unit | Unit-Price | Amount | HS-code |
|---|---|---|---|---|
| Containing not more than 4 pages each (excluding covers) | 1 | 1.00 | USD 1 | 4901990091 |

Total 1.00 USD Signed by Ryoungja Lee

**Customs Declaration(CN22) / Invoice**

| | |
|---|---|
| ① Shipper/Exporter: | Ryoungja Lee<br>single-family home 31-4 Sejin-ro Suseong-gu Daegu<br>010-2822-2818 |
| ② Carrier | |
| ③ Sailing on or about | 2026.10.13. |
| ④ No date of invoice | 2026.10.13. EA022585304KR |
| ⑤ For account risk of Messers: | Clerk of Court,FTX,Case No.22-11068<br>824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, USA (United States Bankruptcy Court for |
| ⑥ No date of L/C | |
| ⑦ L/C Issuing Bank | |
| ⑧ Notify party | |
| ⑨ Remarks | TEL:<br>FAX:<br>Attn: |
| ⑩ Port of Loading | KOREA |
| ⑪ Final destination | U.S.A |

| Description of Goods | Quantity/Unit | Unit-Price | Amount | HS-code |
|---|---|---|---|---|
| Containing not more than 4 pages each (excluding covers) | 1 | 1.00 | USD 1 | 4901990091 |

Total 1.00 USD Signed by Ryoungja Lee