# **EXHIBIT 1**

**FTX Trading Ltd. 22-11068 (KBO)**
**Notice of Full Satisfaction**
**Schedule 1**

| | | Filed / Scheduled Claims | |
|---|---|---|---|
| Claim / Schedule Number | Claimant Name | Debtor | Filed / Scheduled Claim Amount |
| 8617681 | NTT Finance | FTX Japan Holdings K.K. | $ 29.86 |
| Claim has been fully satisfied via payment of $47.20 (6,156 JPY) on January 23, 2023 by FTX Japan K.K. | | | |
| 3662 | Rawson, Ryan Michael Leigh | Alameda Research Ltd | $ 2,031,812.00 |
| Claim has been fully satisfied by offset of the Debtors' loan collateral of 3,000,000 USDC. | | | |