**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*. Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

**117 Partners LLC**
Name of Transferee

Name and Address where notices to Transferee should be sent:

117 Partners LLC
130 Canal St., #602, Pooler, GA 31322
Attention: Thomas Braziel
Email: tom@117partners.com
Website: https://www.117partners.com
Telegram: http://t.me/thomasbraziel

Attention: Bruce Tan
Email: bruce@117partners.com

Name of Transferor

Confidential Creditor with Unique Customer Code:

FTX Account ID: 04694041

Name and Address where notices to Transferor should be sent:
Address on file

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| Scheduled No: 6863510 | Tianyu Wang<br><br>illxlli.cn@gmail.com | 90% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**117 Partners LLC**

By: Thomas Braziel (Oct 23, 2026 17:22:38 GMT+2) Date: 23 October 2026
Name: Thomas Braziel
Title: Managing General Partner

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B-1: EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO: United States Bankruptcy Court
for the District of Delaware ("Court")

AND: FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

CLAIM: Schedule No. 6863510 ("Schedule")

[redacted] ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged pursuant to the terms of an Assignment of Claim Agreement dated as of 10/20/2026, does hereby certify that he has unconditionally and irrevocably sold, transferred, and assigned to:

117 Partners LLC
130 Canal St., #602,
Pooler, GA 31322
Attention: Bruce Tan
Email: Bruce@117partners.com

and its successors and assigns ("117 Partners"), 90% of its rights, title, and interest in and to (a) the Proofs of Claim, (b) the Schedule, (c) the Confirmation IDs and (d) the Customer Code (collectively the "Claim") and all cash, principal, interest, and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of 90% the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions on account of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim.

| **SELLER:** | **BUYER:** |
|---|---|
| [redacted] | **117 PARTNERS LLC** |
| | By: [signature]<br>Name: Tom Braziel<br>Title: Authorized Signatory<br>Date: 10/20/2026 |

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 5.00000673 | 5.00000673 |
| CRYPTO | TRX | ASSERTED | 0.00355 | 0.00355 |
| FIAT | USD | ASSERTED | 2.13982464 | 2.13982464 |

# 3001 Transfer TW

Final Audit Report 2026-10-23

| | |
|---|---|
| Created: | 2026-10-23 |
| By: | Bruce Tan (bruce@117partners.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAcxc3K7TyMVK2tiF3O5nskLYPsnYt7ux7 |

## "3001 Transfer TW" History

Document created by Bruce Tan (bruce@117partners.com)
2026-10-23 - 3:21:36 PM GMT

Document emailed to Thomas Braziel (tom@117partners.com) for signature
2026-10-23 - 3:21:40 PM GMT

Email viewed by Thomas Braziel (tom@117partners.com)
2026-10-23 - 3:22:21 PM GMT

Document e-signed by Thomas Braziel (tom@117partners.com)
Signature Date: 2026-10-23 - 3:22:38 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-10-23 - 3:22:38 PM GMT