**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED
2026 OCT 23 A 9: 14
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re:**
**FTX TRADING LTD., et al.,**
**Debtors.**

**Case No. 22-11068 (JTD)**
**(Jointly Administered)**

# CLAIMANT'S SUPPLEMENTAL SUBMISSION AND EXHIBIT IN SUPPORT OF OBJECTION TO FORFEITURE OF DISTRIBUTION AND MOTION FOR RELIEF

Claimant, Ryoungja Lee, acting pro se (without legal counsel), respectfully submits this Supplemental Statement to the Debtors and the Honorable Court to provide definitive proof of an unavoidable technical lockout and good faith escalation prior to the deadline, which fully satisfies the standard for excusable neglect.

1. The FTX Recovery Trust's forfeiture determination was based on the flawed premise that Claimant remained entirely silent and failed to mitigate account issues until June 16, 2025.

2. However, Claimant encountered severe, unavoidable technical and access barriers that physically prevented portal navigation. As an elderly individual born in 1955 (71 years old), navigating these English-based platform errors during a time of heightened security anxiety presented an insuperable hurdle. When Claimant attempted to log in, the system repeatedly rejected the credentials, resulting in a total technical lockout.

3. To overcome this absolute technical barrier, Claimant took immediate, affirmative action to regain access. As proven by the attached March 5, 2025 electronic record from support@ftx.com (attached hereto as Exhibit B), Claimant actively engaged with FTX Customer Support in good faith to reset the password and resolve the portal access failure more than a month PRIOR to the April 12, 2025 forfeiture deadline.

4. The Debtors explicitly stated in their correspondence that the Trust accommodates customers who "attempted to complete their tax requirements and reached out in good faith prior to the Court-ordered deadlines with technical or other issues." Claimant's pre-deadline contact to resolve a technical lockout falls precisely within this exact criterion.

5. Claimant has since successfully bypassed all technical errors and achieved 100% full administrative compliance. Steps 1 through 9 on the FTX Customer Portal all display verified green checkmarks, and the IRS Form W-8BEN is fully approved, causing zero prejudice to the debtor's estate.

Permanently forfeiting $48,237.11 due to an initial technical system failure that Claimant actively tried to cure would constitute an inequitable and disproportionate penalty. Claimant respectfully requests this Honorable Court to hold the Debtors to their own accommodation policy and grant relief from the forfeiture.

Dated: October 16, 2026

Respectfully submitted,

Ryoungja Lee

Ryoungja Lee
FTX Account Email: nicekms91@naver.com
Claimant Name: Ryoungja Lee
Account ID: 141578164
Unique Customer Code (UCC): 6319185

# EXHIBIT B

NAVER | Please reset your password

mail.naver.com/v2/read/-1/24931

N 메일

Are you still doing YouTube by yourself? Production of customized videos perfectly suited for our brand Book Now ›

nicek..sir log out
nicekms91@naver.com
Naver ID Security settings
234 won
My blog Cafe joined

메일쓰기 내게쓰기

999+ Unread importance attach TO

All emails Organize
Inbox 999+
Sent Mail
Receipt
Drafts
My Sent Mail
Smart Mailbox
My Mailbox
Spam folder
waste basket
Environment settings
customer service center Smartbot
Email capacity 569MB / 5GB
announcement
POP3/IMAP/SMTP 및 외부메일 가...

Download Mail App
© NAVER Corp.

‹ Search results 207
ftx View title only
Re-search within results

Reply Reply to all transmission delete Report spam Unread movement ▾ see more ▾

print

**Please reset your password**

Sender FTX <support@ftx.com>

recipient nicekms91@naver.com

March 5, 2025 (Wed) 5:13 AM

FTX

A password reset request has been received. Please visit the following link to reset your password.

Please reset your password

If you have not made this request, please contact customer support immediately.

검색 18°C 대체로 화창

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

RECEIVED
2026 OCT 23 A 9:14
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re:**
**FTX TRADING LTD., et al.,**
**Debtors.**

**Case No. 22-11068 (JTD)**
**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, a true and correct copy of the foregoing Claimant's Supplemental Submission and Exhibit was served upon the Debtors' designated legal counsel via international first-class mail and email, addressed as follows:

**Liam Gerry**
**Sullivan & Cromwell LLP**
**125 Broad Street**
**New York, NY 10004-2498**
**Email: gerryl@sullcrom.com**

Dated: October 16, 2026

(Signature) Ryoungja Lee
Ryoungja Lee, Pro Se