**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, et al., | Case No. 22-11068-KBO |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

The undersigned attorneys with the law firms of Barnes & Thornburg LLP and Steptoe LLP hereby enter their appearance in the above-captioned chapter 11 cases (the "Cases") as counsel to Agile Trading AG, and request, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code ("Bankruptcy Code"), that any and all notices given or required to be given in the Cases, and all papers served or required to be served in these Cases, be served upon them at the following address, and that they be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court and the Debtors' claims and noticing agent (if any) as set forth below:

Amy E. Tryon
BARNES & THORNBURG LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
Email: amy.tryon@btlaw.com

Kenneth Kansa (admitted *pro hac vice*)
Anne Wooding (*pro hac vice* forthcoming)
STEPTOE LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1257
(312) 577-1284
Email: kkansa@steptoe.com
Email: awooding@steptoe.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010.

**PLEASE TAKE FURTHER NOTICE** that neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights hereby are reserved and preserved on behalf of Agile Trading AG, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this Case.

Dated: October 23, 2026

**BARNES & THORNBURG LLP**

*<u>/s/ Amy E. Tyron</u>*
Amy E. Tryon (DE No. 6945)
222 Delaware Ave., Suite 1200
Wilmington, DE 19801
(302) 300-3453
amy.tryon@btlaw.com

-and-

**STEPTOE LLP**
Kenneth P. Kansa (admitted *pro hac vice)*
Anne Wooding (*pro hac vice* forthcoming)
227 West Monroe Street, Suite 4700
Chicago, Illinois 60606
(312) 577-1257
kkansa@steptoe.com
awooding@steptoe.com

*Counsel for Agile Trading AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record and on counsel listed below by email.

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com
*Counsel to the FTX Recovery Trust*

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
*Counsel to the FTX Recovery Trust*

Benjamin A. Hackman
Joseph James McMahon, Jr.
David Gerardi
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
joseph.mcmahon@usdoj.gov
David.Gerardi@usdoj.gov

Dated: October 23, 2026

/s/ *Amy E. Tryon*
Amy E. Tryon