**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX Trading Ltd., et al. | ) | Case No. 22-11068 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. section 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
Qianyong Wan
Address for notices and payments:
Room 1411, New College
Jockey Club Student Village III
9 Lung Wah Street, Kennedy Town
Hong Kong SAR, China, 999077
Email: slanterns.w@gmail.com

Name of Transferor
[redacted]
Last known address:
[redacted]
Email: [redacted]

| **Claim / Schedule No.** | **Creditor Name** | **Portion** | **Specific Debtor** | **Debtor Case No.** |
|---|---|---|---|---|
| Schedule No.: 6699454<br>Confirmation ID: 3265-70-PQWCM-638202789<br>Unique Customer Code: 03094103 | [redacted] | 100% | FTX Trading Ltd. | 22-11068 |

The signed Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Wan Qianyong Date: October 24, 2026
Qianyong Wan, Transferee, acting on own behalf

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. sections 152 and 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the District of Delaware
In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO)
AND TO: FTX Trading Ltd.

Transferor: [redacted]
Transferee: Qianyong Wan
Assignment Agreement Date: October 24, 2026
Transfer Effective Date and Time: 12:00:00 EDT, October 25, 2026

| **Claim / Schedule No.** | **Creditor Name** | **Portion** | **Specific Debtor** | **Debtor Case No.** |
|---|---|---|---|---|
| Schedule No.: 6699454<br>Confirmation ID: 3265-70-PQWCM-638202789<br>Unique Customer Code: 03094103 | [redacted] | 100% | FTX Trading Ltd. | 22-11068 |

Transferor confirms that, pursuant to the assignment agreement identified above and effective as of the stated Transfer Effective Date and Time, Transferor has transferred and assigned to Transferee, and Transferee has accepted, one hundred percent (100%) of Transferor's remaining right, title and interest in the Claim identified above, other than for security.

The transferred interest includes all unpaid distributions and all future distributions on account of that interest. Distributions actually received before the Transfer Effective Date and Time are excluded.

Transferor consents to recording this transfer. The parties request that the claims register identify Transferee as the holder of the transferred Claim and that subsequent notices and distributions relating to it be directed to Transferee at the address stated in the accompanying Notice, in accordance with the applicable procedures.

TRANSFEROR
Signature: [redacted] Date: October 24, 2026
Printed name: [redacted]
Email: [redacted]

TRANSFEREE
Signature: Wan Qianyong Date: October 24, 2026
Printed name: Qianyong Wan
Email: slanterns.w@gmail.com

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

FTX Trading Ltd. Amended Customer Claim Schedule

| | |
|---|---|
| 03094103 | FTT[25.0950000000000000],TONCOIN[6427.3000000000000000],USD[37570.7512506570575200],USDT[10080.6935982021181400] |

Kroll Website Claim Entry

KROLL

## Creditor Information - Schedule # 6699454

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
6699454
**Confirmation ID**
3265-70-PQWCM-638202789

### Claim Amounts

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | FTT | ASSERTED | 25.095 | 25.095 |
| CRYPTO | TONCOIN | ASSERTED | 6427.3 | 6427.3 |
| CRYPTO | USDT | ASSERTED | 10080.693598202119 | 10080.693598202119 |
| FIAT | USD | ASSERTED | 37570.75125065706 | 37570.75125065706 |