**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re FTX Trading Ltd., et al., | ) | Chapter 11 |
| Debtors. | ) | Case No. 22-11068 (KBO) |
| | ) | (Jointly Administered) |

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Hudson Bay Claim Fund LLC

Name and Address where notices to transferee should be sent:

Hudson Bay Claim Fund LLC
c/o Hudson Bay Capital Management LP
290 Harbor Dr 3rd Fl
Stamford, CT 06902 USA
Attention: Matthew Weinstein and Chad Flick
Email: mweinstein@hudsonbaycapital.com
cflick@hudsonbaycapital.com

Name of Transferor

Goldman Sachs Lending Partners LLC

Last known address:

c/o Goldman Sachs Lending Partners LLC
200 West Street
New York, NY 10282
gs-bankruptcyclaims@gs.com

**Unique Customer Code: 00366840**

***** PORTION OF CLAIM TRANSFERRED: 15.7277312% OF ENTIRE CLAIM *****

| Proof of Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim Confirmation ID. No. **3265-70-LCKBZ-785929419** | [REDACTED] | ***** 15.7277312% of Entire Claim***** | FTX Trading Ltd. | **22-11068** |

Name and Address where transferee payments should be sent (if different from above): N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Matt Weinstein
Transferee/Transferee's Agent

Date: October 21, 2026

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*