UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Judge: Hon. Karen B. Owens<br>Case No.: 22-11068 (KBO)<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE**
**AND REQUEST TO BE REMOVED FROM ALL SERVICE LISTS**

Westerman Ball Ederer Miller Zucker & Sharfstein LLP ("Westerman Ball") hereby respectfully withdraws its appearance as counsel in the above-captioned case for all purposes including, without limitation, notice and service for SCI Ventures Co., Limited, Shengkun Ji, and Liu Jing. Pursuant to this withdrawal, Westerman Ball respectfully requests that Westerman Ball and its associated attorneys, including Thomas A. Draghi, Esq. and Michele L. Angell, Esq., be removed from the Court's email notifications regarding the above-described bankruptcy case.

Dated: Uniondale, New York
October 22, 2026

WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP

By: */s/Thomas A. Draghi*
Thomas A. Draghi, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Tel: (516) 622-9200
*Attorneys for SCI Ventures Co., Limited, Shengkun Ji, and Liu Jing*

[1] A complete list of the Debtors in these chapter 11 cases may be obtained from Kroll Restructuring Administration LLC, the Debtors' claims and noticing agent, at https://restructuring.ra.kroll.com/FTX.

**Dannette Parker**

**From:** helpdeskde <Helpdeskde@deb.uscourts.gov>
**Sent:** Friday, October 16, 2026 9:12 AM
**To:** Dannette Parker; helpdeskde
**Subject:** RE: FTX Trading LTD - Case No. 22-11068 - Notice of Withdrawal

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**External Sender**

Good morning,
I was just double checking to see if were able to efile a notice of withdrawal.

Thank you
Helpdesk

---

**From:** Dannette Parker <dparker@westermanllp.com>
**Sent:** Thursday, October 15, 2026 11:24 AM
**To:** helpdeskde <Helpdeskde@deb.uscourts.gov>
**Subject:** RE: FTX Trading LTD - Case No. 22-11068 - Notice of Withdrawal

**CAUTION - EXTERNAL:**

Thank you so much for responding.

I'm familiar with how to efile a Notice of Withdrawal. However, once I log into the attorney profile. It only allows **query** abilities and does not allow access to e-file the Notice of Withdrawal.

Are there other options for filing the document and/or uploading it to the docket?

---

**From:** helpdeskde <Helpdeskde@deb.uscourts.gov>
**Sent:** Thursday, October 15, 2026 10:59 AM
**To:** Dannette Parker <dparker@westermanllp.com>; helpdeskde <Helpdeskde@deb.uscourts.gov>
**Subject:** RE: FTX Trading LTD - Case No. 22-11068 - Notice of Withdrawal

**External Sender**

Good Morning Ms. Parker,

You can file the Notice Withdrawal electronically, by going onto our website District of Delaware | United States Bankruptcy Court.

There is a module that goes over how to file a withdrawal of a document under "For Attorneys – CM/ECF Attorney Training". The name of the module is "Notice of Withdrawal of Document".

Thank you and hope this helps.

Helpdesk.

---

**From:** Dannette Parker <dparke@westermanllp.com>
**Sent:** Thursday, October 15, 2026 9:59 AM
**To:** helpdeskde <Helpdeskde@deb.uscourts.gov>
**Subject:** FTX Trading LTD - Case No. 22-11068 - Notice of Withdrawal

**CAUTION - EXTERNAL:**

Good morning,

Attached is a Notice of Withdrawal of Notice of Appearance and Request to be removed from all service list by Thomas A. Draghi, Esq, attorney for SCI Ventures Co., Limited Shengkun Ji, and Lou Jing.

I would like to file a Notice of Withdrawal of Notice of Appearance and Request to be removed from all service lists. However, after numerous attempts. I was not successful with e-filing. It only allows query abilities and does not allow access to e-file the attached Notice.

Can you possibly provide details as to how I can file the Notice of Withdrawal at your earliest convenience.

Respectfully,

WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP

Dannette Parker, Legal Assistant
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
1201 RXR Plaza, Uniondale, New York 11556
Main.: 516-622-9200
Fax: 516-622-9212
E-mail: dparker@westermanllp.com
www.westermanllp.com

Please consider the environment before printing this email.

CYBER FRAUD WARNING: Before wiring any funds to our office or to a third party involved on the transaction, call the intended recipient or our office at a number you know is valid to confirm the instructions and amount – and be very wary of any request to change wire instructions you already received. Our firm is not responsible for third party fraud or electronic interceptions.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding tax-related penalties under federal, state or local tax law or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein

WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP

Thomas A. Draghi
Ext. 403
tdraghi@westermanllp.com

October 22, 2026

**BY REGULAR MAIL**

United States Bankruptcy Court
District of Delaware
824 N. Market Street
3rd Floor
Wilmington, DL 19801

Attn: Lisa, Clerk of the Court

Re: FTX Trading LTD, et. al.
Case No. 22-11068

Dear Sir/Madam:

Please accept the enclosed Notice of Withdrawal of Notice of Appearance and Request to be removed from all service lists for filing in the above-referenced case.

We respectfully request that the Court stamp the enclosed copy as received and return it in the prepaid envelope provided.

Thank you for your time and attention to this matter.

Respectfully,
*/s/Thomas A. Draghi*
Thomas A. Draghi

TAD/dp