**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: November 16, 2026 at 4:00 p.m. ET**<br>**Hearing Date: November 19, 2026 at 1:00 p.m. ET** |

**ELEVENTH CONSOLIDATED MONTHLY AND ELEVENTH INTERIM APPLICATION OF THE FEE EXAMINER AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2025, THROUGH AUGUST 21, 2026**

**SUMMARY (LOCAL FORM 101)[2]**

| | |
|---|---|
| Name of applicant: | Katherine Stadler, Fee Examiner, and Godfrey & Kahn, S.C., Counsel to the Fee Examiner ("the **Applicants**") |
| Authorized to provide professional services to: | Fee Examiner |
| Petition Dates: | November 11 and November 14, 2022 |
| Fee Examiner's Appointment Date: | March 8, 2023 |
| Godfrey & Kahn Retention Date: | April 12, 2023, retroactive to February 17, 2023 |
| Period for which compensation and reimbursement is sought: | November 1, 2025 – August 21, 2026 (the "**Compensation Period**") |

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] This summary page combines the requirements of the Interim Compensation Order, Local Rule 2016-2(c)(i) (Local Form 101), and ¶ C.2.1 and Exhibit E to the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Large Chapter 11 Cases (the "**U.S. Trustee Guidelines**").

| | |
|---|---|
| Amount of compensation sought as actual, reasonable, and necessary: | $63,820.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $100.00 |
| Total compensation approved by interim order to date: | $4,646,677.25 |
| Total expenses approved by interim order to date: | $49,288.83 |
| Total allowed compensation paid to date: | $4,646,677.25 |
| Total allowed expenses paid to date: | $49,288.83 |
| Blended rate in this application for all attorneys, including the Fee Examiner: | $697.18 |
| Blended rate in this application for all timekeepers: | $676.06 |

This is a *monthly* and *interim* application

Prior Interim Fee Applications:

*First Consolidated Monthly and First Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 17, 2023 Through April 30, 2023* [D.I. 2518] Approved by order entered on December 12, 2023 [D.I. 4622]

*Second Consolidated Monthly and Second Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2023 Through July 31, 2023* [D.I. 2521]
Approved by order entered on December 12, 2023 [D.I. 4622]

*Third Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2023 Through October 31, 2023* [D.I. 4718]
Approved by order entered on March 19, 2024 [D.I. 9706]

*Fourth Consolidated Monthly and Fourth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2023 Through January 31, 2024* [D.I. 9427] Approved by order entered on June 17, 2024 [D.I. 17787]

*Fifth Consolidated Monthly and Fifth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2024 Through April 30, 2024* [D.I. 21159] Approved by order entered on September 11, 2024 [D.I. 24510]

*Sixth Consolidated Monthly and Sixth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2024 Through July 31, 2024* [D.I. 24882] Approved by order entered on December 12, 2024 [D.I. 28742]

*Seventh Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2024 Through October 31, 2024* [D.I. 29191] Approved by order entered on March 13, 2025 [D.I. 29916]

*Eighth Consolidated Monthly and Eighth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2024 Through January 31, 2025* [D.I. 31140] Approved by order entered on August 11, 2025 [D.I. 32288]

*Ninth Consolidated Monthly and Ninth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2025 Through April 30, 2025* [D.I. 31141] Approved by order entered on August 11, 2025 [D.I. 32288]

*Tenth Consolidated Monthly and Tenth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2025 Through October 31, 2025* [D.I. 33738] Approved by order entered on December 15, 2025 [D.I. 34115]

| | |
|---|---|
| Prior Interim or Monthly Fee Payments to Date: | $4,646,677.25 |
| Compensation sought in this application already paid pursuant to the Interim Compensation Order but not yet allowed: | $0.00 |
| Expenses sought in this application already paid pursuant to the Interim Compensation Order but not yet approved as interim expense reimbursement: | $0.00 |
| Number of professionals included in this application: | 6 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | 0 |
| If applicable, difference between fees budgeted and compensation sought during the Compensation Period: | $36,830.00 less than $100,650.00 budgeted |
| Are any rates higher than those approved or disclosed at retention: | Yes |
| Number of professionals billing fewer than 15 hours to the case during the Compensation Period: | 5 |

*This Application includes 10.1 hours and $7,165.00 in fees incurred in connection with the preparation of fee applications on behalf of the Applicants.*

## SUMMARY OF PRIOR APPLICATIONS

| Date Filed (Period Covered) | Order Entered | Requested | | Allowed | | Paid | | Approved Remaining Unpaid | |
|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Exp. |
| 9/15/23 **[D.I. 2518]** (2/17/23 – 4/30/23) | 12/12/23 [D.I. 4622] | $455,708.00 | $5,842.90 | $455,708.00 | $5,842.90 | $455,708.00 | $5,842.90 | $0.00 | $0.00 |
| 9/15/23 **[D.I. 2521]** (5/1/23 – 7/31/23) | 12/12/23 [D.I. 4622] | $622,486.75 | $7,460.21 | $622,486.75 | $7,460.21 | $622,486.75 | $7,460.21 | $0.00 | $0.00 |
| 12/15/23 **[D.I. 4718]**[3] (8/1/23 – 10/31/23) | 3/19/24 [D.I. 9706] | $600,731.25 | $9,742.35 | $600,731.25 | $9,742.35 | $600,731.25 | $9,742.35 | $0.00 | $0.00 |
| 3/15/24 **[D.I. 9427]** (11/1/23 – 1/31/24) | 6/17/24 [D.I. 17787] | $546,066.50 | $5,874.75 | $546,066.50 | $5,874.75 | $546,066.50 | $5,874.75 | $0.00 | $0.00 |
| 7/23/24 **[D.I. 21159]** (2/1/24 – 4/30/24) | 9/11/24 [D.I. 24510] | $607,366.50 | $3,195.31 | $607,366.50 | $3,195.31 | $607,366.50 | $3,195.31 | $0.00 | $0.00 |
| 9/16/24 **[D.I. 24882]** (5/1/24 – 7/31/24) | 12/12/24 [D.I. 28742] | $462,092.00 | $0.00 | $462,092.00 | $0.00 | $462,092.00 | $0.00 | $0.00 | $0.00 |
| 01/10/25 **[D.I. 29191]**[4] (8/1/24 – 10/31/24) | 3/13/25 [D.I. 29916] | $458,994.50 | $6,937.85 | $458,994.50 | $6,937.85 | $458,994.50 | $6,937.85 | $0.00 | $0.00 |
| 07/02/25 **[D.I. 31140]** (11/1/24 – 1/31/25) | 8/11/25 [D.I. 32288] | $405,220.50 | $5,610.52 | $405,220.50 | $5,610.52 | $405,220.50 | $5,610.52 | $0.00 | $0.00 |
| 07/02/25 **[D.I. 31141]** (2/1/25 – 4/30/25) | 8/11/25 [D.I. 32288] | $212,728.25 | $3,429.89 | $212,728.25 | $3,429.89 | $212,728.25 | $3,429.89 | $0.00 | $0.00 |
| 11/20/25 **[D.I. 33738]** (5/1/25 – 10/31/25) | 12/15/25 [D.I. 34115] | $275,283.00 | $1,195.05 | $275,283.00 | $1,195.05 | $275,283.00 | $1,195.05 | $0.00 | $0.00 |
| | **Totals:** | **$4,646,677.25** | **$49,288.83** | **$4,646,677.25** | **$49,288.83** | **$4,646,677.25** | **$49,288.83** | **$0.00** | **$0.00** |

[3] The fee and expense amounts requested in the third interim application [D.I. 4718] match those requested in the *Third Consolidated Monthly Statement of The Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2023 Through October 31, 2023* [D.I. 4162].

