UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

2026 OCT 27 A 9:18

**In re:**

**FTX Trading Ltd., et al.,**
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

# RESPONSE OF CLAIMANT TO FTX RECOVERY TRUST'S TWO HUNDRED THIRD (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM WITH REJECTED KYC (CUSTOMER CLAIMS)

**Claim No. 74417 | Customer Code 03990159**

1. Claimant is the claimant with respect to Claim No. 74417, identified by Customer Code 03990159 in Schedule 1 to the Trust's objection.

2. Claimant respectfully disputes the Trust's request to disallow and expunge Claim No. 74417 in its entirety.

3. Claimant made a good-faith effort to complete the required account-owner verification and KYC process and to cooperate with FTX KYC Support.

4. In the FTX Customer Claims Portal, Claimant completed Step 1, "Initiate Account Owner Authentication," and Step 2, "Verify Identity of the Original FTX Account Owner." The portal presently displays Step 3, "KYC," as "Failed," while Steps 4 through 6 are shown as completed. The portal's explanation for "Failed" states: "Your application failed KYC/AML." (Exhibit A.)

5. On November 4, 2025, FTX KYC Support contacted Claimant and requested answers to five questions concerning the FTX account, including the approximate account-opening date, referral or promotional-code use, the registered telephone number, whether a withdrawal password had been set, and whether FTX Earn and/or Spot margin trading had been enabled.

6. On November 7, 2025, Claimant responded to each of the five questions to the best of Claimant's knowledge and recollection. Where Claimant was uncertain, Claimant stated that uncertainty rather than knowingly supplying information believed to be inaccurate. (Exhibit B-2.)

7. Claimant did not refuse to cooperate with KYC Support and did not simply ignore the requested questions. Claimant made a good-faith effort to answer each question. (Exhibit B-2.)

8. On November 9, 2025, Claimant proactively contacted KYC Support to request an update. (Exhibit C.)

9. On November 10, 2025, KYC Support responded: "Your KYC is being processed, and no further information is needed from you." KYC Support then directed Claimant to the claims portal and provided instructions concerning Customer Support. (Exhibit C.)

10. The November 10, 2025 response did not identify any additional KYC information or documents that Claimant was required to provide at that time. (Exhibit C.)

11. On December 22, 2025, Claimant again contacted KYC Support, explaining that more than one month had passed and that the portal still displayed "Failed." (Exhibit D.)

12. On December 22, 2025, KYC Support directed Claimant to Customer Support but did not identify a specific KYC discrepancy, request specific additional KYC information or documents, or identify a specific opportunity to cure in that response. (Exhibit D.)

13. On March 9, 2026, Claimant again contacted KYC Support after checking the claims website and observing that the KYC status remained "Failed." KYC Support again did not identify a specific KYC discrepancy or request specific additional documentation, but instead directed Claimant to Customer Support. (Exhibit E.)

14. Claimant subsequently contacted Customer Support and again provided the information concerning the five questions previously requested by KYC Support, explaining that Claimant had responded to each question but had received no further substantive response. (Exhibit E.)

15. On March 10, 2026, Customer Support expressly stated that "The KYC team has received the answers you provided." Customer Support nevertheless did not identify a specific discrepancy in Claimant's responses or identify specific additional information or documentation that Claimant could provide to cure the KYC status. (Exhibit E.)

16. Based on these communications, Claimant reasonably understood that no further information was then required from Claimant unless FTX Support identified a specific additional requirement.

17. Claimant therefore disputes any characterization that Claimant simply failed to respond. The correspondence shows that Claimant responded to the requested questions and made proactive follow-up inquiries. (Exhibits B-2 through D.)

18. If the Trust contends that a specific KYC discrepancy or deficiency remains unresolved, Claimant respectfully requests that the Trust identify the specific discrepancy or deficiency and the information or documents required to cure it.

19. Claimant remains willing to provide reasonable additional information or documentation necessary to address a specifically identified KYC issue, subject to appropriate privacy and security protections.

