**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068-KBO<br><br>(Jointly Administered)<br>**Re: Docket No. 36763** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, the undersigned counsel moves the admission *pro hac vice* of Anne Wooding of Steptoe LLP to represent the Agile Trading AG, in the above-captioned chapter 11 cases.

Dated: October 23, 2026
Wilmington, Delaware

**BARNES & THORNBURG LLP**

*/s/ Amy E. Tryon*
Amy E. Tryon (DE No. 6945)
222 Delaware Ave., Suite 1200
Wilmington, DE 19801
(312) 214-4583
amy.tryon@btlaw.com
*Counsel for Agile Trading AG*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: October 23, 2026

**STEPTOE LLP**

*/s/ Anne Wooding*
Anne Wooding
227 West Monroe Street, Suite 4700
Chicago, Illinois 60606
(302) 300-3453
awooding@steptoe.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

**Dated: October 28th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**