**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FTX Trading Ltd., *et al.* | ) | Case No. 22-11068 (KBO) |
| Debtors. | ) | Jointly Administered |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

AFH, Ltd.
Name of Transferee

Name and Address where notices to transferee should be sent:

c/o Campbells Corporate Services Limited
Floor 4 Willow House
Cricket Square, Grand Cayman
Cayman Islands, KY1-9010

Last Four Digits of Acct #: 3518

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

Algorand Foundation, Ltd.
Name of Transferor

Last known address:

600 North Bridge Road
#08-01/02 Parkview Square
Singapore 188778, Singapore

Court Claim # (if known): 5669
Amount of Claim: $1,003,281.58
Date Claim Filed: July 10, 2023

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Signed by:
By: Kieron Guilfoyle
07607 88EC3114F5...
Transferee/Transferee's Agent

Date: 28 October 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

**EVIDENCE OF TRANSFER OF CLAIM**
**FTX Trading Ltd. Claim No. 5669**

TO: Clerk, United States Bankruptcy Court for the District of Delaware

Algorand Foundation, Ltd. ("Assignor") has irrevocably assigned, transferred, conveyed, and set over to AFH, Ltd. ("Assignee"), its successors and assigns, Assignor's entire right, title and interest in, to and under, and all causes of action arising under or in connection with, its claim in the amount of $1,003,281.58 and associated with proof of claim number 5669, filed on July 10, 2023, against FTX Trading Ltd. (the "Debtor") in the chapter 11 case of In re FTX Trading Ltd., Case No. 22-11068 (KBO), United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (the "Claim").

Assignor waives any objection to the transfer of the Claim on the books and records of the Debtor, the FTX plan administrator, any distribution agent or claims agent, and the Bankruptcy Court and, to the fullest extent permitted by law, waives any notice or hearing requirement imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules, or other applicable law. Assignor acknowledges and stipulates that an order may be entered without further notice recognizing this Evidence of Transfer of Claim as an unconditional assignment and recognizing Assignee as the sole owner and holder of the Claim.

Assignor directs the Debtor, the FTX plan administrator, any distribution agent or claims agent, the Bankruptcy Court, and all other interested parties to deliver all future notices and communications concerning the Claim and to make all payments and distributions of money or property on account of the Claim to Assignee at the address stated in the related Notice of Transfer of Claim Other Than for Security.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed as of October 23, 2026.

**ALGORAND FOUNDATION, LTD., as Assignor**

DocuSigned by:
By: ______________________
4B89B012F1BA486...
Name: Chris Bowring
Title: Director
Date: 28 October 2026

**AFH, LTD., as Assignee**

Signed by:
By: Kieron Guilfoyle
0760788EC3114F5...
Name: Kieron Guilfoyle
Title: Director
Date: 28 October 2026