**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered)<br>**Re: D.I. 1584** |

**NOTICE OF WITHDRAWAL OF MOTION FOR THE ENTRY OF AN ORDER (I) AUTHORIZING AND DIRECTING THE DEBTORS TO RETURN CERTAIN POSTPETITION CRYPTOCURRENCY DEPOSITS TO D1 VENTURES AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on June 8, 2023, D1 Ventures Ltd. ("D1 Ventures"), filed the *Motion for Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief* (the "Motion") [D.I. 1584].

**PLEASE TAKE FURTHER NOTICE** that D1 Ventures hereby withdraws the Motion.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Laurel D. Roglen*

Laurel D. Roglen (DE Bar No. 5759)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: roglenl@ballardspahr.com

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

and

Joseph P. Sakai
SAKAI LLP
2655 Franklin Street, No. 1
San Francisco, CA 94123
Telephone: (702) 526-4929
E-mail: joseph@sakaillp.com

*Counsel to D1 Ventures Ltd.*