**CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, hereby certify that on this 29th day of October 2026, I caused a true and correct copy of the foregoing pleading to be served electronically on those parties requesting electronic service through the Court's CM/ECF system.

Dated: October 29, 2026
Wilmington, Delaware

*/s/ Laurel D. Roglen*
Laurel D. Roglen (DE Bar No. 5759)
BALLARD SPAHR LLP