**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**<u>ORDER SCHEDULING OMNIBUS HEARING DATES</u>**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

**January 21, 2027 at 1:00 p.m. (ET)**

**February 25, 2027 at 1:00 p.m. (ET)**

**March 25, 2027 at 1:00 p.m. (ET)**

**Dated: October 30th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**