**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 29929** |

**DECLARATION OF ADAM J. GOLDBERG REGARDING APPEARANCE OF LATHAM & WATKINS LLP AS COUNSEL**

I, Adam J. Goldberg, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a partner in the law firm of Latham & Watkins LLP ("**Latham & Watkins**"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the state bar of New York, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein. Latham & Watkins represents, has represented, and may represent in the future multiple creditors and other parties in connection with these chapter 11 cases, including : K5Global, TBD Venture Company, LLC, Genesis Digital Assets, Ltd., Larry David, and Russell Crumpler and Christopher Farmer, in their capacities as the duly authorized joint liquidators (the "**Joint Liquidators**") appointed in the British Virgin Islands' liquidation of Three Arrows Capital, Ltd. (in liquidation) ("**3AC**") and foreign representatives of 3AC, as recognized pursuant to chapter 15 of the Bankruptcy Code in the case captioned *In re Three Arrows Capital, Ltd.*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2022).

2. Stephen Shashy is an attorney who joined the New York office of Latham & Watkins as counsel on August 31, 2026. Mr. Shashy was previously employed at the U.S. Department of Justice, Tax Division ("**DOJ**"), where he was a trial attorney. During his time at DOJ, Mr. Shashy worked personally and substantially on the above-captioned matter. Mr. Shashy is admitted to practice in Washington, D.C.

3. As required by Rule 1.11 of the District of Columbia's Rules of Professional Conduct, I am writing to notify the Court and the parties in these cases that all lawyers affiliated with Latham & Watkins have been informed that Stephen N. Shashy has been screened from participating in or discussing this matter, and shall be apportioned no part of the fee earned in connection with Latham's representation of K5Global, TBD Venture Company, LLC, Genesis Digital Assets, Ltd., Larry David, or the Joint Liquidators. Specifically, the following procedures have been taken to screen Stephen N. Shashy:

a. The central file index to all files, documents, and records in this matter has been marked to indicate that Stephen N. Shashy is to be denied access thereto, and her access to any such electronic files, documents, or records has been electronically restricted in the document management software system;

b. A memorandum has been circulated instructing all personnel that Stephen N. Shashy is not to have access to any of the files, documents, or records in this matter, and that Stephen N. Shashy is neither to advise nor consult with any attorney or other person with respect to any aspect of this matter; and

c. Stephen N. Shashy will not share in any of the fees for this matter.

4. To the extent that any information disclosed in this declaration requires

amendment, a further supplemental declaration will be submitted to the Court and interested parties.

5. A true and accurate copy of Mr. Shashy's Attestation, as required under Rule 1.11 of the District of Columbia's Rules of Professional Conduct, is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed: November 2, 2026

*/s/ Adam J. Goldberg*
Adam J. Goldberg
Partner
Latham & Watkins LLP

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| **FTX TRADING LTD., et al.,** | ) | **Chapter 11** |
| | ) | **Case No. 22-11068 (KBO)** |
| **Debtors.** | ) | **(Jointly Administered)** |

**ATTESTATION OF STEPHEN N. SHASHY**

Pursuant to Rule 1.11(c) of the Rules of Professional Conduct of the District of Columbia Bar, I hereby attest that:

1. I was previously employed at the U.S. Department of Justice, Tax Division, where I was a trial attorney, and I am now joining the Washington, D.C. office of Latham & Watkins LLP (hereinafter "Latham & Watkins");

2. Due to the subject matter of my work at the U.S. Department of Justice, Tax Division, I am personally disqualified (pursuant to Rule 1.11(a) of the Rules of Professional Conduct of the District of Columbia Bar) from participating in Latham & Watkins's representation in the above-captioned proceeding;

3. During the period of my disqualification from this matter, I will not participate in this matter or representation in any manner, will not discuss the matter or representation with any partner, associate, or of counsel lawyer at Latham & Watkins, and will not share in any fees for the matter or representation; and

4. In the event Latham & Watkins accepts in the future any matters that are "substantially related" to this proceeding, I will not participate in the matters or representation in any manner, will not discuss the matters or representation with any partner, associate, or of counsel lawyer at Latham & Watkins, and will not share in any fees for the matters or representations.

DATED: September 11, 2026

Stephen N. Shashy
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
(202) 637-2200