**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,<br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SP Multi Claims Holdings, LLC**
Name of Transferee

**Name and Address where notices and payment to transferee should be sent:**

SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Attn: Operations
Email: 12017192157@tls.ldsprod.com -and-
rbeacher@pryorcashman.com

**FIRE BOUVARDIA, L.L.C.**
Name and current address of Transferor

FIRE BOUVARDIA, L.L.C.
c/o Crowell & Morning LLP
389 9th Avenue, 44th Floor
New York, NY 10001
Attention: Timothy Lin
Email: FTX@kingstreet.com
tlin@crowell.com

**SEE SCHEDULE 1 ATTACHED HERETO FOR THE LIST OF CLAIMS SUBJECT TO THIS TRANSFER**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SP Multi Claims Holdings, LLC
By: Silver Point Capital, L.P., its manager

By:________________________
Transferee/Transferee's Agent

Date: November 3, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

# SCHEDULE 1

## (List of Claims)

| Current Holder | Customer Code | Claim / Schedule Number | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| Fire Bouvardia, L.L.C. | 00684562 | Claim #: 92426<br>Schedule #: 6849678 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 02167260 | Claim #: 48970<br>Schedule #: 6716284 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 02178182 | Schedule #: 6182296 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00159901 | Claim #: 68535<br>Schedule #: 7637432 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00963839 | Claim #: 21674<br>Schedule #: 6807774 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00527787 | Claim #: 18994<br>Schedule #: 6817303 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00893298 | Claim #: 12712<br>Schedule #: 6846104 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 02973662 | Claim #: 71782<br>Schedule #: 6449429 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00164762 | Claim #: 45357<br>Schedule #: 6757511 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 05205378 | Claim #: 43325<br>Schedule #: 6316185 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |

| | | | | | |
|---|---|---|---|---|---|
| Fire Bouvardia, L.L.C. | 00324178 | Claim #: 71903<br>Schedule #: 7456890 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00332359 | Claim #: 6606<br>Schedule #: 6776999 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 01711730 | Claim #: 62561<br>Schedule #: 7454356 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00182127 | Claim #: 86211<br>Schedule #: 6833785 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 01662581 | Claim #: 50017<br>Schedule #: 6752046 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 02257573 | Claim #: 90869<br>Schedule #: 5375906 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00306975 | Claim #: 53211<br>Schedule #: 6826624 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 02116767 | Claim #: 52347<br>Schedule #: 6830064 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00294713 | Claim #: 33879<br>Schedule #: 7444956 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00662274 | Claim #: 92287<br>Schedule #: 5697902 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 05103745 | Claim #: 12720<br>Schedule #: 6842734 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00310304 | Claim #: 22012<br>Schedule #: 6854041 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |

| | | | | | |
|---|---|---|---|---|---|
| Fire Bouvardia, L.L.C. | 00915949 | Claim #: 92360<br>Schedule: 6755676 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 03025151 | Schedule #: 6287039 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00340309 | Claim #: 78217<br>Schedule #: 6805465 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 01240523 | Schedule #: 5554649 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00159914 | Claim #: 10641<br>Schedule #: 6825587 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 02815272 | Claim #: 1171<br>Schedule #: 6720384 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00838340 | Claim #: 35519<br>Schedule #: 6828873 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00156312 | Claim #: 40764<br>Schedule #: 6795774 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00359117 | Claim #: 30860<br>Schedule #: 7125827 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 01756541 | Claim #: 48123<br>Schedule #: 6830492 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 05011493 | Schedule #: 6505761 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00515383 | Claim #: 92614<br>Schedule #: 6289535 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 05691080 | Schedule #: 6226181 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |
| Fire Bouvardia, L.L.C. | 00053549 | Schedule #: 7852404 | 100% of the amount of the claim | FTX Trading, Ltd. | 22-11068 |

EXECUTION COPY

**EVIDENCE OF TRANSFER OF CLAIM**

TO: U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND: FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Customer Code: See attached Claims Schedule

Schedule #: See attached Claims Schedule

Claim #: See attached Claims Schedule

**FIRE BOUVARDIA, L.L.C.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SP Multi Claims Holdings, LLC**
Attn: Operations
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Email: 12017192157@tls.ldsprod.com and
rbeacher@pryorcashman.com

its successors and assigns ("Buyer"), an undivided interest in all of Seller's rights, title and interest in and to the Schedule, the Proof of Claim, and the Customer Code (such interest in the Schedule, the Proof of Claim and the Customer Code, the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

(signature page follows)

EXECUTION COPY

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated September 15, 2026.

| SELLER: | BUYER: |
|---|---|
| **FIRE BOUVARDIA, L.L.C.**<br><br>By: ______________________<br>Name: Timothy Lin<br>Title: Authorized Signatory | **SP Multi Claims Holdings, LLC**<br>By: Silver Point Capital, L.P., its manager<br><br>By: ______________________<br>Name:<br>Title: |

