**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 26404, 28640 & 29590** |

**STATEMENT OF THE FTX RECOVERY TRUST REGARDING RECOGNITION OF CHAPTER 11 CASE AND WINDING UP OF QUOINE PTE. LTD. (IN COMPULSORY LIQUIDATION) IN SINGAPORE**

On December 9, 2024, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Statement of the Debtors Regarding Filing of Recognition Application in Singapore with Respect to Quoine Pte. Ltd.* [D.I. 28640] (the "Recognition Application Statement").[2] Following the Recognition Application Statement, on February 12, 2025, the SICC granted Order of Court SIC/ORC 16/2025, among other things, (a) recognising, in Singapore, the Chapter 11 Case of Quoine Pte. Ltd. ("Quoine") as a foreign main proceeding, and (b) recognising and giving full force and effect, in Singapore, to, among other things, the Confirmation Order, the Digital Assets Estimation Order, the Claims Bar Date, the Plan, and the Revised Notice Procedures in respect of Quoine (the "Recognition Order").

Creditors of Quoine should take notice that, given the grant of the Recognition Order, pursuant to the Plan, Quoine is a Consolidated Debtor and any claims against Quoine will be

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Unless otherwise defined, any capitalised terms used in this statement shall have the meanings ascribed to them in the Recognition Application Statement.

satisfied solely through distributions in accordance with the Plan. In light of the foregoing, Quoine has been placed into liquidation in accordance with the terms of the Plan.

On August 4, 2026, Quoine filed an application in the SICC seeking, among other things, that a winding up order be made against Quoine and that joint and several liquidators be appointed (the "Quoine Liquidation Application"). In this regard, the SICC has assigned the case number SIC/CWU 1/2026 ("CWU 1") to the Quoine Liquidation Application.

As notified in the *Statement of the FTX Recovery Trust Regarding Recognition of Chapter 11 Case and Filing of Liquidation Application of Quoine Pte. Ltd. in Singapore* filed by the Debtors on September 15, 2026 [D.I. 36274]:

(a) The Case Management Conference for CWU 1 was heard on September 9, 2026, at 9.00am (Singapore time), following which a Registrar's Notice was issued by the SICC on September 9, 2026, fixing the hearing in respect of CWU 1 on October 29, 2026, at 9.00am (Singapore time).

(b) On September 10, 2026, counsel for Quoine received correspondence from the SICC approving the directions set out at Annex A of the letter from counsel for Quoine to the SICC dated September 9, 2026.

On October 22, 2026, counsel for Quoine attended before the learned Assistant Registrar Wong Hee Jinn (the "AR Wong") to satisfy the learned AR Wong that the procedural requirements in respect of the Quoine Liquidation Application have been satisfied. A copy of the sealed Memorandum (Companies Winding Up) (the "CWU Memorandum") filed in CWU 1 on October 21, 2026, together with the Registrar's Direction(s) dated October 30, 2026, confirming that the CWU Memorandum is approved, is attached hereto as **Exhibit A**.

On October 29, 2026, following the hearing of CWU 1 before the Honourable Justice

James Michael Peck, the SICC granted Order of Court SIC/ORC 89/2026 dated October 29, 2026 (the "Winding Up Order"), ordering, amongst other things, that (a) Quoine be wound up, and (b) Mr. Cameron Lindsay Duncan and Mr. Joshua Joseph Jeyaraj (the "Liquidators"), both care of KordaMentha Pte. Ltd. at 50 Raffles Place #2501 Singapore Land Tower, Singapore 048623, be appointed as joint and several liquidators of Quoine. A copy of the Winding Up Order is attached hereto as **Exhibit B**.

The Liquidators' notice to creditors dated November 3, 2026, together with the accompanying proof of debt form, is attached hereto as **Exhibit C**.

**If you are a creditor of Quoine and would like to receive paper copies of any filings made by the FTX Recovery Trust[3] with the SICC in connection with the Singapore Recognition Application and any orders entered by the SICC in connection with the Singapore Recognition Application, including the Recognition Order, please send a request by e-mail to FTXquestions@kroll.com with a reference to "Request for Paper Notices Re: Singapore Recognition Proceedings" in the subject line.**

**Copies of the Plan, the Confirmation Order and all other documents filed in the Chapter 11 Cases may be obtained (i) for a nominal fee from the U.S. Bankruptcy Court's electronic docket for the Chapter 11 Cases at https://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or (ii) free of charge by accessing https://restructuring.ra.kroll.com/FTX.**

[3] The FTX Recovery Trust (a/k/a the Consolidated Wind Down Trust) was established through the Debtors' confirmed *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* [D.I. 26404-1] (the "Plan"), which became effective on January 3, 2025 [D.I. 29127].

Dated: November 3, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*