**EXHIBIT A**

**IN THE SINGAPORE INTERNATIONAL COMMERCIAL COURT OF THE REPUBLIC OF SINGAPORE**

Case No.: SIC/CWU 1/2026

Filed: 21-October-2026 02:28 PM

In the matter of Sections S 125(1)(a) and (c) of the Insolvency, Restructuring and Dissolution Act 2018

And

In the matter of Quoine Pte. Ltd.
(Singapore UEN No. 201414068E)

Quoine Pte. Ltd.
(Singapore UEN No. 201414068E)

...Applicant(s)

**MEMORANDUM (COMPANIES WINDING UP)**

1. An application for the winding up of the abovenamed Applicant was presented on 04-August-2026 and appointed to be heard on 29-October-2026.

2. The registered office of the Applicant is at 1 George Street, #10-01 One George Street, Singapore 049145, and within the jurisdiction of the Honourable Court.

3. The winding up application was advertised in The Business Times on 19-October-2026 and in the Government Gazette on 19-October-2026, being the papers circulating in the Republic of Singapore, where the registered office of the Applicant is situated. The winding up application was also advertised in The Wall Street Journal and the Financial Times, both on 19-October-2026, pursuant to the directions given by the Honourable Justice James Michael Peck at the case management conference in respect of SIC/CWU 1/2026 on 9-September-2026 .

4. There was no affidavit of service of the application filed pursuant to Rule 68(6) of the Insolvency, Restructuring and Dissolution (Corporate Insolvency and Restructuring) Rules 2020.

5. The Applicant has deposited the required sum of S$10,400.00 with the Official Receiver, and a copy of the receipt CASPAY202607301652340002 dated 30-July-2026 has been filed.

6. The proposed joint and several liquidators, Cameron Lindsay Duncan and Joshua Joseph Jeyaraj, have no objections to being appointed as liquidator of the Applicant in the event that it is wound up by the court. A copy of the liquidator's consent dated 22-May-2026 has been filed.

Issued By:

Solicitor(s) for the Applicant(s)

Bird & Bird ATMD LLP
File Ref No.:
Solicitor in charge: 1. BALAKRISHNAN ASHOK KUMAR,

2. Lee Cheng,
3. Nee Hoong Yi Adriel

The above-mentioned Government Gazette, newspaper advertisements, receipt and affidavits were produced and shown to me and were found to be correct. All the relevant provisions of the Insolvency, Restructuring and Dissolution (Corporate Insolvency and Restructuring) Rules 2020 have been complied with.

SIC/CWU1/2026:SIC/CWU1/2026:SIC/CWU1/2026:SIC/CWU1/2026:SIC/CWU1/2026:SIC/C

JILL TAN
REGISTRAR
SUPREME COURT
SINGAPORE