**EXHIBIT B**

**IN THE SINGAPORE INTERNATIONAL COMMERCIAL COURT OF THE REPUBLIC OF SINGAPORE**

Case No.: SIC/CWU 1/2026

Doc No.: SIC/ORC 89/2026
Filed: 29-October-2026 05:07 PM

In the matter of Sections S 125(1)(a) and (c) of the Insolvency, Restructuring and Dissolution Act 2018

And

In the matter of Quoine Pte. Ltd.
(Singapore UEN No. 201414068E)

THE SEAL OF THE SUPREME COURT SINGAPORE

Quoine Pte. Ltd.
(Singapore UEN No. 201414068E)

...Applicant(s)

**ORDER OF COURT**

| | |
|---|---|
| Case No: | SIC/CWU 1/2026 |
| Before: | The Honourable Justice James Michael Peck |
| Venue: | Supreme Court, Court 4A |
| Hearing date/Time: | 29-October-2026 at 9:00 AM |

**UPON THE APPLICATION** of Quoine Pte. Ltd. (the "**Applicant**"), on the 4th day of August 2026 preferred unto the Court, and **UPON HEARING** the solicitor for the Applicant, and **UPON READING** the winding up application, the 1st Affidavit of Philippe Armand Hubert Taverne filed on 4 August 2026 supporting the winding up application, the *Gazette* of the 19th day of October 2026, the Business Times newspaper of the 19th day of October 2026, the Wall Street Journal newspaper of the 19th day of October 2026, the Financial Times newspaper of the 19th day of October 2026, each containing an advertisement of the winding up application, the Court made the following orders in the above application:

1. a winding up order be made against the Applicant, **QUOINE PTE. LTD.** (UEN No. 201414068E), pursuant to Sections 125(1)(a) and 125(1)(c) of the Insolvency, Restructuring and Dissolution Act 2018 (the "**IRDA**");

2. Mr. Cameron Lindsay Duncan (NRIC No. S6968374F) and Mr. Joshua Joseph Jeyaraj (NRIC No. S8864334H), both care of KordaMentha Pte. Ltd. at 50 Raffles Place #25-01 Singapore Land Tower, Singapore 048623, be appointed as joint and several liquidators of the Applicant (the "**Liquidators**");

3. the Liquidators be authorised to appoint solicitors to assist the Liquidators in the Liquidators' duties pursuant to Section 144(1)(f) of the IRDA; and

4. there be liberty to apply.

**Date of Order**: 29-October-2026

Notes:
1. It will be the duty of such of the persons as are liable to make out or concur in making out a statement of affairs as the liquidator may require, to attend on him at such time and place as he may appoint and to give him all information he may require.
2. The person or entity served with this judgment/order and who/which has been ordered to pay money, to do or not to do any act must comply immediately or within the time specified in the judgment/order, if any.
3. Failure to comply may result in enforcement of judgment/order proceedings, including contempt of Court proceedings, against the said person or entity.

SIC/CWU1/2026:SIC/ORC89/2026:SIC/CWU1/2026:SIC/ORC89/2026:SIC/CWU1/2026:SIC/

JILL TAN
REGISTRAR
SUPREME COURT
SINGAPORE

*https://www.courtorders.gov.sg*
*Access code: 97u4c45sp-1*

Getting this document from the Authentic Court Orders Portal verifies:
(a) that it was issued by the Courts of the Republic of Singapore or, in the case of a Schedule of Assets, that it was filed with the Courts in relation to an application for a Grant of Probate/Letter of Administration; and (b) the text of the document was issued on 29 Oct 2026