# EXHIBIT C

**IN THE MATTER OF INSOLVENCY, RESTRUCTURING AND DISSOLUTION ACT 2018**
**AND IN THE MATTER OF**
**QUOINE PTE LTD**
**(IN COMPULSORY LIQUIDATION)**
**(THE 'COMPANY')**
**(Company Reg. No. 201414068E)**

## NOTICE TO CREDITORS

On 29 October 2026 pursuant to an order of court, Quoine Pte Ltd (In Compulsory Liquidation) (the 'Company') was placed in liquidation. Cameron Duncan and Joshua Jeyaraj, care of KordaMentha Pte Ltd, were appointed joint and several liquidators ('Liquidators').

With effect from 29 October 2026, all powers of the Company's existing directors have ceased, and assets of the Company now vest with the Liquidators.

The Liquidators are currently administering the liquidation of the Company and will provide further updates to creditors in due course.

Meanwhile, we hereby give notice to any creditors of the Company, that should you have any claims against the Company, to please to send in your names and addresses and particulars of your debts or claims, and the names and addresses of your solicitors (if any) to the Liquidators of the said Company and, if so required by notice in writing by the said Liquidators are, by your solicitors or personally, to come in and prove your debts or claims at such time and places as shall be specified in such notice, or in default thereof they will be excluded from the benefit of any distribution made before such debts are proved.

Please complete the enclosed Proof of Debt Form in order to have your claims submitted in the liquidation and submit the form together with the supporting documents by email to **quoine@kordamentha.com** by **3 December 2026**.

Creditors who wish to obtain more information may email the Liquidators at **quoine@kordamentha.com**.

Dated this 3rd day of November 2026.

Joshua Joseph Jeyaraj
Joint and Several Liquidator
c/o KordaMentha Pte Ltd
50 Raffles Place,
#25-01 Singapore Land Tower,
Singapore 048623

REGS 8 & 15

FORM CWU-1

INSOLVENCY, RESTRUCTURING AND DISSOLUTION ACT 2018
(NO. 40 OF 2018)

INSOLVENCY, RESTRUCTURING AND DISSOLUTION (COURT-ORDERED WINDING UP) REGULATIONS 2020

PROOF OF DEBT FORM

| **1 Companies Winding Up Number** | **2 Name of Company** |
|---|---|
| CW / 1 / 2026 | Quoine Pte Ltd (In Compulsory Liquidation) |
| (Number) (Year) | |

**3 Particulars of Creditor Claiming Debt**

| |
|---|
| Name of Creditor:<br>NRIC / Passport / Unique Entity No. / Registration No.:<br>Postal Address (*Please see note a*):<br><br>Contact Nos. (Tel / HP):<br>Fax No.: E-mail Address:<br>Creditor's Reference No. (*Please see note b*): |

**4 Particulars of Debt**

| Date Incurred | Details of Debt (*Please see notes c, d, & e*) | Currency | Amount ($) *(Please see note f)* |
|---|---|---|---|
| | | | |
| Total Amount of Debt Claimed: | | | |

**5 Particulars of Interest / Late Charge** *(Please indicate "NIL" if interest / late charge is not applicable)*

| Date Incurred | Details of Interest / Late Charge (*Please see note g*) | Currency | Amount ($) |
|---|---|---|---|
| | | | |

**6 Security Held** *(Please indicate whether any securities are held by you)*

| |
|---|
| Brief description *(to include the date on which the security was given & its value)*: |

**7 Particulars Of Persons Authorised To Complete This Proof Of Debt Form**

(*If same as in box 3 above, please indicate "see box 3 above"*)

Name:
NRIC / Passport No.:
Relationship to Creditor:
(*State whether director / employee / solicitors / accountant, etc.*)
Name of Company / Firm:
(*Where applicable*)
Contact Nos. (Tel / HP):
Fax No.: E-mail address:

**8 Signature of Creditor / Person Authorised To Complete This Proof Of Debt Form**

8.1 I declare that to the best of my knowledge and belief, the company owes the amount claimed in boxes 4 and 5.

8.2 I declare that I am duly authorised, by the creditor / under the seal of the creditor company, to complete this proof of debt form.

Signature: ____________________________ Date: ______/________/______
(*Day*) (*Month*) (*Year*)

**WARNING**
**Lodging a false proof of debt is a criminal offence punishable with fine or imprisonment or both.**

**Note:**

a. Please inform the liquidator / Official Receiver of any change in address.
b. Please indicate the reference number that will be quoted in future correspondences with the liquidator.
c. Example of Debts are:

- Good Supplied
- Wages and Salaries
- Income Tax
- Services Rendered
- Personal Loan
- Property Tax
- GST
- Overdraft facilities
- CPF
- Others (please specify)

d. Please attach copies of documents substantiating the debt. The onus is upon the creditor to prove the debt.
e. For claims made by an authorised person on behalf of a group of workmen and others employed by the company, please provide a schedule reflecting the name, identification / passport no., address, debt description, period of which wages are due and the amount due, for each individual workman / employee.
f. Please state whether the amount claimed includes goods and services tax and if so, the amount of the tax.
g. Please provide a brief description on the terms of the interest / late charge and attach copies of documents substantiating the amount.

*For Official Use Only*

**Adjudicated on** ………… day of ………… [month] ………… [year] ___________
**Admitted as follows:**

Preferential $ ____________________
Ordinary $ ____________________
Total Admitted $ ____________________
Amount Rejected $ ____________________
Total Amount of Debt Claimed $ ____________________

_________________________
Liquidator