B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re FTX Trading Ltd., Case No. 22-11068

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

QIAOSONG CHEN
Name of Transferee

Name and Address where notices to transferee should be sent:
116 Settlement Park Ave, Markham, ON
L6B 1B6, Canada

Phone: +1-2269770825
Last Four Digits of Acct #: ______

Name and Address where transferee payments should be sent (if different from above):
Same as above

Phone: ______
Last Four Digits of Acct #: ______

ZIPING HUANG
Name of Transferor

Court Claim # (if known): 47007
Amount of Claim: [redacted]
Date Claim Filed: 09/01/2023

Phone: [redacted]
Last Four Digits of Acct. #: 6845

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: 签署人： Qiaosong Chen 65AAAF2142AD4C2... Date: 11/4/2026
Transferee/Transferee's Agent

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.