# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX Trading Ltd. (d/b/a "FTX")<br>Debtors | Chapter 11<br>22-11068<br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

[redacted]

[redacted]

Name of Transferee:

**GREENWULF MASTER FUND, LP**

Name and Address where notices and payments to transferee should be sent:

Address:

GreenWulf Master Fund, LP
c/o GreenWulf Asset Management, LLC
Attn: Jennifer Albert, Chief Operating Officer
270 Madison Ave
New York, NY 10016, United States
Tel: 212-390-6736
contact@greenwulf.com

| Claim No./Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Kroll Schedule No.: 6829495 | [redacted] | $101,860.85 | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Debtor Schedule F No.: 00686559 | [redacted] | $101,860.85 | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Claim No.: 36723 | [redacted] | $101,860.85 | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Signed by:

By: Jen Albert
A6D7A4EED6CD4B4...

Transferee / Transferee's Agent
Jennifer Albert, Chief Operating Officer - GreenWulf Master Fund, LP

Date: 10/16/2026

# Schedule F

| | | | | |
|---|---|---|---|---|
| 00686559 | | ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALICE-PERP[0], AMPL-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AURY[.9848], AVAX-PERP[0], AXS-PERP[0], BAL-PERP[0], BAND-PERP[0], BAO-PERP[0], BAT-PERP[0], BIT-PERP[0], BOBA-PERP[0], BTC[.47933595], BTC-PERP[0], CEL[2734.6], CEL-PERP[0], CHR-PERP[0], CLV-PERP[0], DOGE-PERP[0], DYDX-PERP[0], EDEN-PERP[0], EGLD-PERP[0], ETH[1], ETH-PERP[0], ETHW[ -0.00623727], FIDA-PERP[0], FTM-PERP[0], FTT[772.94375672], FTT-PERP[0], GAL-PERP[0], GMT-PERP[0], GST-PERP[0], HT-PERP[0], KNC-PERP[0], LDO-PERP[0], LEO-PERP[0], LINA-PERP[0], LOOKS[ -0.88332359], LOOKS-PERP[0], LUNA2[3.30510386], LUNA2_LOCKED[7.71190901], LUNA2-PERP[0], LUNC[719693.32493781], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MASK-PERP[0], MID-PERP[0], MINA-PERP[0], MKR-PERP[0], MNGO-PERP[0], MOB-PERP[0], MTA-PERP[0], NEAR-PERP[0], ONE-PERP[0], OP-PERP[0], ORBS-PERP[0], PEOPLE-PERP[0], POLIS-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], RAMP-PERP[0], REEF-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SHIB-PERP[0], SLP-PERP[0], SOL[0.64256900], SOL-PERP[1000], SPELL[330.68325], SPELL-PERP[0], SRN-PERP[0], STEP-PERP[0], STX-PERP[0], SUSHI-PERP[0], SWEAT[40], SXP-PERP[0], TOMO-PERP[0], TRU-PERP[0], TRX[.101554], TRX-PERP[0], USD[54430.40], USDT[20000.10000000], USTC-PERP[0], XTZ-PERP[0], YFII-PERP[0] | | |

# Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.