**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,<br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>Jointly Administered |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SP Multi Claims Holdings, LLC**
Name of Transferee

**Name and Address where notices and payment to transferee should be sent:**

SP Multi Claims Holdings, LLC
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Attn: Operations
Email: 12017192157@tls.ldsprod.com -and-
rbeacher@pryorcashman.com

**Virgo Nightshade, L.L.C.**
Name and current address of Transferor

Virgo Nightshade, L.L.C.
c/o Crowell & Morning LLP
389 9th Avenue, 44th Floor
New York, NY 10001
Attention: Timothy Lin
Email: FTX@kingstreet.com
tlin@crowell.com

| Claim Information | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Claim No.: 4052 – UNSECURED PORTION<br><br>Schedule No.: 5258418<br><br>Confirmation ID No.: 3265-69-BEICU 822005607 | Virgo Nightshade, L.L.C. | 100% of the amount of the claim held by Virgo Nightshade, L.L.C. | Alameda Research Ltd |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SP Multi Claims Holdings, LLC
By: Silver Point Capital, L.P., its manager

By: ______________ Andrew Opel
Authorized Signatory
Transferee/Transferee's Agent

Date: November 5, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

**[Signed EOT]**

**Annex B**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: U.S. Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")

AND: Alameda Research Ltd ("Debtor")
Case No. 22-11067 (KBO) ("Case")

Customer Claim Confirmation ID No. 3265-69-BEICU-822005607 ("CCID")
Schedule No. 5258418 (the "Schedule")
Proof of Claim No. 4052 – UNSECURED PORTION (the "Proof of Claim")
Percentage of Assigned Claim: 100% of Virgo Nightshade, L.L.C.'s portion of the Proof of Claim

**Virgo Nightshade, L.L.C.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SP Multi Claims Holdings, LLC**
Attn: Operations
2 Greenwich Plaza
Suite 1
Greenwich, CT 06830
Email: 12017192157@tls.ldsprod.com and
rbeacher@pryorcashman.com

its successors and assigns ("Buyer"), an undivided 100% interest in all of Seller's rights, title and interest in and to the CCID, the Schedule, and the Proof of Claim (such interest in the CCID, the Schedule, and the Proof of Claim, collectively, the "Assigned Claim") against the Debtor in the Case. For the avoidance of doubt, Seller's undivided 100% interest in and to the Assigned Claim subject to this Evidence of Transfer is equal to 16.01% of the allowed amount of the Proof of Claim asserted against the Debtor in the Case.

Seller hereby waives: (a) any objection to the transfer of the Transferred Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Transferred Claim to Buyer and recognizing Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Transferred Claim to Buyer.

(signature page follows)

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated November 5, 2026.

| SELLER: | BUYER: |
|---|---|
| **VIRGO NIGHTSHADE, L.L.C.**<br><br>By: ______________________________<br>Name: Timothy Lin<br>Title: Authorized Signatory | **SP Multi Claims Holdings, LLC**<br>By: Silver Point Capital, L.P., its manager<br><br>By: ______________________________<br>Name: Andrew Opel<br>Title: Authorized Signatory |

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated November 5, 2026.

| SELLER: | BUYER: |
|---|---|
| **VIRGO NIGHTSHADE, L.L.C.**<br><br>By: ____________________<br>Name: Timothy Lin<br>Title: Authorized Signatory | **SP Multi Claims Holdings, LLC**<br>By: Silver Point Capital, L.P., its manager<br><br>By: ____________________<br>Name:<br>Title: |



NYACTIVE-26258975.2