**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 22, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on (ADRID: 18967756), whose name and email address have been redacted in the interest of privacy:

- Scheduling Order [Docket No. 36745]

On October 22, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on (ADRID: 31521014), Alex Mashinsky, DKovel@kmllp.com:

- Notice of Hearing Scheduled for December 17, 2026 at 1:00 p.m. (ET) [Docket No. 36746]

At my direction and under my supervision, employees of Kroll caused the following document to be served (1) on October 21, 2026 via First-Class Mail on 21 Customers whose information remains redacted per Court order, and (2) on October 22, 2026 via email on 655 Customers whose information remains redacted per Court order. The Customer Service lists will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

- Order Sustaining FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [Docket No. 36747]

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On October 22, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on Office of the United States Trustee, Attn: Benjamin A. Hackman, David Gerardi, Jon Lipshie, benjamin.a.hackman@usdoj.gov; david.gerardi@usdoj.gov; jon.lipshie@usdoj.gov

- Chapter 11 Post-Confirmation Report for Case Number 22-11068 (FTX Recovery Trust) for the Quarter Ending: 09/30/2026 [Docket No. 36748]

- Chapter 11 Post-Confirmation Report for Case Number 22-11068 (FTX Trading Ltd.) for the Quarter Ending: 09/30/2026 [Docket No. 36749]

- Chapter 11 Post-Confirmation Report for Case Number 22-11074 (FTX Japan Holdings K.K.) for the Quarter Ending: 09/30/2026 [Docket No. 36750]

- Chapter 11 Post-Confirmation Report for Case Number 22-11073 (LH Successor Inc.) for the Quarter Ending: 09/30/2026 [Docket No. 36751]

- Chapter 11 Post-Confirmation Report for Case Number 22-11156 (LP Digital Asset Opportunities Fund Successor, LLC) for the Quarter Ending: 09/30/2026 [Docket No. 36752]

- Chapter 11 Post-Confirmation Report for Case Number 22-11157 (LP Digital Asset Opportunities Master Fund Successor LP) for the Quarter Ending: 09/30/2026 [Docket No. 36753]

- Chapter 11 Post-Confirmation Report for Case Number 22-11158 (LP Successor Entity LLC) for the Quarter Ending: 09/30/2026 [Docket No. 36754]

Dated: November 2, 2026

/s/ Engels Medina
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 2, 2026, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ Paul Pullo
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026



SRF 99513