**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline: November 12, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: November 19, 2026 at 1:00 p.m. (ET)** |

**NOTICE OF MOTION OF SHRAMAN VUPPU AND PROTOCOL LABS PTE LTD. TO REINSTATE AND COMPEL DISTRIBUTION OF ALLOWED CUSTOMER CLAIM**

**PLEASE TAKE NOTICE** that Shraman Vuppu ("Mr. Vuppu") and Protocol Labs Pte Ltd. ("Protocol Labs" and collectively with Mr. Vuppu, the "Movants"), filed the *Motion of Shraman Vuppu and Protocol Labs Pte Ltd. to Reinstate and Compel Distribution of Allowed Customer Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **November 12, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel for the Movants.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Karen B.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the FTX Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Owens at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on **November 19, 2026 at 1:00 p.m. (ET)**.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 5, 2026
Wilmington, Delaware

Respectfully Submitted,

*/s/ Sameen Rizvi*

L. Katherine Good (No. 5101)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
srizvi@potteranderson.com

and

Amina Hassan (*pro hac vice* pending)
Erin E. Diers (*pro hac vice* pending)
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: amina.hassan@hugheshubbard.com
erin.diers@hugheshubbard.com

*Attorneys for the Movants*