# Exhibit B

Gmail

Delta Trading <deltradingbot2@gmail.com>

## Acceptance of Scheduled Claim Information Related to FTX Customer Claims

1 message

**FTX Noticing** <ftx@noticing.ra.kroll.com> Tue, Sep 19, 2023 at 3:03 AM
Reply-To: ftxnoticing@kroll.com
To: deltradingbot2@gmail.com

You are receiving this confirmation message because you previously accepted your scheduled claim information and there was a system error that prevented confirmation emails from being delivered.

This message serves as secondary confirmation of your Scheduled Claim Information Acceptance that was completed with the details listed below.

For your records, your Submission Date, Confirmation Number and your accepted scheduled claim is/are as follows:

26/08/2023, 3265-70-HQNPI-230238000, 2.21107E+14
, ,
, ,

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

Please visit https://claims.ftx.com/ to access the Customer Claims Portal, where you may view your account balance and transaction history, submit Know Your Customer (KYC) information and electronically file a proof of claim via an online claims platform.

If you have any other questions please visit Kroll's website https://restructuring.ra.kroll.com/FTX.

**Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. All emails sent by Kroll Restructuring Administration LLC will now have the domain @Kroll.com. We recommend that you update your email permissions for "@Kroll.com" to continue receiving messages from us. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by Kroll Restructuring Administration LLC in connection with the purpose for which it is held.*

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Gmail

**Delta Trading <deltradingbot2@gmail.com>**

# Name Discrepancy in Account Information – Clarification Requested

8 messages

**kyc-support@ftx.com** <kyc-support@ftx.com> Fri, Oct 6, 2023 at 8:49 PM
Reply-To: kyc-support@ftx.com
To: "deltradingbot2@gmail.com" <deltradingbot2@gmail.com>

Dear Customer,

We have noticed a discrepancy in the personal information associated with your account. The name we have in our records as the account holder does not match the name you have provided as part of your KYC information submission. To ensure accuracy, we kindly ask you to explain this difference and provide supporting documentation for any name changes, such as a marriage certificate, court order, or official records, to validate the discrepancy.
Ensuring accurate customer information is essential for us to process your KYC submission.
You can respond to our queries and provide further documentation by replying to this secure email address.
We appreciate your understanding and cooperation in explaining this discrepancy. If you have any questions or need assistance, please contact our customer support team. We are here to help.
Thank you for your cooperation in resolving this matter promptly.
Best regards,

KYC Support

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

**Delta Trading** <deltradingbot2@gmail.com> Thu, Oct 26, 2023 at 8:50 PM
To: kyc-support@ftx.com

Hi,
Can you throw more light on what issue you are referring to please? Is it "V. Shraman" vs. "Shraman Vuppu". I am from South India where we use the initial of the last-name as a prefix to name sometimes.
Thanks & Regards
[Quoted text hidden]

---

**kyc-support@ftx.com** <kyc-support@ftx.com> Wed, Nov 8, 2023 at 1:47 AM
Reply-To: kyc-support@ftx.com
To: Delta Trading <deltradingbot2@gmail.com>

Hello,
Are you able to verify what name you input?

KYC Support

[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Wed, Dec 13, 2023 at 9:58 PM
To: kyc-support@ftx.com

Sorry I had missed your previous email.
My docs with my name are attached. Please let me know if anything else is needed.
thanks
[Quoted text hidden]

---

**4 attachments**

[redacted]
**passport1-Shraman.jpeg**
92K

[redacted]
**DL1-Shraman.jpeg**
134K

[redacted]
**Passport2-Shraman.jpeg**
83K

[redacted]
**DL2-Shraman.jpeg**
122K

---

**kyc-support@ftx.com** <kyc-support@ftx.com> Tue, Jan 9, 2024 at 11:44 PM
Reply-To: kyc-support@ftx.com
To: Delta Trading <deltradingbot2@gmail.com>

Dear Customer,

When first opened the account do remember that name that was put on this account ??

