# Exhibit C

**FTX RECOVERY TRUST**

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

---

**Delta Trading**
Mar 7, 2025, 13:18 PST

This is a follow-up to your previous request #281606 "Re: Request for Additional ..."
Hi,
I have a question regarding selecting the distribution partner on the portal i.e. Kraken/BitGo. While selecting the distribution partner, the website says:- "please use the same email as the FTX account". Does that mean that one should have the same KYC with the distribution partner or just the same email address or both? Also, please let us know whether our account is mapped under KYC of Shraman V or Bit Protocol LLC since we had shared with you the assignment agreement for the account.

Thanks

This email is a service from Please use support.ftx.com. Delivered byZendesk

[R6YL59-29MXV]

---

**Delta Trading** <deltradingbot2@gmail.com> Sat, Mar 8, 2025 at 3:25 AM
To: FTX Support <support@ftx.com>

Thanks, and the KYC should also be the same as on FTX and as with the distribution provider?
[Quoted text hidden]

---

**FTX Support** <support@ftx.com> Sat, Mar 8, 2025 at 4:46 AM
Reply-To: FTX Support <support@ftx.com>
To: Delta Trading <deltradingbot2@gmail.com>

##- Please type your reply above this line -##

Your request (301050) has been updated.

To add additional comments, reply to this email.

---

**Trix** (Please use support.ftx.com)
Mar 7, 2025, 15:16 PST

Hi there,

For onboarding queries, kindly reach out to your preferred distribution service provider for more information.

Should you opt for BitGo and have questions on their onboarding process (Technical or Compliance queries), please reach out to the BitGo Customer Support team at ftxcreditors@bitgo.com.

Should you opt for Kraken and have questions on their onboarding process (Technical or Compliance queries), please reach out to the Kraken Customer Support team at https://support.kraken.com/

Thank you,

FTX Customer Support

**FTX RECOVERY TRUST**

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

**Delta Trading**
Mar 7, 2025, 13:55 PST

Thanks, and the KYC should also be the same as on FTX and as with the distribution provider?

**Trix** (Please use support.ftx.com)
Mar 7, 2025, 13:30 PST

Hello,

Thank you for reaching out. Please note that your FTX Customer Portal email must match your Distribution Service Provider account email. For onboarding queries, kindly reach out to your preferred distribution service provider for more information.

More here: https://support.ftx.com/hc/en-us/articles/33190623459092-General-Information-on-Distribution-Service-Providers

Original claimants will receive distributions via their selected Distribution Service Provider. To select a Distribution Service Provider, please follow the steps here: Selecting a Distribution Service Provider

Thank you,

FTX Customer Support

FTX RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

**Delta Trading**
Mar 7, 2025, 13:18 PST

This is a follow-up to your previous request #281606 "Re: Request for Additional ..."
Hi,
I have a question regarding selecting the distribution partner on the portal i.e. Kraken/BitGo. While selecting the distribution partner, the website says:- "please use the same email as the FTX account". Does that mean that one should have the same KYC with the distribution partner or just the same email address or both? Also, please let us know whether our account is mapped under KYC of Shraman V or Bit Protocol LLC since we had shared with you the assignment agreement for the account.

Thanks

[Quoted text hidden]

**Delta Trading** <deltradingbot2@gmail.com> Tue
To: kyc-support@ftx.com

Hi,
Can you please let me know if my account is marked KYC-ed under "Shraman V" or "Bit Protocol LLC" at FTX.
Thanks

On Mon, Dec 30, 2024 at 7:58 AM Delta Trading <deltradingbot2@gmail.com> wrote:

> Hi,
> Please find attached the requested documents. Apologies for the delay.
> The statement shows the transaction sent to FTX in the withdrawal section.
> Thanks
>
> On Thu, Dec 19, 2024 at 12:24 AM kyc-support@ftx.com <kyc-support@ftx.com> wrote:
>
>> Dear Customer,
>>
>> This is a kind reminder to provide a statement for, USDT 47312.28 sent from Bit Protocol, which you have mentioned in your previous email.
>>
>> You can provide further documentation by replying to this secure email address.
>>
>> Kind regards,
>> KYC Support

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you a
hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast
with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from
error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not
hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integr
brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious ac
technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the rec
notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates en
protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human
failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient,
any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email def
security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technol
movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are
disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses v
security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failu
movement toward building a more resilient world. To find out more, visit our website.

