# Exhibit D

From: **FTX Support** <support@ftx.com>
Date: Fri, Apr 4, 2025 at 2:05 AM
Subject: REMINDER - FTX Customer Portal Distribution Service Provider Onboarding Requirements
To: <deltradingbot2@gmail.com>

FTX
RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

Dear Customer,

**This email contains important deadline information and should be read in its entirety.**

You are receiving this email in connection with the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26404-1] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

On December 16, 2024, the FTX Debtors announced BitGo and Kraken as official distribution service providers ("Distribution Service Providers") to assist in Distributions to customers in supported jurisdictions. Additional distribution service providers may be announced in the future.

On February 18, 2025, the FTX Recovery Trust announced the anticipated record date for the next distribution (the "Next Distribution") will be April 11, 2025 for holders of allowed claims of FTX's Class 5 Customer Entitlement Claims and Class 6 General Unsecured Claims as defined in the Plan, as well as Convenience Claims that have become allowed since the initial record date and have not received their distribution. The Next Distribution is expected to commence on May 30, 2025.

Please proceed to the FTX Customer Portal (https://claims.ftx.com) and use Step 8 to select your Distribution Service Provider and follow the steps. Certain onboarding information is required to be provided in order for Distributions to be made. This information is required for all customers. Customers may not receive a Distribution

unless and until this information is provided. Any delay in completing the onboarding process could jeopardize customers' ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

**IMPORTANT DEADLINE: Selection of a Distribution Service Provider and successful onboarding must be completed prior to the anticipated record date of April 11, 2025 to be eligible for the Next Distribution. Our records show that you have not fully completed Step 8 in the FTX Customer Portal.**

Please disregard this email if you have already completed Step 8 in the FTX Customer Portal.

Thank you,
FTX Customer Support