# Exhibit E

**Trix** (Please use support.ftx.com)
Mar 20, 2025, 17:56 PDT

Hi there,

Can you clarify what you mean by Assignment Agreement? Have you previously sold your claim?

Kindly review the general information mentioned on this article: https://support.ftx.com/hc/en-us/articles/33190623459092-General-Information-on-Distribution-Service-Providers

Thank you,

FTX Customer Support

FTX RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

---

**Delta Trading**
Mar 20, 2025, 08:21 PDT

Hi,

As you know that our claim is under a personal account with an individual KYC of Shraman.

The original beneficiary of this claim is a Company, BPL LLC . While accepting the distribution can we collect the funds in the BitGo/Kraken account of BPL LLC?

The Assignment Agreement for the claim from Shraman to the BPL LLC has been submitted to you already.

Thanks. Regards.

[Quoted text hidden]

[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Fri, Apr 4, 2025 at 10:02 PM
To: FTX Support <support@ftx.com>

hi, we have received an email saying: "**IMPORTANT DEADLINE: Selection of a Distribution Service Provider and successful onboarding must be completed prior to the anticipated record date of April 11, 2025 to be eligible for the Next Distribution. Our records show that you have not fully completed Step 8 in the FTX Customer Portal**."

Please help us with:
1) What happens if we are not able to select the distribution partner by April 11th?
2) What is the next distribution date after the one that is mentioned above?
3) We are opening an account with BitGo/Kraken but it might take longer than Apr 11th. What happens in that case?
4) The distribution partner may not be able to complete KYC by Apr 11. Can we select a distribution partner if the KYC is not complete with the distribution partner by Apr 11.

Thanks
[Quoted text hidden]

---

**FTX Support** <support@ftx.com> Sat, Apr 5, 2025 at 8:52 AM
Reply-To: FTX Support <support@ftx.com>
To: Delta Trading <deltradingbot2@gmail.com>

##- Please type your reply above this line -##

Your request (301050) has been updated.

To add additional comments, reply to this email.

---

**Trix** (Please use support.ftx.com)
Apr 4, 2025, 20:21 PDT

Hi there,

Please refer to these articles for more information on cut-off dates:

- https://support.ftx.com/hc/en-us/articles/33190623459092-General-Information-on-Distribution-Service-Providers
- https://support.ftx.com/hc/en-us/articles/34522100742804-Distributions-Dashboard-FAQs

Subject to the terms of the Plan, including but not limited to Sections 7.8 and 7.14, summarized below, creditors who fail to meet the cut-off dates will not receive a distribution on the next distribution date. Late completions will receive distributions in the subsequent months.

FTX Customer Support

---

**Delta Trading**
Apr 4, 2025, 09:33 PDT

hi, we have received an email saying: "**IMPORTANT DEADLINE: Selection of a Distribution Service Provider and successful onboarding must be completed prior to the anticipated record date of April 11, 2025 to be eligible for the Next Distribution. Our records show that you have not fully completed Step 8 in the FTX Customer Portal**."

Please help us with:
1) What happens if we are not able to select the distribution partner by April 11th?
2) What is the next distribution date after the one that is mentioned above?
3) We are opening an account with BitGo/Kraken but it might take longer than Apr 11th. What happens in that case?
4) The distribution partner may not be able to complete KYC by Apr 11. Can we select a distribution partner if the KYC is not complete with the distribution partner by Apr 11.

Thanks

[Quoted text hidden]

[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Sat, Apr 5, 2025 at 10:32 AM
To: FTX Support <support@ftx.com>

1) When is the next distribution date post the May 30 one.
2) Can I sell my claim now or was there a deadline for it?
[Quoted text hidden]

---

**FTX Support** <support@ftx.com> Sun, Apr 6, 2025 at 4:47 AM
Reply-To: FTX Support <support@ftx.com>
To: Delta Trading <deltradingbot2@gmail.com>

##- Please type your reply above this line -##

Your request (301050) has been updated.

