# Exhibit F

From: **FTX Recovery Trust** <support@ftx.com>
Date: Wed, Aug 6, 2025 at 9:16 PM
Subject: REMINDER – FTX Customer Portal Distribution Service Provider Onboarding Requirements
To: <deltradingbot2@gmail.com>

FTX RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

Dear Customer,

**This email contains important deadline information and should be read in its entirety.**

You are receiving this email in connection with the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26404-1] (the "Plan"), and distributions you may be entitled to receive under the Plan.

BitGo, Kraken and Payoneer are official distribution service providers and assist the FTX Recovery Trust in making distributions under the Plan to customers in supported jurisdictions. Please proceed to the FTX Customer Portal (https://claims.ftx.com) to select your distribution service provider. Additional distribution service providers may be announced in the future. For more information please visit FTX FAQs on Distributions.

On July 23, 2025, the FTX Recovery Trust announced that the record date for the next distribution (the "Next Distribution") will be August 15, 2025 for holders of allowed claims of FTX's Class 5 Customer Entitlement Claims and Class 6 General Unsecured Claims as defined in the Plan, as well as Convenience Claims, Class 5 Customer Entitlement Claims and Class 6 General Unsecured Claims that have become allowed since prior record dates and have not received their distribution. The Next Distribution is expected to commence on or about September 30, 2025.

Please proceed to the FTX Customer Portal (https://claims.ftx.com) and use Step 8 to select your distribution service provider and follow the steps provided therein. Certain onboarding information is required of all customers in order for distributions to be made. Customers will not receive a distribution unless and until this information is provided. Any delay in completing the onboarding process may jeopardize customers' ability to receive any distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

**IMPORTANT DEADLINE: The deadline to select and onboard with a distribution service provider for holders of allowed claims to be eligible for the Next Distribution is the record date, August 15, 2025. If pre-distribution requirements are not completed on time, distributions may be subject to forfeiture pursuant to the Plan.**

Please disregard this email if you have already completed Step 8 in the FTX Customer Portal.

Thank you,
FTX Customer Support