**CERTIFICATE OF SERVICE**

I, Sameen Rizvi, do hereby certify that on November 5, 2026, a copy of the **Motion of Shraman Vuppu and Protocol Labs Pte Ltd. to Reinstate and Compel Distribution of Allowed Customer Claim** was served on the parties on the attached service list via email where available, or first class mail.

*/s/ Sameen Rizvi*
Sameen Rizvi (No. 6902)

**In re: FTX Trading Ltd., *et al.***
Core/2002 Service List
Case No. 22-11068 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO FOLKVANG LTD. (“FOLKVANG”) | BARNES & THORNBURG LLP | ATTN: KENNETH P. KANSA, PAIGE LOHSE | ONE N. WACKER DRIVE | SUITE 4400 | CHICAGO | IL | 60606-2833 | | 312-357-1313<br>312-214-8301 | | KKANSA@BTLAW.COM<br>PAIGE.LOHSE@BTLAW.COM |
| COUNSEL TO FOLKVANG LTD. (“FOLKVANG”) | BARNES & THORNBURG LLP | ATTN: LEAH ANNE O’FARRELL | ONE MARINA PARK DRIVE | SUITE 1530 | BOSTON | MA | 02210 | | 781-888-1516 | | LOFARRELL@BTLAW.COM |
| COUNSEL TO FOLKVANG LTD. (“FOLKVANG”) | BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON | 222 DELAWARE AVENUE | SUITE 1200 | WILMINGTON | DE | 19801 | | 302-300-3434 | | MARK.OWENS@BTLAW.COM<br>AMY.TRYON@BTLAW.COM |
| COUNSEL TO BLOOMING TRIUMPH INTERNATIONAL LIMITED | BOSTON LAW GROUP, PC | ATTN: FRANK SCARDINO, VAL GURVITS, ESQ. | 825 BEACON STREET | SUITE 20 | NEWTON CENTER | MA | 02459 | | 617-928-1805 | | FRANK@BOSTONLAWGROUP.COM |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET STREET | SUITE 2900 | SAN FRANCISCO | CA | 94105-3493 | | 415-227-0900 | | SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO DEFENDANT DIGITAL LEGEND HODLINGS LTD. | CAHILL GORDON & REINDEL LLP | ATTN: GREGORY STRONG | 221 W. 10TH STREET | 3RD FLOOR | WILMINGTON | DE | 19801 | | 302-884-0001 | | GSTRONG@CAHILL.COM |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | | 302-577-8461 | 302-577-8632 | FASNOTIFY@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX | P.O. BOX 898 | | DOVER | DE | 19903 | | 302-739-3073 | 302-739-5831 | DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT | 820 SILVER LAKE BLVD | STE 100 | DOVER | DE | 19904 | | 302-672-6700 | 302-739-5635 | STATETREASURER@STATE.DE.US |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | DILWORTH PAXSON LLP | ATTN: PETER C. HUGHES, ESQ. | 800 N. KING STREET | SUITE 202 | WILMINGTON | DE | 19801 | | 302-571-9800 | | PHUGHES@DILWORTHLAW.COM |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION | 290 BROADWAY | | NEW YORK | NY | 10007-1866 | | 212-637-3000 | 212-637-3526 | |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL | OFFICE OF GENERAL COUNSEL 2310A | 1200 PENNSYLVANIA AVE NW, 2310A | WASHINGTON | DC | 20460 | | | | |
| COUNSEL TO DR. MARCEL LÖTSCHER | FBT GIBBONS LLP | ATTN: CHRISTOPHER P. ANTON | ONE GATEWAY CENTER | | NEWARK | NJ | 07102 | | 973-596-4500 | | CANTON@FBTGIBBONS.COM |
| COUNSEL TO DR. MARCEL LÖTSCHER | FBT GIBBONS LLP | ATTN: CHRISTOPHER VICECONTE, ESQ. | 300 DELAWARE AVENUE, SUITE 1015 | | WILMINGTON | DE | 19801 | | 302-518-6322 | | CVICECONTE@FBTGIBBONS.COM |
| COUNSEL TO PROSPERITY ALLIANCE, INC. | FERRY JOSEPH, P.A. | ATTN: RICK S. MILLER | 1521 CONCORD PIKE, SUITE 202 | P.O. BOX 1351 | WILMINGTON | DE | 19899-1351 | | 302-575-1555 | | RMILLER@FERRYJOSEPH.COM |
| DEBTORS | FTX TRADING LTD. | ATTN: PRESIDENT OR GENERAL COUNSEL | 10-11 MANDOLIN PLACE | FRIARS HILL ROAD | ST. JOHN'S | | AG-04 | ANTIGUA AND BARBUDA | | | |
| COUNSEL TO GISELE BUNDCHEN | GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: RONALD S. GELLERT, MARGARET M. MANNING | 1201 NORTH ORANGE STREET | SUITE 300 | WILMINGTON | DE | 19801 | | 302-425-5800 | | RGELLERT@GSBBLAW.COM<br>MMANNING@GSBBLAW.COM |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | MAIL STOP 5-Q30.133 | PHILADELPHIA | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| JAMES GODDARD (PRO SE CREDITOR) | JAMES GODDARD (PRO SE CREDITOR) | ATTN: JAMES GODDARD | 12 SPRINGFIELD WAY, THREEMILESTONE | | TRURO, CORNWALL | | TR3 6BJ | UNITED KINGDOM | | | JAMES.GODDARD.19@UCL.AC.UK |
