John Knight
8625 E Yearling Rd
Scottsdale, AZ 85255
john@knightfamilycompanies.com

2026 NOV -3 A 8:57
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

October 30, 2026

The Honorable Karen B. Owens
Chief United States Bankruptcy Judge
United States Bankruptcy Court, District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

**RE: In re FTX Trading Ltd., et al. — Case No. 22-11068 (KBO)**

## Request to Vacate Forfeiture and Reinstate Full FTX Distribution

Dear Chief Judge Owens:

I respectfully write to ask the Court to **vacate the forfeiture of my FTX distributions and reinstate my full distribution entitlement**. The FTX Claims Portal currently identifies $92,600.95 in forfeited distributions. These funds represent the majority of my retirement savings, and their permanent loss would be financially devastating.

I am not an attorney, and I recognize that the Court must administer the bankruptcy plan fairly and consistently. I am asking for Your Honor's compassion and consideration of my good-faith efforts to comply with a confusing claims process, the contradictory information provided by FTX, and the extraordinary financial hardship this forfeiture would cause.

**My Good-Faith Efforts to Comply**

Throughout the claims process, I sincerely attempted to complete every requirement necessary to recover my funds. The process was difficult to navigate, and obtaining clear guidance was often challenging, but I continued working through the required steps.

In January 2026, I connected my Kraken account to the FTX Claims Portal. The portal subsequently displayed this confirmation:

**"Your account is successfully onboarded with Kraken. Our team is working on verifying your account internally, which can take up to one month to process."**

I understood this statement to mean that I had completed my part of the onboarding process and that the remaining verification was being handled internally by FTX.

**Confusing and Contradictory Information from FTX**

As shown in **Exhibit A**, the FTX portal continues to display three conflicting messages:

- **"Onboarding Incomplete."**
- **"Your account is successfully onboarded with Kraken."**
- **"Please wait while we reconcile some data synchronization."**

These contradictory messages remain displayed as of October 30, 2026. I have never received a clear explanation of what remains incomplete or what further action I am expected to take.

My Distribution Dashboard (**Exhibit B**) identifies my claim as allowed in the amount of $97,769.53, yet shows $92,600.95 in forfeited distributions.

On October 20, 2026, FTX Customer Support informed me that onboarding had not been completed by November 30, 2025, and that my distributions had been forfeited under Section 7.8 of the bankruptcy plan (**Exhibit C**).

I acknowledge that I connected my Kraken account in January 2026, after the deadline identified by FTX Support. I do not seek to conceal that fact. However, I continued attempting to comply with the process and relied upon the portal's representation that my onboarding was successful and that internal verification was pending.

Further adding to the confusion, FTX correspondence referenced a forfeiture of $53,145.56, while my dashboard displayed $92,600.95 in cumulative forfeitures and $39,455.39 for a separate distribution round (**Exhibit D**). Although these amounts appear to be related, the different figures added to an already confusing experience.

When I discovered the forfeiture, I contacted Kroll and FTX Support seeking assistance (**Exhibit E**), but my efforts did not resolve the matter.

I did not intentionally abandon my claim, knowingly surrender my distributions, or disregard the process. I tried to follow the instructions provided and continued seeking help when the information was unclear.

**The Financial Devastation of This Forfeiture**

Your Honor, **these funds represent the majority of my retirement savings**, accumulated over decades of work, saving, and financial planning.

At this stage of my life, replacing nearly $93,000 would be impossible. The permanent loss would seriously compromise my financial security throughout retirement.

What makes this particularly distressing is that I genuinely attempted to comply with the process. I connected my Kraken account, received confirmation of successful onboarding, and was instructed to wait for internal verification. Yet I now face the loss of the majority of my retirement savings while the FTX portal continues to display contradictory and unresolved information.

I recognize the importance of deadlines and the Court's responsibility to treat all creditors fairly. I am not asking for preferential treatment or for the Court to disregard the law.

I am asking that my good-faith efforts, the confusing circumstances, and the devastating financial consequences be considered in determining whether relief is possible. My savings were stolen once and now may be again lost due to a legal process managed with a confusing process.

**My Respectful Request for Relief**

**I respectfully place myself at the mercy of the Court and ask Your Honor, to the fullest extent permitted by law, to vacate the forfeiture and order the reinstatement and payment of my full FTX distribution entitlement.**

I understand that the Court's authority is governed by the confirmed bankruptcy plan and applicable law. Nevertheless, I sincerely hope that the circumstances of my case provide a basis for relief.

I spent much of my working life saving for retirement. I never intended to abandon these funds, and I made every effort I understood was required to recover them.

**I humbly ask the Court not to allow the majority of my retirement savings to be permanently lost without considering my good-faith efforts and the contradictory information provided throughout this process.**

Thank you, Your Honor, for your time, consideration, and compassion.

