Iduino Santoni
Strada San Giovanni 50,
36100 Vicenza (VI)
Italy
Iduinosantoni@gmail.com
+393206488889

November 2, 2026

VIA INTERNATIONAL COURIER

United States Bankruptcy Court
District of Delaware
824 North Market Street
3rd Floor
Wilmington, DE 19801
United States of America

Re: In re FTX Trading Ltd., et al., Case No. 22-11068 (KBO) - Filing of Notice of Withdrawal

Dear Clerk of the Court,

Enclosed please find the original signed Notice of Withdrawal of Motion of Creditor Iduino Santoni to Compel Distribution of Allowed Class 7A Claim and for Relief from Onboarding Deadline for filing in the above-referenced bankruptcy case.

This matter (originally filed as Docket Item No. 36323) has been fully and consensually resolved. Therefore, I respectfully request that this Notice of Withdrawal be entered onto the docket as soon as possible.

Thank you for your time and assistance in this matter.

Respectfully,

Iduino Santoni
Pro Se Creditor

**NOTICE OF WITHDRAWAL**

IN THE UNITED STATES BANKRUPTCY COURTFOR THE DISTRICT OF DELAWARE

In re: FTX TRADING LTD., et al., Debtors.
Chapter 11
Case No. 22-11068 (KBO)
(Jointly Administered)

NOTICE OF WITHDRAWAL OF MOTION OF CREDITOR IDUINO SANTONI TO COMPEL DISTRIBUTION OF ALLOWED CLASS 7A CLAIM AND FOR RELIEF FROM ONBOARDING DEADLINE

PLEASE TAKE NOTICE that creditor Iduino Santoni ("Creditor") hereby voluntarily withdraws, with prejudice, the Motion of Creditor Iduino Santoni to Compel Distribution of Allowed Class 7A Claim and for Relief from Onboarding Deadline Pursuant to Fed. R. Bankr. P. 9006(b)(1) and 11 U.S.C. § 105(a) [Docket No. 36323] (the "Motion"), filed on September 22, 2026.

PLEASE TAKE FURTHER NOTICE that the matters raised in the Motion have been fully and consensually resolved directly with the FTX Recovery Trust. Accordingly, the Court's intervention is no longer required, and the Creditor respectfully requests that the Motion be marked as withdrawn on the Court's docket.

Dated: November 2, 2026
Vicenza, Italy

Respectfully submitted,

..............................................

Iduino Santoni
Strada San Giovanni 50,
36100 Vicenza (VI)
Italy
Iduinosantoni@gmail.com
+393206488889