# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. __** |

**ORDER DENYING FTX RECOVERY TRUST'S DISPOSITIVE MOTION TO DISALLOW AND PRELIMINARY OBJECTION TO THE ARGENT LIQUIDATION TRUST'S CLAIMS**

Upon consideration of the *FTX Recovery Trust's Dispositive Motion to Disallow and Preliminary Objection to the Argent Liquidation Trust's Claims* [Dkt. No. 36654] (the "Motion"), filed by the FTX Recovery Trust (the "FTX Trust"), and the *Argent Liquidation Trust's Opposition to FTX Recovery Trust's Dispositive Motion to Disallow and Preliminary Objection to the Argent Liquidation Trust's Claims* (the "Opposition"),[2] filed by the Argent Liquidation Trust (the "Argent Trust"); and the Court having reviewed the Motion and the Opposition and any responses thereto; and the Court having the authority to consider the Opposition and the relief requested therein pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion and the Opposition having been provided under the particular circumstances; and the Court having determined that no other or further notice is required; and that the legal and factual bases set forth in the Opposition establish

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Opposition.

just cause for the relief requested herein; and after due deliberation thereon; and sufficient cause appearing therefor; it is hereby

**ORDERED THAT:**

1. The Motion is DENIED in its entirety.

2. Nothing in this Order shall constitute a determination of the allowed amount of any Silvergate Claim, and all rights, claims, and defenses of the parties are preserved except as expressly provided herein.

3. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

4. This Court shall retain jurisdiction with respect to all matters relating to or arising from the Motion or the interpretation or implementation of this Order.