**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF RIAH KIM IN SUPPORT OF ARGENT LIQUIDATION TRUST'S OPPOSITION TO THE FTX RECOVERY TRUST'S DISPOSITIVE MOTION TO DISALLOW AND PRELIMINARY OBJECTION TO THE ARGENT LIQUIDATION TRUST'S CLAIMS**

Pursuant to 28 U.S.C. § 1746, I, Riah Kim, state as follows:

1. I am an associate at the law firm Milbank LLP, counsel to Argent Liquidation Trust (the "Argent Trust"), as successor to the estates of debtors Silvergate Capital Corporation ("SCC") and Silvergate Liquidation Corporation (f/k/a "Silvergate Bank," and together with SCC and Spring Valley Lots, LLC, "Silvergate"). I respectfully make this declaration in support of the *Argent Liquidation Trust's Opposition to FTX Recovery Trust's Dispositive Motion to Disallow and Preliminary Objection to the Argent Liquidation Trust's Claims* (the "Opposition"), filed concurrently in the above-captioned case. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify to the truth of the following statements.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Government's Sentencing Memorandum in Samuel Bankman-Fried's criminal case, filed March 15, 2024.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

3. Attached hereto as **Exhibit B** is a true and correct copy of a Letter from Damian Williams of the U.S. Department of Justice to Judge Lewis A. Kaplan of the U.S. District Court for the Southern District of New York, filed December 29, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of a Letter from Senators Elizabeth Warren, Roger Marshall, and John Kennedy to Alan J. Lane, Chief Executive Officer of SCC, dated December 5, 2022.

5. Attached hereto as **Exhibit D** is a true and correct copy of a representative version of the CMTS Agreement.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Superseding Indictment in Samuel Bankman-Fried's criminal case, filed February 23, 2023.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Superseding Information in Ryan Salame's criminal case, filed September 7, 2023.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Government's Sentencing Memorandum in Ryan Salame's criminal case, dated May 21, 2024.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Judgment in Ryan Salame's criminal case, filed May 29, 2024.

10. Attached hereto as **Exhibit I** is a true and correct copy of Alameda Research LLC's Market Maker Due Diligence Questionnaire, dated February 26, 2019.

11. Attached hereto as **Exhibit J** is a true and correct copy of North Dimension, Inc.'s Initial Due Diligence Questionnaire for Traders, dated December 9, 2020.

12. Attached hereto as **Exhibit K** is a true and correct copy of the RSM Bank Secrecy Act/Anti-Money Laundering Report, dated May 24, 2019.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Grant Thornton Internal Audit Report, dated August 28, 2020.

14. Attached hereto as **Exhibit M** is a true and correct copy of the RSM Bank Secrecy Act/Anti-Money Laundering Report, dated December 22, 2021.

15. Attached hereto as **Exhibit N** is a true and correct copy of the RSM Anti-Money Laundering Model Validation Services report, dated January 7, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed: November 9, 2026

*/s/ Riah Kim*
Riah Kim