# Exhibit I

silvergate BANK

# Market Maker Due Diligence Questionnaire

**Entity Name(s)** Alameda Research LLC

**Compliance Contact Information**
**Name of Compliance Contact:** Andrew Croghan

**Title of Compliance Contact:** COO

**Phone Number:** 7037328952 **Email:** andy@alameda-research.com

**1.** Description of Business, please select all that apply.
- [X] Buying and selling digital currency with own capital
- [X] Proprietary trading firm
- [X] Over-the-Counter trading firm
- [ ] Digital Currency Exchange
- [ ] Other, please describe:

**2.** Please describe how you are a market maker.

We trade digital assets on exchanges for our own accounts. As one of the largest liquidity providers in the world, we often have market making status on larger exchanges.

**3.** Please select the currencies/assets involved in the market making activity.

[X] BTC [X] ETH [X] BCH [X] ETC [X] XRP [X] LTC
[X] Fiat, list all currencies: USD, JPY

[ ] Other, list all currencies/assets:

**4.** Please provide a description of the business' customer base including jurisdictions serviced (list all) and customer types (such as investor, trader, etc.). For non-U.S. jurisdictions, please provide details as to the reason why that jurisdiction is serviced.

Our primary dealings are with cryptocurrency exchanges. These are located globally, many in the US, but some in Japan, BVI, and Singapore.

**5.** Please describe, in detail, what information is collected on individuals and/or entities with whom the company conducts market making business activities.

We do a background check for all onboarding for our counter parties. This includes an OFAC and sanction list check on all UBOs. Bank statement confirms, proof of address, description of business and source of funds.

**6.** Does the company maintain a BSA/AML or AML/CTF related program? [X] No [ ] Yes. If yes, please attach. [ ] Attached

**7.** Does the company maintain a Customer Identification Program? [X] No [ ] Yes. If yes, please attach. [ ] Attached

silvergate BANK

## Market Maker Due Diligence Questionnaire

**8.** Does the company maintain an OFAC/Sanctions screening program? ☐ No ☒ Yes. If yes, does the program include screening bitcoin wallet addresses? ☒ No ☐ Yes. Please attach program. ☐ Attached

**9.** Does the company do business in or with counterparties located in the following jurisdictions: Balkans, Belarus, Burma, Cote D'Ivoire (Ivory Coast), Crimea – Region of Ukraine, Cuba, Democratic Republic of Congo, Iran, Iraq, Liberia, North Korea, Sudan, Syria, and Zimbabwe? ☒ No ☐ Yes. If yes, please explain:

**10.** Please describe the company's licensing/registration status, if any, including but not limited to SEC registered broker/dealer or FinCEN registered money services business.
Alameda Research LLC is not required to hold such licences.

**11.** Does the company perform an internal BSA/AML or AML/CTF compliance related audit?
☒ No ☐ Yes. If yes, what is the frequency of review?

**12.** Does the company perform an independent testing of its BSA/AML or AML/CTF compliance?
☒ No ☐ Yes. If yes, please provide a copy of the most recent audit report as well as management responses to the report and findings, if applicable. ☐ Attached

**13.** Has the company been subject to/been provided notice of any potential audit by the IRS or any other regulatory body?
☒ No ☐ Yes. If yes, please provide date audit occurred/will occur (date: ), and if completed, please attach a copy of the results of the audit. ☐ Attached ☒ N/A

**14.** Does the company perform blockchain monitoring? ☐ No ☒ Yes. If yes, please explain:
On an ad hoc basis we sometimes use 3rd party blockchain software such as chainalysis when appropriate.

**15.** What is the average monthly trading volume (provide in fiat)? Approx 8 billion USD

**16.** Please provide the approximate number of counterparties. 15

## Officer Certification

Name of Officer Authorized to Sign: Andrew Croghan Title: COO

I, Andrew Croghan, of the named entity, attest that the information provided on this questionnaire is correct and complete to the best of my knowledge and belief.

Signature: DocuSigned by: Andy Croghan 07BD0AADF0B9460... Date: 2/26/2019

**Bank Use Only**

| Review Date | Reviewed By | Comments |
|---|---|---|
| 2/26/2019 | DocuSigned by: Claudia Pinilla DD20DE8A7578462... | |