# **Exhibit J**

Silvergate

# Initial Due Diligence Questionnaire for Traders

**As part of Silvergate Bank's prospective client due diligence, please complete this questionnaire.**

**Entity Name(s):** North Dimension Inc.

**Compliance Contact Information:**

Name of Compliance Contact: **Daniel Friedberg**

Title of Compliance Contact: **General Counsel and Compliance Officer**

Phone Number: **(206) 372-8963**

Email: **dan@alameda-research.com**

1. Description of business, select all that apply.
   - ☐ Buying and selling digital currency with own capital
   - ☒ Proprietary trading firm
   - ☒ Over-the-Counter trading firm
   - ☐ Digital Currency Exchange
   - ☐ Other, please describe:

2. Describe in detail the nature of your business. **The Company operates a cryptocurrency trading business. The Company trades on multiple cryptocurrency exchanges worldwide for its own account. The Company also participates in direct peer-to-peer, OTC purchases and sales with certain third parties for its own account.**

3. Select the currencies/assets involved in the trading activity.

   ☒ BTC ☒ ETH ☒ BCH ☒ ETC ☒ XRP ☒ LTC

   ☒ Fiat, list all currencies: **USD, EUR, GBP, CHF, AUD**

   ☐ Other, list all currencies/assets:

4. Provide a description of the business' customer base including jurisdictions serviced (list all) and customer types (such as investor, trader, etc.). For non-U.S. jurisdictions, provide details on how that jurisdiction is serviced.

   **US / China / Dominican Republic / Germany / Hong Kong / Japan / Singapore / London / Turkey / Brazil / Taiwan**
   **OTC counterparties: Typical investor is a person gaining exposure to cryptocurrency or liquidating a position in cryptocurrency. These are typically traders or short to long term investors.**

   **All jurisdictions go through a comprehensive program drafted by our legal counsel to ensure adherence with local and international laws regarding transmitting funds. The team reviewing the compliance material has proper training and a history with reviewing documents from all regions.**

5. Describe, in detail, what information is collected on individuals and/or entities with whom the company conducts business activities.

Silvergate **Initial Due Diligence Questionnaire for Traders**

| | |
|---|---|
| | **Full legal name and/or DBA if applicable, Date and place of birth, Principal place of business, Jurisdiction of organization, Residential or business street address, Taxpayer identification number, such as a Social Security Number or Passport number and country of issuance, or other similar government-issued identification evidencing date of birth, nationality and bearing a photograph, List of all executivie officers and directors ("D&Os"), List of all individuals and entities who, directly or indirectly, beneficially own or controls 25% or more of the equity interests in the entity ("25% Shareholders"), Taxpayer identification number, such as en Employer Identification Number, Description of business (e.g., products and services offered by the firm, types of customers it servces, firm's licensing status), Description of source of the entity's assets** |
| 6. | Does the entity maintain a BSA/AML or AML/CTF related program? ☐ No ☒ Yes. If yes, attach program. ☒ Attached |
| 7. | Does the entity maintain a Customer Identification Program? ☐ No ☒ Yes. If yes, attach program. ☒ Attached |
| 8. | Does the entity maintain an OFAC/Sanctions screening program? ☐ No ☒ Yes. If yes, does the program include screening bitcoin wallet addresses? ☒ No ☐ Yes. Please attach program. ☒ Attached |
| 9. | Does the entity do business in or with counterparties located in the following jurisdictions: Balkans, Belarus, Burma, Central African Republic, Cote D'Ivoire (Ivory Coast), Crimea – Region of Ukraine, Cuba, Democratic Republic of Congo, Iran, Iraq, Lebanon, Libya, Liberia, Nicaragua, North Korea, Palestine, Russian Federation, Somalia, Sudan, Syria, Venezuela, Yemen and Zimbabwe? ☒ No ☐ Yes. If yes, please explain: |
| 10. | Describe the company's licensing/registration status, if any, including but not limited to SEC registered broker/dealer or FinCEN registered money services business. **N/A** |
| 11. | Does the company perform an internal BSA/AML or AML/CTF compliance related audit? ☐ No ☒ Yes. If yes, what is the frequency of review? **When deemed necessary by review of the CEO and Compliance Officer** |
| 12. | Does the company perform an independent testing of its BSA/AML or AML/CTF compliance? ☒ No ☐ Yes. If yes, provide a copy of the most recent audit report, as well as, management responses to the report and findings, if applicable. ☐ Attached |
| 13. | Has the company been subject to/been provided notice of any potential audit by the IRS or any other regulatory body? ☒ No ☐ Yes. If yes, provide date audit occurred/will occur (date: ), and if completed, please provide a summary of the results. ☐ Attached ☐ N/A |
| 14. | Does the company perform blockchain monitoring? ☒ No ☐ Yes. If yes, please explain: |
| 15. | What is the average monthly trading volume (provide in fiat)? **10,000,000** |
| 16. | Provide the approximate number of counterparties. **2000** |

Silvergate **Initial Due Diligence Questionnaire for Traders**

## Officer Certification

Name of Officer Authorized to Sign: **Samuel Bankman-Fried** Title: **Chief Executive Officer**

I, **Samuel Bankman-Fried** , of the named entity, attest that the information provided on this questionnaire is correct and complete to the best of my knowledge and belief.

Signature: ______________________ Date: **12/09/20**

**Bank Use Only**

| Review Date | Reviewed By | Comments |
|---|---|---|
| 3/24/2021 | MS | OTC desk, provided AML program, initial funds from parent entity Alameda (also banking w/Silvergate) org chart on file client anticipates 3 customers from Brazil low volume. |