**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: November 25, 2026 at 4:00 PM**<br>**Hearing Date: December 17, 2026 at 1:00 PM** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Christopher Ames (the "Movant") has filed the *Motion of Christopher Ames for an Order Deeming His Pre-Distribution Requirements Timely Satisfied and Directing Distribution of the May Distribution Amount* (the "Motion") with the United States Bankruptcy Court for the District of Delaware in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed on or before **November 25, 2026 at 4:00 p.m. (Eastern Time)** with the United States Bankruptcy Court for the District of Delaware at 824 N. Market Street, Wilmington, Delaware 19801. At the same time. You must serve a copy of the objection or response upon the undersigned counsel for the Movant. .

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION IS SCHEDULED FOR **DECEMBER 17, 2026 AT 1:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE CHIEF JUDGE KAREN B. OWENS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[signature page follows]*

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: November 11, 2026
Wilmington, Delaware

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

By: */s/ Michael V. DiPietro*

Christopher A. Ward (No. 3877)
Michael V. DiPietro (No. 6781)
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (973) 597-2500
cward@lowenstein.com
mdipietro@lowenstein.com

-and-

Daniel Besikof
Lindsay Sklar
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
dbesikof@lowenstein.com
lsklar@lowenstein.com

*Counsel to Christopher Ames*