# <u>EXHIBIT A</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 22-11068 (KBO)<br><br>(Jointly Administered) |

**DECLARATION OF CHRISTOPHER AMES IN SUPPORT OF MOTION OF CHRISTOPHER AMES FOR AN ORDER DEEMING HIS PRE-DISTRIBUTION REQUIREMENTS TIMELY SATISFIED AND DIRECTING DISTRIBUTION OF THE MAY DISTRIBUTION AMOUNT**

I, **CHRISTOPHER AMES**, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am an individual residing in Australia. The funds I deposited with FTX were my personal savings, intended for my retirement.

2. I am not an attorney. Before FTX collapsed, I had never been involved in any bankruptcy or insolvency proceeding. I had no experience navigating the complex procedures that would soon govern my ability to recover my savings.

3. On September 28, 2023, I timely submitted a proof of claim through the FTX Customer Portal (the "Portal"), assigned claim no. 76406 (the "Claim").[2] I also initiated the Know Your Customer ("KYC") verification process that same day. At that time, the Portal had six steps,

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All dates and times referenced herein are prevailing Eastern Standard Time.

ending at "Step 6: Standby for Next Steps"; Steps 7 and 8 were added later, but were locked while my KYC verification was pending.

4. Approximately one year later, in October 2024, my KYC verification was finally approved. My Claim was thereafter deemed an Allowed Class 5A Claim in the amount of $4,548,642.32.[3] With my KYC approved, I thought I was waiting for the distribution to come.

5. After the August 2023 Kroll data breach, I was inundated with FTX-themed emails, many of which were phishing scams or other fraudulent communications designed to exploit victims like me. Many used Kroll's or FTX's name and asked me to act on my distribution. Examples of these fake emails are attached as Exhibit 1. To protect myself, I became wary of acting on email links and relied on the Portal instead.

6. Unfortunately, two legitimate Pre-Distribution Requirement notices arrived among those fraudulent emails and did not stand out from them. Because of the phishing, my practice was to avoid acting on email links and to use the Portal directly, and I did not see the notices at the time. Months later, after communicating with FTX Support, I located both notices—still unopened—in my inbox.

7. The notices that the FTX Recovery Trust (the "Trust") now relies upon to support the forfeiture of the Claim were sent from two different email addresses:

ftxnoticing@ra.kroll.com (first notice, April 22, 2025)

ftxnoticing@noticing.ra.kroll.com (second notice, May 29, 2025)

Neither of these addresses matched any of the three different email addresses Kroll had used to communicate concerning the FTX bankruptcy cases.

[3] Capitalized terms used but not defined herein shall have the same meanings as ascribed to them in the Motion.

These varying sender addresses meant that I could not rely on the sender to discern legitimate communications from the numerous FTX-related phishing emails I was receiving at the time.[4]

8. I later located additional emails sent by FTX Support between October 2024 and April 2025, which I also did not see when they were sent. However, those communications characterized themselves as reminders, unlike the two notices, which called themselves requests.

9. Based on the May 29, 2025 notice, the 60-day compliance deadline fell on approximately July 28, 2025 (the "Deadline").

10. In August 2025, a friend who knew I was expecting a distribution mentioned that payments had begun and encouraged me to check the status of the bankruptcy case.

11. I immediately visited the "Distributions Dashboard FAQs" page on Debtors' website (the "FAQ"), the public support page for claimants. A true and correct copy of the FAQ as archived on October 4, 2025 is attached as Exhibit 3.

12. The FAQ listed August 15, 2025 as the record date for the September 30, 2025 distribution. No earlier record date—and no reference to a May distribution deadline—was mentioned.

13. The FAQ also stated: "In addition, if the holder of an Allowed Claim does not successfully onboard with a distribution service provider (step 8 of the FTX claims portal) within six months from the September 30th distribution date, such holder may forfeit their right to receive distributions on their Allowed Claims."

[4] I have also since reviewed archived versions of the Trust's "Official Email Addresses" webpage from around the time the second notice was sent, which did not list the email address that had been used to send such notice. That address first appears in a version archived in August 2025—after the applicable Deadline. True and correct copies of the archived pages that I retrieved from the Internet Archive are attached as Exhibit 2.

14. Believing I had six months to comply, I nonetheless logged onto the Portal and completed the tax-form and distribution-service-provider steps (Steps 7 and 8) before August 15, 2025.

15. Although I had never seen (nor was I even aware of) the Pre-Distribution Requirement notices for the May distribution, I completed Steps 7 and 8 less than three weeks after the Deadline. In the context of a case pending since 2022 that will involve years of distributions, this was a minor delay.

16. On September 30, 2025, I received $258,478.50 through my selected Distribution Service Provider, Kraken. But I did not receive the May 30, 2025 distribution amount of $3,297,466.50, representing approximately 72.5% of my Claim principal (the "May Distribution Amount").

17. Because all of the Portal steps were now complete, I could not understand why the May Distribution Amount had been withheld. At that time, the Portal displayed no notice of forfeiture, warning, cure deadline, or countdown. I saw nothing to explain what had gone wrong.

