**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. ___** |

**ORDER GRANTING THE MOTION OF CHRISTOPHER AMES FOR AN ORDER DEEMING HIS PRE-DISTRIBUTION REQUIREMENTS TIMELY SATISFIED AND DIRECTING DISTRIBUTION OF THE MAY DISTRIBUTION AMOUNT**

Upon consideration of the motion (the "Motion") of Christopher Ames ("Movant") for entry of an order (a) deeming his submission of Pre-Distribution Requirements[2] under Section 7.14 of the Plan timely satisfied, or alternatively, accepting such submission as excusably late, and (b) directing the FTX Recovery Trust and Distribution Agent to treat Movant's May Distribution Amount as payable and to release such amount, together with the PPI attributable to it, to Movant no later than the next distribution cycle; and upon consideration of the Ames Declaration; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or the Plan, as applicable.

in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that no other or further notice is necessary under the circumstances; and any objections to the Motion having been withdrawn, resolved, or overruled on the merits; and this Court having determined that the legal and factual bases set forth in the Motion and the Ames Declaration establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Movant's Pre-Distribution Requirements are hereby deemed timely satisfied for all purposes under the Plan, including Section 7.14 thereof, or, alternatively, Movant's late satisfaction of the Pre-Distribution Requirements is accepted pursuant to Bankruptcy Rule 9006(b)(1) on account of excusable neglect. Movant shall not be deemed to have forfeited his right to receive the May Distribution Amount or any other Distribution on account of his Allowed Claim (Claim No. 76406).

3. The FTX Recovery Trust and the Distribution Agent shall treat Movant's May Distribution Amount in the amount of $3,297,466.50 as payable.

4. The FTX Recovery Trust and the Distribution Agent are directed to pay the May Distribution Amount, together with the PPI attributable thereto, to Movant no later than the first Distribution Date occurring after entry of this Order.

5. Notwithstanding any applicable Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

6. The FTX Recovery Trust and the Distribution Agent are authorized and directed to execute and deliver such documents, and to take and perform all actions reasonably necessary, to implement and effectuate the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.