**CERTIFICATE OF SERVICE**

I, Michael V. DiPietro, certify that I am not less than 18 years of age, and that service of the foregoing was made on November 11, 2026, via the Court's CM/ECF system on the parties that have consented to electronic service, and upon the parties listed below via email.

| | |
|---|---|
| *Counsel for the FTX Recovery Trust*<br><br>LANDIS RATH & COBB LLP<br>Adam G. Landis<br>Matthew B. McGuire<br>Kimberly A. Brown<br>Matthew R. Pierce<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com | *Counsel for the FTX Recovery Trust*<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York 10004<br>dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com |
| *Office of the United States Trustee*<br><br>Benjamin A. Hackman<br>Linda Richenderfer<br>Jonathan Lipshie<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov<br>linda.richenderfer@usdoj.gov<br>jon.lipshie@usdoj.gov | |

Under penalty of perjury, I declare that the foregoing is true and correct.

11/11/2026 *\/s/ Michael V. DiPietro*

Date Signature