**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

2026 NOV 10 A 9:45

| | |
|---|---|
| In re:<br>FTX TRADING LTD., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 22-11068 (KBO)<br>(Jointly Administered)<br>**Related Docket No.: 36919**<br>**Hearing Date: November 19, 2026 at 1:00 p.m. (ET)**<br>**Objection: Nov. 12, 2026, 4:00 p.m. (ET)** |

## LIMITED OBJECTION TO THE FTX DEADLINE EXTENSION MOTION (D.I. 36919)

**Motion of the FTX Recovery Trust for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline**

**Objector: JIANHUA JIN**

I am an FTX customer creditor living in mainland China. My FTX claim number is 02160828. I am submitting this objection on my own behalf. In deciding whether to grant another year, I ask the Court to consider what that additional time would mean for individual creditors like me.

### 1. I understand that the Trust needs time, but I do not understand why it needs another full year.

The Court has already extended the deadline to January 4, 2027. I understand that the Trust still has many claims to review and that some are complicated. But after reading the motion, I still do not understand why it needs another full year. If there is more work to do, why not grant a shorter extension and then look at the Trust's progress before deciding whether more time is needed?

### 2. I checked my claim again and saw the same result.

I recently logged back into the FTX Customer Claims Portal. It still showed "TBD" and "Dispute," just as it did before. The hardest part for me is not knowing what I am waiting for. What is holding up my claim? Is there something I need to provide, or is there nothing I can do but wait? The Trust is asking for another year, but the motion does not tell me when I can expect answers to those questions.

**3. Creditors in mainland China face another practical problem: no distribution service provider is available to us.**

The Trust says in its motion that the extension would not harm any interested party. But according to FTX's published guidance, creditors living in mainland China still cannot select a distribution service provider in the portal. My claim is still unresolved, and I do not know whether there is anything I need to do or any deadline I need to meet while I wait. That is exactly why I would like the Trust to explain what creditors like me can do while no provider is available and which deadlines we need to watch.

**4. What I am asking the Court to do**

I respectfully ask the Court to deny the requested one-year extension as it applies to customer claims.If the Court determines that the Trust needs more time, I ask that it grant a shorter extension and require the Trust to file a written status report within 60 days of the Court's decision. The report should tell us when we can expect a clear update, whether we need to provide any additional documents, and which deadlines we must meet while we cannot select a distribution service provider.

I am not asking the Court to decide my claim or order payment now. I am simply asking that, if I have to keep waiting, I be told why, what happens next, and whether there is anything I can do in the meantime.

Respectfully submitted,
JIANHUA JIN (pro se creditor)
Dated: November 8, 2026
FTX Claim ID:02160828
Email: hunterjin@gmail.com

JIANHUA JIN

## CERTIFICATE OF SERVICE

I hereby certify that as of November 8, 2026, I caused a true and correct copy of the foregoing Objection of JIANHUA JIN to the FTX Recovery Trust's Motion to Extend Deadlines to Object to Claims and Administrative Claims (D.I. 36919) to be served via electronic mail upon the following recipients:

**Counsel for the FTX Recovery Trust – Sullivan & Cromwell LLP**

Andrew G. Dietderich – dietdericha@sullcrom.com
James L. Bromley – bromleyj@sullcrom.com
Brian D. Glueckstein – gluecksteinb@sullcrom.com
Alexa J. Kranzley – kranzleya@sullcrom.com

**Delaware Counsel for the Trust – Landis Rath & Cobb LLP**

Adam G. Landis – landis@lrclaw.com
Kimberly A. Brown – brown@lrclaw.com
Matthew R. Pierce – pierce@lrclaw.com
Matthew B. McGuire – mcguire@lrclaw.com

**Office of the United States Trustee – District of Delaware**
Juliet M. Sarkessian – juliet.m.sarkessian@usdoj.gov
Benjamin A. Hackman – benjamin.a.hackman@usdoj.gov
David Gerardi – david.gerardi@usdoj.gov

JIANHUA JIN (pro se creditor)
Dated: November 8, 2026
FTX Claim ID:02160828
Email: hunterjin@gmail.com

JIANHUA JIN