**CERTIFICATE OF SERVICE**

I, Daniel M. Pereira, Esq., hereby certify that a true and correct copy of the foregoing *Limited Objection of Nathaniel Parke to the FTX Recovery Trust's Motion for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline* was filed electronically with the Court on November 12, 2026. Notice of this filing will be sent today to all parties via the Court's electronic filing system.

Dated: November 12, 2026

*/s/ Daniel M. Pereira*
Daniel M. Pereira