**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

FTX TRADING LTD., *et al.*,

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

**Related Docket No. 36966**

## NOTICE OF WITHDRAWAL

DLA Piper LLP (US), as counsel for Xiao Haidong, hereby withdraws the *Limited Objection of Xiao Haidong to FTX Recovery Trust's Motion for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline (D.I. 36919)*, filed on November 12, 2026 [D.I. No. 36966], without prejudice.

Dated: November 13, 2026
Wilmington, Delaware

**DLA PIPER LLP (US)**

/s/ *Aaron S. Applebaum*
Aaron S. Applebaum, Esq. (DE #5587)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2462
Email: aaron.applebaum@us.dlapiper.com

- *and* -

Dennis C. O'Donnell (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: dennis.odonnell@us.dlapiper.com

*Counsel for Xiao Haidong*