**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al*., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF VITOR VIEIRA BELARMINO IN SUPPORT OF HIS LIMITED OBJECTION TO THE MOTION OF THE FTX RECOVERY TRUST FOR ENTRY OF AN ORDER FURTHER EXTENDING THE CLAIMS OBJECTION DEADLINE AND THE ADMINISTRATIVE CLAIMS OBJECTION DEADLINE [D.I. 36919]**

I, Vitor Vieira Belarmino, of full age, hereby certify, under penalty of perjury, as follows. Dates stated below are prevailing Eastern time, with the Coordinated Universal Time date given in parentheses where it differs.

1. I make this declaration in support of my Limited Objection to the Motion of the FTX Recovery Trust for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline [D.I. 36919] (the "Objection"). Capitalized terms not defined herein have the meanings given to them in the Objection.

2. Except where otherwise stated, I have personal knowledge of the factual averments set forth herein, and if called upon to do so, I could and would appear before the Court and competently testify to the truth thereof.

3. I am the holder of the claim identified by unique customer code 02968219, account identification number 66619401, and schedule number 6529458 (the "Claim"). The e-mail address associated with the Claim is vitorvieiramkt@gmail.com.

4. Each document attached hereto is a true and correct copy of a message sent to or

from that address, of a page of the customer claims portal as it appeared to me, or of a document produced by the Debtors' notice and claims agent.

5. On March 28, 2023, I received a message setting out my scheduled claim information and my unique customer code. A true and correct copy is attached hereto marked as Exhibit 1.

6. On April 8, 2023, I accepted my scheduled claim information and received confirmation number 3265-70-YOJHA-734924524. A true and correct copy of the confirmation, sent to me on September 18, 2023, is attached hereto marked as Exhibit 2.

7. A true and correct copy of the claims register page for schedule number 6529458, printed on October 22, 2026, is attached hereto marked as Exhibit 3.

8. On August 16, 2024, I submitted a Class 5A ballot and received confirmation number 3265-2-LLEIQ-760825495. A true and correct copy of the confirmation is attached hereto marked as Exhibit 4.

9. I voted to accept the Plan and consented to a Stipulated Amount of $164,877.02 for voting, allowance, and distribution. A true and correct copy of the ballot as submitted is attached hereto marked as Exhibit 10.

10. KYC Support asked me for a source of funds document on November 3, 2023, and again on December 13, 2023. On February 26, 2024, KYC Support wrote that the documents I had provided did not support my claim balance. I sent my income tax return on March 5, 2024 (March 6 UTC). KYC Support then asked for bank statements showing my deposits into Binance and my transfers from Binance to FTX, and on March 12, 2024, I sent screenshots of my FTX balance and of those transfers. On March 12, 2024, KYC Support wrote to me: "Your KYC is being processed, and no further information is needed from you." A true and correct copy of that

exchange is attached hereto marked as Exhibit 5.

11. I selected Kraken as my distribution service provider. On April 11, 2025 (April 12 UTC), Kraken confirmed that my Kraken account had been linked to my FTX claim. On June 24, 2025, Kraken wrote that, because of the timing of that link, my account was not included in the distribution of May 30, 2025. A true and correct copy of that exchange is attached hereto marked as Exhibit 6.

12. On April 27, 2025 (April 28 UTC), FTX Support wrote to me that my "KYC status is marked as Failed" and that "we are not able to make changes at this time," and set out what that status means. On May 1, 2025, FTX Support wrote that I "w[as] not verified, as [my] submission did not meet the necessary requirements," without telling me which requirement was not met. On May 28, 2025, FTX Support wrote that "KYC resubmission is no longer available." A true and correct copy of that exchange is attached hereto marked as Exhibit 7.

13. I continued to write to FTX Support. A true and correct copy of that exchange, which includes its message of May 5, 2025, is attached hereto marked as Exhibit 8.

14. On March 18, 2026, the notice and claims agent wrote to me that "[f]or KYC concerns, please contact FTX_KYC@alvarezandmarsal.com." A true and correct copy of that exchange is attached hereto marked as Exhibit 14.

15. On March 20, 2026, and again on March 25, 2026, I wrote to FTX_KYC@alvarezandmarsal.com. A true and correct copy of those messages is attached hereto marked as Exhibit 9.

16. With those messages I sent a signed source of funds declaration, my passport with a photograph of myself, proof of address, my Binance account identification, screenshots of the 2022 transfers from Binance to FTX, and my 2022 income tax return. A true and correct copy of

that package is attached hereto marked as Exhibit 11. I have received no response to either message.

17. A true and correct copy of the know your customer page of the customer claims portal, as it appeared to me on October 18, 2026, is attached hereto marked as Exhibit 12. It shows that step as failed, and the control to begin the process is not available to me.

18. A true and correct copy of the distributions dashboard of the customer claims portal, as it appeared to me on October 18, 2026, is attached hereto marked as Exhibit 13. It lists Kraken as my distribution method and shows the status of the Claim as Disputed, with each distribution amount shown as to be determined.

19. I have received no distribution on account of the Claim. No one has told me why the Claim is treated as disputed, or what, if anything, remains outstanding from me.

Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing statements made by me are true and correct. I am aware that if any of said statements are willfully false, I am subject to the penalties of perjury.

Dated: November 13, 2026

*/s/ Vitor Vieira Belarmino*
Vitor Vieira Belarmino