# EXHIBIT 1

# FTX - Your Scheduled Claim Information and Unique Customer Code

Thread ID: 1873153208f1014d | Mensagens: 1

## — Mensagem 1 de 1 —

**De:** ftx@noticing.ra.kroll.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 28/03/2023 21:34 UTC

**Assunto:** FTX - Your Scheduled Claim Information and Unique Customer Code

YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.

YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022.

Your Unique Customer Code is 02968219

Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

BTC[2.1408782400000000]

ETH[101.9461573100000000]

ETHW[101.9185611100000000]