# EXHIBIT 2

# Acceptance of Scheduled Claim Information Related to FTX Customer Claims

Thread ID: 18aaa3667a1459e6 | Mensagens: 1

### — Mensagem 1 de 1 —

**De:** ftx@noticing.ra.kroll.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 18/09/2023 21:33 UTC

**Assunto:** Acceptance of Scheduled Claim Information Related to FTX Customer Claims

---

You are receiving this confirmation message because you previously accepted your scheduled claim information and there was a system error that prevented confirmation emails from being delivered.

This message serves as secondary confirmation of your Scheduled Claim Information Acceptance.

Submission Date: 4/8/2023

Confirmation Number: 3265-70-YOJHA-734924524