# EXHIBIT 3

n/a

**Claim Number**

n/a

**Schedule Number**

6529458

**Confirmation ID**

3265-70-YOJHA-734924524

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 2.14087824 | 2.14087824 |
| CRYPTO | ETH | ASSERTED | 101.94615731 | 101.94615731 |
| CRYPTO | ETHW | ASSERTED | 101.91856111 | 101.91856111 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s

n/a

**Claim Number**

n/a

**Schedule Number**

6529458

**Confirmation ID**

3265-70-YOJHA-734924524

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 2.14087824 | 2.14087824 |
| CRYPTO | ETH | ASSERTED | 101.94615731 | 101.94615731 |
| CRYPTO | ETHW | ASSERTED | 101.91856111 | 101.91856111 |

n/a

**Claim Number**

n/a

**Schedule Number**

6529458

**Confirmation ID**

3265-70-YOJHA-734924524

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 2.14087824 | 2.14087824 |
| CRYPTO | ETH | ASSERTED | 101.94615731 | 101.94615731 |
| CRYPTO | ETHW | ASSERTED | 101.91856111 | 101.91856111 |

n/a

**Claim Number**

n/a

**Schedule Number**

6529458

**Confirmation ID**

3265-70-YOJHA-734924524

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 2.14087824 | 2.14087824 |
| CRYPTO | ETH | ASSERTED | 101.94615731 | 101.94615731 |
| CRYPTO | ETHW | ASSERTED | 101.91856111 | 101.91856111 |

n/a

**Claim Number**

n/a

**Schedule Number**

6529458

**Confirmation ID**

3265-70-YOJHA-734924524

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 2.14087824 | 2.14087824 |
| CRYPTO | ETH | ASSERTED | 101.94615731 | 101.94615731 |
| CRYPTO | ETHW | ASSERTED | 101.91856111 | 101.91856111 |

n/a

**Claim Number**

n/a

**Schedule Number**

6529458

**Confirmation ID**

3265-70-YOJHA-734924524

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 2.14087824 | 2.14087824 |
| CRYPTO | ETH | ASSERTED | 101.94615731 | 101.94615731 |
| CRYPTO | ETHW | ASSERTED | 101.91856111 | 101.91856111 |