# EXHIBIT 4

# FTX - Ballot Confirmation Number: 3265-2-LLEIQ-760825495

Thread ID: 1915c6c668375668 | Mensagens: 1

### — Mensagem 1 de 1 —

**De:** noreply.efiling@ra.kroll.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 16/08/2024 18:21 UTC

**Assunto:** FTX - Ballot Confirmation Number: 3265-2-LLEIQ-760825495

**Anexos:** Class 5A Dotcom Customer Entitlement Claims - 7d6cf0a27e2d3a46.pdf

---

Hello:

We are in receipt of your FTX ballot submission. Please be advised that the submission has been assigned the below Confirmation Number:

FTX Ballot Confirmation Number: 3265-2-LLEIQ-760825495

If you would like to make any changes to your submission, please resubmit using the same Unique ID.

Please let us know if you have any further questions by emailing FTXballots@ra.kroll.com.

Sincerely,

Kroll Restructuring Administration