[4] The fee and expense amounts requested in the seventh interim application [D.I. 29191] match those requested in the *Seventh Consolidated Monthly Statement of The Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2024 Through October 31, 2024* [D.I. 28297].

## ATTACHMENTS TO FEE APPLICATION

### EXHIBIT A: LIST OF PROFESSIONALS

Attached to this Application as **Exhibit A**, in compliance with Local Rule 2016-2(c)(ii) and ¶ C.2.k of the U.S. Trustee Guidelines, is a chart identifying each of the Godfrey & Kahn professionals employed on these cases, their practice areas and years of experience, their hourly billing rate, total billed hours, total compensation sought, and rate increases imposed during the Compensation Period.

### EXHIBIT B: COMPENSATION BY PROJECT CATEGORY

Attached to this Application as **Exhibit B**, in compliance with Local Rule 2016-2(c)(ii) and ¶ C.8.a and b of the U.S. Trustee Guidelines, is a summary of compensation requested by project category.

### EXHIBIT C: EXPENSE SUMMARY

Attached to this Application as **Exhibit C**, in compliance with Local Rule 2016-2(c)(ii) and ¶ C.12 of the U.S. Trustee Guidelines, is a summary, by category, of requested expense reimbursements.

### EXHIBIT D: LIST OF PROFESSIONALS BY MATTER

Attached to this Application as **Exhibit D**, in compliance with ¶ C.8.c of the U.S. Trustee Guidelines, is a chart identifying each Godfrey & Kahn professional who provided services during the Compensation Period, organized by project category.

### EXHIBIT E: DETAILED TIME RECORDS

Attached to this Application as **Exhibit E**, in compliance with Local Rule 2016-2(d) and ¶ C.9 of the U.S. Trustee Guidelines, are detailed records of the services provided by Godfrey & Kahn during the Compensation Period, organized by project category.

## EXHIBIT F: DETAILED EXPENSE RECORDS

Attached to this Application as **Exhibit F**, in compliance with Local Rule 2016-2(e)(i), are the detailed records summarizing the expenses for which Godfrey & Kahn requests reimbursement.[5]

## EXHIBIT G: "CUSTOMARY AND COMPARABLE" DISCLOSURES

The "Customary and Comparable Compensation Disclosures with Fee Applications," as required by ¶ C.3 of the U.S. Trustee Guidelines, are attached to this Application as **Exhibit G**.

## EXHIBIT H: BUDGET & STAFFING PLAN

The budget and staffing plan, as required by ¶ E of the U.S. Trustee Guidelines, is attached to this Application as **Exhibit H**.

[5] In compliance with Local Rule 2016-2(e)(iv), additional documentation of expenses and disbursements, noted with asterisks in **Exhibit F**, has not been filed with this Application but will be provided upon request.

**FEE APPLICATION**

The Fee Examiner, Katherine Stadler ("**Fee Examiner**"), and Godfrey & Kahn, S.C. ("**Godfrey & Kahn**"), counsel to the Fee Examiner appointed in these cases (together, the "**Applicants**") submit this *Eleventh Consolidated Monthly and Eleventh Interim Application of the Fee Examiner and Godfrey & Kahn., S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2025, Through August 21, 2026* (the "**Fee Application**" or "**Application**") under 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, Local Rule 2016-2, and the U.S. Trustee Guidelines. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 435] (the "**Interim Compensation Order**"), this Application requests interim allowance of compensation for professional services and reimbursement of actual and necessary expenses incurred from November 1, 2025 through August 21, 2026 (the "**Compensation Period**").

The Applicants request Court approval of a total of $63,820.00 in fees and $100.00 in expenses. This total would, if expressed in terms of an hourly rate, reflect a blended hourly rate of $697.18 for attorneys (including the Fee Examiner) and $676.06 for all timekeepers. The Fee Examiner Order provided for the hourly rate of the Fee Examiner, as set forth in the *Disinterestedness Declaration of Katherine Stadler in Conjunction with her Appointment as Fee Examiner* [D.I. 829]. The *Order Authorizing the Employment and Retention of Godfrey & Kahn, S.C. as Counsel to the Fee Examiner* [D.I. 1268] (the "**Godfrey & Kahn Retention Order**"), incorporating the engagement letter attached as Appendix C to the *Declaration of Mark W. Hancock in Conjunction with Godfrey & Kahn, S.C.'s Application for Appointment as Counsel to the Fee Examiner* [D.I. 1121], set forth the hourly rate schedule to be applied by Godfrey & Kahn for its representation of the Fee Examiner. Those disclosed rates—increased without

objection effective January 1, 2024, as set forth in the *Notice of Annual Rate Increase of the Fee Examiner and Godfrey & Kahn, S.C. as Counsel to the Fee Examiner* [D.I. 4936] and increased, again without objection, effective January 1, 2025, as set forth in the *Notice of Annual Rate Increase of the Fee Examiner and Godfrey & Kahn, S.C. as Counsel to the Fee Examiner* [D.I. 28701]—are consistent with the rates disclosed in **Exhibit A** to this Application.

## BACKGROUND

1. On November 11 and November 14, 2023, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On January 9, 2023, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "**Interim Compensation Order**").

3. The Court entered the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] (the "**Fee Examiner Order**") on March 8, 2023, appointing Katherine Stadler to execute the duties set forth in the Fee Examiner Order. Her duties include, among other things, reviewing, monitoring, and reporting on the fees and expenses incurred by Retained Professionals.[6] The Fee Examiner Order also authorized the Fee Examiner—with Court approval—to employ counsel to assist her in the course of her work.

[6] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Fee Examiner Order.

4. On April 12, 2023, the Court entered the Godfrey & Kahn Retention Order—effective as of February 17, 2023—to assist the Fee Examiner in fulfilling duties set forth in the Fee Examiner Order, including appearing for her and with her in proceedings before this Court.

5. On December 17, 2024, the Court entered the *Supplemental Order Expanding the Scope of the Fee Examiner's Duties with Respect to Certain Professionals* [D.I. 28868] (the "**Supplemental Fee Examiner Order**")—modifying the Fee Examiner's duties set forth in the Fee Examiner Order to include reviewing the final reimbursement requests of three investment bankers.

**THE APPLICANTS**

6. Godfrey & Kahn, S.C. is a 180-lawyer Wisconsin-based law firm. The work on this case has been primarily performed by the Fee Examiner, Mark Hancock, Andy Dalton, Carla Andres, Leah Viola, Crystal Abbey, Ryan Larson, Julia Karajeh, Kathleen Boucher, and Angela Peterson.

7. The professional background and qualifications of the Fee Examiner and her counsel were set forth in detail in the *First Consolidated Monthly and First Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 17, 2023 Through April 30, 2023* [D.I. 2518] (the "**First Interim Application**") at ¶¶ 7-19 and are incorporated herein by reference.