20. Under these circumstances, Claimant respectfully submits that immediate disallowance and expungement of Claim No. 74417 is not warranted where Claimant responded to the KYC inquiry, followed up proactively, and was expressly informed that no further information was then needed.

21. Accordingly, Claimant respectfully requests that the Court deny the Trust's request to disallow and expunge Claim No. 74417, or alternatively defer such relief and permit a reasonable opportunity to cure any specifically identified KYC discrepancy or deficiency.

22. Claimant reserves the right to supplement this Response with additional evidence or information as appropriate.

**REQUEST FOR RELIEF**

WHEREFORE, Claimant respectfully requests that the Court:

A. Deny the Trust's request to disallow and expunge Claim No. 74417;

B. Alternatively, defer disallowance and expungement and permit Claimant a reasonable opportunity to cure any specifically identified KYC discrepancy or deficiency; and

C. Grant such other and further relief as the Court deems just and proper.

**Respectfully submitted,**

TSUNG LI, HUANG
Claimant, Pro Se
Claim No. 74417
Customer Code 03990159
Address: 20F., NO.246, MINZU RD., BANQIAO DIST, NEW TAIPEI CITY, TAIWAN
Telephone: +886 908100936
Email: ghome11168@gmail.com
Date: October 12, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re:**

**FTX Trading Ltd., et al.,**
Debtors.

Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

## CLAIMANT'S REQUEST FOR LEAVE TO FILE RESPONSE OUT OF TIME

**Claim No. 74417 | Customer Code 03990159**

1. Claimant respectfully requests permission to file the accompanying Response after the deadline stated in the Notice accompanying the Trust's Two Hundred Third (Substantive) Omnibus Objection.

2. The Notice states that responses were due on October 2, 2026 at 4:00 p.m. (Eastern Time). Claimant is submitting this request promptly after the deadline.

3. The reason the Response was not submitted by the stated deadline is: Claimant is proceeding pro se and made a good-faith effort to prepare the Response and supporting materials. Claimant encountered difficulty determining the proper procedure for filing the Response with the Court and was unable to complete the filing by the stated deadline. Claimant contacted the Court's Help Desk for guidance and is submitting the

Response as promptly as possible after obtaining filing instructions.

4. Claimant respectfully requests that the Court permit the accompanying Response to be filed out of time. Federal Rule of Bankruptcy Procedure 9006(b)(1) permits a court, on a motion made after a specified period has expired, to permit the act where the failure to act resulted from excusable neglect.

5. The requested relief would allow the Court to consider Claimant's factual response to the KYC objection. Claimant has acted promptly after recognizing the filing issue and does not seek to alter the hearing date.

6. Claimant respectfully requests such other relief concerning the timing of the Response as the Court deems appropriate.

**Respectfully submitted,**

TSUNG LI, HUANG
Claimant, Pro Se
Claim No. 74417
Customer Code 03990159
Address: 20F., NO.246, MINZU RD., BANQIAO DIST, NEW TAIPEI CITY, TAIWAN
Telephone: +886 908100936
Email: ghome11168@gmail.com
Date: October 12, 2026

**CERTIFICATE OF SERVICE**

I certify that on October 12, 2026, I served a true and correct copy of the foregoing Response of Claimant and Request for Leave to File Response Out of Time, together with the attached exhibits, upon counsel for the FTX Recovery Trust at the service address(es) specified in the Notice of the Trust's Two Hundred Third (Substantive) Omnibus Objection.

TSUNG LI, HUANG
Claimant, Pro Se Date:
October 12,2026

# EXHIBIT A

FTX Customer Claims Portal — KYC Process Status



# EXHIBIT B-1

November 4, 2025 — FTX KYC Support request for five account/KYC questions

**kyc-support@ftx.com** <kyc-support@ftx.com> 2025年11月4日 17:55
发送至 我

Dear Customer,

To further process your KYC can you please answer the below questions to the best of your ability.

1. When did you open your FTX account? Please provide the exact date or an estimated month and year.
2. Did you sign up using a referral link or promotional code?
3. Which phone number did you register when you signed up for an account?
4. Did you set-up a withdrawal password?
5. Did you enable FTX Earn and/or Spot margin trading? Which one did you enable?