EXECUTION COPY

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated September 15, 2026.

| SELLER: | BUYER: |
|---|---|
| **FIRE BOUVARDIA, L.L.C.**<br><br>By: ______________________________<br>Name: Timothy Lin<br>Title: Authorized Signatory | **SP Multi Claims Holdings, LLC**<br>By: Silver Point Capital, L.P., its manager<br><br>By: ______________________________<br>Name: Jennifer Poccia<br>Title: Authorized Signatory |

**CLAIM SCHEDULE**

| Current Holder | Customer Code | Claim / Schedule Number |
|---|---|---|
| Fire Bouvardia, L.L.C. | 00684562 | Claim #: 92426<br>Schedule #: 6849678 |
| Fire Bouvardia, L.L.C. | 02167260 | Claim #: 48970<br>Schedule #: 6716284 |
| Fire Bouvardia, L.L.C. | 02178182 | Schedule #: 6182296 |
| Fire Bouvardia, L.L.C. | 00159901 | Claim #: 68535<br>Schedule #: 7637432 |
| Fire Bouvardia, L.L.C. | 00963839 | Claim #: 21674<br>Schedule #: 6807774 |
| Fire Bouvardia, L.L.C. | 00527787 | Claim #: 18994<br>Schedule #: 6817303 |
| Fire Bouvardia, L.L.C. | 00893298 | Claim #: 12712<br>Schedule #: 6846104 |
| Fire Bouvardia, L.L.C. | 02973662 | Claim #: 71782<br>Schedule #: 6449429 |
| Fire Bouvardia, L.L.C. | 00164762 | Claim #: 45357<br>Schedule #: 6757511 |
| Fire Bouvardia, L.L.C. | 05205378 | Claim #: 43325<br>Schedule #: 6316185 |
| Fire Bouvardia, L.L.C. | 00324178 | Claim #: 71903<br>Schedule #: 7456890 |

| | | |
|---|---|---|
| Fire Bouvardia, L.L.C. | 00332359 | Claim #: 6606<br>Schedule #: 6776999 |
| Fire Bouvardia, L.L.C. | 01711730 | Claim #: 62561<br>Schedule #: 7454356 |
| Fire Bouvardia, L.L.C. | 00182127 | Claim #: 86211<br>Schedule #: 6833785 |
| Fire Bouvardia, L.L.C. | 01662581 | Claim #: 50017<br>Schedule #: 6752046 |
| Fire Bouvardia, L.L.C. | 02257573 | Claim #: 90869<br>Schedule #: 5375906 |
| Fire Bouvardia, L.L.C. | 00306975 | Claim #: 53211<br>Schedule #: 6826624 |
| Fire Bouvardia, L.L.C. | 02116767 | Claim #: 52347<br>Schedule #: 6830064 |
| Fire Bouvardia, L.L.C. | 00294713 | Claim #: 33879<br>Schedule #: 7444956 |
| Fire Bouvardia, L.L.C. | 00662274 | Claim #: 92287<br>Schedule #: 5697902 |
| Fire Bouvardia, L.L.C. | 05103745 | Claim #: 12720<br>Schedule #: 6842734 |
| Fire Bouvardia, L.L.C. | 00310304 | Claim #: 22012<br>Schedule #: 6854041 |
| Fire Bouvardia, L.L.C. | 00915949 | Claim #: 92360<br>Schedule: 6755676 |

| | | |
|---|---|---|
| Fire Bouvardia, L.L.C. | 03025151 | Schedule #: 6287039 |
| Fire Bouvardia, L.L.C. | 00340309 | Claim #: 78217<br>Schedule #: 6805465 |
| Fire Bouvardia, L.L.C. | 01240523 | Schedule #: 5554649 |
| Fire Bouvardia, L.L.C. | 00159914 | Claim #: 10641<br>Schedule #: 6825587 |
| Fire Bouvardia, L.L.C. | 02815272 | Claim #: 1171<br>Schedule #: 6720384 |
| Fire Bouvardia, L.L.C. | 00838340 | Claim #: 35519<br>Schedule #: 6828873 |
| Fire Bouvardia, L.L.C. | 00156312 | Claim #: 40764<br>Schedule #: 6795774 |
| Fire Bouvardia, L.L.C. | 00359117 | Claim #: 30860<br>Schedule #: 7125827 |
| Fire Bouvardia, L.L.C. | 01756541 | Claim #: 48123<br>Schedule #: 6830492 |
| Fire Bouvardia, L.L.C. | 05011493 | Schedule #: 6505761 |
| Fire Bouvardia, L.L.C. | 00515383 | Claim #: 92614<br>Schedule #: 6289535 |
| Fire Bouvardia, L.L.C. | 05691080 | Schedule #: 6226181 |
| Fire Bouvardia, L.L.C. | 00053549 | Schedule #: 7852404 |