We have noticed a discrepancy in the personal information associated with your account. The name we have in our records as the account holder does not match the name you have provided as part of your KYC information submission. To ensure accuracy, we kindly ask you to explain this difference and provide supporting documentation

for any name changes, such as a marriage certificate, court order, or official records, to validate the discrepancy.
Ensuring accurate customer information is essential for us to process your KYC submission.
You can respond to our queries and provide further documentation by replying to this secure encrypted email address.
We appreciate your understanding and cooperation in explaining this discrepancy. If you have any questions or need assistance, please contact our customer support team. We are here to help.
Thank you for your cooperation in resolving this matter promptly.
Best regards,

KYC Support

> On January 9, 2024 at 1:13 PM EST kyc-support@ftx.com wrote:
>
> Dear Customer
>
> when first opened the account do remember that name that was put on this account ??
>
> KYC support
>
>> On January 9, 2024 at 10:01 AM EST deltradingbot2@gmail.com wrote:
>>
>> Please see the answers below:
>> 1- When did you open your FTX account? Please provide the exact date or an estimated month and year.
>> Dec 2020.
>> 2- Did you sign up using a referral link or promotional code?
>> Yes.
>> 3- Which phone number did you register when you signed up for an account?
>> +[redacted]
>> 4- Did you set-up a withdrawal password?
>> No.
>> 5- Did you enable FTX Earn and/or Spot margin trading? Which one did you enable?
>> FTX Earn - No.
>> Margin - No.
>> 6- What is the name associated with the account?
>> deltradingbot2@gmail.com
>>
>> Thanks
>>
>> On Fri, Dec 15, 2023 at 6:36 PM kyc-support@ftx.com <kyc-support@ftx.com> wrote:
>>
>>> Dear Customer,
>>>
>>> To further process your KYC can you please answer the below questions to the best of your ability?
>>>
>>> 1- When did you open your FTX account? Please provide the exact date or an estimated month and year.
>>> 2- Did you sign up using a referral link or promotional code?
>>> 3- Which phone number did you register when you signed up for an account?
>>> 4- Did you set-up a withdrawal password?
>>> 5- Did you enable FTX Earn and/or Spot margin trading? Which one did you enable?
>>> 6- What is the name associated with the account?
>>>
>>> Best regards,
>>> KYC Support
>>>
>>> [Quoted text hidden]

[Quoted text hidden]

---

**kyc-support@ftx.com** <kyc-support@ftx.com> Wed, Jan 24, 2024 at 2:53 AM
Reply-To: kyc-support@ftx.com
To: Delta Trading <deltradingbot2@gmail.com>

Dear Customer

Any update please

KYC support

> On January 9, 2024 at 1:14 PM EST kyc-support@ftx.com wrote:
>
> Dear Customer,
>
> When first opened the account do remember that name that was put on this account ??
>
> We have noticed a discrepancy in the personal information associated with your account. The name we have in our records as the account holder does not match the name you have provided as part of your KYC information submission. To ensure accuracy, we kindly ask you to explain this difference and provide supporting documentation for any name changes, such as a marriage certificate, court order, or official records, to validate the discrepancy. Ensuring accurate customer information is essential for us to process your KYC submission.
> You can respond to our queries and provide further documentation by replying to this secure encrypted email address.
> We appreciate your understanding and cooperation in explaining this discrepancy. If you have any questions or need assistance, please contact our customer support team. We are here to help.
> Thank you for your cooperation in resolving this matter promptly.
> Best regards,
>
> KYC Support
>
> [Quoted text hidden]

[Quoted text hidden]

---

**kyc-support@ftx.com** <kyc-support@ftx.com> Fri, Feb 9, 2024 at 2:30 AM
Reply-To: kyc-support@ftx.com
To: Delta Trading <deltradingbot2@gmail.com>

Dear Customer

Any update please

KYC support

> On January 23, 2024 at 4:23 PM EST kyc-support@ftx.com wrote:
>
> Dear Customer
>
> Any update please
>
> KYC support
>
> [Quoted text hidden]

[Quoted text hidden]

**Delta Trading** <deltradingbot2@gmail.com> Thu, Feb 15, 2024 at 2:23 AM
To: kyc-support@ftx.com

Hi,
I don't remember the name on the account when I first opened the account but most likely it was the same as the email address linked to my account or Delta Trading.
Answers to other questions I have already provided in the thread below.
I can come on a call to answer any questions if that helps.
Thanks
[Quoted text hidden]

Gmail

Delta Trading <deltradingbot2@gmail.com>

## Request for Additional Information/Documentation for KYC Application

9 messages

**kyc-support@ftx.com** <kyc-support@ftx.com> Mon, Apr 29, 2024 at 2:36 PM
Reply-To: kyc-support@ftx.com
To: "deltradingbot2@gmail.com" <deltradingbot2@gmail.com>

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/ documentation is required to process your KYC submission.