---

**Delta Trading** <deltradingbot2@gmail.com> Wed, Mar 12, 2025 at 5:57 PM
To: FTX Support <support@ftx.com>

Hi,
Can you let me know if my account is marked KYC-ed under "Shraman V" or "Bit Protocol LLC" at FTX.
Thanks
[Quoted text hidden]

---

**FTX Support** <support@ftx.com> Thu, Mar 13, 2025 at 4:44 AM
Reply-To: FTX Support <support@ftx.com>
To: Delta Trading <deltradingbot2@gmail.com>

##- Please type your reply above this line -##

Your request (301050) has been updated.

To add additional comments, reply to this email.

**Trix** (Please use support.ftx.com)
Mar 12, 2025, 16:14 PDT

Hi there,

Can you try to access your Step 3 and click on Begin KYC Process? Let us know if this works for you.

Thank you,

FTX Customer Support

FTX RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

**Delta Trading**
Mar 12, 2025, 05:27 PDT

Hi,
Can you let me know if my account is marked KYC-ed under "Shraman V" or "Bit Protocol LLC" at FTX.
Thanks

[Quoted text hidden]

[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Fri, Mar 14, 2025 at 10:02 PM
To: FTX Support <support@ftx.com>

hi, I tried that but it does not show me the details.
thanks
[Quoted text hidden]

---

**FTX Support** <support@ftx.com> Sat, Mar 15, 2025 at 2:32 AM
Reply-To: FTX Support <support@ftx.com>
To: Delta Trading <deltradingbot2@gmail.com>

##- Please type your reply above this line -##

Your request (301050) has been updated.

To add additional comments, reply to this email.

**Trix** (Please use support.ftx.com)
Mar 14, 2025, 14:02 PDT

Hello Delta,

Can you send a screenshot for a closer look?

Thank you,

FTX Customer Support

FTX RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

**Delta Trading**
Mar 14, 2025, 09:33 PDT

hi, I tried that but it does not show me the details.
thanks

[Quoted text hidden]

[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Sat, Mar 15, 2025 at 3:02 AM
To: FTX Support <support@ftx.com>

Yes, please find attached.
Thanks

[Quoted text hidden]

**2 attachments**




**On-clicking-begin-kyc.jpeg**
58K



**KYC-status-page.png**
1863K

---

**FTX Support** <support@ftx.com> Sat, Mar 15, 2025 at 6:50 AM
Reply-To: FTX Support <support@ftx.com>
To: Delta Trading <deltradingbot2@gmail.com>

##- Please type your reply above this line -##

Your request (301050) has been updated.

To add additional comments, reply to this email.

**Trix** (Please use support.ftx.com)
Mar 14, 2025, 18:19 PDT

Hi there,

Thanks for clarifying. As for your question, we are unable to provide information on your query.

FTX Customer Support

FTX RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

**Delta Trading**
Mar 14, 2025, 14:33 PDT

Yes, please find attached.
Thanks

Attachment(s)
On-clicking-begin-kyc.jpeg
KYC-status-page.png

[Quoted text hidden]

[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Thu, Mar 20, 2025 at 8:51 PM
To: FTX Support <support@ftx.com>

Hi,

As you know that our claim is under a personal account with an individual KYC of Shraman.

The original beneficiary of this claim is a Company, BPL LLC . While accepting the distribution can we collect the funds in the BitGo/Kraken account of BPL LLC?

The Assignment Agreement for the claim from Shraman to the BPL LLC has been submitted to you already.

Thanks. Regards.
[Quoted text hidden]

---

**FTX Support** <support@ftx.com> Fri, Mar 21, 2025 at 6:26 AM
Reply-To: FTX Support <support@ftx.com>
To: Delta Trading <deltradingbot2@gmail.com>

##- Please type your reply above this line -##

Your request (301050) has been updated.

To add additional comments, reply to this email.