To add additional comments, reply to this email.

---

**Trix** (Please use support.ftx.com)
Apr 5, 2025, 16:17 PDT

Hello Delta,

We are unable to give an exact date for the resolution of your claim, however, the Court-approved Chapter 11 Plan of Reorganization (the "Plan") became effective on January 3, 2025. For more information regarding Distributions, please refer to https://support.ftx.com/hc/en-us/articles/33190623459092-General-Information-on-Distribution-Service-Providers

For further assistance on your queries, please contact ftxinfo@ra.kroll.com. Kroll is the court appointed Claims Administrator and Noticing Agent.

Thank you,

FTX Customer Support

FTX RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

---

**Delta Trading**
Apr 4, 2025, 22:02 PDT

1) When is the next distribution date post the May 30 one.
2) Can I sell my claim now or was there a deadline for it?

[Quoted text hidden]

[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Sun, Apr 6, 2025 at 1:23 PM
To: jitender.tokas@delta.exchange

---------- Forwarded message ---------
From: **FTX Support** <support@ftx.com>
Date: Sun, Apr 6, 2025 at 3:17 AM
Subject: [Please use support.ftx.com] Re: Re: [Please use ] Re: Re: Request for Additional Information/Documentation for KYC Application
To: Delta Trading <deltradingbot2@gmail.com>

[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Thu, May 29, 2025 at 9:34 PM
To: FTX Support <support@ftx.com>

Hi,
1) I have a question regarding:

*Omnibus Objection to Unverified Customer Entitlement Claims (Related Document: 28225) [Docket No. 28227]*
*NOTICE TO ALL HOLDERS OF UNVERIFIED CLAIMS: THE DEBTORS HAVE FILED AN OBJECTION SEEKING TO DISALLOW AND EXPUNGE YOUR CLAIM. IF THE COURT SUSTAINS THE DEBTORS' OBJECTION, MARCH 1, 2025 WILL BE THE DEADLINE TO COMMENCE THE KYC SUBMISSION PROCESS AND JUNE 1, 2025 WILL BE THE DEADLINE TO SUBMIT ALL REQUESTED KYC INFORMATION THROUGH THE FTX CUSTOMER CLAIMS PORTAL.*

I have completed KYC but have not selected a distribution provider in Step 8. Will my claim be counted as Unverified and be subject to above or it is Verified? My KYC in step 3 shows a green tick and says Verified.

2) In Step 9, which went live a few days ago, I see Principal recovery of only 72.5%. I was reading on the internet that 100% of funds will be recovered. Can you please elaborate on this, as to why it is showing 72.5% Principal Recovery %

Thanks.
[Quoted text hidden]

---

**FTX Support** <support@ftx.com> Thu, May 29, 2025 at 9:44 PM
Reply-To: FTX Support <support@ftx.com>
To: Delta Trading <deltradingbot2@gmail.com>

##- Please type your reply above this line -##

Your request (320634) has been updated.

To add additional comments, reply to this email.

**Marlon** (Please use support.ftx.com)
May 29, 2025, 09:14 PDT

Hello,

Thanks for reaching out. Please refer to the "i" icons on your Distributions Dashboard (Step 9) for more information.

The Principal Recovery % for Allowed Customer Non-Convenience Class claims represents the percentage of the total principal claim value being distributed as of the May 30, 2025 distribution. This amount is calculated pursuant to Article 4.2 of the confirmed Second Amended Joint Chapter 11 Plan of FTX Trading and its Debtor Affiliates [Docket ID 26404-1].

Please note that Post Petition Interest will not be paid as part of the May 30, 2025 distribution, and will be paid in subsequent distributions. Post Petition Interest for Allowed Customer Non-Convenience Class claims is calculated as interest accrued at the Consensus Rate on Allowed Dotcom Customer Entitlement Claims and Allowed U.S. Customer Entitlement Claims from the Petition Date through the applicable Distribution Date pursuant to Article 4.2 of the confirmed Second Amended Joint Chapter 11 Plan of FTX Trading and its Debtor Affiliates [Docket ID 26404-1].