| COUNSEL TO BLOOMING TRIUMPH INTERNATIONAL LIMITED | JOYCE, LLC | ATTN: MICHAEL J. JOYCE | 1225 KING STREET | SUITE 800 | WILMINGTON | DE | 19801 | | 302-388-1944 | | MJOYCE@MJLAWOFFICES.COM |
| CLAIMS AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: JOSHUA KAROTKIN | 1 WORLD TRADE CENTER | 31ST FLOOR | NEW YORK | NY | 10007 | | 212-257-5450 | 646-328-2851 | SERVICEQA@RA.KROLL.COM<br>FTXTEAM@RA.KROLL.COM |
| COUNSEL TO THE FTX RECOVERY TRUST AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV | 919 MARKET STREET | SUITE 1800 | WILMINGTON | DE | 19801 | | 302-467-4400 | 302-467-4450 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM |
| COUNSEL TO NEIL PATEL, I'M KIND OF A BIG DEAL, LLC, AND NEIL PATEL DIGITAL LLC | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, MATTHEW MCGUIRE, HOWARD W. ROBERTSON IV | 919 MARKET STREET | SUITE 1800 | WILMINGTON | DE | 19801 | | 302-467-4400 | 302-467-4450 | LANDIS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER, JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. | LATHAM & WATKINS LLP | ATTN: CHRISTOPHER HARRIS, ADAM J. GOLDBERG, NACIF TAOUSSE, ZACHARY F. PROULX | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-906-1200 | 212-751-4864 | ADAM.GOLDBERG@LW.COM<br>NACIF.TAOUSSE@LW.COM<br>ZACHARY.PROULX@LW.COM |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER, JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. | LATHAM & WATKINS LLP | ATTN: TIFFANY M. IKEDA | 355 SOUTH GRAND AVENUE, SUITE 100 | | LOS ANGELES | CA | 90071 | | 213-485-1234 | 213-891-8763 | TIFFANY.IKEDA@LW.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ., GASTON LOOMIS, ESQ. | 300 DELAWARE AVENUE | SUITE 1014 | WILMINGTON | DE | 19801 | | 302-300-4515 | 302-654-4031 | GBRESSLER@MDMC-LAW.COM<br>GLOOMIS@MDMC-LAW.COM |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON LOOMIS, ESQ. | 300 DELAWARE AVENUE | SUITE 1014 | WILMINGTON | DE | 19801 | | 302-300-4515 | 302-654-4031 | GLOOMIS@MDMC-LAW.COM |
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: ALEC J. BERIN, ESQ. | 1845 WALNUT STREET | SUITE 806 | PHILADELPHIA | PA | 19103 | | 866-540-5505 | | AJBERIN@MILLERSHAH.COM |

**In re: FTX Trading Ltd., *et al.***
Core/2002 Service List
Case No. 22-11068 (JTD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO ELD CAPITAL LLC, DOMINIC JOHN CUBITT, AND LEONA SAMMON | MILLER SHAH LLP | ATTN: JAMES E. MILLER, ESQ. | 65 MAIN STREET | | CHESTER | CT | 06412 | | 866-540-5505 | | JEMILLER@MILLERSHAH.COM |
| COUNSEL TO SAMUEL BANKMAN-FRIED, JOSEPH BANKMAN, BARBARA FRIED, RYAN SALAME, MATTHEW NASS, MATTHEW PLACE, JOSHUA UTTER-LEYTON, JOHN CONBERE, AND LUIS SCOTTVARGAS (COLLECTIVELY, THE “PARTIES”) | MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP | ATTN: R. MONTGOMERY DONALDSON, STEFANIA A. ROSCA | 1105 NORTH MARKET STREET | 15TH FLOOR | WILMINGTON | DE | 19801 | | 302-504-7800 | | SROSCA@MMWR.COM<br>RDONALDSON@MMWR.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | 1850 M ST., NW 12TH FLOOR | | WASHINGTON | DC | 20036 | | 202-326-6025 | 202-331-1427 | |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE | 844 KING STREET, ROOM 2207 | LOCKBOX #35 | WILMINGTON | DE | 19899-0035 | | 302-573-6491 | 302-573-6497 | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV |
| COUNSEL TO PROFESSOR SOOGEUN OH, IN HIS CAPACITY AS AUTHORIZED FOREIGN REPRESENTATIVE | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: STEVEN W. GOLDEN | 919 NORTH MARKET STREET | 17TH FLOOR | WILMINGTON | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | SGOLDEN@PSZJLAW.COM |