Respectfully submitted,

**John Knight**

Scottsdale, Arizona

## Supporting Exhibits

**Exhibit A:** FTX portal screenshot showing contradictory Kraken onboarding statuses and data synchronization notice.

**Exhibit B:** FTX Distribution Dashboard showing allowed claim and $92,600.95 cumulative forfeiture.

**Exhibit C:** October 20, 2026 FTX Support correspondence citing the November 30, 2025 onboarding deadline and Section 7.8 forfeiture.

**Exhibit D:** FTX correspondence concerning the different forfeiture amounts.

**Exhibit E:** October 19–20, 2026 Kroll correspondence documenting efforts to obtain assistance.

# EXHIBIT A

STEP 1
**Initiate Account Owner Authentication**

STEP 2
**Verify Identity of the Original FTX Account Owner**

STEP 3
**KYC**

STEP 4
**View Account Balances**

STEP 5
**View Your Proof of Claim Status**

STEP 6
**Voting**

STEP 7
**Distributions - Tax Requirements**

STEP 8
**Distributions: Select Provider**

STEP 9
**Distribution Amounts - Summary**

STEP 10
**NFT Destinations**

# Distribution Services Provider

If you previously signed up with Kraken but are not seeing the status represented here - please wait while we reconcile some data synchronization.

Kraken

**Receive your distribution with Kraken**

Overview:

- Founded in 2011, is a leading US-based cryptocurrency exchange that enables spot trading, regulated derivatives, and more available in up to 190 countries.
- Ability to withdraw your cash, invest in digital assets and more.

Fees (varies based on jurisdiction):

- Digital Assets: As low as 0% fees; please refer to publicly listed trading fees, **here** and **here**.
- Fiat: As low as $0 fees; Bank transfers are available via SWIFT, SEPA, domestic FedWire, and ACH, featuring varying fees, minimums, and processing times **tailored to each method and region**.

Other Information:

- Kraken does not support creditors in the following US states: ME, NY, WA. More information will be available on other options for these states.
- By choosing to receive your distribution through a Distribution Services Provider, you will be required to consent to certain personal information that you provided to FTX being shared with such Distribution Services Provider.
- To receive a distribution from Kraken, you will be required to complete onboarding with Kraken, including creating an account, agreeing to terms of service, and completing identity verification.
- You will also be required to consent to the Disclaimer you will find on the next page.

More Info

Onboarding Incomplete

**Please view your onboarding status on the Kraken website.**

Your account is successfully onboarded with Kraken. Our team is working on verifying your account internally, which can take up to one month to process. If you have any questions or concerns please reach out to support.

Proceed to Kraken

Important Note

Please be aware that after you have selected a Distribution Services Provider, your choice cannot

# EXHIBIT B

FTX

FTX will never ask you to connect to a wallet.

STEP 1
Initiate Account Owner Authentication

STEP 2
Verify Identity of the Original FTX Account Owner

STEP 3
KYC

STEP 4
View Account Balances

STEP 5
View Your Proof of Claim Status

STEP 6
Voting

STEP 7
Distributions - Tax Requirements

# Distributions Dashboard

Values in U.S. Dollars (USD)

| | |
|---|---|
| Distribution Method | |
| Status | Unclaimed Distribution |
| Claim Classification | Class 5B |
| Claim Status | Allowed |

## Distribution Calculation

| | |
|---|---|
| Claim Amount | $97,769.53 |
| Principal Recovery % | 100.0% |
| Total Principal Recovery | $97,769.53 |
| Post-Petition Interest Distribution | $4,669.38 |

STEP 8
Distributions: Select Provider

STEP 9
Distribution Amounts - Summary

STEP 10
NFT Destinations

| | |
|---|---|
| (Tax Withholding) | ($0.00) |
| (Forfeited Distribution) | ($92,600.95) |
| Total Distribution | $9,837.96 |
| Recovery % (Prior to Tax Withholding) | 104.8% |

Distribution Method

| | |
|---|---|
| Est. Distribution Date | TBD |
| Claim Classification | Class 5B |
| Claim Status | Allowed |

## Distribution Calculation

| | |
|---|---|
| Claim Amount | $97,769.53 |
| Catch-Up Principal Recovery (%) | 45.6% |

| | | |
|---|---|---|
| Total Catch-Up Principal Recovery | $44,623.97 | ⓘ |
| Current Round Principal Recovery (%) | 0.0% | ⓘ |
| Total Current Round Principal Recovery | $0.00 | ⓘ |
| Total Principal Recovery | $44,623.97 | ⓘ |
| Post-Petition Interest Distribution | $4,669.38 | ⓘ |
| (Tax Withholding) | ($0.00) | ⓘ |
| (Forfeited Distribution) | ($39,455.39) | ⓘ |
| Total Current Round Distribution | $9,837.96 | |
| Recovery % (Prior to Tax Withholding) | 10.1% | ⓘ |

The data above is static and pertains solely to the Next Distribution on July 31, 2026. Any subsequent changes or updates (e.g., tax or distribution service provider) will be reflected in the Distributions Dashboard (Step 9) for the next distribution.