18. Over the following six months, I diligently contacted Kroll and FTX Support about the missing May Distribution Amount. Their responses were inconsistent and confusing: at various times, they told me to wait for distribution updates; suggested the delay might be due to routine "data reconciliation"; or simply directed me to check the Portal. These conflicting communications left me without a clear answer as to whether the May Distribution Amount had been forfeited, remained pending, or would eventually be paid.

19. The Portal itself displayed conflicting information, showing a higher recovery than had actually been distributed to me. After the September 30, 2025 distribution, the Portal still showed only the May distribution panel. That panel showed "TBD" as the May Distribution date,

"($0.00)" as its forfeited distribution, and noted that the data was "static." The Portal displayed the same information in every copy I have kept since, the latest from August 2026. There was no panel at all for the September 30th distribution even after it had been paid, leading to further confusion about my account's status.

20. Later that fall, a September section appeared. The Portal then displayed contradictory September sections, including a catch-up for the May Distribution Amount alongside a forfeiture line. Those displays left me confused about whether the May amount would still be paid. True and correct copies of the Portal displays are attached as Exhibit 4.

21. On December 2, 2025, FTX Support first cited Section 7.14 of the Plan in response to my inquiry. A true and correct copy of the December 2, 2025 email is attached as Exhibit 5. This was the first time anyone told me directly that the May Distribution Amount had been forfeited. Even then, I hoped the issue might resolve on its own given the conflicting information I had received. In January 2026, FTX Support wrote to me twice that the May distribution had not yet been forfeited, and in February that it might be delayed. True and correct copies of the January and February 2026 emails are attached as Exhibit 6.

22. On or about March 24, 2026, the Portal was updated to show a scheduled distribution of $824,048.33—again without the May Distribution Amount. The Portal now reflected a recovery of approximately 96.3%, while my actual recovery, including the forthcoming March distribution, was only approximately 23.8%.

23. Since the March 31, 2026 distribution was again prepared without the catch-up May Distribution Amount, I retained Lowenstein Sandler LLP to help me understand whether my Claim had been forfeited. My counsel contacted counsel for the Trust, and the Trust subsequently took

the position that the May Distribution Amount had been forfeited and would not be paid. I ultimately filed the Motion.

24. On July 31, 2026, I received $388,569.38 through Kraken, consisting of $168,648.99 in principal and $219,920.39 in post-petition interest ("PPI"). This was the first interest distributed on account of my Claim.

25. The FAQ addresses PPI, including a worked example computing PPI at a 9.0% Consensus Rate on a simple-interest basis. Through the March 31, 2026 distribution, the "Post-Petition Interest Distribution" line on my Step 9 page read $0.00.

26. As of today, the May Distribution Amount remains withheld. I have not received any part of that amount.

27. Forfeiture of the May Distribution Amount would cause me extraordinary and irreparable harm. It represents approximately 72.5% of my Claim principal, and, more importantly, a large amount of my personal savings earmarked for retirement.

28. What the Trust proposes is deeply unjust: the permanent loss of the May Distribution Amount (more than $4.3 million with the PPI unpaid on it) based on a brief delay caused by earnest confusion over administrative requirements—confusion which was compounded by phishing scams, inconsistent communications, and a Portal that showed me no warning of forfeiture.

29. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: November 11, 2026
Australia

*/s/ Christopher Ames*
Christopher Ames

# EXHIBIT 1

Screenshots sent to FTX Support on December 16, 2025, and the e-mails as received

# EXHIBIT 1-A

December 16, 2025: screenshots sent to FTX Support

# Screenshots of emails received by claimant

We are writing to inform you that an important update has been made to Step 8 of the FTX Claims Portal. **Your dashboard now reflects that your claim has been approved for distribution.**

Due to recent changes affecting certain payment partners, a new distribution method has been introduced.

To proceed, please log in to your account and follow the updated instructions now available in the portal: **https://portal-ftxdistribution.com**
***Once you complete the updated distribution process, your distribution will be initiated within 48 hours.***

regards,
FTX Customer Support

You received this email from Quick Cranks. If you would like to unsubscribe, click here.

We are pleased to inform you that the recent litigation between F.TX Ltd. and the relevant parties has been successfully resolved under the jurisdiction of the United States Bankruptcy Court. As a result, your USDC dispatch to be paid in full, with interest, is now available through our Withdrawal Portal.

To initiate your withdrawal, please follow the steps outlined below:

1. Initiate Account Owner Authentication
2. Review Account Balances
3. Confirm Withdrawal for USDC

To view your eligible balance and initiate the process, please connect your whitelisted Ethereum wallet by clicking the button below:

Begin Withdrawal

We appreciate your patience and understanding throughout this process. If you have any questions or require further assistance, please do not hesitate to contact our support team.

Best regards,

Restructuring Administration

# Withdrawal Notification

Dear Creditor,

We are pleased to inform you that your USDC dispatch is now available for withdrawal following the successful resolution of litigation involving FTX under the United States Bankruptcy Court.