**DESCRIPTION OF SERVICES PROVIDED**

8. During the Compensation Period, the professionals of Godfrey & Kahn rendered a total of 94.4 hours of professional services and with this Application request an allowance of interim compensation of $63,820.00. The blended hourly rate for the hours included in this

Application is equal to $676.06. Godfrey & Kahn maintains computerized time records in which timekeepers record, on a contemporaneous basis, the time for services rendered in this case.

9. During the Compensation Period, the Applicants continued reviewing, analyzing, and reporting on six interim fee applications—all of one Retained Professional—and communicated with the Retained Professional to reach consensual resolution of them. The Applicants also reviewed, reported on, and consensually resolved the same Retained Professional's final fee application.

10. Consistent with the First through Eighth Interim Fee Period fee review process, the fee review process for the six pending interim applications began with the Applicant's data analysis, reviewing the applications for accuracy and quantitative inconsistencies. The Fee Examiner's attorneys then analyzed the applications line-by-line, assigning annotations or codes to each time entry potentially subject to question.

11. The results of the application analysis were ultimately distilled into detailed exhibits and summarized in a confidential letter report with a comprehensive set of exhibits ("**Letter Report**") issued to the Retained Professional. Consistent with the Fee Examiner Order, the letter raised questions, outlined concerns, and defined areas where the application of the Bankruptcy Code and Rules, the U.S. Trustee Guidelines, and Chapter 11 case law may suggest an adjustment to the fees sought.

12. The Applicants communicated with the Retained Professional regarding the fee applications and Letter Report, sought additional explanations and supporting documentation, and negotiated stipulated reductions with the Fee Examiner's guidance and subject to her final approval.

13. The final fee application review process was more administrative in nature than the interim application review process. The Fee Examiner's attorneys verified that the final requested award was equal to the sum of the interim awards, communicated with the Retained Professional regarding the final fee application, and negotiated stipulated adjustments with the Fee Examiner's guidance and subject to her final approval.

14. On August 6, 2026, Godfrey & Kahn filed the *Fee Examiner's Summary Report on Interim and Final Fee Applications* [D.I. 36084], outlining observations about one Retained Professional's Third through Eighth Fee Period and Final Applications—recommending that the Court approve them, with stipulated adjustments.

15. The services for which Godfrey & Kahn requests compensation have been provided in six categories, summarized here.

16. <u>Matter 006C: Retained Professionals—Application Review and Reporting:</u> $48,656.00 (70.1 hours). During the Compensation Period, the Applicants continued reviewing, analyzing, and reporting on six interim applications—all of one Retained Professional—and communicated with the Retained Professional to reach consensual resolution of them. The Applicants also reviewed, reported on, and consensually resolved the same Retained Professional's final fee application.

17. <u>Matter 0003: Godfrey & Kahn Fee Applications</u>: $7,165.00 (10.1 hours). Services provided in this category included preparation and filing of both the Applicants' tenth consolidated monthly fee statement and tenth interim application, including supporting exhibits.

18. <u>Matter 0011: Docket Monitoring, Task Tracking, Distribution of Pertinent Filings</u>: $2,360.00 (5.9 hours). This task category includes time spent monitoring the docket,

identifying filings pertinent to the fee review process, and making those documents easily accessible to all team members. Only paralegals record time to this task category.

19. Matter 0013: Reviewing Filed Documents and Factual Research: $465.50 (0.7 hours). Professionals recorded time in this category to review substantive pleadings, transcripts, and other case materials and background information pertinent to the fee analysis process or the Fee Examiner's work.

20. Matter 0014: Prepare for and Attend Hearings: $531.00 (0.7 hours). Time spent preparing for and attending hearings, including the August 29, 2026 hearing, appears in this task category. This category also includes any time spent preparing for court appearances and attending, by video, omnibus hearings and other proceedings on matters pertinent to the reasonableness of fees.

21. Matter 0015: Drafting Documents to be filed with the Court: $4,642.50 (6.9 hours). This category includes time spent preparing and filing the Fee Examiner's Summary Report with recommendations for six interim applications and one final application (D.I. 36084).

**REQUEST FOR APPROVAL OF COMPENSATION**

22. Interim compensation for professionals is governed by 11 U.S.C. §§ 330 and 331. The Court is authorized to grant "reasonable compensation for actual, necessary services rendered by the [professional person] and reimbursement for actual, necessary expenses."

23. The Applicants request that the Court approve this Fee Application, incorporating services and expenses incurred during the Compensation Period, because it has completed its assignments in a timely, efficient, and effective manner.

A. The services of the Applicants have provided direct benefit to the estate, both tangible and intangible, by saving amounts sought for professional services—whether inadvertently, improvidently, or inappropriately billed to the estates.

B. The services of the Applicants have assisted the Fee Examiner, the Court, and the U.S. Trustee in fulfilling their own responsibilities, and those same services have helped encourage the Retained Professionals to submit applications for compensation and reimbursement that meet the requirements of the Bankruptcy Code, the U.S. Trustee Guidelines and the local rules of the United States Bankruptcy Court for the District of Delaware.

C. All of the Fee Examiner's standards and guidelines applied to other Retained Professionals have also been applied to the Applicants.

24. The detailed time records, accompanying the Application as **Exhibit E**, reflect the Applicants' initial voluntary reductions including matters that, in the Applicants' judgment, may not be appropriate for billing to the estate. This includes time spent staffing, planning and establishing workflow, software and systems, developing internal billing categories and protocols, and reviewing third party or other case materials for general knowledge about this case but not necessarily related to a fee analysis task.

25. The fees and expenses recorded are in accordance with Godfrey & Kahn's existing billing practices and are consistent with the fee arrangement approved in the Godfrey & Kahn Retention Order. There is no agreement or understanding between the Applicants and any other entity, other than the shareholders of Godfrey & Kahn, for the sharing of compensation to be received for the services rendered.

26. The Applicants respectfully maintain that the services provided were actual and necessary to the administration of the fee examination process in this case.

27. In reviewing whether a compensation request should be granted, under 11 U.S.C. § 330, the Court should be guided by the following factors:

> [T]he nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed;
>
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

28. The requested compensation and reimbursement meet the statutory requirements for allowance. The Applicants have completed their work in a manner commensurate with the complexity, importance, and nature of the issues involved. The projects were staffed by professionals and paraprofessionals with demonstrated skill in the bankruptcy and fee review context, and all work has been assigned consistently with the need to prevent unnecessary duplication and to ensure that work is performed by the least senior person competent to handle the matter efficiently. Moreover, the requested compensation is reasonable because it is consistent with the customary compensation charged by comparably skilled professionals in the Applicants' market and paid by the Applicants' non-bankruptcy clients.

29. Accordingly, approval of the requested compensation is warranted.

**REQUEST FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE COMPENSATION PERIOD**

30. The Applicants incurred total expenses from November 1, 2025, through August 21, 2026, in the amount of $100.00. **Exhibits C** and **F** contain the expense categories for which the Applicants seek reimbursement and the detailed expense records.