Best regards,
KYC Support

FTX
RECOVERY TRUST

**EXHIBIT B-2**

November 7, 2025 — Claimant response to the five questions

H

**Home Go** <ghome11168@gmail.com>
发送至 kyc-support

2025年11月7日 01:16

Below are my responses to the questions mentioned above.

1. I think I opened the account on February 11, 2022 , or a day or two later.
2. Yes, my friend gave me an invitation link. Like this https://ftx.com/#a=8784143
3. Regarding the phone number used for registration, I'm sorry, but for security reasons, I can only provide you with the first three digits and the last four digits, which are 090...0936.
4. I've tried to withdraw funds before, but it wasn't successful. So I'm not quite sure whether I successfully set up a withdrawal password. I guess I probably did.
5. I don't quite remember.

Thank you.

# EXHIBIT C

November 9-10, 2025 — Follow-up and KYC Support response

**Home Go** <ghome11168@gmail.com> 2025年11月9日 23:24
发送至 kyc-support

Hello, any update?

Home Go <ghome11168@gmail.com> 于2025年11月7日周五 01:16写道:

...

**kyc-support@ftx.com** <kyc-support@ftx.com> 2025年11月10日 17:11
发送至 我

Dear Customer,

Your KYC is being processed, and no further information is needed from you.

To check the status of your claim, please navigate to the claims portal.

Should you have any other questions, please send an email to Customer Support at support@ftx.com, or respond to any current open ticket you have with them at that address.

Kind regards,
KYC Support

FTX
RECOVERY TRUST

**EXHIBIT D**

December 22, 2025 — Follow-up and KYC Support response

H **Home Go** <ghome11168@gmail.com> 2025年12月22日周一 01:19
发送至 kyc-support

Hello, one month has passed, why my KYC status is still Failed?

kyc-support@ftx.com <kyc-support@ftx.com> 于2025年11月10日周一 17:11写道：

k **kyc-support@ftx.com** <kyc-supp... 2025年12月22日周一 16:16
发送至 我

Dear Customer,

Thank you for your email.

For any further questions about your claim, please send an email to Customer Support at support@ftx.com, or respond to any current open ticket you have with them at that address.

Kind regards,
KYC Support

FTX
RECOVERY TRUST

**EXHIBIT E**

2026-03-09–10 correspondence with FTX KYC Support / Customer Support

H

**Home Go** <ghome11168@gmail.com> 2026年3月9日 11:50
发送至 kyc-support

I checked the website(ftx.com) and my KYC is still showing as failed. What could be the reason for this?

k

**kyc-support@ftx.com** <kyc-support@ftx.com> 2026年3月9日 15:57
发送至 我

Dear Customer,

Thank you for your email.

We apologize for not having an immediate answer for you. Please send an email to Customer Support at support@ftx.com and they'll be happy to help.

Kind regards,
KYC Support

FTX
RECOVERY TRUST

# My KYC status is still Failed 收件箱 ×

**Home Go** <ghome11168@gmail.com>
发送至 FTX

3月10日周二 14:30

Hello. I provided the relevant information to kyc-support@ftx.com four months ago. But I checked the website(ftx.com) and my KYC is still showing as failed. What could be the reason for this?
pls help me, thank you.

**FTX Support** <support@ftx.com>
发送至 我

3月10日周二 14:41

##- Please type your reply above this line -##

Your request (344056) has been updated.

To add additional comments, reply to this email.

**Maureen** (Please use support.ftx.com)
Mar 9, 2026, 23:41 PDT

Hi there,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

If your KYC status is marked as Failed, it means that we were not able to verify the documentation you provided to us, or otherwise you have not passed our KYC / AML / Sanction screening process.