Please provide your corresponding source of fund supporting documents **(supporting your claim balance on FTX)** from the following selections:

Bank statements issued for the past 3 months
3 salary or income slips issued within the past 6 months
Investment/securities account statement for the past 3 months
Loan agreement
Other such as proof of sales of assets/property, inheritance etc.

You can provide further documentation by replying to this secure email address.
We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Delta Trading** <deltradingbot2@gmail.com> Tue, Apr 30, 2024 at 12:16 AM
To: kyc-support@ftx.com

PFA the tax return of last year; this is latest. Will this suffice?
Thanks & Regards
[Quoted text hidden]

**Form_pdf_727430370270723 (1).pdf**
2750K

**kyc-support@ftx.com** <kyc-support@ftx.com> Tue, Apr 30, 2024 at 2:20 AM

Reply-To: kyc-support@ftx.com
To: Delta Trading <deltradingbot2@gmail.com>

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. We kindly request that you provide the following documentation:

Please provide your corresponding source of fund supporting document from one of the following selections:

Bank statements issued for the past 3 months

3 salary or income slips issued within the past 6 months

Investment/securities account statement for the past 3 months

Loan agreement

Latest pension statement issued

Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this Highly secure email address.
We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.
Thank you for your cooperation in resolving this matter promptly.
Best regards,

KYC Support

[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Wed, May 8, 2024 at 1:31 AM
To: kyc-support@ftx.com

will send this by tomorrow. thanks
[Quoted text hidden]

---

**kyc-support@ftx.com** <kyc-support@ftx.com> Wed, May 8, 2024 at 1:53 AM
Reply-To: kyc-support@ftx.com
To: Delta Trading <deltradingbot2@gmail.com>

Thank you

[Quoted text hidden]

---

**kyc-support@ftx.com** <kyc-support@ftx.com> Tue, May 14, 2024 at 9:32 PM
Reply-To: kyc-support@ftx.com
To: Delta Trading <deltradingbot2@gmail.com>

Dear customer,

We await your documents.

Regards,
KYC Support

On May 7, 2024 at 9:23 PM GMT+1 kyc-support@ftx.com wrote:

Thank you
[Quoted text hidden]
[Quoted text hidden]

---

**kyc-support@ftx.com** <kyc-support@ftx.com> Tue, May 28, 2024 at 1:17 AM
Reply-To: kyc-support@ftx.com

To: Delta Trading <deltradingbot2@gmail.com>

Dear Customer

Any update please, if you don't provide with the needed your KYC will stay on hold and it will affect your completion process

KYC support

On May 14, 2024 at 12:02 PM EDT kyc-support@ftx.com wrote:

Dear customer,

We await your documents.

Regards,
KYC Support

[Quoted text hidden]
[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Wed, May 29, 2024 at 1:38 AM
To: kyc-support@ftx.com

Hi,
Sorry for the delay.
Please find the attached my bank statement as requested. Let me know if anything else is needed.

Secondly, I am in the process of assigning my claim. Let me know if I need to share any documentation regarding that already.
Thanks

[Quoted text hidden]

**1715864323804biBg3kArgFnArjes.pdf**
25K

---

**kyc-support@ftx.com** <kyc-support@ftx.com> Wed, May 29, 2024 at 6:49 PM
Reply-To: kyc-support@ftx.com
To: Delta Trading <deltradingbot2@gmail.com>

Dear Customer

Thanks for the given document but the statement you provided doesn't support the claim balance that is over 1.2 million usd , we need documentations that goes plausible with the claim amount

KYC support

[Quoted text hidden]