The Confirmation Order can be found here.

Subsequent distributions and schedule/s will be made at the discretion of the Plan Administrator. In the meantime, please standby for updates.

You can check the status of your claim on Step 9. As for not completing Step 8 before the set deadlines, it would mean that the pre-distribution requirements are not satisfied, then distribution for your claim may be delayed to a later date.

Thank you,

FTX Customer Support

FTX RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

---

**Delta Trading**
May 29, 2025, 09:05 PDT

This is a follow-up to your previous request #301050 "Re: [Please use ] Re: Re: R..."
Hi,
1) I have a question regarding:

*Omnibus Objection to Unverified Customer Entitlement Claims (Related Document: 28225) [Docket No. 28227]*
*NOTICE TO ALL HOLDERS OF UNVERIFIED CLAIMS: THE DEBTORS HAVE FILED AN OBJECTION SEEKING TO DISALLOW AND EXPUNGE YOUR CLAIM. IF THE COURT SUSTAINS THE DEBTORS' OBJECTION, MARCH 1, 2025 WILL BE THE DEADLINE TO COMMENCE THE KYC SUBMISSION PROCESS AND JUNE 1, 2025 WILL BE THE DEADLINE TO SUBMIT ALL REQUESTED KYC INFORMATION THROUGH THE FTX CUSTOMER CLAIMS PORTAL.*

I have completed KYC but have not selected a distribution provider in Step 8. Will my claim be counted as Unverified and be subject to above or it is Verified? My KYC in step 3 shows a green tick and says Verified.

2) In Step 9, which went live a few days ago, I see Principal recovery of only 72.5%. I was reading on the internet that 100% of funds will be recovered. Can you please elaborate on this, as to why it is showing 72.5% Principal Recovery %

Thanks.

---

This email is a service from Please use support.ftx.com. Delivered by Zendesk

[N4DZ7J-9RNV5]

---

**Delta Trading** <deltradingbot2@gmail.com> Thu, May 29, 2025 at 10:07 PM
To: FTX Support <support@ftx.com>

Ok great, but the claim is Verified and will not be expunged because of KYC issues. I ask this because I am confused as to whether Step 8 and its completion are part of the KYC process.

Thanks
[Quoted text hidden]

---

**FTX Support** <support@ftx.com> Fri, May 30, 2025 at 12:10 AM
Reply-To: FTX Support <support@ftx.com>
To: Delta Trading <deltradingbot2@gmail.com>

##- Please type your reply above this line -##

Your request (320634) has been updated.

To add additional comments, reply to this email.

---

**Marlon** (Please use support.ftx.com)
May 29, 2025, 11:40 PDT

Hi,

I'd like to clarify that KYC is for Step 3. Step 8 is for selecting a distribution service provider.

Thank you,

FTX Customer Support

FTX
RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

---

**Delta Trading**
May 29, 2025, 09:37 PDT

Ok great, but the claim is Verified and will not be expunged because of KYC issues. I ask this because I am confused as to whether Step 8 and its completion are part of the KYC process.

Thanks

[Quoted text hidden]

[Quoted text hidden]

---

**Delta Trading** <deltradingbot2@gmail.com> Tue, Jun 16, 2026 at 8:01 PM
To: jitender.tokas@delta.exchange

---------- Forwarded message ---------
From: **FTX Support** <support@ftx.com>
Date: Thu, May 29, 2025 at 10:40 PM
Subject: [Please use support.ftx.com] Re: Re: [Please use ] Re: Re: [Please use ] Re: Re: Request for Additional Information/Documentation for KYC Application
To: Delta Trading <deltradingbot2@gmail.com>

[Quoted text hidden]