| COUNSEL TO RUSSELL CRUMPLER AND CHRISTOPHER FARMER, JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II, ALEXIS R. GAMBALE | 824 NORTH MARKET STREET | SUITE 800 | WILMINGTON | DE | 19801 | | 302-592-6496 | 732-852-2482 | JBARSALONA@PASHMANSTEIN.COM<br>AGAMBALE@PASHMANSTEIN.COM |
| COUNSEL TO NEIL PATEL, I'M KIND OF A BIG DEAL, LLC, AND NEIL PATEL DIGITAL LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: ANTHONY P. ALDEN | 865 S. FIGUEROA STREET | 10TH FLOOR | LOS ANGELES | CA | 90017 | | 213-443-7000 | | ANTHONYALDEN@QUINNEMANUEL.COM |
| COUNSEL TO NEIL PATEL, I'M KIND OF A BIG DEAL, LLC, AND NEIL PATEL DIGITAL LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: SASCHA N. RAND | 295 FIFTH AVENUE | | NEW YORK | NY | 10016 | | 212-849-7000 | 212-849-7100 | SASCHARAND@QUINNEMANUEL.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F. STREET NE | | WASHINGTON | DC | 20549 | | 202-942-8088 | | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT | BROOKFIELD PLACE | 200 VESEY STREET, STE 400 | NEW YORK | NY | 10281-1022 | | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | ONE PENN CENTER | 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | | 215-597-3100 | | SECBANKRUPTCY@SEC.GOV |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | | 302-577-8338 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQ. | 2005 MARKET STREET | SUITE 2600 | PHILADELPHIA | PA | 19103 | | 215-564-8747 | | DPEREIRA@STRADLEY.COM |
| COUNSEL TO THE FTX RECOVERY TRUST AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, STEVEN L. HOLLEY, STEPHEN EHRENBERG, CHRISTOPHER J. DUNNE | 125 BROAD STREET | | NEW YORK | NY | 10004 | | 212-558-4000 | 212-558-3588 | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM<br>HOLLEYS@SULLCROM.COM<br>EHRENBERGS@SULLCROM.COM<br>DUNNEC@SULLCROM.COM |
| COUNSEL TO SCI VENTURES CO., LIMITED, SHENGKUN JI, AND LIU JING | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN, ESQ. | 919 NORTH MARKET STREET | SUITE 420 | WILMINGTON | DE | 19801 | | 302-428-8191 | 302-428-8195 | BSULLIVAN@SHA-LLC.COM |
| COUNSEL TO PATRICK GRUHN, ROBIN MATZKE, LOREM IPSUM UG AND SHERIDAN INVESTMENT HOLDINGS, LLC (“INTERESTED PARTIES”) | THE DALEY LAW FIRM LLC | ATTN: DARRELL M. DALEY, SAMANTHA R. NEAL | 4845 PEARL EAST CIRCLE, SUITE 101 | | BOULDER | CO | 80301 | | 303-479-3500 | | DARRELL@DALEYLAWYERS.COM<br>SAMANTHA@DALEYLAWYERS.COM |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | | | |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS | 1007 ORANGE ST STE 700 | P.O. BOX 2046 | WILMINGTON | DE | 19899-2046 | | 302-573-6277 | 302-573-6220 | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE | 600 MASSACHUSETTS AVENUE, NW | | WASHINGTON | DC | 20001 | | 202-344-4000 | 202-344-8300 | AJCURRIE@VENABLE.COM |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN | 1201 N. MARKET STREET | SUITE 1400 | WILMINGTON | DE | 19801 | | 302-298-3535 | 302-298-3550 | DAOBRIEN@VENABLE.COM |
| COUNSEL TO HYUNG CHEOL LIM, AIMED, INC., BLOCORE PTE., LTD., JI WOONG CHOI, AND MOSAIC CO., LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL A. WEINER | 151 WEST 42ND STREET | | NEW YORK | NY | 10036 | | 212-307-5500 | | JSSABIN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM |
| COUNSEL TO SCI VENTURES CO., LIMITED, SHENGKUN JI, AND LIU JING | WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP | ATTN: THOMAS A. DRAGHI, ESQ., ANNIE P. KUBIC, ESQ., MICHELE L. ANGELL, ESQ. | 1201 RXR PLAZA | | UNIONDALE | NY | 11556 | | 516-622-9200 | | TDRAGHI@WESTERMANLLP.COM<br>AKUBIC@WESTERMANLLP.COM<br>MANGELL@WESTERMANLLP.COM |
| COUNSEL TO PROSPERITY ALLIANCE, INC. | ZEIGER, TIGGES & LITTLE LLP | ATTN: MARION H. LITTLE, JR., ESQ. | 41 S HIGH STREET | SUITE 3500 | COLUMBUS | OH | 43215 | | 614-365-4113 | | LITTLE@LITOHIO.COM |