# EXHIBIT C

Outlook

## [Please use support.ftx.com] Re: Problem with Portal

**From** FTX Support <support@ftx.com>
**Date** Tue 10/20/2026 12:56 PM
**To** John Knight <john@knightfamilycompanies.com>

##- Please type your reply above this line -##

Your request (352040) has been updated.

To add additional comments, reply to this email.

**Philip** (Please use support.ftx.com)
Oct 20, 2026, 12:56 PDT

Hi there,

Our records indicate that onboarding with a Distribution Service Provider was not completed by **11/30/2025**. As a result, the distribution on your claim remained unclaimed following the **5/30/2025** distribution.

Under Section 7.8 of the Plan, any distribution that remains an Unclaimed Distribution for six months is deemed unclaimed property under section 347(b) of the Bankruptcy Code and revests in the FTX Recovery Trust as Plan Assets. Neither FTX Customer Support nor the FTX Recovery Trust has the authority to reinstate a distribution after reversion has occurred. Distributions are administered in accordance with the Plan and the Confirmation Order entered by the Bankruptcy Court.

Thank you,
FTX Customer Support

FTX
RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets

**John Knight**
Oct 20, 2026, 12:45 PDT

Hello,

This matter is urgent.

I connected my Kraken account to the FTX Claims Portal in January. The portal still shows that the account connection is onboarded but is waiting for verification from your side.

I now see that, as a result of this failure to verify, that the majority of my distribution is now forfeited.

Please call me asap to resolve.

480 340-9115 or

520 736-5876

Sincerely,

John Knight

This email is a service from Please use support.ftx.com. Delivered by Zendesk

[62Z2GM-WZREV]

# EXHIBIT D

Outlook

**Re: FTX - John Knight**

**From** John Knight <john@knightfamilycompanies.com>
**Date** Fri 10/30/2026 10:38 AM
**To** Gerry, Liam D. <gerryl@sullcrom.com>

Gerry,

Thank you for your response. While I do not agree with my asset distribution, which was stolen from me, being forfeited, I am confused by the different amounts of the forfeiture. Your email states that $53,145.56 is to be forfeited while the Distribution Dashboard shows that the forfeiture amount is $92,600.53. Please confirm,

Secondly, your email below states that I have completed all pre-distribution requirements. However, the Claims Portal indicates, "Onboarding Incomplete" while at the same time states that "Your account is successfully onboarded with Kraken. Our team is working on verifying your account internally, which can take up to one month to process. I completed onboarding with Kraken in January of this year. Can you please confirm that the verification process is completed and correct your system to reflect same on my portal?

Thank you in advance for your help.

Sincerely,

John Knight

---

**From:** Gerry, Liam D. <gerryl@sullcrom.com>
**Sent:** Wednesday, October 28, 2026 6:57 AM
**To:** John Knight <john@knightfamilycompanies.com>
**Cc:** *FTXClaims <FTXClaims@sullcrom.com>; FTX Objection Response <ftxobjectionresponse@alvarezandmarsal.com>; LRC FTX Claims <lrcftxclaimsteam@lrclaw.onmicrosoft.com>
**Subject:** FTX - John Knight

***Subject to FRE 408 and Foreign and State Law Equivalents***
***CONFIDENTIAL***

Dear John,

The FTX Recovery Trust is in receipt of your correspondence regarding the claim associated with account number 9943767, in the allowed amount of $97,769.53. The FTX Recovery Trust's records show a forfeited distribution of $53,145.56 attributable to the May 30, 2025 distribution. Pursuant to Section 7.8 of the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* (the "Plan") [D.I. 26404-1], distributions on account of allowed claims that are not claimed within six months are revested in the FTX Recovery Trust and the right to receive those distributions is forfeited. Your claim was allowed as of the April 11, 2025 record date for the May 30, 2025 distribution. Thus, the deadline for you to complete the distribution agent onboarding process, one

of the pre-distribution requirements, was November 30, 2025. However, you failed to complete the distribution agent onboarding process by that deadline. Because the distribution on account of the claim was not claimed within the six-month period, your right to receive that distribution has been forfeited. The Plan's forfeiture provisions were therefore correctly applied to that distribution.

The FTX Recovery Trust's records reflect that notice relating to those pre-distribution requirements, and the consequences of failing to complete them, was sent to this email address (john@knightfamilycompanies.com) on January 6, 2025, April 3, 2025, and August 5, 2025. Those emails comply with the notice provisions specified in Section 7.8 of the Plan, which requires emailing notice to the last known email of record.