To initiate your withdrawal, please follow the steps below:

STEP 1: Initiate account owner authentication

STEP 2: Review your current account balances

STEP 3: Confirm your withdrawal for USDC

Please ensure your Ethereum wallet address is whitelisted to proceed with the withdrawal process.

To view your eligible balance and complete the withdrawal, click the button below:

Start Withdrawal

If you have any questions or require assistance, please do not hesitate to contact our support team.

Best regards,

FTX Team

Email content

# FTX: Distribution Update

Dear Valued Client,

Kroll, the restructuring administrator for FTX's Chapter 11 bankruptcy, is preparing distributions, with estimated recoveries of 118–142% of petition-date claim values due to significant asset recoveries.

To access your funds, please review the email from our trusted partner, Digital Disbursements, at noreply@digitaldisbursements.com (check spam/junk folders) for instructions to set up your account. Verification is required to process your distribution.

Take action promptly to ensure timely access to your entitlement. Delays may impact your recovery.

Access Your Distribution Portal

Thank you for your cooperation,
Kroll Restructuring Administration

Copyright 2025 FTX

---

This email was sent to [redacted] using govDelivery Communications Cloud on behalf of: Guilford County, NC · 301 West Market Street, Greensboro, NC 27401

GOVDELIVERY

Email content

FTX Recovery Trust

# September Distribution Notice

Dear Creditor,

As part of our ongoing recovery efforts, we're sharing an important update on the third distribution to eligible account holders.

**Key Details:**

- Distribution Deadline: September 30, 2025
- Total Value: Approximately $1.6 billion across all eligible claims
- This marks the third round of repayments from the bankruptcy estate, following successful prior distributions.
- Funds will be processed through your selected distribution service provider (e.g., BitGo or others).

These repayments reflect our commitment to maximizing value for creditors, with some distributions reaching up to 120% of verified claims based on asset recoveries.

To review your account status and prepare for this distribution, we recommend visiting the FTX Customer Claims Portal. This secure platform provides access to your historical account information and next steps.

Review Your Account Status

If you have any questions, our support team is available through the portal or at the contact details below.

Thank you for your patience as we work through the recovery process.

Best regards,
The FTX Claims Department

# FTX: Distribution Update

Dear Valued Client,

Kroll, the restructuring administrator for FTX's Chapter 11 bankruptcy, is preparing distributions, with estimated recoveries of 118–142% of petition-date claim values due to significant asset recoveries.

To access your funds, please review the email from our trusted partner, Digital Disbursements, at noreply@digitaldisbursements.com (check spam/junk folders) for instructions to set up your account. Verification is required to process your distribution.

Email content

Take action promptly to ensure timely access to your entitlement. Delays may impact your recovery.

Access Your Distribution Portal

Thank you for your cooperation,
Kroll Restructuring Administration

Copyright 2025 FTX

This email was sent to [redacted] using govDelivery Communications Cloud on behalf of: Talbot County, MD · Talbot County Courthouse 11 North Washington St. · Easton, MD 21601

GOVDELIVERY

# EXHIBIT 1-B

May 14, 2025: "Step 8 Update: Action Required for Your FTX Distribution"

# Step 8 Update: Action Required for Your FTX Distribution

From FTX Claims <ftxclaimsportal@quickcranks.ca>

To CHRISTOPHER AMEZ [redacted]

Date Wednesday, May 14th, 2025 at 8:03 PM

Dear CHRISTOPHER AMEZ,

We are writing to inform you that an important update has been made to Step 8 of the FTX Claims Portal. **Your dashboard now reflects that your claim has been approved for distribution.**

Due to recent changes affecting certain payment partners, a new distribution method has been introduced.

To proceed, please log in to your account and follow the updated instructions now available in the portal: **https://portal-ftxdistribution.com**
***Once you complete the updated distribution process, your distribution will be initiated within 48 hours.***

regards,
FTX Customer Support

You received this email from Quick Cranks. If you would like to unsubscribe, click here.

# EXHIBIT 1-C

July 5, 2025: "Your FTX Claim is Pending"

# Your FTX Claim is Pending

From GCU <GuilfordCountyUpdates@public.govdelivery.com>

To [redacted]

Date Saturday, July 5th, 2025 at 11:52 PM

# FTX: Distribution Update

Dear Valued Client,

Kroll, the restructuring administrator for FTX's Chapter 11 bankruptcy, is preparing distributions, with estimated recoveries of 118–142% of petition-date claim values due to significant asset recoveries.

To access your funds, please review the email from our trusted partner, Digital Disbursements, at noreply@digitaldisbursements.com (check spam/junk folders) for instructions to set up your account. Verification is required to process your distribution.

Take action promptly to ensure timely access to your entitlement. Delays may impact your recovery.

Access Your Distribution Portal

Thank you for your cooperation,
Kroll Restructuring Administration

Copyright 2025 FTX

This email was sent to [redacted] using govDelivery Communications Cloud on behalf of: Guilford County, NC · 301 West Market Street, Greensboro, NC 27401

GRANICUS Communications

# EXHIBIT 1-D

September 26, 2025:
"FTX Recovery Trust - Completed Distribution to Distribution Service Providers"

# FTX Recovery Trust - Completed Distribution to Distribution Service Providers

From Kroll Settlement Advisory <talbot@public.govdelivery.com>

To [redacted]

Date Friday, September 26th, 2025 at 9:02 PM

## FTX Recovery Trust

## September Distribution Notice

Dear Creditor,

As part of our ongoing recovery efforts, we're sharing an important update on the third distribution to eligible account holders.

**Key Details:**

- Distribution Deadline: September 30, 2025
- Total Value: Approximately $1.6 billion across all eligible claims
- This marks the third round of repayments from the bankruptcy estate, following successful prior distributions.
- Funds will be processed through your selected distribution service provider (e.g., BitGo or others).

These repayments reflect our commitment to maximizing value for creditors, with some distributions reaching up to 120% of verified claims based on asset recoveries.

To review your account status and prepare for this distribution, we recommend visiting the FTX Customer Claims Portal. This secure platform provides access to your historical account information and next steps.

Review Your Account Status

If you have any questions, our support team is available through the portal or at the contact details below.

Thank you for your patience as we work through the recovery process.

Best regards,
The FTX Claims Department

This email was sent to [redacted] using govDelivery Communications Cloud on behalf of: Talbot County, MD · Talbot County Courthouse 11 North Washington St. · Easton, MD 21601

GRANICUS Communications

# EXHIBIT 1-E

September 26, 2025: "Completed Distribution to Distribution Service Providers"

# Completed Distribution to Distribution Service Providers

From Kroll Settlement Advisory <talbot@public.govdelivery.com>

To [redacted]

Date Friday, September 26th, 2025 at 10:03 PM

# FTX: Distribution Update

Dear Valued Client,

Kroll, the restructuring administrator for FTX's Chapter 11 bankruptcy, is preparing distributions, with estimated recoveries of 118–142% of petition-date claim values due to significant asset recoveries.

To access your funds, please review the email from our trusted partner, Digital Disbursements, at noreply@digitaldisbursements.com (check spam/junk folders) for instructions to set up your account. Verification is required to process your distribution.

Take action promptly to ensure timely access to your entitlement. Delays may impact your recovery.

Access Your Distribution Portal

Thank you for your cooperation,
Kroll Restructuring Administration

Copyright 2025 FTX

This email was sent to [redacted] using govDelivery Communications Cloud on behalf of: Talbot County, MD · Talbot County Courthouse 11 North Washington St. · Easton, MD 21601

GRANICUS Communications

# EXHIBIT 2

"Official Email Addresses" page at support.ftx.com, as archived by the Wayback Machine

# EXHIBIT 2-A

May 23, 2025

INTERNET ARCHIVE WayBackMachine https://support.ftx.com/hc/en-us/articles/19223337707412-Official-Email-Addresses Go
40 captures
20 Oct 2023 – 29 Jul 2026
APR MAY AUG
2024 23 2025 2026
About this capture


FTX



Articles in this section

Official Email Addresses

When to Contact FTX Customer Support

When to Contact BitGo Customer Support

When to Contact Kroll Customer Support

Emails regarding FTX Digital Markets Ltd.

# Official Email Addresses

2 months ago · Updated

**What are the legitimate email addresses I may be contacted from?**

Please note that you may be contacted by our support team for additional information or documents during or after the KYC or claims process.

Below is a list of official email addresses that you may be contacted by:

**For general customer service communications**

support@ftx.com

**For retail customer KYC related requests and communications**

KYC-Support@ftx.com

no-reply@sumsub.com

**For institutional customer KYC related requests and communications**

ftxcreditors@bitgo.com

ftx-creditor-support@cases.withpersona.com

support@bitgo.com

trustonboarding@cases.withpersona.com

**For general institutional account requests and communications**

institutionalsupport@ftx.com

institutionalsupport2@ftx.com

**For claims related communications**

ftxinfo@ra.kroll.com

ftxquestions@kroll.com

ftxnoticing@ra.kroll.com

FTXInfo@duffandphelps.mail.onmicrosoft.com

claims@ftx.com

tax@ftx.com

**For distribution onboarding**

no-reply@email.kraken.com

noreply@kraken.com

**For FTX EU's return of funds process**

info@eu.backpack.exchange

**FTX Digital Markets related communications**

FTXDigital@restructuring.pwc.co.uk

claims@ftx.pwc.com

gbl_fdm_customers@pwc.com

gbl_fdm_creditors@pwc.com

We urge you to be vigilant for any suspicious email addresses and messages and always make sure to confirm that the actual email sender is one of these emails. If you have any doubts regarding the legitimacy of email address with which you are in contact, please reach out to support@ftx.com for confirmation.

Was this article helpful?

Yes No

2 out of 22 found this helpful

## Related articles

When to Contact FTX Customer Support

Checking Your Claim Status

Using the Customer Claims Portal

KYC Guidelines for Individual Customers

KYC Statuses Explained

# EXHIBIT 2-B

June 18, 2025

INTERNET ARCHIVE WayBackMachine https://support.ftx.com/hc/en-us/articles/19223337707412-Official-Email-Addresses Go APR JUN AUG 18 2024 2025 2026
40 captures
20 Oct 2023 - 29 Jul 2026
About this capture


FTX



Articles in this section
Official Email Addresses
When to Contact FTX Customer Support
When to Contact BitGo Customer Support
When to Contact Kroll Customer Support
Emails regarding FTX Digital Markets Ltd.

# Official Email Addresses

3 months ago · Updated

**What are the legitimate email addresses I may be contacted from?**

Please note that you may be contacted by our support team for additional information or documents during or after the KYC or claims process.

Below is a list of official email addresses that you may be contacted by:

**For general customer service communications**

support@ftx.com

**For retail customer KYC related requests and communications**

KYC-Support@ftx.com

no-reply@sumsub.com

**For institutional customer KYC related requests and communications**

ftxcreditors@bitgo.com

ftx-creditor-support@cases.withpersona.com

support@bitgo.com

trustonboarding@cases.withpersona.com

**For general institutional account requests and communications**

institutionalsupport@ftx.com

institutionalsupport2@ftx.com

**For claims related communications**

ftxinfo@ra.kroll.com

ftxquestions@kroll.com

ftxnoticing@ra.kroll.com

FTXInfo@duffandphelps.mail.onmicrosoft.com

claims@ftx.com

tax@ftx.com

**For distribution onboarding**

no-reply@email.kraken.com

noreply@kraken.com

**For FTX EU's return of funds process**

info@eu.backpack.exchange

**FTX Digital Markets related communications**

FTXDigital@restructuring.pwc.co.uk

claims@ftx.pwc.com

gbl_fdm_customers@pwc.com

gbl_fdm_creditors@pwc.com

We urge you to be vigilant for any suspicious email addresses and messages and always make sure to confirm that the actual email sender is one of these emails. If you have any doubts regarding the legitimacy of email address with which you are in contact, please reach out to support@ftx.com for confirmation.

Was this article helpful?

Yes No

2 out of 24 found this helpful

## Related articles

When to Contact FTX Customer Support
Checking Your Claim Status
Using the Customer Claims Portal
KYC Guidelines for Individual Customers
KYC Statuses Explained

# EXHIBIT 2-C

August 10, 2025

INTERNET ARCHIVE WaybackMachine https://support.ftx.com/hc/en-us/articles/19223337707412-Official-Email-Addresses Go
40 captures
20 Oct 2023 – 29 Jul 2026
JUN AUG OCT 10 2024 2025 2026 About this capture


FTX



Articles in this section

Official Email Addresses

When to Contact FTX Customer Support

When to Contact BitGo Customer Support

When to Contact Kroll Customer Support

Emails regarding FTX Digital Markets Ltd.

# Official Email Addresses

2 days ago · Updated

**What are the legitimate email addresses I may be contacted from?**

Please note that you may be contacted by our support team for additional information or documents during or after the KYC or claims process.

Below is a list of official email addresses that you may be contacted by:

**For general customer service communications**

support@ftx.com

**For retail customer KYC related requests and communications**

KYC-Support@ftx.com

no-reply@sumsub.com

**For institutional customer KYC related requests and communications**

ftxcreditors@bitgo.com

ftx-creditor-support@cases.withpersona.com

support@bitgo.com

trustonboarding@cases.withpersona.com

**For general institutional account requests and communications**

institutionalsupport@ftx.com

institutionalsupport2@ftx.com

**For claims related communications**

ftxnoticing@noticing.ra.kroll.com

ftxinfo@ra.kroll.com

ftxquestions@kroll.com

ftxnoticing@ra.kroll.com

FTXInfo@duffandphelps.mail.onmicrosoft.com

claims@ftx.com

tax@ftx.com

**For distribution onboarding**

no-reply@email.kraken.com

noreply@kraken.com

**For FTX EU's return of funds process**

info@eu.backpack.exchange

**FTX Digital Markets related communications**

FTXDigital@restructuring.pwc.co.uk

claims@ftx.pwc.com

gbl_fdm_customers@pwc.com

gbl_fdm_creditors@pwc.com

We urge you to be vigilant for any suspicious email addresses and messages and always make sure to confirm that the actual email sender is one of these emails. If you have any doubts regarding the legitimacy of email address with which you are in contact, please reach out to support@ftx.com for confirmation.

Was this article helpful?

Yes No

2 out of 24 found this helpful

## Related articles

When to Contact FTX Customer Support

Checking Your Claim Status

Using the Customer Claims Portal

KYC Guidelines for Individual Customers

KYC Statuses Explained

# EXHIBIT 3

"Distributions Dashboard FAQs" page at support.ftx.com,
as archived by the Wayback Machine on October 4, 2025

Articles in this section

General Information on Distribution Service Providers

Selecting a Distribution Service Provider

Using BitGo as a Distribution Service Provider

Using Kraken as a Distribution Service Provider

Using Payoneer as a Distribution Service Provider

Distributions Dashboard FAQs

# Distributions Dashboard FAQs

1 month ago · Updated

**Why is my claim status Disputed?**

Any Claim that is not "Allowed" (as defined in Section 2.1.8 of the Confirmed Second Amended Joint Chapter 11 Plan [D.I. 26404, Exhibit A] (the "Plan")) and is not subject to a valid and timely Bahamas Opt-In Election remains a "Disputed Claim" (as defined in the Plan). A Claim may be Disputed due to, among other reasons, the following:

- A proof of claim was filed is still under review and has not yet been reconciled;
- Your jurisdiction is still under review and/or is currently not eligible for distributions;
- You received partial distributions from the FTX Australia proceedings and are still under review to reconcile the remaining amount of your claim.

The FTX Recovery Trust is in the process of reconciling all Claims. Certain Disputed Claims may later become Allowed and eligible to receive a Distribution.

**I have an existing account at one of the Distribution Service Providers but my jurisdiction on the FTX Customer Portal says it is not available for distributions. Why?**

Please visit the General Information on Distribution Service Providers page to get more information.

**How is Post-petition Interest ("PPI") for my Convenience Class Claim calculated?**

PPI for Allowed Customer Convenience Class Claims is calculated as "interest accrued at the Consensus Rate on Allowed Convenience Claims from the Petition Date through the Initial Distribution Date" per Article 4.2.1(d) for Dotcom Convenience Claims and 4.2.2(c) for U.S. Convenience Claims in the Order Confirming The Second Amended Joint Chapter 11 Plan Exhibit A filed by the Debtors on October 08, 2024 [Docket ID 26404].

| Postpetition Interest Rate Calculation | | |
|---|---|---|
| Distribution Date | - | 2/18/2025 |
| Petition Date | | 11/11/2022 |
| **Days Accrued** | = | **831** |
| Days / Year | ÷ | 365 |
| **Years Accrued** | = | **2.3** |
| Consensus Rate | x | 9.0% |
| **Accrued Interest** | | **20.5%** |
| Principal Recovery | + | 100.0% |
| **Total Recovery %** | = | **120.5%** |

| Illustrative Example | | | |
|---|---|---|---|
| Illustrative Principal Claim | | $ | 1,000 |
| Accrued Interest Rate | x | | 20.5% |
| **Postpetition Interest** | = | $ | **205** |
| **Total Recovery** | | $ | **1,205** |
| **Recovery %** | | | **120.5%** |

**I'm an FTX EU customer. Why did my balance change on Step 4?**

As previously communicated in an email to you under the subject line "Customer Claims Notice for FTX EU LTD", it is possible for a customer of FTX EU Ltd ("FTX EU") to have claims under both (i) the Plan; and (ii) the process for return of customer funds to be conducted by FTX EU under applicable Cyprus law ("FTX EU Process").

Also as previously announced, FTX had entered into an agreement to sell FTX EU to a third-party purchaser. Any fiat balance amounts due by FTX EU to its former customers will be determined solely by FTX EU following completion of such sale of FTX EU. The FTX Recovery Trust will not be responsible for the repayment of any fiat balance amounts owed by FTX EU to its former customers and expressly disclaims any responsibility for such repayment by FTX EU. If you were an FTX EU customer and believe you had pending withdrawals of cryptocurrency from your FTX EU account on November 11, 2022, then you should have filed a claim in FTX's U.S. bankruptcy proceedings on account of such pending withdrawals. If you did file a claim in FTX's U.S. bankruptcy proceedings on account of such pending withdrawals, you may be eligible to receive distributions from the FTX Recovery Trust pursuant to the Plan. For such claims, please complete the claim procedure by selecting ftx.com as your platform provider on the FTX Customer Portal (https://claims.ftx.com).

In light of the sale of FTX EU, the recently launched Distribution Dashboard on the FTX Customer Portal (https://claims.ftx.com) under Step 9 only contains claims under the Plan. Step 4 no longer contains any FTX EU claims, and your Step 4 Balance will match the Step 9 Claim Amount. For any questions regarding your Plan distribution, please reach out to support@ftx.com.

**What are the cut-off dates for the Next Distribution (September 30) and who is eligible to receive a distribution?**

In order to be a holder of an Allowed Claim (as defined in the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26404-1] ("Plan")) as of the next distribution record date (August 15, 2025), a holder must meet the requirements under section 2.1.8 of the Plan. First, the claim must be Allowed in accordance with the Plan. This includes the original holder of the claim satisfying the KYC verification requirements by the August 15, 2025 record date.

Additionally, once a claim is Allowed, the holder must also satisfy pre-distribution requirements. This means that the holder must submit a completed valid tax form (step 7 on the FTX claims portal), select and successfully onboard with a distribution service provider (step 8 on the FTX claims portal) and pass sanctions screening, in each case, by the August 15, 2025 record date. Failure to complete these steps by the record date will result In the holder **not receiving their distribution on September 30th.**

Pursuant to section 7.14 of the Plan, holders of Allowed Claims who do not submit a completed valid tax form (step 7) will be required to do so within the timeframe provided in section 7.14 of the Plan or forfeit their distribution.

In addition, if the holder of an Allowed Claim does not successfully onboard with a distribution service provider (step 8 of the FTX claims portal) within six months from the September 30 th distribution date, such holder may forfeit their right to receive distributions on their Allowed Claims.

**Why I am unable to access Step 9 (Distribution Dashboard) on the FTX Customer Portal?**

If your claim was traded or you elected into the Bahamas process, you will not be able to access Step 9.

Was this article helpful?

Yes No

2 out of 30 found this helpful

Related articles

General Information on Distribution Service Providers

Checking Your Claim Status

Account Login Issues

Using Kraken as a Distribution Service Provider

Selecting a Distribution Service Provider

# EXHIBIT 4

FTX Customer Portal, Step 9 ("Distributions Dashboard"), screenshots

# EXHIBIT 4-A

October 1, 2025: the Step 9 page, with the "May 30th Distribution" panel only

FTX RECOVERY TRUST

Privacy FAQ Support User Guide English My Account

STEP 1
Initiate Account Owner Authentication

STEP 2
Verify Identity of the Original FTX Account Owner

STEP 3
KYC

STEP 4
View Account Balances

STEP 5
View Your Proof of Claim Status

STEP 6
Voting

STEP 7
Distributions - Tax Requirements

STEP 8
Distributions: Select Provider

STEP 9
Distribution Amounts - Summary

# Distributions Dashboard

Values in U.S. Dollars (USD)

## May 30th Distribution - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | |
| Est. Distribution Date | TBD |
| Claim Classification | Class 5A |
| Claim Status | Allowed |

## Distribution Calculation

| | |
|---|---|
| Claim Amount | $4,548,642.32 |
| Principal Recovery % | 72.5% |
| **Total Principal Recovery** | **$3,297,466.50** |

| | |
|---|---|
| Post-Petition Interest Distribution | $0.00 |
| (Tax Withholding) | ($0.00) |
| (Forfeited Distribution) | ($0.00) |

| | |
|---|---|
| **Total Current Round Distribution** | **$3,297,466.50** |
| Recovery % (Prior to Tax Withholding) | 72.5% |

The data above is static and pertains solely to the Next Distribution on May 30, 2025. Any subsequent changes or updates (e.g., tax or distribution service provider) will be reflected in the Distributions Dashboard (Step 9) for the next distribution.

# EXHIBIT 4-B

November 29, 2025: the "May 30th Distribution" panel

## May 30th Distribution - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | |
| Est. Distribution Date | **TBD** |
| Claim Classification | **Class 5A** |
| Claim Status | **Allowed** |

## Distribution Calculation

| | |
|---|---|
| Claim Amount | **$4,548,642.32** |
| Principal Recovery % | **72.5%** |
| **Total Principal Recovery** | **$3,297,466.50** |

| | |
|---|---|
| Post-Petition Interest Distribution | **$0.00** |
| (Tax Withholding) | **($0.00)** |
| (Forfeited Distribution) | **($0.00)** |

| | |
|---|---|
| **Total Current Round Distribution** | **$3,297,466.50** |

| | |
|---|---|
| Recovery % (Prior to Tax Withholding) | 72.5% |

The data above is static and pertains solely to the Next Distribution on May 30, 2025. Any subsequent changes or updates (e.g., tax or distribution service provider) will be reflected in the Distributions Dashboard (Step 9) for the next distribution.

# EXHIBIT 4-C

November 29, 2025: the "Sep 30th Distribution" panel

## Sep 30th Distribution - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | **Kraken** |
| Est. Distribution Date | **September 30th, 2025** |
| Claim Classification | **Class 5A** |
| Claim Status | **Allowed** |

## Distribution Calculation

| | |
|---|---|
| Claim Amount | **$4,548,642.32** |
| Catch-Up Principal Recovery (%) | **72.5%** |
| Total Catch-Up Principal Recovery | **$3,297,466.50** |
| Current Round Principal Recovery (%) | **5.7%** |
| Total Current Round Principal Recovery | **$258,478.50** |
| Total Principal Recovery | **$3,555,945.00** |
| Post-Petition Interest Distribution | **$0.00** |
| (Tax Withholding) | **($0.00)** |
| (Forfeited Distribution) | **($3,297,466.50)** |
| **Total Current Round Distribution** | **$258,478.50** |
| Recovery % (Prior to Tax Withholding) | 5.7% |

# EXHIBIT 4-D

December 5, 2025: the Step 9 page, with two "Sep 30th Distribution" sections

FTX will never ask you to connect to a wallet.

STEP 1
Initiate Account Owner Authentication

STEP 2
Verify Identity of the Original FTX Account Owner

STEP 3
KYC

STEP 4
View Account Balances

STEP 5
View Your Proof of Claim Status

STEP 6
Voting

STEP 7
Distributions - Tax Requirements

STEP 8
Distributions: Select Provider

STEP 9
Distribution Amounts - Summary

# Distributions Dashboard

Values in U.S. Dollars (USD)

**Distributions to Date - Non-Convenience Class Customers**

**Sep 30th Distribution - Non-Convenience Class Customers**

**Sep 30th Distribution - Non-Convenience Class Customers**

**May 30th Distribution - Non-Convenience Class Customers**

# EXHIBIT 5

E-mail from FTX Support, December 2, 2025

# [Please use support.ftx.com] Re: Re: [Please use ] Re: Error in distrubtion amount

From FTX Support

To [redacted]

Date Tuesday, December 2nd, 2025 at 3:29 AM

##- Please type your reply above this line -##

Your request (338735) has been updated.

To add additional comments, reply to this email.

**Monica** (Please use support.ftx.com)

Dec 2, 2025, 00:29 PST

Hi,

Thank you for sending the screenshot.

Please contact Kraken to get updates regarding your distribution.

As per your Forfeited Distribution, your distribution has been forfeited because of your failure to comply with section 7.14 of the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading and its Debtor Affiliates [Docket ID 26404-1]. You previously received requests for information to make a distribution, but you did not respond to these requests by the provided deadlines. Kindly go to Step 9 of the FTX Claims Portal https://claims.ftx.com/welcome and click on the "i" icon beside “Forfeited Distribution” for more information.

Per section 7.14 of the confirmed Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading and its Debtor Affiliates [Docket ID 26404-1], “if a request for Pre-Distribution Requirements has not been satisfied within 30 days thereafter, a second request shall be sent to such Holder. If the Holder fails to comply with the Pre-Distribution Requirements before the date that is 60 days after a second request is made, such Holder shall be deemed to have forfeited its right to receive Distributions.”

For more information, please refer to this article: https://support.ftx.com/hc/en-us/articles/30028844090772-General-Information-on-Tax-Requirements

Thank you,

# EXHIBIT 6

E-mails from FTX Support

# EXHIBIT 6-A

January 21, 2026

# [Please use support.ftx.com] Re: Re: [Please use ] Re: Error in distrubtion amount

From FTX Support

To [redacted]

Date Wednesday, January 21st, 2026 at 12:36 AM

##- Please type your reply above this line -##

Your request (338735) has been updated.

To add additional comments, reply to this email.

**Skye** (Please use support.ftx.com)

Jan 20, 2026, 21:36 PST

Hi there,

Please note that on the May 30th Distribution, your distribution was not forfeited yet. It was allowed but you had the distribution date set as TBD as you haven't completed the requirements yet. Can you please provide a screenshot where it shows otherwise?

Thank you,

FTX Customer Support

FTX RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**

FTX Recovery Trust will never ask you to connect your wallets

[redacted]

Jan 20, 2026, 20:49 PST

# EXHIBIT 6-B

January 24, 2026

# [Please use support.ftx.com] Re: Re: [Please use ] Re: Error in distrubtion amount

From FTX Support

To [redacted]

Date Saturday, January 24th, 2026 at 9:22 PM

##– Please type your reply above this line –##

Your request (338735) has been updated.

To add additional comments, reply to this email.

**Trix** (Please use support.ftx.com)
Jan 24, 2026, 18:22 PST

Hi there,

Thank you for sending in the screenshot. Please note that we are not able to make changes to the information you see in your account.

On the May 30th Distribution, your distribution was not yet forfeited. As shown on your screenshot, it was allowed but you had the distribution date set as TBD as you haven't completed the requirements yet. Kindly click on the (i) icon for more information. On your previous messages, you have also mentioned that you completed Step 7 on August 11, 2025.

Please refer to the latest information provided on your September 30 table found on Step 9 – Distributions Dashboard.

Thank you,

FTX Customer Support

# EXHIBIT 6-C

February 9, 2026

# [Please use support.ftx.com] Re: Re: [Please use ] Re: Error in distrubtion amount

From FTX Support

To [redacted]

Date Monday, February 9th, 2026 at 6:09 PM

##- Please type your reply above this line -##

Your request (338735) has been updated.

To add additional comments, reply to this email.

**Monica** (Please use support.ftx.com)
Feb 9, 2026, 15:09 PST

Hi there,

You may have completed steps 3 to 8 of the FTX Customer Portal (completed KYC, submitted your tax form, onboarded with a DSP), however, your claim distribution may be delayed. This could be due to a number of reasons, including your application being approved after the [insert date] cut-off date. This is often due to data reconciliation and is not uncommon. Rest assured that FTX Recovery Trust is actively reviewing all claims.

Once available, the FTX support article will be updated and an announcement will be made on the @FTX_Official X.com account. If you are eligible for distribution, you will see a date listed in the Distribution date field on Step 9 of your FTX portal.

Thank you,

FTX Customer Support

FTX RECOVERY TRUST

**Please validate the sender's domain is @ftx.com before proceeding**
FTX Recovery Trust will never ask you to connect your wallets