31. The expenses for which the Applicants seek reimbursement include only some of those routinely charged to the firm's clients. The Applicants are not making a profit on any expense incurred as a result of services provided by a third party and have made a reasonable estimate of the actual cost for expenses incurred for any services provided in-house.

32. The expenses are actual, reasonable and necessary in light of the scope of the Applicants' retention to aid in the administration of these cases.

**UST GUIDELINES QUESTIONNAIRE**

33. The following is provided in compliance with ¶ C.5 of the U.S. Trustee Guidelines:

> **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.
>
> **Response:** No.
>
> **Question:** If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?
>
> **Response:** Not applicable. Actual fees sought in this Application are less than budgeted.
>
> **Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?
>
> **Response:** No.
>
> **Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside

of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

**Response:** No.

**Question:** Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Response:** No.

**Question:** If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458?

**Response:** (i) Yes, the Fee Examiner reviewed and approved the *Notice of Annual Rate Increase of the Fee Examiner and Godfrey & Kahn, S.C. as Counsel to the Fee Examiner* [D.I. 4936] and the *Notice of Annual Rate Increase of the Fee Examiner and Godfrey & Kahn, S.C. as Counsel to the Fee Examiner* [D.I. 28701] prior to their filing. (ii) No; yes.

## NOTICE AND NO PRIOR APPLICATION

34. Notice of this Application has been provided to the Notice Parties specified in the Interim Compensation Order and to parties of interest requesting notice pursuant to Fed. R. Bankr. P. 2002. The Applicants submit that such notice is sufficient and that no other or further notice be provided.

35. No previous request for the relief sought has been made by the Applicants to this or any other court.

## CONCLUSION

The Applicants respectfully request that the Court enter an order authorizing interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $63,820.00 in fees and $100.00 in actual and necessary expenses incurred during the Compensation Period and order the Debtors to promptly pay these amounts, subject to the final fee application process.

Dated: October 27, 2026

GODFREY & KAHN, S.C.

*/s/ Mark W. Hancock*
Mark W. Hancock, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: mhancock@gklaw.com

*Counsel to the Fee Examiner*

**CERTIFICATION**

I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge, and belief that this Fee Application complies with Local Rule 2016-2.

GODFREY & KAHN, S.C

*/s/ Mark W. Hancock*
Mark W. Hancock, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500Ce
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mails: mhancock@gklaw.com

*Counsel to the Fee Examiner*

# EXHIBIT A

# EXHIBIT A

Godfrey & Kahn, S.C.

List of Professionals

November 1, 2025 through August 21, 2026

| Name of Godfrey & Kahn Professional | Practice Group, Year of Obtaining License to Practice | | Hourly Billing Rate | Number of Rate Increases Since Case Inception | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Shareholders** | | | | | | |
| Katherine Stadler | Litigation/Bankruptcy | 1997 WI<br>2012 NY | $840 | 2 | 7.7 | $6,468.00 |
| Mark Hancock | Litigation | 2007 IL<br>2015 WI | $745 | 2 | 12.0 | $8,940.00 |
| **Special Counsel** | | | | | | |
| Leah Viola | Fee Review | 2011 WI | $665 | 2 | 52.0 | $34,580.00 |
| **Other Timekeepers** | | | | | | |
| Andy Dalton | Data Analyst | 1996 GA<br>2003 IL | $840 | 2 | 10.8 | $9,072.00 |
| Kathleen Boucher | Bankruptcy Paralegal | | $400 | 2 | 10.5 | $4,200.00 |
| Peterson, Angela | Litigation Paralegal | | $400 | 2 | 1.4 | $560.00 |
| | | | | Total | 94.4 | $63,820.00 |
| | | | Less 50% for non-working travel | | | $0.00 |
| | | | **Fees Requested in this Application** | | | **$63,820.00** |

# EXHIBIT B

# EXHIBIT B

Godfrey & Kahn, S.C.

Compensation by Project Category

November 1, 2025 through August 21, 2026

| Matter Number | Project Category | Hours Billed | Fees Billed |
|---|---|---|---|
| 0003 | Godfrey & Kahn Fee Applications | 10.1 | $7,165.00 |
| 0011 | Docket monitoring | 5.9 | $2,360.00 |
| 0013 | Reviewing filed documents and factual research | 0.7 | $465.50 |
| 0014 | Prepare for and attend hearings | 0.7 | $531.00 |
| 0015 | Drafting documents to be filed with court | 6.9 | $4,642.50 |
| 006C | Ernst & Young | 70.1 | $48,656.00 |
| | | **94.4** | **$63,820.00** |

# EXHIBIT C

# EXHIBIT C

Godfrey & Kahn, S.C.

Expense Summary

November 1, 2025 through August 21, 2026

| Expense Category | Amount |
|---|---|
| Pro Hac Vice Fee | $100.00 |
| **Total** | **$100.00** |

# EXHIBIT D

**EXHIBIT D**

Godfrey & Kahn, S.C.

List of Professionals by Matter

November 1, 2025 through August 21, 2026

| | | Boucher, Kathleen | | Dalton, Andy | | Hancock, Mark | | Peterson, Angela | | Stadler, Katherine | | Viola, Leah | | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Matter Name | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | |
| 0003 | Godfrey & Kahn Fee Applications | 1.6 | $640.00 | 3.8 | $3,192.00 | 1.5 | $1,117.50 | | | 0.5 | $420.00 | 2.7 | $1,795.50 | 10.1 | $7,165.00 |
| 0011 | Docket monitoring | 5.9 | $2,360.00 | | | | | | | | | | | 5.9 | $2,360.00 |
| 0013 | Reviewing filed documents and factual research | | | | | | | | | | | 0.7 | $465.50 | 0.7 | $465.50 |
| 0014 | Prepare for and attend hearings | | | | | 0.6 | $447.00 | | | 0.1 | $84.00 | | | 0.7 | $531.00 |
| 0015 | Drafting documents to be filed with court | 1.0 | $400.00 | | | 1.8 | $1,341.00 | | | 1.0 | $840.00 | 3.1 | $2,061.50 | 6.9 | $4,642.50 |
| 006C | Ernst & Young | 2.0 | $800.00 | 7.0 | $5,880.00 | 8.1 | $6,034.50 | 1.4 | $560.00 | 6.1 | $5,124.00 | 45.5 | $30,257.50 | 70.1 | $48,656.00 |
| | | **10.5** | **$4,200.00** | **10.8** | **$9,072.00** | **12.0** | **$8,940.00** | **1.4** | **$560.00** | **7.7** | **$6,468.00** | **52.0** | **$34,580.00** | **94.4** | **$63,820.00** |

# EXHIBIT E

EXHIBIT E
Godfrey & Kahn, S.C.
Detailed Time Records
November 1, 2025 through August 21, 2026

| Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 0003 | Godfrey & Kahn Fee Applications | 11/11/2025 | Viola, Leah | $665 | 1.4 | $931.00 | Begin drafting tenth consolidated monthly and interim application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/18/2025 | Dalton, Andy | $840 | 1.7 | $1,428.00 | Create and revise exhibits to the tenth interim fee application of G&K. |
| 0003 | Godfrey & Kahn Fee Applications | 11/19/2025 | Viola, Leah | $665 | 1.2 | $798.00 | Continue drafting tenth interim application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/19/2025 | Dalton, Andy | $840 | 2.1 | $1,764.00 | Complete and verify exhibits to G&K tenth interim fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/20/2025 | Hancock, Mark | $745 | 0.8 | $596.00 | Review and revise draft 10th interim and consolidated monthly fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/20/2025 | Boucher, Kathleen | $400 | 0.5 | $200.00 | Review and revise combined GK tenth monthly/interim fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/20/2025 | Viola, Leah | $665 | 0.1 | $66.50 | Correspondence with working group on revisions to tenth interim application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/20/2025 | Hancock, Mark | $745 | 0.2 | $149.00 | Correspond with Ms. Stadler and Boucher regarding finalizing 10th and interim fee application and approve same for filing. |
| 0003 | Godfrey & Kahn Fee Applications | 11/20/2025 | Stadler, Katherine | $840 | 0.5 | $420.00 | Review, revise, and approve interim fee application for filing and service. |
| 0003 | Godfrey & Kahn Fee Applications | 11/20/2025 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Electronically file GK Tenth monthly/interim fee application and email communication to notice parties. |
| 0003 | Godfrey & Kahn Fee Applications | 12/11/2025 | Boucher, Kathleen | $400 | 0.3 | $120.00 | Draft CNO for 10th consolidated monthly and interim fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 12/11/2025 | Hancock, Mark | $745 | 0.2 | $149.00 | Review CNO for 10th interim fee application, approve same for filing, and review procedure for certification of counsel for order approving same. |
| 0003 | Godfrey & Kahn Fee Applications | 12/12/2025 | Boucher, Kathleen | $400 | 0.6 | $240.00 | Review and file CNO for consolidated tenth monthly and tenth interim fee application and communication with Mr. Hancock about the COC and proposed order. |
| 0003 | Godfrey & Kahn Fee Applications | 12/12/2025 | Hancock, Mark | $745 | 0.3 | $223.50 | Correspond with Ms. Boucher and LRC Team regarding COC and proposed order for combined tenth interim and monthly fee application. |
| ***0003*** | ***Godfrey & Kahn Fee Applications*** | | ***Matter Totals*** | | ***10.1*** | ***$7,165.00*** | |
| 0011 | Docket monitoring | 11/4/2025 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 11/17/2025 | Boucher, Kathleen | $400 | 0.4 | $160.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 11/20/2025 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 12/3/2025 | Boucher, Kathleen | $400 | 0.3 | $120.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 12/18/2025 | Boucher, Kathleen | $400 | 0.5 | $200.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 1/6/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 1/21/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 2/2/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 2/16/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 3/3/2026 | Boucher, Kathleen | $400 | 0.3 | $120.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 3/18/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 4/1/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 4/15/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 4/27/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 5/18/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |

EXHIBIT E

Godfrey & Kahn, S.C.

Detailed Time Records

November 1, 2025 through August 21, 2026

| Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 0011 | Docket monitoring | 6/1/2026 | Boucher, Kathleen | $400 | 0.3 | $120.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 6/15/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 6/29/2026 | Boucher, Kathleen | $400 | 0.7 | $280.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 7/9/2026 | Boucher, Kathleen | $400 | 0.3 | $120.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 7/20/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 8/3/2026 | Boucher, Kathleen | $400 | 0.2 | $80.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| 0011 | Docket monitoring | 8/21/2026 | Boucher, Kathleen | $400 | 0.3 | $120.00 | Analyze pleadings filed in bankruptcy case and provide working group with key provisions. |
| ***0011*** | ***Docket monitoring*** | | ***Matter Totals*** | | ***5.9*** | ***$2,360.00*** | |
| 0013 | Reviewing filed documents and factual research | 8/3/2026 | Viola, Leah | $665 | 0.7 | $465.50 | Review fee examiner order and docket in anticipation of drafting summary report for August omnibus hearing. |
| ***0013*** | ***Reviewing filed documents and factual research*** | | ***Matter Totals*** | | ***0.7*** | ***$465.50*** | |
| 0014 | Prepare for and attend hearings | 8/17/2026 | Hancock, Mark | $745 | 0.1 | $74.50 | Review hearing agenda for August 19 hearing. |
| 0014 | Prepare for and attend hearings | 8/19/2026 | Hancock, Mark | $745 | 0.5 | $372.50 | Prepare for and attend hearing scheduled for E&Y inteirm fee applications and correspond with G&K Project Team regarding next steps. |
| 0014 | Prepare for and attend hearings | 8/19/2026 | Stadler, Katherine | $840 | 0.1 | $84.00 | Review e-mail status update from Mr. Hancock on today's omnibus hearing. |
| ***0014*** | ***Prepare for and attend hearings*** | | ***Matter Totals*** | | ***0.7*** | ***$531.00*** | |
| 0015 | Drafting documents to be filed with court | 8/4/2026 | Viola, Leah | $665 | 1.9 | $1,263.50 | Draft summary report for August omnibus hearing. |
| 0015 | Drafting documents to be filed with court | 8/4/2026 | Boucher, Kathleen | $400 | 0.3 | $120.00 | Preparing Exhibit A for court summary report in final format. |
| 0015 | Drafting documents to be filed with court | 8/4/2026 | Hancock, Mark | $745 | 0.4 | $298.00 | Correspond with Ms. Viola and Ms. Stadler regarding final report on 3rd through 8th interim fee applications. |
| 0015 | Drafting documents to be filed with court | 8/5/2026 | Viola, Leah | $665 | 0.5 | $332.50 | Review and revise summary report and exhibit. |
| 0015 | Drafting documents to be filed with court | 8/5/2026 | Boucher, Kathleen | $400 | 0.3 | $120.00 | Review and revise final court summary report. |
| 0015 | Drafting documents to be filed with court | 8/5/2026 | Hancock, Mark | $745 | 0.3 | $223.50 | Review draft summary report for 3rd-8th interim fee applications. |
| 0015 | Drafting documents to be filed with court | 8/5/2026 | Hancock, Mark | $745 | 0.3 | $223.50 | Correspond with Ms. Stadler, Ms. Viola, and Ms. Boucher regarding filing summary report. |
| 0015 | Drafting documents to be filed with court | 8/5/2026 | Stadler, Katherine | $840 | 1.0 | $840.00 | Review and revise summary report on final fee applications of E&Y, approving same for filing and service. |
| 0015 | Drafting documents to be filed with court | 8/6/2026 | Viola, Leah | $665 | 0.3 | $199.50 | Review and revise final version of summary report and exhibit for August hearing and related correspondence with Ms. Boucher and Mr. Hancock on service of same. |
| 0015 | Drafting documents to be filed with court | 8/6/2026 | Boucher, Kathleen | $400 | 0.4 | $160.00 | Updates to Exhibit A and communication about today's filing and electronic filing. |
| 0015 | Drafting documents to be filed with court | 8/6/2026 | Hancock, Mark | $745 | 0.5 | $372.50 | Correspond with professional and GK Project Team regarding filing final report on 3rd-8th interim fee applications and final fee application. |
| 0015 | Drafting documents to be filed with court | 8/14/2026 | Viola, Leah | $665 | 0.4 | $266.00 | Review draft proposed interim and final fee order for August hearing and correspondence with Mr. Hancock on same. |

EXHIBIT E

Godfrey & Kahn, S.C.

Detailed Time Records

November 1, 2025 through August 21, 2026

| Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 0015 | Drafting documents to be filed with court | 8/14/2026 | Hancock, Mark | $745 | 0.2 | $149.00 | Review draft certification of counsel regarding interim and final fee order and correspond with Ms. Viola and Mr. Williams regarding same. |
| 0015 | Drafting documents to be filed with court | 8/21/2026 | Hancock, Mark | $745 | 0.1 | $74.50 | Review order entered approving pending fee applications and correspond with GK Project Team regarding same. |
| ***0015*** | ***Drafting documents to be filed with court*** | | ***Matter Totals*** | | ***6.9*** | ***$4,642.50*** | |
| 006C | Ernst & Young | 11/3/2025 | Viola, Leah | $665 | 4.7 | $3,125.50 | Continue drafting consolidated report and corresponding exhibits. |
| 006C | Ernst & Young | 11/4/2025 | Viola, Leah | $665 | 2.8 | $1,862.00 | Review and revise fee exhibits on vague and block-billed tasks, status monitoring, and retention issues. |
| 006C | Ernst & Young | 11/5/2025 | Viola, Leah | $665 | 2.0 | $1,330.00 | Continue reviewing and revising fee exhibits on vague and block-billed tasks, status monitoring, and retention issues. |
| 006C | Ernst & Young | 11/10/2025 | Viola, Leah | $665 | 0.2 | $133.00 | Correspondence with Mr. Hancock and Mr. Tague on status of consolidated report. |
| 006C | Ernst & Young | 11/11/2025 | Hancock, Mark | $745 | 1.2 | $894.00 | Review and revise draft letter report and exhibits for 3rd-8th interim fee applications. |
| 006C | Ernst & Young | 11/11/2025 | Hancock, Mark | $745 | 0.1 | $74.50 | Draft correspondence to Ms. Viola regarding draft letter report and exhibits for 3rd-8th interim fee applications. |
| 006C | Ernst & Young | 11/11/2025 | Viola, Leah | $665 | 1.3 | $864.50 | Review and revise consolidated report and exhibits, addressing Mr. Hancock's comments. |
| 006C | Ernst & Young | 11/11/2025 | Viola, Leah | $665 | 0.5 | $332.50 | Review and revise consolidated report , addressing Ms. Stadler's comments. |
| 006C | Ernst & Young | 11/11/2025 | Viola, Leah | $665 | 0.5 | $332.50 | Review and revise consolidated exhibits and conferences with Ms. Boucher on same. |
| 006C | Ernst & Young | 11/11/2025 | Boucher, Kathleen | $400 | 1.3 | $520.00 | Review and revise letter report and exhibits for multiple fee periods. |
| 006C | Ernst & Young | 11/11/2025 | Stadler, Katherine | $840 | 0.8 | $672.00 | Detailed review of third interim letter report and suggest revisions to same. |
| 006C | Ernst & Young | 11/12/2025 | Viola, Leah | $665 | 1.8 | $1,197.00 | Review and revise consolidated exhibits for work product. |
| 006C | Ernst & Young | 11/12/2025 | Peterson, Angela | $400 | 1.4 | $560.00 | Draft protected exhibit set for professional. |
| 006C | Ernst & Young | 11/13/2025 | Viola, Leah | $665 | 1.2 | $798.00 | Review and revise protected consolidated report exhibits. |
| 006C | Ernst & Young | 11/13/2025 | Viola, Leah | $665 | 1.0 | $665.00 | Review revisions to final report and exhibits and transmit to professional. |
| 006C | Ernst & Young | 11/13/2025 | Hancock, Mark | $745 | 0.1 | $74.50 | Correspond with Ms. Viola regarding finalizing letter report and exhibits for 3rd-8th interim fee applications. |
| 006C | Ernst & Young | 1/1/2026 | Hancock, Mark | $745 | 0.1 | $74.50 | Review correspondence from Mr. Tague regarding timing for response to letter report for pending interim fee applications. |
| 006C | Ernst & Young | 3/4/2026 | Viola, Leah | $665 | 0.3 | $199.50 | Begin reviewing professional's response on third through eighth interim applications. |
| 006C | Ernst & Young | 3/5/2026 | Hancock, Mark | $745 | 0.6 | $447.00 | Analyze response to 3rd to 8th interim fee applications. |
| 006C | Ernst & Young | 3/5/2026 | Viola, Leah | $665 | 3.4 | $2,261.00 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/5/2026 | Hancock, Mark | $745 | 0.4 | $298.00 | Draft correspondence to Mr. Shea regarding response to letter report for 3rd-8th interim fee applications. |
| 006C | Ernst & Young | 3/5/2026 | Dalton, Andy | $840 | 0.9 | $756.00 | Initial review of extensive response to letter report on interim applications 3-8, including supporting workbooks. |
| 006C | Ernst & Young | 3/6/2026 | Viola, Leah | $665 | 0.3 | $199.50 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/9/2026 | Viola, Leah | $665 | 1.2 | $798.00 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/11/2026 | Viola, Leah | $665 | 2.1 | $1,396.50 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/12/2026 | Viola, Leah | $665 | 1.1 | $731.50 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |

EXHIBIT E

Godfrey & Kahn, S.C.

Detailed Time Records

November 1, 2025 through August 21, 2026

| Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 006C | Ernst & Young | 3/17/2026 | Viola, Leah | $665 | 2.0 | $1,330.00 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/18/2026 | Viola, Leah | $665 | 0.9 | $598.50 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/19/2026 | Viola, Leah | $665 | 1.2 | $798.00 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/24/2026 | Viola, Leah | $665 | 0.8 | $532.00 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/26/2026 | Viola, Leah | $665 | 2.3 | $1,529.50 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/27/2026 | Viola, Leah | $665 | 1.7 | $1,130.50 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/27/2026 | Viola, Leah | $665 | 0.2 | $133.00 | Correspondence to Mr. Dalton on rate anomalies analysis. |
| 006C | Ernst & Young | 3/30/2026 | Dalton, Andy | $840 | 3.9 | $3,276.00 | Analyze and evaluate firm response to letter report including review of firm fee data, hourly rate analysis and anomalies, and time increment analysis. |
| 006C | Ernst & Young | 3/30/2026 | Dalton, Andy | $840 | 0.4 | $336.00 | Office conference with Ms. Viola concerning firm response on inconsistent hourly rates and half-hour time increments. |
| 006C | Ernst & Young | 3/30/2026 | Dalton, Andy | $840 | 0.8 | $672.00 | Create and verify chart quantifying fees billed to tax matters at hourly rates reserved for restructuring matters. |
| 006C | Ernst & Young | 3/30/2026 | Dalton, Andy | $840 | 0.6 | $504.00 | Verify timekeeper titles and hourly rates in firm's electronic data, monthly fee statements, and interim fee applications. |
| 006C | Ernst & Young | 3/31/2026 | Viola, Leah | $665 | 0.7 | $465.50 | Continue reviewing professional's letter response on third through eighth interim applications and simultaneously drafting negotiation summary. |
| 006C | Ernst & Young | 3/31/2026 | Viola, Leah | $665 | 0.4 | $266.00 | Conference with Mr. Dalton on professional's response and counter-proposal, including rate anomalies and time increments. |
| 006C | Ernst & Young | 4/2/2026 | Viola, Leah | $665 | 0.4 | $266.00 | Review rate anomaly chart and related correspondence from Mr. Dalton. |
| 006C | Ernst & Young | 4/2/2026 | Viola, Leah | $665 | 0.5 | $332.50 | Review and revise negotiation summary for third through eighth period applications. |
| 006C | Ernst & Young | 4/2/2026 | Viola, Leah | $665 | 1.1 | $731.50 | Detailed correspondence to Mr. Hancock on tentative counter-proposal for third through eighth period applications. |
| 006C | Ernst & Young | 4/2/2026 | Dalton, Andy | $840 | 0.4 | $336.00 | Review and comment on draft negotiation summary and exhibits. |
| 006C | Ernst & Young | 4/10/2026 | Viola, Leah | $665 | 0.3 | $199.50 | Correspondence with Mr. Tague on status of interim applications and expense support and correspondence with Mr. Hancock on same. |
| 006C | Ernst & Young | 4/13/2026 | Hancock, Mark | $745 | 2.2 | $1,639.00 | Analyze professional's response to letter report for 3rd-8th interim fee applications and related documents. |
| 006C | Ernst & Young | 4/13/2026 | Viola, Leah | $665 | 0.2 | $133.00 | Begin reviewing Mr. Hancock's correspondence and comments on negotiation summary for third through eighth interim applications. |
| 006C | Ernst & Young | 4/13/2026 | Hancock, Mark | $745 | 1.4 | $1,043.00 | Review and revise draft negotiation summary for 3rd-8th interim fee applications and related documents. |
| 006C | Ernst & Young | 4/13/2026 | Hancock, Mark | $745 | 0.4 | $298.00 | Draft negotiation summary for 3rd-8th interim fee applications and related documents. |
| 006C | Ernst & Young | 4/21/2026 | Hancock, Mark | $745 | 0.1 | $74.50 | Confer with Ms. Viola regarding status of negotiations for 3rd-8th interim fee applications. |
| 006C | Ernst & Young | 4/22/2026 | Viola, Leah | $665 | 1.3 | $864.50 | Continue reviewing Mr. Hancock's comments on negotiation summary for third through eighth interim applications and simultaneously revise same for counter proposal. |
| 006C | Ernst & Young | 4/22/2026 | Viola, Leah | $665 | 0.3 | $199.50 | Correspondence with Ms. Stadler on third through eighth interim draft counter proposal. |
| 006C | Ernst & Young | 5/11/2026 | Viola, Leah | $665 | 0.2 | $133.00 | Correspondence with Mr. Tague on supplemental expense documentation. |

EXHIBIT E
Godfrey & Kahn, S.C.
Detailed Time Records
November 1, 2025 through August 21, 2026

| Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 006C | Ernst & Young | 5/18/2026 | Viola, Leah | $665 | 0.5 | $332.50 | Review supplemental expense detail, revise third through eighth interim negotiation summary, and correspondence to Ms. Stadler on same. |
| 006C | Ernst & Young | 5/19/2026 | Hancock, Mark | $745 | 0.1 | $74.50 | Review correspondence from Ms. Viola regarding update to proposed counteroffer for 3rd-8th interim fee applications. |
| 006C | Ernst & Young | 6/1/2026 | Viola, Leah | $665 | 0.2 | $133.00 | Review status of interim counter-proposal and hearing schedule and correspondence to Ms. Stadler on same. |
| 006C | Ernst & Young | 6/2/2026 | Hancock, Mark | $745 | 0.1 | $74.50 | Review correspondence from Ms. Stadler regarding negotiations for 3rd-8th interim fee applications. |
| 006C | Ernst & Young | 6/2/2026 | Stadler, Katherine | $840 | 1.4 | $1,176.00 | Detailed review of, communications, report, exhibits, and negotiation summary to evaluate counter-proposal strategy and e-mail Ms. Viola and Mr. Hancock on same. |
| 006C | Ernst & Young | 6/2/2026 | Stadler, Katherine | $840 | 3.7 | $3,108.00 | Review all prior letter reports, exhibit sets, communications, and settlements, along with professional's response to letter report and Ms. Viola's negotiation summary, approving counter-offer proposal for final resolution. |
| 006C | Ernst & Young | 6/3/2026 | Viola, Leah | $665 | 1.7 | $1,130.50 | Review and revise third through eighth interim period counter-proposal. |
| 006C | Ernst & Young | 6/3/2026 | Viola, Leah | $665 | 0.6 | $399.00 | Draft correspondence to Mr. Shea and Mr. Tague on third through eighth interim counter-proposal. |
| 006C | Ernst & Young | 6/3/2026 | Viola, Leah | $665 | 0.3 | $199.50 | Correspondence with Mr. Hancock on third through eighth interim counter-proposal. |
| 006C | Ernst & Young | 6/9/2026 | Viola, Leah | $665 | 0.2 | $133.00 | Review status of interim counter-proposal and correspondence with Mr. Hancock on same. |
| 006C | Ernst & Young | 6/10/2026 | Viola, Leah | $665 | 0.5 | $332.50 | Correspondence with Mr. Hancock on counter-proposal for pending interim applications and related analysis. |
| 006C | Ernst & Young | 6/10/2026 | Hancock, Mark | $745 | 0.4 | $298.00 | Revise counteroffer for third through eighth interim fee applications and correspond with professional regarding same. |
| 006C | Ernst & Young | 6/10/2026 | Hancock, Mark | $745 | 0.2 | $149.00 | Correspond with Ms. Viola regarding revised counteroffer for third through eighth interim fee applications. |
| 006C | Ernst & Young | 6/15/2026 | Boucher, Kathleen | $400 | 0.3 | $120.00 | Update exhibit with settlement offer numbers. |
| 006C | Ernst & Young | 6/18/2026 | Viola, Leah | $665 | 0.5 | $332.50 | Conference with Mr. Tague on pending interim applications and review negotiation summary in preparation for same. |
| 006C | Ernst & Young | 6/18/2026 | Viola, Leah | $665 | 0.3 | $199.50 | Draft correspondence to Ms. Stadler, Mr. Hancock and Mr. Dalton summarizing conference with Mr. Tague on pending interim applications. |
| 006C | Ernst & Young | 6/18/2026 | Hancock, Mark | $745 | 0.2 | $149.00 | Review correspondence from Ms. Viola regarding response from professionals and status of negotiations for 3rd-8th interim fee applications. |
| 006C | Ernst & Young | 6/23/2026 | Viola, Leah | $665 | 0.1 | $66.50 | Review correspondence from Mr. Shea on status of response to counter-proposal and review omnibus schedule for potential resolution timeline. |
| 006C | Ernst & Young | 6/26/2026 | Viola, Leah | $665 | 0.1 | $66.50 | Review correspondence from Mr. Shea on interim counter-offer. |
| 006C | Ernst & Young | 6/29/2026 | Viola, Leah | $665 | 0.3 | $199.50 | Correspondence with Ms. Stadler and Mr. Hancock on resolution of pending interim applications and review associated proposed order line items. |
| 006C | Ernst & Young | 6/29/2026 | Hancock, Mark | $745 | 0.2 | $149.00 | Review counteroffer and correspond with Ms. Stadler and Ms. Viola regarding same. |
| 006C | Ernst & Young | 6/29/2026 | Stadler, Katherine | $840 | 0.2 | $168.00 | Review settlement communication from professional, e-mailing team on final approval. |
| 006C | Ernst & Young | 7/1/2026 | Viola, Leah | $665 | 0.3 | $199.50 | Review and revise proposed order line items for third through eighth period interim applications. |
| 006C | Ernst & Young | 7/1/2026 | Viola, Leah | $665 | 0.7 | $465.50 | Reconcile final application. |
| 006C | Ernst & Young | 7/2/2026 | Boucher, Kathleen | $400 | 0.4 | $160.00 | Review and revise chart for EY interim applications. |
| 006C | Ernst & Young | 7/6/2026 | Hancock, Mark | $745 | 0.3 | $223.50 | Correspond with professional regarding resolution of 3rd through 8th interim fee applications and correspond with Ms. Viola regarding same. |

EXHIBIT E
Godfrey & Kahn, S.C.
Detailed Time Records
November 1, 2025 through August 21, 2026

| Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 006C | Ernst & Young | 7/6/2026 | Viola, Leah | $665 | 0.1 | $66.50 | Correspondence with Mr. Hancock on interim and final recommendations and reporting timeline. |
| 006C | Ernst & Young | 8/4/2026 | Viola, Leah | $665 | 0.2 | $133.00 | Review final application reconciliation and correspondence to Mr. Shea, Mr. Tabak, and Mr. Tague on same. |
| ***006C*** | ***Ernst & Young*** | | ***Matter Totals*** | | ***70.1*** | ***$48,656.00*** | |
| | | | | | **94.4** | **$63,820.00** | **Application Totals** |

# EXHIBIT F

**EXHIBIT F**

Godfrey & Kahn, S.C.

Detailed Expense Records

November 1, 2025 through August 21, 2026

| Receipt | Matter Number | Matter Name | Expense Category | Date | Units | Cost | Description |
|---|---|---|---|---|---|---|---|
| | 0016 | Disbursements Only | Pro Hac Vice Fee | 1/12/2026 | 1 | $100.00 | Vendor: CLERK U.S. DISTRICT COURT; Invoice#: 01122026; Date: 1/12/2026 - District of Delaware Annual Pro Hac Vice fees ($50 per atty for each case) Katie Stadler and Mark Hancock |
| | | | | | | **$100.00** | **Application Total** |

# EXHIBIT G

# EXHIBIT G

Godfrey and Kahn, S.C.

Customary and Comparable Hourly Rate Disclosure

November 1, 2025 through August 21, 2026

| | Blended Hourly Rate | |
|---|---|---|
| **Category of Timekeeper** | **Billed for 2023, Excluding Bankruptcy** | **Billed in this Fee Application** |
| Shareholder | $601.82 | $782.13 |
| Special Counsel | $562.83 | $665.00 |
| Analyst | n/a[1] | $840.00 |
| Associate | $435.55 | n/a |
| Paralegal | $288.65 | $400.00 |
| All Timekeepers Aggregated | $566.06 | $676.06 |

[1] The role of Data Analyst was unique to fee review.

# EXHIBIT H

Godfrey & Kahn, S.C.

Budget and Staffing Plan

November 1, 2025 through August 21, 2026

**Budget -- November 1, 2025 through Hearing on Last Interim Fee Application (August 21, 2026)**

| Matter # | Project Cateogory | Budgeted | | Billed/Sought | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| 0002 | Retention applications and disclosures | 0.0 | $0.00 | 0.0 | $0.00 |
| 0003 | Godfrey & Kahn Fee Applications | 20.0 | $15,000.00 | 10.1 | $7,165.00 |
| 0004 | Communications with the Fee Examiner | 3.0 | $2,250.00 | 0.0 | $0.00 |
| 0005 | Communications with U.S. Trustee | 3.0 | $2,250.00 | 0.0 | $0.00 |
| 0006 | Communications with retained professionals | 0.0 | $0.00 | 0.0 | $0.00 |
| 0009 | Team Meetings | 2.0 | $1,500.00 | 0.0 | $0.00 |
| 0010 | Database maintenance | 5.0 | $4,200.00 | 0.0 | $0.00 |
| 0011 | Docket monitoring | 10.0 | $4,000.00 | 5.9 | $2,360.00 |
| 0013 | Reviewing filed documents and factual research | 5.0 | $3,500.00 | 0.7 | $465.50 |
| 0014 | Prepare for and attend hearings | 5.0 | $3,950.00 | 0.7 | $531.00 |
| 0015 | Drafting documents to be filed with court | 10.0 | $7,000.00 | 6.9 | $4,642.50 |
| 0017 | Non-working travel including delays | 0.0 | $0.00 | 0.0 | $0.00 |
| 006A - 006R | Retained Professionals - application review and reporting | 85.0 | $57,000.00 | 70.1 | $48,656.00 |
| **Totals** | | **148.0** | **$100,650.00** | **94.4** | **$63,820.00** |

**Staffing Plan**

| Category of Timekeeper | Number expected ot work on the matter during the budget period | Average Hourly Rate |
|---|---|---|
| Shareholder | 2 | $793.00 |
| Special Counsel/Data Analyst | 2 | $753.00 |
| Associate | 0 | n/a |
| Paralegal | 2 | $400.00 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: November 16, 2026 at 4:00 p.m. ET**<br>**Hearing Date: November 19, 2026 at 1:00 p.m. ET** |

**NOTICE OF INTERIM FEE APPLICATION**

**PLEASE TAKE NOTICE** that Godfrey & Kahn, S.C. has filed the *Eleventh Consolidated Monthly and Eleventh Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2025, Through August 21, 2026* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 435] and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by (i) counsel to the Debtors, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com); and (ii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Attn: Benjamin Hackman (benjamin.a.hackman@usdoj.gov); and (iii) Fee Examiner (FTXFeeExaminer@gklaw.com) and Attorney for Fee Examiner, Mark Hancock (mhancock@gklaw.com) by no later than **November 16, 2026 at 4:00 p.m. (ET)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **November 19, 2026 at 1:00 p.m. E.T.** before The Honorable Karen B. Owens at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Only

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE INTERIM APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER.**

Dated: October 27, 2026

*/s/ Mark W. Hancock*
Mark W. Hancock, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: mhancock@gklaw.com

*Counsel to the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Mark W. Hancock, hereby certify that on October 27, 2026, I caused a copy of the foregoing *Eleventh Consolidated Monthly and Eleventh Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2025, Through August 21, 2026* and Notice to be served upon the Notice Parties (as described in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 435] via email and first-class postage paid and requested Kroll provide service upon the Bankruptcy Rule 2002 parties.

Dated: October 27, 2026

GODFREY & KAHN, S.C.

By: */s/ Mark W. Hancock*
Mark W. Hancock *Admitted pro hac vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500Ce
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: mhancock@gklaw.com
*Counsel to the Fee Examiner*

39286950.2

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.