Please refer to this page to get more details on your KYC status: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

FTX
RECOVERY TRUST

**Home Go** <ghome11168@gmail.com>
发送至 FTX ▾

2026年3月11日 00:05

Someone of you( kyc-support@ftx.com ) has asked me some security questions. The original email is as follows:

> *Dear Customer,*
>
> *To further process your KYC can you please answer the below questions to the best of your ability*
>
> 1. *When did you open your FTX account? Please provide the exact date or an estimated month and year*
> 2. *Did you sign up using a referral link or promotional code?*
> 3. *Which phone number did you register when you signed up for an account?*
> 4. *Did you set-up a withdrawal password?*
> 5. *Did you enable FTX Earn and/or Spot margin trading? Which one did you enable?*
>
> *Best regards,*
> *KYC Support*

I have responded to each and every one of these questions, but then there was no further response. I'm very confused. What should I do next?

FTX Support <support@ftx.com> 于2026年3月10日周二 14:41写道：

...

**FTX Support** <support@ftx.com>
发送至 我 ▾

2026年3月11日 01:03

Your request (344056) has been updated.

To add additional comments, reply to this email.

**John** (Please use support.ftx.com)
Mar 10, 2026, 10:03 PDT

Hi,

The KYC team has received the answers you provided. However, your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed "Failed". With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims' proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,
FTX Customer Support

EMS 國際快捷 EXPRESS MAIL SERVICE

EMS 國際快捷郵件 EXPRESS MAIL SERVICE
CHUNGHWA POST TAIWAN (R.O.C)

[redacted]
EG026386269TW

Postage stamp: 中華民國 REPUBLIC OF CHINA POSTAGE 22 — SN444327 — 86
Postmark: 板橋民族 13.10.26-13 甲1 TAIWAN, R.O.C.
EG026386269TW
U.S. X-RAY

| From(Sender) Contract No.: | To(Addressee) |
|---|---|
| TSUNG LI, HUANG | Clerk of Court |
| 20F., NO.246, MINZU RD., BANQIAO DIST., NEW TAIPEI CITY, TAIWAN 20F., NO.246, MINZU RD., BANQIAO DIST., NEW TAIPEI | U.S. Bankruptcy Court - District of Delaware<br>824 North Market Street, 3rd Floor<br>Wilmington<br>Delaware<br>19801 · U.S.A. |
| Postcode: 220 | Tel No.:302-252 2900 Tax ID: |
| Country: TAIWAN(R.O.C.) Tel No.: +886908100936 | |

☐ Gift ■ Documents ☐ Commercial Sample ☐ Returned Goods ☐ Sales of Goods ☐ Others Please specify — IOSS VAT No.

| Detailed description of contents | QTY | Weight(kg) | Value (TWD) | HS tariff No. | Country of origin |
|---|---|---|---|---|---|
| 1.File | 1 | 0.057 | 0.00 | | TW |
| | | | Total Value (TWD) | 0.00 | |

Postage 郵資 850 元TWD
營業郵資券 ______ 元TWD
自備郵資券 ______ 元TWD
自備郵票 ______ 元TWD

Date Stamp 日戳: 板橋民族 13.10.26-1_ 甲 TAIWAN,R.O.C.

☐ Please refer to the CN23 for more contents.

| Total weight(kg) | Dimension in CM | Vol. weight(kg) | Amount insured(TWD) |
|---|---|---|---|
| 0.342 | 35.0 X 26.0 | 0.152 | |

寄國際郵件自印託運單、商業發票等文件封套(得按章開驗) Dispatch Note, Invoice, Customs, etc. Documents enclosed (May be opened officially)

I certify that the particulars given in the customs declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal regulations. 茲證明本人所填資料屬實且無裝寄任何法律或郵政或海關法規禁止的危險物品，如有不實，願負全部責任。

Date and Sender's signature 寄件人簽署及日期: Tsung Li Huang 2025.10.13

Chunghwa Post Co., Ltd., Taipei, Taiwan (R.O.C.) [illegible] 中華郵政股份有限公司 ([illegible]) 00-17-08 (益品)

Drawn by 經辦員簽署: 黃雲霞

本單請以PTL012交易登錄，ITMATT欄位請選「有」

收件人聯 RECIPIENT'S COPY

中華郵政 CHUNGHWA POST