The FTX Debtors and the FTX Recovery Trust have worked to accommodate customers who have attempted to complete their pre-distribution requirements and reached out in good faith prior to the Court-ordered deadlines with technical or other issues. The FTX Recovery Trust's records do not reflect that you contacted FTX Customer Support regarding issues with completing distribution service provider onboarding before the November 30, 2025 forfeiture deadline. The records show that you contacted FTX Customer Support on September 17, 2024 regarding issues logging in to file a claim, at which time FTX Customer Support provided troubleshooting steps, and that your next recorded contact was on October 19, 2026, more than ten months after the pre-distribution forfeiture deadline. The records further show that you completed distribution service provider onboarding on September 29, 2026.

Accordingly, the FTX Recovery Trust's forfeiture determination remains unchanged. However, you remain eligible to receive the non-forfeited portion of your distributions, and the FTX Recovery Trust's records indicate that you have completed all pre-distribution requirements. Subject to a final sanctions screening (which is conducted for all claims), you will receive $49,293.35 attributable to the July 2026 distribution in the next distribution cycle, plus any incremental post-petition interest that the FTX Recovery Trust is able to pay at that time. Please note that the next distribution date has not yet been announced. Let us know of any questions.

Best,
Liam

**Liam Gerry** *
Sullivan & Cromwell llp
125 Broad Street | New York, NY 10004-2498
gerryl@sullcrom.com | www.sullcrom.com
**Not admitted to the bar.*

---

**From:** John Knight [john@knightfamilycompanies.com]
**Sent:** 10/20/2026, 4:01 PM
**To:** ftxinfo@ra.kroll.com
**Subject:** [EXTERNAL] Issue with Distribution

Hello,

I have just learned that a large portion of my distribution has been forfeited. I would like to contact the judge to resolve. Will you please forward to me the contact information for the judge's office?

Thank you,

John Knight
Claimant

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

# EXHIBIT E

Outlook

**RE: [EXTERNAL] HELP!**

**From** FTX Trading Ltd. <ftxinfo@ra.kroll.com>
**Date** Tue 10/20/2026 11:40 AM
**To** john@knightfamilycompanies.com <john@knightfamilycompanies.com>

John,

Thank you for your email.

We attempted to contact you on the phone number provided; however, we were unable to reach you. For further assistance, you may contact the FTX restructuring hotline at 888-482-0049 (Toll-free within the United States or Canada) or 646-440-4176 (if calling outside of the United States or Canada). Operators are available from 9 a.m. – 6 p.m. Eastern Time Monday through Friday.

Furthermore, distributions associated with a particular Record Date or Distribution Date may be permanently forfeited if the Original Holder of an Allowed Claim does not complete the required pre-distribution requirements within the applicable deadlines.

Original Holders who fail to complete the applicable requirements within the required timeframes may permanently forfeit the right to receive distributions associated with that Record Date or Distribution Date.

If you purchased a claim from another holder, you may wish to confirm with the Original Holder whether any prior distributions were forfeited before the claim transfer occurred.

For additional information, please refer to the applicable notices and materials available through the FTX support website, Distributions Dashboard FAQs – FTX.

You may also monitor the case website for updates. Information, including access to court documents and important dates and deadlines will be available throughout the case at https://restructuring.ra.kroll.com/ftx.

PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and its affiliated debtors' Chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

--------------- Original Message ---------------
**From:** John Knight [john@knightfamilycompanies.com]
**Sent:** 10/19/2026, 2:50 PM

**To:** ftxinfo@ra.kroll.com
**Subject:** [EXTERNAL] HELP!

Hello,

I have a large distribution pending in from the FTX class action lawsuit. I now see on the portal that most of my distribution has been forfeited. I set up my Kraken account to receive the funds and followed the various steps on the FTX Recovery trust portal. I need help to resolve this.

Please call me.

John Knight

480 340-9115
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

ES
CE® | PRIORITY MAIL®

d delivery date specified for domestic use.
c shipments include $100 of insurance (restrictions apply).*
acking® service included for domestic and many international destinations.
nternational insurance.**
ed internationally, a customs declaration form is required.

es not cover certain items. For details regarding claims exclusions see the
Manual at *http://pe.usps.com.*
onal Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**RATE ENVELOPE**
■ ANY WEIGHT

**KED ■ INSURED**

001142500

EP14F-250 May 2026
/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

FROM:

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

John Knight
8625 E. Yearling Rd
Scottsdale, AZ 85255

TO:

Honorable KAREN B. Owens
US. Bankruptcy Court
824 N. MARKET ST. 6th Floor
Wilmington, DE 19801

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

POUCH

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® sl
Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved